# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON MARCH 13–14, 2019 AT 9:30 A.M. AST[2]

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, March 13, 2019**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, March 14, 2019**, from 9:30 a.m. to 12:00 p.m., (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge **Courtroom 17C** United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007** |

**Video Teleconference**: The hearing will be broadcast by **video teleconference in Courtroom 17C**[3] of the United States District

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should note that daylight savings time went into effect on March 9, 2019.  As such, the hearing will take place at 9:30 a.m. Atlantic Standard Time, which is also 9:30 a.m. Eastern Standard Time, on March 13–14, 2019.

[3] Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Avenue, San Juan, P.R. 00918-1767**

**Copies of Documents:**    Copies of all documents filed in these title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I. STATUS REPORT:

1. **Report from the Oversight Board.**

   Description: The Oversight Board will report on (1) the general status and activities of the Oversight Board, (2) anticipated next steps for the Oversight Board, (3) the status of the distribution of new COFINA bonds, and (4) the status of the McKinsey investigation.

   Estimated Time Required: 15 minutes

## II. FEE APPLICATIONS:

1. **Report from the Fee Examiner regarding Second, Third and Fourth Interim Applications for Compensation.**

   Description: The Fee Examiner, Brady C. Williamson, will present his recommendations regarding the second, third and fourth interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals:

|    | Applicant | Docket No. | Period |
|----|-----------|------------|--------|
| 1. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor Commonwealth) | 2868 | 10/01/2017 – 01/31/2018 |
| 2. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor COFINA) | 2870 | 10/01/2017 – 01/31/2018 |
| 3. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor ERS) | 2872 | 10/01/2017 – 01/31/2018 |
| 4. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor PREPA) | 2876 | 10/01/2017 – 01/31/2018 |
| 5. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor HTA) | 2874 | 10/01/2017 – 01/31/2018 |
| 6. | Paul Hastings LLP (Counsel to Official Committee of Unsecured Creditors) | 3568 | 2/01/2018 – 5/31/2018 |
| 7. | O'Melveny & Myers (Counsel to AAFAF – COFINA) | 3575 | 2/01/2018 – 5/31/2018 |

| | Applicant | Docket No. | Period |
|---|---|---|---|
| 8. | O'Melveny & Myers (Counsel to AAFAF – ERS) | 3578 | 2/01/2018 – 5/31/2018 |
| 9. | O'Melveny & Myers (Counsel to AAFAF – HTA) | 3579 | 2/01/2018 – 5/31/2018 |
| 10. | O'Melveny & Myers (Counsel to AAFAF – Commonwealth) | 3581 | 2/01/2018 – 5/31/2018 |
| 11. | Luskin Stern & Eisler LLP (Special Counsel to the FOMB) | 4336 | 6/01/2018 – 9/30/2018 |
| 12. | Ernst & Young LLP (Financial Advisor to the FOMB) | 4324 | 5/01/2018 – 9/30/2018 |
| 13. | Andrew Wolfe (Macroeconomic Consultant to FOMB) | 4393 | 6/01/2018 – 9/30/2018 |
| 14. | Munger Tolles & Olson LLP (Attorneys to FOMB) | 4262 | 6/01/2018 – 9/30/2018 |
| 15. | Alvarez & Marsal (Consulting Services to FOMB – COFINA) | 4306 / 355 (17-3284) | 8/09/2018 – 9/30/2018 |
| 16. | Alvarez & Marsal (Consulting Services to FOMB – Commonwealth) | 4309 | 8/09/2018 – 9/30/2018 |
| 17. | Alvarez & Marsal (Consulting Services to FOMB – ERS) | 4311 / 348 (17-3566) | 8/09/2018 – 9/30/2018 |
| 18. | Alvarez & Marsal (Consulting Services to FOMB – HTA) | 4317 / 530 (17-3567) | 8/09/2018 – 9/30/2018 |
| 19. | McKinsey & Company, Inc. (Consulting Services to FOMB) | 4333 | 6/01/2018 – 9/30/2018 |
| 20. | McKinsey & Company, Inc. (Consulting Services to FOMB – PREPA) | 1032 (17-4780) | 6/01/2018 – 9/30/2018 |
| 21. | McKinsey & Company, Inc. (Consulting Services to FOMB – HTA) | 533 (1-3567) | 6/01/2018 – 9/30/2018 |
| 22. | Conway MacKenzie, Inc. (Financial Advisors to the Commonwealth) | 4497 | 7/16/2018 – 10/31/2018 |
| 23. | Rothschild & Co US Inc. (Financial Advisor and Investment Banker to AAFAF) | 4260 | 6/01/2018 – 9/30/2018 |
| 24. | Norton Rose Fulbright US LLP (Special Debt Financing Counsel to PREPA) | 4326 / 1029 (17-4780) | 9/14/2018 – 9/30/2018 |
| 25. | Paul Hastings LLP (Counsel to the Official Committee of Unsecured Creditors) | 4325 | 6/01/2018 – 9/30/2018 |
| 26. | Casillas Santiago & Torres LLC (Puerto Rico Counsel to the Official Committee of Unsecured Creditors) | 4329 | 6/01/2018 – 9/30/2018 |
| 27. | Zolfo Cooper, LLC (Financial Advisors to Official Committee of Unsecured Creditors) | 4323 | 6/01/2018 – 9/30/2018 |
| 28. | Kroma Advertising, Inc. (Communications Advisore to Official Committee of Unsecured Creditors) | 4321 | 4/16/2018 – 9/15/2018 |
| 29. | Jenner & Block LLP (Attorneys to Retired Employees Official Committee) | 4267 | 6/01/2018 – 9/30/2018 |

