DAVID C. MEDINA
1725 FOSTER ROAD
LAS CRUCES, NM 88001

The Clerk of the United States
District Court of the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399