THIERRY V. SOMMER
& ASSOCIATES

9724 Kingston Pike, Suite 102
Knoxville, TN 37922

KNOXVILLE TN 377
08 MAR '19
PM 2 L

$0.500
US POSTAGE
FIRST-CLASS
062S0008784185
37922

Clerk of US District Court
District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

CLERK'S OFFICE
US DISTRICT CT
SAN JUAN

RECEIVED & FILED
2019 MAR 11 PM 5:37

00918-170399