Scully
14 South St.
West Haven, CT.
06516

Clerk of U.S. District Court for Dist. of Puerto P.Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR
00918-1767

RECEIVED & FILED
2019 MAR 11 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170999