Case:17-03283-LTS Doc#:5490-1 Filed:03/11/19 Entered:03/12/19 08:43:31 Desc: Envelope Page 1 of 1

Marvin & Marsie Chaiken
5950 North Fountains Ave. #3101
Tucson, Arizona 85704



The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Ave. San Juan, PR 00918-1767