

Ms. Linda Rosin
1230 County Route 60
Elmira, NY 14901

RECEIVED & FILED
2019 MAR 11 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the US District Court for District of Puerto Rico
Room 150 Federal Building
150 Carlos Ave
San Jaun, PR 00918-1767