**PRIORITY MAIL**

P.O. Box 122
Wayland, Mass. 01778-0122

**CERTIFIED MAIL**

7017 2620 0001 1655 3620




U.S. POSTAGE PAID
PM 3-Day
WAYLAND, MA
01778
MAR 08, 19
AMOUNT
$13.65
R2305H128209-02
00918
1006

2019 MAR 11 PM 5:37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S District Court for the
District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico