P.O. Box 2373
Valparaiso, IN 46384-2373

RECEIVED
2019 MAR 11 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

07 MAR 2019 PM 4 L

The Clerk of the United States District
Court for the District of Puerto [Rico]
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-330550