**PRIORITY MAIL**

P.O. Box 122
Wayland, Mass. 01778-0122




**CERTIFIED MAIL**

7017 2620 0001 1655 3620

2019 MAR 11 PM 5:37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
PM 3-Day
WAYLAND, MA
01778
MAR 08, 19
AMOUNT
$13.65
1006         00918      R2305H128209-02

The Clerk of the U.S District Court for the
District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico

*For International shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5