BORDIN
9 LEATHERSTOCKING LA
SCARSDALE, NY 10583

08 MAR 2019 PM 5 L

RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO. ROOM 150
FEDERAL BUILDING,

150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

00918-170399