

Mr. Seymour R. Lukin
Apt 29G
340 E 93rd St
New York, NY 10128

The Clerk of the U.S. District Court for
District of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767