DUSZA
0S537 EAST St
WINFIELD, IL 60190

RECEIVED & FILED
2019 MAR 11 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court For The District of Puerto
Room 150 Federal Building
150 Carlos Chardon Av
San Juan, PR 00918-1767

00918-170625