Searle and Company
333 Greenwich Avenue
Greenwich, CT 06830

$0.50
US POSTAGE
FIRST-CLASS
071V00903978
06830
000003121

RECEIVED
2019 MAR 11  PM 5:35
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

009181703 C018