Mr. Joseph Koory
55 S Hale St. Unit 409
Palatine, IL 60067

CAROL STREAM IL 601

07 MAR 2019 PM 4 L



RECEIVED & FILED
2019 MAR 11  PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK OF U.S. DIST. COURT
DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918-170625