

Carl A. & Irma Solomon
29 Devonshire Rd S
Cedar Grove NJ 07009-2023

Case:17-03283-LTS Doc#:5500-1 Filed:03/11/19 Entered:03/12/19 09:00:45 Desc:
Envelope Page 1 of 1

RECEIVED & FILED
2019 MAR 11 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OR THE DISTRICT OF
PUERTO RICO, ROOM 150 FEDERAL BUILDING
FEDERAL BUILDING, 150 CARLOS CHARDON AV.
SAN JUAN, PR 00918-1767



00918<br>1703 C018