Matthew ??
2354 E. Harold St.
Philadelphia, PA
19125

The Clerk of US District Court
for District of Puerto Rico
Room 150 - Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767