THE McKENZIE FAMILY TRUST
WILLIAM R. McKENZIE CHERYL L. McKENZIE
4550 E. WILD COYOTE TRL
TUCSON, AZ 85739

RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of US District Court
Division of Puerto
Room 150, Federal Bldg.
150 Carlos Chardon
San Juan, P.R. 00918-1767

00918-170625