

Leo T. De[...]
722 Cedarbrook Rd.
Bridgewater, NJ 08807

07 MAR 2019 PM 3 L

CLERK US DISTRICT COURT
OF PUERTO RICO
ROOM 150 FEDERAL BLDG
150 CARLOS CHARDON AVE
SAN JUAN, PR. 00918-1767

RECEIVED & FILED
2019 MAR 11 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399