James Holt
4368 Eastwicke Blvd.
Stow OH 44224



CLEVELAND OH 440

08 MAR 2019 PM 3 1

RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
For the District of the Puerto
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625