Mr. James P. DeFranco, Jr.
4322 193rd St
Flushing, NY 11358



The Clerk of the United States District Court of Puerto Rico, Room 150 Federal Building 150 Carlos Chardon Ave. San Juan, PR 00918-1767