ELAINE BERGL
1619 Third Ave
Apt. 17H
New York, NY 10128
U.S.A.

RECEIVED & FILED
2019 MAR 11 PM 5:35
CLERK'S OFFICE
U.S. DIST CT
SAN JUAN, PR

Clerk, U.S. District Court Puerto Rico
Federal Building, Room 150
150 Carlos Chardon Avenue, Room 150
San Juan, PR 00918-1767

NEW YORK NY 100
07 MAR 2019 PM 15 L

00918-170625