Feder
612 Woodmere Blvd
Woodmere NY 11598

RECEIVED & FILED
2019 MAR 11 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

MID-ISLAND NY 117
07 MAR 2019 PM 6 L

FR. TED HESBURGH
FOREVER USA

Clerk of United States
District Court for District of
Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
00918-5745 Juan Puerto Rico 00918-1767