Eduardo Ariet
2407 Honeysuckle
Chapel Hill, NC 27514

RALEIGH NC 275
Research Triangle Region

RECEIVED & FILED

2019 MAR 11 PM 5:35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court
for the District of Puerto Rico
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, PR 00918-1767