Winkler
389 Gifford St, #451
Falmouth, MA 02540



PORTLAND OR 972

06 MAR 2019 PM 7 L

USA FOREVER

RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for
the District of PR
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625