ING. SVEN COMAS DEL TORO
Urb. Hostos
6 Calle Luis De Celis
Mayagüez, P.R. 682-5947



THE CLERK OF THE UNITED STATES
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE,
SAN JUAN, P.R. 00918-1767