Keith
133 Commonwealth Ave.
San Francisco CA 94118

Clerk, U.S. District Court
Federal Bldg. Room 150
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 11 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625