Lawrence Russo
5520 E Palo Verde Drive
Paradise Valley, AZ 85253

PHOENIX AZ 852
06 MAR 2019 PM 5 L



The Clerk - US District Court
Puerto Rico
Room 150 - Federal Building
150 Carlos Chardon Ave.
San Juan, P R   00918-1767

00918-170625