Martin Frank
7247 Via Palomar
Boca Raton, FL 33433



WEST PALM BCH FL 334
08 MAR 2019 PM 3 L

RECEIVED & FILED
2019 MAR 11 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of The U.S. District Court
for The district of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767