**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------X
                                                           :
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :   Title III
                                                           :
        as representative of                               :   Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                  :   (Jointly Administered)
                                                           :
        Debtors.                                           :
-----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                 **Counsel Contact Information (if any)**

Carol A Kline renokable trust                               _____
Participant Name                                            Firm Name (if applicable)

_____                            _____
Contact Person (if Participant is not an individual)        Contact Person

carol kline 1948@gmail.com                                  _____
Email Address                                               Email Address

_____                            _____

Address line 1

_1012 N Shore Dr N E #52_

Address line 2

_St Petersburg FL 33701_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.　　Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.　　If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)　Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74S 1J1 A79_

(b)　Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _Carol A Kline_

Signature

_Carol A. Kline,_

Print Name

_Trustee_

Title (if Participant is not an Individual)

_3 / 7 / 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.