1012 N SHORE DR NE UNIT 52
SAINT PETERSBURG, FL 33701

TAMPA FL 335
SAINT PETERSBURG FL
08 MAR 2019 PM 10 L



RECEIVED & FILED

2019 MAR 11  PM 5: 35

Clerk of US District Court for District of Puerto Rico
Room 150  Federal Bldg.
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

00918-170399