Pfisterer
16 Shaw Rd
Wales, MA
01081

Clerk, U.S. District Court
District of Puerto Rico, Rm 150
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625