

Ms. Phyllis G. Gutfleish
11561 Pallas Dr.
Boynton Beach, FL 33437-6426





RECEIVED & FILED

2019 MAR 11  PM 5: 35

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of Puerto Rico
Room 150  Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767