Myrta López-Molina
Urb. Húcares
W3-66 C/B. Gracián
San Juan, PR 00926-0686

7018 1830 0001 7331 4995



The Clerk of the United States District Court
for the District of Puerto Rico

Room 150 Federal Bldg.
150 Carlos Chardon Avenue
San Juan, PR
            00918-1767



