Donald Mosk
Apt 401
19434 Waters Reach Ln
Boca Raton, FL 33434

WEST PALM BCH FL 334

08 MAR 2019 PM 4 L



RECEIVED & FILED
2019 MAR 11 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico Room 150
Federal Bldg
150 CARLOS CHARDON AVE
SAN JUAN PR 00918-1767

00918-170625