JB Brown
2 Henlopen Court
Lewes DE 19958-1768

Clerk of United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

FIRST CLASS




U.S. POSTAGE PAID
FCM LETTER
CROFTON, MD
21114
MAR 06, 19
AMOUNT
$6.85
R2304W119857-02

RETURN RECEIPT REQUESTED

00918-170625

