

Dennis Thompson
11514 Sun Rd
Dade City FL 33525-1828



TAMPA FL 336
SAINT PETERSBURG FL
08 MAR 2019 PM 3 L

RECEIVED & FILED
2019 MAR 11  PM 5: 34

The Clerk of The United State District Court
For the District of Puerto Room 150
Federal Building 150 Carlos Chardon Avenue
San Juan, PR 00918-1368

009188170G C018