

Jeffrey L Ostroff
4980 Fairfield Rd
Fairfield, PA 17320

HARRISBURG PA 171
07 MAR 2019 PM 1 L

RECEIVED & FILED

2019 MAR 11 PM 5:34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO
ROOM 150, FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PUERTO RICO 00918-1767

00918-170399