

Roberto Colón Roméu
**ELEVEN - ELEVEN CORP.**
PO Box 305 Cataño, PR 00963-0305

7016 1370 0000 1598 3889

The Clerk of the United States District Court
    For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan, PR   00918-1767

RECEIVED & FILED 2019 MAR 11