Case:17-03283-LTS Doc#:5524-1 Filed:03/11/19 Entered:03/12/19 09:55:48 Desc: Envelope Page 1 of 1



Mrs. Eleanor Feigenbaum
3200 Riviera Dr.
Delray Beach, FL 33445

WEST PALM BCH FL 334

07 MAR 2019 PM 3 L

RECEIVED & FILED

2019 MAR 11 PM 5:34

The Clerk of the United States District Court For the District of Puerto, Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

00918-170399