Foschetti
419 Little Quarry Rd
Gaithersburg MD 20878

U.S. POSTAGE PAID
FCM LETTER
WASHINGTON, DC
20004
MAR 06, 19
AMOUNT
$4.05
R2305M145742-2

7018 2290 0001 9829 0934

1000   00918

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 11 PM 5:37

009180 1706 C018