**Merrill Lynch**
Bank of America Corporation

450 Old Country Road
Riverhead, NY 11901

RECEIVED & FILED
2019 MAR 11 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



07 MAR '19

$000.75
0001966222 MAR 07 2019
MAILED FROM ZIP CODE 11901

The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan P.R. 00918-1767