Pam & Craig Kurtz
11959 N. Hickory Grove Rd
Dunlap, IL 61525

PEORIA IL 616
07 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 11 PM 5: 34
CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

CLERK OF US DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918$1703 C018