I. G. Brooks
1377 Patuxent Ridge Road
Odenton MD 21113-6002

06 MAR '19

FIRST CLASS

UNITED STATES
POSTAL SERVICE®

1000          00918

U.S. POSTAGE PAID
FCM LETTER
CROFTON, MD
21114
MAR 06, 19
AMOUNT
**$6.85**
R2304W119857-02

2019 MAR 11 PM 5:37

FILED

Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave,
San Juan PR 00918-1767

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

**RETURN RECEIPT
REQUESTED**

00918$1703 C018

7018 3090 0000 3328 1775