Ethel Alvarez
Paseo Del Monte Nd-6
Monte cloro
Bayamon P.R. 00961



07 MAR '19
PM 3 L

RECEIVED & FILED
2019 MAR 11 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

The clerk of the US District Court
for the district of P.R.
Room 150 Federal Building, 150
Carlos Chardon Ave, San Juan P.R.
00918-1767