Carmen I. García Pacheco
PO Box 7536
Ponce, Puerto Rico 00732-7536



U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
MAR 08, 19
AMOUNT
$6.85
R2304M113036-02

CERTIFIED MAIL

7018 1130 0001 2186 6078

The Clerk of the United States District Court
for the District of Puerto Rico,
Room 150 Federal Building,
150 Carlos Chardón Avenue,
San Juan, Puerto Rico 00918-1767