Mr. Duncan Hall
14320 Tandem Blvd Apt 4310
Austin, TX 78728-6671



AUSTIN TX 787
RIO-GRANDE DISTRICT
07 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 11 PM 5:34
CLERK
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING 150 CARLOS CHARDON AVE.
SAN JUAN, PR. 00918-1767

00918$9999