**CERTIFIED MAIL**

Ute Dienstbach
15249 W. Melissa Ln.
Surprise, AZ 85374

7018 1130 0000 1039 4965

U.S. POSTAGE PAID
FCM LETTER
SUN CITY WEST, A
85375
MAR 08, 19
AMOUNT
$4.05
R2304W120499-15

Air Mail

To: The Clerk of the U.S. District Court for the District of Puerto Rico, Rm 150 Federal Bldg.
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2019 MAR 11 PM 5:36
RECEIVED & FILED