Hilda Izquierdo
1632 Navarra
Rambla
Ponce, P.R. 00730-4059

SAN JUAN PR 009
09 MAR 2019 PM 1 L

The Clerk of the U.S. District Court of District of PR
Room 150 Federal Building
150 Carlos Chardon Ave,
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 11 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918$1703