SHELTON
866 HERITAGE HILLS
SOMERS NY 10589

RECEIVED & FILED
2019 MAR 11 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR. 00918-1767

00918$1706 C018