L. Solo...
6375 Wobber Rd
WEST BLOOMFIELD Mr 48322

METROPLEX MI 480

08 MAR 2019 PM 1 L

USA FOREVER

RECEIVED & FILED
2019 MAR 14 AM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO Room 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1762

00918-170399