Berrono
208 michael Dr.
Oviedo, FL.
32765

RECEIVED & FILED
2019 MAR 11 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT CT
SAN JUAN, P.R.

ORLANDO FL 328
06 MAR 2019 PM 6 L

The Clerk of the United States District Court
for District of Puerto Rico
Room 150
Fedelal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399