The Isroffs
19187 Chapel Creek Drive
Boca Raton, FL 33434-5128

08 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 11 PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of US District Court
District of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625