Sheila Wolf
5835 Coolwater Cove
Dallas TX 75252



NORTH TEXAS TX PSDC
DALLAS TX 750
08 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 11 PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District
Court for the District of Puerto
Room 150   Federal Bldg.
150 Carlos Chardon Ave.
San Juan PR  00918-1767

00918-170625