**Mike Bowhay**
11058 Wellshire Lane
Frisco, TX 75035-3638



NORTH TEXAS TX PSDC
DALLAS TX 750
08 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 11 PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the US District Court for
the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625