

Mr. John M. Wolstencroft
145 Hampton Cir.
Bluffton, SC 29909



THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO,
ROOM 150 FEDERAL BUILDING,
150 CARLOS CHARDON AVE,
SAN JUAN. P.R. 00918-1767

RECEIVED & FILED
2019 MAR 11 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625