416 E. 1st St.
Bloomington, IN 47401

Case:17-03283-LTS   Doc#:5541-1   Filed:03/11/19   Entered:03/12/19 10:29:23   Desc:
Envelope   Page 1 of 1



27 MAR 2019 PM 7 L

RECEIVED & FILED
2019 MAR 11 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court
 For the District of Puerto Rico
Room 150 - Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625