Rufo González
#609 calle 1
Tintillo Hills
Guaynabo PR 00966

RECEIVED & FILED

2019 MAR 11 PM 5: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN·PR 009

07 MAR 2019 PM 1 L

FOREVER USA
Barn Swallow

Secretaria Tribunal Federal P.R
Oficina 150, Edificio Federal, 150
Avenida Carlos Chardon, San Juan P.R
00918-1767

00918824117