Ms. Joan Armstrong
278 Marina Dr.
Hutchinson Is, FL 34949



RECEIVED & FILED
2019 MAR 11 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of U.S. District Court for
District of Puerto
Room 150 Federal Bldg.
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625