Maritza Medelid Lopez
#609 Calle I. Tintillo Hills
Guaynabo P.R 00966

RECEIVED & FILED
2019 MAR 11 PM 5:33
CLERK'S OFFICE
U.S.D.
SAN JUAN, P.R

Secretaria Tribunal Federal P.R.
Oficina 150, Edificio Federal, 150
Ave. Chardon   San Juan P.R
              00918-1767

00918$2411