I CERTIFY THAT A COPY of the foregoing Notice of Participation in Omnibus Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds (completed by Jan Valentine) was served by U.S. Mail upon the following notice parties on this 6th day of March 2019:

Brown Rudnick LLP
Attn: Edward S. Weisfelner
Angela M. Papalaskaris
7 Times Square
New York, NY 10036

Stephen A. Best
601 13th Street NW, Suite 600
Washington, DC 20005

Sunni P. Beville
One Financial Center
Boston, MA 02111

Paul Hastings LLP
Attn: Luc A. Despins
James R. Bliss
Nicholas A. Bassett
200 Park Avenue
New York, NY 10166

Estrella, LLC
Attn: Alberto Estrella
Kenneth C. Suria
P. O. Box 9023596
San Juan, Puerto Rico 00902-3596

Casillas, Santiago & Torres LLC
Attn: Juan J. Basillas Ayala
Diana M. Batlle-Barasorda
Alberto J.E. Aneses Negron
Ericka C. Montull-Novoa
El Caribe Office Building
53 Palmeras St., Suite 1601
San Juan Puerto Rico 00901-2419

By: _Jan Valentine_