Case:17-03283-LTS   Doc#:5545-2   Filed:03/11/19   Entered:03/12/19 10:36:37   Desc:
Envelope   Page 1 of 1

Jan L. Valentine
12 Campbell Farms Road
Belen, NM 87002



RECEIVED & FILED
2019 MAR 11  PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District
Court for the District of
Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1747