John Trombadore
7522 NW 110th Dr.
Parkland, FL 33076

W PALM BCH
08 MAR '19
PM 1 L

$0.460
US POSTAGE
FIRST-CLASS
062S0007733694
08876

RECEIVED & FILED
2019 MAR 11 PM 5: 36
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building 150 Carlos Chardon Avenue San Juan, PR 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