Bernard & Marlene Stein
21 Bay Hill Dr
Bloomfield, CT 06002



The Clerk for the US District Court
    for the District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 11 PM 5:36
CLERK'S OFFICE
DISTRICT [COURT]
SAN JUAN

00918-170625