Mr Adrien Coblentz
90 W Main St
Mendham, NJ 07945



07 MAR 2019 PM 7 L

RECEIVED & FILED
2019 MAR 11 PH 5: 36
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Clerk of the US District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625