

Mr. John Ferman
5210 Sunset Ridge Dr.
Mason, OH 45040

CINCINNATI OH 452

07 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The clerk of US District Court
for the District of Puerto Rico.
Room 150
Federal BUILDING
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625