SANDRA
2500 Kalakaua A
Honolulu, HI 9

HONOLULU HI 968

05 MAR 2019 PM 1 L

RECEIVED
2019 MAR 11 PM 5:36
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR

00918-1767

00918-170625