Christensen
18375 S.E. Federal Hwy.
Tequesta, FL 33469

RECEIVED & FILED
2019 MAR 11 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WEST PALM BCH FL 334
06 MAR 2019 PM 2 L

The Clerk of the United States
District Court for the District of Puerto Rico
Rm 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399