

Roz & Eric Manor
239 Hungry Harbor Rd
Valley Stream, NY 11581

MID-ISLAND NY 117

07 MAR 2019 PM 4 L



FOREVER USA

RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625