

Miriam Held
8877 Tulare Dr Unit 308B
Huntingtn Bch, CA  92646

SANTA ANA CA 925
06 MAR 2019 PM 3 L

RECEIVED & FILED
2019 MAR 11  PM 5: 33

Clerk of The U.S. District Court
For The District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399