Monster Hoods
9108 BELLEHAVEN NE
ALBUQUERQUE NM 87112

ALBUQUERQUE NM 870
07 MAR 2019 PM 3 L



RECEIVED & FILED
2019 MAR 11 PM 5:33
CLERK'S
U.S. DISTRICT
SAN JUAN

CLERK OF US DIST CT FOR DIST. OF PUERTO
Room 150
FEDERAL BLDG
150 CARLOS CHARDON AVE
SAN JUAN PR
00918 -1767

00918-170399