Robert F. Schott
44 Fieldcrest Road
New Canaan CT 06840



RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150   Federal Building
150 CARLOS CHARDON Ave
SAN JUAN, PR  00918-1767

00918-170625