Jacobs
9 Prospect Park W. 1B
Brooklyn NY 11215

RECEIVED & FILED
2019 MAR 11 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

NEW YORK
NY 100
05 MAR '19
PM 13 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P  $ 000.50⁰
0000319948 FEB 28 2019
MAILED FROM ZIP CODE 10012

00918-170399