B. Brillantin[?]  
PO Box 352  
Crosswicks, NJ 08515, USA

TRENTON NJ 085  
07 MAR 2019 PM 5 L

The Clerk of the United States District Court for the District of Puerto [Rico]
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

RECEIVED & FILED 2019 MAR 11 PM 5:35 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.