Case:17-03283-LTS   Doc#:5558-1   Filed:03/11/19   Entered:03/12/19 11:05:47   Desc:
Envelope   Page 1 of 1



Mr. Konstantin W. Zois
360 Tremont Pl
Orange, NJ 07050

RECEIVED & FILED
2019 MAR 11  PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico Room 150
Federal Building 150 Carlos Chardon
San Juan   P.R. 00918-1767

00918-170625