Sheila Binkley
275 Emerson St.
Upland, CA 91784

SANTA ANA, CA 926
07 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 11 PM 5:33
CLERK'S OFFICE
US DISTRICT C
SAN JUAN, P

Clerk of United States District Court
for the District of Puerto,
Room 150

Federal Building,
150 Carlos Chardon Ave
San Juan PR 00918-1767