MARYANNE CANNILLA
81 PACE DRIVE SOUTH
WEST ISLIP, N.Y. 11795

MID-ISLAND NY 117
07 MAR 2019 PM 6 L

RECEIVED & FILED
2019 MAR 11 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO, ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170399