

**COOP LAS PIEDRAS**
Calle José Barbosa • Apartado 100
Las Piedras, Puerto Rico 00771
www.cooplaspiedras.com



The Clerk of the United States
Distict Court for the District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan P.R. 00918-1767