WILL
PO BOX 789
WEST RUTLAND, VT, 05777
USA

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF PUERTO
ROOM 150, FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918-1767