MCT-LP
46 ROCKLEDGE DRIVE
LIVINGSTON, N.J.
07039

DV DANIELS NJ 070

08 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 11 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK of the United States District Court
for the District of Puerto

Room 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE

SAN JUAN, Puerto Rico
00918-1767

00918-170625