$7.35
03/08/19
3366900331-09

**PRIORITY MAIL 3-Day ®**

0 Lb 1.70 Oz
1004

EXPECTED DELIVERY DAY: 03/11/19

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

USPS TRACKING NUMBER

9505 5159 8856 9067 0887 47

FROM: Charles Muchando
524 Oakridge Avenue
Northplainfield NJ 07063

TO:
The Clerk of the United States District
Court for the District of Puerto,
Room 150, Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®