Betty Fut
69-10 108th St #3J
Forest Hills, NY 11375



RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court for the District of Puerto Rico
150 Carlos Chardon Avenue
Room 150
San Juan, PR 00918-1767

00918-170625