**THE DENTAL PARLOUR**
ESTABLISHED 1971
**NEW YORK CITY**

Myron Finkel, DDS, PC    Sivan Finkel, DMD
434 East 57th Street, New York, NY 10022

RECEIVED & FILED
2019 MAR 11 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of The United States District Court
For The District of Puerto [Rico]
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan  PR
00918-1767

00918-170625

