Ms Rona Rothman
477 Misty Oaks Run
Casselberry, FL 32707



RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for The District of Puerto Room 150   Federal Building 150 Carlos Chardon Ave. San Juan, PR   00918-1767

00918-170625