William Schimel
3-21 Summit Ave
Fair Lawn, NJ 07410



KEARNY NJ 070
07 MAR 2019 PM 11 T

RECEIVED & FILED
2019 MAR 11 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the United States District Court
  for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

009181706