MICHAEL & ROSE ZARETSKY
19 WINTER ST
FOREST HILLS, NY 11375

PRIME CLERK LLC
830 Third Ave, 9th FL
NEWYORK, NY 10022
Attn: MESSIAH CROWELL

RECEIVED
MAR 05 2019
PRIME CLERK LLC

