MICHAEL & ROSE ZARETSKY
19 WINTER ST
FOREST HILLS, NY 11375



PRIME CLERK LLC
830 Third Ave, 9th FL
NEW YORK, NY 10022
Attn: MESSIAH CROWELL

RECEIVED
MAR 05 2019
PRIME CLERK LLC

10022-656975