**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561


U.S. POSTAGE >> PITNEY BOWES
ZIP 10022  $ 000.65⁰
02 4W
0000349747 MAR 07 2019

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

COURT
P.R.

Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767

0091831703 C018