EASTMAN DRUG STORE, INC.
116 SOUTH MAIN
SODA SPRINGS, IDAHO 83276

27 FEB 2019 PM 1 L



RECEIVED
MAR 04 2019
PRIME CLERK LLC

Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

10022-656975