**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767