Ponce, Puerto Rico
28 de febrero de 2019

Prime Clerk
830 Third Ave, 9th Floor
New York, N.Y 10022

RECEIVED & FILED
CLERK'S OFFICE
MAR 11 2019
US DISTRICT COURT
SAN JUAN, PR

A quién pueda interesar:

Saludos cordiales. Sirva la presente para contestar unos documentos que recibí otra vez en esta semana. Según expliqué anteriormente rectifico que no poseo bono con el Gobierno del Estado Libre Asociado de Puerto Rico, ni tengo ninguna demanda con el Gobierno.

Que si fui maestra del Sistema de Educación Pública de Puerto Rico por 30 años y hace 5 me retiré. Que de acuerdo a los documentos que nos orientaron para cumplimentar y enviar a ustedes, estos se referían a unos aumentos salariales, pasos, pasos por años de servicio y mejoramiento profesional. Los cuales son los siguientes:

1. Ley Romerazo
2. Ley 164 Aumento salarial ($100.00)
3. Ley 96 Costo de vida (Pasos)
4. Ley 34 Ingenio Laboral Rosello

5. Escala Salarial pasos por año de servicio
6. Extipendio mejoramiento profesional

Que otros que cumplimentamos no aplican y asi mismo lo reiteramos al llenar otro documento cancelandolos, los cuales eran de bonistas y accionistas ya que reiterando no somos accionistas en el gobierno ni poseemos ninguna clase de bonos con el Gobierno de Puerto Rico

Esperando esto sea de su ayuda y la nuestra, le reitero las gracias.

atentamente

Myrna Y. Soto Torres
*Myrna Y. Soto Torres*