Ponce, Puerto Rico
18 de febrero de 2019

Prime Clerk
830 Third Ave, 9th Floor
New York, N.Y. 10022

A quién pueda interesar:

Saludos cordiales. Por la presente yo Myrna Y. Soto Torres hago constar que no tengo demandas con el Gobierno de Puerto Rico, que no poseo bonos, ni nada con el Gobierno.

Soy maestra retirada, que comencé a trabajar en el Departamento de Educación de Puerto Rico en enero de 1985. Que cuando comencé poseía mi Bachillerato en Educación Secundaria en Ciencias Sociales y licencia de Educación Elemental K-6 con un minor en Ciencias y cursaba mi Maestría en Administración y Supervisión. Posterior, recibí al concluir mis estudios, mi licencia de Maestría en Administración y Supervisión. Me retiré en Mayo de 2014 efectivo en Julio 2014. Que recibo la pensión que obtuve.

Pienso que hubo algún error al llenar los documentos enviados a ustedes. Que estoy haciendo las gestiones para obtener una copia de mi revisión salarial y de retiro.

Espero esté bien.

Muchas gracias por su atención y comunicación.

Queda de ustedes muy agradecida

Myrna Y. Soto Torres

*Myrna Y. Soto Torres*