From: Myrna J. Soto Torres
Calle Torres Nadal #978
Urb. Villas de Rio Canas
Ponce, Puerto Rico 00728-1937

7018 2290 0000 0262 2227

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
MAR 04, 19
AMOUNT
$7.60
R2304M113036-07

Prime Clerk
830 Third Ave. 9th Floor
New York, N.Y. 10022

**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767

