```
Court Name: District Court
Division: 1
Receipt Number: PRX100062410
Cashier ID: arodrigu
Transaction Date: 03/12/2019
Payer Name: ADSUAR MUNIZ GOYCO SEDA

PRO HAC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-006003-002
 Amount:       $300.00

PAPER CHECK CONVERSION
 Remitter: ADSUAR MUNIZ GOYCO SEDA
 Check/Money Order Num: 867249
 Amt Tendered: $300.00

Total Due:     $300.00
Total Tendered: $300.00
Change Amt:    $0.00

17-3283(LTS) PRO HAC VICE OF MOSHE
A. FINK
THRU: ERIC PEREZ-OCHOA
```