

Steven Oursler
19475 Jack Stone Ln
Drayden, MD 20630-3404



RECEIVED
MAR 08 2019
PRIME CLERK LLC

Prime Clark LLC
830 Third Ave, 9th Floor
New York, NY 10022

