# **APPENDIX I**

**(1) ERS Bondholders Identified on Rule 2019 Statements and (2) Other ERS Bondholders Having Filed a Proof of Claim in the Amount of $5 Million or More in ERS Bonds[1]**

| Name of Bondholder | Rule 2019 Statement/Proof of Claim | Amount |
|---|---|---|
| Andalusian Global Designated Activity Company | Third Supplemental Verified Statement of the ERS Secured Creditors Pursuant to Bankruptcy Rule 2019 [Docket No. 5189][2] | $208,470,000 |
| Funds and/or accounts managed or advised by Centerbridge Partners, L.P. and its affiliates | Fifth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019 [Docket No. 4384] | $154,471,244 |
| Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio; Oceana Master Fund Ltd.; Pentwater Merger Arbitrage Master Fund Ltd.; PWCM Master Fund Ltd. | Third Supplemental Verified Statement of the ERS Secured Creditors Pursuant to Bankruptcy Rule 2019 [Docket No. 5189] | $221,861,847 |
| Glendon Opportunities Fund, L.P. | Third Supplemental Verified Statement of the ERS Secured Creditors Pursuant to Bankruptcy Rule 2019 [Docket No. 5189] | $4,000,000 |
| Mason Capital Master Fund, LP | Third Supplemental Verified Statement of the ERS Secured Creditors Pursuant to Bankruptcy Rule 2019 [Docket No. 5189] | $439,611,992 |

---

[1] This chart identifies certain holders of ERS Bonds based on a summary review of (a) the disclosures of holdings of ERS bonds contained in the most-recent verified statements filed pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019") by certain groups of bondholders and (b) proofs of claim in an amount exceeding $5 million filed against ERS and categorized by Prime Clerk (the Debtors' claims agent) as "Bond" claims. The Committee objects, at a minimum, to these claims. The Objection is not directed at the claims to which the Committee is objecting separately (but on identical grounds) in the contemporaneous objection filed by Casillas, Santiago & Torres LLP. The Objection will be served (i) with respect to the above entities that have filed proofs of claim against ERS, at the service addresses provided on their respective proofs of claim, (ii) with respect to the above entities that have not filed proofs of claim against ERS, at the addresses provided on their respective Rule 2019 verified statements, and (iii) with respect to all of the above entities, upon the addresses of their counsel, if known.

[2] References to docket numbers herein refer to the docket in Case No. 17-BK-3283 (LTS).

| Name of Bondholder | Rule 2019 Statement/Proof of Claim | Amount |
|---|---|---|
| Multinational Life Insurance Company | Proof of Claim No. 15918 | $5,000,000 |
| Nokota Capital Master Fund, L.P. | Proof of Claim No. 34909 | $87,330,000 |
| Ocher Rose, L.L.C. | Third Supplemental Verified Statement of the ERS Secured Creditors Pursuant to Bankruptcy Rule 2019 [Docket No. 5189] | $130,170,115 |
| Funds and/or accounts managed or advised by OppenheimerFunds, Inc. | Fifth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019 [Docket No. 4384] | $24,895,000 |
| Certain affiliated Puerto Rico Funds[3] | First Supplemental Verified Statement of the Puerto Rico Funds Pursuant to Bankruptcy Rule 2019 [Docket No. 3768] | $719,818,516 |
| SV Credit, L.P. | Third Supplemental Verified Statement of the ERS Secured Creditors Pursuant to Bankruptcy Rule 2019 [Docket No. 5189] | $137,368,644 |

---

[3] The affiliated Puerto Rico Funds holding ERS bonds include Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & US Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Inc., Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund Inc. II, Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., and Tax-Free Puerto Rico Target Maturity Fund, Inc.