# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ------------------------------------------------------------- x | : | |
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : | PROMESA Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors.[1] | : | |
| ------------------------------------------------------------- x | | |
| | : | |
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : | PROMESA Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3566 (LTS) |
| | : | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | : : : : | **This filing relates only to Debtor ERS and shall be filed in the lead Case No. 17-BK-3283 (LTS) and Case No. 17-BK-3566 (LTS)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------- x | | |

**DECLARATION OF JAMES R. BLISS IN SUPPORT OF OMNIBUS OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLAIMS ASSERTED BY HOLDERS OF BONDS ISSUED BY EMPLOYEES RETIREMENT SYSTEM OF <u>GOVERNMENT OF PUERTO RICO</u>**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

I, JAMES R. BLISS, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner with the law firm Paul Hastings LLP, co-counsel to the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA), including ERS.

2. I submit this declaration in support of the *Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico* (the "Objection"). Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

3. Attached to this declaration as Exhibit 1 is a true and correct copy of excerpts of the Official Statement, dated January 29, 2008, for ERS Senior Pension Funding Bonds, Series A.

4. Attached to this declaration as Exhibit 2 is a true and correct copy of excerpts of the Official Statement, dated May 28, 2008, for ERS Senior Pension Funding Bonds, Series B.

5. Attached to this declaration as Exhibit 3 is a true and correct copy of excerpts of the Official Statement, dated June 26, 2008, for ERS Senior Pension Funding Bonds, Series C.

6. Attached to this declaration as Exhibit 4 is a true and correct copy of excerpts of the Official Statement, dated March 11, 2014, for Commonwealth General Obligation Bonds of 2014, Series A.

7. Attached to this declaration as Exhibit 5 is a true and correct copy of excerpts of the Official Statement, dated February 1, 2012, for GDB Senior Notes, 2012 Series A (Taxable).

8. Attached to this declaration as Exhibit 6 is a true and correct copy of excerpts of the Official Statement, dated September 19, 2006, for PRIFA Special Tax Revenue Bonds, Series 2006.

9. Attached to this declaration as <u>Exhibit 7</u> is a true and correct copy of excerpts of the Official Statement, dated February 15, 2012, for PRASA Revenue Bonds, Series 2012B (Senior Lien).

10. Attached to this declaration as <u>Exhibit 8</u> is a true and correct copy of excerpts of the Official Statement, dated August 15, 2013, for PREPA Power Revenue Bonds, Series 2013A.

11. Attached to this declaration as <u>Exhibit 9</u> is a true and correct copy of excerpts of the Official Statement, dated February 15, 2007, for Highways and Transportation Authority Revenue Bonds (Series M), Transportation Revenue Refunding Bonds (Series N), and Highway Revenue Refunding Bonds (Series C).

12. Attached to this declaration as <u>Exhibit 10</u> is a true and correct copy of Conway Mackenzie, Inc., *Review of the Events and Decisions That Have Led to the Current Financial Crisis of the Employees Retirement System of the Government of Puerto Rico* (2010).

*[remainder of page intentionally left blank]*

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: March 12, 2019  /s/ James R. Bliss
       New York, New York

PAUL HASTINGS LLP
James R. Bliss, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
jamesbliss@paulhastings.com

4