UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANT LINDA W. BIRD TO OBJECTION OF PUERTO RICO SALES TAX FINANCING CORPORATION

I, Linda W. Bird, (the "Claimant") filed a claim against the Puerto Rico Sales Tax Financing Corporation ("COFINA") on or about April 5, 2018 (the "Claim"), which was logged by Prime Clerk LLC as Proof of Claim No. 3690. On December 4, 2018, COFINA filed an objection to the Claim (the "Objection"). *See Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4410). On December 28, 2018, I timely filed a response (the "Response") to the Objection. *See Response to Debtor's Objection to Claims (Number(s): 3690) Re: 4410 Motion Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4581).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I have discussed the Objection and Response with one or more representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon our discussion, understand the reasoning set forth in the Objection, and agree to withdraw the Response. I hereby authorize the Oversight Board to file this consent to notify the Court of my agreement to withdraw the Response.

Date: 3/4/19

Signature: *Linda WBird*

Print Name: Linda WBird

Print Address: 2740 NE 57th Ct Ft. Lauderdale, FL 33308

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANTS JOSEPH T. LOWERY AND MARIE E. OCAMPO TO OBJECTION OF PUERTO RICO SALES TAX FINANCING CORPORATION

We, Joseph T. Lowery and Marie E. Ocampo, (the "Claimants") filed a claim against the Puerto Rico Sales Tax Financing Corporation ("COFINA") on or about April 10, 2018 (the "Claim"), which was logged by Prime Clerk LLC as Proof of Claim No. 6923. On December 4, 2018, COFINA filed an objection to the Claim (the "Objection"). *See Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4410). On January 2, 2019, we timely filed a response (the "Response") to the Objection. *See Response to Debtor's Objection to Claims (Number(s): 6923) Re: 4410 Motion Puerto Rico Sales*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4604).

We have discussed the Objection and Response with one or more representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon our discussion, understand the reasoning set forth in the Objection, and agree to withdraw the Response. We hereby authorize the Oversight Board to file this consent to notify the Court of our agreement to withdraw the Response.

Date: 2-26-2019

Signatures: *Joseph T Lowery*  *[signature]*

Print Names: JOSEPH T. LOWERY    MARIA E OCAMPO

Print Address: 3 MARTIN LANE, FLEMINGTON, NJ. 08822

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANT LINDA A. KAYE TO OBJECTION OF PUERTO RICO SALES TAX FINANCING CORPORATION**

I, Linda A. Kaye, (the "Claimant") filed a claim against the Puerto Rico Sales Tax Financing Corporation ("COFINA") on or about March 23, 2018 (the "Claim"), which was logged by Prime Clerk LLC as Proof of Claim No. 4084. On December 4, 2018, COFINA filed an objection to the Claim (the "Objection"). *See Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4410). On January 15, 2019, I timely filed a response (the "Response") to the Objection. *See Response to Debtor's Objection to Claims (Number(s): 4084) Re: 4410 Motion Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4800).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I have discussed the Objection and Response with one or more representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon our discussion, understand the reasoning set forth in the Objection, and agree to withdraw the Response. I hereby authorize the Oversight Board to file this consent to notify the Court of my agreement to withdraw the Response.

Date: 02/15/2019

Signature: Linda A. Kaye

Print Name: Linda A. Kaye

Print Address: 27 Hunter Rd., Avon, CT 06001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANT CARMEN R. CEBOLLERO DE DRAGONI TO OBJECTION OF PUERTO RICO SALES TAX FINANCING CORPORATION**



I, Carmen R. Cebollero de Dragoni, (the "Claimant") filed a claim against the Puerto Rico Sales Tax Financing Corporation ("COFINA") on or about May 4, 2018 (the "Claim"), which was logged by Prime Clerk LLC as Proof of Claim No. 23577. On December 4, 2018, COFINA filed an objection to the Claim (the "Objection"). *See Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4410). On January 25, 2019, I timely filed a response (the "Response") to the Objection. *See Response to Debtor's Objection to Claims (Number(s): 23577) Re: 4410 Motion Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4896).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I have discussed the Objection and Response with one or more representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon our discussion, understand the reasoning set forth in the Objection, and agree to withdraw the Response. I hereby authorize the Oversight Board to file this consent to notify the Court of my agreement to withdraw the Response.

Date: 2-26-19

Signature: _____

Print Name: Carmen R. Cebollero de Dragoni

Print Address: 35017 Emajagua St. Ponce PR 00730

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANT LORENZO DRAGONI TO OBJECTION OF PUERTO RICO SALES TAX FINANCING CORPORATION**

I, Lorenzo Dragoni, (the "Claimant") filed a claim against the Puerto Rico Sales Tax Financing Corporation ("COFINA") on or about May 21, 2018 (the "Claim"), which was logged by Prime Clerk LLC as Proof of Claim No. 29295. On December 4, 2018, COFINA filed an objection to the Claim (the "Objection"). *See Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4410). On January 25, 2019, I timely filed a response (the "Response") to the Objection. *See Response to Debtor's Objection to Claims (Number(s): 29295) Re: 4410 Motion Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4895).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I have discussed the Objection and Response with one or more representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon our discussion, understand the reasoning set forth in the Objection, and agree to withdraw the Response. I hereby authorize the Oversight Board to file this consent to notify the Court of my agreement to withdraw the Response.

Date: 2-26-19

Signature: *[signed]*

Print Name: Lorenzo Dragoni

Print Address: 35017 Emajagua St. Ponce PR 00730

RECEIVED
FEB 28 2019
PRIME CLERK LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANT KEITH GAMBINO TO OBJECTION OF PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)

I, Keith Gambino, (the "Claimant") filed a claim against Puerto Rico Sales Tax Financing Corporation (COFINA) on or about 03/15/2018 (the "Claim"), which was logged by Prime Clerk LLC as Proof of Claim No. 2054. On 12/04/2018, COFINA filed an objection to the Claim (the "Objection"). *See Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (ECF No. 4410). On 01/18/2019, I timely filed a response (the "Response") to the Objection. *See Response of Keith Gambino (Claim #2054) to Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection* (ECF No. 4839).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I have discussed the Objection and Response with one or more representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon our discussion, understand the reasoning set forth in the Objection, and agree to withdraw the Response. I hereby authorize the Oversight Board to file this consent to notify the Court of my agreement to withdraw the Response.

Date: 2/26/19

Signature: [signature]

Print Name: Keith Gambino

Print Address: 3805 Golfview Rd Sebring FL. 33875