UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 17-BK-3566 (LTS)

**This filing relates only to Debtor ERS and shall be filed in the lead Case No. 17-BK-3283 (LTS) and Case No. 17-BK-3566 (LTS)**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

## DECLARATION OF ALBERTO JUAN ENRIQUE AÑESES NEGRÓN
## PURSUANT TO L.R. 3007-1(a)

I, ALBERTO JUAN ENRIQUE AÑESES NEGRÓN, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm Casillas, Santiago & Torres, LLC, co-counsel to the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA), including ERS (the "Committee").

2. I submit this declaration pursuant to Rule 3007-1 of the Local Rules of the U.S. Bankruptcy Court for the District of Puerto Rico and Section 201(b)(1) of the Servicemembers Civil Relief Act of 2003 and in support of the *Objection of Official Committee of Unsecured Creditors to Claims Asserted by Oaktree Funds that hold Bonds Issued by Employees Retirement System of Government of Puerto Rico* (the "Objection"), filed concurrently herewith.

3. The claimants subject to the Objection are all legal entities and, therefore, not in military service.

Dated: March 12, 2019　　　　　　*/s/ Alberto J. E. Añeses Negrón*
　　　　　San Juan, Puerto Rico

　　　　　　　　　　　　　　　　　CASILLAS, SANTIAGO & TORRES, LLC
　　　　　　　　　　　　　　　　　Alberto J. E. Añeses Negrón, Esq.
　　　　　　　　　　　　　　　　　El Caribe Office Building
　　　　　　　　　　　　　　　　　53 Calle Palmeras
　　　　　　　　　　　　　　　　　San Juan, PR 00901
　　　　　　　　　　　　　　　　　Telephone: (787) 523-3434
　　　　　　　　　　　　　　　　　aaneses@cstlawpr.com