# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br><br> Case No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO SALES TAX FINANCING CORPORATION, <br> Debtor. | PROMESA <br> Title III <br><br><br> Case No. 17 BK 3284-LTS |

## MOTION TO WITHDRAWS RESPONSE AT DOCKET NO. 5033
## TO SIXTH OMNIBUS OBJECTION TO CLAIMS AT DOCKET NO. 4410
## NOTICE OF APPEARANCE MOOT

To the Honorable United States District Court Judge Laura Taylor Swain

COME NOW, Creditor, Rafael Rodriguez Quintana; by and through the undersigned counsel, who respectfully state as follows:

1. On June 29, 2018, creditor filed several Proof of Claim arising out of COFINA Bonds owed by Rafael Rodriguez Quintana which include proof of claim number 114428.

2. On December 19, 2018, COFINA filed its Sixth Omnibus Objection (Docket Entry 4410) allegedly as to deficient proofs of claims listed in Exhibit A: Insufficient Basis Bond

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

Claims. Rafael Rodriguez Quintana's proof of claim number 114428 are included on page 66 of said Exhibit A.

3. Rodriguez Quintana *Response To Puerto Rico Sales Tax Financing Corporation's Sixth Omnibus Objection To Deficient Claims To The Honorable Court* filed on February 1, 2019. (Docket No. 5033)

*4.* Upon careful review of the related documents, the **claimant hereby withdraws** its *Response To Puerto Rico Sales Tax Financing Corporation's Eighteenth Omnibus Objection To Insufficient Claims To The Honorable Court* Docket no. 5033.

*5.* Further creditor asserts that the appearance intended and described on the informative motion for this matter should be also withdrawn as moot.

**WHEREFORE**, the Creditor respectfully request this Honorable Court take notice of the aforementioned and grants its withdrawal of docket no. 5033.

### CERTIFICATE OF SERVICE

WE hereby certify that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 12th day of March of 2019.

*Lugo Mender Group, LLC*
Attorney for Credit
100 Carr. 165 Suite 501
Guaynabo, P.R. 00968-8052
Tel.: (787) 707-0404
Fax: (787) 707-0412

*S/ Alexis A. Betancourt Vincenty*
Alexis A. Betancourt Vincenty
USDC-PR No. 301304
a_betancourt@lugomender.com

Dated: March 12, 2019
San Juan, Puerto Rico