UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br><br>Re: ECF No. 5312 |

**SUPPLEMENTAL INFORMATIVE MOTION REGARDING ATTENDANCE AT MARCH 13-14, 2019 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through the undersigned counsel, hereby states and prays as follows:

1. On March 8, 2019, AAFAF filed an *Informative Motion Regarding Attendance at March 13-14, 2019 Omnibus Hearing* (the "Informative Motion") in response to the Court's order entered on March 4, 2019 [ECF No. 5312]. See, ECF No. 5450.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

2

2. AAFAF hereby amends its Informative Motion to inform the Court that Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC intends to appear in person in the New York courtroom at the March 13, 2019 omnibus hearing (the "Hearing") and reserves the right to be heard in connection with the *Fee Examiner's Fourth Interim Report on Presumptive Standards Motion and on Professional Fees and Expenses* dated March 6, 2019 (the "Second Presumptive Standards Motion") [ECF No. 5409] and AAFAF's *Limited Response and Reservation of Rights Regarding Fee Examiner's Fourth Interim Report on Presumptive Standards Motion and on Professional Fees and Expenses* [ECF No. 5572].

Dated: March 12, 2019
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*