IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                    Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW David J. Ball, applicant herein and pursuant to L. Civ. R. 83.1(f) of the United States District Court of the District of Puerto Rico, states as follows:

1.   Applicant is an attorney and member of the law firm of Bracewell, LLP with offices at

> Address:     1251 Avenue of the Americas
>              New York, NY 10020
>
> Email:       david.ball@bracewell.com
>
> Telephone:   (212) 508-6133
>
> Facsimile:   (800) 404-3970

2.   Applicant will sign all pleadings with the name David J. Ball.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

#5897148

3. Applicant has been retained as a member of the above-named firm to appear by Canyon Capital Advisors LLC on behalf of certain of its clients, River Canyon Fund Management LLC on behalf of certain of its clients, OZ Management LP on behalf of certain of its funds, OZ Management II LP, on behalf of certain of its funds, and Davidson Kempner Capital Management LP on behalf of certain of its funds, to provide legal representation in connection with Case No. 17-BK-3283-LTS now pending before the United States District Court for the District of Puerto Rico.

4. Since 2005, applicant has been and presently is a member in good standing of the bar of the State of New York. Applicant's New York bar number is 4315099. Applicant has also been a member of the New Jersey bar since 2004 and the District of Columbia bar since 2008; he is in good standing of both.

5. Applicant has been admitted to practice before the following courts:

- U.S. Supreme Court (since 2014)
- U.S. Court of Appeals for the Second Circuit (since 2013), Fourth Circuit (since 2014), Ninth Circuit (since 2013), Tenth Circuit (since 2007), and Federal Circuit (since 2015)
- U.S. District Court for the Southern District of New York (since 2008), Eastern District of New York (since 2008), Northern District of New York (since 2010)

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

#5897148

9. Local counsel of record associated with applicant in this matter is:

Name: Robert Abesada-Agüet
Correa-Acevedo & Abesada Law Offices, P.S.C.

USDC-PR Bar No. 216706

Address: Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064

E-mail: ra@calopsc.com

Telephone: (787) 273- 8300

Facsimile: (787) 273- 8371

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: March 12, 2019

/s/ David J. Ball
David J. Ball
Bracewell LLP
1251 Avenue of the Americas
New York, NY 10020
Tele: (212) 508-6133
Email: david.ball@bracewell.com

-3-

#5897148

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f) that I consent to the designation of local counsel of record for all purposes.

Dated: March 12, 2019

                                                Roberto Abesada- Agüet

                                                /s/ *Roberto Abesada- Agüet*

-4-

#5897148

**I HEREBY CERTIFY** that on March 12, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record and the original upon the Clerk of the Court accompanied by a $300 *pro hac vice* admission fee.

*/s/ David J. Ball*
David J. Ball
Bracewell LLP
1251 Avenue of the Americas
New York, NY 10020
Tele: (212) 508-6133
Email: david.ball@bracewell.com

*/s/Roberto Abesada- Agüet*
Robert Abesada-Agüet
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
ra@calopsc.com
(787) 273- 8300