UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"), *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**NOTICE OF WITHDRAWAL OF OBJECTIONS OF
PUERTO RICO SALES TAX FINANCING CORPORATION TO PROOFS OF
CLAIM NOS. 100667, 44002, 1177488, 114358, 114631, 114942, 115217 AND 115324**

To the Honorable United States District Court Judge Laura Taylor Swain:

1. Scheduled for hearing on March 13, 2019 are various objections to claims filed against the Puerto Rico Sales Tax Financing Corporation ("COFINA").

2. In light of the Court's entry of the *Stipulation and Agreed Order Regarding Withdrawal of Proofs of Claim filed by Members of the COFINA Senior Bondholders' Coalition in Respect of COFINA Bonds*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

[ECF No. 4875], as well as the *Notice of Withdrawal of Proof of Claims Filed Against Puerto Rico Sales Tax Financing Corporation* [ECF No. 5240], and the voluntary withdrawal of KPMG, LLC's proof of claim, the following Notices of Hearing are hereby withdrawn:

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Pandora Select Partners, LP (Claim No. 100667)* [ECF No. 4524];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of High Yield and Bank Loan Series Trust (Claim No. 44002)* [ECF No. 4535];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Strategic Income Fund – MMHF (Claim No. 114358)* [ECF No. 4510];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Natixis Investment Funds UK ICVC-LS Strategic Income Fund (Claim No. 114631)* [ECF No. 4511];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of LS Strategic Income Fund (Claim No. 114942)* [ECF No. 4513];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of LS Bond Fund (Claim No. 115217)* [ECF No. 4514];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of LS Institutional High Income Fund (Claim No. 115324)* [ECF No. 4515]; and

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Claim of KPMG, LLC (Claim No. 1177488)* [ECF No. 4538].

[*Remainder of page intentionally left blank*]

Dated: March 12, 2019

San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Daniel J. Perez-Refojos
USDC No. 303909
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA*