Radames [illegible]
HC 02 box 17145
Rio Grande P.R. 00745

ATTN: The clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Ave, San Juan, P.R. 00918-1767