

Ms. Lorraine Silverstein
13101 SW 15th Ct Apt 210
Pembroke Pines, FL 33027-2467



The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

00918-170399