7134 F[...] R[...]
New Albany, OH 93054

TAMPA FL 336
SAINT PETERSBURG FL
09 MAR 2019 PM 6 L

RECEIVED & FILED
2019 MAR 12 PM 5:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District
of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Ave
San Juan PR
00918-1767

00918$1703 C018