

Mr. Alan Brown
11200 NW 6th St.
Plantation FL 33325-2...

08 MAR 2019 PM 1 L

CLERK OF THE U.S. DISTRICT COURT FOR DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, P.R. 00918-1767

00918-170399