Case:17-03283-LTS Doc#:5607-1 Filed:03/12/19 Entered:03/13/19 12:57:14 Desc: Envelope Page 1 of 1

SAN JUAN PR 009

11 MAR 2019 PM 1 T



THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO, ROOM 150 FEDERAL BUILDING 150 CARLOS CHARDON AVENUE

SAN JUAN     PUERTO RICO  DO 918-1767

0091831703