José M. Bonnin, P.E.
2815 El Monte St. Urb. El Monte,
Ponce PR 00716-4837



CERTIFIED MAIL

7017 0190 0000 4492 8422

02 1P    $ 006.80
0000273499   MAR 11 2019
MAILED FROM ZIP CODE 00717

2019 MAR 12  PM 5: 03
CLERK'S OFFICE
U.S DISTRICT COURT

The Clerk of the United States
District Court for the District of
Puerto Rico
Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan, PR    00918-1767

0091801703 C018