Mr. Edwin Maldonado
Jard De Ponce
K1 Paseo Azucena
Ponce PR 00730-1863

SAN JUAN PR 009
11 MAR 2019 PM 1 L

The Clerk of the United State District Court for the District of Puerto Rico, Room 150 Federal Building
150 Carlos Chardon Avenue, San Juan, PR 00918-1767