

Herminio Perez
Po Box 6684
Bayamon, PR 00960-5684

Case:17-03283-LTS Doc#:5610-1 Filed:03/12/19 Entered:03/13/19 13:09:59 Desc: Envelope Page 1 of 1

SAN JUAN PR 009

11 MAR 2019 PM 1 T



To: The Clerk of United States District Court for the District of Puerto Room 150 Federal Building 150 Carlos Chardon Avenue, San Juan PR 00918-1767

00918-1703