Angeles Molina Iturrondo
Ext. Villa Caparra
Florencia E-6
Guaynabo, P.R. 00966

SAN JUAN PR 009

11 MAR 2019 PM 1 T

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150, Federal Building
150 CARLOS Chardón Avenue
SAN JUAN, P.R.  00918-1767

00918-1703