

Edmund Hardman
8959 Woodcreek Cir.
Wilmington, NC 28411-8119



09 MAR 2019 PM 4 L

U S District Ct for Puerto Rico
Room 150 Federal Building
150 Carlos Charden Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 12 PM 5:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625