Arnold Lewis
373 Town Place Cir.
Buffalo Grove, IL 60089-6711



08 MAR '19
PM ? L

RECEIVED & FILED
2019 MAR 12 PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of The US District Court
For The District of Puerto Rico
Room 150
Federal Bldg, 150 Carlos Chardon Ave
San Juan, PR 00918-1767