Gunther Glaser
1147 Homeland Park St.
The Villages, FL 32162



ORLANDO FL 328

08 MAR 2019 PM 6 L

RECEIVED & FILED
2019 MAR 12 PM 5:03
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Clerk of The United States District Court
For The District of Puerto   Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625