Rex Link
406 Coyle Pkwy
Cottage Grove, WI 53527-8146



08 MAR 2019 PM 2 L

The Clerk of the United States
District Court for the District of
Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918—1767

RECEIVED & FILED 2019 MAR 12 PM 5: 03 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

00918-241250