Bender
1372 Stevenson Road
Hewlett, N.Y. 11557

09 MAR 2019 PM 2 L

The Clerk of the United States
District Court for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

00918-170399

RECEIVED & FILED
2019 MAR 12 PM 5:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR