FRANCESCHINI
29 HARBOR CIRCLE
CENTERPORT, NY 11721



09 MAR 2019 PM 2 L

THE CLERK OF THE UNITED STATES
    DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2019 MAR 12 PM 5:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399