Y. MOADEL, M.D.
165 NORTH VILLAGE AVENUE
ROCKVILLE CENTRE, N.Y. 11570
SUITE 139

MID-ISLAND NY 117
09 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 12 PM 5:02
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of The U.S. District court for
The District court of Puerto Rico
Federal Bldg.
150 Carlos chardon Ave.,
San Juan, PR 00918-1767

Room 150

00918-170399