**ABELA**
33 Roberta Lane
Syosset, NY 11791

U.S.A.

RECEIVED & FILED

2019 MAR 12  PM 5: 02

CLERK'S O.
DISTRICT C.
N JUAN, P.R.

Clerk of US District Court
District of Puerto Rico
Federal bldg
150 Carlos Chardon Ave
San Juan PR
00918-1767

00918-170399