

Laurie Goldstein-Kestooler
12240 Glacier Bay Dr
Boynton Beach, FL 33473

09 MAR 2019 PM 3 L

The Clerk of the United States District Court for the District of Puerto
Room 150 Federal Bldg.
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 12 PM 5:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399