Elias
79 Harwood Rd.
Monroe Twp NJ 08831

RIO SO. MARIPALM BCH FL 334

09 MAR 2019 PM 3 L

U.S.A
FOREVER

RECEIVED & FILED
2019 MAR 12 PM 5:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the US District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399