Glassman Development
1000 S. Federal Hwy
Boynton Beach FL. 33435

09 MAR 2019 PM 3 L



RECEIVED & FILED
2019 MAR 12 PM 5: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court for
The District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

00918-170625