

DAVID J GAYNOR TTEE                              Account Number: Redacted

## YOUR CMA FOR TRUST ASSETS                                              February 01, 2019 - February 28, 2019

| MUNICIPAL BONDS (continued) Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| △ PUERTO RICO COMWLTH PUB IMPT REF BDS SER A OID   APR12  05.000%JUL01 2041 MOODY'S: CA  S&P: ***  CUSIP: 74514LB89 PAR CALL DATE: 07/01/22  PAR CALL PRICE: 100.00 ORIGINAL UNIT/TOTAL COST:   100.8803/100,880.35 | 05/01/12 | 100,000 | 100,337.55 | 47.7500 | 47,750.00 | (52,587.55) | | 5,000 | 10.47 |

Merrill Lynch stockbroker Arthur Greenfeder sold me this bond on 5-1-12 over par @ 100.8803. Despite repeated requests, Merrill Lynch provides NO help in this matter. I respectfully request the Court to require Merrill Lynch to provide me with knowledgable legal counsel in this matter.

DAVID J. GAYNOR, Trustee (3/8/19)