DAVID J. GALARZA SANTA
450 N. Park Rd #701
Hollywood, FL 33021

RECEIVED & FILED
2019 MAR 12 PM 5:02
CLERK'S OFFICE
DISTRICT C...
SAN JUAN, P.R.

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico
00918-1767

00918-170625