Ivonne Laborde
401 Paseo de la Reina
Ponce, P.R. 00716

RECEIVED & FILED
2019 MAR 12  PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN P&DC OFF
MON 11 MAR 2019



The Clerk of the US District Court
for the District of PR
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767