# Morgan Stanley

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

Exchange Code: 8
Execution Code: 7
Your Account Number: Redacted
MUNI CHECKING/CARDS
Cash Account - Active Assets

MSB FBO ROBERT H KULLAS
14 FAWN RUN
AVON CT 06001-2873

Your Financial Advisor
DIVALERIO/MORSE/STEVENS
100 FRONT ST., SUITE 600
WEST CONSHOHOCKEN, PA 19428
(610) 260-8600

CUSIP: 74514LVN4

## You Bought
Trade Date 12/09/13 for Settlement on 12/12/13

| Quantity | 100,000 | Price | 74.586 | Settlement | Amount |
|---|---|---|---|---|---|

Description:
PUERTO RICO COMWLTH PUB IMPT SER-A
MATURES 07/01/2038      COUPON 6.00% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 09/18/2008     FIRST COUPON DATE 01/01/2009

| | |
|---|---|
| Principal | $74,586.00 |
| Processing Fee | 6.50 |
| Interest | 2,683.33 |
| Net Amount | $77,275.83 |

YIELD TO MATURITY    8.476%
GENERAL OBLIGATION
MANDATORY SINKING FUND BEGINNING 07-01-2034
  NEXT CALL DATE: 07-01-18   NEXT CALL PRICE: 100.000
CALLABLE ON ANY DATE BEGINNING 07-01-18 AND THEREAFTER.
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 12/09/13 AND ARE SUBJECT TO CHANGE.
  S&P RATING: BBB-
  MOODY'S RATING: BAA3
  FITCH RATING: BBB-
BOOK ENTRY ONLY
THIS DEBT SECURITY MAY BE REDEEMED/ACCELERATED IN WHOLE
OR PART BEFORE MATURITY. THIS REDEMPTION/ACCELERATION
COULD AFFECT THE YIELD REPRESENTED; ADDITIONAL
INFORMATION IS AVAILABLE UPON REQUEST.
ADDITIONAL CALL FEATURES EXIST
FOR ADDITIONAL INFORMATION RELATED TO THIS SECURITY,
INCLUDING MUNICIPAL MATERIAL EVENT AND FINANCIAL DISCLOSURES
AND MARKET DATA, PLEASE GO TO www.emma.msrb.org

Security No. Redacted

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction may have been executed with
Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.