One Tower Bridge
100 Front St., Suite 600
West Conshohocken, PA 19428

# Morgan Stanley

Visit **ups.com**® or call **1-800-PICK-UPS**® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Expr...

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

171604 REV. 2/10 LPS

---

MARYAM ERBIC
1 610 260-7008
MORGAN STANLEY
160 FRONT STREET
WEST CONSHOHOCKEN PA 19428
UNITED STATES

SHIP TO:
CLERK OF THE US DISTRICT COURT
17877723000
UNITED STATES DISTRICT COURT FOR PU
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN 00918-1767
PUERTO RICO

0.5 LBS    LTR    1 OF 1
SHP#: 1971 4ETK TRD

PRI 008 9-25

UPS NEXT DAY AIR
TRACKING #: 1Z 197 14E 01 9364 4270

BILLING: P/P
DESC: Documents

EDI-DOC

0% Recycled fiber
% Post-Consumer