UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA<br><br>TITLE III<br><br>NO. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### REQUEST FOR SERVICE OF PAPERS IN ACCORDANCE WITH BANKRUPTCY RULES 2002 AND 901(B), WHICH ARE APPLICABLE IN THESE TITLE III CASES.

My name is **Miriam Sánchez Lebrón** with a claim number **29560** and with the following postal address: **HC-04 Box 4001, Humacao, Puerto Rico 00791-8900.** My fixed phone **787-850-1413** and the cellular phone **787-501-9355** and the following e-mail: sanchez.lebron501@gmail.com, the hand delivery the same above and the facsimile 787-850-1413 as an unsecured creditor.

SIGN: _[signature]_

DATE: MARCH 13, 2019