## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### JOINT MOTION TO CLARIFY TRANSFER OF CLAIM

**COME NOW** AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority (hereafter "AmeriNat"), and the Government Development Bank for Puerto Rico, as Trustee of the GDB Public Entity Trust (the "PET"), by and through their respective undersigned legal counsel, and respectfully clarify as follows:

1.  On May 3, 2017, the Commonwealth of Puerto Rico ("Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), filed a petition with the United States District Court for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the District of Puerto Rico (the "District Court") under Title III of PROMESA (the "Title III Case").

2.     On May 25, 2018, the Government Development Bank for Puerto Rico ("GDB") filed Proof of Claim No. 29485 in the Title III Case in the amount of not less than $2,231,033,108.00 (the "GDB Claim").

3.     On August 10, 2018, GDB and the Puerto Rico Fiscal Agency and Financial Advisory Authority filed an application with the District Court pursuant to Section 601(M)(1)(D) of PROMESA for approval of a qualifying modification with respect to GDB's financial indebtedness (the "Qualifying Modification"), commencing Civil Case No. 18-01561 (LTS) (the "Title VI Case").  See Title VI Case, Docket No. 1.  On November 7, 2018, the District Court entered an order certifying the Qualifying Modification (the "Certification Order").  See Title VI Case, Docket No. 270.  On November 29, 2018, the Closing Date (as defined in the Certification Order) occurred.  See Title VI Case, Docket No. 276.

4.     Pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017 (as amended by Act No. 147-2018, the "GDB Restructuring Act"), each of the GDB Debt Recovery Authority and the PET were created as public trusts and governmental instrumentalities of the Commonwealth.

5.     As a condition to the occurrence of, and upon, the Closing Date, GDB and the GDB Debt Recovery Authority entered into that certain Master Transfer Agreement, dated as of November 29, 2018 (the "Master Transfer Agreement") which provides, in pertinent part, for the transfer by GDB to the GDB Debt Recovery Authority of the Transferred Assets (as defined in the Master Transfer Agreement).

6.     In addition, as a condition to the occurrence of, and upon, the Closing Date, pursuant to that certain Deed of Constitution of Trust (GDB Public Entity Trust) executed by GDB (the "Public Entity Deed of Trust"), GDB transferred the Public Entity Trust Assets (as defined in the Public Entity Deed of Trust) to the PET.[2]

7.     On January 29, 2019, AmeriNat filed a *Motion to Inform Transfer of Claim* in which it submitted its *Transfer of Claim other than for Security* with regards to GDB's Claim (the "Informative Motion" and "Transfer Notice," respectively).  See, Docket No. 4970.  The Informative Motion and the Transfer Notice state that the full amount of the GDB Claim has been transferred to the GDB Debt Recovery Authority instead of just the portion of the GDB Claim consisting of Transferred Assets (as defined in the Master Transfer Agreement).

8.     AmeriNat and GDB, as Trustee of the PET, submit this joint informative motion to clarify the GDB assets that, on the Closing Date, were transferred to the GDB Debt Recovery Authority and to the PET, respectively.

9.     AmeriNat and GDB, as Trustee of the PET, hereby wish to modify and correct the Informative Motion and Transfer Notice for the purpose of clarifying the claims register to reflect that the GDB Claim is held as follows, consistent with the Master Transfer Agreement and the Public Entity Deed of Trust:

a.   GDB Debt Recovery Authority - $527,581,425.65 corresponding to the notes, loans and relationships included in **Exhibit A**;

b.   PET - $1,210,506,067.03 corresponding to the notes, loans and relationships included **Exhibit B**.

**WHEREFORE**, AmeriNat and GDB, as Trustee of the PET, respectfully request the Court to take note of the foregoing, and request that the Informative Motion and Transfer Notice be clarified

---

[2] GDB, as Trustee of the PET, intends to file a transfer notice pursuant to Bankruptcy Rule 3001(e) in respect of the transfer of the Public Entity Trust Assets from GDB to the PET.

and modified on the claims register to reflect the bifurcation of the GDB Claim between the GDB

Debt Recovery Authority and the PET as follows:

    a.  GDB Debt Recovery Authority - $527,581,425.65 corresponding to the notes, loans and relationships outlined at **Exhibit A**;

    b.  PET - $1,210,506,067.03 corresponding to the notes, loans and relationships outlined at **Exhibit B**.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of March, 2019.

