ENV# CEBGTBZWBBFBQVK_BBBBB
INVESTACORP, INC.
4400 BISCAYNE BLVD., SUITE 1100
MIAMI, FLORIDA 33137

# INVESTACORP®
MEMBER • FINRA/SIPC

MIGUEL POMALES CASTRO
ANA RAMOS SOTO
PO BOX 71325 PMB 92
SAN JUAN PR 00936

**STATEMENT FOR THE PERIOD JANUARY 1, 2019 TO FEBRUARY 28, 2019**

MIGUEL POMALES CASTRO & ANA RAMOS SOTO - Joint Com Property
Account Number: Redacted

| | |
|---|---|
| **YOUR REGISTERED REPRESENTATIVE** INVESTACORP RR#: 900 | **For questions about your accounts:** Local: 305 557 3000 |

**TOTAL VALUE OF YOUR PORTFOLIO**  $1,935,398.13

## FOR YOUR INFORMATION
Investment checks should only be made payable to National Financial or to the product sponsor company. Investment checks should never be payable to your financial advisor or his/her business entity. Further, you should not make a personal loan to, or engage in any personal transaction with, your financial advisor. For questions, contact Investacorp.

## CHANGE IN VALUE OF YOUR PORTFOLIO
$ millions



*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBGTBZWBBFBQVK_BBBBB 20190228

Statement for the Period January 1, 2019 to February 28, 2019

MIGUEL POMALES CASTRO & ANA RAMOS SOTO - Joint Com Property
Account Number: Redacted

**INVESTACORP®**
MEMBER • FINRA/SIPC

# Account Overview

| CHANGE IN ACCOUNT VALUE | Current Period | Year-to-Date |
|---|---|---|
| BEGINNING VALUE | $1,700,459.99 | $1,700,459.99 |
| Additions and Withdrawals | $0.00 | $0.00 |
| Income | $35,516.21 | $35,516.21 |
| Taxes, Fees and Expenses | $0.00 | $0.00 |
| Change in Value | $199,421.93 | $199,421.93 |
| ENDING VALUE (AS OF 02/28/19) | $1,935,398.13 | $1,935,398.13 |
| Total Accrued Interest | $3,821.69 | |
| **Ending Value with Accrued Interest** | **$1,939,219.82** | |

*Refer to Miscellaneous Footnotes for more information on Change in Value.*

| INCOME | | |
|---|---|---|
| TAXABLE | Current Period | Year-to-Date |
| Taxable Interest | $6.31 | $6.31 |
| TOTAL TAXABLE | $6.31 | $6.31 |
| NON-TAXABLE | Current Period | Year-to-Date |
| Muni Tax Exempt Interest | $35,509.90 | $35,509.90 |
| TOTAL NON-TAXABLE | $35,509.90 | $35,509.90 |
| **TOTAL INCOME** | **$35,516.21** | **$35,516.21** |

| REALIZED GAIN (LOSS) | Current Period | Year-to-Date |
|---|---|---|
| Short Term Gain | $12,344.52 | $12,344.52 |
| Short Term Loss | $0.00 | $0.00 |
| Disallowed Short Term Loss | $0.00 | $0.00 |
| **TOTAL SHORT TERM GAIN (LOSS)** | **$12,344.52** | **$12,344.52** |

**ACCOUNT ALLOCATION**

Bank Deposits 3.8%

Municipal Bonds 96.2%

| | Percent | Prior Period | Current Period |
|---|---|---|---|
| Bank Deposits | 3.8 % | $69.11 | $73,285.81 |
| Municipal Bonds | 96.2 | $1,700,390.88 | $1,862,112.32 |
| **TOTAL** | **100.0 %** | **$1,700,459.99** | **$1,935,398.13** |

*Account Allocation shows the percentage that each asset class represents of your total account value. Account Allocation for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds and Exchange Traded Products (ETPs) listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.*

**Statement for the Period January 1, 2019 to February 28, 2019**

MIGUEL POMALES CASTRO & ANA RAMOS SOTO - Joint Com Property
Account Number: Redacted


**MEMBER • FINRA/SIPC**

## Account Overview *continued*

| REALIZED GAIN (LOSS) *continued* | Current Period | Year-to-Date |
|---|---:|---:|
| Long Term Gain | $0.00 | $0.00 |
| Long Term Loss | $40.42 | $40.42 |
| Disallowed Long Term Loss | $0.00 | $0.00 |
| **TOTAL LONG TERM GAIN (LOSS)** | **($40.42)** | **($40.42)** |

*NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.*

### MESSAGES AND ALERTS

Beginning in January 2019, National Financial Services will enhance the end-investor statement with the following changes. Payee details will be displayed within Activity Sections Description field for transactions that have associated Payee information. A summary level total of Short Dividends charged will be reported within the Account Overview section. Change in Value of Your Portfolio graph will show minimum and maximum scaling on the Y axis, include Negative values and, use clearer data points for information displayed.

