Cresca
CORPORATION
PMB 92 P.O. BOX 71325
SAN JUAN, P.R. 00936

7018 1130 0001 2923 1311

SAN JUAN PR 009
12 MAR 2019 PM

U.S. POSTAGE PITNEY BOWES
ZIP 00927
02 4W
$ 004.20
0000362890 MAR 12 2019

RECEIVED & FILED
2019 MAR 13 PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918X1767