

Mr. Richard
6123 220th St.
Oakland Gdns, NY 11364
Case:17-03283-LTS   Doc#:5632-1   Filed:03/13/19   Entered:03/14/19 09:10:29   Desc:
Envelope   Page 1 of 2

MAR 08, 19
AMOUNT
$15.75
R2304M110656-05

ATTENTION: The Clerk's office of the District Court in San Juan, Puerto Rico.

The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, Puerto Rico 00918-1767

UNITED STATES POSTAL SERVICE
REGISTERED MAIL

RF 275 741 545 US

Label 200, August 2005    PSN 7690-03-000-9311

RETURN RECEIPT REQUESTED

2019 MAR 13 PM 4:54
RECEIVED
CLERK'S OFFICE
DISTRICT...



HATO REY STATION SAN JUAN PR 00918
MAR 13 2019
USPS

U.S. POSTAGE PAID
FCM LETTER

OAKLAND GARDENS NY 11364
MAR - 8 2019
USPS

OAKLAND GARDENS NY 11364
MAR - 8 2019
USPS

OAKLAND GARDENS NY 11364
MAR - 8 2019
USPS