

SANTA ANA CA 926

08 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 13 PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TO:

The Clerk of the United States Dist
Court for the District of Puerto, Roc
Federal Building
150 Carlos Chardon avenue
San Juan, PR 00918-1767

00918-170399

American Operations

Center Drive, Irvine, CA 92618

Cogliano