LEWIS CLAFFEY
4801 MT ARARAT DRIVE
SAN DIEGO CA 92111



RECEIVED & FILED
2019 MAR 13 PM 4: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE UNITED STATES DISTRICT
COURT
FOR THE DISTRICT OF PUERTO RICO ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625