**HilltopSecurities**
A Hilltop Holdings Company



09 MAR '19
PM 9 L

neopost
03/05/2019
US POSTAGE $00.50⁰

FIRST-CLASS MAIL

ZIP 94111
041L11222792

The Clerk's Office
United States District Court
150 Carlos Chardon Ave. Room 150
San Juan, Puerto Rico 00918-1767

00918-170625

HilltopSecurities Inc.
50 California Street, Suite 2650
San Francisco, California 94111