Craig Ashinoff
193 Arbor St.
Cranford, NJ 07016




RECEIVED & FILED
2019 MAR 13 PM 4: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the U.S. District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767