Ms. Ruth Calcaterra
2189 Audrain Road 565
Vandalia, MO 63382-3600



09 MAR 2019 PM 6 L

RECEIVED & FILED
2019 MAR 13 PM 4: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the district of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan PR
00918-170625