J Acosta
4210 Pointe Gate Dr
Livingston, NJ 07039
USA

RECEIVED & F[ILED]
2019 MAR 13 PM 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767