Angel Blan[...]
100 Juan Antonio Corretjer
Apt 708
San Juan RR 00901-2609

The Clerk of the USDC
for the District of PR
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767