Veronica M Besanch
3536 Texas Avenue, SE
Washington, DC 20020

RECEIVED & FILED
2019 MAR 13 PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the US Courts for the
District of Puerto
  Room 150 Federal Building
  150 Carlos Chardon Avenue
  San Juan, PR 00918-1767