EDWIN VARGAS VELAZQUEZ
RR4 BOX 2...
TOA ALTA, PR 00953

SAN JUAN PR 009
12 MAR 2019 PM 1 T

USA FOREVER

RECEIVED & FILED
2019 MAR 13 PM 4: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918$1706