

**Sherry Scher**
536 Pacing Way
Westbury, NY 11590-6708
PEACE

MID-ISLAND NY 117

09 MAR 2019 PM 1 L



RECEIVED & FILED
2019 MAR 13 AM 11:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-241250