G Hernandez
PO Box 598
Arecibo PR 00613-0598

RECEIVED & FILED
2019 MAR 13 PM 4:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court of Puerto
Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan PR 00918-1767

00918%1703 C018