

**LABORATORIOS RAMIREZ**

8133 Calle Concordia STE 101
Ponce PR 00717-1543

LABRAMIREZ.COM

SAN JUAN PR 009
12 MAR 2019 PM

$000.50
02 1P
0000615465  MAR 11 2019
MAILED FROM ZIP CODE 00717

RECEIVED
2019 MAR 13 PM
CLERK'S OFFICE
U.S. DISTRICT C
SAN JUAN

THE CLERK OF THE UNITED STATES DISTRICT OF PUERTO R
150 CARLOS CHARDON AVENUE
SAN JUAN  PR   00918-1767

009181706