MANUEL B. MARTINEZ - GIRAUD

P O BOX 183

ARECIBO, P R 00613

RECEIVED & FILED
2019 MAR 13 PM 4:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CLERK OF THE US DISTRICT COURT – DISTRICT OF PR

ROOM 150 – FEDERAL BUILDING

150 CARLOS CHARDON AVENUE

SAN JUAN, P R 00918 - 1767

