**LABORATORIOS RAMIREZ**

8133 Calle Concordia STE 101
Ponce PR 00717-1543

LABRAMIREZ.COM

12 MAR 2019 PM

$000.50
0000615465  MAR 11 2019
MAILED FROM ZIP CODE 00717

RECEIVED
2019 MAR 13 PM 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

THE CLERK OF THE UNITED STATES DISTRICT OF PUERTO R
150 CARLOS CHARDON AVENUE
SAN JUAN   PR   00918-1767

009181706