Mr. Thomas Garuccio
80 Winthrop Rd
Monroe Twp, NJ 08831



U.S. POSTAGE PAID
FCM LETTER
MONROE TOWNSHIP, NJ
08831
MAR 09, 19
AMOUNT
$0.55
R2303S100056-08

1000    00918

RECEIVED & FILED
2019 MAR 13 PM 4:52
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

The Clerk of the United States District Court for the District of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399