Linda S. Meyers
12862 Stoneybrooke Ct
South Lyon, MI 48178-8531

09 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 13 PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the US District Ct
for the District of Puerto Rico
Rm 150 Federal Bldg
150 Carlos Chardon Ave
San Juan, PR
00918-1767

00918-170399

LTS Doc#:5651-1 Filed:03/13/19 Entered:03/14/19 0
Envelope Page 2 of 2

