ORIGIN ID:JRBA (212) 616-0400
MONICA RODRIGUEZ
BIZZI & PARTNERS DEVELOPMENT
55 E 59TH STREET
24TH FLOOR
NEW YORK, NY 10022 US
SIGN: MONICA RODRIGUEZ

SHIP DATE: 12MAR19
ACTWGT: 1.00 LB
CAD: 2251206/INET4100

BILL SENDER
NO EEI 30.37(a)

TO CLERK OF THE US DISTRICT COURT PR
PUERTO RICO DISTRICT COURT
150 CARLOS CHARDON AVE
FEDERAL BUILDING, ROOM 150
SAN JUAN PR 00918
(917) 975-0300
REF: S&V
INV:
PO: DEPT:

(US)

565J1/46D3/23AD




FedEx Express

WED - 13 MAR A5
INTL PRIORITY

TRK# 7746 8688 5655
0430

XQ SIGA

00918
PR-US SJU



3/12/2019

Extremely Urgent

FedEx



2019 MAR 13 PM 4:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.