In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Second - Fourth Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Bankruptcy Counsel to Debtors - Commonwealth* | | | | | | | | |
| 1-a | Proskauer Rose LLP [Dkt. No. 2868] | 10/01 - 01/31/2018 | $ 5,453,686.60 | $ 204,966.28 | $ 294,582.75 | $ 45,405.33 | $ 5,248,720.32 | | $ 249,177.42 |
| | *Bankruptcy Counsel to Debtors COFINA* | | | | | | | | |
| 1-b | Proskauer Rose LLP [Dkt. No.2870] | 10/01 - 01/31/2018 | $ 562,239.80 | $ 21,130.70 | $ 5,584.22 | $ 860.72 | $ 541,109.10 | | $ 4,723.50 |
| | *Bankruptcy Counsel to Debtors ERS* | | | | | | | | |
| 1-c | Proskauer Rose LLP [Dkt. No. 2872] | 10/01 - 01/31/2018 | $ 2,121,996.20 | $ 79,751.13 | $ 52,896.53 | $ 8,153.17 | $ 2,042,245.07 | | $ 44,743.36 |
| | *Bankruptcy Counsel to Debtors PREPA* | | | | | | | | |
| 1-d | Proskauer Rose LLP [Dkt. No. 2876] | 10/01 - 01/31/2018 | $ 2,062,304.20 | $ 77,507.72 | $ 37,003.99 | $ 5,703.59 | $ 1,984,796.48 | | $ 31,300.40 |
| | *Bankruptcy Counsel to Debtors HTA* | | | | | | | | |
| 1-e | Proskauer Rose LLP [Dkt. No. 2874] | 10/01 - 01/31/2018 | $ 1,256,420.60 | $ 47,220.14 | $ 39,216.07 | $ 6,044.55 | $ 1,209,200.46 | | $ 33,171.52 |
| | *Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 2 | Paul Hastings LLP [Dkt. No. 3568] | 2/01 - 5/31/2018 | $ 8,676,112.75 | $ 224,927.88 | $ 586,993.66 | $ 3,737.20 | $ 8,451,184.87 | FN2 | $ 583,256.46 |
| | *Counsel to AAFAF - COFINA* | | | | | | | | |
| 3-a | O'Melveny & Myers [Dkt. No. 3575] | 2/01 - 5/31/2018 | $ 837,368.29 | $ 30,039.28 | $ 3,688.16 | $ 1,337.13 | $ 807,329.01 | | $ 2,351.03 |
| | *Counsel to AAFAF - ERS* | | | | | | | | |
| 3-b | O'Melveny & Myers [Dkt. No. 3578] | 2/01 - 5/31/2018 | $ 194,579.33 | $ 30,039.28 | $ 13,657.88 | $ 1,337.13 | $ 164,540.05 | | $ 12,320.75 |
| | *Counsel to AAFAF - HTA* | | | | | | | | |
| 3-c | O'Melveny & Myers [Dkt. No. 3579] | 2/01 - 5/31/2018 | $ 155,651.42 | $ 30,039.28 | $ 451.10 | $ 225.55 | $ 125,612.14 | | $ 225.55 |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | | |
| 3-d | O'Melveny & Myers [Dkt. No. 3581] | 2/01 - 5/31/2018 | $ 6,871,237.76 | $ 30,039.27 | $ 101,437.64 | $ 2,448.71 | $ 6,841,198.49 | | $ 98,988.93 |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 4 | Luskin Stern & Eisler LLP [Dkt. No. 4336] | 6/01 - 9/30/2018 | $ 74,708.00 | $ 3,000.00 | $ 313.63 | $ - | $ 71,708.00 | | $ 313.63 |
| | *Financial Advisor to the FOMB* | | | | | | | | |
| 5 | Ernst & Young LLP [Dkt. No. 4324] | 5/01 - 09/30/2018 | $ 2,810,623.75 | $ 39,451.86 | $ 101,015.45 | $ 4,589.64 | $ 2,771,171.89 | | $ 96,425.81 |
| | *Macroeconomic Consultant to FOMB* | | | | | | | | |
| 6 | Andrew Wolfe [Dkt. No. 4393] | 6/01 - 9/30/2018 | $ 100,000.00 | $ - | $ 3,136.00 | $ 10.00 | $ 100,000.00 | | $ 3,126.00 |
| | *Attorneys to FOMB* | | | | | | | | |
| 7 | Munger Tolles & Olson LLP [Dkt. No. 4262] | 6/01 - 9/30/2018 | $ 344,778.70 | $ 14,853.53 | $ 462.00 | $ - | $ 329,925.17 | | $ 462.00 |
