MILAGROS LOUBRIEL
GOLDEN GATE
DIAMANTE A17
GUAYNABO, PR 00968-3413

SAN JUAN PR 009

13 MAR 2019 PM 1 L



RECEIVED & FILED
2019 MAR 14 PM 12: 41
CLERK'S OFFICE
US DISTRICT COURT

The Clerk of the United States
District Court for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardón Avenue
San Juan, PR 00918-1767

0091881706