Jose' R Ferrohds
P O Box 192384
San Juan, PR 00919-2384

SAN JUAN PR 009

13 MAR 2019 PM 1 T

RECEIVED & FILED
2019 MAR 14 PM 12: 41
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR.

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan, PR 00918-1767

0091831706