Mr. Richard Villastrigo
230 Houtz Ln.
Port Matilda, PA 16870

HARRISBURG PA 159
08 MAR 2019 PM 2 T

RECEIVED & FILED
2019 MAR 14 PM 12: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767