

Mr. Bernard Pearlman
Apt 22H
15 W 72nd St
New York, NY 10023-3460

RECEIVED & FILED
2019 MAR 14 PM 12:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The CLERK of The U.S. DISTRICT COURT
FOR The DISTRICT of PUERTO RICO
FEDERAL BUILDING - Room 150
150 CARLOS CHARDON AVENUE
SAN JUAN P.R.
00918-1767