MANU R. SHAH
2001 GREENTREE RD
CHERRYHILL N.J. 08003

SOUTH JERSEY NJ 080

09 MAR 2019 PM 5 L

USA
FOREVER

RECEIVED & FILED
2019 MAR 14  PM 12: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To, THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF PUERTO,

ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE,
SAN JUAN, PR 00918-1767

00918-170625