Chase, Box #8
16509 E 54th St A
Independence, MO 64055

RECEIVED &
2019 MAR 14 PM 12:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the United States District Court
for the District of Puerto
Rico, 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

```
9500 1134 7636 9066 1484 10
```

USPS TRACKING NUMBER

SHIP
TO:
SAN JUAN PR 00918

1024
0 Lb 0.40 Oz

FIRST-CLASS PKG SVC - RTL ™

US POSTAGE PAID
$4.06
Origin: 64055
03/07/19
2840280055-07

F

UNITED STATES POSTAL SERVICE.
Retail