Shemen
3700 Pershifter St.
Hollywood, FL. 33041

HIALEAH FL 331
11 MAR 2019 PM 6 L

The Clerk of the United States
District Court for the District
of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 14 PM 12: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.