7134 F[illegible]
New Albany, OH
43054

FT MYERS FL 339
11 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 14 PM 12: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States
District Court for the District
of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-1767

009181706 C018