Craig Hurovitz
10625 Willow Oak Ct
Wellington, FL 33414

RECEIVED & FILED

2019 MAR 14 PM 12: 43

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

WEST PALM BCH FL 334

11 MAR 2019 PM 5 L

To: The Clerk of the USA District Court
for the District of Puerto
Rico, Room 150 Federal Building,
150 Carlos Chardon Ave.,
San Juan, PR 00918-1767