John Sasser
9 Radlen Rd
Preston, CT. 06365 8022

HARTFORD CT 061
11 MAR 2019 PM 11

CELEBRATE!
FOREVER / USA

RECEIVED & FILED
2019 MAR 14 PM 12: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of The united STATs DisTrict CourT
For Th DistricT CounT for the District of PuerTo

Room 150 Fed. Building
150 Canlos Chandon Ave.
San Juan, PR 00918 1767

00918-170625