

RECEIVED & FILED
2019 MAR 14  PM 12: 43
CLERK
U.S. DIST...
SAN JUAN P...

Clerk U.S. District Court for the District of
Puerto Rico
Room 150
Federal Building
150 Carlos Charton Ave.
San Juan, PR  00918-1767

00918-170625

PAUL BENNETT MARROW
11 HUNTING RIDGE PLACE
CHAPPAQUA, NEW YORK
10514-2105