1300 S.W. 5th Ave. Suite 2528 Portland, OR 97201



D|A DAVIDSON
WEALTH MANAGEMENT

11 MAR 2019
PM 5 L

$ 000.50
0000817945  MAR 05 2019
MAILED FROM ZIP CODE 97201

RECEIVED & FILED
2019 MAR 14 PM 4:
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court For the District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918↑1706 C018