Clerk U.S. District Court for the District of
Puerto Rico
Room 150
Federal Building
150 Carlos Charton Ave.
San Juan, PR 00918-1767

00918-170625

PAUL BENNETT MARROW
11 HUNTING RIDGE PLACE
CHAPPAQUA, NEW YORK
10514-2105

CRANE & CO.