Hisey
Berklee
college of
music

1140 Boylston Street, Boston, MA 02215-3693

MS 8337F

RECEIVED & FILED
2019 MAR 14 PM 12:43
CLERK'S
DISTRICT
SAN JUAN, P

Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1776