Ms. Allegra Natt
32 Sheridan Ave
Metuchen, NJ 08840

RECEIVED & FILED
2019 MAR 14 PM 12: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for
the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625