Rita Tucker
185 Bay Drive
Woodmere, N.Y 11598

 

U.S. POSTAGE PAID
FCM LETTER
HEWLETT, NY
11557
MAR 11, 19
AMOUNT
$0.55
R2305K134501-08

1000   00918

RECEIVED & FILED
2019 MAR 14 PM 12:42
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, P.R.

Clerk of the United States District
Court for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625