ERNEST TARMIN
474 OCEAN AVENUE
LYNBROOK, N.Y. 11563

RECEIVED & FILED
2019 MAR 14 PM 12:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




U.S. POSTAGE PAID
FCM LETTER
ROCKVILLE CENTRE, NY
11570
MAR 11, 19
AMOUNT
$0.55
R2304N117833-22

1000   00918

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150   FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918$1706 C018