## CUSIP'S OF CURRENTLY HELD PUERTO RICO BONDS

74514LB63
745272DG6*
74514LB89
745235R37
745160RC7*
745220EZ2
745235P39
745235B42
7451455B4
74514LZL4
74514LQB6