

Mr. Raymond Troiani
114 Belvidere Rd.
Phillipsburg, NJ 08865

LEHIGH VALLEY PA 180

11 MAR 2019 PM 1



Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767