


**Robert Mongelli**
Financial Advisor
Ameriprise Financial Services, Inc.
200 Campus Dr
Ste 150
Florham Park, NJ 07932-1007

RECEIVED & FILED
2019 MAR 14 PM 12: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of United States District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399