**PUERTO RICO G/O BOND CUSIP LIST:**

**74514LNG8**

**74514LWY9**

**74514LZP5**

**74514LWM5**

**74514LXC6**

**74514LB63**

**74514LVZ7**

**74514LWR4**

**74514LYW1**