R. Busack
P.O. Box 299
Remsenburg, N.Y. 11960
USA

RECEIVED & FILED
2019 MAR 14  PM 12:4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**RETURN RECEIPT REQUESTED**

**RETURN RECEIPT REQUESTED**

7016 0910 0001 8551 7889

U.S. POSTAGE PAID
FCM LETTER
REMSENBURG, NY
11960
MAR 11 19
AMOUNT
$7.00
R2305K133786-04

The Clerk of the United States
District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

0091833305 C006