Petersen
108 Fallwood Parkway.
Farmingdale NY
11735

MID-ISLAND NY 117
11 MAR 2019 PM 5 L

FOREVER / USA

THE Clerk of the US District CouRT
for the District of Puerto.
Room #150, Federal Building
150 Carlos Chardon Avenue.
San Juan PR 00918-1767

00918-170399

RECEIVED & FILED
2019 MAR 14 PM 12:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.