Richard Candella
4609 Tamarind Cir
Coconut Creek, FL 33063-3824



7019 0160 0000 9915 6457

the Clerk of United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Ave San Juan, PR 00918-1767

2019 MAR 14 PM 12:40 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

U.S. POSTAGE $6.85
FCM LETTER
33071 0020
Date of sale 03/11/19