

**GREKORY EQUIPMENT CORP.**
PO BOX 192384 SAN JUAN PR 00919-2384



SAN JUAN PR 009
13 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 14 PM 12: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan, PR 00918-1767

00918$1703