Elizabeth Sickels
63 Bennett Rd
Wilbraham, MA.
USA       01095

CERTIFIED MAIL

7018 0680 0001 6856 5999

U.S. POSTAGE PAID
FCM LETTER
WILBRAHAM, MA
01095
MAR 11, 19
AMOUNT
**$4.05**
R2303S101960-09

UNITED STATES
POSTAL SERVICE®

1000        00918

RECEIVED & FILED
2019 MAR 14  PM 12: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF
THE UNITED STATES DISTRICT COURT for the
DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R.   00918-1767

009188170