2954 Secret Way
Commerce Twp., MI 48390



METROPLEX MI 480
11 MAR 2019 PM 17 L

RECEIVED & FILED
2019 MAR 14 PM 12: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of US District Court for District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399