

Ms Leslie F Taub
5 Brunswick St
Staten Island, NY 10314

NEW YORK NY 100

11 MAR 2019 PM 9 L



RECEIVED & FILED
2019 MAR 14  PM 12: 42
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of Puerto
Room 150  Federal Building
150 Carlos Chardon Ave
San Juan, PR
    00918-1767

00918-170399