Aaron Goldstein
79 Fiesta Way
Ft. Lauderdale, FL 33301-1414
MIAMI
FL 331
08 MAR '19
RECEIVED & FILED
2019 MAR 14 PM 12: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
USA 41
Clerk of the U.S. District Court for the District of PUERTO
Room 150 Federal Bldg.
150 Carlos Chardon Ave
San Juan, PR 00918-1767
00918-1767