**ENCODY, INC.**
**PO BOX 280**
**BAYAMON, PR 00960-280**



CERTIFIED MAIL

7011 1570 0000 4428 4202



U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
MAR 12, 19
AMOUNT
$6.85
R2303S103505-17

1000    00918

THE CLERK OF THE UNITED STATED DISTRICT
COURT FOR THE DISTRIC OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CALOS CHARDON AVENUE
SAN JUAN, PR00918-1767