Handley
P.O. Box 412
Stuart, Fla. 34995

WEST PALM BCH FL 334

11 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 14 PM 12:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of The
United States District Court
for The District of Puerto
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399