

Lois Beck
3070 Eunice Ave
Spring Hill FL 34609-3421



RECEIVED & FILED
2019 MAR 14 PM 12: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

