ALAN R. KOSS
27 WOODLAND ROAD
NEW CITY, NY 10956-2625

WESTCHESTER NY 106

11 MAR 2019 PM 4 L



RECEIVED & FILED
2019 MAR 14 PM 12:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CLERK OF THE US DISTRICT COURT OF P.R., ROOM 150
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170399