7018 1830 0001 9267 1642

U.S. POSTAGE PAID
FCM LETTER
SADDLE RIVER, NJ
07458
MAR 08, 19
AMOUNT
$3.50
R2304M116390-03

FOREVER USA
Barn Swallow

RECEIVED & FILED
2019 MAR 14 PM 12: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of
Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918$1701 C018

D. Hddz
41 Twin Brooks
Saddle River, NJ 07458

7018 1830 0001 2926 1642


FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016