Mr. Barry Adelman
29 Denison Ct.
Groton, CT 06340

CLERK OF US DISTRICT COURT FOR PUERTO RICO
ROOM 150 FEDERAL BUILDING
50 CARLOS CHARDON AVENUE
SAN JUAN PR

00981-170855

RECEIVED & FILED
2019 MAR 14 PM 12:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Mr. Barry Adelman
29 Denison Ct.
Groton, CT 06340