K. DUNKS
9165 SEASONS TER.
VERO BEACH, FL 32963

ORLANDO FL 328
11 MAR 19 PM 11



RECEIVED & FILED
2019 MAR 14  PM 12: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK OF THE UNITED STATES DISTRICT COURT
        FOR DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
        SAN JUAN, PUERTO RICO, 00918-1767

00918$1706