

Matthew Zucker
3081 NE 42nd St.
Ft Lauderdale, FL 33308

RECEIVED & FILED
2019 MAR 14 PM 12: 40
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE US DISTRICT COURT
FOR THE DOT OF PR
ROOM 150 FEDERAL Building
150 Carlos Chardon Ave
San Juan PR    00918-1767

00918$1706 C018

