

Joseph C. Botticello
56 High Ridge Dr.
Vernon Rockville, CT 06066-2755



11 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 14 PM 12: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk Of US District Court For
District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625