**SR. & SRA. JOAQUIN**
**GUTIÉRREZ FERNÁNDEZ**
CONDOMINIO LAGUNA
CALLE HOARE #548, APT. 11
SAN JUAN, PR 00907



The Clerk of the United District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767