## Attachments:

| item | Description | Number of pages |
|---|---|---|
| 1 | Letter from the "PR-DOL" recognizing that the he came to be creditor to the raise in salary. This letter signed by Sara I Luciano Delgado, former Auxiliary Secretary of Human Resources for the PR DOT, on December 10, 2013 | 1 PAGE |
| 2 | Letter from the "PR-DOL" informing Mr. Carbonera that raise would not be granted claiming Act No. 66-20104 did not allow it. | 1 PAGE |
| 3 | Movant's claim to the CASP (Attachments of this Claim not included) | 4 PAGES |
| 4 | CASP Internet transactions log for CASP No. 2014-08-0412 | 2 PAGES |
| 5 | Pay stuv for July 12, 2013 and February 28, 2018 | 2 PAGES |
| 6 | Movant's Summary Judgement | 14 PAGES |

7