

**DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

10 de diciembre de 2013

Pedro E. Carbonera Pardo
Barrio Obrero
611 Calle 8
San Juan, PR 00915

Estimado señor Carbonera:

Recibimos su comunicación del 30 de octubre de 2013 donde solicita una revisión de su expediente de personal a los efectos de que le sea concedido un aumento de sueldo por años de servicio, a tenor con la Sección 8.3 (3) de la Ley Núm. 184 del 3 de agosto de 2004, según enmendada, conocida como Ley para la Administración de los Recursos Humanos en el Servicio Público.

Luego de la revisión a su expediente de personal, encontramos que es elegible para recibir un aumento de sueldo por años de servicio a tenor con la mencionada Ley, efectivo al 16 de octubre de 2013. De acuerdo con la Sección 12.6 (5) del Reglamento para la Administración de los Recursos Humanos del Servicio de Carrera del Departamento del Trabajo y Recursos Humanos, su supervisor directo deberá enviar una certificación de servicios satisfactorios y anejar una Autorización para Efectuar Transacciones de Personal (OAP-1) debidamente cumplimentada.

Cordialmente,

Sara I. Luciano Delgado
Secretaria Auxiliar de Recursos Humanos