ESTADO LIBRE ASOCIADO DE
PUERTO RICO

Departamento del Trabajo
y Recursos Humanos

ATTACHMENT 2

Hon. Vance Thomas
Secretario

24 de junio de 2014

Pedro E. Carbonera Pardo
Especialista en Seguridad y Salud IV
Administración de Seguridad y Salud
Ocupacional de P.R (PR-OSHA)
Oficina de Carolina

Estimado señor Carbonera Pardo:

Hacemos referencia a su comunicación del 17 de junio de 2014 donde solicita un aumento de sueldo por años de servicio según dispuesto por la Sección 12.6 (5) del Reglamento para la Administración de los Recursos Humanos en el Servicio de Carrera del Departamento del Trabajo y Recursos Humanos.

Según el Artículo 11, Inciso (a) y (b) (i) de la Ley Núm. 66 del 17 de junio de 2014, conocida como Ley Especial para la Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico, dispone que desde y durante la vigencia de la ley, no se concederán aumentos en beneficios económicos ni compensación monetaria extraordinaria a los empleados de la Rama Ejecutiva; siendo el aumento por años de servicio considerado como un aumento en beneficios económicos.

Por lo antes expuesto, nos vemos imposibilitados de proceder con su solicitud en este momento. Nos reiteramos a sus órdenes para cualquier otro asunto que entienda pertinente.

Atentamente,

Nilma Maldonado Colón
Secretaria Auxiliar de Recursos Humanos





Avenida Muñoz Rivera 505, Edificio Prudencio Rivera Martínez, Piso 21, Hato Rey, Puerto Rico 00919
PO Box 195540, San Juan, Puerto Rico 00919-5540
T .787. 754.5353 Fax .787. 754.9550