ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
PO Box 41149, San Juan, PR 00940-1149
Tel. (787) 723-4242 Fax (787) 723-4699
http://www.casp.pr.gov

ATTACHMENT 3 (1-4)

Pedro E. Carbonera Pardo
_____
Nombre y Dos Apellidos

vs.

Número de Asunto: _____

Departamento del Trabajo y Recursos Huma.
_____
Nombre de la Agencia o Municipio

## SOLICITUD DE APELACION (POR DERECHO PROPIO)

La Comisión Apelativa provee los servicios de mediación, en ocasiones, en conjunto con la Oficina de Capacitación y Asesoramiento en Asuntos Laborales y de Administración de Recursos Humanos, ("OCALARH") en algunas materias, para acogerse a este servicio rápido, imparcial, confidencial y sin costo, favor de llenar la solicitud a continuación. Si interesa este servicio favor de llenar el formulario de "Solicitud de Apelación y Solicitud Voluntaria de Servicio de Mediación".

### A LA HONORABLE COMISIÓN:

Comparece la parte apelante de epígrafe y muy respetuosamente expone, alega y solicita lo siguiente:

1) Soy, empleado/a ____de Carrera____, Ciudadano/a solicitante ☒, otro ☐.

2) ¿Está su puesto dentro de una unidad apropiada o cobijada por la Ley de Sindicalización de Empleados Públicos? __No__.

3) Organización Sindical que representa la unidad apropiada:
_____

4) Ejerció su derecho a organizarse sindicalmente __No__, Si contesta en la negativa,

Explique: Soy Director de una Oficina y no estoy sindicalizado

5) Está su puesto cobijado por un convenio colectivo __No__.

Explique: Me cobija la Ley 184

6) Indique si ha presentado recurso, apelación, demanda o querella en algún otro foro relacionado con la controversia presentada a la Comisión __No__. Si contestó en la afirmativa indique: Nombre del Foro: _____

Número de Caso: _____, Fecha de Radicación: _____

7) Indique para cada apelación activa ante la Comisión, en la que usted comparecce como parte apelante, las partes, número de caso y materia:

_____



Revisado en Abril de 2007

8) Nombre del Jefe de Agencia o Alcalde del Municipio:

Lcdo Vance Thomas

ATTACHMENT 3 (2-4)

9) Nombre y dirección de la Agencia o Municipio:

Nombre: Departamento del Trabajo y Recursos Humanos

Dirección: Ave. Muñoz Rivera 505, Edificio Prudencio Rivera Martínez, Piso 21,

Pueblo ó Ciudad: San Juan , Puerto Rico, Codigo Postal: 00919

10) Que la(s) Ley(es) o reglamento(s) que entiendo aplica(n) a mi acción es:

Ley 184 del 3 de agosto de 2004, segun enmendada, Seccion 8.3(3) y

Sec 12.6(5) Reg p la Adm de los Rec Humanos Servicio de Carrera de DTRH

11) **ACCIÓN IMPUGNADA:** (puede utilizar papeles adicionales)

No proceden con solicitud de aumento por años de Servicio solicitada el 30

OCT 13, aplicando (ERRONEAMENTE) de forma retroactiva la Ley Num 66 jun 2014

12) **SUPLICA O REMEDIO SOLICITADO** (Indique el remedio que usted solicita, puede utilizar papeles adicionales)

Se conceda el aumento de forma retroactiva desde el 15 de octubre de 2013,

segun contestara la ex-Secretaria Auxiliar de Rec Humanos (VEA anejo 2)

13) Escoja la situación que le aplique; llenando los apartados correspondientes (escoja una).[1]

☒ a) La autoridad nominadora me notificó por escrito el 14 de julio de 2014

carta fechada 24 de junio de 2014 , la acción que impugno.

☐ b) Advino en conocimiento de la acción o decisión por otros medios el _____ . Explique: _____

☐ c) Hice un reclamo a la autoridad nominadora el _____ , y aún no he recibido determinación final por escrito.

