## COMISIÓN APELATIVA DEL SERVICIO PÚBLICO

### Detalles del Caso

| Núm. Caso | 2014-08-0412 | | | Fecha Radicado | 8/26/2014 | |
|---|---|---|---|---|---|---|
| Nombre | PEDRO | Inicial | E | Apellidos | CARBONERA PARDO | |
| Materia | RETRIBUCIÓN | | | Agencia | DEPARTAMENTO DEL TRABAJO Y | |
| SubMateria | | | | Identificación | PEDRO CARBONERA PARDO VS. [ | |
| Núm. Apelantes Activos | | 1 | Total Apelantes | 1 | Por Derecho Propio ☐ | |

### Trámite del Caso

**1/23/2018**
MOCIÓN INFORMATIVA EN TORNO A VACACIONES Y EN SOLICITUD DE PRÓRROGA (APTE) RADICADO EL 23 DE ENERO DE 2018.

**6/8/2017**
MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL - APDA. - 5 DE JUNIO DE 2017

**4/7/2017**
RADICACIÓN DE SOLICITUD PARA OBTENER COPIA DEL PROYECTO DE RESOLUCIÓN DE LA APELADA - APTE. - 6 DE ABRIL DE 2017

**1/23/2017**
MOCIÓN NOTIFICANDO RENUNCIA A LA REPRESENTACIÓN LEGAL - APDA. - 20 DE ENERO DE 2017

**10/26/2016**
MOCIÓN URGENTE INFORMATIVA Y EN SOLICITUD DE PRÓRROGA - APTE. - 26 DE OCTUBRE DE 2016

**1/12/2016**
Se emite orden Tipo : TOMAMOS CONOCIMIENTO el Miércoles, 13 de Enero de 2016   Referencia

**1/7/2016**
MOCIÓN EN CUMPLIMIENTO DE ORDEN Y SOMETIENDO PROYECTO DE RESOLUCIÓN - APDA - 7 DE ENERO DE 2016

**12/24/2015**
MOCIÓN SOLICITANDO PRÓRROGA, APDA, RADICADA 23-DIC-15

**12/16/2015**
MOCIÓN EN CUMPLIMIENTO DE ORDEN Y SOMETIENDO PROYECTO DE RESOLUCIÓN - APTE. - 15 DE DICIEMBRE DE 2015

**11/5/2015**
Se emite orden Tipo : ORDEN el Viernes, 06 de Noviembre de 2015   Referencia

**10/30/2015**
RÉPLICA A "OPOSICIÓN A MOCIÓN EN SOLICITUD DE ADJUDICACIÓN SUMARIA EN VIRTUD DEL REGLAMENTO PROCESAL DE LA COMISIÓN APELATIVA DEL SERVICIO PÚBLICO Y SOLICITUD DE ADJUDICACIÓN SUMARIA A FAVOR DE LA PARTE APELADA" - APTE. - 29 DE OCTUBRE DE 2015

**10/5/2015**
OPOSICIÓN A MOCIÓN EN SOLICITUD DE ADJUDICACIÓN SUMARIA EN VIRTUD DEL REGLAMENTO PROCESAL DE LA COMISIÓN APELATIVA DEL SERVICIO PÚBLICO Y SOLICITUD DE ADJUDICACIÓN SUMARIA A FOAVOR PARTE APELADA - APDA. - 5 DE OCTUBRE DE 2015

**10/1/2015**
MOCIÓN EN SOLICITUD DE ORDEN - APTE. - 30 DE SEPTIEMBRE DE 2015

**8/27/2015**

MOCIÓN SOLICITANDO PRÓRROGA - APDA. - 26 DE AGOSTO DE 2015      ATTACHMENT 4 (2-2)

**7/9/2015**
Se emite orden Tipo : ORDEN el Jueves, 09 de Julio de 2015  Referencia

**7/6/2015**
MOCIÓN SOLICITANDO PRÓRROGA - APDA. - 3 DE JULIO DE 2015

**6/26/2015**
Se emite orden Tipo : ORDEN el Lunes, 29 de Junio de 2015  Referencia

**6/24/2015**
MOCIÓN EN SOLICITUD DE ADJUDICACIÓN SUMARIA, EN VIRTUD DEL REGLAMENTO PROCESAL DE LA COMISIÓN APELATIVA DEL SERVICIO PÚBLICO, SE ANEJAN DOCUMENTOS - APTE. - 24 DE JUNIO DE 2015

**4/14/2015**
Se emite orden Tipo : INFORME DE CONFERENCIA- OE Y CA el Miércoles, 15 de Abril de 2015  Referencia

**3/24/2015**
Se emite orden Tipo : ORDEN el Miércoles, 25 de Marzo de 2015  Referencia

**3/17/2015**
MOCIÓN DE DESESTIMACIÓN - APDA. - 16 DE MARZO DE 2015

**3/6/2015**
Se emite orden Tipo : TOMAMOS CONOCIMIENTO el Lunes, 09 de Marzo de 2015  Referencia

**3/3/2015**
MOCIÓN EN CUMPLIMIENTO DE ORDEN - APTE. - 3 DE MARZO DE 2015

**3/3/2015**
MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL - APTE. - 3 DE MARZO DE 2015

**2/26/2015**
Se emite NOTIFICACIÓN DE DEFECTO el 25 de febrero de 2015. La parte APELANTE radicó MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL, el 9 de febrero de 2015 con el número de caso que no corresponde. Tiene cinco (5) días lab. para subsanar deficiencia.

**2/25/2015**
Se emite orden Tipo : DEVOL-OTROS-DOCS el Miércoles, 25 de Febrero de 2015  Referencia

**10/3/2014**
CONTESTACIÓN A APELACIÓN - APDA. - 2 DE OCTUBRE DE 2014

**9/24/2014**
MOCIÓN INFORMATIVA, CAMBIO DE DIRECCIÓN - APTE. - 23 DE SEPTIEMBRE DE 2014

**9/24/2014**
MOCIÓN EN SOLICITUD DE ORDEN, EN SOLICITUD DE SEÑALAMIENTO DE VISTA - APTE. - 23 DE SEPTIEMBRE DE 2014

**9/24/2014**
MOCIÓN EN SOLICITUD DE ORDEN, SOLICITUD DE ANOTACIÓN DE REBELDÍA - APTE. - 23 DE SEPTIEMBRE DE 2014