| Departamento del Trabajo | | Grupo de Pago: SM-Quincenal | Aviso #: 2874342 |
|---|---|---|---|
| Edif. Prudencio Rivera Martinez, 505 Ave. Munoz Rivera | | Desde: 07/01/2013 | Fecha Aviso: 07/12/2013 |
| Hato Rey, PR 00918 | | Hasta: 07/15/2013 | |

| PEDRO E CARBONERA PARDO | # Empleado: | XXXXX5627 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BO OBRERO | Dept: | 067320-Adm. Seg. y Salud Ocup. de P.R | Estado Civil: | Single | Claiming no personal exem |
| 611 CALLE 8 | Lugar: | PR OSHA-Carolina | Concesiones: | 0 | |
| SAN JUAN, PR 00915 | Titulo: | Esp. en Seguridad y Salud IV | Pct. Adcl.: | | 0 |
| SS: XXX-XX-5627 | Sueldo: | $3,868.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,934.00 | 1,050.00 | 25,142.00 | | Fed FICA Med Hospital Ins / EE | 28.04 | 417.69 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 3,664.42 | Fed OASDI/Disability - EE | 119.91 | 1,786.00 |
| | | | | | | PR Withholding | 135.77 | 2,077.56 |
| Total: | | 1,934.00 | 1,050.00 | 28,806.42 | | Total: | 283.72 | 4,281.25 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 193.40 | 193.40 | SI-Seg Incap. Obligatorio | 4.84 | 4.84 | GPR Retiro Hibrido | 179.38 | 179.38 |
| GPR Plan de Retiro | 0.00 | 1,920.48 | SM-First Medical Health Plan | 12.50 | 112.50 | FSED Disability Plan | 71.56 | 1,065.86 |
| | | | SC-AMER FAM LIFE ASS CO | 35.45 | 248.15 | SM-First Medical Health Plan | 0.00 | 1,196.00 |
| | | | SC-AM HERITAGE INSS CO | 5.60 | 72.80 | GPR Plan de Retiro | 0.00 | 2,152.56 |
| | | | Ahorros-AEELA | 58.02 | 754.26 | | | |
| | | | SC-ATLANTIC SOUTH INS CO | 0.00 | 48.75 | | | |
| Total: | 193.40 | 2,113.88 | Total: | 116.41 | 1,241.30 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | 1,934.00 | |
| Acumulado: | 28,806.42 | |
| BRUTO TRIBUT. FED Corriente: | 0.00 | |
| Acumulado: | 0.00 | |
| TOTAL IMPUESTOS Corriente: | 283.72 | |
| Acumulado: | 4,281.25 | |
| DEDUCCIONES TOTALES Corriente: | 309.81 | |
| Acumulado: | 3,355.18 | |
| PAGA NETA Corriente: | 1,340.47 | |
| Acumulado: | 21,169.99 | |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2874342 | 1,340.47 |
| Total: | 1,340.47 |

MENSAJE:

---

Departamento del Trabajo
Edif. Prudencio Rivera Martinez
505 Ave. Munoz Rivera
Hato Rey, PR 00918

Fecha
07/12/2013

Aviso No.
2874342

Cant. Deposito: $1,340.47

A la
Cuenta(s) De

PEDRO E CARBONERA PARDO
BO OBRERO
611 CALLE 8
SAN JUAN, PR 00915
Localizacion: PR OSHA-Carolina

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 250118634 | 1,340.47 |
| Total: | | 1,340.47 |

# NO-NEGOCIABLE

ATTACHMENT 5 (2-2)

067 Departamento del Trabajo  
Edif. Prudencio Rivera Martinez, 505 Ave. Munoz Rivera  
Hato Rey, PR 00918

Grupo de Pago: SM-Quincenal  
Desde: 02/16/2018  
Hasta: 02/28/2018  
Aviso #: 3449918  
Fecha Aviso: 02/28/2018

| | |
|---|---|
| PEDRO E CARBONERA PARDO<br>BO OBRERO<br>611 CALLE 8<br>SAN JUAN, PR 00915<br>SS: XXX-XX-5627 | # Empleado: XXXXX5627<br>Dept: 067320-Adm. Seg. y Salud Ocup. de P.R<br>Lugar: Carolina -PR OSHA<br>Titulo: Esp. en Seguridad y Salud IV<br>Sueldo: $3,868.00 Monthly |

DATA IMP: Federal / PR  
Estado Civil: Single — Claiming no personal exem  
Concesiones: 0 / 0  
Pct. Adcl.:  
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,934.00 | 322.50 | 7,736.00 |
| Total: | | | 1,934.00 | 322.50 | 7,736.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 28.04 | 112.17 |
| Fed OASDI/Disability - EE | 119.91 | 479.63 |
| PR Withholding | 139.83 | 559.32 |
| Total: | 287.78 | 1,151.12 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 164.39 | 657.56 |
| Total: | 164.39 | 657.56 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 4.84 | 19.36 |
| SM-First Medical Health Plan | 53.00 | 212.00 |
| SC-AM HERITAGE INSS CO | 5.60 | 22.40 |
| Ahorros-AEELA | 58.02 | 232.08 |
| Total: | 121.46 | 485.84 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 200.00 | 400.00 |
| FSED Disability Plan | 70.59 | 282.36 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,934.00 | 0.00 | 287.78 | 285.85 | 1,360.37 |
| Acumulado: | 7,736.00 | 0.00 | 1,151.12 | 1,143.40 | 5,441.48 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3449918 | 1,360.37 |
| Total: | 1,360.37 |

| Vacacion Horas | Enfermedad Horas | Tiempo Comp. Horas |
|---|---|---|
| Balance Previo: 0.00 | Balance Previo: 0.00 | Balance Previo: 0.00 |
| + Acumulado: 0.00 | + Acumulado: 0.00 | + Acumulado: 0.00 |
| - Utilizado: 0.00 | - Utilizado: 0.00 | - Utilizado: 0.00 |
| Balance Final: 0.00 | Balance Final: 0.00 | Balance Final: 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Departamento del Trabajo  
Edif. Prudencio Rivera Martinez  
505 Ave. Munoz Rivera  
Hato Rey, PR 00918

Fecha: 02/28/2018

Aviso No. 3449918

Cant. Deposito: $1,360.37

A la Cuenta(s) De

PEDRO E CARBONERA PARDO  
BO OBRERO  
611 CALLE 8  
SAN JUAN, PR 00915  
Localizacion: Carolina -PR OSHA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,360.37 |
| Total: | | 1,360.37 |

## NO-NEGOCIABLE