*CERTIFIED TRANSLATION*                          by: Olga M. Alicea, fcci, njitce-s

[Handwritten document]

December 13, 2018

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico  0918-1767 *[sic]*

Ref: We oppose
the "Seventh Omnibus
objection"
Case 17-03283-LTS

Honorable Court

We hereby oppose, in our case, the collective objection case: 17-03283-LTS

Doc. # 4411-1  Filed:  12/04/18.  Entered 12/04/18  23:11:01.

My name is Francisco de A. Toro Osuna and my wife's is Viviana Vélez Pérez

(Comm Prop) of the PR Sales Tax Fing. Corp. bonds for the sum of $10,000.00.

Our address is: Ext. Quintas de Santa Maria Dev. #28  Mayagüez, P.R.  00682.

My telephone number is 787-951-5790 and my email is:

ing.franciscotoro@gmail.com

The name of the court is:  "United States District Court for the District of

Puerto Rico"

The debtors are "The Financial Oversight and Management Board for Puerto Rico

as representative of Commonweath of Puerto Rico, et al."  The case number is 17

BK 3283-LTS.  The title of the objection is:  "Notice of Puerto Rico Sales Tax

Financing Corporation's Seventh Omnibus Objection (Non Substantive) to claims

asserted against

*CERTIFIED TRANSLATION*                           by: Olga M. Alicea, fcci, njitce-s

the Incorrect Debtor."  The evidence number is  Doc. #: 44-11  Filed:  12/04/18
page 2015  (below it says page 1 of 4)

We oppose the collective objection ("Seventh Omnibus Objection") since
we own the sum of $10,000.00 in "P.R. Sales Tax Fing. Corp." bonds with the
U.B.S. firm account # ████REDACTED████ 24 QR.  We purchased these bonds on
June 16, 2010.

For these reasons we ask of the Honorable Court it "Deny"  the collective
objection in our case.  The "Seventh Omnibus Objection" that says that I do not
have P.R. "Sales Tax Fing Corp"  (COFINA) bonds and that they are of P.R.
"Electric Power Authority"  which is incorrect.

Attached is send evidence of the Statement of Account of my bonds with
UBS for the month of November 2018  page 6

Sincerely

(Signed)

Eng. Francisco de A. Toro Osuna

Mrs. Viviana Vélez Pérez

(Signed)

cc: Counsel for the Oversight Board

Counsel for the Creditors Committee

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the
Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters &
Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from
Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/   Olga M. Alicea                                         March 14, 2019
Olga M. Alicea, fcci, njitce-s,   Fed. Cert. No. 98-005          date