## **EXHIBIT B**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE PERIOD FROM NOVEMBER 28, 2018 THROUGH JANUARY 31, 2019**

**EXHIBIT B**

Summary of Hours Billed by Professionals and Paraprofessionals
for the Period from November 28, 2018 through January 31, 2019

| Partners and Of Counsel | Position; Year(s) Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Edward S. Weisfelner | Partner; Admitted to New York Bar in 1983; Restructuring | $790.00 | 90.90 | $71,811.00 |
| Steven F. Wasserman | Partner; Admitted to New York Bar in 1984; Distressed Debt & Claims Trading | $790.00 | 1.40 | $1,106.00 |
| Stephen A. Best* | Partner; Admitted to Virginia Bar in 1989 and to the District of Columbia Bar in 1991; White Collar Defense & Government Investigations | $790.00 | 103.70 | $78,565.50 |
| Jeffrey L. Jonas | Partner; Admitted to Massachusetts Bar in 1988; Restructuring | $790.00 | 14.00 | $11,060.00 |
| Andrew P. Strehle | Partner; Admitted to Massachusetts Bar in 1994; Finance | $790.00 | 4.90 | $3,871.00 |
| Justin S. Weddle* | Partner; Admitted to Massachusetts Bar in 1996 and to the New York Bar in 1996; White Collar Defense & Government Investigations | $790.00 | 75.80 | 58,381.00 |
| Sunni P. Beville* | Partner; Admitted to Massachusetts Bar in 2002; Restructuring | $790.00 | 266.80 | $203,188.00 |

| Associates | Position; Year(s) Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Julia I. Catania* | Associate; Admitted to New York Bar in 2015; White Collar Defense & Government Investigations | $790.00 | 249.80 | $196,868.00 |
| Camille M. Vasquez | Associate; Admitted to California Bar in 2010; Litigation | $790.00 | 20.00 | $15,800.00 |
| Brian M. Alosco | Associate; Admitted to Massachusetts Bar in 2015 and the New York Bar in 2016; Litigation | $790.00 | 31.10 | $24,569.00 |
| Tristan G. Axelrod* | Associate; Admitted to Massachusetts Bar in 2014; Restructuring | $790.00 | 161.70 | $125,254.50 |
| Marisa I. Calleja* | Associate; Admitted to New York Bar in 2017; White Collar Defense & Government Investigations | $790.00 | 240.00 | $189,126.00 |
| Rosa Sierra* | Associate; Admitted to Florida Bar in 2015 and Massachusetts Bar in 2017; Restructuring | $790.00 | 200.40 | $157,407.50 |
| Olivia Gonzalez | Associate; Admitted to New York Bar in 2018; White Collar Defense & Government Investigations | $790.00 | 111.10 | $87,769.00 |

| **Partners and Of Counsel** | **Position; Year(s) Admitted to Bar; Specialty** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| Benjamin G. Chew | Partner; Admitted to Virginia Bar in 1988 and to the District of Columbia Bar in 1989; Litigation | $790.00 | 16.80 | $13,272.00 |
| Marek P. Krzyzowski | Partner; Admitted to New York Bar in 2005; Litigation | $790.00 | 6.50 | $5,135.00 |
| Angela M. Papalaskaris* | Partner; Admitted to New York Bar in 2004; White Collar Defense & Government Investigations | $790.00 | 240.50 | $187,941.00 |
| **TOTAL** | | | **821.30** | **$634,330.50** |

\* Non-working travel is discounted at 50%

| Associates | Position; Year(s) Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Stephanie Calnan | Associate; Admitted to Massachusetts Bar in 2017 and to the New York Bar in 2018; Litigation | $790.00 | 9.70 | $7,663.00 |
| Christina L. Silva | Associate; Admitted to Florida Bar in 2018; White Collar Defense & Government Investigations | $790.00 | 86.10 | $68,019.00 |
| Elliot J. Weingarten | Associate; Admitted to New York Bar and the District of Columbia Bar in 2014; White Collar Defense & Government Investigations | $790.00 | 54.60 | $43,134.00 |
| Andrew C. Crawford | Associate; Admitted to Virginia Bar in 2015 and District of Columbia Bar in 2016; White Collar Defense and Government Investigations | $790.00 | 1.70 | $1,343.00 |
| **TOTAL** | | | **1,166.20** | **$916,953.00** |

\*  Non-working travel is discounted at 50%

| Paralegals and Research Assistants | Year(s) Admitted to Bar; Position; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Amy J. Cunningham | N/A; Paralegal with over 20 years' experience; Litigation | $270.00 | 7.40 | $1,998.00 |
| Carol S. Ennis | N/A; Paralegal with over 35 years' experience; Restructuring | $270.00 | 33.20 | $8,667.00 |
| Sarah E. Chojecki | N/A; Paralegal with over 2 years' experience and Swiss qualified lawyer; White Collar Defense & Government Investigations | $270.00 | 6.00 | $1,620.00 |
| Helen Vlachos | N/A; Research Specialist | $270.00 | 16.50 | $3,807.00 |
| **TOTAL** | | | **63.10** | **$16,092.00** |
| **GRAND TOTAL** | | | **2,050.60** | **$1,567,375.50** |