## **EXHIBIT C**

**SUMMARY OF COMPENSATION BY MATTER FOR THE PERIOD FROM NOVEMBER 28, 2018 THROUGH JANUARY 31, 2019**

**EXHIBIT C**

Summary of Compensation by Matter for the Period
from November 28, 2018 through January 31, 2019

| **Task Code** | **Hours** | **Fees** | **Costs** | **Total Amount** |
|---|---|---|---|---|
| General /Costs Only | 0.00 | $0.00 | $64,470.84 | $64,470.84 |
| Case Administration | 39.20 | $23,079.00 | $0.00 | $23,079.00 |
| Meetings and Communications with Client | 50.60 | $39,974.00 | $0.00 | $39,974.00 |
| Fee Applications | 11.30 | $6,015.00 | $0.00 | $6,015.00 |
| General Investigation | 582.00 | $451,668.00 | $0.00 | $451,668.00 |
| Hearings | 7.00 | $5,374.00 | $0.00 | $5,374.00 |
| Non-Working Travel* | 47.70 | $18,841.50 | $0.00 | $18,841.50 |
| ERS | 35.60 | $28,124.00 | $0.00 | $28,124.00 |
| PREPA | 15.20 | $12,008.00 | $0.00 | $12,008.00 |
| GO Bonds / Debt Limit | 1,170.10 | $909,691.00 | $0.00 | $909,691.00 |
| Swaps | 7.00 | $5,530.00 | $0.00 | $5,530.00 |
| Credit Rating Agencies | 3.90 | $3,081.00 | $0.00 | $3,081.00 |
| COFINA | 34.30 | $27,097.00 | $0.00 | $27,097.00 |
| Avoidance Actions | 46.70 | $36,893.00 | $0.00 | $36,893.00 |
| **TOTAL** | **2,050.60** | **$1,567,375.50** | **$64,470.84** | **$1,631,846.34** |

\* Non-Working Travel is discounted at 50%