**<u>EXHIBIT D</u>**

**SUMMARY OF BLENDED HOURLY RATES
AND COMPARABLE HOURLY RATES**

Case:17-03283-LTS   Doc#:5705-4   Filed:03/15/19   Entered:03/15/19 13:43:19   Desc:
Exhibit D   Page 2 of 2

**EXHIBIT D**

Summary of Blended Hourly Rates and Comparable Hourly Rates

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed in this Fee Application | Billed for 2018 (excluding bankruptcy) |
| Partners | $772 | $818 |
| Associates | $786 | $530 |
| Paralegals | $270 | $340 |
| **All Timekeepers** | **$764** | **$637** |