## **EXHIBIT E**

**SUMMARY OF REIMBURSABLE EXPENSES INCURRED
FOR THE PERIOD NOVEMBER 28, 2018 THROUGH JANUARY 31, 2019**

**EXHIBIT E**

Summary of Reimbursable Expenses Incurred
for the Period November 28, 2018 through January 31, 2019

| Service | Cost |
|---|---|
| 1. Photocopy (In-house) (24,410 pages × 10¢) | $2,441.00 |
| 2. Research (On-line Actual Costs) – Westlaw | $51,750.00 |
| 3. Court Solutions – Telephonic Hearing | $70.00 |
| 4. PACER | $29.30 |
| 5. Teleconferencing | $291.79 |
| 6. Binding | $51.00 |
| 7. Overnight Delivery | $30.00 |
| 8. Meals | $515.43 |
| 9. Travel - Hotel | $3,006.82 |
| 10. Travel - Train | $3,248.00 |
| 11. Travel - Taxi | $1,516.73 |
| 12. Travel – Travel Agent Fees | $610.00 |
| 13. Travel - Parking | $120.00 |
| 14. Travel - Airfare | $1,948.89 |
| 14. Telephone (Deducted below) | $207.06 |
| **SUBTOTAL** | **$65,836.02** |
| Reductions Made to Comply with Fee Examiner Guidelines | |
| Telephone | ($207.06) |
| Hotel | ($560.82) |
| Meals | ($158.47) |
| Taxi | (189.83) |
| Train Travel | ($249.00) |
|  | **(1,365.18)** |
| **GRAND TOTAL** | **$64,470.84** |