**EXHIBIT F**

**BUDGET PLAN AND COMPARATIVE ANALYSIS**

BROWNRUDNICK

| | Budgeted | | Actual | | Budgeted | | Actual | | Budgeted | | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Categories | Hours Estimate (Nov. 28 - Dec. 2018) | Time Value Estimate (Nov. 28 - Dec. 2018) | Hours (Nov. 28 - Dec. 2018) | Time Value (Nov. 28 - Dec. 2018) | Hours Estimate (Jan. 2019) | Time Value Estimate (Jan. 2019) | Hours (Jan. 2019) | Time Value (Jan. 2019) | Hours Estimate (Feb. 2019) | Time Value Estimate (Feb. 2019) | Hours (Feb. 2019) | Time Value (Feb. 2019) |
| Case Administration | 20 | 13,000.00 | 21.8 | 13,218.00 | 20 | 13,000.00 | 16.3 | 9,861.00 | 25 | 16,250.00 | 30.8 | 22,512.00 |
| Meetings and Communications with Client | 20 | 15,000.00 | 23.1 | 18,249.00 | 30 | 22,500.00 | 27.5 | 21,725.00 | 20 | 15,000.00 | 16.5 | 13,035.00 |
| Fee Applications | 5 | 3,000.00 | 4.1 | 2,511.00 | 5 | 3,000.00 | 7.2 | 3,504.00 | 5 | 3,000.00 | 6.2 | 3,182.00 |
| General Investigation | 250 | 197,500.00 | 279.3 | 215,551.00 | 300 | 237,000.00 | 302.7 | 236,117.00 | 200 | 158,000.00 | 128.6 | 95,978.00 |
| Hearings | 1 | 790.00 | 1.3 | 871.00 | 10 | 7,900.00 | 5.7 | 4,503.00 | 2 | 1,500.00 | 0.0 | 0.00 |
| Non-Working Travel | 30 | 23,700.00 | 39.4 | 15,563.00 | 10 | 7,900.00 | 8.3 | 3,278.50 | 10 | 7,900.00 | 12.7 | 5,016.50 |
| ERS | 0 | 0.00 | 0.0 | 0.00 | 0 | 0.00 | 35.6 | 28,124.00 | 15 | 12,000.00 | 14.0 | 11,060.00 |
| PREPA | 0 | 0.00 | 0.0 | 0.00 | 20 | 13,000.00 | 15.2 | 12,008.00 | 100 | 80,000.00 | 82.9 | 65,491.00 |
| GO Bonds / Debt Limit | 600 | 465,000.00 | 593.3 | 458,047.00 | 600 | 465,000.00 | 576.8 | 451,644.00 | 275 | 215,000.00 | 263.3 | 207,539.00 |
| Swaps | 5 | 4,000.00 | 4.0 | 3,160.00 | 5 | 4,000.00 | 3.0 | 3,081.00 | 5 | 4,000.00 | 2.9 | 2,291.00 |
| Credit Rating Agencies | 0 | 0.00 | 0.0 | 0.00 | 5 | 4,000.00 | 3.9 | 3,081.00 | 0 | 0.00 | 0.0 | 0.00 |
| COFINA | 30 | 25,000.00 | 25.9 | 20,461.00 | 10 | 7,900.00 | 8.4 | 6,636.00 | 5 | 4,000.00 | 0.0 | 0.00 |
| Avoidance Actions | 10 | 3,500.00 | 5.4 | 4,266.00 | 40 | 31,000.00 | 41.3 | 32,627.00 | 100 | 80,000.00 | 112.8 | 88,904.00 |
| Referrals | 5 | 3,000.00 | 0.0 | 0.00 | 0 | 0.00 | 0.0 | 0.00 | 0 | 0.00 | 0.0 | 0.00 |
| | **976.00** | **$753,490** | **997.6** | **751,897.00** | **1055.0** | **$816,200** | **1051.9** | **816,189.50** | **762.0** | **$596,650** | **670.7** | **515,008.50** |