**Extremely Urgent**

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Insert shipping documents under window from the top.**

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

Do not use this envelope for:

**UPS Ground**

---

0.0 LBS    LTR    1 OF 1
SHP#: FA06 80TS ZNJ

ROBERT WEINGARD
5619813609
RAYMOND JAMES & ASSOCIATES
2255 GLADES RD STE 120A
BOCA RATON FL 33431
UNITED STATES

SHIP TO:
CLERK OF THE U.S. DISCTRICT COURT
561-981-3609
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
**SAN JUAN    00918-1767
PUERTO RICO**

**PRI 008 9-25**

**UPS NEXT DAY AIR**    1

TRACKING #: 1Z FA0 680 01 9490 7657

BILLING: P/P
DESC: Document

Reference#1: Campagna

EDI-DOC

UPS 21.0.23.    WNTNV50 09.0A 01/2019

RECEIVED & FILED
2019 MAR 15 PM 1:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

ODC | HVS | NDOC | ORIGIN PORT CODE
CCR | LVS | DOC | D/A ID
010466002

https://www.ups.com/uis/create?ActionOriginPair=default___PrintWindowPage&key=lab...    3/14/2019

