# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.


EMS

EP13F July 2013   OD: 12.5 x 9.5



---


UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS®**


EE 428 441 406 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE 606-573-1766

Otis + Lois Doan
P.O. Box 1209
Harlan, Ky 40831

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 40831 | 3/14 | $ 25.50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | Insurance Fee | COD Fee |
|---|---|---|---|
| 3/13/19 | | $ | $ |

| Time Accepted ☐ AM ☑ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 3:04 | $ | $ | $ |

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )

Clerk, U.S. District Court
for District of Puerto
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan PR

ZIP + 4® (U.S. ADDRESSES ONLY)
0 0 9 1 8 - 1 7 6 7

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 25.50 |

| Weight ☐ Flat Rate | Acceptance Employee Initials |
|---|---|
| 25 ozs. | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| | | |

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| | | |

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

LABEL 11-B, JULY 2018   PSN 7690-02-000-9996

RECEIVED & FILED
2019 MAR 14  PM 2:10
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

R23 E1 07




UNITED STATES

**VISIT US AT USPS.COM®**