

Vivian Hile
126 Sparrow Dr. Apt. 13B
Ryl Palm Bch, FL 33411

**CERTIFIED MAIL**



7018 0680 0001 6642 0733



 1000

 00918

U.S. POSTAGE PAID
FCM LETTER
ROYAL PALM BEACH
33411
MAR 12, 19
AMOUNT
**$6.85**
R2304N118238-02

RECEIVED & FILED
2019 MAR 15 PM 5 23
CLERK'S OFFICE
US DIST COURT
SAN JUAN PR

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave,
San Juan, PR 00918