**CERTIFIED MAIL**

Ameriprise
Financial

7018 1830 0001 9346 3536

U.S. POSTAGE PAID
FCM LETTER
FLEMINGTON, NJ
08822
MAR 12, 19
AMOUNT
$6.85
R2304M115464-7

UNITED STATES POSTAL SERVICE
1000
00918

The Clerk of United States District Court
For The District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, Puerto Rico 00918

CLERK'S O
S DISTRIC
SAN JUA
19 MAR 15
CEIVED &

0091831706 C018



Mr. Joseph Lowery
3 Martin Ln.
Flemington, NJ 08822-7009