JOHN PUSKAS
1492 N. LAMB BLVD.
APT # 1104
LAS VEGAS, NV 89110
USA

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
NORTH LAS VEGAS, NV
89030
MAR 08, 19
AMOUNT
$4.05
R2304Y122581-10

1020   00918

7019 0160 0000 0494 5091

CERTIFIED MAIL

7019 0160 0000 0494 5091

RECEIVED 2019 MAR 15 CLERK'S U.S. DISTRICT SAN JUAN