K. BOYD
[address illegible]
WINTERSET IA 50273

RETURN RECEIPT REQUESTED

UNITED STATES POSTAL SERVICE

1000    00918

U.S. POSTAGE PAID
FCM LETTER
DE SOTO, IA
50069
MAR 11, 19
AMOUNT
**$6.85**
R2304W120772-07

7017 0660 0000 8961 4568

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF PUERTO RICO.
Room 150 Federal Building
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767