Tim Lyons
393 Rockport Ln
Birmingham, AL 35242

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO
   Room 150 FedeRAL Building
150 CARLOS ChardoN AveNue
SAN JuAN, PR. 00918-1767

RECEIVED & FILED
2019 MAR 15 PM 5:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**PRIORITY MAIL®**

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE





U.S. POSTAGE PAID
PM 3-Day
HIGHLANDS, NC
28741
MAR 13, 19
AMOUNT
$7.35
1006  00918  R2305K142809-04

CLERK'S OFFICE
U S DISTRICT COURT

EXPECTED DELIVERY DAY: 03/16/19

USPS TRACKING NUMBER

EP14H July 2013 Outer Dimension: 10 x 5


