James & EL Bartlett
7723 Eglantine Lane
New Port Richey, FL 34654



[Postmark: ST. PETERSBURG, 12 MAR 2019 PM]

[Received stamp: 2019 MAR 15 PM 5:25, U.S. DISTRICT COURT CLERK'S OFFICE, SAN JUAN, P.R.]

The Clerk of the U.S. District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

00918-170625