

Juan T. [illegible]
P.O Box 2073
Yabucoa PR 00767

Prime Clerk LLC
830 Third Avenue
9th Floor
New York NY 10022

**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767

RECEIVED & FILED
2019 MAR 15 PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918$1706 C018