**HilltopSecurities**
A Hilltop Holdings Company

RECEIVED & FILED
2019 MAR 15 PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SANTA BARBARA
CA 931
11 MAR '19
PM 1 L

neopost
03/07/2019
US POSTAGE $00.50⁰

FIRST-CLASS MAIL



ZIP 94111
041L11222792

The Clerk's Office
United States District Court
150 Carlos Chardon Ave, Room 150
San Juan, Puerto Rico 00918-1767

00918-170625