

**Ron Plano**
2305 Baldwin Run
The Villages, FL 32162-2292

ORLANDO FL
12 MAR 2019 PM 3 L

RECEIVED & FILED
2019 MAR 15 PM 5:26
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO,
Room 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918-170625