Sa. Sara Quiñones
1818 Cascada Valle Verde
Ponce, PR 00716-3606





U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
MAR 14, 19
AMOUNT

$4.05

R2305K135228-03

1000   00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7017 2620 0000 1102 6878

Secretaría del Tribunal
Tribunal de Distrito para el Distrito de Puerto Rico
Oficina 150, Edificio Federal
150 Avenida Carlos Chardón
San Juan PR 00918-1767

RECEIVED
2019 MAR 15 PM 5:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091831706