

**Hilltop**Securities
A Hilltop Holdings Company.

SANTA ANA
CA 926
11 MAR '19
PM 4 L


neopost
03/05/2019
**US POSTAGE**

FIRST-CLASS MAIL
$00.50⁰

ZIP 94111
041L11222792

Forest F Fisher
1417 Antigua Way
Newport Beach, CA 92660

RECEIVED
2019 MAR 15   PM
CLERK'S OFFICE
U.S. DIST. CT. COURT
SAN JUAN, P.R.

The Clerk's Office
United States District Court
150 Carlos Chardon Ave, Room 150
San Juan, Puerto Rico 00918-1767

00918-170625