Brown
3159 Harrington Dr
Boca Raton, FL
33496

Clerk of the US Distritct for Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Ave.
San Juan, P.R
00918-1767

RECEIVED & FILED
2019 MAR 15 PM 5:25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

00918$1706 C018