Scott Corin
232 Rock O'Dundee Rd
Dartmouth, MA. 02748

WEST PALM BCH FL 334
12 MAR 2019 PM 2 L

Clerk of the United States
District Court for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

2019 MAR 15 PM 5:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
RECEIVED & FILED

00918-170625