

**Richard Bell**
8662 Carmel Mountain Way
Boynton Beach, FL 33473-5066

WEST PALM BCH FL 334

12 MAR 2019 PM 1 L



The Clerk of the U.S. District
for the District of Puerto Rico
Room 150
Federal Bldg, 150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 15 PM 5:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625