SHARON BERGEL
DAVID SIEGEL
ARIEL SIEGEL
10 WENDOVER LN
SUFFERN, NY 10901

WEST PALM BCH FL 334

12 MAR 2019 PM 1 L



THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2019 MAR 15  PM 5: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625