William A. Rogato
102 Amherst Place
Goldsboro, NC 27534





The Clerk of the United States District Court for
the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625