Doris Fazio
163 Kipp Ave.
Elmwood Park, NJ 07407-1122



DV DANIELS NJ 070

12 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 15 PM 5: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the US District Court for the District PR
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625