

Bob & Paulette Welsch
128 Cherry Hills Dr.
Aiken, SC 29803

CERTIFIED MAIL

7017 1450 0001 0435 2187

U.S. POSTAGE PAID
FCM LETTER
AIKEN, SC
29803
MAR 12, 19
AMOUNT
$6.85
R2305K134647-11

FILED
19 MAR 15 PM 5:22
CLERK'S OFFICE
U.S. DISTRICT COURT

RETURN RECEIPT REQUESTED

The Clerk of the United States District Court
for the District of Puerto
Rm 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767