Case:17-03283-LTS    Doc#:5741-1    Filed:03/15/19    Entered:03/18/19 09:42:15    Desc: Envelope    Page 1 of 1

**SIDLEY**
787 SEVENTH AVENUE
NEW YORK, NY 10019

CERTIFIED MAIL

7014 3490 0000 0101 8402



The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767



ZIP 10019
02 4W
0000340821
$ 006.80⁰
U.S. POSTAGE >> PITNEY BOWES
MAR 12 2019

00918-170625