SIDLEY
787 SEVENTH AVENUE
NEW YORK, NY 10019

CERTIFIED MAIL
7014 3490 0000 0101 8402

2019 MAR 15 PM 5: 22

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

U.S. POSTAGE PITNEY BOWES
ZIP 10019
02 4W
0000340821 MAR 12 2019
$ 006.80

00918-170625