Harold Gonzalez Rosado
#609 ~~Final~~ Calle I
Tintillo Hills, Guaynabo
P.R. 00966

SAN JUAN PR 009
07 MAR 2019 PM 1 L

FOREVER USA
Barn Swallow

RECEIVED & FILED
2019 MAR 15 PM 5:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria Tribunal Federal P.R
Oficina 150, Edificio Federal
150 Ave. Carlos Chardon, San Juan
P.R. 00918-1767

009181706