Ms Mary Arnold
20559 310th St
Mc Clelland, IA 51548

OMAHA NE 680

12 MAR 2019 PM 7 I

RECEIVED & FILED
2019 MAR 15  PM 5: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk of the United States District Court
for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918$1706 C018