

**PETROLEUM REALTY CORPORATION**

801 Arthur Godfrey Road Suite 600
Miami Beach, FL 33140



$0.50
US POSTAGE
FIRST-CLASS
062S0009248886
33140

Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625