Fred Silberstein
2910 NW 25th Terr
Boca Raton FL 33434

12 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 15 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of Puerto Rico ROOM150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170999