

**WEINER LLC**

85 Chestnut Ridge Road, Suite 114
Montvale, NJ 07645



Larry Weiner
94 Locust Ln.
Upper Saddle River, NJ 07458



neopost
03/12/2019
US POSTAGE

FIRST-CLASS MAIL
$00.50⁰



ZIP 07645
041L13805902

THE CLERK OF THE UNITED STATES
      DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR  00918-1767

0091931703 C019