RING
150 Hill Hollow Rd
Watchung, NJ 07069

PV DANIELS NJ 070

12 MAR 2019 PM 2 L

USA FOREVER

RECEIVED & FILED
2019 MAR 15 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave,
San Juan, PR 00918-1767

00918-170399