JOSE E. FRANJUL
3530 MYSTIC POINTE DR.
APT 3213
AVENTURA, FLA. 33180

MIAMI FL 331

12 MAR 2019 PM 2 L



RECEIVED & FILED
2019 MAR 15  PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK of the UNITED STATES
DISTRICT COURT for the DISTRICT OF PUERTO RICO,
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625