Barbara A. Tuck
3 Townhouse Pl. Apt. 3L
Great Neck, NY 11021

RECEIVED & FILED
2019 MAR 15 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court
for the District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918$1703 C018