Rivera Torrales
Cond. Hato Rey Centro
130 Arterial Hostos
Apt Q 101
San Juan, PR
00918



SAN JUAN PR 009
14 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 15 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the US District Court for
the District of PR.
Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR
00918-1767