D. Shaw
49 W 23rd 8th Floor
New York, NY 10010

USA
FOREVER

The Clerk of the United States District Court for the District of P.R.
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 15 PM 5: 32
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

00918-170399