Y dduhmm?
255 Hollis Rd
Hollis ME
04042

12 MAR 2019 PM 1 L

United States District Court of Puerto
Room 150
Federal Building
150 Carlos Chardon Ave,
San Juan PR 00918-1767

00918-170399

RECEIVED & FILED
2019 MAR 15 PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR