Mr. Anthony Demaio
1028 Douglas Ave.
Wantagh, NY 11793

MID-ISLAND NY 117
11 MAR 2019 PM 7 L

RECEIVED & FILED
2019 MAR 15 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The clerk of the United States District Court
for The District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767