FORNANI.
25 Central Park West
APT 3 Q
NYC NY 10023

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767