Mr. Paul Hoffman
18351 Whitney Dr.
Santa Ana, CA 92705

SANTA ANA CA 926

11 MAR 2019 PM 9 L



RECEIVED & FILED
2019 MAR 15   PM 5: 30
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

- Clerk of United States District Court
  for the District of Puerto
- Room #150 Federal Bldg.
- 150 Carlos Chardon Ave.
- San Juan
- PR 00918-1767

00918-170399