

**LANDMARK COMPANIES**

RECEIVED & FILED
2019 MAR 15 PM 5: 33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.50⁰
0001832074 MAR 11 2019
MAILED FROM ZIP CODE 33141

Clerk of the United States District Court
District of Puerto, Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

3050 Biscayne Blvd. Suite 300
Miami, Florida 33137

00918176799 0339