* THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019*

tengan preguntas o deseen recibir copia de este aviso, los Procedimientos de Objeción y el Aviso de Participación en español deben enviar una solicitud por escrito a NoticeofParticipation@paulhastings.com

The CUSIP numbers of the general obligation bonds affected by the Objection are:

| Series | CUSIP | |
|---|---|---|
| 2012 A | 74514LB89 | — L957 |
| 2012 A | 74514LB63 | |
| 2012 A | 74514LA49 | LRC |
| 2012 A | 74514LA56 | |
| 2012 A | 74514LC88 | LX97 |
| 2012 A | 74514LD87 | |
| 2012 A | 74514LA80 | |
| 2012 A | 74514LC39 | 60QC8 |
| 2012 A | 74514LB55 | |
| 2012 A | 74514LD46 | |
| 2012 A | 74514LB97 | 403D8 — 8 |
| 2012 A | 74514LD61 | |
| 2012 A | 74514LC96 | |
| 2012 A | 74514LD79 | 74529LL45 |
| 2012 A | 74514LC70 | |
| 2012 A | 74514LD53 | |
| 2012 A | 74514LA31 | |
| 2012 A | 74514LC21 | |
| 2012 A | 74514LD20 | |
| 2012 A | 74514LB48 | |
| 2012 A | 74514LA72 | |
| 2012 A | 74514LC62 | |
| 2012 A | 74514LB22 | |
| 2012 A | 74514LC47 | |
| 2012 A | 74514LC54 | |
| 2012 A | 74514LD38 | |
| 2012 A | 74514LA64 | |
| 2012 A | 74514LA98 | |
| 2012 A | 74514LB30 | |
| 2012 A | 74514LB71 | |
| 2012 B | 74514LA23 | |
| 2012 B | 74514LZV2 | |
| 2012 B | 74514LZW0 | |
| 2012 B | 74514LZX8 | |
| 2012 B | 74514LZY6 | |
| 2012 B | 74514LZZ3 | |
| 2014 A | 74514LE86 | |