

**Edward Reiner**
10008 E. Purdue Ave.
Scottsdale, AZ 85258



PHOENIX AZ 852

11 MAR 2019 PM 8 L

RECEIVED & FILED

2019 MAR 15 PM 5:31

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

The Clerk of U.S. District Court Room 150
Federal Building
150 Carlos Chardon Ave,
San Juan Porto Rico 00918-1767

00918$1703 C018