Richard Feksers
One Bonaire Drive
Dix Hills NY 11746



MID-ISLAND NY 117
12 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 15 PM 5: 33
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

The Clerk of United States District
Court For the District of Puerto Rico
Room 150 Federal Blds
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399