

Ms. Betsy L. Cohn
5 Willowood Dr
Ewing, NJ 08628-1917



The Clerk of the United States District Court
 For the District of PUERTO RICO

ROOM 150 FEDERAL BUILDING

150 CARLOS CHARDON AVENUE

SAN JUAN, PR 00918-1767