Mr & Mrs O Chinwala
32 Betsy Ross Dr
Allentcwn, NJ 08501

TRENTON NJ 085
12 MAR 2019 PM 5 L

The Clerk of the United States District Court
for the District of Puerto, Room 150
Federal Building (entrance)
150 Carlos E Ave NuE
San Juan, PR
00918-1767

RECEIVED & FILED
2019 MAR 15 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1703S9

<␃<␃<␃<␃<␃<␃

<␃<␃<␃<␃<␃<␃<␃

<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃

<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃
<␃<␃<␃<␃<␃<␃<␃<␃<␃
<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃
<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃<␃

