James Jarrard
1595 Montrose Ter.
Dubuque, IA 52001

12 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 15 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue,
San Juan, PR
00918-1767

0091831703 C018