LTS Doc#:5764-1 Filed:03/15/19 Entered:03/18/19
Envelope Page 1 of 2

Mr & Mrs O Chinwala
32 Betsy Ross Dr
Allentown, NJ 08501

RECEIVED & FILED
2019 MAR 15 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO, ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR
00918-1767

00918-170399

TRENTON NJ 085
12 MAR 2019 PM 5 L

USA FOREVER

