Case:17-03283-LTS Doc#:5765-1 Filed:03/15/19 Entered:03/18/19 10:46:33 Desc:
Envelope Page 1 of 1

Jose F. Quinones
Milaville
145 Moradilla St.
San Juan PR-00926-5124

[Postmark: SAN JUAN PR 009, 14 MAR 2019 PM 1 T]
[Stamp: CHILE RELLENO FOREVER USA]

The Clerk of the United States District Court
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan P.R. 00918-1767

[Received & Filed stamp: MAR 15 PM 5:36, Clerk's Office District Court San Juan]

00918-1703