RECEIVED & FILED
2019 MAR 15 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

A. Friedman
124 Lander Ave
S.I. NYC 10314

Clerk of US District Court
for Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR
00918-1767

