To:

Clerk of the United States
District Ct for
District of Puerto Rico

150 Federal Bldg
150 Carlos Chardon Avenue
San Juan — [illegible] 00918-1767

RECEIVED & FILED
2019 MAR 15 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BL Snyder — 1906
3675 No. Country Club Drive
Aventura Fla 33180 — (N.A.)