

Foreman
19 Willow Rd
Churchville, PA 18966

7018 1830 0001 6521 0557

RECEIVED & FILED
2019 MAR 15 PM 5: 26
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Clerk of U.S. Dist. Court for District of Puerto Rico,
Room 150 Federal Building
150 Carlos Chardon Ave,
San Juan, PR 00918-1781



U.S. POSTAGE PAID
FCM LETTER
RICHBORO, PA
18954
MAR 12, 19
AMOUNT