

Mr. Allan C. Rabinowitz
911 Park Ave. Apt. 9B
New York, NY 10075



Clerk of the US District Court
For District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Jose, PR 00918-1767