

Ms. Joan Lipsig
350 S Ocean Blvd Apt 12B
Boca Raton, FL 33432

RECEIVED & FILED
2019 MAR 15 PM 5: 31
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

WEST PALM BCH FL 334
12 MAR 2019 PM 2 L

Clerk of U.S. District Ct
for District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

00918-170399