L. GNODJESKi
432 Eggewater Dr
unit 732
DunEDiN, FL 34698

TAMPA FL 335
SAINT PETERSBURG FL
12 MAR 2019 PM 6 L

The Clerk of the U.S. District Court for the District of P.R.
Room 150
Federal Building, 150 Carlos Chardon Ave
150 San Juan, P.R. 00918-1767