Clerk of the U.S. District Court for Dist. of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2019 MAR 15 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Mr. Elliott Bryer
5 W 86th St Apt 9A
New York, NY 10024