

Mr. Lester Pedell
25 Windsor Ln
Boynton Beach, FL 33436



TO: THE CLERK OF THE U.S. STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO, RM. 150 FEDERAL BLDG, 150 CARLOS CHARDON AVE, SAN JUAN, PR. 00918-1767

00918-170399