Ramon Luis Morales
Calle 26 2N #47
Oeto Monte Caguas PR 00725

SAN JUAN PR 009
14 MAR 2019 PM 1 T

The Clerk of the United States District Court
For the District of Puerto Rico, Room 150
Federal Building, 150 Carlos Chardón
Avenue San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 MAR 15 PM 5: 35
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.