**Estimated Hearing Date**: June 12, 2019 at 9:30 a.m. AST
**Objection Deadline**: April 8, 2019 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## SUMMARY COVER SHEET FOR FIFTH INTERIM APPLICATION OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES, <u>FOR THE PERIOD FROM OCTOBER 1, 2018 THROUGH JANUARY 31, 2019</u>

## ALL FEES AND SERVICES IN THIS INTERIM APPLICATION WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## **Summary Sheet**

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP ("LS&E") |
| Authorized to Provide Professional Services as: | Special Counsel to The Financial Oversight and Management Board for Puerto Rico |
| Name of Client: | The Financial Oversight and Management Board for Puerto Rico |
| Petition Date: | May 3, 2017[2] |
| Retention Date: | October 4, 2016 |
| Compensation Period: | October 1, 2018 to January 31, 2019 (the "Compensation Period") |
| Total Compensation Sought: | $547,219.50 |
| Expense Reimbursement Sought: | $1,314.13 |
| Total Compensation and Expense Reimbursement Sought: | $548,533.63 |
| Prior Applications Filed: | First Interim Application [Docket No. 2077]; |
| | Second Interim Application [Docket No. 2729]; |
| | Third Interim Application [Docket No. 3530]; |
| | Fourth Interim Application [Docket No. 4336] |

This is an: ___ monthly      X  interim     ___ final application

This is Luskin, Stern & Eisler LLP's fifth interim application in these cases (this "Application").

---

[2] The petition date for the Commonwealth under Title III was May 3, 2017.  The petition date for COFINA under Title III was May 5, 2017.  The petition date for ERS and HTA under Title III was May 21, 2017.  The petition date for PREPA under Title III was July 2, 2017.

Additional Information required pursuant to the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013:

| | |
|---|---|
| Total Compensation Approved by Interim Order to Date: | $592,050.74 |
| Total Expense Reimbursement Approved by Interim Order to Date: | $4,215.33 |
| Total Allowed Compensation Paid to Date: | $587,579.94 |
| Total Allowed Expense Reimbursement Paid to Date: | $4,215.33 |
| Total Compensation Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $259,746.53 |
| Total Expense Reimbursement Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $677.69 |
| Blended Hourly Rate in this Application for all Attorneys: | $739.73 |
| Blended Hourly Rate in this Application for all Timekeepers: | $602.60 |
| Number of Professionals in this Application: | 5 |
| Number of Professionals Billing Fewer than 15 hours in this Application: | 1 |
| Difference Between Fees Budgeted and Compensation Requested for this Period: | -45.51%[3] |
| Rate Increases Since Date of Retention: | 2 |
| Disclosure of Compensation Sought in this Application Using Rates Disclosed at Retention: | $531,307.50 |

---

[3] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month or Compensation Period can fluctuate substantially. Accordingly, there may be significant variations in budgeted and actual fees billed. This calculation does not include fees incurred during this Compensation Period related to the McKinsey Report project category. Until February 28, 2019, LS&E understood that its fees related to the McKinsey Report were being billed outside of the Title III Cases and not subject to the budgeting requirement.

**Summary of Prior Interim Fee Applications Filed**

| File Date/ Docket Number | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|---|
| 12/15/2017 [No. 2077] | May 3, 2017 to September 30, 2017 | $324,975.50 | $2,172.59 | $308,347.07 | $2,100.64 | $308,347.07 | $2,100.64 |
| 3/19/2018 [No. 2729] | October 1, 2017 to January 31, 2018 | $91,237.50 | $1,329.64 | $88,869.67 | $1,329.64 | $88,869.67 | $1,329.64 |
| 7/16/2018 [No. 3530] | February 1, 2018 to May 31, 208 | $125,126.00 | $471.42 | $123,126.00 | $471.42 | $123,126.00 | $471.42 |
| 11/19/2019 [No. 4336] | June 1, 2018 to September 30, 2018 | $74,708.00 | $313.63 | $71,708.00 | $313.63 | $67,237.20 | $313.63 |
| **TOTAL** | | **$616,047.00** | **$4,287.28** | **$592,050.74** | **$4,215.33** | **$587,579.94** | **$4,215.33** |

**Summary of Prior Monthly Fee Statements for the Compensation Period
from October 1, 2018 through January 31, 2019[4]**

| Date | Period Covered | Total Fees | Fees Requested (90%) | Holdback (10%) | Expenses Requested | Fees Paid (90%) | Expenses Paid (100%) |
|---|---|---|---|---|---|---|---|
| 11/15/2018 | October 1, 2018 to October 31, 2018 | $28,377.50 | $25,539.75 | $2,837.75 | $54.36 | $25,539.75 | $54.36 |
| 12/14/2018 | November 1, 2018 to November 30, 2018 | $17,720.00 | $15,948.00 | $1,772.00 | $0.00 | $15,948.00 | $0.00 |
| 1/15/2019 | December 1, 2018 to December 31, 2018 | $4,459.00 | $4,013.10 | $445.90 | $10.20 | $4,013.10 | $10.20 |
| 2/20/2019 | January 1, 2019 to January 31, 2019 | $3,937.00 | $3,543.30 | $393.70 | $17.00 | $2,660.74[5] | $17.00 |
| 3/5/2019[6] | November 1, 2018 to December 31, 2019 | $238,674.50 | $214,807.05 | $23,867.45 | $596.13 | $211,584.94[7] | $596.13 |
| 3/5/2019 | January 1, 2019 to January 31, 2019 | $254,051.50 | $228,646.35 | $25,405.15 | $636.44 | $0.00 | $0.00 |
| **TOTAL** | | **$547,219.50** | **$492,497.55** | **$54,721.95** | **$1,314.13** | **$259,746.53** | **$677.69** |

---

[4] The fees requested in LS&E's monthly fee statements during this Compensation Period reflect voluntary reductions in the aggregate amount of $19,433.50. Such reductions are reflected in the net amounts sought in this Application.

[5] LS&E understands the amount paid is net of tax withholding. LS&E is in the process of reconciling the calculation with the Puerto Rico Fiscal Agency and Financial Authority (the "AAFAF").

[6] At the request of the Oversight Board, on February 28, 2019, LS&E submitted a consolidated nineteenth Monthly Fee Statement, which included fees incurred from November 2018 through January 2019 related to the McKinsey Report project category. After submission, the AAFAF asked LS&E to submit separate statements for fees incurred during 2018 and 2019. LS&E's amended consolidated nineteenth and twentieth Monthly Fee Statements replaced the February 28, 2019 consolidated nineteenth Monthly Fee Statement.

[7] LS&E understands the amount paid is net of a 1.5% withholding.

**Estimated Hearing Date**: June 12, 2019 at 9:30 a.m. AST
**Objection Deadline**: April 8, 2019 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## FIFTH INTERIM APPLICATION OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2018 THROUGH JANUARY 31, 2019

TO THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE:

Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight

and Management Board for Puerto Rico (the "Oversight Board") as representative of the

Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Corporation, the Puerto

Rico Highways and Transportation Authority, the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority

(collectively, the "Debtors") in the above-captioned title III cases (the "Title III Cases") pursuant

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby submits this fourth interim fee application (the "Fourth Interim Application" or "Application"),[3] pursuant to PROMESA sections 316 and 317, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),[4] Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy Rules"), Appendix B of the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases* effective as of November 1, 2013 (the "U.S. Trustee Guidelines," and together with the aforementioned statutes, rules and guidelines, the "Guidelines"), and in accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), seeking entry of an order granting (a) the allowance of interim compensation in the aggregate amount of $547,219.50 in fees for reasonable and necessary professional services rendered and (b) reimbursement of actual and necessary expenses in the aggregate amount of $1,314.13 incurred during the period commencing October 1, 2018 through and including January 31, 2019 (the "Compensation Period"). In support of this Application, LS&E respectfully states the following:

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] The Application solely pertains to fees and expenses incurred with respect to the Debtors' Title III Cases and does not address fees or expenses incurred with respect to other services performed for the Oversight Board outside the Title III process.

[4] The Bankruptcy Rules are made applicable to the Debtors' Title III Cases pursuant to PROMESA section 310.

**Jurisdiction and Venue**

1.        The Court has subject matter jurisdiction to consider and determine this Second Interim Application pursuant to PROMESA section 306(a).  Venue is proper before this Court pursuant to PROMESA section 307(a).  The statutory predicates for the relief requested herein are PROMESA sections 316 and 317, Bankruptcy Rule 2016 and Local Rule 2016-1.

2.        This Application has been prepared in accordance with the Guidelines and the Interim Compensation Order.  Attached hereto as **Exhibit A** is a certification regarding compliance with the Local Guidelines.

**Background and Case Status**

**A.  The Debtors' Title III Cases**

3.        On June 30, 2016, the Oversight Board was established under PROMESA section 101(b).

4.        On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.        Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this title is the representative of the debtor[s]" and "may take any action necessary on behalf of the debtor[s] to prosecute the case[s] of the debtor[s], including filing a petition under section 304 of [PROMESA] . . . or otherwise generally submitting filings in relation to the case[s] with the court."

6.        On September 30, 2016, the Oversight Board designated the Debtors as "covered entit[ies]" under PROMESA section 101(d).

7.        On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the

Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

       8.     On May 5, 2017, the Oversight Board filed a voluntary petition for relief for the Puerto Rico Sales Tax Financing Corporation ("COFINA") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

       9.     On May 21, 2017, the Oversight Board filed a voluntary petition for relief for each of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") and the Puerto Rico Highways and Transportation Authority ("HTA") pursuant to section 304(a) of PROMESA, commencing cases under title III thereof.

       10.    On July 2, 2017, the Oversight Board filed a voluntary petition for the Puerto Rico Electric Power Authority ("PREPA") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

       11.    Through orders issued on June 1, June 29 and October 6, 2017, the Court ordered the joint administration of the Title III Cases for the Debtors, for procedural purposes only [Docket Nos. 242, 537 and 1417].

       12.    Background information regarding the Commonwealth and its instrumentalities, and the commencement of the instant Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [Docket No. 1] attached to the Commonwealth's Title III petition.

### B.   Retention of LS&E

       13.    LS&E is a law firm with its offices located in New York.  LS&E has significant experience representing parties in bankruptcy actions and litigations in many large, complex cases.  It has represented clients in numerous cases in the Southern District of New

York, the Eastern District of New York, and in the United States District Courts and Courts of

Appeals throughout the United States.

14.     As set forth in the engagement letter dated October 4, 2016

(the "Engagement Letter"),[5] LS&E was retained by and authorized to represent the Oversight

Board in connection with litigation in this Court seeking to lift the automatic stay imposed by

PROMESA, seven months before these Title III Cases were commenced.[6]  Since the

commencement of these Title III Cases, LS&E has continued to provide services to the

Oversight Board and assists Proskauer Rose LLP ("Proskauer"), as lead counsel for the

Oversight Board, in connection with the ongoing Title III actions given LS&E's institutional

knowledge of the pre-Title III litigation and its experience in bankruptcy litigation.

### C.  Interim Compensation and Fee Examiner Orders

15.     On August 23, 2017, the Court entered the *Order Setting Procedures for
Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1150].

16.     On October 6, 2017, the Court appointed a Fee Examiner in these Title III

Cases (the "Fee Examiner") pursuant to the *Order Pursuant to PROMESA Sections 316 and 317
and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief*
[Docket No. 1416] (the "Fee Examiner Order").

---

[5] A copy of the Engagement Letter is available on the Oversight Board's website at
http://oversightboard.pr.gov/documents/.

[6] Unlike in cases commenced under the Bankruptcy Code, professionals retained by the Debtors and the Oversight
Board do not require court authorization for retention.  *See* PROMESA § 301(a) (omitting Bankruptcy Code sections
327 and 328 from incorporation into PROMESA).

17.     On October 31, 2017, the Fee Examiner filed the *Urgent Motion of the Fee Examiner to Amend the Interim Compensation Order, Including the Due Date and Hearing Date for Interim Compensation* [Docket No. 1594].

18.     On November 8, 2017, the Court entered the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1715].

19.     On November 10, 2017, the Fee Examiner issued a memorandum, and on January 3, 2018 and February 22, 2019, the Fee Examiner issued supplemental memoranda (together, the "Fee Examiner Guidelines") to all retained professionals in these Title III Cases providing additional guidelines in connection with the Interim Compensation Order.

20.     On May 8, 2018, the Fee Examiner filed the *Motion of the Fee Examiner to Amend the Fee Examiner Order with Respect to the Scope of the Fee Examiner's Authority in the Interest of Administrative Efficiency* [Docket No. 3032] (the "Motion to Amend the Fee Examiner Order").

21.     On May 23, 2018, the Oversight Board and the Puerto Rico Fiscal Agency and Financial Authority (the "AAFAF") filed a *Joint Motion for Entry of an Order Further Amending the Interim Compensation Order* [Docket No. 3133].

22.     On June 6, 2018, the Court entered the Interim Compensation Order, and in accordance therewith, LS&E and other professionals retained in these Title III Cases were authorized to serve upon the parties identified therein (the "Notice Parties") monthly fee statements (the "Monthly Fee Statements").

23.     Pursuant to the Interim Compensation Order, the Notice Parties have ten days from the date of service of the Monthly Fee Statement to object to the amounts requested.

If no objection is filed prior to expiration of the objection period, the Commonwealth is authorized to pay the respective professionals 90% of the fees and 100% of the expenses sought in each Monthly Fee Statement.

24. On June 20, 2018, the Court entered the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Docket No. 3324] (the "Amended Fee Examiner Order"). Pursuant to the Amended Fee Examiner Order, the Court directed the Fee Examiner, "in consultation with the relevant professionals and counsel for the Oversight Board, AAFAF, and the official committees, to develop and present a proposal to the Court to resolve the concerns the Fee Examiner has noted at paragraphs 9 through 22 of the Motion [to Amend the Fee Examiner Order], addressing the fee applications of McKinsey & Company, Andrew Wolfe, and other *de minimis* and flat fee professionals and reiterating and amending the provisions of the [Fee Examiner Order]."

25. On August 20, 2018, the Fee Examiner filed the *Fee Examiner's Motion to Impose Presumptive Standards and Timeliness Requirements for Professional Fee Applications* [Docket No. 3790] (the "Presumptive Standards Motion"), articulating presumptive standards of reasonableness and necessity for specific categories of professional services and recommending timely application requirements.

26. On September 13, 2018, the Court entered the *Order on Fee Examiner's Motion to Impose Presumptive Standards and Timeliness Requirements for Professional Fee Applications* [Docket No. 3932], granting the Presumptive Standards Motion.

27. On November 27, 2018, the Fee Examiner filed the *Fee Examiner's Motion to Impose Additional Presumptive Standards: Rate Increases and the Retention of Expert*

*Witnesses or other Sub-retained Professionals* [Docket No. 4370] (the "<u>Additional Presumptive</u>
<u>Standards Motion</u>"), articulating additional presumptive standards of reasonableness and
necessity for specific categories of professional services, including the requirement of prior
client approval of rate increases.

       28.     On December 19, 2018, the Court denied the Additional Presumptive
Standards Motion without prejudice.

       29.     On March 6, 2019, the Fee Examiner filed the *Fee Examiner's Fourth*
*Report on Presumptive Standards Motion and on Professional Fees and Expenses*
[Docket No. 5409] (the "<u>Fee Examiner's Fourth Report</u>"), attaching a revised proposed order
with respect to the Additional Presumptive Standards Motion.

**D.  Applications for Interim Compensation**

       30.     In addition to the Monthly Fee Statements, the Interim Compensation
Order directed professionals to seek interim allowance and payment of compensation (including
the 10% held back from Monthly Fee Statements) and expense reimbursement at 120-day
intervals (each an "<u>Interim Fee Period</u>") by filing with the Court and serving on the Notice
Parties an application for approval and allowance of all compensation and reimbursement of
expenses relating to services rendered and expenses incurred during the preceding Interim Fee
Period (*see* Interim Compensation Order at ¶2(f)).

       31.     On December 15, 2017, LS&E filed its *First Interim Application of*
*Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management*
*Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the*
*Period from May 3, 2017 through September 30, 2017* [Docket No. 2077], for interim
compensation for the period of May 3, 2017 through September 30, 2017 (the "<u>First Interim</u>

Application") in these Title III Cases seeking interim allowance of $324,975.50 in compensation for professional services rendered and $2,172.59 in reimbursement for expenses incurred.

32.     On February 21, 2018, the Fee Examiner provided his confidential letter report to LS&E with respect to the First Interim Application.  Based on multiple conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce the amounts sought in the First Interim Application by $16,628.43 in fees and $71.95 in expenses (together, the "First Interim Adjustments").

33.     On March 1, 2018, the Fee Examiner filed the *Fee Examiner's Initial Report* [Docket No. 2645] with respect to LS&E's First Interim Application, recommending that the Court approve the First Interim Application, net of the First Interim Adjustments.

34.     On March 7, 2018, the Court entered its *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First Interim Compensation Period from May 3 through September 30, 2017* [Docket No. 2685], approving the First Interim Application, net of the First Interim Adjustments.

35.     On March 19, 2018, LS&E filed its *Second Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from October 1, 2017 through January 31, 2018* [Docket No. 2729], for interim compensation for the period of October 1, 2017 through January 31, 2018 (the "Second Interim Application") in these Title III Cases seeking interim allowance of $91,237.50 in compensation for professional services rendered and $1,329.64 in reimbursement for expenses incurred.

36.     On May 30, 2018, the Fee Examiner filed the *Fee Examiner's Second Report on Professional Fees and Expenses* [Docket No. 3193], recommending that the Court

adjourn LS&E's Second Interim Application for consideration at the July 25, 2018 omnibus hearing.

37.      On July 16, 2018, LS&E filed its *Third Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, for Professional Compensation and Reimbursement of Expenses for the Period from February 1, 2018 through May 31, 2018* [Docket No. 3530] for interim compensation for the period from February 1, 2018 through May 31, 2018 (the "Third Interim Application") in these Title III Cases seeking interim allowance of $125,126.00 in compensation for professional services rendered and $471.42 in reimbursement of expenses incurred.

38.      On July 25, 2018, the Fee Examiner provided his confidential letter report to LS&E with respect to the Second Interim Application.  Based on multiple conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce the amounts sought in the Second Interim Application by $2,367.83 in fees (the "Second Interim Adjustments").

39.      On September 6, 2018, the Court entered its *Second Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First and Second Interim Compensation Period from May 3 through September 30, 3017 and from October 1, 2017 through January 31, 2018* [Docket No. 3874], approving the Second Interim Application, net of the Second Interim Adjustments.

40.      On September 20, 2018, the Fee Examiner provided his confidential letter report to LS&E with respect to the Third Interim Application.  Based on multiple conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce

the amounts sought in the Third Interim Application by $2,000.00 in fees (the "Third Interim Adjustments").

41.     On October 31, 2018, the Fee Examiner filed the *Fee Examiner's Third Report on Professional Fees and Expenses* [Docket No. 4126] (the "Fee Examiner's Third Report") with respect to LS&E's Third Interim Application, recommending that the Court approve the Third Interim Application, net of the Third Interim Adjustments.

42.     On November 6, 2018, the Court entered its *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Third Interim Compensation Period from February 1, 2018 through May 31, 2018* [Docket No. 4200], approving the Third Interim Application, net of the Third Interim Adjustments.

43.     On November 19, 2018, LS&E filed its *Fourth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, for Professional Compensation and Reimbursement of Expenses for the Period from June 1, 2018 through September 30, 2018* [Docket No. 4336] for interim compensation for the period from June 1, 2018 through September 30, 2018 (the "Fourth Interim Application") in these Title III Cases seeking interim allowance of $74,708.00 in compensation for professional services rendered and $313.63 in reimbursement of expenses incurred.

44.     On February 26, 2019, the Fee Examiner provided his confidential letter report to LS&E with respect to the Fourth Interim Application.  Based on multiple conversations LS&E had with the Fee Examiner's professionals, the parties agreed that LS&E would reduce the amounts sought in the Fourth Interim Application by $3,000.00 in fees (the "Fourth Interim Adjustments").

45.     On March 6, 2019, the Fee Examiner filed the Fee Examiner's Fourth Report with respect to LS&E's Fourth Interim Application, recommending that the Court approve the Fourth Interim Application, net of the Fourth Interim Adjustments.

46.     On March 14, 2019, the Court entered its *Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Fourth Compensation Period from June 1, 2018 through September 30, 2018* [Docket No. 5654], approving the Fourth Interim Application, net of the Fourth Interim Adjustments.

## **Relief Requested**

47.     By this Application, LS&E seeks an order authorizing (a) allowance of interim compensation for the professional services rendered during the Compensation Period in the aggregate amount of $547,219.50, (b) allowance of reimbursement of actual and necessary expenses incurred by LS&E in the aggregate amount of $1,314.13, and (c) payment of the outstanding fees and expense reimbursement in the aggregate amount of $548,533.63, inclusive of any amounts previously held back.

48.     During the Compensation Period, LS&E attorneys and paraprofessionals expended a total of 908.10 hours for which compensation is requested.  All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Oversight Board.

49.     During the Compensation Period, LS&E submitted six Monthly Fee Statements (the fifteenth, sixteenth, seventeenth, eighteenth, amended nineteenth, and twentieth such statements submitted by LS&E).

50.     On November 15, 2018, LS&E served its fifteenth Monthly Fee Statement covering the period from October 1, 2018 through October 31, 2018 (the "Fifteenth Monthly Fee

Statement"), a copy of which is attached hereto as **Exhibit G-1**.[7]  LS&E received no objection to

the Fifteenth Monthly Fee Statement.  On December 3, 2018, LS&E submitted a statement of no

objection to the AAFAF with respect to the Fifteenth Monthly Fee Statement.  On

December 5, 2018, the Debtors paid $25,539.75 on account of fees requested and $54.36 on

account of expense reimbursement requested.

　　　　51.　　On December 14, 2018, LS&E served its sixteenth Monthly Fee Statement

covering the period from November 1, 2018 through November 30, 2018 (the "Sixteenth

Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit G-2**.[8]  LS&E received

no objection to the Sixteenth Monthly Fee Statement.  On January 4, 2019, LS&E submitted a

statement of no objection to the AAFAF with respect to the Sixteenth Monthly Fee Statement.

On January 9, 2019, the Debtors paid $15,948.00 on account of fees requested.  LS&E did not

request any expense reimbursement in its Sixteenth Monthly Fee Statement.

　　　　52.　　On January 15, 2019, LS&E served its seventeenth Monthly Fee

Statement covering the period from December 1, 2018 through December 31, 2018

(the "Seventeenth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit G-3**.[9]

LS&E received no objection to the Seventeenth Monthly Fee Statement.  On February 4, 2019,

LS&E submitted a statement of no objection to the AAFAF with respect to the Seventeenth

Monthly Fee Statement.  On January 29, 2019, the Debtors paid $4,013.10 on account of fees

requested and $10.20 on account of expense reimbursement requested.

---

[7] The fees requested in LS&E's Fifteenth Monthly Fee Statement reflect voluntary reductions in the amount of $3,726.00 which are reflected in the net amounts sought in this Application.

[8] The fees requested in LS&E's Sixteenth Monthly Fee Statement reflect voluntary reductions in the amount of $3,378.00 which are reflected in the net amounts sought in this Application.

[9] The fees requested in LS&E's Seventeenth Monthly Fee Statement reflect voluntary reductions in the amount of $2,296.50 which are reflected in the net amounts sought in this Application.

53.     On February 20, 2019, LS&E served its eighteenth Monthly Fee Statement covering the period from January 1, 2019 through January 31, 2019 (the "Eighteenth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit G-4**.[10]  LS&E received no objection to the Eighteenth Monthly Fee Statement.  On March 7, 2019, LS&E submitted a statement of no objection to the AAFAF with respect to the Eighteenth Monthly Fee Statement.  On March 11, 2019, the Debtors paid $2,660.74 on account of fees requested and $17.00 on account of expense reimbursement requested.  The Debtors withheld $882.56 of the fees requested on account of tax withholding.

54.     At the request of the Oversight Board, on February 28, 2019, LS&E submitted a consolidated nineteenth Monthly Fee Statement, which included fees incurred from November 2018 through January 2019 related to the McKinsey Report project category.  After submission, the AAFAF asked LS&E to submit separate statements for fees incurred during 2018 and 2019.  On March 5, 2019, LS&E served its amended consolidated nineteenth Monthly Fee Statement covering the period from November 1, 2018 through December 31, 2018 (the "Amended Nineteenth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit G-5**,[11] and its twentieth Monthly Fee Statement covering the period from January 1, 2019 through January 31, 2019 (the "Twentieth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit G-6**.  LS&E received no objection to the Amended Nineteenth Monthly Fee Statement and the Twentieth Monthly Fee Statement.  On March 11, 2019 and March 12, 2019, LS&E submitted statements of no objection to the AAFAF with respect to the Amended

---

[10] The fees requested in LS&E's Eighteenth Monthly Fee Statement reflect voluntary reductions in the amount of $3,173.00 which are reflected in the net amounts sought in this Application.

