# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2018 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$775** | **$1030.29** |
| | Partner – Sr. (20+ years) | $857 | $1,118.59 |
| | Partner – Mid (13-19 years) | $729 | $896.90 |
| | Partner – Jr. (0-12 years) | $662 | $854.71 |
| **Associate** | | **$507** | **$708.84** |
| | Associate – Sr. (5+ years) | $599 | $811.64 |
| | Associate – Jr. (0-3 years) | $483 | $485.51 |
| **Paralegal** | N/A | $284 | $356.50 |
| **Project Assistant** | N/A | $174 | $220.43 |
| **Other** | N/A | $326 | $347.23 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $798.76 |
| **Blended Rate for all Attorneys with 15% discount and 50% discount for non-working travel time** | | | $661.25 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $764.33 |
| **Blended Rate for all Timekeepers with 15% discount and 50% discount for non-working travel time** | | | $638.13 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Jenner & Block LLP
Date of Application: March 18, 2019
Interim or Final: Interim