# EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---|
| Audiovisual | $7,343.17 |
| B&W Copy | $3,273.60 |
| Business Meals | $178.51 |
| Color Copy | $53.50 |
| Court Fees | $1,182.00 |
| In-City Transportation | $260.99 |
| Lexis Research | $471.93 |
| Other Professional Services - Transperfect Translations; Marketing Center | $25,931.00 |
| Pacer Charges | $240.70 |
| Postage Expense | $410.94 |
| Publications/Books | $254.04 |
| Special Messenger Service | $101.77 |
| Telephone Expense | $190.19 |
| Transcripts - Court Appearance- Deposition | $321.15 |
| UPS | $348.47 |
| Westlaw Research | $7,338.42 |
| **Travel** | |
| Airfare | $10,943.89 |
| Ground Transportation | $623.07 |
| Hotel | $3,031.48 |
| Meals | $6,853.31 |
| Parking | $348.00 |
| Rail | $478.00 |
| **TOTAL** | **$70,178.13** |