**EXHIBIT G**
**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| ADV. PROC. 17-189 – ACP Master LTD. | 164.50 | $152,781.00 |
| ADV. PROC. 17-213 – ERS v. ALTAIR | 245.80 | $207,537.50 |
| ADV. PROC. 17-219, 17-220 – ALTAIR v. ERS | 0.20 | $98.00 |
| ADV. PROC. 17-228, 17-229 - UTIER | 0.80 | $392.00 |
| ADV. PROC. 17-257 – UCC v. WHYTE | 252.40 | $239,755.00 |
| ADV. PROC. 17-151, 17-152 - PEAJE | 0.20 | $98.00 |
| ADV. PROC. 17-155, 17-156, 17-159 AMBAC; ASSURED | 0.60 | $477.00 |
| Adv. Proc. 18-149 - FOMB v. PBA | 26.80 | $20,625.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 194.10 | $116,933.50 |
| CHALLENGES TO PROMESA | 48.80 | $42,879.50 |
| CLAIMS ISSUES | 0.40 | $196.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 107.30 | $112,146.50 |
| COMMUNICATIONS WITH RETIREES | 20.80 | $22,626.50 |
| COURT HEARINGS | 28.30 | $29,957.00 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 1.10 | $1,235.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 67.70 | $46,214.00 |
| FEE APPLICATION AND STATEMENTS | 79.20 | $59,482.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 199.00 | $206,247.00 |
| GO BONDS ISSUES | 42.00 | $42,681.00 |
| GO/COFINA ISSUES | 0.40 | $196.00 |
| HEALTHCARE/OPEB ANALYSIS | 0.10 | $110.00 |
| MEDIATION | 183.70 | $160,135.00 |
| PENSION ANALYSIS | 8.80 | $9,685.00 |
| PREPA | 2.80 | $1,982.00 |
| RULE 2004 INVESTIGATION | 757.30 | $359,983.50 |
| NON-WORKING TRAVEL TIME | 75.30 | $82,790.00 |
| **Sub-Total*** | 2508.40 | $1,917,243.50 |
| Less 15% Fee Discount on all matters except – Non Working travel | | $275,168.14 |
| Less 50% Discount on Non-Working Travel | | $41,395.00 |
| **Total** | | **$1,600,680.36** |