# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# OCTOBER 2018

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES      MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 9/18/18 | Travel - Sheraton - Rooms | 659.65 |
| 9/18/18 | Travel - Sheraton - Parking | 216.00 |
| 9/18/18 | Travel - Sheraton - Audiovisual | 3,671.59 |
| 9/18/18 | Travel - Sheraton - Catering | 2,705.63 |
| 9/30/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 09/30/2018; Spanish/English translation 9/27/18. | 2,490.00 |
| 10/01/18 | Travel, ROBERT D. GORDON, 10/01/2018, San Juan PR,9/11-9/13/18, attend retiree committee meeting. | 102.81 |
| 10/01/18 | Airfare, ROBERT D. GORDON, 10/01/2018, San Juan PR,9/27-9/28/18, attend meeting with FOMB. | 997.30 |
| 10/01/18 | B&W Copy | 12.00 |
| 10/03/18 | Publications/Books; GEORGE WASHINGTON UNIVERSITY; 10/03/2018 | 75.00 |
| 10/03/18 | Travel, MELISSA M. ROOT, 10/03/2018, San Juan PR, 9/28-9/29/18, flight delayed trip cancelled. | 667.40 |
| 10/03/18 | Airfare, CATHERINE L. STEEGE, 10/03/2018, San Juan PR, 9/27-9/28/18, attend client meeting. | 209.90 |
| 10/03/18 | Airfare, CATHERINE L. STEEGE, 10/03/2018, San Juan PR, 9/27-9/28/18, attend client meeting. | 667.40 |
| 10/03/18 | Airfare, CATHERINE L. STEEGE, 10/03/2018, San Juan PR, 9/27-9/28/18, attend client meeting. | 204.40 |
| 10/03/18 | B&W Copy | 13.80 |
| 10/03/18 | B&W Copy | 113.60 |
| 10/03/18 | B&W Copy | 64.90 |
| 10/03/18 | 10/03/2018 UPS Delivery Service 1Z22124E0197745142 | 9.34 |
| 10/04/18 | In-City Transportation, TYLER J. EDWARDS, 10/04/20 18 | 23.00 |
| 10/04/18 | Travel; CATHERINE L. STEEGE; 10/04/2018:Credit forduplicate hotel charge (180914155137) | -230.48 |
| 10/04/18 | Color Copy | 5.50 |
| 10/04/18 | B&W Copy | 8.30 |
| 10/05/18 | Color Copy | 2.75 |
| 10/08/18 | In-City Transportation, WILLIAM K. DREHER, 10/08/2018, after hours taxi 9/25/18. | 12.81 |
| 10/08/18 | B&W Copy | 16.00 |
| 10/09/18 | Pacer Charges; PACER SERVICE CENTER; 10/09/2018 | 49.60 |
| 10/09/18 | Pacer Charges; PACER SERVICE CENTER; 10/09/2018 | 3.60 |
| 10/09/18 | Pacer Charges; PACER SERVICE CENTER; 10/09/2018; Pacer Service Center charges - 3rd quarter 2018; Account #5564054. | 5.10 |
