**EXHIBIT B**
**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD OCTOBER 1, 2018 TO JANUARY 31, 2019**

| Professional | Position | Blended Billing Rate | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | 1,081 | 211.8 | $ 228,821.00 | 10.5 | $ 11,417.50 | 222.3 | $ 240,238.50 |
| Heeren, Ana | Senior Managing Director | 753 | 32.5 | 24,482.50 | - | - | 32.5 | 24,482.50 |
| Simms, Steven | Senior Managing Director | 1,110 | 7.9 | 8,768.50 | - | - | 7.9 | 8,768.50 |
| Fish, Mark | Managing Director | 675 | 2.0 | 1,350.00 | - | - | 2.0 | 1,350.00 |
| Grunwald Kadar, Andrea | Managing Director | 915 | 45.3 | 41,449.50 | - | - | 45.3 | 41,449.50 |
| Park, Ji Yon | Managing Director | 864 | 126.0 | 108,890.00 | - | - | 126.0 | 108,890.00 |
| Garcia Pelaez, Andres | Director | 455 | 12.6 | 5,727.50 | - | - | 12.6 | 5,727.50 |
| Emerton, Charlie | Senior Consultant | 490 | 49.6 | 24,304.00 | - | - | 49.6 | 24,304.00 |
| Martins, Nathalia | Senior Consultant | 425 | 0.5 | 212.50 | - | - | 0.5 | 212.50 |
| Sombuntham, Natalie | Senior Consultant | 553 | 381.6 | 211,128.00 | - | - | 381.6 | 211,128.00 |
| Gladding, Robert | Consultant | 280 | 103.5 | 28,980.00 | - | - | 103.5 | 28,980.00 |
| Maag Pardo, Sebastian | Consultant | 302 | 26.8 | 8,100.00 | - | - | 26.8 | 8,100.00 |
| Maassen, Thomas | Consultant | 350 | 218.3 | 76,405.00 | - | - | 218.3 | 76,405.00 |
| Madrazo, Julia | Consultant | 325 | 11.1 | 3,607.50 | - | - | 11.1 | 3,607.50 |
| Seeger, Kean | Consultant | 315 | 133.2 | 41,958.00 | - | - | 133.2 | 41,958.00 |
| Teixeira, Anabel | Consultant | 250 | 9.2 | 2,300.00 | - | - | 9.2 | 2,300.00 |
| Tirabassi, Kathryn | Consultant | 393 | 266.3 | 104,649.00 | - | - | 266.3 | 104,649.00 |
| Hellmund-Mora, Marili | Associate | 272 | 20.7 | 5,627.00 | - | - | 20.7 | 5,627.00 |
| **SUBTOTAL** | | | **1,658.9** | **$ 926,760.00** | **10.5** | **$ 11,417.50** | **1,669.4** | **$ 938,177.50** |
| Less: 50% discount for non-working travel time | | | | (12,442.50) | | - | | (12,442.50) |
| **TOTAL BEFORE WITHHOLDING** | | | **1,658.9** | **$ 914,317.50** | **10.5** | **$ 11,417.50** | **1,669.4** | **$ 925,735.00** |