**EXHIBIT C**
**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD OCTOBER 1, 2018 TO JANUARY 31, 2019**

| Task Code | Task Description | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 1 | Current Operating Results & Events | 25.2 | $ 14,767.00 | - | $ - | 25.2 | $ 14,767.00 |
| 2 | Cash & Liquidity Analysis | 4.3 | 3,190.50 | - | - | 4.3 | 3,190.50 |
| 3 | Mediation | 197.6 | 136,781.50 | - | - | 197.6 | 136,781.50 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 205.5 | 120,338.00 | 0.9 | 967.50 | 206.4 | 121,305.50 |
| 7 | Analysis of the Fiscal Plan – Expense Measures | 2.0 | 1,350.00 | - | - | 2.0 | 1,350.00 |
| 10 | Case Management | 11.5 | 8,446.00 | - | - | 11.5 | 8,446.00 |
| 13 | Analysis of Other Litigations | 30.4 | 16,967.00 | - | - | 30.4 | 16,967.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 251.8 | 173,644.00 | 2.3 | 2,518.50 | 254.1 | 176,162.50 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 113.6 | 82,845.00 | 7.3 | 7,931.50 | 120.9 | 90,776.50 |
| 19 | General Mtgs with FOMB & FOMB's Professionals | 2.1 | 2,257.50 | - | - | 2.1 | 2,257.50 |
| 24 | Preparation of Fee Application | 127.8 | 62,359.00 | - | - | 127.8 | 62,359.00 |
| 25 | Travel Time | 23.0 | 24,885.00 | - | - | 23.0 | 24,885.00 |
| 27 | Strategic Communications | 73.6 | 32,415.00 | - | - | 73.6 | 32,415.00 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 590.5 | 246,514.50 | - | - | 590.5 | 246,514.50 |
| | **SUBTOTAL** | **1,658.9** | **$ 926,760.00** | **10.5** | **$ 11,417.50** | **1,669.4** | **$ 938,177.50** |
| | Less: 50% discount for non-working travel time | | (12,442.50) | | - | | (12,442.50) |
| | **TOTAL BEFORE WITHHOLDING** | **1,658.9** | **$ 914,317.50** | **10.5** | **$ 11,417.50** | **1,669.4** | **$ 925,735.00** |