**EXHIBIT E**
**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED ON THE ISLAND**
**FOR THE PERIOD OCTOBER 1, 2018 TO JANUARY 31, 2019**

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2018 TO OCTOBER 31, 2018**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **NOT APPLICABLE IN THIS MONTH** | | | | |

**EXHIBIT E**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF ON-ISLAND TIME ENTRIES**

**FOR THE PERIOD NOVEMBER 1, 2018 TO NOVEMBER 30, 2018**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 11/6/2018 | Gumbs, Sean | 0.9 | Prepare notes in advance of the Retiree Committee meeting. |
| **4 Total** | | | **0.9** | |
| 18 | 11/6/2018 | Gumbs, Sean | 3.1 | Participate in Retiree Committee meeting re: [redacted] |
| **18 Total** | | | **3.1** | |
| **On-island Total** | | | **4.0** | |

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2018 TO DECEMBER 31, 2018**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **NOT APPLICABLE IN THIS MONTH** | | | | |

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2019 TO JANUARY 31, 2019**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 1/22/2019 | Gumbs, Sean | 1.6 | Review details of ▮ |
| 17 | 1/23/2019 | Gumbs, Sean | 0.7 | Review and edit ▮ |
| **17 Total** | | | **2.3** | |
| 18 | 1/23/2019 | Gumbs, Sean | 3.6 | Participate on Committee call re: ▮ |
| 18 | 1/23/2019 | Gumbs, Sean | 0.6 | Participate in meeting with Committee chair and vice chair ▮ |
| **18 Total** | | | **4.2** | |
| **On-Island Total** | | | **6.5** | |