# EXHIBIT F
## SUMMARY OF FTI CONSULTING, INC. EXPENSES
## FOR THE PERIOD OCTOBER 1, 2018 TO JANUARY 31, 2019

| Expense Type | Amount |
|---|---:|
| Airfare | $ 2,951.17 |
| Lodging | 1,132.30 |
| Transportation | 981.59 |
| Working Meals | 1,488.78 |
| Other | 3,184.50 |
| **Subtotal** | **$ 9,738.34** |
| Less: Voluntary Reductions[1] | (1,835.35) |
| **Grand Total** | **$ 7,902.99** |

(1): Expenses have been reduced to comply with the Fee Examiner Guidelines, namely in-office meals over $20.00 and out-of-office meals over $40 have been reduced to $20.00 and $40.00, respectively, while train and airfares have been reduced to coach-equivalent or least expensive rates.