**EXHIBIT G**
**DETAILED EXPENSE RECORDS FOR FTI CONSULTING, INC.**
**FOR THE PERIOD OCTOBER 1, 2018 TO JANUARY 31, 2019**

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD OCTOBER 1, 2018 TO OCTOBER 31, 2018

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/02/18 | Tirabassi, Kathryn | Transportation | Taxi from office to home after working late on the Puerto Rico case. | $ 14.76 |
| | | **Transportation Total** | | **$ 14.76** |
| 09/05/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 20.11 |
| 09/06/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 26.43 |
| 09/11/18 | Gumbs, Sean | Working Meals | Lunch while traveling to Puerto Rico to attend case meetings. | 10.04 |
| 09/11/18 | Gumbs, Sean | Working Meals | Breakfast while traveling to Puerto Rico to attend case meetings. | 3.91 |
| 09/12/18 | Sombuntham, Natalie | Working Meals | Lunch for self, L. Park (FTI), and K. Tirabassi (FTI) while listening in to Sobrino's update to capital market participants. | 67.99 |
| 09/25/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 29.66 |
| 09/28/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 32.16 |
| 10/02/18 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 22.60 |
| | | **Working Meals Total** | | **$ 212.90** |
| 09/13/18 | Gumbs, Sean | Other | Translation services from TransPerfect on Puerto Rico matter. | 1,947.00 |
| | | **Other Total** | | **$ 1,947.00** |
| | | **Subtotal** | | **2,174.66** |
| | | Less: Voluntary Reductions[1] | | (38.95) |
| | | **Grand Total** | | **$ 2,135.71** |

(1): In-office meals have been reduced to $20.00 (per person) to comply with the Fee Examiner Guidelines.

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD NOVEMBER 1, 2018 TO NOVEMBER 30, 2018

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/24/18 | Gumbs, Sean | Airfare | Airfare - Roundtrip Coach - JFK - SJU, 11/05/18 - 11/06/18 (Includes travel agent fees). Travel to Puerto Rico to attend case meetings. | $ 417.80 |
| 10/24/18 | Gumbs, Sean | Airfare | Airfare - Roundtrip Coach - LGA - DCA, 10/29/18 - 10/30/18. Travel to DC to attend case meetings. | 714.44 |
| 11/02/18 | Gumbs, Sean | Airfare | Airfare - Business -JFK - SJU, 11/05/2018 - 11/06/2018. Roundtrip airfare to Puerto Rico - class corrected to business. | 442.78 |
| | | **Airfare Total** | | **$ 1,575.02** |
| 10/30/18 | Gumbs, Sean | Lodging | Hotel 10/29/18 - 10/30/18. Hotel stay in DC while traveling to attend Puerto Rico case meetings. | 413.82 |
| 11/06/18 | Gumbs, Sean | Lodging | Hotel 11/05/18 - 11/06/18. Hotel stay in San Juan while traveling to attend Puerto Rico case meetings. | 359.24 |
| | | **Lodging Total** | | **$ 773.06** |
| 10/29/18 | Gumbs, Sean | Transportation | Taxi from FTI office to LGA airport. Travel to DC to attend Puerto Rico case meetings. | 44.60 |
| 10/29/18 | Gumbs, Sean | Transportation | Taxi from home to FTI office with luggage. Travel to DC to attend Puerto Rico case meetings. | 29.39 |
| 10/29/18 | Gumbs, Sean | Transportation | Taxi from airport to hotel in DC. Travel to attend Puerto Rico case meetings. | 38.45 |
| 10/30/18 | Gumbs, Sean | Transportation | Taxi from LGA airport to home. Travel to attend Puerto Rico case meetings. | 45.06 |
| 10/30/18 | Tirabassi, Kathryn | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 12.96 |
| 11/05/18 | Gumbs, Sean | Transportation | Taxi from home to JFK airport. Travel to attend Puerto Rico case meetings. | 85.34 |
| 11/06/18 | Gumbs, Sean | Transportation | Taxi from hotel to SJU airport. Travel to attend Puerto Rico case meetings. | 11.02 |
| 11/06/18 | Gumbs, Sean | Transportation | Taxi from JFK to home. Travel to attend Puerto Rico case meetings. | 25.00 |
| | | **Transportation Total** | | **$ 291.82** |
| 10/05/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office while working on the Puerto Rico case. | 23.75 |
| 10/17/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office while working on the Puerto Rico case. | 26.48 |
| 10/22/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office while working on the Puerto Rico case. | 19.34 |
| 10/23/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office while working on the Puerto Rico case. | 30.63 |
| 10/29/18 | Gumbs, Sean | Working Meals | Lunch while traveling to attend Puerto Rico case meetings. | 23.50 |

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD NOVEMBER 1, 2018 TO NOVEMBER 30, 2018

