# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| Ferdinand Díaz | Project Manager | $125.00 | 77.20 | $9,650.00 |
| Jorge Marchand | Principal | $175.00 | 146.40 | $25,620.00 |
| Male Noguera | Media Manager | $95.00 | 153.60 | $14,592.00 |
| María Schell | Business Editor | $110.00 | 135.30 | $14,883.00 |
| **Total** | | | **512.50** | **$64,745.00** |