## **EXHIBIT E**

**Summary of Marchand ICS Group Expenses**

| Service Description | Amount |
|---|---:|
| Advertising for retiree outreach | $1,068.34 |
| Graphics creation, design, and support | $400.00 |
| Website related expenses | $24.56 |
| **TOTAL** | $1,492.90 |