# EXHIBIT F

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| Project Meetings | 211.40 | $29,616.50 |
| Project Management | 184.20 | $24,023.00 |
| Website Development and Management | 116.90 | $11,105.50 |
| **Total** | **512.50** | **$64,745.00** |