# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
From October 1 to October 31, 2018

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 10/3/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 31.42 |
| 10/19/2018 | Weebly | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 10/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 187.27 |
| | | *Total:* | **318.69** |

Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
From November 1 to November 30, 2018

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 11/1/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 38.52 |
| 11/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 165.34 |
| 11/22/2018 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| | | *Total:* | **303.86** |

Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
From December 1 to December 31, 2018

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 12/1/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 139.77 |
| 12/18/2018 | Weebly | Renewal Subscription of Multilanguage for Weebly (*Paid through PayU Platform, as follows: ARS$918.19 [Argentine Peso], Equivalent to USD$24.56 [US Dollar]*) | 24.56 |
| 12/19/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 12/21/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 150.02 |
| | | *Total:* | **414.35** |

## Marchand ICS Group
### Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
### Summary of Marchand ICS Group Expenses
### From January 1 to January 31, 2019

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 1/19/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 1/21/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 190.58 |
| 1/31/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 165.42 |
| | | Total: | 456.00 |