# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Blanca Paniagua

**Period Covered:** From December 2018 to January 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| December 12, 2018 | San Juan | Committee Meeting | | 13 $6.95 | | | | | | |
| | | | | Miles (58 cents per mile | | | | | | |
| January 11, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| January 23, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| **Totals** | | | | **$22.03** | | | | | | |

**Additional Information:**  **Total: $22.03**

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Carmen Núñez  **Period Covered:** From December 2018 to January, 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| December 12, 2018 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| | | | | Miles (58 cents per mile | | | | | | |
| January 11, 2019 | San Juan | Committee Meeting | | 12 $6.96 | $1.10 | | | | | |
| January 23, 2019 | San Juan | Committee Meeting | | 12 $6.96 | $1.10 | | | | | |
| **Totals** | | | | **$20.34** | **$3.30** | | | | | |

**Additional Information:**  **Total: $23.64**

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Juan Ortiz

**Period Covered:** From December 2018 to March 8, 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| January 11, 2019 | San Juan | Committee Meeting | | 78 miles $45.24 | $6.75 | | | | | |
| Totals | | | | $45.24 | $6.75 | | | | | |

**Additional Information:**

**Total: $51.99**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Marcos López                              **Period Covered:** From December 2018 to January, 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| December 12, 2018 | San Juan | Committee Meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| | | | | **Miles (58 cents per mile** | | | | | | |
| January 11, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| January 23, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| **Totals** | | | | **$28.36** | **$6.90** | | | | | |

**Additional Information:**                                                                 **Total: $35.26**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Mr. Miguel Fabre                                                                 **Period Covered:** From December 2018 to January 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| December 12, 2018 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| | | | | **Miles (58 cents per mile** | | | | | | |
| January 11, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| January 23, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| **Totals** | | | | **$16.95** | **$3.30** | | | | | |

**Additional Information:**                                                                                    **Total: $20.25**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Milagros Acevedo     **Period Covered:** From December 2018 to December, 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| December 12, 2018 | San Juan | Committee Meeting | | 16 miles $8.56 | $1.10 | | | | | |
| | | | | **Miles (58 cents per mile** | | | | | | |
| January 11, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| January 23, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| **Totals** | | | | **$27.12** | **$3.30** | | | | | |

**Additional Information:**                                                                                   **Total: $30.42**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Rosario Pacheco    **Period Covered:** From December 2018 to January, 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| December 12, 2018 | San Juan | Committee Meeting | | 5 miles $2.68 | | | | | | |
| | | | | **Miles (58 cents per mile** | | | | | | |
| January 11, 2019 | San Juan | Committee Meeting | | 5 miles $2.90 | | | | | | |
| **Totals** | | | | **$5.58** | | | | | | |

**Additional Information:**    **Total: $5.58**

**Note: Attach all receipts**