## Exhibit B

**DETAILED TIME AND EXPENSE RECORDS**



## Task Code: Business Operations

D. Figueroa-Rodriguez
Matter # 397296-000001
Invoice # 3692918

Page 2
November 29, 2018

**Fees:**

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 10/01/18 | US | Review University of Puerto Rico Annual Information to be filed with EMMA. | Figueroa-Rodriguez, Diego R. | 1.50 | 910.50 |
| 10/01/18 | US | Conference call with M. Friedman and S. Torres to discuss ▓▓ counterproposal points and plan strategy. | Figueroa-Rodriguez, Diego R. | 0.60 | 364.20 |
| 10/01/18 | US | Review proposed language for settlement agreement with ▓▓▓. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |
| 10/01/18 | US | Analysis and reconciliation of settlement proposal. | Friedman, Mark J. | 0.90 | 748.80 |
| 10/01/18 | US | Settlement proposal from ▓▓▓▓▓ on behalf of EMMA. | Friedman, Mark J. | 0.40 | 332.80 |
| 10/01/18 | US | Telephone conference with S. Torres and D. Figueroa-Rodriguez regarding response to ▓▓▓ and review of counter-proposals. | Friedman, Mark J. | 0.60 | 499.20 |
| 10/02/18 | PR | Draft reply to ▓▓▓▓. | Figueroa-Rodriguez, Diego R. | 1.00 | 607.00 |
| 10/02/18 | PR | Communications with ▓▓▓▓▓ ▓▓ to discuss counterproposal. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |
| 10/02/18 | PR | Review University of Puerto Rico Annual Information to be filed with EMMA. | Figueroa-Rodriguez, Diego R. | 1.40 | 849.80 |
| 10/02/18 | PR | Conference call with S. Torres to discuss ▓▓▓ counter proposal. | Figueroa-Rodriguez, Diego R. | 0.40 | 242.80 |
| 10/02/18 | US | Review and revise settlement agreement. | Friedman, Mark J. | 2.80 | 2,329.60 |
| 10/02/18 | US | Review and edit UPR disclosures. | Rodriguez-Ortiz, Joseline | 3.40 | 1,224.00 |
| 10/03/18 | US | Email exchanges with Ms. Figueroa regarding settlement revisions. | Friedman, Mark J. | 0.30 | 249.60 |
| 10/03/18 | US | Work on settlement revisions. | Friedman, Mark J. | 1.90 | 1,580.80 |
| 10/04/18 | US | Review University of Puerto Rico Annual Information to be filed with EMMA. | Figueroa-Rodriguez, Diego R. | 1.90 | 1,153.30 |
| 10/05/18 | US | Work on revisions to Settlement Agreement and Guidelines. | Friedman, Mark J. | 1.40 | 1,164.80 |
| 10/08/18 | US | Review Arbitration Exhibit for ▓▓▓ Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |
| 10/09/18 | US | Work on revisions to arbitration process and incorporation into settlement agreement. | Friedman, Mark J. | 0.80 | 665.60 |
| 10/15/18 | US | Email correspondence to ▓▓▓ re settlement agreement. | Friedman, Mark J. | 0.10 | 83.20 |
| 10/15/18 | US | Revise and finalize settlement agreement. | Friedman, Mark J. | 1.60 | 1,331.20 |

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 10/16/18 | US | Address discrepancies in settlement. | Friedman, Mark J. | 0.80 | 665.60 |
| 10/16/18 | US | Telephone conference with ▓▓▓▓ to negotiate outstanding issues for Settlement Agreement. | Friedman, Mark J. | 1.00 | 832.00 |
| 10/16/18 | US | Analysis of outstanding issues for Settlement Agreement. | Friedman, Mark J. | 0.70 | 582.40 |
| 10/17/18 | US | Review ▓▓▓▓ invoices, summary and proposal per issuer including prior communications related to the specific invoices per issuer with objections and revisions. | Figueroa-Rodriguez, Diego R. | 1.60 | 971.20 |
| 10/17/18 | US | Review of documentation regarding HFA and request for a resolution. | Friedman, Mark J. | 0.90 | 748.80 |
| 10/17/18 | US | Email exchanges with team regarding open items related to proposed settlement agreement. | Friedman, Mark J. | 0.20 | 166.40 |
| 10/18/18 | US | Review communications with ▓▓▓▓ and latest drafts of settlement agreement and related documents prior to conference call with S. Torres. | Figueroa-Rodriguez, Diego R. | 2.60 | 1,578.20 |
| 10/18/18 | US | Conference call with S. Torres to discuss status of settlement negotiations with ▓▓ ▓▓. | Figueroa-Rodriguez, Diego R. | 0.70 | 424.90 |
| 10/18/18 | US | Communications with ▓▓▓▓ related to ▓▓▓▓ issue. | Figueroa-Rodriguez, Diego R. | 0.50 | 303.50 |
| 10/19/18 | US | Provide comments including review of documents sent by ▓▓▓▓ related to ▓▓ bond issuers. | Figueroa-Rodriguez, Diego R. | 1.60 | 971.20 |
| 10/19/18 | US | Review ▓▓ issues relating to trustee obtaining documents. | Figueroa-Rodriguez, Diego R. | 0.40 | 242.80 |
| 10/20/18 | US | Email exchanges regarding ▓▓▓▓. | Friedman, Mark J. | 0.20 | 166.40 |
| 10/20/18 | US | Review material from ▓▓▓▓ regarding dispute. | Friedman, Mark J. | 0.40 | 332.80 |
| 10/22/18 | US | Call with S. Torres and Housing Finance Administration team (A. Salgado, W. Rodriguez, Edna) to discuss HFA participation in the settlement agreement with ▓▓▓▓. | Figueroa-Rodriguez, Diego R. | 1.50 | 910.50 |
| 10/22/18 | US | Response to ▓▓▓▓ re settlement issues. | Friedman, Mark J. | 0.30 | 249.60 |
| 10/22/18 | US | Review of email response from ▓▓▓▓ concerning proposed settlement agreement. | Friedman, Mark J. | 0.30 | 249.60 |

D. Figueroa-Rodriguez
Matter # 397296-000001                                                    Page 4
Invoice # 3692918                                                 November 29, 2018

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 10/23/18 | US | Review list of series of bonds to be included in the proposed settlement. | Figueroa-Rodriguez, Diego R. | 0.50 | 303.50 |
| 10/23/18 | US | Review and comment on response from ▓▓▓▓▓ related to pending issues on the proposed Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 10/23/18 | US | Email exchanges with ▓▓▓ related to settlement. | Friedman, Mark J. | 0.40 | 332.80 |
| 10/23/18 | US | Further correspondence with ▓▓▓ regarding issues relating to authority to debit accounts. | Friedman, Mark J. | 0.40 | 332.80 |
| 10/24/18 | US | Revising/researching use and requirements of the certificates. | Figueroa-Rodriguez, Diego R. | 0.70 | 424.90 |
| 10/24/18 | US | Review form of municipal obligations (Delivery and Payment and No-Litigation) certificates sent by M. Rivera prior to discussion. | Figueroa-Rodriguez, Diego R. | 0.60 | 364.20 |
| 10/26/18 | US | Communications with H. Betancourt to discuss status of memorandum of use of ▓▓▓▓▓ and certification language on bond documents. | Figueroa-Rodriguez, Diego R. | 0.40 | 242.80 |
| 10/29/18 | US | Call with J. Mattei to discuss request by the ▓▓▓▓▓. | Figueroa-Rodriguez, Diego R. | 0.50 | 303.50 |
| 10/29/18 | US | Follow up call with J. Mattei to discuss San Juan's request and documents sent by ▓▓▓▓▓ funds. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |
| 10/29/18 | US | Call with Z. Torres and M. Rivera to discuss certification language of municipal obligation bond documents (Delivery and Payment and No-litigation) including brief research on history of documents. | Figueroa-Rodriguez, Diego R. | 1.20 | 728.40 |
| 10/29/18 | US | Review files sent by ▓▓▓▓▓ with all accounts, series of bonds and settlement funds to be included as part of the proposed Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 1.00 | 607.00 |
| 10/29/18 | US | E-mail correspondence to D. Figueroa Rodriguez regarding application of reimbursement rules to prior lower tier expenditures. | Franceschi, Kristin H. R. | 0.40 | 342.00 |

