# Exhibit D

**Summary of Segal Consulting Blended Hourly Rates**

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| Senior Vice President | $679 |
| VP & Actuary | $554 |
| Actuary | $415 |
| Consultant | $410 |
| Analyst | $329 |
| All Employees | $499 |

Case Name:         In re Commonwealth of Puerto Rico, et al.
Case Number:       17 BK 3283-LTS
Applicant's Name:  Segal Consulting
Date of Application: March 18, 2019
Interim or Final:  Interim