# EXHIBIT E

**Summary of Segal Consulting Hours Worked and Fees Incurred**

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---|---|---|
| Bohlman, Katherine | Actuary Associate | Pension | 340.00 | 54.00 | 18,360.00 |
| Bridges, Geoffrey W. | Actuary | Pension | 460.35 | 42.70 | 19,657.00 |
| Clark, Melanie C. | Sr Health Consultant | Health | 410.00 | 0.60 | 246.00 |
| Kovach, Patricia | Analyst | Health | 264.02 | 9.20 | 2,429.00 |
| Libauskas, Jacob | Actuary | Pension | 405.50 | 200.00 | 81,100.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 688.57 | 159.70 | 109,964.00 |
| Scarpa, Jonathan | Actuary | Pension | 410.00 | 24.60 | 10,086.00 |
| Strom, Matthew A. | VP & Actuary | Pension | 554.03 | 94.10 | 52,134.00 |
| Tabernacki, Patryk | Senior Analyst | Pension | 330.00 | 25.70 | 8,481.00 |
| Wohl, Stuart | SVP Regional Manager | Health | 612.14 | 21.50 | 13,161.00 |
| Sub-Total | | | | **632.10** | **315,618.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | (3,196.00) |
| Total | | | | | **312,422.00** |