# EXHIBIT F

**Summary of Segal Consulting Expenses**

| Service Description | Amount |
|---|---|
| Business Meals | $40.21 |
| Hotel | $505.80 |
| In-City Transportation | $158.00 |
| Other Professional Services | $0.00 |
| Parking | $0.00 |
| Mileage | $0.00 |
| Travel | $533.67 |
| **TOTAL** | **$1,237.68** |