# Exhibit G

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 372.90 | $ 174,503.00 |
| 002 Research | 17.00 | $ 6,594.00 |
| 003 Data Analysis | 26.30 | $ 8,709.00 |
| 004 Calls & Meetings with Other Professionals | 99.80 | $ 56,803.00 |
| 005 Preparation of Reports | - | $ - |
| 006 Retirement Committee Meetings | 45.70 | $ 25,372.00 |
| 018 Case Administration | 61.00 | $ 37,245.00 |
| Non-Working Travel Time | 9.40 | $ 6,392.00 |
| **Subtotal** | **632.10** | **$ 315,618.00** |
| Less 50% Discount on Non-working Travel Matter | | $ (3,196.00) |
| Total | | **$ 312,422.00** |

Case Name:            In re Commonwealth of Puerto Rico, et al.
Case Number:          17 BK 3283-LTS
Applicant's Name:     Segal Consulting
Date of Application:  March 18, 2019
Interim or Final:     Interim