# EXHIBIT H

**Detailed Time Records for Segal Consulting**

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**November 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2018:

Re: Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 10/1/2018 | Nicholl, Kim M. | Prepare | 1.20 | 816.00 |
| 10/1/2018 | Libauskas, Jacob | Continue to prepare | 2.10 | 798.00 |
| 10/1/2018 | Strom, Matthew A. | Prepare | 5.10 | 2,805.00 |
| 10/2/2018 | Strom, Matthew A. | Continue to prepare | 3.40 | 1,870.00 |
| 10/2/2018 | Nicholl, Kim M. | Development | 1.60 | 1,088.00 |
| 10/2/2018 | Libauskas, Jacob | Reviewing | 4.10 | 1,558.00 |
| 10/2/2018 | Libauskas, Jacob | Reviewing | 1.50 | 570.00 |
| 10/2/2018 | Libauskas, Jacob | Compiling | 3.80 | 1,444.00 |
| 10/3/2018 | Nicholl, Kim M. | Review analysis | 1.20 | 816.00 |
| 10/3/2018 | Libauskas, Jacob | Preparation of | 1.30 | 494.00 |
| 10/3/2018 | Libauskas, Jacob | Reviewing | 1.20 | 456.00 |
| 10/3/2018 | Libauskas, Jacob | Reviewing | 2.40 | 912.00 |
| 10/3/2018 | Libauskas, Jacob | Updated | 1.40 | 532.00 |
| 10/3/2018 | Libauskas, Jacob | Reviewing and revising | 2.80 | 1,064.00 |
| 10/3/2018 | Bridges, Geoffrey W. | Preparing | 2.30 | 1,058.00 |
| 10/3/2018 | Nicholl, Kim M. | Review | 1.60 | 1,088.00 |
| 10/3/2018 | Libauskas, Jacob | Reviewing | 1.40 | 532.00 |
| 10/4/2018 | Libauskas, Jacob | Reviewing | 1.60 | 608.00 |
| 10/4/2018 | Nicholl, Kim M. | Review | 2.40 | 1,632.00 |
| 10/5/2018 | Nicholl, Kim M. | Review | 0.60 | 408.00 |
| 10/5/2018 | Wohl, Stuart | Review | 1.20 | 732.00 |
| 10/9/2018 | Nicholl, Kim M. | Analysis | 2.80 | 1,904.00 |
| 10/9/2018 | Libauskas, Jacob | Providing M Root with | 0.80 | 304.00 |

| 10/17/2018 | Bridges, Geoffrey W. | Reviewing | 2.00 | 920.00 |
| 10/17/2018 | Bridges, Geoffrey W. | Programming | 2.20 | 1,012.00 |
| 10/17/2018 | Libauskas, Jacob | Revised | 1.30 | 494.00 |
| 10/17/2018 | Nicholl, Kim M. | Analysis | 1.80 | 1,224.00 |
| 10/17/2018 | Nicholl, Kim M. | Review | 1.70 | 1,156.00 |
| 10/18/2018 | Bridges, Geoffrey W. | Imported | 1.60 | 736.00 |
| 10/18/2018 | Libauskas, Jacob | Reviewing | 0.80 | 304.00 |
| 10/18/2018 | Nicholl, Kim M. | Prepare analysis | 2.10 | 1,428.00 |
| 10/18/2018 | Nicholl, Kim M. | Analysis | 1.90 | 1,292.00 |
| 10/19/2018 | Nicholl, Kim M. | Analysis | 1.10 | 748.00 |
| 10/19/2018 | Nicholl, Kim M. | Analysis | 2.40 | 1,632.00 |
| 10/22/2018 | Libauskas, Jacob | Reviewing | 1.40 | 532.00 |
| 10/22/2018 | Libauskas, Jacob | Reviewing | 1.20 | 456.00 |
| 10/26/2018 | Libauskas, Jacob | Calculating | 2.10 | 798.00 |
| 10/26/2018 | Libauskas, Jacob | Calculating | 2.60 | 988.00 |
| 10/26/2018 | Libauskas, Jacob | Calculating | 2.80 | 1,064.00 |
| 10/27/2018 | Libauskas, Jacob | Calculating | 1.90 | 722.00 |
| 10/29/2018 | Nicholl, Kim M. | Review | 1.80 | 1,224.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
| --- | --- | --- | --- |
| Bridges, Geoffrey W. | 460.00 | 8.10 | 3,726.00 |
| Libauskas, Jacob | 380.00 | 38.50 | 14,630.00 |
| Nicholl, Kim M. | 680.00 | 24.20 | 16,456.00 |
| Strom, Matthew A. | 550.00 | 8.50 | 4,675.00 |
| Wohl, Stuart | 610.00 | 1.20 | 732.00 |
| TOTAL HOURS/VALUE | | 80.50 | 40,219.00 |

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**November 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2018:

Re: Matter 002 Research

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 10/15/2018 | Libauskas, Jacob | Researching ▮ | 1.50 | 570.00 |
| 10/15/2018 | Nicholl, Kim M. | Research ▮ | 0.90 | 612.00 |
| 10/17/2018 | Libauskas, Jacob | Answering ▮ | 0.90 | 342.00 |
| 10/18/2018 | Wohl, Stuart | Review Committee document ▮ | 1.30 | 793.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 2.40 | 912.00 |
| Nicholl, Kim M. | 680.00 | 0.90 | 612.00 |
| Wohl, Stuart | 610.00 | 1.30 | 793.00 |
| TOTAL HOURS/VALUE | | 4.60 | 2,317.00 |

