# **EXHIBIT I**

**Detailed Expense Records for Segal Consulting**



**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

**TRAVEL EXPENSES**

| | |
|---|---:|
| 10/29/2018 Kim Nicholl airfare | $379.40 |
| 10/29/2018 Kim Nicholl additional airfare fees | $36.87 |
| 10/29/2018 Kim Nicholl additional airfare fees | $42.40 |
| 10/30/2018 Kim Nicholl additional airfare fees | $75.00 |
| **TOTAL FOR: FLIGHTS** | **$533.67** |
| 10/29/2018 K Nicholl Breakfast | $16.28 |
| 10/29/2018 K Nicholl food at airport | $7.73 |
| 10/29/2018 K Nicholl food at airport | $16.20 |
| **TOTAL FOR: MEALS** | **$40.21** |
| 10/29/2018 Kim Nicholl Taxi to airport | $62.00 |
| 10/30/2018 Kim Nicholl airport to hotel | $38.00 |
| 10/30/2018 Kim Nicholl Taxi to home | $58.00 |
| **TOTAL FOR: TAXI** | **$158.00** |
| 10/29/2018 Kim Nicholl hotel | $505.80 |
| **TOTAL FOR: HOTEL** | **$505.80** |
| Total Disbursements | **$1,237.68** |