# EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 107.80 | $31,947.50 |
| CHALLENGES TO PROMESA | 17.20 | $5,990.00 |
| COFINA | 127.80 | $42,127.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 159.10 | $46,162.50 |
| COMMUNICATIONS WITH RETIREES | 90.20 | $26,662.50 |
| CONTESTED MATTERS | 39.60 | $8,640.00 |
| COURT HEARINGS | 41.50 | $14,975.00 |
| DISCOVERY MATTERS | 3.00 | $937.50 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 44.40 | $13,525.00 |
| ERS BONDS ISSUES | 68.90 | $19,300.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 80.70 | $27,965.00 |
| HEALTHCARE/OPEB ANALYSIS | 0.40 | $150.00 |
| MEDIATION | 55.50 | $15,252.50 |
| NON-WORKING TRAVEL TIME (50% hourly rate) | 18.00 | $3,062.50 |
| PENSION ANALYSIS | 74.50 | $22,387.50 |
| PREPA | 7.40 | $2,687.50 |
| | | |
| **TOTAL** | **936.00** | **$281,772.50** |