## **EXHIBIT D**

SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $897.65 |
| Document Delivery Services | $ 52.00 |
| Travel Expenses | $590.42 |
| **TOTAL** | **$1,540.07** |