## **EXHIBIT F**

## **DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.**

**EXPENSES BGM**

| | | |
|---|---|---:|
| 10/04/18 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) | 55.20 |
| 10/23/18 | DOCUMENT DELIVERY SERVICES | 40.00 |
| 10/30/18 | DOCUMENT REPRODUCTION | 1.80 |
| | SUBTOTAL: | [    97.00 ] |

**EXPENSES H. MAYOL**

| | | |
|---|---|---:|
| 10/29/18 | TRAVEL EXPENSES: GROUND TRANSPORT (AIRPORT TO HOTEL) | 26.51 |
| | TRAVEL EXPENSES: HOTEL ACCOMMODATION | 500.00 |
| | TRAVEL EXPENSES: FLIGHT TO WASHINGTON (PAID BY JENNER & BLOCK) | NO CHARGE |
| 10/30/18 | TRAVEL EXPENSES: GROUND TRANSPORT (HOTEL TO AIRPORT) | 20.16 |
| | TRAVEL EXPENSES: PARKING TICKET CAROLINA AIRPORT | 43.75 |
| | SUBTOTAL: | [   590.42 ] |
| | TOTAL ADDITIONAL CHARGES | $687.42 |






[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted] [ [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted]

<u>EXPENSES BGM</u>

| | | |
|---|---|---|
| 11/05/18 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): PRESENTATION FOR MEETING | 391.37 |
| 11/07/18 | DOCUMENT REPRODUCTION: MINUTES, AGENDA, INVOICES JUNE-SEPTEMBER 2018 | 91.60 |
| 11/14/18 | DOCUMENT DELIVERY SERVICES | 12.00 |
| 11/27/18 | DOCUMENT REPRODUCTION: SECOND AMENDED TITLE III PLAN | 4.60 |

SUBTOTAL: [ 499.57 ]

[redacted] $499.57

[redacted] [redacted]

| | | Amount |
|---|---|---:|
| | **EXPENSES BGM** | |
| 12/03/18 | DOCUMENT REPRODUCTION: SECOND AMENDED TITLE III PLAN OF ADJUSTMENT (DOCKET #4392) | 9.20 |
| 12/04/18 | DOCUMENT REPRODUCTION: JENNER & BLOCK-NOVEMBER FEES | 5.50 |
| 12/10/18 | DOCUMENT REPRODUCTION: REORGANIZE RESEARCH ARTICLES | 2.80 |
| 12/11/18 | DOCUMENT REPRODUCTION: AGENDA, MINUTES, ACTS FOR MEETING OF THE OFFICIAL COMMITTEE | 15.00 |
| | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): PRESENTATION TO THE OFFICIAL COMMITTEE INVOICE 52598 | 81.95 |
| 12/12/18 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): PRESENTATION TO THE OFFICIAL COMMITTEE INVOICE 52602 | 19.74 |
| 12/13/18 | DOCUMENT REPRODUCTION: DOCKET #4465: NOTICE OF FILING OF REVISED AGREED PROPOSED ORDER.... | 1.10 |
| 12/26/18 | DOCUMENT REPRODUCTION: PROFESSIONAL'S NOVEMBER FEE STATEMENTS | 4.20 |
| | SUBTOTAL: | [ 139.49 ] |
| | | **$139.49** |

|  |  | Amount |
|---|---|---:|
|  | **EXPENSES BGM** |  |
| 01/11/19 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): PRESENTATION FOR MEETING | 81.95 |
|  | DOCUMENT REPRODUCTION: MINUTES AND AGENDA | 13.50 |
| 01/16/19 | DOCUMENT REPRODUCTION: MEDIATION STATEMENTS | 15.30 |
|  | DOCUMENT REPRODUCTION: AGENDA AND JENNER & BLOCK MEMO RE: MEETING OF JANUARY 23, 2019 | 4.50 |
| 01/22/19 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): PRESENTATION TO THE COMMITTEE | 98.34 |
|  | SUBTOTAL: | [  213.59 ] |