**EXHIBIT B**
**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD**

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas Ayala | Partner | Labor and Litigation | 1997 | $109,404.00 | 405.20 | $270.00 | 0 |
| Juan J. Casillas Ayala | Partner | Labor and Litigation | 1997 | $702.00 | 5.20 | $135.00 | 0 |
| Luis L. Torres Marrero | Partner | Corporate and Taxes | 1997 | $11,556.00 | 42.80 | $270.00 | 0 |
| Miguel A. Santiago Rivera | Partner | Corporate and Taxes | 1998 | $8,694.00 | 32.20 | $270.00 | 0 |
| | | **Total Partner:** | | **$130,356.00** | **485.40** | | |
| Amarily Maldonado | Junior Partner | Corporate and Taxes | 2008 | $7,584.00 | 31.60 | $240.00 | 0 |
| Israel Fernández | Junior Partner | Labor and Litigation | 2006 | $2,424.00 | 10.10 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$10,008.00** | **$41.70** | | |
| Ericka Montull Novoa | Senior Associate | Labor and Litigation | 2011 | $6,800.00 | 34.00 | $200.00 | 0 |
| | | **Total Senior Associate:** | | **$6,800.00** | **34.00** | | |
| Alberto J. E. Añeses | Associate | Corporate and Taxes | 2014 | $62,373.00 | 366.90 | $170.00 | 0 |
| Alberto J. E. Añeses | Associate | Corporate and Taxes | 2014 | $382.50 | 4.50 | $85.00 | 0 |
| Cristina Fernández | Associate | Labor and Litigation | 2015 | $16,490.00 | 97.00 | $170.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $9,129.00 | 53.70 | $170.00 | 0 |
| | | **Total Associate:** | | **$88,374.50** | **522.10** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $1,738.50 | 18.30 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$1,738.50** | **18.30** | | |
| | **Total:** | | | **$237,277.00** | **1,101.50** | | |
| | **Blended Rate:** | | | | | **$215.41** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$217.45** | |

1