**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Total | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Total |
| B110 Case Administration | 10.00 | 10.00 | 7.50 | 7.50 | 35.00 | 1.60 | 1.80 | 0.10 | 3.40 | 6.90 |
| B112 General Creditor Inquiries | 5.00 | 5.00 | 2.00 | 2.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 50.00 | 50.00 | 50.00 | 50.00 | 200.00 | 47.00 | 52.80 | 59.60 | 113.30 | 272.70 |
| B120 Asset Analysis and Recovery | 2.50 | 2.50 | 2.00 | 2.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 2.50 | 2.50 | 2.00 | 2.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 2.50 | 2.50 | 2.00 | 2.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 30.00 | 30.00 | 15.00 | 15.00 | 90.00 | 15.60 | 5.90 | 4.20 | 13.90 | 39.60 |
| B155 Court Hearings | 20.00 | 20.00 | 15.00 | 15.00 | 70.00 | 0.70 | 14.90 | 2.70 | 22.40 | 40.70 |
| B160 Employment / Fee Applications | 5.00 | 5.00 | 5.00 | 5.00 | 20.00 | 0.00 | 21.60 | 0.00 | 4.50 | 26.10 |
| B161 Budgeting (Case) | 2.50 | 2.50 | 2.00 | 2.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B165 Fee and Employment Applications of Other Professionals | 2.50 | 2.50 | 2.00 | 2.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action Analysis | 2.50 | 2.50 | 2.00 | 2.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B185 Assumption / Rejection of Leases and Contracts | 2.50 | 2.50 | 2.00 | 2.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B190 Other Contested Matters | 40.00 | 40.00 | 200.00 | 200.00 | 480.00 | 114.10 | 32.50 | 193.80 | 179.30 | 519.70 |
| B191 General Litigation | 250.00 | 250.00 | 100.00 | 100.00 | 700.00 | 22.80 | 11.40 | 94.20 | 57.10 | 185.50 |
| B195 Non-Working Travel | 15.00 | 15.00 | 10.00 | 10.00 | 50.00 | 5.00 | 2.00 | 0.60 | 2.10 | 9.70 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 5.00 | 5.00 | 2.00 | 2.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 10.00 | 10.00 | 2.00 | 2.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 2.50 | 2.50 | 2.00 | 2.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 7.50 | 7.50 | 5.00 | 5.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 40.00 | 40.00 | 5.00 | 5.00 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 40.00 | 40.00 | 2.00 | 2.00 | 84.00 | 0.00 | 0.00 | 0.20 | 0.20 | 0.40 |
| B312 Objections to Claims | 15.00 | 15.00 | 2.00 | 2.00 | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 5.00 | 5.00 | 2.00 | 2.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.20 |
| B420 Restructurings | 40.00 | 40.00 | 2.00 | 2.00 | 84.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL HOURS | 607.50 | 607.50 | 442.50 | 442.50 | 2,100.00 | 206.80 | 142.90 | 355.40 | 396.40 | 1,101.50 |
| TOTAL FEES | $131,220.00 | $130,220.00 | $95,580.00 | $95,580.00 | $452,600.00 | $43,871.50 | $31,164.00 | $73,432.50 | $88,809.00 | $237,277.00 |

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

**General (Matter ID: 396-00002)**

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 3.40 | $643.00 |
| B113 - Pleadings Reviews | 108.00 | $25,435.00 |
| B150 - Meetings of and Communications with Creditors | 33.00 | $8,140.00 |
| B155 - Court Hearings | 14.40 | $2,838.00 |
| B160 - Fee/Employment Applications | 4.50 | $765.00 |
| B190 - Other Contested Matters | 175.30 | $36,903.50 |
| B191 - General Litigation | 46.00 | $11,243.50 |
| B195 - Non-Working Travel | 7.00 | $720.00 |
| **Total** | **391.60** | **$86,688.00** |

**COFINA Dispute Analysis (Matter ID: 396-00003)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 106.40 | $22,998.00 |
| B150 - Meetings of and Communications with Creditors | 0.40 | $108.00 |
| B155 - Court Hearings | 15.40 | $3,953.00 |
| B190 - Other Contested Matters | 30.70 | $5,699.00 |
| B191 - General Litigation | 26.30 | $7,101.00 |
| B195 - Non-Working Travel | 1.10 | $148.50 |
| **Total** | **180.30** | **$40,007.50** |

