# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### October 2018 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $42,240.50 | $38,016.45 | $1,109.10 | $39,125.55 |
| PREPA | $1,226.00 | $1,103.40 | $0.00 | $1,103.40 |
| HTA | $405.00 | $364.50 | $0.00 | $364.50 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$43,871.50** | **$39,484.35** | **$1,109.10** | **$40,593.45** |

### November 2018 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $28,014.00 | $25,212.60 | $3,465.35 | $28,677.95 |
| PREPA | $261.00 | $234.90 | $0.00 | $234.90 |
| HTA | $1,998.00 | $1,798.20 | $0.00 | $1,798.20 |
| ERS | $891.00 | $801.90 | $0.00 | $801.90 |
| **Total** | **$31,164.00** | **$28,047.60** | **$3,465.35** | **$31,512.95** |

**December 2018 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $73,324.50 | $65,992.05 | $1,046.62 | $67,038.67 |
| PREPA | $108.00 | $97.20 | $0.00 | $97.20 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$73,432.50** | **$66,089.25** | **$1,046.62** | **$67,135.87** |

**January 2019 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $84,799.00 | $76,319.10 | $1,069.00 | $77,388.10 |
| PREPA | $939.00 | $845.10 | $0.00 | $845.10 |
| HTA | $621.00 | $558.90 | $0.00 | $558.90 |
| ERS | $2,450.00 | $2,205.00 | $0.00 | $2,205.00 |
| **Total** | **$88,809.00** | **$79,928.10** | **$1,069.00** | **$80,997.10** |