# EXHIBIT F

## LIST OF PROFESSIONALS BY MATTER

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00002 | General | Juan J. Casillas Ayala | JJC | Partner |
| | | Luis L. Torres Marrero | LLTM | Partner |
| | | Miguel A. Santiago Rivera | MAS | Partner |
| | | Amarily Maldonado | AM | Junior Partner |
| | | Israel Fernandez | IF | Junior Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Viviana Currais | VC | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00003 | COFINA Dispute (Analysis / Litigation) | Juan J. Casillas Ayala | JJC | Partner |
| | | Luis L. Torres Marrero | LLTM | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Viviana Currais | VC | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00004 | Communications w/ Creditors/ Website (other than Committee Members) | Juan J. Casillas Ayala | JJC | Partner |
| | | Miguel A. Santiago Rivera | MAS | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Viviana Currais | VC | Associate |
| 396-00005 | Plan Fiscal Analysis | Juan J. Casillas Ayala | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| 396-00006 | PREPA | Juan J. Casillas Ayala | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| 396-00007 | HTA | Juan J. Casillas Ayala | JJC | Partner |
| 396-00008 | ERS | Juan J. Casillas Ayala | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Viviana Currais | VC | Associate |

| | | | | |
|---|---|---|---|---|
| 396-00009 | Other Adversary Proceedings | Juan J. Casillas Ayala | JJC | Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00010 | Mediation | Juan J. Casillas Ayala | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| 396-00011 | GO Bond Debt Issues | Juan J. Casillas Ayala | JJC | Partner |
| | | Luis L. Torres Marrero | LLTM | Partner |
| | | Miguel A. Santiago Rivera | MAS | Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Viviana Currais | VC | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00013 | GDB | Juan J. Casillas Ayala | JJC | Partner |
| | | Miguel A. Santiago Rivera | MAS | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Viviana Currais | VC | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00014 | PBAPR | Juan J. Casillas Ayala | JJC | Partner |
| | | Luis L. Torres Marrero | LLTM | Partner |
| | | Miguel A. Santiago Rivera | MAS | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Viviana Currais | VC | Associate |
| 396-00015 | Fee Application | Juan J. Casillas Ayala | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00016 | Analysis of Kobre & Kim's Puerto Rico Debts Reports | Israel Fernandez | IF | Junior Partner |
| | | Alberto J. E. Añeses | AAN | Associate |