# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

**(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: September 16, 2018 through January 15, 2019** | | | | | | |
| 11/21/18 | 9/16/18 - 10/15/18 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 1/16/19 | 10/16/18 - 11/15/18 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 2/19/19 | 11/16/18 - 12/15/18 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 3/14/19 | 12/16/18 - 1/15/19 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| **Total** | | **$108,000.00** | **$0.00** | **$81,000.00** | **$0.00** | **$12,000.00** |

 

# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 10/24/2018 | 2018-0724 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | 18006 |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>SEPTEMBER, 16 2018 TO OCTOBER, 15 2018<br><br>FEE MENSUAL: | 30,000.00 |

Website
 - Changes and Revisions
 - Maintenance

Digital
 - 1. Working on a e-drop about Who is the UCC?
 - 2. Revisions, format and pending approval

Media Monitoring
 - Daily monitoring of local media
 - Translations of Articles

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

 

# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 11/19/2018 | 2018-0833 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

. Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>OCTOBER, 16 2018 TO NOVEMBER, 15 2018<br><br>FEE MENSUAL:<br><br>Website<br> - Changes and Revisions<br> - Maintenance<br><br>Digital<br> - 1. Working on a e-drop about Who is the UCC?<br>     1. Changes<br>     2. Contacts<br> - 2. Revisions, ormat and pending approval<br><br>Media Monitoring<br> - Daily monitoring of local media<br> - Translations of Articles | 30,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 12/15/2018 | 2018-0992 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC  PRODUCT: MONTHLY FEE  NOVEMBER, 16 2018 TO DICEMBER, 15 2018  FEE MENSUAL: | 30,000.00 |

Website

1. Working in changes of format for the Home Page and revisions for other sections
   a. Adding information and new buttons
   b. Uploading documents for the new sections
   c. Formatting how the public see the page
2. Maintenance and renovation of security licenses before the email campaign was sent.

Digital efforts

1. Worked in sending the first edrop to the data base
   a. Create the format, style and revising text
   b. Sending test emails
   c. Reviewing the data base for errors in emails
   d. Creating a new email address for sending the edrop
   e. Monitoring this new email for messages from the creditors and sharing with the committee
   f. Monitoring and sending of reports of the edrop.
   g. This edrop was successful: over 30% of the data base opened the email. The expected percentage of opened emails is about 15%

Communications and others
1. Monitoring local media
2. Working with the committe in alternative ways to spread our messages
3. Maintain conference calls and meetings to know what's happening and what to expect to next year.

Total
Payments/Credits
Balance Due

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 1



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 12/15/2018 | 2018-0992 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| a. Attended a conference call with the committee to explain results on the edrop | |
|   i. How it was successful | |
|   ii. Percentages: unsuscribed, opened, and deliveries | |
|   iii. And possible next steps/ strategy for reach | |

Vo. Bo.                                   Vo. Bo.
Amarilys Torres                           Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |



PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 2





# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 1/18/2019 | 2019-0050 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|

4 - UNSECURED FEES

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE | |
| DECEMBER, 16 2018 TO JANUARY, 15 2019 | |
| FEE MENSUAL: | 30,000.00 |

Website

1. Worked on changes to multiple sections of the Website
    a. New information
    b. Uploading documents for the new sections
    c. Formatting how the public see the page
    d. Revising texts and links for both languages
2. Sending analytics

Digital efforts

1. Worked in sending the second edrop to the data base
    a. Revise the format, style and text, adding a photo
    b. Sending test emails to client
    c. Reviewing the data base for errors in emails
    d. Monitoring the email for messages from the creditors and sharing with the committee
    e. Monitoring and sending of reports of the edrop.
    f. This edrop was successful: over 34% of the data base opened the email vs the first one.

Certifico que esta factura es correcta y que su importe no ha sido pagado.

Total
Payments/Credits
Balance Due

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 1





# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 1/18/2019 | 2019-0050 |

P.O. No.

Bill To:

UCC
ALVIN VAZQUEZ

Additional Info:

**Project**: 4 - UNSECURED FEES

Job #

| Description | Amount |
|---|---|

Communications and others

1. Monitoring local media
2. Conference calls with clients to:
   a. Work on alternatives on communications (edrops, timelines, explaining how COFINA affect us, etc.)
   b. Working with the committe in alternative ways to spread our messages
      i. Media Tour was coordinated in El Nuevo Día and Rubén Sánchez.
         1. Rubén Sánchez aired on January 15
         2. El Nuevo Día published on January 16

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 2