## **SCHEDULE 2**

## **PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------------- X
                                                           :
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :   Title III
                                                           :
          as representative of                             :   Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO, et al.,                   :   (Jointly Administered)
                                                           :
          Debtors.¹                                        :
------------------------------------------------------------------------- X
```

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF KROMA
ADVERTISING, INC., AS COMMUNICATIONS ADVISOR TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR PERIOD FROM SEPTEMBER 16, 2018
THROUGH JANUARY 15, 2019**

Upon consideration of the application (the "Application")[2] of Kroma Advertising, Inc.

("Kroma"), as communications advisor to the Official Committee of Unsecured Creditors of all

title III Debtors (other than COFINA) (the "Committee"), for an order pursuant to sections 316

and 317 of PROMESA, section 503(b) of the Bankruptcy Code made applicable to these cases

by section 301(a) of PROMESA, Bankruptcy Rule 2016, and Local Rule 2016-1, for allowance

of compensation and reimbursement of expenses for the period from September 16, 2018

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a
      bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax
      identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-
      3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government
      of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of
      Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
      No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing
      Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID:
      8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last
      Four Digits of Federal Tax ID: 3747).

[2]   Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

through January 15, 2019, the Court hereby FINDS AND DETERMINES that (i) the Court has

jurisdiction to consider the Application and the relief requested therein pursuant to section 306(a)

of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA;

(iii) due and proper notice of the Application has been provided under the particular

circumstances and no other or further notice need be provided; (iv) any objections to the

Application having been resolved; (v) all persons with standing having been afforded the

opportunity to be heard on the Application; and after due deliberation and sufficient cause

appearing therefor, it is hereby **ORDERED THAT:**

1. The Application is granted on an interim basis.

2. Kroma's claims for fees for services rendered during the Application Period are

hereby allowed in the amounts of $120,000.00.

3. For the avoidance of doubt, nothing here modifies the Retention Order, including,

without limitation, paragraph 3 thereof.

4. To the extent the amounts described in paragraph 2 hereof have not already been

paid pursuant to the Interim Compensation Order, the Debtors are directed to pay Kroma fees in

the amount of **$**_____ within fourteen days of the date of this Order, and any such payment

shall be made net of any withholding or other applicable taxes.

5. This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.

6. The Committee and Kroma are authorized and empowered to take all necessary

actions to implement the relief granted in this Order.

-3-

7.        Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062,

9014, or otherwise, the terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

8.        All time periods set forth in this Order shall be calculated in accordance with

Bankruptcy Rule 9006(a).

Dated: _____

 

HON LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE