# Exhibit A

## Summary of Fees Incurred by Professional

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | | | |
|---|---|---|---|---|---|---|
| Professional | Position - Old | Position - New | Billing Rate - Old | Billing Rate - New | Hours | 100% of Fees |
| Carol Flaton | Managing Director | Managing Director | $1,005 | $1,080 | 239.2 | $ 238,506.00 |
| Richard Collura | Managing Director | Managing Director | 1,070 | 1,080 | 10.0 | 10,767.00 |
| Elizabeth S. Kardos | Counsel | Director | 580 | 580 | 21.0 | 12,180.00 |
| Enrique R. Ubarri | Senior Advisor | Director | 870 | 895 | 100.9 | 87,868.00 |
| Mark A. Cervi | Senior Director | Director | 850 | 895 | 11.9 | 10,434.50 |
| Scott Martinez | Senior Director | Director | 830 | 895 | 614.8 | 508,690.00 |
| Eric Deichmann | Director | Senior Vice President | 690 | 725 | 55.6 | 39,120.00 |
| Michael Westermann | Manager | Senior Vice President | 540 | 615 | 707.0 | 388,882.50 |
| Nicholas W. Cho | NA | Senior Vice President | NA | 665 | 0.8 | 532.00 |
| Kyoko Shibuya | NA | Senior Vice President | NA | 615 | 5.7 | 3,505.50 |
| Rahul Yenumula | Associate | Vice President | 470 | 480 | 222.7 | 104,833.00 |
| Deborah Praga | Associate | Vice President | 470 | 480 | 232.1 | 109,114.00 |
| Ryan Pakenham | NA | Vice President | 415 | 415 | 4.0 | 1,660.00 |
| Ryan J. McGillen | NA | Consultant | 175 | - | 24.2 | 4,235.00 |
| Laurie Verry | Paraprofessional | Vice President | 310 | 310 | 9.7 | 3,007.00 |
| Lisa Bonito | Paraprofessional | Vice President | 230 | 250 | 0.4 | 92.00 |
| **Grand Total** | | | | | **2,260.0** | **$ 1,523,426.50** |