**Exhibit B**

**Summary of Hours and Fees by Project Category**

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | | |
|---|---|---|---|---|
| Old Matter Category | New Matter Category | Description | Hours | 100% Fees |
| 1 | 12275.00100 | Planning & Coordination / Case Management | 31.3 | $ 27,465.00 |
| 2 | 12275.00101 | Meetings and Communications with Committee Members and/or Professionals | 296.9 | 236,658.50 |
| 3 | 12275.00102 | Communication with Interested Parties | 115.2 | 94,139.00 |
| 4 | 12275.00103 | Liquidity and Cash Management | 71.3 | 50,895.50 |
| 5 | 12275.00104 | Fiscal Plan and Related Budgets Analysis and Assessment | 245.6 | 162,518.50 |
| 6 | 12275.00105 | Financial and Other Diligence | 61.9 | 43,234.00 |
| 7 | 12275.00106 | Sales of Assets | - | - |
| 8 | 12275.00107 | Due Diligence of Commonwealth Assets | - | - |
| 9 | 12275.00108 | Debt Capacity | 237.1 | 159,200.50 |
| 10 | 12275.00109 | Investments in Puerto Rico, Including Public-Private Partnerships | 1.3 | 992.00 |
| 11 | 12275.00110 | Plan of Adjustment Review and Negotiations | 89.4 | 56,126.00 |
| 12 | 12275.00111 | Litigation Support and Claims Analysis | 467.7 | 317,003.50 |
| 13 | 12275.00112 | Testimony / Court Appearance | 36.1 | 33,713.00 |
| 14 | 12275.00113 | Expert Reports | - | - |
| 15 | 12275.00114 | Pension Matters | 29.1 | 22,045.50 |
| 16 | 12275.00115 | Retention | 44.4 | 15,975.00 |
| 17 | 12275.00116 | Fee Statements and Fee Applications | 131.3 | 70,124.50 |
| 18 | 12275.00129 | Non-Working Travel Time | 74.0 | 28,775.00 |
| 19 | 12275.00117 | PREPA Title III | 309.8 | 192,206.50 |
| 20 | 12275.00118 | HTA Title III | 14.5 | 9,394.00 |
| 21 | 12275.00119 | ERS Title III | 3.1 | 2,960.50 |
| **Grand Total** | | | **2,260.0** | **$ 1,523,426.50** |