**Exhibit D**

**Summary of Expenses**

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | |
|---|---|
| Category | Total |
| Travel & Lodging | $ 7,728.42 |
| Phone | 62.46 |
| Meals | 941.89 |
| **Grand Total** | **$ 8,732.77** |
| Less: Agreed Upon Expense Reduction for 2nd Interim Period | (64.17) |
| **Adjusted Grand Total** | **$ 8,668.60** |