# Exhibit E

## Detail of Expenses by Expense Category

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| **Professional** | **Date** | **Category** | **Description** | **Amount** |
| Michael Westermann | 10/13/2018 | Travel & Lodging | Ground Transportation: Home to Office | $ 19.57 |
| Michael Westermann | 10/13/2018 | Travel & Lodging | Ground Transportation: Office to Home | 19.64 |
| Scott Martinez | 10/14/2018 | Travel & Lodging | Airfare: JFK to SJU | 235.40 |
| Scott Martinez | 10/14/2018 | Travel & Lodging | Ground Transportation: Home to JFK | 100.00 |
| Scott Martinez | 10/14/2018 | Travel & Lodging | Ground Transportation: Airport to Hotel | 25.00 |
| Scott Martinez | 10/14/2018 | Travel & Lodging | Ground Transportation: Old San Juan to Hotel | 5.90 |
| Scott Martinez | 10/14/2018 | Travel & Lodging | Lodging: PR | 255.41 |
| Carol Flaton | 10/14/2018 | Travel & Lodging | Airfare: RT JFK - SJU | 657.80 |
| Carol Flaton | 10/14/2018 | Travel & Lodging | Ground Transportation: Home to JFK | 57.40 |
| Michael Westermann | 10/14/2018 | Travel & Lodging | Ground Transportation: Home to JFK | 54.39 |
| Michael Westermann | 10/14/2018 | Travel & Lodging | Lodging: PR | 255.41 |
| Scott Martinez | 10/15/2018 | Travel & Lodging | Lodging: PR | 255.41 |
| Michael Westermann | 10/15/2018 | Travel & Lodging | Lodging: PR | 255.41 |
| Scott Martinez | 10/16/2018 | Travel & Lodging | Airfare: SJU to JFK | 193.40 |
| Scott Martinez | 10/16/2018 | Travel & Lodging | Airfare: SJU to JFK (change fee plus change in fare) | 183.40 |
| Scott Martinez | 10/16/2018 | Travel & Lodging | Ground Transportation: Hotel to Hacienda | 20.00 |
| Scott Martinez | 10/16/2018 | Travel & Lodging | Ground Transportation: Hacienda to FOMB Office | 8.19 |
| Scott Martinez | 10/16/2018 | Travel & Lodging | Ground Transportation: JFK to Home | 100.00 |
| Carol Flaton | 10/16/2018 | Travel & Lodging | Ground Transportation: JFK to Home | 58.40 |
| Michael Westermann | 10/16/2018 | Travel & Lodging | Airfare: RT JFK - SJU | 611.80 |
| Michael Westermann | 10/16/2018 | Travel & Lodging | Ground Transportation: JFK to Home | 55.13 |
| Michael Westermann | 10/24/2018 | Travel & Lodging | Ground Transportation: Office to Home (working late) | 17.02 |
| Carol Flaton | 10/30/2018 | Travel & Lodging | Train Fare: NYC to Washington | 580.00 |
| Carol Flaton | 10/30/2018 | Travel & Lodging | Ground Transportation: Train Station to Hotel | 22.72 |
| Carol Flaton | 10/31/2018 | Travel & Lodging | Ground Transportation: Train Station to Meeting | 8.97 |
| Carol Flaton | 10/31/2018 | Travel & Lodging | Ground Transportation: Meeting to Train Station | 8.25 |
| Michael Westermann | 12/11/2018 | Travel & Lodging | Ground Transportation Michael Westermann Office to Home | 26.68 |
| Scott Martinez | 12/21/2018 | Travel & Lodging | Airfare Scott Martinez 2019-01-15 JFK - SJU | 217.41 |
| Scott Martinez | 12/21/2018 | Travel & Lodging | Airfare Scott Martinez 2019-01-17 SJU - JFK | 125.42 |
| Scott Martinez | 12/21/2018 | Travel & Lodging | Airfare Service Charge Scott Martinez | 9.00 |
| Scott Martinez | 12/21/2018 | Travel & Lodging | Airfare Service Charge Scott Martinez | 9.00 |
| Michael Westermann | 12/21/2018 | Travel & Lodging | Airfare Service Charge Michael Westermann NYC-SJU | 9.00 |
| Michael Westermann | 12/21/2018 | Travel & Lodging | Airfare Michael Westermann 2019-01-17 SJU - MIA | 306.23 |
| Michael Westermann | 12/21/2018 | Travel & Lodging | Airfare Michael Westermann 2019-01-15 JFK - SJU | 217.41 |
| Michael Westermann | 12/21/2018 | Travel & Lodging | Airfare Service Charge Michael Westermann SJU-MIA | 9.00 |
| Scott Martinez | 1/14/2019 | Travel & Lodging | Airfare Service Charge Scott Martinez | 9.00 |
| Scott Martinez | 1/14/2019 | Travel & Lodging | Airfare Scott Martinez 2019-01-18 SJU - JFK | 221.88 |
| Scott Martinez | 1/15/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez SJU to Hotel | 25.00 |
| Scott Martinez | 1/15/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez CT to JFK | 85.17 |
| Scott Martinez | 1/15/2019 | Travel & Lodging | Lodging Scott Martinez Condado Vanderbilt Fd - San Juan 01/15/2019 - 01/17/2019 | 861.84 |
| Scott Martinez | 1/15/2019 | Travel & Lodging | Airfare Service Charge Scott Martinez | 10.00 |
| Michael Westermann | 1/15/2019 | Travel & Lodging | Lodging Michael Westermann Condado Vanderbilt Fd - San Juan 01/15/2019 - 01/17/2019 | 783.26 |
| Michael Westermann | 1/15/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Home to JFK | 55.47 |
| Scott Martinez | 1/16/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Hotel to Court | 18.38 |
