**Hearing Date**: June 12, 2019 at 9:30 a.m. (ET) / 9:30 a.m. (AST)
**Objection Deadline**: April 8, 2019 at 4:00 p.m. (ET) / 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
                                         :

In re:                                     :
                                         :

THE FINANCIAL OVERSIGHT AND        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                          :

      as representative of                 :   Case No. 17-BK-3283 (LTS)
                                          :

THE COMMONWEALTH OF PUERTO RICO, *et al.*,  :   (Jointly Administered)
                                          :

      Debtors.[1]                                :
------------------------------------------------------------------------ x

## NOTICE OF HEARING ON FOURTH INTERIM APPLICATION OF MEMBER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR REIMBURSEMENT OF EXPENSES FOR PERIOD THROUGH DECEMBER 31, 2018

**PLEASE TAKE NOTICE** that a hearing on the annexed *Fourth Interim Application of Member of Official Committee of Unsecured Creditors for Reimbursement of Expenses for Period Through December 31, 2018* (the "Application") filed by the American Federation of Teachers ("AFT") (the "Committee Member"), as member of the Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA) (the "Committee"), will be held before the Honorable Laura Taylor Swain United States District Court Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street,

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **June 12, 2019 at 9:30 a.m.
(ET) / 9:30 a.m. (AST)** (the "Hearing").

      **PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections")
to the Application by any party other than the Fee Examiner shall be in writing, shall conform to
the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of
Puerto Rico, shall be filed with the court (a) by attorneys practicing in the District Court,
including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local
Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in
text-searchable portable document format (PDF), to the extent applicable, and shall be served in
accordance with the *First Amended Order Setting Procedures for Interim Compensation and
Reimbursement of Expenses of Professionals* [Docket No. 1715] (the "Interim Compensation
Order"), so as to be so filed and received by Paul Hastings LLP and the other Notice Parties (as
defined in the Interim Compensation Order) no later than **April 8, 2019 at 4:00 p.m. (ET) / 4:00
p.m. (AST)** (the "Objection Deadline").

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim
Compensation Order, if no Objections are timely filed, and if the Fee Examiner issues the Fee
Examiner Report (as defined in the Interim Compensation Order) recommending approval of the
Application in full or in part, the court may grant the Application without a hearing.

Dated: March 18, 2019          */s/ G. Alexander Bongartz*

                       PAUL HASTINGS LLP
                       Luc. A. Despins, Esq. *(Pro Hac Vice)*
                       Andrew V. Tenzer, Esq. *(Pro Hac Vice)*
                       Michael E. Comerford, Esq. *(Pro Hac Vice)*
                       G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
                       200 Park Avenue
                       New York, New York 10166

Telephone:  (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone:  (787)523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors*

**Hearing Date**: June 12, 2019 at 9:30 a.m. (ET) / 9:30 a.m. (AST)
**Objection Deadline**: April 8, 2019 at 4:00 p.m. (ET) / 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors.[1] | : | |

------------------------------------------------------------------------ x

# FOURTH INTERIM APPLICATION OF MEMBER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS COMMITTEE FOR REIMBURSEMENT OF EXPENSES FOR PERIOD THROUGH DECEMBER 31, 2018

## COVER SHEET

| | |
|---|---|
| Name of applicants: | American Federation of Teachers ("AFT") |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee") |
| Date of appointment: | June 15, 2017 |
| Period for which reimbursement is sought: | January 1, 2018 through and including December 31, 2018 (the "Application Period") |
| Amount of interim expense reimbursement sought as actual, reasonable, and necessary: | $3,235.10 |

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

## DETAIL OF EXPENSES DURING APPLICATION PERIOD

### AFT[2]

| Description | Expense Category | Total Expenses |
|---|---|---|
| Mark Richard's Travel & Lodging for Committee Meeting in San Juan on January 18, 2018 | Roundtrip Airfare (economy) from Miami to San Juan and San Juan to Miami | $245.80 |
| | Taxis | $14.62 |
| | Lodging, San Juan Marriott (01/17/18 to 01/19/18) | $600.00 |
| Mark Richard's Travel & Lodging for Committee Meeting in San Juan on March 22, 2018 | Roundtrip Airfare (economy) from Miami to San Juan and San Juan to Miami | $371.80 |
| | Lodging, San Juan Condado Vanderbilt (03/21/18 – 03/22/18) | $300.00 |
| Mark Richard's Travel & Lodging for Committee Meeting in San Juan on May 22, 2018 | Roundtrip Airfare (economy) from Miami to San Juan and San Juan to Miami | $265.80 |
| | Lodging, San Juan Condado Vanderbilt (05/21/18 – 05/22/18) | $300.00 |
| Mark Richard's Travel & Lodging for Committee Meeting in San Juan on July 18, 2018 | Roundtrip Airfare (economy) from Miami to San Juan and San Juan to Miami | $274.80 |
| | Taxis | $9.84 |
| | Lodging, San Juan Condado Vanderbilt (07/17/18 to 07/18/18) | $300.00 |
| Mark Richard's Travel & Lodging for Committee Meeting in San Juan on October 15, 2018 | Roundtrip Airfare (economy) from Miami to San Juan and San Juan to Miami | $250.80 |
| | Taxis | $14.85 |
| | Lodging, San Juan Condado Vanderbilt (10/14/18 to 10/15/18) | $286.85 |
| **TOTAL** | **$3,235.16** | |

---

[2]   The supporting receipts of AFT are attached hereto as **Exhibit A**.

