# **EXHIBIT A**

**RECEIPTS OF THE AMERICAN FEDERATION OF TEACHERS DURING APPLICATION PERIOD**

## CREDITORS COMMITTEE EXPENSE REPORT

NAME: Mark Richard                             PERIOD COVERED FROM: 1/17/18  TO: 7/18/18

COMPANY: American Federation of Teachers

ADDRESS: 555 New Jersey Avenue, N.W., Washington, D.C. 20001-2079

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/18-1/19/18 | San Juan, PR | Committee Mtg | | | $245.80 | $14.62 | $600.00 | | |
| 3/21/18-3/22/18 | San Juan, PR | Committee Mtg | | | $371.80 | | $300.00 | | |
| 5/21/18-5/22/18 | San Juan, PR | Committee Mtg | | | $265.80 | | $300.00 | | |
| 7/17/18-7/18/18 | San Juan, PR | Committee Mtg | | | $274.80 | $9.84 | $300.00 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTALS | | | $ | $ | $ 1,158.20 | $ 24.46 | $ 1,500.00 | $ | $ |

ADDITIONAL INFORMATION:

**ATTACH ALL RECEIPTS**                                              TOTAL DUE: $ 2,682.66

**AmericanAirlines**

AFT PR

AA RECORD LOCATOR: UZRYRX



Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

## Miami to San Juan

2 Adults
**Wednesday** January 17, 2018 – **Friday** January 19, 2018

| AA Record Locator | Reservation Name |
|---|---|
| **UZRYRX** | **MIA/SJU** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Jan 03, 2018 |

Total Paid:

**$491.60 USD**

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **1254** | Miami (MIA)<br>January 17, 2018 10:25 AM<br>Travel Time : 2 h 33 m<br>Class : Economy<br>Seat : 15C , 15D | San Juan (SJU)<br>January 17, 2018 01:58 PM<br>Booking Code : S<br>Plane Type : 738 |
| Flight | Depart | Arrive |
| American Airlines **2415** | San Juan (SJU)<br>January 19, 2018 11:30 AM<br>Travel Time : 2 h 58 m<br>Class : Economy<br>Seat : 14C , 14D | Miami (MIA)<br>January 19, 2018 01:28 PM<br>Booking Code : Q<br>Plane Type : 738 |

**Fare Amount**

Adult
2 × $189.00 USD             USD

**AAdvantage® Benefits**

Main Cabin Extra      $0.00 USD
Priority Access℠      $0.00 USD
Same-Day Standby      $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes

Carrier-Imposed Fees   $0.00 USD

**Flight Subtotal**

$         USD

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| RICHARD,MARK MR | 0012165222408 | JVW5148 | $189.00 USD | 56.80 | 245.80 |

Payment Type:   AMERICAN EXPRESS   ************6026

Total

## Endorsements/Restrictions
NONREF/CHG FEE APPLIES/NO VALUE AFTER FLT TIME

## Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

# UBER

 Mark ▼ FREE RIDES

## YOUR TRIP
### 6:35 PM on January 18, 2018

Mark

My Trips

Profile

Payment

Free Rides

Drive with Uber NEW!

Log Out

Lost something?
Check out
uber.com/lost



● 6:35 PM
268 Av. Luis Muñoz Rivera, San Juan, 00918, Puerto Rico

● 7:00 PM
1309 Avenida Doctor Ashford, San Juan, 00907, Puerto Rico

| CAR | MILES | TRIP TIME |
|---|---|---|
| UBERXL | 3.98 | 00:17:00 |

### FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.00 |
| Distance | 2.59 |
| Time | 9.35 |
| Subtotal | $12.94 |
| Booking Fee | 1.68 |
| Total | $14.62 |
| Personal •••• 4016 | $14.62 |

UBER HOME • CITIES • DRIVERS

ABOUT US   HELP CENTER   CAREERS   BLOG

ENGLISH ▼

**GUEST FOLIO / ESTADO DE CUENTA**

San Juan Marriott Resort & Stellaris Casino - 1309 Ashford Ave, San Juan, Puerto Rico
(1-787) 722-7000 Marriott.com/SJUPR

**MARRIOTT**

| Room / Habitación | Guest Name / Huésped | Rate / Tarifa | Depart / Salida | Time |
|---|---|---|---|---|
| 1815 | Mark Richard | $ 479 | 01-19-18 | 09:25 |
| Type / Tipo | United States | | Arrive / Llegada | Time |
| NDOF | | | 01-17-18 | 14:38 |
| | | | Marriott Rewards | Acct # |
| | | | XXXXX1829 | 5679813 |
| | | | | Conf # |
| Clerk / Usuario | Address / Dirección | | | 85867556 |
| ERALV213 | | | | |

| DATE / FECHA | REFERENCE / DESCRIPCION | CHARGES / DEBITOS | CREDITS / CREDITOS | BALANCE DUE / SALDO |
|---|---|---|---|---|
| 01-17-18 | Room Charge | 459.00 | | |
| 01-17-18 | Resort Fee | 82.62 | | |
| 01-17-18 | Room Tax | 59.58 | | |
| 01-18-18 | Room Charge | 479.00 | | |
| 01-18-18 | Resort Fee | 86.22 | | |
| 01-18-18 | Room Tax | 62.18 | | |
| 01-19-18 | American Express | | 1,228.60 | |
| | XXXXXXXXXXXX6026    XX/XX | | | |
| | Total = | 1,228.60 | 1,228.60 | 0.00 |

**2 nights at $300 = $600**

Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay -- up to five friends, five stays each. That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

For billing inquiries call Toll free
1-866-480-2627 Mon / Fri

This statement is your only receipt. You have agreed to pay in cash, by approved check or to authorize us to charge your credit card for all amounts to you. Your credit card company will bill you in its usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

**\*Hotel Cap $300 per night in San Juan**

# American Airlines

**AA RECORD LOCATOR: KRBQPD**



Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

### Miami to San Juan
1 Adult
**Wednesday** March 21, 2018 – **Thursday** March 22, 2018

| AA Record Locator | Reservation Name |
|---|---|
| **KRBQPD** | **MIA/SJU** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Mar 04, 2018 |

**Total Paid:**

**$371.80 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1570** | Miami (MIA) March 21, 2018 06:25 PM Travel Time : 2 h 37 m Class : Economy Seat : 14D | San Juan (SJU) March 21, 2018 09:02 PM Booking Code : Q Plane Type : 738 |
| **American Airlines** **1355** | San Juan (SJU) March 22, 2018 05:30 PM Travel Time : 3 h 6 m Class : Economy Seat : 14D | Miami (MIA) March 22, 2018 08:36 PM Booking Code : M Plane Type : 738 |

**Fare Amount**

Adult
1 × $315.00 USD        $315.00 USD

**AAdvantage® Benefits**

Main Cabin Extra        $0.00 USD
Priority Access℠        $0.00 USD
Same-Day Standby       $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes                   $56.80 USD
Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$371.80 USD**

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| RICHARD,MARK MR | 0012176498688 | JVW5148 | $315.00 USD | 56.80 | 371.80 |
| Payment Type: | AMERICAN EXPRESS ************6026 | | | Total | $371.80 USD |

### Endorsements/Restrictions
NONREF/CHG FEE APPLIES/NO VALUE AFTER FLT TIME

### Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

Page No.   1



CONDADO VANDERBILT

Guest Name: Mark Richard  
9360 Southwest 72nd Street  
Suite 283  
Miami, FL  33173    US

Room #: 564  
Folio #: R62647SB124674  
Group #:  
Guests: 1  
Clerk: MBERRIOS

Arrive: 03/21/18   Time: 10:49 PM   Depart: 03/22/18   Time: 03:58 PM   Status: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 03/21/2018 | ROOM CHARGE | 564 | | $259.00 | $0.00 |
| 03/21/2018 | HOTEL TARIFF | 564t | HOTEL TARIFF | $46.62 | $0.00 |
| 03/21/2018 | GOVERNMENT TAX | 564t | GOVERNMENT TAX | $33.62 | $0.00 |
| 03/22/2018 | PAY AMERICAN EXPRESS | 03229528641 | ************6026 | $0.00 | ($339.24) |

Folio Balance:   $0.00

**1 night at $300**

*Hotel Cap $300 per night in San Juan

1055 Ashford Avenue San Juan, Puertto Rico 00907 Tel. 787.721.5500 Fax. 787.724.1949  
www.condadovanderbilttcom <http://www.condadovanderbilttcom>

# AmericanAirlines

AA RECORD LOCATOR: UFQVHQ          Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

**Miami to San Juan**
1 Adult
**Monday** May 21, 2018 – **Tuesday** May 22, 2018

Total Paid: **$265.80 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **UFQVHQ** | **MIA/SJU** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation | Status: **Ticketed** Apr 17, 2018 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1570** | Miami (MIA) May 21, 2018 06:15 PM Travel Time : 2 h 37 m Class : Economy Seat : 21B | San Juan (SJU) May 21, 2018 08:52 PM Booking Code : S Plane Type : 763 |

**Fare Amount**
Adult
1 × $209.00 USD    $209.00 USD

**AAdvantage® Benefits**
Main Cabin Extra    $0.00 USD
Priority Access℠    $0.00 USD
Same-Day Standby    $0.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1355** | San Juan (SJU) May 22, 2018 05:15 PM Travel Time : 2 h 58 m Class : Economy Seat : 15C | Miami (MIA) May 22, 2018 08:13 PM Booking Code : N Plane Type : 738 |

**Taxes & Carrier-Imposed Fees**
Taxes    $56.80 USD
Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**
$265.80 USD

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| RICHARD,MARK | 0012184541270 | JVW5148 | $209.00 USD | 56.80 | 265.80 |
| Payment Type: | AMERICAN EXPRESS ************6026 | | | Total | $265.80 USD |

**Endorsements/Restrictions**
NONREF/CHG FEE APPLIES/NO VALUE AFTER FLT TIME

**Terms and conditions:**
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

# Hilton
HOTELS & RESORTS

THE CONDADO PLAZA HILTON
999 ASHFORD AVE
SAN JUAN, PR 00907
United States of America
TELEPHONE 787-721-1000 • FAX 787-721-7955
Reservations
www.hilton.com or 1 800 HILTONS

RICHARD, MARK

9745 SW 127 ST

MIAMI FL 33176
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 852/K1BRS |
| Arrival Date: | 5/21/2018 9:21:00 PM |
| Departure Date: | 5/22/2018 4:09:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | PALERMO90 |
| Room Rate: | 277.00 |
| AL: | AA JVW5148 |
| HH # | 885265021 DIAMOND |
| VAT # | |
| Folio No/Che | 681156 A |

Confirmation Number: 3433337239

THE CONDADO PLAZA HILTON 5/22/2018 4:09:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 5/21/2018 | GUEST ROOM | JOHANNIS RIVERA | 5414791 | $277.00 | | |
| 5/21/2018 | RESORT TAX | JOHANNIS RIVERA | 5414791 | $24.93 | | |
| 5/22/2018 | AX *4016 | PALERMO 90 | 5414995 | | ($301.93) | |
| | | | **BALANCE** | | | $0.00 |

**1 night at $300**   $300.00 [handwritten]

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,000 hotels and resorts in 100 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

For billing inquiries, please contact the credit card department at 787-721-1000 extension 2014.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 502246 | MERCHANT ID | 9380100017 |
| CARD NUMBER | AX *4016 | EXP DATE | 12/20 |
| TRANSACTION ID | 5414995 | TRANS TYPE | Sale |

**\*Hotel Cap $300 per night in San Juan**

Page:1

# American Airlines

**AA RECORD LOCATOR: TKZKZE**

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

## Miami to San Juan
1 Adult
**Tuesday** July 17, 2018 – **Wednesday** July 18, 2018

| AA Record Locator | Reservation Name |
|---|---|
| **TKZKZE** | **MIA/SJU** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation | Status: **Ticketed** Jun 23, 2018 |

**Total Paid.**
**$274.80 USD**

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **397** | Miami (MIA) July 17, 2018 08:19 PM Travel Time : 2 h 40 m Class : Economy Seat : 15C | San Juan (SJU) July 17, 2018 10:59 PM Booking Code : S Plane Type : 738 |
| American Airlines **1355** | San Juan (SJU) July 18, 2018 05:14 PM Travel Time : 2 h 49 m Class : Economy Seat : 15C | Miami (MIA) July 18, 2018 08:03 PM Booking Code : S Plane Type : 738 |

**Fare Amount**

Adult
1 × $218.00 USD         $218.00 USD

**AAdvantage® Benefits**

Main Cabin Extra         $0.00 USD
Priority Access℠         $0.00 USD
Same-Day Standby         $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes         $56.80 USD
Carrier-Imposed Fees         $0.00 USD

**Flight Subtotal**
**$274.80 USD**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| RICHARD, MARK MR | 0012196006739 | JVW5148 | $218.00 USD | 56.80 | 274.80 |
| **Payment Type:** | AMERICAN EXPRESS **********6026 | | | Total | $274.80 USD |

## Endorsements/Restrictions
NONREF/CHG FEE APPLIES/NO VALUE AFTER FLT TIME

## Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.



# UBER

Mark ▼ FREE RIDES



**Mark**

- Request a Ride
- My Trips
- Profile
- Payment
- Free Rides
- Drive with Uber  **NEW!**
- Log Out
- Lost something? Check out uber.com/lost

## YOUR TRIP
2:52 PM on July 18, 2018



○ 2:52 PM
1055 Avenida Doctor Ashford, San Juan, 00907, Puerto Rico

○ 3:12 PM
Avenida Aeropuerto, Carolina, 00979, Puerto Rico

| CAR | MILES | TRIP TIME |
|---|---|---|
| UBERX | 5.69 | 00:17:50 |

### FARE BREAKDOWN

| | |
|---|---|
| Trip Fare | $8.71 |
| Subtotal | $8.71 |
| Booking Fee | $1.13 |
| Total | $9.84 |
| Personal •••• 4016 | $9.84 |

UBER HOME • CITIES • DRIVERS
ABOUT US   HELP CENTER   CAREERS   BLOG

ENGLISH ▼

Feedback   Bugs

# Hilton
### HOTELS & RESORTS

CONDADO PLAZA HILTON
999 ASHFORD AVE
SAN JUAN, PR 00907
United States of America
TELEPHONE 787-721-1000 • FAX 787-721-7955
Reservations
www.hilton.com or 1 800 HILTONS

RICHARD, MARK

9745 SW 127 ST

MIAMI FL 33176
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 1021/K1D |
| Arrival Date: | 7/17/2018 11:08:00 PM |
| Departure Date: | 7/18/2018 3:06:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | JA1 |
| Room Rate: | 279.00 |
| AL: | AA JVW5148 |
| HH # | 885265021 DIAMOND |
| VAT # | |
| Folio No/Che | 684338 A |

Confirmation Number: 3455212715

THE CONDADO PLAZA HILTON 7/18/2018 3:05:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 7/17/2018 | GUEST ROOM | FM1 | 5452411 | $279.00 | | |
| 7/17/2018 | RESORT TAX | FM1 | 5452411 | $25.11 | | |
| 7/18/2018 | AX *6026 | JA1 | 5452887 | | ($304.11) | |
| | | | **BALANCE** | | | $0.00 |

==1 night at $300==

For billing inquiries, please contact the credit card department at 787-721-1000 extension 2014.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 508060 | MERCHANT ID | 9380100017 |
| CARD NUMBER | AX *6026 | EXP DATE | 01/22 |
| TRANSACTION ID | 5452887 | TRANS TYPE | Sale |

*Hotel Cap $300 per night in San Juan

Page:1

# CREDITORS COMMITTEE EXPENSE REPORT

NAME: Mark Richard  PERIOD COVERED FROM: 10/14/18  TO: 10/15/18

COMPANY: American Federation of Teachers

ADDRESS: 555 New Jersey Avenue, N.W., Washington, D.C. 20001-2079

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/18-10/15/18 | San Juan, PR | Creditors Mtg | | | $250.80 | $14.85 | $286.85 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTALS | | | $ | $ | $ 250.80 | $ 14.85 | $ 286.85 | $ | $ |

ADDITIONAL INFORMATION:

**ATTACH ALL RECEIPTS**                                                                TOTAL DUE: $ 552.50

**Brianne Hernandez**

**From:** Mark Richard
**Sent:** Saturday, September 15, 2018 7:52 PM
**To:** Melody McDougald; Brianne Hernandez
**Subject:** Fwd: Your trip confirmation-ZWFUSC 12OCT

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential information. The information in this e-mail is intended only for the use of the addressee(s) named above. If you have received this e-mail and you are not an intended addressee(s) named above, please immediately notify me by telephone at 305-412-8322. Any disclosure, copying, distribution, or other use of any information transmitted in this e-mail is strictly prohibited, except for the use of information regarding how to contact me to advise me of your erroneous receipt of this e-mail. Mark Richard, Phillips, Richard, Rind, P.A.

Begin forwarded message:

**From:** American Airlines <no-reply@notify.email.aa.com>
**Date:** September 15, 2018 at 6:07:41 PM EDT
**To:** "MRICHARD@PHILLIPSRICHARD.COM" <MRICHARD@PHILLIPSRICHARD.COM>
**Subject: Your trip confirmation-ZWFUSC 12OCT**



American Airlines

Hello Mark Richard!                                    Issued: Sep 15, 2018

Your trip confirmation and receipt

Record locator: **ZWFUSC**

Manage Your Trip

1

## Friday, October 12, 2018

| MIA | SJU | Seats: 4B , 4A |
|---|---|---|
| 12:10 PM | 2:47 PM | Class: Business (C) |
| Miami | San Juan | Meals: |

American Airlines 1613

Free entertainment with the American app »

## Monday, October 15, 2018

| SJU | MIA | Seats: 15D , 15C |
|---|---|---|
| 5:09 PM | 8:04 PM | Class: Economy (S) |
| San Juan | Miami | Meals: Entrée Selected |

American Airlines 1355

**Mark Richard**          AAdvantage # JVW5148 EXP

Ticket # 0012311210701

   

# Your trip receipt

   Exchange, American Express
XXXXXXXXXXXXX024

*Mark Richard*

FARE-USD                                                              $ 194.00

2

| | |
|---|---|
| TAXES AND CARRIER-IMPOSED FEES | $ 56.80 |
| TICKET TOTAL | **$ 250.80** |
| ADDITIONAL FARE COLLECTION | $ 22.00 |

[redacted]

   

**Hotel offers**    **Car rental offers**    **Buy trip insurance**    **SuperShuttle**

 

Contact us | Privacy policy

### Get the American Airlines app

 

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - MIASJU-02 Pieces/ American Airlines /EACH PIECE UP TO 70 POUNDS/32 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS BAG ALLOWANCE -SJUMIA-

3

**UBER**   Ride   Drive   More                                          Help    Mark

15 October 2018, 3:04 pm Request               **Fare Breakdown**

Rate trip ★ ★ ★ ★ ★                            Trip Fare              $13.14

Resend Receipt                                 Subtotal               $13.14



                                               Booking Fee             $1.71

                                               Total                  $14.85

                                               •••• 4016              $14.85

| Car    | Miles | Trip Time | Total Fare |
|--------|-------|-----------|------------|
| UberXL | 5.67  | 16 min    | $14.85     |

52 Cll Aguadilla, San Juan, 00907, Puerto Rico
3:04 PM

Av. Aeropuerto, Carolina, 00979, Puerto Rico
3:24 PM

# CONDADO VANDERBILT
### HOTEL

| | |
|---|---|
| Guest Name: | **Mark Richard**<br>Paul Hastings LLP<br>9360 Southwest 72Nd Street<br>Suite 283<br>Miami, FL  33173 |

Room #: 611
Folio #: RCV11F95
Group #:
Guests:  2
Clerk:  JVAZQUEZ

Arrive: 10/12/18    Time: 03:24 PM    Depart: 10/15/18    Time: 03:13 PM    Status: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 10/12/2018 | ROOM CHARGE | 611 | | $219.00 | $0.00 |
| 10/12/2018 | HOTEL TARIFF | 611t | HOTEL TARIFF | $39.42 | $0.00 |
| 10/12/2018 | GOVERNMENT TAX | 611t | GOVERNMENT TAX | $28.43 | $0.00 |
| 10/13/2018 | ROOM CHARGE | 611 | | $219.00 | $0.00 |
| 10/13/2018 | HOTEL TARIFF | 611t | HOTEL TARIFF | $39.42 | $0.00 |
| 10/13/2018 | GOVERNMENT TAX | 611t | GOVERNMENT TAX | $28.43 | $0.00 |
| 10/14/2018 | ROOM CHARGE | 611 | | $219.00 | $0.00 |
| 10/14/2018 | HOTEL TARIFF | 611t | HOTEL TARIFF | $39.42 | $0.00 |
| 10/14/2018 | GOVERNMENT TAX | 611t | GOVERNMENT TAX | $28.43 | $0.00 |
| 10/15/2018 | PAY AMERICAN EXPRESS | 10159520633 | ***********7024 | $0.00 | ($1,387.44) |

*Handwritten annotation:* $286.85 (bracketing $219.00, $39.42, $28.43 for 10/14/2018)

Folio Balance:    $0.00