UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA<br>: Title III |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : (Jointly Administered) |
| Debtors.[1] | : |

---

**ORDER GRANTING FOURTH INTERIM APPLICATION OF MEMBER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR REIMBURSEMENT OF EXPENSES FOR PERIOD THROUGH MAY 31, 2018**

Upon consideration of the application (the "Application")[2] of Committee Member, for an order pursuant to the Interim Compensation Order and section 503(b) of the Bankruptcy Code made applicable to these cases by section 301(a) of PROMESA, for reimbursement of expenses for the period through January 31, 2017, the court hereby FINDS AND DETERMINES that (i) the court has jurisdiction to consider the Application and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue is proper before this court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Application has been provided under the particular circumstances and no other or further notice need be provided; (iv) any objections to

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

the Application having been resolved; (v) all persons with standing having been afforded the opportunity to be heard on the Application; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT:**

1. The Application is granted on an interim basis.

2. Committee Member's claims for reimbursement of actual and necessary expenses incurred during the Application Period is hereby allowed in the amount of $3,235.16.

3. To the extent the amount described in paragraph 2 hereof has not already been paid pursuant to the Interim Compensation Order, the Debtors are directed to reimburse Committee Member for its outstanding expenses in the amount of $3,235.16 within fourteen days of the date of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. The Committee is authorized and empowered to take all necessary actions to implement the relief granted in this Order.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated:

                                            HON. LAURA TAYLOR SWAIN
                                            UNITED STATES DISTRICT JUDGE