## EXHIBIT A

### Additional Interested Parties as of March 13, 2019

**Administrative Claims**
Ponce Real Estate Corporation
Romero, Arcadio Bigio

**Bondholders**
ASM BLMIS Claims LLC
Crown/PW SP
First Puerto Rico Family of Funds
FPA Crescent Fund
Franklin Funds
Laguna Ray, L.L.C.
LS Strategic Income Fund
Map 98 Segregated Portfolio
Oaktree Opportunities Fund IX, L.P.
Oceana Master Fund Ltd.
Pentwater Merger Arbitrage Master Fund Ltd.
PWCM Master Fund Ltd
Silver Point Capital Fund, L.P.

**Litigation Parties**
Abasolo, María Palou
Atienza, Elí Díaz
Bayles, Charles
Kreil, Ralph A.
Ortiz, José
Owens, David K.
Pou, Robert
Vega, Christian Sobrino

**Notice of Participation**
Adams, Lawrence M.
Adorno, Luis I. Figueroa
Alex, Elsie
Alex, William F.
Alvarez, Ethel
Antonucci, Shirley Maria
Armstrong, James J.
Ashinoff, Craig
Aul Jr., Edward F.
Ayyar, Mani
Bader, Ghassan N.
Badillo, Maria Del Rocio
Baerga, Luis

Baker Jr, Norman D.
Barbour, Edward
Barros, Ulises
Bateman, John Robert
Bender, Sheldon
Bentivegna, Louise
Bergman, John
Berrong, David
Binkley, Sheila A.
Bordin, Charles
Boston Trust & Investment Management Company
Bottey, Angel Blanco
Bowhay, Michael
Branch, Veronica M.
Brilliantine, Bruce R.
Brinn, Louis
Brinn, Rosalie
Brita, Joseph
Brown, Alan R.
Brown, Irene G.
Brown, Joel Barry
Brown, Mabel C.
Bruce, Wilodyne
Brusca, Kerry
Cafaro, Rosario
Cannilla, Maryanne
Carlson, Dean L.
Caro, Efrain Gonzalez
Carswell, Bruce
Castro, Miguel Pomales
Cervera, Antonio Martin
Chaiken, Marsie
Chaiken, Marvin
Chang, Sandra K.
Chanin Family Limited Partnership
Chisenhall, Wayne
Christensen, David M.
Christensen, Irvin
Chudow Family Trust 2015
Claffey, Lewis L.
Clopper, Herschel
Coblentz, Adrien
Cogliano, Kenneth
Cohen, Steven
Collotta, Peter
Coop Las Piedras

Cooper, Paul S.
Corey, Edwin
Crowfoot, Nancy
Daniels, Barbara
Daniels, Timothy
David, Allan
David, Carolyn
DeFabbio, Alan
DeFranco, Jr, James P.
del Toro, Sven Comas
Delaney, Leo T.
Devore, Archie L.
Dienstbach, Ute
Doroszka, Arlene H.
Dougan, Rae Marie
Dougan, William D.
Dreyfuss, David J.
Duncan, Adam
Dusza, Maryann
Earl, William
Elconin, Howard
Elias, Judith
Encody Inc.
Estabrook, Mary B.C.
Estate of Rose W. David
Esteves, Carmel
F & J Tanzer Family Limited Partnership
Farley, Anne
Farrant Jr, James
Farraro, Arminda de Choudens
Feder, Mel
Feder, Sybil
Feigenbaum, Eleanor
Feit, Betty
Feit, Renee
Feltgen, Thomas E.
Fennell, Jacqueline
Fennell, Robert Lee
Ferman, John E.
Fernandez, Rafael
Fernandez, Ramona
Fideicomiso Plaza
Finkel, Myron
Foschetti, Jean
Frank, Martin L.
G.R. y Asociados, S.E.

Gabai, Joseph
Gabai, Michele
Galbraith, Jason
Garcia, Elfa
Garcia, Herminio Perez
Garcia, Jose F. Lluch
Garcia, Manuel Mendez
Garuccio, Thomas
Gaynor, David J.
Giraud, Manuel B. Martinez
Glaser, Gunther G.
Glassman, Alyson H.
Goldstein, Bernard
Goldstein, Gloria
Goldstein, Laurie B.
Goldstein, Marilyn
Gonzalez, Josefina Varela
Goodman, Caroline
Goodman, Wendy
Gossels, Bonnie
Gossels, Elaine
Gregory, Fred A.
Gutfleish, Phyllis
Hall, Duncan M.
Hamitton, Sharon Lucille
Handelsman, Linda B.
Harding, Edmund K.
Held, Miriam Z.
Hernandez, Griselle
Himmelstein, Matthew
Hindi, Moneer
Holm, Kenton B.
Holt, James D.
Horowitz, Gerald
Hover, John
Howard, Walter J.
Hughes, R.J.
Hughes, Robert B.
Incopero, Vincent J.
Isroff Family LLC
Iturrondo, Angeles Molina
Izquierdo, Hilda
Jacklin, Nancy P.
Jacobs, Natalie
Jacoby, Jayne
James, Bruce W.

Japp, Theodore
Jezouit, Lawrence S.
KDR LLC
Keith, Maxwell
Keleher, Beatrice
Keleher, Joseph D.
Kessler, Diane
Klasky Trust
Klein, Leon
Kline, Carol A.
Knopf Family Trust
Kobrin, Fanny
Kobrin, Nathan
Kock, Angel A.
Komornik, Caryl
Koory, Joseph
Krokar, Marie V.
Kullas, Robert H.
Kurtz, Craig
Kurtz, Hugo E.
Laboratorios Ramirez, Inc.
Lansford, Marlene N.
Lawrence, Lee A.
Lawton, Cheryl
Leggett, James F.
Levy, Abe
Lewis, Arnold C.
Link, Rex C.
Lipow, Jules B.
Liu, Shen Tai
Liu, Tammy T.
Living, Devine
Loev, Gerard
Lopez, Maritza Maldonado
Loring, Susan D.
Loubriel, Jose M. Bonnin
Lugardo, Ruben Nieves
Lukin, Seymour
Ma, Yan-Chow
Malave, Angel B.
Malin, Douglas H.
Mandalaovi, Mauricio
Manor, Roslyn
Martin, Maria Teresita
Martinez, Francisco A. Fernandez
Marty, Nestor Rodriguez

McCormack, Susan
MCT Limited Partnership
Meath, Margaret M.
Medina, Cordelia B.
Medina, David C.
Medina, Laura
Mendelson, Helene
Mendelson, Herbert J.
Mendez, Carmen Felix
Mendez-Bonnin, Jose R.
Messer, Robert
Meyers, Alvin
Meyers, Linda S.
Michael Franceschini
Miguel, Maria T. San
Milano, Deborah
Miller, Robert J.
Min, Warren
Minutoli, Anthony
Minutoli, Rose
Moadel, Yahya
Molina, Myrta Lopez
Molinari, Kermit A. Perez
Moliterno, Valerie
Moskin, Donald H.
Muhando, Charles
Nagel, Marie R
Negron, Ivonne Laborde
Nowie, Robert S.
Olian, Matthew
Ostroff, Jeffrey L.
Oursler Sr, Steven M.
Pacheco, Carmen I. Garcia
Pacini, Maureen
Paddock Investment Trust
Patti, Anthony
Pfisterer, Gary S.
Phillip Hamitton, Lawrence
Pisecki, Jerry
Pollak, John
Preciado, Angel Miguel Ezquerro
Probst, Kathleen
Ramirez, Raul
RCG PR Investments LLC
Reyes, Carmen M. Reyes
Rivera, Feliz Maldonado

Rodriguez, Edwin
Rosario, Rufo E. Gonzalez
Rosello, Maria
Rosen, Steven
Rosin, Linda
Rosso, Jorge L.
Rothman, Rona Iris
Russo, Lawrence
RWK CS Trust
Sabater, Enrique Alfonso
Salla, Steven Della
Santiago, Edwin Maldonado
Scher, Sherry
Schimel, William
Schott, Robert F.
Schrier-Behler, Lynn
Scully, Brian
Scully, Ellen
Searle and Company
Seifert, Richard D.
Sellers, Jeffrey
Shabato, John
Shang, Nora
Shanovich, Peter
Sheeler, Paul D.
Sheikholeslam, Shahab
Shelton, Edward
Silber, Judy G.
Silverstein, Lorraine
Sipics, Diane
Skidell, Grace
Smith, Gladys
Snyder, Irvin J.
Solis, Ruy
Solomon, Carl
Solomon, Lawrence
Spencer, Jean
Stein, Bernard
Stein, Marlene S.
Struletz, Donna
Suarez, Moises
Suatoni, Marie M.
Suatoni, Richard A.
Sussman, Stephen
Tanzer, Floyd R.
Tanzer, Shoshannah D.

Teller, Izak
The McKenzie Family Trust
Thompson, Dennis
Toerey-Curvino, Eva Maria
Torres, Myrna Y. Soto
Tracy, Richard
Trombadore, John J.
Urbanski, Kathleen V.
Valentine, Jan
Varela, Yvonne Baerga
Vassey, Bradford C.
Velazquez, Edwin Vargas
Velez, Radames Ruiz
Vidal, Arturo Pico
Viera, Eva Judith
Virella, Amilda J. Avila
Weiss, William
Westercamp, Fred
Whiting, Jeffrey M.
Wiatrowski, James
Wiederspiel, Bruce
Winkler, Charlotte
Winslow, Jeffrey S.
Winslow, Mitchell F.
Winter, Fred
Wolf, Sheila
Wolstencroft, John Michael
Zaretsky, Michael
Zaretsky, Rose
Zois, Konstantin W.

**Objections to COFINA Plan**
Dvores, Lawrence B.

**Parties Filing Lift Stay Motions**
Collazo-Bougeois, Alys
Concilio Naciona de Policias (National Council of Police Officers)
Cuarterola, Inc.
Delgado, Lucynette Arroyo and her minor son, A.G.A.
Fortes-Cortes, Nilda, mother and legal guardian of DRF, and DRF
Frente Unido de Policias Organizados (United Front of Organized Police Officers)
Juaza, Inc.
Lortu-Ta Ltd., Inc.
MAO & Associates Investments, Inc.
MMM Healthcare, Inc.
Perrello-Borras, Jaime

PMC Medicare Choice, Inc.
Reyes, Michael E. Danuz
Rivera-Carrasquillo, Elizaida
Rodríguez, Frank E. Torres
Southern Horizons, Inc.
Sun and Sand Investment Corp.
Tallaboa Industrial Development, Inc.
Torres, Eva
Torres-Torres, Janice
Valdivieso-Torruell, Jorge L.P.

**Parties Filing Notice of Appearance**
Ad Hoc Group of Constitutional Debtholders:
        BlackRock Financial Management, Inc.
        Deutsche Bank Securities, Inc.
AmeriNational Community Services, LLC
Amicus Curiae the Autonomous Municipality of San Juan
Autonomous Municipality of San Juan
Bard Shannon Limited
Commonwealth Bondholder Group:
        Constellation Capital Management, LLC
Cruz-Ybarra, Helvia
Federación de Maestros
GMS Group, LLC
Gomez, Carlos Ifarraguerri
Lawful Constitutional Debt Coalition
PROSOL-UTIER

**Professionals**
Alvarez & Marsal North America, LLC
Conway MacKenzie, Inc.
Norton Rose Fulbright US LLP
Rothschild & Co US Inc.

**Responses to Omnibus Objections to Claims**
Auletta, Hedwig M.
Berrios-Perez, Edilberto
Bird, Linda W.
Bracero, Rafael E.
Cardona, Mirta Vincenty
Casasnovas, Maria Emilia
Cebollero-De Dragoni, Carmen R.
Cooperativa de Ahorro y Credito Caribecoop.
Correa-Acevedo, Tomas
Costas, Carlos A
Criado, Jose R.

De Osuna, Francisco de A. Toro
de Vincenty, Margarita Guzman
Dragoni, Lorenzo
Estate of Pedro Vicenty
Farmacia La Ventana, Inc.
Funeraria Shalom Memorial Inc.
Gambino, Keith
Hein, Peter
Kaye, Linda A.
Leavitt JT TEN, Olga Stavros
Leavitt, Peter
Lebron, Miriam Sanchez
Lowery, Joseph T.
Monge, Jorge L. Catala
Muriel, June C. Andrade
Ocampo, Marie E.
Perez, Reinaldo Vincenty
Pons-Pagan, Doris Zoe
Quesada, Alexandra Marini
Quesada, Victor Marini
Quintana, Rafael Rodriguez
Ramirez-Rivera, Francisco M.
Rodriguez, Juan Cruz
Rodriguez-Colón, Lilia M.
Rovira, Carmen Ana
UBS Trust Company of Puerto Rico

**Transfer of Claims**
Herrera, Carlos A. Rodriguez
Whitebox Caja Blanca Fund, LP
Whitebox GT Fund, LP

**Other**
Acevedo, Arturo
Acevedo, Juan
Acosta, Jacqueline
Acosta, Ricardo
Agosto, Adalina
Aguirre, Marlon Jijon
Aja, Carlos
Alamo, Rosa Rivera
Aleman, Marina
Alfonzo, Veronica
Alicea, Carlos
Alicea, Robert
Almedina, Eugenio
Alvarado, Jackeline

Alvarez, Natalia Calderon
Alvarez, Nelson
Andujar, Omayra
Aponte, Claudia
Arbona, Joseph Pousada
Arce, Yulissa
Arons, Elenor
Asencio, Joan
Azalia, Vivian
Babbitt, Larkin E.
Badger, Will
Baez, Julio
Ball, Aida
Barbosa, Benny
Barrios, Abraham Rivera
Barsy, Marina
Benitez, Lin
Bigas, Lianabel Oliver
Bigay, Manuel Velez Calle Arquitecto Pedro
Blondet-Passalacqua, Cecille
Boyer, Doris
Brana, Zoraida
Brockoff, David
Bruno, Nicole Torres
Burgos, Alexander
Burgos, Luis
Caban, Carissa
Cabanillas, Francisco
Cabanillas, Monica Rios
Caffey, Keila
Camacho, Zaida
Campos, Ginna Malley
Candelaria, Cindy
Caraviello, Armand
Carbia, Luis
Cardona, Nyra
Carrasquillo, Lucy
Carrasquillo, Marilu
Carrasquillo, Narielys Marquez
Carrasquillo, Sonia
Carrion, Guillermo
Casanova, Minirka Caban
Casellas, Detyari
Casillas, Diane
Casillas, Luis
Castellanos, Iliana Paz

Castillo, Vilmarie
Castro, Amanda
Caylor, Vivian
Cerama, Monica
Clemente, Mara
Collazo, Rosa
Colon, Adriana De Persia
Colón, Rubén
Colon, Vivien Mattei
Conde, Pedro
Consobre, Robin Gail Garland
Conty, Myrna
Corby, Alexander
Cordero, Michael
Correa, Maria De Lourdes Garica
Cortes, Christine
Cotto, Mario
Crespo, Angel
Crespo, Kathleen
Crespo, Katia Garcia
Crespo-Kebler, Elizabeth
Cruet, Juan
Cruz, Dayra Cruz
Cruz, Maria
Cruz, Maria Victoria
Cruz, Mariel
Cruz, Olivier David Perrinjaquet
Cruz, Yarina E.
Cruz-Torres, Elisa
Cuadra, Cruz Miguel Ortiz
Cueto, Jose Caraballo
Cuevas, Christopher
Curiel, Libby
Dalmau, Camille Alexandra Padilla
Darko, Akwai
Davila, Angel Berrios
Davila, Diana
Day, Clifford
De Jesus, Benito
De Jesus, David
De La Luz, Caridad
De Leon, Mayra
De Los Santos, Sylvia
Delamancha, Donquijote
Delgado, Laura
Delgado, Lina

Delgado, Sarah
Diaz, Felicita Rodriguez
Diaz, Jean G. Vega
Diaz, Jean Pierre Vega
Diaz, Jean Vega
Diaz, Melinda
Diaz, Nelson
DiMarco, John
Echavarry, Cynthia
Echevarria, Elizabeth
Eduardo, Eduard
Elias, Ivan
Elias, Rafael
Elias, Salvador de le Cruz
Emanuelli, Christine
Erickson, James and Elizabeth
Escobar, Joe
Estrada, Stephanie
Evangelista, Chris
Falk, Leona
Falu, Georgina
Febo, Luz Diaz
Feinberg, Marian
Feldman, Melvin
Feliciano, Hector Cruz
Fernandez, Gradissa
Fernandez, Luis
Fernandez, Margarita
Fernandez-Zavala, Margarita
Ferrer-Gonzalez, Edgar
Figueroa, Beatriz Llenin
Figueroa, Elizabeth
Figueroa, Marta Amaral
Figueroa, Marta Elsa
Figueroa, Yadira
Finder, Seymour
Fischer, Alex
Flores, Samantha Correa
Fonteboa, Manuel Garcia
Forteza, Hugo Arenas
Fracheshi, Jose
Francisco, Alejandro
Franqui, Sonita
Frontera, Rene
Fuentes, Agustin Lopez
Fuentes, Marinilda

Gallardo, Miriam
Gallon, Jose
Gamaliel, Aaron
Garcia, Arlene
Garcia, Frances Figarella
Garcia, Gilda
Garcia, Izabelle
Garcia, William
Garriga-Lopez, Adriana
Gavillan-Suarez, Jannette
Gaztambide, Basilio
Gaztambide, Miriam Basilio
George, Michael B.
Gillis, Robin
Ginese, Stephanie
Godoy, Mario
Gonzalez, Abel
Gonzalez, Ashley
Gonzalez, Carmen
Gonzalez, German
Gonzalez, Gilberto
Gonzalez, Ingrid
Gonzalez, Miriam
Gonzalez, Saul
Gonzalez-Sparks, Raquel
Greenberg, Bonnie
Guerra, Hipolita
Guiterrez, Gerardo
Guzman, Carlos M.
Guzman, Maria de L.
Haland, Olga
Halpern, Marcia
Hernandez, Andreina
Hernandez, Andres
Hernandez, Nelson
Herron, Antonio
Hidalgo, Michelle
Hildago, Janice
Homar, Susan
Hood, Meralis
Inoa, Oswald
Inserni, Frank
Irizarry, Beatriz
Irizarry, Maria
Irizarry, Maria De Mar
Irizarry, Maria del Mar

Jacobs, Adam
Jacobs, Eli
Jimenez, Brianna
Jimenez, Karina
Jimenez, Marisol
Jones, Jennifer
Jones, Shannon
Jose-Basurto, Aaron
Katz, Alan
Kearney, Kathy
Keating, Giselle
Knadle, Travis
Konigsberg, Frederic
Lamont, Jennifer
Laricchia, Saskia
Latorre, Jose A.
Lazo, Katherine
Lewis, Lisa
Lillo, Javier
Llompart, Ana
Llorens, Eileen
Lombardi, Vanessa
Long, Cate
Lopez, Adalberto Nunez
Lopez, Alana
Lopez, Alejandro
Lopez, Arlene
Lopez, Carlos Vega
Lopez, Damaris
Lopez, Glorimar
Lopez, Irvis M.
Lopez, Jacob Soto
Lopez, Mari
Lopez, Neshma
Lopez, Sandra
Lora, Jezmina
Lucena, Dr. Josue Segarra
Luciano, Adolfo
Lugo-Rivera, Aida
Malave, Monserrate
Maldonado, Edward
Maldonado, Haydee Seijo
Maldonado, Jennifer
Maldonado, Jose
Maldonado, Sai
Maldonado-Medina, Lucia

Maria, Flor
Marquez, Maribel Ortiz
Marquez, Rosa Luisa
Martin, David
Martinez II, Joseph
Martinez, Bianca
Martinez, Carlos F. Rosado
Martinez, Christopher Soto
Martinez, Jason
Martinez, Nelson
Martorell, Alejandra
Marvel, Lucilla Fuller
Matos, Jose
Medina, Frances
Medina, Jose Luis
Medina, Minerva
Medina, Osvaldo Quinones
Medina, Raquel
Mejia, Lilah
Melendez, Eduardo
Melendez, Juan Carlos Shannon
Melendez, Michelle
Melendez, Nitza
Mendez, Bertha
Mendez, Maribel Jimenez
Mercado, Astrid Flores
Mercado, Luis
Mercedes, Maria
Miguel, Felix Tomas
Miguel, Melanie
Molina, Desiree Michelle
Molinelli, Mariana Nogales
Monila-Dapena, Jose
Monserrat, Edwin Navarro
Monserrate, Carlos
Montanez, David
Morales, Ailed
Morales, Irma
Morales, Jose
Morales, Justin
Morales, Liliana Cotto
Morales, Marisol
Morales, Mirka
Morales, Otilo
Muniz-Otero, Mariel
Muriente-Pastrana, Gabriel

Myers, Leigh
Nagy, Daniel
NaraBemi, Jeshanah
Navedo, Manuel
Navia, Maria Mercedes
Negron, Milca
Negron, Rafael Fuentes
Negron, Walter
Nereida Feliciano
Nieves, Carina Marie
Nieves, Esteban
Nin, Eduardo
Noble, George
Noriega, Reyna
Ocasio, Francisco
Ofarrill, Adryana Muller
O'Ferrall, Ingrid
Olivencia, Ramon
Olmedo, Jose
Oneill, Jaime Diaz
Ordonez, Maria Antonia
Oritz, Yexsaira
Ortega, Mara Maritza
Ortega, Susan Ackoff
Ortiz, Cruz M.
Ortiz, Cruz Miguel
Ortiz, Erik
Ortiz, Griselle M. Robles
Ortiz, Isaias
Ortiz, Maribel
Ortiz, Maru
Ortiz, Nellie Zambrana
Ortiz, Sofia Sierra
Orum, Shyama
Oruna, Maria Cristina
Otero, Alexavier
Otero, Evelyn
Otero, Nilsa
Otero, Rafael
Padovani, Andre
Padro, Tania
Pagan, Frank
Pagan, Luis
Pagan, Mildred
Pagan, Odniel
Pena, Thomas

Perales, Iris
Pereles, Libia
Perez, Carlos Muniz
Perez, Debbie
Perez, Eduardo
Perez, Felix
Perez, Luis
Perez, Priscilla
Perez, Solmari
Perez-Gatell, Ramon
Perry, Matthew
Peterson, Mark
Planas, Noel Pineiro
Plancarte, Rodolfo
Popular Democratic Party Caucus of the Puerto Rico Senate
Portnoy, Arturo
Prados-Rodriguez, Eva
Prieto, Jose
Puerto Ricans in Action
Puerto Rico Transparency Network
Quiles, Reyner Cruz
Quinones, Martha
Ramirez, Elyssa
Ramirez, Joyce
Ramos, Luis
Ramos, Rafael
Renta, Jose Rafael
Resistance, Chicago Boricua
Reyes, Ana Maria Serrano
Reyes, Olga Del Mar
Reyes, Pedro
Ribo, John
Rios, Alexandra Rivera
Rios, Jose R.
Rios, Robert Ramos
Rios, Yasmara
Rivera, Carmen Gonzalez
Rivera, Denise
Rivera, Elba
Rivera, Emanuel Pacheco
Rivera, Gabriela
Rivera, Ilia
Rivera, Jesus
Rivera, Jomar
Rivera, Jorge
Rivera, Maritza

Rivera, Myra
Rivera, Nahiri
Rivera, Omayra
Rivera, Sonia
Rivera, Vivianette
Robles, Pedro
Robles, Sonia Feliciano
Rodriguez, Anthony
Rodriguez, Apolonia Gonzalez
Rodriguez, Camaro
Rodriguez, Chabela
Rodriguez, Cynthia
Rodriguez, Diandra
Rodriguez, Elisabet
Rodriguez, Elvin
Rodriguez, Gilberto
Rodriguez, Gloria
Rodriguez, Grace
Rodriguez, Helga
Rodriguez, Iran
Rodriguez, Jose S.
Rodriguez, Luis Alexis
Rodriguez, Norma
Rodriguez, Nylia
Rodriguez, Samuel
Rodriguez, Vivian
Rodriguez, Wil
Rodriguez-Fernandez, Gabriel A.
Rodriguez-Rosario, Isabel
Roldan, Jaeson
Roldan-Flores, Alfredo
Rosa, Alanis
Rosa, Alessandra
Rosado, Gabriela
Rosado, Tayra Walle
Rosario, Frank
Rosario, Rosana
Rose, Amelia
Rose, Rebeca Agosto
Rose, Yadira Rivera
Ruiz, Elisa
Ruiz, Heriberto Ortiz
Ruiz, Michelle
Ruiz-Irizarry, Mabel
Rullan, John
Saez, Luis Raul

Samodovitz, Arthur
Sanchez, Norma Jimenez
Sanchez, Peter
Sanjurjo, Kristi
Santana, Deborah
Santiago, Camille
Santiago, Eugenio
Santiago, Jerry
Santiago, Julio
Santiago, Larissa
Santiago, Luis
Santiago, Magaly
Santiago, Ricardo
Santiago, Waldemar
Santiago, Wilfredo Burgos
Santiago-Fernandez, Myrtha Rose
Santos, Sergio
Sastre, Katherine
Schacter, Kathy and Richard
Schmidt, Jorge
Schott, Robert
Schummer, Nicole
Seale-Collazo, James
Seary, Sean
Seary, Sean
Seijo, Delia
Seijo, Luisa Rosado
Sepúlveda, Jose
Serrano, Reinaldo Torres
Sierra, Rosannie
Sigal, Richard
Smith, Donna Marie
Soto, Aileen
Soto, Jovanna Garcia
Soto, Juan Carlos Cotto
Soto, Linda
Soto, Luz Cuadrado
Soto, Omar
Soto, Tania Delgado
Soto-Gonzalez, Maria de Mar
Sotomayor, Diana Isabel
Spartako, Flandes
Stockman, William
Stoever, Russell
Suarez, Luz Celeste
Suarez, Oscar Marcelo

Susko, Steven
Swany, Teresa Volmar
Taverso, Marcos Martinez
The Board of Trustees of the PREPA Employees' Retirement System:
      Adrover, Juan Carlos
      Ramírez, Sammy
      Román, Alvin
The Democratic Socialists of America – Palm Beach Chapter
Tiangco, Juana
Timoney, Adriana
Tio, Patrica Trigo
Tirado, Jose Jimenez
Toapanta, Grace
Toldeo, Delia
Torres, Andrew
Torres, Awilda Santos
Torres, Edwin
Torres, Javier Smith
Torres, Ramon
Torres-Lopez, Maria J.
Torres-Rodriguez, Laura Juliana
Troche, Madeline
Truesdell, Lee Ann
Tucci, Joanne
Urbina, Xavier Cruz
Uribe, German
Valentin, Martiza
Vargas, Grace
Vasquez-Berrios, Dr. Carlos J.
Vazquez, Julissa
Vazquez, Leonardo
Vazquez, Nancy Matos
Vazquez, Nashalie
Velazquez, Rafael
Velez, Mayra
Velez, Sandra
Vessels, Stephen
Vivoni, Edric
Von Huben, Ana
Washington, Lydia Gilligan
Winkis, Anita
Wright, Donna
Yudkin, Anita
Zamudio, Miguel
Zaya, Fred
Zayas, Lisa