# EXHIBIT B

## Additional Interested Parties or Their Affiliates, Which Paul Hastings Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases[1]

| Additional Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| LS Strategic Income Fund | Bondholders | Not a client. Entities related to parent are current clients. |
| Bard Shannon Limited | Parties Filing Notice of Appearance | Not a client. Entities related to parent are current clients. |
| BlackRock Financial Management, Inc. | Parties Filing Notice of Appearance | Former client. Entities related to parent are current clients. |
| Deutsche Bank Securities, Inc. | Parties Filing Notice of Appearance | Current client. Parent and related entities are also current clients. |
| GMS Group, LLC | Parties Filing Notice of Appearance | Current client. |
| Searle and Company | Notice of Participation | Not a client. Parent and related entities are current clients. |
| Alvarez & Marsal North America, LLC | Professionals | Not a client. Related entities are current clients. |

---

[1] Please note:

The individuals identified as "Other" in Exhibit A have submitted email correspondence to the Court or may otherwise be involved in the Title III Cases. *See, e.g.,* Docket Nos. 4033, 4348, 4438, 4460, 4494, 4567, 4576, 4650, 4801, 4809, 4838, and 4990. While Paul Hastings does not believe that it has any connection to these individuals, the information submitted by these individuals is not sufficient to allow Paul Hastings to definitively determine whether it has any connection to these individuals.

An individual named David K. Owens is identified as a defendant in Adversary Proceeding No. 18-00047. While Paul Hastings does not believe that it has any connection to Mr. Owens, Paul Hastings does not have sufficient information to definitively determine whether or not it has any connection to Mr. Owens.

Individuals named Alan R. Brown, Steven Cohen, Robert B. Hughes, and Robert J. Miller have submitted a Notice of Participation to the Court in the Title III Cases [Docket Nos. 5606, 5361, 5359, and 5353]. While Paul Hastings does not believe that it has any connection to these individuals, Paul Hastings does not have sufficient information to definitively determine whether or not it has any connection to these individuals.