

Deborah Gordon
1240 Noonan Dr
Sacramento, CA 95822



Clerk of the US District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

00918-170625