

Frank Koval
Ms. Fern Burch
1220 Brewster Drive
El Cerrito, CA 94530



CERTIFIED MAIL



7017 1450 0001 0172 0996

RETURN RECEIPT REQUESTED



U.S. POSTAGE PAID
FCM LETTER
EL CERRITO, CA
94530
MAR 12, 19
AMOUNT
$6.85
R2305M148130-10

THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2019 MAR 18 PM 5:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170625