864 NW Albemarle Terrace
Portland, Oregon 97210

**MANNING**
**JANIK** HOLDINGS



CERTIFIED MAIL™

9414 7266 9904 2005 8868 68

RETURN RECEIPT REQUESTED



PORTLAND
OR 972

3 MAR 2019
PM 3 L

NEOPOST
03/13/2019
US POSTAGE $006.85⁰

ZIP 97204
041M11289631

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 18 PM 5: 07
CLERK'S OFFICE
U.S. DIST PR
SAN JUAN