Marlene Gallagher
31-29 32 Street
Astoria, NY 11106
U.S.A.

U.S. POSTAGE PAID
FCM LETTER
ASTORIA, NY
11106
MAR 15, 19
AMOUNT
$6.85
R2305K139741-35

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767