**STIFEL** | Stifel, Nicolaus & Company, Incorporated
2121 Avenue of the Stars
Suite 2100
Los Angeles, California 90067

LOS ANGELES
CA 900
14 MAR '19
PM 9 L

UNITED STATES POSTAGE
PITNEY BOWES

02 1P    $ 000.50⁰
0001949033  MAR 14 2019
MAILED FROM ZIP CODE 90024

RECEIVED & FILED
2019 MAR 18 PM 5: 48
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court for
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625