

**Rona Comroe**
729 Oak Springs Rd
Bryn Mawr, PA 19010-1735

MIAMI FL 331
14 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 18 PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK of THE US DISTRICT COURT
FOR THE DISTRICT of PUERTO RICO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918-170625