

Ira Kronenberg
179 Garfield Ave
Passaic, NJ 07055-2412

RECEIVED & FILED

2019 MAR 18  PM 5: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ClERK oF UNITED STATES District Court

DISTRICT OF  Puerto,

Room 150
FEDeral BuildiNG

150 Carlos Chardon AVE

SAN Juan, PR 00918-1767