


John J. Lagrua
8703 Taunton Dr
Huntersville, NC 28078-8511

RECEIVED
2019 MAR 18 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RETURN RECEIPT
REQUESTED

7018 3090 0000 5779 3131

CERTIFIED MAIL

7018 3090 0000 5779 3131

THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150: FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR  00918-1767

U.S. POSTAGE PAID
FCM LETTER
HUNTERSVILLE, NC
28078
MAR 14, 19
AMOUNT
$6.85
R2303S102669-11