Steven Glassman
3862 South Lake Drive
Boynton Beach, FL  33435

RECEIVED & FILED
2019 MAR 18  PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WEST PALM BCH FL 334

13 MAR 2019 PM 3 L



Clerk of the United States District Court
    For the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625