P.O. Box 157
Wayland, MA 01778

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 2620 0001 1655 3644

RECEIVED & FILED

2019 MAR 18  PM 5:10

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

BROCKTON
MA 023
15 MA
PM 2

UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LETTER
WAYLAND, MA
01778
MAR 15 19
AMOUNT
**$6.85**
R2305H128209-44

The Clerk of the US District Court for Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625