Mr Selig Levine
37 Byron Dr
Avon, CT 06001-4507

RECEIVED & FILED
2019 MAR 18 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HARTFORD CT 061
13 MAR 2019 PM 3 L



THE CLERK OF THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN PR 00918-1767

00918-170625