P.O. Box 157
Wayland, MA 01778

CERTIFIED MAIL

7017 2620 0001 1655 3644

RECEIVED & FILED
2019 MAR 18 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

BROCKTON
MA 023
15 MAR
PM 3

U.S. POSTAGE PAID
FCM LETTER
WAYLAND, MA
01778
MAR 15, 19
AMOUNT
$6.85
R2305H128209-44

1000    00918

The Clerk of the US District Court for Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625