This $100,000.00 General Obligation was bought because of our faith in the laws of this country and Puerto Rico's law.

*Welton R. Stockun*