William R Stockman
6431 NE 150th Ave
Williston, Fl
   32696


CERTIFIED MAIL

7018 1830 0001 4545 2809





U.S. POSTAGE PAID
FCM LETTER
WILLISTON, FL
32696
MAR 14, 19
AMOUNT
$3.50
R2305E124770-07

The clerk of the United States District Court
for the District of Puerto, Room 150
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
        00918-1767

RECEIVED & FILED
2019 MAR 18 PM 5:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625