DONNA CINELLI

27 RIDGE DRIVE
WEST HURLEY, NY  12491

The Clerk of The United States District Court
For The District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625