YomTov
80 Harris Dr.
Oceanside NY 11572



The Clerk of US District Court
for the District of Puerto Rico

Room 150

Federal Building

150 Carlos Chardon Avenue

San Juan, P.R. 00918-1767



CERTIFIED MAIL

7013 2250 0000 9953 8934