

M Remillard
3569 Old Smithville Hwy N
Sparta, TN 38583

Case:17-03283-LTS Doc#:5843-1 Filed:03/18/19 Entered:03/19/19 10:16:03 Desc: Envelope Page 1 of 1



RECEIVED & FILED
2019 MAR 18 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

00918-170625