Michael A. Woolridge
4006 Balmorhea Ave
Houston, Texas 77039

The Clerk of the District
of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan Puerto Rico 00918-1767

CERTIFIED MAIL
7018 3090 0001 5400 0590