

Barbara Corwin
2542 Coco Plum Blvd. Apt. 802
Boca Raton, FL  33496-2036

RETURN RECEIPT REQUESTED

The Clerk of The United States District Court
for The District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767