Schuffer (?)
Marca Schiffer
5746 Crystal Shores Dr
Apt 408
Boynton Beach, FL
33437

RECEIVED & FILED
2019 MAR 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WEST PALM BCH FL 334
13 MAR 2019 PM 4 L

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico, 00918-1767

00918-176525