

Ms. Lois Feldman
5407 Viburnum St.
Delray Beach, FL 33484

The Clerk of the U.S. District Court
District of Puerto Rico    Room 150
Federal Building
150 Chardon Ave.
San Juan, PR 00918-1767