

Mr. Alan Stevens
74 Hamlet Dr.
Hauppauge, NY 11788-3344



CERTIFIED MAIL

7019 0140 0000 1931 9685



1000



00918

U.S. POSTAGE PAID
FCM LETTER
HAUPPAUGE, NY
11788
MAR 13, 19
AMOUNT
$4.05
R2304M109967-02

The Clerk of the United States District Court
for the district of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR. 00918 - 1767

009181706 C018