Howard Haft
1391 Valley Rd., Apt. G
Wayne, NJ  07470

RECEIVED & FILED
2019 MAR 18 PM 5: 38

The Clerk of The United States District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue,
San Juan, Puerto Rico. 00918-1767

00918-170625