**M**
THE MAHONEY
GROUP

**RAYMOND JAMES**®

1 Crosfield Ave, Suite 102
West Nyack, NY 10994





United States District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

00918-1703 C018