Case:17-03283-LTS Doc#:5852-1 Filed:03/18/19 Entered:03/19/19 10:39:55 Desc: Envelope Page 1 of 1

Ricardo Hues
370 Edinburg Road
Staten Island, NY 10306



RECEIVED & FILED
2019 MAR 18 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
For the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625