Beverly J Loss
County Road 3746
olfe City TX 75496



The Clerk of the United States District Court

for the District of Puerto

Room 150 Federal Building

150 Carlos Chardon Avenue

