

**WILMINGTON CAPITAL SECURITIES, LLC**
MEMBER FINRA • MSRB • SIPC

600 Old Country Road - Suite 200
Garden City, NY 11530

RECEIVED & FILED
2019 MAR 18 PM 5:39
[CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.]

NEW YORK NY 100
15 MAR 2019 PM 13 L

The Clerk of the United States
District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

00918-170625



Betty C. Sayburn
21293 16th Ave
Bayside, NY 11360-1524

Proud Supporter of The Fund for Animals