Ms. Esther Klitnick
Fl 2
776 E 3rd St.
Brooklyn, NY 11218



RECEIVED & FILED
2019 MAR 18 PM 5:39
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-176825