Case:17-03283-LTS Doc#:5856-1 Filed:03/18/19 Entered:03/19/19 10:53:17 Desc
Envelope Page 1 of 1



Eva Barna
11011 Queens Blvd Apt 32G
Forest Hills, NY 11375

The Clerk of the US District Court for the District of Puerto Rico, Room 150, Federal Bldg.
150 Carlos Chardon Ave.
San Juan, Puerto Rico, 00918-1767

00918-170625