

Tai-Ann A. M.A.
30806 Casilina Dr.
Rancho Palos Verdes, CA 90275-6206

RECEIVED & FILED
2019 MAR 18 PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

11 MAR 2019 PM 13 L



The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building 150 Carlos Chardon Avenue, San Juan PR 00918-1767

00918-170625