

Mr. John Rothshild
2623 Lakeside Dr.
Harveys Lake, PA 18618-3231

RECEIVED & FILED
2019 MAR 18 PM 5: 39
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

The Clerk of The United States District Court
For the District of Puerto Rico
Room 150
Federal Building,
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

00918-170625