901
FINANCIAL GROUP OF
RAYMOND JAMES®

200 Jefferson Ave
Suite 1350
Memphis, TN 38103

The Clerk of United States District Court
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625