ROBERT C. HUBERTY
4304 CINNAMON PATH
LIVERPOOL, NY 13090

15 MAR 2019 PM 4 L

The Clerk of the United States District Court for the District of Puerto Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR
00918—1767

00918-170399