

Sal Bracco
3 Prospect St
Mendham, NJ 07945

THE CLERK OF THE US DISTRICT COURT
FOR THE DISTRICT OF PUERTO

FEDERAL BUILDING    ROOM 150
150 CARLOS CHARDON AVE
SAN JUAN, PR
00918-1767