# STIFEL NICOLAUS

# TRADE CONFIRMATION

Account Number: REDACTED 5005
Financial Advisor: BERNARD SPIELMAN

Phone: 307-672-3434
Office: 21 E. WORKS STREET
SHERIDAN, WY 82801

JOHN P DAY TRUSTEE
JOHN AND LADONNA DAY REV TRUST
U/A DATED 06/01/09
PO BOX 803
SHERIDAN WY 82801-0803

If applicable, please make checks payable to Stifel Nicolaus and remit to your branch office.

| Trade Date | Security Description | Cusip/Sec. No. | Qty Bought | Price |
|---|---|---|---|---|
| 01/26/2012 | CAMDEN CNTY NJ IMPT AUTH HC REDEV RV COOPER HLTH SYS OBLG A B/E REOF 5.21 CPN 5.000% DUE 02/15/35 DTD 12/15/05 FC 02/15/06 CALL 02/15/15 @ 100.000 | 13281QAL9 | 40,000 | 98.67800 |

| Principal: | $39,471.20 |
|---|---|
| Accrued Interest: | $922.22 |
| Transaction / Handling Fee: | $5.00 |
| Net Amount: | $40,398.42 |

Settlement Date: 01/31/2012
Account Type: CASH ACCOUNT
Transaction Type: 01 (See reverse side)

Special Remarks for this transaction:
CALL FEATURES EXIST AND MAY AFFECT YIELD
INFORMATION AVAILABLE UPON REQUEST
BOOK ENTRY ONLY
SUBJECT TO EXTRAORDINARY CALL
MANDATORY SINKING FUND 02/15/2026
OFFERING DOCUMENTS AND MATERIAL EVENTS ARE AVAILABLE AT WWW.EMMA.MSRB.ORG. PRINTED OFFERING DOCUMENTS ARE AVAILABLE UPON REQUEST.
5.09800% YIELD TO MATURITY
SEC IPO PRICE 96.8614

RATINGS: MOODY'S BAA3 AND S&P BBB

*

| Trade Date | Security Description | Cusip/Sec. No. | Qty Bought | Price |
|---|---|---|---|---|
| 01/26/2012 | EMPLOYEES RETIREMENT SYS GOV COMWLTH PR RETAIL SR PENSION FDG A B/E TXBL CPN 6.150% DUE 07/01/38 DTD 01/31/08 FC 03/01/08 CALL 07/01/18 @ 100.000 | 29216MAC4 | 10,000 | 98.25000 |

| Principal: | $9,825.00 |
|---|---|
| Accrued Interest: | $51.25 |
| Transaction / Handling Fee: | $5.00 |
| Net Amount: | $9,881.25 |

Settlement Date: 01/31/2012
Account Type: CASH ACCOUNT
Transaction Type: 01 (See reverse side)

Special Remarks for this transaction:
CALL FEATURES EXIST AND MAY AFFECT YIELD
INFORMATION AVAILABLE UPON REQUEST
BOOK ENTRY ONLY
CALLABLE ANY TIME AFTER DESIGNATED CALL DATE WITH 30 DAYS NOTICE
MANDATORY SINKING FUND 07/01/2034
OFFERING DOCUMENTS AND MATERIAL EVENTS ARE AVAILABLE AT WWW.EMMA.MSRB.ORG. PRINTED OFFERING DOCUMENTS ARE AVAILABLE UPON REQUEST.
DISCRETION NOT USED
6.28600% YIELD TO MATURITY
SEC IPO PRICE 100.0000

*

RATINGS: MOODY'S BAA1 AND S&P BBB-

Stifel, Nicolaus & Company, Incorporated • 501 North Broadway • St. Louis, Missouri 63102-2188 • 314-342-2000 • www.stifel.com
Subject to terms on reverse side. Please retain for your records.

# STIFEL

JOHN P DAY TRUSTEE
JOHN AND LADONNA DAY REV TRUST
U/A DATED 06/01/09

April 1 -
April 30, 2018
Account Number: REDACTED 5005

Page 10 of 16

## SECURITIES TRANSFERRED continued

**Securities Transferred In/Out continued**

| Date | Activity | Quantity | Description | Total |
|---|---|---|---|---|
| 4/12/2018 | Journal | -40.000 | CUSHING ENERGY INCOME FUND BEN INT<br>CUSIP: 23162T102<br>TO: 69552575-1 | -360.80 |
|  | ****note**** |  |  |  |
| 4/12/2018 | Journal | -10,000.000 | EMPLOYEES RETIRE SYS REV GOV COMWLTH PR RETAIL SR<br>PENSION FDG A B/E TXBL<br>CPN 6.150% DUE 07/01/38<br>DTD 01/31/08 FC 03/01/08<br>CALL 07/01/18 @ 100.000<br>CUSIP: 29216MAC4<br>TO: 69552575-1 | -3,625.00 |
|  | ****note**** |  |  |  |
| 4/12/2018 | Journal | -1,500.000 | ENERGY TRANSFER PARTNERS<br>LTD PARTNERSHIP NEW UNIT<br>LTD PARTNERSHIP INT<br>CUSIP: 29278N103<br>TO: 69552575-1 | -25,605.00 |
|  | ****note**** |  |  |  |
| 4/12/2018 | Journal | -100.000 | ENTERPRISE PRODUCTS PARTNERS LTD<br>PARTNERSHIP<br>CUSIP: 293792107<br>TO: 69552575-1 | -2,578.00 |
|  | ****note**** |  |  |  |
| 4/12/2018 | Journal | -200.000 | GENERAL MILLS INC<br>CUSIP: 370334104<br>TO: 69552575-1 | -8,916.00 |
|  | ****note**** |  |  |  |
| 4/12/2018 | Journal | -37.000 | GRANITE POINT MORTGAGE TRUST INC<br>CUSIP: 38741L107<br>TO: 69552575-1 | -626.04 |
|  | ****note**** |  |  |  |
| 4/12/2018 | Journal | -1,800.000 | HERCULES CAPITAL INC<br>CUSIP: 427096508<br>TO: 69552575-1 | -21,852.00 |
|  | ****note**** |  |  |  |
| 4/12/2018 | Journal | -300.000 | KINDER MORGAN INC DE<br>CUSIP: 49456B101<br>TO: 69552575-1 | -4,602.00 |
|  | ****note**** |  |  |  |

Mngd Acct Confirm Suppression

# STIFEL

## Trade Confirmation

Page Number: 53 of 55
Account Number: REDACTED2575
Financial Advisor: BERNARD SPIELMAN

Phone: (307) 672-3434
Office: 51 COFFEEN AVENUE
SHERIDAN, WY 82801

JOHN P DAY TRUSTEE
JOHN & LADONNA DAY REV TRUST
U/A DATED 06/01/09
EQUITY COMPASS MANAGED ACCOUNT
PO BOX 803
SHERIDAN    WY  82801-0803

| Trade Date | Security Description | CUSIP/Sec. No. | Quantity Sold | Price |
|---|---|---|---|---|
| 04/13/2018 | EMPLOYEES RETIRE SYS REV GOV COMWLTH PR RETAIL SR PENSION FDG A B/E TXBL CPN 6.150% DUE 07/01/38 DTD 01/31/08 FC 03/01/08 CALL 07/01/18 @ 100.000 | 29216MAC4 | 10,000 | 33.50700 |

| | |
|---|---|
| Principal: | $3,350.70 |
| Net Amount: | $3,350.70 |

| Settlement Date | Account Type | Transaction Type |
|---|---|---|
| 04/17/2018 | CASH ACCOUNT | As agent |

Special Remarks for This Transaction:

INTEREST FLAT
CALL FEATURES EXIST AND MAY AFFECT YIELD
INFORMATION AVAILABLE UPON REQUEST
BOOK ENTRY ONLY
CALLABLE ANY TIME AFTER DESIGNATED CALL DATE WITH 30 DAYS NOTICE
MANDATORY SINKING FUND 07/01/2034
IN DEFAULT
*
OFFERING DOCUMENTS AND MATERIAL EVENTS ARE AVAILABLE AT WWW.EMMA.MSRB.ORG.  PRINTED OFFERING DOCUMENTS ARE AVAILABLE UPON REQUEST.
DISCRETION USED
SEC IPO PRICE 100.00000
RATINGS: MOODY'S C AND S&P D

Stifel, Nicolaus & Company, Incorporated | Member SIPC & NYSE | www.stifel.com
Client Services Department | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102 | (800) 679-5446

Subject to the enclosed Terms and Conditions.  Please retain for your records.