**STIFEL** | Stifel, Nicolaus & Company, Incorporated
51 Coffeen Avenue
Suite 102
Sheridan, Wyoming 82801



02 1P   $ 001.15⁰
0001949260   MAR 13 2019
MAILED FROM ZIP CODE 82801

Clerk of the US Dist Court for the
Dist of Puerto
Room 150 Federal Bldg
150 Carlos Chadron Avenue
San Juan, PR 00918-1767

RECEIVED & FILED

2019 MAR 18 PM 5: 35

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.