

**DAVID LERNER ASSOCIATES, INC.**
INVESTMENT SECURITIES

477 Jericho Turnpike
P.O. Box 9006
Syosset, NY 11791-9006

ADDRESS SERVICE REQUESTED



U.S. POSTAGE >> PITNEY BOWES
ZIP 11791 $ 000.50⁰
02 4W
0000358854 MAR 14 2019

RECEIVED & FILED
2019 MAR 18 PM 5: 46
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States
District Court for the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

0091801703 C018