**UNITED STATES POSTAL SERVICE**

Retail

**US POSTAGE PAID**
$7.35
Origin: 33432
03/13/19
1108640230-10

**PRIORITY MAIL 3-Day ®**

0 Lb 1.80 Oz
1006

EXPECTED DELIVERY DAY: 03/16/19

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS TRACKING NUMBER**

9505 5129 9226 9072 2893 83

---

**PRIORITY MAIL**

**UNITED STATES POSTAL SERVICE**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

John Edward Blanco
101 Plaza Real South #701
Boca Raton, Florida 33432

RECEIVED & FILED
2019 MAR 18 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TO:

The Clerk of the United States
District Court for the District of Puerto,
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, P.R. 00918-1767

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®