HAROLD & CAROLE ABRAMS
7776 B Lexington ClubBlvd
DeLRay Beach, FL 33446

RECEIVED & FILED
2019 MAR 18 PM 5:33
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

The Clerk of the U.S. District Court
For the District of Puerto Rico
Room 150
Federal Bldg
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

00918-1767099

WEST PALM BEACH FL 334
15 MAR 2019 PM 4 L