

**Qiao Yan**
2833 Rainfield Ave.
Westlake Vlg., CA  91362-5154

☐ Check here if address is new



RECEIVED
2019 MAR 18  PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SANTA CLARITA CA

13 MAR 2019 PM 6 L

The Clark of the United States District Court for the
District of Puerto. Room 150, Federal Bldg.
150 Carlos Chardon Ave
San Juan. PR 00918-1767



0091831703 C018