WRIGHT
205 7TH St
Hoboken
NJ
07030

WEST PALM BCH FL 334

13 MAR 2019 PM 4 L

USA
FOREVER

RECEIVED & FILED
2019 MAR 18  PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of The U.S. District
Court for The District
of Puerto Rico
Room 150 — Federal Building
150 Carlos Chardon Ave
San Juan
PR 00918-1767

00918-170399