Robert &-Katherina Wise
3 Interlaken Dr.
Interlaken, NJ 07712-4426

TRENTON NJ 085
14 MAR 2019 PM 5 L

RECEIVED & FILED
2019 MAR 18 PM 5:40
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

The Clerk of the U.S.
District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1706 C018