

Mr. Neil Vandergroef
989 Stillwater Rd
Newton, NJ 07860

RECEIVED & FILED
2019 MAR 18 PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF PUERTO, ROOM 150
FEDERAL BUILDING,
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918-170625