NEW YORK NY 10
13 MAR 2019 PM 9

RECEIVED & FILED
2019 MAR 18 PM 5: 34
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF PUERTO, Room 150
FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN PR 00918-1767