Betty W. Martin
663 Koski Drive
PO Box 1443
McCall, ID 83638

March 11, 2019

United States District Court
For the District of Puerto Rico
Room 150 Federal Building

RE: Challenged GO Bonds Cusip # 74514LB71

Presiding Judge,

   This letter is regarding the above matter, in which I oppose vehemently. When I bought the above Puerto Rican General Obligation Bond they were AAA rated and were guaranteed by the Puerto Rican People, through their Constitution with the intention to pay interest and principle in full. Now The Financial Oversight and Management Board for Puerto Rico wants to invalidate this debt; when they should be honoring this debt as per the Puerto Rican Constitution. There are holders of these Bonds than hedge funds, like municipal bond funds which individuals own and individuals like me looking for income during retirement. The most troubling fact is the double standards that are going on here. Since the Puerto Rican debt crisis the Puerto Rican government has paid out 100's of millions to its employees in yearend bonuses, instead of their debt. I understand Puerto Ricos new crisis of rebuilding the Island; which they threaten the President not to cut their rescue funding; yet their willing not to pay what they borrowed. I believe the Oversight Board should be offering more than just an empty hand; there is more they can do in creating funding to pay all this debt Puerto Rico accumulated. For example: Taking public lands turning them into sellable real estate, or some Federal Funding at a lower rate until paid back. Anything is better than robbing retired individuals from their hard earned money, we deserve better for the trust we gave Puerto Rico with the money that was lent. Now they should honor their obligations for which they promised in their Constitution. Thank you for taking the time to read this letter, I hope this will help in making a fair judgement.

                                                              Signed

                                                              Betty W. Martin