Martin
P.O. Box 1443
McCall, ID 83638

RECEIVED & FILED
2019 MAR 18 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

