Robinson
34 Dogwood Dr
W. Orange NJ
07052



Clerk of U.S. Dist Ct for The District of PR
Room 150
Fed Bldg
150 Chardon Ave
San Juan PR
00918-1767