

The Clerk of US District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR. 00918-1767