Mary Anne Scardino
240 19 Memphis Ave
Rosedale, NY 11422

RECEIVED & FILED
2019 MAR 18 PM 5: 4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

14 MAR 2019 PM 12 L

The Clerk of United States District Court
for the District of Puerto Rico
Rm 150 - Federal Building
150 Chardon Ave
San Juan P.R. 00918-1767

0091881703 C018