

Mr. & Mrs. Jeffrey Lerner
1180 S Ocean Blvd Apt 7E
Boca Raton FL 33432

W PALM BCH
FL 334
15 MAR '19
PM 1 L



The Clerk of the U.S. District Court for the District of Puerto Rico
Rm 150 Federal Building
150 Carlos Chardon Ave.
San Juan, Puerto Rico 00918-1767