Harold & Carole Abrams
1776 B Lexington Club Blvd
Delray Beach, FL 33446

RECEIVED & FILED
2019 MAR 18 PM 5:33
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

The Clerk of the U.S. District Court
For the District of Puerto Rico

Room 150
Federal Bldg
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

WEST PALM BCH FL 334
15 MAR 2019 PM 4

00918-176599