SAN ANTONIO TX 780

RIO GRANDE DISTRICT

09 MAR 2019 PM 3 L

THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROOM 150 FEDERAL BUILDING

105 CARLOS CHARDON AVE.

SAN JUAN, P.R. 00918-1767

WORLD WAR I
TURNING THE TIDE

FOREVER • USA