

Henry C. Callihan Jr.
24 Augusta Way
N. Chelmsford, MA 01863-2000

The Clerk of the US District Court for the District of
Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767