Mary Anne Scardino
240 19 Memphis Ave
Rosedale, NY 11422

NEW YORK NY 100
14 MAR 2019 PM 9 L



RECEIVED & FILED
2019 MAR 18 PM 5:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of United States District Court
for the District of Puerto Rico.
Rm 150 - Federal Building
150 Chardon Ave.
San Juan P.R. 00918-1767

0091881703 C018