M Eisenberg
3890 Nobel Dr. Unit 1508
San Diego, CA 92122-5783

RECEIVED & FILED
2019 MAR 18 PM 5: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767