E. Tornincasa
1955 Paulong Ave
B'x, NY 10462

NEW YORK
NY 100
14 MAR '19
PM 11 L



RECEIVED & FILED
2019 MAR 18 PM 5:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the U.S. District Court
For the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, P.R.
00918 - 1767.

00918-170399