Scisco
110 Hollywood A[ve]
W. Long Branch, N.J.
07764

Case:17-03283-LTS   Doc#:5884-1   Filed:03/18/19   Entered:03/19/19 13:58:47   Desc:
Envelope   Page 1 of 1

TRENTON NJ 085

11 MAR 2019 PM 6 L

RECEIVED & FILED
2019 MAR 18 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT FOR THE DISTRICT OF
PUERTO —
ROOM 150
FEDERAL BUILDING, 150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767