

**Ms. Carol Matula**
5 Hastings Rd
Berkeley Heights, NJ 07922-1229

DV DANIELS NJ 070

15 MAR 2019 PM 1 L

CLERK, US DISTRICT COURT FOR
DISTRICT OF PUERTO RICO
ROOM 150   FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR.   00918-1767

00918-170399