Mr. Paul Brotman
7261 113th St. Apt. 5I
Forest Hills, NY 11375

RECEIVED & FILED
2019 MAR 18 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto

Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767