Ms. Carol Matula
5 Hastings Rd
Berkeley Heights, NJ 07922-1229



DV DANIELS NJ 070

15 MAR 2019 PM 1 L

Clerk, United States District Court for
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399