

Wells Fargo Advisors
555 California Street, Suite 2300
San Francisco, CA 94104-1502



The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767