WELLS FARGO ADVISORS

Wells Fargo Advisors
30 South 17th Street
Suite 2000
Philadelphia, PA 19103

RECEIVED & FILED
2019 MAR 18 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 - Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

0091881707 C018