# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2019/2018) | Total Billed Hours (2019/2018) | Total Fees Requested |
|---|---|---|---|---|---|---|
| ANGELA M. ALLEN | Partner | 2008 | Restructuring & Bankruptcy | $850 | 0.60 | $510.00 |
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,150 | 77.00 | $88,550.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,150/ $1,100 | 177.30/ 349.60 | $203,895.00/ $384,560.00 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $890 | 67.40 | $59,986.00 |
| CARTER H. KLEIN | Partner | 1972 | Corporate | $775 | 29.50 | $22,862.50 |
| RICHARD B. LEVIN | Partner | 1975 | Restructuring & Bankruptcy | $1,350/ $1,300 | 29.40/ 13.90 | $39,690.00/ $18,070.00 |
| MATTHEW E. PRICE | Partner | 2007 | Energy | $890 | 7.00 | $6,230.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $860/ $850 | 43.20 | $37,152.00/ $36,125.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $935/ $890 | 58.20/ 246.90 | $54,417.00/ $219,741.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,150/ $1,100 | 15.80/ 63.30 | $18,170.00/ $69,630.00 |
| ADAM G. UNIKOWSKY | Partner | 2008 | Appellate & Supreme Court Practice | $850 | 5.50 | $4,675.00 |
| WILLIAM K. DREHER | Associate | 2013 | Appellate & Supreme Court Practice | $725 | 71.20 | $51,620.00 |
| NATACHA Y. LAM | Associate | 2014 | Litigation | $605 | 9.00 | $5,445.00 |
| KATHERINE A. ROSOFF | Associate | 2017 | Litigation | $580/ $490 | 11.60/ 28.50 | $6,728.00/ $13,965.00 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $475/ $465 | 30.70/ 2.20 | $14,582.50/ $1,023.00 |
| CARL N. WEDOFF | Associate | 2008 | Restructuring and Bankruptcy | $865/ $845 | 83.30/ 107.40 | $72,054.50/ $90,753.00 |
| WILLIAM A. WILLIAMS | Associate | 2018 | Restructuring & Bankruptcy | $550/ $465 | 2.40/ 49.30 | $1,320.00/ $22,924.50 |
| ALEXIS GABAY | Staff Attorney | N/A | Litigation | $450/ $435 | 136.60/ 314.00 | $61,470.00/ $136,590.00 |
| LAURA E. PELANEK | Staff Attorney | 2004 | Litigation | $485/ $475 | 39.00/ 214.00 | $18,915.00/ $101,650.00 |
| OWEN W. KEITER | Clerk | N/A | Litigation | $490 | 12.40 | $6,076.00 |
| AMANDA E. FACTOR | Paralegal | N/A | Litigation | $350/ $340 | 0.70/ 3.80 | $245.00/ $1,292.00 |
| TOI D. HOOKER | Paralegal | N/A | Restructuring and Bankruptcy | $395/ $370 | 6.40/ 38.40 | $2,528.00/ $14,208.00 |
| ADEAGA, KAFAYAT | Paralegal | N/A | Litigation | $210 | 3.30 | $693.00 |
| ADELA KOLENOVIC | Paralegal | N/A | Litigation | $225 | 1.10 | $247.50 |
| CHERYL L. OLSON | Paralegal | N/A | Litigation | $370 | 9.30 | $3,441.00 |
| MARY F. PATSTON | Paralegal | N/A | Litigation | $340 | 11.80 | $4,012.00 |
| TRICIA J. PEAVLER | Library Services | N/A | Information Services | $340 | 0.10 | $34.00 |

# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| | | | | | | |
|---|---|---|---|---|---|---|
| PAUL S. RAMONAS | Library Services | N/A | Information Services | $340 | 0.60 | $204.00 |
| FALLON P. MCDOWELL | Project Assistant | N/A | Patent Litigation & Counseling | $210 | 4.70 | $987.00 |
| MARC A. PATTERSON | Project Assistant | N/A | Restructuring and Bankruptcy | $225/ $220 | 17.40/ 68.60 | $3,915.00/ $15,092.00 |
| ANNETTE M. YOUNG | Project Assistant | N/A | Litigation | $220 | 2.00 | $440.00 |
| JAMES P. WALSH | Administrator | N/A | Information Services | $350 | 1.50 | $525.00 |
| **Sub-Total*** | | | | | **2508.40** | **$1,917,243.50** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $275,168.14 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $41,395.00 |
| **Total** | | | | | | **$1,600,680.36** |