**J.M. Dyer Co.**

P.O. BOX 620
CORSICANA, TEXAS 75151

RECEIVED & FILED
2019 MAR 18 PM 5: 45
CLERK'S OFFICE
DISTRICT C...
SAN JUAN, P.R.

NORTH TEXAS TX P&DC
DALLAS TX 750
14 MAR 2019 PM 5 L

Clerk United States District Court
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan Puerto Rico
00918-1767

00918-170625