

Ms. Elaine Kamsler
601 SW 141st Ave Apt 111
Pembroke Pnes, FL 33027-1503

MIAMI FL 331
13 MAR 2019 PM 4 L

The Clerk of U.S. District Ct
for District of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 18 PM 5:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.