Carol [illegible]
70 West 95th Street
Apartment 17K
New York, NY 10025

70 W. 95 St   17K



NEW YORK NY 100

14 MAR 2019 PM 7 L

The Clerk of the U.S. District Court for District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.
2019 MAR 18 PM 5:45

00918-170625