Sherry Yeary
2902 Gilmer Ave
Abilene, TX 79606



The Clerk of the United States District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 06918-1767