Case:17-03283-LTS Doc#:5896-1 Filed:03/18/19 Entered:03/19/19 14:25:27 Desc: Envelope Page 1 of 1



**Cetera** | ADVISOR NETWORKS LLC
Member FINRA/SIPC

Pavlos Panagopoulos, CFP®
FINANCIAL CONSULTANT
511 West Reinken Avenue
Belen, NM - New Mexico 87002



ALBUQUERQUE NM 870
14 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 18 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States
District Court for the District
of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon AVE
San Juan, PR 00918-1767

00918-170399