

**Wealth Management**

200 Park Avenue, 2nd Floor
Florham Park, NJ 07932



The Clear of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767