

200 Nyala Farms Road
Suite One
Westport, CT 06880-6265

RBC Wealth Management

[Received & Filed stamp: 2019 MAR 18 PM 5:4 CLERK'S OFF. DISTRICT CO. S. JUAN, P.R.]

[Postmark: HARTFORD 13 MAR 2019]



The Clerk of the U.S. District
    Court for the District of
        Puerto

Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399