**THE ADLERSTEIN MACHINE, INC.**
150 Overlook Avenue • Hackensack, New Jersey 07601

BV DANIELS NJ 070

13 MAR 2019 PM 4 L



CLERK USDC DISTRICT OF PUERTO RICO
ROOM 150, FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR  00918-1767

RECEIVED & FILED
2019 MAR 18 PM 5: 43
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

00918-170399