REICHMAN
9774 Bowline Drive
#203
West Palm Beach, FL 33411

WEST PALM BCH FL 334

15 MAR 2019 PM 4 L



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED
2019 MAR 18 PM 3:45

Clerk of US District Court
  for District of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Ave
  San Juan, PR 00918-1767