Denis A. Krusos
One Lloyd Harbor Road
Lloyd Harbor, New York 11743



The Clerk of the U.S. District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767 the clerck's office of the District Court in San Juan, Puerto Rico