Case:17-03283-LTS   Doc#:5902-1   Filed:03/18/19   Entered:03/19/19 14:39:02   Desc:
Envelope   Page 1 of 1

Arlene Caine
Unit 201
9777 Bowline Dr
West Palm Bch, FL  33411-6338

C

WEST PALM BCH FL 334

13 MAR 2019 PM 2 L



RECEIVED & FILED
2019 MAR 18  PM 5: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District
Court for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan  PR 00918-1767

00918-170399