MARDEN
18369 N. KOKOPELLI CT
SURPRISE, AZ 85374

PHOENIX AZ 852

14 MAR 2019 PM 4 L

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399