**Gary Foote**
4740 S Ocean Blvd #1509
Highland Beach, FL 33487-5382



WEST PALM BCH FL 334

13 MAR 2019 PM 3 L

RECEIVED & FILED
2019 MAR 18 PM 5:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court for
The District of Puerto Rico Room 150
FEDERAL BUILDING
150 CARLOS Chardon Avenue
SAN JUAN, PR 00918-1767

00918-170399