

Ms. Debra L. Wasyl
31 Beidler Dr.
Wshngtn Xing, PA 18977-1350

RECEIVED & FILED
2019 MAR 18 PM 5: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



The Clerk of the United States District Court
For the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767



Ms. Debra L. Wasyl
31 Beidler Dr.
Wshngtn Xing, PA  18977-1350