Harvey Richman
176 Dove Dr.
Fortson, GA 31808



Clerk for the U.S. District Court for The District of Puerto Rico,
Room 150 Federal Building, 150 Carlos Chardon AVE.
San Juan, PR 00918-1767