Timothy S. Wade
7 Cedarcrest Ct.
Doylestown, PA
18901

PHILADELPHIA PA 190

14 MAR 2019 PM 5 L

FOREVER / USA   FOREVER / USA

The Clerk of the United States
District Court for the District
of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR.
00918-1767

RECEIVED & FILED
2019 MAR 18 PM 5:43