M
Mr. Jack Melnick
8279 Summerbreeze Ln
Boca Raton, FL 33496-5118

RECEIVED & FILED
2019 MAR 18 PM 5:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WEST PALM BCH FL 334
14 MAR 2019 PM 4 L


Forever · USA

THE CLERK of THE U.S. DISTRICT COURT
FOR THE DISTRICT of PUERTO RICO, ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170399