

Robert D Solomon
177 Railroad Ave Unit B
Greenwich, CT 06830



The Clerk of the United States
District Court for the District
of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-1767