

Case:17-03283-LTS   Doc#:5911-1   Filed:03/18/19   Entered:03/19/19 15:09:11   Desc:
Envelope   Page 1 of 1

Ramesh DeSai
135 Weber Rd.
North Wales, PA 19454–2211

5c    5c

Place Stamp Here    Place Stamp Here

The clerk of the US district Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardan Avenue
San Juan, PR 00918-1767

00916-170399

LZFC48WM