

Mr. David Owens
11923 Stoney Batter Rd.
Kingsville, MD 21087



The Clerk of the United States District Court
for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767