**STIFEL** | Stifel, Nicolaus & Company, Incorporated
2121 Avenue of the Stars
Suite 2100
Los Angeles, California 90067

LOS ANGELES
CA 900
14 MAR '19
PM 9 L



02 1P $ 000.50⁰
0001949033  MAR 14 2019
MAILED FROM ZIP CODE 90024

The Clerk of the US District Court for
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 MAR 18 PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625