

Mr. Scott Simmons
2536 Ambling Cir.
Crofton, MD 21114-2709



BALTIMORE MD 212
19 MAR 2019 PM 5 L

2019 MAR 18 PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
RECEIVED & FILED

The Clerk of the United States
District Court for the District
of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625