

**Cetera** | ADVISOR NETWORKS LLC
Member FINRA/SIPC

Pavlos Panagopoulos, CFP®
FINANCIAL CONSULTANT
2500 Louisiana Blvd, NE, Suite 102
Albuquerque, NM 87110

ALBUQUERQUE NM 870
14 MAR 2019 PM 2 L

The Clerk of the United States Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

00918-170625