W. Vetterling
35 Turning Mill Rd
Lexington, MA 02420-1319

BOSTON MA 021

15 MAR 2019 PM 7 L

CLERK OF THE U.S. DISTRICT
COURT FOR THE DISTRICT
OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170399