William G Troy
P.O. Box 41651
Phoenix, AZ 85080

PHOENIX AZ 852
14 MAR 2019 PM 10 L



Clerk of USDC of Puerto Rico Room #150
150 Carlos Chardon Ave
San Juan, PR  00918-1767

RECEIVED & FILED
2019 MAR 18 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625