Robert Hirst
608 Edgehill Road
Wilmington, DE 19807

WILMINGTON DE 197

14 MAR 2019 PM 2 T

RECEIVED & FILED
2019 MAR 18 PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

The Clerk of the United States District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

009183 1706