Stanley M. Sussman
624 Dane CT.
New Castle, DE 19720

WILMINGTON DE 197

14 MAR 2019 PM 1 T

2019 MAR 18 PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

The Clerk of the United States District Court for the
District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1706