Theresa P Patella
120 Morris Avenue Apt C6
Rockville Centre, N.Y. 11570



15 MAR '19 PM 3 L

The Clerk of the United States District Court for the District of Puerto Rico,
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 MAR 18 PM 5:48
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

00918-170625