

**Merrill Lynch**
Bank of America Corporation

THE PARK AVENUE OFFICE, NY5-146-13-00
200 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10166



NEW YORK
NY 100
14 MAR '19
PM 11 L

$ 000.50
MAR 13 2019
MAILED FROM ZIP CODE 10166

The Clerk of United States District Court
for District of Puerto Rico
150 Carlos Chardon Avenue Room 150
Federal Building
San Juan, PR 00918-1767

00918-170625