Mrs. Helen Grady
8447 Quail Meadow Way
West Palm Bch, FL 33412

Clerk of United States District Court
for District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767