MORACA BUILDERS, INC.
1141 S. ROGERS CIRCLE, STE. 12
BOCA RATON, FL 33487

WEST PALM BCH FL 334
14 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 18 PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625