**STIFEL**

Stifel, Nicolaus & Company, Incorporated
501 North Broadway
St. Louis, Missouri 63102

ADDRESS SERVICE REQUESTED

U.S. POSTAGE >> PITNEY BOWES

ZIP 07932 $ 000.50
02 4W
0000357622 MAR 13 2019

RECEIVED & FILED
2019 MAR 18 PM 5:47
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the
District of Puerto [Rico]
Room 150
Federal Building
150 Carlos Chardon Ave.

1767