Mr. & Mrs. Laurence Baker
264 Burr Rd
Commack, NY 11725

13 MAR 2019 PM 2 L

Clerk of US District Court For P.R.
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625