

Allan Kreider
1126 Severnview Dr.
Crownsville, MD  21032-1106

RECEIVED & FILED
2019 MAR 18 PM 5: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE U.S. DISTRICT COURT
DISTRICT OF PUERTO, Room 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918-170625