

Ms. Joan Wiesen
45 Sutton Pl S Apt 20E
New York, NY 10022

RECEIVED & FILED
2019 MAR 18 PM 5:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767