Bertram Nesterman
1120 99 ST. # 502
Bay Harbor Is, FL 33154
U.S.A.

The Clerk of the United States District Court for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767