# **EXHIBIT 11**

PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

2016    Document Code: 201

# ANNUAL STATEMENT
### For the Year Ended DECEMBER 31, 2016
### OF THE CONDITION AND AFFAIRS OF THE
# SYNCORA GUARANTEE INC.

| | | | |
|---|---|---|---|
| NAIC Group Code | 4676 (Current Period), 4676 (Prior Period) | NAIC Company Code 20311 | Employer's ID Number 13-3635895 |
| Organized under the Laws of | New York | State of Domicile or Port of Entry | NY |
| Country of Domicile | United States of America | | |
| Incorporated/Organized | 07/25/1991 | Commenced Business | 01/01/1992 |
| Statutory Home Office | 135 West 50th Street (Street and Number) | | New York, NY, US 10020 (City or Town, State, Country and Zip Code) |
| Main Administrative Office | | 135 West 50th Street (Street and Number) | |
| | New York, NY, US 10020 (City or Town, State, Country and Zip Code) | | (212)478-3400 (Area Code) (Telephone Number) |
| Mail Address | 135 West 50th Street (Street and Number or P.O. Box) | | New York, NY, US 10020 (City or Town, State, Country and Zip Code) |
| Primary Location of Books and Records | | 135 West 50th Street (Street and Number) | |
| | New York, NY, US 10020 (City or Town, State, Country and Zip Code) | | (212)478-3400 (Area Code) (Telephone Number) |
| Internet Website Address | www.syncora.com | | |
| Statutory Statement Contact | Anthony Corrado (Name) | | (212)478-3400 (Area Code)(Telephone Number)(Extension) |
| | anthony.corrado@scafg.com (E-Mail Address) | | (212)478-3587 (Fax Number) |

## OFFICERS

| Name | Title |
|---|---|
| Susan Comparato | President |
| Frederick Barton Hnat | Chief Operating Officer |
| David Michael Grande | Chief Financial Officer |

## OTHERS

Drew Douglas Hoffman, SVP&Grp Head-Surveillance,Exposure Mgmt&Analytics

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Susan Comparato | Michael Patrick Esposito Jr. | Edmund Graham Gibbons | Robert Martin Lichten |
| Thomas Stanley Norsworthy | Coleman DeVane Ross | Robert Joel White | |

State of    New York
County of   New York   ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of the said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| Susan Comparato | Frederick Barton Hnat | David Michael Grande |
| (Printed Name) | (Printed Name) | (Printed Name) |
| 1. | 2. | 3. |
| President | Chief Operating Officer | Chief Financial Officer |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me this
_____ day of _____ , 2017

a. Is this an original filing?    Yes[X] No[ ]
b. If no,   1. State the amendment number    _____
           2. Date filed                      _____
           3. Number of pages attached        _____

_____
(Notary Public Signature)

## Notes to Financial Statements

salvage and subrogation rights. Case basis reserves are determined using cash flow models to estimate the net present value of the anticipated shortfall between (i) scheduled payments on the insured obligation plus anticipated loss adjustment expenses and (ii) anticipated cash flow from the collateral supporting the obligation and other anticipated recoveries or cash flows. A number of quantitative and qualitative factors are considered when determining or assessing the need for a case basis reserve. These factors may include the creditworthiness of the underlying issuer of the insured obligation, whether the obligation is secured or unsecured, the projected cash flow or market value of any assets that collateralize or secure the insured obligation, and the historical and projected loss rates on such assets. Other factors that may affect the actual ultimate loss include the state of the economy, changes in interest rates, foreign currency exchange rates, rates of inflation and the salvage values of specific collateral, as well as the Company's rights, remedies and defenses. Such factors and management's assessment thereof will be subject to the specific facts and circumstances associated with the specific insured transaction being considered for case reserve establishment. Case basis reserves are generally discounted at a rate reflecting the weighted average return on the Company's invested assets. Establishment of such reserves requires the use and exercise of significant judgment by management, including estimates regarding the occurrence, amount, and timing of a loss on an insured obligation. Actual experience may differ from estimates and such difference may be material, due to the fact that the ultimate dispositions of claims are subject to the outcome of events that have not yet occurred. Examples of these events include changes in the level of interest rates, inflation, credit deterioration of insured obligations and changes in the value of specific assets supporting insured obligations. Any estimate of future costs is subject to the inherent limitation on the Company's ability to predict the aggregate course of future events. It should therefore be expected that the actual emergence of losses and loss adjustment expenses will vary, perhaps materially, from any estimate.

Reserves for losses and loss adjustment expenses in the accompanying Statement of Assets, Liabilities, Surplus and Other Funds are reflected net of reinsurance.

See also the discussion of the permitted practice in the notes to the table in Note 1.A. above.

D.  Going Concern

    Not applicable.

2. **Accounting Changes and Corrections of Errors:**

The Company has had no changes in accounting principles or corrections of errors as of and for the periods presented herein.

3. **Business Combinations and Goodwill:**

   A.  Statutory Purchase Method

       There were no business combinations accounted for under the statutory purchase method as of and for the years ended December 31, 2016 and 2015.

   B.  Statutory Merger

       There were no business combinations accounted for as a statutory merger as of and for the years ended December 31, 2016 and 2015.

   C.  Impairment Loss

       There was no impairment loss as a result of business combinations for the years ended December 31, 2016 and 2015.

4. **Discontinued Operations:**

The Company had no discontinued operations as of or for the years ended December 31, 2016 and 2015.

5. **Investments:**

   A.  The Company had no direct investments in mortgage loans or mezzanine real estate loans for the years ended December 31, 2016 and 2015.

   B.  The Company had no investments in restructured debt for the years ended December 31, 2016 and 2015.

   C.  The Company had no investments in reverse mortgages for the years ended December 31, 2016 and 2015.

   D.  Loan-Backed and Structured Securities

       (1) Prepayment assumptions for loan-backed and structured securities were obtained from Bloomberg or determined using the Company's internal estimates.