Mr. Joe Izzo
208 Lareine Ave.
Bradley Beach, NJ 07720-1335

TRENTON NJ 085
13 MAR 2019 PM 4 L



RECEIVED & FILED
2019 MAR 18 PM 5: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk, U.S. Dist. Court for Puerto Rico
Room 150 - Fed. Bldg.

150 Carlos Chardon Ave.
San Juan, PR. 00918-1767

00918-170625