## **Exhibit A**

| | Real Property Leases Under Affimative Consent | | |
|---|---|---|---|
| # | CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER |
| 1 | Libra Government Building, Inc. | Office of Courts Administration | 1998-00323A |
| 2 | Carhil Developers Inc. | Office of Courts Administration | 1998-00324A |
| 3 | Ramhil Developers Inc. | Office of Courts Administration | 2011-000146 |
| 4 | ELECTRA CORPORATION | MINOR "SUSTENTO" ADMINISTRATION | 2015-000042 |
| 5 | HECTOR DAVID RIOS ORTIZ | VOCATIONAL REHABILITATION ADMINISTRATION | |
| 6 | LUCILA GARCIA TORRES | DEPARTMENT OF SPORTS AND RECREATION | 2017-000145 |
| 7 | PLAZA GUAYAMA S,E | TRANSPORTATION AND PUBLIC WORKS | 2017-000160 |
| 8 | PRIME VENTURE CORPORATION | DEPARTMENT OF HEALTH | 2014-DS0295 |
| 9 | PUERTO RICO TELEPHONE CO, INC. | PUERTO RICO POLICE | 2014-A00159 |
| 10 | AGM PROPERTIES CORPORATION | 911 GOVERNMENT SERVICE BOARD | 2012-000053 |
| 11 | AGM PROPERTIES CORPORATION | 911 GOVERNMENT SERVICE BOARD | 2012-000053 |