Estimated Hearing Date: June 12, 2019 at 9:30 a.m. AST
Objection Deadline: April 8, 2019 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

---------------------------------------------------------------------x

PROMESA
Title III

No. 17-BK-03283 (LTS)

(Jointly Administered)

## NOTICE OF FILING OF FIFTH INTERIM APPLICATION OF DUFF & PHELPS LLC, INDEPENDENT FORENSIC ANALYSIS TEAM TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2018 THROUGH JANUARY 31, 2019

**PLEASE TAKE NOTICE** that on March 18, 2019, pursuant to this Court's

*Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of*

*Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Duff &

Phelps LLC, as Independent Forensic Team to the Financial Oversight and Management Board

for Puerto Rico, filed the *First Interim Application of Duff & Phelps LLC, as Independent*

*Forensic Team to the Financial Oversight and Management Board for Puerto Rico for*

*Professional Compensation and Reimbursement of Expenses, for the Period from November 1,*

*2018 through January 31, 2019* (the "Application").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not defined herein have the meanings given to them in the Application.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the

Application by any party other than the Fee Examiner must (a) be in writing, (b) conform to the

Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, and the *Eighth*

*Amended Notice, Case Management and Administrative Procedures* [Docket No. 4886]

(the "Case Management Procedures"), and (c) be filed with the Court and served on the entities

below, so as to be received on or before **April 8, 2019 at 4:00 p.m. (AST)** (the "Objection

Deadline"):

> (a) the attorneys for the Financial Oversight and Management Board for Puerto
>
>     Rico as representative of the Debtors, Proskauer Rose LLP, Eleven Times
>
>     Square, New York, New York 10036, Attn: Martin J. Bienenstock, Esq.,
>
>     Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal, Esq.;
>
> (b) the attorneys for the Financial Oversight and Management Board as
>
>     representative of Debtors, O'Neill & Borges LLC, 250 Muñoz Rivera
>
>     Avenue, Suite 800, San Juan, Puerto Rico 00918-1813, Attn: Hermann
>
>     D. Bauer, Esq.;
>
> (c) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
>
>     Authority, O'Melveny & Meyers LLP, Times Square Tower, 7 Times Square,
>
>     New York, New York 10036, Attn: John J. Rapisardi, Esq., Suzzanne
>
>     Uhland, Esq., Peter Friedman, Esq., Nancy A. Mitchell, Esq. and Maria J.
>
>     DiConza, Esq.;
>
> (d) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
>
>     Authority, Marini Pietrantoni Muñiz, LLC, MCS Plaza, Suite 500, 255
>
>     Avenida Ponce de León, San Juan, Puerto Rico 00917, Attn: Luis C. Marini-
>
>     Biaggi, Esq., Carolina Velaz-Rivero, Esq., and María T. Álvarez-Santos, Esq.;

(e)   the Office of the United States Trustee for Region 21, Edificio

Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901;

(f)   the attorneys for the Official Committee of Unsecured Creditors,

Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn:

Luc A. Despins, Esq., James Bliss, Esq., James Worthington, Esq. and G.

Alexander Bongartz, Esq.;

(g)   the attorneys for the Official Committee of Unsecured Creditors, Casillas,

Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Suite

1601, San Juan, Puerto Rico 009001, Attn: Juan J. Casillas Ayala, Esq.,

Diana M. Battle-Barasorda, Alberto J.E. Añeses Negrón, Esq. and Ericka C.

Montull-Novoa, Esq.;

(h)   the attorneys for the Official Committee of Retired Employees, Jenner &

Block LLP, 919 Third Avenue, New York, New York 10022, Attn: Robert

Gordon, Esq. and Richard Levin, Esq., and Jenner & Block LLP, 353 N.

Clark Street, Chicago, Illinois 60654, Attn: Catherine Steege, Esq.;

(i)   the attorneys for the Official Committee of Retired Employees, Bennazar,

García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Avenida Ponce de

León, Hato Rey, Puerto Rico 00918, Attn: A.J. Bennazar-Zequeira, Esq.;

(j)   the Puerto Rico Department of Treasury, P.O. Box 9024140, San Juan, Puerto

Rico 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central

Accounting; Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central

Accounting; Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of

Internal Revenue and Tax Policy; Francisco Parés Alicea, Assistant

Secretary of Internal Revenue and Tax Policy; and Francisco Peña Montañez,

CPA, Assistant Secretary of the Treasury;

(k) attorneys for the Fee Examiner, Edge Legal Strategies, PSC, 252 Ponce

de León Avenue, Citibank Tower, 12th Floor, San Juan, Puerto Rico

00918, Attn: Eyck O. Lugo; and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main

Street, Suite 500, Madison, Wisconsin 53703, Attn: Katherine Stadler, Esq.

**PLEASE TAKE FURTHER NOTICE** that if (a) no objection is timely filed and

served in accordance with the Interim Compensation Order and Case Management Procedures

and (b) all issues raised by the Fee Examiner are consensually resolved, the relief requested may

be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and all

documents filed in these title III cases are available (a) free of charge by visiting

https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's

website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 18, 2019
       New York, New York

Respectfully submitted,

Ann Gittleman
**DUFF & PHELPS LLC**
55 East 52nd Street, 31st Floor
New York, New York 10055
Tel: (646) 867-7831

*Independent Forensic Team for the Financial Oversight and*
*Management Board as representative*
*of The Commonwealth of Puerto Rico*