Mr. & Mrs. Syd Gordon
6551 Kings Creek Terr.
Boynton Beach, FL 33437



WEST PALM BCH FL 334

16 MAR 2019 PM 3 L

RECEIVED &
2019 MAR 19 PM 4: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170399