

Mr. Frank Hochheimer
70 Piccadilly Rd
Great Neck, NY 11023-1547



25 MAR 2019 PM 6 L

The Clerk of the U.S. District Court of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

00918-170399