Joseph E. Borg
11921 Seminole Dr.
Smithsburg, MD 21783-2025

The Clerk of the US District Court for Puerto Rico Room 150 Federal Building, 150 Carlos Chardon Ave. San Juan, PR 00918-1767