

The Clerk of the U.S. District Court for Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED 2019 MAR 19 PM 4:40
CLERK'S OFFICE
U.S. DISTRICT COURT

00918$2411 C016