Lillian & Stanley Bernstein
209 Monaco E.
Delray Beach, FL 33446

WEST PALM BCH FL 334

14 MAR 2019 PM 3 L

USA
FOREVER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Puerto Rico
Room 150
FEDERAL BLDG
150 CARLOS CHARDON AVE.
San Juan PR 00918-1767