Freese
PO Box 384704
Waikoloa HI 96738

HONOLULU HI 968

15 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 19 PM 4: 40
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court for
the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399