

Alan D. Cochran
4122 Bruning Ct.
Fairfax, VA 22032-1101

The Clerk of the United States District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767