Mr. & Mrs. Elliot Fox
261K Signs Rd.
Staten Island, NY 10314

NEW YORK NY 100

16 MAR 2019 PM 9 L

The Clerk of the U.S. District
Court for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
~~Staten Island~~, P R