Luis A. Lopez Sullivan and Nydia Torres
Granada St no. 629
Yauco PR 00698



Secretario Tribunal Federal Distrito de PR
Oficina 150 Edificio Federal
150 Ave. Carlos Chardon, San Juan PR 00918-1767