

Cheryl K. Crohan
59 Marva Ln.
Stamford, CT 06903-4938

Clerk of the United States District Court
District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767