

Ryan Equipment Sales Company
PO Box 3232
Easton, PA  18043



The Clerk of the United States Court for the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625