Ponce, P.R.
11 de marzo de 2019

Prime Clerk
830 Third Ave 9th Floor
New York, N.Y. 10022

A quién pueda interesar:

    Saludos cordiales. Sirva la presente para contestar unos documentos que recibí otra vez. Según expliqué anteriormente rectifico que no poseo bonos con el gobierno del Estado Libre Asociado de P.R., ni tengo ninguna demanda con el gobierno.

    Fui maestra del Sistema de Educación Pública de P.R. por más de 30 años y me retiré hace doce años y seis meses. De acuerdo con los documentos que me orientaron para complementar y enviar a ustedes, éstos se referían a unos aumentos salariales, pasos por servicios y mejoramiento profesional los cuales son los siguientes:

1- Ley Romeraso
2- Ley 164 Aumento Salarial ($100.00)
3- Ley 96 Costo de Vida (pasos)
4- Ley 34 Ingenio Laboral Roselló
5- Escala Salarial pasos por años de servicio
6- Extipendio mejoramiento pro-

fesional.

Otros documentos que complimentamos no aplican y así mismo lo reiteramos al llenar otros documentos, cancelandolos, los cuales eran de bonistas y accionistas ya que no poseo ninguna clase de bonos con el gobierdo de P.R.

Esperando esto sea de su ayuda y nuestra, le reitero las gracias.

Atentamente,
Luis Alameda