Sra. Iris Alameda Robles
Urb. La Guadalupe
1904 Calle La Milagrosa
Ponce, P.R. 00730-4307

7018 2290 0000 0260 8900

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 2290 0000 0260 8900

RECEIVED & FILED
2019 MAR 19 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES POSTAL SERVICE®
1000
10022
U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
MAR 12, 19
AMOUNT
$4.65
R2303S101890-04

Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

RECEIVED
MAR 15 2019
Prime Clerk LLC

U.S. POSTAGE PITNEY BOWES
ZIP 10022 $ 001.30⁰
02 4W
0000349747 MAR 15 2019

Prime Clerk
830 3RD AVE FL 9
NEW YORK NY 10022-6561

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

RECEIVED & FILED
2019 MAR 19 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767