UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Visit **ups.com**® or call **1-800-PICK-UPS**® (1-800-7...
to schedule a pickup or find a drop off location near

**Insert shipping documents under window from the top.**

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and mu... weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select**®
**UPS Worldwide Expedited**®

International Shipments

Page 1 of 1

SHP#: 5AW6 68V9 D4S
1.0 LBS   LTR   1 OF 1

RHONDA PIUNTI
410-318-6840
M&T SECURITIES-BROKERAGE
ONE LIGHT STREET, 13TH FL
BALTIMORE MD 21202
UNITED STATES

SHIP TO:
FOR THE DISTRICT OF PUERTO
THE CLERK OF THE US DISTRICT COURT
FEDERAL BUILDING - ROOM 150
150 CARLOS AVENUE
SAN JUAN PR 00918-1767
PUERTO RICO

UPS 2ND DAY AIR
TRACKING #: 1Z 5AW 668 02 9671 5773

BILLING: P/P
DESC: document

Reference No.1: 008-0570
Reference No.2: INVESTMENT BANKING

EDI-DOC

2019 MAR 19 PM 1:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

years ...rvice.

