# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the following

1. *Fifth Interim Application of Marchand ICS Group for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Information Agent to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from October 1, 2018 through Janaury 31, 2019 as* Dkt. No. 5786 (the "**Marchand Application**");

2. *Fifth Interim Application of Segal Consulting for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Actuaries and Consultants to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from October 1, 2018*

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

*through January 31, 2019 as Dkt. No. 5806 (the "**Segal Application**");*

3. *Fifth Interim Application, and Corrected Application of Jenner & Block LLP as Counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from October 1, 2018 through January 31, 2019 as Dkt. No. 5981, (the "**Jenner Corrected Application**");*

4. *Fifth Interim Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from October 1, 2018 through Janaury 31, 2019 as Dkt. No. 5785, (the "**FTI Application**"); and*

5. *Fifth Interim Application of Bennazar, Garcia & Milan, C.S.P. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from October 1, 2018 through January 31, 2019 as Dkt. No. 5811, (the "**Bennazar Application**"); and*

6. *Fifth Interim Application of Members of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Reimbursement of Expenses Incurred from October 1, 2018 through January 31, 2019 as Dkt. No. 5787, (the "**Retiree Committee Application**,"* and together with the **Marchand Application**, **Segal Application**, **Jenner Application**, **Bennazar Application** and **FTI Application**, the "**Applications**"), to be served in the following manner:

On March 18, 2019, the Applications were served via the Court's CM/ECF system and via email to each of the parties listed in Exhibit A attached hereto.

On March 19, 2019, the Corrected version of the Jenner Application was served via the Court's CM/ECF system and via email to each of the parties listed in Exhibit A attached hereto.

2

On March 19, 2019, two copies of the Applications were sent by UPS overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007, one copy of each Application was sent by UPS overnight delivery to Daniel McDermott, The Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901, and one copy of each Application was sent on March 19, 2019 by US Postal Service to the following:

Gerardo J. Portela Franco
Mohammad Yassin
Puerto Rico Fiscal Agency and Financial
Advisory Authority Roberto Sánchez Vilella
(Minillas) Government Center De Diego Ave.
Stop 22
San Juan, Puerto Rico 00907

Andrés W. López
Law Offices of Andrés W. López
902 Fernández Juncos Ave.
San Juan, PR 00907

Arturo Diaz-Angueira
Katiuska Bolaños-Lugo
Cancio, Nadal, Rivera & Díaz, P.S.C.
PO Box 364966
San Juan, PR 00936-4966

Paul V. Possinger
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602

Luc. A. Despins
James Bliss
James Worthington
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

John J. Rapisardi
Suzzanne Uhland
Peter Friedman
Diana M. Perez
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Nancy A. Mitchell
David D. Cleary
Nathan A. Haynes
Kevin D. Finger
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166

Martin J. Bienenstock
Ehud Barak
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Juan J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
Casillas, Santiago & Torres LLC
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419

3

| | |
|---|---|
| Luis C. Marini-Biaggi<br>Carolina Velaz-Rivero<br>Marini Pietrantoni Muniz LLC<br>MCS Plaza, Suite 500<br>255 Ponce de Leon Ave.<br>San Juan, PR 00917 | Reylam Guerra Goderich<br>Omar Rodriguez Perez<br>Angel L. Pantoja Rodriguez<br>Francisco Pares Alicea<br>Francisco Pena Montanez<br>The Puerto Rico Department of Treasury<br>P.O.Box 9024140<br>San Juan, PR 00902-4140 |
| Eyck O. Lugo<br>EDGE Legal Strategies<br>PSC<br>252 Ponce de Leon Avenue<br>Citibank Tower, 12th Floor<br>San Juan, PR 00918 | Katherine Stadler<br>Godfrey & Kahn S.C.<br>One East Main Street<br>Suite 500<br>Madison, WI 53703 |

March 20, 2019

JENNER & BLOCK LLP

By:

*/s/ Robert Gordon*

Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
312-222-9350 (telephone)

Respectfully submitted,

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:

*/s/ A.J. Bennazar-Zequeira*

A.J. Bennazar-Zequeira
Edificio Union Plaza
PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Proposed Counsel for The Official Committee of Retired Employees of Puerto Rico*

4

**EXHIBIT A**

**EMAIL SERVICE**

Gerardo.Portela@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov
jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
dperez@omm.com
andres@awllaw.com
mitchlln@gtlaw.com
clearyd@gtlaw.com
haynesn@gtlaw.com
fingerk@gtlaw.com
adiaz@cnrd.com
kbolanos@cnrd.com
mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com
ctheodoridis@proskauer.com
hermann.bauer@oneillborges.com
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
AAneses@cstlawpr.com
emontull@cstlawpr.com
lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com
Reylam.Guerra@haciendapr.gov
Rodriguez.Omar@hacienda.pr.gov
Angel.pantoja@hacienda.pr.gov
Francisco.pares@hacienda.pr.gov
Francisco.Pena@hacienda.pr.gov
elugo@edgelegalpr.com
Kstadler@gklaw.com