**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS<br><br>**This court filing relates only to Case No. 17 BK 4780-LTS** |

**APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE**

**COMES NOW**, Wendy B. Reilly, applicant herein and respectfully states:

1.      Applicant is an attorney with the law firm of Debevoise & Plimpton LLP with offices at:

> Address:          919 Third Avenue
>                          New York, NY 10022
>
> Email:              wbreilly@debevoise.com

---

[1]      The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1

Telephone No.:          (212) 909-6000

Fax No.:                (212) 909-6836

2.      Applicant will sign all pleadings with the name Wendy B. Reilly.

3.      Applicant has been retained personally or as an attorney with the above-named firm by Syncora Guarantee, Inc., hereinafter referred to as Syncora, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.      Since June 10, 2002, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law.  Applicant's bar license number for the State of New York is 4064838.  Applicant has also been a member in good standing of the bar of the highest court of the State of New Jersey since December 8, 2000, but does not practice law in New Jersey.  Applicant's bar license number for the State of New Jersey is 037542000.

5.      Applicant has also been admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| United States District Court for the Southern District of New York | May 27, 2003 |
| United States District Court for the Eastern District of New York | June 20, 2003 |
| United States Court of Appeals for the Second Circuit | May 4, 2005 |
| United States Court of Appeals for the Third Circuit | April 27, 2017 |

6.      Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.    Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.    During the past three years, applicant has not previously filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10.   Local counsels of record associated with applicant in this matter are:

Name:                    **Solymar Castillo Morales**

USDC-PR Bar No.          218310

Address                  Goldman Antonetti & Córdova, LLC
                         P.O. Box 70364
                         San Juan, Puerto Rico 00936-8364

Email                    scastillo@gaclaw.com

Telephone No.            (787) 759-4213

Fax No.                  (787) 474-2335

And,

Name:                    **Carlos A. Rodríguez-Vidal**

USDC-PR Bar No.          201213

Address                  Goldman Antonetti & Córdova, LLC
                         P.O. Box 70364
                         San Juan, Puerto Rico 00936-8364

Email                    crodriguez-vidal@gaclaw.com

Telephone No.            (787) 759-4117

Fax No.                  (787) 767-9177

11.   Applicant has read the local rules of this court and will comply with same.

12.   Applicant has read the Local Rules of the United States District Court and the Local Bankruptcy Rules for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission

3

fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro

hac vice admission fee is attached hereto in the form of a check or money order payable to:

"Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United

States District Court for the District of Puerto Rico for the above-styled case only and any

adversary proceeding related thereto.

Date: March 20, 2019.

_Wendy B. Reilly_
**Wendy B. Reilly**
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212)909-6000
Fax: (212) 909-6836

I HEREBY CERTIFY, pursuant to Local Rule 83.A (f) that I consent to the designation

of local counsel of record for all purposes.

Date: March 20, 2019.

Carlos A. Rodríguez Vidal
Solymar Castillo Morales

_Carlos A. Rodríguez Vidal_                    _Solymar Castillo Morales_
Carlos A. Rodríguez Vidal                       Solymar Castillo Morales

I HEREBY CERTIFY that I have served a true and correct copy of this document upon

each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro

hac vice admission fee.

_Carlos A. Rodríguez Vidal_
GOLDMAN ANTONETTI & CORDOVA, LLC
Carlos A. Rodríguez Vidal
Solymar Castillo- Morales
USDC- PR 201213
USDC-PR 208310
Post Office Box 70364
San Juan, PR 00936-8364
Tel: (787)753-4117
Fax: (787) 767-9177

5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS<br><br>**This court filing relates only to Case No. 17 BK 4780-LTS** |

### ORDER GRANTING ADMISSION PRO HAC VICE OF WENDY B. REILLY

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

6

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐     the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐     the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2019.


_____

HONORABLE LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE

7