# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS) |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMITS FOR THE PARTIES' MOTIONS TO COMPEL DISCOVERY IN CONNECTION WITH THE MOTION OF CERTAIN SECURED CREDITORS OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO <u>FOR RELIEF FROM THE AUTOMATIC STAY</u>**

Upon consideration of the *Urgent Joint Motion for Leave to Exceed the Page Limits for the Parties' Motions to Compel Discovery in Connection With the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto*

*Rico for Relief From the Automatic Stay* (the "Urgent Motion") seeking leave to exceed the page limits for discovery motions to compel in connection with the Motion for Relief from the Automatic Stay (Docket No. 289 in Case No. 17-bk-03566); and taking notice of the agreement among the parties:

1. The Urgent Motion is GRANTED. With respect to the briefing on the motions to compel due March 21, 2018 at 3:00 PM AST, (i) the Bondholders shall file a single omnibus motion to compel, and (ii) ERS, the Commonwealth, AAFAF, and the Oversight Board shall file a single omnibus motion to compel. The following page limits shall apply to this briefing:

   a) motions to compel shall not exceed 35 pages (excluding exhibits, pages containing the case caption, and signature pages);

   b) oppositions to any such motions shall not exceed 35 pages (excluding exhibits, pages containing the case caption, and signature pages); and

   c) replies in support of any such motions to compel shall not exceed 20 pages (excluding exhibits, pages containing the case caption, and signature pages).

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

3. This resolves Docket No. 5964 in Case 17-BK-3283 and Docket No. 399 in Case No. 3566.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 21, 2019