## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"), *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

## NOTICE OF SUBMISSION OF AMENDED EXHIBITS TO
## SIXTH, SEVENTH, TWELFTH, THIRTEENTH, FOURTEENTH,
## FIFTEENTH, SIXTEENTH, AND SEVENTEENTH OMNIBUS CLAIM OBJECTIONS

To the Honorable United States District Court Judge Laura Taylor Swain:

1.      On March 13, 2019, the Court heard various objections (each, an "Objection") to claims filed against the Puerto Rico Sales Tax Financing Corporation ("COFINA").

2.      In light of the withdrawals of certain proofs of claim by the claimants, the Oversight Board respectfully submits herewith amended versions of the following exhibits accompanying certain claim objections:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Exhibit A to the *Sixth Omnibus Objection (Non-Substantive) to Duplicate Claims*, ECF No. 4410;

- Exhibit A to the *Seventh Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor*, ECF No. 4411;

- Exhibit A to the *Twelfth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims*, ECF No. 4416;

- Exhibit A to the *Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims*, ECF No. 4417;

- Exhibit A to the *Fourteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims*, ECF No. 4418;

- Exhibit A to the *Fifteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims*, ECF No. 4419;

- Exhibit A to the *Sixteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims*, ECF No. 4420; and

- Exhibit A to the *Seventeenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims*, ECF No. 4502.

[*Remainder of page intentionally left blank*]

1

Dated: March 21, 2019

San Juan, Puerto Rico

Respectfully submitted,

/s/ *Ricardo Burgos Vargas*
Ricardo Burgos Vargas
USDC No. 218210
**A&S LEGAL STUDIO, PSC**
434 Ave. Hostos
San Juan, PR 00918
Tel:  (787) 751-6764/(787)948-1025
Fax:  (787) 763-8260

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA*