Séptima Objeción Colectiva
Anexo A – Reclamaciones de Bonos contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | CORREGIDO | |
|---|---|---|---|---|---|---|
| | | | DEUDOR | MONTO DE LA RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN |
| 1 | BAKER, JOAN<br>4 WOODS END RD.<br>BROOKSIDE, NJ 07926 | 19266 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 16,145.00 | Autoridad de Energía Eléctrica de Puerto Rico | $16,145.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 2 | CALLIHAN, HENRY<br>24 AUGUSTA WAY<br>NORTH CHELMSFORD, MA 01863-2000 | 4636 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 4,750.00 | El Estado Libre Asociado de Puerto Rico | $4,750.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 3 | FRANCISCO J. PERDOMO-FERRER TTE<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 13752 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 100,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | $100,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 4 | GARCIA DE MIRO, NATIVIDAD<br>2201 CARR. 14 APT. 11501 COND. ALBORADA<br>COTO LAUREL, PR 00780-2320 | 34502 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 85,561.00 | Autoridad de Energía Eléctrica de Puerto Rico | $85,561.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 5 | GRAHAM, DIANA E. AND JOHNSON<br>176 EVERGREEN DRIVE<br>WESTBURY, NY 11590 | 10591 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 9,775.00 | Autoridad de Carreteras y Transportación de Puerto Rico | $9,775.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 6 | JESUS HERNANDEZ GONZALEZ AND SONIA ANGUEIRA MALDONADO<br>HC-05 BOX 10496<br>MOCA, PR 00676 | 6567 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 44,416.00* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | $44,416.00* |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |

Séptima Objeción Colectiva
Anexo A – Reclamaciones de Bonos contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | CORREGIDO | |
|---|---|---|---|---|---|---|
| | | | DEUDOR | MONTO DE LA RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN |
| 7 | JOSE O TORRES FRANCESCHINI VIXMA I RODRIGUEZ MATINEZ<br>JOSE O TORRES FRANCESCHINI<br>PO BOX 1305<br>YAUCO, PR 00698 | 59635 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 8 | LAWRENCE, LEE A<br>70 8TH AVE APT4<br>BROOKLYN, NY 11217 | 16802 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $25,000.00 | El Estado Libre Asociado de Puerto Rico | $25,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 9 | LOUIS GILLOW CUSTODIAN FOR LORRI GILLOW UNJUTMA<br>1409 JOHNSON AVENUE<br>POINT PLEASANT, NJ 08742 | 32440 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $84,700.00 | Autoridad de Energía Eléctrica de Puerto Rico | $84,700.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 10 | MACHADO TORRES I<br>MILDRED MACHADO I<br>PO BOX 147<br>HORMIGUEROS, PR 00660-0147 | 27547 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $50,000.00 | El Estado Libre Asociado de Puerto Rico | $50,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 11 | MITCHELL JTWROS, THOMAS W & ANITA<br>1008 WOODCLIFF DR<br>MCKINNEY, TX 75070 | 9533 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $10,000.00 | El Estado Libre Asociado de Puerto Rico | $10,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 12 | MORALES, RAFAEL<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 1974 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $85,000.00 | El Estado Libre Asociado de Puerto Rico | $85,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |

Séptima Objeción Colectiva
Anexo A – Reclamaciones de Bonos contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | CORREGIDO | |
|---|---|---|---|---|---|---|
| | | | DEUDOR | MONTO DE LA RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN |
| 13 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 6451 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 24,959.50 | Autoridad de Carreteras y Transportación de Puerto Rico | $24,959.50 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 14 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 5927 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 19,878.40 | Autoridad de Carreteras y Transportación de Puerto Rico | $19,878.40 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 15 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 5934 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 10,081.00 | Autoridad de Carreteras y Transportación de Puerto Rico | $10,081.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 16 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 5936 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 19,644.00 | Autoridad de Carreteras y Transportación de Puerto Rico | $19,644.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 17 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 5942 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 19,787.20 | El Estado Libre Asociado de Puerto Rico | $19,787.20 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 18 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 6056 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 24,810.75 | El Estado Libre Asociado de Puerto Rico | $24,810.75 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 19 | PEDRO J. PENA LOPEZ & SONIA S. PENA<br>PO BOX 192171<br>SAN JUAN, PR 00919-2171 | 39759 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Séptima Objeción Colectiva
Anexo A – Reclamaciones de Bonos contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 20 | PERDOMO, FRANCISCO J.<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 15941 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 50,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | $50,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 21 | RAMIREZ, JOSE M<br>PO BOX 1688<br>MAYAGUEZ, PR 00681 | 31652 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 100,000.00 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | $100,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 22 | RODRIGUEZ RODRIGUEZ, GUALBERTO<br>PO BOX 363247<br>SAN JUAN, PR 00936-3447 | 11905 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 205,000.00 | El Estado Libre Asociado de Puerto Rico | $205,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 23 | RODRIGUEZ RODRIGUEZ, GUALBERTO<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 11907 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 150,000.00 | El Estado Libre Asociado de Puerto Rico | $150,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 24 | RODRIGUEZ RODRIGUEZ, GUALBERTO<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 11922 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 170,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | $170,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Carreteras y Transportación de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 25 | THOMAS W & ANITA MITCHELL JTWROS<br>1008 WOODCLIFF DR<br>MCKINNEY, TX 75070 | 9667 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 10,000.00 | El Estado Libre Asociado de Puerto Rico | $10,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 26 | THOR TTEE, J DONALD AND KATHLEEN A.<br>725 SANTA ROSITA<br>SLOANA BEACH, CA 92075 | 3189 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 20,000.00 | El Estado Libre Asociado de Puerto Rico | $20,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados