## Seventh Omnibus Objection
## Exhibit A - Incorrect Debtor Bond Claims

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 1 | BAKER, JOAN<br>4 WOODS END RD.<br>BROOKSIDE, NJ 07926 | 19266 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 16,145.00 | Puerto Rico Electric Power Authority | $16,145.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 2 | CALLIHAN, HENRY<br>24 AUGUSTA WAY<br>NORTH CHELMSFORD, MA 01863-2000 | 4636 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 4,750.00 | Commonwealth of Puerto Rico | $4,750.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 3 | FRANCISCO J. PERDOMO-FERRER TTE<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 13752 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 100,000.00 | Puerto Rico Highways and Transportation Authority | $100,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | |
| 4 | GARCIA DE MIRO, NATIVIDAD<br>2201 CARR. 14 APT. 11501 COND. ALBORADA<br>COTO LAUREL, PR 00780-2320 | 34502 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 85,561.00 | Puerto Rico Electric Power Authority | $85,561.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 5 | GRAHAM, DIANA E. AND JOHNSON<br>176 EVERGREEN DRIVE<br>WESTBURY, NY 11590 | 10591 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 9,775.00 | Puerto Rico Highways and Transportation Authority | $9,775.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | |
| 6 | JESUS HERNANDEZ GONZALEZ AND SONIA ANGUEIRA MALDONADO<br>HC-05 BOX 10496<br>MOCA, PR 00676 | 6567 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 44,416.00* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $44,416.00* |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | |
| 7 | JOSE O TORRES FRANCESCHINI VIXMA I RODRIGUEZ MATINEZ<br>JOSE O TORRES FRANCESCHINI<br>PO BOX 1305<br>YAUCO, PR 00698 | 59635 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Seventh Omnibus Objection
## Exhibit A - Incorrect Debtor Bond Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | LAWRENCE , LEE A<br>70 8TH AVE APT4<br>BROOKLYN, NY 11217 | 16802 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 25,000.00 | Commonwealth of Puerto Rico | $25,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 9 | LOUIS GILLOW CUSTODIAN FOR LORRI GILLOW UNJUTMA<br>1409 JOHNSON AVENUE<br>POINT PLEASANT, NJ 08742 | 32440 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 84,700.00 | Puerto Rico Electric Power Authority | $84,700.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 10 | MACHADO TORRES I<br>MILDRED MACHADO I<br>PO BOX 147<br>HORMIGUEROS, PR 00660-0147 | 27547 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 50,000.00 | Commonwealth of Puerto Rico | $50,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 11 | MITCHELL JTWROS, THOMAS W & ANITA<br>1008 WOODCLIFF DR<br>MCKINNEY, TX 75070 | 9533 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 10,000.00 | Commonwealth of Puerto Rico | $10,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 12 | MORALES, RAFAEL<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 1974 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 85,000.00 | Commonwealth of Puerto Rico | $85,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 13 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 6451 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 24,959.50 | Puerto Rico Highways and Transportation Authority | $24,959.50 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | |
| 14 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 5927 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 19,878.40 | Puerto Rico Highways and Transportation Authority | $19,878.40 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Seventh Omnibus Objection
## Exhibit A - Incorrect Debtor Bond Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 5934 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 10,081.00 | Puerto Rico Highways and Transportation Authority | $10,081.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | |
| 16 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 5936 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 19,644.00 | Puerto Rico Highways and Transportation Authority | $19,644.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | |
| 17 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 5942 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 19,787.20 | Commonwealth of Puerto Rico | $19,787.20 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 18 | PAYNE III TTEE, JOHN BAYLY<br>4031 GULF SHORE BLVD N. #95<br>NAPLES, FL 34103 | 6056 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 24,810.75 | Commonwealth of Puerto Rico | $24,810.75 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 19 | PEDRO J. PENA LOPEZ & SONIA S. PENA<br>PO BOX 192171<br>SAN JUAN, PR 00919-2171 | 39759 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 20 | PERDOMO, FRANCISCO J.<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 15941 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 50,000.00 | Puerto Rico Highways and Transportation Authority | $50,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | |
| 21 | RAMIREZ, JOSE M<br>PO BOX 1688<br>MAYAGUEZ, PR00681 | 31652 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 100,000.00 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $100,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Seventh Omnibus Objection
Exhibit A - Incorrect Debtor Bond Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ RODRIGUEZ, GUALBERTO PO BOX 363247 SAN JUAN, PR 00936-3447 | 11905 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 205,000.00 | Commonwealth of Puerto Rico | $205,000.00 |

Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| 23 | RODRIGUEZ RODRIGUEZ, GUALBERTO PO BOX 363247 SAN JUAN, PR 00936-3247 | 11907 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 150,000.00 | Commonwealth of Puerto Rico | $150,000.00 |

Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| 24 | RODRIGUEZ RODRIGUEZ, GUALBERTO PO BOX 363247 SAN JUAN, PR 00936-3247 | 11922 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 170,000.00 | Puerto Rico Highways and Transportation Authority | $170,000.00 |

Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

| 25 | THOMAS W & ANITA MITCHELL JTWROS 1008 WOODCLIFF DR MCKINNEY, TX 75070 | 9667 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 10,000.00 | Commonwealth of Puerto Rico | $10,000.00 |

Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| 26 | THOR TTEE, J DONALD AND KATHLEEN A. 725 SANTA ROSITA SLOANA BEACH, CA 92075 | 3189 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 20,000.00 | Commonwealth of Puerto Rico | $20,000.00 |

Reason: Claimant identifies as obligor Puerto Rico Sales Tax Financing Corporation (COFINA), when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

* Indicates claim contains unliquidated and/or undetermined amounts