Decimoséptimo Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | CARDONA CRESPO, MARGARITA<br>CARR 348 #2835<br>MAYAGUEZ, PR 00680-2100 | 06/11/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 39106 | $95,167.00 | CARDONA CRESPO, MARGARITA<br>CARR 348 #2835<br>MAYAGUEZ, PR 00680-2100 | 06/18/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 78897 | $95,167.00 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 2 | INMOBILIARIA LEVY, INC.<br>P.O. BOX 16820<br>SAN JUAN, PR 00908 | 10/31/17 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 249 | $732,767.00 | INMOBILIARIA LEVY, INC.<br>P.O. BOX 16820<br>SAN JUAN, PR 00908 | 01/17/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 397 | $732,767.00 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 3 | MALDONADO HERNANDEZ, FRANCISCA<br>381 AVE FELISA RINCON DE GAUTIER<br>PASEOMONTE APT. 806<br>SAN JUAN, PR 00926 | 04/23/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 8038 | $423,655.78 | MALDONADO HERNANDEZ, FRANCISCA<br>381 AVE FELISA RINCON DE GAUTIER<br>APT. 806<br>SAN JUAN, PR 00926 | 05/07/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 11402 | $423,655.78 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 4 | VINCENTE-BENITEZ, RAMON M<br>PO BOX 29670<br>SAN JUAN, PR 00929 | 05/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 30518 | $153,000.00 | VICENTE BENITEZ, RAMON M<br>PO BOX 29670<br>SAN JUAN, PR 00929 | 05/29/18 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico<br>17 BK 03284-LTS | 30555 | $153,000.00 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |