## Seventeenth Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CARDONA CRESPO, MARGARITA<br>CARR 348 #2835<br>MAYAGUEZ, PR00680-2100 | 06/11/18 | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>17 BK 03284-LTS | 39106 | $ 95,167.00 | CARDONA CRESPO, MARGARITA<br>CARR 348 #2835<br>MAYAGUEZ, PR00680-2100 | 06/18/18 | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>17 BK 03284-LTS | 78897 | $ 95,167.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | INMOBILIARIA LEVY, INC.<br>P.O. BOX 16820<br>SAN JUAN, PR 00908 | 10/31/17 | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>17 BK 03284-LTS | 249 | $ 732,767.00 | INMOBILIARIA LEVY, INC.<br>P.O. BOX 16820<br>SAN JUAN, PR 00908 | 01/17/18 | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>17 BK 03284-LTS | 397 | $ 732,767.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | MALDONADO HERNANDEZ, FRANCISCA<br>381 AVE FELISA RINCON DE GAUTIER PASEOMONTE APT.806<br>SAN JUAN, PR 00926 | 04/23/18 | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>17 BK 03284-LTS | 8038 | $ 423,655.78 | MALDONADO HERNANDEZ, FRANCISCA<br>381 AVE FELISA RINCON DE GAUTIER APT. 806<br>SAN JUAN, PR 00926 | 05/07/18 | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>17 BK 03284-LTS | 11402 | $ 423,655.78 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | VINCENTE-BENITEZ, RAMON M<br>PO BOX 29670<br>SAN JUAN, PR 00929 | 05/29/18 | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>17 BK 03284-LTS | 30518 | $ 153,000.00 | VICENTE BENITEZ, RAMON M<br>PO BOX 29670<br>SAN JUAN, PR 00929 | 05/29/18 | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>17 BK 03284-LTS | 30555 | $ 153,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |