# EXHIBIT L

| | |
|---|---|
| **From:** | Sloane, Cheryl Tedeschi <csloane@whitecase.com> |
| **Sent:** | Thursday, February 28, 2019 9:22 PM |
| **To:** | Dale, Margaret A.; Sooknanan, Sparkle L.; mbienenstock@proskauer.com; JLevitan@proskauer.com; tmungovan@proskauer.com; sweise@proskauer.com; dvelawoffices@gmail.com; mhackett@proskauer.com; brosen@proskauer.com; Theodoridis, Chris; ppossinger@proskauer.com; kperra@proskauer.com; Roche, Jennifer L.; Mazurek, Carl A. |
| **Cc:** | Bennett, Bruce S.; Rosenblum, Benjamin; Stewart, Geoffrey S.; Perez, Isel M.; afernandez@delgadofernandez.com; jcunningham@whitecase.com; de la Hoz, Fernando; jzakia@whitecase.com; José C. Sánchez; Alicia I. Lavergne Ramírez; Maraliz Vázquez-Marrero; Papez, Matthew E.; Martin, Moneyede |
| **Subject:** | RE: In re Commonwealth of Puerto Rico, et al., Case No. 17-3283 (LTS) // In re Employees Retirement System of Gov't of Commonwealth of Puerto Rico, Case No. 17-3566 (LTS) |

Margaret,

Thank you for the discussion earlier today.  As promised, we're sending along proposed search parameters for the Movant's production.  If you disagree with these parameters, we would propose a call tomorrow at 10:00 a.m. EST to discuss so that we can begin processing documents from our clients asap.

**Date Range:**  June 30, 2016 – present.  This date range is identical the date range in our requests for production to the Commonwealth and ERS.

**Custodians:**  We are updating the custodian list previously provided with respect to our Adv. 213 discovery and expect to have a revised list to you tomorrow morning.

**Search Terms:**  Below are the search terms that we agreed to with respect to our Adv. 213 discovery.  We would proposed deleting the strikethrough terms as those are not relevant to the present requests.

- ("employees retirement system" or ERS*) and (((employer* w/2 contribut*) or pledge* or lien* or (security w/2 interest*) or collateral* or proceed* or revenue* or "~~2-116~~" or "~~3-105~~" or "~~4-113~~") w/25 bond*)

- (retiro* or sistema*) and (((aporta* w/2 patron*) or pignora* or (derecho w/3 reten*) or (derecho w/3 garantía*) or garantía* or (garantía* w/2 colateral) or producto* or beneficio* or ingreso* or ganancia* or renta* or "~~2-116~~" or "~~3-105~~" or "~~4-113~~") w/25 bono*)

Regards,
Cheryl

**Cheryl Sloane**  |  Associate
**T**  +1 305 925 4783     **M**  +1 786 457 4984     **E**  csloane@whitecase.com
White & Case LLP  |  Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900  |  Miami, FL 33131-2352