# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br>as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO et al.,**[1]<br>Debtors | **PROMESA**<br>**Title III**<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the **NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION (GO's)** of **COOPERATIVA DE AHORRO Y CRÉDITO DE ISABELA,** with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

The undesigned further certifies having served said Notice of Participation via email to the addresses listed in the attached service list.

In San Juan, Puerto Rico, on March 21, 2019.

EDGARDO MUÑOZ, PSC
364 Lafayette
San Juan, PR 00917-3113
Tel. (787) 753-3888

**s/ EDGARDO MUÑOZ**
USDC NO. 125713
emunozPSC@gmail.com

# SERVICE LIST

BROWN RUDNICK LLP
Attn: Edward S. Weisfelner, Esq.
Angela M. Papalaskaris, Esq.
7 Times Square
New York, NY 10036

via
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq.
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005

via
sbest@brownrudnick.com

Sunni P. Beville, Esq.
One Financial Center
Boston, MA 02111

via
sbeville@brownrudnick.com

ESTRELLA, LLC
Attn: Alberto Estrella, Esq.
Kenneth C. Suria, Esq.
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596

via
agestrella@estrellallallc.com
ksuria@estrellallc.com

PAUL HASTINGS LLP
Attn: Luc. A. Despins, Esq.
James R. Bliss, Esq.
Nicholas A. Bassett, Esq.
200 Park Avenue

via
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com

CASILLAS, SANTIAGO & TORRES LLC
Attn: Juan J. Casillas Ayala, Esq.,
Diana M. Batlle-Barasorda, Esq.,
Alberto J. E. Añeses Negrón, Esq.,
Ericka C. Montull-Novoa, Esq.,
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419

via
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com