UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | PROMESA |
| | : | Title III |
| THE FINANCIAL OVERSIGHT AND | : | |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| as representative of | : | (Jointly Administered) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO et al., | : | |
| | : | |
| Debtors.[1] | : | |

-------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | PROMESA |
| | : | Title III |
| THE FINANCIAL OVERSIGHT AND | : | |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Case No. 17-BK-3566 (LTS) |
| | : | |
| as representative of | : | (Jointly Administered) |
| | : | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | : | |
| | : | |
| Debtors. | : | |

-------------------------------------------------------------------------X

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER REGARDING PROCEDURES FOR APRIL 1, 2019 HEARING

In accordance with the *Order Setting Discovery and Briefing Schedule in Connection with Motion of Certain Creditors of Employees Retirement System of Government of Commonwealth of Puerto Rico for Relief from Automatic Stay* (Dkt. No. 393 in 17-BK-3566), this Court will hold a hearing on motions to compel on April 1, 2019 at 2:30 p.m. Atlantic Standard Time in Boston, MA.

The hearing will be held at the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 and by video teleconference in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Avenue, Federal Building, San Juan, Puerto Rico 00918-1767. Specific courtrooms will be announced in a later order by this Court.

Judge Dein will be present in the Massachusetts courtroom. **Counsel who intend to present oral argument are required to attend the proceedings in the Massachusetts courtroom.** Counsel who intend to present oral argument must file an Informative Motion stating their name and the party for which they intend to appear, **no later than March 27, 2019 at 3:00 p.m. Atlantic Standard Time**.

Other attorneys, members of the press and the general public may attend and observe the hearing in either the Massachusetts or Puerto Rico courtrooms. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **Wednesday, March 27, 2019** and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not

limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 21, 2019