# EXHIBIT A

I have discussed the Objection and Response with one or more representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon our discussion, understand the reasoning set forth in the Objection, and agree to withdraw the Response. I hereby authorize the Oversight Board to file this consent to notify the Court of my agreement to withdraw the Response.

Date: March 12, 2019

Signature: *[signed]*

Print Name: HEDWIG M. AULETTA

Print Address: 452 Huntington Ave
Buffalo, NY 14214
USA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANT COOPERATIVA DE AHORRO Y CREDITO DE JAYUYA TO OBJECTION OF PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)**

Cooperativa de Ahorro y Credito de Jayuya, (the "Claimant") filed claims against Puerto Rico Sales Tax Financing Corporation (COFINA) on or about 05/17/2018 (the "Claims"), which were logged by Prime Clerk LLC as Proof of Claim Numbers 16425, 16536, 16549, 16560 and 16555. On 12/05/2018, COFINA filed an objection to the Claims (the "Objection"). *See* Puerto Rico Sales Tax Financing Corporation's Twelfth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims (ECF No. 4416). On 01/16/2019, Cooperative de Ahorro y Credito de Jayuya timely filed a response (the "Response") to the Objection. *See Response to Debtors Objection to Claims (Number(s): 16549, 16555, 16560, 16425)* (ECF No. 4825).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Cooperativa de Ahorro y Credito de Jayuya has discussed the Objection and Response with with the legal representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon those discussions, understand that the New York Mellon Bank as Trustee filed two master proof of claim on May 25, 2018 that included the CUSIPS 74529JLE3, 74529JES0, 74529JNL5 and 74529JLH6 that may constitute a duplicate claim.

Cooperativa de Ahorro y Crédito de Jayuya relying on the allowance of the master proof of claim presented by a NYMB as Trustee and making reserve to reinstate their claim if such Trustee withdraws the other claims, agree to withdraw the Response to the twelfth omnibus objection to claims (non-substantive) to duplicate bonds. It is hereby authorized the Oversight Board to file this consent to notify the Court of the agreement to withdraw the Response.

**Date: February 21, 2019**

**Signature:** _____

**Print Name: Lemuel Negrón-Colón, Esq.**

**Print Address: P.O. Box 801478 Coto Laurel, P.R. 00780-1478**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANT COOPERATIVA DE AHORRO Y CREDITO DE CARIBE COOP. TO OBJECTION OF PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)

Cooperativa de Ahorro y Crédito Caribe Coop., (the "Claimant") filed claims against Puerto Rico Sales Tax Financing Corporation (COFINA) on or about 05/25/2018 (the "Claims"), which were logged by Prime Clerk LLC as Proof of Claim Numbers 29857 and 24724. On 12/05/2018, COFINA filed an objection to the Claims (the "Objection"). *See* Puerto Rico Sales Tax Financing Corporation's Twelfth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims (ECF No. 4416). On 01/16/2019, Cooperativa de Ahorro y Crédito Caribe Coop. timely

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

filed a response (the "Response") to the Objection. *See Response to Debtors Objection to Claims (Number(s): 24724 and 29857)* (ECF No. 4828).

Cooperativa de Ahorro y Crédito Caribe Coop. has discussed the Objection and Response with the legal representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon those discussions, understand that the New York Mellon Bank as Trustee filed two master proof of claim on May 25, 2018 that included the CUSIPS 74529JHD0 and 74529JPJ8 that may constitute a duplicate claim.

Cooperativa de Ahorro y Crédito Caribe Coop., relying on the allowance of the master proof of claim presented by a NYMB as Trustee and making reserve to reinstate their claim if such Trustee withdraws the other claims, agree to withdraw the Response to the twelfth omnibus objection to claims (non-substantive) to duplicate bonds. It is hereby authorized the Oversight Board to file this consent to notify the Court of the agreement to withdraw the Response.

**Date: February 21, 2019.**

**Signature:** _____

**Print Name: Lemuel Negrón-Colón, Esq.**

**Print Address: P.O. Box 801478 Coto Laurel, P.R. 00780-1478**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANT FARMACIA LA VENTANA, INC. TO OBJECTION OF PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)**

Farmacia La Ventana, Inc. (the "Claimant") filed a claim against Puerto Rico Sales Tax Financing Corporation (COFINA) on or about 05/25/2018 (the "Claim"), which was logged by Prime Clerk LLC as Proof of Claim No. 25071. On 12/05/2018, COFINA filed an objection to the Claim (the "Objection"). *See Puerto Rico Sales Tax Financing Corporation's Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims* (ECF No. 4417). On 01/16/2019, Farmacia La Ventana, Inc. timely filed two responses (the "Responses") to the Objection. *See Response to Debtor's Objection to Claims (Number(s): 25071)* (ECF Nos. 4827 and 4829).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Farmacia La Ventana, Inc. has discussed the Objection and Responses with the legal representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon those discussions, understand that the New York Mellon Bank as Trustee filed two master proof of claim on May 25, 2018 that included the CUSIP 74529JGW9 that may constitute a duplicate claim.

Farmacia La Ventana, Inc., relying on the allowance of the master proof of claim presented by a NYMB as Trustee and making reserve to reinstate their claim if such Trustee withdraws the other claims, agree to withdraw the Response to the thirteenth omnibus objection to claims (non-substantive) to duplicate bonds. It is hereby authorized the Oversight Board to file this consent to notify the Court of the agreement to withdraw the Response.

**Date: February 21, 2019**

**Signature:** _____

**Print Name:** Lemuel Negrón-Colón, Esq.

**Print Address:** P.O. Box 801478 Coto Laurel, P.R. 00780-1478