UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

          Debtors.[1]

-------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

<u>PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT</u>

      The attached additional <u>pro se</u> Notices of Participation have been received by the
Court for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy
Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to
Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its
Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-
LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:
3808); (iv) Employees Retirement System of the Government of the Commonwealth of
Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of
Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

Pro Se Notices of Participation Received by the Court
March 21, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting*

*Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Jeffrey L. Cohen
2. Ivelisse Buono Albarran
3. Robert W. Argent
4. Jeffrey Eppinger
5. Sarah F. Martinich
6. Omar Soto
7. James J. Tanghe and Michele M. Tanghe
8. Paul Marcotrigiano and Jennifer Marcotrigiano
9. Henry C. Callahan, Jr.
10. Eileen Chesbro
11. Col. Warren C. Bulette
12. Gisbert Manskopf
13. John P. Barnes
14. Madeleine Carrero
15. Bryna Ringel
16. Edward Farah
17. Russell I. Gillpatrick
18. Paul Fry II
19. Walter J. Howard
20. Ada Green
21. Sylvia Sherman
22. Chaim Nunberg and Cheryl Nunberg
23. Richard C. Smith and Dolores J. Smith
24. Nery Del Valle Ortiz and Sandra Candelario Del Valle
25. Sandra Candelario and Ivan Candelario
26. Kathy S. Wotring
27. John Ollquist
28. Raymond Papandrea
29. Barbara Papandrea
30. Fred A. Levine and Ellen Levine
31. Marta N. Pujals Rodriguez
32. Charles D'Alessandro
33. C-ZR Partners (c/o Melissa Lapper)
34. Raymond Papandrea
35. Bernard Silversmith
36. Sonia Joy Murray
37. Harold F. Elam

Pro Se Notices of Participation Received by the Court
March 21, 2019

      38. Ila J. Leavy
      39. Sally B. Weisleder


Dated:  March 21, 2019