SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 MAR 21  PM 5: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Jeffrey L. Cohen | |
| Participant Name | Firm Name (if applicable) |
| Jeffrey Cohen | |
| Contact Person (if Participant is not an individual) | Contact Person |
| jefco@jefcohen.biz | |
| Email Address | Email Address |

Address line 1

724 Springdale Drive

Address line 2

Spartanburg SC 29302

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

_____

Jeffrey Cohen

Print Name

_____

Title (if Participant is not an Individual)

3/17/19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



JEFFREY COHEN
C/O JEFCO INT'L
724 SPRINGDALE DR
SPARTANBURG, SC 29302

GREENVILLE SC 296
18 MAR 2019 PM 1 1

FOREVER / USA

RECEIVED
2019 MAR 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the USA
District Court of Puerto Rico
Room 150 / Federal Bldg.
150 Carlos Chardon Ave.
San Juan P.R.   00918-1767

SRF 3096

Case:17-03283-LTS    Doc#:5984-1    Filed:03/21/19    Entered:03/22/19 10:03:10    Desc:
Pro Se Notices of Participation    Page 4 of 125

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED*

*2019 MAR 21  PM 5: 49*

*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

-------------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                    :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :        Title III

      as representative of                                  :        Case No. 17-BK-3283 (LTS)
                                                                      :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :        (Jointly Administered)
                                                                      :
      Debtors.                                               :

-------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>                    <u>**Counsel Contact Information (if any)**</u>

*Ivelisse Buono Albarran*
Participant Name                                                         Firm Name (if applicable)


Contact Person (if Participant is not an individual)          Contact Person

*ivebuono @ yahoo.com*
Email Address                                                            Email Address

| | |
|---|---|
| Address line 1 | Address line 1 |
| P.O. Box 7293 | |
| Address line 2 | Address line 2 |
| Ponce, P.R. 00732-7293 | |
| City, State Zip Code | City, State Zip Code |
| P R | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                 745 14 L Z Y6

       (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or (**NO**) (please **circle one**).

By: ___*J Buono A*_____

    Signature

    *Ivelisse Buono Albanan*

    Print Name

    _____

    Title (if Participant is not an Individual)

    *March 20, 2019*

    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Ivelisse Buono
P.O. Box 7293
Ponce, PR 00732-7293

SAN JUAN PR 009

20 MAR 2019 PM 1 T



RECEIVED & FILED
2019 MAR 21 PM 5:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Oficina 150 del Edificio Federal
150 avenida Carlos Chardón
San Juan, Puerto Rico 00918-1767

00918$1703

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 MAR 21  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

      as representative of                          :        Case No. 17-BK-3283 (LTS)
                                        :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)

      Debtors.                                      :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **<u>Participant Name and Contact Information</u>** | **<u>Counsel Contact Information (if any)</u>** |
|---|---|
| *Robert W Argent* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |
| *RWARGENT @ Yahoo.com* | |

| Address line 1 | Address line 1 |
| *10 Archbishop May Dr.* | _____ |
| Address line 2 | Address line 2 |
| *St. Louis, MO 63119* | _____ |
| City, State Zip Code | City, State Zip Code |
| *USA* | _____ |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB71*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Robt W Argent*
Signature

*Robert W. Argent*
Print Name

_____
Title (if Participant is not an Individual)

*3-16-19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Robert W. Argent
10 Archbishop May Dr.
St. Louis, MO  63119



SAINT LOUIS MO 630

18 MAR 2019 PM 9 L

RECEIVED & FILED
2019 MAR 21  PM 5: 49
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U. S. Dist. Court  of
Puerto
Room 150  Federal Building,
150 Carlos Chardon  Ave.
San Juan, PR 0918-1767

00918-170625

SRF 31086

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

2019 MAR 21 PM 5:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
        as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *JEFFREY EPPINGER* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *jeff.eppinger@gmail.com* | |
| Email Address | Email Address |

Address line 1

*1441 SQUIRREL HILL AVE*

Address line 2

*PITTSBURGH, PA 15217*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    *74514LB89*

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

*JEFFREY L. EPPINGER*

Print Name

_____

Title (if Participant is not an Individual)

*3/16/2019*

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

EPPINGER
1441 SQUIRREL HILL AVE
PITTSBURGH, PA 15217-1151

PITTSBURGH PA 150

18 MAR 2019 PM 3 L



RECEIVED & FILED
2019 MAR 21  PM 5 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF P.R.
ROOM 150  FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR
00918-1767

00918-170625

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED
2019 MAR 21  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND           :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :      Title III

      as representative of                 :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)

      Debtors.                            :

------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*SARAH F MARTINICH*
Participant Name

_____
Contact Person (if Participant is not an individual)

*Smartiniche sbc global.net*
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

SRF 30944

Address line 1

*802 Coxswain Way #203*

Address line 2

*Annapolis, MD 21401*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  X  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Sarah F Martinich*

Signature

*Sarah F Martinich*

Print Name

_____

Title (if Participant is not an Individual)

*3/18/2019*

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Sarah F Martinich
802 Coxswain Way #203
Annapolis, MD 21401

U.S. POSTAGE PAID
FCM LETTER
RIVA, MD
21140
MAR 18, 19
AMOUNT
**$0.55**
R2305K142549-11

1000        00918

RECEIVED & FILED
2019 MAR 21 PM 5:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
For the District of Puerto
 Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 21 PM 5:50

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------------X
In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :    Title III
                                                                :
            as representative of                                :    Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                       :    (Jointly Administered)
                                                                :
            Debtors.                                            :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

            **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

            The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

            To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.         Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**              **Counsel Contact Information (if any)**

Omar Soto
_____              _____
Participant Name                                          Firm Name (if applicable)


_____              _____
Contact Person (if Participant is not an individual)      Contact Person

Cantico-uyo@hotmail.com
_____              _____
Email Address                                             Email Address


_____              _____

Address line 1

_Po Box 316_

Address line 2

_Aguadilla PR .. 65_

City, State Zip Code

_Puerto Rico_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    _____
    Print Name

    _____
    Title (if Participant is not an Individual)

    _3/13/19_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Alivius**
Therapy

Tel (787) 882-6677 / Fax (787) 986-7491
P.O. Box 3161
Aguadilla, P.R. 00605

SAN JUAN PR 009

20 MAR 2019 PM 1 T

Clerk's Office
United States District Court
Room 150 Federal Bldg
150 Carlos Chardon Avenue
San Juan P R 00918-1767

00918-1703

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---

In re:                                                    :

THE FINANCIAL OVERSIGHT AND              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :   Title III

      as representative of                   :   Case No. 17-BK-3283 (LTS)

                                             :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)

      Debtors.                               :

---

RECEIVED & FILED
2019 MAR 21  PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *James J. Tanghe & Michele M. Tanghe* | x |
| Participant Name | Firm Name (if applicable) |
| x | x |
| Contact Person (if Participant is not an individual) | Contact Person |
| *JimTanghe@Comcast.net* | x |
| Email Address | Email Address |

Address line 1                                    Address line 1

2799 MURRAY AVE.                                  ↳

Address line 2                                    Address line 2

BENSALEM  PA 19020                                ↳

City, State Zip Code                              City, State Zip Code

USA.                                              ↳

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

\_\_X\_\_ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market?  **YES** or **NO** (please **circle one**).

By: _Jim J Tanghe_
Signature

JAMes J. TANghe
Print Name

_____
Title (if Participant is not an Individual)

3/15/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

2799 Murray Ave
Bensalem Pa 19020

PHILADELPHIA PA 190

18 MAR 2019 PM 7 L

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150
Federal Bldg
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------------X

In re:                                                                 :

THE FINANCIAL OVERSIGHT AND                       :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III

      as representative of                                    :     Case No. 17-BK-3283 (LTS)
                                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*    :     (Jointly Administered)
                                                                            :
      Debtors.                                                          :

-------------------------------------------------------------------------X

*RECEIVED & FILED
MAR 21 PM 5: 50
CLERK'S
SAN JUAN P.R.*

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **<u>Participant Name and Contact Information</u>** | **<u>Counsel Contact Information (if any)</u>** |
|---|---|
| *Paul and Jennifer Marcotrigiano JTWROS* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *PJMARCO@aol.com* | |
| Email Address | Email Address |
| | |

SRF 31030

Address line 1                                    Address line 1
_104 Voorhis Avenue_                              _____
Address line 2                                    Address line 2
_Ruckville Centre NY 11570_                       _____
City, State Zip Code                              City, State Zip Code
_U.S.A_                                           _____
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

           _____ intends to **support** the relief requested in the Objection (i.e., Participant
           believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

           __X.__ intends to **oppose** the relief requested in the Objection (i.e., Participant
           believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             _74514LD20 current / 74514LB89 - Previously owned_

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market? (**YES**) or **NO** (please **circle one**).

By: _Paul Marcotrigiano  Jma_
    Signature

    _Paul and Jennifer Marcotrigiano_
    Print Name


    _____
    Title (if Participant is not an Individual)

    _3/11/19_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mr. Paul Marcotrigiano
104 Voorhis Ave
Rockville Ctr, NY 11570-2746

MID-ISLAND NY 117

18 MAR 2019 PM 6 L

Mister Rogers

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 21  PM 5: 50

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------------------X
                                                                         :
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        :    Title III
                                                                         :
        as representative of                                             :    Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                                :    (Jointly Administered)
                                                                         :
        Debtors.                                                         :
-------------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| HENRY C CALLIHAN, SR | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| abcallihan@comcast.net | |
| Email Address | Email Address |
| 24 AUGUSTA WAY | |

Address line 1                                        Address line 1

_____                              _____
Address line 2                                        Address line 2
North Che(m)ford, MA 61863                            _____
City, State Zip Code                                  City, State Zip Code
UIA
_____                              _____
Country                                               Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          X    intends to **support** the relief requested in the Objection (i.e., Participant
      believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          _____   intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

    Henry C Calljham Jr
    _____
    Print Name


    _____
    Title (if Participant is not an Individual)

    2/18/19
    _____
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Henry C. Callihan Jr.**
24 Augusta Way
N. Chelmsford, MA 01863-2000

BOSTON MA 021

18 MAR 2019 PM 3 L

FOREVER / USA

The Clerk of US District Court For District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918 - 1767

RECEIVED & FILED
2019 MAR 21  PM 5: 50
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

0091801709 C018
0091801709 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

  Debtors.

-------------------------------------------------------------------------X

RECEIVED & FILED

2019 MAR 21 PM 5: 50

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.   Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

EILEEN CHESARO
Participant Name

Contact Person (if Participant is not an individual)

Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

*2981 Town Center Road*

Address line 2

*Baldwinsville, N.Y. 13027*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Eileen Chesbro*

Signature

*EILEEN CHESBRO*

Print Name

_____

Title (if Participant is not an Individual)

*MARCH 18, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Eileen Chesbro
2981 Town Center Rd.
Baldwinsville, NY  13027-8120

SYRACUSE NY 130

18 MAR 2019 PM 2 L



THE CLERK OF THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO , ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE, SAN JUAN PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------X
                                             :
In re:                                       :
                                             :
THE FINANCIAL OVERSIGHT AND                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :    Title III
                                             :
        as representative of                 :    Case No. 17-BK-3283 (LTS)
                                             :
THE COMMONWEALTH OF PUERTO RICO et al.,      :    (Jointly Administered)
                                             :
        Debtors.                             :
------------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| | Firm Name (if applicable) |
| Col. Warren C. Bulette 1775 S Queen St York, PA 17403 (vidual) | Contact Person |
| Email Address | Email Address |
| BULETTE @ JUNO.COM | |

Address line 1                                          Address line 1

Col. Warren C. Bulette                                  _____
1775 S Queen St                                         Address line 2
York, PA  17403
                                                        _____
_____                        City, State Zip Code
        *USA*
Country                                                 _____
                                                       Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

                _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

                ✓ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                        74514 LB 89

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? (YES) or **NO** (please **circle one**).

By: *Warren C. Bulette*
        Signature

        *WARREN C BULETTE*
        Print Name

        _____
        Title (if Participant is not an Individual)

        *3 ~ 15 ~ 19*
        Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Col. Warren C. Bulette
1775 S Queen St
York, PA  17403

HARRISBURG PA 171

15 MAR 2019 PM 4 L

BATTLE of NEW ORLEANS
USA                    FOREVER

The Clerk of the United States District Court of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan  PR 00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III

     as representative of                  :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*        :   (Jointly Administered)

    Debtors.

------------------------------------------------------------------X

RECEIVED & FILED
2019 MAR 21  PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| GISBERT MANSKOOF M.D. | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| gisbertmansBopp @ YAHOO.COM | |
| Email Address | Email Address |

Gisbert Manskopf
260 Buckner Ave
Haddonfield, NJ  08033

Address line 1

260 BUCKNER

Address line 2

HADDON TOWNSHIP. 08033

City, State Zip Code

U.S.A

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✗ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Gisbel Manshopf M.D._
Signature

GISBERT MANSHOPF
Print Name

_____
Title (if Participant is not an Individual)

3/20/2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Gisbert Manskopf**
260 Buckner Ave
Haddonfield, NJ 08033

U.S.A.

SOUTH JERSEY NJ 080

18 MAR 2019 PM 7 L

CLERK United States
DISTRICT COURT FOR
DISTRICT OF PUERTO
ROOM 150 FEDERAL
BUILDING
150 CARLOS CHARDON AVE
SAN JUAN
PUERTO RICO

00918X9999  00918-17801

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 21 PM 5: 50

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND                                  :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :     Title III

      as representative of                               :     Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                    :     (Jointly Administered)
                                                             :
      Debtors.                                           :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JOHN D. BARNES | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| BARNES CON @YAHOO.COM | |
| Email Address | Email Address |
| | |

Address line 1
_6049 N. TROPICAL TR._
Address line 2
_MERRITT ISLAND FL. 32955_
City, State Zip Code
_U.S.A._
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

     _74514L-8P-9_

     (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _John P. Barnes_
Signature

_JOHN P. BARNES_
Print Name

_____
Title (if Participant is not an Individual)

_5-18-2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

JOHN P. BARNES
6049 N. TROPICAL TR.
MERRITT ISLAND FL. 32953

TAMPA FL 335
SAINT PETERSBURG FL
18 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 21 PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE U.S. DISTRICT COURT FOR THE
DISTRICK OF PUERTO
RM. 150 FEDRAL BW.
150 CARLOS CHARDON AUE.
SAN JUAN. PR 00918-1767

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 MAR 21 PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

------------------------------------------------------------------------X

:
:
:    PROMESA
:    Title III
:
:    Case No. 17-BK-3283 (LTS)
:
:    (Jointly Administered)
:
:
:

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Madeleine Carrero* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *madeleinecarrer@g.mail.com* | |
| Email Address | Email Address |
| | |

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____X_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
      Signature

*Madeleine Carrero*
Print Name

_____
Title (if Participant is not an Individual)

*March 20, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to:  The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Madeleine Carreir Vda Barros
P.O Box 364662
San Juan P.R 00936

SAN JUAN PR 009

20 MAR 2019 PM 1 L

RECEIVED & FILED
2019 21 PM 5:50

The Clerk of the United States District Court
for the District of Puerto Rico Room 150
Federal Building 150 Chardón Avenue
San Juan P.R. 00917 - 1767

00917$9999

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 MAR 21  PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND                                 :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :    Title III

as representative of                                        :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*                   :    (Jointly Administered)

Debtors.                                                    :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

BRYNA RINGEL
Participant Name                                     Firm Name (if applicable)

Contact Person (if Participant is not an individual)  Contact Person

BRYNA RINGEL @GMAIL.COM
Email Address                                        Email Address

Address line 1

_10 SMITH MANOR BLVD._
Address line 2

_WEST ORANGE, N.J. 07052_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514L D20_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Bryna Ringel_
Signature

_BRYNA RINGEL_
Print Name

_____
Title (if Participant is not an Individual)

_MARCH 11, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



STIFEL

Stifel, Nicolaus & Company, Incorporated
501 North Broadway
St. Louis, Missouri 63102

DV DANIELS
NJ DDD
18 MAR '19
PM 4 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 07932 $ 000.50⁰
02 4W
0000357622 MAR 18 2019

ADDRESS SERVICE REQUESTED

The Clerk of the U.S. District Ct
District of P.R., Room 150
Federal Bldg.
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 MAR 21 PM 5: 50

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

In re:                                                                                :

                                                                                        :

THE FINANCIAL OVERSIGHT AND                              :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :          Title III

                                                                                        :

          as representative of                                        :          Case No. 17-BK-3283 (LTS)

                                                                                        :

THE COMMONWEALTH OF PUERTO RICO *et al.*,     :          (Jointly Administered)

                                                                                        :

          Debtors.                                                          :

-----------------------------------------------------------------------X

*RECEIVED & FILED*
*2019 MAR 21 PM 5: 50*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.          Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

*Edward Farah*
_____                            _____
Participant Name                                                              Firm Name (if applicable)


_____                            _____
Contact Person (if Participant is not an individual)            Contact Person

*efarah@cmfs.us*
_____                            _____
Email Address                                                                 Email Address


_____                            _____

Address line 1

_7345 Glenɛagle Drive_
Address line 2

_Miami Lakes, Fl. 33014_
City, State Zip Code

_USA_
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country
_____

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       **X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
       _74514LE86_

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Edward Farah_
    Signature

    _Edward Farah_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _March 15, 2019_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Edward Farah
7345 Gleneagle Dr.
Miami Lakes, Fl. 33014

MIAMI FL 333

15 MAR 2019 PM 5 L

FOREVER USA   FOREVER USA

RECEIVED & FILED
2019 MAR 21 PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918$1706 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 MAR 21 PM 5:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
--------------------------------------------X
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :   Title III
                                            :
        as representative of                :   Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :   (Jointly Administered)
                                            :
        Debtors.                            :
--------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Russell I. Gillpatrick | |
| Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| Email Address | Email Address |

Address line 1

*70 Pearl Street*

Address line 2

_____

City, State Zip Code

*Brockton, MA 02301-2818*

Country

*U.S.A.*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

_____

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   *74514LB89*
   *74526QKX9*

   (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?   **YES** or **NO** (please **circle one**).

By: *Russell I. Gillpatrick*

Signature

*Russell I. Gillpatrick*

Print Name

_____

Title (if Participant is not an Individual)

*March 15, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Mr. Russell I. Gillpatrick
70 Pearl Street
Brockton, MA   02301-2818
       U.S.A.

BROCKTON MA 023

18 MAR 2019 PM 2 L

The Clerk of the United States District Court for the District of Puerto Rico
     Room 150  Federal Building
       150 Carlos Chardon Avenue
San Juan, PR
         00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

        Debtors.

-------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

*RECEIVED & FILED*
*2019 MAR 21  PM 5: 49*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Paul FRY II | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| coffeedroid@outlook.com | |
| Email Address | Email Address |
| | |

Address line 1

6116-D GeorgeTown Rd.

Address line 2

Indianapolis, IN 46254

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   X   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514LD 20

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: _Paul Fry II_
    Signature

    Paul FRy II
    Print Name

    MR.
    Title (if Participant is not an Individual)

    3/18/2019
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mr. Paul Fry
6116 Georgetown Rd. Apt. D.
Indianapolis, IN 46254

INDIANAPOLIS IN 460

18 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 21  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the United States District Court For Puerto Rico

Room 150

Federal Building

150 Carlos Chardon Avenue

San Juan, PR 00918-1767

00918-170625

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X
                                                              :
In re:                                                        :        RECEIVED & FILED
                                                              :
THE FINANCIAL OVERSIGHT AND                                   :        2019 MAR 21  PM 5: 49
MANAGEMENT BOARD FOR PUERTO RICO,                             :        PROMESA CLERK'S OFFICE
                                                              :        Title III  S. DISTRICT COURT
                                                              :                  SAN JUAN, P.R.
         as representative of                                 :        Case No. 17-BK-3283 (LTS)
                                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,                       :        (Jointly Administered)
                                                              :
         Debtors.                                             :
---------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

*WALTER J. HOWARD*                                     _____
Participant Name                                       Firm Name (if applicable)

_____                       _____
Contact Person (if Participant is not an individual)   Contact Person

_____                       _____
Email Address                                          Email Address

_____                       _____

Address line 1                                              Address line 1

_____                                    _____
Address line 2                                              Address line 2

_____                                    _____
City, State Zip Code                                        City, State Zip Code

_____                                    _____
Country                                                    Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        ___X___ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

               *74514 LA56*

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
               secondary market?  **YES** or (**NO**) (please **circle one**).

By: *Walter J. Howard*
    Signature

    *WALTER J. HOWARD*
    Print Name

    _____
    Title (if Participant is not an Individual)

    ___*3/16/19*___
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

WALTER J. HOWARD
5 SWAYZE DR.
LATHAM, N.Y. 12110

ALBANY NY 120

18 MAR 2019 PM 2 L

FOREVER / USA

RECEIVED & FILED
2019 MAR 21   PM 5: 49
CLERK'S OFFICE
S DISTRICT OF P.R.

CLERK, OF THE U.S. DISTRICT COURT
DISTRICT OF PUERTO, ROOM 150
FEDERAL BLDG. 150 CARLOS CHARDON AVE.
SAN JUAN PR. 00919-1767

00918-170625

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :     Title III
                                                            :
              as representative of                          :     Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,                     :     (Jointly Administered)
                                                            :
              Debtors.                                      :
------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Ada Green | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| adagreen@att.net | |
| Email Address | Email Address |
| | |

Address line 1

370 East 76th Street

Address line 2

Apt. B205

City, State Zip Code

New York, NY 10021

Country   USA

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LD87

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By: _Ada Green_____

Signature

Ada Green

Print Name

_____

Title (if Participant is not an Individual)

March 18, 2019

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Ms. Ada Green
370 E. 76th St., Apt. B205
New York, NY 10021-2551



NEW YORK NY 100

FOREVER / USA

RECEIVED & FILED
2019 MAR 21  PM 5: 48
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan, PR  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND                                 :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :        Title III

      as representative of                                  :        Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                   :        (Jointly Administered)
                                                            :
      Debtors.                                             :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *SYLVIA SHERMAN* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1          Address line 1
4113 MONROE VILLAGE
Address line 2          Address line 2
MONROE TWSP, NJ 08831
City, State Zip Code          City, State Zip Code
MIDDLESEX
Country          Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LD87

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Sylvia Sherman*
Signature

SYLVIA SHERMAN
Print Name

_____
Title (if Participant is not an Individual)

3/15/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

SHERMAN
16 WALNUT GROVE RD
HILLSBOROUGH, NJ 08844

DV DANIELS ND 070
18 MAR 2019 PM 4 L



RECEIVED & FILED
2019 MAR 21  PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK OF THE U.S. DISTRICT COURT OF PUERTO RICO
ROOM 150 FEDERAL BLDG.
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918-170825

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III
                                                    :
        as representative of                        :    Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :    (Jointly Administered)
                                                    :
        Debtors.                                    :
----------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
COMMONWEALTH GENERAL OBLIGATION BONDS

     This Notice of Participation must be served and filed no later than **April 16, 2019** in accordance with the instructions set forth at the end of this document.

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *CHAIM + CHERYL NUNBERG*<br>Participant Name | <br>Firm Name (if applicable) |
| *CHAIM OR CHERYL NUNBERG*<br>Contact Person (if Participant is not an individual) | <br>Contact Person |
| *CNUNBERG @ GMAIL.COM*<br>Email Address | <br>Email Address |

Address line 1

*1730 E 29th ST.*

Address line 2

*BROOKLYN N.Y. 11229*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

        X    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

               *74514LD46*

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: *Chaim Nunberg Cheryl Nunberg*
    Signature

    *CHAIM NUNBERG   CHERYL NUNBERG*
    Print Name

    _____
    Title (if Participant is not an Individual)

    *MAR 18, 2019*
    Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Chaim Nunberg
1780 E 29th St
Brooklyn, NY 11229-2517



NEW YORK NY 120

18 MAR 2019 PM 11 L

CELEBRATE!
FOREVER / USA

RECEIVED & FILED
2019 MAR 21  PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK OF THE UNITED STATES
   DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
ROOM 150  FEDERAL BLDG
   150  CARLOS CHARDON AVE
SAN JUAN,  PR  00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

---------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| RICHARD C. SMITH <br> DOLORES J. SMITH <br> Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| djslabs@delhi.net <br> Email Address | Email Address |

Address line 1

*3413 WEST TERRY & LOVE ROAD*

Address line 2

*DELANCEY, NY 13752-4157*
City, State Zip Code

*USA*
Country

Address line 1

Address line 2

City, State Zip Code

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LD20*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Richard C. Smith*          *Dolores J. Smith*
Signature
*RICHARD C. SMITH*
*DOLORES J. SMITH*
Print Name

_____
Title (if Participant is not an Individual)

*3/18/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr. Richard C. Smith
3413 W Terry Clove Rd
Delancey, NY 13752



SYRACUSE NY 130

18 MAR 2019 PM 3 L

RECEIVED & FILED
2019 MAR 21   PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

00918-170625

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------X
:
In re:                                                            :
                                                                  :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                                                  :
      as representative of             :   Case No. 17-BK-3283 (LTS)
                                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.*,      :   (Jointly Administered)
                                                                  :
      Debtors.                         :
------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Nery Del Valle Ortz / Sandra Candelario* | |
| Participant Name      *Del Valle* | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *SCANdelario.dc @ gmail.com* | |
| Email Address | Email Address |
| | |

Address line 1                                   Address line 1

*PO Box 567*
Address line 2                                   Address line 2

*CANÓ¿ANAS PR  00729-0567*
City, State Zip Code                             City, State Zip Code

*USA*
Country                                          Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                        *N/A*

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

*Sandra N. Candelario Del Valle*
Print Name

_____
Title (if Participant is not an Individual)

*3/12/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

PO Box 567
CANÓVANAS, P.R. 00729-0567

SAN JUAN PR 009

20 MAR 2019 PM 1 L



FOREVER / USA

RECEIVED & FILED
2019 MAR 21 PM 5:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of PR
Room 150 Federal Building.
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918$1706

SRF 30961

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X
                                                               :
In re:                                                         :
                                                               :
THE FINANCIAL OVERSIGHT AND                                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              :    Title III
                                                               :
        as representative of                                   :    Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                      :    (Jointly Administered)
                                                               :
        Debtors.                                               :
---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Sandra Candelario / Ivan Candelario | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| scandelario.dc@gmail.com | |
| Email Address | Email Address |
| | |

Address line 1

*PO Box 567*

Address line 2

*CANOVANAS, P.R. 00729-0567*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*N/A*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES or NO** (please **circle one**).

By: _____
    Signature

*Sandra M. Candelario Del Valle*
Print Name

_____
Title (if Participant is not an Individual)

*3/12/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

PO Box 567
CANÓVANAS, P.R. 00729-0567

SAN JUAN PR 009

20 MAR 2019 PM 1 L



FOREVER / USA

RECEIVED & FILED

2019 MAR 21 PM 5: 47

CLERK'S OFFICE
U.S. DIST. ICT. COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of PR
Room 150 Federal Building.
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918$1706

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III

        as representative of                   :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)

        Debtors.                               :

------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Kathy S. Wotring | |
| Participant Name | Firm Name (if applicable) |
| John B. Wotring (Spouse) | |
| Contact Person (if Participant is not an individual) | Contact Person |
| John.Wotring83@gmail.com | |
| Email Address | Email Address |

Address line 1

_40 Capon River Road_

Address line 2

_P.O. Box 407_

City, State Zip Code

_Capon Bridge, WV  26711_

Country _United States_

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LA72_

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Kathy S. Notring_
Signature

_Kathy S. Notring_
Print Name

_____
Title (if Participant is not an Individual)

_March 18, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

 

PM 3-Day
CAPON BRIDGE, WV
26711
MAR 19 19
AMOUNT
**$7.35**
R2305K140731-05

1006        00918

**PRESS FIRMLY TO SEAL**                **PRESS FIRMLY TO SEAL**

# PRIORITY
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

 **PICKUP AVAILABLE**

\* Domestic only

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION**

EXPECTED DELIVERY DAY:  03/22/19

**USPS TRACKING NUMBER**



9505 5129 0147 9078 0635 37



PS00001000014        EP14F July 2013
                     OD: 12.5 x 9.5

# PRIORITY
## ★ MAIL ★


**UNITED STATES
POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FR

**FROM:**

*Kathy S. Wotring
Po Box 407
Capon Bridge, WV  26711*

**TO:**

*The Clerk of the
United States Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767*

Label 228, March 2016        **FOR DOMESTIC AND INTERNATIONAL USE**

RECEIVED & FILED
2019 MAR 21  PM 5: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.
This envelope is made from post-consumer waste. Please recycle - again.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


**UNITED STATES
POSTAL SERVICE**

SRF 30944

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X
                                                          :
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :      Title III
                                                          :
           as representative of                           :      Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :      (Jointly Administered)
                                                          :
           Debtors.                                       :
------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

JOHN  C  OLLQUIST
_____                    _____
Participant Name                                     Firm Name (if applicable)


_____                    _____
Contact Person (if Participant is not an individual)  Contact Person

john@exchangeplaceadvisors.com
_____                    _____
Email Address                                        Email Address


_____                    _____

SRF 30944

Address line 1                                            Address line 1

25 PHILLIPS RD                                            _____
Address line 2                                            Address line 2

SUDBURY MA 01776                                          _____
City, State Zip Code                                      City, State Zip Code

US                                                       _____
Country                                                   Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LE86

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _John C Ollquist_
Signature

JOHN C OLLQUIST
Print Name

_____
Title (if Participant is not an Individual)

2-27-19
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**POSTAGE REQUIRED**

This envelope is made from post-consumer waste. Please recycle - again.

Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved. This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.



**UNITED STATES**
**POSTAL SERVICE®**

PRIORITY ★ MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**US POSTAGE PAID**
**$7.35**
Origin: 01778
03/18/19
2484830779-02

P   Retail

**UNITED STATES**
**POSTAL SERVICE.**

**PRIORITY MAIL 3-Day ®**

0 Lb 1.90 Oz
1006

EXPECTED DELIVERY DAY: 03/21/19

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS TRACKING NUMBER**



9505 5136 2716 9077 3068 48

FROM:
OLLQUIST
25 PHILLIPS RD
SUDBURY, MA 01776

TO:   CLERK OF US DISTRICT CT
FOR DISTRICT OF PUERTO RICO
ROOM 150 - FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, P.R.   00918-1767



RECEIVED & FILED
2019 MAR 21  PM 5 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Label 228, March 2016       **FOR DOMESTIC AND INTERNATIONAL USE**



PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



**UNITED STATES**
**POSTAL SERVICE®**

RF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

*MAILED 3/18/19*

RECEIVED & FILED
2019 MAR 21 PM 5:46
CLERK'S OFFICE
U.S. DISTRICT COURT
AT SAN JUAN

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| RAYMOND PAPANDREA | |
| Participant Name | Firm Name (if applicable) |
| SAME | |
| Contact Person (if Participant is not an individual) | Contact Person |
| HEAVENSHILLFARM@YAHOO.COM | |
| Email Address | Email Address |

Address line 1

*79 YOUNG RD*

Address line 2

*(O)RWELL VT, 05760*

City, State Zip Code

*USA,*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _____

Signature

*RAYMOND PAPANDREA*

Print Name

_____

Title (if Participant is not an Individual)

*3/17/19*

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAGE
PITNEY BOWES
02 1P                $ 007.35⁰
0001918372   MAR 19 2019
MAILED FROM ZIP CODE 05760

# PRIORITY
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING INCLUDED***

 **INSURANCE**

 **PICKUP AVAI**

\* Domestic only

**UNITED STATES POSTAL SERVICE ®**

**USPS TRACKING #**



9114 9014 9645 1009 6975 13

Label 400  Jan. 2013
7690-15-000-7948

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:

 **PRIORITY ®**
**MAIL**

**For Domestic
and International Use**

**UNITED STATES POSTAL SERVICE**

From  PAPAMOREA
29 YOUNG RD.
ORWELL VT. 05760

TO  CLERK OF UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
PUERTO RICO.
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, P.R.
00918-1767

Label 228, January 2008

2019 MAR 21 PM 5: 46
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR
RECEIVED & FILED

P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

 **UNITED STATES
POSTAL SERVICE®**

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X
                                          :

In re:                                    :

THE FINANCIAL OVERSIGHT AND        :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :     Title III
                                            :

        as representative of        :     Case No. 17-BK-3283 (LTS)
                                            :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)
                                            :

        Debtors.                   :
-----------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Barbara Papandrea*<br>Participant Name | *N/A*<br>Firm Name (if applicable) |
| *Same*<br>Contact Person (if Participant is not an individual) | Contact Person |
| *barbara.papandrea2@*<br>Email Address *gmail.com* | Email Address |

Address line 1

_182 Fisher Rd_

Address line 2

_Orwell, VT 05760_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Barbara L Papandrea_

Signature

_Barbara L. Papandrea_

Print Name

_____

Title (if Participant is not an Individual)

_3/17/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

PRESS FIRMLY TO SEAL



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 013.65°
0004729613 MAR 18 2019
MAILED FROM ZIP CODE 05472

NEW HAVEN CT 05472

RECEIVED & FILED

2019 MAR 21 PM 5:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

★ **MAIL** ★

 **DATE OF DELIVERY SPECIFIED**＊

 **USPS TRACKING™ INCLUDED**＊

 **INSURANCE INCLUDED**＊

 **PICKUP AVAILABLE**

＊ **Domestic only**

**FROM:**
Barbara Papandrea
182 Fisher Rd
Orwell, VT 05760

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7017 2620 0000 4936 5031

**TO:** The Clerk of the US
District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-
1767

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

4

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

July 2013
.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



**UNITED STATES
POSTAL SERVICE®**

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
        as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| FRED A. LEVINE AND ELLEN LEVINE | NONE |
| Participant Name    (JOINT TENANTS) | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| FALEsq@icloud.com | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
| --- | --- |
| 5 PEBBLE ROAD, D-3 | |
| Address line 2 | Address line 2 |
| WOODLAND PARK, NJ 07424 | |
| City, State Zip Code | City, State Zip Code |
| U.S.A | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LTU1          74514 LJW8
74514 LQF7          74514 LWQ6

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or (please **circle one**).

By _____

Signature

FRED A. LEVINE AND ELLEN LEVINE
Print Name          ( JOINT TENANTS )

_____
Title (if Participant is not an Individual)

MARCH 8, 2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Fred A. Levine & Ellen Levine
5 Pebble Road, Unit D-3
Woodland Park, NJ  07424-4282
FALEsq@icloud.com

By Express Mail / Overnight Service

March 14, 2019

The Clerk of the United States District Court
   for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

Re:    Case No. 17-BK-3283 (LTS)

        Notice of Participation in Omnibus Objection to Claims Filed
           or Asserted by Holders of Certain Commonwealth General Obligation Bonds

        Three Proofs of Claim Filed Previously with the Prime Clerk on 5/22/18:
               Claim Number:  19705
               Claim Number:  20002
               Claim Number:  20384

        Participants Oppose the Relief Requested in the Objection
        Participants Believe that the Court Should Find the Challenged Bonds are Valid.

        CUSIP Numbers of General Obligation ("G/O") Bonds Held by Participants:
               74514 LJW8      $25,000      G/O Bond 2006-A
               74514 LTU1      $25,000      G/O Bond 2008-A
               74514 LQF7      $100,000     G/O Bond 2006-B
               74514 LWQ6      $35,000      G/O Bond 2011-A

        ***Participants Are Not Represented by Counsel***

Dear Sir/Madam:

The undersigned are retirees, and are owners of the above-referenced four G/O Bonds.

These bonds were purchased on the secondary market, as part of our retirement planning,
through the Jeffrey Matthews Financial Group (Attn: Steven Garbus), 30B Vreeland Road,
Suite 210, Florham Park, NJ  07932, Tel:  973.805.6222, and Email:
sgarbus@jeffreymatthews.com.

Pursuant to your instructions, enclosed please find our signed Notice of Participation for
the above-referenced G/O Bonds.

Our understanding of the Instructions of the Court is that we are not required to make any
further filing at this time with respect to our ownership of a Commonwealth Public Building

Authority Revenue Series 1 Bond that we also own (CUSIP Number: 745235 D65), for which a claim has also been previously filed. We wish to reserve our rights with respect to that Bond.

Thank you for your assistance.

Respectfully submitted,

Fred A. Levine and Ellen Levine

**PRIORITY MAIL**

★ MAIL ★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE

U.S. POSTAGE PAID
PM 3-Day
WOODLAND PARK, NJ
07424
MAR 18 19
AMOUNT
$7.35
R2305K135382-10

UNITED STATES
POSTAL SERVICE ®

1004

00918

Fred A. Levine
& Ellen Levine
5 Pebble Road - D-3
Woodland Park NJ
07424

RECEIVED & FILED
2019 MAR 21  PM 5: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the U.S.D.C.
Room 150, Federal Bldg
150 Carlos Chardon Ave
San Juan, PR
00918-1765

EXPECTED DELIVERY DAY: 03/21/19

**USPS TRACKING NUMBER**



9505 5150 1493 9077 2212 69

* For International shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :    Title III
                                               :
        as representative of                   :    Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :    (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Marta N. Pujals Rodriguez
Participant Name

_____
Contact Person (if Participant is not an individual)

martapujals@yahoo.com
Email Address

Urb. Estancias del Golf Club

**Counsel Contact Information (if any)**

N/A
Firm Name (if applicable)

N/A
Contact Person

N/A
Email Address

N/A

Address line 1

*#53 calle Wito Morales*

Address line 2

*PONCE, P.R.  00731*

City, State Zip Code

*Puerto Rico*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Marto N Pujols Rodriguez*

Signature

*MARTA N. Pujols Rodriguez*

Print Name

_____

Title (if Participant is not an Individual)

*MAR/09/'19*

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

M. Pujals Rodz.
Estancias del Golf Club
# 534 c. Wito Morales
PONCE P.R. 00731

7018 1130 0001 2191 6353

LOVE
FOREVER-USA

RECEIVED & FILED
2019 MAR 21 PM 5: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United State District Court
for the District of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Avenu
San Juan, P.R. 00918-1767

UNITED STATES
POSTAL SERVICE®

1000          00918

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
MAR 20, 19
AMOUNT

**$3.50**

R2303S101890-09

'03 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
        as representative of                     :    Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :    (Jointly Administered)
                                                 :
        Debtors.                                 :
-------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Charles D'Alessandro* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Chasdale1@gmail.com* | |
| Email Address | Email Address |

Address line 1

*20571 Candlewood Hollow*

Address line 2

*Estero FL 33928*

City, State Zip Code

*U.S A*

Country

 

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*CUSIP 74514LB89*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **(NO)** (please **circle one**).

By: *[signature]*

Signature

*Charles D'Alessandro*

Print Name

_____

Title (if Participant is not an Individual)

*3/18/19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



CERTIFIED MAIL

Charles D'Alessandro
20571 Candlewood Holw
Estero, FL 33928-4263

7018 3090 0001 4421 0787

U.S. POSTAGE PAID
FCM LETTER
ESTERO, FL
33928
MAR 18, 19
AMOUNT
$0.05
R2305K132766-17

UNITED STATES
POSTAL SERVICE®
1023

00918

Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918

00918-170625

RECEIVED & FILED
2019 MAR 21 PM 5:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------X

In re:                                                         :

THE FINANCIAL OVERSIGHT AND                   :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III

      as representative of                             :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :      (Jointly Administered)

      Debtors.                                         :

---------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| G-2R Partners | |
| Participant Name | Firm Name (if applicable) |
| Melissa Lanner | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Melisse @ Cands management. com | |
| Email Address | Email Address |

Address line 1

*10 Prospect Drive*

Address line 2

*Somerville NJ*

City, State Zip Code

*08876*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            ✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Melissa R Lopper*
Signature

*Melissa Lopper*
Print Name

*Member*
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



G2R Partners
10 Prospect Dr.
Somerville, N.J.    08876

CERTIFIED MAIL

7016 3560 0000 0760 8344

U.S. POSTAGE PAID
FCM LETTER
SOMERVILLE, NJ
08876
MAR 18, 19
AMOUNT
**$6.85**
R2304E106995-7

1000        00918

RECEIVED & FILED
2019 MAR 21  PM 5:46
CLERK'S OFFICE THE
U.S. DISTRICT COURT

The Clerk of the United States District Court for District Puerto
Room 150 - Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1706 C018

SRF 30961

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :       Title III
                                                                :
          as representative of                                  :       Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :       (Jointly Administered)
                                                                :
          Debtors.                                              :
------------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

   **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

   The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *RAYMOND PAPANDREA* | |
| Participant Name | Firm Name (if applicable) |
| *SAME* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *HEAVENSHILLFARM @ YAHOO.COM* | |
| Email Address | Email Address |
| | |

Address line 1

79 YOUNG RD

Address line 2

ORWELL VT, 05760

City, State Zip Code

USA,

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
      Signature

RAYMOND PAPANDREA

Print Name


_____
Title (if Participant is not an Individual)

3/17/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



ROY PAPANDREA
79 YOUNG RD.
ORWELL VT. 05760

CERTIFIED MAIL

7017 3040 0001 1772 4484

RETURN RECEIPT
REQUESTED

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :
MANAGEMENT BOARD FOR PUERTO RICO,               :     PROMESA
                                                :     Title III
      as representative of                      :
                                                :     Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*,       :
                                                :     (Jointly Administered)
      Debtors.                                  :

------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>

Bernard Silversmith
Participant Name

Contact Person (if Participant is not an individual)

SSOTDAO@YAhoo.com
Email Address

<u>**Counsel Contact Information (if any)**</u>

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

_29 Denison Rd_

Address line 2

_Niskayuna Ny 12309_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745114 BM 8_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By _Bernard Silversmith_

Signature

_Bernard Silversmith_

Print Name

_____

Title (if Participant is not an Individual)

_March 10th 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Silversmith
29 Denison Rd
Niskayuna NY 12309

CERTIFIED MAIL

7018 0680 0002 3079 1295

Clerk of US District Court
for District of Puerto Rico
Rm 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

U.S POSTAGE PAID
ATOM LETTER
ALBANY, NY
12309
MAR 17 19
AMOUNT
$6.85
R2305H128455-01

CLERK'S OFFICE
U.S. DISTRICT COURT
2019 MAR 21  PM 5: 45

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------X

In re:                                                          :

                                                                :

THE FINANCIAL OVERSIGHT AND                                     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :     Title III

                                                                :

        as representative of                                    :     Case No. 17-BK-3283 (LTS)

                                                                :

THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :     (Jointly Administered)

                                                                :

        Debtors.                                                :

--------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                **Counsel Contact Information (if any)**

SONIA JOY MURRAY (Mrs.
                   Gilbert Murray)
Participant Name                                            Firm Name (if applicable)


Contact Person (if Participant is not an individual)       Contact Person

Murraysonia407@gmail.com
Email Address                                              Email Address

Case:17-03283-LTS   Doc#:5984-1   Filed:03/21/19   Entered:03/22/19 10:03:10   Desc:
Pro Se Notices of Participation   Page 109 of 125

SRF 31030

Address line 1                          Address line 1

_____        _____

Address line 2                          Address line 2

_____        _____

City, State Zip Code                    City, State Zip Code

_____        _____

Country                                Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         **✗** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

         74514 L A72

     (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or (NO) (please **circle one**).

By: *Sonia J Murray (Mrs) Gilbert L. Murray who is deceased)*
     Signature                                          *— he died 11 Jan 2015.)*

*SONIA J. MURRAY*
Print Name

*MRS.*
Title (if Participant is not an Individual)

*16 March 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Sonia J Murray
407 Oakland Ave
Biloxi, MS 39580

7018 1130 0002 0081 8479

U.S. POSTAGE PAID
FCM LETTER
BILOXI, MS
39530
MAR 18, 19
AMOUNT
$6.85
R2305K132126-06

UNITED STATES
POSTAL SERVICE®

1000          00918

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
SAN JUAN, P.R.
00918-1767

RECEIVED & FILED
2019 MAR 21  PM 5: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918$1703  C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :   Title III
                                            :
            as representative of            :   Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :   (Jointly Administered)
                                            :
            Debtors.                        :
------------------------------------------------------------------X
```

*RECEIVED & FILED*

*2019 MAR 21   PM 5: 49*

*CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.*

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Harold F. Elam
Participant Name

_____
Contact Person (if Participant is not an individual)

ljones@wisdirect.com
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1                                    Address line 1
_____                          _____
Address line 2                                    Address line 2
_____                          _____
City, State Zip Code                              City, State Zip Code
_____                          _____
Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                74514LB63

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

    _____
    Print Name

    _____
    Title (if Participant is not an Individual)

    _____
    Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

*FINANCIAL WEST GROUP, INC.*
*4510 E. THOUSAND OAKS BOULEVARD*
*WESTLAKE VILLAGE      CA 91362*



Financial
West
Group

A7111006573
HAROLD F ELAM
MARIEANNA Y ELAM
293 CHINLE CT
GRAND JCT CO 81507

## IMPORTANT MESSAGE

IF OFFICIAL STATEMENTS, FINANCIAL STATEMENTS,
NOTICES OF MATERIAL EVENTS AND OTHER
DOCUMENTS FOR MUNICIPAL SECURITIES ARE
AVAILABLE. THEY CAN BE VIEWED AT
WWW.EMMA.MSRB.ORG. IF AVAILABLE, A PAPER COPY
MAY BE REQUESTED BY CALLING 800-874-1924.

| | |
|---|---|
| Account: | 5090 |
| Confirm Date: | 03/11/2013 |

Investment Rep Name:
   LARRY JONES/FORD KEELER
For Questions Call:   (970) 241-0700

## TRADE CONFIRMATION SUMMARY REPORT

### YOU BOUGHT
Trade Date: **03-11-13**      Settlement Date: **03-14-13**

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep | Orig |
|---|---|---|---|---|---|---|---|
| | 13070-0C42VD | 20,000 | 101.90 | 74514LB63 | 1* | LF3 LF3 | |

| SECURITY DESCRIPTION | | |
|---|---|---|
| PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A | Principal Amount | 20,380.00 |
| WE HAVE ACTED AS PRINCIPAL. UT | Interest | 207.85 |
| COUPON 5.12500% MATURITY DATE 07/01/2037 | Service Fee | 6.00 |
| CALLABLE NEXT CALL 07/01/22 @ 100.000 | Settlement Amount | 20,593.85 |
| CURRENT YIELD 5.029 | | |
| YIELD TO MATURITY 4.988% | | |
| YIELD TO CALL 4.867% TO 07/01/22 @ 100.000 UNLIMITED GEN OBLIG | | |
| BOOK ENTRY ONLY CONTINUOUSLY CALLABLE FROM 07/01/22 | | |
| SUBJECT TO SINKING FUND OID PRICE $98.254 | | |
| MOODY'S BAA3  STANDARD & POOR'S BBB | | |
| INTEREST PAID SEMI-ANNUALLY | | |
| PAR AMOUNT PER BOND $5000.00 | | |
| ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD; | | |
| COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST | | |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK. REMIT
CHECKS TO: FINANCIAL WEST GROUP, INC., 4510 E. THOUSAND OAKS
BLVD., WESTLAKE VILLAGE, CA 91362

*FINANCIAL WEST GROUP, INC.*
*4510 E. THOUSAND OAKS BOULEVARD*
*WESTLAKE VILLAGE      CA 91362*



**Financial West Group**

A7111006357
HAROLD F ELAM
MARIEANNA Y ELAM
293 CHINLE CT
GRAND JCT CO 81507

### IMPORTANT MESSAGE

IF OFFICIAL STATEMENTS, FINANCIAL STATEMENTS, NOTICES OF MATERIAL EVENTS AND OTHER DOCUMENTS FOR MUNICIPAL SECURITIES ARE AVAILABLE. THEY CAN BE VIEWED AT WWW.EMMA.MSRB.ORG. IF AVAILABLE, A PAPER COPY MAY BE REQUESTED BY CALLING 800-874-1924.

| | |
|---|---|
| **Account:** | 5090 |
| **Confirm Date:** | 03/04/2013 |

**Investment Rep Name:**
LARRY JONES/FORD KEELER
**For Questions Call:** (970) 241-0700

### TRADE CONFIRMATION SUMMARY REPORT

**YOU BOUGHT**                          Trade Date: **03-04-13**    Settlement Date: **03-07-13**

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep | Orig |
|---|---|---|---|---|---|---|---|
| 13063-0C8BVW | | 30,000 | 101.85 | 74514LB63 | 1 * | LF3 LF3 | |

SECURITY DESCRIPTION
PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A
WE HAVE ACTED AS PRINCIPAL. UT
COUPON 5.12500% MATURITY DATE 07/01/2037
CALLABLE NEXT CALL 07/01/22 @ 100.000
CURRENT YIELD 5.031
YIELD TO MATURITY 4.992%
YIELD TO CALL 4.874% TO 07/01/22 @ 100.000 UNLIMITED GEN OBLIG
BOOK ENTRY ONLY CONTINUOUSLY CALLABLE FROM 07/01/22
SUBJECT TO SINKING FUND OID PRICE $98.254
MOODY'S BAA3  STANDARD & POOR'S BBB
INTEREST PAID SEMI-ANNUALLY
PAR AMOUNT PER BOND $5000.00
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;
COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST

| | |
|---|---|
| Principal Amount | 30,555.00 |
| Interest | 281.87 |
| Service Fee | 6.00 |
| **Settlement Amount** | **30,842.87** |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK. REMIT CHECKS TO: FINANCIAL WEST GROUP, INC., 4510 E. THOUSAND OAKS BLVD., WESTLAKE VILLAGE, CA 91362

*FINANCIAL WEST GROUP, INC.*
*4510 E. THOUSAND OAKS BOULEVARD*
*WESTLAKE VILLAGE      CA 91362*

**Financial West Group**
**F W G**

A710007931
HAROLD F ELAM
MARIEANNA Y ELAM
293 CHINLE CT
GRAND JCT CO 81507

## IMPORTANT MESSAGE

IF OFFICIAL STATEMENTS, FINANCIAL STATEMENTS,
NOTICES OF MATERIAL EVENTS AND OTHER
DOCUMENTS FOR MUNICIPAL SECURITIES ARE
AVAILABLE. THEY CAN BE VIEWED AT
WWW.EMMA.MSRB.ORG. IF AVAILABLE, A PAPER COPY
MAY BE REQUESTED BY CALLING 800-874-1924.

| Account: | 5090 |
| Confirm Date: | 05/03/2016 |

Investment Rep Name:
LARRY JONES/FORD KEELER/KIM LAST
For Questions Call:   (970) 241-0700

### TRADE CONFIRMATION SUMMARY REPORT

**YOU SOLD**                                    Trade Date: **05-02-16**    Settlement Date: **05-05-16**

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep |
|---|---|---|---|---|---|---|
| | 16124-0CW89W | 50,000 | 54.4000 | 74514LB63 | 1 * | LF3 LF3 |

| DESCRIPTION AND DISCLOSURES | | |
|---|---|---|
| PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A | Principal Amount | 27,200.00 |
| WE HAVE ACTED AS PRINCIPAL. UT | Interest | 882.64 |
| COUPON 5.12500% MATURITY DATE 07/01/2037 | Service Fee | 6.00 |
| CALLABLE NEXT CALL 07/01/22 @ 100.000 | **Settlement Amount** | **28,076.64** |

DESCRIPTION AND DISCLOSURES
PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A
WE HAVE ACTED AS PRINCIPAL. UT
COUPON 5.12500% MATURITY DATE 07/01/2037
CALLABLE NEXT CALL 07/01/22 @ 100.000
CURRENT YIELD 9.420 YIELD TO MATURITY 10.551% UNLIMITED GEN OBLIG
BOOK ENTRY ONLY CONTINUOUSLY CALLABLE FROM 07/01/22
SUBJECT TO SINKING FUND OID PRICE $98.254
MOODY'S CAA3  STANDARD & POOR'S CC
INTEREST PAID SEMI-ANNUALLY
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
PAR AMOUNT PER BOND $5000.00
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD.

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK. REMIT
CHECKS TO: FINANCIAL WEST GROUP, INC., 4510 E. THOUSAND OAKS
BLVD., WESTLAKE VILLAGE, CA 91362

PAGE 1 OF 3        A710007931

Account:      5090

# WESTERN
INTERNATIONAL SECURITIES, INC.

145 Grand Avenue, Suite D
Grand Junction, CO 81501

$ 000.50

The Clerk of the U.S. District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

0091831706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 21  PM 5: 49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

----------------------------------------------------------------------X

In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :   Title III
                                                        :
      as representative of                              :   Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.,*               :   (Jointly Administered)
                                                        :
      Debtors.                                         :
----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**       **Counsel Contact Information (if any)**

*Ila J. Leavy*      *Ila J. Leavy*
_____      _____
Participant Name                  Firm Name (if applicable)

_____      _____
Contact Person (if Participant is not an individual)    Contact Person

*ialtoe@earthlink.net*
_____      _____
Email Address                      Email Address

_____      _____

Address line 1

Address line 1

_____

_____

Address line 2

Address line 2

_____

_____

City, State Zip Code

City, State Zip Code

_____

_____

Country

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     X   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

       74514 LB63

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _____
    Signature

    _____
    Print Name

    _____
    Title (if Participant is not an Individual)

    _____
    Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

*FINANCIAL WEST GROUP, INC.*
*4510 E. THOUSAND OAKS BOULEVARD*
*WESTLAKE VILLAGE      CA 91362*



Financial
West
Group

A7111006387
ILA J LEAVY
2701 W 19TH ST
GREELEY CO 80634

**IMPORTANT MESSAGE**

IF OFFICIAL STATEMENTS, FINANCIAL STATEMENTS,
NOTICES OF MATERIAL EVENTS AND OTHER
DOCUMENTS FOR MUNICIPAL SECURITIES ARE
AVAILABLE. THEY CAN BE VIEWED AT
WWW.EMMA.MSRB.ORG. IF AVAILABLE, A PAPER COPY
MAY BE REQUESTED BY CALLING 800-874-1924.

| Account: | 4486 |
| Confirm Date: | 03/07/2013 |

**Investment Rep Name:**
LARRY JONES/FORD KEELER
**For Questions Call:**   (970) 241-0700

**TRADE CONFIRMATION SUMMARY REPORT**

| YOU BOUGHT | | | | Trade Date: **03-07-13** | | Settlement Date: **03-12-13** | |
|---|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep | Orig |
|  | 13066-0DBRNH | 10,000 | 101.90 | 74514LB63 | 1 * | LF3 LF3 |  |

SECURITY DESCRIPTION
PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A
WE HAVE ACTED AS PRINCIPAL. UT
COUPON 5.12500%  MATURITY DATE 07/01/2037
CALLABLE NEXT CALL 07/01/22 @ 100.000
CURRENT YIELD 5.029
YIELD TO MATURITY 4.988%
YIELD TO CALL 4.867% TO 07/01/22 @ 100.000 UNLIMITED GEN OBLIG
BOOK ENTRY ONLY CONTINUOUSLY CALLABLE FROM 07/01/22
SUBJECT TO SINKING FUND OID PRICE $98.254
MOODY'S BAA3  STANDARD & POOR'S BBB
INTEREST PAID SEMI-ANNUALLY
PAR AMOUNT PER BOND $5000.00
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;
COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST

| Principal Amount | 10,190.00 |
| Interest | 101.08 |
| Service Fee | 6.00 |
| **Settlement Amount** | **10,297.08** |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK. REMIT
CHECKS TO: FINANCIAL WEST GROUP, INC., 4510 E. THOUSAND OAKS
BLVD., WESTLAKE VILLAGE, CA 91362

| Account: | 4486 |

*FINANCIAL WEST GROUP, INC.*
*4510 E. THOUSAND OAKS BOULEVARD*
*WESTLAKE VILLAGE        CA 91362*

**Financial West Group**
F W G

A710005103
ILA J LEAVY
2701 W 19TH ST
GREELEY CO 80634

### IMPORTANT MESSAGE

IF OFFICIAL STATEMENTS, FINANCIAL STATEMENTS,
NOTICES OF MATERIAL EVENTS AND OTHER
DOCUMENTS FOR MUNICIPAL SECURITIES ARE
AVAILABLE. THEY CAN BE VIEWED AT
WWW.EMMA.MSRB.ORG. IF AVAILABLE, A PAPER COPY
MAY BE REQUESTED BY CALLING 800-874-1924.

**Account:** 4486
**Confirm Date:** 11/12/2015

**Investment Rep Name:**
LARRY JONES/FORD KEELER
**For Questions Call:** (970) 241-0700

### TRADE CONFIRMATION SUMMARY REPORT

| YOU SOLD | | | | Trade Date: **11-12-15** | | Settlement Date: **11-17-15** |
|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep |
| | 15316-0D0Z9K | 10,000 | 59 | 74514LB63 | 1 * | LF3 LF3 |

| DESCRIPTION AND DISCLOSURES | | |
|---|---|---|
| PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A | **Principal Amount** | 5,900.00 |
| WE HAVE ACTED AS PRINCIPAL. UT | Interest | 193.61 |
| COUPON 5.12500% MATURITY DATE 07/01/2037 | Service Fee | 6.00 |
| CALLABLE NEXT CALL 07/01/22 @ 100.000 | **Settlement Amount** | **6,087.61** |

DESCRIPTION AND DISCLOSURES
PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A
WE HAVE ACTED AS PRINCIPAL. UT
COUPON 5.12500% MATURITY DATE 07/01/2037
CALLABLE NEXT CALL 07/01/22 @ 100.000
CURRENT YIELD 8.686 YIELD TO MATURITY 9.684% UNLIMITED GEN OBLIG
BOOK ENTRY ONLY CONTINUOUSLY CALLABLE FROM 07/01/22
SUBJECT TO SINKING FUND OID PRICE $98.254
MOODY'S CAA3  STANDARD & POOR'S CC
INTEREST PAID SEMI-ANNUALLY
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
PAR AMOUNT PER BOND $5000.00
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK. REMIT
CHECKS TO: FINANCIAL WEST GROUP, INC., 4510 E. THOUSAND OAKS
BLVD., WESTLAKE VILLAGE, CA 91362

GRAND JUNCTION CO 815

18 MAR 2019 PM

RECEIVED & FILED
2019 MAR 21 PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

0061881706

WESTERN
INTERNATIONAL SECURITIES, INC.

145 Grand Avenue, Suite D
Grand Junction, CO 81501

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X
:
In re:                                                        :
:
THE FINANCIAL OVERSIGHT AND            :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :    Title III
:
    as representative of                 :    Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :    (Jointly Administered)
:
    Debtors.                             :
---------------------------------------------------------------X

*RECEIVED & FILED 2019 MAR 21 PM 5: 45 CLERK'S OFFICE U.S.DISTRICT COURT SAN JUAN, P.R.*

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>    <u>**Counsel Contact Information (if any)**</u>

*SALLY B. WEISLEDER*
Participant Name                           Firm Name (if applicable)

Contact Person (if Participant is not an individual)    Contact Person

*SALLYWEISLEDER@ME.COM*
Email Address                            Email Address

Case:17-03283-LTS   Doc#:5984-1   Filed:03/21/19   Entered:03/22/19 10:03:10   Desc:
Pro Se Notices of Participation   Page 123 of 125

SRF 31030

Address line 1

*422 South Harbor Drive*

Address line 2

*Key Largo, Florida 33037*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Sally B Weisleder*     *MORGAN STANLEY 767-091941-091*

Signature

*Sally B. Weisleder*

Print Name

_____

Title (if Participant is not an Individual)

*March 14, 2019*

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



# Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2019

Page 5 of 8

## Account Detail

| | |
|---|---|
| Active Assets Account 1-091 | SALLY B WEISLEDER |

**Investment Objectives (in order of priority)** †: Capital Appreciation, Income

Brokerage Account

† Inform us if your investment objectives, as defined in the Expanded Disclosures, change.

## HOLDINGS

This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for securities that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current yield reflects the income generated by an investment, and does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various settlement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions.

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| MORGAN STANLEY BANK N.A. # | | $34,939.59 | — | $52.41 | 0.150 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | 71.69% | $34,939.59 | $52.41 |

# Bank Deposits are held at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, affiliates of Morgan Stanley Smith Barney LLC and each a national bank and FDIC member.

## MUNICIPAL BONDS

| Security Description | Trade Date | Face Value | Orig Unit Cost Adj Unit Cost | Unit Price | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO COMWLTH PUB IMPT REF SER-A | 4/10/12 | 30,000.000 | $99.325 $99.405 | $46.000 | $29,797.70 $29,821.57 | $13,800.00 | $(16,021.57) LT | — — | — |
| Coupon Rate 5.000%; Matures 07/01/2041; CUSIP 74514LB89 | | | | | | | | | |

Int. Semi-Annually Jan/Jul 01; Yield to Maturity 11.985%; In Default; Federal Tax Exempt; Moody CA; Issued 04/03/12; Asset Class: FI & Pref

| | Percentage of Holdings | Face Value | Orig Total Cost Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| MUNICIPAL BONDS | 28.31% | 30,000.000 | $29,797.70 $29,821.57 | $13,800.00 | $(16,021.57) LT | — — | — |

CERTIFIED MAIL

7018 3090 0001 5572 0176

00918

1020

REC: ...
2019 MAR 21 PM 5: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, ...

UNITED STATES
POSTAL SERVICE

Sally O Wildler
422 South Harbor Dr
Key Largo, Florida 33037
USA

The Clerk of the United States District Court for the District
of Puerto Rico.

Room 150 Federal Building
150 Carlos Chardon Ave

San Juan, Puerto Rico 00918-1767
00918 1 70625

The Clerk's Office of the District Court in San Juan, P. R.