# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### JOINDER BY AUTONOMY CAPITAL TO INFORMATIVE MOTION AND RESERVATION OF RIGHTS BY AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, ASSURED GUARANTY CORPORATION, AND ASSURED GUARANTY MUNICIPAL CORPORATION

Autonomy Capital (Jersey) LP, on behalf of certain of its affiliated investment funds ("Autonomy"), by and through its undersigned counsel respectfully submits this Joinder to the *Informative Motion and Reservation of Rights by Aurelius Capital Management, LP, on Behalf of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*the Funds and Entities it Manages or Advises, and Not in its Individual Capacity* [ECF No. 5977] (the "Reservation of Rights"), and respectfully states as follows:

1. Autonomy agrees that all actions taken by the current Financial Oversight and Management Board for Puerto Rico, José B. Carrión III, Andrew Biggs, Carlos M. García, Arthur J. González, Ana J. Matosantos, José R. González, and David A. Skeel (collectively, the "Board")—whether past or future—are constitutionally invalid.

2. Accordingly, Autonomy joins in and incorporates by reference the arguments set forth in the Reservation of Rights.

3. Autonomy reserves all rights to challenge any and all actions taken by the unconstitutionally appointed Board as void *ab initio*. Any participation by Autonomy in the Title III proceedings should not be interpreted as conceding the validity of any Board action.

[*Remainder of page intentionally left blank.*]

Dated  March 22, 2019
New York, New York

        **LATHAM & WATKINS LLP**

        By:  /s/ *Adam Goldberg*

        Adam J. Goldberg (*pro hac vice*)
        Christopher Harris (*pro hac vice*)
        885 Third Avenue
        New York, New York 10022
        Telephone:  (212) 906-1200
        Facsimile:  (212) 751-4864
        E-mail: adam.goldberg@lw.com
                christopher.harris@lw.com

        and

        Jeffrey E. Bjork (*pro hac vice*)
        355 South Grand Avenue, Suite 100
        Los Angeles, California 90071
        Telephone:  (213) 485-1234
        Facsimile:  (213) 891-8763
        E-mail:  jeff.bjork@lw.com

        *and*

        By: /s/ *J. Ramón Rivera Morales*
        J. Ramón Rivera Morales
        JIMÉNEZ, GRAFFAM & LAUSELL
        USDC-PR Bar No. 200701
        PO Box 366104
        San Juan, PR 00936-6104
        Telephone: (787) 767-1030
        Facsimile: (787) 751-4068
        E-Mail: rrivera@jgl.com

        Attorneys for Autonomy Capital (Jersey) L.P.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send electronic notification of such filing to all counsel of record, and service of hard copies consistent with the Amended Case Management Order.

Dated  March 22, 2019

        By: /s/ *J. Ramón Rivera Morales*
        J. Ramón Rivera Morales

US-DOCS\106767724.2