# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-bk-03283 (LTS) |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | Ref. Docket Nos. 5917 and 5920 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned chapter 11 cases.

2. On March 20, 2019, I caused to be served the:

   a. "Summary of First Interim Fee Application of Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions for Compensation and Reimbursement of Expenses Incurred from August 14, 2018 Through November 30, 2018," filed on March 19, 2019, to which was attached the "First Interim Fee Application of Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions for Compensation and Reimbursement of Expenses Incurred from August 14, 2018 Through November 30, 2018," dated March 12, 2019 [Docket No. 5917], (the "Fee Application"), and

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

b.   "Notice of Filing of First Interim Application of Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions for Allowance of Compensation and Reimbursement of Expenses as Service Agent for the Period from August 14, 2018 Through November 30, 2018," dated March 18, 2019 [Docket No. 5920], (the "Notice"),

by causing true and correct copies of the:

i.   Fee Application and Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

ii.   Fee Application and Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

iii.   Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

iv.   Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
21st day of March, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BENNAZAR, GARCIA & MILIAN, C.S.P. | ATTN: A.J. BENNAZAR-ZEQUEIRA EDIFICIO UNION PLAZA, PH-A PISO 18 AVENIDA PONCE DE LEON #416 HATO REY, SAN JUAN PR 00918 |
| CASILLAS, SANTIAGO & TORRES, LLC | ATTN: JUAN J. CASILLAS AYALA, ESQ., DIANA M. BATLLE-BARASORDA, ESQ., ALBERTO J. E. ANESES NEGRON, ESQ., ERICKA C. MONTULL-NOVOA, ESQ. EL CARIBE OFFICE BUILDING 53 PALMERAS STREET, STE. 1601 SAN JUAN PR 00901-2419 |
| JENNER & BLOCK, LLP | ATTN: ROBERT GORDON & RICHARD LEVIN 919 THIRD AVE NEW YORK NY 10022-3908 |
| JENNER & BLOCK, LLP | ATTN: MELISSA ROOT & CATHERINE STEEGE 353 N. CLARK STREET CHICAGO IL 60654 |
| O'MELVENY & MYERS, LLP | ATTN: JOHN J. RAPISARDI, ESQ., SUZZANNE UHLAND, ESQ., DIANA M. PEREZ, ESQ., PETER FRIEDMAN, ESQ., DANIEL L. CANTOR, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| O'NEILL & BORGES, LLC | ATTN: HERMANN BAUER, ESQ., UBALDO M. FERNANDEZ, DANIEL J. PEREZ REFOJOS, & CARLA GARCIA BENITEZ AMERICAN INTERNATIONAL PLAZA 250 MUNOZ RIVERA AVE., SUITE 800 SAN JUAN PR 00918-1813 |
| OFFICE OF UNITED STATES TRUSTEE | ATTN: GUY G. GEBHARDT 75 SPRING STREET SW ROOM 362 ATLANTA GA 30303 |
| PAUL HASTINGS, LLP | ATTN: LUC A. DESPINS, ESQ., ANDREW V. TENZER, ESQ, LESLIE A. PLASKON, ESQ., JAMES R. BLISS, ESQ., JAMES B. WORTHINGTON, ESQ., ANTHONY F. BUSCARINO, ESQ., MICHAEL E. COMERFORD, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| PROSKAUER ROSE, LLP | ATTN: MARTIN J. BIENENSTOCK, PAUL V. POSSINGER, EHUD BARAK, MAJA ZERJAL, LARY ALAN RAPPAPORT, MICHAEL A. FIRESTEIN, STEPHEN L. RATNER, TIMOTHY W MUNGOVAN, BRADLEY R. BOBROFF, CHANTEL L. FEBUS ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| PROSKAUER ROSE, LLP | ATTN: PAUL V. POSSINGER 70 WEST MADISON STREET CHICAGO IL 60602 |
| US TRUSTEE FOR THE DISTRICT OF PUERTO RICO | ATTN: MONSITA LECAROZ ARRIBAS,MARIA D. GIANNIRAKIS & GUY G. GEBHARDT EDIFICIO OCHOA 500 TANCA STREET SUITE 301 SAN JUAN PR 00901-1922 |

**Total Creditor count  11**

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO –**
**Case No. 17-bk-03283 (LTS)**
**Overnight Mail Service List**

U.S. DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
CHAMBERS OF HONORABLE LAURA TAYLOR SWAIN
DANIEL PATRICK MOYNIHAN COURTHOUSE
US DISTRICT COURT
500 PEARL ST., SUITE 3212
NEW  YORK, NY 10007-1312

**EXHIBIT B**

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Fee Application Service List**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., Ericka C. Montull-Novoa, | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com |
| EDGE Legal Strategies, PsC | Attn: Eyck O. Lugo | elugo@edgelegalpr.com |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson; Katherine Stadler | bwilliam@gklaw.com;<br>kstadler@gklaw.com |
| Marini Pietrantoni Muñiz, LLC | Attn: Luis C. Marini-Biaggi & Carolina Velaz-Rivero | cvelaz@mpmlawpr.com<br>lmarini@mpmlawpr.com |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzane Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq. | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>carla.garcia@oneillborges.com |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Fee Application Service List**

| | | |
|---|---|---|
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman & Chris Theodoridis | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>ctheodoridis@proskauer.com |
| Puerto Rico Department of Treasury | Attn: Reylam Guerra Goderich, Omar E. Rodriguez Perez, Angel L. Pantoja Rodriguez, Francisco Pares Alicea, Francisco Pena Montanez | reylam.guerra@hacienda.pr.gov;<br>rodriguez.omar@hacienda,pr.gov;<br>angel.pantoja@hacienda.pr.gov;<br>francisco.pares@hacienda.pr.gov;<br>francisco.pena@hacienda.pr.gov |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Guy G. Gebhardt | ustp.region21@usdoj.gov |

**EXHIBIT C**

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO –
Case No. 17-bk-03283 (LTS)
First Class Mail Additional Service List**

**PR6 DI 5920 3-20-19**

SALICHS POU & ASSOCIATES, PSC
ATTN: JUAN C. SALICHS AND EDNA M.
TEJEDA-OYOLA
PO BOX 195553
SAN JUAN, PR 00919

**PR6 DI 5920 3-20-19**

SEPULVADO & MALDONADO, PSC
ATTN: JOSÉ JAVIER SANTOS MIMOSO,
ELAINE MALDONADO MATIAS, ANÍBAL J.
NÚÑEZ GONZÁLEZ, AURIVETTE DELIZ
DELGADO, & ALBÉNIZ COURET FUENTES
304 AVE PONCE DE LEON # 990
SAN JUAN, PR 00918

**PR6 DI 5920 3-20-19**

SHINDLER ANDERSON & GOPLERUD, P.C.
ATTN: J. BARTON GOPLERUD & ANDREW
HOWIE
5015 GRAND RIDGE DRIVE, SUITE 100
WEST DES MOINES, IA 50265

# EXHIBIT D

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| A&S Legal Studio, PSC | Attn: Ricardo Burgos-Vargas | rburgos@adameslaw.com |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Alejandro A. Santiago Martinez, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>asantiago@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Sharlene M. Malavé-Vallines, Katarina Stipec Rubio, & Pedro Jimenez-Rodriguez | kstipec@amgprlaw.com<br>pjime@icepr.com<br>pjime@lawfirm-pr.com |
| Aguirre Offshore Gasport, LLC | c/o Excelerate Energy Limited Partnership | daniel.bustos@excelerateenergy.com |
| Aldarondo & López-Bras, P.S.C. | Attn: Ivan M. Castro Ortiz, Sheila J. Torres-Delgado, Claudio Aliff-Ortiz, Eliezer Aldarondo-Ortiz, David R. Rodríguez-Burns | icastro@alblegal.net<br>storres@alblegal.net<br>ealdarondo@alblegal.net<br>drodriguez.alb@gmail.com<br>drodriguez@alblegal.net |
| Alexandra Bigas Valedon | | alexandra.bigas@gmail.com |
| Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo | ealmeida@almeidadavila.com<br>zdavila@almeidadavila.com |
| American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Michael L. Artz | jrivlin@afscme.org<br>tpaterson@afscme.org<br>martz@afscme.org |
| AmeriNat | Attn: Mark Fredericks, Francisco De Armas | mfredericks@amerinatls.com<br>fdearmas@ciacpr.com |
| Andrés L. Córdova | | acordova@juris.inter.edu |
| Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen & Jose L. Ramirez-Coll | jramirez@amrclaw.com<br>kellyrivero@hotmail.com |
| Antonio Fuentes-González | | antoniofuentesgonzalez@yahoo.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Ríos Robles & Jessica A. Figueroa-Arce | mrios@arroyorioslaw.com<br>jfigueroa@arroyorioslaw.com |
| Arthur Samodovitz | | arthursail@stny.rr.com |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | | asociacióngerencialescfse@gmail.com |
| Autonomous Municipality of Ponce | | marieli.paradizo@ponce.pr.gov |
| Autopistas de PR,  LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas de PR,  LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com |
| Banco Santander Puerto Rico | Attn: Rafael Bonilla Rodriguez | rbonilla@bspr.com |
| Barnes & Thornburg, LLP | Attn: David M. Powlen, Esq., Kevin Collins, Esq. | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata | belkgrovas@gmail.com |
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Bennazar, García & Milián, CSP | Attn: A.J. Bennazar-Zequeira | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Bobonis, Bobonis & Rodriguez Poventud | Attn: Carlos Bobonis González, Enrique G. Figueroa-Llinás | cbg@bobonislaw.com<br>efl@bobonislaw.com |
| Bracewell, LLP | Attn: Kurt Mayr, Daniel Connolly, David Lawton and Rachel Goldman | kurt.mayr@bracewell.com<br>daniel.connolly@bracewell.com<br>david.lawton@bracewell.com<br>rachel.goldman@bracewell.com |
| Brown Rudnick LLP | Attn: Edward S. Weisfelner | eweisfelner@brownrudnick.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Brown Rudnick LLP | Attn: Stephen A. Best, Esq., Benjamin G. Chew, Esq. | sbest@brownrudnick.com<br>bchew@brownrudnick.com |
| Brown Rudnick LLP | Attn: Sunni P. Beville, Esq. | sbeville@brownrudnick.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq. | jessica@bufete-emmanuelli.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez | remmanuelli@me.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno | rolando@bufete-emmanuelli.com<br>yasmin@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno | rolando@bufete-emmanuelli.comjessica@bufete-emmanuelli.comnotificaciones@bufete-emmanuelli.comwilbert_lopez@yahoo.com |
| Bufete Rodríguez Miranda, C.S.P. | Attn: María Celeste Rodríguez Miranda | mcrm100@msn.com |
| Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington | chris.maddux@butlersnow.com<br>mitch.carrington@butlersnow.com |
| Butler Snow, LLP | Attn: Jason W. Callen | jason.callen@butlersnow.com |
| Butler Snow, LLP | Attn: Martin Sosland, Esq. | martin.sosland@butlersnow.com<br>chris.maddux@butlersnow.com<br>mitch.carrington@butlersnow.com |
| Butler Snow, LLP | Attn: Stanford G. Ladner | stan.ladner@butlersnow.com |
| C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq. | condecarmen@condelaw.com<br>ls.valle@condelaw.com |
| c/o Pattern Energy Group Inc. | Attn: General Counsel | daniel.elkort@patternenergy.com |
| Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais, Nathan Bull & William J. Natbony | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| | | casey.servais@cwt.com<br>nathan.bull@cwt.com<br>bill.natbony@cwt.com |
| Cadwalader, Wickersham & Taft, LLP | Attn: Mark Ellenberg, Esq. | mark.ellenberg@cwt.com |
| Cancio Covas & Santiago, LLP | Attn: Ileana M. Oliver Falero, Esq. | ioliver@ccsllp.com |
| Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Angel J. Valencia | adiaz@cnrd.com<br>kbolanos@cnrd.com<br>avalencia@cnrd.com |
| Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez | jf@cardonalaw.com |
| Caribbean Hospital Corporation | c/o Dr. Sylvia Lourdes de la Peña | delapena.sylvia@gmail.com |
| Carla T. Rodríguez Bernier | | carla.rodriguezbernier@yahoo.com |
| Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | | quilichinipazc@microjuris.com |
| Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | calsina@prquiebra.com |
| Carlos E. Cardona-Fernández | | carloscardonafe@hotmail.com |
| Carlos E. Rivera-Justiniano | | lcdo.carlos.e.riverajustiniano@gmail.com |
| Carlos Fernandez-Nadal, Esq | | carlosfernandez@cfnlaw.com |
| Carlos Fernandez-Nadal, Esq. | | carlosfernandez@cfnlaw.com |
| Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas | carlosvergne@aol.com |
| Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br>mmier@cabprlaw.com |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres & Alberto J. E. Añeses-Negrón, Esq. | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com<br>ltorres@cstlawpr.com<br>aaneses@cstlawpr.com |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq., Ericka C. Montull-Novoa, Esq. | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández | ccuprill@cuprill.com |
| Charlie Hernandez Law Offices | Attn: Charlie M. Hernández | charliehernandezlaw@gmail.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso | rnies@csglaw.com<br>gspadoro@csglaw.com<br>mlepelstat@csglaw.com<br>mcaruso@csglaw.com |
| Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | eduardo@cobianroig.com |
| Cohen, Weiss and Simon LLP | Attn: Hiram M. Arnaud | harnaud@cwsny.com |
| Cohen, Weiss and Simon, LLP | Attn: Peter D. DeChiara | pdechiara@cwsny.com |
| Constructora Santiago II, Corp. | Attn: Eng. José López | jlopez@constructorasantiago.com |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@bmdcounselors.com |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@bmdcounselors.com |
| Correa Acevedo & Abesada Law Offices, PSC | Attn: Roberto Abesada-Agüet and Sergio E. Criado | ra@calopsc.com<br>scriado@calopsc.com |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | rco@crlawpr.com<br>gar@crlawpr.com |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | rco@crlawpr.com<br>gar@crlawpr.com |
| Daniel Molina López, Esq. | | dmolinalaw@gmail.com |
| David Carrion Baralt | | davidcarrionb@aol.com |
| Davis Polk & Wardwell LLP | Attn: Donald S. Bernstein, Brian M. Resnick, Angela M. Libby | donald.bernstein@davispolk.com<br>brian.resnick@davispolk.com<br>angela.libby@davispolk.com |
| De Diego Law Offices, PSC | Attn: William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Debevoise & Plimpton, LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq. | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com |
| Dechert, LLP | Attn: Allan S. Brilliant | allan.brilliant@dechert.com |
| Dechert, LLP | Attn: G. Eric Brunstad, Jr. | eric.brunstad@dechert.com |
| Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Del Valle Group, SP | Attn: Humberto Reynolds, President, Del Valle Group, S.P., | hreynolds@delvallegroup.net |
| Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | afernandez@delgadofernandez.com |
| Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | wburgos@justicia.pr.gov |
| Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | rcastellanos@devconlaw.com |
| Diaz Soto Law Office | Attn: Ricardo L. Díaz Soto | diazsotolaw@gmail.com |
| Diego Corral González | | corraldieg@gmail.com |
| DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens | jose.sosa@dlapiper.com |
| DLA Piper, LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | richard.chesley@dlapiper.com  rachel.albanese@dlapiper.com |
| Donna A. Maldonado-Rivera | | donna.maldonado@popular.com |
| Edgardo Barreto Law Office | Attn: Edgardo Barreto-Pagan | edgardo_barreto@yahoo.com |
| Edgardo Muñoz, PSC | Attn: Edgardo Muñoz | emunozpsc@gmail.com |
| Elián N. Escalante De Jesús, Esq. | | elian.escalante@gmail.com |
| Environmental Protection Agency (EPA) | Attn: Mark Gallagher | mark.gallagher@usdoj.gov |
| Estrella, LLC | Attn: Alberto Estrella, Kenneth C. Suria | agestrella@estrellallc.com  kcsuria@estrellallc.com |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com  clarisasola@hotmail.com |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com  clarisasola@hotmail.com |
| Faegre Baker Daniels, LLP | Attn: Robert L. Schnell & Michael B. Fisco | robert.schnell@faegrebd.com  pjime@icepr.com |
| Feldesman Tucker Leifer Fidell, LLP | Attn: James L. Feldesman | jfeldesman@ftlf.com |
| Félix J. Montañez-Miranda | | fmontanezmiran@yahoo.com |
| Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | rcamara@ferraiuoli.com  scolon@ferraiuoli.com |
| Ferrari Law, PSC | Attn: Carla Ferrari-Lugo | ferraric@ferrarilawpr.com |
| Ferrovial Agroman, SA | Attn: Eng. Nassin E. Tactuk Diná | n.tactuk@ferrovial.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq. | figueroaymorgadelaw@yahoo.com |
| Foley & Lardner LLP | Attn: Ann Marie Uetz Esq. | auetz@foley.com |
| Fortuño Law | Attn: Juan C. Fortuño Fas | bkfilings@fortuno-law.com |
| Francisco González Law Office | Attn: Francisco R. González-Colón | bufetefrgonzalez@gmail.com |
| G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>gaclegal@gmail.com |
| Garay Massey Law Office | Attn: Juan Carlos Garay Massey | juans@prtc.net |
| Garcia-Arregui & Fullana PSC | Attn: Isabel M. Fullana | ifullana@gaflegal.com |
| Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones | wmq@wmarrerolaw.com |
| Gerena Law Office | Attn: Jorge L. Gerena-Méndez, Esq. | jlgere@gmail.com |
| Gibson, Dunn & Crutcher, LLP | Attn: Theodore B. Olson, Matthew D. McGill, Helgi C. Walker, Lochlan F. Shelfer & Jeremy M. Christiansen | tolson@gibsondunn.com<br>mmcgill@gibsondunn.com<br>hwalker@gibsondunn.com<br>lshelfer@gibsondunn.com<br>jchristiansen@gibsondunn.com |
| Gierbolini & Carroll Law Offices, P.S.C. | Attn: Courtney R. Carroll, Miguel E. Gierbolini | courtneyrcarroll@gierbolinicarroll.com<br>miguelgierbolini@gierbolinicarroll.com |
| Godreau & Gonzalez Law, LLC | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente | dg@g-glawpr.com<br>rgv@g-glawpr.com |
| Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal & Solymar Castillo Morales | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com |
| González López & López Adames LLC | Attn: Marie Elsie López Adames | marielopad@gmail.com |
| Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez | jnieves@gonzalezmunozlaw.com |
| Greenberg Traurig, LLP | Attn: Nancy Mitchell, David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | mitchelln@gtlaw.com<br>clearyd@gtlaw.com<br>huttonj@gtlaw.com<br>haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com |
| Guillermo Ramos Luiña | | gramlui@yahoo.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Hagens Berman Sobol Shapiro LLP | Attn: Elizabeth A. Fegan & Mark T. Vazquez | beth@hbsslaw.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman | steve@hbsslaw.com |
| HALS, PSC | Attn: Yarymar González Carrasquillo | ygc@rclopr.com ygc1@prtc.net |
| Harry Anduze Montano Law Offices | Attn: Harry Anduze Montaño, Diego Corral González | jmoralesb@microjuris.com handuze@microjuris.com corraldieg@gmail.com |
| Hector Figueroa Vincenty | | quiebras@elbufetedelpueblo.com |
| Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado | hernandezrodriguezlaw@gmail.com |
| Hogan Lovells US, LLP | Attn: Robin E. Keller, Esq. | robin.keller@hoganlovells.com |
| Holland & Knight, LLP | Attn: Jesús E. Cuza | jesus.cuza@hklaw.com |
| Holland & Knight, LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | bos-bankruptcy@hklaw.com |
| Honorable Rosanna López León | | mvega@senado.pr.gov |
| Indiano & Williams, PSC | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila | claudia.quinones@indianowilliams.com david.indiano@indianowilliams.com leticia.casalduc@indianowilliams.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Insolvency Unit | thomas.m.rath@irscounsel.treas.gov |
| Ismael Marrero Rolon | Attn: Jane Becker Whitaker | janebeckerwhitaker@gmail.com |
| Israel Roldán González & Isis Aimée Roldán Márquez | | irg@roldanlawpr.com irm@roldanlawpr.com |
| Ivonne González-Morales | | ivonnegm@prw.net |
| James Law Offices | Attn: Glenn Carl James | glenncarljameslawoffices@gmail.com |
| Jean Philip Gauthier Law Offices | Attn: Jean Philip Gauthier, Michelle Acosta-Rodriguez | jpglaw@outlook.com |
| Jean Philip Gauthier Law Offices | Attn: Jean Philip Gauthier, Michelle Acosta-Rodriguez | jpglaw@outlook.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Jenner & Block, LLP | Attn: Melissa Root, Catherine Steege | mroot@jenner.com<br>csteege@jenner.com |
| Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff | rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com |
| Jiménez, Graffam & Lausell | Attn: Andrés F. Picó Ramírez & J. Ramón Rivera Morales | rrivera@jgl.com<br>apico@jgl.com |
| Jones Day | Attn: Benjamin Rosenblum, James M. Gross | brosenblum@jonesday.com<br>jgross@jonesday.com |
| Jones Day | Attn: Bruce Bennett | bbennett@jonesday.com |
| Jones Day | Attn: Sparkle Sooknanan, Geoffrey S. Stewart, Beth Heifetz, Christopher J. DiPompeo, Victoria Dorfman | ssooknanan@jonesday.com<br>gstewart@jonesday.com<br>bheifetz@jonesday.com<br>vdorfman@jonesday.com<br>cdipompeo@jonesday.com |
| Jorge Luis Guerrero-Calderon | | tuttieguerrero@yahoo.com |
| Jorge P. Sala Colon | | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com |
| Jorge R. Quintana-Lajara | | jorgequintanalajara@gmail.com |
| José Luis Barrios-Ramos | | barrios.jl@outlook.com |
| José Luis Barrios-Ramos | | barrios.jl@outlook.com |
| José Luis Cumbas Torres | | jlcumbastorres@yahoo.com |
| Jose W. Cartagena | | jwc@jwcartagena.com |
| JRAF Law Firm, PSC | Attn: Juan P. Rivera Roman | riveraroman@hotmail.com |
| JRJ Consultants & Legal Advisors, LLLC | Attn: Javier Rua-Jovet, Esq. | javrua@gmail.com |
| Juan A. Hernández Rivera, Esq. | | juan@jahrlaw.com |
| Juan B. Soto Law Offices, PSC | Attn: Juan B. Soto Balbás | jsoto@jbsblaw.com |
| Juan Ramón Rivera Font, Esq. | Attn: Juan Ramón Rivera Font, Esq. & Ramón A. Cestero, Jr., Esq. | juan@riverafont.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | | ileanaortix@outlook.com |
| Karon LLC | Attn: Daniel R. Karon | dkaron@karonllc.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Kasowitz Benson Torres LLP | Attn: Andrew K. Glenn, Shai Schmidt, Trevor J. Welch | aglenn@kasowitz.com sschmidt@kasowitz.com twelch@kasowitz.com |
| Klee, Tuchin, Bogdanoff & Stern, LLP | Attn: Kenneth N. Klee, Daniel J. Bussel, & Jonathan M. Weiss | kklee@ktbslaw.com dbussel@ktbslaw.com jweiss@ktbslaw.com |
| KPMG, LLC | Attn: Angel Perez & Luisette Negron | aperez@kpmg.com lnegron@kpmg.com |
| Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Natan Hamerman & Alice J. Byowitz | acaton@kramerlevin.comtmayer@kramerlevin.compbentley@kramerlevin.comdblabey@kramerlevin.comdbuckley@kramerlevin.comnhamerman@kramerlevin.comabyowitz@kramerlevin.comghorowitz@kramerlevin.comboneill@kramerlevin.com |
| Latham & Watkins LLP | Attn: Adam J. Goldberg, Yelizaveta L. Burton, Christopher Harris | adam.goldberg@lw.com liza.burton@lw.com christopher.harris@lw.com |
| Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. | jeff.bjork@lw.com |
| Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait | agraitfe@agraitlawpr.com |
| Law Office Aníbal Acevedo-Vilá | Attn: Aníbal Acevedo-Vilá | acevedovila1@gmail.com |
| Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | pola@frankpolajr.com |
| Law Offices of Giselle López Soler | Attn: Giselle López Soler | gls@lopezsolerlaw.com |
| Law Offices of John E. Mudd | Attn: John E. Mudd | jemudd@yahoo.com |
| Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | craigmcc@me.com |
| Ledesma & Vargas, LLC | Attn: Fransheska Pabón López | fpabon@lvvlaw.com |
| Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera | rrodriguez@juris.inter.edu |
| Legal Partners, PSC | Attn: Juan M. Suarez-Cobo | suarezcobo@gmail.com |
| Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com |
| Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com |
| Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons | thomas.hommel@lehmanholdings.com abhishek.kalra@lehmanholdings.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Lemuel Negrón Colón | | lemuel.law@gmail.com |
| Lex Services PSC | Attn: Ivan Diaz Lopez | ivandialo2001@yahoo.com |
| Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | alinares2020@yahoo.com |
| López Sánchez & Pirillo, LLC | Attn: Alicia I Lavergne Ramirez | alavergne@lsplawpr.com |
| López Sánchez & Pirillo, LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | jsanchez@lsplawpr.com
alavergne@lsplawpr.com
mvazquez@lsplawpr.com |
| Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq. | wlugo@lugomender.com |
| Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli | lawlugo1@gmail.com |
| Luis Fred Salgado, Esq. | | luisfredsalgado@hotmail.com |
| M.L. & R.E. Law Firm | Attn: Jorge Martinez-Luciano, Emil Rodriguez-Escudero | jorge@mlrelaw.com
emil@mlrelaw.com |
| María E. Vicéns Rivera | | mevicens@yahoo.com |
| María Fernanda Vélez Pastrana | | mfvelezquiebras@gmail.com |
| Mariani Franco Law, P.S.C. | Attn: Raúl S. Mariani Franco | marianifrancolaw@gmail.com |
| Marini Pietrantoni Muñiz, LLC | Attn: Carolina Velaz-Rivero, Esq., Luis C. Marini-Biaggi, Esq., María Teresa Álvarez Santos, Esq. | cvelaz@mpmlawpr.com
lmarini@mpmlawpr.com
malvarez@mpmlawpr.com |
| Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq. | clark.whitmore@maslon.com
brian.klein@maslon.com
jason.reed@maslon.com
ana.chilingarishvili@maslon.com |
| Maximiliano Trujillo-Gonzalez, Esq. | | maxtruj@gmail.com |
| McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach | nzt@mcvpr.com
aaa@mcvpr.com
rgf@mcvpr.com
ezm@mcvpr.com |
| MCD Law, LLC | Attn: Hernando A. Rivera | harlawpr@gmail.com |
| McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | wsmith@mwe.com
jkapp@mwe.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| | | mthibert-ind@mwe.com<br>ksheehan@mwe.com |
| Metro Pavia Health System | Attn: Zarel J Soto Acaba | zsoto@reichardescalera.com |
| Miguel Ángel Serrano-Urdaz | | serrano.urdaz.law@hotmail.com |
| Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland | ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com |
| Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Ricardo R. Lozada - Franco, Miguel Simonet-Sierra, Fernando J. Gierbolini-González, Richard J. Schell | dmonserrate@msglawpr.com<br>rlozada@msglawpr.com<br>fgierbolini@msglawpr.com<br>msimonet@msglawpr.com<br>rschell@msglawpr.com |
| Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.comvictor.quinones@mbcdlaw.com |
| Morrison & Foerster LLP | Attn: James M. Peck & Gary S. Lee | jpeck@mofo.com<br>glee@mofo.com |
| Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | jbrugue@mbbclawyers.com |
| Navarro-Cabrer Law Offices | Attn: Nilda M. Navarro-Cabrer | navarro@navarrolawpr.com |
| Nazario Briceño Law Offices, LLC | Attn: Miguel A. Nazario, Jr., Esq. | man@nblawpr.com |
| Norton Rose Fulbright US LLP | Attn: Lawrence A. Bauer | lawrence.bauer@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP | Attn: Peter L. Canzano | peter.canzano@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP | Attn: Toby L. Gerber | toby.gerber@nortonrosefulbright.com |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>carla.garcia@oneillborges.com |
| Office of Government Ethics of Puerto Rico | Attn: Lillian T. de la Cruz Torres, Nino F. Rivera Hernandez | ldelacruz@oeg.pr.gov<br>nrivera@oeg.pr.gov |
| Oliveras & Ortiz Law Offices, PSC | Attn: Luis Ramón Ortiz Segura, Esq. | l.ortizsegura@ploolaw.com |
| Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq. | lawrog@gmail.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel | emckeen@omm.com apavel@omm.com |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq., & William J. Sushon | jrapisardi@omm.com suhland@omm.com pfriedman@omm.com dperez@omm.com dcantor@omm.com |
| O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer | roppenheimer@omm.com |
| O'Melveny & Myers, LLP | Attn: Madhu Pocha | mpocha@omm.com |
| O'Melveny & Myers, LLP | Attn: Peter Friedman | pfriedman@omm.com |
| Orlando Fernández Law Offices | Attn: Orlando Fernández | ofernandez@oflawoffice.com |
| Orlando Ortiz-Cintron, Esq. | | orlando1701@gmail.com |
| Oscar Gonzalez Badillo | | gonzalezbadillo@gmail.com |
| Osvaldo Toledo Martinez, Esq. | | toledo.bankruptcy@gmail.com |
| Otero and Associates | Attn: George Otero Calero | otero_and_assoc@hotmail.com |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | lucdespins@paulhastings.comandrewtenzer@paulhastings.comleslieplaskon@paulhastings.comjamesbliss@paulhastings.comjamesworthington@paulhastings.comanthonybuscarino@paulhastings.commichaelcomerford@paulhastings.comalexbongartz@paulhastings.com |
| Paul Hastings, LLP | Attn: Nicholas Bassett | nicholasbassett@paulhastings.com |
| Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | arosenberg@paulweiss.com |
| Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas | gpavia@pavialazaro.com gerardopavialaw@msn.com |
| Peaje Investments, LLC | c/o National Corporate Research, Ltd. | peajeinfo@dechert.com |
| Pedro A. Vargas-Fontánez | | pevarfon@gmail.com |
| Pedro Nicot Santana, Esq. | | pedronicot@gmail.com |
| Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez | luis.vazquez@peerlessoil.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Perkins Coie LLP | Attn: Gary F. Eisenberg | geisenberg@perkinscoie.com |
| Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | adtoro@pico-blanco.com |
| Pietrantoni Mendez & Alvarez | Attn: Margarita Mercado-Echegaray | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com |
| Pietrantoni Méndez & Alvarez LLC | Attn: Oreste R. Ramos & María D. Trelles Hernández | oramos@pmalaw.com<br>mtrelles@pmalaw.com |
| Prime Clerk, LLC | Attn: Christopher Schepper | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Proskauer Rose, LLP | Attn: Guy Brenner | gbrenner@proskauer.com |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Gregg M. Mashberg, Margaret A. Dale, Gregg M. Mashberg, Mark Harris | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>jlevitan@proskauer.com<br>brosen@proskauer.com |
| Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen | wdalsen@proskauer.com<br>mhackett@proskauer.com |
| Proskauer Rose, LLP | Attn: Steven O. Weise, Lary Alan Rappaport | sweise@proskauer.com<br>lrappaport@proskauer.com |
| Prosol-Utier | | prosol@utier.org |
| PRV Law Office | Attn: Paúl A. Rodríguez Vélez | prodriguez@prvlaw.com |
| Puerto Rico Department of Justice | Attn: Susana I Penagaricano-Brown | penagaricanobrownusdc@gmail.com |
| Puerto Rico Electric Power Authority | Attn: Carlos M. Aquino-Ramos | c-aquino@prepa.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Franco Mohammad Yassin, Esq. | mohammad.yassin@aafaf.pr.gov |
| Puerto Rico Industrial Development Company | Attn: Anabelle Centeno Berríos | anabelle.centeno@pridco.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | Attn: Francisco J. Silva | fsilva@claropr.com |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, Darren M. Goldman | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>darrengoldman@quinnemanuel.com |
| Quinn Emanuel Urquhart & Sullivan, Llp | Attn: Susheel Kirpalani, K. John Shaffer, Daniel Salinas, Matthew Scheck, Eric Kay, Darren Goldman, Zachary Russell | susheelkirpalani@quinnemanuel.com<br>johnshaffer@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>erickay@quinnemanuel.com<br>darrengoldman@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com |
| Rafael A. Ortiz-Mendoza | | rafael.ortiz.mendoza@gmail.com |
| Ramon Torres Rodriguez, Esq. | | rtorres@torresrodlaw.com |
| RB Law Offices | Attn: Enid S. Rodriguez-Binet | erb@rodriguezbinetlaw.com |
| Reed Smith, LLP | Attn: C. Neil Gray, David M. Schlecker | cgray@reedsmith.com<br>dschlecker@reedsmith.com |
| Reed Smith, LLP | Attn: Claudia Springer | cspringer@reedsmith.com |
| Reed Smith, LLP | Attn: Eric A. Schaffer & Luke A. Sizemore | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Reed Smith, LLP | Attn: Kurt F. Gwynne, Esq. | kgwynne@reedsmith.com |
| Reichard & Escalera, LLC | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz and Gustavo A. Pabón Rico | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com |
| Reno & Cavanaugh, PLLC | Attn: Iyen A. Acosta | iacosta@renocavanaugh.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Reno & Cavanaugh, PLLC | Attn: Thomas T. Pennington | tpennington@renocavanaugh.com |
| Rexach & Picó, CSP | Attn: Maria E. Picó | mpico@rexachpico.com |
| Rexach Hermanos, Inc. | Attn: Paul R. Cortes-Rexach | prcr@mcvpr.com |
| Rhonda M. Castillo Gammill | | rhoncat@netscape.net |
| Ricardo L. Castillo Filippetti, Esq. | | filippetti_r@hotmail.com<br>castilloricardo977@gmail.com |
| Ricardo L. Ortiz-Colón, Esq. | | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com |
| Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach | nrickenbach@rickenbachpr.com |
| Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios | victorriverarios@rcrtrblaw.com |
| Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Iris J. Cabrera-Gómez, Manuel Rivera Aguiló | etulla@riveratulla.com<br>icabrera@riveratulla.com<br>marivera@riveratulla.com |
| Rivera, Tulla and Ferrer, LLC | Attn: Crystal N. Acevedo-Jimenez | cacevedo@riveratulla.com |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Donald Burke, Lanora C. Pettit & Joshua S. Bolian | lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>dburke@robbinsrussell.com<br>lpettit@robbinsrussell.com<br>jbolian@robbinsrussell.com |
| Roberto Maldonado Law Office | Attn: Roberto O. Maldonado-Nieves | romn1960@gmail.com |
| Roberto Quiles | | estudiolegalrivera2@gmail.com |
| Rochelle McCullough, LLP | Attn: Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq. | buzz.rochelle@romclaw.com<br>kdm@romclaw.com |
| Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero | manuel@rodriguezbanchs.com<br>rosasegui@yahoo.com |
| Rodriguez Marxuach Law Offices, PSC | Attn: Miguel J. Rodriguez-Marxuach | mrm@rmlawpr.com |
| Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier | douglas.hallward-driemeier@ropesgray.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Ropes & Gray LLP | Attn: Keith H. Wofford, Daniel G. Egan | keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| Rosendo E. Miranda López, Esq. | | r.miranda@rmirandalex.net |
| RPP Law, PSC | Attn: Roberto L. Prats, Esq. | rprats@rpplaw.com |
| Saldaña & Saldaña Egozcue, PSC | Attn: Héctor Saldaña-Egozcue, Esq. & Carlos Lugo-Fiol, Esq. | carlos.lugo@saldanalaw.com<br>hector.saldana@saldanalaw.com |
| Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: José A. Sánchez-Girona, Esq., Melissa Hernández-Carrasquillo, Esq. | jsanchez@scvrlaw.com<br>mhernandez@scvrlaw.com |
| Salichs Pou & Associates, PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola | jsalichs@splawpr.com<br>etejeda@splawpr.com |
| Sanabria Bauermeister Garcia & Berio | Attn: Jose R. Dávila-Acevedo, Arturo V. Bauermeister, Jaime L. Sanabria Montanez | avb@sbgblaw.com<br>avb@sbgblaw.com<br>jsanabria@sbgblaw.com |
| Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet | gviviani@sanpir.com<br>jreyes@sanpir.com |
| Santander Asset Management, LLC | Attn: Frank Serra | fserra@sampr.com |
| Santander Securities, LLC | Attn: James Vannah | jvannah@santandersecurities.com |
| Santi Law Office | Attn: Jose Angel Santini Bonilla | santilawoffice@yahoo.com |
| Sarlaw LLC | Attn: Sergio A. Ramirez De Arellano | sramirez@sarlaw.com |
| Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque | roy.purcell@scotiabank.com |
| Scotiabank De Puerto Rico | Scotiabank Plaza | rgf@mcvpr.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa | epo@amgprlaw.com |
| Sepulvado & Maldonado, PSC | Attn: José Javier Santos Mimoso, Elaine Maldonado Matias, Aníbal J. Núñez González, Aurivette Deliz Delgado, & Albéniz Couret Fuentes | jsantos@smlawpr.com<br>anunez@smlawpr.com<br>emaldonado@smlawpr.com<br>acouret@smlawpr.com<br>adeliz@smlawpr.com |
| Sepulvado Maldonado & Couret | Attn: Lady E. Cumpiano, Esq. | lcumpiano@yahoo.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| Shearman & Sterling LLP | Attn: Fredric Sosnick & Kelly McDonald | fsosnick@shearman.com kelly.mcdonald@shearman.com |
| Shindler Anderson & Goplerud, P.C. | Attn: J. Barton Goplerud & Andrew Howie | jbgoplerud@sagwlaw.net ahowie@sagwlaw.net |
| Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden | squsba@stblaw.com bfriedman@stblaw.com nbaker@stblaw.com edward.linden@stblaw.com |
| Sistema de Retiro AEE | | mariae.hernandez@prepa.com |
| Sistema de Retiro AEE | | carmen.herrero@prepa.com |
| Skadden, Arps, Slate, Meagher & Floam LLP | Attn: Jay M. Goffman, Mark A. McDermott | jay.goffman@skadden.com mark.mcdermott@skadden.com |
| Stanley J. Teich | | stansoffice@aol.com |
| Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman | pglassman@sycr.com |
| Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling & Sherry J. Millman | cmechling@stroock.com smillman@stroock.com |
| Stroock & Stroock & Lavan, LLP | Attn: Curtis C. Mechling, Sherry Millman, Kristopher M. Hansen, Jonathan D. Canfield | cmechling@stroock.com smillman@stroock.com khansen@stroock.com jcanfield@stroock.com |
| Susman Godfrey LLP | Attn: Neal S. Manne, Michael C. Kelso | nmanne@susmangodfrey.com mkelso@susmangodfrey.com |
| Tamrio, Inc. | Attn: Eng.. Claudio Torres Serrano | jlopez@constructorasantiago.com |
| TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias | saultoledo22@yahoo.com |
| The Garffer Group of Legal Advisors, LLC | Attn: Julio J. Pagan Perez | julio.pagan@g2la.com |
| The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez | andres@awllaw.com |
| Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk | mfb@tcmrslaw.comlft@tcmrslaw.comnperez@tcmrslaw.comjvankirk@tcmrslaw.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | | |
|---|---|---|
| U.S. Department of Justice, Civil Division | Attn: Cesar A. Lopez-Morales, Jean Lin & Laura Hunt | cesar.a.lopez-morales@usdoj.gov<br>jean.lin@usdoj.gov<br>laura.a.hunt@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward | thomas.g.ward@usdoj.gov |
| Unión de Empleados de la Corporación del Fondo del Seguro del Estado | | unionecfse@yahoo.com |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | migade19@hotmail.com<br>jaimeenriquecruzalvarez@gmail.com |
| United States Attorney for the Southern District of New York | Attn: Christopher Connolly | christopher.connolly@usdoj.gov |
| United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel | velez.hector@epa.gov |
| United States Department of Justice | Attn: Mark A. Gallagher | mark.gallagher@usdoj.gov |
| US Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | wardlow.w.benson@usdoj.gov |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Daniel M. McDermott | ustp.region21@usdoj.gov |
| Valdes Ortiz Law Offices, PA | Attn: Hector E. Valdes Ortiz | hvaldes@v-olaw.com |
| Valenzuela-Alvarado, LLC | Attn: José Enrico Valenzuela-Alvarado | jeva@valenzuelalaw.net<br>jose.enrico.valenzuela1@gmail.com |
| Veronica Ferraiuoli Hornedo | | vero@ferraiuoli.pr |
| Víctor Calderón Cestero | | victor@calderon-law.com |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | ramonvinas@vinasllc.com |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | ramonvinas@vinasllc.com |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Brian Bolin, Esq., Kim B. Goldberg, Esq., Angela K. Herring, Esq. | rgmason@wlrk.com<br>arwolf@wlrk.com<br>eakleinhaus@wlrk.com<br>bbolin@wlrk.com<br>kbgoldberg@wlrk.com<br>akherring@wlrk.com |
| Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Robert Berezin, Todd Larson, | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO – Case No. 17-bk-03283 (LTS)**
**Electronic Mail Master Service List**

| | Gabriel Morgan, Jonathan D. Polkes, & Gregory Silbert | gabriel.morgan@weil.com jonathan.polkes@weil.com gregory.silbert@weil.com robert.berezin@weil.com |
|---|---|---|
| Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba | swb@wbmvlaw.comsawbacal@aol.compwm@wbmvlaw.comprwolverine@gmail.comjvv@wbmvlaw.comjavier.a.vega@gmail.com |
| White & Case, LLP | Attn: Glenn M. Kurtz, John K. Cunningham, Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq. | gkurtz@whitecase.com jcunningham@whitecase.com brian.pfeiffer@whitecase.com michele.meises@whitecase.com |
| White & Case, LLP | Attn: Jason N. Zakia & Cheryl Tedeschi Sloane | jzakia@whitecase.com csloane@whitecase.com |
| Wilbert Lopez Moreno & Asociados | Attn: Wilbert Lopez Moreno | wilbert_lopez@yahoo.com |
| William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. | william.m.vidal@gmail.com |
| William Santiago-Sastre, Esq. | Attn: William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Willkie Farr & Gallagher, LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Martin L. Seidel, James C. Dugan, Jeffrey B. Korn, Tariq Mundiya, Paul V. Shalhoub, & Antonio Yanez, Jr. | mfeldman@willkie.com jminias@willkie.com mseidel@willkie.com jdugan@willkie.com jkorn@willkie.com tmundiya@willkie.com pshalhoub@willkie.com ayanez@willkie.com |
| Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq. | jlawlor@wmd-law.com |
| Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Robert S. Brady, & John T. Dorsey | jpatton@ycst.com rbrady@ycst.com jdorsey@ycst.com |