## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors. | |
| *In re:* | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 4780-LTS |
| as representative of | **Re: ECF No. 1074** |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | **This document relates to:** |
| Debtor. | **No. 17 BK 3283; 17 BK 4780** |

## DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF *MARRERO* PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Elizabeth A. Fegan, declare and state as follows:

1.      I am a partner at the law firm of Hagens Berman Sobol Shapiro LLP and am admitted *pro hac vice* in this matter. I submit this Declaration in Support of *Marrero* Plaintiffs' Reply Brief in Support of Their Motion for Relief from Automatic Stay. I have full knowledge of the matters stated herein, and could and would testify thereto if necessary.

2.      Attached as Exhibit A is a true and correct copy of PREPA's Initial Disclosures in *Marrero-Rolón et al., v. Autoridad de Energía Eléctrica et al.*, No. 15-cv-01167 (D.P.R.).

3.      Attached as Exhibit B is a true and correct copy of PREPA's Supplemental Initial Disclosures in *Marrero-Rolón et al., v. Autoridad de Energía Eléctrica et al.*, No. 15-cv-01167 (D.P.R.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on March 22, 2019.

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan

010476-11 1110053 V1