SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :    Title III

       as representative of                              :    Case No. 17-BK-3283 (LTS)
                                                                       :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :    (Jointly Administered)
                                                                       :
      Debtors.                                               :

------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *ADÁN TROCHE TORO* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *lucilariverabaez@gmail.com* | |
| Email Address | Email Address |
| | |

Address line 1                                    Address line 1

_P. O Box 776_

Address line 2                                    Address line 2

_BoqueRon, P.R. 00622_

City, State Zip Code                              City, State Zip Code

_Puerto Rico_

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
   Signature

_ADAN TRoceto Toro_

   Print Name

_____
Title (if Participant is not an Individual)

_MaRzo -11- 2019_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Adan Troche-Toro
P.O. Box 776
Boqueron, PR 00622-0776



7018 0360 0001 7247 1186



U.S. POSTAGE PAID
$6.85

(Return Receipt Requested)

To: Prime Clerk LLC
830 Third Ave, 9th Floor
New York, N.Y. 10022

RECEIVED
MAR 18 2019
Prime Clerk LLC

10022♦6569 C345

---

**Prime Clerk** ↻
Grand Central Station, PO Box 4850
New York NY 10163-4850



U.S. POSTAGE ⟩⟩ PITNEY BOWES
ZIP 10022 $ 000.50⁰
02 4W
0000349747 MAR 19 2019

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767

0091801703 C018

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

*Jorge P. Sala*

*FEB 25 2019*

*San Vicente, STE. 102
8169 Concordia Street
Ponce, P.R. 00717-1553*

------------------------------------------------------------------------X
:
In re:                                                          :
:
THE FINANCIAL OVERSIGHT AND                :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :  Title III
:
       as representative of                            :  Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)
:
       Debtors.                                             :
------------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JORGE P. SALA | |
| Participant Name | Firm Name (if applicable) |
| JORGE P. SALA | |
| Contact Person (if Participant is not an individual) | Contact Person |
| jpsala_pr@yahoo.com | |
| Email Address | Email Address |

Address line 1   San Vicente Bldg.

8169 Concordia St. Suite 102

Address line 2

~~Ponce, PR   00717-15~~56

City, State Zip Code

USA

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___x___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

.74514LZV2

.74514LZW0

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____

Signature

**JORGE P. SALA**

Print Name

_____

Title (if Participant is not an Individual)

**March 20, 2019**

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

LAW OFFICES
**JORGE P. SALA**
Cond. San Vicente
8169 Calle Concordia Ste 102
Ponce PR 00717-1556



SAN JUAN PR 009

21 MAR 2019 PM 1 L

USA
FOREVER

RECEIVED & FILE

2019 MAR 22  PM 4 29

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918-1767

0091831706

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

       Debtors.

---------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

*RECEIVED & FILED*
2019 MAR 22  PM 4: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

_LINDA M. FLINN_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

SRF 31030

Address line 1

10 SILVER BIRCH COURT
Address line 2

NEW HARTFORD NY 13413
City, State Zip Code

USA
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      X    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)       Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LD46

    (b)       Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Linda M. Flihan*
Signature

*Linda M. Flihan*
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**CarusoMcLean**
INVESTMENT ADVISORS

130 Lomond Court
Utica, New York 13502



RECEIVED & FILED
2019 MAR 22  PM 4: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



042J80124142
neopost
$0.50
03/19/19
Mailed From 13502
US POSTAGE

The Clerk of the United States District
Court for the District of Puerto
Room 150 Federal Building.
150 Carlos Chardon Ave
San Juan, PR 00918-1767

0091831703 C018

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 22   PM 4: 28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

----------------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND          :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III
                                                          :
         as representative of                 :     Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :     (Jointly Administered)
                                                          :
         Debtors.                                   :
----------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Harold I Reichel
_____                              _____
Participant Name                                     Firm Name (if applicable)


_____                              _____
Contact Person (if Participant is not an individual) Contact Person

caroldreichel@gmail.com
_____                              _____
Email Address                                        Email Address


_____                              _____

Address line 1

70-20 108 Street - Unit 6R
Address line 2

Forest Hills, NY 11375
City, State Zip Code

USA
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Harold Reichel
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Harold J. Reichel

Mr. & Mrs. Harold I. R____h
Apt 6R
7020 108th St
Forest Hills, NY 11375-4428

NEW YORK NY 100
16 MAR 2019 PM 14 L

Clerk US District Court for Dist of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                        :

THE FINANCIAL OVERSIGHT AND        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :   Title III

    as representative of                :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)

    Debtors.                            :

------------------------------------------------------------X

RECEIVED & FILED
2019 MAR 22  PM 4:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Martha J Edger* | |
| Participant Name | Firm Name (if applicable) |
| *Martha Edger* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| bruce.edger@gmail.com | |
| Email Address | Email Address |

Address line 1

_4517 North wind Dr_

Address line 2

_Delton Mi   49046_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.　Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　　_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

　　　　__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.　If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　(a)　Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

　　　　　_74514L A 80_

　　(b)　Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Martha J Edger_

Signature

_Martha J Edger_

Print Name

_____

Title (if Participant is not an Individual)

_3-19-19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Edger
4517 Northwind Dr
Delton, MI 49046

RECEIVED & FILED
2019 MAR 22  PM 4:28
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

GRAND RAPIDS MI 494

19 MAR 2019 PM 1

USA
FOREVER

The Clerk of the US District Court
for the District of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

00918-170625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**2019 MAR 22  PM 4: 28**

**CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R**

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| *Berna + Steve Schroeder* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *sschvo8693@aol.com* | |
| Email Address | Email Address |
| | |

Address line 1

*20 Coverly Lane*

Address line 1

_____

Address line 2

*St. Louis, Mo 63126-3202*

Address line 2

_____

City, State Zip Code

*United States*

City, State Zip Code

_____

Country

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      **X**     intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        *74514L C 88*

    (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).   *Through Stock Broker*

By: *Berna Lu Schroeder*
Signature

*Berna Lu Schroeder*
Print Name

_____
Title (if Participant is not an Individual)

*3/19/2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Berna Schroeder
20 Coverly Lane
St. Louis, Mo 63126



RECEIVED & FILED
2019 MAR 22   PM 1:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

The Clerk of the United States District Court
for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

        Debtors.

-----------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

RECEIVED & FILED

2019 MAR 22  PM 4: 28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| HILDA N. OSEAS TESTAMENTARY TRUST | |
| Participant Name | Firm Name (if applicable) |
| JONATHAN OSEAS, TRUSTEE | |
| Contact Person (if Participant is not an individual) | Contact Person |
| VAN DEUSN @ NETZERO . COM | |
| Email Address | Email Address |

Address line 1

*P.O. Box 147*

Address line 2

*→*

City, State Zip Code

*WURLEY, N.Y. 12413*

Country   *USA*

Address line 1

Address line 2

City, State Zip Code

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74526Q-ZC-9*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **(NO)** (please **circle one**).

By: _____
Signature

*JONATHAN OSEAS*
Print Name

*TRUSTEE, HILDA N. OSEAS TESTAMENTARY TRUST*
Title (if Participant is not an Individual)

*3-16-19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Mr. Jonathan Oseas**
PO Box 147
Hurley, NY 12443



ALBANY NY 120

19 MAR 2019 PM 3 L

MAR 19 2019

USPS

RECEIVED & FILED
2019 MAR 22  PM 4: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the US District Court
District of Puerto ~
Room 150
Federal Building
150 Carlos Chardon, Ave.
San Juan, PR 00918-1767

00918-170625

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

RECEIVED & FILED

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

2019 MAR 22 PM 4:28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---

-------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III

    as representative of                        :

THE COMMONWEALTH OF PUERTO RICO *et al.*,       :   Case No. 17-BK-3283 (LTS)

    Debtors.                                    :   (Jointly Administered)

-------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Guy Centanni | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

SRF 31030

2

| Address line 1 | Address line 1 |
| 13229 W Marble Drive | |
| Address line 2 | Address line 2 |
| Sun City West, AZ | |
| City, State Zip Code | City, State Zip Code |
| USA     85375-4521 | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514L-D2-0

   (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Guy Centanni
Print Name

_____
Title (if Participant is not an Individual)

3/8/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: **The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Wealth Management**

City Place Tower Suite 800
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6349

PHOENIX
AZ 852
30 MAR '19
PM 11 L



U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 33401
02 4W
0000349550 MAR 18 2019

$ 000.50⁰

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-i70625

SRF 31080

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 22  PM 4: 27

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :       Title III

      as representative of                 :       Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                                :
      Debtors.                             :

------------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| SANDRA    SAVAGE | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| SSA1211@AOL.COM | |
| Email Address | Email Address |

Address line 1                                    Address line 1

_1211 Gulf of Mexico Dr #303_                     _____
Address line 2                                    Address line 2

_Longboat Key FL 34228_                           _____
City, State Zip Code                              City, State Zip Code

_U.S._                                            _____
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
             _2012A   74514LA56_

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Sandra Savage_
Signature

_SANDRA SAVAGE_
Print Name

_____
Title (if Participant is not an Individual)

_3-18-2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Savage
Promenade #303
1211 Gulf of Mexico Drive
Longboat Key, FL 34228

TAMPA FL 335
SAINT PETERSBURG FL
19 MAR 2019 PM 10 L

THE CLERK OF THE US DISTRICT COURT FOR
THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                            :

THE FINANCIAL OVERSIGHT AND                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :    Title III

     as representative of                         :    Case No. 17-BK-3283 (LTS)

                                   :

THE COMMONWEALTH OF PUERTO RICO *et al.,*         :    (Jointly Administered)

     Debtors.                                     :

---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

     **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>         <u>**Counsel Contact Information (if any)**</u>

Joan F. Cody
_____                      _____
Participant Name                                       Firm Name (if applicable)


_____                      _____
Contact Person (if Participant is not an individual)   Contact Person

I don't have a computer.
_____                      _____
Email Address: none                                    Email Address

Address line 1

P.O. BOX 420 (8528 State Route 104)

Address line 1

Address line 2

Hannibal, New York 13074-0420

Address line 2

City, State Zip Code

U.S.A.

City, State Zip Code

Country

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✗ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L-B8-9     (30,000)

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or (**NO**) (please **circle one**).

By: _Joan F. Cody_
    Signature

Joan   F. Cody
Print Name

_____
Title (if Participant is not an Individual)

March 17, 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Puerto Rico!

Joan F. Cody
P.O. Box 420
Hannibal, New York
    13074-0420



The Clerk of the United States District Court for the district
                                        of Puerto Rico
Room 150   Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico   00918-1767

SYRACUSE NY 130

19 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 22  PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SRF 31030

Case:17-03283-LTS   Doc#:5992-1   Filed:03/22/19   Entered:03/25/19 09:22:50   Desc:
Pro Se Notices of Participation   Page 31 of 66

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

          as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

        Debtors.

-------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

RECEIVED & FILED

2019 MAR 22  PM 4: 27

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Miriam Gillies*
Participant Name

Contact Person (if Participant is not an individual)

*miriamgillies@aol.com*
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

_18 Tiger Lane_

Address line 2

_Center Moriches N.Y. 11934_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)       Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745 14 L 8 84_
_745 14 L P T 8_

(b)       Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Miriam Gillies_

Signature

_Miriam Gillies_

Print Name

_____

Title (if Participant is not an Individual)

_3/16/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Gillies
18 Tiger Lane
Center Moriches
N.Y. 11934

RECEIVED & FILED
2019 MAR 22  PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MID-ISLAND NY 117
19 MAR 2019 PM 4 L



The Clerk of the United States District
Court for district of
Puerto Rico

Room 150
Federal Building
150 Carlos Chardon Ave

San Juan, P.R  00918-1767

00918-170625

SRF 38030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 22 PM 4: 27

CLERK'S OFFICE
U.S. DISTRICT COURT

-----------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND              :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :     Title III

            as representative of                    :     Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)
                                                    :
            Debtors.                                :

-----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>          <u>**Counsel Contact Information (if any)**</u>

RALPH MORALES
Participant Name                                      Firm Name (if applicable)


Contact Person (if Participant is not an individual)   Contact Person

rmenendezmorales@gmail.com
Email Address                                          Email Address

Address line 1                                   Address line 1

_505 JONATHON CT_                               _____
Address line 2                                   Address line 2

_EGG HARBOR TOWNSHIP_                           _____
City, State Zip Code                             City, State Zip Code

_N.J   08234_                                   _____
Country _USA_                                    Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

           _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

           __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

           (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:



           (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
       Signature

_RALPH M MORALES_
Print Name


_____
Title (if Participant is not an Individual)

_March 17, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Rafael Perales
505 Jonathan Court
Egg Harbor Twp., N.J. 08234

RECEIVED
2019 MAR 22 PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SOUTH JERSEY, NJ 080

18 MAR 2019 PM 2 L

The Clerk of United States District Court
District Court for the District of P.R.
Federal Building Room 150
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

00918$1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------X
In re:                                                 :
                                                       :
THE FINANCIAL OVERSIGHT AND                            :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                      :   Title III
                                                       :
        as representative of                           :   Case No. 17-BK-3283 (LTS)
                                                       :
THE COMMONWEALTH OF PUERTO RICO et al.,                :   (Jointly Administered)
                                                       :
        Debtors.                                       :
-------------------------------------------------------X
```

RECEIVED & FILED
2019 MAR 22  PM 4: 27
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Bonnie B. Hagler
───────────────────────
Participant Name

───────────────────────
Contact Person (if Participant is not an individual)

───────────────────────
Email Address

**Counsel Contact Information (if any)**

───────────────────────
Firm Name (if applicable)

───────────────────────
Contact Person

───────────────────────
Email Address

Address line 1

_____
Address line 2
~P.O. Box 1682~
City, State Zip Code
~Northport AL. 35476~
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514LB89

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**). Don't Know the Answer to this question.

74514LB89/

By: ~Bonnie B. Hagler~
Signature

~Bonnie B. Hagler~
Print Name

_____
Title (if Participant is not an Individual)

~3-19-19~
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

HAgler
P.O. Box 1682
Northport, AL 35476

BIRMINGHAM AL 350

19 MAR 2019 PM 4 L



RECEIVED & FILED
2019 MAR 22 PM 4:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To the Clerk of the United States District Court
For the District of Puerto
Rm 150  Fed. Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399

Corporate Action Event Library - Client View          https://reorgdocumentlibrary.broadridge.com/Client/Client?data=02...

Case:17-03283-LTS   Doc#:5992-1   Filed:03/22/19   Entered:03/25/19 09:22:50   Desc:
Pro Se Notices of Participation   Page 40 of 66

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED

2019 MAR 22   PM 4: 27

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------X
:
In re:                                                           :
:
THE FINANCIAL OVERSIGHT AND                                      :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :      Title III
:
             as representative of                                :      Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*,                        :      (Jointly Administered)
:
             Debtors.                                            :
------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| CHERYL A BARCELO | |
| Participant Name | |
| JOSEPH L. BARCELO | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| cabarcelo @ aol.com | |
| Email Address | Email Address |
| | |

SRF 30944

| Address line 1 | Address line 1 |
| --- | --- |
| 18915 BASCOMB LN | |
| Address line 2 | Address line 2 |
| HUDSON FL 34667 | |
| City, State Zip Code | City, State Zip Code |
| US | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LB63

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Cheryl A Barcelo*      *Joseph L Barcel*
    Signature

    CHERYL A BARCELO      JOSEPH L BARCELO
    Print Name

    _____
    Title (if Participant is not an Individual)

    3/19/2019        3/19/2019
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

Cheryl Barcelo
18915 Bascomb Ln
Hudson FL 34667-8476

TAMPA FL 335
SAINT PETERSBURG FL
19 MAR 2019 PM 10 L

RECEIVED & FILED
2019 MAR 22   PM 4: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR
00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
*Rec'd*
*3-16-19*

2019 MAR 22  PM 4: 27

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

-----------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND              :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :          Title III

    as representative of                                 :          Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :          (Jointly Administered)

    Debtors.                                              :
-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>        <u>**Counsel Contact Information (if any)**</u>

BHUPEN MODY                                        FMS BONDS INC
_____                            _____
Participant Name                                    Firm Name (if applicable)

                                                    LUIS GONZALES
_____                            _____
Contact Person (if Participant is not an individual)   Contact Person

_____                            _____
Email Address                                       Email Address

_____                            _____

Address line 1
*8028 N KARLOV*

Address line 2
*SKOKIE, IL 60076*

City, State Zip Code
*USA*

Country

Address line 1
*THE FMSBONDS BLDG*

Address line 2
*4775 TECHNOLOGY WAY*

City, State Zip Code
*BOCA RATON*

Country *FLORIDA 33431*
*USA*

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

*BHUPEN MODY*
Print Name

_____
Title (if Participant is not an Individual)

*3-7-2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

## HIGHLAND PARK – BUFFALO GROVE – VERNON HILLS

**HIGHLAND PARK HOSPITAL OUTPATIENT**
777 Park Avenue West
Highland Park, IL 60035
(847) 480-3920
Supervisor: Alan Tan, PT
    **Services Provided:**
      Occupational Therapy
      Physical Therapy
      Hand Therapy
      Cancer Rehab
      Lymphedema
      Speech/Language Pathology
      Video Fluoroscopic Swallowing
      Evaluations

**SKY FITNESS CENTER**
1501 Busch Parkway
Buffalo Grove, IL 60089
(847) 419-7150
Manager: Sue Adler, PT
    **Services Provided:**
      Occupational Therapy
      Physical Therapy
      Hand Therapy
      Cancer Rehab
      Lymphedema
      Aquatics – Individual and Group
      Spine Program
      Back School

**VERNON HILLS SPECIALTY CARE**
225 N. Milwaukee Avenue, Suite 209
Vernon Hills, IL 60061
(847) 941-7565
    **Services Provided:**
      Occupational Therapy
      Physical Therapy
      Hand Therapy
      Vestibular Rehabilitation Program
      Spine Program



Mr. Bhupen Mody
8028 Karlov Ave
Skokie, IL 60076
U S A

RECEIVED 2019 MAR 22 CLERK'S U.S. DISTRICT SAN JUAN

AIR MAIL    PUERTO RICO

CAROL STREAM IL 601

TO:

12 MAR 2019 PM 71

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF PUERTO, ROOM 150
FEDERAL BLDG
150 CARLOS
CHARDON
AVE
SAN JUAN,
P R 00918-17

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       **as representative of**

THE COMMONWEALTH OF PUERTO RICO *et al.,*

       Debtors.

-----------------------------------------------------------------X

RECEIVED & FILED

2019 MAR 22   PM 4: 27

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

**Counsel Contact Information (if any)**

*Mary H. Ryan*
Participant Name

 

Firm Name (if applicable)

Contact Person (if Participant is not an individual)

Contact Person

Email Address

Email Address

Case:17-03283-LTS   Doc#:5992-1   Filed:03/22/19   Entered:03/25/19 09:22:50   Desc: Pro Se Notices of Participation   Page 48 of 66

SRF 31030

Address line 1

_1120 Eastridge Drive_
Address line 2

_New Albany IN 47150_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _✓_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _745/4 L D  20_

    (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Mary H Ryan_
Signature

_Mary H. Ryan_
Print Name

_____
Title (if Participant is not an Individual)

_18 March 19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Mary H. Ryan
1120 Eastridge Dr
New Albany, IN  47150-2095

LOUISVILLE KY 400

19 MAR 2019 PM 3 1



Clerk of the U.S. District Court
for District of Puerto, Rosm 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
      Debtors. :
---------------------------------------------------------X

RECEIVED & FILED
2019 MAR 22 PM 4:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Daniel G. Drane* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *dan@drane-cpas.com* | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:5992-1   Filed:03/22/19   Entered:03/25/19 09:22:50   Desc:
Pro Se Notices of Participation   Page 51 of 66

SRF 31030

Address line 1

209 E 3rd St  P.O. Box 577

Address line 2

Hardinsburg KY 40143

City, State Zip Code

US

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

✓    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES or NO** (please **circle one**).

By: _Keei Lettren_____
Signature

_Daniel G. Drane_____
Print Name


_____
Title (if Participant is not an Individual)

_3/18/2019_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Drane & Company, PLLC
PO Box 577
Hardinsburg, KY 40143



02 1P
0004719644   MAR 19 2019
MAILED FROM ZIP CODE 40143

$ 000.50⁰



The Clerk of the US District Ct for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918Ü1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 22   PM 4: 28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III

     as representative of                          :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,           :    (Jointly Administered)

     Debtors.                                     :

---------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Marian M. Miller* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Wmmiller01 @ yahoo.com* | |
| Email Address | Email Address |
| | |
| | |

Address line 1

*8202 Beekman Pl*

Address line 2

*Denver, CO 80238*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     X     intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

         *74514LB63   - Copy attached*

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: *Marian M Miller*

Signature

*Marian M. Miller*

Print Name

_____

Title (if Participant is not an Individual)

*March 15, 2019*

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

*FINANCIAL WEST GROUP, INC.*
*4510 E. THOUSAND OAKS BOULEVARD*
*WESTLAKE VILLAGE      CA 91362*



**Financial West Group**

A7111006027
MARIAN M MILLER
~~610 19 1/2 RD~~
~~GRAND JCT CO 81507~~

*8202 Beekman Pl*
*Denver, CO 80238*

### IMPORTANT MESSAGE

IF OFFICIAL STATEMENTS, FINANCIAL STATEMENTS,
NOTICES OF MATERIAL EVENTS AND OTHER
DOCUMENTS FOR MUNICIPAL SECURITIES ARE
AVAILABLE. THEY CAN BE VIEWED AT
WWW.EMMA.MSRB.ORG. IF AVAILABLE, A PAPER COPY
MAY BE REQUESTED BY CALLING 800-874-1924.

### TRADE CONFIRMATION SUMMARY REPORT

Account:          REDACTED  2513
Confirm Date:        03/01/2013

Investment Rep Name:
          LARRY JONES/FORD KEELER
For Questions Call:    (970) 241-0700

| YOU BOUGHT | | | Trade Date: 03-01-13 | | Settlement Date: 03-06-13 |
|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Price | Cusip | Type | Rep Rep | Cntl |
| | 13060-0DP0RM | 15,000 | 101.85 | 74514LB63 | 1* | LF3 LF3 | |

SECURITY DESCRIPTION
PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A
WE HAVE ACTED AS PRINCIPAL. UT
COUPON 5.125000% MATURITY DATE 07/01/2037
CALLABLE NEXT CALL 07/01/22 @ 100.000
CURRENT YIELD 5.031
YIELD TO MATURITY 4.992%
YIELD TO CALL 4.874% TO 07/01/22 @ 100.000 UNLIMITED GEN OBLIG
BOOK ENTRY ONLY CONTINUOUSLY CALLABLE FROM 07/01/22
SUBJECT TO SINKING FUND OID PRICE $98.254
MOODY'S BAA3   STANDARD & POOR'S BBB
INTEREST PAID SEMI-ANNUALLY
PAR AMOUNT PER BOND $5000.00
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;
COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST

| | |
|---|---|
| Principal Amount | 15,277.60 |
| Interest | 138.80 |
| Service Fee | 6.00 |
| Settlement Amount | 15,422.30 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK. REMIT
CHECKS TO: FINANCIAL WEST GROUP, INC., 4510 E. THOUSAND OAKS
BLVD., WESTLAKE VILLAGE, CA 91362

# WESTERN

## INTERNATIONAL SECURITIES, INC.

145 Grand Avenue, Suite D
Grand Junction, CO 81501

19 MAR 2019 PM 2 L

$ 000.50

02 1P
0001711455   MAR 18 2019
MAILED FROM ZIP CODE 81501

RECEIVED 2019 MAR 22  PM 5 28
CLERK'S U.S. DISTRICT
SAN JUAN P.

The Clerk of the U.S. District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

0091831706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 22 PM 4: 28

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

       as representative of : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)

       Debtors. :

---------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| MATTHEW C. BAKALE, JR. TRUST | |
| Participant Name | Firm Name (if applicable) |
| MATTHEW C. BAKALE JR. | |
| Contact Person (if Participant is not an individual) | Contact Person |
| MATT_BAKALE@YAHOO.COM | |
| Email Address | Email Address |

Address line 1                                    Address line 1

4501 ORCHARD CREEK CT. SE
Address line 2                                    Address line 2

GRAND RAPIDS, MI 49546
City, State Zip Code                              City, State Zip Code

USA
Country                                           Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      **X** intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
        745142B63

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _Matthew Bakale_
Signature

MATTHEW C. BAKALE JR.
Print Name

TRUSTEE
Title (if Participant is not an Individual)

3-16-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Matthew C Bakale
4501 Orchard Creek Ct SE
Grand Rapids, MI 49546



19 MAR 2019 PM 4 L

USA
FOREVER

RECEIVED
2019 MAR 22 PM 4:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 22 PM 4: 28

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

-----------------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA

MANAGEMENT BOARD FOR PUERTO RICO, : Title III

     as representative of : Case No. 17-BK-3283 (LTS)

  :

THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)

     Debtors. :

-----------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Joseph A. SIBENAC

Participant Name

Contact Person (if Participant is not an individual)

SIBENAC@TAMPA BAY.RR.com

Email Address

Jsibenac@tampabay.rr.com

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1                                          Address line 1

Voseph A. Sibenac
Address line 2                                          Address line 2

7134 Whitemarsh Circle
City, State Zip Code                                    City, State Zip Code

Lakewood Ranch, Florida
Country        34202                                    Country
         U.S.A.

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                74514LD20

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? **YES** or **NO** (please **circle one**).

By: _____
        Signature

JOSEPH A. SIBENAC
Print Name

_____
Title (if Participant is not an Individual)

3-18-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



The Clerk of the U.S. District Court
for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED
2019 MAR 22   PM 5:28
CLERK'S OFFICE
U.S. DISTRICT

00918-1706 C018



Joseph A Sibenac
7134 Whitemarsh Cir
Lakewood Ranch, FL  34202-8963

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED

2019 MAR 22 PM 4:27

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

:
as representative of : Case No. 17-BK-3283 (LTS)

:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)

:
Debtors. :

------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

JERRY GUTHRIE
_____          _____
Participant Name                                           Firm Name (if applicable)

_____          _____
Contact Person (if Participant is not an individual)      Contact Person

JERRAT @ GMAIL. COM
_____          _____
Email Address                                             Email Address

_____          _____

Address line 1                                          Address line 1

_98 EMERALD OAKS LN_
Address line 2                                          Address line 2

_Ormond Beach, FL 32174_
City, State Zip Code                                    City, State Zip Code

_Ormond Beach, FL 32174 USA_
Country                                                 Country
_USA_

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ✕ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Jerry Guthrie_
    Signature

_JERRY GUTHRIE_
Print Name


_____
Title (if Participant is not an Individual)

_3/19/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Jerry Guthrie
98 Emerald Oaks Ln
Ormond Beach, FL 32174-3041



**The Clerk of the United States
District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767**

00918-170625