,SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND                                 :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :     Title III

     as representative of                                   :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,                   :     (Jointly Administered)

     Debtors.                                               :

-------------------------------------------------------------X

RECEIVED & FILE

2019 MAR 22  PM 4: 26

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|

Thomas M. DAy
Participant Name

                       Firm Name (if applicable)

Contact Person (if Participant is not an individual)

TMDAY66 @ HOTMAiL.com
Email Address

                       Contact Person

                       Email Address

Case:17-03283-LTS   Doc#:5993-1   Filed:03/22/19   Entered:03/25/19 11:59:38   Desc:
Pro Se Notices of Participation   Page 2 of 97

SRF 37030

Address line 1                          Address line 1

_2022 PARKDALE DR_
Address line 2                          Address line 2

_Kingwood, TX, 77339_
City, State Zip Code                    City, State Zip Code

_U.S.A_
Country                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       ✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LB89_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:  _Thomas M. Day_
    Signature

_Thomas M. DAY_
Print Name


_____
Title (if Participant is not an Individual)

_3-18-19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

THOMAS DAY
2027 PARKDALE
Kinswood, TX. 77339

19 MAR '19
PM 2 L




RECEIVED & FILED
2019 MAR 22  PM 4: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District of Puerto
Room 150  Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------X

In re:                                                           :

THE FINANCIAL OVERSIGHT AND                 :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :        Title III

      as representative of                          :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,     :        (Jointly Administered)

      Debtors.                                      :

-------------------------------------------------------------X

*RECEIVED & FILED*
*2019 MAR 22 PM 4: 26*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *SELMA GOLDWASSER* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
| --- | --- |
| 13255 SW 16ᵀᴴ CT. #311 | |
| Address line 2 | Address line 2 |
| Pembroke Pines, Florida 33027 | |
| City, State Zip Code | City, State Zip Code |
| U. S. A. | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L B 89

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Selma Goldwasser_
Signature

_SELMA GOLDWASSER_
Print Name

_____
Title (if Participant is not an Individual)

MARCH 18, 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**





Mrs. Selma Goldwasser
13255 SW 16th Ct Apt 311
Pembroke Pnes, FL 33027-2477

RECEIVED
2019 MAR 22  PM 4: 26
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
 for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767
            00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------X
                                                       :
In re:                                                 :
                                                       :
THE FINANCIAL OVERSIGHT AND                            :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                      :      Title III
                                                       :
        as representative of                           :      Case No. 17-BK-3283 (LTS)
                                                       :
THE COMMONWEALTH OF PUERTO RICO et al.,                :      (Jointly Administered)
                                                       :
        Debtors.                                       :
                                                       :
-------------------------------------------------------X
```

RECEIVED & FILE

2019 MAR 22  PM 4: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Rae Cassara* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

Address line 1                                              Address line 1

_22-22 43 St. Astoria, N.Y. 11105_

Address line 2                                              Address line 2

City, State Zip Code                                       City, State Zip Code

_U.S.A._

Country                                                    Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             _74514LB22_

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Rae Cassara_
     Signature

_Rae Cassara_
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

R. Cassara
22-22 43 St.
Astoria, N.Y. 11105

RECEIVED & FILED
2019 MAR 22 PM 4:
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

00918-170625

**.*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                               :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :      Title III

       as representative of                        :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :      (Jointly Administered)

       Debtors.                                   :

-------------------------------------------------------------X

*RECEIVED &*
*2019 MAR 22  PM 4· 26*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN P·*

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| CLAUDETTE DESPLANCHES | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| CDESPLANCHES @ DY REALTY.COM | |
| Email Address | Email Address |
| | |

Address line 1

*3 - 24 147 PLACE*

Address line 2

*WHITESTONE, N.Y. 11357*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___**X**___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

1) 74514LB89   3) 74514LB63 — CHALLENGED

2) 745235D65   4) 745235B34   NOT CHALLENGED

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By:  *Claudette Desplanches*

Signature

CLAUDETTE DESPLANCHES

Print Name

_____

Title (if Participant is not an Individual)

*March 18, 2019 (3/18/19)*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Ms. Claudette Desplanches
324 147th Pl
Whitestone, NY 11357-1119
USA

*INC.*

*STATE*
*1101*

19 MAR 2019 PM 11 L



RECEIVED
2019 MAR 22 PM 3:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
  for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-----------------------------------------------X
                                               :   RECEIVED
In re:                                         :
                                               :   2019 MAR 22  PM 4: 26
THE FINANCIAL OVERSIGHT AND                    :   PROMESA CLERK'S OFFICE
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III   US DISTRICT COURT
                                               :             SAN JUAN PR
            as representative of               :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                               :
            Debtors.                           :
-----------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Jeffrey M. Whiting
_____                              _____
Participant Name                                     Firm Name (if applicable)


_____                              _____
Contact Person (if Participant is not an individual)  Contact Person
trout 15 plbb. us                                    trout @ plbb. us
Email Address                                        Email Address


_____                              _____

Address line 1

_P.O. Box 1_

Address line 2

_Loring, WI. 54174_

City, State Zip Code

_United States_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

       (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By:  _____
     Signature

_Jeffrey M. Whitney_
Print Name

_____
Title (if Participant is not an Individual)

_3-18-19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Je FF Whiting
P,O, Box 2
Suring, UT,
54174

RECEIVED
2019 MAR 22 PM
CLERKS OFFICE
U.S. DISTRICT COURT PR

The Clerk of The U,S Disti Court For Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R.
00918-1767

0091881703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 22  PH 4: 26

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

-----------------------------------------------------------X
:
In re:                                                          :
:
THE FINANCIAL OVERSIGHT AND              :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III
:
as representative of                             :      Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :      (Jointly Administered)
:
Debtors.                                      :
-----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

MIRTA MEIZ-OSO
_____                          _____
Participant Name                                    Firm Name (if applicable)


_____                          _____
Contact Person (if Participant is not an individual)   Contact Person


_____                          _____
Email Address                                       Email Address


_____                          _____

Address line 1

_241 Long Hill Rd._

Address line 2

_Little Falls, NJ 07424_

City, State Zip Code

_USA._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _M Meizoso_

Signature

_MIRTA MEIZOSO_

Print Name

_____

Title (if Participant is not an Individual)

_3/19/2019_

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mirta Meizoso
241 Long Hill Rd
Little Falls, NJ 07424-2005





19 MAR 2019 PM 7 L

HONORING
FIRST RESPONDERS

The Clerk, U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

00918-241250

Corporate Action Event Library – Client View                                    2/27/19, 8:47 AM

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

2019 MAR 22   PM 4: 26

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

————————————————————————X

In re:                                            :

THE FINANCIAL OVERSIGHT AND              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :    Title III

          as representative of           :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)

          Debtors.                        :
————————————————————————X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

        This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

_ANTHONY SAVARESE_
Participant Name                                      Firm Name (if applicable)

Contact Person (if Participant is not an individual)   Contact Person

_JUP68 at AOL.COM_
Email Address                                          Email Address

SRF 30944

| Address line 1 | Address line 1 |
| I WATER CLUB WAY APT 901 | |
| Address line 2 | Address line 2 |
| NORTH PALM BEACH, FL 33408 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.   Participant advises that it (choose one of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745 14 L A 20

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please circle one).

By: *Anthony Savarese*
Signature

ANTHONY SAVARESE
Print Name

TRUSTEE
Title (if Participant is not an Individual)

3/14/19
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Savarese

1 Water Club Way #901

North Palm Beach, FL 33408-3756



THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO ROOM 150 FEDERAL BUILD
150 CHARLES CHARDON AVE
SAN JUAN, P.R., 00918-1762

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
                                            2019 MAR 22  PM 4: 26
-----------------------------------------X
                                   :           CLERK'S OFFICE
In re:                             :          U.S. DISTRICT COURT
                                   :            SAN JUAN  P.R.
THE FINANCIAL OVERSIGHT AND        :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :     Title III
                                   :
        as representative of       :     Case No. 17-BK-3283 (LTS)
                                   :
THE COMMONWEALTH OF PUERTO RICO et al.,  :  (Jointly Administered)
                                   :
        Debtors.                   :
-----------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

---

1.  Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Financial Advisor
~~Counsel~~ **Contact Information (if any)**

ROBERT  A.  GOODMAN
Participant Name

FMS Bonds, Inc.
Firm Name (if applicable)

Contact Person (if Participant is not an individual)

Scott Schilling
Contact Person

RG1QNY@optonline.net
Email Address

www.FMSbonds.com
Email Address

---

Case:17-03283-LTS   Doc#:5993-1   Filed:03/22/19   Entered:03/25/19 11:59:38   Desc:
Pro Se Notices of Participation   Page 23 of 97

SRF 31030

Address line 1

_P. O. Box 1_
Address line 2

_Quogue, NY 11959_
City, State Zip Code

_U.S.A._
Country

Address line 1

_4775 Technology Way_
Address line 2

_Boca Raton, FL 33431_
City, State Zip Code

_U.S.A._
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

    ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _74514LB89_

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Robert A. Goodman_
Signature

_ROBERT A. GOODMAN_
Print Name

_____
Title (if Participant is not an Individual)

_3/18/19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

ROBERT GOODMAN
P.O. BOX 1
QUOGUE, NY 11959

19 MAR 2019 PM 5 L

RECEIVED & FILED
2019 MAR 22 PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District of
Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
          as representative of                   :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
          Debtors.                               :
-------------------------------------------------X
```

RECEIVED

2019 MAR 22  PM 4:26

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

---

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

~~Counsel~~ Financial Advisor **Contact Information (if any)**

ROBERT A. GOODMAN
Participant Name

Morgan Stanley
Firm Name (if applicable)

_____
Contact Person (if Participant is not an individual)

Val Franklin
Contact Person

RG1QNY@optonline.net
Email Address

Val.T.Franklin@morganstanley.com
Email Address

Case:17-03283-LTS  Doc#:5993-1  Filed:03/22/19  Entered:03/25/19 11:59:38  Desc:
Pro Se Notices of Participation  Page 26 of 97

SRF 31030

Address line 1

P. O. BOX 1

Address line 2

QUOGUE, NY 11959

City, State Zip Code

USA

Country

Address line 1

611 E. Main St

Address line 2

Riverhead, NY 11901

City, State Zip Code

USA

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB 89
745 220 JQ 7
745 220 JP 9

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: Robert A. Goodman

Signature

ROBERT A. GOODMAN

Print Name

_____

Title (if Participant is not an Individual)

3/18/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

ROBERT GOODMAN
P.O. BOX 1
QUOGUE, NY 11959

19 MAR 2019 PM 5 L

USA
FOREVER

RECEIVED & FILED
2019 MAR 22 PM 4:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District of
Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 22 PM 4: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

        as representative of : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)

        Debtors. :

---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**         **Counsel Contact Information (if any)**

GERALD L, WONG

Participant Name                    Firm Name (if applicable)

Contact Person (if Participant is not an individual)     Contact Person

JEDWONG @ YAHOO. COM

Email Address                        Email Address

| | |
|---|---|
| Address line 1 | Address line 1 |
| 216 04 47 AVE apt 2A | |
| Address line 2 | Address line 2 |
| BAYSIDE NY 11361 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB 84

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

GERALD L. WONG
Print Name

_____
Title (if Participant is not an Individual)

3 17 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

GERALD WONG
216 04 47 AVE apt 2A
BAYSIDE NY 11361

RECEIVED 2019 MAR 22 PM 4:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

NEW YORK NY 100

19 MAR 2019 PM 15 L

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
Room 150 FEDERAL BLDG
150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767

009188170G C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
       as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
       Debtors.                                 :
------------------------------------------------X
```

RECEIVED & FILED

2019 MAR 22  PM 4: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Charles D + Denise A Alosio* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *CD80601@Hotmail.com* | |
| Email Address | Email Address |
| | |

Address line 1

774 S 12th Ave

Address line 2

BRIGHTON CO 80601

City, State Zip Code

USA

Country

| Address line 1 |
| --- |
| _____ |
| Address line 2 |
| _____ |
| City, State Zip Code |
| _____ |
| Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745 14 L B 89

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Charles D. Eiland*            *Denise A Eland*
      Signature

*Charles G. Eiland*            *Denise A Eland*
      Print Name

_____
Title (if Participant is not an Individual)

3/18/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Charles Gigal
774 S 12th Ave
Brighton, CO 80601



CERTIFIED MAIL®

CPU





U.S. POSTAGE
$6.85

FCML        0000
Orig: 80601
03/19/19
11082235

R2305P151638

06  2S

7015 0640 0007 1793 1317

Clerk of U.S District Court for Puerto Rico
Room 150 Federal Building -
150 Carlos Chardon Ave

San Juan, Puerto Rico
00918 - 1767

RECEIVED & FILED
2019 MAR 22  PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

-------------------------------------------------------X

2019 MAR 22  PM 4: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *June E Thompson* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| HALLTHOMPSON@ MSN.COM | |
| Email Address | Email Address |

SRF 31030

Address line 1

4052 Field DR

Address line 2

Wheat Ridge, CO 80033-4358

City, State Zip Code

United States

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L.B8.9

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: Jane E. Thompson

Signature

Jane E. Thompson

Print Name

_____

Title (if Participant is not an Individual)

03/18/2019

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

1300 S.W. 5th Ave. Suite 2300 Portland, OR



D|A|DAVIDSON
WEALTH MANAGEMENT

2019 MAR 22 PM 4:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL®

7018 2290 0000 6254 0172

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 006.80⁰
0000817945    MAR 15 2019
MAILED FROM ZIP CODE 97201

THE CLERK OF THE UNITED DISTRIC COURT FOR THE
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625

Mar 12 19 01:45p  Peter and Barbara Dulko  203-740-2281  p.2

Case:17-03283-LTS  Doc#:5993-1  Filed:03/22/19  Entered:03/25/19 11:59:38  Desc:
Pro Se Notices of Participation  Page 37 of 97

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 22  PM 4: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :       Title III
                                                :
         as representative of                   :       Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,       :       (Jointly Administered)
                                                :
         Debtors.                               :
------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Harvey murtha
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Mar 12 1901:00p    Peter and Barbara Dulko                  203/740-2281       p.3

SRF 31030

Case:17-03283-LTS    Doc#:5993-1    Filed:03/22/19    Entered:03/25/19 11:59:38    Desc:
Pro Se Notices of Participation    Page 38 of 97

2

Address line 1

34-35 Collins Place

Address line 2

Flushing, NY 11354-2720

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L-D2-0

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _Harvey Murtha_
Signature

_Harvey Murtha_
Print Name

_____
Title (if Participant is not an Individual)

MAR 1 9 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2



**Wealth Management**

City Place Tower Suite 800
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6349



U.S. POSTAGE >> PITNEY BOWES
ZIP 33401  $ 000.50⁰
02 4W
0000349550 MAR 18 2019

RECEIVED 2019 MAR 22 PM 4:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918817 03 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III

    as representative of                :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :  (Jointly Administered)

    Debtors.                           :

------------------------------------------------X

RECEIVED & FILED
2019 MAR 22 PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| James & Jean R. Woodruff Revocable Living Trust UAD 5/7/18 | |
| Participant Name | Firm Name (if applicable) |
| James R. Woodruff | |
| Contact Person (if Participant is not an individual) | Contact Person |
| JRWOODRUFF@LANSET.COM | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
|---|---|
| *6045 E. Saint Joseph Street* | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| *Indianapolis, IN 46219-4629* | |
| Country | Country |
| *U.S.A.* | |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✔___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
*74514LD20*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *James R Woodruff*
Signature

*James R. Woodruff*
Print Name

*Trustee*
Title (if Participant is not an Individual)

*3/18/2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr. and Mrs. James R. Woodruff
6045 E Saint Joseph St
Indianapolis IN 46219-4629

15 MAR 2019 PM 7 1



RECEIVED & FILED
2019 MAR 22 PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk of The United States District Court
for the District of Puerto Rico,
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan
PR                                    00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND                                 :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :        Title III
                                                            :
      as representative of                           :        Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                   :        (Jointly Administered)
                                                            :
      Debtors.                                      :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Stephen Hochberg* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *prof hoch @ aol. Com* | |
| Email Address | Email Address |
| | |
| | |

Address line 1

_1310 Thunder Ridge Road_

Address line 2

_Santa Fe   NM 87501-8874_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89 ($210,000)_
_74514LB63 ($25,000)_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Stephen Hochberg_

Signature

_Stephen Hochberg_

Print Name

_____

Title (if Participant is not an Individual)

_3/18/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr. Stephen Hochberg
1310 Thunder Ridge Rd
Santa Fe, NM 87501-8874



18 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 22 PM 4:25
CLERK'S OFFICE
U.S. DISTRICT COURT

The Clerk of the United States District Court for the District of Puerto Rico
Room 150
Federal Building
250 Carlos Chardon Avenue
San Juan, Puerto Rico   00918-1767

00918$9999

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : **PROMESA**
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
　　　　as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
　　　　Debtors. :
-----------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in**
**accordance with the instructions set forth at the end of this document.**

　　　　The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

　　　　To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.　　Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**　　　　　**Counsel Contact Information (if any)**

_Eileen MARIA Coffey_　　　　　　　　　　　　_NA_
Participant Name　　　　　　　　　　　　　　　　Firm Name (if applicable)

_____　　　　　_____
Contact Person (if Participant is not an individual)　　Contact Person

_emcoffey @ gmail.com_
Email Address　　　　　　　　　　　　　　　　　Email Address

_787-446-1847_　　　　　　　　　　　　　　　　_____

SRF 30944

| Address line 1 | Address line 1 |
| 9166 | NA |
| Address line 2 | Address line 2 |
| CALLE MARINA | |
| City, State Zip Code | City, State Zip Code |
| Ponce, P.R. 00717 | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    74514 L Z V 2 (2012B)

    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    Eileen MARIA Coffey
    Print Name

    _____
    Title (if Participant is not an Individual)

    3/15/19
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

Ms. Eileen Coffey
9166 Calle Marina
Ponce, PR 00717-1584

C

7019 0160 0000 2081 0410

U.S. POSTAGE PAID
FCM LETTER
WASHINGTON, DC
20002
MAR 19, 19
AMOUNT

**$6.85**

1000        00918        R2304M113445-13

**RETURN RECEIPT REQUESTED**

The Clerk of the United States District Court
for the District of Puerto Rico
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO** RECEIVED & FILED

-------------------------------------------------------X

2019 MAR 22  PM 4 25

In re:                                                   :

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

THE FINANCIAL OVERSIGHT AND            :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :    Title III

as representative of                   :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, :    (Jointly Administered)

Debtors.                               :

-------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *GEORGE B. DOWNS AND/OR* | |
| *MADELINE M. DOWNS* | *N/A* |
| Participant Name | Firm Name (if applicable) |
| | |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *G AND M DOWNS @ GMAIL. COM* | |
| Email Address | Email Address |

Address line 1                                    Address line 1

*222 REGENCY DR*
Address line 2                                    Address line 2

*FISHKILL NY 12524*
City, State Zip Code                              City, State Zip Code

*U.S.A.*
Country                                           Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
*74514LB89   (SEE ATTACHED PURCHASE CONFIRMATION)*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: *George B Downs   Madeline M. Downs*
Signature

*GEORGE B. DOWNS AND/OR MADELINE M. DOWNS*
Print Name

_____
Title (if Participant is not an Individual)

*3/18/2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**DAVID LERNER ASSOCIATES, INC.**
INVESTMENT SECURITIES

Corporate Headquarters:
477 Jericho Turnpike , P.O. Box 9006, Syosset, NY 11791-9006
516-921-4200 • Fax: 516-364-1637

Member FINRA & SIPC

**Branch Offices:**

| | |
|---|---|
| Boca Raton, FL | 561-226-4500 |
| Princeton, NJ | 609-806-2700 |
| Syosset, NY | 516-921-4200 |
| Teaneck, NJ | 201-836-8700 |
| Westport, CT | 203-655-3520 |
| White Plains, NY | 914-761-6456 |

## CONFIRMATION

100060
GEORGE B. DOWNS AND
MADELINE M. DOWNS JTWROS
222 REGENCY DRIVE
FISHKILL, NY 12524-4936

ACCOUNT NUMBER: REDACTED3724
ACCOUNT TYPE:     1

IC NUMBER:     WPDQ

YOU BOUGHT:
PUERTO RICO COMWLTH_REF-PUB
IMPT SER A GENERAL OBLIG UNLTD
S/A B/E SINK DATE 7/1/40 @100
COUPON: 5.0000 MATURITY: 07/1/40
CALLABLE ON 07/01/22 AT 100.000000
OID: 95.272000

| | |
|---|---|
| TRADE DATE: | 05/23/2012 |
| PROCESS DATE: | 05/23/2012 |
| SETTLEMENT DATE: | 05/29/2012 |
| CUSIP NUMBER: | 74514LB89 |
| SYMBOL: | |

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | ACCRUED INT/ ST TAX | COMMISSION | REG TRANS FEE | MISC FEE | MKT/ CPTY |
|---|---|---|---|---|---|---|---|---|
| 00011 | 50000 | 102.750 | $51,375.00 | 388.89 | 0.00 | 0.00 | 5.00 | 02 |

MOODY: Baa1
S & P: BBB
FIRST COUPON: 01/01/13
DATED: 04/03/12
YIELD GIVEN DOLLAR PRICE 4.654797 TO CALL
YIELD GIVEN DOLLAR PRICE 4.822879 TO MATURITY

| | |
|---|---|
| NET TRADE AMOUNT | $51,768.89 |

This confirmation is an advice, not an invoice. Remittance or securities are due on or before settlement. Make all checks payable to David Lerner Associates, Inc.
See reverse side for symbol explanations, terms, conditions and other information regarding this transaction.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remit this part with your payment**

CUSTOMER OR CONTRA PARTY:

GEORGE B. DOWNS AND
MADELINE M. DOWNS JTWROS
222 REGENCY DRIVE
FISHKILL, NY 12524-4936

ACCOUNT NUMBER: REDACTED3724
ACCOUNT TYPE:     1

IC NUMBER:     WPDQ

YOU BOUGHT:
PUERTO RICO COMWLTH_REF-PUB
IMPT SER A GENERAL OBLIG UNLTD
S/A B/E SINK DATE 7/1/40 @100
COUPON: 5.0000 MATURITY: 07/01/41
CALLABLE ON 07/01/22 AT 100.000000
OID: 95.272000

| | | |
|---|---|---|
| TRADE DATE: | 05-23-2012 | QUANTITY: 50000 |
| PROCESS DATE: | 05-23-2012 | |
| SETTLEMENT DATE: | 05/29/2012 | CUSIP NUMBER: 74514LB89 |

NET TRADE AMOUNT:

$51,768.89



George & Madeline Downs
222 Regency Dr
Fishkill NY 12524-4936

RECEIVED
2019 MAR 22  PM 4: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

CERTIFIED MAIL

7018 3090 0000 5549 5785

U.S. POSTAGE PAID
FCM LETTER
FISHKILL, NY
12524
MAR 19, 19
AMOUNT
$4.05
R2305H126552-16

UNITED STATES
POSTAL SERVICE®

1000        00918

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150   FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR   00918-1767

00918-170625

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------X
                                                    2019 MAR 22  PM 4: 25
In re:
                                                    CLERK'S OFFICE
                                                    U.S. DISTRICT COURT
THE FINANCIAL OVERSIGHT AND                   :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :      Title III
                                              :
         as representative of                 :      Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :      (Jointly Administered)
                                              :
         Debtors.                             :
-----------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.   Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

William Malinchak
_____                                _____
Participant Name                                       Firm Name (if applicable)

_____                                _____
Contact Person (if Participant is not an individual)   Contact Person

Principle1@aol.com
_____                                _____
Email Address                                          Email Address

_____                                _____

Address line 1                                    Address line 1
 16824 Pierre Circle
Address line 2                                    Address line 2
 Delray Beach, FL 33446
City, State Zip Code                              City, State Zip Code
 USA
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
               74514LB55
               74514LC70

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
               secondary market? **YES** or **NO** (please **circle one**).

By: _William J. Malinchak_
    Signature

    William J. Malinchak
    Print Name

    _____
    Title (if Participant is not an Individual)

    ___3/16/19___
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



CERTIFIED MAIL

Mr. William J. Malmehak
16824 Pierre Cir.
Delray Beach, FL 33446-3692



U.S. POSTAGE PAID
FCM LETTER
DELRAY BEACH, FL
33446
MAR 18, 19
AMOUNT

$3.50

R2304M111727-05

7018 1830 0000 7767 3136

The Clerk of the United States District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

-----------------------------------------------------------------X

RECEIVED & FILED

2019 MAR 22 PM 4: 25

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Douglas and Joanne Coil
Participant Name

_____
Contact Person (if Participant is not an individual)

DJCOIL@VERIZON.NET
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

*505 WAKE FOREST DR.*

Address line 2

*Newark, DE 19713*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

*We invested in Puerto Rico for our Retirement and oppose Attempts to NOT PAY back*

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*Series 2012A   74514LB63*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Douglas Coil*        *Joanne M Coil*

Signature

*Douglas Coil*        *Joanne M. Coil*

Print Name

_____

Title (if Participant is not an Individual)

*March 19, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Douglas & Joanne (?)
505 WAKE Forest DR
NEWARK DE 19713

2019 MAR 22 PM 4: 25
CLERK'S OFFICE
U.S. DISTRICT COURT

CERTIFIED MAIL

7018 1130 0000 1028 1746

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 CARlos Chardon Avenue
San JUAN, PR 00918-1767





U.S. POSTAGE PAID
FCM LETTER
NEWARK DE
19711
MAR 19 19
AMOUNT
$6.85
R2304E106134-03

00918817Q3-8018
00918817R6 8018

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**   2019 MAR 22  PM 4: 25

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

---------------------------------------------------X
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
           as representative of                   :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.*,         :   (Jointly Administered)
                                                  :
           Debtors.                               :
---------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Danial Prazich & Patricia Prazich JT | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| dan.prazich@gmail.com | |
| Email Address | Email Address |
| | |

SRF 30944

Address line 1                                    Address line 1
Wolz Field Way
Address line 2                                    Address line 2
Edina Mn 55436 - 1717
City, State Zip Code                              City, State Zip Code
USA
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514 L B43 ; 74514 LB89 ; 745235 R37

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____ + Patricia Prazih
Signature

Daniel Prazih & Patricia Prazih
Print Name

_____
Title (if Participant is not an Individual)

3/19/2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

Dan Prazich
6612 Field Way
Edina, MN. 55436

RECEIVED & FILED
2019 MAR 22 PM 4: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**CERTIFIED MAIL**

7017 1000 0000 5665 5724

UNITED STATES
POSTAL SERVICE

1024

00918

U.S. POSTAGE PAID
FCM LETTER
HOPKINS, MN
55343
MAR 19. 19
AMOUNT
**$4.05**
R2304N117448-33

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00198-1767

00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED

2019 MAR 22  PM 4:25

CLERK'S OFFICE
US DISTRICT COURT

-------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III

as representative of                         :    Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :    (Jointly Administered)
                                                    :
Debtors.                                     :
-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

_JOSEPHINE  CASSARA_                                  _____
Participant Name                                     Firm Name (if applicable)

_____                            _____
Contact Person (if Participant is not an individual)  Contact Person

_CASSA303 @ AOL.COM_                                 _____
Email Address                                        Email Address

_____                            _____

Address line 1                              Address line 1

_460 BRADFORD AVE._
Address line 2                              Address line 2

_STATEN ISLAND N Y 10309_
City, State Zip Code                        City, State Zip Code

_USA_
Country                                     Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     **X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
        _74514LB89_

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Josephine Cassara_
    Signature

    _JOSEPHINE   CASSARA_
    Print Name

---

Title (if Participant is not an Individual)

_3/15/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

J. CASSARA
460 BRADFORD AVE.
S.I N.Y. 10309

U.S. POSTAGE PAID
FCM LG ENV
STATEN ISLAND, NY
10309
MAR 15, 19
AMOUNT
$6.85
R2304M112389-09

UNITED STATES
POSTAL SERVICE®

1000

00918

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO ~ RM. 150 FEDERAL BLDG.
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

RECEIVED & FILED
2019 MAR 22   PM 4:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 3090 0001 0010 7229

500 0621

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 22 PM 3: 01

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

-------------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

**Counsel Contact Information (if any)**

Participant Name

Firm Name (if applicable)

Contact Person (if Participant is not an individual)

Contact Person

Email Address

Email Address

Case:17-03283-LTS   Doc#:5993-1   Filed:03/22/19   Entered:03/25/19 11:59:38   Desc:
Pro Se Notices of Participation   Page 66 of 97

SRF 31030

Address line 1 _____

Address line 2 _____

City, State Zip Code _____

Country _____

Address line 1 _____

Address line 2 _____

City, State Zip Code _____

Country _____

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L 1/4 1VZ9

754142VZ7

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

_____
    Print Name

_____
    Title (if Participant is not an Individual)

_____
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



► Insert shipping
document here.

RECEIVED & FILED
2019 MAR 22   PM 3: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Page 1 of 1

ORIGIN ID:PHKA          (561) 368-5284
AMY GOLD
4775 TECHNOLOGY WAY
BOCA RATON, FL 33431 US
SIGN: AMY GOLD
TO DISTRICT COURT/DIST.OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432
INV:
PO:                    REF:

SHIP DATE: 21MAR19
ACTWGT: 1.00 LB
CAD: 104166301/INET4100

BILL SENDER
NO EEI 30.37(a)

DEPT:

(US)

FedEx
Express

E

TRK#   7747 6308 0252
0430

FRI - 22 MAR A5
INTL PRIORITY

XQ SIGA

00918
PR-US   SJU

S

®

RT 713    1400    B
FZ                 0252
          00  22Mar

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

3100062

RECEIVED & FILED

------------------------------------------------------------------X

2019 MAR 22 PM 3: 01

In re:

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

PROMESA
Title III

as representative of

Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,

(Jointly Administered)

Debtors.

------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| YADATORE CHANDRA SHEKHAR | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| yshekhar2 @ yahoo-com | |
| Email Address | Email Address |

Address line 1                              Address line 1

_209 MEADOW DRIVE_ _____             _____

Address line 2                              Address line 2

_MOUNT LAUREL, NJ 08054_ __             _____

City, State Zip Code                        City, State Zip Code

_N – USA_ _____             _____

Country                                     Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514 LB89_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Yochhokhan_____

Signature

_YADATORE CHANDRASHEKHAR_

Print Name

_____

Title (if Participant is not an Individual)

_3/12/2019_____

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



► Insert shipping
document here.

RECEIVED & FILED
2019 MAR 22 PM 3: 02
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

Page 1 of 1

ORIGIN ID:PHKA        (561) 368-5284
AMY GOLD
4775 TECHNOLOGY WAY
BOCA RATON, FL 33431 US
SIGN: AMY GOLD

TO DISTRICT COURT/DIST.OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432
INV:
PO:                    REF:

SHIP DATE: 21MAR19
ACTWGT: 1.00 LB
CAD: 104166301/INET4100

BILL SENDER
NO EEI 30.37(a)

DEPT:                  (US)

FedEx
Express

E

TRK#  7747 6308 0252          FRI - 22 MAR A5
0430                          INTL PRIORITY

XQ SIGA                       00918
                         PR-US   SJU

S

®

RT 713     1400   B
FZ              0252
           00  22Mar

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2001229b

RECEIVED & FILED

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.

---------------------------------------------------------------X

2019 MAR 22 PM 3:01

CLERK'S OFFICE
U.S. DISTRICT COURT
PROMESA JUAN. P.R.
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

Address line 1                                          Address line 1
_____                                _____
Address line 2                                          Address line 2
_____                                _____
City, State Zip Code                                    City, State Zip Code
_____                                _____
Country                                                Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)   /

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By:   _Regina Wilch_
      Signature

      _REGINA WILCHFORI_
      Print Name

      _____
      Title (if Participant is not an Individual)

      _March 11 - 2019_
      Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

3 D D 0 6 9 5 7 1

RECEIVED & FILED

-------------------------------------------------------------------X

2019 MAR 22 PM 3: 01

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN. P R

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

-------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

     MR. DOMINGO.RODRIGUEZ TEE
                 REVI TRUST
Participant Name

Contact Person (if Participant is not an individual)

Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1                                      Address line 1

_8881 Sunrise Lakes Blvd Apt 301_
Address line 2      _Sunrise FL 33322-1498_    Address line 2

City, State Zip Code                                City, State Zip Code

_U.SA._
Country                                             Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514 LB 89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
       Signature

_DOMINGO J. RODRIGUEZ_
Print Name

_____
Title (if Participant is not an Individual)

_3/15/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Insert shipping document here.

Page 1 of 1

ORIGIN ID:PHKA   (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 21MAR19
ACTWGT: 1.00 LB
CAD: 104166301/INET4100

TO DISTRICT COURT/DIST.OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918

BILL SENDER
NO EEI 30.37(a)

(800) 741-1103 X 2432
INV:
PO:                        REF:

DEPT:

(US)

FedEx
Express

E

TRK#  7747 6308 0252
0430

FRI - 22 MAR A5
INTL PRIORITY

XQ SIGA

00918
PR-US   SJU

RECEIVED & FILED
2019 MAR 22  PM 3 02
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

RT 713   1400   B
FZ           0252
       00  22Mar

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

3100043

UNITED STATES DISTRICT COURT RECEIVED & FILED
FOR THE DISTRICT OF PUERTO RICO

2019 MAR 22 PM 3: 01

------------------------------------------------------------------X

In re:                                                            CLERK'S OFFICE
                                                                  S DISTRICT COURT
                                                                  SAN JUAN, P.R.
THE FINANCIAL OVERSIGHT AND                              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :   Title III
                                                        :
          as representative of                          :   Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*,               :   (Jointly Administered)
                                                        :
          Debtors.                                      :
------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**           **Counsel Contact Information (if any)**

SHARON BRACKEN
Participant Name                                       Firm Name (if applicable)    N/A

_____                       _____
Contact Person (if Participant is not an individual)  Contact Person

SK. DrackeN
Email Address                                         Email Address

Address line 1

*2300 Buckinghm Ave.*

Address line 2

*Richmond, VA 23228*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

*N/A*

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

*X* intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74574LB63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:    *Sharon Bracken*

Signature

*SHARON BRACKEN*

Print Name

_____

Title (if Participant is not an Individual)

*3/15/19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

► Insert shipping
document here.

RECEIVED & FILED
2019 MAR 22  PM 3: 02
U.S. DISTRICT COURT
SAN JUAN, P.R.

Page 1 of 1

ORIGIN ID:PHKA          (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 21MAR19
ACTWGT: 1.00 LB
CAD: 104166301/NET4100

TO DISTRICT COURT/DIST. OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432
INV:
PO:                    REF

BILL SENDER
NO EEI 30.37(a)

DEPT.

(US)

FedEx.
Express

E

TRK#   7747 6308 0252
0430

FRI - 22 MAR A5
INTL PRIORITY

XQ SIGA

00918
PR-US   SJU

S

®

RT 713      B
FZ        1400   0252
          00  22Mar

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

------------------------------------------------------------X

2019 MAR 22 PM 3: 01

In re:                                           :

                                                 :          CLERK'S OFFICE
                                                 :          US DISTRICT COURT
THE FINANCIAL OVERSIGHT AND               :          SAN JUAN, P.R.
MANAGEMENT BOARD FOR PUERTO RICO,   :          PROMESA
                                                 :          Title III
     as representative of                    :
                                                 :          Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :          (Jointly Administered)
                                                 :
     Debtors.                                :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**           **Counsel Contact Information (if any)**

ARTHUR ABRAMOWITZ
_____           _____
Participant Name                                       Firm Name (if applicable)


_____           _____
Contact Person (if Participant is not an individual)   Contact Person
SNRISA8@aol.com
_____           _____
Email Address                                          Email Address


_____           _____

Address line 1

34 HERONS BILL DR.

Address line 2

BLUFFTON, SC. 29909

City, State Zip Code

U.S.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

Arthur Cohenity Rev. Trust intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LB71

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _____   _____
Signature

ARTHUR ABRAMOWITZ   MARION ABRAMOWITZ
Print Name

TRUSTEES
Title (if Participant is not an Individual)

3/12/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



▶ Insert shipping
document here.

RECEIVED & FILED
2019 MAR 22 PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Page 1 of 1

ORIGIN ID:PHKA          (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

TO DISTRICT COURT/DIST.OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432

SHIP DATE: 21MAR19
ACTWGT: 1.00 LB
CAD: 104156301/INET4100

BILL SENDER
NO EEI 30.37(a)

INV:
PO:                        REF:                                    (US)
                           DEPT:

FedEx.
Express
E

TRK# 7747 6308 0252          FRI - 22 MAR A5
0430                          INTL PRIORITY

XQ SIGA                       00918
                          PR-US  SJU

RT 713      1400   B
FZ                 0252
            00  22Mar

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

100 6370)
RECEIVED & FILED

2019 MAR 22 PM 3: 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| FMS bonds Inc. | |
| Participant Name | Firm Name (if applicable) |
| Tom Carroll | |
| Contact Person (if Participant is not an individual) | Contact Person |
| tcarroll@fmsbonds.com | |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:5993-1   Filed:03/22/19   Entered:03/25/19 11:59:38   Desc:
Pro Se Notices of Participation   Page 84 of 97

SRF 31030

Address line 1

4715 Technology Way

Address line 2

Boca Raton, FL 33431

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LA72, 74514LB71, 74514LB89, 74514LC39, 74514LE86
and, 74514LZW0.

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES or NO** (please **circle one**).

By: _____
       Signature

Thomas Carroll
Print Name

Senior V.P.
Title (if Participant is not an Individual)

3/8/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

▸ Insert shipping document here.

RECEIVED & FILED
2019 MAR 22   PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Page 1 of 1

ORIGIN ID:PHKA   (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 21MAR19
ACTWGT: 1.00 LB
CAD: 104166301/NET4100

TO DISTRICT COURT/DIST.OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432
INV:
PO:                    REF:

BILL SENDER
NO EEI 30.37(a)

DEPT:

5553J14603/0240

(US)

FedEx.
Express

E

TRK#   7747 6308 0252
0430

FRI - 22 MAR A5
INTL PRIORITY

XQ SIGA

00918
PR-US   SJU

S

®

RT 713   1400   B
FZ            0252
        00 22Mar

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

401 K

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO RECEIVED & FILED

-----------------------------------------------------------------------X

2019 MAR 22 PM 3: 02

In re:

CLERK'S OFFICE
U.S. DISTRICT COURT
THE FINANCIAL OVERSIGHT AND                                    PROMESA SAN JUAN, P.R.
MANAGEMENT BOARD FOR PUERTO RICO,                   Title III

          as representative of                                   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*         (Jointly Administered)

      Debtors.

-----------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

Todd Conner

Participant Name                      Firm Name (if applicable)

Contact Person (if Participant is not an individual)    Contact Person
Bim.w.FishEYahoo.Com
Email Address                         Email Address

Address line 1

20350 NE 21 Ave

Address line 2

Mcam: Fl 33179

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

100m 74S1YLE86

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

Todd Tennven

Print Name

_____

Title (if Participant is not an Individual)

3/8/19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 MAR 22 PM 3: 02

-----------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

-----------------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

David Schwartz

Participant Name

Contact Person (if Participant is not an individual)

DWSBoNds @ Gmail.com

Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

_1652 Victoria Point Lane_

Address line 2

_Weston, FL 33327_

City, State Zip Code

_America_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LE86 & 74514LA4_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

_David Schwartz_

Print Name

_____

Title (if Participant is not an Individual)

_3/8/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



► Insert shipping
   document here.

Page 1 of 1

ORIGIN ID:PHKA
AMY GOLD          (561) 368-5284

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

TO DISTRICT COURT/DIST.OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432
INV:
PO:                    REF:

SHIP DATE: 21MAR19
ACTWGT: 1.00 LB
CAD: 104186301/NET4100

BILL SENDER
NO EEI 30.37(a)

DEPT:                  (US)

FedEx Express

E

TRK# 7747 6308 0252

FRI - 22 MAR A5
INTL PRIORITY

XQ SIGA                00918
              PR-US   SJU

RECEIVED & FILED
2019 MAR 22 PM 3: 02
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

RT 713   1400   B
FZ              0252
          00  22Mar

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO** RECEIVED & FILED

-------------------------------------------------------------------X

2019 MAR 22 PM 3: 02

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

       Debtors.

-------------------------------------------------------------------X

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

JAMES C. MOYSEY
Participant Name

Contact Person (if Participant is not an individual)

jamesjellsbonds@gmail.com
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

*3131 NE 188th St*

Address line 2

*#11106*

City, State Zip Code

*AVENTURA, FL 33180*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_**X**_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB63, 74514LB89, 74514LE86*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *[signature]*

Signature

*JAMES MIUSEY*

Print Name

_____

Title (if Participant is not an Individual)

*3-12-19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Insert shipping
document here.

Page 1 of 1

ORIGIN ID:PHKA      (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 21MAR19
ACTWGT: 1.00 LB
CAD: 10416630/VNET4100

BILL SENDER
NO EEI 30.37(a)

TO DISTRICT COURT/DIST.OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432
INV:
PO:                    REF:
                       DEPT:

(US)

FedEx
Express

E

TRK# 7747 6308 0252      FRI - 22 MAR A5
0430                     INTL PRIORITY

XQ SIGA                  00918
                    PR-US   SJU

S

RT 713   1400   B
FZ          0252
          00 22Mar

Case:17-03283-LTS Doc#:5143-3 Filed:02/15/19 Entered:02/15/19 14:28:10 Desc:
Exhibit 3 - Notice of Participation Page 2 of 3

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 MAR 22 PM 4:25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

----------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors. :
----------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than [insert date that is 60 days after entry of order granting Procedures Motion] in accordance with the instructions set forth at the end of this document.

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *Charlie Poe* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Case:17-03283-LTS Doc#:5993-1 Filed:03/22/19 Entered:03/25/19 11:59:38 Desc:
Pro Se Notices of Participation Page 96 of 97
Case:17-03283-LTS Doc#:5143-3 Filed:02/15/19 Entered:02/15/19 14:28:10 Desc:
Exhibit 3- Notice of Participation Page 3 of 3

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60 DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

1240 Wise Bend Road

Address line 1          Address line 1

 

Address line 2          Address line 2

Pontotoc, MS 38863

City, State Zip Code          City, State Zip Code

USA

Country          Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

         74614 L-D2-0

     (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Charlie Poe*

Signature

*Charlie Poe*

Print Name

 

Title (if Participant is not an Individual)

3-18-2019

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Mr. Charlie Poe
1240 Wise Bend Rd
Pontotoc, MS 38863

MEMPHIS
TN 380
18 MAR '19
PM 5 L

ECRU,
MAR 18 2019
USPS

love
FOREVER USA

RECEIVED
2019 MAR 22   PM 4:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
District of Puerto, Room 150 Federal Building
150 Carlos Chardon Avenue, San Juan, PR.
00918-1767

The Clerk's Office of the District
in San Juan, Puerto Rico.                00918