# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

Case No. 3:17-bk-03283 (LTS)

(Jointly Administered)

-------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 3:17-bk-03566 (LTS)

-------------------------------------------------------------------------X

---

[1] The Debtors in these Title III cases, along with each Debtor's Bankruptcy Court case number and last four (4) digits of each Debtor's federal tax identification number are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case. No. 17-bk-3567 (LTS) (Last Four Digits of Federal Tax ID: 3808).

NAI-1506797925v1

## AFFIDAVIT OF SERVICE

STATE OF OHIO         )
                         ) SS.:
COUNTY OF CUYAHOGA )

    Monika T. Barrios, being duly sworn, deposes and says:

    1.  I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, I am over eighteen years of age, and am not a party to the above-captioned cases.

    2.  On March 20, 2019, employees of Jones Day caused a copy of the following:

- Urgent Motion for Leave to Exceed the Page Limits for the Parties' Motions to Compel Discovery in Connection with the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay [Case No. 17-03283 Docket No. 5964 and Case No. 17-03566 Docket No. 399] (the "Urgent Motion")

to be served via the Court's electronic case filing and noticing system.

    3.  On March 21, 2019, employees of Jones Day caused a copy of the following:

- Declaration of Sparkle L. Sooknanan in Support of Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Compel Discovery [Case No. 17-03283 Docket No. 5971 and Case No. 17-03566 Docket No. 401] (the "Declaration"); and

- Motion of Certain Secured Creditors of the Employees Retirement System
  of the Government of the Commonwealth of Puerto Rico to Compel
  Discovery

  [Case No. 17-03283 Docket No. 5972 and Case No. 17-03566 Docket No.
  402] (the "Motion to Compel")

to be served via the Court's electronic case filing and noticing system.  On March 21, 2019,
employees of Jones Day caused the Urgent Motion, the Declaration, Motion to Compel and the
order granting the Urgent Motion [Case No. 17-03283 Docket No. 5968 and Case No. 17-03566
Docket No. 400] (the "Order"), to be served by e-mail upon the parties listed on the service list
attached hereto as Exhibit A.  On March 22, 2019, employees of Jones Day caused the Urgent
Motion, the Declaration, Motion to Compel and the Order to be served by U.S. first class upon
the parties listed on the service list attached hereto as Exhibit B.

/s/ Monika T. Barrios
Monika T. Barrios

SWORN TO AND SUBSCRIBED before
me this 25th day of March 2019

/s/ Felicia Hilscher
Felicia Hilscher, Notary Public

Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires July 17, 2023

NAI-1506797925v1

## Exhibit A

aaa@mcvpr.com
aaneses@cstlawpr.com
AAneses@cstlawpr.com
abhishek.kalra@lehmanholdings.com
abyowitz@kramerlevin.com
acasellas@amgprlaw.com
acaton@kramerlevin.com
acevedovila1@gmail.com
acordova@juris.inter.edu
acouret@smlawpr.com
adam.goldberg@lw.com
adeliz@smlawpr.com
Adiaz@cnrd.com
adtoro@pico-blanco.co
afernandez@delgadofernandez.com
agestrella@estrellallc.com
AGlenn@kasowitz.com
agraitfe@agraitlawpr.com
ahowie@sagwlaw.net
ajb@bennazar.org
AKHerring@wlrk.com
alavergne@lsplawpr.com
alexandra.bigas@gmail.com
alexbongartz@paulhastings.com
alinares2020@yahoo.com
allan.brilliant@dechert.com
amiller@milbank.com
Ana.chilingarishvili@maslon.com
anabelle.centeno@pridco.pr.gov
andres@awllaw.com
andrewtenzer@paulhastings.com
angela.libby@davispolk.com
anthonybuscarino@paulhastings.com
antoniofuentesgonzalez@yahoo.com
anunez@smlawpr.com
apavel@omm.com
aperez@kpmg.com
apico@jgl.com
arizmendis@reichardescalera.com
arosenberg@paulweiss.com
Arthursail@stny.rr.com
Arwolf@wlrk.com
asantiago@amgprlaw.com
asociacióngerencialescfse@gmail.com

auetz@foley.com
avalencia@cnrd.com
avb@sbgblaw.com
ayanez@willkie.com
bankruptcynoticeschr@sec.gov
barrios.jl@outlook.com
bbennett@jonesday.com
bbobroff@proskauer.com
Bbolin@wlrk.com
bchew@brownrudnick.com
belkgrovas@gmail.com
beth@hbsslaw.com
bfriedman@stblaw.com
bgm.csp@bennazar.org
bheifetz@jonesday.com
bill.natbony@cwt.com
bkfilings@fortuno-law.com
bmd@bmdcounselors.com
boneill@kramerlevin.com
bos-bankruptcy@hklaw.com
Brian.klein@maslon.com
brian.pfeiffer@whitecase.com
brian.resnick@davispolk.com
BRosen@proskauer.com
brosenblum@jonesday.com
bufetefrgonzalez@gmail.com
buzz.rochelle@romclaw.com
c-aquino@prepa.com
cabruens@debevoise.com
cacevedo@riveratulla.com
calsina@prquiebra.com
Carla.garcia@oneillborges.com
carla.rodriguezbernier@yahoo.com
carlos.lugo@saldanalaw.com
carloscardonafe@hotmail.com
carlosfernandez@cfnlaw.com
carlosvergne@aol.com
carmen.herrero@prepa.com
casey.servais@cwt.com
castilloricardo977@gmail.com
cbg@bobonislaw.com
ccuprill@cuprill.com
cdipompeo@jonesday.com
Cesar.a.lopez-morales@usdoj.gov

cfebus@proskauer.com
cgray@reedsmith.com
charliehernandezlaw@gmail.com
chris.maddux@butlersnow.com
Chris.Maddux@butlersnow.com
christopher.connolly@usdoj.gov
christopher.harris@lw.com
clarisasola@hotmail.com
Clark.whitmore@maslon.com
claudia.quinones@indianowilliams.com
Clearyd@gtlaw.com
cmechling@stroock.com
condecarmen@condelaw.com
corraldieg@gmail.com
craigmcc@me.com
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
cspringer@reedsmith.com
csteege@jenner.com
courtneyrcarroll@gierbolinicarroll.com
cvelaz@mpmlawpr.com
cwedoff@jenner.com
daniel.bustos@excelerateenergy.com
daniel.connolly@bracewell.com
Daniel.Egan@ropesgray.com
daniel.elkort@patternenergy.com
daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
darrengoldman@quinnemanuel.com
david.indiano@indianowilliams.com
david.lawton@bracewell.com
david.powlen@btlaw.com
davidcarrionb@aol.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dbussel@ktbslaw.com
dcantor@omm.com
ddunne@milbank.com
delapena.sylvia@gmail.com
dg@g-glawpr.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmolinalaw@gmail.com
dmonserrate@msglawpr.com

donald.bernstein@davispolk.com
Donna.Maldonado@popular.com
Douglas.Hallward-
Driemeier@ropesgray.com
dperez@cabprlaw.com
dperez@omm.com
drodriguez.alb@gmail.com
drodriguez@alblegal.net
dschlecker@reedsmith.com
dvelawoffices@gmail.com
dvelawoffices@gmail.com
Eakleinhaus@wlrk.com
ealdarondo@alblegal.net
ealmeida@almeidadavila.com
ebarak@proskauer.com
edgardo_barreto@yahoo.com
eduardo@cobianroig.com
edward.linden@stblaw.com
efl@bobonislaw.com
elian.escalante@gmail.com
ellen.halstead@cwt.com
emaldonado@smlawpr.com
emckeen@omm.com
emil@mlrelaw.com
emontull@cstlawpr.com
emunozPSC@gmail.com
epo@amgprlaw.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
estudiolegalrivera2@gmail.com
etejeda@splawpr.com
etulla@riveratulla.com
eweisfelner@brownrudnick.com
eworenklein@debevoise.com
ezm@mcvpr.com
fdearmas@ciacpr.com
ferraric@ferrarilawpr.com
fgierbolini@msglawpr.com
figueroaymorgadelaw@yahoo.com
filippetti_r@hotmail.com
fingerk@gtlaw.com
fmontanezmiran@yahoo.com

fpabon@lvvlaw.com
francisco.delcastillo@bennazar.org
fserra@sampr.com
fsilva@claropr.com
FSosnick@Shearman.com
gabriel.morgan@weil.com
gacarlo@carlo-altierilaw.com
gaclegal@gmail.com
gar@crlawpr.com
gbrenner@proskauer.com
geisenberg@perkinscoie.com
gerardopavialaw@msn.com
ghorowitz@kramerlevin.com
gkurtz@whitecase.com
GLee@mofo.com
glenncarljameslawoffices@gmail.com
gls@lopezsolerlaw.com
gmainland@milbank.com
gonzalezbadillo@gmail.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gramlui@yahoo.com
gregory.silbert@weil.com
gspadoro@csglaw.com
gstewart@jonesday.com
gviviani@sanpir.com
handuze@microjuris.com
harlawpr@gmail.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
hector.saldana@saldanalaw.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
howard.hawkins@cwt.com
hreynolds@delvallegroup.net
Huttonj@gtlaw.com
hvaldes@v-olaw.com
hwalker@gibsondunn.com
iacosta@renocavanaugh.com
icabrera@riveratulla.com
icastro@alblegal.net
ifullana@gaflegal.com
ileanaortix@outlook.com
ioliver@ccsllp.com
irg@roldanlawpr.com

irm@roldanlawpr.com
ivandialo2001@yahoo.com
ivonnegm@prw.net
jaimeenriquecruzalvarez@gmail.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
jason.callen@butlersnow.com
Jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
Jay.goffman@skadden.com
jbgoplerud@sagwlaw.net
jbolian@robbinsrussell.com
jbrugue@mbbclawyers.com
jcanfield@stroock.com
jcasillas@cstlawpr.com
jchristiansen@gibsondunn.com
jcunningham@whitecase.com
jdorsey@ycst.com
jdugan@willkie.com
Jean.lin@usdoj.gov
jeff.bjork@lw.com
jemudd@yahoo.com
jerichman@proskauer.com
jessica@bufete-emmanuelli.com
jesus.cuza@hklaw.com
jeva@valenzuelalaw.net
jf@cardonalaw.com
jfeldesman@FTLF.com
jfigueroa@arroyorioslaw.com
jgross@jonesday.com
jkapp@mwe.com
jkorn@willkie.com
JLawlor@wmd-law.com
jlcumbastorres@yahoo.com
JLevitan@proskauer.com
jlgere@gmail.com
jlopez@constructorasantiago.com
jminias@willkie.com
jmoralesb@microjuris.com
Jnieves@gonzalezmunozlaw.com
johnshaffer@quinnemanuel.com
jonathan.polkes@weil.com
jorge@mlrelaw.com

jorgequintanalajara@gmail.com
jose.enrico.valenzuela1@gmail.com
jose.sosa@dlapiper.com
jpatton@ycst.com
JPeck@mofo.com
JPGLaw@outlook.com
jpsala_pr@yahoo.com
Jramirez@amrclaw.com
jrapisardi@omm.com
jreyes@sanpir.com
jrivlin@afscme.org
jsalichs@splawpr.com
jsanabria@sbgblaw.com
jsanchez@lsplawpr.com
jsanchez@scvrlaw.com
jsantos@smlawpr.com
jsoto@jbsblaw.com
juan@jahrlaw.com
juan@riverafont.com
juans@prtc.net
julian.fernandez@metropistas.com
julio.pagan@g2la.com
jvankirk@tcmrslaw.com
jvannah@santandersecurities.com
jvv@wbmvlaw.com
jwc@jwcartagena.com
jweiss@ktbslaw.com
jzakia@whitecase.com
katescherling@quinnemanuel.com
KBGoldberg@wlrk.com
Kbolanos@cnrd.com
kcsuria@estrellallc.com
kdm@romclaw.com
Keith.Wofford@ropesgray.com
kelly.diblasi@weil.com
Kelly.McDonald@Shearman.com
Kellyrivero@hotmail.com
kevin.collins@btlaw.com
kgwynne@reedsmith.com
khansen@stroock.com
kklee@ktbslaw.com
kperra@proskauer.com
ksheehan@mwe.com
kstipec@amgprlaw.com
kurt.mayr@bracewell.com
kzecca@robbinsrussell.com

l.ortizsegura@ploolaw.com
larroyo@amgprlaw.com
Laura.A.Hunt@usdoj.gov
lawlugo1@gmail.com
lawrence.bauer@nortonrosefulbright.com
lawrog@gmail.com
lcdo.carlos.e.riverajustiniano@gmail.com
lcumpiano@yahoo.com
ldelacruz@oeg.pr.gov
lemuel.law@gmail.com
leslieplaskon@paulhastings.com
leticia.casalduc@indianowilliams.com
Lft@tcmrslaw.com
liza.burton@lw.com
lmarini@mpmlawpr.com
Lnegron@kpmg.com
loliver@amgprlaw.com
loomislegal@gmail.com
lpabonroca@microjuris.com
lpettit@robbinsrussell.com
lrappaport@proskauer.com
lrobbins@robbinsrussell.com
ls.valle@condelaw.com
lshelfer@gibsondunn.com
lsizemore@reedsmith.com
ltorres@cstlawpr.com
lucdespins@paulhastings.com
luis.vazquez@peerlessoil.com
luisfredsalgado@hotmail.com
malvarez@mpmlawpr.com
man@nblawpr.com
manuel@rodriguezbanchs.com
marcia.goldstein@weil.com
margaritalmercado@gmail.com
MARIAE.HERNANDEZ@prepa.com
marianifrancolaw@gmail.com
Marieli.Paradizo@ponce.pr.gov
marielopad@gmail.com
marivera@riveratulla.com
mark.ellenberg@cwt.com
mark.gallagher@usdoj.gov
mark.mcdermott@skadden.com
martin.sosland@butlersnow.com
martz@afscme.org
matthewscheck@quinnemanuel.com
maxtruj@gmail.com

mbienenstock@proskauer.com
mcaruso@csglaw.com
mcrm100@msn.com
mcto@debevoise.com
mevicens@yahoo.com
Mfb@tcmrslaw.com
mfeldman@willkie.com
mfirestein@proskauer.com
mfredericks@amerinatls.com
mfvelezquiebras@gmail.com
MHackett@proskauer.com
mhernandez@scvrlaw.com
michael.doluisio@dechert.com
michaelcomerford@paulhastings.com
michele.meises@whitecase.com
migade19@hotmail.com
miguelgierbolini@gierbolinicarroll.com
Mimi.M.Wong@irscounsel.treas.gov
mitch.carrington@butlersnow.com
Mitchelln@gtlaw.com
mkelso@susmangodfrey.com
mlepelstat@csglaw.com
mmcgill@gibsondunn.com
mmercado@mercado-echegaray-law.com
mmier@cabprlaw.com
Mohammad.Yassin@aafaf.pr.gov
mpico@rexachpico.com
mpocha@omm.com
mrios@arroyorioslaw.com
mrm@rmlawpr.com
mroot@jenner.com
mseidel@willkie.com
msimonet@msglawpr.com
mstancil@robbinsrussell.com
mthibert-ind@mwe.com
mtrelles@pmalaw.com
mvazquez@lsplawpr.com
mvega@senado.pr.gov
mzerjal@proskauer.com
n.tactuk@ferrovial.com
NATHAN.BULL@CWT.COM
navarro@navarrolawpr.com
nbaker@stblaw.com
nhamerman@kramerlevin.com
nicholasbassett@paulhastings.com
nmanne@susmangodfrey.com

notificaciones@bufete-emmanuelli.com
nperez@tcmrslaw.com
nrickenbach@rickenbachpr.com
nrivera@oeg.pr.gov
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
orlando1701@gmail.com
ortizcolonricardo@gmail.com
Otero_and_assoc@hotmail.com
pabong@reichardescalera.com
pbentley@kramerlevin.com
pdechiara@cwsny.com
peajeinfo@dechert.com
pedronicot@gmail.com
penagaricanobrownusdc@gmail.com
peter.canzano@nortonrosefulbright.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
pjime@icepr.com
pjime@lawfirm-pr.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
prodriguez@prvlaw.com
prosol@utier.org
prwolverine@gmail.com
pshalhoub@willkie.com
puertoricoteam@primeclerk.com
pwm@wbmvlaw.com
QUIEBRAS@ELBUFETEDELPUEBLO.C
OM
quilichinipazc@microjuris.com
r.miranda@rmirandalex.net
ra@calopsc.com
rachel.albanese@dlapiper.com
rachel.goldman@bracewell.com
rafael.ortiz.mendoza@gmail.com
ramon.dapena@mbcdlaw.com
ramonvinas@vinasllc.com
rbonilla@bspr.com
rbrady@ycst.com
rburgos@adameslaw.com
rcamara@ferraiuoli.com

rcasellas@cabprlaw.com
rcastellanos@devconlaw.com
rco@crlawpr.com
remmanuelli@me.com
Rgf@mcvpr.com
Rgmason@wlrk.com
rgordon@jenner.com
rgv@g-glawpr.com
rhoncat@netscape.net
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rlevin@jenner.com
rlozada@msglawpr.com
rnies@csglaw.com
robert.berezin@weil.com
robert.schnell@faegrebd.com
robin.keller@hoganlovells.com
rolando@bufete-emmanuelli.com
romn1960@gmail.com
roppenheimer@omm.com
rortiz@rloclaw.onmicrosoft.com
rosasegui@yahoo.com
Roy.purcell@scotiabank.com
rprats@rpplaw.com
rrivera@jgl.com
rrodriguez@juris.inter.edu
rschell@msglawpr.com
rtorres@torresrodlaw.com
salalawyers@yahoo.com
santilawoffice@yahoo.com
Saultoledo22@yahoo.com
sawbacal@aol.com
sbest@brownrudnick.com
sbeville@brownrudnick.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
secbankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
serviceqa@primeclerk.com
smillman@stroock.com
squsba@stblaw.com
sramirez@sarlaw.com
sratner@proskauer.com

SSchmidt@kasowitz.com
ssooknanan@jonesday.com
stan.ladner@butlersnow.com
stansoffice@aol.com
steve@hbsslaw.com
storres@alblegal.net
stuart.steinberg@dechert.com
suarezcobo@gmail.com
suhland@omm.com
susheelkirpalani@quinnemanuel.com
swb@wbmvlaw.com
sweise@proskauer.com
thomas.curtin@cwt.com
Thomas.g.ward@usdoj.gov
thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.
GOV
tmayer@kramerlevin.com
tmundiya@willkie.com
tmungovan@proskauer.com
toby.gerber@nortonrosefulbright.com
toledo.bankruptcy@gmail.com
tolson@gibsondunn.com
tpaterson@afscme.org
tpennington@renocavanaugh.com
tuttieguerrero@yahoo.com
TWelch@kasowitz.com
ubaldo.fernandez@oneillborges.com
unionecfse@yahoo.com
USTP.Region21@usdoj.gov
vbantnerpeo@buchalter.com
vdorfman@jonesday.com
velez.hector@epa.gov
vero@ferraiuoli.pr
victor.quinones@mbcdlaw.com
victor@calderon-law.com
victorriverarios@rcrtrblaw.com
wardlow.w.benson@usdoj.gov
wburgos@justicia.pr.gov
wdalsen@proskauer.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wlugo@lugomender.com
wmq@wmarrerolaw.com
wsmith@mwe.com
wssbankruptcy@gmail.com

xavier.carol@abertis.com
yasmin@bufete-emmanuelli.com
ygc@rclopr.com
ygc1@prtc.net
zacharyrussell@quinnemanuel.com
zdavila@almeidadavila.com

**Exhibit B**

| | |
|---|---|
| AmeriCorps<br>Attn:  Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC  20525 | Integrand Assurance Company<br>P.O. Box 70128<br>San Juan, PR  00907 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR  00681 | Antilles Power Depot, Inc.<br>Attn:  Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR  00981-0190 |
| Harry Anduze<br>Counsel to Cooperativa De Ahorro<br>Y Creditor Abraham Rosa<br>1225 Ponce De Leon Ave., Suite PH 1<br>San Juan, PR  00907 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR  00902-0192 |
| Department of Defense (DOD)<br>Attn:  Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC  20301-1400 | Department of Energy (DOE)<br>Attn:  Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC  20585 |
| Department of Homeland Security (DHS)<br>Attn:  Kirstjen M. Nielsen<br>245 Murray Lane., SW<br>Washington, DC  20528-0075 | Department of Housing and<br>  Urban Development (HUD)<br>Attn:  Ben Carson<br>451 7th Street, SW<br>Washington, DC  20410 |
| Department of Human and Health Services<br>Attn:  Alex M. Azar II<br>200 Independence Ave, SW<br>Washington, DC  20201 | Department of the Interior (DOI)<br>Attn:  Ryan Zinke<br>1849 C St., NW<br>Washington, DC  20240 |
| Department of Transportation (DOT)<br>Attn:  Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC  20590 | Department of Veterans Affairs (VA)<br>Attn:  Robert Wilkie<br>810 Vermont Ave., NW<br>Washington, DC  20420 |
| Economic and Statistics Administrations<br>Attn:  Karen Dunn Kelley<br>1401 Constitution Ave., NW<br>Washington, DC  20230 | Federación de Maestros de Puerto Rico<br>Urbanización El Caribe No. 1572<br>Ponce de León Avenue<br>San Juan, PR 00927 |

| | |
|---|---|
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica<br>Edif. Juan Ruiz Vélez, Oficina 404<br>Ave. Ponce de León 1110<br>Santurce, PR 00907 | Jaime Rodríguez Avilés<br>P.O. Box 347<br>Yauco, PR  00698 |
| Kanoso Auto Sales Inc.<br>PO Box 1446<br>San German, PR 00683<br>Attn: Jose A. Crespo Gonzalez, President | Federal Communications Commission (FCC)<br>Attn:  Ajit Pai<br>445 12th St., SW<br>Washington, DC  20554 |
| Federal Emergency Management Agency (FEMA)<br>Attn:  Bob Fenton<br>500 C St., SW<br>Washington, DC  20472 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn:  Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR  00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn:  Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR  00968 | Quinones Vargas Law Offices<br>Attn:  Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR  00623 |
| Small Business Administration (SBA)<br>Attn:  Linda McMahon<br>409 3rd St., SW<br>Washington, DC  20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR  00901 |
| Quinones Vargas Law Offices<br>Attn:  Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR  00901 | US Army Corps of Engineers<br>Attn:  Todd T. Semonite<br>441 G St., NW<br>Washington, DC  20548 |
| US Attorney for the District of Puerto Rico<br>Attn:  Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR  00918 | US Department of Agriculture<br>Attn:  Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC  20250 |

| US Department of Commerce<br>Attn:  Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC  20230 | US Department of Education (ED)<br>Attn:  Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC  20202 |
|---|---|
| US Department of Health and Services<br>Attn:  Amanda Barlow<br>330 C St., SW<br>Washington, DC  20201 | US Department of Justice (DOJ)<br>Attn:  Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530 |
| US Department of Labor (DOL)<br>Attn:  Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave.<br>Washington, DC  20210 | Del Valle Group, S.P.<br>Attn:  Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR  00951-2319 |
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR  00986-0158 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC  20001 |
| A&S Legal Studio, PSC<br>Attn:  Legal Department<br>434 Avenida Hostos<br>San Juan, PR  00918 | Hon. Judith G. Dein<br>United States District Court, District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA 02210 |
| Ricardo Rosello Nevares<br>11 Avenida Juan Ponce de León<br>San Juan Antiguo, PR  009101 | Financial Oversight and Management Board<br>40 Washington Square South, Office 314A<br>New York, NY  10012<br>Attn:  Prof. Arthur J. Gonzalez, Board Member |
| Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR  00979-5729 | Edgordo Seda Arroyo<br>35299-054, Federal Correctional Complex UPS 2<br>P.O. Box 1034<br>Coleman, FL  33521-1034 |
| Puerto Rico Electric Power Authority<br>P.O. Box 364267<br>San Juan, PR  00936-4267<br>Attn:  Office of the General Counsel | Rene Pinto-Lugo<br>PO Box 13531<br>San Juan, PR  00908 |

| | |
|---|---|
| Marylin Del Valle, General Manager<br>Reliable Equipment Corporation<br>P.O. Box 2316<br>Toa Baja, PR  00951-2316 | Rafael Ferreira Cintron<br>Counsel to BEC Co, Inc.<br>d/b/a Empacadora Hill Brothers<br>The Financial Attorneys<br>P.S.C. PMB 274<br>405 Esmeralda Avenue, Suite 2<br>Guaynabo, PR  00969 |
| Unión de Médicos de la Corporación<br>del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR  00936-8344 | Office of the United States Trustee<br>for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 |
| Pablo Del Valle Rivera<br>P.O. Box 2319<br>Toa Baja, PR  00951 | Shindler Anderson & Goplerud, P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265-5749<br>Attn: Andrew Howie and J. Barton Goplerud |
| United States District Court<br>Southern District of New York<br>Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan United States<br>Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 | Puerto Rico Fiscal Agency and Financial<br>Advisory Authority<br>Roberto Sánchez Vilella (Minillas)<br>Government Center<br>De Diego Ave. Stop 22<br>San Juan, PR 00907 |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>Attn: Brant Kuehn | Asociación de Empleados Gerenciales del<br>Fondo del Seguro del Estado<br>PO Box 71325 Suite 84<br>San Juan, PR 00936 |
| Picó & Blanco, LLC<br>Attn: Ana M. del Toro Sabater, Esq<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan, PR 00907 | HALS, PSC<br>Attn: Yarymar González Carrasquillo<br>P.O. Box 365061<br>San Juan, PR 00936-5061 |
| Unitec Engineering<br>Members of Creditor's Committee<br>Attn:  Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra, PR  00739 | |