## EXHIBIT A

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------------- X
                                                                     :
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                    :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :  Title III
                                                                     :
        as representative of                   :  Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,        :  (Jointly Administered)
                                                                     :
        Debtors.¹                              :
-------------------------------------------------------------------- X
```

**ORDER EXPEDITING CONSIDERATION OF URGENT MOTION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, UNDER
BANKRUPTCY CODE SECTIONS 105(a) AND 926(a) AND BANKRUPTCY RULE
9006, ESTABLISHING (I) PROCEDURES WITH RESPECT TO DISCLOSURE OF
AVOIDANCE ACTIONS TO BE ASSERTED BY OVERSIGHT BOARD, AND  (II)
EXPEDITED BRIEFING SCHEDULE FOR POTENTIAL REQUEST TO APPOINT
TRUSTEE UNDER BANKRUPTCY CODE SECTION 926(a)**

Upon the *Urgent Motion of Official Committee of Unsecured Creditors for Expedited Consideration of Urgent Motion for Order, Under Bankruptcy Code Sections 105(a) and 926(a) and Bankruptcy Rule 9006, Establishing (I) Procedures with Respect to Disclosure of Avoidance Actions to be Asserted by Oversight Board, and (II) Expedited Briefing Schedule for Potential Request to Appoint Trustee Under Bankruptcy Code Section 926(a)* (the "Urgent Motion");[2] and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.

the Court having found and determined that: (i) the Court has jurisdiction to consider the Urgent

Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is

proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten

the notice period as requested in the Urgent Motion; (iv) due and proper notice of the Urgent

Motion has been provided under the particular circumstances and no other or further notice need

be provided; (v) any objections to the relief requested in the Urgent Motion having been

withdrawn or overruled; and (vi) after due deliberation and sufficient cause appearing therefor, it

is HEREBY ORDERED THAT:

1.    The Urgent Motion is GRANTED as set forth herein.

2.    On or before **6:00 p.m. (AST) on March 27, 2019**, the Oversight Board may file

an objection to the Procedures Motion.

3.    On or before **10:00 a.m. (AST) on March 29, 2019**, the Committee may file a

reply in support of the Procedures Motion.

4.    The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

5.    The Committee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

6.    The Court retains jurisdiction over any disputes relating to the interpretation or

implementation of this Order.

Dated:   March___, 2019

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE