# EXHIBIT G-1

ERS Stay Relief Motion | Search String Hit Counts

| No. | Search Terms | Limiter | Hits* | Hits with Family* |
|---|---|---|---|---|
| 1 | English: "Pay-Go" OR "pay-as-you-go" OR "Law 106" OR "Act 106" OR "Joint Resolution 188" OR "SB 603" OR ERS or "employees retirement system" OR legislation OR legislature OR statute  OR  (employer* w/2 contribution*) OR bond* OR "security interest" OR pledge* OR collateral<br><br>Spanish: PayGo OR "R. C. de la C. 188" OR "RCC 188" OR "Ley 106" OR "Resolución conjunta 188" OR ASR OR "sistema de retiro" OR legislación OR legislatura OR estatuto OR (aporta* w/2 patron*) OR bono* OR pignora* OR "interés de garantÍa" OR colateral | No limiter | 32452 | 79548 |
| 2 | English: ("Pay-Go" OR "pay-as-you-go" OR "Law 106" OR "Act 106" OR "Joint Resolution 188" OR "SB 603" OR ERS or "employees retirement system" OR legislation OR legislature OR statute) AND ((employer* w/2 contribution*) OR bond* OR "security interest" OR pledge* OR collateral)<br><br>Spanish:  (PayGo OR "R. C. de la C. 188" OR "RCC 188" OR "Ley 106" OR "Resolución conjunta 188" OR ASR OR "sistema de retiro" OR legislación OR legislatura OR estatuto) AND ((aporta* w/2 patron*) OR bono* OR pignora* OR "interés de garantÍa" OR colateral) | "AND" | 9258 | 36106 |
| 3 | English:  ("Pay-Go" OR "pay-as-you-go" OR "Law 106" OR "Act 106" OR "Joint Resolution 188" OR "SB 603" OR ERS or "employees retirement system" OR legislation OR legislature OR statute) w/25 ((employer* w/2 contribution*) OR bond* OR "security interest" OR pledge* OR collateral)<br><br>Spanish:  (PayGo OR "R. C. de la C. 188" OR "RCC 188" OR "Ley 106" OR "Resolución conjunta 188" OR ASR OR "sistema de retiro" OR legislación OR legislatura OR estatuto) w/25 ((aporta* w/2 patron*) OR bono* OR pignora* OR "interés de garantÍa" OR colateral) | "w/25" | 4026 | 18000 |
| 4 | English:  ("Pay-Go" OR "pay-as-you-go" OR "Law 106" OR "Act 106" OR "Joint Resolution 188" OR "SB 603" OR ERS or "employees retirement system" OR legislation OR legislature OR statute) w/10 ((employer* w/2 contribution*) OR bond* OR "security interest" OR pledge* OR collateral)<br><br>Spanish:  (PayGo OR "R. C. de la C. 188" OR "RCC 188" OR "Ley 106" OR "Resolución conjunta 188" OR ASR OR "sistema de retiro" OR legislación OR legislatura OR estatuto) w/10 ((aporta* w/2 patron*) OR bono* OR pignora* OR "interés de garantÍa" OR colateral) | "w/10" | 2518 | 13880 |

*Denotes de-duplicated hits for combined English and Spanish terms for each search set across the files of the following custodians from January 1, 2017 to October 1, 2017:  Gerardo Portela (AAFAF), Mohammad Yassin (AAFAF), Carlos Yamin (AAFAF), Luis Collazo (ERS), Cecile Tirado (ERS), Philippe Mesa (Commonwealth), and Francisco Peña (Commonwealth).