# EXHIBIT H-1

**ERS Stay Relief Motion | Custodians**

| No. | Custodian | Entity | Title |
|---|---|---|---|
| 1. | Gerardo Portela Franco | AAFAF | Former Executive Director |
| 2. | Mohammad Yassin Mahmud | AAFAF | Director of Fiscal Agency; Former Chief Legal & Regulatory Officer |
| 3. | Carlos Yamin Rivera | AAFAF | Associate Legal Director for Government Affairs |
| 4. | Luis Collazo Rodríguez | ERS | Administrator |
| 5. | Cecile Tirado Soto | ERS | Assistant Director, Comptroller |
| 6. | Philippe Mesa Pabón | Commonwealth | Secretary of Public Policy |
| 7. | Francisco Peña Montañez | Commonwealth | Under Secretary, Treasury Department |

1