# EXHIBIT H-2

## ERS Stay Relief Motion | 3.13.2019 Custodian List

| No. | Custodian | Entity | Title |
|---|---|---|---|
| 1. | Gerardo Portela | AAFAF | Former Executive Director |
| 2. | Mohammad Yassin | AAFAF | Director of Fiscal Agency |
| 3. | Carlos Yamin | AAFAF | Associate Legal Director for Government Affairs |
| 4. | Jose Marrero | Commonwealth | Director of Office of Management and Budget |
| 5. | Facundo DiMauro | Commonwealth | Legal Director for Office of Management and Budget |
| 6. | Philippe Mesa | Commonwealth | Secretary of Public Policy |
| 7. | Francisco Peña | Commonwealth | Under Secretary, Treasury Department |
| 8. | Luis Collazo | ERS | Administrator |
| 9. | Natalia Palmer | ERS | Former Administrator |