UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X
                                                                                               :

In re:                                                                                     :

THE FINANCIAL OVERSIGHT AND                :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                                                                :
      as representative of                             :   Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)
                                                                :
      Debtors.[1]                                                     :
------------------------------------------------------------------------ X

ORDER EXPEDITING CONSIDERATION OF URGENT MOTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ORDER, UNDER BANKRUPTCY CODE SECTIONS 105(A)
AND 926(A) AND BANKRUPTCY RULE 9006, ESTABLISHING
(I) PROCEDURES WITH RESPECT TO DISCLOSURE OF AVOIDANCE ACTIONS
TO BE ASSERTED BY OVERSIGHT BOARD, AND (II) EXPEDITED BRIEFING SCHEDULE
FOR POTENTIAL REQUEST TO APPOINT TRUSTEE UNDER BANKRUPTCY CODE SECTION 926(A)

        The Court has received and reviewed the *Urgent Motion of Official Committee of*

*Unsecured Creditors for Expedited Consideration of Urgent Motion for Order, Under*

*Bankruptcy Code Sections 105(a) and 926(a) and Bankruptcy Rule 9006, Establishing (I)*

*Procedures with Respect to Disclosure of Avoidance Actions to be Asserted by Oversight Board,*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*and (II) Expedited Briefing Schedule for Potential Request to Appoint Trustee Under Bankruptcy Code Section 926(a)* (Docket Entry No. 5998 in Case No. 17-3283, the "Urgent Motion").[2] The Urgent Motion is granted to the extent provided herein. The Oversight Board may file an objection to the Procedures Motion on or before **March 28, 2019 at 12:00 p.m. (Atlantic Standard Time)**. The Committee may file a reply in support of the Procedures Motion on or before **March 28, 2019 at 9:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 5998 in Case No. 17-3283.

SO ORDERED.

Dated: March 25, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.