UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
*(1 OF 4)*

    The attached additional pro se Notices of Participation have been received by the Court for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(1 of 4)
March 25, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting*

*Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Dennis K. Vance and Nancy J. Vance
2. Darlene McAlexander
3. Catherine A. Flamme
4. Donald E. Park
5. Terry Kemmerer and Jacqueline Kemmerer
6. Iqbal Khan
7. Gerard Khan
8. Mark Sullivan
9. Karen Dulko
10. Barbara Dulko
11. Barbara Dulko Living Trust
12. Russell Levy Revocable Trust
13. Rodriguez-Diaz Trust
14. Walter May
15. E.K. Jones and Ruth A. Jones
16. Donald Kenner and Hannelore A. Kenner
17. Frederick Toke
18. Marilyn Kimmel
19. Melvin Goldberg
20. David Backens
21. Elizabeth Wood
22. Richard D. Smith
23. Linda J. Chevalier
24. Virginia Delaney
25. Dan M. Hinkle
26. Susan Einzig
27. James A. Hagerty, Jr.
28. Joel E. Budnetz

Pro Se Notices of Participation Received by the Court
(1 of 4)
March 25, 2019

29. Freida Orenstein

30. James Powers

31. Adam Jordan Revocable Trust

32. Lisa Jordan

33. Laurence R. Markham

34. John Train

35. Robert A. Lowman

36. Richard Conklin

37. Thomas J. Vogan

38. Phyllis Devoronine and Bernard Devoronine

39. The Webster Family Trust

40. Esther Kossoff

41. Martin Adler

42. Lucille Makstein

43. Joseph L. Giudici Trust

44. Currun C. Humphrey and Marjorie P. Humphrey

45. Frank P. Paterno

46. Peter J. Sheridan

47. Vernon A. Smith

48. Roland Odenwald, Jr.

49. Thomas M. Kennedy

50. Blanche Brodie

Dated: March 25, 2019