SRF 31030

Case:17-03283-LTS   Doc#:6013-1   Filed:03/25/19   Entered:03/26/19 11:47:46   Desc:
Pro Se Notices of Participation   Page 1 of 152

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

        Debtors.

-------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

RECEIVED & FILED
2019 MAR 25 PM 5: 54
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

DENNIS K. VANCE & NANCY J. VANCE
Participant Name

Contact Person (if Participant is not an individual)
DNV77@ yahoo.com
Email Address

710 QUALITY LANE

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1                                    Address line 1
_____                          _____
Address line 2                                    Address line 2
WINDER GA. 30680                                  _____
City, State Zip Code                              City, State Zip Code
USA                                               _____
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _____ intends to **support** the relief requested in the Objection (i.e., Participant
         believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
         believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

            74514 LZX 8

      (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
            secondary market? (**YES**) or NO (please **circle one**).

By: *Dennis K. Vance    Nancy J. Vance*
   Signature

   DENNIS K. VANCE & NANCY J. VANCE
   Print Name

   _____
   Title (if Participant is not an Individual)

   03-21-2019
   Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed
electronically with the District Court pursuant to its Electronic Case Filing procedures. If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE




U.S. POSTAGE PAID
PM 3-Day
HOSCHTON, GA
30548
MAR 21 19
AMOUNT
**$7.35**
R2305K140365-08

1004      00918



DENNIS & NANCY VANCE
710 Quality Ln. Winder Ga. 30680

RECEIVED & FILED
2019 MAR 25   PM 5:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK of the United States District Court
For the District of Puerto
Room 150   Federal Building
150 CARLos CHARdon Avenue
SanJuan, PR. 00918-1767

✕ For international shipments, the maximum weight is 4 lbs.

EP14H July 2013 Oute



EXPECTED DELIVERY DAY: 03/25/19

USPS TRACKING NUMBER

9505 5112 8332 9080 1914 42

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------X
In re:                                          :
                                                :       2019 MAR 25  PM 5: 53
THE FINANCIAL OVERSIGHT AND                     :
MANAGEMENT BOARD FOR PUERTO RICO,               :       PROMESA
                                                :       Title III
           as representative of                 :
                                                :       Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,         :       (Jointly Administered)
                                                :
           Debtors.                             :
-----------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *Darlene McAlexander* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| 1208 Kipp Ave. Kemah, TX  USA  77565 | |

SRF 31030

| | |
|---|---|
| Address line 1 | Address line 1 |
| _____ | _____ |
| Address line 2 | Address line 2 |
| _____ | _____ |
| City, State Zip Code | City, State Zip Code |
| _____ | _____ |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

____X____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

CUSIP  74514 LB 89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _Darlene M. Alexander_
Signature

_Darlene McAlexander – 1208 Kipp Ave. Kemah, Tx_
Print Name

_____
Title (if Participant is not an Individual)

_March 20, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

D. McAlexander
1208 Kipp Ave
Kemah, TX  USA
77565

RECEIVED & FILED
2019 MAR 25  PM 5:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of U.S. District Court for District of Puerto
     Room 150
Federal Building 150 Carlos Chardon Ave
     San Juan,  PR 00918-1767

1006   00918   AMOUNT
**$7.35**
R2305M147850-02

RECEIVED & FILED
2019 MAR 25  PM 5:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

EXPECTED DELIVERY DAY: 03/23/19
**USPS TRACKING NUMBER**



EP14H July 2013 Outer Dimension: 10 x 5

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILE

2019 MAR 25 PM 5:53

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Catherine A. Flamme* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *dcflamme@comcast.net* | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:6013-1   Filed:03/25/19   Entered:03/26/19 11:47:46   Desc:
Pro Se Notices of Participation   Page 8 of 152

SRF 31030

Address line 1

*3911 Steamboat Ct.*

Address line 2

*Ann Arbor, MI, 48108*

City, State Zip Code

*U.SA.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LZX8*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By:  *Catherine A. Flamme*

Signature

*Catherine A. Flamme*

Print Name

_____

Title (if Participant is not an Individual)

*3-21-19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Catherine Flamme
3911 Steamboat Ct.
Ann Arbor, MI 48108

RECEIVED & FILED 2019 MAR 25 PM 5:53

The Clerk of the United States District Court for the District of Puerto
Rm 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767



EXPECTED DELIVERY DAY: 03/25/19

USPS TRACKING NUMBER

9505 5122 8032 9081 3870 66

U.S. POSTAGE PAID
PM 3-Day
ANN ARBOR, MI
48105
MAR 22 19
AMOUNT
$7.35
1004   00918   R2304E104898-11

UNITED STATES
POSTAL SERVICE

ed States
tal Service®

✖ For International shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------------------------------X
In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
        as representative of                                    :   Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,                         :   (Jointly Administered)
                                                                :
        Debtors.                                                :
----------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| DONALD E. PARK | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| depGALV@AOL.Com | |

Address line 1

*5427 JAMAICA BEACH*

Address line 2

*GALVESTON, TEXAS 77554-8684*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514L B 89*

*74514L B 63*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Donald E. Park*
Signature

*DONALD E. PARK*
Print Name

_____
Title (if Participant is not an Individual)

*MARCH 22, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**PRIORITY ★ MAIL ★**


UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Park
5427 Jamaica Bech
Gali. Tx 77554

**TO:**

Clerk of the United States
District Court for District
of Puerto
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

This envelope is made from post-consumer waste. Please recycle - again.

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

DOMES
PS.C

---

UNITED STATES POSTAL SERVICE.    *Retail*

**P** | US POSTAGE PAID
**$7.35** | Origin: 77551
03/22/19
4833810551-11

**PRIORITY MAIL 3-Day ®**

0 Lb 0.80 Oz
**1006**

EXPECTED DELIVERY DAY:  03/25/19



SHIP
TO:
150 AVE CARLOS CHARDON
SAN JUAN PR  00918-1703

**C018**

**USPS TRACKING NUMBER**



9505 5114 5438 9081 3353 33

solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14B © U.S. Postal Service; July 2013; All rights reserved.

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------X
In re:                                         :
                                               :        2019 MAR 25  PM 5: 53
THE FINANCIAL OVERSIGHT AND                    :            CLERK'S OFFICE
MANAGEMENT BOARD FOR PUERTO RICO,              :          U.S. DISTRICT COURT
                                               :             SAN JUAN P.R.
          as representative of                 :
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :
                                               :
          Debtors.                             :
--------------------------------------------------------X
```

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

TERRY + JACQUELINE KEMMERER
Participant Name

Contact Person (if Participant is not an individual)

JACKIK82@ATMC.NET
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

*1414 SERRU LATA DR. SE*

Address line 1

_____                    Address line 1

Address line 2                                      _____

*Bolivia, Nc 28422*                                 Address line 2

City, State Zip Code                                _____

*USA*                                               City, State Zip Code

Country                                             _____

                                                    Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant
     believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
     believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
     sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
     the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

           *74514LB63*

     (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
           secondary market? **YES** or **NO** (please **circle one**).

*JACQUELINE KEMMERER*

By: *TERRY KEMMERER*

*Jacqueline R. Kemmerer*

Signature

*Terry Kemmerer*

Print Name

_____

Title (if Participant is not an Individual)

*3-21-19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Mrs. Jacqueline Kemmerer
1414 Serrulata Dr. SE
Bolivia, NC 28422

The Clerk of the U.S. District Court
For the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

UNITED STATES POSTAL SERVICE®

1006          00918

AMOUNT
$7.35
R2304E106372-04

9505 5163 0618 9080 2121 66

EXPECTED DELIVERY DAY: 03/25/19
USPS TRACKING NUMBER

EP14H July 2013 Outer Dimension: 10 x 5

SRF 31030
**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------X
In re:                                               :
                                                     :
THE FINANCIAL OVERSIGHT AND                          :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    :    Title III
                                                     :
        as representative of                         :    Case No. 17-BK-3283 (LTS)
                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,              :    (Jointly Administered)
                                                     :
        Debtors.                                     :
-----------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Iqbal Khan | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

79 Sun Valley Way

Address line 2

Morris Plains, NJ 07950-1913

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       **X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LB63

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Iqbal Khan (signature)*

Signature

Iqbal Khan

Print Name

_____

Title (if Participant is not an Individual)

3/18/19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

*mail*

2

K

**Dr. & Mrs. Mohammad A. Khan**
79 Sun Valley Way
Morris Plains, NJ 07950

The Clerk of the United States District Court
            For the District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Avenue, San Juan, PR. 00918-1767

POSTAL SERVICE
1004          00918

$7.35
R2304E106838-18

RECEIVED & FILED
2019 MAR 25 PM 5: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

EXPECTED DELIVERY DAY: 03/25/19
**USPS TRACKING NUMBER**



× For International shipments, the maximum weight is 4 lb     EP14H July 2013 Outer Dimension: 10 x 5

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------X

In re:                                                  :

THE FINANCIAL OVERSIGHT AND             :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :       Title III
                                                        :
          as representative of                          :       Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*,    :       (Jointly Administered)
                                                        :
          Debtors.                                      :
-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**     **Counsel Contact Information (if any)**

A. Gerard Khan
_____     _____
Participant Name     Firm Name (if applicable)

_____     _____
Contact Person (if Participant is not an individual)     Contact Person

_____     _____
Email Address     Email Address

_____     _____

Address line 1

_79 Sun Valley Way_

Address line 2

_Morris Plains, NJ 07950 -1913_

City, State Zip Code

_USA_

Country
_____

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LB63_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _A G Khan_

Signature

_A. Gerard Khan_

Print Name

_____

Title (if Participant is not an Individual)

_3/19/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

K

**Dr. & Mrs. Mohammad A. Khan**
79 Sun Valley Way
Morris Plains, NJ 07950

The Clerk of The United States District Court
For The District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Avenue, San Juan, PR. 00918-1767

POSTAL SERVICE®                    **$7.35**
1004          00918         R2304E106838-18

RECEIVED & FILED
2019 MAR 25 AM 5:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

EXPECTED DELIVERY DAY:  03/25/19
**USPS TRACKING NUMBER**

× For International shipments, the maximum weight is 4 lb        EP14H July 2017 Outer Dimension: 10 x 5

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

2019 MAR 25  PM 5: 53

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P.R.

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
          as representative of                   :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
          Debtors.                               :
-------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Mark Sullivan* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Mark Sullivan @RCN.com* | |
| Email Address | Email Address |
| *MP* | |

SRF 30944

*30 Smith St*
Address line 1

_____
Address line 2

*Arlington, MA 02476*
City, State Zip Code

*USA*
Country

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89      74522ØJQ7*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: *Mark Sullivan*
Signature

*Mark Sullivan*
Print Name

_____
Title (if Participant is not an Individual)

*3/12/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**PRIORITY** ® **★ MAIL ★**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE



Regina Y Sullivan
30 Smith St
Arlington, MA 02476

U.S. POSTAGE PAID
PM 3-Day
MEDFORD, MA
02155
MAR 21, 19
AMOUNT
**$6.80**
R2305H126999-71

1006        00918



EXPECTED DELIVERY DAY: 03/25/19
**USPS TRACKING NUMBER**

9505 5125 3728 9080 2597 55

✻ For Internati...

The Clerk of the United States
District Court for the District of Puerto Rico

Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

EP14H July 2013 Outer Dimension: 10 x 5

Mar 12 19 01:48p    Peter and Barbara Dulko                   2037402281                      p.2

Case:17-03283-LTS   Doc#:6013-1   Filed:03/25/19   Entered:03/26/19 11:47:46   Desc:
Pro Se Notices of Participation   Page 25 of 152

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED
2019 MAR 25  PM 5: 52
CLERK'S OFFICE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                               :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :      Title III
                                                          :
        as representative of                              :      Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :      (Jointly Administered)
                                                          :
        Debtors.                                          :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Karen Dulko
_____                              _____
Participant Name                                     Firm Name (if applicable)

_____                              _____
Contact Person (if Participant is not an individual)  Contact Person

_____                              _____
Email Address                                        Email Address

_____                              _____

Mar 12 19 01:48p          Peter and Barbara Dulko          203 740 2281          p.3

SRF 31030

2

Address line 1

_IL meadowView Drive_

Address line 2

_Brookfield CT 06804-1810_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514L-D2-0

    (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Karen E Dulko_

Signature

_Karen Dulko_

Print Name

_08/19/2019_

Title (if Participant is not an Individual)

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2



**RBC**

RBC Wealth Management

U.S. POSTAGE PITNEY BOWES

ZIP 33401 $ 001.45⁰
02 4W
0000349550 MAR 18 2019

RECEIVED & FILED
2019 MAR 25 PM 5: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Mar 12 19 01:48p    Peter and Barbara Dulko                                                     2034182281      p.2

Case:17-03283-LTS   Doc#:6013-1   Filed:03/25/19   Entered:03/26/19 11:47:46   Desc:
Pro Se Notices of Participation   Page 28 of 152

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT    2019 MAR 25  PM 5: 53
FOR THE DISTRICT OF PUERTO RICO   CLERK'S OFFICE

-----------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :    Title III
                                                      :
         as representative of                         :    Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :    (Jointly Administered)
                                                      :
         Debtors.                                     :
-----------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

   This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

   The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**              **Counsel Contact Information (if any)**

Barbara Dulko
_____                          _____
Participant Name                                         Firm Name (if applicable)

_____                          _____
Contact Person (if Participant is not an individual)     Contact Person

_____                          _____
Email Address                                            Email Address

_____                          _____

Mar 12 19 01:48p    Peter and Barbara Dulko         203-740-2281    p.3

SRF 31030

Case:17-03283-LTS   Doc#:6013-1   Filed:03/25/19   Entered:03/26/19 11:47:46   Desc:
Pro Se Notices of Participation   Page 29 of 152

2

Address line 1

_11 Meadow View Drive_

Address line 2

_Brookfield CT 06804- 1810_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514L-D2-0_

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _Barbara A. Dulko_

Signature

_Barbara Dulko_

Print Name

_____

Title (if Participant is not an Individual)

_3/19/19_

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.



**RBC**

RBC Wealth Management

U.S. POSTAGE PITNEY BOWES
ZIP 33401 $ 001.45
02 4W
0000349550 MAR. 18 2019

RECEIVED & FILED
2019 MAR 25   PM 5: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Mar 12 19 01:40p    Peter and Barbara Dulko    203-762-2281    p.2

Case:17-03283-LTS Doc#:6013-1 Filed:03/25/19 Entered:03/26/19 11:47:46 Desc:
Pro Se Notices of Participation Page 31 of 152

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

2019 MAR 25 PM 5: 53

CLERK'S OFFICE
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:                                                         :

THE FINANCIAL OVERSIGHT AND            :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :    Title III
                                                               :
as representative of                                  :
                                                               :    Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*,    :
                                                               :    (Jointly Administered)
Debtors.                                                  :

-------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

Barbara Dulko Living Trust
_____
Participant Name

Barbara Dulko                                                            _____
_____                              Firm Name (if applicable)
Contact Person (if Participant is not an individual)

                                                                              _____
                                                                              Contact Person

_____                              _____
Email Address                                                          Email Address


_____                              _____

Mar 12 19 04:48p    Peter and Barbara Dulko                    203740-2281              p.3

Case: 17-03283-LTS    Doc#: 6013-1    Filed: 03/25/19    Entered: 03/26/19 11:47:46    Desc:
Pro Se Notices of Participation    Page 32 of 152

SRF 31030

*2*

Address line 1

_11 Meadow View Dr._

Address line 2

_Brookfield, CT 06804-1810_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745141-D2-0_

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES or NO (please **circle one**).

By:  _Barbara A. Dulko_
     Signature

_Barbara Dulko_
Print Name

_Trustee_
Title (if Participant is not an Individual)

_3/19/19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.



**RBC**

RBC Wealth Management



RECEIVED & FILED
2019 MAR 25  PM 5: 53
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 MAR 25  PM 5: 52
CLERK'S OFFICE

-----------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND              :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III

        as representative of                           :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)

        Debtors.                                          :

-----------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| Russell Levy Revocable Trust | |
| Participant Name | Firm Name (if applicable) |
| Russell Levy | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

SRF 31030

2

| Address line 1 | Address line 1 |
|---|---|
| 106 Hauppauge Road | |
| Address line 2 | Address line 2 |
| Commack NY 11725-4403 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L-D2-0

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Russell Leny*
    Signature
RUSSELL LENY
Print Name
Trustee
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.



**RBC Wealth Management**

West Palm Beach, FL 33401-6645

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 33401 $ 001.45
02 4W
0000349550 MAR 18 2019

RECEIVED MAR 25 PM 5:52
CLERK'S O.
S.DISTRICT
SAN JUAN

The Clerk of the United States
District Court for the
District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 MAR 25   PM 5: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND             :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :        Title III

    as representative of                :        Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*, :      (Jointly Administered)
                                        :
    Debtors.                            :

------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Rodriguez-Díaz Trust* | *Stone Crest Capital Markets* |
| Participant Name | Firm Name (if applicable) |
| *Gloria L. Díaz-Lopez TTEE* | *Rebecca Feliciano* |
| Contact Person (if Participant is not an individual) | Contact Person |
| *gluyglory363@hotmail.com* | *Rfeliciano@stonecrestpartners.com* |
| Email Address | Email Address |

Address line 1

*PO Box 330190*

Address line 2

*Ponce 00733-0190*

City, State Zip Code

*Puerto Rico*

Country

Address line 1

*Caribe Office Building Suite 102
53 Palmeras St.*

Address line 2

*San Juan 00901*

City, State Zip Code

*Puerto Rico*

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   X   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
   Signature

*Gloria L. Díaz López*
Print Name

*TTEE*
Title (if Participant is not an Individual)

*March 21, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Gloria L. Diaz-Lopez TTEE
Po Box 330190
Ponce, P.R. 00733-0190

CERTIFIED MAIL

7018 1130 0001 2182 7628

RETURN RECEIPT
REQUESTED

The Clerk of the USDC for the District of P.R.
Room 150   Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

$6.85

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED
2019 MAR 25 PM 5: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------------------X
                                                       :
In re:                                                 :
                                                       :
THE FINANCIAL OVERSIGHT AND                            :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                      :    Title III
                                                       :
        as representative of                           :    Case No. 17-BK-3283 (LTS)
                                                       :
THE COMMONWEALTH OF PUERTO RICO et al.,                :    (Jointly Administered)
                                                       :
        Debtors.                                       :
------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Walter May* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *wmay@lcglen.com* | |
| Email Address | Email Address |

Address line 1                                    Address line 1

*1950 Silverleaf Circle, #737*                    _____

Address line 2                                    Address line 2

*CARLSBAD CA 92009*                               _____

City, State Zip Code                              City, State Zip Code

*USA*                                             _____

Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*Series 2012 A   74514 LB89*

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
    Signature

*WALTER May*
Print Name

_____
Title (if Participant is not an Individual)

*3-19-2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed electronically with** the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

W. May
1950 Silverleaf Circle #337
Carlsbad CA 92009



RETURN RECEIPT
REQUESTED



U.S. POSTAGE PAID
FCM LETTER
ENCINITAS, CA
92024
MAR 22, 19
AMOUNT
$6.85
R2303S102294-21

1000          00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7014 0510 0001 1895 3902

Clerk of the U.S. District Court
For the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Ave,
San Juan, PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

RECEIVED & FILED

2019 MAR 25 PM 5: 51

CLERK'S OFFICE
U.S DISTRICT COURT

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.

------------------------------------------------------------X

: PROMESA
: Title III
:
: Case No. 17-BK-3283 (LTS)
:
: (Jointly Administered)
:

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *E. K. Jones and Ruth A. Jones* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *r K Jones2@cox.net* | |
| Email Address | Email Address |
| | |

Address line 1

*3502 Radcliffe Terrace*

Address line 2

*Hutchinson, Ks 67502*

City, State Zip Code

*United States of America*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LM89*

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *E. K. Jones*           *Ruth A. Jones*
Signature                      Signature

*E. K. Jones*                  *Ruth A. Jones*
Print Name                     Print Name

_____
Title (if Participant is not an Individual)

*03-21-2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

3502 Radcliffe Terrace
Hutchinson Ks. 67502



7019 0160 0000 2037 1089



U.S. POSTAGE PAID
FCM LETTER
HUTCHINSON, KS
67501
MAR 22, 19
AMOUNT

**$2.90**

R2304N117352-12

1000        00918

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon avenue
San Juan, PR 00918-1767

00918$1706 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 MAR 25  PM 5: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P

-------------------------------------------------------X
                                    :

In re:                              :

                                   :

THE FINANCIAL OVERSIGHT AND       :     PROMESA

MANAGEMENT BOARD FOR PUERTO RICO,  :     Title III

                                   :

    as representative of               :     Case No. 17-BK-3283 (LTS)

                                   :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :     (Jointly Administered)

                                   :

    Debtors.                       :

-------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Donald A. Kenner TTEES | |
| Hannelore A. Kenner TTEES | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

SRF 31030

Address line 1

24040 SW Durdel DR.
Address line 2

Sherwood OR 97140-8012
City, State Zip Code

United States
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L·B8·9
74514L·B6·3

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Donald A Kenner_
Signature

_Donald A KENNER_
Print Name

_tRustee_
Title (if Participant is not an Individual)

_2-23-2019_
Date

_Hannelore A. Kenner_
Signature

_HANNELORE A. KENNER_
Print name
tRustee

Date _3-23-2019_

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

1300 S.W. 5th Ave., Suite 1950 · Portland, OR 9



CERTIFIED MAIL®

7018 2290 0000 6254 0295



UNITED STATES POSTAGE
PITNEY BOWES

02 1P
0000817945    $ 006.80⁰
MAR 19 2019
MAILED FROM ZIP CODE 97201



D|A DAVIDSON
WEALTH MANAGEMENT

2019 MAR 25  PM 5:5_
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

THE CLERK OF THE UNITED DISTRIC COURT FOR THE
DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

FILED & FILE

2019 MAR 25 PM 5: 51

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

---------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

---------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Frederick TOKE | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| NA | |
| Email Address | Email Address |
| | |

SRF 31030

Address line 1

1007 MAPLE AVE
Address line 2

Piscataway NJ 08854
City, State Zip Code

United States
Country

Address line 1
_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89 , 745235R37

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _Frederick Tofte_
    Signature

_FREDERICK TOFTE_
Print Name

_____
Title (if Participant is not an Individual)

_3-19-2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



CHASE PRIVATE CLIENT
Frederick Toke
1007 Maple Ave
Piscataway, NJ 08854

RECEIVED
2019 MAR 25 PM 4:
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

7018 0360 0002 2469 6581

U.S. POSTAGE PAID
FCM LETTER
PISCATAWAY, NJ
08854
MAR 19 _19
AMOUNT
$4.05
R2305K134995-07

THE CLERK of the UNITED STATES
DISTRICT COURT for the DISTRICT of
Puerto Rico, ROOM 150 FEDERAL BUIL
150 CARLOS CHARDON AVENUE
SanJuan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 MAR 25   PM 5: 51

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :      Title III

        as representative of                        :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*            :      (Jointly Administered)

        Debtors.                                     :

------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

MARILYN KIMMEL
_____                        _____
Participant Name                                       Firm Name (if applicable)


_____                        _____
Contact Person (if Participant is not an individual)   Contact Person


_____                        _____
Email Address                                          Email Address


_____                        _____

Address line 1

_150 Birchwood Rd_

Address line 2

_Medford, N.Y. 11763_

City, State Zip Code

_U.S.A_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514 L A 98_

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: _Marilyn Kimmel_
Signature

_MARILYN KIMMEL_
Print Name

_____
Title (if Participant is not an Individual)

_3/19/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Mrs. Marilyn Kimmel**
150 Birchwood Rd
Medford, NY 11763-1258



7018 0680 0001 2812 9421

MID-ISLAND NY 117

20 MAR 2019 PM 4 L



The Clerk of the United States District Court
for the District of Puerto Rico, Room 150
Federal Bldg.
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918 1767 8899   ilililililili

U.S. POSTAGE PAID
FCM LETTER
MEDFORD, NY
11763
MAR 20, 19
AMOUNT
$6.30
R2304M115278-06

UNITED STATES
POSTAL SERVICE

1000        00918

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON C

RECEIVED & FILED

2019 MAR 25  PM

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

UNITED STATES DISTRICT COU
FOR THE DISTRICT OF PUERTO R

-------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                    :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :        Title III
                                                                :
        as representative of                            :        Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :        (Jointly Administered)
                                                                :
        Debtors.                                           :
-------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversigh* *nd Management Board, Acting Through its Special Claims Committee, and the Official Committee of* *red Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to C* *· Asserted by Holders of Certain Commonwealth General Obligation Bonds, dated Jan* *·ket No. 4784]* (the "Objection"), which asserts that all claims that have been or may F Commonwealth of Puerto Rico on account of general obligation bond *·lth in or* after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the ( information requested in items 1 through 3 below:

1.      Participant's contact information, including email addr€

**Participant Name and Contact Information**                     C€

*Melvin Goldberg*
Participant Name                                                Firm N

Contact Person (if Participant is not an individual)            Contact Pe.

*Smellyros @ aoc.cm*
Email Address                                                   Email Address

**<span style="color:red">Notice of Participation and envelope
were delivered damaged via USPS
on March 25, 2019.
-Clerk's Office USDCPR-</span>**

Address                                          Address line 1

Melvin                    , ers Tre              _____
Address line 2                                   Address line 2

1272 W S    e Forest PL                          _____
City, State Zip Code                             City, State Zip Code

Oro Valley AZ 85755                              _____
Country                                          Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        ____ intends to **support** the relief requested in the Objection (i.e., Participant
     believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        ____ intends to **oppose** the relief requested in the Objection (i.e., Participant
     believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
     sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
     the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        (b)   [...] pant purchase any of its Challenged GO Bonds in whole or in part on the
              [...] rket?  **YES** or **NO** (please **circle one**).

By:

<span style="color:red">Notice of Participation and envelope
were delivered damaged via USPS
on March 25, 2019.
-Clerk's Office USDCPR-</span>

                                                 al)

     L

**Instruction** [...] g Notice of Participation:  This Notice of Participation must be (i)
served by ema[...] [...] rties set forth in paragraph 8 of the Objection Procedures and (ii) **filed
electronically with .** [...] ourt pursuant to its Electronic Case Filing procedures.  **If the
Participant is not rep.** [...] ed by counsel, the Participant may file a paper copy of this Notice of
Participation with the L .trict Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**Sally & Melvin Goldberg**
1272 West Stone Forest Place
Oro Valley, Arizona 85755

USA FOREVER

**Notice of Participation and envelope were delivered damaged via USPS on March 25, 2019. -Clerk's Office USDCPR-**

The Clerk of the      ed States
District Court for the District
of Puerto Rico,
     Room 150
Federal Bldg
     150 Carlos Chardon Av
     San Juan, P.R. 00918-1767

00918-170625





First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
MAR 25  PM 5: 51

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　　:
In re:　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
THE FINANCIAL OVERSIGHT AND　　　　　　　　　:　　PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,　　　　　:　　Title III
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　as representative of　　　　　　　　　　　:　　Case No. 17-BK-3283 (LTS)
　　　　　　　　　　　　　　　　　　　　　　　　　:
THE COMMONWEALTH OF PUERTO RICO *et al.,*　　:　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　Debtors.　　　　　　　　　　　　　　　　　:
-------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

　　　　**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

　　　　The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

　　　　To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.　　　　Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| David Backens | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| davidbackens@hotmail.com | |
| Email Address | Email Address |
| | |
| 1318 San Andres St Apt E | |

Address line 1                                          Address line 1

_____                               _____
Address line 2                                          Address line 2
Santa Barbara, CA, 93101                                _____
City, State Zip Code                                    City, State Zip Code
USA                                                     _____
_____
Country                                                 Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); or

        ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                ~~74574~~      74574LC54
                               74574LC47

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
    Signature

    David Backens
    _____
    Print Name

    _____
    Title (if Participant is not an Individual)

    3/5/19
    _____
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

David Backens
1318 San Andres St Apt E
Santa Barbara, CA 93101

SANTA BARBARA CA 931

06 MAR 2019 PM 2 L

The Clerk of The United States District Court for The
DISTRICT of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2019 MAR 25 PM 5:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918$1703 C018

SRP 3789

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25 PM 5: 51

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------X

In re:                                            :

THE FINANCIAL OVERSIGHT AND                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :    Title III

          as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.*,         :    (Jointly Administered)
                                                  :
          Debtors.                                :
------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**          **<u>Counsel Contact Information (if any)</u>**

<u>ELIZABETH WOOD</u>, TTEE                                  _____
Participant Name                                            Firm Name (if applicable)

_____                                    _____
Contact Person (if Participant is not an individual)        Contact Person

<u>bett15@optonline.net</u>                                  _____
Email Address                                               Email Address

_____                                    _____

Address line 1

_55 Soundview Drive_

Address line 2

_Huntington NY 11743_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.　Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

　　　_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.　If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　(a)　Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

　　　_74514 LE86_　　　_74514 LD20_

　　(b)　Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Elizabeth Wood (signature)_

Signature

_Elizabeth Wood_

Print Name

_Trustee_

Title (if Participant is not an Individual)

_3/24/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2



Ms. Elizabeth A Wood
55 Soundview Dr
Huntington, NY 11743-1462

The Clerk of U.S. District Court
For District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR
00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III

    as representative of                     :    Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,* :    (Jointly Administered)
                                                    :
    Debtors.                                 :
------------------------------------------------------------X

RECEIVED

2019 MAR 25  PH 5: 51

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Richard D. Smith | |
| Participant Name | Firm Name (if applicable) |
| Martin Wissing | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Martin.wissing@LPL.com | |
| Email Address | Email Address |

Address line 1

_245 Cherry Hill Pkwy._
Address line 2

_Mt. Washington, Ky 40047_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: X _____
Signature

_Richard D. Smith_
Print Name

_____
Title (if Participant is not an Individual)

_19 mar 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Wissing Wealth Management
7212 Dixie HWY.
Louisville, KY 40258

LOUISVILLE KY 400

20 MAR 2019 PM 1 L



RECEIVED & FILED
2019 MAR 25   PM 5: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

-------------------------------------------------------X

RECEIVED & FILED
2019 MAR 25  PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<ins>COMMONWEALTH GENERAL OBLIGATION BONDS</ins>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Linda J. Chevalier | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Chevalierlinda@att.net | |
| Email Address | Email Address |

SRF 31030

| | |
|---|---|
| Address line 1 | Address line 1 |
| _10883 Reynard_ | _____ |
| Address line 2 | Address line 2 |
| _Brighton MI 48114-9031_ | _____ |
| City, State Zip Code | City, State Zip Code |
| _U.S.A._ | _____ |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      \_\_\_\_\_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      **X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LZX8

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _Linda J. Chevalier_
    Signature

    _Linda J. Chevalier_
    Print Name


    _____
    Title (if Participant is not an Individual)

    _March 18, 2019_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Linda J. Chevalier
10883 Reynard
Brighton, MI
48114-9031



RECEIVED & FILED
2019 MAR 25  PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
    for the District of Puerto

Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767



UNITED STATES
POSTAL SERVICE ®

PAR AVION
AIRMAIL
Label 19-B, January 2002

00918&1703 C018

20 MAR 2019 PM 9 L
20 MAR 2019 PM 7 L

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

    as representative of : Case No. 17-BK-3283 (LTS)

:

THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)

    Debtors. :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| VIRGINIA DELANEY | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Vdelaneyborderland @Comcast.Net | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
|---|---|
| 115 Barrowhouse Rd. | |
| Address line 2 | Address line 2 |
| NORTH EASTHAM MA. 02651 | |
| City, State Zip Code | City, State Zip Code |
| U.S.A | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO**  please *circle one*).

By: _____
        Signature

VIRGINIA DELANEY
Print Name


_____
Title (if Participant is not an Individual)

3/19/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Virginia Delaney
PO Box 37
North Eastham, MA 02651



PROVIDENCE RI 028

20 MAR 2019 PM 3 L

RECEIVED & FILED
2019 MAR 25   PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the United States District Court for District of Puerto
Federal Building    Room 150
150 Carlos Chardon Ave
San Juan, P.R.
00918-1767

0091881703 C018

SRF 31030

Case:17-03283-LTS   Doc#:6013-1   Filed:03/25/19   Entered:03/26/19 11:47:46   Desc:
Pro Se Notices of Participation   Page 75 of 152

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------------------------X
                                                                :
In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
             as representative of                               :   Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,                         :   (Jointly Administered)
                                                                :
             Debtors.                                           :
----------------------------------------------------------------X
```

2019 MAR 25   PM 5: 50

CLERK'S OFFICE
U.S DISTRICT COURT

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Dan M Hinkle* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *dangeroys1938@Aol.Com* | |
| Email Address | Email Address |

Address line 1                                          Address line 1

*209 Boca Shores Dr.*
Address line 2                                          Address line 2

*Panama City Beach, FL 32408-5103*
City, State Zip Code                                    City, State Zip Code

*USA*
Country                                                 Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant
          believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
          believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
       sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
       the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                    *74514LB63*

       (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
               secondary market? **YES** or **NO** (please **circle one**).

By: *Dan M. Hinkle*
     Signature

     *DAN M. Hinkle*
     Print Name


     _____
     Title (if Participant is not an Individual)

     *3-19-19*
     Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Dan M. Hinkle
209 Boca Shores Dr.
Panama City Beach, FL
   32408 - 5103

PENSACOLA FL 325

19 MAR 2019 PM 1 L

PANAMA

MAR 1

USPS - 32407

Clerk of the U.S. District Court
   For the District of Puerto Rico
Room 150 Federal Building
Carlos Chardon Avenue
San Juan, PR 00918 - 1767

00918±1713 C018

**\*THIS NOTICE MUST BE FILED AND SERVED NO LATER THAN APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

------------------------------------------------------------X

RECEIVED & FILED
2019 MAR 25 PM 5: 50
CLERK'S OFFICE
U.S DISTRICT COURT

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| SUSAN EINZIG | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| SusanandPaul954@hotmail.com | |
| Email Address | Email Address |

Address line 1
591 NW 118th Ave

Address line 2
Coral Springs FL, 33071

City, State Zip Code
USA

Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LD20

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: Susan Einzig

Signature

Susan Einzig

Print Name

_____

Title (if Participant is not an Individual)

3/12/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Einzig
591 N.W. 118th Ave.
Coral Springs FL. 33071

PURPLE HEART
FOREVER USA

ATLANTIC BRANCH FLORIDA 33071
MAR 20 2019
USPS

the Clerk of the U.S. District Court for the
District of, Puerto.
Federal Building
150 Carlos Chardon Avenue,
San Juan, PR. 00918-1767

Room
150

2019 MAR 25  PM 5:50
RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

---------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JAMES A. HAGERTY, JR. | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| ALEXANDER.HAGERTY@GMAIL.COM | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
| --- | --- |
| PO Box 517 | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| LYNN NC   28750 - 0517 | |
| Country | Country |
| USA | |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

*I do not know*

By: _____

Signature

JAMES A. HAGERTY, JR

Print Name

_____

Title (if Participant is not an Individual)

2019 03 20

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Alexander Hagerty
P. O. Box 517
Lynn, NC
28750-0517

GREENVILLE SC 296

20 MAR 2019 PM 11


HONORING
FIRST RESPONDERS

RECEIVED & FILE
2019 MAR 25 PM 5: 50
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

The Clerk of the U.S. District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re:                                                                    :

THE FINANCIAL OVERSIGHT AND                    :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :        Title III

         as representative of                                     :        Case No. 17-BK-3283 (LTS)
                                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :    (Jointly Administered)
                                                                            :
         Debtors.                                                     :
------------------------------------------------------------X

RECEIVED & FILED
2019 MAR 25 PM 5:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

JOEL E. Budnetz
Participant Name                                                     Firm Name (if applicable)

Contact Person (if Participant is not an individual)   Contact Person

sbudnetz@yahoo.com
Email Address                                                          Email Address

Case:17-03283-LTS   Doc#:6013-1   Filed:03/25/19   Entered:03/26/19 11:47:46   Desc:
Pro Se Notices of Participation   Page 85 of 152

SRF 31030

| Address line 1 | Address line 1 |
|---|---|
| *77-14 113 STREET, Apt.6M* | |
| Address line 2 | Address line 2 |
| *Forest Hills, NY 11375* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LB 63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:  _____
     Signature

*Joel E. Budnek*
Print Name

_____
Title (if Participant is not an Individual)

*3/7/2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

J. Budnetz
77-14 113 STREET, 6M
Forest Hills, NY 11375

NEW YORK NY 100
20 MAR 2019 PM 4 L



USA
FOREVER

RECEIVED & FILED
2019 MAR 25 PM 5:50
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-1767

00918-170399

SRF 31050

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

*RECEIVED & FILED*

*2019 MAR 25  PM 5: 49*

*CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR*

-------------------------------------------------------------X
                                                             :
In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND              :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :       Title III
                                                             :
                as representative of                 :       Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :    (Jointly Administered)
                                                             :
                Debtors.                             :
-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| FRIEDA ORENSTEIN | |
| Participant Name | Firm Name (if applicable) |
| 20 BEECHWOOD RD, HARTSDALE, NY 10530 | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| Friedaorenstein @gmail.com | |

HADASSAH

Mrs. Frieda Orenstein
20 Beechwood Rd
Hartsdale, NY 10530

WESTCHESTER NY 105

20 MAR 2019 PM 11

CLERK of U.S. District Court for the District of Puerto
FEDERAL BUILDING
150 CARLOS CHARDEN AVENUE
SAN JUAN, PR 00918 - 1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 MAR 25 PM 5: 49
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

---------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                    :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              :      Title III
                                                                :
        as representative of                                    :      Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :      (Jointly Administered)
                                                                :
        Debtors.                                                :
---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
<u>**COMMONWEALTH GENERAL OBLIGATION BONDS**</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JAMES POWERS | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| POWERS DJ1019@GMAIL.com | |
| Email Address | Email Address |
| | |



James J. & Dorothy Powers
1510 Wyoming Ave.
Forty Fort, PA 18704-4219



RECEIVED & FILED
2019 MAR 25   PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN
         PR   00918 - 1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 49

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
-----------------------------------------------X
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
        as representative of                   :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Adam Jordan Revocable Trust
Participant Name

Lisa Jordan
Contact Person (if Participant is not an individual)

lgjordan25@gmail.com
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1

*213 Merida Rd*

Address line 2

*St Augustine, FL 32086*

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
*74514LB89*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By:  *Lisa G Jordan*
Signature

*Lisa G. Jordan*
Print Name

_____
Title (if Participant is not an Individual)

*3/19/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Lisa Jordan
213 Merida Rd
St Augustine, FL 32086

JACKSONVILLE FL 320

20 MAR 2019 PM 2 L



FOREVER / USA



RECEIVED & FILE

2019 MAR 25   PM 5 49

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

The Clerk of the United States
District Court for the District
of Puerto Rico,
Rm 150   Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                                  :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III

    as representative of                         :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)

    Debtors.                                     :

------------------------------------------------------------X

RECEIVED & FILED
2019 MAR 25  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Lisa Jordan* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *LGJORDAN25@gmail.com* | |
| Email Address | Email Address |

Address line 1

_213 Merida Rd_

Address line 2

_St augustine FL 32086_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   _74514LB89_

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Lisa G Jordan_

Signature

_Lisa G. Jordan_

Print Name

_____

Title (if Participant is not an Individual)

_3/19/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Lisa Jordan
213 Merida Rd
St Augustine, FL 32086

JACKSONVILLE FL 320

20 MAR 2019 PM 2 L



FOREVER / USA



RECEIVED & FILED
2019 MAR 25  PM 5: 49
CLERK'S OFFICE
U. S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District
Of Puerto Rico
Rm 150   Federal Building
150 Carlos Chardon Ave
San Juan,   PR   00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 MAR 25  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------X
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
        as representative of                   :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                               :
        Debtors.                               :
-------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

LAURENCE R. MARKHAM
Participant Name                                     Firm Name (if applicable)

Contact Person (if Participant is not an individual)  Contact Person

laurencemarkham@verizon.net
Email Address                                        Email Address

| Address line 1 | Address line 1 |
|---|---|
| *109 JUNIPER RIDGE ROAD* | |
| Address line 2 | Address line 2 |
| *WESTWOOD, MA 02090* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514L-B7-1*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Laurence R Markham*
Signature

*LAURENCE R. MARKHAM*
Print Name

_____
Title (if Participant is not an Individual)

*MARCH 19, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Laurence & Heather Markham
109 Juniper Ridge Road
Westwood, MA 02090
781-329-0843



BROCKTON MA 023

20 MAR 2019 PM 2 L

RECEIVED
2019 MAR 25  PM 5 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the
District of Puerto.

Room 150, Federal Building

150  Carlos Chardon Avenue

San Juan, PR 00918-1767

00918$1703 C018

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 25 PM 5: 49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-----------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors. :

-----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| John Train | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Johntrainmd@gmail.com | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:6013-1   Filed:03/25/19   Entered:03/26/19 11:47:46   Desc:
Pro Se Notices of Participation   Page 101 of 152

SRF 30944

Address line 1

_799 Park avenne_

Address line 2

_N.y. N.y. 10021_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB71_

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **Y**ES or **NO** (please **circle one**).

By: _____

Signature

_John Train MD_

Print Name

_____

Title (if Participant is not an Individual)

_3/15/2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



AMNESTY
INTERNATIONAL

John Train
799 Park Ave Apt 16B
New York, NY 10021

WESTCHESTER NY 105

21 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 25  PM 5:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The clerk of the United States
District court for the district of
Puerto Rico
Rm 150 Sederal building
150 carlos Chardon Avenue
San Juan PR 00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------X
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
         as representative of                       :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :   (Jointly Administered)
                                                    :
         Debtors.                                   :
-----------------------------------------------------------X
```

RECEIVED & FILED
2019 MAR 25   PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>                    <u>**Counsel Contact Information (if any)**</u>

Robert A. Lowman
_____                              _____
Participant Name                                             Firm Name (if applicable)

_____                              _____
Contact Person (if Participant is not an individual)         Contact Person

_____                              _____
Email Address                                                Email Address

_____                              _____

Address line 1

404 S CLARK St

Address line 2

~~PARK City MT 59063~~

City, State Zip Code

PARK City MT 59063

Country   USA

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By:  X _Robert A Lowman_
Signature

Robert A. Lowman
Print Name


_____
Title (if Participant is not an Individual)

3-22-2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Mr Robert Lowman
404 S Clark St
Park City MT 59063-7725

BILLINGS MT 591

22 MAR 2019 PM 2 L

The Clerk of the US District Court
for th District ot Puerto
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan
PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 49

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------X

In re:                                                     :

THE FINANCIAL OVERSIGHT AND              :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III
                                                           :
                as representative of                :        Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :    (Jointly Administered)
                                                           :
                Debtors.                                :
---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

*RICARDO CONKLIN*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Participant Name                                          Firm Name (if applicable)


‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Contact Person (if Participant is not an individual)     Contact Person


‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Email Address                                             Email Address

*CINDY CONKLIN 20PM EMAIL, COMM*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Address line 1                                Address line 1
_7139  TOYMPON DRE_                           _____
Address line 2                                Address line 2
_CICERO N.Y. 13039_                           _____
City, State Zip Code                          City, State Zip Code

_____                   _____
Country                                       Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
      believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             _74514 LB 89_

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market? (**YES** or **NO** (please **circle one**).

By:    _Richard L Conklin_
       Signature

       _RICHARD L. CONKLIN_
       Print Name

       _____
       Title (if Participant is not an Individual)

       _3/19/19_
       Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Richard L. Conklin**
7139 Totman Dr.
Cicero, NY 13039-9742

SYRACUSE NY 130

20 MAR 2019 PM 4 L

USA
FOREVER

RECEIVED & FILED
2019 MAR 25  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court

District of Puerto Rico Room 150 Fed Bldg.

150 Carlos Chardon Ave.

San Juan, P.R.  00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 MAR 25 PM 5:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
          as representative of                :    Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.,*     :    (Jointly Administered)
                                              :
          Debtors.                            :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *THOMAS J VOGAN* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *TOMVOGAN45@GMAIL.COM* | |
| Email Address | Email Address |

Address line 1                              Address line 1

_4622 BALBOA PARK LOOP_                     _____
Address line 2                              Address line 2

_LAKEWOOD RANCH, FL 34211_                  _____
City, State Zip Code                        City, State Zip Code

_USA_                                       _____
Country                                     Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514 LD46_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

_THOMAS J. VOGAN_
Print Name

_____
Title (if Participant is not an Individual)

_3/18/19_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Vogan Residence
4622 Balboa Park Loop
Lakewood Ranch, FL  34211

TAMPA FL 335
SAINT PETERSBURG FL
20 MAR 2019 PM 8 L

RECEIVED APR 1
2019 MAR 25   PM 5 4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO** 5: 49

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.

```
-----------------------------------------------------------------------X
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :      Title III
                                          :
        as representative of              :      Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :      (Jointly Administered)
                                          :
        Debtors.                          :
-----------------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

*PHYLLIS & BERNARD DEVORONINE, JTW*
Participant Name                               Firm Name (if applicable)

Contact Person (if Participant is not an individual)      Contact Person

*pjdevo @icloud.com.*
Email Address                                 Email Address

Address line 1

*8 TYLER BROOK ROAD*
Address line 2

*KENNEBUNKPORT ME, 04046*
City, State Zip Code

*U S A*
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

               *745235JL9*

       (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).     *AT PAR*

By: *[signature]*
Signature

*PHYLLIS J DEVORONINE   BERNARD J, DEVORONINE*
Print Name

_____
Title (if Participant is not an Individual)

*MARCH 18, 2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

DEVORONINE
8 TYLER BROOK ROAD
KENNEBUNKPORT, ME 04046

SO. MAINE P&DC 040

18 MAR 2019 PM 2 L



FOREVER
USA

Bank Swallow

RECEIVED & FILED
2019 MAR 25  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BLDGING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918$1703 C018

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED
MAR 25 PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X
                                   :

In re:                            :
                                   :
THE FINANCIAL OVERSIGHT AND    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III
                                   :
        as representative of       :    Case No. 17-BK-3283 (LTS)
                                   :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)
                                   :
        Debtors.                 :
-------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

*THE WEBSTER FAMILY TRUST dtd 5/17/91*
Participant Name                              Firm Name (if applicable)

*PHYLLIS J DEVORONINE, TRUSTEE*
Contact Person (if Participant is not an individual)      Contact Person

*pjdevo@icloud.com*
Email Address                               Email Address

Address line 1                                    Address line 1

_8 TYLER BROOK ROAD_                              _____
Address line 2                                    Address line 2

_KENNEBUNKPORT, ME. 04046_                        _____
City, State Zip Code                              City, State Zip Code

_USA_                                             _____
Country                                           Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___   intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LUR6_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _Phyllis J deVar_____
Signature

_PHYLLIS J DEVORONINE_
Print Name

_TRUSTEE_
Title (if Participant is not an Individual)

_MARCH 18, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

DEVORONINE
8 TYLER BROOK ROAD
KENNEBUNKPORT, ME 04046

SO. MAINE P&DC 040

18 MAR 2019 PM 2 L

FOREVER
USA

Bank Swallow

THE CLERK OF THE UNITED STATES DISTRICT Court
for THE DISTRICT OF PUERTO RICO
Room 150 FEDERAL BLDGING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2019 MAR 25 PM 5:49
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

00918$1703 C018

GRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

--------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

     Debtors.

--------------------------------------------------------X

2019 MAR 25  PM 5: 48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Esther Kossoff <br> Participant Name | Firm Name (if applicable) |
| ~~Contact Person (if Participant is not an individual)~~ | Contact Person |
| Singasong23@aol.com <br> Email Address | Email Address |

Address line 1

_10378 Storebridge Blvd._

Address line 2

_Boca Raton, FL 33498_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _745235 R_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Esther Kossoff_

Signature

_Esther Kossoff_

Print Name

_____

Title (if Participant is not an Individual)

_3/18/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mrs. Esther Kossoff
0378 Stonebridge Blvd
Boca Raton, FL 33498-6409

RECEIVED
2019 MAR 25  PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

WEST PALM BCH FL 334

19 MAR 2019 PM 4 L

USA
FOREVER


The Clerk of the United States District Court
for the District of Puerto
Room 150   Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 MAR 25  PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :     Title III
                                                    :
          as representative of                      :     Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :     (Jointly Administered)
                                                    :
          Debtors.                                  :
---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| MARTIN ADLER | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| MARTIN ADLER 217@ gmail.com | |
| Email Address | Email Address |

19 VOL ARST
RANCHO MISSION VIEJO
CA 92694-1860

| | |
|---|---|
| Address line 1 | Address line 1 |
| *19 VOLAR ST.* | _____ |
| Address line 2 | Address line 2 |
| *RANCHO MISSION VIEJO, CA 92694* | _____ |
| City, State Zip Code | City, State Zip Code |
| *USA* | _____ |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By:  *Martin Adler*
    Signature

    *MARTIN ADLER*
    Print Name


    Title (if Participant is not an Individual)

    *3/19/19*
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019\***

tengan preguntas o deseen recibir copia de este aviso, los Procedimientos de Objeción y el
Aviso de Participación en español deben enviar una solicitud por escrito a
NoticeofParticipation@paulhastings.com

The CUSIP numbers of the general obligation bonds affected by the Objection are:

| Series | CUSIP |
|--------|-------|
| 2012 A | 74514LB89  *THIS IS MY OND* |
| 2012 A | 74514LB63 |
| 2012 A | 74514LA49 |
| 2012 A | 74514LA56 |
| 2012 A | 74514LC88 |
| 2012 A | 74514LD87 |
| 2012 A | 74514LA80 |
| 2012 A | 74514LC39 |
| 2012 A | 74514LB55 |
| 2012 A | 74514LD46 |
| 2012 A | 74514LB97 |
| 2012 A | 74514LD61 |
| 2012 A | 74514LC96 |
| 2012 A | 74514LD79 |
| 2012 A | 74514LC70 |
| 2012 A | 74514LD53 |
| 2012 A | 74514LA31 |
| 2012 A | 74514LC21 |
| 2012 A | 74514LD20 |
| 2012 A | 74514LB48 |
| 2012 A | 74514LA72 |
| 2012 A | 74514LC62 |
| 2012 A | 74514LB22 |
| 2012 A | 74514LC47 |
| 2012 A | 74514LC54 |
| 2012 A | 74514LD38 |
| 2012 A | 74514LA64 |
| 2012 A | 74514LA98 |
| 2012 A | 74514LB30 |
| 2012 A | 74514LB71 |
| 2012 B | 74514LA23 |
| 2012 B | 74514LZV2 |
| 2012 B | 74514LZW0 |
| 2012 B | 74514LZX8 |
| 2012 B | 74514LZY6 |
| 2012 B | 74514LZZ3 |
| 2014 A | 74514LE86 |

3

*A*

Martin Adler
19 Volar Street
Rancho Mission Viejo, CA 92694

U.S. POSTAGE PAID
FCM LETTER
92690
MAR 13 '19
AMOUNT
**$5.75**
R2305H130202-4

1000

00918

USA FOREVER   USA FOREVER

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

RETURN RECEIPT
REQUESTED

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

'19 MAR 19 AM 09:46:39

2019 MAR 25 PM 5: 42

-------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.

: CLERK'S OFFICE
: U.S DISTRICT COURT
: SAN JUAN P.R.
: PROMESA
: Title III
:
: Case No. 17-BK-3283 (LTS)
:
: (Jointly Administered)
:
:
-------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Lucille Mokstein
Participant Name

LUMAK70@AOL.COM
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Contact Person (if Participant is not an individual)

'19 MAR 19 AM09:46:32

Address line 1

_7698 Majestic Palm DRive_

Address line 2

_23437_  _Boynton Bch  FL33437_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　　　_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

　　　　　___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　　　(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

　　　　　　　_74514LB89_

　　　　(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Lucille Markstein_

Signature

_Lucille MARkstEIN_

Print Name

_____

Title (if Participant is not an Individual)

_3 18 19_

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Merrill Lynch**
Bank of America Corporation

100 Jericho Quadrangle, Suite 242
Jericho, NY-11753



$ 000.65
02 1P
0001928391   MAR 20 2019
MAILED FROM ZIP CODE 11753

The clerk of The UniTed STATes disTriT courT foi PunTo Ri
Room 150
Federal building
150 CARIos Chardon AVe
SAN Juan PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 42

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

```
-------------------------------------------------X
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
        as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
        Debtors.                                 :
-------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds, dated January 14, 2019 [Docket No. 4784]* (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| **JOSEPH L. GIUDICI TRUST**<br>Participant Name | _____<br>Firm Name (if applicable) |
| **JOSEPH L. GIUDICI**<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| **rfsignals@aol.com**<br>Email Address | _____<br>Email Address |
| _____ | _____ |

Address line 1                                    Address line 1

**24 WOODLAKE DRIVE**                             _____
Address line 2                                    Address line 2

**JOHNSTON, RI 02919**                            _____
City, State Zip Code                              City, State Zip Code

**USA**                                           _____
Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____    intends to **support** the relief requested in the Objection (i.e., Participant
          believes the Court should find that the Challenged GO Bonds are **invalid**); or

          ✓ **XX**       intends to **oppose** the relief requested in the Objection (i.e., Participant
          believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

          (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                 **74514LD20**

          (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                 secondary market? (**YES**) or **NO** (please **circle one**).

By: _Joseph L. Giudici_
     Signature

     **JOSEPH L. GIUDICI**
     Print Name

     **TRUSTEE**
     Title (if Participant is not an Individual)

     **MARCH 20, 2019**
     Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Joseph Giudici
24 Woodlake Drive
Johnston, RI 02919

The Clerk of the United States District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25 PM 5: 42

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III

    as representative of                        :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,       :   (Jointly Administered)

    Debtors.                                    :

------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

CURRUN C. HUMPHREY
MARJORIE P. HUMPHREY
Participant Name

_____
Contact Person (if Participant is not an individual)

currunchumphrey@aol.com
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1

*180 Ferncrest Rd.*

Address line 2

*Harvest, AL 35749*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514L B89*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES / (NO) (please **circle one**).

By: *Curran C. Humphrey / Marjorie P Humphrey*

Signature

Print Name *CURRAN C. HUMPHREY MARJORIE P. HUMPHREY*

_____

Title (if Participant is not an Individual)

*March 22, 2019*

Date

**We hereby certify that we have sent a copy of the foregoing by United States mail to the following:**

**BROWN LUDNICK LLP Attn: Edward S. Weisfefner, Esq ., 7 Times Square, New York, NY 10036; Stephen A. Best, Esq., 601 Thirteenth Street NW, Suite 600, Washington, D.C. 20005; Sunni P. Beville, Esq., One Financial Center, Boston, MA 02111; ESTRELLA, LLC Attn: Alberto Estrella, Esq., P. O. Box 9023596, San Juan, Puerto Rico 00902-3596; PAUL HASTINGS LLP, Attn: Luc. A. Despins, Esq., 200 Park Avenue, New York, NY 10166; CASILLAS, SANTIAGO & TORRES LLC Attn: Juan J. Casillas Ayala, Esq. El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, Puerto Rico 00901-2419. This 22nd day of March, 2019,**

*Curran C. Humphrey   Marjorie P Humphrey*

2

Currun C. Humphrey
180 Ferncrest Rd.
Harvest, AL 35749



22 MAR 2019 PM 4 L

RECEIVED 3.11 H
2019 MAR 25  PM 5: 42
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR



The Clerk of the United States District Court for
the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

------------------------------------------------------------X

RECEIVED & FILED

2019 MAR 25  PM 5: 47

CLERK'S OFFICE
PROMESA DISTRICT COURT
Title III  SAN JUAN P.R.

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Frank P. Paterno*
Participant Name

_____
Contact Person (if Participant is not an individual)

*FPPATERNO@AOL.com*
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Case:17-03283-LTS  Doc#:6013-1  Filed:03/25/19  Entered:03/26/19 11:47:46  Desc:
Pro Se Notices of Participation  Page 135 of 152

SRF 31030

Address line 1

*72 Country Ridge Dr.*

Address line 2

*Rye Brook NY 10573*

City, State Zip Code

*United States*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
*74514L-B8-9, 74514L-B6-3*

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____
      Signature

*Frank P. Paterno*
Print Name

_____
Title (if Participant is not an Individual)

*3/20/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Paterno
72 Country Rdg Dr
Rye Brook, NY 10573

CERTIFIED MAIL®







U.S. POSTAGE PAID
FCM LETTER
GREENWICH, CT
06831
MAR 21 19
AMOUNT
**$6.85**
R2305K135503-04

1000
00918

RECEIVED
2019 MAR 25   [stamp]
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
For the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918=1706   C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------X
In re:                                               :
                                                     :
THE FINANCIAL OVERSIGHT AND                          :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    :      Title III
                                                     :
        as representative of                         :      Case No. 17-BK-3283 (LTS)
                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,              :      (Jointly Administered)
                                                     :
        Debtors.                                     :
-----------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Peter J. Brendan | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| uconnhusky13@comcast.net | |
| Email Address | Email Address |
| | |
| 271 Unionad Cemetery Rd | |

Address line 1                                          Address line 1

Address line 2                                          Address line 2
_Colchester CT 06415_
City, State Zip Code                                    City, State Zip Code
_USA_
Country                                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _X_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LB89

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _____
   Signature

_Peter J Sheridan_
Print Name

_____
Title (if Participant is not an Individual)

_3/5/19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

STIFEL

Stifel, Nicolaus & Company, Incorporated
125 Eugene O'Neill Drive
Suite 310
New London, Connecticut 06320

02 1P        $ 000.65⁰
0001964269   MAR 22 2019
MAILED FROM ZIP CODE 06320

RECEIVED
2019 MAR 25 PM 5: 43
CLERK'S OF
DISTRICT CO
P.R. SAN JUAN

The Clerk of the United States District Court
For the District of Puerto
Room 150 Federal Building
150 Carols Chardon Ave
San Juan, PR 00918-1767

00918847008 C0018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 25  PM 5: 42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
--------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :    Title III
                                                  :
        as representative of                      :    Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :    (Jointly Administered)
                                                  :
        Debtors.                                  :
--------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Vernon A. Smith | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| ljones@Wisdirect.com | |
| Email Address | Email Address |
| | |

Address line 1

3811 W. 16th St Ln.
_____
Address line 2

Greeley, CO 80634
_____
City, State Zip Code

USA
_____
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      X   intends to **support** the relief requested in the Objection (i.e., Participant
      believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             74514LB71

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market? YES or NO (please **circle one**).

By: _____
     Signature

     _____
     Print Name

     _____
     Title (if Participant is not an Individual)

     _____
     Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

*FINANCIAL WEST GROUP, INC.*
*4510 E. THOUSAND OAKS BOULEVARD*
*WESTLAKE VILLAGE     CA 91362*



Financial
West
Group

A7111008350
VERNON A SMITH
DORIS J SMITH
3811 W 16TH STREET LN
GREELEY CO 80634

### IMPORTANT MESSAGE

IF OFFICIAL STATEMENTS, FINANCIAL STATEMENTS,
NOTICES OF MATERIAL EVENTS AND OTHER
DOCUMENTS FOR MUNICIPAL SECURITIES ARE
AVAILABLE. THEY CAN BE VIEWED AT
WWW.EMMA.MSRB.ORG. IF AVAILABLE, A PAPER COPY
MAY BE REQUESTED BY CALLING 800-874-1924.

**Account:** REDACTED 0795
**Confirm Date:** 01/29/2013

**Investment Rep Name:**
LARRY JONES/FORD KEELER
**For Questions Call:** (970) 241-0700

### TRADE CONFIRMATION SUMMARY REPORT

| YOU BOUGHT | | | | Trade Date: 01-29-13 | | Settlement Date: 02-01-13 | |
|---|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep | Orig |
| | 13029-0C5ZXP | 25,000 | 105.25 | 74514LB71 | 1* | LF3 LF3 | |

| | |
|---|---|
| SECURITY DESCRIPTION | |
| PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A | **Principal Amount** 26,312.50 |
| WE HAVE ACTED AS PRINCIPAL. UT | **Interest** 114.58 |
| COUPON 5.50000%  MATURITY DATE 07/01/2039 | **Service Fee** 6.00 |
| CALLABLE NEXT CALL 07/01/22 @ 100.000 | **Settlement Amount** 26,433.08 |
| CURRENT YIELD 5.225 | |
| YIELD TO MATURITY 5.134% | |
| YIELD TO CALL 4.799% TO 07/01/22 @ 100.000 UNLIMITED GEN OBLIG | |
| BOOK ENTRY ONLY CONTINUOUSLY CALLABLE FROM 07/01/22 | |
| SUBJECT TO SINKING FUND MOODY'S BAA3  STANDARD & POOR'S BBB | |
| INTEREST PAID SEMI-ANNUALLY | |
| PAR AMOUNT $5000.00 | |
| ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD: | |
| COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST | |
| SOLICITED ORDER | |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK. REMIT
CHECKS TO: FINANCIAL WEST GROUP, INC., 4510 E. THOUSAND OAKS
BLVD., WESTLAKE VILLAGE, CA 91362

PAGE 1 OF 2   A7111008350

**Account:** REDACTED 0795

# WESTERN
### INTERNATIONAL SECURITIES, INC.

145 Grand Avenue, Suite D
Grand Junction, CO 81501

22 MAR 2019 PM 2 T

$ 000.50⁰
02 1P
0001711455   MAR 22 2019
MAILED FROM ZIP CODE 81501

RECEIVED & FILED
2019 MAR 25 PM 5:42
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

The Clerk of the U.S. Dist. Court
For the District of Puerto Rm. 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

0091831706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------X
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :    Title III
                                                          :
        as representative of                              :    Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,                   :    (Jointly Administered)
                                                          :
        Debtors.                                          :
---------------------------------------------------------X
```

RECEIVED & FILED
2019 MAR 25  PM 5: 42
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Roland Odenwald JR | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| roland4061@gmail.com | |
| Email Address | Email Address |

Address line 1

*435 Dockside Dr. # 301*

Address line 2

*Naples, FL 34110*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LE86*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: *Rollen* _____

Signature

*Roland Odenwald, VR*

Print Name

_____

Title (if Participant is not an Individual)

*3.22.19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Roland A. Odenwald, Jr.
435 Dockside Dr. Unit 301
Naples, FL 34110

22 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 25  PM 5: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

00918-170625

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO** 2019 MAR 25   PM 5: 42

```
-------------------------------------------------------------------X
                                                 :        CLERK'S OFFICE
In re:                                           :        U.S DISTRICT COURT
                                                 :        SAN JUAN P.
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
            as representative of                 :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
            Debtors.                             :
-------------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

THOMAS M KENNEDY
_____                               _____
Participant Name                                              Firm Name (if applicable)

JOHN  MORACE
_____                               _____
Contact Person (if Participant is not an individual)          Contact Person

MORACE. JOHN@GMAIL.COM
_____                               _____
Email Address                                                 Email Address
MORACE.JOHN @GMAIL.COM

_____                               _____

Address line 1

_1 FRANKLIN STREET_

Address line 2

_# 1905_

City, State Zip Code

_BOSTON, MA      02110_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _X_  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

         _74514LNF0_

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _(signature)_
    Signature

_Thomas M Kennedy_
Print Name

_____
Title (if Participant is not an Individual)

_3 - 20 - 19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

1 FRANKLIN

Boston MA
        02110

22 MAR 2019 PM 9 L

THE CLERK OF THE US District Court
FOR tHE DISTRICT OF PUERTO RICO
Room 150 FEDERAL BUILDING
150 CARLos CHARDON AVENUE
SAN ~~JOSU~~ Juan, PR
                00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

$\r008975$

RECEIVED & FILED

2019 MAR 25 PM 5: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

-------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Blanche Brodie
Participant Name

Contact Person (if Participant is not an individual)

Bbrj7@att.net
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

*8479 Boca Glades Blvd E.*

Address line 2

*Boca Raton, FL-33434*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*745 / 4LB 7/*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Blanche Brodie*
Signature

*Blanche Brodie*
Print Name

_____
Title (if Participant is not an Individual)

*3/6/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Blanche Brodie
8479 Boca Glades Blvd. E
Boca Raton. FL 33434 - 4060

Hasler FIRST-CLASS MAIL
03/21/2019
US POSTAGE $000.50⁰



ZIP 33431
011E11678893



RECEIVED & FILED
2019 MAR 25 PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
For the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767