UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                 Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
*(2 OF 4)*

      The attached additional pro se Notices of Participation have been received by the Court for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(2 of 4)
March 25, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

51. Gerald A. Henseler
52. George J. Karam
53. Henry E. Raab
54. James E. LaRose
55. Gerald Cressa and Karen Cressa
56. Franklin W. Pagano
57. Robert Lee Fennell and Jacqueline Sue Fennell
58. Aaron Knott Trust
59. Geraldine DiMasi
60. Joseph J. Allocca
61. Louis Schilero
62. Judy Harrigan
63. Mark L. Sitler and Martha A. Sitler
64. Sheila Basem
65. Peter E. Norris and Susan D. Norris
66. Anne M. Laraia
67. Manny Sternlicht
68. Andrew S. Abernathy
69. Sandra Lazar
70. Craig DiBona
71. Marcia Stein
72. Richard Taraboletti
73. Mary Jane Charmoy Revocable Trust
74. Joanne G. DelCorso
75. Joel Gordon and Frances Gordon
76. Irene Wallman
77. Barry Goldin
78. Frank Camuglia

Pro Se Notices of Participation Received by the Court
(2 of 4)
March 25, 2019

79. Bernadine Mignano

80. Dale R. Vidler

81. Joaquim da Silva and Maria da Silva

82. Lester Burke

83. Robert I. Sann and Myra K. Sann

84. Sarah Jane Pollis

85. Elizabeth Blair

86. Anna Streissguth

87. Frank Grady

88. Darrell F. Ewing

89. Rosemarie Rubino Hesterberg

90. Yvonne McCombs

91. Martin Wedeking

92. Stephen Cartwright

93. Lois Greenfield

94. Ellen Hecht

95. Austin Marxe

96. Roberta J. Halperin-Grantor Retained Annuity Trust

97. Richard Becker

98. Mildred E. Schapiro

99. Michael C. Long

100. Darrell Logan

Dated: March 25, 2019