**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------------X
                                    :
In re:                              :
                                    :
THE FINANCIAL OVERSIGHT AND         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III
                                    :
        as representative of        :    Case No. 17-BK-3283 (LTS)
                                    :
THE COMMONWEALTH OF PUERTO RICO et al., :  (Jointly Administered)
                                    :
        Debtors.                    :
---------------------------------------------------------------X
```

RECEIVED & FILED

2019 MAR 25  PM 5: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

THERESA + LOUISA  GARTNER
Participant Name  WALTER  GARTNER JR

THERESA + LOUISA  GARTNER
Contact Person (if Participant is not an individual)

louisa2120@yahoo.com
Email Address

_____

**Counsel Contact Information (if any)**

RBC  Wealth Management.
Firm Name (if applicable)

PAUL
Contact Person

_____
Email Address

_____

Address line 1                                    Address line 1

_182-11 ABERDEEN ROAD_

Address line 2                                    Address line 2

_JAMAICA NY 11432_

City, State Zip Code                              City, State Zip Code

_USA_

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_too many to list_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please *circle one*).

By: _Theresa Gartner_
        Signature

_THERESA GARTNER_
Print Name

_____
Title (if Participant is not an Individual)

_3/6/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

 **UBS**

**UBS Financial Services Inc.**
184 Liberty Corner Road, 1st Floor
Warren, NJ 07059



E-200

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0003197470        MAR 20 2019
$ 000.50⁰
MAILED FROM ZIP CODE 07059

RECEIVED & FILED
2019 MAR 25  PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the United States Court
for the District of Puerto
Room 150  Federal Building
150 Carlos Chardon Ave
San Juan    PR  00918-1767

0091851703

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :      Title III
                                                    :
          as representative of                      :      Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :      (Jointly Administered)
                                                    :
          Debtors.                                  :
-------------------------------------------------------------------X
```

RECEIVED & FILED

2019 MAR 25  PM 5: 39

CLERK'S OFFICE
U.S. DISTRICT COURT

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Terri Gittlin | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| terri g@ comcast.net | |
| Email Address | Email Address |
| | |

Address line 1

7 Crawford Road

Address line 2

_____

City, State Zip Code

Manalapen NJ 07726

Country       USA

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745 14L D 2 0

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Terri Gittlin

Print Name

_____
Title (if Participant is not an Individual)

3/8/2019

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

For Return Mail Purposes Only
N9777-010
PO Box 5268
Sioux Falls, SD  57117-5268

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

$00.42

CLERK OF THE US DISTRICT COURT
FOR THE DIST. OF PUERTO RICO
ROOM 150, FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR  00918-1767

BCR-EMB  00918

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND               :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :     Title III

      as representative of                              :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :     (Jointly Administered)

      Debtors.                                             :

---------------------------------------------------------------X

*RECEIVED & FILED*
*2019 MAR 25  PM 5: 39*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*JUAN P.R.*

*# 55   4130   VICTOR*
*55   6346   MARIE*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**      **<u>Counsel Contact Information (if any)</u>**

_____      _____

Participant Name      Firm Name (if applicable)

_____      _____

Contact Person (if Participant is not an individual)      Contact Person

_____      _____

Email Address      Email Address

_____

Address line 1

**Victor & Marie R Nagel**
2040 W Wayzata Blvd Apt 111
Orono, MN 55356-5608

City, State Zip Code

_HENNIPN_
Country _HEPP_

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514 LB63_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please circle one).

_Victor E Nagel_
_Marie R. Nagel_
By: _____
Signature
_VICTOR E. NAGEL_
_Marie R NAgel_
Print Name

_____
Title (if Participant is not an Individual)

_7-17-2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Victor & Marie R Nagel
2040 W Wayzata Blvd Apt 111
Orono, MN 55356-5608

MINNEAPOLIS MN 553

21 MAR 2019 PM 7 L



ROOM 156 FEDERAL BLDG
156 CARLOS CHARDON AVENUE
SAN JUAN PR
00918-1767
CLERK'S OFFICE

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------X
                                          :    RECEIVED & FILED
In re:                                    :    2019 MAR 25  PM 5:39
                                          :
THE FINANCIAL OVERSIGHT AND               :    CLERK'S OFFICE
MANAGEMENT BOARD FOR PUERTO RICO,         :    U.S. DISTRICT COURT
                                          :    SAN JUAN PR
                                          :    PROMESA
       as representative of               :    Title III
                                          :
                                          :    Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,   :
                                          :    (Jointly Administered)
       Debtors.                           :
---------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Roger F Blackett | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| 3blackett @cox.net | |

Address line 1

*2028 Aloha Lane*

Address line 2

_____

City, State Zip Code

*Vista, CA. 92084-2819*

Country

*USA*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    *X* intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    *74514IB89*

*10,000 Bonds*

    (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Roger F. Blackett, Trustee, of the Roger F. Blackett Trust*
     /Signature

     *Roger F Blackett*
     Print Name

     ~~03-19-2019~~
     Title (if Participant is not an Individual)

     *03-19-2019*
     Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Mr. Roger Blackett
2028 Aloha Ln
Vista, CA  92084

SAN DIEGO CA 920

20 MAR 2019 PM 2 L

USA
FOREVER

Clerk of United States District Court
for District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR. 00918-1767

RECEIVED & FILED
2019 MAR 25  PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

03/20

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO** MAR 25  PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-----------------------------------------------------------------X
                                      :

In re:                                   :

THE FINANCIAL OVERSIGHT AND     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :     Title III
                                   :

       as representative of        :     Case No. 17-BK-3283 (LTS)
                                   :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :     (Jointly Administered)
                                   :

       Debtors.                :
-----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

*Paulette E Setler*
_____         _____
Participant Name                              Firm Name (if applicable)

_____         _____
Contact Person (if Participant is not an individual)      Contact Person

_____         _____
Email Address                              Email Address

_____

SRF 30944

Address line 1

225 Victoria Road

Address line 2

Burlingame, CA 94010

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    74514 LB63

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: _____
Signature

Paulette E Setler
Print Name

_____
Title (if Participant is not an Individual)

03/13/2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Pauletti Setler
225 Victoria Road
Burlingame, CA 94010

SAN FRANCISCO
CA 940
20 MAR '19
PM 2 L



neopost
03/13/2019
US POSTAGE

FIRST-CLASS MAIL
$00.50⁰

ZIP 94111
041L11222792

The Clerk's Office
U.S District Court
150 Carlos Chardon Avenue
San Juan, Puerto Rico   00918-1767

RECEIVED & FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN
2019 MAR 25 PM 5: 39

00918-170625

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
        Debtors.                                :
---------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

ERIC C. COHEN
Participant Name                                     Firm Name (if applicable)


Contact Person (if Participant is not an individual)   Contact Person

Bre 3776733 @ msn. com
Email Address                                        Email Address

Address line 1                          Address line 1

_191 RYAN ST_ _____         _____
Address line 2                          Address line 2

_NEW BEDFORD MA 02740_          _____
City, State Zip Code                    City, State Zip Code

_USA_ _____      _____
Country                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _____ intends to **support** the relief requested in the Objection (i.e., Participant
      believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             74514LB48

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market? **YES** or **NO** (please **circle one**).

By: _Eric C Cohen_ _____
    Signature

    _ERIC C. COHEN_ _____
    Print Name

    _____
    Title (if Participant is not an Individual)

    _3/19/19_ _____
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Barbara Nelson
191 Ryan Street
New Bedford MA 20740

PROVIDENCE RI 028

28 MAR 2019 PM 5 L

USA
FOREVER

CLERK OF THE UNITED STATES DISTRICT
COURT FOR DISTRICT OF PUERTO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR

RECEIVED & FILED
2019 MAR 25 PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-----------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :    Title III
                                                                :
          as representative of                                  :    Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :    (Jointly Administered)
                                                                :
          Debtors.                                              :
-----------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Linda Nealy* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Nealyx2@cox.net* | |
| Email Address | Email Address |
| | |

Address line 1                                    Address line 1

4983 S Harvest Moon Dr
Address line 2                                    Address line 2

City, State Zip Code                              City, State Zip Code

Green Valley AZ 85622
Country    USA                                    Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74526 QLWO          74514 LD61
~~72177MCB~~ Len

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? (**YES**) or **NO** (please **circle one**).

By: Linda Nealy
Signature

Linda Nealy
Print Name

_____
Title (if Participant is not an Individual)

3/19/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Nealy
4983 S Harvest Moon Dr
Green Valley Az 85622

FCM LETTER
GREEN VALLEY, AZ
85614
MAR 19, 19
AMOUNT
**$6.85**
R2304M115517-15

1000          00918

USPS
UNITED STATES
POSTAL SERVICE®

RECEIVED & FILED
2019 MAR 25   PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

7016 0910 0001 7418 9240

Clerk of U.S. District Court for
District of Puerto Rico, Room 150
Federal Building,
150 Carlos Chardon Ave,
San Juan, Puerto Rico
                    00918-1767

00918*9999

SRF 30944

RECEIVED & FILED

**THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019**

2019 MAR 25  PM 5: 38

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X
                                                        :
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :   Title III
                                                        :
         as representative of                           :   Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)
                                                        :
         Debtors.                                       :
-------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

WILLIAM T BOYD
Participant Name                                      Firm Name (if applicable)

Contact Person (if Participant is not an individual)  Contact Person

wtboyd46@comcast.net
Email Address                                         Email Address

SRF 30944

Address line 1                                              Address line 1

14 MASSASOIT RD
Address line 2                                              Address line 2

DUXBURY, MA  02332
City, State Zip Code                                       City, State Zip Code

US
Country                                                    Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LE86

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _William T Boyd___
Signature

WILLIAM T. BOYD
Print Name

_____
Title (if Participant is not an Individual)

March 19, 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

BOYD
14 MASSASOIT ROAD
DUXBURY, MA 02332





CLERK OF THE US DISTRICT COURT
FOR DISTRICT OF PUERTO RICO
ROOM 150 - FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR   00918 - 1767

00918$1706 C018
00918$1706 C018



U.S. POSTAGE PAID
FCM LETTER
KINGSTON, MA
02364
MAR 20, 19
AMOUNT

$3.50

R2304M112451-05

00918

SRF 37030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                               :
MANAGEMENT BOARD FOR PUERTO RICO,                         :     PROMESA
                                                          :     Title III
       as representative of                               :
                                                          :     Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :
                                                          :     (Jointly Administered)
       Debtors.                                           :
------------------------------------------------------------X

*RECEIVED & FILED*
*2019 MAR 25  PM 5: 38*
*CLERK'S OFFICE*
*DISTRICT COURT*
*SAN JUAN*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| STANLEY F. KANAPACKIS | |
| Participant Name | Firm Name (if applicable) |
| SAME AS ABOVE | |
| Contact Person (if Participant is not an individual) | Contact Person |
| KANAPAC84 @ YAHOO . com | |
| Email Address | Email Address |

Address line 1   *COUNTRY CLUB COURT*

13129 N. ~~County~~

Address line 2

---

City, State Zip Code

*PALOS HEIGHTS  ILL 60463*

Country  *U.S.A*

Address line 1

---

Address line 2

---

City, State Zip Code

---

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                *74514 L B89*

       (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Stanley R Kanapackis*
     Signature

     *STANLEY F. KANAPACKIS*
     Print Name

---
     Title (if Participant is not an Individual)

     *20 Mar 2019*
     Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



S. Kanapackis
13129 N Country Club Ct
Palos Heights, IL 60463-2727

The Clerk of the United States District Court
for District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1716

RECEIVED & FILED
2019 MAR 25  PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

---------------------------------------------------------------X

RECEIVED & FILED

2019 MAR 25 PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Monika French | |
| Participant Name | Firm Name (if applicable) |
| Monika French | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Email Address | Email Address |
| monikafrench2015@gmail.com | |

Address line 1     287 B Spur Ranch Rd     Address line 1

Address line 2     Lamy, NM 87540     Address line 2

City, State Zip Code     USA     City, State Zip Code

Country     Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

         745 235 M 24

     (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    M. French
    Print Name

    _____
    Title (if Participant is not an Individual)

    3/12/19
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Monika French
287B Spur Ranch Rd
Lamy, NM  87540-9646

00918-170399

The Clerk of the United States
    District Court for Puerto Rico
  Rm 150, Federal Bldg.
 150 Carlos Chardon Ave.
San Juan, PR 00918-1767

SRF 3096

Case:17-03283-LTS   Doc#:6034-1   Filed:03/25/19   Entered:03/26/19 14:38:56   Desc:
Pro Se Notices of Participation   Page 31 of 154

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
          as representative of :
: Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
          Debtors. :
---------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *DONNA SEVERIDT / RONALD BARRY* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *donnaseveridt@cox.net.* | |
| Email Address | Email Address |
| | |

Address line 1
*823 S. Paseo de la LIRA*

Address line 2
*Green Valley, AZ 85614*

City, State Zip Code
*U.S.A.*

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514L-B8-9*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Donna Severidt / Ronald Barry*
Signature

*DONNA SEVERIDT / RONALD BARRY*
Print Name

_____
Title (if Participant is not an Individual)

*3/18/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Donna Severidt**
823 S. Paseo De La Lira
Green Valley, AZ 85614



PHOENIX AZ 852

19 MAR 2019 PM 8 L

RECEIVED & FILED
2019 MAR 25  PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :        Title III

          as representative of                  :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,        :        (Jointly Administered)

          Debtors.                              :

------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**              **Counsel Contact Information (if any)**

RUTH BERNE
_____                               _____
Participant Name                                        Firm Name (if applicable)


_____                               _____
Contact Person (if Participant is not an individual)    Contact Person
RBERKE44@GMAIL.COM
_____                               _____
Email Address                                           Email Address

SRF 31030

Address line 1

*117 NetCong Circle*

Address line 2

*Pocono Lake PA*

City, State Zip Code

*18347 - 7904*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____

Signature

*Ruth Beerle*

Print Name

_____

Title (if Participant is not an Individual)

*3/4/19*

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

NEW YORK NY 35?

1? MAR 2019 PM

USA
FOREVER

The Clerk of the United States
District Court For The
District Of Puerto Room 150
Federal Building
150 Carlos Chardon Ave
San Juan PR 00918 - 1767

RECEIVED & FILED
2019 MAR 25   PM 5:38
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 25  PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND          :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

     as representative of                         :        Case No. 17-BK-3283 (LTS)
                                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :    (Jointly Administered)
                                                              :
     Debtors.                                     :
-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

*Simón Barriera*
Participant Name                                              Firm Name (if applicable)

Contact Person (if Participant is not an individual)   Contact Person

Email Address                                                Email Address

Address line 1                                         Address line 1

*Urb. Constancia #3035 Soller St.*                     _____
Address line 2                                         Address line 2

*Ponce, P.R. 00717-2216*                               _____
City, State Zip Code                                   City, State Zip Code

_____                                _____
Country                                                Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _____ intends to **support** the relief requested in the Objection (i.e., Participant
         believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
         believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
     sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
     the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
           *74514 L 2 X 8*

     (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
           secondary market? (**YES** or **NO** (please **circle one**).

By: *Simon Barriera*
Signature

*Simon Barriera*
Print Name

_____
Title (if Participant is not an Individual)

_____
Date
*3-22-2019*

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

From: Simón Barrera
urb. Constancia
# 3035 calle Solle
Ponce, P.R. 00717-2216

RECEIVED & FILED
2019 MAR 25 PM 5: 38
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009

23 MAR 2019 PM 1 T



The Clerk of the United Sates
District court for the District of
Puerto, Room 150
Federal Building, 150 Carlos
Chardon Avenue, San Juan, P.R. 00918-
1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5:38

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

-------------------------------------------------------X
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :   Title III
                                                        :
        as representative of                            :   Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO et al.,                 :   (Jointly Administered)
                                                        :
        Debtors.                                        :
-------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| *LONDA DAVIS* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| pathctr @ maryrutan.org | |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 | Address line 1 |
| _1971 CR 12_ | |
| Address line 2 | Address line 2 |
| _Bellefontaine, OHIO 43311_ | |
| City, State Zip Code | City, State Zip Code |
| _U.S.A._ | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB63_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Londa Davis_
Signature

_LONDA DAVIS_
Print Name

_____
Title (if Participant is not an Individual)

_3/18/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Robert Davis
1971 County Road 12
Bellefontaine, OH  43311

COLUMBUS OH 431

20 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 25  PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Ave
San Juan, PR  00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 38

CLERK'S OFFICE
U. S. DISTRICT COURT
SAN JUAN P.R.

-----------------------------------------------------------------X
                                                                 :
In re:                                                           :
                                                                 :
THE FINANCIAL OVERSIGHT AND                                      :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :     Title III
                                                                 :
        as representative of                                     :     Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,                          :     (Jointly Administered)
                                                                 :
        Debtors.                                                 :
-----------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| RobT DAVIS | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| pathctr@maryrutan.org | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
|---|---|
| _1971 CR 12_ | _____ |
| Address line 2 | Address line 2 |
| _Belle Sontaine, Ohio 43311_ | _____ |
| City, State Zip Code | City, State Zip Code |
| _U.S.A._ | _____ |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__**X**__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514L B89_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or (**NO**) (please **circle one**).

By: _Robt Davis_
Signature

_RobT DAVIS_
Print Name

_____
Title (if Participant is not an Individual)

_3/18/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Robert Davis
1971 County Road 12
Bellefontaine, OH 43311

COLUMBUS OH 431

20 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 25  PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
                                                      :    RECEIVED & FILED
In re:                                                :
                                                      :    2019 MAR 25 PM 5: 38
THE FINANCIAL OVERSIGHT AND                           :       CLERK'S OFFICE
MANAGEMENT BOARD FOR PUERTO RICO,                     :    PROMESA DICT COURT
                                                      :    Title III  JUAN P.R.
        as representative of                          :    Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :    (Jointly Administered)
                                                      :
        Debtors.                                      :
------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Joseph Ozoniak | |
| Participant Name | Firm Name (if applicable) |
| Joseph Ozoniak | |
| Contact Person (if Participant is not an individual) | Contact Person |
| JoeOz3751@yahoo.com | |
| Email Address | Email Address |

JoeOz3751@yahoo.com

I oppose should be valid.

Address line 1                           Address line 1

624 Meadowtop Circle                     _____

Address line 2                           Address line 2

Burlington NC 27217                      _____

City, State Zip Code                     City, State Zip Code

USA                                      _____

Country                                  Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        X intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
               secondary market?  **YES** or **NO** (please **circle one**).

By: *Joseph Ozoniak*
Signature

*Joseph Ozoniak*
Print Name

_____
Title (if Participant is not an Individual)

*March 19, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



**UNITED STATES POSTAL SERVICE®**

a preferred shipping service on **ebay**™

| F | 03/19/2019 From 27217 0 lbs 1 ozs Zone 7 | US POSTAGE PAID Pitney Bowes ComBasPrice 024P0007632155 |

## USPS FIRST-CLASS™ PKG

JOSEPH D OZONIAK
624 MEADOWTOP CIR
BURLINGTON NC 27217-9383

.0000

C018

U.S. DISTRICT COURT FOR PUERTO RICO
150 Ave Chardon Ste 150
San Juan PR 00918-1706

**USPS TRACKING #**

9400 1096 9993 9807 5922 10

SAN JUAN PR
U.S. DISTRICT COURT
CLERK'S OFFICE

2019 MAR 25  PM 5: 38

RECEIVED & FILED

SRF 3T030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO RECEIVED & FILED

------------------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, :

        as representative of :

THE COMMONWEALTH OF PUERTO RICO *et al.,* :

        Debtors. :

------------------------------------------------------------------------X

2019 MAR 25 PM 5: 42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Earl S. Krause,Jr. & Jean L. Krause JTWROS | |
| Participant Name | Firm Name (if applicable) |
| Same as above | |
| Contact Person (if Participant is not an individual) | Contact Person |
| N/A | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
|---|---|
| One John Anderson Drive - Apt. 512 | |
| Address line 2 | Address line 2 |
| Ormond Beach, Florida   32176 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LD20

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Earl S Krause Jr*
     *Jean L Krause*
     Signature

Earl S. Krause,Jr.
Jean L. Krause
Print Name

_____
Title (if Participant is not an Individual)

3/19/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Mr. Earl S. Krause, Jr.
1 John Anderson Dr Apt 512
Ormond Beach, FL 32176-5789



ORLANDO FL 328

20 MAR 2019 PM 2 L



RECEIVED
2019 MAR 25   PM 5:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto , Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 42

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

-----------------------------------------------------------X
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :      Title III
                                                           :
          as representative of                             :      Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO et al.,                    :      (Jointly Administered)
                                                           :
          Debtors.                                         :
-----------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

VAUGHN A. ROGERS
Participant Name                                     Firm Name (if applicable)


Contact Person (if Participant is not an individual)  Contact Person

btbrROGERS @ GMAIL.COM
Email Address                                        Email Address

Address line 1                                      Address line 1

*9138 CALLAWAY DR, TRINITY, FL 34655*
Address line 2                                      Address line 2

*TRINITY FL 34655-4613*
City, State Zip Code                                City, State Zip Code

*U.S.A.*
Country                                             Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        *74514LB89*

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Vaughn Rogers*
   Signature

   *VAUGHN A. ROGERS*
   Print Name


   Title (if Participant is not an Individual)

   *03-20-2019*
   Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Vaughn Alex Rogers
9138 Callaway Dr.
Trinity, FL 34655-4613

TAMPA FL 335
SAINT PETERSBURG FL
20 MAR 2019 PM 5 L



RECEIVED & FILED
2019 MAR 25   PM 5: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

THE CLERK OF THE UNITED STATES COURT FOR DISTRICT OF PUERTO
ROOM 150  FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN  JUAN  P.R. 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X
                                           :
In re:                                     :
                                           :
THE FINANCIAL OVERSIGHT AND                :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,          :    Title III
                                           :
           as representative of            :    Case No. 17-BK-3283 (LTS)
                                           :
THE COMMONWEALTH OF PUERTO RICO et al.,    :    (Jointly Administered)
                                           :
           Debtors.                        :
-----------------------------------------------------------------X
```

RECEIVED & FILED

2019 MAR 25  PM 5: 42

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Nadine L. Martinez* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *dmartinitz1@cox.net* | |
| Email Address | Email Address |
| | |

Address line 1                                          Address line 1

206 So. Estates Dr.

Address line 2                                          Address line 2

Salina KS 67401

City, State Zip Code                                    City, State Zip Code

U.S.A.

Country                                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

              _____ intends to **support** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **invalid**); *or*

              X        intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                    745 14 LB 1389

      (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
            secondary market? (**YES** or NO (please **circle one**).

By: *Nadine L. Martinez*

Signature

*Nadine L. Martinez*

Print Name

_____

Title (if Participant is not an Individual)

3-21-2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Nadine L. Martinitz**
206 S. Estates Dr.
Salina, KS 67401-3873

WICHITA KS 670

22 MAR 2019 PM 3 L



RECEIVED & FILED
2019 MAR 25  PM 5: 42
CLERK'S OFFICE
U.S. DISTRICT COURT

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Ave.
San Juan, Puerto Rico 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

```
----------------------------------------X
                                          :        2019 MAR 25  PM 5: 41
In re:                                    :
                                          :          CLERK'S OFFICE
THE FINANCIAL OVERSIGHT AND               :        U.S DISTRICT COURT
MANAGEMENT BOARD FOR PUERTO RICO,         :   PROMESA   SAN JUAN P.R.
                                          :   Title III
          as representative of            :
                                          :   Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,   :   (Jointly Administered)
                                          :
          Debtors.                        :
----------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>          <u>**Counsel Contact Information (if any)**</u>

*Roger J. Del Russo and*
*Mary L. Del Russo*
Participant Name                                          Firm Name (if applicable)


Contact Person (if Participant is not an individual)      Contact Person

*PEEDEE@HUGHES.NET*
Email Address                                             Email Address

| Address line 1 | Address line 1 |
| --- | --- |
| *1134 PEE DEE BRANCH Rd* | |
| Address line 2 | Address line 2 |
| *CoTTonTown, TN 37048* | |
| City, State Zip Code | City, State Zip Code |
| *U.S.A.* | |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
          *74514LD20*

    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please circle one).

By: *Roger J. Del Russo* and *Mary L Del Russo*
Signature

*Roger J. Del Russo and Mary L. Del Russo*
Print Name

_____
Title (if Participant is not an Individual)

*3/20/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr Roger Del Russo
1134 Pee Dee Branch Rd
Cottontown TN 37048-5119



RECEIVED & FILED
2019 MAR 25  PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court
For the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

0091881706 C018

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 25 PM 5: 41

CLERK'S OFFICE
U. S. DISTRICT COURT
SAN JUAN PR

-----------------------------------------------------------------X
                                :

In re:                             :

                                :

THE FINANCIAL OVERSIGHT AND      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III

                                :

       as representative of          :    Case No. 17-BK-3283 (LTS)

                                :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)

                                :

       Debtors.                :
-----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| MARY F RIZZO | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| MFRIZZO46@GMAIL.COM | |
| Email Address | Email Address |
| | |

Address line 1

17 Newbury Park

Address line 2

Needham MA 02492

City, State Zip Code

USA.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LC39

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please *circle one*).

By: Mary J. Rizzo
Signature

MARY F. Rizzo
Print Name

_____
Title (if Participant is not an Individual)

~~April~~ March 19 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Mary F. Rizzo
17 Newbury Park
Needham, MA  02492-4217

BOSTON MA 021

20 MAR 2019 PM 5 L

USA FOREVER

RECEIVED & FILED
2019 MAR 25  PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the US District Court
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan P.R.  00918-1767

00918-170625

Mar 12 19 01:46p    Peter and Barbara Dutko    603-740-2281    p.2
Case:17-03283-LTS    Doc#:6034-1    Filed:03/25/19    Entered:03/26/19 14:38:56    Desc:
Pro Se Notices of Participation    Page 64 of 154

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 MAR 25  PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
          as representative of                  :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
          Debtors.                              :
------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than **April 16, 2019** in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Robert Bakalar / Dorothy Bakalar
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Mar 12 19 01:46p    Peter and Barbara Dupko                    2037461228†          p.3

Case:17-03283-LTS   Doc#:6034-1   Filed:03/25/19   Entered:03/26/19 14:38:56   Desc:
Pro Se Notices of Participation   Page 65 of 154

SRF 31030

2

Address line 1

86 Deyo Hill Rd

Address line 2

Johnson City, NY 13790-
City, State Zip Code        6322
USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L D2-0

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Robert J. Bakalar_
     Signature

_Robert Bakalar_
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

_Dorothy J. Bakalar_
Signature

_Dorothy Bakalar_

_____

_Date_

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2



**Wealth Management**

City Place Tower Suite 800
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6349

SYRACUSE
NY 130
20 MAR '19
PM 1 L



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 33401 **$ 000.50⁰**
02 4W
0000349550 MAR 19 2019



The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
        as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :   (Jointly Administered)
                                                  :
        Debtors.                                  :
-----------------------------------------------------------X
```

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

> This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

ROBERT RAMOS MARTIN
_____                      _____
Participant Name                                     Firm Name (if applicable)


_____                      _____
Contact Person (if Participant is not an individual)  Contact Person

RAMOSROABIE@YAHOO.COM
_____                      _____
Email Address                                        Email Address


_____                      _____

Address line 1

QUINTAS MONSERRATE

Address line 2

Calle Fco. OLLER 37

City, State Zip Code

PONCE, PR 00730

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L2U2

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: _Robert Ramos Martin_

Signature

ROBERT RAMOS MARTIN

Print Name

_____

Title (if Participant is not an Individual)

3|20|19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

ROBERT RAMOS
QUINTAS MONSERRATE
CALLE FCO OLLER 37
PONCE PR 00730

SAN JUAN PR 009

22 MAR 2019 PM

$ 000.50⁰

02 1P
0000824272      MAR 21 2019
MAILED FROM ZIP CODE 00680

RECEIVED & FILED
2019 MAR 25  PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court for the District
of Puerto
Room 150 Federal Building
150 carlos Chardon Ave
San Juan PR  00918-1767

00918$1706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 41

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

---------------------------------------------------X

In re:                                           :

THE FINANCIAL OVERSIGHT AND        :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III
                                                 :
    as representative of              :    Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)
                                                 :
    Debtors.                          :

---------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Laura M. Degenhardt + Toby J. Degenhardt JT TEN | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| LMEADVA@YAHOO.COM | |
| Email Address | Email Address |

Address line 1

66 Shepherd Lane

Address line 2

Shepherdstown, WV 25443

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89 , 74514LB63

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: Laura M. Degenhardt
Signature

Laura M. Degenhardt + Toby Degenhardt
Print Name          JT TEN

_____
Title (if Participant is not an Individual)

3/21/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Degenhardt**
**66 Shepherd Lane**
**Shepherdstown, WV 25443**



HARRISBURG PA 171

22 MAR 2019 PM 2 1

The Clerk of the United States District
Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Ave
San Juan, PR 00918-1767

0091831706 C018

SRF 3T030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

FILED

2019 MAR 25  PM 5: 41

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Laura Degenhardt C/F Isabelle Degenhardt | |
| Participant Name   UGMA WA | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| LMEADVA@YAHOO.COM | |
| Email Address | Email Address |

Address line 1

*616 Shepherd Lane*

Address line 2

*Shepherdstown, WV 25443*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**)

By: *Laura Degenhardt c/F Isabelle Degenhardt*

Signature

*Laura Degenhardt c/F Isabelle Degenhardt*

Print Name      *UGMA WA*

_____

Title (if Participant is not an Individual)

*3/21/19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Degenhardt
66 Shepherd Lane
Shepherdstown, WV 25443

HARRISBURG PA 171

22 MAR 2019 PM 2 1



The Clerk of the United States District
Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Ave
San Juan, PR 00918-1767

0091831706 C018

SRF 31036

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED
2019 MAR 25 PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------X
                                                              :
In re:                                                        :
                                                              :
THE FINANCIAL OVERSIGHT AND                                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                             :    Title III
                                                              :
        as representative of                                  :    Case No. 17-BK-3283 (LTS)
                                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,                       :    (Jointly Administered)
                                                              :
        Debtors.                                              :
--------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| MARK   FAIGENBLAT | |
| Participant Name | Firm Name (if applicable) |
| MARK   FAIGENBLAT | |
| Contact Person (if Participant is not an individual) | Contact Person |
| mark@interplan pr. com | |
| Email Address | Email Address |

Address line 1                                    Address line 1
P.O. BOX 360983

Address line 2                                    Address line 2
SAN JUAN, P.R. 00936

City, State Zip Code                              City, State Zip Code
USA

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    X    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                                 74514LZW0

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____
   Signature

   MARK FAIGENBLAT
   Print Name

_____
   Title (if Participant is not an Individual)

   3 / 21 / 19
   Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:

THE FINANCIAL OVERSIGHT AND                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :   Title III

    as representative of                       :   Case No. 17-BK-3283 (LTS)

                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.*,     :   (Jointly Administered)

Debtors.[1]                                   :

------------------------------------------------------------------ X

### NOTICE OF OMNIBUS OBJECTION OF (I) FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, AND (II) OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

    You are receiving this notice because you have been identified as holding one or more of the general obligation bonds issued by the Commonwealth of Puerto Rico in or after 2012 (the "<u>Challenged GO Bonds</u>"). A list of the CUSIP numbers for the Challenged GO Bonds can be found at the bottom of this notice.

    Please note that the Financial Oversight and Management Board, as representative for the Debtors, acting through its Special Claims Committee, and the Official Committee of Unsecured Creditors (together, the "<u>Objectors</u>") have filed an Omnibus Objection, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds (the "<u>Objection</u>"). The full text of the Objection may be found on the Internet by using the following link:
https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=4784.

------------------------------------------------------------------

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019\***

This Objection seeks to disallow and invalidate claims on account of the Challenged GO Bonds ("Challenged GO Bond Claims"). **Subject to applicable appellate rights, if the Court grants the Objection in whole or in part, holders of Challenged GO Bond Claims' recovery on account of the Challenged GO Bonds will be eliminated in whole or in part, and such holders will be forever barred from asserting such claims against the Commonwealth, from voting on any plan of adjustment filed in in this Title III Case, and from participating in any distribution in this Title III Case on account of such Challenged GO Bond Claims. Thus the Objection may affect your rights. As explained in the next paragraph, you have the right to file a Notice of Participation if you wish to respond to the Objection. The Notice of Participation must be filed by April 16, 2019 (the "Participation Deadline").**

Please note further, that on February 15, 2019, the District Court granted the Objectors' motion for approval of certain procedures with respect to such Objection (the "Objection Procedures"). If you intend to respond to the Objection or participate in the litigation in any way, you must follow the Objection Procedures which require, among other things, that you file with the District Court and serve by email a Notice of Participation by the Participation Deadline. A form Notice of Participation is provided herewith. **Instructions for filing the Notice of Participation with the District Court, including for those persons who are not represented by counsel are set forth at the bottom of the form of Notice of Participation.**

For those parties who filed with the District Court and served by email Notices of Participation to the Notice Parties at the addresses set forth in paragraph 8 of the Objection Procedures by the Participation Deadline, no substantive response to the Objection need be filed until a date set forth in any subsequent scheduling order entered by the District Court.

Requests for Spanish-language versions of the Notice, Objection Procedures and Notice of Participation form and any questions regarding this notice should be sent in writing to:

> Paul Hastings LLP
> 200 Park Avenue
> New York, NY 10166
> Attn: Douglass E. Barron
> NoticeofParticipation@paulhastings.com
> (212) 318-6690

**Esta Objeción tiene el propósito de rechazar e invalidar las reclamaciones contra los Bonos GO Impugnados (las "Reclamaciones de los Bonos GO Impugnados"). Si el Tribunal concede la Objeción parcial o totalmente, sujeto a los derechos apelativos aplicables, quedará eliminada total o parcialmente la recuperación de estos Bonos GO Impugnados y se les prohibirá por siempre a dichos tenedores presentar tales reclamaciones en contra del Estado Libre Asociado, votar en cualquier plan de ajuste presentado en este Caso bajo el Título III y participar en cualquier distribución efectuada en este Caso bajo el Título III a causa de dichas Reclamaciones de los Bonos GO Impugnados. Por tanto, la Objeción puede afectar sus derechos. Usted tiene el derecho de presentar un Aviso de Participación si quiere responder a la Objeción. El Aviso de Participación tiene que presentarse en o antes de 16 de abril de 2019. Las partes que**

2

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019\***

tengan preguntas o deseen recibir copia de este aviso, los Procedimientos de Objeción y el
Aviso de Participación en español deben enviar una solicitud por escrito a
NoticeofParticipation@paulhastings.com

The CUSIP numbers of the general obligation bonds affected by the Objection are:

| Series | CUSIP |
|--------|-------|
| 2012 A | 74514LB89 |
| 2012 A | 74514LB63 |
| 2012 A | 74514LA49 |
| 2012 A | 74514LA56 |
| 2012 A | 74514LC88 |
| 2012 A | 74514LD87 |
| 2012 A | 74514LA80 |
| 2012 A | 74514LC39 |
| 2012 A | 74514LB55 |
| 2012 A | 74514LD46 |
| 2012 A | 74514LB97 |
| 2012 A | 74514LD61 |
| 2012 A | 74514LC96 |
| 2012 A | 74514LD79 |
| 2012 A | 74514LC70 |
| 2012 A | 74514LD53 |
| 2012 A | 74514LA31 |
| 2012 A | 74514LC21 |
| 2012 A | 74514LD20 |
| 2012 A | 74514LB48 |
| 2012 A | 74514LA72 |
| 2012 A | 74514LC62 |
| 2012 A | 74514LB22 |
| 2012 A | 74514LC47 |
| 2012 A | 74514LC54 |
| 2012 A | 74514LD38 |
| 2012 A | 74514LA64 |
| 2012 A | 74514LA98 |
| 2012 A | 74514LB30 |
| 2012 A | 74514LB71 |
| 2012 B | 74514LA23 |
| 2012 B | 74514LZV2 |
| 2012 B | 74514LZW0 ✓ |
| 2012 B | 74514LZX8 |
| 2012 B | 74514LZY6 |
| 2012 B | 74514LZZ3 |
| 2014 A | 74514LE86 |

Mark Faigenblat
PO Box 360983
San Juan, PR 00936-0983

SAN JUAN PR 009

23 MAR 2019 PM 1 T



FOREVER / USA

RECEIVED & FILED
2019 MAR 25   PM 5:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States
District Court for the District
of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R.   00918-1767

00918@1703 C018

SRF 31030

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X
                                                              :
In re:                                                        :
                                                              :        RECEIVED & FILED
THE FINANCIAL OVERSIGHT AND                                   :        2019 MAR 25  PM 5: 41
MANAGEMENT BOARD FOR PUERTO RICO,                             :        CLERK'S OFFICE
                                                              :        PROMESA DISTRICT COURT
       as representative of                                   :        Title III SAN JUAN P.R.
                                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,                       :        Case No. 17-BK-3283 (LTS)
                                                              :
       Debtors.                                               :        (Jointly Administered)
                                                              :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JOSEPH  SIMEONE | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| JOE COPAKE @ GMAIL. COM | |
| Email Address | Email Address |
| | |

Address line 1

*155 LAKE SHORE DR.*

Address line 2

*COPAKE NY 12516*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89*

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: *Joseph Simeone*
Signature

*JOSEPH SIMEONE*
Print Name

_____
Title (if Participant is not an Individual)

*3/22/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Sunrise
Vill
As
P.C



Mr. Joseph Simeone
155 Lake Shore Dr
Copake, NY 12516

ALBANY NY 120

21 MAR 2019 PM 3 L

USA
FOREVER

RECEIVED
2019 MAR 25   PM 5: 41
CLERK'S OFFICE
U.S. DIST COURT
SAN JUAN

Clerk of US District Court
of Puerto Rico
Room 150
Federal Bldg
150 Carlos Chardon Ave
San Juan PR

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 40

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

```
---------------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :   Title III
                                              :
        as representative of                  :   Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :   (Jointly Administered)
                                              :
        Debtors.                              :
---------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                 **Counsel Contact Information (if any)**

MURRAY  TURKA
_____                                     _____
Participant Name                                            Firm Name (if applicable)

_____                                     _____
Contact Person (if Participant is not an individual)        Contact Person

MCTURKA@HARGRAY.Com
_____                                     _____
Email Address                                               Email Address

_____                                     _____

Address line 1

*421 Squire Pope Rd*

Address line 2

*Apt 408*

City, State Zip Code

*Hilton Head Isl, SC 29926*

Country

*Beaufort, SC    USA*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514L B 89*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _*Murray Turka*_____
    Signature

_*MURRAY TURKA*_____
Print Name

_____
Title (if Participant is not an Individual)

*3/22/19*_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Mr. Murray Turka
Apt. 408
421 Squire Pope Rd.
Hilton Head, SC 29926



The Clerk of The US District Court
For The District of Puerto Rico
Room 150    Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918$1703 C018

**\*THIS NOTICE MUST BE SERVED AND FILED NO LATER THAN APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

------------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

RECEIVED & FILED
2019 MAR 25  PM 5: 40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Hubert V. Stevens* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Sallya Huberts@centurylink.net* | |
| Email Address | Email Address |
| | |

Address line 1

*N4933 W. 11th St. N.*

Address line 2

*Ladysmith, WI 54848*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*745 14L D46*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By _____
      Signature

*Hubert V. Stevens*

Print Name

_____

Title (if Participant is not an Individual)

*3-22-2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Hubert & Sally Stevens**
N4933 W 11th St N
Ladysmith, WI 54848-9549



SAINT PAUL MN 550

22 MAR 2019 PM 3 L

The Clerk of the United States District Court for the District of Puerto,
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

00918-170399

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 25  PM 5: 40

CLERK'S OFFICE
U. S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------------X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND                 :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :      Title III

      as representative of                                  :      Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :      (Jointly Administered)
                                                               :
      Debtors.                                           :

------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

        The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| *Sally A. Stevens* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| sallyahuberts@centurylink.net | |
| Email Address | Email Address |
| | |

Address line 1

*N4933 W. 11th. St. N.*

Address line 2

*Ladysmith, WI 54848*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*745 14AL D46*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Sally A. Stevens*
Signature

*Sally A. Stevens*
Print Name

_____
Title (if Participant is not an Individual)

*3-22-2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Hubert & Sally Stevens**
N4933 W 11th St N
Ladysmith, WI 54848-9549

SAINT PAUL MN 550

22 MAR 2019 PM 3 1

RECEIVED & FILED
2019 MAR 25  PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court for the District of Puerto,
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

00918-170399

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
                                                       :
In re:                                                 :        RECEIVED & FILED
                                                       :        2019 MAR 25  PM 5: 40
THE FINANCIAL OVERSIGHT AND                            :        CLERK'S OFFICE
MANAGEMENT BOARD FOR PUERTO RICO,                      :        U.S DISTRICT COURT
                                                       :        PROMESA
                                                       :        Title III
          as representative of                         :
                                                       :        Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,                :
                                                       :        (Jointly Administered)
          Debtors.                                     :
------------------------------------------------------X
```

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| NEETA N. SHAH | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| NEETANSNAH @ ALTT. NET | |
| Email Address | Email Address |
| NEETANSHAH C ATT. NET | |

Address line 1

17 ASCOT GLEN COURT

Address line 2

_____

City, State Zip Code

IRMO, SC 29063

Country   USA

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**)

By: Neeta N. Shah

Signature

NEETA N. SHAH

Print Name

_____

Title (if Participant is not an Individual)

3.21.2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mrs. Neeta N. Shah
17 Ascot Glen Ct
Irmo, SC 29063



COLUMBIA SC 290

22 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 25   PM 5 40
CLERK'S OFFICE
U.S. DISTRICT COURT

Clark of the US Court, Dist of Puerto Room
150, Federal Bldg.
150 Carlos Chardon Ave
SAN JUAN. PR 00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

*Rec 3-7-19*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ACCOUNT #

------------------------------------------------------------------X
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :   Title III
                                                           :
          *as representative of*                   :   Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO *et al.*, :   (Jointly Administered)
                                                           :
          Debtors.                                 :
------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in**
**accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,*
*Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,*
*Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by*
*Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

JOAN C. PEACOCK
--------------------------------------          --------------------------------------
Participant Name                                     Firm Name (if applicable)

--------------------------------------          --------------------------------------
Contact Person (if Participant is not an individual)   Contact Person

--------------------------------------          --------------------------------------
Email Address                                        Email Address

--------------------------------------          --------------------------------------

| Address line 1 | Address line 1 |
|---|---|
| *1320 NW 43RD TER, #106* | |
| Address line 2 | Address line 2 |
| *LAUDERHILL FLORIDA 33313·5741* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        ☒  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                *74514LA80*

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Joan C. Peacock*
Signature

*Joan C. Peacock*
Print Name

_____
Title (if Participant is not an Individual)

*3-18-19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

JAX FL DSA 333

Presot
First Class Mail
ComBasPrice




U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 32809
02 4W
0000336726 MAR 22 2019

$ 000.38³

RECEIVED & FILED
2019 MAR 25  PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for Puerto Rico
Room # 150   Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

00918⌶1703 C018

Mrs. Joan C. Peacock
1320 NW 43rd Terrace, Apt. # 106
Lauderhill, Florida 33313-5741

U.S. POSTAGE

ZIP 32219
02 4W
0000354415 MAR 22 2019

$ 000.11

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO** 2019 MAR 25  PM 5: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :      Title III
                                                    :
            as representative of                    :      Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*           :      (Jointly Administered)
                                                    :
            Debtors.                                :
---------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**              **Counsel Contact Information (if any)**

Ronelle J. Melekai
_____                          _____
Participant Name                                         Firm Name (if applicable)


_____                          _____
Contact Person (if Participant is not an individual)     Contact Person

RonelleJ@AOL.com
_____                          _____
Email Address                                            Email Address


_____                          _____

SRF 30944

Address line 1

84575 Kili Dr.

Address line 2

Apt. 15

City, State Zip Code

Waianae, HI 96792

Country

USA

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country
_____

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         ___✓___ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

         (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                 74514LB63

         (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? ~~YES~~ or **NO** (please **circle one**).

By: _Ronelle J. Melekai_
Signature

_Ronelle J. Melekai_
Print Name

_____
Title (if Participant is not an Individual)

_March 17, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Ronelle J. Melekai
Apt 15
84-575 Kili Dr
Waianae, HI  96792-1593

HONOLULU HI 968

21 MAR 2019 PM 1 L

USA
FOREVER

RECEIVED & FILED
2019 MAR 25  PM 5: 40
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

The Clerk of the U.S. Dist. Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

```
-------------------------------------X
                                     :
In re:                               :
                                     :
THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                                     :
         as representative of        :   Case No. 17-BK-3283 (LTS)
                                     :
THE COMMONWEALTH OF PUERTO RICO et al., :  (Jointly Administered)
                                     :
         Debtors.                    :
-------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Henry E. RAAB | N/A |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| N/A | |

Address line 1                                    Address line 1

_200 Compromise Rd_

Address line 2                                    Address line 2

_Salem NJ 08079 -4015_

City, State Zip Code                              City, State Zip Code

_USA_

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_35 - 745 14L A31_
_45 - 745 14L A80_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

X   By:   _Henry E Raab_
           Signature

_Henry E Raab_
Print Name

_____
Title (if Participant is not an Individual)

X _March 21 2019_
   Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

HENRY RHAB
200 COMPROMISR RD
SALEM NJ 08079-4015

TRENTON NJ 085

21 MAR 2019 PM

FIRST-CLASS MAIL
Hasler
03/21/2019
US POSTAGE $000.50°
ZIP 07701
011E11681544

THE CLRRK of THE UNITED STATES DISTRICT
FOR DISTRICT of PUERTO RICO
ROOM 150

FEDRRAI BUILDING
150 CARLOS CHARDON AVE
SAN JUAN   PR

**THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                      :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :     Title III

       as representative of                              :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :     (Jointly Administered)

       Debtors.                                              :

------------------------------------------------------------------X

*RECEIVED & FILED
2019 MAR 25 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Raymund F. D. Foto*
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

*Urytcizfd@gmail.com*
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

| | |
|---|---|
| Address line 1 | Address line 1 |
| Address line 2 | Address line 2 |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       ✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

       (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Ruyal F. Ototo_
Signature

_Raymond F.D. Foto_
Print Name

_____
Title (if Participant is not an Individual)

_3-20-19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

11 Old Country Road
Oxford CT 06478

HARTFORD CT 061

22 MAR 2019 PM 7 L



FOREVER / USA

RECEIVED & FILED
2019 MAR 25   PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 - Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

00918-170399

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :      Title III
                                                            :
        as representative of                                :      Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                   :      (Jointly Administered)
                                                            :
        Debtors.                                            :
------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JERRY A. FINE TRUSTEE | |
| JERRY; PAULA FINE TRUST | |
| Participant Name | Firm Name (if applicable) |
| JERRY A. FINE | |
| Contact Person (if Participant is not an individual) | Contact Person |
| PFINE @ WI.RR.COM | |
| Email Address | Email Address |

Address line 1                                    Address line 1
_9133 N. BRIARWOOD CT_                            _____
Address line 2                                    Address line 2
_BAYSIDE, WI 53217_                               _____
City, State Zip Code                              City, State Zip Code

_____                  _____
Country _USA_                                     Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
                _745142863_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? (**YES**) or **NO** (please **circle one**).

By: _Jerry A. Fine_
    Signature

    _JERRY A. FINE_
    Print Name

    _TRUSTEE_
    Title (if Participant is not an Individual)

    _3/22/2019_
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

FINE
9133 N. BRIARWOOD CT
BAYSIDE, WI 53217

MILWAUKEE WI 530

22 MAR 2019 PM 5 L



USA
FOREVER

RECEIVED
2019 MAR 25  PM 5:40
CLERK'S OFFICE
DISTRICT COURT
SAN PR

Clerk of the U.S. District Court
For the District of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 25  PM 5: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :    Title III
                                               :
        as representative of                   :    Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :    (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JONATHAN THOMAS PERRY<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| JPERRY12NYC@ME.COM<br>Email Address | _____<br>Email Address |
| _____ | _____ |

| | |
|---|---|
| Address line 1 | Address line 1 |
| 435 East 57ᵗʰ Street | _____ |
| Address line 2 | Address line 2 |
| Apt 14 B | _____ |
| City, State Zip Code | City, State Zip Code |
| NYC, NY 10022 | _____ |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LD2Ø

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? ⬭YES⬭ or **NO** (please **circle one**).

By: _~~signature~~_
      Signature

_Jonathan Thomas Perry_
Print Name

_____
Title (if Participant is not an Individual)

3-22-2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**





MID-ISLAND
NY 117
22 MAR '19
PM 4 L

CLERK'S OFFICE
U.S. DISTRICT COURT
2019 MAR 25 PM 5 40
RECEIVED & FILED

The Clerk of the U.S. District Court
for the
District of Puerto Rico
Room 150 Federal building
150 Carlos Chardon AVE
San Juan, PR
00918-1762

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :
MANAGEMENT BOARD FOR PUERTO RICO,                               :

    as representative of                                        :

THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :

    Debtors.                                                    :

---------------------------------------------------------------X

RECEIVED & FILED

2019 MAR 25  PM 5: 40

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *Eileen Strong* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| eileenmariestrong@gmail.com | |
| Email Address | Email Address |

Address line 1

_12966 S. Lewis D._
Address line 2

_Mulvane, KS  67110_
City, State Zip Code

_Sedgwick_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

            _745 1 4 L 2    89_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Eileen Strong_
Signature

    _Eileen Strong_
Print Name

    _____
Title (if Participant is not an Individual)

    _3-20-19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Eileen Strong
10760 S Louis Dr
Mulvane, KS 67110

RECEIVED & FILED
2019 MAR 25   PM 5: 40
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.



WICHITA KS 670

21 MAR 2019 PM 2 L

The Clerk of the United States District Court
District of Puerto    Rm 150
Federal Building
150 Carlos Avenue
San Juan    P.R. 00918 - 1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------X
                                            :     RECEIVED & FILED
In re:                                      :
                                            :     2019 MAR 25  PM 5: 40
THE FINANCIAL OVERSIGHT AND                 :     CLERK'S OFFICE
MANAGEMENT BOARD FOR PUERTO RICO,           :     PROMESA DISTRICT COURT
                                            :     Title III  SAN JUAN P.R.
        as representative of                :
                                            :     Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,     :     (Jointly Administered)
                                            :
        Debtors.                            :
-------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *[signature]* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| NONE | |
| Email Address | Email Address |
| | |

| Address line 1 | Address line 1 |
| --- | --- |
| Address line 2 | Address line 2 |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　　＿X＿＿ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

　　　　＿＿＿＿ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　　(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

　　　　　74514-ZL-4
　　　　　74514-AB-0

　　　(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or ⟨NO⟩ (please *circle one*).

By: *Frank W. Dellacquila*
　　Signature

*FRANK W. DELLACQUILA*
Print Name

*OWNER*
Title (if Participant is not an Individual)

*March 29, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Mr. Frank Dellacquila
9607 Pacific Ave #5
Margate City, NJ 08402-2208

MIAMI FL 331
21 MAR 2019 PM 6 L

USA
FOREVER

MAR 21 2019

The Clerk of the United State District Court
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

----------------------------------------------------------------X

2019 MAR 25 PM 5: 40

In re:

CLERK'S OFFICE
U.S. DISTRICT COURT

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

PROMESA
Title III

as representative of

Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,

(Jointly Administered)

Debtors.

----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in**
**accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,*
*Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,*
*Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by*
*Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| Ben Pinkerton & JEBEL Enterprises LP. | |
| Participant Name | Firm Name (if applicable) |
| Ben Pinkerton | |
| Contact Person (if Participant is not an individual) | Contact Person |
| benjapink@gmail.com | |
| Email Address | Email Address |
| 4521 Evergreen St. | |

| | |
|---|---|
| Address line 1 | Address line 1 |
| 4521 Evergreen St. | |
| Address line 2 | Address line 2 |
| Bellaire TX 77401 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _Ben Pink____

Signature

Ben Pinkerton

Print Name

President

Title (if Participant is not an Individual)

3/20/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Mr. Ben Pinkerton**
4521 Evergreen St.
Bellaire, TX 77401



NORTH HOUSTON TX 773

21 MAR 2019 PM 9 L



RECEIVED & FILED
2019 MAR 25  PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the US District Court for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan  PR  00918-1767

00918-170399

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------X

In re:                                                         :

                                                               :

THE FINANCIAL OVERSIGHT AND                                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              :    Title III

                                                               :

        as representative of                                   :    Case No. 17-BK-3283 (LTS)

                                                               :

THE COMMONWEALTH OF PUERTO RICO *et al.,*                      :    (Jointly Administered)

                                                               :

        Debtors.                                               :

-------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

*Philip H. Weener*

Participant Name                                    Firm Name (if applicable)

Contact Person (if Participant is not an individual)    Contact Person

*Weener @ WNLLP. com*

Email Address                                       Email Address

Address line 1                                    Address line 1

5 887 Glenridge Dr NE
_____                 _____
Address line 2                                    Address line 2

Suite 275
_____                 _____
City, State Zip Code                              City, State Zip Code

Atlanta, GA USA 30328
_____                 _____
Country                                           Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         ✗         intends to **support** the relief requested in the Objection (i.e., Participant
         believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         _____ intends to **oppose** the relief requested in the Objection (i.e., Participant
         believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
     sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
     the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


     (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
           secondary market? **YES** or **NO** (please **circle one**).

By: _____
     Signature

     Philip N Weenor
     _____
     Print Name


     _____
     Title (if Participant is not an Individual)

     3-20-19
     _____
     Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



WEENER
& NATHAN LLP
ATTORNEYS AT LAW

5887 GLENRIDGE DRIVE, NE
SUITE 275
ATLANTA, GA 30328

Hasler
03/21/2019
US POSTAGE $000.50

FIRST-CLASS MAIL

ZIP 30328
011D10647530

The Clerk of the US District Court of PR
Room 150 — Federal Building
150 Carlos Chandon Ave
San Juan, Puerto Rico 00918-1767

RECEIVED
2019 MAR 25  PM 5:40
CLERK'S OFFICE
DISTRICT COU...
SAN JUAN PR

00918$1703 C018

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

---------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:
:

2019 MAR 25 PM 5: 40

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

RAY M Lamb
Participant Name

Contact Person (if Participant is not an individual)

JanLamb19@Live.com
Email Address

**Counsel Contact Information (if any)**

Ifs securities
Firm Name (if applicable)

Glenn Forester
Contact Person

glennforester@ifssecurities.com
Email Address

Address line 1

*PO Box 4*

Address line 2

*Mt. Lookout, WV 26678*

City, State Zip Code

*USA*

Country

Address line 1

*204, 37th Ave*

Address line 2

*Suite 429   St.Petersburg Fl*
*33704*

City, State Zip Code

*USA*

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Ray M. Lamb*

Signature

*RAY M Lamb*

Print Name

_____

Title (if Participant is not an Individual)

*3-18-19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr. & Mrs. Ray Lamb
P.O. Box 4
Mount Lookout, WV 26678

TAMPA FL 335
SAINT PETERSBURG FL
21 MAR 2019 PM 4 L

love FOREVER-USA      love FOREVER-USA

RECEIVED
2019 MAR 25  PM 5 40
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk U.S. District Court
District Court of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25 PM 5:39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X
In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :     Title III
                                                                :
            as representative of                                :     Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,        :     (Jointly Administered)
                                                                :
            Debtors.                                            :
-------------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**
_____                    _____
*Augustus R Glaser (Glaser)*
Participant Name                                      Firm Name (if applicable)

_____                    _____
Contact Person (if Participant is not an individual)  Contact Person

*Gus 9806@AOL.com*
Email Address                                         Email Address
_____                    _____

*6227 Meadow Grove*
Address line 1

Address line 1

_____
Address line 2

_____
Address line 2

*Windcrest TX 78239-2765*
City, State Zip Code

_____
City, State Zip Code

*USA*
Country

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LBG3*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By *Augustus R Glaser*
Signature

*Augustus R GLASER*
Print Name

_____
Title (if Participant is not an Individual)

*3/21/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**AUGUSTUS R GLASER**
6227 MEADOW GRV.
WINDCREST, TX 78239



SAN ANTONIO TX
RIO GRANDE DISTRICT
31 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 25  PM 5: 39
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

CLerK  US DisTricT CourT FoR The DisTricT PuerTo R.:
RooM 150  FederaL BLdg
150 CarLos ChaRdon Ave
San Juan,  PR  00918-1767

0091831703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 MAR 25  PM 5: 39

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

---------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND              :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :      Title III
                                         :
              as representative of       :      Case No. 17-BK-3283 (LTS)
                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :      (Jointly Administered)
                                         :
              Debtors.                   :
---------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| *ANTHONY E. SZAMBECKI* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *AESZAMBECKI @ HALLRICH. NET* | |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:6034-1   Filed:03/25/19   Entered:03/26/19 14:38:56   Desc:
Pro Se Notices of Participation   Page 135 of 154

SRF 31030

| Address line 1 | Address line 1 |
|---|---|
| P.O Box 671 | |
| Address line 2 | Address line 2 |
| Kent OH 44240 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LD46

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

A.E. SZAMBECKI
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Szambecki
P.O. Box 671
Kent, OH  44240



NEOPOST          FIRST-CLASS MAIL
03/20/2019
US POSTAGE $000.50⁰

ZIP 44224
041L11259864

RECEIVED & FILED
2019 MAR 25  PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for
the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918@1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

     Debtors.

-------------------------------------------------------X

     :
     :
     :
     :
     :
     :
     :
     :
     :
     :

RECEIVED & FILED

2019 MAR 25 PM 5: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

ThomasWTempleton , Nina Templeton
Participant Name

Contact Person (if Participant is not an individual)

ntemplet@gmail.com
Email Address

Broker
~~Counsel~~ Contact Information (if any)

RBC WealthManagement, Milwaukee Branch
Firm Name (if applicable)

Jeffrey Jaeger
Contact Person

jeffrey.jaeger@rbc.com
Email Address

Address line 1

1503 Carlson Dr
Address line 2

Blacksburg, VA 24060
City, State Zip Code

USA
Country

Address line 1

1000 N. Water St, Suite 1500
Address line 2

Milwaukee, WI 53202
City, State Zip Code

USA
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA56   ( Both Thomas + Nina Templeton's accounts include )

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please circle one).

By: *Thomas W. Templeton*   *Nina Templeton*
   Signature

Thomas W. Templeton   Nina Templeton
Print Name

_____
Title (if Participant is not an Individual)

3/21/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Templeton
150 S Carlson Dr
Blacksburg, VA 24060

RECEIVED & FILED
2019 MAR 25  PM 3: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



GREENSBURG NC 274
PIEDMONT TRIAD AREA
21 MAR 2019 PM 2 L

FOREVER / USA

The Clerk of the US District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Cheralon Ave
San Juan
Puerto Rico 00918 - 1767

00918-170399

SRF 37030

Case:17-03283-LTS   Doc#:6034-1   Filed:03/25/19   Entered:03/26/19 14:38:56   Desc:
Pro Se Notices of Participation   Page 140 of 154

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                               :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :     Title III

      as representative of                                 :     Case No. 17-BK-3283 (LTS)

                                                         :

THE COMMONWEALTH OF PUERTO RICO *et al.,*                 :     (Jointly Administered)

          Debtors.                                   :

-------------------------------------------------------------X

RECEIVED & FILED
2019 MAR 25   PM 5: 39
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

ROSALYN   TURKISH
Participant Name

 
Contact Person (if Participant is not an individual)

 
Email Address

**Counsel Contact Information (if any)**

FMS   BONDS INC
Firm Name (if applicable)

GARRY HUREWITZ
Contact Person

GHUREWITZ@FMS BONDS
Email Address

Address line 1

*166 W. 37 St*

Address line 2

*BAYONNE, N. J. 07002*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

⨯ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LB89     74514 L PT8*
*74514 LB M8     74514 L ZP5*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Rosalyn Turkish*
Signature

*ROSALYN   TURKISH*
Print Name

_____
Title (if Participant is not an Individual)

*3/2/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**bonds, Inc.**
**Municipal Bond Specialists**

The FMSbonds Building
20660 W. Dixie Highway
North Miami Beach, FL 33180



Hasler          FIRST-CLASS MAIL
03/21/2019
US POSTAGE $000.50⁰

ZIP 33180
011E11678897



**The Clerk of The United States District Court**
**for the District of Puerto Rico**
**Room 150**
**Federal Building**
**150 Carlos Chardon Avenue**
**San Juan, Puerto Rico PR 00918-1767**

0091801703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------------------X
                                                          :
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :     Title III
                                                          :
         as representative of                             :     Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,                   :     (Jointly Administered)
                                                          :
         Debtors.                                         :
----------------------------------------------------------X
```

RECEIVED & FILED

2019 MAR 25 PM 5: 39

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Linda Nowacek | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| lindanowacek@hotmail.com | |
| Email Address | Email Address |
| | |

Address line 1

*11022 E. Raintree Dr.*
Address line 2

*Scottsdale AZ 85255*
City, State Zip Code

*USA*
Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).


By: *Linda Nowacek*
Signature

*Linda Nowacek*
Print Name

_____
Title (if Participant is not an Individual)

*March 21, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Linda Nowacek
11022 E Raintree Dr
Scottsdale, AZ 85255

PHOENIX AZ 852

22 MAR 2019 PM 5 L

USA
FOREVER

RECEIVED & FILED
2019 MAR 25   PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District
Court for the District of Puerto Rico
Room 159, Federal Building
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

00918-170399

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 25  PM 5: 39

CLERK'S OFFICE
U.S DISTRICT COURT
PROMESA  JUAN P.R

------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

    Debtors.

------------------------------------------------------------------X

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Lee Winthrop*

Participant Name

Contact Person (if Participant is not an individual)

*lee winthrop @ ymail. com*

Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1  ⟵

Address line 2  ⟵

City, State Zip Code  ⟵

Country  ⟵

Address line 1
933 NORthwood BLVD. #21
Address line 2
The Pointe CONDO
City, State Zip Code
Incline Village, NV 89451
Country
USA

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Lee Winthrop
Print Name

_____
Title (if Participant is not an Individual)

3/20/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

L. WINTHROP
933 NORTHWOOD BLVD. #21
Inchne Village, NV. 89451

PHOENIX AZ 852

22 MAR 2019 PM 3 L

RECEIVED & FILED
2019 MAR 25  PM 5 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk of the U.S. District Court for Puerto Rico
Room # 150 FEDERAL BUILDING
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

00918-170399

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X
                                    :

In re:                         :

THE FINANCIAL OVERSIGHT AND     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :     Title III
                                      :

      as representative of          :     Case No. 17-BK-3283 (LTS)
                                      :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)
                                      :

      Debtors.                   :
---------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *EDITH HOFFMAN* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

SRF 30944

| | |
|---|---|
| Address line 1 | Address line 1 |
| Address line 2 | Address line 2 |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ✔ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

      *60 M Cusip 74514LB63*
      *45 M Cusip 74514LB89*

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Edith Hoffman*
Signature

*EDITH   HOFFMAN*
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

RBC

200 Nyala Farms Road
Suite One
Westport, CT 06880-6265

RBC Wealth Management

WESTCHESTER
NY 105
22 MAR '19
PM 11

UNITED STATES POSTAGE
PITNEY BOWES

02 1P
0001976746        MAR 21 2019
$ 000.50⁰
MAILED FROM ZIP CODE 06880

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918$1703 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND                  :
MANAGEMENT BOARD FOR PUERTO RICO,            :

      as representative of                               :

THE COMMONWEALTH OF PUERTO RICO *et al.*,    :

      Debtors.                                        :

----------------------------------------------------------X

RECEIVED & FILED

2019 MAR 25  PM 5: 39

PROMESA
Title III CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Eleanor Kopley | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Case:17-03283-LTS Doc#:6034-1 Filed:03/25/19 Entered:03/26/19 14:38:56 Desc:
Pro Se Notices of Participation Page 153 of 154

SRF 31030

Address line 1

39 Woodlawn Terrace

Address line 2

Cedar Grove, NJ 07009-1519

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L-D2-0

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please circle one).

By: *Eleanor Kopley*

Signature

Eleanor Kopley

Print Name

_____

Title (if Participant is not an Individual)

3/21/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



U.S. POSTAGE ▶▶ PITNEY BOWES
ZIP 33401
02 4W
0000349550 MAR. 19. 2019
$ 000.50⁰



**Wealth Management**

City Place Tower Suite 800
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6349



The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918@1703 C018