| | Applicant | Docket No. | Period |
|---|---|---|---|
| 30. | Bennazar, Garcia & Milian, C.S.P. (Puerto Rico Counsel to Retired Employees Official Committee) | 4271 | 6/01/2018 □ 9/30/2018 |
| 31. | Segal Consulting (Actuaries and Consultants to Retired Employees Official Committee) | 4320 | 6/01/2018 □ 9/30/2018 |
| 32. | FTI Consulting, Inc. (Financial Advisor to Retired Employees Official Committee) | 4269 | 6/01/2018 □ 9/30/2018 |
| 33. | Marchand ICS Group (Information Agent to Retired Employees Official Committee) | 4272 | 6/01/2018 □ 9/30/2018 |
| 34. | Retired Employees Official Committee (Members of Retired Employees Official Committee) | 4274 | 6/01/2018 □ 9/30/2018 |
| 35. | Bettina M. Whyte (COFINA Agent) | 4261 | 6/01/2018 □ 9/30/2018 |
| 36. | Nilda Navarro□Cabrer (Puerto Rico Counsel for COFINA Agent) | 4268 | 6/01/2018 □ 9/30/2018 |
| 37. | Phoenix Management Services, LLC (Financial Advisor to the Mediation Team) | 4300/4368 | 6/04/2018 □ 9/30/2018 |

Related Documents:

A. Fee Examiner's Third Interim Report on Professional Fees and Expenses (February 1, 2018–May 31, 2018), Summary of Uncontested Fee Applications for the Third Interim and Prior Compensation Periods, Notice of Deferral of Specific Second and Third Interim Applications for Consideration at the December 19 Omnibus Hearing or at a Later Date, and Informative Motion Regarding Attendance and Participation at November 7, 2018 Hearing **[Case No. 17-3283, ECF No. 4126]**

B. Fee Examiner's Supplemental Report, Status Report, and Informative Motion on Presumptive Standards Motion and on Uncontested Fee Applications for the Third (February 1-May 31, 2018) Interim Compensation Period Recommended for Court Approval—All at or before the Omnibus Hearing Scheduled for December 19, 2018 At 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 4455]**

C. Fee Examiner's Supplemental Report and Status Report on Presumptive Standards Motion and on Uncontested Interim Fee Applications Recommended for Court Approval at or before the Omnibus Hearing Scheduled for January 30, 2019 At 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 4868]**

D. Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Third Compensation Periods from February 1 through May 31, 2018 **[Case No. 17-3283, ECF No. 4998]**

E. Fee Examiner's Fourth Interim Report on Presumptive Standards Motion and On Professional Fees and Expenses (June 1, 2018 – September 30, 2018) **[Case No. 17-3283, ECF No. 5409]**[4]

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

## III. UNCONTESTED MATTERS:

1. **COFINA's Eighth Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Eighth Omnibus Objection (Non-Substantive) to Duplicate and Deficient Bond Claims **[Case No. 17-3283, ECF No. 4412]**

   Description:  The Puerto Rico Sales Tax Financing Corporation's eighth omnibus objection (non-substantive) to duplicate and deficient bond claims.

   Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
      A. None.

   Reply, Joinder & Statement Deadlines:  March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
      A. None.

   Related Documents:
      A. None.

   Status:  This matter is going forward.

   Estimated Time Required: 5 minutes.

2. **COFINA's Ninth Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Ninth Omnibus Objection (Non-Substantive) to Duplicate and Incorrect Debtor Bond Claims **[Case No. 17-3283, ECF No. 4413]**

   Description:  The Puerto Rico Sales Tax Financing Corporation's ninth omnibus objection (non-substantive) to duplicate and incorrect debtor bond claims.

---

[4] On March 8, 2019, after the deadline for informative motions and objections regarding the March 13–14 omnibus hearing had passed, counsel for AAFAF asked the Fee Examiner to adjourn consideration of the proposed *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or other Retained Professionals* to the April 24, 2019 omnibus hearing to allow for additional comments from AAFAF.  With the permission of the Court, the Fee Examiner does not object to that adjournment.

Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

3.  **COFINA's Tenth Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Tenth Omnibus Objection (Non-Substantive) to Duplicate, Deficient, and Incorrect Debtor Bond Claims **[Case No. 17-3283, ECF No. 4414]**

Description:  The Puerto Rico Sales Tax Financing Corporation's tenth omnibus objection (non-substantive) to duplicate, deficient, and incorrect debtor bond claims.

Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

4.  **COFINA's Eleventh Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Eleventh Omnibus Objection (Non-Substantive) to Deficient and Incorrect Debtor Bond Claims **[Case No. 17-3283, ECF No. 4415]**

Description:   The Puerto Rico Sales Tax Financing Corporation's eleventh omnibus objection (non-substantive) to deficient and incorrect debtor bond claims.

Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

5.  **COFINA's Seventeenth Omnibus Objection to Claims.** Seventeenth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax Financing Corporation to Duplicate Claims **[Case No. 17-3283, ECF No. 4502]**

Description:   The Puerto Rico Sales Tax Financing Corporation's seventeenth omnibus objection (non-substantive) to duplicate claims.

Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

6. **COFINA's Objection to Proof of Claim of Inmobiliaria Levy, Inc.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Inmobiliaria Levy, Inc. (Claim No. 397) **[Case No. 17-3283, ECF No. 4507]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Inmobiliaria Levy, Inc. (Claim No. 397).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

7. **COFINA's Objection to Proof of Claim of DR Contractors & Maintenance, Corp.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of DR Contractors & Maintenance, Corp (Claim No. 3725) **[Case No. 17-3283, ECF No. 4509]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of DR Contractors & Maintenance, Corp (Claim No. 3725).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

8. **COFINA's Objection to Proof of Claim of Strategic Income Fund – MMHF.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Strategic Income Fund – MMHF (Claim No. 114358) **[Case No. 17-3283, ECF No. 4510]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Strategic Income Fund – MMHF (Claim No. 114358).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

9. **COFINA's Objection to Proof of Claim of Natixis Investment Funds UK ICVC-LS Strategic Income Fund.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Natixis Investment Funds UK ICVC-LS Strategic Income Fund (Claim No. 114631) **[Case No. 17-3283, ECF No. 4511]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Natixis Investment Funds UK ICVC-LS Strategic Income Fund (Claim No. 114631).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  None.

9

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

10. **COFINA's Objection to Proof of Claim of LS Strategic Income Fund.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of LS Strategic Income Fund (Claim No. 114942) **[Case No. 17-3283, ECF No. 4513]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of LS Strategic Income Fund (Claim No. 114942).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
 A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A.  None.

Related Documents:
 A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

11. **COFINA's Objection to Proof of Claim of LS Bond Fund.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of LS Bond Fund (Claim No. 115217) **[Case No. 17-3283, ECF No. 4514]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of LS Bond Fund (Claim No. 115217).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
 A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A.  None.

Related Documents:

A.  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

12. **COFINA's Objection to Proof of Claim of LS Institutional High Income Fund.**
Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of LS
Institutional High Income Fund (Claim No. 115324) **[Case No. 17-3283, ECF No. 4515]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of
claim of LS Institutional High Income Fund (Claim No. 115324).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  None.

Reply, Joinder & Statement Deadlines:  March 6, 2019 at 4:00 p.m. (Atlantic Standard
Time).

Replies, Joinders & Statements:
A.  None.

Related Documents:
A.  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

13. **COFINA's Objection to Proof of Claim of The Travelers Indemnity Company and its
Property Casualty Affiliates.** Objection of Puerto Rico Sales Tax Financing Corporation
to Proof of Claim of The Travelers Indemnity Company and its Property Casualty Affiliates
(Claim No. 28773) **[Case No. 17-3283, ECF No. 4517]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of
claim of The Travelers Indemnity Company and its Property Casualty Affiliates (Claim No.
28773).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  None.

Reply, Joinder & Statement Deadlines:  March 6, 2019 at 4:00 p.m. (Atlantic Standard
Time).

11

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

14. **COFINA's Objection to Proofs of Claim of UBS Financial Services Incorporated of Puerto Rico.** Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of UBS Financial Services Incorporated of Puerto Rico (Claim Nos. 36217, 38286, 39824, 40003, 41873, and 47487) **[Case No. 17-3283, ECF No. 4523]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proofs of claim of UBS Financial Services Incorporated of Puerto Rico (Claim Nos. 36217, 38286, 39824, 40003, 41873, and 47487).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

15. **COFINA's Objection to Proof of Claim of Pandora Select Partners, LP.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Pandora Select Partners, LP (Claim No. 100667) **[Case No. 17-3283, ECF No. 4524]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Pandora Select Partners, LP (Claim No. 100667).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. None.

<u>Reply, Joinder & Statement Deadlines</u>: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A. None.

<u>Related Documents</u>:
    A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>: 5 minutes.

16. **<u>COFINA's Objection to Proof of Claim of Excel Gasoline and Food Mart Corp Retirement Plan Represented by UBS Trust Company of PR.</u>** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Excel Gasoline and Food Mart Corp Retirement Plan Represented by UBS Trust Company of PR (Claim No. 25797) **[Case No. 17-3283, ECF No. 4525]**

<u>Description</u>:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Excel Gasoline and Food Mart Corp Retirement Plan Represented by UBS Trust Company of PR (Claim No. 25797).

<u>Objection Deadline</u>: February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. None.

<u>Reply, Joinder & Statement Deadlines</u>: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A. None.

<u>Related Documents</u>:
    A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>: 5 minutes.

17. **<u>COFINA's Objection to Proof of Claim of Annette Roman Marrero Retirement Plant Represented by UBS Trust Company of PR.</u>** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Annette Roman Marrero Retirement Plant Represented by UBS Trust Company of PR (Claim No. 26763) **[Case No. 17-3283, ECF No. 4526]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Annette Roman Marrero Retirement Plant Represented by UBS Trust Company of PR (Claim No. 26763).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

18. **COFINA's Objection to Proof of Claim of MSC Anesthesia Retirement Plan, Represented by UBS Trust Company of PR.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of MSC Anesthesia Retirement Plan, Represented by UBS Trust Company of PR (Claim No. 40842) **[Case No. 17-3283, ECF No. 4527]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of MSC Anesthesia Retirement Plan, Represented by UBS Trust Company of PR (Claim No. 40842).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

19. **COFINA's Objection to Proof of Claim of EBP Design Group Consulting Engineers, PSC Retirement Plan Represented by UBS Trust Company of PR.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of EBP Design Group Consulting Engineers, PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43937) **[Case No. 17-3283, ECF No. 4528]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of EBP Design Group Consulting Engineers, PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43937).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

20. **COFINA's Objection to Proof of Claim of Centro de Cancer La Montana Retirement Plan Represented by UBS Trust Company of PR.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Centro de Cancer La Montana Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43908) **[Case No. 17-3283, ECF No. 4529]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Centro de Cancer La Montana Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43908).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

15

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

21. **COFINA's Objection to Proof of Claim of Hernandez Bauza Architects PSC Retirement Plan Represented by UBS Trust Company of PR.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Hernandez Bauza Architects PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45062) **[Case No. 17-3283, ECF No. 4531]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Hernandez Bauza Architects PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45062).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

22. **COFINA's Objection to Proof of Claim of Southern Anesthesia Associates Represented by UBS Trust Company of PR**. Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Southern Anesthesia Associates Represented by UBS Trust Company of PR (Claim No. 44763) **[Case No. 17-3283, ECF No. 4532]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Southern Anesthesia Associates Represented by UBS Trust Company of PR (Claim No. 44763).

16

<u>Objection Deadline</u>:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>: 5 minutes.

23. **<u>COFINA's Objection to Proof of Claim of Maternity Gyn Inc Retirement Plan Represented by UBS Trust Company of PR</u>**. Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Maternity Gyn Inc Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44885) **[Case No. 17-3283, ECF No. 4533]**

<u>Description</u>:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Maternity Gyn Inc Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44885).

<u>Objection Deadline</u>:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>: 5 minutes.

24. **<u>COFINA's Objection to Proof of Claim of The Mark Trust, represented by UBS Trust Company of PR</u>**. Objection of Puerto Rico Sales Tax Financing Corporation to

Proof of Claim of The Mark Trust, represented by UBS Trust Company of PR (Claim No. 48411) **[Case No. 17-3283, ECF No. 4534]**

Description:   The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of The Mark Trust, represented by UBS Trust Company of PR (Claim No. 48411).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

25. **COFINA's Objection to Proof of Claim of High Yield And Bank Loan Series Trust**. Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of High Yield And Bank Loan Series Trust (Claim No. 44002**) [Case No. 17-3283, ECF No. 4535]**

Description:   The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of High Yield And Bank Loan Series Trust (Claim No. 44002).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

26. **COFINA's Objection to Proof of Claim of Humberto Donato Insurance Co Retirement Plan Represented by UBS Trust Company of PR**. Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Humberto Donato Insurance Co Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45851**) [Case No. 17-3283, ECF No. 4536]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Humberto Donato Insurance Co Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45851).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

27. **COFINA's Objection to Proof of Claim of Instituto Oftalmico de Bayamon Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45706)**. Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Instituto Oftalmico de Bayamon Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45706) **[Case No. 17-3283, ECF No. 4537]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Instituto Oftalmico de Bayamon Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45706).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

28.  **COFINA's Objection to Proof of Claim of KPMG, LLC**. Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of KPMG, LLC (Claim No. 1177488) **[Case No. 17-3283, ECF No. 4538]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of KPMG, LLC (Claim No. 1177488).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

29.  **COFINA's Objection to Proof of Claim of Lehman Brothers Special Financing Inc.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Lehman Brothers Special Financing Inc. (Proof of Claim No. 34857) **[Case No. 17-3283, ECF No. 4539]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Lehman Brothers Special Financing Inc. (Proof of Claim No. 34857).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. None.

Related Documents:
  A. None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

IV. **CONTESTED MATTERS:**

1. **COFINA's Sixth Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 4410]**

   Description:  The Puerto Rico Sales Tax Financing Corporation's sixth omnibus objection (non-substantive) to deficient claims.

   Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
     A. Response by Jorge L. Catala Monge (Claim No. 5933) **[Case No. 17-3283, ECF No. 4479]**

     B. Response by Peter Leavitt and Olga Stavros Leavitt (Claim No. 6623) **[Case No. 17-3283, ECF No. 4491]**

     C. Response of Linda W. Bird (Claim No. 3690) **[Case No. 17-3283, ECF No. 4581]**

     D. Response of Joseph T. Lowery and Marie E. Ocampo (Claim No. 6923) **[Case No. 17-3283, ECF No. 4604]**

     E. Response of Linda A. Kaye (Claim No. 4084) **[Case No. 17-3283, ECF No. 4800]**

     F. Response of Keith Gambino (Claim #2054) to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim #2054) **[Case No. 17-3283, ECF No. 4839]**

     G. Answer of Jose R. Criado & Josefina del Valle to Sixth Omnibus Objection to Claims (Non-Substantive) Presented by Puerto Rico Sales Tax Financing Corporation (Claim No. 15865) **[Case No. 17-3283, ECF No. 4849]**

     H. Response of Miriam Sanchez Lebron (Claim No. 29560) **[Case No. 17-3283, ECF No. 4877]**

21

I.  Response of Lorenzo Dragoni (Claim No. 29295) **[Case No. 17-3283, ECF No. 4895]**

J.  Response of Carmen R. Cebollero de Dragoni (Claim No. 23577) **[Case No. 17-3283, ECF No. 4896]**

K.  Answer and Opposition to Objection to Claim in Sixth Omnibus Non-Substantive Objection (It. # 111) to Claim by Edilberrto Berrios Perez and Ariadne Febles Gordian (Claim No. 7999) **[Case No. 17-3283, ECF No. 4922]**

L.  Response of Hedwig M. Auletta (Claim #17116) to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 17116) **[Case No. 17-3283, ECF No. 4980]**

M.  Response of María Emilia Casasnovas to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 4348) **[Case No. 17-3283, ECF No. 4999]**

N.  Response of María Emilia Casasnovas and Javier García Garrido to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 176) **[Case No. 17-3283, ECF No. 5001]**

O.  Response of Carlos A. Costas to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 4380) **[Case No. 17-3283, ECF No. 5004]**

P.  Response of Raul E. Casasnovas Balado and Lolita Gandarilla to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 178) **[Case No. 17-3283, ECF No. 5005]**

Q.  Response of Pedro Luis Casasnovas and Olga I. Trinidad Nieves to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 183 and 184) **[Case No. 17-3283, ECF No. 5021]**

R.  Response of Pedro Luis Casasnovas and Olga I. Trinidad Nieves to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 183 and 184) **[Case No. 17-3283, ECF No. 5026]**

S.  Response of Alexandra Marini Quesada and Victor Marini Quesada to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (D.E. 4410) to Deficient Claims (Claim Nos. 256 and 294) **[Case No. 17-3283, ECF No. 5028]**

T.  Response of Rafael Rodriguez Quintana to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection to Deficient Claims to the Honorable Court (Claim No. 114428) **[Case No. 17-3283, ECF No. 5033]**

U. Response of Margarita Guzmán de Vincenty to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection to Deficient Claims (Claim No. 195) **[Case No. 17-3283, ECF No. 5035]**

V. Answer of Carlos Ifarraguerri Gómez, MD to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 79037) **[Case No. 17-3283, ECF No. 5039]**

W. Submition of Proof of Claims of Miriam Sanchez Lebron and Request for Extension of Time to Submit Additional Information (Claim No. 29560) **[Case No. 17-3283, ECF No. 5058]**

X. UBS Trust Company of Puerto Rico's Response to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim Nos. 27301, 26296, 43356, 43396, 43875, 43416, 43544, 43919, 43889, 43958, 43615, 43864, 43857, 44297, 44225, 47082, 39594, 44282, 37839, 44366, 44340, 45147, 45142, 29953, 44804, 45205, 44295; 45222; 45231; 45252; 44435;44772; 45284; 44421; 44786; 44799; 38523; 37563; 45319; 45560; 45558; 45561; 45575; 45584; 44703; 44552; 44481; 39574; 45886; 44820; 44784; 45897; 45728; 38136; 45733; 44189; 43814; 43861; 43956; 43536; 32486; 43529; 26360; 43935; 43840; 43852; 42717; 43523; 42448; 34256; 43525; 26304;43905; 43926; 43892; 43306; 43313; 43340; 43902; 43506; 45874; 43886; 41544; 41511; 43946; 44173; 43328; 27303; and 45747) **[Case No. 17-3283, ECF No. 5081]**

Y. [Amended] Answer of Carlos Ifarraguerri Gómez, MD to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 79037) **[Case No. 17-3283, ECF No. 5120]**

Z. Amended Response of Alexandra Marini Quesada and Victor Marini Quesada to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (D.E. 4410) to Deficient Claims (Claim Nos. 256 and 294) **[Case No. 17-3283, ECF No. 5124]**

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Reply of Puerto Rico Sales Tax Financing Corporation in Support of Sixth Omnibus Objection to Deficient Claims **[Case No. 17-3283, ECF No. 5392]**

Related Documents:
A. Order Directing Counsel to the Oversight Board to Respond to Docket Entry No. 5058 **[Case No. 17-3283, ECF No. 5072]**

B. Motion to Inform Refiling of Redacted Exhibits for Docket Num. 5039 **[Case No. 17-3283, ECF No. 5096]**

    C. Objection of Puerto Rico Sales Tax Financing Corporation to Motion Requesting Extension of Time to Submit Claim Documentation (Docket No. 5058) **[Case No. 17-3283, ECF No. 5115]**

    D. Motion for Court to Permit Late Filing Under Rule 9006(b)(1) regarding Answer of Carlos Ifarraguerri Gómez, MD (Claim No. 79037) **[Case No. 17-3283, ECF No. 5116]**

    E. Order Granting in Part Motion Requesting Extension of Time to Submit Claim Documentation (Docket No. 5058) **[Case No. 17-3283, ECF No. 5127]**

Status:  This matter is going forward.

Estimated Time Required: 60 minutes.

2. **COFINA's Seventh Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Seventh Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 4411]**

Description:   The Puerto Rico Sales Tax Financing Corporation's seventh omnibus objection (non-substantive) to claims asserted against the incorrect debtor.

Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Response by Francisco Toro De Osuna (Claim No. 2112) **[Case No. 17-3283, ECF No. 4490]**

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply of Puerto Rico Sales Tax Financing Corporation to Response Filed by Claimant Francisco Toro De Osuna to Seventh Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 5391]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

3. **COFINA's Twelfth Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Twelfth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 4416]**

Description:   The Puerto Rico Sales Tax Financing Corporation's twelfth omnibus
objection (non-substantive) to duplicate bond claims.

Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Response of Rafael E. Bracero Torres (Claim No. 14830) **[Case No. 17-3283, ECF
     No. 4685]**

  B. Answer of Cooperativa de Ahorro y Crédito de Jayuya to Twelfth Omnibus
     Objection to Claims (Non-Substantive) to Duplicate Bonds Presented By Puerto
     Rico Sales Tax Financing Corporation (Claims 16549, 16555, 16560 and 16425)
     **[Case No. 17-3283, ECF No. 4825]**

  C. Answer of Cooperativa de Ahorro y Crédito Caribe Coop. to Twelfth Omnibus
     Objection to Claims (Non-Substantive) to Duplicate Bonds Presented by Puerto
     Rico Sales Tax Financing Corporation (Claim Nos. 24724 and 29857) **[Case No.
     17-3283, ECF No. 4828]**

Reply, Joinder & Statement Deadlines:  March 6, 2019 at 4:00 p.m. (Atlantic Standard
Time).

Replies, Joinders & Statements:
  A. Reply of Puerto Rico Sales Tax Financing Corporation to Responses Filed to
     Twelfth Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-
     3283, ECF No. 5395]**

Related Documents:
  A. None.

Status:  This matter is going forward.

Estimated Time Required: 10 minutes.

4. **COFINA's Thirteenth Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing
   Corporation's Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims
   **[Case No. 17-3283, ECF No. 4417]**

Description:   The Puerto Rico Sales Tax Financing Corporation's thirteenth omnibus
objection (non-substantive) to duplicate bond claims.

Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Objection, of Individual COFINA Subordinate Bondholder Residing in the 50
     States Who Purchased at the Original Offering Prices, to Confirmation of Puerto

Rico Sales Tax Financing Corporation ("COFINA") Plan, and Response and Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701 **[Case No. 17-3283, ECF No. 4585]**

B.  Joinder By The GMS Group, LLC to Objection of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan, and Response and Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701 **[Case No. 17-3283, ECF No. 4587]**

C.  Supplement to Objection, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan Scheduled for Hearing January 16, 2019, and Response and Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701 **[Case No. 17-3283, ECF No. 4595]**

D.  Joinder by and Supplement of the GMS Group, LLC to Supplemental Objection of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan, and Response and Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701 **[Case No. 17-3283, ECF No. 4605]**

E.  Second Supplement to Objection, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan Scheduled for Hearing January 16, 2019, and Response and Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701 **[Case No. 17-3283, ECF No. 4673]**

F.  Answer of Farmacia La Ventana, Inc. to Thirteenth Omnibus Objection to Claims (Non-Substantive) to Duplicate Bonds Presented by Puerto Rico Sales Tax Financing Corporation (Claim No. 25071) **[Case No. 17-3283, ECF No. 4827]**

G.  Answer of Farmacia La Ventana, Inc. to Thirteenth Omnibus Objection to Claims (Non-Substantive) to Duplicate Bonds Presented by Puerto Rico Sales Tax Financing Corporation (Claim No. 25071) **[Case No. 17-3283, ECF No. 4829]**

H.  Response of Fideicomiso Del Valle Martinez II to Puerto Rico Sales Tax Financing Corporation's Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims (Claim Nos. 115340 and 115423) **[Case No. 17-3283, ECF No. 5017]**

I.  Response of Margarita Guzmán de Vincenty to Puerto Rico Sales Tax Financing Corporation's Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims (Claim Nos. 197) **[Case No. 17-3283, ECF No. 5037]**

J. Further Response and Opposition, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701, and in Further Opposition to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan **[Case No. 17-3283, ECF No. 5041]**

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Reply of Puerto Rico Sales Tax Financing Corporation to Responses Filed to Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 5396]**

Related Documents:
A. Order Directing Parties to Meet and Confer Regarding Scheduling of Hearing on the Thirteenth Omnibus Objection to Claims as to Claim of Peter C. Hein **[Case No. 17-3283, ECF No. 5052]**

B. Notice of Withdrawal of a Proof of Claim of Fideocomiso Del Valle Martinez II Filed against Puerto Rico Sales Tax Financing Corporation and Request for Further Relief (Claim No. 11523) **[Case No. 17-3283, ECF No. 5089]**

C. Informative Motion of Puerto Rico Sales Tax Financing Corporation Regarding Scheduling of Hearing on the Thirteenth Omnibus Objection to Claims as to Claim of Peter C. Hein **[Case No. 17-3283, ECF No. 5142]**

Status:  This matter is going forward, except as to the claim of Peter C. Hein.  The hearing on the objection as to the claim of Peter C. Hein is adjourned until the omnibus hearing on April 24, 2019.

Estimated Time Required: 20 minutes.

5. **COFINA's Fourteenth Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Fourteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 4418]**

Description:  The Puerto Rico Sales Tax Financing Corporation's fourteenth omnibus objection (non-substantive) to duplicate bond claims.

Objection Deadline:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Response of Pablo Del Valle Rivera and María A. Martínez to Puerto Rico Sales Tax Financing Corporation's Fourteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims (Claim No. 104076) **[Case No. 17-3283, ECF No. 5019]**

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A. Reply of Puerto Rico Sales Tax Financing Corporation to Response filed by Claimants Pablo Del Valle Rivera and Maria A. Martinez to Fourteenth Omnibus Objection to Duplicate Claims **[Case No. 17-3283, ECF No. 5397]**

Related Documents:
 A. None.

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

6. **COFINA's Fifteenth Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Fifteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 4419]**

Description:  The Puerto Rico Sales Tax Financing Corporation's fifteenth omnibus objection (non-substantive) to duplicate bond claims.

Objection Deadline: February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
 A. The Puerto Rico Funds' Response to Puerto Rico Sales Tax Financing Corporation's Fifteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims (Claim Nos. 22752, 22450, 25709, 21341,; 21297, 21359, 21587, 22247, 22672, 26036, 33764, 33773, 33687, 34838, 29975, 37733, 33681, 33297 and 26629) **[Case No. 17-3283, ECF No. 4630]**

 B. Response of Doris Zoé Pons-Pagán to Puerto Rico Sales Tax Financing Corporation's Omnibus Objection to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 4994]**

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A. Reply of Puerto Rico Sales Tax Financing Corporation to Responses Filed to Fifteenth Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 5398]**

Related Documents:
 A. Stipulation and Agreed Order Regarding Withdrawal of Proofs of Claim Filed by the Puerto Rico Funds in Respect of COFINA Bonds **[Case No. 17-3283, ECF No. 5389]**

28

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>: 5 minutes.

7. **<u>COFINA's Sixteenth Omnibus Objection to Claims.</u>** Puerto Rico Sales Tax Financing Corporation's Sixteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 4420]**

<u>Description</u>:  The Puerto Rico Sales Tax Financing Corporation's sixteenth omnibus objection (non-substantive) to duplicate bond claims.

<u>Objection Deadline</u>:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. The Puerto Rico Funds' Response to Puerto Rico Sales Tax Financing Corporation's Sixteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims (Claim Nos. 21287, 20878, 21329 and 23350) **[Case No. 17-3283, ECF No. 4631]**

    B. Response of Reinaldo Vincenty Perez to Puerto Rico Sales Tax Financing Corporation's Sixteenth Omnibus Objection to Duplicate Claims to the Honorable Court (Claim Nos. 44958, 44374 and 44834) **[Case No. 17-3283, ECF No. 5032]**

<u>Reply, Joinder & Statement Deadlines</u>: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A. Reply of Puerto Rico Sales Tax Financing Corporation to Responses Filed to Sixteenth Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 5400]**

<u>Related Documents</u>:
    A. Stipulation and Agreed Order Regarding Withdrawal of Proofs of Claim Filed by the Puerto Rico Funds in Respect of COFINA Bonds **[Case No. 17-3283, ECF No. 5389]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>: 5 minutes.

8. **<u>COFINA's Eighteenth Omnibus Objection to Claims.</u>** Eighteenth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax Financing Corporation to Deficient Claims **[Case No. 17-3283, ECF No. 4504]**

<u>Description</u>:  The Puerto Rico Sales Tax Financing Corporation's eighteenth omnibus objection (non-substantive) to deficient claims.

<u>Objection Deadline</u>:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Response of Funeraria Shalom Memorial Inc. to Puerto Rico Sales Tax Financing Corporation's Eighteenth Omnibus Objection to Deficient Claims to the Honorable Court (Claim Nos. 126061, 12856 and 141489) **[Case No. 17-3283, ECF No. 5034]**

<u>Reply, Joinder & Statement Deadlines</u>: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  Reply of Puerto Rico Sales Tax Financing Corporation to Response Filed by Claimant Funeraria Shalom Memorial, Inc. to Eighteenth Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 5393]**

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>: 5 minutes.

9.  **<u>COFINA's Nineteenth Omnibus Objection to Claims.</u>** Nineteenth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax Financing Corporation to Duplicate and Deficient Claims **[Case No. 17-3283, ECF No. 4506]**

<u>Description</u>:  The Puerto Rico Sales Tax Financing Corporation's nineteenth omnibus objection (non-substantive) to duplicate and deficient claims.

<u>Objection Deadline</u>:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Answer of Helvia Cruz Ybarra to Puerto Rico Sales Tax Financing Corporation's Nineteenth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 49548) **[Case No. 17-3283, ECF No. 5042]**

    B.  [Amended] Answer of Helvia Cruz Ybarra to Puerto Rico Sales Tax Financing Corporation's Nineteenth Omnibus Objection (Non-Substantive) to Deficient Claims (Claim No. 49548) **[Case No. 17-3283, ECF No. 5114]**

<u>Reply, Joinder & Statement Deadlines</u>: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  Reply of Puerto Rico Sales Tax Financing Corporation to Responses Filed by Claimant Helvia Cruz Ybarra to Nineteenth Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 5394]**

Related Documents:
    A. Motion for Court to Permit Late Filing Under Rule 9006(b)(1) **[Case No. 17-3283, ECF No. 5093]**

    B. Motion to Inform Refiling of Redacted Exhibits for Docket Num. 5042 **[Case No. 17-3283, ECF No. 5094]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

10. **COFINA's Objection to Proof of Claim of Cooperativa de Ahorro y Credito del Valenciano.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Cooperativa de Ahorro y Credito del Valenciano (Claim No. 34165) **[Case No. 17-3283, ECF No. 4519]**

Description: The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Cooperativa de Ahorro y Credito del Valenciano (Claim No. 34165).

Objection Deadline: February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Reply to Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Cooperativa de Ahorro y Credito Valenciano (Claim #34165) **[Case No. 17-3283, ECF No. 5241]**

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply of Puerto Rico Sales Tax Financing Corporation to Response Filed by Claimant Cooperativa De Ahorro Y Credito Valenciano (Claim #34165) **[Case No. 17-3283, ECF No. 5387]**

Related Documents:
    A. None.

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

11. **COFINA's Objection to Proof of Claim of Cooperativa de Ahorro y Credito de Rincon.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Cooperativa de Ahorro y Credito de Rincon (Claim No. 41478) **[Case No. 17-3283, ECF No. 4520]**

Description:   The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Cooperativa de Ahorro y Credito de Rincon (Claim No. 41478).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Reply to Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Cooperativa de Ahorro y Credito de Rincon (Claim #41478) **[Case No. 17-3283, ECF No. 5220]**

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Reply of Puerto Rico Sales Tax Financing Corporation to Response Filed by Claimant Cooperativa De Ahorro Y Credito De Rincon (Claim #41478) **[Case No. 17-3283, ECF No. 5385]**

Related Documents:
   A. Credit Unions' Motion Requesting Reconsideration and/or to Alter Judgment on Confirmation of Puerto Rico Sales Tax Financing Corporation of the Third Amended Plan of Adjustment **[Case No. 17-3284, ECF No. 604]**

   B. Opposition of the Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Sales Tax Financing Corporation, to the Credit Unions' Motion for Reconsideration of Order Confirming the Third Amended Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation **[Case No. 17-3283, ECF No. 5242]**

   C. Order Setting Objection Deadline to the Credit Unions' Motion Requesting Reconsideration and/or to Alter Judgment on Confirmation or Puerto Rico Sales Tax Financing Corporation of the Third Amended Plan of Adjustment **[Case No. 17-3284, ECF No. 605]**

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

12. **COFINA's Objection to Proof of Claim of Cooperativa de Ahorro y Credito Dr. Manuel Zeno Gandia.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Cooperativa de Ahorro y Credito Dr. Manuel Zeno Gandia (Claim No. 44322) **[Case No. 17-3283, ECF No. 4521]**

Description:   The Puerto Rico Sales Tax Financing Corporation's objection to proof of claim of Cooperativa de Ahorro y Credito Dr. Manuel Zeno Gandia (Claim No. 44322).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Reply to Objection of Puerto Rico Sales Tax Financing Corporation to Proof of
     Claim of Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandia (Claim
     #44322) **[Case No. 17-3283, ECF No. 5222]**

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard
Time).

Replies, Joinders & Statements:
  A. Reply of Puerto Rico Sales Tax Financing Corporation to Response Filed by
     Claimant Cooperativa De Ahorro Y Credito D. Manuel Zeno Gandia (Claim
     #44322) **[Case No. 17-3283, ECF No. 5384]**

Related Documents:
  A. Credit Unions' Motion Requesting Reconsideration and/or to Alter Judgment on
     Confirmation of Puerto Rico Sales Tax Financing Corporation of the Third
     Amended Plan of Adjustment **[Case No. 17-3284, ECF No. 604]**

  B. Opposition of the Financial Oversight and Management Board for Puerto Rico, as
     Representative of Puerto Rico Sales Tax Financing Corporation, to the Credit
     Unions' Motion for Reconsideration of Order Confirming the Third Amended Plan
     of Adjustment of Puerto Rico Sales Tax Financing Corporation **[Case No. 17-3283,
     ECF No. 5242]**

  C. Order Setting Objection Deadline to the Credit Unions' Motion Requesting
     Reconsideration and/or to Alter Judgment on Confirmation or Puerto Rico Sales
     Tax Financing Corporation of the Third Amended Plan of Adjustment **[Case No.
     17-3284, ECF No. 605]**

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.

13. **COFINA's Objection to Proof of Claim of Cooperativa de Ahorro y Credito de Juana
    Diaz.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of
    Cooperativa de Ahorro y Credito de Juana Diaz (Claim No. 45705) **[Case No. 17-3283, ECF
    No. 4522]**

Description:  The Puerto Rico Sales Tax Financing Corporation's objection to proof of
claim of Cooperativa de Ahorro y Credito de Juana Diaz (Claim No. 45705).

Objection Deadline:  February 26, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Reply to Objection of Puerto Rico Sales Tax Financing Corporation to Proof of
     Claim of Cooperativa de Ahorro y Credito de Juana Diaz (Claim No. 45705)**[Case
     No. 17-3283, ECF No. 5221]**

Reply, Joinder & Statement Deadlines: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply of Puerto Rico Sales Tax Financing Corporation to Responses Filed by Claimant Cooperativa De Ahorro Y Credito De Juana Diaz (Claim No. 45705) **[Case No. 17-3283, ECF No. 5386]**

Related Documents:
    A. Credit Unions' Motion Requesting Reconsideration and/or to Alter Judgment on Confirmation of Puerto Rico Sales Tax Financing Corporation of the Third Amended Plan of Adjustment **[Case No. 17-3284, ECF No. 604]**

    B. Opposition of the Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Sales Tax Financing Corporation, to the Credit Unions' Motion for Reconsideration of Order Confirming the Third Amended Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation **[Case No. 17-3283, ECF No. 5242]**

    C. Order Setting Objection Deadline to the Credit Unions' Motion Requesting Reconsideration and/or to Alter Judgment on Confirmation or Puerto Rico Sales Tax Financing Corporation of the Third Amended Plan of Adjustment **[Case No. 17-3284, ECF No. 605]**

Status:  This matter is going forward.

Estimated Time Required: 5 minutes.


## V.  **ADJOURNED MATTERS:**

1. **Marrero Plaintiff's Motion for Relief from Stay.** Marrero Plaintiffs' Motion for Relief from Automatic Stay **[Case No. 17-4780, ECF No. 1074]**

Description:  The Marrero Plaintiffs seek relief from the automatic stay.

Objection Deadline:  February 22, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. [TBD]

Reply, Joinder & Statement Deadlines: March 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. [TBD]

Related Documents:
   A. Order Scheduling Briefing of Marrero Plaintiffs' Motion for Relief from Automatic Stay **[Case No. 17-4780, ECF No. 1076]**

Status:  This matter has been adjourned with consent of the Movant to the April 24, 2019 omnibus hearing.

Estimated Time Required:  N/A

2. **Asociación Puertorriqueña de la Judicatura, Inc.'s Motion for Relief from Stay.** Motion for Relief from Stay **[Case No. 17-3283, ECF No. 4398]**

Description:  Asociación Puertorriqueña de la Judicatura, Inc. seeks relief from the automatic stay.

Objection Deadline:  January 15, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Objection of FOMB, as Representative of the Commonwealth of Puerto Rico, to Motion for Relief from Stay Filed by Asociación Puertorriqueña de la Judicatura, Inc. **[Case No. 17-3283, ECF No. 4797]**

Reply, Joinder & Statement Deadlines: January 23, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Reply to Opposition of Motion for Relief from Stay **[Case No. 17-3283, ECF No. 4845]**

Related Documents:
   A. Joint Informative Motion regarding Hearing on Motion for Relief from Stay filed by Asociación Puertorriqueña de la Judicatura, Inc. **[Case No. 17-3283, ECF No. 4881]**

Status:  This matter has been adjourned with consent of the Movant to the April 24, 2019 omnibus hearing.

Estimated Time Required:  N/A.

3. **AMPR's Motion for Relief from Stay. Motion for Relief from Automatic Stay [Case No. 17-3283, ECF No. 3914]**

Description:  Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American Federation of Teachers, seek relief from the automatic stay.

Objection Deadline:  October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

Reply, Joinder & Statement Deadlines: October 19, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A. Movants' Reply to Objection of the Commonwealth to Motion for Relief From Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4071]**

Related Documents:

    A. Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3916]**

    B. Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 3960]**

    C. Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**

    D. Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply to Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4107]**

    E. Order Granting Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply **[Case No. 17-3283, ECF No. 4449]**

    F. Joint Informative Motion regarding Hearing on Motion for Relief from Stay filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 4941]**

Status:  This matter has been adjourned with consent of the Movant to the April 24, 2019 omnibus hearing.

Estimated Time Required:  N/A

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: March 11, 2019
      San Juan, Puerto Rico

Respectfully submitted,

*/s/  Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
Daniel J. Perez-Refojos
USDC No. 303909
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*