**MCCONNELL VALDÉS LLC**
*Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5632
Facsimile:  787-759-9225

By: *s/Arturo J. García-Solá*
Arturo J. García-Solá
USDC No. 201903
Email: ajg@mcvpr.com

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

**MOORE & VAN ALLEN, PLLC**
*Attorneys for the Government Development Bank for Puerto Rico,*
*as Trustee of the GDB Public Entity Trust*
100 North Tryon St., Suite 4700
Charlotte, NC 28202
Telephone: 704-331-1046
Facsimile:  704-378-1909

By: *s/Zachary H. Smith*
Zachary H. Smith (admitted *pro hac vice*)
Email: zacharysmith@mvalaw.com

**LAW OFFICES OF GISELLE LÓPEZ SOLER**
*Attorneys for the Government Development Bank for Puerto Rico,*
*as Trustee of the GDB Public Entity Trust*
PMB 257
Rd. 19 1353
Guaynabo, Puerto Rico 00966
Telephone: (787) 667-0941

By: *s/Giselle López Soler*
Giselle López Soler
USDC No. 224010
Email gls@lopezsolerlaw.com

     **WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.  We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined at ¶ II(A) of the Court's *Order Establishing Case Management Procedures*(Docket No. 40), as amended and clarified (Dockets No. 262, 1065, 1512, 2839, 3730, 3804, and 4866 of Case No. 17-03283 (LTS)).

# **EXHIBIT A**

**Portion of GDB Claim Composed of Transferred Assets**

**Commonwealth Loan Assets and Commonwealth Guaranteed Loan Asset**

| Entity | Loan ID | Balances as of 11/29/2018 | Balance as of 9/30/2018 | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|
| | | Outstanding Principal[1] | Accrued Interest | | | |
| Government of Puerto Rico - General Obligation | 20001721500100347 | 21,095,309.51 | 5,039,715.81 | P | 1.5 | 6/30/2041 |
| Government of Puerto Rico - General Obligation | 20001721500100348 | 63,135,000.00 | 17,589,235.65 | P | 1.5 | 6/30/2042 |
| Government of Puerto Rico - General Obligation | 20001721500100353 | 50,419,093.00 | 13,905,297.40 | P | 1.5 | 6/30/2043 |
| Government of Puerto Rico - General Obligation | 20001721500100356 | 34,788,635.25 | 7,185,974.14 | P | 1.5 | 6/30/2043 |
| APLA Bonds - Ports Bonds | Port of the Americas | 225,533,700.45 | 88,889,464.44 | F | 9.52 | 1/1/2045 |
| Total | | 394,971,738.21 | 132,609,687.44 | | | |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

# **EXHIBIT B**

**Portion of GDB Claim Composed of Public Entity Trust Assets**

| Entity | Loan ID | Balances as of 11/29/2018 Outstanding Principal[1] | Balance as of 9/30/2018 Accrued Interest | Base Rate | Spread | Maturity |
|---|---|---|---|---|---|---|
| Superintendent of the Capitol | 20025021500100304 | 5,507,846.65 | 994,326.53 | F | 5.8 | 6/30/2024 |
| Office of Courts Administration | 20026921500100902 | 32,405,577.08 | 6,521,712.29 | F | 1.5 | 7/31/2027 |
| Agricultural Enterprises Development Administration (ADEA) | 20000921500100301 | 30,182,951.55 | 11,515,185.45 | F | 7 | 6/30/2040 |
| Agricultural Enterprises Development Administration (ADEA) | 20000921500100302 | 23,322,075.97 | 6,260,993.83 | F | 1.5 | 2/1/2039 |
| Agricultural Enterprises Development Administration (ADEA) | 20000921500100401 | 12,080.35 | 5,204.57 | F | 7 | 6/30/2040 |
| Agricultural Enterprises Development Administration (ADEA) | 20000921500100402 | 8,121,865.62 | 3,499,243.50 | F | 7 | 6/30/2040 |
| Department of Education | 20001521500100301 | 3,986,270.14 | 1,317,943.64 | F | 7 | 6/30/2018 |
| Department of Education | 20001521500100302 | 88,003,456.21 | 25,764,502.14 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100301 | 15,916,800.82 | 5,753,394.75 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100302 | 3,225,686.80 | 1,184,130.23 | F | 7 | 6/30/2008 |
| PR Treasury Department (Hacienda) | 20001721500100303 | 1,693,566.17 | 612,167.94 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100304 | 16,444,812.14 | 6,036,791.68 | F | 7 | 9/30/2012 |
| PR Treasury Department (Hacienda) | 20001721500100306 | 582,499.92 | 219,832.22 | F | 7 | 6/30/2008 |
| PR Treasury Department (Hacienda) | 20001721500100308 | 1,209,147.80 | 437,066.79 | F | 7 | 6/30/2019 |
| PR Treasury Department (Hacienda) | 20001721500100310 | 18,604,693.96 | 6,724,978.79 | F | 7 | 6/30/2019 |
| PR Treasury Department (Hacienda) | 20001721500100311 | 407,601.94 | 147,334.59 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100313 | 3,511,378.64 | 1,269,246.77 | F | 7 | 9/30/2015 |
| PR Treasury Department (Hacienda) | 20001721500100314 | 6,577,924.86 | 2,377,701.25 | F | 7 | 9/30/2013 |
| PR Treasury Department (Hacienda) | 20001721500100315 | 26,373,089.40 | 9,681,402.63 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100325 | 40,438,737.44 | 14,617,260.04 | F | 7 | 6/30/2040 |
| PR Treasury Department (Hacienda) | 20001721500100329 | 162,959.25 | 51,874.47 | F | 1.5 | 6/30/2019 |
| PR Treasury Department (Hacienda) | 20001721500100343 | 34,451,711.05 | 10,966,937.98 | F | 1.5 | 6/30/2018 |
| Department of Justice | 20001821500100301 | 17,563,719.55 | 5,060,632.81 | F | 7 | 6/30/2040 |
| Department of Justice | 20001821500100302 | 16,585,780.42 | 4,778,859.58 | F | 7 | 6/30/2040 |
| Department of Justice | 20001821500100303 | 15,343,921.55 | 4,421,042.78 | F | 7 | 6/30/2040 |
| Department of Housing | 20001921500100301 | 6,830,586.28 | 341,456.11 | N | 1.25 | 6/30/2040 |
| Department of Housing | 20001921500100302 | 12,666,625.99 | 22,063.84 | N | 0.75 | 12/31/2018 |
| Department of Agriculture | 20002021500100301 | 65,224,560.82 | 18,650,076.09 | F | 7 | 6/30/2040 |
| Veteran's Attorney's Office | 20005321500100302 | 292,132.95 | 102,011.42 | F | 1.5 | 3/31/2015 |
| Department of Sports and Recreation | 20006321500100301 | 560,343.19 | 158,105.59 | F | 7 | 6/30/2018 |
| Department of Sports and Recreation | 20006321500100303 | 8,221,767.51 | 2,388,210.99 | F | 7 | 6/30/2040 |
| Department of Sports and Recreation | 20006321500100304 | 545,869.06 | 155,250.79 | F | 7 | 6/30/2040 |
| Department of Health | 20006521500100301 | 15,521,956.15 | 5,387,123.24 | F | 7 | 6/30/2040 |
| Department of Health | 20006521500100302 | 14,320,437.24 | 5,605,941.34 | F | 7 | 6/30/2040 |
| Department of Transportation and Public Works | 20006621500100301 | 5,490,519.92 | 1,570,789.62 | F | 7 | 6/30/2018 |
| Department of Transportation and Public Works | 20006621500100302 | 21,440,473.84 | 6,133,932.13 | F | 7 | 6/30/2018 |
| Department of Transportation and Public Works | 20006621500100303 | 13,224,691.17 | 3,783,468.47 | F | 7 | 6/30/2018 |
| Department of Transportation and Public Works | 20006621500100304 | 30,350,947.26 | 8,683,140.62 | F | 7 | 6/30/2018 |
| Department of Transportation and Public Works | 20006621500100306 | 12,363,082.27 | 3,450,587.17 | F | 7 | 6/30/2018 |
| Office of Management and Budget | 20008321500100301 | 149,999,474.60 | 35,973,343.76 | F | 1.5 | 7/30/2022 |
| Office of Management and Budget | 20008321500100302 | 113,470,353.57 | 24,239,727.10 | F | 1.5 | 7/31/2037 |
| PR Police Department | 20010121500100301 | 11,835,595.49 | 2,183,967.38 | F | 7 | 6/30/2040 |
| PR Police Department | 20010121500100302 | 37,279,442.26 | 6,879,001.56 | F | 7 | 6/30/2040 |
| Superintendent of the Capitol | 20025021500100301 | 15,495,304.16 | 4,433,689.52 | F | 7 | 6/30/2040 |
| Superintendent of the Capitol | 20025021500100303 | 6,485,628.24 | 1,279,115.45 | P | 1.5 | 6/30/2018 |
| Catastrophic Diseases Fund | 20040121500100302 | 3,274,707.69 | 639,113.84 | F | 6 | 6/30/2040 |
| Department of Correction and Rehabilitation | 20054121500100303 | 18,058,776.55 | 5,055,926.22 | F | 7 | 6/30/2040 |
| Department of Correction and Rehabilitation | 20054121500100304 | 64,430,067.59 | 14,143,225.60 | P | 1.5 | 6/30/2040 |

1. Reflects the estimated principal balance after giving effect to the Closing Date Adjustments

| Net Depositors | Client ID | Net Deposit | | | | |
|---|---|---|---|---|---|---|
| Institute of Puerto Rican Culture (IPRC) | 200072 | (5,926,123.22) | | | | |
| Environmental Quality Board | 200075 | (235,964.83) | | | | |
| Electronic Lottery | 200251 | (11,030,560.83) | | | | |
| Department of Housing (Office for Liquidation of CRUV) | 200400 | (8,507,220.67) | | | | |
| Office for the Improvement of Public Schools (OMEP) | 200273 | (4,787,403.40) | | | | |
| Higher Education Council | 200024 | (4,507,050.81) | | | | |
| Telecommunications Regulatory Board | 200096 | (2,903,741.36) | | | | |
| Department of Environmental and Natural Resources | 200064 | (2,840,798.16) | | | | |
| Puerto Rico Higher Education Assistance Corporation | 200279 | (2,398,835.88) | | | | |
| Puerto Rico Senate | 200248 | (1,575,283.12) | | | | |
| Puerto Rico National Guard | 200070 | (460,137.14) | | | | |
| Family and Children's Administration | 200033 | (438,150.76) | | | | |
| Consumer Protection Independent Office | 200572 | (437,575.67) | | | | |
| Public Policy State Office of Energy Matters | 200570 | (397,317.67) | | | | |
| Child Care and Development Administration | 200122 | (228,377.38) | | | | |
| State Elections Commission | 200104 | (86,011.40) | | | | |
| Bayamon Judicial Center | 200885 | (70,935.65) | | | | |
| Carolina Judicial Center | 200888 | (65,939.85) | | | | |
| High Court of Caguas | 200379 | (49,720.17) | | | | |
| Judicial Center of San Juan | 200884 | (46,248.91) | | | | |
| PR Health Services Facilities Management | 200542 | (40,275.54) | | | | |
| Utuado Court | 200886 | (28,018.91) | | | | |
| Court of First Instance of San Juan | 200381 | (23,647.59) | | | | |
| Ponce Judicial Center | 200883 | (22,234.98) | | | | |
| Court of Aibonito | 200887 | (21,748.94) | | | | |
| General Court of Mayaguez | 200882 | (20,187.01) | | | | |
| Secretary of the Department of Family | 200111 | (18,872.96) | | | | |
| General Court of Guayama | 200380 | (16,913.42) | | | | |
| Office of the Comptroller of Puerto Rico | 200048 | (14,043.57) | | | | |
| Administration for the Training of Future Entrepreneurs and Workers | 200076 | (9,956.89) | | | | |
| Court of First Instance | 200389 | (9,749.46) | | | | |
| Arecibo Judicial Center | 200378 | (7,732.80) | | | | |
| Supreme Court of Puerto Rico | 200124 | (7,239.35) | | | | |
| Office of the Panel on the Independent Prosecutor | 200050 | (2,349.02) | | | | |
| Institute of Statistics of Puerto Rico | 200403 | (1,816.82) | | | | |
| Department of Labor and Human Resources | 200067 | (69,902,056.41) | | | | |
| Department of Economic Development and Commerce | 200044 | (1,729,668.55) | | | | |
| Puerto Rico Education Council | 200559 | (446,773.66) | | | | |
| Department of the Family | Various | (947,679.28) | | | | |
| Total | | 926,859,552.02 | 283,646,515.01 | | | |