**Statement for the Period January 1, 2019 to February 28, 2019**

MIGUEL POMALES CASTRO & ANA RAMOS SOTO - Joint Com Property
Account Number: Redacted



**INVESTACORP®**
MEMBER • FINRA/SIPC

# Holdings

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

## CASH AND CASH EQUIVALENTS - 3.79% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 02/28/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **Bank Deposits** | | | | | |

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

| Description | Symbol/Cusip Account Type | Quantity | Price on 02/28/19 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| **BANK DEPOSIT SWEEP PROGRAM** Estimated Annual Yield 0.23% | QTSAQ CASH | 73,285.81 | $1.00 | $73,285.81 | |
| **Total Cash and Cash Equivalents** | | | | $73,285.81 | |

## HOLDINGS > FIXED INCOME - 96.21% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 02/28/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Municipal Bonds** | | | | | | | |
| PUERTO RICO COMWLTH PUB IMPT REF BDS 03.65000% 07/01/2016 SER. 2012B UNLIMITED GEN OBLIG MOODY'S WR /S&P D | 74514LZV2 CASH | 10,000 | $48.50 | $4,850.00 | | $8,715.00 T | |

Account carried with National Financial Services LLC, Member NYSE, SIPC

Statement for the Period January 1, 2019 to February 28, 2019

MIGUEL POMALES CASTRO & ANA RAMOS SOTO - Joint Com Property
Account Number: Redacted

**INVESTACORP®**

MEMBER • FINRA/SIPC

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 02/28/19 | Estimated Current Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| PUERTO RICO COMWLTH PUB IMPT REF BDS CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 07/01/2015 IN MONETARY DEFAULT Average Unit Cost   $87.15 Adjusted Cost Basis | 74514LZV2 | *continued* | | | | $8,715.00 T  D | ($3,865.00) |
| PUERTO RICO COMWLTH REF PUB IMPT SER. 05.00000% 07/01/2016 2008 A UNLIMITED GEN OBLIG MOODY'S WR CPN PMT SEMI-ANNUAL ON JAN 01, JUL 01 IN MONETARY DEFAULT Average Unit Cost   $95.25 Adjusted Cost Basis | 74514LTK3 CASH | 305,000 | $61.00 | $186,050.00 | | $290,506.40 T $290,506.40 T  D | ($104,456.40) |
| PUERTO RICO COMWLTH PUB IMPT GO BDS SER. 04.25000% 07/01/2019 D LIMITED GEN OBLIG MOODY'S Ca CPN PMT SEMI-ANNUAL ON JAN 01, JUL 01 CONTINUOUSLY CALLABLE FROM 07/01/2016 CALLABLE ON 03/31/2019 @ 100.0000 IN MONETARY DEFAULT Average Unit Cost   $80.77 Adjusted Cost Basis Unrealized Market Discount Income | 74514LZF7 CASH  $224.29  Q | 30,000 | $59.00 | $17,700.00 | | $24,217.50 T $24,230.82 T  D | ($6,530.82) |
| PUERTO RICO COMWLTH PUB IMPT REF BDS 04.40000% 07/01/2020 SER. 2012B UNLIMITED GEN OBLIG MOODY'S Ca CPN PMT MONTHLY CONTINUOUSLY CALLABLE FROM 07/01/2015 CALLABLE ON 03/31/2019 @ 100.0000 IN MONETARY DEFAULT Average Unit Cost   $100.00 Adjusted Cost Basis | 74514LZZ3 CASH | 145,000 | $47.75 | $69,237.50 | | $145,000.00 T $145,000.00 T  D | ($75,762.50) |
| PUERTO RICO COMWLTH REF PUB IMPT SER. | 74514LTQ0 | 15,000 | $60.875 | $9,131.25 | | $11,512.50 T | |

Account carried with National Financial Services LLC. Member - NYSE, SIPC