| | *Consulting Services to FOMB - COFINA* | | | | | | | | |
| 8-a | Alvarez & Marsal [Dkt. No. 4306 -- 17-03284 Dkt. No. 355] | 8/09 - 9/30/2018 | $ 250,780.50 | $ - | $ - | $ - | $ 250,780.50 | | $ - |
| | *Consulting Services to FOMB - Commonwealth* | | | | | | | | |
| 8-b | Alvarez & Marsal [Dkt. No. 4309] | 8/09 - 9/30/2018 | $ 831,602.25 | $ - | $ 8,220.02 | $ - | $ 831,602.25 | | $ 8,220.02 |
| | *Consulting Services to FOMB - ERS* | | | | | | | | |
| 8-c | Alvarez & Marsal [Dkt. No. 4311 -- 17-03566 Dkt. No. 348] | 8/09 - 9/30/2018 | $ 140,952.60 | $ - | $ - | $ - | $ 140,952.60 | | $ - |
| | *Consulting Services to FOMB - HTA* | | | | | | | | |
| 8-d | Alvarez & Marsal [Dkt. No. 4317 -- 17-03567 Dkt. No. 530] | 8/09 - 9/30/2018 | $ 87,894.00 | $ - | $ - | $ - | $ 87,894.00 | | $ - |
| | *Consulting Services to FOMB* | | | | | | | | |
| 9-a | McKinsey & Company, Inc. [Dkt. No. 4333] | 6/01 - 9/30/2018 | $ 5,670,000.00 | $ - | $ - | $ - | $ 5,670,000.00 | | $ - |
| | *Consulting Services to FOMB -PREPA* | | | | | | | | |
| 9-b | McKinsey & Company, Inc. [17-04780 Dkt. No. 1032] | 6/01 - 9/30/2018 | $ 2,960,000.00 | $ - | $ - | $ - | $ 2,960,000.00 | | $ - |
| | *Consulting Services to FOMB - HTA* | | | | | | | | |
| 9-c | McKinsey & Company, Inc. [17-03567 Dkt. No. 533] | 6/01 - 9/30/2018 | $ 1,240,000.00 | $ - | $ - | $ - | $ 1,240,000.00 | | $ - |
| | *Financial Advisors to the Commonwealth* | | | | | | | | |
| 10 | Conway MacKenzie, Inc. [Dkt. No. 4497] | 7/16 - 10/31/2018 | $ 3,500,000.00 | $ - | $ - | $ - | $ 3,500,000.00 | | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Second - Fourth Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Financial Adviosr and Investment Banker to AAFAF* | | | | | | | | |
| 11 | **Rothschild & Co US Inc. [Dkt. No. 4260]** | 6/01 - 9/30/2018 | $ 3,057,096.77 | $ - | $ 63,468.70 | **DEFERRED** | $ 3,057,096.77 | | FN1 |
| | *Special Debt Financing Counsel to PREPA* | | | | | | | | |
| 12 | **Norton Rose Fulbright US LLP [Dkt. No. 4326 - 17-04780 Dkt. No. 1029]** | 9/14 - 9/30/2018 | $ 79,605.00 | $ - | $ - | $ - | $ 79,605.00 | | $ - |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 13 | **Paul Hastings LLP [Dkt. No. 4325]** | 6/01 - 09/30/2018 | $ 5,795,270.25 | $ 127,676.53 | $ 201,725.65 | $ 2,296.62 | $ 5,667,593.72 | FN3 | $ 199,429.03 |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 14 | **Casillas Santiago & Torres LLC [Dkt. No. 4329]** | 6/01 - 9/30/2018 | $ 250,762.00 | $ 115.00 | $ 12,468.62 | $ - | $ 250,647.00 | | $ 12,468.62 |
| | *Financial Advisors to Official Committee of Unsecured Creditors* | | | | | | | | |
| 15 | **Zolfo Cooper, LLC [Dkt. No. 4323]** | 6/01 - 09/30/2018 | $ 2,178,107.50 | $ 74,350.90 | $ 3,392.68 | $ - | $ 2,103,756.60 | | $ 3,392.68 |
| | *Communications Advisore to Official Committee of Unsecured Creditors* | | | | | | | | |
| 16 | **Kroma Advertising, Inc. [Dkt. No. 4321]** | 4/16 - 9/15/2018 | $ 150,000.00 | $ - | $ 4,210.16 | $ - | $ 150,000.00 | | $ 4,210.16 |
| | *Attorneys to Retired Employees Official Committee* | | | | | | | | |
| 17 | **Jenner & Block LLP [Dkt. No. 4267]** | 6/01 - 9/30/2018 | $ 1,817,932.76 | $ 30,297.55 | $ 108,986.92 | $ 4,979.39 | $ 1,787,635.21 | | $ 104,007.53 |
| | *Puerto Rico Counsel to Retired Employees Official Committee* | | | | | | | | |
| 18 | **Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 4271]** | 6/01 - 9/30/2018 | $ 292,497.50 | $ 3,343.00 | $ 1,060.40 | $ - | $ 289,154.50 | | $ 1,060.40 |
| | *Actuaries and Consultants to Retired Employees Official Committee* | | | | | | | | |
| 19 | **Segal Consulting [Dkt. No. 4320]** | 6/01 - 9/30/2018 | $ 384,373.00 | $ 5,410.00 | $ 6,295.56 | $ 1,130.66 | $ 378,963.00 | | $ 5,164.90 |
| | *Financial Advisor to Retired Employees Official Committee* | | | | | | | | |
| 20 | **FTI Consulting, Inc. [Dkt. No. 4269]** | 6/01 - 9/30/2018 | $ 1,235,884.50 | $ 37,500.00 | $ 18,551.08 | $ - | $ 1,198,384.50 | | $ 18,551.08 |
| | *Information Agent to Retired Employees Official Committee* | | | | | | | | |
| 21 | **Marchand ICS Group [Dkt. No. 4272]** | 6/01 - 9/30/2018 | $ 68,067.25 | $ - | $ 1,496.72 | $ - | $ 68,067.25 | | $ 1,496.72 |
| | *Members of Retired Employees Official Committee* | | | | | | | | |
| 22 | **Retired Employees Official Committee [Dkt. No. 4274]** | 6/01 - 9/30/2018 | $ - | | $ 308.38 | | $ - | | $ 308.38 |
| | *COFINA Agent* | | | | | | | | |
| 23 | **Bettina M. Whyte [Dkt. No. 4261]** | 6/01 - 9/30/2018 | $ 115,170.00 | $ - | $ 2,830.51 | $ 751.38 | $ 115,170.00 | | $ 2,079.13 |
| | *Puerto Rico Counsel for COFINA Agent* | | | | | | | | |
| 24 | **Nilda Navarro-Cabrer [Dkt. No. 4268]** | 6/01 - 9/30/2018 | $ 47,962.50 | $ - | $ 140.23 | $ - | $ 47,962.50 | | $ 140.23 |
| | *Financial Adviosr to the Mediation Team* | | | | | | | | |
| 25 | **Phoenix Management Services, LLC [Dkt. No. 4300 AND 4368]** | 6/04 - 9/30/2018 | $ 241,810.50 | $ 1,235.00 | $ 5,249.27 | $ - | $ 240,575.50 | | $ 5,249.27 |

**FN1** - Consideration of Rothschild's expense request will be deferred to the April 24, 2019 omnibus hearing.

**FN2** -The Fee Examiner recommends that, for the third interim fee period, and only this period, the stipulated fee reductions identified on this Exhibit, other than (a) $47,433.39 on account of certain negotiated reductions in rate increases, (b) $2,420.00 for identified and acknowledged billing errors, and (c) $49,726.35 on account of certain other fees (for a total of $99,589.74), be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $8,576,523.01 (i.e., $8,676,112.75 minus $99,589.74) for services rendered during the Compensation Period.

**FN3** -The Fee Examiner recommends that, for the fourth interim fee period, and only this period, the stipulated fee reductions identified on this Exhibit, other than $58,539.27 on account of certain negotiated reductions in rate increases, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $5,736,730.98 (i.e., $5,795,270.25 minus $58,539.27) for services rendered during the Compensation Period.