14) Adjunto copia de los siguientes documentos: (puede escoger más de uno)

☒ Carta de la determinación final de la agencia.

☐ Evidencia de la fecha en que la parte apelante fue notificada de la acción que impugno.

---

[1] El reglamento establece, entre otros asuntos, que la apelación se radicará en la Secretaría dentro del término de treinta (30) días consecutivos a partir de la fecha de notificación o conocimiento de la acción o decisión objeto de apelación en caso de habérsele cursado comunicación escrita, o desde que advino en conocimiento de la acción por otros medios o dentro de treinta (30) días contados a partir del vencimiento de sesenta (60) días, luego de haber hecho un planteamiento a la autoridad nominadora por escrito y no haber recibido respuesta. También establece que para determinar la fecha de radicación se atenderá única y exclusivamente la fecha en la que el escrito de apelación es presentado y sellado en la Secretaría de la Comisión.

Revisado en Abril de 2007

☐ Carta reclamando hechos a la autoridad nominado, que se presentan ante la Comisión, para los cuales no recibió respuesta.

☐ Evidencia de la fecha en que la autoridad nominadora recibió reclamo por escrito con los reclamos que se presentan ante la Comisión, para los cuales no recibió respuesta.

☐ Carta de notificación de intención de aplicación de medida disciplinaria o notificación de campos.

15) Que mi dirección es la siguiente:

| Residencial | Postal |
|---|---|
| Bo Obrero Calle 8 #611 | Calle Felipe Arana FR-3 Levittown |
| San Juan, PR 00915 | Toa Baja, PR 00949 |

16) Que mi número de teléfono es: (787) 486-6888 , Facsímile: _____

Correo electrónico: pedrocarbonera@dol.gov .

17) Certifico que notifiqué o notificaré copia de la presente apelación a la Autoridad Nominadora de la Agencia o Municipio (Marque con una "X" la forma utilizada), y que anejo los siguientes documentos:

☒ 1) Notificación personal a la Oficina de la Autoridad Nominadora. Indique y Someta copia ponchada o firmada a la Comisión de evidencia. Indique Fecha: 27 de agosto de 2014 .

☐ 2) Por correo con acuse de recibo a la Autoridad Nominadora. Someta copia del recibo de envío postal, y someta copia del acuse de recibo, una vez recibida la apelación por la Autoridad Nominadora o su representante.

RESPETUOSAMENTE SOMETIDO

En ___San Juan___, Puerto Rico a 26 /agosto/2014 .

_____
Firma del Apelante

---

[2] Conforme la Sección 2.3 del Reglamento, se tiene que notificar a la parte apelada o persona autorizada por ésta dentro del término jurisdiccional de treinta (30) días para radicar la apelación De no poder someter evidencia de notificación a la parte apelada, y ésta impugnar la notificación con declaración jurada, se podrá archivar la apelación por incumplimiento con el Reglamento Procesal.

Revisado en Abril de 2007

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**COMISION APELATIVA DEL SERVICIO PÚBLICO**
PO BOX 41149, San Juan, PR 00940-1149
Tel (787)723-4242 Fax (787723-4699
http://www.casp.pr.gov

Pedro E. Carbonera Pardo

Nombre y Dos Apellidos

Vs.

Número de Asunto:_____

Departamento del Trabajo y Recursos Humanos

Nombre de la Agencia o Municipio

A La HONORABLE COMISION:

Comparece la parte apelante de epígrafe y muy respetuosamente expone, alega y solicita:

Lista de ANEJOS

| # de Anejo | Descripción |
|---|---|
| 1 | No fui advertido de fecha de prescripción en contestación de la Agencia Nominadora |
| 2 | Solicitud de aumento por años de servicio |
| 3 | Elegible para recibir aumento |
| 4 | Solicitud de aumento por años de Servicio al Secretario |
| 5 | Contestación a solicitud |

RESPETUOSAMENTE SOMETIDO

En San Juan, Puerto Rico a 26 de agosto de 2014

Firma del Apelante