[11] The fees requested in LS&E's Amended Nineteenth Monthly Fee Statement reflect voluntary reductions in the amount of $6,860.00 which are reflected in the net amounts sought in this Application.

Nineteenth Monthly Fee Statement and Twentieth Monthly Fee Statement.  On March 14, 2019,

the Debtors paid $211,587.94 on account of fees requested and $596.13 on account of expense

reimbursement requested in connection with the Amended Nineteenth Monthly Fee Statement.

The Debtors withheld $3,222.11, or one and a half percent (1.5%) of the fees requested, on

account of tax withholding.  As of the filing of this Application, LS&E has received no payments

in connection with its Twentieth Monthly Fee Statement.

   55. Other than those Monthly Fee Statements, no payments have been made to

LS&E, and LS&E has received no promises of payment from any source for services rendered or

to be rendered in any capacity whatsoever in connection with the matters covered during the

Compensation Period and addressed by this Fifth Interim Application.  There is no agreement or

understanding between LS&E and any other person, other than the members of LS&E, for the

sharing of compensation to be received for services rendered in these cases.

   56. The fees charged by LS&E in these cases are billed in accordance with

LS&E's existing billing rates and procedures in effect during the Compensation Period.  The

rates set forth in the Engagement Letter which LS&E charges for the services rendered by its

professionals and paraprofessionals in these Title III Cases are the same rates LS&E generally

charges for professionals and paraprofessional services rendered in comparable non-bankruptcy

related matters.  Such fees are reasonable based on the customary compensation charged by

comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national

legal market.

   57. LS&E maintains computerized records of all time spent by LS&E

attorneys and paraprofessionals in connection with its representation of the Oversight Board.

Applicant has provided itemized time records for professionals and paraprofessionals performing

services during the Compensation Period to this Court, the Debtors, the Fee Examiner, all notice parties pursuant to the Interim Compensation Order, and the U.S. Trustee.  All entries itemized in Applicant's time records comply with the requirements set forth in the Guidelines, including the use of separate matter numbers for different project types, as described in this Application. Applicant's itemized time records also detail expenses incurred during the Compensation Period. All entries itemized in Applicant's expense records comply with the requirements set forth in the Guidelines.

58.     Pursuant to, and consistent with, the relevant requirements of the Guidelines, as applicable, the following exhibits are attached hereto and incorporated herein by reference:

i.      **Exhibit A** contains a certification by Michael Luskin regarding LS&E's compliance with the Local Guidelines.

ii.     **Exhibit B** contains a summary of hours and fees billed by each LS&E attorney and paraprofessional in services rendered to the Oversight Board during the Compensation Period, including respective titles, hourly rates, year of bar admission for attorneys and any applicable rate increases.

iii.    **Exhibit C** contains a summary of compensation requested by matter during the Compensation Period.

iv.     **Exhibit D** contains a summary and comparison of the aggregate blended hourly rates.

v.      **Exhibit E** contains a summary of reimbursable expenses incurred during the Compensation Period.

vi.     **Exhibit F** contains available budget plans prepared and a comparative analysis of budgeted and actual fees during the Compensation Period.

vii.    **Exhibits G-1 through G-6** contain copies of LS&E's Monthly Fee Statements during the Compensation Period, which include detailed time records and out-of-pocket expenses.

## Summary of Services Performed by LS&E During the Compensation Period

59.     Set forth below is a description of significant professional services, broken down by project category, rendered by LS&E during the Compensation Period.  The following services described are not intended to be a comprehensive summary of the work performed by LS&E; a detailed description of all services rendered by LS&E can be found in the detailed time records reflecting the services performed by LS&E's professionals, the time expended by each professional, and the hourly rate of each professional, annexed to the Monthly Fee Statements attached hereto as **Exhibits G-1** through **G-6**, and such descriptions are incorporated herein by reference.

A.  Bankruptcy Litigation

Fees: $19,848.00; Hours: 25.90.

60.     During the Compensation Period, LS&E's time under this project category is attributable to work done in connection with *Aurelius Capital Master, Ltd., et al. v. Commonwealth of Puerto Rico, et al.*, Case No. 18-1108 (1st Cir.) and *Altair Global Credit Opportunities, et al. v. Employees Retirement System, et al.*, Case No. 18-1836 (1st Cir.).  The bulk of the time under this project category was spent assisting Proskauer with Aurelius' appeal to the First Circuit of the Court's decision granting the Oversight Board's motion to dismiss and Altair's appeal to the First Circuit of the Court's opinion and order granting and denying in part the cross motions for summary judgment.  LS&E's work included reviewing appellate briefs, revising outlines, helping the Proskauer team prepare for oral arguments, including moot appellate arguments, and subsequent review of oral arguments.

61.     LS&E also spent minimal time under this project category keeping abreast of ongoing litigation and various administrative filings and reviewing various motions and opinions.  LS&E's work in this matter involved reviewing particular filings that raise and

17

substantively discuss the issues that are central to the particular litigations on which LS&E actively works, and not all filings in these Title III Cases.

      B.  <u>Fee Applications</u>

      Fees: $12,128.50; Hours: 43.20.

      62.    During the Compensation Period, LS&E spent time under this project category on the following: (a) review of the docket and filings in these Title III Cases in connection with fee and compensation matters, (b) preparation for the November 7-8, 2018 omnibus hearing in connection with the Fee Examiner's Third Report, (c) review of the Guidelines and Fee Examiner Guidelines in connection with LS&E's Fourth Interim Application, (d) preparation of its Fourth Interim Application, and (e) review and coordination with the Oversight Board's professionals in connection with the foregoing.

      63.    LS&E also spent minimal time in this project category on compliance, fee collection and tax withholding issues, including reviewing memoranda and communications from the Fee Examiner and Puerto Rico Department of Treasury, and coordinating with the Fee Examiner and Oversight Board's professionals in connection with the foregoing.

      64.    LS&E has voluntarily written off 26.40 hours in time expended and $7,933.50 of fees incurred under this project category in connection with the following: (a) preparation of its Monthly Fee Statements during this Compensation Period, (b) reviewing, revising and redacting invoices in connection with its Monthly Fee Statements during this Compensation Period, (c) preparation of principal certifications with respect to its Monthly Fee Statements during this Compensation Period, (d) preparation and submission of no objection statements with respect to its Monthly Fee Statements during this Compensation Period,

(e) preparation of responses to and requested information for the Fee Examiner, and (f) analysis of its fees and payments with respect to compliance with Puerto Rico law and the foregoing.

### C.  Peaje vs. PRHTA

Fees: $796.50; Hours: 1.20.

65.     During the Compensation Period, LS&E's time in this project category is attributable to work done in connection with *Peaje Investments LLC v. Puerto Rico Highways and Transportation Authority, et al.*, Case No. 17-2165 (1st Cir.).  LS&E's work involved review of Peaje's certiorari petition and reply brief as well as consulting with Proskauer on issues and strategy.

### D.  AMBAC v. PRHTA

Fees: $4,051.00; Hours: 5.20.

66.     LS&E's time in this project category is attributable to work done in connection with *Ambac Assurance Corporation v. Puerto Rico Highways and Transportation Authority*, Case No. 18-1214 (1st Cir.).  During the Compensation Period, the bulk of the time under this project category was spent assisting Proskauer with AMBAC's appeal to the First Circuit of the Court's decision granting the Oversight Board's motion to dismiss the complaint. LS&E's work involved helping the Proskauer team prepare for oral arguments, including moot appellate arguments.

### E.  Assured v. PRHTA

Fees: $17,669.50; Hours: 22.70.

67.     LS&E's time in this project category is attributable to work done in connection with *Assured Guaranty Corporation v. Puerto Rico Highways and Transportation Authority*, Case Nos. 18-1165 and 18-1166 (1st Cir.).  During the Compensation Period, the bulk

of the time under this project category was spent assisting Proskauer defending against Assured's appeal to the First Circuit of the Court's decision granting the Oversight Board's motion to dismiss.  LS&E's work involved helping the Proskauer team prepare for oral arguments, including review of appellate briefs, cases cited, preparation of questions for moot appellate arguments, and participation in moot appellate arguments.

F. <u>McKinsey Report</u>

Fees: $492,726.00; Hours: 809.90.

68.    LS&E's time in this project category is attributable to work done related to its examination of the facts, consequences, and implications concerning potential conflict of interest issues regarding the Oversight Board's retention of McKinsey & Company, Inc. Washington D.C. ("<u>McKinsey</u>"), including the circumstances surrounding McKinsey's and its affiliates' holdings of Puerto Rico public debt.  As part of the investigation, LS&E reviewed McKinsey's disclosure obligations under current law and pursuant to its contractual arrangements with the Oversight Board and prepared a 95-page written report (the "<u>McKinsey Report</u>") detailing LS&E's findings and conclusions and making recommendations regarding the Oversight Board's practices and policies with respect to the disclosures that it requires of its vendors.[12]

69.    During the Compensation Period, LS&E spent time under this project category on the following: (a) collection and review of documents, including documents produced by McKinsey, its investment affiliate, MIO Partners Inc. ("<u>MIO</u>"), and the Oversight Board, as well as news articles, court filings, and regulatory filings, (b) preparing for and

---

[12] LS&E filed the McKinsey Report on February 18, 2019.  *See* Docket No. 5154.

conducting interviews of thirteen witnesses, including members of the Oversight Board, the
McKinsey partners in charge of the Oversight Board engagement, and MIO personnel in charge
of MIO's investment in Puerto Rico public debt, (c) legal research, (d) drafting the McKinsey
Report, and (e) numerous meetings, telephone calls and email exchanges with the Oversight
Board and its Ethics Advisor and counsel for McKinsey and MIO.

### Actual and Necessary Disbursements

70.     As set forth in the Summary Cover Sheet filed contemporaneously with
this Application, LS&E disbursed $1,314.13 as expenses incurred in providing professional
services during the Compensation Period.  LS&E passes through all out-of-pocket expenses at
actual cost.  Other reimbursable expenses (whether the service is performed by LS&E in-house
or through a third-party vendor) include, but are not limited to, deliveries, court costs, transcript
fees, travel, teleconferencing, and clerk fees, and are passed through at cost.  LS&E does not bill
for fax and phone charges (other than fees for conference calls), secretarial overtime or other
administrative costs.

71.     LS&E submits that the actual expenses incurred for which reimbursement
is sought in this Application were necessary, reasonable, and justified under the circumstances to
serve the needs of the Oversight Board at the time such expenses were incurred.

### Voluntary Reductions and Adjustments

72.     In the exercise of billing discretion, LS&E voluntarily wrote off
$12,573.50 in fees during the Compensation Period in connection with time spent on review of
certain First Circuit arguments related to the Title III Cases and time billed to the Fee
Application project category and in accordance with the Fee Examiner Guidelines.  Such
reductions are reflected in the amounts requested in LS&E's Monthly Fee Statements during the
Compensation Period and the net amounts sought in this Application.

73.     In addition, LS&E voluntarily wrote off $6,860.00 in fees with respect to non-working travel time for which LS&E does not charge its clients, though it is compensable at 50% of standard hourly rates ($3,430.00) according to the Fee Examiner Guidelines.  Such reductions are reflected in the amounts requested in LS&E's Monthly Fee Statements during the Compensation period and the net amount sought in this Application.

## **The Application Should be Granted**

74.     Section 317 of PROMESA provides for interim compensation of professionals and incorporates the substantive standards of Section 316 of PROMESA to govern the Court's award of such compensation.  48 U.S.C. § 2177.  Section 316 provides that a court may award a professional employed under section 1103 of title 11 of the United States Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  *Id*. § 2176(a)(1) and (2).  Section 316(c) sets forth criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to a professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (1) the time spent on such services;
>
> (2) the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (5) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the restructuring field; and
>
> (6) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title or title 11, United States Code.

*Id.* § 2176(c).

75.     LS&E respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fifth Interim Application were necessary and beneficial to the Oversight Board.  In light of the nature, extent and value of such services, LS&E submits that the compensation requested herein is reasonable.

76.     The compensation for LS&E's services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.  The professional services were performed with expedition and in an efficient manner.  All work was closely coordinated and conducted with Proskauer so as to ensure that there was no duplication of effort.  In addition, the assignments given to LS&E by the Oversight Board and Proskauer required the attention of senior-level attorneys (one partner and two senior associates); there was no time expended by junior associates during the Compensation Period.

77.     In sum, the services rendered by LS&E were necessary and beneficial to the Oversight Board, were reasonable in light of the value of such services to the Oversight Board and were performed with skill and expertise.  Accordingly, LS&E submits that approval of the compensation for professional services and reimbursement of expenses requested in this Fifth Interim Fee Application is warranted.

## Location of Services Provided

78.     All fees and services during this Compensation Period were rendered and incurred outside of Puerto Rico.

**Reservation of Rights with Respect to Local Tax Laws**

79.     LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

**Statements Pursuant to Appendix B of the U.S. Trustee Guidelines**

80.     The following statements address information pursuant to Section C.5 of the U.S. Trustee Guidelines:

a.  Question:  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

   Answer:  No.

b.  Question:  If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

   Answer:  The actual fees sought in this Application, excluding the fees sought in connection with the McKinsey Report project category, are lower than the budgeted fees for the Compensation Period by 45.51%. LS&E did not prepare a budget plan for its work on the McKinsey Report project category.  Until February 28, 2019, LS&E understood that its fees related to the McKinsey Report project category were being paid outside of the Title III Cases and were not subject to the budgeting requirement. In addition, given that LS&E's services were and continue to be performed on an *ad hoc* basis, there can be significant variations in budgeted and actual fees billed in this and future interim applications.

c.  Question:  Have any of the professionals included in this fee application varied their hourly rate based on geographic location of the bankruptcy case?

   Answer:  No.

d.  Question:  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees.

24

Answer:  No.  LS&E voluntarily reduced its time and fees billed in this Application relating to reviewing and revising time records or preparing, reviewing or revising invoices.  These amounts were not separately calculated but are included in the voluntary reductions made in this Fifth Interim Application, which are not reflected in the amounts sought therein.

e.  Question:  Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

Answer:  No.  Any such time and fees related to reviewing and revising invoices to protect privileged or confidential information are included in the voluntary reductions referenced in the response to the question in paragraph 80(d) and are not separately calculated.

f.  Question:  If the fee application includes any rate increases in retention: (i) Did your client review and approve those rate increases in advance? and (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Answer:  The Fifth Interim Application does not include any additional rate increases but incorporates a regular rate increase for one senior associate during the fourth interim Compensation Period.  Such a rate increase was approved by the client pursuant to the terms of the Engagement Letter and the client was notified at the time of the rate increase.

**Notice**

81.     Notice of this Application has been provided to: (a) the United States Trustee for the District of Puerto Rico, (b) the Oversight Board and its counsel, (c) counsel to the AAFAF, (d) counsel to the Fee Examiner, (e) counsel to the Official Committee of Unsecured Creditors, (f) counsel to the Official Committee of Retirees, and (g) the Puerto Rico Department of Treasury.  LS&E respectfully submits that no further notice of this Application should be required.

## No Prior Request

82.    No prior interim fee application for the relief requested herein has been made to this or any other Court.

## Conclusion

WHEREFORE, LS&E respectfully requests that the Court enter an order; (a) approving the interim allowance of $547,219.50 for compensation for professional services rendered during the Compensation Period, (b) approving the reimbursement of LS&E's out-of-pocket expenses incurred in connection with the rendering of such services during the Compensation Period in the amount of $1,314.13, (c) authorizing payment of the outstanding fees and expense reimbursement in the aggregate amount of $548,533.63, and (d) granting such other and further relief as the Court deems just and proper.

Dated: March 18, 2019
        New York, New York

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and Management Board for Puerto Rico*

## **<u>EXHIBIT A</u>**

Certification of Michael Luskin in Support of the Application

**Estimated Hearing Date**: June 12, 2019 at 9:30 a.m. AST
**Objection Deadline**: April 8, 2019 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIFTH INTERIM APPLICATION OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2018 THROUGH JANUARY 31, 2019

I, Michael Luskin, hereby certify that:

1.      I am an attorney admitted to practice before the United States District Court for the Southern District of New York and am admitted *pro hac vice* before this Court. I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E" or "Applicant"), with offices located at Eleven Times Square, New York, New York 10036.  Applicant is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with (a) Local Bankruptcy Rule 2016-1 (the "Local Guidelines"), (b) Appendix B of the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), and (c) the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 (the "Interim Compensation Order"), this certification is made with respect to the Fifth Interim Application of LS&E, as special counsel to the Oversight Board, dated March 18, 2019 (the "Application"),[3] for interim compensation and reimbursement of expenses for the period of October 1, 2018 through and including January 31, 2019 (the "Compensation Period").

3.      With respect to section (a)(4) of the Local Guidelines, I certify that:

a)      I have read the Application;

b)      to the best of my knowledge, information, and belief, formed after reasonable inquiry, the compensation and reimbursement of expenses sought conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the U.S. Trustee Guidelines and these Local Guidelines;

c)      except to the extent that fees or disbursements are prohibited by the Local Guidelines, the compensation and reimbursement of expenses requested are billed at rates no less favorable to the Debtors than those customarily employed by LS&E and generally accepted by LS&E's clients (with the exception of a small number

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

of high-volume clients who have negotiated reduced-fee agreements, *see* Application at Exhibit D); and

d)      in providing a reimbursable service, LS&E does not make a profit on that service, whether the service is performed by LS&E in-house or through a third party.

Dated: March 18, 2019
       New York, New York

Respectfully submitted,


*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

## **EXHIBIT B**

Summary of Hours Billed by Professionals and Paraprofessionals
for the Period from October 1, 2018 through January 31, 2019 [1]

| Timekeeper | Position and Year Admitted to Practice | | This Interim Fee Application | | | First Interim Application Hourly Billing Rate | Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| | | | Total Fees Billed | Total Hours Billed | Hourly Billing Rate | | |
| Michael Luskin | Senior Partner | 1978 | $206,960.00 | 258.70 | $800.00 | $800.00 | 0 |
| Lucia T. Chapman | Senior Associate | 1984 | $103,390.00 | 147.70 | $700.00 | $700.00 | 0 |
| Stephan E. Hornung | Senior Associate | 2008 | $171,360.00 | 244.80 | $700.00 | $635.00 $675.00 | 2 [2] |
| Catherine D. Trieu | Paralegal | N/A | $65,076.00 | 255.20 | $255.00 | $255.00 | 0 |
| Kathleen Feeney | Paralegal | N/A | $433.50 | 1.70 | $255.00 | $255.00 | 0 |
| **TOTAL** | | | **$547,219.50** | **908.10** | | | |

---

[1] These amounts were adjusted to reflect 42.00 hours and $19,433.50 in fees which LS&E has voluntarily reduced.

[2] LS&E adjusted its hourly rate for this associate to (i) $675.00 effective as of August 1, 2017 and (ii) $700.00 effective as of August 1, 2018. Such increases were regular step increases and not a "rate increase" as defined in the U.S. Trustee Guidelines. Pursuant to the U.S. Trustee Guidelines, "rate increases" "exclude annual 'step increases' historically awarded by the firm in the ordinary course to attorneys throughout the firm due to advancing seniority and promotion." U.S. Trustee Guidelines ¶ B.2.d, n.2.

## EXHIBIT C

Summary of Compensation by Matter for the Period
from October 1, 2018 through January 31, 2019[1]

| Project Category | Total Billed Hours | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 25.90 | $19,848.00 |
| Fee Applications | 43.20 | $12,128.50 |
| Peaje v. PRHTA[2] | 1.20 | $796.50 |
| AMBAC v. PRHTA[3] | 5.20 | $4,051.00 |
| Assured v. PRHTA[4] | 22.70 | $17,669.50 |
| McKinsey Report | 809.90 | $492,726.00 |
| **TOTAL** | **908.10** | **$547,219.50** |

[1] These amounts were adjusted to reflect 42.00 hours and $19,433.50 in fees which LS&E has voluntarily reduced.

[2] Peaje Investments LLC v. Puerto Rico Highways & Transportation Authority, Case Nos. 17-151, 17-152 (D.P.R.), Case No. 17-2165 (1st Cir.)

[3] Ambac Assurance Corporation v. Puerto Rico Highways & Transportation Authority, Case No. 17-159 (D.P.R.), Case No. 18-1214 (1st Cir.)

[4] Assured Guaranty Corporation v. Puerto Rico Highways & Transportation Authority, Case No. 17-155 (D.P.R.), Case Nos. 18-1165, 18-1166 (1st Cir.)

## __EXHIBIT D__

Summary of Blended Hourly Rates and Comparable Hourly Rates of Timekeepers[1]

| Category of Timekeeper | Blended Hourly Rate | | |
| --- | --- | --- | --- |
| | Billed in this Fee Application | Billed for 2018 (excluding bankruptcy) | Billed for 2018 (excluding bankruptcy and legacy client) |
| Senior Partners | $800.00 | $759.00 | $759.93 |
| Senior Associates | $700.00 | $564.28 | $577.79 |
| **Attorney Total** | **$739.73** | **$702.27** | **$742.06** |
| Paralegals | $255.00 | $197.05 | $183.90 |
| **All Timekeepers** | **$602.60** | **$611.92** | **$639.04** |

---

[1] The difference in rates charged in this case versus other non-bankruptcy cases is attributable to three factors.  First, LS&E has long-standing rate schedule agreements with a small number of clients that have negotiated fixed "legacy" rates based on the significant volume of services LS&E provides to such clients which are below its customary rates.  The non-bankruptcy time billed by Stephan Hornung, the firm's only full-time senior associate, was primarily for one of those clients.  We have included a third column, which reflects the firm's blended hourly rates without including the hours worked for that client.  Second, as disclosed in Exhibit B, that senior associate's billing rate increased in August, 2018, and all of his time during this Compensation Period was billed subsequent to that rate increase.  Finally, LS&E is a small firm consisting of eight attorneys (four partners, two senior associates, one mid-level associate and one junior associate).  Staffing allocations can have a disproportionate and misleading impact on LS&E's blended hourly rates across a small sample size.

## <u>EXHIBIT E</u>

Summary of Reimbursable Expenses Incurred
for the Period October 1, 2018 through January 31, 2019

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Copying Charges – In House | $8.60 |
| Court/Conference Call Service | $202.88 |
| Court Document Retrieval | $252.30 |
| Legal Research | $33.88 |
| Meals | $22.62 |
| Taxi and Local Transportation | $780.40 |
| Travel | $13.45 |
| **TOTAL** | **$1,314.13** |

## **EXHIBIT F**

Budget Plan and Comparative Analysis Excluding the McKinsey Report Project Category[1]

| Fee Period | Budget Estimate | | Actual Billed | | Percentage Difference in Fees |
|---|---|---|---|---|---|
| | Estimated Hours | Estimated Fees | Hours Billed | Fees Sought | |
| October 1, 2018 to October 31, 2018 | N/A | $25,000.00 | 50.80 | $28,377.50 | 13.51% |
| November 1, 2018 to November 30, 2018 | N/A | $25,000.00 | 34.60 | $17,720.00 | -29.12% |
| December 1, 2018 to December 31, 2018 | N/A | $25,000.00 | 6.80 | $4,459.00 | -82.16% |
| January 1, 2019 to January 31, 2019 | N/A | $25,000.00 | 6.00 | $3,937.00 | -84.25% |
| **TOTAL** | **N/A** | **$100,000.00** | **98.20** | **$54,493.50** | **-45.51%** |

---

[1] Because LS&E performs work for the Oversight Board on an as needed basis, the amount of time it bills in any given month or Compensation Period can fluctuate substantially. Accordingly, there may be significant variations in budgeted and actual fees billed and the amount of time billed to the "Fee Applications" matter may constitute a larger percentage of LS&E's total fees billed during the Compensation Period than during other compensation periods. Additionally, because LS&E's estimated monthly budget is only $25,000, any unexpected additional work can have a significant impact on the percentage difference between budgeted and actual fees. As explained previously, LS&E did not learn until after it had completed its investigation and filed its McKinsey Report that its fees related to its investigation were subject to the Fee Examiner's budgeting requirement. Accordingly, no budgets were prepared for fees incurred in the project category.

## **EXHIBIT G-1**

Fifteenth Monthly Fee Statement
(October 2018)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## COVER SHEET TO FIFTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for October 2018.


_____

Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

**<u>Summary Sheet</u>**

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | October 1, 2018 to October 31, 2018 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $28,377.50 |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $25,539.75 |
| 10% Holdback: | $2,837.75 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $54.36 |

This is a: <u> X </u> monthly      ___ interim      ___ final statement.

This is Luskin, Stern & Eisler LLP's fifteenth monthly fee statement in these cases.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period October 1, 2018 through October 31, 2018[1]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 28.30 | $22,640.00 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 22.10 | $5,635.50 |
| Kathleen Feeney | Paralegal | N/A | $255.00 | 0.40 | $102.00 |
| **TOTAL** | | | | **50.80** | **$28,377.50** |

**Summary of Legal Fees
for the Period October 1, 2018 through October 31, 2018[2]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 6.90 | $5,302.00 |
| Fee Applications | 21.50 | $5,482.50 |
| Assured v. PRHTA[3] | 22.40 | $17,593.00 |
| **TOTAL** | **50.80** | **$28,377.50** |

**Summary of Reimbursable Expenses
for the Period October 1, 2018 through October 31, 2018**

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Court Document Retrieval | $12.90 |
| Taxi and Local Transportation | $41.46 |
| **TOTAL** | **$54.36** |

---

[1] These amounts reflect a total of 9.9 hours of time and $3,726.00 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[2] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[3] *Assured Guaranty Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 17-155 (D.P.R.), Case Nos. 18-1165, 18-1166 (1st Cir.).

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Fifteenth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from October 1, 2018, through October 31, 2018 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

### Relief Requested

1.      LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.      LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.      LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $28,377.50 |
| Total Expenses | $54.36 |
| Total | $28,431.86 |

4.      A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

3

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $25,594.11 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than November 30, 2018 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
November 15, 2018

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

**<u>EXHIBIT A</u>**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: November 30, 2018 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE FIFTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

I, Michael Luskin, hereby certify that:

1.       I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2. In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Fifteenth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated November 15, 2018 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of October 1, 2018 through and including October 31, 2018 (the "Statement Period").

3. With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities. All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated: New York, New York
November 15, 2018

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

## **<u>EXHIBIT B</u>**
Time and Expense Records

October 31, 2018

Bill #   5995    ML

Client/Matter #  0675-0002

Billed through   October 31, 2018

Financial Oversight and Management Board    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 10/01/18 | KF | L120 | A104 | Analysis/Strategy | 0.20  hrs |

review court docket, update case folder with current filings and
docket dates re: PREPA (Assured, relief from stay)

| | | | | | |
|---|---|---|---|---|---|
| 10/04/18 | KF | L120 | A104 | Analysis/Strategy | 0.20  hrs |

review court docket, update case folder with current filings and
docket dates re: PREPA (Assured, relief from stay)

| | | | | | |
|---|---|---|---|---|---|
| 10/30/18 | ML | L530 | A104 | Oral Argument | 4.00  hrs |

moot court preparation re: Aurelius Capital Master (1st Cir. Case
No. 18-1108) (1.3); review briefs on appeal for moot court prep
session re: same (2.7)

| | | | | | |
|---|---|---|---|---|---|
| 10/31/18 | ML | L530 | A104 | Oral Argument | 2.50  hrs |

moot court preparation re: Aurelius Capital Master (1st Cir. Case
No. 18-1108 (1.8); review briefs on appeal for moot court prep
session re: same (0.7)

| | | | | |
|---|---|---|---|---|
| Feeney, Kathleen | 0.40  hrs | 255.00  /hr | | $102.00 |
| Luskin, Michael | 6.50  hrs | 800.00  /hr | | $5,200.00 |
| | | | | --------------- |
| Total fees for this matter | 6.90  hrs | | | $5,302.00 |

DISBURSEMENTS

| | | | |
|---|---|---|---|
| CDR | Court Document Retrieval | | $1.90 |
| CDR | Court Document Retrieval | | $3.20 |
| TX | Catherine Trieu; Invoice # 10242018CTR; Taxi and Local Transportation -  Taxi home at 9:45 PM 675-2 | | $21.30 |
| TX | Catherine Trieu; Invoice # 10252018CTR; Taxi and Local Transportation - Taxi home at 9:45 PM 675-2 | | $20.16 |
| CDR | Court Document Retrieval | | $7.80 |

Financial Oversight and Mngmt                                    Bill number     5995
PROMESA                                                                Page     2

|  | TOTAL DISBURSEMENTS FOR THIS MATTER |  | $54.36 |

SUBMATTER FEE RECAP

| | | | |
|---|---|---|---|
| Analysis/Strategy | 0.40 | hrs | $102.00 |
| Oral Argument | 6.50 | hrs | $5,200.00 |
| | | | --------------- |
| Total | 6.90 | hrs | $5,302.00 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $5,302.00 |
| DISBURSEMENTS | $54.36 |
| | --------------- |
| TOTAL CHARGES | $5,356.36 |
| | --------------- |
| TOTAL BALANCE DUE | $5,356.36 |

October 31, 2018

Bill #    5996    ML

Client/Matter # 0675-0003

Billed through   October 31, 2018

Financial Oversight and Management Board                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/04/18 | SEH | B160 | A104 | Fee/Employment Applications | 1.00 | hrs |

[NOT BILLED] prepare for and participate in call with fee examiner; emails re: same

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/05/18 | SEH | B170 | A103 | Fee/Employment Objections | 1.00 | hrs |

[NOT BILLED] draft letter to fee examiner

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/09/18 | CDT | B160 | A103 | Fee/Employment Applications | 1.10 | hrs |

[NOT BILLED] review, revise and reconcile September invoices re: Fourteenth Monthly Fee Statement (0.8); draft initial statement and Title III declaration re: same (0.3)

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/09/18 | SEH | B170 | A103 | Fee/Employment Objections | 0.50 | hrs |

[NOT BILLED] revise letter to fee examiner

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/10/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.40 | hrs |

[NOT BILLED] review and further revise bills re: Fourteenth Monthly Fee Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/11/18 | CDT | B160 | A103 | Fee/Employment Applications | 1.20 | hrs |

[NOT BILLED] review and reconcile revised bills re: Fourteenth Monthly Fee Statement (0.3); revise and update fee analysis spreadsheet re: same (0.4); compile fee charts re: same (0.4); review payments re: Thirteenth Monthly Fee Statement (0.1)

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/12/18 | CDT | B160 | A103 | Fee/Employment Applications | 1.60 | hrs |

[NOT BILLED] review and further revise bills re: Fourteenth Monthly Fee Statement (0.1); review, revise and compile fee statement, exhibits and Title III declaration re: same (0.7); prepare and send draft statement and declaration to S. Hornung re: same (0.1); draft no objection statement re: same (0.1); update fee analysis spreadsheet re: same and initial Fourth Interim Fee Application analysis (0.6)

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/17/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.60 | hrs |

[NOT BILLED] review, revise and compile draft fee statement and

Financial Oversight and Mngmt          Bill number     5996
PROMESA Fee Applications                           Page    2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Title III declaration for M. Luskin review and related correspondence re: Fourteenth Monthly Fee Statement | | |
| 10/18/18 | CDT | B160 | A101 | Fee/Employment Applications [NOT BILLED] prepare, finalize and submit Fourteenth Monthly Fee Statement and related electronic billing data (0.7); docket related deadlines (0.1); revise no objection statement re: same (0.1); revise and update fee reconciliation spreadsheet re: same (0.2) | 1.10 | hrs |
| 10/23/18 | CDT | B160 | A103 | Fee/Employment Applications correspondence with S. Hornung re: Fourth Interim Fee Application and hearing on Third Interim Fee Application (0.1); review compensation order and interim fee deadlines re: same (0.1); review case docket and fee-related filings re: status of Fee Examiner Report on Third Interim Fees (0.1); review omnibus orders re: interim allowance of fees (0.1); review motion and order re: Fee Examiner Motion to Impose Presumptive Standards re: Fourth Interim Fee Application (0.2); begin initial draft re: same (0.7) | 1.30 | hrs |
| 10/24/18 | CDT | B160 | A104 | Fee/Employment Applications review LS&E's monthly fee statements, no objection statements, prior interim fee applications and payments received re: Fourth Interim Fee Application (0.7); compile and conduct analysis of budgeted v. actual fees, payments received and interim allowance amounts, holdback, blended rates, and related fee analysis per UST Guidelines re: same (3.2); review UST Guidelines re: same (0.2); draft summary cover sheet, fee charts and exhibits to interim application re: same (2.1) | 6.30 | hrs |
| 10/25/18 | CDT | B160 | A103 | Fee/Employment Applications review monthly fee statements and reconcile voluntary adjustment amounts re: Fourth Interim Fee Application (0.4); review and revise summary cover sheet and exhibits re: same (0.4); review docket and fee related filings (Fee Examiner Status Reports) for update on status of de minimis fee application review re: same (0.3); review prior LSE fee applications, Fee Examiner filings and memoranda, UST Guidelines and PR Dept. of Treasury memo re: same (0.6); continue draft re: same (3.5) | 5.20 | hrs |
| 10/26/18 | CDT | B160 | A103 | Fee/Employment Applications rate increase analysis re: Fourth Interim fees (0.3); review monthly fee statement exhibits re: Fourth Interim Fee Application (project matter detail) (1.4) continue draft Fourth Interim Fee Application (2.0) | 3.70 | hrs |
| 10/29/18 | SEH | B170 | A108 | Fee/Employment Objections [NOT BILLED] telephone call with Fee Examiner's counsel re Third Interim Fee Application | 0.20 | hrs |
| 10/30/18 | CDT | B160 | A103 | Fee/Employment Applications [NOT BILLED] office conference with S. Hornung re: Third Interm Fee Application, Fee Examiner recommendations (0.1); review and revise fee analysis and adjustment spreadsheets re: same and prior interim fees (0.7); review and revise no objection statement re: | 1.20 | hrs |

Financial Oversight and Mngmt                                    Bill number      5996
PROMESA Fee Applications                                              Page      3

|  |  | Fourteenth Monthly Fee Statement (0.4) |  |  |
|---|---|---|---|---|
| 10/30/18 CDT | B160 | A103 | Fee/Employment Applications | 1.70  hrs |

review case docket, status of Fee Examiner report and informative motions re: Third Interim Fee Application and 11/6 hearing (0.3); review, revise and continue draft Fourth Interim Fee Application (1.4)

| 10/31/18 CDT | B160 | A104 | Fee/Employment Applications | 3.30  hrs |
|---|---|---|---|---|

review court docket re: fee-related filings and status of Fee Examiner Third Interim Report (0.2); review Fee Examiner's Third Interim Report (0.6); review Presumptive Standards Motion and Order, previous Fee Examiner reports and confidential letter reports re: draft Fourth Interim Fee Application (0.5); related analysis re: same (0.7); continue draft re: same (1.3)

| Trieu, Catherine D. | 7.20  hrs | 0.00  /hr | $0.00 |
|---|---|---|---|
| Trieu, Catherine D. | 21.50  hrs | 255.00  /hr | $5,482.50 |
| Hornung, Stephan E. | 2.70  hrs | 0.00  /hr | $0.00 |
|  |  |  | --------------- |
| Total fees for this matter | 31.40  hrs |  | $5,482.50 |

SUBMATTER FEE RECAP

| Fee/Employment Applications | 29.70  hrs |  | $5,482.50 |
|---|---|---|---|
|  |  |  | --------------- |
| Total | 31.40  hrs |  | $5,482.50 |

BILLING SUMMARY

| FEES |  | $5,482.50 |
|---|---|---|
|  |  | --------------- |
| TOTAL CHARGES |  | $5,482.50 |
|  |  | --------------- |
| TOTAL BALANCE DUE |  | $5,482.50 |

October 31, 2018

Bill #   5998    ML

Client/Matter #  0675-0007

Billed through   October 31, 2018

Financial Oversight and Management Board                     Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: Assured v. PRHTA

PROFESSIONAL SERVICES RENDERED

| 10/10/18 | CDT | L120 | A104 | Analysis/Strategy | 0.30 | hrs |
|---|---|---|---|---|---|---|
| | | | | compile and review First Circuit docket, order and Appellant brief | | |
| 10/11/18 | ML | L500 | A104 | Appeal | 0.50 | hrs |
| | | | | review appellant additional briefing and cases cited | | |
| 10/15/18 | ML | L500 | A104 | Appeal | 1.50 | hrs |
| | | | | review cases cited in appellate brief for moot court prep | | |
| 10/16/18 | ML | L500 | A104 | Appeal | 0.80 | hrs |
| | | | | review court filings and emails re: appeal (0.4); moot court prep (0.4) | | |
| 10/21/18 | ML | L500 | A101 | Appeal | 3.00 | hrs |
| | | | | prepare for moot court re: 1st Circuit argument | | |
| 10/22/18 | ML | L500 | A104 | Appeal | 4.80 | hrs |
| | | | | moot court prep: draft questions (2.1); review cases (2.7) | | |
| 10/23/18 | ML | L500 | A104 | Appeal | 1.80 | hrs |
| | | | | moot court prep: review hearing transcript (1.2) and draft questions (0.6) | | |
| 10/24/18 | CDT | L500 | A104 | Appeal | 0.30 | hrs |
| | | | | compile and review First Circuit docket, Appellants' letters and Appellee response re: Rule 28(j) | | |
| 10/24/18 | ML | L500 | A104 | Appeal | 2.10 | hrs |
| | | | | review for Rule 28 letter submissions (1.0); revise moot prep outline and questions (1.1) | | |
| 10/25/18 | ML | L530 | A104 | Oral Argument | 2.80 | hrs |
| | | | | prepare for and attend moot court at Proskauer | | |
| 10/30/18 | ML | L530 | A104 | Oral Argument | 1.00 | hrs |
| | | | | moot court preparation (0.6); review briefs on appeal for moot court prep session (0.4) | | |
| 10/31/18 | ML | L530 | A109 | Oral Argument | 3.50 | hrs |
| | | | | attend moot court session at Proskauer | | |

Financial Oversight and Mngmt                                          Bill number      5998
Assured v. PRHTA                                                               Page      2

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 0.60 hrs | 255.00 /hr | $153.00 |
| Luskin, Michael | 21.80 hrs | 800.00 /hr | $17,440.00 |
| | | | --------------- |
| Total fees for this matter | 22.40 hrs | | $17,593.00 |

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Analysis/Strategy | 0.30 hrs | $76.50 |
| Appeal | 14.80 hrs | $11,676.50 |
| Oral Argument | 7.30 hrs | $5,840.00 |
| | | --------------- |
| Total | 22.40 hrs | $17,593.00 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $17,593.00 |
| | --------------- |
| TOTAL CHARGES | $17,593.00 |
| | --------------- |
| TOTAL BALANCE DUE | $17,593.00 |

## **EXHIBIT G-2**

Sixteenth Monthly Fee Statement
(November 2018)

**Objection Deadline: December 28, 2018 at 4:00 p.m. (AST)**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**COVER SHEET TO SIXTEENTH MONTHLY FEE STATEMENT OF
LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES
RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, FOR THE PERIOD FROM
<u>NOVEMBER 1, 2018 THROUGH NOVEMBER 30, 2018</u>**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE
INCURRED OUTSIDE OF PUERTO RICO**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for November 2018.


Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

## **Summary Sheet**

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | November 1, 2018 to November 30, 2018 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $17,720.00 |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $15,948.00 |
| 10% Holdback: | $1,772.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a: _X_ monthly      ___ interim    ___ final statement.

This is Luskin, Stern & Eisler LLP's sixteenth monthly fee statement in these cases.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period November 1, 2018 through November 30, 2018[1]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 15.10 | $12,080.00 |
| Stephan E. Hornung | Associate | 2008 | $700.00 | 1.50 | $1,050.00 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 17.80 | $4,539.00 |
| Kathleen Feeney | Paralegal | N/A | $255.00 | 0.20 | $51.00 |
| **TOTAL** | | | | **34.60** | **$17,720.00** |

**Summary of Legal Fees
for the Period November 1, 2018 through November 30, 2018[2]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 10.10 | $7,971.00 |
| Fee Applications | 18.70 | $5,436.00 |
| Peaje vs. PRHTA[3] | 0.50 | $236.50 |
| AMBAC v. PRHTA[4] | 5.00 | $4,000.00 |
| Assured v. PRHTA[5] | 0.30 | $76.50 |
| **TOTAL** | **34.60** | **$17,720.00** |

---

[1] These amounts reflect a total of 9.40 hours of time and $3,378.00 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[2] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[3] *Peaje Investments LLC v. Puerto Rico Highways & Transportation Authority*, Case Nos. 17-151, 17-152 (D.P.R.), Case No. 17-2165 (1st Cir.)

[4] *Ambac Assurance Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 18-1214 (1st Cir.)

[5] *Assured Guaranty Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 17-155 (D.P.R.), Case Nos. 18-1165, 18-1166 (1st Cir.)

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Sixteenth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from November 1, 2018, through November 30, 2018 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

## Relief Requested

1.     LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.     LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.     LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $17,720.00 |
| Total Expenses | $0.00 |
| Total | $17,720.00 |

4.     A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

3

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $15,948.00 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached <u>Exhibit C</u> (together, as further defined in the Compensation Order, the "<u>Notice Parties</u>").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than December 28, 2018 at 4:00 p.m. Atlantic Standard Time (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
        December 14, 2018

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

**<u>EXHIBIT A</u>**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: December 28, 2018 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE SIXTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2018 THROUGH NOVEMBER 30, 2018

I, Michael Luskin, hereby certify that:

1.      I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Sixteenth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated December 14, 2018 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of November 1, 2018 through and including November 30, 2018 (the "Statement Period").

3.      With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated: New York, New York
       December 14, 2018

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

**<u>EXHIBIT B</u>**
Time and Expense Records

November 30, 2018

Bill #   6093   ML

Client/Matter #  0675-0002

Billed through   November 30, 2018

Financial Oversight and Management Board                                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA

PROFESSIONAL SERVICES RENDERED

| 11/01/18 | ML | L500 | A101 | Appeal | 6.00 | hrs |
|----------|----|------|------|--------|------|-----|

prepare for moot court argument at Proskauer re: Aurelius Capital
Master (3.3); attend moot court at Proskauer re: same (2.7)

| 11/02/18 | ML | L500 | A104 | Appeal | 3.50 | hrs |
|----------|----|------|------|--------|------|-----|

draft follow-up questions for appellate argument based on
argument outline and moot sessions re: Aurelius Capital Master (1st
Cir. Case No. 18-1108) (2.3); draft and revise additional questions re:
same (0.6); emails re: same (0.6)

| 11/03/18 | ML | L500 | A108 | Appeal | 0.40 | hrs |
|----------|----|------|------|--------|------|-----|

emails with Proskauer team re: follow-up questions for oral
argument (Aurelius Capital Master)

| 11/05/18 | ML | L500 | A109 | Appeal | 0.80 | hrs |
|----------|----|------|------|--------|------|-----|

[NOT BILLED] listen to audio transcript of First Circuit argument
re: Aurelius Capital Master

| 11/30/18 | KF | C300 | A104 | Analysis and Advice | 0.20 | hrs |
|----------|----|------|------|---------------------|------|-----|

review court filing, update case folder, docket court date

| Feeney, Kathleen | 0.20 | hrs | 255.00 | /hr | $51.00 |
|------------------|------|-----|--------|-----|--------|
| Luskin, Michael | 0.80 | hrs | 0.00 | /hr | $0.00 |
| Luskin, Michael | 9.90 | hrs | 800.00 | /hr | $7,920.00 |
| | | | | | --------------- |
| Total fees for this matter | 10.90 | hrs | | | $7,971.00 |

Financial Oversight and Mngmt                                      Bill number      6093
PROMESA                                                                    Page      2


SUBMATTER FEE RECAP

|  | Analysis and Advice | 0.20 | hrs | $51.00 |
|---|---|---|---|---|
|  | Appeal | 10.70 | hrs | $7,920.00 |
|  |  |  |  | --------------- |
|  | Total | 10.90 | hrs | $7,971.00 |

BILLING SUMMARY

|  | FEES |  | $7,971.00 |
|---|---|---|---|
|  |  |  | --------------- |
|  | TOTAL CHARGES |  | $7,971.00 |
|  |  |  | --------------- |
|  | TOTAL BALANCE DUE |  | $7,971.00 |

November 30, 2018

Bill #   6094    ML

Client/Matter #  0675-0003

Billed through   November 30, 2018

Financial Oversight and Management Board                                    Tax ID 13-3524567

Attn: Ms. Vizcarrondo

P.O. Box 195556

San Juan, PR  00919-5556

Re: PROMESA Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 11/01/18 | CDT | B160 | A104 | Fee/Employment Applications [NOT BILLED] review, revise and compile draft no objection statement (request for payment net of excess payments) re: Fourteenth Monthly Fee Statement (0.7); email to S. Hornung re: same (0.1) | 0.80  hrs |
| 11/01/18 | CDT | B160 | A103 | Fee/Employment Applications complete draft re: Fourth Interim Fee Application (0.5); review, revise, reconcile, cite and reference check application re: same (2.7) | 3.20  hrs |
| 11/02/18 | CDT | B160 | A103 | Fee/Employment Applications [NOT BILLED] finalize and compile no objection statement and Title III declaration re: Fourteenth Monthly Fee Statement (0.2); draft distribution email re: same (0.3) | 0.50  hrs |
| 11/02/18 | CDT | B160 | A103 | Fee/Employment Applications correspondence with M. Luskin and S. Hornung re: urgent informative motion, Nov. 7-8 omnibus hearing on Fee Examiner Third Interim Report (0.3); telephone call and correspondence with D. Perez (PR counsel) re: same (0.2); review docket, notice on procedures and Fee Examiner Third Interim Report re: same (0.4); draft, revise, finalize and compile urgent informative motion re: same (1.2) | 2.10  hrs |
| 11/05/18 | CDT | B160 | A104 | Fee/Employment Applications correspondence with D. Perez (PR local counsel) and review filed notice re: Urgent Informative Motion (Nov. 7-8, 2018 hearing on Fee Examiner Third Interim Report) (0.1); review docket and filed motion re: same (0.1); review and revise draft re: Fourth Interim Fee Application (2.6) | 2.80  hrs |
| 11/06/18 | CDT | B160 | A103 | Fee/Employment Applications review recent payments received (September), revise and reconcile fee analysis, including credit of Second Interim overpayment | 3.00  hrs |

Financial Oversight and Mngmt                                    Bill number      6094
PROMESA Fee Applications                                              Page      2

amounts re: Fourth Interim Fee Application (0.4); revise summary
cover sheet, fee charts and draft re: same (1.2); review, finalize and
compile draft re: same (0.8); draft summary email, prepare and send
S. Hornung draft and support re: same (0.4); compile materials for
M. Luskin re: Nov. 7-8 omnibus hearing (Fee Examiner Third
Interim Report) (0.1); review docket re: same (0.1)

| 11/07/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.10 | hrs |

review docket and filings for status re: Nov. 7-8 hearing and order
on Third Interim Fee Applications

| 11/08/18 | CDT | B160 | A104 | Fee/Employment Applications | 1.50 | hrs |

[NOT BILLED] review, revise and reconcile October bills re:
Fifteenth Monthly Fee Statement (1.2); office conference with S.
Hornung re: same (0.1); draft initial statement re: same (0.2)

| 11/08/18 | CDT | B160 | A104 | Fee/Employment Applications | 1.60 | hrs |

review docket and filing (minute entry) re: Nov. 7-8 hearing and
status of order allowing Third Interim Fee Application (0.2); review
S. Hornung comments and related office conference re: Fourth
Interim Fee Application (0.3); revise draft re: same (0.5); compile
and send draft to M. Luskin for review re: same (0.1); review
Seventh Amended Case Management Procedures and redline of
changes re: same (0.3); draft notice of filing re: same (0.2)

| 11/08/18 | SEH | B160 | A103 | Fee/Employment Applications | 0.90 | hrs |

review interim fee application (0.7); office conference with C. Trieu
re: same (0.2)

| 11/09/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.60 | hrs |

review docket and order allowing Third Interim Fee Application
(0.1); emails with M. Luskin and S. Hornung re: same (0.1); draft
email request for payment of holdback re: same (0.2); revise draft
Fourth Interim Fee Application re: same (0.2)

| 11/09/18 | CDT | B160 | A103 | Fee/Employment Applications | 2.00 | hrs |

[NOT BILLED] review and further revise invoices re: Fifteenth
Monthly Fee Statement (0.7); fee analysis and update spreadsheet re:
same (0.4); draft fee charts and revise statement re: same (0.8); draft
Title III declaration re: same (0.1)

| 11/13/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.80 | hrs |

[NOT BILLED] review, revise and compile initial draft and exhibits
re: Fifteenth Monthly Fee Statement

| 11/13/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.70 | hrs |

review M. Luskin comments re: Fourth Interim Fee Application
(0.1); revise and compile draft and exhibits re: same (0.5); office
conference with S. Hornung re: same (0.1)

| 11/13/18 | SEH | B160 | A105 | Fee/Employment Applications | 0.10 | hrs |

office conference with C. Trieu re: fee application

| 11/14/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.60 | hrs |

[NOT BILLED] review and compile statement and declaration for
M. Luskin review re: Fifteenth Monthly Fee Statement (0.1); review

Financial Oversight and Mngmt                                          Bill number     6094
PROMESA Fee Applications                                                       Page      3

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | expense support and prepare electronic billing data re: same (0.3); correspondence with M. Luskin and S. Hornung re: same (0.1); draft distribution emails re: same (0.1) |  |  |  |  |
| 11/14/18 | CDT | B160    A103    Fee/Employment Applications<br>office conference with S. Hornung, review additional comments and revise draft re: Fourth Interim Fee Application |  |  | 0.60 | hrs |
| 11/14/18 | SEH | B160    A104    Fee/Employment Applications<br>review and revise interim fee application (0.4); office conference with C. Trieu re: same (0.1) |  |  | 0.50 | hrs |
| 11/15/18 | CDT | B160    A103    Fee/Employment Applications<br>[NOT BILLED] review, revise, finalize and distribute Fifteenth Monthly Fee Statement, expense support and electronic billing data |  |  | 0.40 | hrs |
| 11/15/18 | CDT | B160    A104    Fee/Employment Applications<br>review final draft Fourth Interim Fee Application |  |  | 0.40 | hrs |
| 11/16/18 | CDT | B160    A104    Fee/Employment Applications<br>review, finalize, compile and submit notice of filing and application to PR counsel for filing re: Fourth Interim Fee Application (0.7); review docket and correspondence with PR counsel re: same (0.2) |  |  | 0.90 | hrs |
| 11/19/18 | CDT | B160    A106    Fee/Employment Applications<br>telephone call and correspondence with D. Perez (PR counsel) and Prime Clerk re: Fourth Interim Fee Application filing and service status (0.2); review of docket and case management procedures re: same (0.4); compile and review filed application and correspondence with S. Hornung re: same (0.1) |  |  | 0.70 | hrs |
| 11/19/18 | CDT | B160    A103    Fee/Employment Applications<br>[NOT BILLED] draft no objection statement re: Fifteenth Monthly Fee Statement (0.2); revise and update fee analysis spreadsheet (0.4) |  |  | 0.60 | hrs |
| 11/27/18 | CDT | B160    A104    Fee/Employment Applications<br>review docket, filing and correspondence re: additional presumptive standards |  |  | 0.50 | hrs |
| 11/30/18 | CDT | B160    A103    Fee/Employment Applications<br>[NOT BILLED] revise and compile no objection statement and Title III declaration re: Fifteenth Monthly Fee Statement (0.2); draft distribution email  and related email to S. Hornung re: same (0.2) |  |  | 0.40 | hrs |

| | | | | |
|---|---|---|---|---|
| Trieu, Catherine D. | 7.60 hrs | 0.00 /hr | $0.00 |
| Trieu, Catherine D. | 17.20 hrs | 255.00 /hr | $4,386.00 |
| Hornung, Stephan E. | 1.50 hrs | 700.00 /hr | $1,050.00 |
| | | | --------------- |
| Total fees for this matter | 26.30 hrs | | $5,436.00 |

Financial Oversight and Mngmt                                    Bill number      6094
PROMESA Fee Applications                                                Page      4


SUBMATTER FEE RECAP

      Fee/Employment Applications          26.30  hrs                  $5,436.00
                                                                    ---------------
      Total                                26.30  hrs                  $5,436.00

BILLING SUMMARY

      FEES                                                              $5,436.00

                                                                    ---------------
      TOTAL CHARGES                                                     $5,436.00

                                                                    ---------------
      TOTAL BALANCE DUE                                                 $5,436.00

November 30, 2018
Bill #   6096    ML
Client/Matter #  0675-0005
Billed through   November 30, 2018

Financial Oversight and Management Board                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: Peaje v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 11/01/18  CDT | L120 | A104 | Analysis/Strategy | 0.30  hrs |

compile and review Supreme Court letter notice, docket and
petition re: writ of certiorari (Peaje v. FOMB/PRHTA)

| | | | | |
|---|---|---|---|---|
| 11/15/18  ML | L120 | A106 | Analysis/Strategy | 0.20  hrs |

email Proskauer re: status report

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 0.30  hrs | 255.00  /hr | $76.50 |
| Luskin, Michael | 0.20  hrs | 800.00  /hr | $160.00 |
| | | | --------------- |
| Total fees for this matter | 0.50  hrs | | $236.50 |

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Analysis/Strategy | 0.50  hrs | $236.50 |
| | | --------------- |
| Total | 0.50  hrs | $236.50 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $236.50 |
| | --------------- |
| TOTAL CHARGES | $236.50 |
| | --------------- |
| TOTAL BALANCE DUE | $236.50 |

November 30, 2018
Bill #   6098   ML
Client/Matter #  0675-0006
Billed through   November 30, 2018

Financial Oversight and Management Board                                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: AMBAC v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/26/18  ML | L500 | A101 | Appeal | | | 1.80  hrs |
| | | prepare for moot court at Proskauer | | | | |
| 11/27/18  ML | L500 | A101 | Appeal | | | 3.20  hrs |
| | | prepare for and attend moot court at Proskauer (2.8); telephone call with counsel re: appeal panel and email re: same (0.4) | | | | |

|  | | | |
|---|---|---|---|
| Luskin, Michael | 5.00  hrs | 800.00  /hr | $4,000.00 |
| | | | --------------- |
| Total fees for this matter | 5.00  hrs | | $4,000.00 |

SUBMATTER FEE RECAP

|  | | |
|---|---|---|
| Appeal | 5.00  hrs | $4,000.00 |
| | | --------------- |
| Total | 5.00  hrs | $4,000.00 |

BILLING SUMMARY

|  | |
|---|---|
| FEES | $4,000.00 |
| | --------------- |
| TOTAL CHARGES | $4,000.00 |
| | --------------- |
| TOTAL BALANCE DUE | $4,000.00 |

November 30, 2018

Bill #   6097     ML

Client/Matter #  0675-0007

Billed through   November 30, 2018

Financial Oversight and Management Board                          Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: Assured v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 11/05/18  CDT | L530 | A104 | Oral Argument | 0.30 | hrs |

review First Circuit docket, compile and distribute audio transcript
of oral arguments

| | | | | | |
|---|---|---|---|---|---|
| 11/05/18  ML | L500 | A109 | Appeal | 1.00 | hrs |

[NOT BILLED] review audio transcript re: First Circuit argument

| | | | | |
|---|---|---|---|---|
| Trieu, Catherine D. | 0.30  hrs | 255.00  /hr | | $76.50 |
| Luskin, Michael | 1.00  hrs | 0.00  /hr | | $0.00 |
| | | | | --------------- |
| Total fees for this matter | 1.30  hrs | | | $76.50 |

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Oral Argument | 0.30  hrs | $76.50 |
| | | --------------- |
| Total | 1.30  hrs | $76.50 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $76.50 |
| | --------------- |
| TOTAL CHARGES | $76.50 |
| | --------------- |
| TOTAL BALANCE DUE | $76.50 |

## **EXHIBIT G-3**

Seventeenth Monthly Fee Statement
(December 2018)

**Objection Deadline: January 29, 2019 at 4:00 p.m. (AST)**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## COVER SHEET TO SEVENTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018

## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for December 2018.

Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

**<u>Summary Sheet</u>**

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | December 1, 2018 to December 31, 2018 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $4,459.00[1] |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $4,013.10 |
| 10% Holdback: | $445.90 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $10.20 |

This is a: _X_ monthly    ___ interim    ___ final statement.

This is Luskin, Stern & Eisler LLP's seventeenth monthly fee statement in these cases.

---

[1] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period December 1, 2018 through December 31, 2018**[2]

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 5.00 | $4,000.00 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 1.00 | $255.00 |
| Kathleen Feeney | Paralegal | N/A | $255.00 | 0.80 | $204.00 |
| **TOTAL** | | | | **6.80** | **$4,459.00** |

**Summary of Legal Fees
for the Period December 1, 2018 through December 31, 2018**[3]

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 5.80 | $4,204.00 |
| Fee Applications | 0.80 | $204.00 |
| AMBAC v. PRHTA[4] | 0.20 | $51.00 |
| **TOTAL** | **6.80** | **$4,459.00** |

**Summary of Reimbursable Expenses
for the Period December 1, 2018 through December 31, 2018**

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Court Document Retrieval | $10.20 |
| **TOTAL** | **$10.20** |

---

[2] These amounts reflect a total of 5.80 hours of time and $2,296.50 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[3] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[4] *Ambac Assurance Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 18-1214 (1st Cir.)

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Seventeenth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from December 1, 2018, through December 31, 2018 (the "Statement Period").  In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

### Relief Requested

1.     LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order.  All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.     LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.     LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $4,459.00 |
| Total Expenses | $10.20 |
| Total | $4,469.20 |

4.     A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $4,023.30 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.[5]

**Notice and Objection Procedures**

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than January 29, 2019 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

---

[5] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

Dated: New York, New York
      January 15, 2019

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

## **EXHIBIT A**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: January 29, 2019 at 4:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE SEVENTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

I, Michael Luskin, hereby certify that:

1.      I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Seventeenth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated January 15, 2019 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of December 1, 2018 through and including December 31, 2018 (the "Statement Period").

3.      With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated:  New York, New York
        January 15, 2019

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

## **EXHIBIT B**
Time and Expense Records

December 31, 2018

Bill #   6149    ML

Client/Matter #  0675-0002

Billed through   December 31, 2018

Financial Oversight and Management Board          Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 12/07/18 | ML | L500 | A104 | Appeal | 1.50  hrs |
| | | [NOT BILLED] First Circuit argument re: appointment clause case | | | |
| 12/12/18 | KF | L500 | A104 | Appeal | 0.20  hrs |
| | | review current court filings, revise case folder and docket dates re: Altair v. ERS (1st Circuit Case No. 18-1836) | | | |
| 12/20/18 | KF | L500 | A104 | Appeal | 0.40  hrs |
| | | compile binder with appeal documents re: Altair v. ERS (1st Circuit Case No. 18-1836) | | | |
| 12/26/18 | ML | L500 | A104 | Appeal | 1.50  hrs |
| | | review appeal papers and draft moot court prep material re: Altair v. ERS (1st Circuit Case No. 18-1836) | | | |
| 12/27/18 | CDT | B110 | A104 | Case Administration | 0.20  hrs |
| | | review latest amended Case Management Procedures Order re: omnibus hearing dates (0.1); review Commonwealth docket re: administrative filings (0.1) | | | |
| 12/27/18 | ML | L500 | A101 | Appeal | 1.50  hrs |
| | | moot court prep re: Altair v. ERS (1st Circuit Case No. 18-1836) | | | |
| 12/28/18 | ML | L500 | A107 | Appeal | 2.00  hrs |
| | | conference with J. Levitan re: moot court prep (Altair v. ERS (1st Circuit Case No. 18-1836)) (0.2); research and revise moot court prep outline re: same (1.8) | | | |

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 0.20  hrs | 255.00  /hr | $51.00 |
| Feeney, Kathleen | 0.60  hrs | 255.00  /hr | $153.00 |
| Luskin, Michael | 1.50  hrs | 0.00  /hr | $0.00 |
| Luskin, Michael | 5.00  hrs | 800.00  /hr | $4,000.00 |
| | | | --------------- |
| Total fees for this matter | 7.30  hrs | | $4,204.00 |

Financial Oversight and Mngmt                                    Bill number    6149
PROMESA                                                              Page    2


DISBURSEMENTS

     CDR    Court Document Retrieval                              $10.20

     TOTAL DISBURSEMENTS FOR THIS MATTER                    $10.20

SUBMATTER FEE RECAP

     Case Administration              0.20  hrs              $51.00

     Appeal                           7.10  hrs           $4,153.00
                                   ---------------
     Total                            7.30  hrs           $4,204.00

BILLING SUMMARY

     FEES                                                 $4,204.00

     DISBURSEMENTS                                           $10.20
                                   ---------------
     TOTAL CHARGES                                        $4,214.20

                                   ---------------
     TOTAL BALANCE DUE                                    $4,214.20

December 31, 2018

Bill #   6150   ML

Client/Matter #  0675-0003

Billed through   December 31, 2018

Financial Oversight and Management Board
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Tax ID 13-3524567

Re: PROMESA Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 12/06/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.60  hrs |
| | | | | [NOT BILLED] draft initial statement and Title III declaration re: Sixteenth Monthly Fee Statement (0.3); review November bills re: same (0.3) | |
| 12/07/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.40  hrs |
| | | | | [NOT BILLED] review and revise Nov. bills re: Sixteenth Monthly Fee Statement | |
| 12/10/18 | CDT | B160 | A103 | Fee/Employment Applications | 0.80  hrs |
| | | | | [NOT BILLED] review and further revise Nov. bills re: Sixteenth Monthly Fee Statement | |
| 12/11/18 | CDT | B160 | A103 | Fee/Employment Applications | 1.90  hrs |
| | | | | [NOT BILLED] review November bills and compile exhibits re: Sixteenth Monthly Fee Statement (0.5); revise and update fee analysis spreadsheet re: same (0.4); draft summary fee charts re: same (0.4); revise and compile statement for S. Hornung review re: same (0.5); revise Title III declaration re: same (0.1) | |
| 12/13/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.10  hrs |
| | | | | [NOT BILLED] revise, finalize and compile statement and exhibits and correspondence with M. Luskin re: Sixteenth Monthly Fee Statement | |
| 12/14/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.20  hrs |
| | | | | [NOT BILLED] finalize and submit statement and supporting materials to notice parties and Fee Examiner re: Sixteenth Monthly Fee Statement | |
| 12/14/18 | CDT | B160 | A104 | Fee/Employment Applications | 0.80  hrs |
| | | | | review Commonwealth docket and fee related filings re: Fee Examiner Supplemental Report on Third Interim Fee Applications, Motion to Impose Additional Presumptive Standards and related Certification of Counsel (0.6); email to M. Luskin, L. Chapman and | |

Financial Oversight and Mngmt                                    Bill number      6150
PROMESA Fee Applications                                               Page      2

|  |  |  |  |  |
|--|--|--|--|--|
| | S. Hornung re: same (0.2) | | | |
| 12/27/18  CDT | B160      A103      Fee/Employment Applications | | | 0.30  hrs |
| | [NOT BILLED] review Sixteenth Monthly Fee Statement, draft no objection statement and revise Title III declaration | | | |

| | | | |
|--|--|--|--|
| Trieu, Catherine D. | 4.30  hrs | 0.00  /hr | $0.00 |
| Trieu, Catherine D. | 0.80  hrs | 255.00  /hr | $204.00 |
| | | | --------------- |
| Total fees for this matter | 5.10  hrs | | $204.00 |

SUBMATTER FEE RECAP

| | | |
|--|--|--|
| Fee/Employment Applications | 5.10  hrs | $204.00 |
| | | --------------- |
| Total | 5.10  hrs | $204.00 |

BILLING SUMMARY

| | |
|--|--|
| FEES | $204.00 |
| | --------------- |
| TOTAL CHARGES | $204.00 |
| | --------------- |
| TOTAL BALANCE DUE | $204.00 |

December 31, 2018
Bill #   6153     ML
Client/Matter #  0675-0006
Billed through   December 31, 2018

Financial Oversight and Management Board                         Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: AMBAC v. PRHTA

PROFESSIONAL SERVICES RENDERED

12/12/18  KF     L100       A104       Case Assessment, Development                        0.20  hrs
                            review current court filings, revise case folder and docket dates

                Feeney, Kathleen           0.20  hrs       255.00  /hr              $51.00
                                                                                ---------------
                Total fees for this matter     0.20  hrs                             $51.00

SUBMATTER FEE RECAP

                Case Assessment, Development          0.20  hrs                      $51.00
                                                                                ---------------
                Total                              0.20  hrs                          $51.00

BILLING SUMMARY

                FEES                                                                 $51.00

                                                                                ---------------
                TOTAL CHARGES                                                        $51.00

                                                                                ---------------
                TOTAL BALANCE DUE                                                    $51.00

**EXHIBIT G-4**

Eighteenth Monthly Fee Statement
(January 2019)

**Objection Deadline: March 6, 2019 at 4:00 p.m. (AST)**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## COVER SHEET TO EIGHTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM <u>JANUARY 1, 2019 THROUGH JANUARY 31, 2019</u>

### ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Monthly Fee

Statement for January 2019.


_____

Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | January 1, 2019 to January 31, 2019 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $3,937.00[1] |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $3,543.30 |
| 10% Holdback: | $393.70 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $17.00 |

This is a: _X_ monthly    ___ interim    ___ final statement.

This is Luskin, Stern & Eisler LLP's eighteenth monthly fee statement in these cases.

---

[1] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period January 1, 2019 through January 31, 2019[2]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 3.60 | $2,880.00 |
| Lucia T. Chapman | Associate | 1984 | $700.00 | 0.50 | $350.00 |
| Stephan E. Hornung | Associate | 2008 | $700.00 | 0.50 | $350.00 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 1.20 | $306.00 |
| Kathleen Feeney | Paralegal | N/A | $255.00 | 0.20 | $51.00 |
| **TOTAL** | | | | **6.00** | **$3,937.00** |

**Summary of Legal Fees
for the Period January 1, 2019 through January 31, 2019[3]**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| Bankruptcy Litigation | 3.10 | $2,371.00 |
| Fee Applications | 2.20 | $1,006.00 |
| Peaje v. PRHTA[4] | 0.70 | $560.00 |
| AMBAC v. PRHTA[5] | 0.00 | $0.00 |
| **TOTAL** | **6.00** | **$3,937.00** |

**Summary of Reimbursable Expenses
for the Period January 1, 2019 through January 31, 2019**

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Copying Charges | $8.60 |
| Court Document Retrieval | $8.40 |
| **TOTAL** | **$17.00** |

---

[2] These amounts reflect a total of 7.10 hours of time and $3,173.00 of fees which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

[3] Because LS&E performs work for the Oversight Board on an *ad hoc* basis, the amount of time it bills in any given month can fluctuate substantially.

[4] *Peaje Investments LLC v. Puerto Rico Highways & Transportation Authority*, Case Nos. 17-151, 17-152 (D.P.R.), Case No. 17-2165 (1st Cir.)

[5] *Ambac Assurance Corporation v. Puerto Rico Highways & Transportation Authority*, Case No. 18-1214 (1st Cir.)

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Eighteenth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from January 1, 2019, through January 31, 2019 (the "Statement Period"). In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

**Relief Requested**

1.     LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order. All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.     LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.     LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $3,937.00 |
| Total Expenses | $17.00 |
| Total | $3,954.00 |

4.     A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $3,560.30 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.[6]

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than March 6, 2019 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

---

[6] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

Dated: New York, New York
February 20, 2019

Respectfully submitted,

/s/ Michael Luskin
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

## **EXHIBIT A**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: March 6, 2019 at 4:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE EIGHTEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2019 THROUGH JANUARY 31, 2019**

I, Michael Luskin, hereby certify that:

1.      I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036.  LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.      In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Eighteenth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated February 20, 2019 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of January 1, 2019 through and including January 31, 2019 (the "Statement Period").

3.      With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities.  All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated:  New York, New York
February 20, 2019

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:  (212) 597-8200
Facsimile:  (212) 974-3205
luskin@lsellp.com

# **EXHIBIT B**

Time and Expense Records

January 31, 2019

Bill #   6247   ML

Client/Matter #  0675-0002

Billed through   January 31, 2019

Financial Oversight and Management Board                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 01/02/19 | ML | L120 | A104 | Analysis/Strategy | 2.30  hrs |

prepare for and attend moot court appeal preparation at Proskauer
re:  Altair v. ERS (1st Circuit Case No. 18-1836)

| | | | | | |
|---|---|---|---|---|---|
| 01/11/19 | KF | C300 | A104 | Analysis and Advice | 0.20  hrs |

review docket re: recent filings and deadlines

| | | | | | |
|---|---|---|---|---|---|
| 01/31/19 | ML | L500 | A104 | Appeal | 0.60  hrs |

review First Circuit decision re: perfection of bondholder lien (Altair
v. ERS, Case No. 18-1836)

| | | | | |
|---|---|---|---|---|
| Feeney, Kathleen | 0.20  hrs | 255.00  /hr | | $51.00 |
| Luskin, Michael | 2.90  hrs | 800.00  /hr | | $2,320.00 |
| | | | | --------------- |
| Total fees for this matter | 3.10  hrs | | | $2,371.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| CC | Copying Charges - In House | $8.60 |
| CDR | Court Document Retrieval | $8.40 |
| | | |
| | TOTAL DISBURSEMENTS FOR THIS MATTER | $17.00 |

Financial Oversight and Mngmt                                    Bill number      6247
PROMESA                                                                    Page      2


SUBMATTER FEE RECAP

|  | Analysis and Advice | 0.20 | hrs | $51.00 |
|---|---|---|---|---|
|  | Analysis/Strategy | 2.30 | hrs | $1,840.00 |
|  | Appeal | 0.60 | hrs | $480.00 |
|  |  |  |  | --------------- |
|  | Total | 3.10 | hrs | $2,371.00 |

BILLING SUMMARY

|  | FEES |  |  | $2,371.00 |
|---|---|---|---|---|
|  | DISBURSEMENTS |  |  | $17.00 |
|  |  |  |  | --------------- |
|  | TOTAL CHARGES |  |  | $2,388.00 |
|  |  |  |  | --------------- |
|  | TOTAL BALANCE DUE |  |  | $2,388.00 |

January 31, 2019

Bill #    6248    ML

Client/Matter #  0675-0003

Billed through   January 31, 2019

Financial Oversight and Management Board                                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: PROMESA Fee Applications

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 01/02/19 | CDT | B160    A104    Fee/Employment Applications<br>[NOT BILLED] finalize no objection statement and declaration re:<br>Sixteenth Monthly Fee Statement | | 0.20 | hrs |
| 01/09/19 | CDT | B160    A103    Fee/Employment Applications<br>[NOT BILLED] review and revise Dec. bills re: Seventeenth Monthly<br>Fee Statement | | 0.40 | hrs |
| 01/10/19 | CDT | B160    A103    Fee/Employment Applications<br>[NOT BILLED] draft initial statement, declaration and no objection<br>statement re: Seventeenth Monthly Fee Statement | | 0.70 | hrs |
| 01/11/19 | CDT | B160    A103    Fee/Employment Applications<br>[NOT BILLED] review revised December bills re: Seventeenth<br>Monthly Fee Statement (0.2); revise, compile and send draft<br>statement and declaration to S. Hornung for review re: same (0.4);<br>revise and update fee reconciliation spreadsheet re: same (0.3) | | 0.90 | hrs |
| 01/11/19 | CDT | B160    A104    Fee/Employment Applications<br>review Fee Examiner memo re: status and Act 257 (0.3); review PR<br>tax amendment and related publications re: same (0.4) | | 0.70 | hrs |
| 01/14/19 | CDT | B160    A103    Fee/Employment Applications<br>[NOT BILLED] review final Dec. bills re: Seventeenth Monthly Fee<br>Statement (0.2); finalize, compile and send statement, declaration<br>and exhibits to M. Luskin re: same (0.3) | | 0.50 | hrs |
| 01/15/19 | CDT | B160    A104    Fee/Employment Applications<br>review correspondence with M. Luskin and J. El Koury, and related<br>review of Fee Examiner memo re: Act 257 and tax withholding<br>issues (0.4); correspondence with S. Hornung re: same (0.1) | | 0.50 | hrs |
| 01/15/19 | CDT | B160    A103    Fee/Employment Applications<br>[NOT BILLED] revise and compile statement re: Seventeenth<br>Monthly Fee Statement (0.5); review and revise declaration and no<br>objection statement re: same (0.3); correspondence with M. Luskin | | 1.90 | hrs |

Financial Oversight and Mngmt                                                    Bill number      6248
PROMESA Fee Applications                                                              Page      2

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | and S. Hornung re: same (0.1); draft emails, finalize and distribute statement and support to Fee Examiner and notice parties re: same (0.4); prepare declaration and no objection statement and draft distribution email re: same (0.3); revise and update fee analysis spreadsheet re: same (0.3) | | | |
| 01/25/19 | LTC | L120 | A108 | Analysis/Strategy | | 0.50  hrs |
| | | | conference call with S. Hornung, B. Williamson, K. Stadler re: fee issues | | | |
| 01/25/19 | SEH | B160 | A107 | Fee/Employment Applications | | 0.50  hrs |
| | | | telephone call with Fee Examiner and counsel re: taxes and fees | | | |

| | | | | |
|---|---|---|---|---|
| Trieu, Catherine D. | 4.60  hrs | 0.00  /hr | | $0.00 |
| Trieu, Catherine D. | 1.20  hrs | 255.00  /hr | | $306.00 |
| Chapman, Lucia T. | 0.50  hrs | 700.00  /hr | | $350.00 |
| Hornung, Stephan E. | 0.50  hrs | 700.00  /hr | | $350.00 |
| | | | | ---------------- |
| Total fees for this matter | 6.80  hrs | | | $1,006.00 |

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Fee/Employment Applications | 6.30  hrs | $656.00 |
| Analysis/Strategy | 0.50  hrs | $350.00 |
| | | ---------------- |
| Total | 6.80  hrs | $1,006.00 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $1,006.00 |
| | ---------------- |
| TOTAL CHARGES | $1,006.00 |
| | ---------------- |
| TOTAL BALANCE DUE | $1,006.00 |

January 31, 2019
Bill #   6249    ML
Client/Matter #  0675-0005
Billed through   January 31, 2019

Financial Oversight and Management Board                          Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: Peaje v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 01/04/19  ML | L500 | A104 | Appeal | 0.30  hrs |
| | | | review opposition to certiorari petition | |
| 01/28/19  ML | L120 | A104 | Analysis/Strategy | 0.40  hrs |
| | | | review certiorari reply brief | |

| | | | |
|---|---|---|---|
| Luskin, Michael | 0.70  hrs | 800.00  /hr | $560.00 |
| | | | --------------- |
| Total fees for this matter | 0.70  hrs | | $560.00 |

SUBMATTER FEE RECAP

| | | |
|---|---|---|
| Analysis/Strategy | 0.40  hrs | $320.00 |
| Appeal | 0.30  hrs | $240.00 |
| | | --------------- |
| Total | 0.70  hrs | $560.00 |

BILLING SUMMARY

| | |
|---|---|
| FEES | $560.00 |
| | --------------- |
| TOTAL CHARGES | $560.00 |
| | --------------- |
| TOTAL BALANCE DUE | $560.00 |

January 31, 2019

Bill #   6250     ML

Client/Matter #  0675-0006

Billed through   January 31, 2019

Financial Oversight and Management Board                         Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: AMBAC v. PRHTA

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 01/07/19   ML | L500 | A104 | Appeal | | 1.50  hrs |
| | [NOT BILLED] Court of Appeals argument | | | | |
| 01/15/19   ML | L500 | A109 | Appeal | | 1.00  hrs |
| | [NOT BILLED] Appellate hearing | | | | |

|  |  |  |  |
|---|---|---|---|
| Luskin, Michael | 2.50  hrs | 0.00  /hr | $0.00 |
| | | | --------------- |
| Total fees for this matter | 2.50  hrs | | $0.00 |

SUBMATTER FEE RECAP

|  |  |  |
|---|---|---|
| | | --------------- |
| Total | 2.50  hrs | $0.00 |

BILLING SUMMARY

|  |  |
|---|---|
| FEES | $0.00 |
| | --------------- |
| TOTAL CHARGES | $0.00 |
| | --------------- |
| TOTAL BALANCE DUE | $0.00 |

## **EXHIBIT G-5**

Amended Nineteenth Monthly Fee Statement
(November 2018 – December 2018)

Objection Deadline: March 11, 2019 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**AMENDED CONSOLIDATED NINETEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM <u>NOVEMBER 1, 2018 THROUGH DECEMBER 31, 2018</u>**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal Certification**

I hereby authorize the submission of Luskin, Stern & Eisler LLP's Consolidated Monthly Fee Statement for November 2018 through December 2018.

_____

Jaime A. El Koury

General Counsel to the Financial Oversight
and Management Board for Puerto Rico

### Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | November 1, 2018 to December 31, 2018 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $238,674.50[1] |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $214,807.05 |
| 10% Holdback: | $23,867.45 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $596.13 |

This is a: _X_ monthly      ___ interim      ___ final statement.

This is Luskin, Stern & Eisler LLP's amended consolidated nineteenth monthly fee statement in these cases.[2]

---

[1] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

[2] At the request of the Oversight Board, LS&E's Consolidated Nineteenth Monthly Fee Statement submitted on February 28, 2019, included fees for November 2018 through January 2019. After submission, the Puerto Rico Fiscal Agency and Financial Authority asked LS&E to submit separate fee statements for fees that were incurred in 2018 and 2019. This fee statement and LS&E's Twentieth Monthly Fee Statement replace the Consolidated Nineteenth Monthly Fee Statement.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period November 1, 2018 through December 31, 2018[3]**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 100.10 | $80,080.00 |
| Lucia T. Chapman | Associate | 1984 | $700.00 | 70.10 | $49,070.00 |
| Stephan E. Hornung | Associate | 2008 | $700.00 | 105.50 | $73,850.00 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 139.80 | $35,649.00 |
| Kathleen Feeney | Paralegal | N/A | $255.00 | 0.10 | $25.50 |
| **TOTAL** | | | | **415.60** | **$238,674.50** |

**Summary of Legal Fees
for the Period November 1, 2018 through December 31, 2018**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| McKinsey Report | 415.60 | $238,674.50 |
| **TOTAL** | **415.60** | **$238,674.50** |

**Summary of Reimbursable Expenses
for the Period November 1, 2018 through December 31, 2018**

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Court Document Retrieval | $31.00 |
| Court/Conference Call Service | $132.88 |
| Legal Research | $33.88 |
| Taxi and Local Transportation | $384.92 |
| Non-Local Travel | $13.45 |
| **TOTAL** | **$596.13** |

---

[3] These amounts reflect a total of 9.80 hours of non-working travel time which Luskin, Stern & Eisler LLP ("LS&E") has voluntarily written off.

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Amended Consolidated Nineteenth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from November 1, 2018, through December 31, 2018 (the "Statement Period"). In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

### Relief Requested

1.      LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order. All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.      LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.      LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| | |
|---|---|
| Total Fees | $238,674.50 |
| Total Expenses | $596.13 |
| Total | $239,270.63 |

4.      A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $215,403.18 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.[4]

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than March 11, 2019 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

---

[4] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

Dated: New York, New York
March 5, 2019

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

5

**<u>EXHIBIT A</u>**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: March 11, 2019 at 4:00 p.m. (AST)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE CONSOLIDATED
NINETEENTH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP,
AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM NOVEMBER 1, 2018 THROUGH JANUARY 31, 2019**

I, Michael Luskin, hereby certify that:

1.     I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"),
with offices located at Eleven Times Square, New York, New York 10036. LS&E is special
counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight
Board") as representative of the Debtors in the above-captioned title III cases pursuant to section
315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")
(Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax
ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS)
(Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to
software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

      2.    In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), this certification is made in support of the Amended Consolidated Nineteenth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated March 5, 2019 (the "Monthly Fee Statement"), for compensation and reimbursement of expenses for the period of November 1, 2018 through and including December 31, 2018 (the "Statement Period").

      3.    With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities. All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated:  New York, New York
        March 5, 2019

Respectfully  submitted,

*/s/ Michael Luskin*
Michael  Luskin  (admitted  *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times Square
New York, New York 10036
Telephone:   (212) 597-8200
Facsimile:   (212) 974-3205
luskin@lsellp.com

## **EXHIBIT B**
Time  and Expense  Records

November 30, 2018

Bill #   6069     ML

Client/Matter #  0675-0008

Billed through   November 30, 2018

Financial Oversight and Management Board                                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: McKinsey Report

PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/18 | ML | L120 | A108 | Analysis/Strategy | 0.50 | hrs |
| | | telephone call with B. Williamson and telephone call with J. El Koury re: status report for hearing | | | | | |
| 11/05/18 | ML | L120 | A104 | Analysis/Strategy | 2.00 | hrs |
| | | conference telephone call with M. Bienenstock and J. El Koury re: status hearing (0.4); conference telephone call with McKinsey re: documents (0.2); review draft confidentiality agreement and related emails (0.5); conference telephone call with McKinsey attorneys re: confidentiality agreement and related emails (0.8); review hearing agenda (0.1) | | | | | |
| 11/06/18 | ML | L120 | A104 | Analysis/Strategy | 0.70 | hrs |
| | | review examiner's report and related preparation for hearing | | | | | |
| 11/07/18 | ML | L120 | A104 | Analysis/Strategy | 4.10 | hrs |
| | | prepare for and attend status conference at SDNY, including meetings with J. El Koury and B. Rosen (1.7); draft investigation project list (1.3); review latest draft confidentiality agreement and emails re: same (0.3); conference telephone call with J. Leader re: Oversight Board documents (0.5); office conference with S. Hornung re: strategy (0.3) | | | | | |
| 11/07/18 | SEH | L120 | A105 | Analysis/Strategy | 0.30 | hrs |
| | | office conference with M. Luskin re: investigation and strategy | | | | | |
| 11/08/18 | ML | L120 | A104 | Analysis/Strategy | 0.50 | hrs |
| | | revise confidentiality agreement and review related emails | | | | | |
| 11/08/18 | ML | L120 | A104 | Analysis/Strategy | 3.30 | hrs |
| | | review confidentiality agreement and emails (0.5); draft and revise interview outline (2.8) | | | | | |
| 11/12/18 | CDT | L120 | A105 | Analysis/Strategy | 0.20 | hrs |
| | | office conference with S. Hornung and related review re: confidentiality | | | | | |

Financial Oversight and Mngmt                                                    Bill number    6069
McKinsey Report                                                                       Page     2

| Date | Staff | | | Task | Hours | |
|---|---|---|---|---|---|---|
| 11/12/18 | CDT | L120 | A104 | Analysis/Strategy | 0.50 | hrs |
| | | | | review confidentiality agreement and sign acknowledgment (0.1); review notice of preliminary scheduling conference re: Alpha Natural Resources (0.1); review local procedures on telephonic appearances re: same (0.3) | | |
| 11/12/18 | KF | L120 | A104 | Analysis/Strategy | 0.10 | hrs |
| | | | | review court filings and docket court date | | |
| 11/12/18 | LTC | L120 | A105 | Analysis/Strategy | 1.10 | hrs |
| | | | | conference with M. Luskin, S. Hornung re: background of investigation, planning, strategy | | |
| 11/12/18 | LTC | L120 | A104 | Analysis/Strategy | 1.70 | hrs |
| | | | | review articles (0.3), court filings in related cases (1.4) | | |
| 11/12/18 | ML | L120 | A104 | Analysis/Strategy | 1.80 | hrs |
| | | | | conference with team re: open tasks (0.6); emails re: confidentiality agreements (0.4); review bankruptcy declarations re: MIO Partners (0.8) | | |
| 11/12/18 | SEH | L120 | A104 | Analysis/Strategy | 4.00 | hrs |
| | | | | prepare for and meet with M. Luskin and L. Chapman re: McKinsey investigation, including review of documents and work plan (2.9); office conference with C. Trieu re: same (0.1); review documents and prepare emails re: search terms (1.0) | | |
| 11/13/18 | LTC | L120 | A104 | Analysis/Strategy | 4.30 | hrs |
| | | | | review SDNY complaint, various research memos by local PR counsel, engagement letters | | |
| 11/13/18 | LTC | L120 | A107 | Analysis/Strategy | 0.50 | hrs |
| | | | | conference call with C. Chung, J. Selendy, P. Ivanick re: document requests | | |
| 11/13/18 | LTC | L120 | A105 | Analysis/Strategy | 0.30 | hrs |
| | | | | emails, conference with M. Luskin, S. Hornung re: conference call, strategy | | |
| 11/13/18 | LTC | L120 | A105 | Analysis/Strategy | 0.20 | hrs |
| | | | | conference call and emails with S. Hornung, J. Leader re: document production | | |
| 11/13/18 | ML | L120 | A104 | Analysis/Strategy | 0.80 | hrs |
| | | | | review McKinsey documents and notes re: same | | |
| 11/13/18 | SEH | L120 | A103 | Analysis/Strategy | 2.20 | hrs |
| | | | | prepare email to Proskauer re: search terms (1.4); telephone call with J. Leader re: document production (0.6) and office conference with L. Chapman re: same (0.2) | | |
| 11/15/18 | LTC | L120 | A104 | Analysis/Strategy | 2.70 | hrs |
| | | | | review documents from McKinsey (1.3) and draft summary of same (1.4) | | |
| 11/15/18 | LTC | L120 | A105 | Analysis/Strategy | 0.70 | hrs |
| | | | | emails with M. Luskin, S. Hornung re: McKinsey documents, interviews | | |
| 11/15/18 | ML | L120 | A104 | Analysis/Strategy | 2.80 | hrs |

Financial Oversight and Mngmt        Bill number 6069

McKinsey Report               Page 3

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | | review McKinsey documents (1.2); draft outline (1.5); emails re: same (0.1) | | |
| 11/15/18 | SEH | L120 | A104 | Analysis/Strategy | 1.30 | hrs |
| | | | | emails with M. Luskin and L. Chapman re: strategy (0.3); draft witness interview outline re: Witness 101 (1.0) | | |
| 11/16/18 | LTC | L120 | A105 | Analysis/Strategy | 1.30 | hrs |
| | | | | telephone call with S. Hornung re: McKinsey documents and preparation for conference call (0.5) and emails with M. Luskin, S. Hornung, counsel for McKinsey re: same (0.8) | | |
| 11/16/18 | ML | L120 | A104 | Analysis/Strategy | 2.00 | hrs |
| | | | | office conference with S. Hornung re: McKinsey documents and interview (0.3); interview prep (1.3); telephone call with McKinsey team re: interview (0.4) | | |
| 11/16/18 | SEH | L120 | A104 | Analysis/Strategy | 3.20 | hrs |
| | | | | draft witness interview outline re: Witness 101, including review of documents produced by McKinsey (2.4); telephone call with McKinsey counsel and L. Chapman (0.8) | | |
| 11/18/18 | LTC | L120 | A108 | Analysis/Strategy | 0.30 | hrs |
| | | | | conference call with Luskin and McKinsey counsel re: documents, interviews | | |
| 11/18/18 | ML | L120 | A104 | Analysis/Strategy | 0.30 | hrs |
| | | | | conference telephone call with McKinsey counsel re: interview issues | | |
| 11/18/18 | SEH | L120 | A107 | Analysis/Strategy | 0.30 | hrs |
| | | | | telephone call with McKinsey counsel re: status and information request | | |
| 11/19/18 | CDT | L120 | A104 | Analysis/Strategy | 0.30 | hrs |
| | | | | correspondence with L. Chapman and prepare for interview re: Witness 101 (0.2); review docket and filing re: McKinsey Fourth Interim Fee Application (0.1) | | |
| 11/19/18 | LTC | L120 | A103 | Analysis/Strategy | 0.50 | hrs |
| | | | | review and revise witness interview outline re: Witness 101 | | |
| 11/19/18 | LTC | L120 | A105 | Analysis/Strategy | 0.70 | hrs |
| | | | | conference call with M. Luskin, S. Hornung, FOMB members re: investigation (0.4); emails with same re: same (0.3) | | |
| 11/19/18 | ML | L120 | A104 | Analysis/Strategy | 3.20 | hrs |
| | | | | status conference telephone call with Board (0.4); emails re: follow-up (0.3); review documents re: Oversight Board production (0.2); prepare for interviews - revise outlines (2.3) | | |
| 11/19/18 | SEH | L120 | A104 | Analysis/Strategy | 4.20 | hrs |
| | | | | review documents produced by McKinsey (1.0); draft witness interview outline re: Witness 101 (2.8); status call with team re: investigation (0.4) | | |
| 11/20/18 | CDT | L120 | A109 | Analysis/Strategy | 6.00 | hrs |
| | | | | review outline and prepare materials for interview re: Witness 101 (0.4); attend interview re: same (2.6); office | | |

Financial Oversight and Mngmt | Bill number 6069
McKinsey Report | Page 4

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | conference/correspondence with L. Chapman re: same (0.2); review confidentiality agreement re: same (0.2); review, revise and compile interview notes and materials re: same (2.6) |  |  |  |  |
| 11/20/18 | LTC | L120 | A101 | Analysis/Strategy | 0.30 | hrs |
|  |  | prepare for interview re: Witness 101 |  |  |  |  |
| 11/20/18 | LTC | L120 | A109 | Analysis/Strategy | 2.60 | hrs |
|  |  | participate in interview re: Witness 101 |  |  |  |  |
| 11/20/18 | LTC | L120 | A103 | Analysis/Strategy | 1.00 | hrs |
|  |  | draft witness interview outline re: Witness 102 |  |  |  |  |
| 11/20/18 | LTC | L120 | A105 | Analysis/Strategy | 0.30 | hrs |
|  |  | emails M. Luskin, S. Hornung re: Witness 102 interview outline (0.1); office conference with C. Trieu re: Witness 101 interview (0.2) |  |  |  |  |
| 11/20/18 | LTC | L120 | A104 | Analysis/Strategy | 0.30 | hrs |
|  |  | review declarations in related litigations |  |  |  |  |
| 11/20/18 | ML | L120 | A101 | Analysis/Strategy | 4.50 | hrs |
|  |  | prepare for interview re: Witness 101 (1.7); attend interview re: same (2.6); follow-up re: same (0.2) |  |  |  |  |
| 11/21/18 | CDT | L120 | A104 | Analysis/Strategy | 4.30 | hrs |
|  |  | review interview notes and materials re: Witness 101 (1.6); compile rough transcript re: same (2.7) |  |  |  |  |
| 11/21/18 | ML | L120 | A104 | Analysis/Strategy | 1.60 | hrs |
|  |  | telephone call with J. El Koury re: status (0.1); emails re: interview follow-up (0.2); interview prep (1.3) |  |  |  |  |
| 11/23/18 | CDT | L120 | A103 | Analysis/Strategy | 7.40 | hrs |
|  |  | review interview notes and materials re: Witness 101 (2.1); compile rough transcript re: same (5.3) |  |  |  |  |
| 11/26/18 | LTC | L120 | A106 | Analysis/Strategy | 0.60 | hrs |
|  |  | conference call with M. Luskin, S. Hornung, FOMB members re: investigation status and strategy (0.4), telephone call with S. Hornung re: same (0.1), and emails to M. Luskin, S. Hornung, FOMB counsel re: same (0.1) |  |  |  |  |
| 11/26/18 | ML | L120 | A104 | Analysis/Strategy | 0.90 | hrs |
|  |  | review proposed confidentiality agreement (0.2); interview prep re: Witness 101 (0.7) |  |  |  |  |
| 11/26/18 | SEH | L120 | A104 | Analysis/Strategy | 0.20 | hrs |
|  |  | review McKinsey database |  |  |  |  |
| 11/27/18 | ML | L120 | A101 | Analysis/Strategy | 0.50 | hrs |
|  |  | prepare for and attend status call with team (0.4); office conference with S. Hornung re: follow-up (0.1) |  |  |  |  |
| 11/27/18 | SEH | L120 | A101 | Analysis/Strategy | 1.00 | hrs |
|  |  | prepare for and participate in update call with team re: status |  |  |  |  |
| 11/28/18 | LTC | L120 | A103 | Analysis/Strategy | 1.90 | hrs |
|  |  | revise interview memo re: Witness 101 (1.8) and emails to C. Trieu re: same (0.1) |  |  |  |  |
| 11/29/18 | CDT | L120 | A103 | Analysis/Strategy | 6.10 | hrs |
|  |  | review L. Chapman comments to interview notes re: Witness 101 |  |  |  |  |

Financial Oversight and Mngmt                                        Bill number       6069

McKinsey Report                                                              Page      5

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | (1.8); review initial interview notes and materials re: same (0.6); revise notes/interview memo re: same (3.7) | | | |
| 11/29/18 | LTC | L120 | A103 | Analysis/Strategy | 1.80 hrs |
| | | revise interview memo re: Witness 101 (1.5) and email C. Trieu re: same (0.1); review additional McKinsey documents (0.2) | | | |
| 11/30/18 | CDT | L120 | A104 | Analysis/Strategy | 0.50 hrs |
| | | review interview notes/memo re: Witness 101 (0.3); correspondence with L. Chapman re: same (0.2) | | | |
| 11/30/18 | LTC | L120 | A104 | Analysis/Strategy | 0.90 hrs |
| | | review recent filings and dockets in ANR, Westmoreland | | | |
| 11/30/18 | LTC | L120 | A105 | Analysis/Strategy | 0.80 hrs |
| | | telephone call with S. Hornung re: McKinsey documents, information (0.3) and emails M. Luskin, S. Hornung, McKinsey counsel re: same (0.2); emails re: recent filings and dockets in ANR, Westmoreland (0.3) | | | |
| 11/30/18 | SEH | L120 | A104 | Analysis/Strategy | 4.50 hrs |
| | | telephone call with L. Chapman re: documents (0.3); review proofs of claim (0.2); review DOL filings and research re: same (3.0); review objections filed in Alpha and Westmoreland Coal bankruptcies (1.0) | | | |

| | | | | |
|---|---|---|---|---|
| Trieu, Catherine D. | 25.30 hrs | 255.00 /hr | $6,451.50 |
| Feeney, Kathleen | 0.10 hrs | 255.00 /hr | $25.50 |
| Chapman, Lucia T. | 24.80 hrs | 700.00 /hr | $17,360.00 |
| Luskin, Michael | 29.50 hrs | 800.00 /hr | $23,600.00 |
| Hornung, Stephan E. | 21.20 hrs | 700.00 /hr | $14,840.00 |
| | | | --------------- |
| Total fees for this matter | 100.90 hrs | | $62,277.00 |

DISBURSEMENTS

| | | | |
|---|---|---|---|
| | TX | Catherine Trieu; Invoice # 11292018CTR; Taxi and Local Transportation | $25.16 |
| | TEL | MultiPoint Communications; Invoice # 12012018; Conference Call Service - For billing period 11/1/18-12/1/18 | $3.48 |
| | TEL | MultiPoint Communications; Invoice # 12012018; Conference Call Service - For billing period 11/1/18-12/1/18 | $19.74 |
| | TEL | MultiPoint Communications; Invoice # 12012018; Conference Call Service - For billing period 11/1/18-12/1/18 | $6.48 |
| | TEL | MultiPoint Communications; Invoice # 12012018; Conference Call Service - For billing period 11/1/18-12/1/18 | $6.83 |

TOTAL DISBURSEMENTS FOR THIS MATTER                    $61.69

Financial Oversight and Mngmt                                    Bill number      6069
McKinsey Report                                                             Page      6


SUBMATTER FEE RECAP

     Analysis/Strategy                    100.90  hrs              $62,277.00
                                                                   ---------------
     Total                                100.90  hrs              $62,277.00

BILLING SUMMARY

     FEES                                                          $62,277.00

     DISBURSEMENTS                                                     $61.69
                                                                   ---------------
     TOTAL CHARGES                                                 $62,338.69
                                                                   ---------------
     TOTAL BALANCE DUE                                             $62,338.69

December 31, 2018

Bill #   6151     ML

Client/Matter #  0675-0008

Billed through   December 31, 2018

Financial Oversight and Management Board                          Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: McKinsey Report

PROFESSIONAL SERVICES RENDERED

| 12/01/18 | LTC | L120 | A104 | Analysis/Strategy | 0.90 | hrs |
|---|---|---|---|---|---|---|

review US Trustee filing in ANR (0.5); review additional filings in ANR, including McKinsey reply (0.4)

| 12/01/18 | ML | L120 | A104 | Analysis/Strategy | 1.40 | hrs |

review UST filings re: ANR (1.2); telephone call with J. El Koury re: same and re: investigation status (0.2)

| 12/02/18 | LTC | L120 | A104 | Analysis/Strategy | 2.40 | hrs |

review Mar-Bow objection in Westmoreland

| 12/02/18 | LTC | L120 | A108 | Analysis/Strategy | 0.80 | hrs |

conference call with M. Luskin, counsel for McKinsey (0.6) and emails re: same (0.2)

| 12/02/18 | ML | L120 | A104 | Analysis/Strategy | 1.40 | hrs |

telephone call with McKinsey lawyers re: interview prep items (0.6); email team re: follow-up (0.3); review UST filings (0.5)

| 12/03/18 | CDT | L120 | A104 | Analysis/Strategy | 1.00 | hrs |

revise, finalize, prepare and send initial draft interview memo to M. Luskin for review re: Witness 101 (0.7); review M. Luskin comments and related correspondence with L. Chapman re: same (0.1); further revise memo re: same (0.2)

| 12/03/18 | CDT | L120 | A104 | Analysis/Strategy | 0.20 | hrs |

schedule telephonic appearance re: 12/5 hearing (Alpha Natural Resources)

| 12/03/18 | LTC | L120 | A104 | Analysis/Strategy | 1.20 | hrs |

review revised interview memo re: Witness 101 (0.5); review article on COFINA (0.1); review recent NYT article (0.2); review SDNY filing (0.4)

| 12/03/18 | LTC | L120 | A105 | Analysis/Strategy | 0.50 | hrs |

emails M. Luskin, S. Hornung, C. Trieu re: news stories, SDNY filings, Witness 101 interview memo, COFINA article

Financial Oversight and Mngmt

McKinsey Report

Bill number    6151

Page    2

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 12/03/18 | ML | L120 | A104 | Analysis/Strategy | 2.80 | hrs |

prepare for and attend board conference telephone call (1.0); emails with S. Hornung re: US Trustee issues (0.2); review interview notes re: Witness 101 (0.5); emails re: follow-up to do's (0.3); review US Trustee statement in ANR (0.8)

| 12/03/18 | SEH | L120 | A104 | Analysis/Strategy | 6.00 | hrs |

review UST's comments re: Alpha bankruptcy and emails with team re: same (0.5); draft outline for interview of Witness 102 (0.5); all hands call with team re: status of investigation (1.0); continue drafting outline for Witness 102, including review of documents re: same (4.0)

| 12/04/18 | CDT | L120 | A103 | Analysis/Strategy | 0.50 | hrs |

further revise interview memo and distribute final version to M. Luskin, L. Chapman and S. Hornung re: Witness 101 (0.1); compile and review Mar-Bow objection to McKinsey retention application and exhibits re: Westmoreland (0.4)

| 12/04/18 | LTC | L120 | A103 | Analysis/Strategy | 1.80 | hrs |

draft Witness 103 interview outline

| 12/04/18 | LTC | L120 | A106 | Analysis/Strategy | 0.30 | hrs |

emails LSE, FOMB re: Witness 103 interview

| 12/04/18 | LTC | L120 | A108 | Analysis/Strategy | 0.30 | hrs |

emails LSE, counsel for McKinsey, Proskauer re: documents, interviews

| 12/04/18 | LTC | L120 | A105 | Analysis/Strategy | 0.30 | hrs |

telephone call with S. Hornung re: interviews, documents, and email with C. Trieu re: same

| 12/04/18 | ML | L120 | A104 | Analysis/Strategy | 1.80 | hrs |

review Mar-Bow court filings in Westmoreland and memo to board re: same

| 12/04/18 | SEH | L120 | A104 | Analysis/Strategy | 3.60 | hrs |

revise outline re: Witness 102 and review of related documents (3.5); emails with counsel for McKinsey re: scheduling witness interviews (0.1)

| 12/05/18 | LTC | L120 | A108 | Analysis/Strategy | 0.20 | hrs |

emails LSE, counsel for McKinsey, FOMB re: NDA, interviews, updates

| 12/05/18 | SEH | L120 | A104 | Analysis/Strategy | 9.60 | hrs |

draft interview outline re: Witness 102, including review of relevant documents (7.0); review and revise outline for interview of Witness 103 (0.6); review emails re: investigation (2.0)

| 12/06/18 | CDT | L120 | A105 | Analysis/Strategy | 0.10 | hrs |

correspondence with L. Chapman re: interview scheduling

| 12/06/18 | LTC | L120 | A108 | Analysis/Strategy | 1.60 | hrs |

call into conference with S. Hornung, counsel for McKinsey, MIO re: investigation

| 12/06/18 | LTC | L120 | A103 | Analysis/Strategy | 1.20 | hrs |

Financial Oversight and Mngmt                                          Bill number      6151
McKinsey Report                                                              Page      3

revise MIO outline

| 12/06/18 | LTC | L120 | A105 | Analysis/Strategy | 0.70 | hrs |

emails with C. Trieu re: interviews (0.1) and telephone calls with S. Hornung re: meeting re: funds, outlines (0.6)

| 12/06/18 | LTC | L120 | A108 | Analysis/Strategy | 0.10 | hrs |

emails with C. Chung re: meeting

| 12/06/18 | ML | L120 | A101 | Analysis/Strategy | 0.20 | hrs |

interview prep re: Witness 102

| 12/06/18 | SEH | L120 | A105 | Analysis/Strategy | 0.60 | hrs |

multiple telephone calls with L. Chapman re: strategy

| 12/06/18 | SEH | L120 | A109 | Analysis/Strategy | 1.70 | hrs |

meeting with McKinsey counsel re: investigation

| 12/06/18 | SEH | L120 | A104 | Analysis/Strategy | 1.50 | hrs |

review memo re: interview of Witness 101 (0.5); prepare for interview of Witness 102 (0.5); review emails in preparation for interview of Witness 103 (0.5)

| 12/07/18 | CDT | L120 | A109 | Analysis/Strategy | 4.80 | hrs |

review interview outline and prepare for interview re: Witness 102 (0.5); attend document review and review documents (0.3); attend interview re: Witness 102 (2.8); review interview notes and begin draft interview memo re: same (1.2)

| 12/07/18 | LTC | L120 | A108 | Analysis/Strategy | 2.80 | hrs |

attend interview re: Witness 102

| 12/07/18 | LTC | L120 | A103 | Analysis/Strategy | 1.00 | hrs |

draft memo on MIO tutorial meeting

| 12/07/18 | LTC | L120 | A104 | Analysis/Strategy | 0.10 | hrs |

review amended Mar-Bow objection

| 12/07/18 | LTC | L120 | A108 | Analysis/Strategy | 0.10 | hrs |

emails with counsel for McKinsey re: interview, documents

| 12/07/18 | LTC | L120 | A105 | Analysis/Strategy | 0.20 | hrs |

conference with S. Hornung re: Witness 102 and Witness 103 interviews, documents

| 12/07/18 | ML | L120 | A105 | Analysis/Strategy | 0.10 | hrs |

office conference with S. Hornung re: interview prep

| 12/07/18 | SEH | L120 | A108 | Analysis/Strategy | 6.60 | hrs |

review documents in preparation for interview of Witness 102 (2.0); office conference with M. Luskin and L. Chapman re: witness interviews (0.3); attend interview of Witness 102 (2.8); review documents and prepare outline for interview of Witness 103 (1.2) and meeting with L. Chapman re: same (0.3)

| 12/08/18 | CDT | L120 | A103 | Analysis/Strategy | 7.00 | hrs |

review interview notes re: Witness 102 (2.3); draft interview memo re: same (4.7)

| 12/09/18 | SEH | L120 | A101 | Analysis/Strategy | 1.00 | hrs |

prepare for interview of Witness 103

| 12/10/18 | CDT | L120 | A103 | Analysis/Strategy | 3.90 | hrs |

Financial Oversight and Mngmt                                    Bill number      6151
McKinsey Report                                                       Page      4

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | review interview notes re: Witness 102 (1.2); continue draft interview memo re: same (2.7) |  |  |  |
| 12/10/18 | LTC | B195 | A111 | Non-Working Travel | 5.00 | hrs |
|  |  |  | [NOT BILLED] travel for Witness 103 interview |  |  |  |
| 12/10/18 | LTC | L120 | A106 | Analysis/Strategy | 2.40 | hrs |
|  |  |  | interview re: Witness 103 (1.7); conference call with FOMB re: weekly update items, interviews (0.7) |  |  |  |
| 12/10/18 | LTC | L120 | A105 | Analysis/Strategy | 1.00 | hrs |
|  |  |  | conference with S. Hornung re: interviews, strategy |  |  |  |
| 12/10/18 | ML | L120 | A101 | Analysis/Strategy | 2.20 | hrs |
|  |  |  | prepare for and attend team status call (0.7); follow-up emails re: same (0.2); review McKinsey document production (1.3) |  |  |  |
| 12/10/18 | SEH | L120 | A108 | Analysis/Strategy | 4.70 | hrs |
|  |  |  | prepare for and participate in interview of Witness 103 (3.0); telephone call with team re: investigation status (0.7); meeting with L. Chapman re: interviews and strategy (1.0) |  |  |  |
| 12/10/18 | SEH | B195 | A111 | Non-Working Travel | 4.00 | hrs |
|  |  |  | [NOT BILLED] travel re: Witness 103 interview |  |  |  |
| 12/11/18 | CDT | L120 | A103 | Analysis/Strategy | 3.20 | hrs |
|  |  |  | review interview notes re: Witness 102 (0.9); complete draft interview memo re: same (2.3) |  |  |  |
| 12/11/18 | LTC | L120 | A103 | Analysis/Strategy | 2.40 | hrs |
|  |  |  | review and revise outline re: Witness 104 (2.3); office conference with M. Luskin re: same (0.1) |  |  |  |
| 12/11/18 | ML | L120 | A104 | Analysis/Strategy | 2.70 | hrs |
|  |  |  | emails re: status (0.2); prepare for and attend conference telephone call with McKinsey counsel re: interview follow-up (0.5); office conference with L. Chapman re: interview preparation (0.1); telephone call with P. Williamson re: report to court (0.2); review McKinsey document production (1.7) |  |  |  |
| 12/11/18 | SEH | L120 | A106 | Analysis/Strategy | 0.20 | hrs |
|  |  |  | telephone call and emails with J. El Koury re: press inquiries |  |  |  |
| 12/12/18 | CDT | L120 | A109 | Analysis/Strategy | 2.60 | hrs |
|  |  |  | review interview outline and prepare for interview re: Witness 104 (0.3); attend interview re: same (2.3) |  |  |  |
| 12/12/18 | CDT | L120 | A103 | Analysis/Strategy | 4.20 | hrs |
|  |  |  | review outline and revise interview memo re: Witness 102 (2.4); begin review of interview notes re: Witness 104 (0.7); begin draft interview memo re: same (0.8); draft witness log (0.2); office conference with S. Hornung re: same (0.1) |  |  |  |
| 12/12/18 | LTC | L120 | A103 | Analysis/Strategy | 0.60 | hrs |
|  |  |  | revise outline re: Witness 104 |  |  |  |
| 12/12/18 | LTC | L120 | A105 | Analysis/Strategy | 0.20 | hrs |
|  |  |  | conference with S. Hornung re: FOMB emails (0.1), and emails with M. Luskin, S. Hornung, re: McKinsey documents, Witness 104 interview (0.1) |  |  |  |

Financial Oversight and Mngmt                                          Bill number     6151
McKinsey Report                                                              Page      5

| | | | | | |
|---|---|---|---|---|---|
| 12/12/18 | LTC | L120 | A108 | Analysis/Strategy | 1.90  hrs |

attend interview re: Witness 104

| | | | | | |
|---|---|---|---|---|---|
| 12/12/18 | ML | L120 | A101 | Analysis/Strategy | 7.30  hrs |

prepare for interview re: Witness 104 (2.0); attend interview re: same
(2.3); review proposed legislation (0.3); review McKinsey document
production (2.7)

| | | | | | |
|---|---|---|---|---|---|
| 12/12/18 | SEH | L120 | A101 | Analysis/Strategy | 1.30  hrs |

review documents and prepare for interview of Witness 104

| | | | | | |
|---|---|---|---|---|---|
| 12/12/18 | SEH | B195 | A111 | Non-Working Travel | 0.80  hrs |

[NOT BILLED] travel to interview re: Witness 104

| | | | | | |
|---|---|---|---|---|---|
| 12/12/18 | SEH | L120 | A101 | Analysis/Strategy | 4.20  hrs |

review fee examiner guidelines and related office conference with C.
Trieu re: invoice confidentiality (0.7); emails with team re:
scheduling (0.2); review news articles re: McKinsey coverage (0.3);
telephone call with L. Chapman re: email search terms and related
strategy (0.3); prepare for (0.3) and attend interview of Witness 104
(2.4)

| | | | | | |
|---|---|---|---|---|---|
| 12/13/18 | CDT | L120 | A103 | Analysis/Strategy | 4.00  hrs |

review interview outline and interview notes re: Witness 104 (1.3);
continue draft interview memo re: same (2.7)

| | | | | | |
|---|---|---|---|---|---|
| 12/13/18 | ML | L120 | A104 | Analysis/Strategy | 4.00  hrs |

review McKinsey and board documents re: conflict policies

| | | | | | |
|---|---|---|---|---|---|
| 12/13/18 | SEH | L120 | A104 | Analysis/Strategy | 2.00  hrs |

review documents from McKinsey (0.3); emails re: scheduling
interview of Witness 105 (0.2) emails with team re: same (0.2) and
Westmoreland and review filings re: same (0.8); revise list of
outstanding document requests (0.5)

| | | | | | |
|---|---|---|---|---|---|
| 12/14/18 | CDT | L120 | A109 | Analysis/Strategy | 0.70  hrs |

attend interview by conference telephone call re: Witness 105

| | | | | | |
|---|---|---|---|---|---|
| 12/14/18 | CDT | L120 | A103 | Analysis/Strategy | 2.20  hrs |

revise and distribute witness log (0.1); office conference with S.
Hornung re: interview write-ups and scheduling (0.1); review
interview outline and interview notes re: Witness 104 (0.6); continue
draft interview memo re: same (1.4)

| | | | | | |
|---|---|---|---|---|---|
| 12/14/18 | LTC | L120 | A108 | Analysis/Strategy | 1.30  hrs |

telephone interview with Witness 105 (0.7); follow-up telephone call
with S. Hornung re: same (0.6)

| | | | | | |
|---|---|---|---|---|---|
| 12/14/18 | ML | C400 | A108 | Third Party Communication | 0.90  hrs |

conference telephone call with McKinsey attorneys re: conflict issues
(0.7); telephone call with J. El Koury re: same (0.2)

| | | | | | |
|---|---|---|---|---|---|
| 12/14/18 | SEH | L120 | A104 | Analysis/Strategy | 2.80  hrs |

revise list of follow up questions re: interview of Witness 102 (0.2);
telephone call with McKinsey counsel re: follow up issues (0.3);
telephone call with J. El Koury re: same (0.2); prepare for interview
re: Witness 105 (0.8); participate in conference telephone call
interview re: same (0.7); follow-up telephone call with L. Chapman

Financial Oversight and Mngmt                                    Bill number    6151

McKinsey Report                                                  Page      6

| | | | | | |
|---|---|---|---|---|---|
| | | | re: same (0.6) | | |
| 12/15/18 | CDT | L120 | A103 | Analysis/Strategy | 4.90 hrs |
| | | review interview outline and interview notes re: Witness 104 (1.3); continue draft interview memo re: same (3.6) | | | | |
| 12/15/18 | LTC | L120 | A107 | Analysis/Strategy | 0.40 hrs |
| | | conference call with counsel for McKinsey, MIO (0.3) and follow-up emails with M. Luskin, S. Hornung (0.1) | | | | |
| 12/16/18 | CDT | L120 | A103 | Analysis/Strategy | 5.60 hrs |
| | | review interview outline and interview notes re: Witness 104 (0.8); complete draft interview memo re: same (2.6); review and revise memo re: same (0.5); begin review of interview notes re: Witness 105 (0.7); begin draft interview memo re: same (1.0) | | | | |
| 12/17/18 | CDT | L120 | A106 | Analysis/Strategy | 1.00 hrs |
| | | attend telephonic interview re: Witness 106 | | | | |
| 12/17/18 | CDT | L120 | A103 | Analysis/Strategy | 1.50 hrs |
| | | review interview notes and documents re: Witness 104 (0.4); continue draft interview memo re: same (1.1) | | | | |
| 12/17/18 | CDT | L120 | A103 | Analysis/Strategy | 8.60 hrs |
| | | review, revise, finalize and distribute interview memo re: Witness 104 (2.3); review interview notes re: Witness 105 (2.1); continue draft interview memo re: same (4.2) | | | | |
| 12/17/18 | LTC | L120 | A108 | Analysis/Strategy | 1.20 hrs |
| | | telephone interview with Witness 106 (1.0); update conference call with LSE, client (0.2) | | | | |
| 12/17/18 | LTC | L120 | A103 | Analysis/Strategy | 1.50 hrs |
| | | draft summary of interview re: Witness 106 | | | | |
| 12/17/18 | ML | L120 | A104 | Analysis/Strategy | 2.50 hrs |
| | | review Westmoreland court filings (0.8); conference telephone call with team and follow-up re: same (0.2); review McKinsey documents (1.5) | | | | |
| 12/17/18 | SEH | L120 | A104 | Analysis/Strategy | 2.70 hrs |
| | | review notes from prior witness interviews and prepare for (0.5) and participate in call with Witness 106 (1.0); telephone call with team re: investigation status (0.2); review bankruptcy filings in Westmoreland and Sun Edison (0.3); review RFPs (0.7) | | | | |
| 12/18/18 | CDT | L120 | A103 | Analysis/Strategy | 7.20 hrs |
| | | review internal deadlines and related correspondence with M. Luskin, L. Chapman and S. Hornung (0.1); review interview notes re: Witness 105 (0.7); complete draft interview memo re: same (1.4); revise, finalize and distribute memo to L. Chapman and S. Hornung for comments re: same (0.6); office conference with S. Hornung re: interview memos (0.1); begin review interview notes re: Witness 106 (1.3); begin draft interview memo re: same (3.0) | | | | |
| 12/18/18 | LTC | L120 | A103 | Analysis/Strategy | 1.90 hrs |
| | | draft summary of interview re: Witness 103 | | | | |
| 12/18/18 | LTC | L120 | A104 | Analysis/Strategy | 0.60 hrs |

Financial Oversight and Mngmt                                    Bill number      6151
McKinsey Report                                                       Page        7

|  |  |  |  | review proposed follow-up questions and document requests for McKinsey |  |  |
|---|---|---|---|---|---|---|
| 12/18/18 | SEH | L230 | A109 | Court Mandated Conferences<br>emails with L. Chapman and C. Trieu re: interview writeups (0.2); attend Westmoreland status conference telephonically (2.9); prepare writeup re: same for team (0.3) | 3.40 | hrs |
| 12/19/18 | CDT | L120 | A104 | Analysis/Strategy<br>review recent news articles (0.2); review interview notes re: Witness 106 (1.4); related research and fact check for memo re: same (0.4); complete draft interview memo re: same (3.3); revise, finalize and send memo to L. Chapman and S. Hornung for review (1.8); review and provide comments to L. Chapman summary re: Witness 106 (0.7) | 7.80 | hrs |
| 12/19/18 | LTC | L120 | A104 | Analysis/Strategy<br>review Bloomberg article and McKinsey response to NYT article | 0.10 | hrs |
| 12/19/18 | LTC | L120 | A103 | Analysis/Strategy<br>review and revise interview memos re: Witness 104 (1.5) and Witness 102 (1.4); emails with S. Hornung re: interviews (0.2) | 3.10 | hrs |
| 12/19/18 | SEH | L120 | A106 | Analysis/Strategy<br>email with FOMB re: document collection (0.1); draft outline re: report and outstanding issues (2.6); emails with L. Chapman re: witness interviews (0.2); revise interview memo re: Witness 104 (0.4) | 3.30 | hrs |
| 12/20/18 | CDT | L120 | A104 | Analysis/Strategy<br>correspondence with S. Hornung and L. Chapman re: interview memos (0.4); review comments re: same (0.8); revise, finalize and send interview memos to M. Luskin for review re: same (3.8); compile and review recent news articles (NYT, Bloomberg, WSJ, Law360) re: McKinsey (0.4); review McKinsey contracts re: same (0.2); begin compiling binder of documents for M. Luskin review and draft index re: same (0.7) | 6.30 | hrs |
| 12/20/18 | LTC | L120 | A104 | Analysis/Strategy<br>review Senate letter to McKinsey (0.2); emails with LSE re: same (0.1) | 0.30 | hrs |
| 12/20/18 | LTC | L120 | A103 | Analysis/Strategy<br>review and revise interview memos re: Witnesses 102, 103, 105 and 106 (1.3); emails with S. Hornung, C. Trieu re: same (0.1) | 1.40 | hrs |
| 12/20/18 | ML | L120 | A104 | Analysis/Strategy<br>review court filings re: Westmoreland (0.3); review materials re: proposed 327 legislation (0.2); telephone call with C. Chung and telephone call with P. Ivanick re: same (0.4); telephone call with J. El Koury re: all of the foregoing (0.4); office conference with S. Hornung re: to do's (0.1); review McKinsey documents (1.9) | 3.30 | hrs |
| 12/20/18 | ML | L120 | A104 | Analysis/Strategy<br>draft report outline (0.5); review court filings in SDNY RICO action (1.5); draft recommendations outline (1.3) | 3.30 | hrs |
| 12/20/18 | SEH | L120 | A103 | Analysis/Strategy | 2.90 | hrs |

Financial Oversight and Mngmt                                    Bill number      6151
McKinsey Report                                                         Page      8

review interview memoranda (0.9); revise outline re: report (1.1);
research re: bond sales (0.9)

| | | | | | |
|---|---|---|---|---|---|
| 12/21/18 | CDT | L120 | A103 | Analysis/Strategy | 1.00 hrs |

office conference and correspondence with S. Hornung re:
informative motion on status of investigation (0.1); review latest
amended case management procedures order re: same (0.2); draft
informative motion re: same (0.7)

| 12/21/18 | CDT | L120 | A104 | Analysis/Strategy | 4.80 hrs |
|---|---|---|---|---|---|

compile and review J. Alix docket and McKinsey reply (0.3); office
conference with M. Luskin, L. Chapman and S. Hornung re: status,
pending items and draft report (1.7); review meeting notes re: same
(0.3); compile and review FOMB documents and articles for
follow-up re: same (0.8); correspondence with M. Luskin, L.
Chapman and S. Hornung on follow-up items re: same (0.2);
correspondence with L. Chapman re: Witness 107 interview (0.1);
review FOMB Bylaws, amendments and policies (0.7); compile
binder for M. Luskin re: interview memos and documents (0.6);
revise binder index re: same (0.1)

| 12/21/18 | LTC | L120 | A103 | Analysis/Strategy | 0.30 hrs |
|---|---|---|---|---|---|

revise document request follow-up for McKinsey, MIO documents

| 12/21/18 | LTC | L120 | A104 | Analysis/Strategy | 1.80 hrs |
|---|---|---|---|---|---|

review FOMB Code of Conduct and related documents (bylaws,
disclosure forms) (1.1); review Senate letter to FOMB (0.2) and
conference S. Hornung re: same (0.1); review Carrion op-ed (0.1);
review notes on interviews (0.3)

| 12/21/18 | LTC | L120 | A105 | Analysis/Strategy | 2.00 hrs |
|---|---|---|---|---|---|

conference with M. Luskin, S. Hornung, C. Trieu re: status, report
sections, updates, follow-up strategy (1.7); conference S. Hornung
re: drafting plan for report (0.3)

| 12/21/18 | LTC | L120 | A108 | Analysis/Strategy | 0.20 hrs |
|---|---|---|---|---|---|

emails with Witness 107, S. Hornung, C. Trieu re: Witness 107
interview

| 12/21/18 | ML | L120 | A105 | Analysis/Strategy | 1.70 hrs |
|---|---|---|---|---|---|

meeting with L. Chapman, S. Hornung and C. Trieu  re: status and
draft report (1.7)

| 12/21/18 | SEH | L120 | A103 | Analysis/Strategy | 4.90 hrs |
|---|---|---|---|---|---|

revise outline re: report and review documents produced by
McKinsey (1.6); meeting with L. Chapman and M. Luskin re same
drafting report, status and strategy (1.7); office conference with L.
Chapman re: drafting report (0.4); prepare emails to C. Chung re:
outstanding documents (1.0); review letter from Senate (0.2)

| 12/22/18 | CDT | L120 | A104 | Analysis/Strategy | 5.30 hrs |
|---|---|---|---|---|---|

begin document review re: McKinsey contracts and First Interim Fee
Application (3.6); compile and analysis of scope of work/services
summary and detail re: same (1.7)

| 12/22/18 | ML | L120 | A104 | Analysis/Strategy | 2.00 hrs |
|---|---|---|---|---|---|

Financial Oversight and Mngmt                                          Bill number      6151
McKinsey Report                                                             Page        9

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | review interview notes and outline recommendations |  |  |  |
| 12/24/18 | LTC | L120 | A106 | Analysis/Strategy | 0.70 | hrs |
|  |  |  | conference call with client, LSE re: Senate letter, updates (0.6) and emails re: same (0.1) |  |  |  |
| 12/24/18 | LTC | L120 | A104 | Analysis/Strategy | 0.30 | hrs |
|  |  |  | review proposed responses to Senate, Fee Examiner's report on McKinsey |  |  |  |
| 12/24/18 | ML | L120 | A104 | Analysis/Strategy | 7.50 | hrs |
|  |  |  | revise draft response to Congress letter (1.3); prepare for (0.4) and attend conference telephone call with team re: Congress letter and status update (0.6); review interview notes (1.0); review McKinsey documents (3.4); send notes to team re: McKinsey documents (0.8) |  |  |  |
| 12/24/18 | SEH | L120 | A106 | Analysis/Strategy | 0.70 | hrs |
|  |  |  | prepare for and participate in weekly status call with team |  |  |  |
| 12/25/18 | ML | L120 | A104 | Analysis/Strategy | 5.20 | hrs |
|  |  |  | review McKinsey documents; send notes to team (1.0); review ███████ (0.4); review FOMB-McKinsey contracts, amendments, scope of work and vendor disclosures; send notes to team (3.0); review Board by-laws and related send notes to team (0.8) |  |  |  |
| 12/26/18 | CDT | L120 | A104 | Analysis/Strategy | 6.20 | hrs |
|  |  |  | review M. Luskin emails and comments re: interview memos and follow-up items (0.3); review FOMB website and McKinsey contracts re: same (0.2); review master service lists re: interested parties (0.2); correspondence with M. Luskin re: same (0.1); prepare for interview re: Witness 107 (0.2); attend telephonic conference for interview re: same (0.6); review interview notes re: same (0.2); review recent articles (0.1); continue review of contracts and McKinsey First Interim Fee Application (1.3); draft timeline graphic re: McKinsey contracts (0.7); compile and analysis of scope of work/services summary and detail (2.3) |  |  |  |
| 12/26/18 | LTC | L120 | A104 | Analysis/Strategy | 0.40 | hrs |
|  |  |  | review informative motion re: report and emails LSE, client re: same (0.1); review revisions to letter to Senate and emails re: same (0.2); review NYT article re: McKinsey (0.1) |  |  |  |
| 12/26/18 | LTC | L120 | A108 | Analysis/Strategy | 0.60 | hrs |
|  |  |  | telephone interview with Witness 107 |  |  |  |
| 12/26/18 | ML | L120 | A104 | Analysis/Strategy | 6.10 | hrs |
|  |  |  | draft recommendations (5.8); review and revise draft letter to Congress (0.3) |  |  |  |
| 12/26/18 | SEH | L120 | A103 | Analysis/Strategy | 7.50 | hrs |
|  |  |  | draft letter to Senate (2.8) and emails re: same (0.2); revise informative motion re: report status (0.5); draft report, including review of documents (4.0) |  |  |  |
| 12/27/18 | CDT | B110 | A103 | Case Administration | 0.40 | hrs |
|  |  |  | review, revise and finalize informative motion re: status of investigation (0.2); correspondence with S. Hornung and D. Perez |  |  |  |

Financial Oversight and Mngmt                                    Bill number      6151
McKinsey Report                                                         Page       10

|           |     |      |      |                   |       |     |
|-----------|-----|------|------|-------------------|-------|-----|

(O'Neill Borges) re: same (0.1); compile and distribute filed informative motion re: same (0.1)

| 12/27/18 | CDT | L120 | A104 | Analysis/Strategy | 7.50 | hrs |

compile and review recent news articles re: McKinsey bankruptcy. litigations (0.3); revise witness log (0.1); review interim fee applications re: work on mediations (1.9); draft summary email to M. Luskin re: same (0.6); review PROMESA Section 109, FOMB Bylaws and vendor contract re: Witness 107 interview memo. (0.5); review interview notes, FOMB governance documents and related fact-checking re: same (1.3); draft interview memo. re: same (2.8)

| 12/27/18 | LTC | L120 | A106 | Analysis/Strategy | 0.40 | hrs |

emails with LSE, client re: response to Senate (0.1); M. Luskin telephone conversation with A. Gonzalez (0.2), and Witness 108 interview (0.1)

| 12/27/18 | LTC | L120 | A104 | Analysis/Strategy | 0.10 | hrs |

review WSJ, NYT articles re: McKinsey

| 12/27/18 | ML | L120 | A108 | Analysis/Strategy | 4.30 | hrs |

conference with Witness 108 re: interview topics (0.2); office conference with S. Hornung re: Witness 108 interview and related (0.1); conference telephone call with A. Gonzalez and D. Steel re: recommendations, including email and follow-up (1.0); draft recommendations (3.0)

| 12/27/18 | SEH | L120 | A103 | Analysis/Strategy | 6.40 | hrs |

revise letter to Senate (1.0); draft report (5.4)

| 12/28/18 | CDT | L120 | A103 | Analysis/Strategy | 8.00 | hrs |

review FOMB Bylaws, Code of Conduct, Vendor Code of Conduct and public Board meeting minutes re: Witness 107 interview memo. (0.8); review interview notes and related fact-checking re: same (1.2); complete draft interview memo. re: same (4.2); revise, finalize and send draft memo to L. Chapman for review re: same (0.8); review status meeting notes and M. Luskin notes/comments from doc. review re: open items (0.3); begin review re: McKinsey Second Interim Fee Application (Commonwealth) (0.7)

| 12/28/18 | LTC | L120 | A104 | Analysis/Strategy | 0.40 | hrs |

review revisions to letter to Senate and emails LSE, client re: same (0.2); review WSJ article re: McKinsey and emails LSE, client re: same (0.2)

| 12/28/18 | ML | L120 | A104 | Analysis/Strategy | 2.50 | hrs |

emails re: letter to Senate (0.3); prepare for and attend interview re: Witness 108 (2.0); office conference with S. Hornung re: MIO follow-up (0.2)

| 12/28/18 | SEH | L120 | A109 | Analysis/Strategy | 2.50 | hrs |

review email from counsel to MIO and prepare notes re: response (0.2) and office conference with M. Luskin re: same (0.2); attend interview re: Witness 108 (1.2); revise letter to Senate (0.2); draft notes re: Witness 108 interview (0.7)

Financial Oversight and Mngmt                                    Bill number      6151

McKinsey Report                                                            Page      11


| 12/29/18 | CDT | L120 | A104 | Analysis/Strategy | 4.00 | hrs |

review McKinsey Second Interim Fee Application (Commonwealth) (1.8), compile summary and analysis re: scope of work/services rendered (2.2)

| 12/29/18 | LTC | L120 | A104 | Analysis/Strategy | 0.20 | hrs |

review revisions to letter to Senate and emails LSE, client re: same

| 12/29/18 | SEH | L120 | A103 | Analysis/Strategy | 0.70 | hrs |

revise notes re: Witness 108 interview (0.5); revise letter and emails with J. El Koury re: same (0.2)

| 12/30/18 | ML | L120 | A103 | Analysis/Strategy | 5.50 | hrs |

revise interview notes re: Witness 108 (1.0); draft and revise recommendations (4.4)

| 12/31/18 | LTC | L120 | A106 | Analysis/Strategy | 0.20 | hrs |

update conference call with client, LSE

| 12/31/18 | LTC | L120 | A104 | Analysis/Strategy | 0.90 | hrs |

review revised, final letter to Senate and emails re: same (0.1); review NYT article re: McKinsey (0.1); review draft response to MIO counsel and emails with LSE re: same (0.2); review draft recommendation section (0.5)

| 12/31/18 | ML | L120 | A104 | Analysis/Strategy | 1.90 | hrs |

revise draft recommendations (1.4); prepare for and attend team conference telephone call with Board (0.3); revise email to MIO counsel (0.2)

| 12/31/18 | SEH | L120 | A103 | Analysis/Strategy | 3.50 | hrs |

review and revise recommendations section of report (1.2); draft response to MIO counsel re: document requests (1.3); review of related documents (0.8); weekly status call with team (0.2)


| | | | | | | |
|---|---|---|---|---|---|---|
| | Trieu, Catherine D. | 114.50 | hrs | 255.00 | /hr | $29,197.50 |
| | Chapman, Lucia T. | 5.00 | hrs | 0.00 | /hr | $0.00 |
| | Chapman, Lucia T. | 45.30 | hrs | 700.00 | /hr | $31,710.00 |
| | Luskin, Michael | 70.60 | hrs | 800.00 | /hr | $56,480.00 |
| | Hornung, Stephan E. | 4.80 | hrs | 0.00 | /hr | $0.00 |
| | Hornung, Stephan E. | 84.30 | hrs | 700.00 | /hr | $59,010.00 |
| | | | | | | --------------- |
| | Total fees for this matter | 324.50 | hrs | | | $176,397.50 |


DISBURSEMENTS

| | CDR | Court Document Retrieval | $17.60 |
|---|---|---|---|
| | TX | American Express; Invoice # 11192018SEH; Taxi and Local Transportation - Uber ride home from office 675-8 | $29.98 |
| | TX | American Express; Invoice # 12032018SEH; Taxi and Local Transportation - Uber: late night office to home 675-8 | $60.17 |
| | TX | American Express; Invoice # 12042018SEH; Taxi and | $76.78 |

Financial Oversight and Mngmt

McKinsey Report

| | | Local Transportation - Uber: late night office to home 675-8 | |
|---|---|---|---|
| TX | | American Express; Invoice # 12052018SEH; Taxi and Local Transportation - Uber: late night office to home 675-8 | $60.93 |
| TVL | | American Express; Invoice # 12102018SEH; Out-of-Town Travel - Uber: Courtney Rd. Boston to Beacon St. Boston 675-8 | $13.45 |
| TX | | American Express; Invoice # 12102018SEH; Taxi and Local Transportation - Metro North to home 675-8 | $11.50 |
| TX | | American Express; Invoice # 12122018SEH; Taxi and Local Transportation - Uber: 1/2 of cost from office to home 675-8 | $7.25 |
| TX | | Catherine Trieu; Invoice # 12122018CTR; Taxi and Local Transportation - Local Transportation, 10:15 PM 675-8 | $27.46 |
| TX | | Catherine Trieu; Invoice # 12172018CTR; Taxi and Local Transportation - Local Transportation, 10:30 PM 675-8 | $18.74 |
| TX | | Catherine Trieu; Invoice # 12182018CTR; Taxi and Local Transportation - Local Transportation 10:30 PM 675-8 | $44.97 |
| TX | | Catherine Trieu; Invoice # 12192018CTR; Taxi and Local Transportation - Local Transportation, 11:45 PM 675-8 | $21.98 |
| CDR | | Court Document Retrieval | $13.40 |
| OR | | RELX Inc. DBA LexisNexis; Invoice # 3091819263; Online Research - for billing period 12/1/18-12/31/18 | $33.88 |
| TEL | | MultiPoint Communications; Invoice # 01012019; Conference Call Service - for billing period 12/1/18-1/1/19 | $20.28 |
| TEL | | MultiPoint Communications; Invoice # 01012019; Conference Call Service - for billing period 12/1/18-1/1/19 | $10.74 |
| TEL | | MultiPoint Communications; Invoice # 01012019; Conference Call Service - for billing period 12/1/18-1/1/19 | $5.80 |
| TEL | | MultiPoint Communications; Invoice # 01012019; Conference Call Service - for billing period 12/1/18-1/1/19 | $8.88 |
| TEL | | MultiPoint Communications; Invoice # 01012019; Conference Call Service - for billing period 12/1/18-1/1/19 | $1.21 |
| TEL | | MultiPoint Communications; Invoice # 01012019; Conference Call Service - for billing period 12/1/18-1/1/19 | $16.20 |
| TEL | | MultiPoint Communications; Invoice # 01012019; Conference Call Service - for billing period 12/1/18-1/1/19 | $33.24 |

Financial Oversight and Mngmt                                          Bill number      6151
McKinsey Report                                                                    Page      13

TOTAL DISBURSEMENTS FOR THIS MATTER                              $534.44

SUBMATTER FEE RECAP

Case Administration                    0.40   hrs                        $102.00

Third Party Communication              0.90   hrs                        $720.00

Analysis/Strategy                    310.00   hrs                    $173,195.50

Court Mandated Conferences             3.40   hrs                      $2,380.00
                                                             ---------------
Total                                324.50   hrs                    $176,397.50

BILLING SUMMARY

FEES                                                                $176,397.50

DISBURSEMENTS                                                          $534.44
                                                             ---------------
TOTAL CHARGES                                                       $176,931.94

                                                             ---------------
TOTAL BALANCE DUE                                                   $176,931.94

## **EXHIBIT G-6**

Twentieth Monthly Fee Statement
(January 2019)

Objection Deadline: March 11, 2019 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## TWENTIETH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR THE PERIOD FROM JANUARY 1, 2019 THROUGH JANUARY 31, 2019

### ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Principal  Certification**

I hereby  authorize  the submission  of Luskin,  Stern & Eisler  LLP's Consolidated  Monthly

Fee Statement  for January  2019.


_____

Jaime  A. El Koury

General  Counsel  to the Financial  Oversight
and Management  Board for Puerto Rico

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | Luskin, Stern & Eisler LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Period for Which Compensation and Reimbursement are Sought | January 1, 2019 to January 31, 2019 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $254,051.50[1] |
| 90% of Compensation Sought as Actual, Reasonable and Necessary: | $228,646.35 |
| 10% Holdback: | $25,405.15 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $636.44 |

This is a: __X__ monthly       ____ interim       ____ final statement.

This is Luskin, Stern & Eisler LLP's twentieth monthly fee statement in these cases.[2]

---

[1] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

[2] At the request of the Oversight Board, LS&E's Consolidated Nineteenth Monthly Fee Statement submitted on February 28, 2019, included fees for November 2018 through January 2019. After submission, the Puerto Rico Fiscal Agency and Financial Authority asked LS&E to submit separate fee statements for fees that were incurred in 2018 and 2019. This fee statement and LS&E's Amended Consolidated Nineteenth Monthly Fee Statement replace the Consolidated Nineteenth Monthly Fee Statement.

**Summary of Hours Billed by Professionals and Paraprofessionals
for the Period January 1, 2019 through January 31, 2019**

| Timekeeper | Position and Year Admitted to Practice | | Hourly Billing Rate ($) | Total Hours Billed | Total Fees ($) |
|---|---|---|---|---|---|
| Michael Luskin | Partner | 1978 | $800.00 | 106.60 | $85,280.00 |
| Lucia T. Chapman | Associate | 1984 | $700.00 | 77.10 | $53,970.00 |
| Stephan E. Hornung | Associate | 2008 | $700.00 | 137.30 | $96,110.00 |
| Catherine D. Trieu | Paralegal | N/A | $255.00 | 73.30 | $18,691.50 |
| **TOTAL** | | | | **394.30** | **$254,051.50** |

**Summary of Legal Fees
for the Period January 1, 2019 through January 31, 2019**

| Project Category | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|
| McKinsey Report | 394.30 | $254,051.50 |
| **TOTAL** | **394.30** | **$254,051.50** |

**Summary of Reimbursable Expenses
for the Period January 1, 2019 through January 31, 2019**

| Reimbursable Expenses | Amounts ($) |
|---|---|
| Court Document Retrieval | $189.80 |
| Court/Conference Call Service | $70.00 |
| Meals | $22.62 |
| Taxi and Local Transportation | $354.02 |
| **TOTAL** | **$636.44** |

In accordance with the Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Luskin, Stern & Eisler LLP ("LS&E"), special counsel to the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), hereby submits this Twentieth Monthly Fee Statement for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred (the "Monthly Fee Statement") for the period from January 1, 2019, through January 31, 2019 (the "Statement Period"). In support of the Monthly Fee Statement, LS&E respectfully represents as follows:

<b><u>Relief Requested</u></b>

1.     LS&E submits this Monthly Fee Statement in accordance with the Interim Compensation Order. All services for which LS&E requests compensation were performed by LS&E on behalf of the Oversight Board.

2.     LS&E submits the certification attached hereto as Exhibit A with respect to this Monthly Fee Statement and in accordance with the Interim Compensation Order.

3.     LS&E seeks compensation for professional services rendered and reimbursement of expenses incurred for the Statement Period in the amounts set forth below:

| Total Fees | $254,051.50 |
|---|---|
| Total Expenses | $636.44 |
| Total | $254,687.94 |

4.     A detailed statement of hours spent by LS&E rendering legal services to the Oversight Board and disbursements made by LS&E during the Statement Period is attached hereto as Exhibit B.

3

5.      Pursuant to the Interim Compensation Order, LS&E seeks payment of $229,282.79 for the Statement Period, representing (a) ninety percent (90.00%) of the total fees for services rendered and (b) 100% of the total expenses incurred.[3]

### Notice and Objection Procedures

6.      In accordance with the Interim Compensation Order, notice of the Monthly Fee Statement has been served upon the parties listed on the attached Exhibit C (together, as further defined in the Compensation Order, the "Notice Parties").

7.      Pursuant to the Interim Compensation Order, objections to the Monthly Fee Statement, if any, must be filed and served upon LS&E, no later than March 11, 2019 at 4:00 p.m. Atlantic Standard Time (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees and expenses at issue.

8.      If no objection to the Monthly Fee Statement is received by the Objection Deadline, the Debtors will pay to LS&E the amounts of fees and expenses identified in the Monthly Fee Statement.

9.      To the extent an objection to the Monthly Fee Statement is received on or before the Objection Deadline, the Debtors will withhold payment of that portion of the payment requested to which the objection is directed and will promptly pay the remainder of the fees and expenses as set forth herein.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

---

[3] LS&E reserves the right to seek an offsetting adjustment or "gross up" on account of any tax withholding pursuant to Act 257 amending the Puerto Rico Internal Revenue Code of 2011.

Dated: New York, New York
        March 5, 2019

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

**<u>EXHIBIT A</u>**

Certification of Michael Luskin in
Compliance with Puerto Rico Law

Objection Deadline: March 11, 2019 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATION OF MICHAEL LUSKIN IN SUPPORT OF THE TWENTIETH MONTHLY FEE STATEMENT OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2019 THROUGH JANUARY 31, 2019

I, Michael Luskin, hereby certify that:

1.    I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at Eleven Times Square, New York, New York 10036. LS&E is special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Debtors in the above-captioned title III cases pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

I have personal knowledge of all of the facts set forth in this certification except as expressly stated herein.

2.    In accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 [Docket No. 3269] (the "<u>Interim Compensation Order</u>"), this certification is made in support of the Twentieth Monthly Fee Statement of LS&E, as special counsel to the Oversight Board, dated March 5, 2019 (the "<u>Monthly Fee Statement</u>"), for compensation and reimbursement of expenses for the period of January 1, 2019 through and including January 31, 2019 (the "<u>Statement Period</u>").

3.    With respect to the Monthly Fee Statement, I hereby certify that no public servant of the Department of Treasury is a party to or has interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, LS&E does not have any debts owed to the Government of Puerto Rico or its instrumentalities. All services performed by LS&E in connection with the Monthly Fee Statement were rendered in New York, New York.

Dated:  New York, New York
        March 5, 2019

Respectfully  submitted,

*/s/ Michael Luskin*
Michael Luskin  (admitted  *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
Eleven Times  Square
New York, New York 10036
Telephone:   (212) 597-8200
Facsimile:   (212) 974-3205
luskin@lsellp.com

3

## **EXHIBIT B**
Time and Expense Records

January 31, 2019

Bill #   6231    ML

Client/Matter #  0675-0008

Billed through   January 31, 2019

Financial Oversight and Management Board                    Tax ID 13-3524567
Attn: Ms. Vizcarrondo
P.O. Box 195556
San Juan, PR  00919-5556

Re: McKinsey Report

PROFESSIONAL SERVICES RENDERED

| 01/01/19 | CDT | L120 | A104 | Analysis/Strategy | 3.00 | hrs |
|---|---|---|---|---|---|---|
| | | review McKinsey Second Interim Fee Application (HTA) and compile scope of work detail (1.8); begin review Second Interim Fee Application (PREPA) and compile scope of work detail (1.2) | | | | |
| 01/02/19 | CDT | L120 | A103 | Analysis/Strategy | 8.30 | hrs |
| | | revise and update witness log (0.1); complete review of Second Interim Fee Application (PREPA) and compile scope of work detail (1.3); review and compile scope of work detail re: Third Interim Fee Application (HTA) (2.6); review and compile scope of work detail re: same (PREPA) (4.3) | | | | |
| 01/02/19 | LTC | L120 | A108 | Analysis/Strategy | 0.40 | hrs |
| | | emails to S. Hornung, Proskauer re: document requests (0.1); emails LSE, client re: MIO, investments, draft report recommendations (0.3) | | | | |
| 01/02/19 | ML | L120 | A104 | Analysis/Strategy | 6.10 | hrs |
| | | revise report recommendations (2.8); review J. Alix and McKinsey depositions in Westmoreland (3.0); telephone call with P. Ivanic and email re: additional documents (0.3) | | | | |
| 01/02/19 | SEH | L120 | A103 | Analysis/Strategy | 5.80 | hrs |
| | | draft report | | | | |
| 01/03/19 | CDT | L120 | A104 | Analysis/Strategy | 4.60 | hrs |
| | | review and compile scope of work detail re: Third Interim Fee Application (Commonwealth) | | | | |
| 01/03/19 | LTC | L120 | A104 | Analysis/Strategy | 5.70 | hrs |
| | | review depositions of J. Alix (2.1), Hojnacki (3.5); review Judge Jones procedures for court conferences and emails S. Hornung re: same (0.1) | | | | |
| 01/03/19 | LTC | L120 | A109 | Analysis/Strategy | 1.10 | hrs |
| | | telephone attendance at Westmoreland hearing (0.9) and emails with LSE team re: same (0.2) | | | | |

Financial Oversight and Mngmt                                    Bill number      6231
McKinsey Report                                                         Page       2

| 01/03/19 | ML | L120 | A104 | Analysis/Strategy | 5.20 | hrs |
|---|---|---|---|---|---|---|

complete review of depositions in Westmoreland and emails re: same (2.3); draft report (1.5); email with P. Ivanic re: FO in the letter (0.1); review McKinsey court filing (Protective Order Motion) in Westmoreland (1.3)

| 01/03/19 | SEH | L120 | A103 | Analysis/Strategy | 4.20 | hrs |
|---|---|---|---|---|---|---|

drafting report, including review of supporting documents

| 01/04/19 | CDT | L120 | A104 | Analysis/Strategy | 0.10 | hrs |
|---|---|---|---|---|---|---|

review Commonwealth docket re: 11/7 hearing transcript and correspondence with L. Chapman

| 01/04/19 | LTC | L120 | A104 | Analysis/Strategy | 1.10 | hrs |
|---|---|---|---|---|---|---|

review revised recommendation section (0.6); review notes on interview re: Witness 108 (0.2); review and revise notes on interview re: Witness 107 (0.3)

| 01/04/19 | LTC | L120 | A108 | Analysis/Strategy | 1.00 | hrs |
|---|---|---|---|---|---|---|

conference call with LSE re: strategy and status (0.2), counsel for McKinsey, MIO re: documents, report (0.8)

| 01/04/19 | LTC | L120 | A105 | Analysis/Strategy | 0.20 | hrs |
|---|---|---|---|---|---|---|

telephone call with S. Hornung re: report status, McKinsey documents

| 01/04/19 | LTC | L120 | A103 | Analysis/Strategy | 2.90 | hrs |
|---|---|---|---|---|---|---|

draft sections II, III of report

| 01/04/19 | ML | L120 | A104 | Analysis/Strategy | 5.30 | hrs |
|---|---|---|---|---|---|---|

prepare for and attend conference telephone call with McKinsey counsel (0.8); telephone call with L. Chapman and S. Hornung re: status (0.2); review documents re: financial advisor disclosures (0.6); draft report and recommendations (3.7)

| 01/04/19 | SEH | L120 | A103 | Analysis/Strategy | 5.50 | hrs |
|---|---|---|---|---|---|---|

continue drafting report (4.3); telephone call with L. Chapman re: same (.2); telephone call with McKinsey counsel re: documents (0.8); related meeting with M. Luskin and L. Chapman (telephonically) (0.2)

| 01/05/19 | SEH | L120 | A103 | Analysis/Strategy | 4.60 | hrs |
|---|---|---|---|---|---|---|

continue drafting report (4.4); emails with J. El Koury re: response to reporter (0.2)

| 01/06/19 | LTC | L120 | A106 | Analysis/Strategy | 0.20 | hrs |
|---|---|---|---|---|---|---|

emails with LSE, client re: interview with press

| 01/06/19 | SEH | L120 | A103 | Analysis/Strategy | 4.00 | hrs |
|---|---|---|---|---|---|---|

further draft report

| 01/07/19 | CDT | L120 | A104 | Analysis/Strategy | 5.40 | hrs |
|---|---|---|---|---|---|---|

review Commonwealth docket and filings re: request for status report (0.5); correspondence with L. Chapman re: same (0.1); review L. Chapman comments and further revise memo re: Witness 107 (0.4); review McKinsey Fourth Interim Fee Application (HTA) and compile scope of work detail (2.4); begin review of McKinsey Fourth Interim Fee Application (PREPA) and compile scope of work detail

Financial Oversight and Mngmt                                    Bill number      6231

McKinsey Report                                                        Page      3

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | (2.0) | | | |
| 01/07/19 | LTC | L120 | A106 | Analysis/Strategy | 2.00 | hrs |

update conference call with client, LSE (0.6); conference call with LSE, A. Bonime-Blanc re: recommendations (1.4)

| 01/07/19 | LTC | L120 | A105 | Analysis/Strategy | 0.30 | hrs |

telephone call with S. Hornung re: report (0.1); emails with C. Trieu re: omnibus hearing transcript, court order re: status (0.2)

| 01/07/19 | LTC | L120 | A103 | Analysis/Strategy | 5.80 | hrs |

draft and revise sections II, III of report (5.0); revise proposed recommendations (0.8)

| 01/07/19 | LTC | L120 | A104 | Analysis/Strategy | 0.40 | hrs |

review omnibus hearing transcript 11.7.18

| 01/07/19 | ML | L120 | A104 | Analysis/Strategy | 4.50 | hrs |

review additional McKinsey document production (0.8); draft report (1.7); conference telephone call with team (0.6); interview ethics advisor (1.4)

| 01/07/19 | SEH | L120 | A103 | Analysis/Strategy | 3.20 | hrs |

weekly status call with team (0.6); telephone call with A. Bonime-Blanc and M. Luskin re: report (1.4); continue drafting report (1.0) and review of related documents (0.2)

| 01/08/19 | CDT | L120 | A105 | Analysis/Strategy | 0.20 | hrs |

correspondence with L. Chapman re: hearing transcript and McKinsey documents

| 01/08/19 | CDT | L120 | A104 | Analysis/Strategy | 7.10 | hrs |

review Commonwealth docket re: hearing transcript (0.2); complete review and compile scope of work detail re: McKinsey Fourth Interim Fee Application (PREPA) (2.6); review and compile scope of work detail McKinsey Fourth Interim Fee Application (Commonwealth) (4.3)

| 01/08/19 | LTC | L120 | A104 | Analysis/Strategy | 0.20 | hrs |

review documents from Proskauer

| 01/08/19 | LTC | L120 | A105 | Analysis/Strategy | 0.20 | hrs |

emails with LSE team re: report, transcripts

| 01/08/19 | LTC | L120 | A103 | Analysis/Strategy | 5.00 | hrs |

draft report sections

| 01/08/19 | ML | L120 | A104 | Analysis/Strategy | 4.30 | hrs |

draft report and recommendations

| 01/09/19 | CDT | L120 | A108 | Analysis/Strategy | 0.20 | hrs |

telephone calls with Court Reporter re: access to hearing transcript

| 01/09/19 | CDT | L120 | A104 | Analysis/Strategy | 5.40 | hrs |

review Commonwealth docket re: hearing transcript (0.1); reschedule telephonic appearance re: 1/9 ANR hearing (0.1); review and compile recent news articles (0.3); correspondence with M. Luskin and related review re: 1/30 omnibus hearing (0.1); review and consolidate scope of work detail re: McKinsey HTA Title III (fee apps. 1-3) (4.8)

Financial Oversight and Mngmt                                    Bill number      6231
McKinsey Report                                                  Page       4

| | | | | | |
|---|---|---|---|---|---|
| 01/09/19 | LTC | L120 | A103 | Analysis/Strategy | 4.50 hrs |
| | | draft report sections | | | |
| 01/09/19 | LTC | L120 | A105 | Analysis/Strategy | 0.40 hrs |
| | | conference S. Hornung re: report, ANR, and emails LSE and client re: ANR | | | |
| 01/09/19 | ML | L120 | A104 | Analysis/Strategy | 5.30 hrs |
| | | review COFINA confirmation papers (0.5); review and revise report draft report and recommendations (4.5); review additional McKinsey document production and email re: same (0.3) | | | |
| 01/09/19 | SEH | L120 | A103 | Analysis/Strategy | 4.80 hrs |
| | | attend telephone status conference re: Alpha Natural Resources (0.8); prepare email to team re: same (0.2); meeting with L. Chapman re: report status (0.1); continue draft report (3.7) | | | |
| 01/10/19 | CDT | L120 | A104 | Analysis/Strategy | 2.40 hrs |
| | | review Commonwealth docket re: status and availability of 10/3 hearing transcript and follow-up office conference with L. Chapman (0.1); review and complete consolidating scope of work detail re: McKinsey HTA Title III (1.4); begin review and consolidate scope of work detail re: McKinsey PREPA Title III (0.9) | | | |
| 01/10/19 | LTC | L120 | A108 | Analysis/Strategy | 0.10 hrs |
| | | emails with LSE team, counsel for McKinsey & MIO re: information requests | | | |
| 01/10/19 | ML | L120 | A104 | Analysis/Strategy | 4.50 hrs |
| | | interview preparation re: Witnesses 109 and 110 (0.8); review COFINA court filings and revise report accordingly (2.4); draft report and recommendations (1.3) | | | |
| 01/10/19 | SEH | L120 | A103 | Analysis/Strategy | 2.80 hrs |
| | | draft report (2.1); telephone call with MIO counsel re: interviews (0.2); prepare questions for interview of Witnesses 109 and 110 (0.3) and emails with L. Chapman re: same (0.2) | | | |
| 01/11/19 | CDT | L120 | A104 | Analysis/Strategy | 2.90 hrs |
| | | review docket and review and compile transcript re: 10/3 hearing (0.2); correspondence with L. Chapman re: same and follow-up on 10/5 hearing transcript (0.1); correspondence with McKinsey counsel and related troubleshooting re: data access issues (0.2); review order re: 1/30 omnibus hearing venue (0.1) and related correspondence with S. Hornung and K. Feeney (0.1); prepare for (0.1) and attend telephonic interview re: Witnesses 109 and 110 (0.7); research follow-up items from interview re: same (0.2); review and consolidate scope of work detail re: McKinsey PREPA Title III (1.2) | | | |
| 01/11/19 | LTC | L120 | A109 | Analysis/Strategy | 0.70 hrs |
| | | attend telephone interviews re: Witnesses 109 and 110 | | | |
| 01/11/19 | LTC | L120 | A105 | Analysis/Strategy | 0.40 hrs |
| | | conferences with M. Luskin, S. Hornung, C. Trieu re: Witness interview (109 and 110) and follow-up | | | |
| 01/11/19 | LTC | L120 | A104 | Analysis/Strategy | 1.30 hrs |

Financial Oversight and Mngmt                                    Bill number      6231
McKinsey Report                                                       Page      5

review interview questions re: Witnesses 109 and 110, McKinsey
and MIO policies, sample SMA and third party agreement
language, FOMB policies, memo from Fee Examiner (1.2) and emails
LSE team re: same (0.1)

| | | | | | |
|---|---|---|---|---|---|
| 01/11/19 | ML | L120 | A104 | Analysis/Strategy | 3.70 hrs |

office conference with L. Chapman and S. Hornung re: Witnesses
109 and 110 interviews (0.3); revise report and recommendations
(2.3); review additional COFINA filings and revise report
accordingly (0.9); emails with LSE team re: revisions (0.2)

| | | | | | |
|---|---|---|---|---|---|
| 01/11/19 | SEH | L120 | A103 | Analysis/Strategy | 4.60 hrs |

prepare for (1.1) and participate in interviews re:  Witnesses 109 and
110 (0.7); emails with team re: same (0.1); continue draft report (2.7)

| | | | | | |
|---|---|---|---|---|---|
| 01/12/19 | CDT | L120 | A103 | Analysis/Strategy | 5.70 hrs |

review interview outline and interview notes re: Witness 109 and
110 (1.4); draft interview memo re: same (4.3)

| | | | | | |
|---|---|---|---|---|---|
| 01/13/19 | LTC | L120 | A105 | Analysis/Strategy | 0.20 hrs |

emails with LSE team, client re: filings in Puerto Rico case, NYLJ
article

| | | | | | |
|---|---|---|---|---|---|
| 01/13/19 | ML | L120 | A104 | Analysis/Strategy | 4.10 hrs |

review McKinsey articles (0.4); revise report (3.7)

| | | | | | |
|---|---|---|---|---|---|
| 01/13/19 | SEH | L120 | A104 | Analysis/Strategy | 0.50 hrs |

review COFINA confirmation hearing filings

| | | | | | |
|---|---|---|---|---|---|
| 01/14/19 | CDT | L120 | A104 | Analysis/Strategy | 7.30 hrs |

review and compile filings re: COFINA plan (0.1); review
correspondence and NYLJ article from M. Luskin (0.1); schedule
telephonic appearance re: 1/15 ANR hearing (0.2); correspondence
with S. Hornung re: same (0.1); review interview notes re: Witnesses
109 and 110 (0.9); complete draft interview memo re: same (1.8);
review interview outline re: same (0.1); review, revise and send
memo to L. Chapman and S. Hornung for comment re: same (1.6);
continue review and consolidate scope of work detail re: McKinsey
PREPA Title III (2.4)

| | | | | | |
|---|---|---|---|---|---|
| 01/14/19 | LTC | L120 | A105 | Analysis/Strategy | 0.20 hrs |

emails, telephone call with S. Hornung re: report

| | | | | | |
|---|---|---|---|---|---|
| 01/14/19 | LTC | L120 | A104 | Analysis/Strategy | 0.90 hrs |

review declarations in COFINA case and NYLJ article

| | | | | | |
|---|---|---|---|---|---|
| 01/14/19 | LTC | L120 | A108 | Analysis/Strategy | 0.50 hrs |

conference call with M. Luskin, S. Hornung, A. Bonime-Blanc re:
recommendations in report

| | | | | | |
|---|---|---|---|---|---|
| 01/14/19 | LTC | L120 | A103 | Analysis/Strategy | 1.00 hrs |

draft and revise report section on scope of work

| | | | | | |
|---|---|---|---|---|---|
| 01/14/19 | ML | L120 | A104 | Analysis/Strategy | 6.30 hrs |

revise draft report (3.6); office conference with S. Hornung re: same
(0.2); telephone call with P. Ivanic re: report and legislative issues
(0.3); prepare for (1.0) and attend conference telephone call with
team and Board (0.5); draft COFINA proposed findings and

Financial Oversight and Mngmt                                    Bill number      6231
McKinsey Report                                                    Page      6

|          |     |      |      |                    |      |     |
|----------|-----|------|------|--------------------|------|-----|
|          |     |      |      | conclusions (0.7)  |      |     |
| 01/14/19 | SEH | L120 | A103 | Analysis/Strategy  | 9.00 | hrs |

weekly status call with team (0.5); drafting report (8.3) and emails with L. Chapman re: same (0.2)

| 01/15/19 | CDT | L120 | A104 | Analysis/Strategy | 4.00 | hrs |

compile and review recent news articles re: McKinsey (0.3); review Commonwealth docket re: availability of 10/5 hearing transcript and 1/30 hearing procedures (0.2); correspondence with L. Chapman and S. Hornung and review related email summary re: ANR hearing (0.1); revise and finalize contracts timeline (0.4); review follow-up items, related correspondence and McKinsey production documents (0.5); correspondence with L. Chapman and S. Hornung re: same (0.2); continue review and consolidate scope of work detail re: McKinsey PREPA Title III (2.3)

| 01/15/19 | LTC | L120 | A103 | Analysis/Strategy | 5.40 | hrs |

draft and revise report section on scope of work

| 01/15/19 | LTC | L120 | A109 | Analysis/Strategy | 1.30 | hrs |

listen to hearing in ANR (1.0) and emails with LSE, McKinsey attorneys re: same (0.3)

| 01/15/19 | ML | L120 | A104 | Analysis/Strategy | 5.10 | hrs |

draft COFINA findings and conclusion for report (1.1); conference telephone call with McKinsey re: pending litigations and follow-up questions (1.0); telephone call with J. El Koury re: report issues (0.3); review additional COFINA filings re: settlement and related (0.5); draft and revise report (2.2)

| 01/15/19 | SEH | L120 | A103 | Analysis/Strategy | 4.50 | hrs |

draft report

| 01/16/19 | CDT | L120 | A104 | Analysis/Strategy | 4.00 | hrs |

review Commonwealth docket re: availability of 10/5 hearing transcript availability 1/30 omnibus hearing procedures (0.2); review and consolidate scope of work detail re: McKinsey Commonwealth Title III (3.8)

| 01/16/19 | LTC | L120 | A103 | Analysis/Strategy | 2.20 | hrs |

revise section on events leading to investigation (0.5); revise section on scope of work (1.5); and emails, telephone call with S. Hornung re: same (0.2)

| 01/16/19 | LTC | L120 | A104 | Analysis/Strategy | 1.00 | hrs |

review interview notes for sections of report

| 01/16/19 | ML | L120 | A104 | Analysis/Strategy | 3.50 | hrs |

review revised COFINA filings (0.5); revise report and recommendations (3.0)

| 01/16/19 | SEH | L120 | A104 | Analysis/Strategy | 5.10 | hrs |

continue drafting report (4.9); telephone call with L. Chapman re: same (0.2)

| 01/17/19 | CDT | L120 | A105 | Analysis/Strategy | 6.90 | hrs |

review and consolidate scope of work detail re: McKinsey

Financial Oversight and Mngmt                                    Bill number    6231
McKinsey Report                                                       Page    7

|            |      |      |      |                   |          |     |
|------------|------|------|------|-------------------|----------|-----|

Commonwealth Title III (2.2); correspondence with L. Chapman re: hearing transcripts (0.1); review transcripts re: same (10/5 and 11/7) (0.2); telephone call with L. Chapman re: milestones timeline (0.2); review McKinsey production documents and FOMB documents re: same (1.7); compile and draft milestones (1.3); begin draft timeline re: same (1.0); draft informative motion re: 1/30 omnibus hearing (0.2)

01/17/19  LTC  L120  A104  Analysis/Strategy                     1.10  hrs
review hearing transcripts and emails with LSE team and Proskauer re: report section

01/17/19  LTC  L120  A103  Analysis/Strategy                     0.70  hrs
draft summary of McKinsey work for Board and revise presentation to Board (0.6) and emails LSE team, Board re: same (0.1)

01/17/19  LTC  L120  A103  Analysis/Strategy                     3.00  hrs
revise sections on events leading to investigation and scope of McKinsey work

01/17/19  LTC  L120  A108  Analysis/Strategy                     0.20  hrs
emails with LSE, McKinsey attorneys re: Westmoreland, ANR, and McKinsey documents

01/17/19  LTC  L120  A105  Analysis/Strategy                     0.70  hrs
telephone calls with S. Hornung (0.5) and C. Trieu (0.2) re: report

01/17/19  ML   L120  A104  Analysis/Strategy                     6.20  hrs
draft and revise board presentation outline (2.0); review ANR hearing transcript re: disclosure issues (1.2); review Westmoreland transcript re: disclosure issues (0.8); review ANR in camera material (1.2); telephone call with C. Chung and office conferences with S. Hornung re: in camera material (0.5); revise recommendations (0.5)

01/17/19  SEH  L120  A104  Analysis/Strategy                     5.40  hrs
revise slide deck for board presentation (1.5); drafting report (3.4); telephone call with L. Chapman re: report drafting (0.5)

01/18/19  CDT  L120  A103  Analysis/Strategy                     5.80  hrs
compile draft milestones list and email to L. Chapman (0.3); review FOMB documents (0.9) and continue draft timelines re: milestones (4.3); correspondence with L. Chapman and S. Hornung re: same (0.3)

01/18/19  LTC  L120  A103  Analysis/Strategy                     5.00  hrs
review and revise report (4.5); review and revise summary of interviews re: Witnesses 109 and 110 (0.4) and emails with LSE team re: same (0.1)

01/18/19  LTC  L120  A106  Analysis/Strategy                     1.30  hrs
conference call with Board, LSE team re: findings and recommendations

01/18/19  ML   L120  A104  Analysis/Strategy                     5.20  hrs
emails re: report (0.3); prepare for (0.5) and attend Board meeting re: report and recommendations (1.3); review document production (0.8); telephone call with P. Ivanic re: report, follow-up and related

Financial Oversight and Mngmt                                          Bill number      6231
McKinsey Report                                                                  Page      8

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | (0.5); draft memo re: document review and open items (1.8) |  |  |  |
| 01/18/19 | SEH | L120 | A104 | Analysis/Strategy | 9.60 | hrs |
|  |  |  | office conference with C. Trieu re: McKinsey scope of work (0.3); revise report and review of supporting documents (4.1); call with full board re: preliminary findings (1.3); revise McKinsey report (3.9) |  |  |  |
| 01/19/19 | LTC | L120 | A103 | Analysis/Strategy | 1.30 | hrs |
|  |  |  | revise report |  |  |  |
| 01/19/19 | SEH | L120 | A104 | Analysis/Strategy | 9.20 | hrs |
|  |  |  | review and revise report |  |  |  |
| 01/20/19 | ML | L120 | A104 | Analysis/Strategy | 4.70 | hrs |
|  |  |  | revise draft report (4.5); emails re: same (0.2) |  |  |  |
| 01/20/19 | SEH | L120 | A104 | Analysis/Strategy | 0.20 | hrs |
|  |  |  | review and revise report |  |  |  |
| 01/21/19 | LTC | L120 | A103 | Analysis/Strategy | 2.90 | hrs |
|  |  |  | review and revise report |  |  |  |
| 01/21/19 | SEH | L120 | A104 | Analysis/Strategy | 3.30 | hrs |
|  |  |  | review and revise report |  |  |  |
| 01/22/19 | LTC | L120 | A103 | Analysis/Strategy | 3.40 | hrs |
|  |  |  | revise report (3.2) and emails with LSE team, McKinsey counsel re: same, follow-up questions (0.2) |  |  |  |
| 01/22/19 | ML | L120 | A104 | Analysis/Strategy | 3.70 | hrs |
|  |  |  | review revised COFINA findings and conclusions (0.5); revise report (1.7); revise recommendations (1.5) |  |  |  |
| 01/22/19 | SEH | L120 | A104 | Analysis/Strategy | 9.00 | hrs |
|  |  |  | review and revise report (8.2); emails with MIO and McKinsey attorneys re: same (0.8) |  |  |  |
| 01/23/19 | LTC | L120 | A108 | Analysis/Strategy | 0.20 | hrs |
|  |  |  | emails with LSE team, MIO counsel re: follow-up interviews and questions |  |  |  |
| 01/23/19 | SEH | L120 | A104 | Analysis/Strategy | 5.40 | hrs |
|  |  |  | review and revise report |  |  |  |
| 01/24/19 | LTC | L120 | A109 | Analysis/Strategy | 2.70 | hrs |
|  |  |  | meetings with LSE team, McKinsey and MIO counsel re: conclusions and recommendations, follow-up interviews (2.2) and prepare for same (0.5) |  |  |  |
| 01/24/19 | LTC | L120 | A105 | Analysis/Strategy | 0.10 | hrs |
|  |  |  | emails with LSE team re: COFINA |  |  |  |
| 01/24/19 | ML | L120 | A104 | Analysis/Strategy | 3.80 | hrs |
|  |  |  | prepare for (0.8) and attend meeting with McKinsey (2.2); review COFINA court filings re: settlement, findings and conclusions and related, for report (0.8) |  |  |  |
| 01/24/19 | SEH | L120 | A104 | Analysis/Strategy | 2.70 | hrs |
|  |  |  | meeting with MIO and McKinsey lawyers re: report and recommendations (2.2); revise report (0.5) |  |  |  |

Financial Oversight and Mngmt                                          Bill number      6231
McKinsey Report                                                             Page       9

| 01/25/19 | LTC | L120 | A108 | Analysis/Strategy | 0.60 | hrs |
|---|---|---|---|---|---|---|

conference call with LSE team, McKinsey and MIO counsel re: report

| 01/25/19 | LTC | L120 | A105 | Analysis/Strategy | 0.30 | hrs |

telephone call with S. Hornung re: report

| 01/25/19 | LTC | L120 | A101 | Analysis/Strategy | 2.20 | hrs |

prepare for telephone interviews re: Witnesses 111 and 112 (1.4), including review current draft of report (0.8)

| 01/25/19 | ML | L120 | A103 | Analysis/Strategy | 3.80 | hrs |

draft and revise report (1.7); conference telephone call with McKinsey lawyers (0.6); emails re: document review (0.8); revise recommendations (0.7)

| 01/25/19 | SEH | L120 | A104 | Analysis/Strategy | 5.10 | hrs |

review and revise report and related review of supporting documents (3.6); telephone call with McKinsey counsel (0.8); prepare informative motion and telephone call with M. Bienenstock re: hearing (0.3); emails with MIO counsel re: follow-up questions (0.1); telephone call with L. Chapman re: report drafting and follow-up (0.3)

| 01/26/19 | LTC | L120 | A105 | Analysis/Strategy | 0.30 | hrs |

emails re: report, confidential information, request from Court to update at hearing

| 01/26/19 | ML | L120 | A103 | Analysis/Strategy | 2.20 | hrs |

revise recommendations

| 01/26/19 | SEH | L120 | A104 | Analysis/Strategy | 1.00 | hrs |

review and revise report

| 01/27/19 | LTC | L120 | A103 | Analysis/Strategy | 1.20 | hrs |

revise report

| 01/27/19 | ML | L120 | A103 | Analysis/Strategy | 1.70 | hrs |

revise recommendations (1.6); emails re: same (0.1)

| 01/27/19 | SEH | L120 | A104 | Analysis/Strategy | 2.70 | hrs |

review and revise report

| 01/28/19 | LTC | L120 | A108 | Analysis/Strategy | 1.10 | hrs |

conference call with LSE, client re: updates (0.5); telephone interview re: Witness 111 (0.6)

| 01/28/19 | LTC | L120 | A103 | Analysis/Strategy | 0.70 | hrs |

draft report insert re: SunEd, including review Mar-Bow objection in same case

| 01/28/19 | ML | L120 | A104 | Analysis/Strategy | 5.70 | hrs |

revise report and recommendations (3.1); conference telephone call with Board and team re: report (0.5); telephone call with S. Ehrenberg re: MIO issues, and follow-up email re: same (0.4); telephone call with C. Chung re: hearing, report follow-up, and related (0.3); review MIO interview reports (0.5); office conferences with S. Hornung re: revisions to report (0.6); review agenda and emails re: omnibus hearing report (0.3)

Financial Oversight and Mngmt        Bill number    6231

McKinsey Report        Page    10

| | | | | | |
|---|---|---|---|---|---|
| 01/28/19 | SEH | L120 | A104 | Analysis/Strategy | 8.00 hrs |

review and revise report (6.7); weekly status call with team (0.5); office conference with M. Luskin re: report (0.6); revise informative motion (0.2)

| | | | | | |
|---|---|---|---|---|---|
| 01/29/19 | ML | L120 | A103 | Analysis/Strategy | 3.80 hrs |

emails re: report (0.2); office conference with S. Hornung re: report (0.6); revise report with Board comments (1.3); revise report and recommendations (1.7)

| | | | | | |
|---|---|---|---|---|---|
| 01/29/19 | SEH | L120 | A104 | Analysis/Strategy | 2.70 hrs |

review and revise report (2.1); office conference with M. Luskin re: report (0.6)

| | | | | | |
|---|---|---|---|---|---|
| 01/30/19 | ML | L120 | A104 | Analysis/Strategy | 4.70 hrs |

prepare for and attend omnibus hearing at SDNY to report on investigation status (0.5); review J. Alix court filings (certiorari petition) in ANR (0.3); review Board comments on draft report (0.3); draft report introduction and revise report (3.3); telephone call with S. Ehrenberg re: MIO follow-up questions and documents (0.3)

| | | | | | |
|---|---|---|---|---|---|
| 01/30/19 | SEH | L120 | A104 | Analysis/Strategy | 8.60 hrs |

review and revise report (8.3); telephone call with MIO counsel re: same (0.3)

| | | | | | |
|---|---|---|---|---|---|
| 01/31/19 | LTC | L120 | A103 | Analysis/Strategy | 1.50 hrs |

review and revise recommendations, conclusions, introduction sections (0.9); review edits from client (0.5); and emails with LSE, client re: same (0.1)

| | | | | | |
|---|---|---|---|---|---|
| 01/31/19 | ML | L120 | A104 | Analysis/Strategy | 3.20 hrs |

emails re: report (0.1); review and revise introduction (0.3); review and revise report (1.8); review notes and compile list of open items for report (0.5); review Board revisions to report (0.5)

| | | | | | |
|---|---|---|---|---|---|
| 01/31/19 | SEH | L120 | A104 | Analysis/Strategy | 5.80 hrs |

review and revise report (5.3); emails with McKinsey team re: confidential designations and prepare list re: same (0.5)

| | | | |
|---|---|---|---|
| Trieu, Catherine D. | 73.30 hrs | 255.00 /hr | $18,691.50 |
| Chapman, Lucia T. | 77.10 hrs | 700.00 /hr | $53,970.00 |
| Luskin, Michael | 106.60 hrs | 800.00 /hr | $85,280.00 |
| Hornung, Stephan E. | 137.30 hrs | 700.00 /hr | $96,110.00 |
| | | | --------------- |
| Total fees for this matter | 394.30 hrs | | $254,051.50 |

DISBURSEMENTS

| | | | |
|---|---|---|---|
| | TX | American Express; Invoice # 121218SH; Taxi and Local Transportation - Uber ride from office to home 675-8 | $63.19 |
| | TX | Catherine Trieu; Invoice # 12272018CTR; Taxi and Local Transportation - Local Transportation, 10:00 PM 675-8 | $29.98 |
| | TX | Catherine Trieu; Invoice # 12282018CTR; Taxi and Local Transportation - Local Transportation, 10:45 PM 675-8 | $33.69 |

Financial Oversight and Mngmt                                          Bill number      6231
McKinsey Report                                                              Page      11

| | | | |
|---|---|---|---:|
| CDR | File and ServeXpress LLC; Invoice # 201812696798901; Court Document Retrieval | | $120.00 |
| TX | Catherine Trieu; Invoice # 01022019CTR; Taxi and Local Transportation - Local Transportation, 11:00 PM 675-8 | | $29.01 |
| TX | American Express; Invoice # 01082019CTR; Taxi and Local Transportation - Local Transportation, 9:45 PM 675-8 | | $25.47 |
| CRT | CitiBusiness Card; Invoice # 01092019CTR; Court Related Expenses - Court Solutions-Case Name: Alpha Natural Resources Case No. 15-33896 Date of Hearing: 1/9/19 675-8 | | $70.00 |
| TX | American Express; Invoice # 01092019CTR; Taxi and Local Transportation - Local Transportation, 11:45 PM 675-8 | | $29.00 |
| TX | American Express; Invoice # 01142019SEH; Taxi and Local Transportation - Uber home from office 675-8 | | $57.40 |
| TX | American Express; Invoice # 01142019CTR; Taxi and Local Transportation - Local Transportation, 10:15 PM 675-8 | | $28.47 |
| TX | American Express; Invoice # 01152019CTR; Taxi and Local Transportation - Local Transportation, 10:45 PM 675-8 | | $29.43 |
| MEAL | American Express; Invoice # 01172019CTR; Meals - Dinner 675-8 | | $22.62 |
| TX | American Express; Invoice # 01172019CT; Taxi and Local Transportation -  Local Transportation, 1:30 AM 675-8 | | $28.38 |
| CDR | Court Document Retrieval | | $69.80 |
| | **TOTAL DISBURSEMENTS FOR THIS MATTER** | | $636.44 |

**SUBMATTER FEE RECAP**

| | | | |
|---|---|---|---:|
| | Analysis/Strategy | 394.30  hrs | $254,051.50 |
| | | | --------------- |
| | Total | 394.30  hrs | $254,051.50 |

**BILLING SUMMARY**

| | | |
|---|---|---:|
| | FEES | $254,051.50 |
| | DISBURSEMENTS | $636.44 |
| | | --------------- |
| | TOTAL CHARGES | $254,687.94 |
| | | --------------- |
| | TOTAL BALANCE DUE | $254,687.94 |