| 10/09/18 | Pacer Charges; PACER SERVICE CENTER; 10/09/2018; Pacer charges 7/1/18-9/30/18. | 17.50 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 10/09/18 | Pacer Charges; PACER SERVICE CENTER; 10/09/2018; Pacer charges 07/01/2018 - 09/30/2018. | 17.50 |
| 10/10/18 | Washington Express Special Delivery 09/26/2018 | 22.09 |
| 10/10/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 10/10/2018; Spanish/English translation 10/1/18. | 995.00 |
| 10/10/18 | B&W Copy | 28.60 |
| 10/12/18 | Color Copy | 6.50 |
| 10/12/18 | B&W Copy | 80.40 |
| 10/12/18 | 10/12/2018 UPS Delivery Service 1Z05V0A34498178876 | 21.98 |
| 10/12/18 | 10/12/2018 UPS Delivery Service 1Z05V0A34498178876 | 3.49 |
| 10/15/18 | 10/15/2018 UPS Delivery Service 1Z05V0A31598219313 | 77.07 |
| 10/16/18 | Court fees; Elan Corp Payments; 9/27/18; Pripusich 9/18 Stmt; Hearing; 9/13/18 | 70.00 |
| 10/17/18 | B&W Copy | 12.20 |
| 10/17/18 | B&W Copy | 46.60 |
| 10/18/18 | B&W Copy | 10.40 |
| 10/19/18 | Taxis, ROBERT D. GORDON, 10/19/2018 | 69.71 |
| 10/19/18 | B&W Copy | 21.30 |
| 10/19/18 | B&W Copy | 6.10 |
| 10/22/18 | Meals, ROBERT D. GORDON, 10/22/2018, San Juan Puerto Rico, 9/27-28/18, attend meeting. Robert Gordon, Sean Gumbs and Hector Mayol. | 181.69 |
| 10/22/18 | Travel, ROBERT D. GORDON, 10/22/2018, Washington DC, 10/29-30/18, airfare for Hector Mayol to attend meeting. | 558.86 |
| 10/22/18 | Travel, ROBERT D. GORDON, 10/22/2018, Washington DC, 10/29-30/18, airfare for Miguel Fabre to attend meeting. | 558.86 |
| 10/22/18 | Airfare, ROBERT D. GORDON, 10/22/2018, San Juan Puerto Rico, 11/5-11/7/18, attend meeting. | 844.30 |
| 10/22/18 | Rail transportation from Washington, DC, ROBERT D. GORDON, 10/22/2018, Washington DC, 10/29-30/18, attend meeting. | 204.00 |
| 10/22/18 | Airfare, ROBERT D. GORDON, 10/22/2018, Washington DC, 10/29-30/18, attend meeting. | 203.20 |
| 10/22/18 | B&W Copy | 155.90 |
| 10/22/18 | B&W Copy | 197.30 |
| 10/22/18 | B&W Copy | 74.80 |
| 10/22/18 | 10/22/2018 UPS Delivery Service 1Z22124E0199847510 | 7.81 |
| 10/23/18 | Color Copy | .25 |
| 10/23/18 | B&W Copy | 3.30 |
| 10/23/18 | B&W Copy | 1.10 |
| 10/24/18 | Court Fees; Elan Corp Payments; 9/27/18; Docketing 9/18 Stmt; L. Harrison admission fee; 9/19/18. | 231.00 |
| 10/24/18 | Court Fees; Elan Corp Payments; 9/27/18; Docketing 9/18 Stmt; W. Dreher admission fee; 9/19/18. | 231.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 10/24/18 | Court Fees; Elan Corp Payments; 9/27/18; Docketing 9/18 Stmt; L. Harrison rush COGS fee; 9/19/18. | 150.00 |
| 10/24/18 | Court Fees; Elan Corp Payments; 9/27/18; Docketing 9/18 Stmt; W. Dreher rush COGS fee; 9/19/18. | 150.00 |
| 10/24/18 | Publications/Books; GEORGETOWN UNIVERSITY LAW CENTER; 10/24/2018; Interlibrary loan: The Constitution in Congress: Descent into the Maelstrom, 2005; The Constitution in Congress: Democrats & Whigs, 2005. | 53.00 |
| 10/24/18 | Airfare, ROBERT D. GORDON, 10/24/2018, Washington DC, 10/29-30/18, attend meeting. | 358.89 |
| 10/24/18 | Airfare change fee for Hector Mayol, 10/24/2018, San Juan PR, 9/27-28/18, attend meeting. | 318.27 |
| 10/24/18 | 9/30/2018 Quartely Pacer Charges | 45.80 |
| 10/24/18 | 9/30/2018 Quartely Pacer Charges | 4.30 |
| 10/24/18 | B&W Copy | 14.90 |
| 10/25/18 | Color Copy | 3.75 |
| 10/25/18 | 10/25/2018 UPS Delivery Service 1Z05V0A31395229491 | 13.92 |
| 10/26/18 | Postage Expense | 52.03 |
| 10/26/18 | Color Copy | 4.50 |
| 10/26/18 | B&W Copy | 92.40 |
| 10/26/18 | 10/26/2018 UPS Delivery Service 1Z6134382596294881 | 20.32 |
| 10/26/18 | 10/26/2018 UPS Delivery Service 1Z6134383098322676 | 9.24 |
| 10/29/18 | 09/21/2018 Soundpath Teleconferencing | 20.21 |
| 10/29/18 | B&W Copy | 8.30 |
| 10/29/18 | 10/29/2018 UPS Delivery Service 1Z05V0A3NW96392548 | 20.69 |
| 10/30/18 | Catering; 1970414045; by: LeGrand Sheila; Detail: Moot Court/Washington DC-William Dreher | 138.51 |
| 10/30/18 | B&W Copy | 16.90 |
| 10/30/18 | B&W Copy | 16.90 |
| 10/31/18 | Postage Expense | .47 |
| 10/31/18 | Lexis Research | 18.06 |
| 10/31/18 | Lexis Research | 22.49 |
| 10/31/18 | Westlaw Research | 1,209.61 |
| 10/31/18 | Westlaw Research | 13.27 |
| 10/31/18 | Westlaw Research | 46.86 |
| 10/31/18 | Westlaw Research | 1,368.26 |
| 10/31/18 | Westlaw Research | 13.68 |
| 10/31/18 | Westlaw Research | 421.38 |
| 10/31/18 | Westlaw Research | 66.20 |
| 10/31/18 | B&W Copy | 16.70 |
| 10/31/18 | Transcripts - Court Appearance; AMY WALKER; 10/31/2018, 9/13/18 Promesa Omnibus hearing invoice 18-28. | 103.95 |
| | TOTAL DISBURSEMENTS | $ 22,550.47 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

MATTER 10113 TOTAL $ 22,550.47

# NOVEMBER 2018

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                          **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 11/01/18 | Publications/Books; GEORGE WASHINGTON UNIVERSITY; 11/01/2018; Overdue fees - inter library loans. | 90.00 |
| 11/01/18 | Taxis, ROBERT D. GORDON, 11/01/2018, Washington DC, 10/29-30/18. | 83.54 |
| 11/01/18 | In flight wifi, ROBERT D. GORDON, 11/01/2018, Washington DC, 10/29-30/18. | 6.00 |
| 11/01/18 | Lodging, ROBERT D. GORDON, 11/01/2018, Washington DC, 10/29-30/18. | 493.14 |
| 11/01/18 | B&W Copy | 9.80 |
| 11/01/18 | 11/01/2018 UPS Delivery Service 1Z6134380195039515 | 18.32 |
| 11/02/18 | Business meal, ROBERT D. GORDON, 11/02/2018, Washington DC, 10/29-30/18. R. Gordon, S. Gumbs, A. Hereen, K. Nicholl, C. Steege. | 518.00 |
| 11/02/18 | Taxis, CATHERINE L. STEEGE, 11/02/2018 | 91.00 |
| 11/02/18 | Lodging, CATHERINE L. STEEGE, 11/02/2018 | 360.94 |
| 11/02/18 | Airfare, CATHERINE L. STEEGE, 11/02/2018 | 616.46 |
| 11/06/18 | Color Copy | 5.50 |
| 11/08/18 | Taxis, MELISSA M. ROOT, 11/08/2018, San Juan Puerto Rico, 11/5-6/18, hearing. | 79.85 |
| 11/08/18 | Lodging, MELISSA M. ROOT, 11/08/2018, San Juan Puerto Rico, 11/5-6/18, hearing. | 172.82 |
| 11/08/18 | Lodging, MELISSA M. ROOT, 11/08/2018, San Juan Puerto Rico, 11/5-6/18, hearing. | 300.00 |
| 11/08/18 | In flight wifi, MELISSA M. ROOT, 11/08/2018, San Juan Puerto Rico, 11/5-6/18, hearing. | 13.99 |
| 11/08/18 | Airfare, MELISSA M. ROOT, 11/08/2018, San Juan Puerto Rico, 11/5-6/18, hearing. | 697.66 |
| 11/09/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 11/09/2018; Spanish/English translation 11/6/18. | 2,490.00 |
| 11/12/18 | Telephone expense; Elan Corp Payments; 10/26/18; Pripusich 10/18 Stmt; Telephonic hearing; 10/5/18. | 70.00 |
| 11/12/18 | Lodging, ROBERT D. GORDON, 11/12/2018, San Juan, PR, 11/5-6/18, attend hearings. | 172.82 |
| 11/12/18 | Meals, ROBERT D. GORDON, 11/12/2018, San Juan, PR, 11/5-6/18, attend meetings. | 194.78 |
| 11/12/18 | Taxi, ROBERT D. GORDON, 11/12/2018, San Juan, PR, 11/5-6/18. | 26.00 |
| 11/12/18 | In flight wifi, ROBERT D. GORDON, 11/12/2018, San Juan PR, 11/5-6/18, attend hearings. | 9.95 |
| 11/13/18 | Washington Express Special Delivery 10/23/2018 | 16.84 |
| 11/13/18 | Washington Express Special Delivery 10/24/2018 | 16.42 |
| 11/13/18 | 11/01/2018 SDS Global Special Delivery | 13.50 |
| 11/13/18 | Taxi, ROBERT D. GORDON, 11/13/2018, San Juan PR, 11/5-6/18, attend hearings. | 58.62 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 11/13/18 | Agent fee for flight change, ROBERT D. GORDON, 11/13/2018, San Juan PR,11/5-6/18, attend hearings. | 35.00 |
| 11/16/18 | Postage Expense | 293.51 |
| 11/16/18 | B&W Copy | 1,653.60 |
| 11/16/18 | B&W Copy | 179.10 |
| 11/19/18 | B&W Copy | 39.30 |
| 11/20/18 | Airlnie fee for H. Mayol and M. Fabre, ROBERT D. GORDON, 11/20/2018, Washington DC, 10/18-19/18. | 80.00 |
| 11/20/18 | B&W Copy | 9.20 |
| 11/21/18 | Sunnys Worldwide Car Service for Ian Gershengorn on 11/05/2018 from Baltimore Washington International Airport to Bethesda MD 20816 | 103.50 |
| 11/27/18 | Taxis, IAN H. GERSHENGORN, 11/27/2018 | 73.72 |
| 11/27/18 | Meals, IAN H. GERSHENGORN, 11/27/2018 | 123.72 |
| 11/27/18 | Lodging, IAN H. GERSHENGORN, 11/27/2018 | 573.70 |
| 11/27/18 | Airfare, IAN H. GERSHENGORN, 11/27/2018 | 532.80 |
| 11/27/18 | Business Meals, IAN H. GERSHENGORN, 11/27/2018 | 40.00 |
| 11/27/18 | B&W Copy | 38.10 |
| 11/30/18 | Lexis Research | 21.69 |
| 11/30/18 | Westlaw Research | 2,723.79 |
| 11/30/18 | Westlaw Research | 147.19 |
| 11/30/18 | Westlaw Research | 378.20 |
| | TOTAL DISBURSEMENTS | $ 13,672.07 |

MATTER 10113 TOTAL $ 13,672.07

# DECEMBER 2018

**JENNER & BLOCK LLP**

353 N. Clark Street  
CHICAGO, ILLINOIS 60654-3456  
(312) 222-9350

| EXPENSES | | MATTER NUMBER - 10113 |
|---|---|---|
| 10/24/18 | Elan Corp Payment; 10/27/2018; Mellin 10/18 Stmt; Book: The Constitution in Congressà re: W. Dreher 10/24/2018 | 36.04 |
| 11/07/18 | Telephone Charges; Elan Corp Payment; 11/27/2018; Pripusich 11/18 Stmt; CourtSolutions-Hearing 11/07/2018 | 70.00 |
| 11/09/18 | Travel; Elan Corp Payments 11/27/2018; Ultramar 11/18; CATHY STEEGE Lodging from to on 11/06/2018 - 11/06/2018 | 6,830.26 |
| 11/16/18 | 11/16/2018 UPS Delivery Service 1Z6134380197742911 | 35.89 |
| 11/16/18 | 11/16/2018 UPS Delivery Service 1Z6134380198073526 | 17.12 |
| 11/29/18 | 11/29/2018 UPS Delivery Service 1Z05V0A3NW95801348 | 18.65 |
| 11/30/18 | B&W Copy | 96.20 |
| 11/30/18 | B&W Copy | 26.80 |
| 11/30/18 | 11/30/2018 UPS Delivery Service 1Z05V0A3NW93259653 | 8.64 |
| 12/04/18 | Transcripts - Deposition; SOUTHERN DISTRICT REPORTERS, P.C.; 12/04/2018 | 63.60 |
| 12/06/18 | In-City Transportation, ROBERT D. GORDON, 12/06/2018, taxi 11/19-20/18. | 164.47 |
| 12/06/18 | Travel, ROBERT D. GORDON, 12/06/2018, travel from Detroit to NY to attend 11/20 hearings. | 1,111.40 |
| 12/11/18 | Color Copy | 2.50 |
| 12/11/18 | B&W Copy | .20 |
| 12/12/18 | In-City Transportation, WILLIAM K. DREHER, 12/12/2018, after hours taxi 12/19/18. | 24.54 |
| 12/12/18 | In-City Transportation, ROBERT D. GORDON, 12/12/2018, taxi 11/20/18. | 7.18 |
| 12/12/18 | Travel, ROBERT D. GORDON, 12/12/2018, San Juan Puerto Rico, 11/5-6/18, hearing. | 283.00 |
| 12/12/18 | Travel, ROBERT D. GORDON, 12/12/2018 | 37.13 |
| 12/13/18 | 12/13/2018 UPS Delivery Service 1Z05V0A3NW94675022 | 16.40 |
| 12/14/18 | Color Copy | 5.50 |
| 12/16/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 12/16/2018, spanish/english translation 12/12/18. | 995.00 |
| 12/18/18 | B&W Copy | 128.40 |
| 12/21/18 | Court Fees Elan Corporate Payments 11/27/18 Docket 11/18 Stmt Filing Fee for R. Peterson | 350.00 |
| 12/27/18 | 12/27/2018 UPS Delivery Service 1Z613438NT93286015 | 18.39 |
| 12/27/18 | Transcripts - Court Appearance; AMY WALKER; 12/27/2018, promesa hearing. | 76.80 |
| 12/31/18 | 12/10/2018 Soundpath Teleconferencing | 29.98 |
| 12/31/18 | Westlaw Research | 41.69 |
| 12/31/18 | Westlaw Research | 15.34 |
| | TOTAL DISBURSEMENTS | $ 10,511.12 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

MATTER 10113 TOTAL $ 10,511.12

# JANUARY 2019

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                              **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 7/25/18 | Other Professional Services; ALIX PARTNERS LLP; 07/25/2018; Relativity Vendor Invoice for services June 2018. | 5,720.75 |
| 8/13/18 | Other Professional Services; ALIX PARTNERS LLP; 08/13/2018; Relativity Vendor Invoice for services July 2018. | 2,951.75 |
| 9/17/18 | Other Professional Services; ALIX PARTNERS LLP; 09/17/2018; Relativity Vendor Invoice for services August 2018. | 1,929.00 |
| 10/10/18 | Other Professional Services; ALIX PARTNERS LLP; 10/10/2018; Relativity Vendor Invoice for services September 2018. | 2,205.25 |
| 11/15/18 | Other Professional Services; ALIX PARTNERS LLP; 11/15/2018; Relativity Vendor Invoice for services October 2018. | 1,749.75 |
| 12/13/18 | Other Professional Services; ALIX PARTNERS LLP; 12/13/2018; Relativity Vendor Invoice for services November 2018. | 1,749.75 |
| 1/07/19 | Pacer Charges; PACER SERVICE CENTER; 01/07/2019; period 10/01/18 - 12/31/18 | 17.40 |
| 1/07/19 | Pacer Charges; PACER SERVICE CENTER; 01/07/2019; Period 10/01/2018 to 12/31/2018. | 39.10 |
| 1/07/19 | B&W Copy | 8.50 |
| 1/07/19 | 01/07/2019 UPS Delivery Service 1Z6134380393286016 | 23.52 |
| 1/09/19 | Washington Express Special Delivery 12/05/2018 | 16.42 |
| 1/09/19 | Rail expense, RICHARD LEVIN, 01/06-07/2019; Boston, MA; First Circuit Appeal Argument. | 274.00 |
| 1/09/19 | Lodging, RICHARD LEVIN, 01/06-07/2019; Boston, MA; First Circuit Appeal Argument. | 208.28 |
| 1/09/19 | Transcripts - Court Appearance; Elan Corp Payment; 01/25/2019; Docket 01/19; PAYPAL *AMY WALKER; Transcript Fee for C. Steege; 01/09/2019 | 76.80 |
| 1/10/19 | Color Copy | 8.25 |
| 1/10/19 | B&W Copy | .70 |
| 1/11/19 | Postage Expense | 64.93 |
| 1/11/19 | Other Professional Services; ALIX PARTNERS LLP; 01/11/2019; Relativity Vendor Invoice for services December 2018. | 1,659.75 |
| 1/11/19 | Color Copy | 6.00 |
| 1/11/19 | B&W Copy | 13.80 |
| 1/11/19 | 01/11/2019 UPS Delivery Service 1Z6134380196130100 | 7.68 |
| 1/13/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 01/13/2019; Spanish/English Translation 1/11/19. | 995.00 |
| 1/14/19 | Travel, ROBERT D. GORDON, 01/14/2019, in flight internet connctivity 12/21/18. | 21.95 |
| 1/17/19 | In-City Transportation, CARL N. WEDOFF, 01/17/2019 | 28.99 |
| 1/18/19 | Airfare, ROBERT D. GORDON, 01/22-23/2019; San Juan, Puerto Rico to meet with Committee. | 1,946.90 |
| 1/22/19 | Travel; Elan Corp Payments 1/25/2019; Ultramar 1/19 Stmt; | 320.61 |

Page 21

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 1/22/19 | Color Copy | 2.50 |
| 1/22/19 | B&W Copy | 2.50 |
| 1/23/19 | 12/31/2018 Quarterly Pacer Charges | 6.80 |
| 1/23/19 | 12/31/2018 Quarterly Pacer Charges | 32.30 |
| 1/23/19 | 12/31/2018 Quarterly Pacer Charges | 1.70 |
| 1/25/19 | 01/11/2019 SDS Global Special Delivery Service | 16.50 |
| 1/28/19 | B&W Copy | 13.30 |
| 1/29/19 | B&W Copy | 21.40 |
| 1/31/19 | Lexis Research | 35.97 |
| 1/31/19 | Lexis Research | 373.72 |
| 1/31/19 | Westlaw Research | 260.24 |
| 1/31/19 | Westlaw Research | 632.71 |
| | TOTAL DISBURSEMENTS | $ 23,444.47 |

MATTER 10113 TOTAL                                                                                              $ 23,444.47