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/29/18 | Gumbs, Sean | Working Meals | Dinner for self, C. Steege (Jenner), C. Nicholls (Segal), S. Wohl (Segal), and A. Heeeren (FTI) while attending Puerto Rico case meeting in DC. | 200.00 |
| 10/30/18 | Gumbs, Sean | Working Meals | Breakfast meeting for self, R. Gordon (Jenner), C. Steege (Jenner), K. Nicholls (Segal), H. Mayol (Bennazar). | 131.10 |
| 11/01/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office while working on the Puerto Rico case. | 23.76 |
| 11/05/18 | Gumbs, Sean | Working Meals | Dinner for self while traveling to attend Puerto Rico meetings. | 62.83 |
| 11/06/18 | Gumbs, Sean | Working Meals | Snack at airport while traveling to attend Puerto Rico case meetings. | 7.64 |
| 11/06/18 | Gumbs, Sean | Working Meals | Breakfast meeting for self, R. Gordon (Jenner), and M. Root (Jenner). | 43.00 |
| | | **Working Meals Total** | | **$ 592.03** |
| 11/08/18 | Gumbs, Sean | Other | TransPerfect Translations International. Translation services for Project PR. | 1,237.50 |
| | | **Other Total** | | **$ 1,237.50** |
| | | **Subtotal** | | 4,469.43 |
| | | Less: Voluntary Reductions[1] | | (549.47) |
| | | **Grand Total** | | **$ 3,919.96** |

(1): In-office and out-of-office meals have been reduced to $20.00 and $40.00 (per person), respectively; airfares have been reduced to coach-equivalent rates, and hotel lodging in San Juan has been reduced to $300.00 (per night) to comply with the Fee Examiner Guidelines.

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD DECEMBER 1, 2018 TO DECEMBER 31, 2018

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 11/20/18 | Heeren, Ana | Transportation | Train - Roundtrip Coach - WAS - NYC, 11/20/2018 - 11/20/2018. Travel to NYC to attend Puerto Rico meetings. | $ 472.50 |
| 11/20/18 | Heeren, Ana | Transportation | Taxi from home to Union Station. Travel to NYC to attend Puerto Rico meetings. | 16.93 |
| 11/20/18 | Heeren, Ana | Transportation | Taxi from Union Station to home. Travel to NYC to attend Puerto Rico meetings. | 27.71 |
| 12/06/18 | Gumbs, Sean | Transportation | Taxi from airport to home. Travel to Puerto Rico to attend case meetings. | 70.27 |
| | | **Transportation Total** | | **587.41** |
| 10/29/18 | Gumbs, Sean | Working Meals | Dinner for self and C. Steege (Jenner), K. Nicholls (Segal), S. Wohl (Segal), and A. Heeren (FTI). | 200.00 |
| 11/12/18 | Sombuntham, Natalie | Working Meals | Dinner for self while working late on the Puerto Rico case. | 28.93 |
| 11/21/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 32.08 |
| 11/27/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 32.36 |
| 12/05/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 31.25 |
| | | **Working Meals Total** | | **324.62** |
| | | **Subtotal** | | 912.03 |
| | | Less: Voluntary Reductions[1] | | ($148.89) |
| | | **Grand Total** | | 763.14 |

(1): In-office and out-of-office meals have been reduced to $20.00 and $40.00 (per person), respectively to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2019 TO JANUARY 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/16/19 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent - JFK - SJU, 1/22/2019 - 1/23/2019. Roundtrip airfare to Puerto Rico for case meetings. | 1,376.15 |
| | | **Airfare Total** | | **1,376.15** |
| 01/23/19 | Gumbs, Sean | Lodging | Hotel 1/22/2019 - 1/23/2019. Hotel stay in Puerto Rico while traveling for case meetings. | 359.24 |
| | | **Lodging Total** | | **359.24** |
| 01/22/19 | Gumbs, Sean | Transportation | Taxi from home to JFK to while traveling to Puerto Rico for case meetings. | 77.27 |
| 01/23/19 | Gumbs, Sean | Transportation | Taxi from hotel to SJU while traveling in Puerto Rico for case meetings. | 10.33 |
| | | **Transportation Total** | | **87.60** |
| 12/11/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 32.20 |
| 12/12/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 32.20 |
| 12/13/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 32.75 |
| 01/10/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 32.14 |
| 01/10/19 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 28.12 |
| 01/11/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 35.24 |
| 01/22/19 | Gumbs, Sean | Working Meals | Lunch while traveling to Puerto Rico for case meetings. | 6.58 |
| 01/22/19 | Gumbs, Sean | Working Meals | Dinner for self, R. Gordon (Jenner), J. Bennezar (Bennezar), H. Mayol (Bennezar) while traveling in Puerto Rico for case meetings. | 160.00 |
| | | **Working Meals Total** | | **359.23** |
| | | **Subtotal** | | **2,182.22** |
| | | Less: Voluntary Reductions[1] | | (1,098.04) |
| | | **Grand Total** | | **$ 1,084.18** |

(1): In-office and out-of-office meals have been reduced to $20.00 and $40.00 (per person), respectively; airfares have been reduced to coach-equivalent rates, and hotel lodging in San Juan has been reduced to $300.00 (per night) to comply with the Fee Examiner Guidelines.