Matter # 397296-000001
Invoice # 3692918

D. Figueroa-Rodriguez
Page 5
November 29, 2018

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 10/30/18 | US | Call with S. Torres to discuss pending matters (████████). | Figueroa-Rodriguez, Diego R. | 0.50 | 303.50 |
| 10/30/18 | US | Review Memo to AAFAF as to municipal bond funds and reimbursement request by the ██████████████. | Figueroa-Rodriguez, Diego R. | 1.30 | 1,396.10 |
| 10/30/18 | US | Research on AAFAF/GDB municipal finance regulations and status of funds. | Figueroa-Rodriguez, Diego R. | 1.00 | 1,396.10 |
| 10/30/18 | US | Review and revise replies to ██████ from M. Friedman on latest changes to proposed Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 1.00 | 607.00 |
| 10/30/18 | US | Follow up with J. Mattei and J. Sosa. | Figueroa-Rodriguez, Diego R. | 0.40 | 242.80 |
| 10/30/18 | US | Call with M. Friedman to discuss status of ████████ settlement agreement negotiations and latest developments related to the ██████████████████ participation in the agreement. | Figueroa-Rodriguez, Diego R. | 0.30 | 182.10 |
| 10/30/18 | US | Review communications between ██ ████████ matter. | Figueroa-Rodriguez, Diego R. | 0.20 | 121.40 |
| 10/30/18 | US | Call with working group (AAFAF-██████████-DLA) on the ████████████████ matter to discuss tax and legal issues and options for AAFAF and the ████████. | Figueroa-Rodriguez, Diego R. | 1.30 | 789.10 |
| 10/30/18 | US | Telephone conference with D. Figueroa-Rodriguez regarding strategy with ████. | Friedman, Mark J. | 0.30 | 249.60 |
| 10/30/18 | US | Draft email proposal to counsel for ████ and review information on different issues. | Friedman, Mark J. | 0.70 | 582.40 |
| 10/30/18 | US | Review of correspondence regarding dispute over ██████████. | Friedman, Mark J. | 0.60 | 499.20 |
| 10/31/18 | US | Prepare summary of working group call with ██████████████ proceeds. | Figueroa-Rodriguez, Diego R. | 0.40 | 242.80 |
| 10/31/18 | US | Additional revisions to ████████ memo on use of unspent proceeds based on the discussions and new facts obtained in the ████ matter working group call. | Figueroa-Rodriguez, Diego R. | 1.60 | 971.20 |
| 10/31/18 | US | Telephone call with Z. Martinez to discuss ████ matter. | Figueroa-Rodriguez, Diego R. | 0.40 | 242.80 |

D. Figueroa-Rodriguez

Matter # 397296-000001     Page 6

Invoice # 3692918     November 29, 2018

| | |
|---|---:|
| **Total Hours** | **54.90** |
| **Total Fees** | **36,633.70** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Franceschi, Kristin H. R. | Partner | 0.40 | 855.00 | 342.00 |
| Friedman, Mark J. | Partner | 18.00 | 832.00 | 14,976.00 |
| Figueroa-Rodriguez, Diego R. | Of Counsel | 33.10 | 607.00 | 20,091.70 |
| Rodriguez-Ortiz, Joseline | Associate | 3.40 | 360.00 | 1,224.00 |
| **Totals** | | **54.90** | | **36,633.70** |

**Disbursements:**

| Date | Description | Amount |
|---|---|---:|
| 09/26/18 | AIR FARE - VENDOR: WELLS FARGO BANK N.A - DIEGO R. FIGUEROA-RODRIGUEZ CLIENT MEETING TRAVEL TO: SAN JUAN /MIAMI 04-AUG-18 TICKET #7168130727 Bank ID: WFB-CC Check Number: ACH400 | 140.40 |
| 09/26/18 | AIR FARE - VENDOR: WELLS FARGO BANK N.A - DIEGO R. FIGUEROA-RODRIGUEZ CLIENT MEETING TRAVEL TO: MIAMI/SAN JUAN03-AUG-18 TICKET #7168217769 Bank ID: WFB-CC Check Number: ACH400 | 228.22 |
| 10/30/18 | AIR FARE - VENDOR: WELLS FARGO BANK N.A - DIEGO R. FIGUEROA-RODRIGUEZ CLIENT MEETING TRAVEL TO: SAN JUAN /MIAMI 03-OCT-18 TICKET #7183964063 Bank ID: WFB-CC Check Number: ACH327 | 173.40 |

**Total Disbursements**     **542.02**

**Total Current Charges**     **USD 37,175.72**

D. Figueroa-Rodriguez
Page 2
December 21, 2018

Matter # 397296-000001
Invoice # 3707641

## Fees:

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 11/01/18 | US | Call with J.Sosa to discuss his meeting with AAFAF and pending Puerto Rico matters. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |
| 11/01/18 | US | Call with S.Torres to discuss ▉▉▉▉ trustee matter. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |
| 11/01/18 | US | Review updated info for six issuers over the last six months from ▉▉▉ in order to confirm proposed settlement amount. | Figueroa-Rodriguez, Diego R. | 1.70 | 1,031.90 |
| 11/05/18 | US | Review ▉▉▉▉▉▉▉▉▉ counter proposal and revisions to the settlement agreement documents. | Figueroa-Rodriguez, Diego R. | 2.00 | 1,214.00 |
| 11/06/18 | US | Communications, and revision of prior actions and discussions, with S. Torres and ▉▉▉ relating to ▉ proposed restructuring by ▉▉▉. | Figueroa-Rodriguez, Diego R. | 1.20 | 728.40 |
| 11/13/18 | US | Call with J. Pietrantoni to discuss AFICA ▉▉▉▉▉▉▉ and ▉▉▉▉▉▉▉ matters and reviewing the AFICA bond issuances invoices and communications with ▉▉▉▉▉. | Figueroa-Rodriguez, Diego R. | 1.50 | 910.50 |
| 11/15/18 | US | Discuss counterproposal with Mr. Freidman | Figueroa-Rodriguez, Diego R. | 0.40 | 242.80 |
| 11/15/18 | US | Review ▉▉▉▉▉▉ counter proposal and email/document revisions | Figueroa-Rodriguez, Diego R. | 0.30 | 182.10 |
| 11/15/18 | US | Telephone conference with ▉▉▉ regarding outstanding issues for settlement with ▉▉▉▉ counsel. | Friedman, Mark J. | 0.60 | 499.20 |
| 11/15/18 | US | Further telephone conference with ▉▉ ▉▉▉▉▉▉▉▉ regarding settlement provisions. | Friedman, Mark J. | 0.20 | 166.40 |
| 11/15/18 | US | Further review of changes proposed by ▉▉▉▉ counsel. | Friedman, Mark J. | 0.60 | 499.20 |
| 11/15/18 | US | Emails with Mr. Figueroa-Rodriguez regarding report on and evaluation of proposed changes to settlement agreement. | Friedman, Mark J. | 0.40 | 332.80 |
| 11/19/18 | US | Call with M. Friedman to discuss ▉▉ ▉▉▉ latest counterproposal and pending issues with settlement agreement. | Figueroa-Rodriguez, Diego R. | 0.30 | 182.10 |
| 11/19/18 | PR | Review latest version of settlement agreement documents. | Figueroa-Rodriguez, Diego R. | 2.00 | 1,214.00 |
| 11/19/18 | US | Review of counter proposals from ▉▉▉ | Friedman, Mark J. | 0.80 | 665.60 |

D. Figueroa-Rodriguez
Page 3

Matter # 397296-000001

Invoice # 3707641

December 21, 2018

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| | | ▓▓▓▓ in preparation for discussion with Mr. Rodriguez. | | | |
| 11/19/18 | US | Discussion with Mr. Rodriguez regarding reaction to proposals and position to be taken on behalf of AAFAF to settlement with ▓▓▓▓. | Friedman, Mark J. | 0.30 | 249.60 |
| 11/20/18 | US | Update documents to ▓▓▓▓ with latest agreements and email from ▓▓▓▓ with pending points. | Figueroa-Rodriguez, Diego R. | 1.40 | 849.80 |
| 11/20/18 | US | Review documents sent by ▓▓▓▓ relating to ▓▓▓▓. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 11/20/18 | US | Revision of settlement agreement. | Friedman, Mark J. | 2.40 | 1,996.80 |
| 11/20/18 | US | Email ▓▓▓▓ regarding status of negotiations. | Friedman, Mark J. | 0.40 | 332.80 |
| 11/26/18 | US | Review ▓▓▓▓ and AAFAF communications relating to AFI's Series 2005 bonds balance in order to complete financial statements. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |
| 11/27/18 | US | Call with M. Friedman to discuss strategy on pending points to be discussed regarding the settlement agreement. | Figueroa-Rodriguez, Diego R. | 0.30 | 182.10 |
| 11/27/18 | US | Call with ▓▓▓▓ and M. Friedman to discuss pending points on the settlement agreement. | Figueroa-Rodriguez, Diego R. | 0.60 | 364.20 |
| 11/27/18 | US | Telephone conference with Mr. Figueroa-Rodriguez regarding position of ▓▓▓▓. | Friedman, Mark J. | 0.30 | 249.60 |
| 11/27/18 | US | Telephone conference with Mr. Figueroa-Rodriguez and ▓▓▓▓ regarding open items. | Friedman, Mark J. | 0.60 | 499.20 |
| 11/27/18 | US | Review of outstanding issues for settlement with ▓▓▓▓. | Friedman, Mark J. | 0.10 | 83.20 |
| 11/28/18 | US | Meet with S.Torres to discuss ▓▓▓▓ settlement agreement and pending trustee matters. | Figueroa-Rodriguez, Diego R. | 2.30 | 1,396.10 |
| 11/28/18 | US | Revise ▓▓▓▓ proposed settlement agreement with input from S.Torres and new points by ▓▓▓▓. | Figueroa-Rodriguez, Diego R. | 2.40 | 1,456.80 |
| 11/29/18 | US | Revise ▓▓▓▓ proposed settlement agreement and discussions with ▓▓▓▓ related to issuers with pending issues. | Figueroa-Rodriguez, Diego R. | 1.80 | 1,092.60 |
| 11/30/18 | US | Review and reply to email from ▓▓▓▓ with report on pending issues on proposed Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 0.70 | 424.90 |

D. Figueroa-Rodriguez
Matter # 397296-000001                                        Page 4
Invoice # 3707641                                        December 21, 2018

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 11/30/18 | US | Multiple communications with M. Friedman to report on instructions from S. Torres on ▓▓▓▓ proposed settlement agreement pending issues. | Figueroa-Rodriguez, Diego R. | 1.30 | 789.10 |
| 11/30/18 | US | Multiple communications with D. Figueroa-Rodriguez re: settlement | Friedman, Mark J. | 1.20 | 998.40 |
| 11/30/18 | US | Work on revisions to Settlement Agreement | Friedman, Mark J. | 1.70 | 1,414.40 |

| | | |
|---|---|---|
| **Total Hours** | | **33.10** |
| **Total Fees** | | **22,251.70** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Friedman, Mark J. | Partner | 9.60 | 832.00 | 7,987.20 |
| Figueroa-Rodriguez, Diego R. | Of Counsel | 23.50 | 607.00 | 14,264.50 |
| **Totals** | | **33.10** | | **22,251.70** |

**Total Current Charges**          **USD 22,251.70**

D. Figueroa-Rodriguez
Matter # 397296-000001                                                                                      Page 2
Invoice # 3719390                                                                                 January 30, 2019

**Fees:**

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 12/03/18 | PR | Call with S. Torres to review ▓▓▓▓▓ latest issues with the Settlement Agreement and plan strategy. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 12/04/18 | US | Communications with ▓▓▓▓▓ regarding the ▓▓▓▓▓ issues and the Settlement Agreement negotiations. | Figueroa-Rodriguez, Diego R. | 2.60 | 1,578.20 |
| 12/04/18 | US | Communications with S. Torres to discuss and review Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |
| 12/04/18 | US | Communications with M. Friedman to discuss and review latest changes to Settlement Agreement requested by S. Torres. | Figueroa-Rodriguez, Diego R. | 0.40 | 242.80 |
| 12/04/18 | US | Review comments from ▓▓▓▓▓ regarding status of agreement. | Friedman, Mark J. | 0.20 | 166.40 |
| 12/04/18 | US | Review revisions proposed by Sebastian Torres Rodriguez and incorporate revisions into agreement. | Friedman, Mark J. | 1.20 | 998.40 |
| 12/04/18 | US | Further review of proposals regarding existing accounts to be settled. | Friedman, Mark J. | 1.10 | 915.20 |
| 12/05/18 | US | Review latest version of Settlement Agreement with S. Torres' comments. | Figueroa-Rodriguez, Diego R. | 1.20 | 728.40 |
| 12/05/18 | US | Discuss proposed changes to Settlement Agreement with M. Friedman and S. Torres in multiple communications. | Figueroa-Rodriguez, Diego R. | 1.40 | 849.80 |
| 12/05/18 | US | Communications with ▓▓▓▓▓ to discuss latest changes to the Settlement Agreement and negotiate pending terms. | Figueroa-Rodriguez, Diego R. | 1.20 | 728.40 |
| 12/05/18 | US | Preparation of schedules for allocation among Governmental Entities. | Friedman, Mark J. | 0.70 | 582.40 |
| 12/05/18 | US | Preparation of Appendix C and other revisions to Settlement Agreement. | Friedman, Mark J. | 0.80 | 665.60 |
| 12/05/18 | US | Telephone conference with Sebastian Rodriguez to discuss Appendix C and other revisions to Settlement Agreement and settlement negotiations. | Friedman, Mark J. | 0.40 | 332.80 |
| 12/05/18 | US | Work on submission of proposed final agreement with various attachments. | Friedman, Mark J. | 1.50 | 1,248.00 |
| 12/05/18 | US | Email exchange with ▓▓▓▓▓ regarding comments on appendix C and other revisions. | Friedman, Mark J. | 0.40 | 332.80 |
| 12/05/18 | US | Responses and attempts to provide | Friedman, Mark J. | 0.60 | 499.20 |

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| | | additional language to address issues in settlement agreement. | | | |
| 12/05/18 | US | Emails to Sebastian Rodriguez and Mr. Figueroa-Rodriguez regarding in settlement agreement. | Friedman, Mark J. | 0.40 | 332.80 |
| 12/06/18 | US | Review latest version of Settlement Agreement for execution. | Figueroa-Rodriguez, Diego R. | 1.30 | 789.10 |
| 12/06/18 | US | Communications with S. Torres to discuss Settlement Agreement and ███████ requested changes. | Figueroa-Rodriguez, Diego R. | 0.60 | 364.20 |
| 12/06/18 | US | Communications with ███████ regarding ███████ new comments to Appendix C. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 12/06/18 | US | Review latest versions of the appendices to the Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 1.30 | 789.10 |
| 12/06/18 | US | Revise Appendix C to incorporate comments from ███████. | Friedman, Mark J. | 1.10 | 915.20 |
| 12/06/18 | US | Email exchanges with Sebastian Rodriguez regarding proposed ███████ revisions. | Friedman, Mark J. | 0.30 | 249.60 |
| 12/06/18 | US | Telephone conference and email exchanges with ███████ regarding proposed revisions and additional language in an effort to achieve resolution. | Friedman, Mark J. | 0.60 | 499.20 |
| 12/10/18 | US | Telephone conference with ███████ and email exchange with ███████ relating to outstanding issues focusing on ███████. | Friedman, Mark J. | 0.30 | 249.60 |
| 12/10/18 | US | Email exchange with Mr. Figueroa-Rodriguez regarding status of settlement. | Friedman, Mark J. | 0.10 | 83.20 |
| 12/11/18 | US | Review ███████ communications with pending issues regarding settlement. | Figueroa-Rodriguez, Diego R. | 1.10 | 667.70 |
| 12/12/18 | US | Call to discuss ███████ latest email regarding settlement issues and related matters and plan strategy. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 12/12/18 | US | Review ███████ latest proposal on settlement agreement and Appendix C. | Figueroa-Rodriguez, Diego R. | 1.20 | 728.40 |
| 12/14/18 | US | Communications to S. Torres and M. Friedman regarding latest changes to Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 1.50 | 910.50 |
| 12/17/18 | US | Negotiate changes to settlement agreement with ███████ and M.Friedman | Figueroa-Rodriguez, Diego R. | 2.30 | 1,396.10 |

D. Figueroa-Rodriguez
Page 4

Matter # 397296-000001
Invoice # 3719390

January 30, 2019

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| | | requested by AAFAF. | | | |
| 12/17/18 | US | Email exchange and telephone conference with ▇▇▇▇ regarding proposed language for settlement. | Friedman, Mark J. | 0.40 | 332.80 |
| 12/17/18 | US | Review of proposed language and revisions to proposed language to Exhibit C . | Friedman, Mark J. | 0.70 | 582.40 |
| 12/17/18 | US | Further emails with ▇▇▇▇ related to settlement negotiations. | Friedman, Mark J. | 0.20 | 166.40 |
| 12/17/18 | US | Email Sebastian Rodriguez and Diego Figueroa-Rodriguez regarding status and remaining open items for settlement. | Friedman, Mark J. | 0.20 | 166.40 |
| 12/18/18 | US | Multiple communications with the parties to draft new clauses and exhibits to settlement agreement. | Figueroa-Rodriguez, Diego R. | 2.90 | 1,760.30 |
| 12/19/18 | US | Communications with S. Torres and M. Friedman to negotiate further changes to Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 1.60 | 971.20 |
| 12/19/18 | US | Negotiation with ▇▇▇▇ regarding revisions to Appendix C and other settlement documents. | Friedman, Mark J. | 1.40 | 1,164.80 |
| 12/19/18 | US | Emails to Mr. Torres Rodriguez and Mr. Figueroa-Rodriguez regarding finalization of Settlement Agreement with ▇▇▇▇. | Friedman, Mark J. | 0.40 | 332.80 |
| 12/20/18 | US | Further negotiations on Settlement Agreement regarding accounts related to ▇▇▇ and other issuers. | Figueroa-Rodriguez, Diego R. | 2.70 | 1,638.90 |
| 12/20/18 | US | Work on revisions to Appendix C of settlement agreement. | Friedman, Mark J. | 0.60 | 499.20 |
| 12/20/18 | US | Further negotiation with ▇▇▇▇ and Mr. Figueroa-Rodriguez regarding settlement. | Friedman, Mark J. | 0.60 | 499.20 |
| 12/20/18 | US | Further revisions to Exhibit C ▇▇▇▇. | Friedman, Mark J. | 1.20 | 998.40 |
| 12/21/18 | US | Review latest draft of Settlement Agreement and Exhibits with latest negotiated terms and the memo to the AAFAF Board of Directors authorizing the transactions. | Figueroa-Rodriguez, Diego R. | 2.40 | 1,456.80 |
| 12/21/18 | US | Email exchanges with ▇▇▇▇ regarding status of negotiations. | Friedman, Mark J. | 0.80 | 665.60 |
| 12/21/18 | US | Email exchanges with Mr. Rodriguez regarding status of approval and responses to ▇▇▇▇. | Friedman, Mark J. | 0.60 | 499.20 |
| 12/21/18 | US | Telephone conference with Mr. Torres | Friedman, Mark J. | 0.30 | 249.60 |

D. Figueroa-Rodriguez
Matter # 397296-000001                                                                Page 5
Invoice # 3719390                                                                 January 30, 2019

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| | | Rodriguez regarding status of approval of AAFAF. | | | |
| 12/21/18 | US | Consideration of resolutions for AAFAF approval. | Friedman, Mark J. | 0.20 | 166.40 |
| 12/26/18 | US | Call with S. Torres to discuss execution of Settlement Agreement and pending issues. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 12/26/18 | US | Review of memorandum and proposed resolution and comments regarding same to Mr. Torres Rodriguez. | Friedman, Mark J. | 0.90 | 748.80 |
| 12/26/18 | US | Email exchange with ▓▓▓▓▓ regarding status of settlement approval. | Friedman, Mark J. | 0.20 | 166.40 |
| 12/27/18 | US | Final reviews and communications with parties to execution of Settlement Agreement. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 12/27/18 | US | Email exchanges with Mr. Torres Rodriguez regarding finalization of Settlement Agreement. | Friedman, Mark J. | 0.80 | 665.60 |
| 12/27/18 | US | Email exchanges with ▓▓▓▓▓ regarding finalization of Settlement Agreement and review of final executed Settlement Agreement. | Friedman, Mark J. | 0.80 | 665.60 |
| 12/28/18 | US | Attending to issues relating to execution of Agreement and final review of executed agreement. | Friedman, Mark J. | 1.10 | 915.20 |

**Total Hours**      **52.10**

**Total Fees**      **36,372.20**

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Friedman, Mark J. | Partner | 21.10 | 832.00 | 17,555.20 |
| Figueroa-Rodriguez, Diego R. | Of Counsel | 31.00 | 607.00 | 18,817.00 |

D. Figueroa-Rodriguez

Matter # 397296-000001
Invoice # 3719390                                                                January 31, 2019

**Total Current Charges**                              **USD 36,372.20**

D. Figueroa-Rodriguez
Page 2

Matter # 397296-000001
Invoice # 3733969

March 06, 2019

Fees:

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 01/02/19 | US | Review list of projects and discuss with S. Torres the ▮▮▮ use of funds. | Figueroa-Rodriguez, Diego R. | 2.00 | 1,214.00 |
| 01/08/19 | US | Recap and review on communications, memo and documents relating to the use of the ▮▮▮ of ▮▮▮ from the ▮▮▮ in deposit with the trustees. | Figueroa-Rodriguez, Diego R. | 2.70 | 1,638.90 |
| 01/08/19 | US | Review legal memo of use of remaining bond proceeds by ▮▮▮ placed by the ▮▮▮. | Figueroa-Rodriguez, Diego R. | 2.20 | 1,335.40 |
| 01/09/19 | US | Conference call with ▮▮▮, AAFAF and the various legal counsels to discuss ▮▮▮ from the ▮▮▮ and proposed structure | Figueroa-Rodriguez, Diego R. | 0.60 | 364.20 |
| 01/09/19 | US | Review ▮▮▮ proposals and the DLA memo with recommendations. | Figueroa-Rodriguez, Diego R. | 1.30 | 789.10 |
| 01/14/19 | US | Recapping and review of communications and documents relating to ▮▮ projects to be financed ▮▮▮ in order to provide update list and pending issues to AAFAF. | Figueroa-Rodriguez, Diego R. | 1.90 | 1,153.30 |
| 01/18/19 | US | Reply to ▮▮ email clarifying steps to follow. | Figueroa-Rodriguez, Diego R. | 0.50 | 303.50 |
| 01/28/19 | US | Communications with S.Torres and M.Friedman regarding follow up to ▮▮▮ email raising issues under the ▮▮▮ and issues with ▮▮▮. | Figueroa-Rodriguez, Diego R. | 2.20 | 1,335.40 |

**Total Hours**                                               **13.40**

**Total Fees**                                              **8,133.80**

D. Figueroa-Rodriguez
Page 3
March 06, 2019

Matter # 397296-000001
Invoice # 3733969

### Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Figueroa-Rodriguez, Diego R. | Of Counsel | 13.40 | 607.00 | 8,133.80 |
| Totals | | 13.40 | | 8,133.80 |

**Total Current Charges**                          **USD 8,133.80**



## Task Code: Fee Applications

D. Figueroa-Rodriguez
Page 2
November 29, 2018

Matter # 397296-000007
Invoice # 3692917

**Fees:**

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 09/11/18 | US | Email to D. Rodriguez regarding Sept fee app questions. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 09/12/18 | US | Emails with D. Rodriguez and L. Davila regarding Sept fee app questions. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 09/12/18 | US | Emails with D. Rodriguez and L. Davila regarding Sept fee app questions. | Albanese, Rachel Ehrlich | 0.10 | 84.10 [1] |
| 09/13/18 | US | Follow up with L. Davila regarding Sept fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/01/18 | US | Emails with D. Figueroa Rodriguez and V. Callahan regarding Sept fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/01/18 | US | Emails with DLA team regarding finalizing Sept fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/01/18 | US | Internal emails regarding September fee statement. | Callahan, Virginia | 0.30 | 143.10 |
| 10/01/18 | US | Revise September fee statement. | Callahan, Virginia | 0.40 | 190.80 |
| 10/02/18 | US | Finalize Sept fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/02/18 | US | E-mail to paralegal regarding final review of September fee statement. | Callahan, Virginia | 0.30 | 143.10 |
| 10/03/18 | US | Follow up with team regarding Sept fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/03/18 | US | Review fee app and finalize for filing. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 10/03/18 | US | E-mail and serve September fee statement. | Callahan, Virginia | 0.20 | 95.40 |
| 10/03/18 | US | Internal communications with R. Albanese and V. Callahan relating to August Monthly Fee Statement. | Lisko, Stephanie A. | 0.20 | 47.60 |
| 10/03/18 | US | Review and revise August Monthly Fee Statement. | Lisko, Stephanie A. | 0.50 | 119.00 |
| 10/04/18 | US | Review September Fee Statement. | Figueroa-Rodriguez, Diego R. | 1.10 | 667.70 |
| 10/08/18 | US | Follow up with DLA team re October fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/09/18 | US | Emails with V. Callahan and D. Figueroa-Rodriguez re October budget for fee examiner. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/09/18 | US | Finalize October budget for fee examiner | Callahan, Virginia | 0.10 | 47.70 |
| 10/09/18 | US | Submit October budget to Fee Examiner's office via email. | Callahan, Virginia | 0.10 | 47.70 |
| 10/10/18 | US | Draft October fee statement. | Callahan, Virginia | 0.40 | 190.80 |
| 10/11/18 | US | Emails with V. Callahan and D. Figueroa | Albanese, Rachel Ehrlich | 0.20 | 168.20 |

[1] This duplicate entry has been written off and the write-off is reflected in the total amount requested in this Application.

Matter # 397296-000007
Invoice # 3692917

D. Figueroa-Rodriguez
Page 3
November 29, 2018

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| | | re October fee app and call with Diego. | | | |
| 10/11/18 | US | Review monthly fee statements to create schedule for Third Interim Fee Application. | Callahan, Virginia | 0.50 | 238.50 |
| 10/12/18 | US | Revise October fee statement. | Callahan, Virginia | 0.20 | 95.40 |
| 10/15/18 | US | Emails with D. Figueroa and DLA team regarding October fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/15/18 | US | Follow-up on October fee statement. | Callahan, Virginia | 0.10 | 47.70 |
| 10/15/18 | US | Draft pleading for third interim fee application. | Callahan, Virginia | 1.40 | 667.80 |
| 10/16/18 | US | Emails with D. Figueroa and V. Callahan regarding October fee statement. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 10/16/18 | US | Review fee statement. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/16/18 | US | Call with N. Buxeda regarding prior fee apps. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/16/18 | US | Draft October fee statement for September time. | Callahan, Virginia | 1.50 | 715.50 |
| 10/17/18 | US | Emails with DLA team to finalize October fee app. | Albanese, Rachel Ehrlich | 0.40 | 336.40 |
| 10/17/18 | US | Review October fee app for submission. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 10/17/18 | US | Follow-up emails to team regarding finalization of October fee statement. | Callahan, Virginia | 0.20 | 95.40 |
| 10/17/18 | US | Revise October fee statement. | Callahan, Virginia | 1.00 | 477.00 |
| 10/17/18 | US | E-mails with R. Albanese regarding finalization of October fee statement. | Callahan, Virginia | 0.30 | 143.10 |
| 10/17/18 | US | Review and redact monthly applications filings. | Figueroa-Rodriguez, Diego R. | 1.40 | 849.80 |
| 10/18/18 | US | Finalize October fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/18/18 | US | Proof and finalize October fee statement. | Callahan, Virginia | 0.60 | 286.20 |
| 10/18/18 | US | Serve October fee statement to Notice Parties, including US Trustee for Puerto Rico. | Callahan, Virginia | 0.40 | 190.80 |
| 10/18/18 | US | Review and analyze October Fee Statement and exhibits to same. | Lisko, Stephanie A. | 0.60 | 142.80 |
| 10/18/18 | US | Internal communications with V. Callahan relating to October Fee Statement. | Lisko, Stephanie A. | 0.20 | 47.60 |
| 10/19/18 | US | Draft pleading for Third Interim Fee Application. | Callahan, Virginia | 2.30 | 1,097.10 |
| 10/19/18 | US | Review October Fee Application. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |

D. Figueroa-Rodriguez
Matter # 397296-000007                                                                                   Page 4
Invoice # 3692917                                                                           November 29, 2018

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 10/24/18 | US | Draft narrative portion of Third Interim Fee Application. | Callahan, Virginia | 2.70 | 1,287.90 |
| 10/25/18 | US | Revise draft narrative of third interim fee application. | Callahan, Virginia | 1.40 | 667.80 |
| 10/29/18 | US | Call with V. Callahan re third interim fee app and information for fee examiner. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 10/29/18 | US | Revise draft of Third Interim Fee Application and supporting documents. | Callahan, Virginia | 1.30 | 620.10 |
| 10/29/18 | US | Phone call with R. Albanese regarding Third Interim Fee Application and information for fee examiner. | Callahan, Virginia | 0.20 | 95.40 |
| 10/30/18 | US | Review and revise third interim fee app. | Albanese, Rachel Ehrlich | 1.80 | 1,513.80 |
| 10/30/18 | US | Email to V. Callahan re comments on third interim fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/30/18 | US | Emails with DLA team re third interim fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/30/18 | US | Follow up with D. Figueroa Rodriguez and M. Figueroa re monthly fee apps. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/30/18 | US | Emails re 2019 contracts for fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/30/18 | US | Revise Third Interim Fee Application per comments from R. Albanese. | Callahan, Virginia | 0.60 | 286.20 |
| 10/31/18 | US | Call with V. Callahan regarding interim fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 10/31/18 | US | Phone call with D. Figueroa-Rodriguez regarding November budget for fee examiner. | Callahan, Virginia | 0.20 | 95.40 |
| 10/31/18 | US | E-mail to Fee Examiner re November budget and updated appendix. | Callahan, Virginia | 0.10 | 47.70 |
| 10/31/18 | US | Revise Third Interim Fee Application. | Callahan, Virginia | 0.20 | 95.40 |

**Total Hours**                                                            **27.70**

**Total Fees**                                                          **15,243.80**

### Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Albanese, Rachel Ehrlich | Partner | 5.10 | 841.00 | 4,289.10 |
| Figueroa-Rodriguez, Diego R. | Of Counsel | 4.10 | 607.00 | 2,488.70 |

D. Figueroa-Rodriguez
Page 5
Matter # 397296-000007
Invoice # 3692917
November 29, 2018

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Callahan, Virginia | Associate | 17.00 | 477.00 | 8,109.00 |
| Lisko, Stephanie A. | Paralegal | 1.50 | 238.00 | 357.00 |
| **Totals** | | **27.70** | | **15,243.80** |

**Total Current Charges**                    **USD 15,243.80**

D. Figueroa-Rodriguez
Page 2
December 21, 2018

Matter # 397296-000007
Invoice # 3707642

**Fees:**

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 11/01/18 | US | Review V. Callahan email and fee examiner's third interim report. | Albanese, Rachel Ehrlich | 0.30 | 252.30 |
| 11/01/18 | US | Review report submitted by the Fee Examiner summarizing report on the new round of interim fee applications. | Callahan, Virginia | 0.60 | 286.20 |
| 11/01/18 | US | Summarize fee examiner report for circulation to team. | Callahan, Virginia | 0.20 | 95.40 |
| 11/01/18 | US | Review chart re payments made to date for inclusion in Third Interim Fee Application. | Callahan, Virginia | 0.60 | 286.20 |
| 11/02/18 | US | Revise Third Interim Fee Application, Attorney Certifications and supporting exhibits. | Callahan, Virginia | 1.40 | 667.80 |
| 11/05/18 | US | Review agenda for Omnibus hearing for information relating to fee examiner and topics to be covered. | Callahan, Virginia | 0.20 | 95.40 |
| 11/05/18 | US | Review Seventh Amended Case Management procedures to update service list for Third Interim Fee Application. | Callahan, Virginia | 0.60 | 286.20 |
| 11/05/18 | US | Draft monthly fee application for November. | Callahan, Virginia | 0.70 | 333.90 |
| 11/05/18 | US | Revise third interim fee application. | Callahan, Virginia | 0.40 | 190.80 |
| 11/05/18 | US | Review draft of Interim Fee Application. | Figueroa-Rodriguez, Diego R. | 0.80 | 485.60 |
| 11/06/18 | US | Emails with V. Callahan and D. Rodriguez Figueroa regarding third interim fee application. | Albanese, Rachel Ehrlich | 0.30 | 252.30 |
| 11/06/18 | US | Work on third interim fee application. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 11/06/18 | US | Revise third interim fee application and related exhibits. | Callahan, Virginia | 1.60 | 763.20 |
| 11/06/18 | US | Emails with R. Albanese and D. Figueroa regarding Third Interim Fee Application. | Callahan, Virginia | 0.20 | 95.40 |
| 11/06/18 | US | Conference call to discuss Third Interim Fee Application schedules. | Callahan, Virginia | 0.30 | 143.10 |
| 11/06/18 | US | E-mail to M. Lopez-Zambrana regarding tax matter for Third Interim Fee Application. | Callahan, Virginia | 0.20 | 95.40 |
| 11/07/18 | US | Proof and review Notice of Filing for Third Interim Fee Application. | Callahan, Virginia | 0.30 | 143.10 |
| 11/08/18 | US | Emails with V. Callahan and N. Zambrana regarding interim fee | Albanese, Rachel Ehrlich | 0.10 | 84.10 |

D. Figueroa-Rodriguez
Matter # 397296-000007                                                                  Page 3
Invoice # 3707642                                                          December 21, 2018

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| | | application. | | | |
| 11/08/18 | US | Follow up with V. Callahan and D. Figueroa Rodriguez regarding interim fee app and related docs. | Albanese, Rachel Ehrlich | 0.30 | 252.30 |
| 11/08/18 | US | Revise third interim fee application and supporting exhibits. | Callahan, Virginia | 0.60 | 286.20 |
| 11/09/18 | US | Emails with V. Callahan and D. Figueroa Rodriguez re: third interim fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/09/18 | US | Review comments on fee application and respond. | Albanese, Rachel Ehrlich | 0.40 | 336.40 |
| 11/09/18 | US | Review and revise supporting exhibits for third interim fee application. | Callahan, Virginia | 2.00 | 954.00 |
| 11/09/18 | US | Revise narrative portion of Third Interim Fee Application per comments from D. Figueroa. | Callahan, Virginia | 0.80 | 381.60 |
| 11/12/18 | US | E-mail to paralegal regarding third interim fee application. | Callahan, Virginia | 0.10 | 47.70 |
| 11/12/18 | US | Revise chart per Court's order on First Interim Fee Application. | Callahan, Virginia | 0.50 | 238.50 |
| 11/12/18 | US | Revise Third Interim Fee Application per R. Albanese. | Callahan, Virginia | 0.30 | 143.10 |
| 11/12/18 | US | Internal communications with V. Callahan relating to review of Third Interim Fee Application and related invoice exhibits. | Lisko, Stephanie A. | 0.10 | 23.80 |
| 11/13/18 | US | E-mail to R. Albanese and D. Figueroa detailing remaining tasks for third interim fee application. | Callahan, Virginia | 0.30 | 143.10 |
| 11/14/18 | US | Multiple emails with V. Callahan and D. Rodriguez regarding interim fee application revisions. | Albanese, Rachel Ehrlich | 0.70 | 588.70 |
| 11/14/18 | US | Emails with V. Callahan regarding fee application tables. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/14/18 | US | Revise attorney certification to Third Interim Fee Application. | Callahan, Virginia | 0.30 | 143.10 |
| 11/14/18 | US | Revise Third Interim Fee Application and supporting exhibits. | Callahan, Virginia | 1.60 | 763.20 |
| 11/14/18 | US | Review requirements for service of Third Interim Fee Application. | Callahan, Virginia | 0.40 | 190.80 |
| 11/14/18 | US | Review draft of the Third Interim Fee Application. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 11/15/18 | US | Emails with V. Callahan regarding | Albanese, Rachel Ehrlich | 0.10 | 84.10 |

D. Figueroa-Rodriguez
Page 4
December 21, 2018

Matter # 397296-000007
Invoice # 3707642

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| | | interim fee app. | | | |
| 11/15/18 | US | Review and finalize interim fee app. | Albanese, Rachel Ehrlich | 0.70 | 588.70 |
| 11/15/18 | US | Prepare mailing information for service of the Third Interim Fee Application. | Callahan, Virginia | 0.30 | 143.10 |
| 11/15/18 | US | Follow-up to J. Merrigan regarding attorney certification. | Callahan, Virginia | 0.30 | 143.10 |
| 11/15/18 | US | Revise third interim fee application for filing. | Callahan, Virginia | 0.40 | 190.80 |
| 11/15/18 | US | Review and discuss with J. Merrigan the latest draft of the Third Interim Fee Application. | Dávila, Luis | 1.20 | 529.20 |
| 11/15/18 | US | Review final Third Interim Fee Application and exhibits. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 11/15/18 | US | Review of interim application invoice exhibits and confirm hour, fee and expense totals in schedules | Lisko, Stephanie A. | 1.80 | 428.40 |
| 11/15/18 | US | Internal communications with V. Callahan relating to Third Interim Fee Application | Lisko, Stephanie A. | 0.20 | 47.60 |
| 11/16/18 | US | Complete final proof and revision of Third Interim Fee Application, supporting exhibits and notice of filing. | Callahan, Virginia | 2.80 | 1,335.60 |
| 11/16/18 | US | Phone call regarding Attorney Certification and follow-up. | Callahan, Virginia | 0.20 | 95.40 |
| 11/16/18 | US | Finalize Third Interim Fee Application for filing. | Callahan, Virginia | 0.50 | 238.50 |
| 11/16/18 | US | Complete service of Third Interim Fee Application and Notice of Filing. | Callahan, Virginia | 0.60 | 286.20 |
| 11/18/18 | US | Draft certificate of service for filing of Third Interim Fee Application. | Callahan, Virginia | 0.30 | 143.10 |
| 11/19/18 | US | Revise and finalize certificate of service for Third Interim Fee Application. | Callahan, Virginia | 0.40 | 190.80 |
| 11/21/18 | US | E-mail LEDES file to Fee Examiner for review of Third Interim Fee Application. | Callahan, Virginia | 0.20 | 95.40 |
| 11/21/18 | US | E-mails with R. Albanese regarding LEDES files for Fee Examiner. | Callahan, Virginia | 0.30 | 143.10 |
| 11/26/18 | US | Emails with V. Callahan and team regarding fee app and status. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/26/18 | US | E-mail to R. Albanese detailing amount of fees and expenses requested, the timing of Fee Examiner's responses and the expected hearing dates. | Callahan, Virginia | 0.40 | 190.80 |
| 11/27/18 | US | Emails with DLA team regarding | Albanese, Rachel Ehrlich | 0.20 | 168.20 |

D. Figueroa-Rodriguez
Matter # 397296-000007                                                                     Page 5
Invoice # 3707642                                                              December 21, 2018

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| | | finalizing November fee application. | | | |
| 11/28/18 | US | Emails with V. Callahan regarding November fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/28/18 | US | Review and revise November fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/28/18 | US | Draft monthly fee application for November. | Callahan, Virginia | 0.30 | 143.10 |
| 11/28/18 | US | Emails with R. Albanese regarding November monthly fee application. | Callahan, Virginia | 0.20 | 95.40 |
| 11/29/18 | US | Follow-up regarding November monthly fee statement and revised invoices. | Callahan, Virginia | 0.20 | 95.40 |
| 11/30/18 | US | Emails with V. Callahan regarding finalizing November fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/30/18 | US | Emails with D. Rodriguez and V. Callahan regarding examiner report to court. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/30/18 | US | Review examiner motion and V. Callahan summary. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 11/30/18 | US | Follow-up regarding finalized invoices for November monthly fee statement. | Callahan, Virginia | 0.20 | 95.40 |
| 11/30/18 | US | Phone call and follow-up e-mail with D. Figueroa-Rodriguez regarding redactions for November monthly fee statement. | Callahan, Virginia | 0.20 | 95.40 |
| 11/30/18 | US | Revise November fee application. | Callahan, Virginia | 0.40 | 190.80 |
| 11/30/18 | US | Review and analyze Fee Examiner Motion for Presumptive Standards. | Callahan, Virginia | 0.40 | 190.80 |
| 11/30/18 | US | E-mail summary of Fee Examiner Motion to R. Albanese and D. Figueroa-Rodriguez. | Callahan, Virginia | 0.10 | 47.70 |

**Total Hours**        **33.00**

**Total Fees**        **17,062.70**

### Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Albanese, Rachel Ehrlich | Partner | 4.20 | 841.00 | 3,532.20 |
| Figueroa-Rodriguez, Diego R. | Of Counsel | 2.60 | 607.00 | 1,578.20 |

Matter # 397296-000007

D. Figueroa-Rodriguez
Page 6
December 21, 2018

Invoice # 3707642

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Callahan, Virginia | Associate | 22.90 | 477.00 | 10,923.30 |
| Dávila, Luis | Attorney | 1.20 | 441.00 | 529.20 |
| Lisko, Stephanie A. | Paralegal | 2.10 | 238.00 | 499.80 |
| **Totals** | | **33.00** | | **17,062.70** |

**Total Current Charges**                    **USD 17,062.70**

D. Figueroa-Rodriguez
Page 2

Matter # 397296-000007

Invoice # 3719391                                                                January 31, 2019

**Fees:**

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 11/13/18 | US | Review V. Callahan email re interim fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/13/18 | US | Review and revise interim fee app. | Albanese, Rachel Ehrlich | 0.90 | 756.90 |
| 11/13/18 | US | Email to V. Callahan and D. Figuera Rodriguez regarding comments on fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/16/18 | US | Emails with V. Callahan and D. Rodriguez re finalizing interim fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/16/18 | US | Finalize and file interim fee app. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 11/19/18 | US | Review certificate of service and finalize service of fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/19/18 | US | Emails with V. Callahan and J. Sosa re service of fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 11/21/18 | US | Emails with V. Callahan re info for fee examiner. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/03/18 | US | Follow-up regarding redactions for November monthly fee application. | Callahan, Virginia | 0.20 | 95.40 |
| 12/04/18 | US | Review and redact Monthly Applications. | Figueroa-Rodriguez, Diego R. | 0.50 | 303.50 |
| 12/05/18 | US | Finalize November fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/05/18 | US | Review redactions to November monthly fee application for accuracy. | Callahan, Virginia | 0.40 | 190.80 |
| 12/05/18 | US | E-mail to Fee Examiner enclosing estimated December budget. | Callahan, Virginia | 0.10 | 47.70 |
| 12/05/18 | US | Finalize November monthly fee application for submission to notice parties. | Callahan, Virginia | 0.30 | 143.10 |
| 12/05/18 | US | Serve November monthly fee application. | Callahan, Virginia | 0.20 | 95.40 |
| 12/10/18 | US | Review procedures for appearance at December 19 omnibus hearing. | Callahan, Virginia | 0.10 | 47.70 |
| 12/11/18 | US | Emails with D. Figueroa Rodriguez regarding December fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/12/18 | US | Review and summarize motions filed by Fee Examiner. | Callahan, Virginia | 0.40 | 190.80 |
| 12/13/18 | US | Review fee examiner supplemental motion and report. | Albanese, Rachel Ehrlich | 0.40 | 336.40 |
| 12/13/18 | US | Emails with D. Rodriguez and V. Callahan regarding fee examiner report and Motion. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/13/18 | US | Follow up with DLA team regarding | Albanese, Rachel Ehrlich | 0.20 | 168.20 |

D. Figueroa-Rodriguez
Matter # 397296-000007                                                            Page 3
Invoice # 3719391                                                       January 31, 2019

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|-----------|-------|--------|
| | | December fee app. | | | |
| 12/13/18 | US | Review fee examiner motions. | Figueroa-Rodriguez, Diego R. | 0.50 | 303.50 |
| 12/13/18 | US | Communications with team members regarding fee applications. | Figueroa-Rodriguez, Diego R. | 0.40 | 242.80 |
| 12/14/18 | US | Prepare December monthly fee statement. | Callahan, Virginia | 0.30 | 143.10 |
| 12/17/18 | US | Emails re December fee app with DLA team. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/17/18 | US | Review case management order regarding interim filing deadlines. | Callahan, Virginia | 0.20 | 95.40 |
| 12/19/18 | US | Follow-up with R. Albanese regarding December monthly fee statement. | Callahan, Virginia | 0.20 | 95.40 |
| 12/19/18 | US | Review information for December Monthly Fee Application. | Callahan, Virginia | 0.20 | 95.40 |
| 12/20/18 | US | Emails with DLA team re December fee application. | Albanese, Rachel Ehrlich | 0.40 | 336.40 |
| 12/21/18 | US | Follow up emails re December fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/21/18 | US | Draft December Monthly Fee Application. | Callahan, Virginia | 0.60 | 286.20 |
| 12/21/18 | US | Review and redact applications. | Figueroa-Rodriguez, Diego R. | 0.90 | 546.30 |
| 12/26/18 | US | Emails with D. Rodriguez and V. Callahan re fee apps follow up. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/27/18 | US | Emails with V. Callahan and D. Rodriguez re December fee applications. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/27/18 | US | Review December fee application. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 12/27/18 | US | Revise December monthly fee statement. | Callahan, Virginia | 0.40 | 190.80 |
| 12/27/18 | US | E-mail to R. Albanese and D. Figueroa-Rodriguez regarding December fee statement and summarizing outstanding items. | Callahan, Virginia | 0.30 | 143.10 |
| 12/27/18 | US | Follow-up regarding redactions necessary for December monthly fee statement. | Callahan, Virginia | 0.10 | 47.70 |
| 12/28/18 | US | Revise and finalize December monthly fee statement. | Callahan, Virginia | 0.60 | 286.20 |
| 12/31/18 | US | Finalize December fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/31/18 | PR | Emails with V. Callahan re December fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 12/31/18 | US | Follow-up with DLA team to finalize December monthly fee statement. | Callahan, Virginia | 0.30 | 143.10 |
| 12/31/18 | US | Finalize December monthly fee statement. | Callahan, Virginia | 0.30 | 143.10 |

D. Figueroa-Rodriguez
Page 4

Matter # 397296-000007

Invoice # 3719391

January 31, 2019

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 12/31/18 | US | Serve December monthly fee statement on Notice Parties. | Callahan, Virginia | 0.10 | 47.70 |

| | | |
|---|---|---|
| **Total Hours** | | **11.40** |
| **Total Fees** | | **7,120.00** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Albanese, Rachel Ehrlich | Partner | 3.80 | 841.00 | 3,195.80 |
| Figueroa-Rodriguez, Diego R. | Of Counsel | 2.30 | 607.00 | 1,396.10 |
| Callahan, Virginia | Associate | 5.30 | 477.00 | 2,528.10 |
| **Totals** | | **11.40** | | **7,120.00** |

**Total Current Charges**  **USD 7,120.00**

D. Figueroa-Rodriguez
Page 2

Matter # 397296-000007
Invoice # 3733051

February 28, 2019

**Fees:**

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 01/03/19 | US | Update estimated budget for January for fee examiner. | Callahan, Virginia | 0.10 | 47.70 |
| 01/03/19 | US | E-mail estimated budget for January to Fee Examiner. | Callahan, Virginia | 0.10 | 47.70 |
| 01/11/19 | US | Review fee examiner memo. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/11/19 | US | Email to V. Callahan regarding fee examiner memo. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/11/19 | US | Draft summary of memo from Fee Examiner. | Callahan, Virginia | 1.10 | 524.70 |
| 01/15/19 | US | Review letter report from fee examiner regarding second interim fee application. | Albanese, Rachel Ehrlich | 0.30 | 252.30 |
| 01/15/19 | US | Emails with V. Callahan and D. Figueroa Rodriguez regarding response to fee examiner's letter report. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/15/19 | US | Review letter response from Fee Examiner on Second Interim Fee Application. | Callahan, Virginia | 0.70 | 333.90 |
| 01/16/19 | US | Draft response to Fee Examiner Confidential Letter Report. | Callahan, Virginia | 0.70 | 333.90 |
| 01/17/19 | US | Revise response letter to Fee Examiner regarding 2nd Interim Fee Application. | Callahan, Virginia | 0.90 | 429.30 |
| 01/18/19 | US | Emails with V. Callahan and DLA team regarding response to fee examiner letter report. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 01/18/19 | US | Review fee examiner letter report. | Albanese, Rachel Ehrlich | 0.40 | 336.40 |
| 01/18/19 | US | Email to E. West regarding fee examiner letter report and response. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 01/18/19 | US | Review and revise response letter to fee examiner's letter report. | Albanese, Rachel Ehrlich | 1.00 | 841.00 |
| 01/19/19 | US | Revise response letter to fee examiner. | Albanese, Rachel Ehrlich | 0.90 | 756.90 |
| 01/19/19 | US | Emails with DLA team regarding response to fee examiner letter report. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/21/19 | US | Emails with D. Rodriguez and V. Callahan regarding revised response letter to fee examiner. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/22/19 | US | Emails with DLA team regarding finalizing response letter to fee examiner. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/22/19 | US | Finalize response letter to fee examiner. | Albanese, Rachel Ehrlich | 0.40 | 336.40 |
| 01/22/19 | US | Emails with V. Callahan regarding fee examiner letter. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |

D. Figueroa-Rodriguez
Page 3

Matter # 397296-000007
Invoice # 3733051

February 28, 2019

| Date | Task | Description | Timekeeper | Hours | Amount |
|------|------|-------------|------------|-------|--------|
| 01/22/19 | US | Call with V. Callahan regarding response letter to fee examiner. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 01/22/19 | US | Emails with V. Callahan regarding documentation for fee examiner response letter. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/22/19 | US | Emails with E. West and V. Callahan regarding resolution of fee examiner issues with second interim fee application. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/22/19 | US | Revise and finalize response letter to Fee Examiner for second interim fee application. | Callahan, Virginia | 3.30 | 1,574.10 |
| 01/23/19 | US | Emails with V. Callahan regarding 1/30 hearing on fee apps. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/23/19 | US | Review report filed by Fee Examiner in advance of June 30 omnibus hearing. | Callahan, Virginia | 0.40 | 190.80 |
| 01/24/19 | US | Internal communications regarding telephonic participation for R. Albanese in 1/30/19 hearing. | Fox, Carolyn B. | 0.30 | 71.40 |
| 01/25/19 | US | Follow-up regarding R. Albanese registration for 1/30/19 hearing. | Fox, Carolyn B. | 0.20 | 47.60 |
| 01/30/19 | US | Emails with V. Callahan regarding 1/23 fee examiner report and hearing. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/30/19 | US | Review 1/23 fee examiner report. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/30/19 | US | Review V. Callahan hearing report and order as entered. | Albanese, Rachel Ehrlich | 0.20 | 168.20 |
| 01/30/19 | US | Emails with DLA team regarding hearing report and order. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |
| 01/30/19 | US | Draft January monthly fee statement (with December time). | Callahan, Virginia | 0.80 | 381.60 |
| 01/30/19 | US | Follow-up with team regarding January monthly fee statement. | Callahan, Virginia | 0.10 | 47.70 |
| 01/30/19 | US | Telephonically listen to Title III hearing related to Fee Examiner's report and approval of second interim fee application. | Callahan, Virginia | 2.30 | 1,097.10 |
| 01/30/19 | US | Draft summary of Title III omnibus hearing. | Callahan, Virginia | 0.50 | 238.50 |
| 01/31/19 | US | Emails with DLA team regarding January fee app. | Albanese, Rachel Ehrlich | 0.10 | 84.10 |

**Total Hours**                                                                           **16.70**

D. Figueroa-Rodriguez
Page 4
February 28, 2019

Matter # 397296-000007
Invoice # 3733051

### Total Fees

9,739.20

### Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Albanese, Rachel Ehrlich | Partner | 5.20 | 841.00 | 4,373.20 |
| Callahan, Virginia | Associate | 11.00 | 477.00 | 5,247.00 |
| Fox, Carolyn B. | Paralegal | 0.50 | 238.00 | 119.00 |
| **Totals** | | **16.70** | | **9,739.20** |

### Disbursements:

| Date | Description | Amount |
|---|---|---|
| 01/31/19 | DELIVERY SERVICES - VENDOR: UNITED PARCEL SERVICE  * 11/16/2018 UPS NEXT DAY AIR 1Z3AR4240194684627 FROM: KAREN SUZANNE BENFER BALTIMORE TO: OFFICE OF THE U.S. T FOR THE DISTRICT OF PUERTO RICO SAN JUAN Bank ID: WFB-CC Check Number: 2019556 | 15.14 |
| 01/31/19 | DELIVERY SERVICES - VENDOR: UNITED PARCEL SERVICE  * 11/16/2018 UPS NEXT DAY AIR 1Z3AR4240191994619 FROM: KAREN SUZANNE BENFER BALTIMORE TO: THE HONORABLE LAURA U.S. DISTRICT COURT - S.D. NEW YORK NEW YORK Bank ID: WFB-CC Check Number: 2019556 | 11.37 |

### Total Disbursements

26.51

### Total Current Charges

USD 9,765.71