EIN#    13-1975125

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**November 15, 2018**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2018:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 10/1/2018 | Libauskas, Jacob | Call with FTI to discuss ██████ | 1.00 | 380.00 |
| 10/1/2018 | Nicholl, Kim M. | Call with FTI to discuss ██████ | 1.00 | 680.00 |
| 10/1/2018 | Strom, Matthew A. | Call with FTI to discuss ██████ | 1.00 | 550.00 |
| 10/1/2018 | Libauskas, Jacob | Weekly professionals call with FTI, Bennazar and Jenner to discuss status of the case | 1.00 | 380.00 |
| 10/1/2018 | Nicholl, Kim M. | Weekly professionals call with FTI, Bennazar and Jenner to discuss status of the case | 1.00 | 680.00 |
| 10/1/2018 | Strom, Matthew A. | Weekly professionals call with FTI, Bennazar and Jenner to discuss status of the case | 1.00 | 550.00 |
| 10/1/2018 | Wohl, Stuart | Weekly professionals call with FTI, Bennazar and Jenner to discuss status of the case | 1.00 | 610.00 |
| 10/2/2018 | Libauskas, Jacob | Call with FTI to discuss ██████ | 0.80 | 304.00 |
| 10/2/2018 | Strom, Matthew A. | Call with FTI to discuss ██████ | 0.80 | 440.00 |
| 10/2/2018 | Nicholl, Kim M. | Call with FTI to discuss ██████ | 0.80 | 544.00 |
| 10/2/2018 | Nicholl, Kim M. | Call with FTI, Jenner and Bennazar to discuss ██████ | 1.10 | 748.00 |
| 10/4/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar discussing ██████ | 0.90 | 342.00 |
| 10/4/2018 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar discussing ██████ | 0.90 | 495.00 |
| 10/4/2018 | Nicholl, Kim M. | Call with FTI, Bennazar and Jenner to discuss ██████ | 0.90 | 612.00 |
| 10/8/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar discussing ██████ | 0.90 | 342.00 |
| 10/8/2018 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar discussing ██████ | 0.90 | 495.00 |
| 10/8/2018 | Nicholl, Kim M. | Call with FTI, Jenner, and Bennazar discussing ██████ | 0.90 | 612.00 |
| 10/15/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar discussing ██████ | 1.00 | 380.00 |
| 10/15/2018 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar discussing ██████ | 1.00 | 550.00 |

| 10/15/2018 | Nicholl, Kim M. | Call with FTI, Jenner, and Bennazar discussing ███ | 0.50 | 340.00 |
| | | ████████████████████████████ | | |
| 10/15/2018 | Wohl, Stuart | Call with FTI, Jenner, and Bennazar discussing ███ | 1.00 | 610.00 |
| | | ████████████████████████ | | |
| 10/22/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar discussing ██ | 1.40 | 532.00 |
| | | ████████████████████████████████ | | |
| 10/22/2018 | Nicholl, Kim M. | Call with FTI, Jenner, and Bennazar discussing ██ | 1.40 | 952.00 |
| | | ████████████████████████████ | | |
| 10/22/2018 | Wohl, Stuart | Call with FTI, Jenner, and Bennazar discussing ██ | 1.40 | 854.00 |
| 10/26/2018 | Nicholl, Kim M. | Call to discuss ████████ (FTI, Jenner, Bennazar) | 0.90 | 612.00 |
| 10/26/2018 | Libauskas, Jacob | Call to discuss ████████ (FTI, Jenner, Bennazar) | 0.90 | 342.00 |
| 10/26/2018 | Wohl, Stuart | Call to discuss ████████ (FTI, Jenner, Bennazar) | 0.90 | 549.00 |
| 10/29/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar discussing ██ | 0.70 | 266.00 |
| | | ███████████ | | |
| 10/29/2018 | Nicholl, Kim M. | Call with FTI, Jenner, and Bennazar discussing ██ | 0.70 | 476.00 |
| | | ████████████ | | |
| 10/29/2018 | Nicholl, Kim M. | Meet with Jenner, FTI to ████████████████████ | 1.50 | 1,020.00 |
| 10/29/2018 | Wohl, Stuart | Call with FTI, Jenner, and Bennazar discussing ██ | 0.70 | 427.00 |
| | | █████████ | | |
| 10/30/2018 | Nicholl, Kim M. | Meet with Bennazar, FTI, Jenner to ███████████ | 1.00 | 680.00 |
| 10/30/2018 | Nicholl, Kim M. | Debrief with FTI, Jenner and Bennazar ██████████ | 1.10 | 748.00 |
| 10/30/2018 | Nicholl, Kim M. | Meet ████████████████████████ | 2.00 | 1,360.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 8.60 | 3,268.00 |
| Nicholl, Kim M. | 680.00 | 14.80 | 10,064.00 |
| Strom, Matthew A. | 550.00 | 5.60 | 3,080.00 |
| Wohl, Stuart | 610.00 | 5.00 | 3,050.00 |
| TOTAL HOURS/VALUE | | 34.00 | 19,462.00 |

 Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**November 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2018:

Re: Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 10/5/2018 | Libauskas, Jacob | Retiree committee meeting to discuss ■ | 2.40 | 912.00 |
| 10/5/2018 | Strom, Matthew A. | Retiree committee meeting to discuss ■ | 2.40 | 1,320.00 |
| 10/5/2018 | Nicholl, Kim M. | Retiree committee meeting to discuss ■ | 2.40 | 1,632.00 |
| 10/5/2018 | Wohl, Stuart | Retiree committee meeting to discuss ■ | 2.40 | 1,464.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Libauskas, Jacob | 380.00 | 2.40 | 912.00 |
| Nicholl, Kim M. | 680.00 | 2.40 | 1,632.00 |
| Strom, Matthew A. | 550.00 | 2.40 | 1,320.00 |
| Wohl, Stuart | 610.00 | 2.40 | 1,464.00 |
| TOTAL HOURS/VALUE | | 9.60 | 5,328.00 |

EIN# 13-1975125

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**November 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2018:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 10/2/2018 | Nicholl, Kim M. | Letter to fee examiner detailing process for billing and rationale for charges that the fee examiner questioned | 1.20 | 816.00 |
| 10/3/2018 | Nicholl, Kim M. | Letter to fee examiner detailing process for billing and rationale for charges that the fee examiner questioned | 0.70 | 476.00 |
| 10/15/2018 | Bridges, Geoffrey W. | Work on detailed billing for September time which includes allocation by matter, detailed time records, etc | 1.00 | 460.00 |
| 10/15/2018 | Nicholl, Kim M. | Work on declaration for September time which is submitted with the billing | 0.60 | 408.00 |
| 10/15/2018 | Nicholl, Kim M. | Work on detailed billing for September time which includes allocation by matter, detailed time records, etc | 3.60 | 2,448.00 |
| 10/15/2018 | Nicholl, Kim M. | Work on budget for November time to be submitted with billing | 0.60 | 408.00 |
| 10/29/2018 | Bridges, Geoffrey W. | Preparing file with expenses for June - September for fee examiner. | 0.50 | 230.00 |
| 10/30/2018 | Bridges, Geoffrey W. | Updating summary of payments compared to invoices to identify discrepancies. | 0.80 | 368.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 460.00 | 2.30 | 1,058.00 |
| Nicholl, Kim M. | 680.00 | 6.70 | 4,556.00 |
| TOTAL HOURS/VALUE | | 9.00 | 5,614.00 |

EIN#   13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

November 15, 2018

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2018:

Re:   Matter 021 Non-working travel time

| Date | Staff Member | | Actual Hours | Hours Billed | Value |
|---|---|---|---|---|---|
| 10/29/2018 | Nicholl, Kim M. | Non-working travel time to Washington DC | 4.80 | 2.40 | 1,632.00 |
| 10/30/2018 | Nicholl, Kim M. | Non-working travel time from Washington DC | 4.60 | 2.30 | 1,564.00 |

Fee summary:

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 680.00 | 4.70 | 3,196.00 |
| TOTAL HOURS/VALUE | | 4.70 | 3,196.00 |

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**November 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 460.00 | 10.40 | 4,784.00 |
| Libauskas, Jacob | 380.00 | 51.90 | 19,722.00 |
| Nicholl, Kim M. | 680.00 | 53.70 | 36,516.00 |
| Strom, Matthew A. | 550.00 | 16.50 | 9,075.00 |
| Wohl, Stuart | 610.00 | 9.90 | 6,039.00 |
| TOTAL HOURS/VALUE | | 142.40 | 76,136.00 |

**Total:**                                                     **$76,136.00**

EIN#    13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

December 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2018:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 11/8/2018 | Libauskas, Jacob | Providing ▇▇▇▇▇▇▇ | 2.10 | 798.00 |
| 11/8/2018 | Libauskas, Jacob | Reviewing ▇▇▇▇▇▇ | 1.80 | 684.00 |
| 11/8/2018 | Strom, Matthew A. | Check ▇▇▇▇▇ | 0.90 | 495.00 |
| 11/13/2018 | Nicholl, Kim M. | Work on analysis of ▇▇▇▇ | 2.40 | 1,632.00 |
| 11/20/2018 | Libauskas, Jacob | Reviewing ▇▇▇▇▇▇ | 1.60 | 608.00 |
| 11/21/2018 | Libauskas, Jacob | Programming and testing ▇▇▇ | 4.10 | 1,558.00 |
| 11/21/2018 | Libauskas, Jacob | Programming and testing ▇▇▇ | 3.80 | 1,444.00 |
| 11/21/2018 | Nicholl, Kim M. | Work on analysis of ▇▇▇▇ | 2.20 | 1,496.00 |
| 11/20/2018 | Bridges, Geoffrey W. | Programming ▇▇▇▇▇ | 2.90 | 1,334.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 460.00 | 2.90 | 1,334.00 |
| Libauskas, Jacob | 380.00 | 13.40 | 5,092.00 |
| Nicholl, Kim M. | 680.00 | 4.60 | 3,128.00 |
| Strom, Matthew A. | 550.00 | 0.90 | 495.00 |
| TOTAL HOURS/VALUE | | 21.80 | 10,049.00 |

**$10,049.00**

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**December 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2018:

Re:   Matter 002 Research

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 11/15/2018 | Wohl, Stuart | Review letter regarding ▉▉▉▉▉ | 0.40 | 244.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Wohl, Stuart | 610.00 | 0.40 | 244.00 |
| TOTAL HOURS/VALUE | | 0.40 | 244.00 |

EIN#   13-1975125

# ✕ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

December 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2018:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 11/12/2018 | Nicholl, Kim M. | Professional call with FTI, Bennazar and Jenner to discuss status of case | 1.00 | 680.00 |
| 11/12/2018 | Wohl, Stuart | Professional call with FTI, Bennazar and Jenner to discuss status of case | 1.00 | 610.00 |
| 11/20/2018 | Nicholl, Kim M. | Update call with Jenner, FTI and Bennazar to discuss status of case, ▮▮▮▮▮▮ | 1.00 | 680.00 |
| 11/20/2018 | Libauskas, Jacob | Update call with Jenner, FTI and Bennazar to discuss status of case, ▮▮▮▮▮▮ | 1.00 | 380.00 |
| 11/20/2018 | Wohl, Stuart | Update call with Jenner, FTI and Bennazar to discuss status of case, ▮▮▮▮▮▮ | 1.00 | 610.00 |
| 11/27/2018 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar | 1.00 | 550.00 |
| 11/27/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar | 1.00 | 380.00 |
| 11/27/2018 | Wohl, Stuart | Call with FTI, Jenner, and Bennazar | 0.70 | 427.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Libauskas, Jacob | 380.00 | 2.00 | 760.00 |
| Nicholl, Kim M. | 680.00 | 2.00 | 1,360.00 |
| Strom, Matthew A. | 550.00 | 1.00 | 550.00 |
| Wohl, Stuart | 610.00 | 2.70 | 1,647.00 |
| TOTAL HOURS/VALUE | | 7.70 | 4,317.00 |

EIN#   13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

December 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2018:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 11/6/2018 | Libauskas, Jacob | Retiree committee meeting ▮▮▮▮ | 3.60 | 1,368.00 |
| 11/6/2018 | Nicholl, Kim M. | Retiree committee meeting ▮▮▮▮ | 3.60 | 2,448.00 |
| 11/6/2018 | Strom, Matthew A. | Retiree committee meeting ▮▮▮▮ | 3.60 | 1,980.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 3.60 | 1,368.00 |
| Nicholl, Kim M. | 680.00 | 3.60 | 2,448.00 |
| Strom, Matthew A. | 550.00 | 3.60 | 1,980.00 |
| TOTAL HOURS/VALUE | | 10.80 | 5,796.00 |

EIN#    13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**December 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2018:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 11/5/2018 | Bridges, Geoffrey W. | Working on declaration to request reimbursement for holdbacks with overly high tax withholding rates applied. | 1.10 | 506.00 |
| 11/6/2018 | Bridges, Geoffrey W. | Preparing application to recover taxes improperly withheld from payment of 10% holdbacks from July 2017 - September 2017. | 2.40 | 1,104.00 |
| 11/12/2018 | Bridges, Geoffrey W. | Reviewing October invoice and declaration. | 0.80 | 368.00 |
| 11/12/2018 | Nicholl, Kim M. | Preparation of October detailed invoice including detail by matter type, hours summary | 3.80 | 2,584.00 |
| 11/13/2018 | Nicholl, Kim M. | Work on declaration that must accompany the October invoice | 1.20 | 816.00 |
| 11/13/2018 | Nicholl, Kim M. | Work on budget for December | 1.30 | 884.00 |
| 11/13/2018 | Nicholl, Kim M. | Work on October invoice including detailed bill by matter, hours by person and matter, hours detail for fee examiner, | 5.80 | 3,944.00 |
| 11/14/2018 | Bridges, Geoffrey W. | Finalizing invoice and attachments. | 0.30 | 138.00 |
| 11/15/2018 | Bridges, Geoffrey W. | Drafting fourth interim fee application. | 2.70 | 1,242.00 |
| 11/15/2018 | Nicholl, Kim M. | Work on fourth interim fee application | 2.50 | 1,700.00 |
| 11/16/2018 | Bridges, Geoffrey W. | Preparation of fee application for June to September. | 5.40 | 2,484.00 |
| 11/16/2018 | Strom, Matthew A. | Work on fourth interim fee application | 4.20 | 2,310.00 |
| 11/17/2018 | Bridges, Geoffrey W. | Drafting memo for Hacienda with information on fee reductions applied by the fee examiner. | 0.30 | 138.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 460.00 | 13.00 | 5,980.00 |
| Nicholl, Kim M. | 680.00 | 14.60 | 9,928.00 |
| Strom, Matthew A. | 550.00 | 4.20 | 2,310.00 |
| TOTAL HOURS/VALUE | | 31.80 | 18,218.00 |

EIN#   13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**December 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 460.00 | 15.90 | 7,314.00 |
| Libauskas, Jacob | 380.00 | 19.00 | 7,220.00 |
| Nicholl, Kim M. | 680.00 | 24.80 | 16,864.00 |
| Strom, Matthew A. | 550.00 | 9.70 | 5,335.00 |
| Wohl, Stuart | 610.00 | 3.10 | 1,891.00 |
| TOTAL HOURS/VALUE | | 72.50 | 38,624.00 |

**Total:** **$38,624.00**

EIN#   13-1975125

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**January 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2018:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|------|-------|
| 12/5/2018 | Strom, Matthew A. | Work on programming | 2.10 | 1,155.00 |
| 12/5/2018 | Nicholl, Kim M. | Prepare list of follow up questions | 0.70 | 476.00 |
| 12/5/2018 | Nicholl, Kim M. | Analysis of | 0.70 | 476.00 |
| 12/6/2018 | Bridges, Geoffrey W. | Modeling | 7.30 | 3,358.00 |
| 12/7/2018 | Bridges, Geoffrey W. | Programming | 4.40 | 2,024.00 |
| 12/10/2018 | Libauskas, Jacob | Reviewing | 1.40 | 532.00 |
| 12/11/2018 | Strom, Matthew A. | Review | 1.20 | 660.00 |
| 12/12/2018 | Strom, Matthew A. | Review | 2.00 | 1,100.00 |
| 12/12/2018 | Nicholl, Kim M. | Review | 2.10 | 1,428.00 |
| 12/12/2018 | Libauskas, Jacob | Analyzing | 3.60 | 1,368.00 |
| 12/12/2018 | Libauskas, Jacob | Call with M Strom and K Nicholl | 0.50 | 190.00 |
| 12/12/2018 | Nicholl, Kim M. | Call with M Strom and J Libauskas | 0.50 | 340.00 |
| 12/12/2018 | Strom, Matthew A. | Call with K Nicholl and J Libauskas | 0.50 | 275.00 |
| 12/13/2018 | Strom, Matthew A. | Develop update | 5.10 | 2,805.00 |
| 12/13/2018 | Nicholl, Kim M. | Review | 1.50 | 1,020.00 |
| 12/13/2018 | Libauskas, Jacob | Call with M Strom and K Nicholl discuss next steps. | 0.50 | 190.00 |
| 12/13/2018 | Nicholl, Kim M. | Call with M Strom and J Libauskas discuss next steps. | 0.50 | 340.00 |
| 12/13/2018 | Strom, Matthew A. | Call with K Nicholl and J Libauskas discuss next steps. | 0.50 | 275.00 |
| 12/13/2018 | Libauskas, Jacob | Following up on request | 0.30 | 114.00 |
| 12/13/2018 | Libauskas, Jacob | Reviewing | 2.80 | 1,064.00 |
| 12/13/2018 | Libauskas, Jacob | Analyzing | 2.90 | 1,102.00 |
| 12/14/2018 | Strom, Matthew A. | Develop | 3.20 | 1,760.00 |
| 12/14/2018 | Nicholl, Kim M. | Analysis | 2.10 | 1,428.00 |
| 12/14/2018 | Libauskas, Jacob | Reviewing | 1.60 | 608.00 |
| 12/17/2018 | Strom, Matthew A. | Develop | 1.50 | 825.00 |

| 12/17/2018 | Strom, Matthew A. | Update ▊▊▊▊▊▊▊ | 1.10 | 605.00 |
|---|---|---|---|---|
| 12/17/2018 | Nicholl, Kim M. | Review ▊▊▊▊▊▊▊ | 1.20 | 816.00 |
| 12/17/2018 | Libauskas, Jacob | Revising ▊▊▊▊▊▊▊<br>drafting email to FTI | 2.30 | 874.00 |
| 12/18/2018 | Strom, Matthew A. | Update ▊▊▊▊▊ | 1.60 | 880.00 |
| 12/19/2018 | Nicholl, Kim M. | Analysis ▊▊▊▊▊ | 1.70 | 1,156.00 |
| 12/19/2018 | Libauskas, Jacob | Analysis ▊▊▊▊ | 0.90 | 342.00 |
| 12/20/2018 | Strom, Matthew A. | ▊▊▊▊▊▊▊▊▊▊ | 1.80 | 990.00 |
| 12/20/2018 | Nicholl, Kim M. | Work on analysis ▊▊▊ | 1.50 | 1,020.00 |
| 12/20/2018 | Bridges, Geoffrey W. | Modeling ▊▊▊▊ | 0.90 | 414.00 |
| 12/20/2018 | Libauskas, Jacob | Review ▊▊▊▊▊ | 2.80 | 1,064.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 460.00 | 12.60 | 5,796.00 |
| Libauskas, Jacob | 380.00 | 19.60 | 7,448.00 |
| Nicholl, Kim M. | 680.00 | 12.50 | 8,500.00 |
| Strom, Matthew A. | 550.00 | 20.60 | 11,330.00 |
| TOTAL HOURS/VALUE | | 65.30 | 33,074.00 |

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**January 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2018:

Re:  Matter 002 Research

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 12/4/2018 | Wohl, Stuart | Research ██████████ | 1.20 | 732.00 |
| 12/5/2018 | Kovach, Patricia L. | Reviewing ████████████ | 2.10 | 546.00 |
| 12/12/2018 | Kovach, Patricia L. | Researching ████████ | 0.80 | 208.00 |
| 12/20/2018 | Wohl, Stuart | Update ██████████████ | 0.20 | 122.00 |
| 12/20/2018 | Kovach, Patricia L. | Researching ██████████ | 2.40 | 624.00 |
| 12/20/2018 | Kovach, Patricia L. | Meeting with S. Wohl and M. Clark ████████ ████ | 0.20 | 52.00 |
| 12/20/2018 | Clark, Melanie C. | Meeting with S. Wohl and P. Kovach ████████ ████ | 0.20 | 80.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Kovach, Patricia L. | 260.00 | 5.50 | 1,430.00 |
| Wohl, Stuart | 610.00 | 1.40 | 854.00 |
| TOTAL HOURS/VALUE | | 7.10 | 2,364.00 |

EIN#   13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**January 15, 2019**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2018:

Re:  Matter 003 Data Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 12/17/2018 | Tabernacki, Patryk | Review notes | 2.10 | 1,155.00 |
| 12/18/2018 | Tabernacki, Patryk | Review | 3.30 | 1,815.00 |
| 12/18/2018 | Tabernacki, Patryk | Test | 3.50 | 1,925.00 |
| 12/19/2018 | Libauskas, Jacob | Discussing | 0.60 | 228.00 |
| 12/19/2018 | Tabernacki, Patryk | Discussing | 0.60 | 330.00 |
| 12/19/2018 | Tabernacki, Patryk | Final adjustments made | 6.90 | 3,795.00 |
| 12/20/2018 | Tabernacki, Patryk | Completed final | 3.50 | 1,925.00 |
| 12/26/2018 | Tabernacki, Patryk | Checking | 1.20 | 660.00 |
| 12/28/2018 | Tabernacki, Patryk | Additional adjustments | 4.60 | 2,530.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Libauskas, Jacob | 380.00 | 0.60 | 228.00 |
| Tabernacki, Patryk | 550.00 | 25.70 | 14,135.00 |
| TOTAL HOURS/VALUE | | 26.30 | 14,363.00 |

EIN#   13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**January 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2018:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 12/4/2018 | Strom, Matthew A. | Call with FTI and Jenner ████████████████ | 1.00 | 550.00 |
| 12/4/2018 | Nicholl, Kim M. | Call with FTI and Jenner ████████████████ | 1.00 | 680.00 |
| 12/4/2018 | Wohl, Stuart | Call with FTI and Jenner ████████████████ | 1.00 | 610.00 |
| 12/5/2018 | Strom, Matthew A. | Call with FTI, Jenner and Bennazar ██████████ | 0.80 | 440.00 |
| 12/5/2018 | Nicholl, Kim M. | Call with FTI, Jenner and Bennazar ███████████ | 0.80 | 544.00 |
| 12/5/2018 | Nicholl, Kim M. | Follow up call with FTI, Jenner and Bennazar ██ | 0.80 | 544.00 |
| 12/5/2018 | Strom, Matthew A. | Follow up call with FTI, Jenner and Bennazar ██ | 0.80 | 440.00 |
| 12/5/2018 | Nicholl, Kim M. | Call with EY, FOMB, Jenner, FTI and Bennazar ███ | 0.90 | 612.00 |
| 12/5/2018 | Strom, Matthew A. | Call with EY, FOMB, Jenner, FTI and Bennazar ███ | 0.90 | 495.00 |
| 12/10/2018 | Libauskas, Jacob | Call with FTI, Jenner and Bennazar to discuss status of case | 0.70 | 266.00 |
| 12/10/2018 | Strom, Matthew A. | Call with FTI, Jenner and Bennazar to discuss status of case | 0.70 | 385.00 |
| 12/10/2018 | Nicholl, Kim M. | Call with FTI, Jenner and Bennazar to discuss status of case | 0.70 | 476.00 |
| 12/10/2018 | Wohl, Stuart | Call with FTI, Jenner and Bennazar to discuss status of case | 0.70 | 427.00 |
| 12/12/2018 | Strom, Matthew A. | Call with professionals, ████████████ | 0.90 | 495.00 |
| 12/12/2018 | Nicholl, Kim M. | Call with professionals, ████████████ | 0.90 | 612.00 |
| 12/12/2018 | Libauskas, Jacob | Call with professionals, ████████████ | 0.90 | 342.00 |
| 12/12/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar ████████ | 0.50 | 190.00 |
| 12/12/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar ████████ | 0.50 | 190.00 |
| 12/12/2018 | Nicholl, Kim M. | Call with FTI, Jenner, and Bennazar ██████████ | 0.40 | 272.00 |
| 12/13/2018 | Strom, Matthew A. | Call ████████████████████ | 0.80 | 440.00 |
| 12/13/2018 | Libauskas, Jacob | Call ████████████████ | 0.80 | 304.00 |
| 12/13/2018 | Nicholl, Kim M. | Call ████████████ | 0.80 | 544.00 |
| 12/13/2018 | Nicholl, Kim M. | Discussion with Matt and Jake ████████████ | 0.40 | 272.00 |
| 12/13/2018 | Strom, Matthew A. | Discussion with Kim and Jake ██████████ | 0.40 | 220.00 |

| 12/13/2018 | Libauskas, Jacob | Discussion with Matt and Kim ████████ | 0.40 | 152.00 |
| 12/19/2018 | Strom, Matthew A. | Professional call with FTI, Jenner and Bennazar ████ | 1.20 | 660.00 |
| 12/19/2018 | Nicholl, Kim M. | Professional call with FTI, Jenner and Bennazar ████ | 1.20 | 816.00 |
| 12/19/2018 | Libauskas, Jacob | Professional call with FTI, Jenner and Bennazar ███ | 1.20 | 456.00 |
| 12/19/2018 | Wohl, Stuart | Professional call with FTI, Jenner and Bennazar ████ | 1.20 | 732.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 5.00 | 1,900.00 |
| Nicholl, Kim M. | 680.00 | 7.90 | 5,372.00 |
| Strom, Matthew A. | 550.00 | 7.50 | 4,125.00 |
| Wohl, Stuart | 610.00 | 2.90 | 1,769.00 |
| TOTAL HOURS/VALUE | | 23.30 | 13,166.00 |

EIN#    13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**January 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2018:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 12/12/2018 | Libauskas, Jacob | Conference call with retiree committee and other professionals | 1.90 | 722.00 |
| 12/12/2018 | Strom, Matthew A. | Conference call with retiree committee and other professionals | 1.90 | 1,045.00 |
| 12/12/2018 | Nicholl, Kim M. | Conference call with retiree committee and other professionals | 1.90 | 1,292.00 |
| 12/12/2018 | Wohl, Stuart | Conference call with retiree committee and other professionals | 1.90 | 1,159.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 1.90 | 722.00 |
| Nicholl, Kim M. | 680.00 | 1.90 | 1,292.00 |
| Strom, Matthew A. | 550.00 | 1.90 | 1,045.00 |
| Wohl, Stuart | 610.00 | 1.90 | 1,159.00 |
| TOTAL HOURS/VALUE | | 7.60 | 4,218.00 |

EIN#   13-1975125

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

January 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2018:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 12/12/2018 | Nicholl, Kim M. | Work on declaration to be included with the invoice for November | 0.90 | 612.00 |
| 12/12/2018 | Nicholl, Kim M. | Work on November invoice which includes detail not required for other clients including breakouts by type of | 5.20 | 3,536.00 |
| 12/12/2018 | Nicholl, Kim M. | Work on budget for January 2019 | 1.10 | 748.00 |
| 12/17/2018 | Bridges, Geoffrey W. | Reviewing January budget and November declaration | 0.80 | 368.00 |
| 12/19/2018 | Bridges, Geoffrey W. | First draft of document ▮▮▮▮▮▮▮▮▮ | 1.10 | 506.00 |
| 12/20/2018 | Nicholl, Kim M. | Finalization of document ▮▮▮▮▮▮▮ | 1.40 | 952.00 |
| 12/20/2018 | Bridges, Geoffrey W. | Preparation of hours detail ▮▮▮▮▮▮ | 0.40 | 184.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 460.00 | 2.30 | 1,058.00 |
| Nicholl, Kim M. | 680.00 | 8.60 | 5,848.00 |
| TOTAL HOURS/VALUE | | 10.90 | 6,906.00 |

EIN#   13-1975125

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**January 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 460.00 | 14.90 | 6,854.00 |
| Clark, Melanie C. | 400.00 | 0.20 | 80.00 |
| Kovach, Patricia L. | 260.00 | 5.50 | 1,430.00 |
| Libauskas, Jacob | 380.00 | 27.10 | 10,298.00 |
| Nicholl, Kim M. | 680.00 | 30.90 | 21,012.00 |
| Strom, Matthew A. | 550.00 | 30.00 | 16,500.00 |
| Tabernacki, Patryk | 550.00 | 25.70 | 14,135.00 |
| Wohl, Stuart | 610.00 | 6.20 | 3,782.00 |
| TOTAL HOURS/VALUE | | 140.50 | 74,091.00 |

**Total:**                                                                    **$74,091.00**

EIN#    13-1975125

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax:  (312) 896-9384

February 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2019:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 1/3/2019 | Bridges, Geoffrey W. | Discussing analysis ▮▮▮▮ with Jon Scarpa. | 0.50 | 235.00 |
| 1/3/2019 | Scarpa, Jonathan P. | Discussing analysis ▮▮▮▮ with Geoff Bridges. | 0.50 | 205.00 |
| 1/3/2019 | Libauskas, Jacob | Reviewing ▮▮▮▮ | 2.80 | 1,204.00 |
| 1/6/2019 | Bridges, Geoffrey W. | Preparation of comments regarding ▮▮▮▮ | 0.20 | 94.00 |
| 1/7/2019 | Bridges, Geoffrey W. | Providing ▮▮▮ database to Jon Scarpa ▮▮ | 0.40 | 188.00 |
| 1/7/2019 | Strom, Matthew A. | Review ▮▮▮▮ | 1.20 | 672.00 |
| 1/7/2019 | Bohlman, Katherine R. | Programming ▮▮▮▮ | 3.10 | 1,054.00 |
| 1/7/2019 | Nicholl, Kim M. | Analysis ▮▮▮▮ | 3.40 | 2,414.00 |
| 1/7/2019 | Libauskas, Jacob | Modifying ▮▮▮▮ | 2.30 | 989.00 |
| 1/7/2019 | Libauskas, Jacob | Reviewing ▮▮▮▮ | 1.50 | 645.00 |
| 1/8/2019 | Nicholl, Kim M. | Analysis ▮▮▮▮ | 1.60 | 1,136.00 |
| 1/8/2019 | Scarpa, Jonathan P. | Coding on ▮▮▮▮ | 7.60 | 3,116.00 |
| 1/8/2019 | Libauskas, Jacob | Reviewing Jon Scarpa's programming ▮▮▮ | 2.10 | 903.00 |
| 1/9/2019 | Strom, Matthew A. | Update ▮▮▮▮ | 4.30 | 2,408.00 |
| 1/9/2019 | Strom, Matthew A. | Provide comments on presentation ▮▮▮▮ | 2.70 | 1,512.00 |
| 1/9/2019 | Nicholl, Kim M. | Review of presentation ▮▮▮▮ | 2.90 | 2,059.00 |
| 1/9/2019 | Libauskas, Jacob | Reviewing presentation ▮▮▮▮ | 3.30 | 1,419.00 |
| 1/9/2019 | Nicholl, Kim M. | Actuarial analysis ▮▮▮▮ | 1.50 | 1,065.00 |
| 1/10/2019 | Nicholl, Kim M. | Review revised presentation ▮▮▮▮ | 1.60 | 1,136.00 |
| 1/11/2019 | Strom, Matthew A. | Update ▮▮▮▮ | 2.20 | 1,232.00 |
| 1/11/2019 | Libauskas, Jacob | Preparing information for retiree committee call. | 0.80 | 344.00 |
| 1/11/2019 | Libauskas, Jacob | Programming ▮▮▮▮ | 5.20 | 2,236.00 |
| 1/11/2019 | Scarpa, Jonathan P. | Coding ▮▮▮▮ | 7.90 | 3,239.00 |
| 1/14/2019 | Bohlman, Katherine R. | Programming ▮▮▮▮ | 4.80 | 1,632.00 |
| 1/14/2019 | Libauskas, Jacob | Programming ▮▮▮▮ | 3.80 | 1,634.00 |
| 1/14/2019 | Libauskas, Jacob | Preparing information for retiree committee ▮▮ | 2.20 | 946.00 |
| 1/14/2019 | Libauskas, Jacob | Programming ▮▮▮▮ | 2.70 | 1,161.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/14/2019 | Scarpa, Jonathan P. | Updated and fixed coding ███████ | 8.60 | 3,526.00 |
| 1/15/2019 | Bohlman, Katherine R. | Programming ████ | 6.40 | 2,176.00 |
| 1/15/2019 | Libauskas, Jacob | Comparing ██████ | 1.70 | 731.00 |
| 1/15/2019 | Libauskas, Jacob | Revising ███████ | 2.60 | 1,118.00 |
| 1/15/2019 | Libauskas, Jacob | Calculating ███████ | 2.20 | 946.00 |
| 1/15/2019 | Libauskas, Jacob | Drafting questions ████ | 1.20 | 516.00 |
| 1/15/2019 | Libauskas, Jacob | Calculating ██████ | 2.90 | 1,247.00 |
| 1/15/2019 | Nicholl, Kim M. | Analysis ███████ | 1.60 | 1,136.00 |
| 1/16/2019 | Strom, Matthew A. | Review ██████ | 2.90 | 1,824.00 |
| 1/16/2019 | Bohlman, Katherine R. | Programming ████ | 7.20 | 2,448.00 |
| 1/16/2019 | Libauskas, Jacob | Replicate ████ | 3.30 | 1,419.00 |
| 1/16/2019 | Libauskas, Jacob | Calculating ██ | 2.50 | 1,075.00 |
| 1/16/2019 | Nicholl, Kim M. | Review analysis ██ | 1.30 | 923.00 |
| 1/17/2019 | Strom, Matthew A. | Review ██████ | 1.10 | 616.00 |
| 1/17/2019 | Bohlman, Katherine R. | Programming ██████ | 6.80 | 2,312.00 |
| 1/17/2019 | Nicholl, Kim M. | Actuarial analysis ██████ | 1.70 | 1,207.00 |
| 1/17/2019 | Libauskas, Jacob | Modifying █████ | 1.80 | 774.00 |
| 1/17/2019 | Libauskas, Jacob | Comparing ████ | 1.60 | 688.00 |
| 1/17/2019 | Libauskas, Jacob | Programming █████ | 3.50 | 1,505.00 |
| 1/18/2019 | Strom, Matthew A. | Review ███████ | 3.90 | 2,184.00 |
| 1/18/2019 | Libauskas, Jacob | Revising the analysis ████ | 2.50 | 1,075.00 |
| 1/18/2019 | Libauskas, Jacob | Reviewing █████ | 2.20 | 946.00 |
| 1/18/2019 | Libauskas, Jacob | Revised programming ████ | 1.80 | 774.00 |
| 1/20/2019 | Libauskas, Jacob | Providing FTI a summary ██ | 1.10 | 473.00 |
| 1/22/2019 | Bohlman, Katherine R. | Programming ██████ | 5.60 | 1,904.00 |
| 1/22/2019 | Libauskas, Jacob | Preparing a comparison ████ | 2.90 | 1,247.00 |
| 1/22/2019 | Libauskas, Jacob | ████████ | 2.30 | 989.00 |
| 1/22/2019 | Libauskas, Jacob | ████████ | 1.80 | 774.00 |
| 1/23/2019 | Bohlman, Katherine R. | Programming █████ | 2.40 | 816.00 |
| 1/23/2019 | Libauskas, Jacob | Preparing for the retiree committee call. | 0.70 | 301.00 |
| 1/23/2019 | Libauskas, Jacob | Reviewing ████ | 2.80 | 1,204.00 |
| 1/23/2019 | Libauskas, Jacob | Calculating ██████ | 1.60 | 688.00 |
| 1/23/2019 | Libauskas, Jacob | Updating █████ | 1.90 | 817.00 |
| 1/23/2019 | Nicholl, Kim M. | Comparison of ████ | 1.20 | 852.00 |
| 1/24/2019 | Strom, Matthew A. | Review ████ | 1.30 | 728.00 |
| 1/24/2019 | Bohlman, Katherine R. | Programming ██████ | 6.30 | 2,142.00 |
| 1/24/2019 | Libauskas, Jacob | Reviewing ████ | 1.90 | 817.00 |
| 1/24/2019 | Nicholl, Kim M. | Review ████ | 1.60 | 1,136.00 |
| 1/24/2019 | Nicholl, Kim M. | Analysis ██████ | 1.10 | 781.00 |

| 1/25/2019 | Strom, Matthew A. | Review ████████████████ | 1.40 | 784.00 |
| 1/25/2019 | Bohlman, Katherine R. | Review programming███████ | 5.80 | 1,972.00 |
| 1/25/2019 | Libauskas, Jacob | Reviewing███████████████ | 2.30 | 989.00 |
| 1/28/2019 | Bohlman, Katherine R. | Review programming███████ | 3.50 | 1,190.00 |
| 1/28/2019 | Bohlman, Katherine R. | Update exhibits███████████ | 2.10 | 714.00 |
| 1/30/2019 | Libauskas, Jacob | Reviewing K Bohlman's coding █ | 1.60 | 688.00 |
| 1/31/2019 | Libauskas, Jacob | Creating summary comparison███ | 3.50 | 1,505.00 |
| 1/31/2019 | Libauskas, Jacob | Modifying██████ programming███ | 4.20 | 1,806.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bohlman, Katherine R. | 340.00 | 54.00 | 18,360.00 |
| Bridges, Geoffrey W. | 470.00 | 1.10 | 517.00 |
| Libauskas, Jacob | 430.00 | 85.10 | 36,593.00 |
| Nicholl, Kim M. | 710.00 | 19.50 | 13,845.00 |
| Scarpa, Jonathan P. | 410.00 | 24.60 | 10,086.00 |
| Strom, Matthew A. | 560.00 | 21.00 | 11,760.00 |
| TOTAL HOURS/VALUE | | 205.30 | 91,161.00 |

# ✕ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

February 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2019:

Re:  Matter 002 Research

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 1/3/2019 | Wohl, Stuart | Discuss ▓▓▓▓▓▓▓ with team (Clark, Wohl, Kovach) and best ways to find details | 0.20 | 126.00 |
| 1/3/2019 | Kovach, Patricia L. | Discuss ▓▓▓▓▓▓▓ with team (Clark, Wohl, Kovach) and best ways to find details | 0.20 | 54.00 |
| 1/3/2019 | Clark, Melanie C. | Discuss ▓▓▓▓▓▓▓ with team (Clark, Wohl, Kovach) and best ways to find details | 0.20 | 83.00 |
| 1/3/2019 | Wohl, Stuart | Review ▓▓▓▓ | 0.40 | 252.00 |
| 1/9/2019 | Kovach, Patricia L. | Researching ▓▓▓▓▓ | 1.70 | 459.00 |
| 1/10/2019 | Kovach, Patricia L. | Researching ▓▓▓▓▓ | 1.60 | 432.00 |
| 1/14/2019 | Wohl, Stuart | Discussions (Clark, Kovach, Wohl) ▓▓▓▓▓ | 0.20 | 126.00 |
| 1/14/2019 | Kovach, Patricia L. | Discussions (Clark, Kovach, Wohl) ▓▓▓▓▓ | 0.20 | 54.00 |
| 1/14/2019 | Clark, Melanie C. | Discussions (Clark, Kovach, Wohl) ▓▓▓▓▓ | 0.20 | 83.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Clark, Melanie C. | 415.00 | 0.40 | 166.00 |
| Kovach, Patricia L. | 270.00 | 3.70 | 999.00 |
| Wohl, Stuart | 630.00 | 0.80 | 504.00 |
| TOTAL HOURS/VALUE | | 4.90 | 1,669.00 |

EIN# 13-1975125

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

February 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2019:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 1/7/2019 | Strom, Matthew A. | Call with professionals | 1.50 | 840.00 |
| 1/7/2019 | Libauskas, Jacob | Call with professionals | 1.50 | 645.00 |
| 1/7/2019 | Nicholl, Kim M. | Call with professionals | 1.50 | 1,065.00 |
| 1/7/2019 | Wohl, Stuart | Call with professionals | 1.50 | 945.00 |
| 1/8/2019 | Libauskas, Jacob | Call | 1.60 | 688.00 |
| 1/8/2019 | Nicholl, Kim M. | Call | 1.60 | 1,136.00 |
| 1/8/2019 | Strom, Matthew A. | Call | 1.60 | 896.00 |
| 1/10/2019 | Strom, Matthew A. | Call with FTI to discuss presentation | 1.30 | 728.00 |
| 1/10/2019 | Libauskas, Jacob | Call with FTI, Jenner and Bennazar to discuss presentation | 1.30 | 559.00 |
| 1/10/2019 | Nicholl, Kim M. | Professional call with FTI, Jenner and Bennazar to discuss presentation | 1.30 | 923.00 |
| 1/14/2019 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar | 1.30 | 726.00 |
| 1/14/2019 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar | 1.30 | 559.00 |
| 1/14/2019 | Nicholl, Kim M. | Call with FTI, Jenner, and Bennazar | 1.30 | 923.00 |
| 1/15/2019 | Libauskas, Jacob | Call with FTI | 1.00 | 430.00 |
| 1/15/2019 | Nicholl, Kim M | Call with FTI and Segal | 1.00 | 710.00 |
| 1/15/2019 | Strom, Matthew A. | Call with FTI and Segal | 1.00 | 560.00 |
| 1/17/2019 | Nicholl, Kim M. | Call with Bob Gordon from Jenner | 0.30 | 213.00 |
| 1/18/2019 | Strom, Matthew A. | Call with EY and FTI | 1.00 | 560.00 |
| 1/18/2019 | Libauskas, Jacob | Call with EY and FTI | 1.00 | 430.00 |
| 1/18/2019 | Nicholl, Kim M. | Call with EY and FTI | 1.00 | 710.00 |
| 1/24/2019 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar | 0.80 | 448.00 |
| 1/24/2019 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar | 0.80 | 344.00 |
| 1/24/2019 | Nicholl, Kim M. | Call with FTI, Jenner, and Bennazar | 0.80 | 568.00 |

| 1/28/2019 | Libauskas, Jacob | Call with FTI and EY ███████████ | 1.00 | 430.00 |
| 1/28/2019 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar ███████████ | 1.50 | 645.00 |
| 1/28/2019 | Strom, Matthew A. | Call with FTI and EY ███████████ | 1.00 | 560.00 |
| 1/28/2019 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar ███████████ | 1.50 | 840.00 |
| 1/28/2019 | Nicholl, Kim M. | Call with FTI and EY ███████████ | 1.00 | 710.00 |
| 1/28/2019 | Nicholl, Kim M. | Call with FTI, Jenner, and Bennazar ███████████ | 1.50 | 1,085.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 430.00 | 11.00 | 4,730.00 |
| Nicholl, Kim M. | 710.00 | 11.30 | 8,023.00 |
| Strom, Matthew A. | 560.00 | 11.00 | 6,160.00 |
| Wohl, Stuart | 630.00 | 1.50 | 945.00 |
| TOTAL HOURS/VALUE | | 34.80 | 19,858.00 |

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**February 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2019:

Re:  Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 1/11/2019 | Strom, Matthew A. | Retiree Committee meeting via conference call | 2.30 | 1,288.00 |
| 1/11/2019 | Libauskas, Jacob | Retiree Committee meeting via conference call | 2.30 | 989.00 |
| 1/11/2019 | Nicholl, Kim M. | Retiree Committee meeting via conference call | 2.30 | 1,633.00 |
| 1/23/2019 | Strom, Matthew A. | Retiree committee meeting/call | 3.60 | 2,016.00 |
| 1/23/2019 | Nicholl, Kim M. | Retiree committee meeting/call | 3.60 | 2,556.00 |
| 1/23/2019 | Libauskas, Jacob | Retiree committee meeting/call | 3.60 | 1,548.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 430.00 | 5.90 | 2,537.00 |
| Nicholl, Kim M. | 710.00 | 5.90 | 4,189.00 |
| Strom, Matthew A. | 560.00 | 5.90 | 3,304.00 |
| TOTAL HOURS/VALUE | | 17.70 | 10,030.00 |

EIN#   13-1975125

# ✱ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

February 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2019:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 1/10/2019 | Nicholl, Kim M. | Preparation of December invoice which includes breakdown by matter, hours detail, and work beyond our typical billing process | 5.10 | 3,621.00 |
| 1/14/2019 | Bridges, Geoffrey W. | Preparation of hours detail for fee examiner | 0.40 | 188.00 |
| 1/14/2019 | Nicholl, Kim M. | Preparation of February budget to be included with the December invoice. | 1.00 | 710.00 |
| 1/14/2019 | Nicholl, Kim M. | Preparation of declaration to be included with the December invoice | 0.90 | 639.00 |
| 1/28/2019 | Nicholl, Kim M. | Review of fee examiner letter concerning 4th interim application | 1.90 | 1,349.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470.00 | 0.40 | 188.00 |
| Nicholl, Kim M. | 710.00 | 8.90 | 6,319.00 |
| TOTAL HOURS/VALUE | | 9.30 | 6,507.00 |

EIN#   13-1975125

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

February 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bohlman, Katherine R. | 340.00 | 54.00 | 18,360.00 |
| Bridges, Geoffrey W. | 470.00 | 1.50 | 705.00 |
| Clark, Melanie C. | 415.00 | 0.40 | 166.00 |
| Kovach, Patricia L. | 270.00 | 3.70 | 999.00 |
| Libauskas, Jacob | 430.00 | 102.00 | 43,860.00 |
| Nicholl, Kim M. | 710.00 | 45.60 | 32,376.00 |
| Scarpa, Jonathan P. | 410.00 | 24.60 | 10,086.00 |
| Strom, Matthew A. | 560.00 | 37.90 | 21,224.00 |
| Wohl, Stuart | 630.00 | 2.30 | 1,449.00 |
| TOTAL HOURS/VALUE | | 272.00 | 129,225.00 |

**Total:**                                                    **$129,225.00**

EIN#   13-1975125