**Communications w/ Creditors/ Website (other than Committee Members) (Matter ID: 396-00004)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B150 - Meetings of and Communications with Creditors | 3.40 | $578.00 |
| B190 - Other Contested Matters | 37.90 | $6,973.00 |
| B191 - General Litigation | 13.30 | $2,261.00 |
| **Total** | **54.60** | **$9,812.00** |

**Plan Fiscal Analysis (Matter ID: 396-00005)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B190 - Other Contested Matters | 13.30 | $2,901.00 |
| **Total** | **13.30** | **$2,901.00** |

1

### PREPA (Matter ID: 396-00006)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 4.50 | $1,015.00 |
| B150 - Meetings of and Communications with Creditors | 0.20 | $54.00 |
| B190 - Other Contested Matters | 7.30 | $1,431.00 |
| B320 - Plan and Disclosure Statement | 0.20 | $34.00 |
| **Total** | **12.20** | **$2,534.00** |

### HTA (Matter ID: 396-00007)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 4.70 | $1,269.00 |
| B155 - Court Hearings | 6.30 | $1,701.00 |
| B195 - Non-Working Travel | 0.40 | $54.00 |
| **Total** | **11.40** | **$3,024.00** |

### ERS (Matter ID: 396-00008)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 7.70 | $1,829.00 |
| B190 - Other Contested Matters | 2.80 | $636.00 |
| B191 - General Litigation | 3.80 | $876.00 |
| **Total** | **14.30** | **$3,341.00** |

### Other Adversary Proceedings (Matter ID: 396-00009)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 6.20 | $1,674.00 |
| B190 - Other Contested Matters | 34.00 | $6,515.00 |
| B191 - General Litigation | 5.30 | $713.50 |
| **Total** | **45.50** | **$8,902.50** |

### Mediation (Matter ID: 396-00010)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 0.90 | $243.00 |
| B190 - Other Contested Matters | 7.80 | $1,656.00 |
| B191 - General Litigation | 0.40 | $108.00 |
| **Total** | **9.10** | **$2,007.00** |

### GO Bond Debt Issues (Matter ID: 396-00011)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 4.20 | $1,134.00 |

| Task Code | Hours | Amount |
|---|---:|---:|
| B150 - Meetings of and Communications with Creditors | 0.80 | $186.00 |
| B190 - Other Contested Matters | 102.60 | $20,482.00 |
| B191 - General Litigation | 47.90 | $11,938.00 |
| B310 - Claims Administration and Objections | 0.40 | $88.00 |
| **Total** | **155.90** | **$33,828.00** |

### GDB (Matter ID: 396-00013)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 1.30 | $123.50 |
| B113 - Pleadings Reviews | 19.00 | $5,000.00 |
| B150 - Meetings of and Communications with Creditors | 1.80 | $486.00 |
| B155 - Court Hearings | 4.60 | $1,242.00 |
| B190 - Other Contested Matters | 26.30 | $5,633.50 |
| B191 - General Litigation | 5.60 | $1,242.00 |
| B195 - Non-Working Travel | 1.20 | $162.00 |
| **Total** | **59.80** | **$13,889.00** |

### PBAPR (Matter ID: 396-00014)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 11.10 | $2,657.00 |
| B190 - Other Contested Matters | 59.60 | $12,092.00 |
| B191 - General Litigation | 32.40 | $6,358.00 |
| **Total** | **103.10** | **$21,107.00** |

### Fee Application (Matter ID: 396-00015)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 2.20 | $404.00 |
| B160 - Fee/Employment Applications | 21.60 | $3,592.00 |
| B190 - Other Contested Matters | 1.80 | $366.00 |
| **Total** | **25.60** | **$4,362.00** |

### Analysis of Kobre & Kim's Puerto Rico Debts Reports (Matter ID: 396-00016)

| Task Code | Hours | Amount |
|---|---:|---:|
| B190 - Other Contested Matters | 20.30 | $3,829.00 |
| B191 - General Litigation | 4.50 | $1,045.00 |
| **Total** | **24.80** | **$4,874.00** |

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Certification of Translation | $333.78 |
| Clerk of the US District Court - Filing Fee | $905.00 |
| Courier Expense | $794.21 |
| Delivery Expense | $80.00 |
| Online Docket Review (not available through primeclerk.com) | $95.10 |
| Outside Photocopying | $2,309.49 |
| Photocopies | $1,104.50 |
| Postage Expense | $314.90 |
| Service of Subpoena | $90.00 |
| Transcriptions | $634.83 |
| Translation Services | $28.26 |
| **Total** | **$6,690.07** |