| Scott Martinez | 1/16/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Court to Hotel | 7.32 |
| Scott Martinez | 1/17/2019 | Travel & Lodging | Lodging Scott Martinez Condado Vanderbilt Fd - San Juan 01/17/2019 - 01/18/2019 | 391.63 |
| Scott Martinez | 1/17/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Court to Hotel | 8.92 |
| Scott Martinez | 1/17/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Hotel to Court | 13.32 |
| Michael Westermann | 1/17/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann San Juan to SJU | 13.03 |
| Scott Martinez | 1/18/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Hotel to Airport | 9.15 |
| Scott Martinez | 1/18/2019 | Travel & Lodging | Change Fee: Airfare Scott Martinez 2019-01-18 SJU - NYC | 75.00 |
| Scott Martinez | 1/18/2019 | Travel & Lodging | Airfare Service Charge Scott Martinez | 9.00 |
| Michael Westermann | 1/18/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Airport to Home | 27.88 |
| Scott Martinez | 1/19/2019 | Travel & Lodging | Airfare Service Charge Scott Martinez | 10.00 |
| Scott Martinez | 1/21/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez JFK to Home | 100.00 |
| **Total Travel & Lodging Expense** | | | | **$ 7,728.42** |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Scott Martinez | 10/14/2018 | Meals | 1 Business meal - Breakfast | $ 18.81 |
| Scott Martinez | 10/14/2018 | Meals | 2 Business meal - Lunch (M. Westermann (ZC)) | 40.00 |
| Scott Martinez | 10/14/2018 | Meals | 2 Business meal - Dinner (M. Westermann (ZC)) | 26.30 |
| Carol Flaton | 10/14/2018 | Meals | 1 Business meal - Lunch | 23.60 |
| Michael Westermann | 10/14/2018 | Meals | 1 Business meal - Breakfast | 13.61 |
| Scott Martinez | 10/15/2018 | Meals | 3 Business meal - Dinner (C. Flaton (ZC), M. Westermann (ZC)) | 120.00 |
| Scott Martinez | 10/16/2018 | Meals | 3 Business meal - Breakfast (C. Flaton (ZC), M. Westermann (ZC)) | 98.74 |
| Scott Martinez | 10/16/2018 | Meals | 3 Business meal - Lunch (C. Flaton (ZC), M. Westermann (ZC)) | 12.54 |
| Scott Martinez | 10/16/2018 | Meals | 1 Business meal - Dinner | 12.75 |
| Carol Flaton | 10/16/2018 | Meals | 3 Business meal - Dinner (S. Martinez (ZC), M. Westermann (ZC)) | 103.46 |
| Michael Westermann | 10/24/2018 | Meals | 1 Business meal - Dinner | 10.75 |
| Michael Westermann | 12/11/2018 | Meals | Meals - Michael Westermann - Dinner | 25.05 |
| Scott Martinez | 1/15/2019 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Mike Westermann | 80.00 |
| Scott Martinez | 1/16/2019 | Meals | Meals & Tips Scott Martinez - Lunch | 21.36 |
| Scott Martinez | 1/16/2019 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Mike Westermann | 80.00 |
| Scott Martinez | 1/16/2019 | Meals | Meals - Engagement Team Scott Martinez - Breakfast - Scott Martinez; Mike Westermann | 65.75 |
| Michael Westermann | 1/16/2019 | Meals | Meals & Tips Michael Westermann - Breakfast | 25.05 |
| Scott Martinez | 1/17/2019 | Meals | Meals - Engagement Team Scott Martinez - Lunch - Scott Martinez; Mike Westermann | 14.38 |
| Scott Martinez | 1/17/2019 | Meals | Meals - Engagement Team Scott Martinez - Breakfast - Scott Martinez; Mike Westermann | 63.52 |
| Scott Martinez | 1/17/2019 | Meals | Meals & Tips Scott Martinez - Dinner | 40.00 |
| Michael Westermann | 1/17/2019 | Meals | Meals & Tips Michael Westermann - Lunch | 7.85 |
| Michael Westermann | 1/17/2019 | Meals | Meals & Tips Michael Westermann - Dinner | 15.83 |
| Michael Westermann | 1/31/2019 | Meals | Meals & Tips Michael Westermann - Dinner | 22.54 |
| **Total Meals Expense** | | | | **$ 941.89** |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Payable Accounts | 10/26/2018 | Phone | PGI Conference Service Inv.#26697085 | $ 46.82 |
| Scott Martinez | 11/14/2018 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 0.15 |
| Scott Martinez | 11/20/2018 | Phone | Conference Calls Vendor: Vodafone Michael Westermann | 0.06 |
| Scott Martinez | 11/20/2018 | Phone | Conference Calls Vendor: Vodafone Michael Westermann | 3.62 |
| Scott Martinez | 12/4/2018 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.10 |
| Scott Martinez | 12/5/2018 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.60 |
| Scott Martinez | 12/7/2018 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.13 |
| Scott Martinez | 12/17/2018 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 1.10 |
| Scott Martinez | 12/21/2018 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 3.88 |
| **Total Phone Expense** | | | | **$ 62.46** |
| **Total Expense** | | | | **$ 8,732.77** |
| Less: Agreed Upon Expense Reduction for 2nd Interim Period | | | | (64.17) |
| **Adjusted Total Expense** | | | | **$ 8,668.60** |