**Hearing Date**: June 12, 2019 at 9:30 a.m. (ET) / 9:30 a.m. (AST)
**Objection Deadline**: April 8, 2019 at 4:00 p.m. (ET) / 4:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
                                                     :
In re:                                               :
                                                     :
THE FINANCIAL OVERSIGHT AND                          : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    : Title III
                                                     :
         as representative of                        : Case No. 17-BK-3283 (LTS)
                                                     :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,           : (Jointly Administered)
                                                     :
         Debtors.[1]                                 :
------------------------------------------------------------------------ x

### FOURTH INTERIM APPLICATION OF MEMBER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR REIMBURSEMENT OF EXPENSES FOR PERIOD THROUGH DECEMBER 31, 2018

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269 in Case No. 17-3283], the American Federation of Teachers ("AFT") (the "Committee Member"), as member of the Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA) (the "Committee"), appointed in the above-caption Title III cases, hereby files this *Fourth Interim Application of Member of Creditors Committee for Reimbursement of Expenses for Period Through December 31, 2018* (the "Application"). By this Application, the Committee

---

[1]   The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

Member seeks reimbursement of reasonable, actual, and necessary expenses that it incurred in the amount of $3,235.16 during the Application Period.  In support of this Application, the Committee Member respectfully represents as follows:

## BACKGROUND

1.      On May 3, 2017, the Oversight Board commenced a Title III case for the Commonwealth of Puerto Rico (the "Commonwealth") by filing a voluntary petition for relief pursuant to section 304 (a) of PROMESA (the "Commonwealth Title III Case").  Thereafter, the Oversight Board commenced a Title III case for each of COFINA, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS Title III Case"), the Puerto Rico Highways and Transportation Authority ("HTA Title III Case"), and the Puerto Rico Electric Power Authority ("PREPA Title III Case") (and together with the Commonwealth Title III Case, the "Title III Cases").   By orders dated June 29, 2017 [Docket No. 537] and October 6, 2017 [Docket No. 1417], the Court approved the joint administration of the Title III Cases.

2.      On June 15, 2017, the Office of the United States Trustee for the District of Puerto Rico (the "U.S. Trustee") filed a *Notice Appointing Creditors Committee for Unsecured Creditors* [Docket No. 338], pursuant to which Committee Member, among others, was appointed to serve on the Committee.

3.      On August 23, 2017, the Court entered the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (as amended, the "Interim Compensation Order").[2]

4.      The Interim Compensation Order provides that "[e]ach member of any statutory committee is permitted to submit statements of expenses (excluding third-party professional

---

[2]      The Interim Compensation Order was most recently amended on June 6, 2018.

expenses of individual committee members) and supporting vouchers to the respective

committee's counsel, which counsel shall collect and submit for reimbursement in accordance

with the Interim Compensation Procedures."  Interim Compensation Order, ¶4.

5.        On August 25, 2017, the U.S. Trustee filed an *Amended Notice of Appointment of*

*Official Committee of Unsecured Creditors* [Docket No. 1171], which expanded the role of the

Committee to be the official committee for the HTA Title III Case, the ERS Title III Case, and

the PREPA Title III Case.

6.        In accordance with the Interim Compensation Order, expense reports for the

Committee Member's out-of-pocket expenses in the aggregate amount of $3,235.16 were

submitted on December 20, 2018 to the Notice Parties (as defined in the Interim Compensation

Order) in respect of expenses incurred by Committee Member during the Application Period.

No objections were received in respect of the foregoing expenses, and, accordingly, payment

thereof was due by January 16, 2019.  As of the date of this Application, the Committee Member

has not yet received payment for the expense reports.  Accordingly, the aggregate amount of

$3,235.16 remains unpaid.

## RELIEF REQUESTED

7.        Pursuant to the Interim Compensation Order and section 503(b)(3)(F) of the

Bankruptcy Code, made applicable to these cases by section 301(a) of PROMESA, the

Committee Member respectfully requests interim allowance and reimbursement of their

reasonable, actual, and necessary expenses incurred in rendering services as a member of the

Committee during the Application Period in the amount of $3,235.16.

## NOTICE

8.        In accordance with the Interim Compensation Order, Paul Hastings will provide

notice of this Application to (i) the attorneys for the Oversight Board, Proskauer Rose LLP and

O'Neill & Borges LLC; (ii) the attorneys for the Puerto Rico Fiscal Agency and Financial

Advisory Authority, O'Melveny & Myers LLP and Marini Pietrantoni Muñiz LLC; (iii) the

Office of the United States Trustee for the District of Puerto Rico; (iv) the attorneys for the

Official Committee of Retired Employees, Jenner & Block LLP and Bennazar, García & Milián,

C.S.P.; (v) the Puerto Rico Department of Treasury; (vi) the Fee Examiner, Brady Williamson;

and (vii) counsel to the Fee Examiner, Godfrey & Kahn, S.C. and EDGE Legal Strategies, PSC.

In addition, the notice of hearing with respect to this Application will be served on all parties that

have filed a notice of appearance in the Title III Cases.

[*Remainder of page intentionally left blank.*]

## CONCLUSION

WHEREFORE, the Committee Member respectfully request entry of an order

(i) allowing the Committee Member's claims for reimbursement of actual and necessary

expenses incurred during the Application Period in the amount of $3,235.16; (ii) directing the

Debtors' payment of the difference between the amount of $3,235.16 and the amounts previously

paid by the Debtors pursuant to the Interim Compensation Order; and (iii) granting such other

and further relief as is just.


Dated: March 18, 2019                 */s/ G. Alexander Bongartz*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
Andrew V. Tenzer *(Pro Hac Vice)*
Michael E. Comerford *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone:  (787)523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com

emontull@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors*