Mar 12 19 01:40p    Peter and Barbara Dutko                        203-746-2281           p.2
Case:17-03283-LTS    Doc#:6035-1    Filed:03/25/19    Entered:03/26/19 15:08:08    Desc:
Pro Se Notices of Participation    Page 1 of 56

SRF 31030

## *THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILE

2019 MAR 25  PM 5: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III
                                          :
        as representative of              :    Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :    (Jointly Administered)
                                          :
        Debtors.                          :
------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Scott Murtha
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Mar 12 19 01:48p     Peter and Barbara Dutko     203-748-2281     p.3

Case:17-03283-LTS   Doc#:6035-1   Filed:03/25/19   Entered:03/26/19 15:08:08   Desc:
Pro Se Notices of Participation     Page 2 of 56

SRF 31030

2

Address line 1

8 Willow Place

Address line 2

Glen Head, NY 11545-1562

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L-D2-0

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:  _Scott Murtha_
     Signature

_Scott Murtha_
Print Name

_____
Title (if Participant is not an Individual)

3/20/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.



**Wealth Management**

City Place Tower Suite 800
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6349



U.S. POSTAGE PITNEY BOWES

ZIP 33401
02 4W
0000349550 MAR 19 2019
$ 000.50⁰



The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

OO9i8Ei7OG CO18

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

-------------------------------------------------------------------X

2019 MAR 25  PM 5: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

In re:                                    :

THE FINANCIAL OVERSIGHT AND               :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :     Title III
                                          :
        as representative of              :     Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,* :     (Jointly Administered)
                                          :
        Debtors.                          :
-------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| CHARLES STROGER | |
| LOIS STROGER | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| LOISANDCHARLIE @ YAHOO. Com | |
| Email Address | Email Address |

Address line 1

*555 North Ave    Apt 4E*

Address line 2

*Fort Lee  N J  07024*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514L B89*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: *Charles Stroger*

Signature

*CHARLES STROGER*

Print Name

_____

Title (if Participant is not an Individual)

*3-7-19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Mr Charles Stroger
555 North Ave Apt 4E
Fort Lee, NJ 07024

NEOPOST          FIRST-CLASS MAIL

03/21/2019     $000.50⁰
US POSTAGE



ZIP 07601
041L10400690

RECEIVED & FILED
2019 MAR 25   PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF U.S. DISTRICT COURT
FOR DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, P.R. 00918-1767

00918$1703 C018

SRF 30944

RECEIVED & FILED

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\*
2019 MAR 25 PM 4: 18

UNITED STATES DISTRICT COURT CLERK'S OFFICE
FOR THE DISTRICT OF PUERTO RICO DISTRICT COURT
SAN JUAN, P.R.

----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

----------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Jeffrey Mayper & Margaret Mayper
Participant Name

_____
Contact Person (if Participant is not an individual)

Jeffmayper@gmail.com
Email Address

281-935-4058

**Counsel Contact Information (if any)**

Morgan Stanley
Firm Name (if applicable)

Sarah Meade Wood
Contact Person

SM.Wood@ms.com
Email Address

713-965-8006

1

SRF 30944

7118 westmoreland Dr

Address line 1

2800 Post Oak Blud, 1800

Address line 1

Address line 2

Address line 2

Sarasota, FL 34243
City, State Zip Code

Houston, TX 77056
City, State Zip Code

USA
Country

U.S.A.
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514AB89    - $25,000. ⇒  BOND
74514LQA8    - $5,000. ⇒  BOND

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: _____
   Signature

Jeffrey May per
Print Name

Account Owner
Title (if Participant is not an Individual)

3/21/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**POSITIONS: Product Type View**
As of 08:59 AM EDT, 03/20/2019

REDACTED

ECL MSSB FBO JEFFREY MAYPER &
MARGARET MAYPER JT TEN
AAA Joint / Tenant Right-Surv
Prev. Close Assets: $2,237,380.04 / Reserved
Prestige

ECL MSSB FBO JEFFREY MAYPER &
MARGARET MAYPER JT TEN
7118 WESTMORELAND DRIVE
SARASOTA FL 34243-1433
(941) 351-8102 (H) | jeffmayper@gmail.com

Morgan Stanley

**POSITIONS: 109**

| ACCT VALUE($) | CHANGE($) | CHANGE(%) | WEALTH MGMT. NET CASH | CASH,MMF & BDP($) | SAVINGS AND TIME DEPOSITS($) | PRICED SECURITIES($) | COST($) | GAIN LOSS($) |
|---|---|---|---|---|---|---|---|---|
| 2,237,380.04 | 0.00 | 0.00 | 34.11 | 34.11 | 0.00 | 2,237,345.93 | 2,021,448.42 | 44,385.10 |

**CASH, MMF AND BDP | POSITIONS 2 | $34.11**

| Symbol/CUSIP | Security Description | Market Value ($) | Accrued Int ($) | YTD Int. Paid | YTD Tax Withheld | APY | % Of Portfolio |
|---|---|---|---|---|---|---|---|
| - | Cash | -20,958.81 | - | - | - | - | -0.94 |
| BDPS | MORGAN STANLEY BANK N.A. | 20,992.92 | 1.20 | 2.97 | 0.00 | 0.15 | 0.94 |
| **Totals Cash, MMF and BDP** | | **$34.11** | **$1.20** | **$2.97** | **$0.00** | | **0.00** |
| Wealth Mgmt. Net Cash $34.11 | | | | | | | |

**STOCK / OPTIONS | POSITIONS 6 | $178,315.86**

| Symbol/CUSIP | Security Description | Quantity | Price ($) | Market Value ($) | Total Adjusted Cost ($) | G/L ($) | % Of Portfolio | Div Re/ CG Re |
|---|---|---|---|---|---|---|---|---|
| ACB | AURORA CANNABIS INC | 400.000 | 9.960 | 3,984.00 | 854.79 | 3,129.21 | 0.18 | N/A |
| COP | CONOCOPHILLIPS | 239.957 | 67.350 | 16,161.10 | 10,905.63 | 5,255.47 | 0.72 | R/R |
| CVX | CHEVRON CORP | 721.118 | 125.280 | 90,341.66 | 55,622.13 | 34,719.53 | 4.04 | R/R |
| GSAT | GLOBALSTAR INC | 18.000 | 0.458 | 8.25 | | | 0.00 | N/A |
| PSX | PHILLIPS 66 COM | 94.780 | 98.890 | 9,372.79 | 2,418.44 | 6,954.35 | 0.42 | R/R |
| XOM | EXXON MOBIL CORP | 722.741 | 80.870 | 58,448.06 | 48,299.33 | 10,148.73 | 2.61 | R/R |
| **Totals Stock / Options** | | | | **$178,315.86** | **$118,100.32** | **$60,207.29** | **7.97** | |

**EXCHANGE-TRADED / CLOSED-END FUNDS / OPTIONS | POSITIONS 3 | $39,226.37**

| Symbol/CUSIP | Security Description | Quantity | Price ($) | Market Value ($) | Total Adjusted Cost ($) | G/L ($) | % Of Portfolio | Div Re/ CG Re |
|---|---|---|---|---|---|---|---|---|
| EIM | EATON VANCE MUNICIPAL BOND FUN | 1,364.557 | 12.000 | 16,374.68 | 18,970.74 | -2,596.06 | 0.73 | C/C |
| ERC | WELLS FARGO MULTI-SECTOR INC | 1.534 | 12.090 | 18.55 | 21.12 | -2.57 | 0.00 | R/R |
| NAC | NUVEEN CA QUALITY MUN INC FD | 1,697.000 | 13.455 | 22,833.14 | 23,943.93 | -1,110.79 | 1.02 | C/C |
| **Totals Exchange-Traded / Closed-End Funds / Options** | | | | **$39,226.37** | **$42,935.79** | **-$3,709.42** | **1.75** | |

**MUTUAL FUNDS | POSITIONS 5 | $220,103.30**

| Symbol/CUSIP | Security Description | Quantity | Price ($) | Market Value ($) | Total Adjusted Cost ($) | G/L ($) | Net Value Incr/Decr ($) | % Of Portfolio | Div Re/ CG Re |
|---|---|---|---|---|---|---|---|---|---|
| CAIBX | AMERICAN CAP INC BUILDER A | 58.010 M | 60.340 | 3,500.32 | 3,511.92 | -11.60 | 1,589.51 | 0.16 | R/R |
| RTCEX | COLUMBIA STRAT MUNI INCOME C | 7,483.208 M | 3.980 | 29,783.17 | 29,580.74 | 202.43 | 1,883.17 | 1.33 | R/R |
| PCOXX | FEDERATED PRME CSH OBLGTN WS | 171,504.160 M | 1.000 | 171,504.16 | | | | 7.67 | R/R |
| LARCX | LORD ABBETT FLT RT C | 525.762 M | 8.920 | 4,689.80 | 5,000.00 | -310.20 | 794.16 | 0.21 | C/C |
| ARMZX | WESTERN ASSET ADJ RATE INC A | 1,172.831 M | 9.060 | 10,625.85 | 11,281.09 | -655.24 | 854.77 | 0.47 | R/R |
| **Totals Mutual Funds** | | | | **$220,103.30** | **$49,373.75** | **-$774.61** | **$5,121.61** | **9.84** | |

**CORPORATE FIXED INCOME | POSITIONS 1 | $5,947.00**

| Symbol/CUSIP | Security Description | Quantity | Moody's/ Underlying Moody's | S&P/ Underlying S&P | Maturity Date Call Date | Coupon Call Price | Price ($) | Market Value ($) | Accrued Int ($) | Total Adjusted Cost ($) | G/L ($) | % Of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 879240AR0 | COMCAST CABLE HOLDINGS LLCCoupon 9.88% Mature 06/15/2022(TF528) | 5,000.000 | A3 | N/A | 06/15/2022 | 9.875 | 118.940 | 5,947.00 | 128.92 | 5,000.00 | 947.00 | 0.27 |
| **Totals Corporate Fixed Income** | | **5,000.000** | | | | | | **$5,947.00** | **$128.92** | **$5,000.00** | **$947.00** | **0.27** |

M = Position purchased on Margin, S = Short Position, E = External Account, C = Reinvest None, R = Reinvest, P = Reinvest Principal (UIT's), I = Reinvest Income (UIT's), RTH = Recommend to Hold, O = Open Order, SK = Position held in Safekeeping

**POSITIONS: Product Type View**
As of 08:59 AM EDT, 03/20/2019

Case:17-03283-LTS Doc#:6035-1 Filed:03/25/19 Entered:03/26/19 15:08:08 Desc:

ECL MSSB FBO JEFFREY MAYPER &
MARGARET MANFRED (PR) of Participation Page 10 of 56
REDACTED AAA Joint / Tenant Right-Surv

Morgan Stanley

**MUNICIPAL BONDS | POSITIONS 92 | $1,793,753.40**

| Symbol/CUSIP | Security Description | Quantity | Moody's/ Underlying Moody's | S&P/ Underlying S&P | Maturity Date Call Date | Coupon Call Price | Price ($) | Market Value ($) | Accrued Int ($) | Total Adjusted Cost ($) | G/L ($) | % Of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01757LER3 | ALLEN CNTY OHIO HOSP FACS REV REF IMPT CATHOLIC HLTH PRTNR-ACoupon 5.00% Mature 05/01/2042 (B7MX4) | 10,000.000 | A2 | A+ | 05/01/2042 05/01/2022 c | 5.000 100.000 | 106.023 | 10,602.30 | 191.67 | 9,996.30 | 606.00 | 0.47 |
| 037877CN5 | APPLE VALLEY CALIF REDEV AGY TAX ALLOC REV PROJ AREA NO 2Coupon 5.00% Mature 06/01/2037 (L1220) Insurance Co: AMBAC | 20,000.000 | N/A | BBB+ /BBB+ | 06/01/2037 04/19/2019 c | 5.000 100.000 | 100.040 | 20,008.00 | 300.00 | 20,000.00 | 8.00 | 0.89 |
| 040588XT7 | ARIZONA ST CTFS PARTN REV SER-ACoupon 5.25% Mature 10/01/2026 (VU532) Insurance Co: ASSURED GUARANTY MUNICIPAL CORP | 20,000.000 | AA3 /AA3 | AA /AA- | 10/01/2026 10/01/2019 c | 5.250 100.000 | 101.910 | 20,382.00 | 490.00 | 20,550.63 | -168.63 | 0.91 |
| 040624AV0 | ARIZONA ST LOTTERY REV-ACoupon 5.00% Mature 07/01/2023 (BGP41) Insurance Co: ASSURED GUARANTY MUNICIPAL CORP | 5,000.000 | AA3 /AA3 | AA+ /AA+ | 07/01/2023 01/01/2020 c | 5.000 100.000 | 102.560 | 5,128.00 | 54.17 | 5,164.58 | -36.58 | 0.23 |
| 047870PJ3 | ATLANTA GA WTR & WASTE WTR REV-BCoupon 5.38% Pre-Ref 11/01/2019 @ 0 {C3L09} Insurance Co: AGMC FORMERLY FSA | 30,000.000 | AA2 /AA2 | AA /NR | 11/01/2039 11/01/2019 c | 5.375 100.000 | 102.310 | 30,693.00 | 618.12 | 30,841.83 | -148.83 | 1.37 |
| 072024MM1 | BAY AREA TOLL AUTH CA SAN FRANBAY AREA TOLL BRIDGE REV F-1Coupon 5.25% Pre-Ref 04/01/2019 @ 0 (SX597) | 5,000.000 | AA3 | AA | 04/01/2023 04/01/2019 c | 5.250 100.000 | 100.107 | 5,005.35 | 122.50 | 5,007.56 | -2.21 | 0.22 |
| 072024MV1 | BAY AREA TOLL AUTH CA SAN FRANBAY AREA TOLL BRIDGE REV F-1Coupon 5.00% Pre-Ref 04/01/2019 @ 0 (SX605) | 10,000.000 | AA3 | AA | 04/01/2034 04/01/2019 c | 5.000 100.000 | 100.100 | 10,010.00 | 233.33 | 10,010.76 | -0.76 | 0.45 |
| 088281BW9 | BEXAR CNTY TEX CTFS OBLIG SER-A ID 08-01-09Coupon 5.00% Pre-Ref 06/15/2019 @ 0 (A73ZR) | 25,000.000 | AAA | AAA | 06/15/2029 06/15/2019 c | 5.000 100.000 | 100.800 | 25,200.00 | 326.39 | 25,236.30 | -36.30 | 1.13 |
| 115065VT8 | BROWARD CO FLA SCH BRD COPS REV SER-ACoupon 5.13% Pre-Ref 07/01/2019 @ 0 (SJ914) Insurance Co: ASSURED GUARANTY CORP FORMERLY ACE GTY | 15,000.000 | AA3 /AA3 | AA /A+ | 07/01/2026 07/01/2019 c | 5.125 100.000 | 100.975 | 15,146.25 | 166.56 | 15,163.70 | -17.45 | 0.68 |
| 13033W4H3 | CALIFORNIA INFRASTR & ECON DEVBK REF REV PEPPERDINE UNIVCoupon 5.00% Pre-Ref 11/01/2019 @ 0 (AR3V2) | 15,000.000 | AA3 | N/A | 11/01/2026 11/01/2019 c | 5.000 100.000 | 102.163 | 15,324.45 | 287.50 | 15,385.36 | -60.91 | 0.68 |
| 13063DGH5 | CALIFORNIA S GENL OBLIGCoupon 6.00% Pre-Ref 04/01/2019 @ 0 (A64B7) | 15,000.000 | AA3 | AA+ | 04/01/2038 04/01/2019 c | 6.000 100.000 | 100.127 | 15,019.05 | 420.00 | 15,022.45 | -3.40 | 0.67 |
| 13077CTA2 | CALIFORNIA ST UNIV TRUSTEES SYSTEMWIDE REV SER-ACoupon 5.38% Pre-Ref 05/01/2019 @ 0 (AU439) | 25,000.000 | AA2 | AA- | 11/01/2029 05/01/2019 c | 5.375 100.000 | 100.433 | 25,108.25 | 515.10 | 25,132.11 | -23.86 | 1.12 |
| 167505PA8 | CHICAGO ILL BRD ED DEDICATED REV-ACoupon 5.00% Mature 12/01/2041 (B8W58) | 20,000.000 | B2 | B+ | 12/01/2041 12/01/2021 c | 5.000 100.000 | 100.667 | 20,133.40 | 300.00 | 20,170.32 | -36.92 | 0.90 |
| 167505PL4 | CHICAGO ILL BRD ED REV-ACoupon 5.00% Mature 12/01/2042 (A6K2M) | 70,000.000 | B2 | B+ | 12/01/2042 12/01/2022 c | 5.000 100.000 | 100.865 | 70,605.50 | 1,050.00 | 71,582.70 | -977.20 | 3.16 |
| 1675016K6 | CHICAGO ILL BRD ED SER-BCoupon 4.50% Mature 12/01/2036 (G8551) Insurance Co: AGMC FORMERLY FSA | 10,000.000 | A2 /B2 | AA /B+ | 12/01/2036 04/19/2019 c | 4.500 100.000 | 100.540 | 10,054.00 | 135.00 | 10,000.00 | 54.00 | 0.45 |
| 167505NY8 | CHICAGO ILL BRD OF ED GENL OBLIG SER-FCoupon 5.00% Mature 12/01/2031 (A2L33) | 10,000.000 | B2 | B+ | 12/01/2031 12/01/2020 c | 5.000 100.000 | 101.126 | 10,112.60 | 150.00 | 9,888.70 | 223.90 | 0.45 |
| 167486EZ8 | CHICAGO ILL GENL OBLIG LIBRARYSER-DCoupon 5.00% Mature 01/01/2039 (P8278) | 30,000.000 | BA1 | BBB+ | 01/01/2039 04/19/2019 c | 5.000 100.000 | 100.170 | 30,051.00 | 325.00 | 30,000.00 | 51.00 | 1.34 |
| 167486DS5 | CHICAGO ILL GENL OBLIG PROJ & REF SER-CCoupon 5.00% Mature 01/01/2034 (P8287) | 5,000.000 | BA1 | BBB+ | 01/01/2034 04/19/2019 c | 5.000 100.000 | 100.190 | 5,009.50 | 54.17 | 5,000.00 | 9.50 | 0.22 |

M = Position purchased on Margin, S = Short Position, E = External Account, C = Reinvest None, R = Reinvest, P = Reinvest Principal (UIT's), I = Reinvest Income (UIT's), RTH = Recommend to Hold, O = Open Order,
SK = Position held in Safekeeping

ECI_MSSB_TBO JEFFREY MAYPER &
MARGARET DANGELO FBO
:REDACTED  AAA Joint / Tenant Right-Surv

## MUNICIPAL BONDS (CONTINUED)

| Symbol/CUSIP | Security Description | Quantity | Moody's/ Underlying Moody's | S&P/ Underlying S&P | Maturity Date Call Date | Coupon Call Price | Price ($) | Market Value ($) | Accrued Int ($) | Total Adjusted Cost ($) | G/L ($) | % Of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17741RCQ9 | CITRUS CALIF CMNTY COLLEGE DISTCoupon 5.25% Pre-Ref 06/01/2019 @ 0 (B0XQ2) | 20,000.000 | AA2 | AA | 06/01/2025 06/01/2019 c | 5.250 100.000 | 100.744 | 20,148.80 | 315.00 | 20,164.97 | -16.17 | 0.90 |
| 190813NE1 | COBB CNTY GA KENNESTONE HOSP AUTH REV ANTICS CTFSCoupon 4.75% Mature 04/01/2041 (B3NT7) | 10,000.000 | A2 | A | 04/01/2041 04/01/2021 c | 4.750 100.000 | 103.561 | 10,356.10 | 221.67 | 9,961.89 | 394.21 | 0.46 |
| 19648ADD4 | COLORADO HEALTH FACS AUTH REVCoupon 5.00% Mature 09/01/2036 (B7G7Y) | 40,000.000 | BAA1 | BBB+ | 09/01/2036 04/19/2019 c | 5.000 100.000 | 100.977 | 40,390.80 | 100.00 | 40,000.00 | 390.80 | 1.81 |
| 19648ADG7 | COLORADO HEALTH FACS AUTH REV SER-ACoupon 4.75% Mature 09/01/2040 (F7449) | 10,000.000 | BAA1 | BBB+ | 09/01/2040 04/19/2019 c | 4.750 100.000 | 100.025 | 10,002.50 | 23.75 | 9,937.94 | 64.56 | 0.45 |
| 19648ADF9 | COLORADO HEALTH FACS AUTH REV SER-ACoupon 4.63% Mature 09/01/2039 (K9422) | 10,000.000 | BAA1 | BBB+ | 09/01/2039 04/19/2019 c | 4.625 100.000 | 100.133 | 10,013.30 | 23.13 | 10,000.00 | 13.30 | 0.45 |
| 19648ATD7 | COLORADO HLTH FACS AUTH REV-A SISTERS OF CHARITY HLTH SYSCoupon 5.25% Mature 01/01/2025 (A5H3J) | 40,000.000 | AA3 | AA- | 01/01/2025 01/01/2020 c | 5.250 100.000 | 102.642 | 41,056.80 | 455.00 | 41,077.40 | -20.60 | 1.84 |
| 283353PJ3 | EL MONTE CALIF UN HIGH SCH DIST-ACoupon 5.50% Pre-Ref 06/01/2019 @ 0 (B4L1F) Insurance Co: ASSURED GUARANTY CORP FORMERLY ACE GTY | 5,000.000 | AA3 /AA3 | AA /A+ | 06/01/2034 06/01/2019 c | 5.500 100.000 | 100.783 | 5,039.15 | 82.50 | 5,041.43 | -2.28 | 0.23 |
| 346786AG1 | FORT BEND CNTY TEX INDL DEV CORP INDL DEV REV ID 05-03-12Coupon 4.75% Mature 05/01/2038 (C3ST3) | 25,000.000 | BAA3 | N/A | 05/01/2038 11/01/2022 c | 4.750 100.000 | 102.359 | 25,589.75 | 455.21 | 25,351.78 | 237.97 | 1.14 |
| 394334CU8 | GREENE CNTY AL OID GENL OBLIGCoupon 4.63% Mature 02/01/2037 (BT70U) Insurance Co: ASSURED GUARANTY CORP FORMERLY RADIAN | 5,000.000 | A3 | A | 02/01/2037 04/19/2019 c | 4.625 100.000 | 100.089 | 5,004.45 | 30.83 | 5,000.00 | 4.45 | 0.22 |
| 427101FE5 | HERCULES CALIF REDEV AGY TAX ALLOCATION HERCULES MERGED PJ-ACoupon 4.63% Mature 08/01/2037 (NF600) Insurance Co: AMBAC | 20,000.000 | N/A | N/A | 08/01/2037 04/19/2019 c | 4.625 100.000 | 100.562 | 20,112.40 | 123.33 | 19,840.85 | 271.55 | 0.90 |
| 44244CHU4 | HOUSTON TEX UTIL SYS REV REFCoupon 5.13% Pre-Ref 05/15/2019 @ 0 (AU68E) Insurance Co: ASSURED GUARANTY CORP FORMERLY ACE GTY | 95,000.000 | AA2 /AA2 | AA /NR | 11/15/2032 05/15/2019 c | 5.125 100.000 | 100.525 | 95,498.75 | 1,677.01 | 95,608.44 | -109.69 | 4.27 |
| 45200BYA0 | ILLINOIS FIN AUTH REVCoupon 5.00% Mature 04/01/2021 (BU92G) | 5,000.000 | BAA3 | | 04/01/2021 04/19/2019 c | 5.000 100.000 | 100.074 | 5,003.70 | 116.67 | 5,000.00 | 3.70 | 0.22 |
| 452152JX0 | ILLINOIS S OIDCoupon 4.50% Mature 01/01/2037 (A29TE) | 10,000.000 | BAA3 | BBB- | 01/01/2037 01/01/2022 c | 4.500 100.000 | 99.872 | 9,987.20 | 97.50 | 10,070.48 | -83.28 | 0.45 |
| 452152E64 | ILLINOIS S OIDCoupon 4.00% Mature 06/01/2037 (EJ31X) | 50,000.000 | BAA3 | BBB- | 06/01/2037 06/01/2026 c | 4.000 100.000 | 93.924 | 46,962.00 | 600.00 | 51,162.72 | -4,200.72 | 2.10 |
| 485425JX1 | KANSAS ST DEV FIN AUTH LEASE REV MEDICAL OFFICE BLDG PJ-OCoupon 5.00% Mature 06/15/2038 (B22EZ) | 25,000.000 | AA3 | | 06/15/2038 06/15/2019 c | 5.000 100.000 | 100.672 | 25,168.00 | 326.39 | 25,204.52 | -36.52 | 1.12 |
| 52385LBQ1 | LEE MEM HEALTH SYS FLA HOSP REVCoupon 5.25% Mature 04/01/2035 (T7288) Insurance Co: SECONDARY MKT NATL (FORMERLY MBIA) | 30,000.000 | A2 /A2 | A+ /A+ | 04/01/2035 04/19/2019 c | 5.250 100.000 | 101.944 | 30,583.20 | 735.00 | 30,000.00 | 583.20 | 1.37 |
| 544587RM2 | LOS ANGELES CALIF MUN IMPT CORP LEASE REVCoupon 5.25% Pre-Ref 04/01/2019 @ 0 (QY588) Insurance Co: ASSURED GUARANTY CORP FORMERLY ACE GTY | 40,000.000 | AA3 /AA3 | AA /AA- | 04/01/2025 04/01/2019 c | 5.250 100.000 | 100.107 | 40,042.80 | 980.00 | 40,057.10 | -14.30 | 1.79 |
| 544587RQ3 | LOS ANGELES CALIF MUN IMPT CORP LEASE REV SER-BCoupon 5.50% Pre-Ref 04/01/2019 @ 0 (QY352) Insurance Co: ASSURED GUARANTY CORP FORMERLY ACE GTY | 45,000.000 | AA3 /AA3 | AA /AA- | 04/01/2039 04/01/2019 c | 5.500 100.000 | 100.113 | 45,050.85 | 1,155.00 | 45,061.92 | -11.07 | 2.01 |

M = Position purchased on Margin, S = Short Position, E = External Account, C = Reinvest None, R = Reinvest, P = Reinvest Principal (UIT's), I = Reinvest Income (UIT's), RTH = Recommend to Hold, O = Open Order,
SK = Position held in Safekeeping

Page 3 of 9

**POSITIONS: Product Type View**
As of 08:59 AM EDT, 03/20/2019

REDACTED AAA Joint / Tenant Right-Surv

Morgan Stanley

**MUNICIPAL BONDS (CONTINUED)**

| Symbol/CUSIP | Security Description | Quantity | Moody's/ Underlying Moody's | S&P/ Underlying S&P | Maturity Date Call Date | Coupon Call Price | Price ($) | Market Value ($) | Accrued Int ($) | Total Adjusted Cost ($) | G/L ($) | % Of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 548646BA5 | LOWER VY WTR DIST TEX UTIL SYSREVCoupon 4.50% Mature 09/15/2032 (BYT97) Insurance Co: AMBAC | 10,000.000 | N/A | AA-/AA- | 09/15/2032 04/19/2019 c | 4.500 100.000 | 100.209 | 10,020.90 | 5.00 | 10,000.00 | 20.90 | 0.45 |
| 56042RFJ6 | MAINE HEALTH HIGHER EDU FACS AUTH HEALTHCARE SYS REV-ACoupon 5.00% Mature 07/01/2046 (A201A) | 30,000.000 | BA1 | BBB | 07/01/2046 07/01/2026 c | 5.000 100.000 | 106.847 | 32,054.10 | 325.00 | 30,525.43 | 1,528.67 | 1.43 |
| 56781RBZ9 | MARIN CNTY CALIF CMNTY CLGE DIST SER-BCoupon 5.00% Pre-Ref 08/01/2019 @ 0 (QS578) | 15,000.000 | AAA | AAA | 08/01/2038 08/01/2019 c | 5.000 100.000 | 101.290 | 15,193.50 | 100.00 | 15,206.18 | -12.68 | 0.68 |
| 567833EG9 | MARIN CO CA CTFS PARTN REV CAPIMPT PROJCoupon 4.75% Mature 08/01/2031 (BM383) Insurance Co: AMBAC | 5,000.000 | AA1 /AA1 | N/A | 08/01/2031 04/19/2019 c | 4.750 100.000 | 100.229 | 5,011.45 | 31.67 | 4,699.75 | 311.70 | 0.22 |
| 57586ELV1 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH REV SER-DCoupon 5.00% Mature 07/01/2039 (BJ66L) | 15,000.000 | BAA1 | BBB+ | 07/01/2039 07/01/2019 c | 5.000 100.000 | 100.867 | 15,130.05 | 162.50 | 15,141.03 | -10.98 | 0.68 |
| 57586ENJ6 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH REV SER-J-1Coupon 5.00% Pre-Ref 07/01/2019 @ 0 (VQ696) | 20,000.000 | AA3 | AA- | 07/01/2034 07/01/2019 c | 5.000 100.000 | 100.941 | 20,188.20 | 216.67 | 20,213.09 | -24.89 | 0.90 |
| 57586CXJ9 | MASSACHUSETTS ST HEALTH & EDL FACS AUTH REV-ECoupon 5.00% Mature 07/15/2037 (A0M3F) | 20,000.000 | BA1 | BB+ | 07/15/2037 04/19/2019 c | 5.000 100.000 | 100.900 | 20,180.00 | 177.78 | 20,000.00 | 180.00 | 0.90 |
| 584521EF1 | MEDICAL CTR HOSP AUTH GA REV ANTIC CTFCoupon 5.00% Pre-Ref 08/01/2020 @ 0 (BE1L6) Insurance Co: ASSURED GUARANTY MUNICIPAL CORP | 5,000.000 | A2 | AA | 08/01/2045 08/01/2020 c | 5.000 100.000 | 104.378 | 5,218.90 | 33.33 | 5,001.02 | 217.88 | 0.23 |
| 592248BF4 | METRO PIER EXPO AU MCCORMICK PL EXPANSION PJ REF-BCoupon 5.00% Mature 06/15/2050 (AM5W5) | 10,000.000 | BA1 | BBB | 06/15/2050 06/15/2020 c | 5.000 100.000 | 100.532 | 10,053.20 | 130.56 | 10,062.79 | -9.59 | 0.45 |
| 592248GA0 | METROPOLITAN PIER & EXPOSITIONAUTH ILL DEDICATED ST TAX REVCoupon 5.50% Mature 06/15/2050 (EK20F) | 15,000.000 | BA1 | BBB | 06/15/2050 06/15/2020 c | 5.500 100.000 | 101.125 | 15,168.75 | 215.42 | 15,218.78 | -50.03 | 0.68 |
| 59333PWU8 | MIAMI-DADE CNTY FLA AVIATION REV SER-ACoupon 5.00% Pre-Ref 10/01/2019 @ 0 (QZ186) Insurance Co: ASSURED GUARANTY CORP FORMERLY ACE GTY | 15,000.000 | A2 /A2 | AA /A | 10/01/2029 10/01/2019 c | 5.000 100.000 | 101.779 | 15,266.85 | 350.00 | 15,329.22 | -62.37 | 0.68 |
| 594695R91 | MICHIGAN ST TRUNK LINE FUND REV REFCoupon 5.00% Mature 11/01/2025 (T8428) | 20,000.000 | AA2 | AA+ | 11/01/2025 11/01/2020 c | 5.000 100.000 | 101.984 | 20,396.80 | 383.33 | 20,528.89 | -132.09 | 0.91 |
| 60637ACW0 | MISSOURI ST HEALTH & EDL FACS AUTH HEALTH FACS REVCoupon 4.00% Mature 11/15/2042 (BBT57) | 20,000.000 | AA3 | AA- | 11/15/2042 11/15/2022 c | 4.000 100.000 | 101.328 | 20,265.60 | 275.56 | 20,149.55 | 116.05 | 0.91 |
| 61204KHV6 | MONTANA FAC FIN AUTH REV SER-ASIS OF CHRTY OF LVNWTHCoupon 4.75% Mature 01/01/2040 (A5W77) | 5,000.000 | AA3 | AA- | 01/01/2040 01/01/2020 c | 4.750 100.000 | 101.703 | 5,085.15 | 51.46 | 5,000.59 | 84.56 | 0.23 |
| 64577BTJ3 | NEW JERSEY ECNMC DEV AUTH SCH FACS CONSTR REV-AAACoupon 5.00% Mature 06/15/2035 (AW08U) | 20,000.000 | BAA1 | BBB+ | 06/15/2035 12/15/2026 c | 5.000 100.000 | 108.293 | 21,658.60 | 261.11 | 20,468.98 | 1,189.62 | 0.97 |
| 64577BTT1 | NEW JERSEY ECNMC DEV AUTH SCH FACS CONSTR REV-BBBCoupon 4.75% Mature 06/15/2031 (AW1W4) | 15,000.000 | BAA1 | BBB+ | 06/15/2031 12/15/2026 c | 4.750 100.000 | 107.288 | 16,093.20 | 186.04 | 15,415.05 | 678.15 | 0.72 |
| 64577BJZ8 | NEW JERSEY ECONOMIC DEV AUTH SCH FAC CONST SER-WWCoupon 5.00% Mature 06/15/2035 (A5Y2U) | 5,000.000 | BAA1 | BBB+ | 06/15/2035 06/15/2025 c | 5.000 100.000 | 107.094 | 5,354.70 | 65.28 | 5,086.05 | 268.65 | 0.24 |
| 646136V40 | NEW JERSEY ST TRANSN TR FD AUTH TRANS SYS SER-D ID 12-23-09Coupon 5.00% Mature 06/15/2032 (BW2G7) | 15,000.000 | W/R | BBB+ | 06/15/2032 12/15/2024 c | 5.000 100.000 | 107.685 | 16,152.75 | 195.83 | 15,302.02 | 850.73 | 0.72 |

M = Position purchased on Margin, S = Short Position, E = External Account, C = Reinvest None, R = Reinvest, P = Reinvest Principal (UIT's), I = Reinvest Income (UIT's), RTH = Recommend to Hold, O = Open Order, SK = Position held in Safekeeping

**POSITIONS: Product Type View**
As of 08:59 AM EDT, 03/20/2019

Case:17-03283-LTS   Doc#:6035-1   Filed:03/25/19   Entered:03/26/19 15:08:08   Desc:
ECL-MSSB-FBO JEFFREY MAXPER & ... of Participation   Page 13 of 56
MARGARET MAXPER JT/FR
REDACTED
AAA Joint / Tenant Right-Surv

Morgan Stanley

**MUNICIPAL BONDS (CONTINUED)**

| Symbol/CUSIP | Security Description | Quantity | Moody's/ Underlying Moody's | S&P/ Underlying S&P | Maturity Date Call Date | Coupon Call Price | Price ($) | Market Value ($) | Accrued Int ($) | Total Adjusted Cost ($) | G/L ($) | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 646136U74 | NEW JERSEY TRANSPORT TRUST FUND AUTH REV-AACoupon 5.00% Mature 06/15/2044 (D6A6F) | 15,000.000 | BAA1 | BBB+ | 06/15/2044 06/15/2024 c | 5.000 100.000 | 104.881 | 15,732.15 | 195.83 | 15,248.60 | 483.55 | 0.70 |
| 646136U82 | NEW JERSEY TRANSPORT TRUST FUND AUTH REV-AACoupon 5.00% Mature 06/15/2038 (D6B3G) | 10,000.000 | BAA1 | BBB+ | 06/15/2038 06/15/2024 c | 5.000 100.000 | 105.549 | 10,554.90 | 130.56 | 10,184.96 | 369.94 | 0.47 |
| 646136R86 | NEW JERSEY TRANSPORTATION TRUST FUND AUTH PROGRAM REV-AACoupon 5.00% Mature 06/15/2036 (DBF17) | 20,000.000 | BAA1 | BBB+ | 06/15/2036 06/15/2023 c | 5.000 100.000 | 105.053 | 21,010.60 | 261.11 | 20,387.49 | 623.11 | 0.94 |
| 646136J51 | NEW JERSEY TRANSPORTATION TRUST FUND AUTH TRANS PROG REV-AACoupon 5.00% Mature 06/15/2038 (BBS30) | 30,000.000 | BAA1 | BBB+ | 06/15/2038 06/15/2022 c | 5.000 100.000 | 103.709 | 31,112.70 | 391.67 | 30,373.75 | 738.95 | 1.39 |
| 646136J85 | NEW JERSEY TRANSPORTATION TRUST FUND AUTH TRANS SYS SERIES-ACoupon 5.00% Mature 06/15/2042 (BBS72) | 20,000.000 | BAA1 | BBB+ | 06/15/2042 06/15/2022 c | 5.000 100.000 | 103.348 | 20,669.60 | 261.11 | 20,297.22 | 372.38 | 0.92 |
| 64972FZM1 | NEW YORK CITY MUNI WTR FIN AU WTR SWR SYS 2ND GENL RES RV-EECoupon 5.25% Mature 06/15/2040 (QA902) | 20,000.000 | AA1 | AA+ | 06/15/2040 06/15/2019 c | 5.250 100.000 | 100.798 | 20,159.60 | 274.17 | 20,233.57 | -73.97 | 0.90 |
| 64971PFH3 | NEW YORK N Y CITY INDL DEV AGYPILOT REV YANKEE STADIUM LLCCoupon 5.00% Mature 03/01/2046 (E5844) Insurance Co: FGIC | 35,000.000 | BAA1 /BAA1 | BBB /NR | 03/01/2046 04/19/2019 c | 5.000 100.000 | 100.492 | 35,172.20 | 87.50 | 35,000.00 | 172.20 | 1.57 |
| 64971PDX0 | NEW YORK N Y CITY INDL DEV AGYREVCoupon 5.00% Mature 01/01/2031 (G4267) Insurance Co: AMBAC | 20,000.000 | BAA2 /BAA2 | BBB /BBB | 01/01/2031 04/19/2019 c | 5.000 100.000 | 100.221 | 20,044.20 | 216.67 | 20,000.00 | 44.20 | 0.90 |
| 64971PEA9 | NEW YORK N Y CITY INDL DEV AGYREV QUEENS BASEBALL STADIUMCoupon 4.75% Mature 01/01/2042 (H3368) | 10,000.000 | BAA2 /BAA2 | BBB /BBB | 01/01/2042 04/19/2019 c | 4.750 100.000 | 100.078 | 10,007.80 | 102.92 | 10,000.00 | 7.80 | 0.45 |
| 64971PFG5 | NEW YORK N Y CITY INDL DEV AGYREV YANKEE STADIUMCoupon 4.50% Mature 03/01/2039 (G4158) Insurance Co: FGIC | 5,000.000 | BAA1 /BAA1 | BBB /NR | 03/01/2039 04/19/2019 c | 4.500 100.000 | 100.095 | 5,004.75 | 11.25 | 5,000.00 | 4.75 | 0.22 |
| 64990CMH1 | NEW YORK ST DORM AUTH REVS NONST SUPPORTED DEBT REVCoupon 5.00% Mature 09/01/2038 (B4WB4) | 15,000.000 | B3 | BBB- | 09/01/2038 09/01/2019 c | 5.000 100.000 | 100.635 | 15,095.25 | 37.50 | 14,987.40 | 107.85 | 0.67 |
| 64990CMF5 | NEW YORK ST DORM AUTH REVS NONST SUPPORTED DEBT REVCoupon 5.00% Mature 09/01/2029 (B4WB6) | 20,000.000 | B3 | BBB- | 09/01/2029 09/01/2019 c | 5.000 100.000 | 100.878 | 20,175.60 | 50.00 | 20,121.32 | 54.28 | 0.90 |
| 64986AF48 | NEW YORK ST ENVIR FACS CORP STCLEAN WTR REVOLVING REV-ACoupon 5.00% Mature 06/15/2034 (LV113) | 25,000.000 | AAA | AAA | 06/15/2034 06/15/2019 c | 5.000 100.000 | 100.781 | 25,195.25 | 326.39 | 25,278.44 | -83.19 | 1.13 |
| 65821DFX4 | NORTH CAROLINA MED CARE COMMN HEALTH CARE FACS REV-ACoupon 4.75% Mature 11/01/2040 (B0PR4) | 5,000.000 | AA3 | A+ | 11/01/2040 11/01/2020 c | 4.750 100.000 | 103.608 | 5,180.40 | 91.04 | 4,828.53 | 351.87 | 0.23 |
| 68607VUR4 | OREGON ST LOTTERY REV SER-ACoupon 5.25% Pre-Ref 04/01/2019 @ 0 (NBS54) | 5,000.000 | AA2 | AAA | 04/01/2026 04/01/2019 c | 5.250 100.000 | 100.103 | 5,005.15 | 122.50 | 5,006.86 | -1.71 | 0.22 |
| 745160RB9 | PUERTO RICO AQUEDUCT & SWR AUTH REV SER-A SR LIENCoupon 5.13% Mature 07/01/2037 (A20EF) | 5,000.000 | CA | N/A | 07/01/2037 07/01/2022 c | 5.125 100.000 | 96.250 | 4,812.50 | 55.52 | 5,005.63 | -193.13 | 0.22 |
| 74514LB89 | PUERTO RICO COMWLTH PUB IMPT REF SER-ACoupon 5.00% Mature 07/01/2041 (A0P4U) | 25,000.000 | CA | N/A | 07/01/2041 07/01/2022 c | 5.000 100.000 | 53.750 | 13,437.50 | - | 25,000.00 | -11,562.50 | 0.60 |
| 74514LQA8 | PUERTO RICO COMWLTH PUB IMPT REF SER-ACoupon 5.25% Mature 07/01/2027 (N7004) | 5,000.000 | CA | N/A | 07/01/2027 04/19/2019 c | 5.250 100.000 | 65.500 | 3,275.00 | - | 5,000.00 | -1,725.00 | 0.15 |

M = Position purchased on Margin, S = Short Position, E = External Account, C = Reinvest None, R = Reinvest, P = Reinvest Principal (UIT's), I = Reinvest Income (UIT's), RTH = Recommend to Hold, O = Open Order, SK = Position held in Safekeeping

Page 5 of 9

**POSITIONS: Product Type View**
As of 08:59 AM EDT, 03/20/2019

ECL MSSB EBO JEFFREY MAYPER &
MARGARET MAYPER CP/WA
REDACTED AAA Joint / Tenant Right-Surv

Morgan Stanley

## MUNICIPAL BONDS (CONTINUED)

| Symbol/CUSIP | Security Description | Quantity | Moody's/ Underlying Moody's | S&P/ Underlying S&P | Maturity Date Call Date | Coupon Call Price | Price ($) | Market Value ($) | Accrued Int ($) | Total Adjusted Cost ($) | G/L ($) | % Of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 745266AS5 | PUERTO RICO CONVENTION CTR DIST AUTH HOTEL OCCPNCY TAX REV-ACoupon 5.00% Mature 07/01/2020 (E3047) | 10,000.000 | C /C | N/A | 07/01/2020 04/19/2019 c | 5.000 100.000 | 100.246 | 10,024.60 | 106.94 | 10,000.00 | 24.60 | 0.45 |
| 74526QPT3 | PUERTO RICO ELEC PWR AUTH PWR REV REFCoupon 5.25% Mature 07/01/2035 (CW598) Insurance Co: NATIONAL PUBLIC FINANCE GUARANTEE CORP | 15,000.000 | BAA2 /CA | N/A | 07/01/2035 | 5.250 | 105.612 | 15,841.80 | 170.63 | 15,028.45 | 813.35 | 0.71 |
| 74526QKX9 | PUERTO RICO ELEC PWR AUTH PWR REV SER-TTCoupon 5.00% Mature 07/01/2037 (B4980) | 15,000.000 | CA | N/A | 07/01/2037 04/19/2019 c | 5.000 100.000 | 69.750 | 10,462.50 | - | 15,000.00 | -4,537.50 | 0.47 |
| 74528NAU1 | PUERTO RICO INDL TOURIST EDL MED & ENVIR CTL FACS SER-ACoupon 5.00% Mature 07/01/2033 (DX586) Insurance Co: NATL PUBLIC FINANCE GUARANTEE (FORM MBIA) | 25,000.000 | BAA2 /C | CC /CC | 07/01/2033 07/01/2019 c | 5.000 100.000 | 100.096 | 25,024.00 | 270.83 | 25,000.00 | 24.00 | 1.12 |
| 762243N82 | RHODE ISLAND ST HEALTH & EDL BLDG CORP REV SER-ECoupon 5.00% Pre-Ref 05/15/2019 @ 0 (UW356) Insurance Co: ASSURED GUARANTY CORP FORMERLY ACE GTY | 25,000.000 | A3 /BAA3 | AA | 05/15/2034 05/15/2019 c | 5.000 100.000 | 100.502 | 25,125.50 | 430.56 | 25,570.90 | -445.40 | 1.12 |
| 796245AA6 | SAN ANTONIO TEX CONVENTION CTRHOTEL FIN CORP CONTRACT REV-ACoupon 5.00% Mature 07/15/2034 (F2226) Insurance Co: AMBAC | 10,000.000 | A3 /A3 | BBB /BBB | 07/15/2034 04/19/2019 c | 5.000 100.000 | 100.327 | 10,032.70 | 88.89 | 10,000.00 | 32.70 | 0.45 |
| 796815UV8 | SAN BERNARDINO CNTY CA CTFS PARTN MED CTR FING PJCoupon 4.75% Mature 08/01/2028 (KD529) Insurance Co: SECONDARY MKT NATL (FORMERLY MBIA) | 10,000.000 | AA3 /AA3 | N/A | 08/01/2028 04/19/2019 c | 4.750 100.000 | 100.214 | 10,021.40 | 63.33 | 10,000.00 | 21.40 | 0.45 |
| 79741TAK0 | SAN DIEGO CNTY CALIF WTR AUTH FING AGY WTR REV-ACoupon 5.25% Pre-Ref 11/01/2019 @ 0 (0457B) | 10,000.000 | AA2 | AAA | 05/01/2023 11/01/2019 c | 5.250 100.000 | 102.314 | 10,231.40 | 201.25 | 10,264.55 | -33.15 | 0.46 |
| 797646LU8 | SAN FRANCISCO CALIF CITY & CNTY HOSP IMPT-ACoupon 5.25% Pre-Ref 06/15/2019 @ 0 (B52MF) | 20,000.000 | AAA | AAA | 06/15/2022 06/15/2019 c | 5.250 100.000 | 100.881 | 20,176.20 | 274.17 | 20,196.50 | -20.30 | 0.90 |
| 801112BG7 | SANTA ANA CA GASOLINE TAX REV CTFS PARTNCoupon 4.63% Mature 01/01/2037 (NH398) Insurance Co: NATL PUBLIC FINANCE GUARANTEE (FORM MBIA) | 20,000.000 | BAA2 | A /A | 01/01/2037 04/19/2019 c | 4.625 100.000 | 100.202 | 20,040.40 | 200.42 | 20,000.00 | 40.40 | 0.90 |
| 812643CS1 | SEATTLE WASH MUN LT & PWR REVCoupon 5.75% Pre-Ref 04/01/2019 @ 0 (AA80E) Insurance Co: SECONDARY BERKSHIRE HATHAWAY ASSURANCE | 50,000.000 | AA1 /AA2 | AA+ /AA | 04/01/2023 04/01/2019 c | 5.750 100.000 | 100.117 | 50,058.50 | 1,341.67 | 50,069.08 | -10.58 | 2.24 |
| 833427CP0 | SNOWLINE CALIF JT UNI SCH DISTCTFS PARTN REVCoupon 5.00% Pre-Ref 09/01/2019 @ 0 (SH736) Insurance Co: ASSURED GUARANTY CORP FORMERLY ACE GTY | 10,000.000 | A3 | AA /A+ | 09/01/2029 09/01/2019 c | 5.000 100.000 | 101.561 | 10,156.10 | 25.00 | 10,131.84 | 24.26 | 0.45 |
| 85732THS4 | STATE PUB SCH BLDG AUTH PA SCHREV-ACoupon 5.00% Pre-Ref 05/15/2019 @ 0 (AA23A) | 20,000.000 | A2 | AA /NR | 11/15/2033 05/15/2019 c | 5.000 100.000 | 100.517 | 20,103.40 | 344.44 | 20,120.88 | -17.48 | 0.90 |
| 865542MP6 | SULPHUR SPRINGS TEX INDPT SCH DISTCoupon 5.13% Pre-Ref 08/15/2019 @ 0 (T4507) | 35,000.000 | A1 /A1 | AA /A+ | 08/15/2039 08/15/2019 c | 5.125 100.000 | 101.418 | 35,496.30 | 169.41 | 35,520.63 | -24.33 | 1.59 |
| 91412F5N3 | UNIV OF CALIF REGENTS GENL REVSER-OCoupon 5.50% Pre-Ref 05/15/2019 @ 0 (JP891) | 5,000.000 | AA2 | AA | 05/15/2024 05/15/2019 c | 5.500 100.000 | 100.604 | 5,030.20 | 94.72 | 5,035.43 | -5.23 | 0.22 |
| 91412GS55 | UNIVERSITY CALIF REVS REV-OCoupon 5.00% Mature 05/15/2019 (D10SH) | 20,000.000 | AA2 | AA | 05/15/2019 | 5.000 | 100.549 | 20,109.80 | 344.44 | 20,115.59 | -5.79 | 0.90 |
| 914378FG4 | UNIVERSITY KY GEN RCPTSCoupon 5.00% Mature 04/01/2019 (BR07S) | 20,000.000 | AA2 | AA | 04/01/2019 | 5.000 | 100.094 | 20,018.80 | 466.67 | 20,026.64 | -7.84 | 0.89 |
| 919072BV9 | VALDOSTA GA HSG AUTH LEASE REVCoupon 4.63% Mature 08/01/2038 (LX053) Insurance Co: AGC REINSURES SYNCORA GUAR INC (FORM XLCA) | 25,000.000 | A1 /A1 | N/A | 08/01/2038 04/19/2019 c | 4.625 100.000 | 100.210 | 25,052.50 | 154.17 | 25,000.00 | 52.50 | 1.12 |
| 93974CPA2 | WASHINGTON ST FUEL TAX REF R-2010CCoupon 5.00% Mature 01/01/2022 (B6N5R) | 35,000.000 | AA1 | AA+ | 01/01/2022 01/01/2020 c | 5.000 100.000 | 102.647 | 35,926.45 | 379.17 | 35,961.14 | -34.69 | 1.61 |

M = Position purchased on Margin, S = Short Position, E = External Account, C = Reinvest None, R = Reinvest, P = Reinvest Principal (UIT's), I = Reinvest Income (UIT's), RTH = Recommend to Hold, O = Open Order, SK = Position held in Safekeeping

Page 6 of 9

POSITIONS: Product Type View
As of 08:59 AM EDT, 03/20/2019

Case:17-03283-LTS  Doc#:6035-1  Filed:03/25/19  Entered:03/26/19 15:08:08  Desc:
ECL MS5B FBO JEFFREY MAYPER & of Participation  Page 15 of 56
MARGARET MAYPER JTROS
REDACTED  AAA Joint / Tenant Right-Surv

Morgan Stanley

## MUNICIPAL BONDS (CONTINUED)

| Symbol/CUSIP | Security Description | Quantity | Moody's/ Underlying Moody's | S&P/ Underlying S&P | Maturity Date Call Date | Coupon Call Price | Price ($) | Market Value ($) | Accrued Int ($) | Total Adjusted Cost ($) | G/L ($) | % Of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 944313BK0 | WAYNE CHARTER CNTY MICH Coupon 5.00% Mature 02/01/2034 (D17DH) Insurance Co: AGMC FORMERLY FSA | 35,000.000 | A2 /BAA2 | AA /BBB+ | 02/01/2034 04/19/2019 c | 5.000 100.000 | 100.228 | 35,079.80 | 233.33 | 35,000.00 | 79.80 | 1.57 |
| **Totals Municipal Bonds** | | **1,790,000.000** | | | | | | **$1,793,753.40** | **$24,399.79** | **$1,806,038.56** | **- $12,285.16** | **80.17** |

Cash, MMF and Deposits- Bank deposits are held at (1) Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, affiliates of Morgan Stanley Smith Barney, LLC, or (2) or Citibank, N.A., each FDIC members. Deposits are eligible for FDIC insurance up to applicable limits and in accordance with FDIC rules.

Fixed Income- Bond prices are typically updated on a daily basis through an overnight batch feed, therefore prices do not reflect intra-day values. Prices displayed in the official account statement may differ from the prices utilized in this material due to, among other things, the use of different reporting methods, date of the report, rounding, delays, market conditions and interruptions. For floating rate securities, the accrued interest is an estimate based on the current floating coupon rate and may not reflect historic rates within the accrual period.

Certificates of Deposit- CDs are insured by the FDIC, an independent agency of the U.S. Government, up to a maximum amount of $250,000 (including principal and accrued interest) for all deposits held in the same insurable capacity (e.g. individual account, joint account, IRA etc.) per CD depository. Investors are responsible for monitoring the total amount held with each CD depository. All deposits at a single depository held in the same insurable capacity will be aggregated for purposes of the $250,000 federal deposit insurance limit, including deposits (such as bank accounts) maintained directly with the depository and CDs of the depository held through Morgan Stanley Smith Barney LLC. A secondary market in CDs may be limited. CDs sold prior to maturity are subject to market risk and therefore investors may receive more or less than the amount invested or the face value. Callable CDs are callable at the sole discretion of the issuer. For more information about FDIC insurance, please visit the FDIC website at www.fdic.gov.

Mutual Funds— Mutual Funds are typically priced daily. The price provided is the previous business day's closing price. The amount of Net Value Increase/ (Decrease) compares your Total Purchases (all purchases less Dividend Re-Investments) with the Market Value of all shares you hold of the fund. This calculation is of informational purposes only, does not reflect your total unrealized gain or loss and should not be used for tax purposes. Please note that we are not able to identify the mutual fund position as Margin "M" if the position balance is made up of shares that are new (less than 30 days old).

Unit Investment Trusts— Unit Investment Securities are typically priced daily. The price provided is the previous business day's closing price.

Alternative Investments- Your Alternative Investments may not be held at Morgan Stanley Smith Barney LLC, but may have been purchased through Morgan Stanley Smith Barney LLC, and are not covered by SIPC. The information provided to you: 1) is included solely as a service to you and certain transactions may not be reported; 2) is derived from you or another external source for which Morgan Stanley Smith Barney LLC is not responsible, and may have been modified to take into consideration capital calls or distributions to the extent applicable; 3) may not reflect actual shares, share prices or values; 4) may include invested or distributed amounts in addition to a fair value estimate; and 5) should not be relied upon for tax reporting purposes. Alternative Investments are illiquid and may not be valued daily, therefore the estimated valuation provided will be as of the most recent date available. No representation is made that the valuation is a market value or that the interest could be liquidated at this value. Morgan Stanley Smith Barney LLC is not required to take any action with respect to your investment unless valid instructions are received from you in a timely manner. Some positions reflected above may not represent interests in the fund, but rather redemption proceeds withheld by the issuer pending final valuations which are not subject to the investment performance of the fund and may or may not accrue interest for the length of the withholding.

Annuities/Insurance Products- Insurance and Annuity products and values are displayed for informational purposes only. Values reflect in force Insurance purchased through Morgan Stanley Smith Barney LLC in conjunction with its licensed insurance agency affiliates as of date shown as reported by the Insurance carrier. Amounts shown may be subject to surrender and other contract charges. Invested premium is defined as either the original purchase price plus additions, minus withdrawals or principal withdrawals. Display of insurance or annuity products on the Morgan Stanley Smith Barney LLC account statement does not confer or imply ownership or beneficial interest on the part of the account holder. All ownership, rights, benefits and payments are controlled by the contract between the insurance company and the contract owner as shown on your policy copy. Annuitized information as provided by the insurance carrier reflects the value of the last payment made as per your instructions and does not imply that the funds were re-deposited into a Morgan Stanley Smith Barney LLC account and is provided for informational purposes only. Surrendered or annuitized policies will not appear as assets on this statement.

Exchange Traded Funds/Stock/Option Pricing- Current prices are available for Exchange Traded Funds, Stocks and Options only. All other current pricing reflects the most recently available price for that security. For example, Mutual Fund current prices are the most recent business day's Net Asset Value.

Risk/Ratings- Research Ratings may be displayed for certain securities. Neither Morgan Stanley nor Morningstar, Inc. uses the rating system displayed. For ease of comparison, we have normalized their ratings so that (1) = Buy, (2) = Hold, and (3) = Sell. You should not infer the investment risks or profile of any security from these ratings but refer to the research reports for a complete description of the research provider's rating system, rating and views on the security.

Consulting Group Investment Advisor Research (CG IAR). Investment products on the Focus List have CG IAR's highest level of confidence. CG IAR believes these investment products have the potential to outperform an appropriate benchmark or peer group over a longer period, typically greater than three years. There can be no guarantee, however, that any Focus List investment product will outperform its benchmark or peer group. Investment products on the Approved List have been evaluated by CG IAR and meet acceptable standards. They have usually been subject to a less comprehensive evaluation process than investment products on CG IAR's Focus List. The Not Approved List identifies investment products that in CG IAR's opinion no longer warrant research coverage due to a specific concern(s) or material event.

External Assets- Certain assets listed in this view are based upon information provided by you, your client or other external sources and are not part of accounts that you manage at Morgan Stanley. Assets not held with Morgan Stanley may not be covered by SIPC protection or by additional protection under Morgan Stanley's excess insurance coverage plans. Morgan Stanley may include information about these external assets in this view solely as a service to you, and Morgan Stanley is not responsible for the accuracy of any information provided by external sources, including but not limited to, you, your client or another financial institution. You are responsible for ensuring the accuracy of such information. Generally, any financial institution that holds securities is responsible for year-end reporting (Internal Revenue Service (IRS) Form 1099) and separate periodic statements, which may vary from Morgan Stanley's information due to different tax reporting periods.

Tangible Assets- Please note that Tangible Assets are not visible in Positions.

Unless otherwise indicated, this information is not intended to be a substitute for the official account statements that you receive from us. This information is approximate and subject to adjustment, updating and correction and is for illustrative and general reference purposes only. We are not responsible for any clerical, computational or other inaccuracies, errors or omissions. We obtain market values and other data from various standard quotation services and other sources, which we believe to be reliable. However, we do not warrant or guarantee the accuracy or completeness of any such information. The values that you actually receive in the market for any investment may be higher or lower than the values reflected herein. To the extent there are any discrepancies between your official account statement and this information, you should rely on the official account statement. This information should not be considered as the sole basis for any investment decision.

The Bank Deposit Program (BDP) is a cash sweep feature whereby clients can choose to have their available free credit balances automatically deposited into interest bearing, FDIC-insured deposit accounts at up to three banks ("Program Banks"): (1) Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association (together, the "Morgan Stanley Banks"), or (2) Citibank, N.A. The Program Banks are FDIC members. Morgan Stanley Smith Barney LLC ("Morgan Stanley") is a registered broker-dealer, not a bank. Morgan Stanley and the Morgan Stanley Banks are affiliates. Unless specifically disclosed to you in writing, other investments and services offered to you through Morgan Stanley are

M = Position purchased on Margin, S = Short Position, E = External Account, C = Reinvest None, R = Reinvest, P = Reinvest Principal (UIT's), I = Reinvest Income (UIT's), RTH = Recommend to Hold, O = Open Order, SK = Position held in Safekeeping

**POSITIONS: Product Type View**
As of 08:59 AM EDT, 03/20/2019

Case:17-03283-LTS Doc#:6035-1 Filed:03/25/19 Entered:03/26/19 15:08:08 Desc:

ECL MSSB FBO JEFFREY MAYPER &
MARGARET G MAYPER JTWROS
REDACTED AAA Joint / Tenant Right-Surv

Participation Page 16 of 56

Morgan Stanley

not insured by the FDIC, are not deposits or other obligations of, or guaranteed by, the Program Banks and involve investment risks, including possible loss of principal amount invested.

New Treasury regulations require that we report your adjusted cost basis and classify the gain or loss as either long-term or short-term on the sale of covered securities acquired on or after January 1, 2011. These regulations also require that we make basis adjustments due to wash sales, certain corporate actions and transfers by gift or inheritance, which will be reflected on your Form 1099-B. This section may not reflect all of the basis adjustments we are required to make for tax reporting purposes. The information in this section is provided for informational purposes only and should not be used in the preparation of your income tax returns.

GUIDE TO MORGAN STANLEY & CO. LLC (MORGAN STANLEY) AND Morningstar, Inc. RATINGS
**Morgan Stanley Research Ratings**
Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks they cover. Morgan Stanley's ratings, Overweight, Equal-weight, Not-Rated and Underweight, are not the equivalent of Buy, Hold, and Sell, but represent recommended relative weightings. To satisfy regulatory requirements, Morgan Stanley corresponds Overweight, their most positive stock rating, with a Buy recommendation, they correspond Equal-weight and Not-Rated to Hold and Underweight to Sell recommendations, respectively. For ease of comparison, we have normalized these ratings so that (1) corresponds to Buy recommendations, (2) corresponds to Hold recommendations, and (3) corresponds to Sell recommendations. Please refer to a Morgan Stanley research report for a complete description of Morgan Stanley's rating system and Morgan Stanley's actual proprietary rating on any covered company.
Morgan Stanley's ratings are described below:
**Morgan Stanley Wealth Management Normalized Code / Morgan Stanley Rating: Definition**
1 / Overweight (O):The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
2 / Equal-weight (E):The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
2 / Not-Rated (NR):Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months
3 / Underweight (U):The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
**Morningstar, Inc. Ratings**
For ease of comparison, we have normalized Morningstar, Inc. proprietary research ratings to a 1 (Buy), 2 (Hold), and 3 (Sell), which differs from Morningstar, Inc. rating system.
Please refer to a Morningstar, Inc. research report for a complete description of Morningstar, Inc. rating system and Morningstar, Inc. actual proprietary rating on any covered company. Morningstar, Inc. ratings are described below:
**Morgan Stanley Wealth Management Normalized Code / Morningstar, Inc. Rating: Definition**
1 / 5-Stars (BUY – Significantly Undervalued): Appreciation beyond a fair risk-adjusted return is highly probable over a multiyear time frame.
1 / 4-Stars (BUY – Undervalued): Appreciation beyond a fair risk-adjusted return is probable.
2 / 3- Stars (HOLD – Fairly valued): Indicates that investors are likely to receive a fair risk-adjusted return (approximately cost of equity).
3 / 2- Stars (SELL – Overvalued): Investors are likely to receive a less than fair risk-adjusted return and should consider directing their capital elsewhere.
3 / 1- Stars (SELL – Significantly Overvalued): Indicates a high probability of undesirable risk-adjusted returns from the current market price over a multiyear time frame.
Relevant benchmarks: In North America the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are generally the S&P Europe 350 Index and the S&P Asia 50 Index.
**Moody's Investors Service and Morningstar, Inc.Credit Ratings**
The credit rating from Moody's Investors Service and Morningstar, Inc. may be shown for certain fixed income securities. All credit ratings represent the "opinions" of the provider and are not representations or guarantees of performance.
**CG IAR Statuses in Investment Advisory Programs**
Consulting Group Investment Advisor Research (CG IAR) reviews covers a range of investment managers and products in the Consulting and Evaluation Services, Fiduciary Services, Select UMA, TRAK Fund Solution, Institutional Consulting Group and Fiduciary Asset Management programs. CG IAR statuses for these products are:
Investment products on the Focus List have CG IAR's highest level of confidence. CG IAR believes these investment products have the potential to outperform an appropriate benchmark or peer group over a longer period, typically greater than three years. There can be no guarantee, however, that any Focus List investment product will outperform its benchmark or peer group. Investment products on the Approved List have been evaluated by CG IAR and meet acceptable standards. They have usually been subject to a less comprehensive evaluation process than investment products on CG IAR's Focus List. The Not Approved List identifies investment products that in CG IAR's opinion no longer warrant research coverage due to a specific concern(s) or material event.
Important Information About Auction Rate Securities For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated as not being available by a dash "-". There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.
Prices of securities not actively traded may not be available, and are indicated by a dash "-".
Morgan Stanley & Co. Custodian Type- Morgan Stanley & Co. LLC ("MS & Co.") is an affiliate of Morgan Stanley Smith Barney LLC ("Morgan Stanley Wealth Management") and both are subsidiaries of Morgan Stanley, the financial holding company. MS & Co. values shown on the 3D platform may differ from the values shown in official MS & Co. statements due to, among other things, different reporting methods, delays, market conditions and interruptions. The information shown is approximate and subject to updating, correction and other changes. Information being reported by Morgan Stanley Wealth Management on assets held by other custodians, which are related to Income, Performance, Tax Lots, Total Cost, Target Asset Allocation, Asset Classification and Gain/Loss may differ from that information provided by the custodian. In performance calculations, the inception date will align with the first date on which Morgan Stanley Wealth Management received account information from the custodian. If there are discrepancies between the official MS & Co. account statement and 3D, rely on the official MS & Co. account statement.
External Accounts- "External" generally refers to accounts, assets, and/or liabilities that your client holds with financial institutions and/or which may be custodied outside of Morgan Stanley (whose subsidiaries include Morgan Stanley Smith Barney LLC and Morgan Stanley & Co.) ("External Accounts"). External Accounts are not under administration or management at Morgan Stanley and are not reflected in your Morgan Stanley account statements. Information related to External Accounts is provided solely as a service to you and your client. The information reference is based upon information provided by external sources which we believe to be reliable. However, we do not independently verify this information. As such, we do not warrant or guarantee that such information is accurate or timely, and any such information may be incomplete or condensed.
Information related to Income, Performance, Tax Lots, Total Cost, Target Asset Allocation, Asset Classification and Gain/Loss may differ from the information provided by your client's custodian. External information presented herein is subject to, and does not supersede, the confirmations and account statements provided by your client's custodian. Values shown in an account statement from your custodian may differ from the values shown here due to, among other things, different reporting methods, delays, market conditions and interruptions. If there are discrepancies between your client's custodian's official account statement and this material, rely on the custodian's official account statement. We are not obligated to notify you or your client if information changes. In performance calculations, the inception date referenced will reflect the first date on which Morgan Stanley received account information from the custodian. If information on an External Account cannot be reported, it will be noted. Assets not custodied with Morgan Stanley are not covered by SIPC protection at Morgan Stanley or by additional protection under Morgan Stanley's excess insurance coverage plans. However, these assets may be subject to SIPC coverage at the entity at which they are custodied.
Manually Added- "Manually Added" generally refers to accounts, assets and/or liabilities, as applicable, that your client holds with other financial institutions and/or which may be custodied outside of Morgan Stanley (whose subsidiaries include Morgan Stanley Smith Barney LLC and Morgan Stanley & Co.) ("Manually Added External Accounts"). The Manually Added External Accounts referenced are generally not held with Morgan Stanley and are not under administration or management at Morgan Stanley. Information about such Manually Added External Accounts is manually inputted, updated and maintained solely by you and/or your client. Morgan Stanley may include information about these Manually Added

M = Position purchased on Margin, S = Short Position, E = External Account, C = Reinvest None, R = Reinvest, P = Reinvest Principal (UIT's), I = Reinvest Income (UIT's), RTH = Recommend to Hold, O = Open Order, SK = Position held in Safekeeping

Page 8 of 9

Detailed

POSITIONS: Product Type View
As of 08:59 AM EDT, 03/20/2019

ECL MSS PRO JEFFREY MAYPER JT
MARGINS - DAY PER JT TEN
REDACTED AAA Joint / Tenant Right-Surv

Morgan Stanley

External Accounts solely as a service to you and your client. We do not independently verify any information related to Manually Added External Accounts. As such, we do not warrant or guarantee that such information is accurate or timely, and any such information may be incomplete or condensed. Valuations and other information about these assets may be provided by you and/or your client and are generally based upon estimates. The information is used for position, asset allocation, and product allocation reporting purposes but is not, however, reflected in your client's Morgan Stanley account statements. Income values, including Estimated Annual Income and Projected Income, are not calculated for Manually Added External Accounts. The information being reported by Morgan Stanley on Manually Added External Accounts related to Performance, Tax Lots, Total Cost, Target Asset Allocation, Asset Classification and Gain/Loss may differ from the information provided to your client by the custodian of those assets. If there are discrepancies between your client's custodian's official account statement and this material, rely on the custodian's official account statement. The inception date referenced in this view will reflect the date on which information about the Manually Added External Accounts was input by you and/or your client. If information on a Manually Added asset cannot be reported, it will be noted. Assets not custodied with Morgan Stanley are not covered by SIPC protection at Morgan Stanley or by additional protection under Morgan Stanley's excess insurance coverage plans. However, these assets may be subject to SIPC coverage at the entity at which they are custodied.

Timing of Feeds- Account and Position data for Morgan Stanley & Co. and External Accounts is obtained from sources that we believe to be reliable. However, Morgan Stanley Wealth management does not guarantee its accuracy or timeliness as such information may be incomplete, condensed, or based on differing points of time. Please refer to the "Last Update Date" for information regarding when the data was last refreshed. You should not take any action relying upon this information without confirming its accuracy and completeness.

Previous Close- Assets held outside of Morgan Stanley Wealth Management have been included in the "Previous Close Assets" calculation for the purposes of providing an aggregated value of the client's total assets currently in view. The calculation of "Previous Close Assets" may not be priced solely as of the previous day's close, as some assets are not refreshed on a daily basis.

FX Currencies- FX Currencies (i.e., Euro, Swiss Francs, Japanese Yen, etc.) is a product type category representing the foreign currency cash position(s) held in clients' Morgan Stanley FX account(s) or held away at an external institution.

FX Forwards- FX Forwards is a product type category representing positions, held in clients' Morgan Stanley FX account(s), or held away at an external institution. The positions represent a transaction that solely involves the exchange of two different deliverable currencies on a specific future date at a fixed rate agreed upon on the inception of the contract covering the exchange.

FX Spots- FX Spots is a product type category representing positions, held in clients' Morgan Stanley FX account(s), or held away at an external institution. The positions represent a transaction that solely involves the exchange of two different currencies at an agreed rate for settlement on a spot date (up to Trade Date + 2 business days).

FX positions are displayed, and USD FX market rates / values are priced as of close of business.

Available Cash does not include Morgan Stanley & Co. and External accounts and assets.

Wealth Mgmt. Net Cash only applies to Morgan Stanley Wealth Management accounts.

M = Position purchased on Margin, S = Short Position, E = External Account, C = Reinvest None, R = Reinvest, P = Reinvest Principal (UIT's), I = Reinvest Income (UIT's), RTH = Recommend to Hold, O = Open Order, SK = Position held in Safekeeping

Page 9 of 9

Mr. Jeffrey B. Mayper, C.P.A.
7118 Westmoreland Drive
Sarasota, FL 34243-1433

RECEIVED & FILED

2019 MAR 25  PM 4: 18

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

THe Clerk oF THe US DisTricT CourT
For THe DisTricT oF PuerTo
Room 150 Federal Building
150 Carlos CHardon AveNue
San Juan  PR  00918





ORIGIN ID:BHMA   17139658006
SARAH MEADE WOOD
MORGAN STANLEY
3500 COLONNADE PKWY
SUITE 200
BIRMINGHAM, AL 35243 US
SIGN: SARAH MEADE WOOD

SHIP DATE: 22MAR19
ACTWGT: 0.50 LB
CAD: 108908590/WSXI3100

BILL SENDER
NO EEI 30.37(a)

TO THE CLERK OF THE US DISTRICT COURT
FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918                    (US)
(713) 965-8006          REF: 100371-9
INV:
PO:



FedEx
Express

E

MON - 25 MAR A5
INTL PRIORITY

TRK#  7861 8386 0870
0430

XQ SIGA                    00918
                    PR-US   SJU





R T 713
1400
00  0870
  25Mar    B

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 MAR 25 PM 5: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------X

In re:                                    :

THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III
                                          :
      as representative of                :    Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*, :    (Jointly Administered)
                                          :
      Debtors.                            :

---------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Robert Sheehan
----------------------------------------
Participant Name                                     Firm Name (if applicable)


----------------------------------------             ----------------------------------------
Contact Person (if Participant is not an individual) Contact Person

rob.sheehan@jordanoelectric.com
----------------------------------------
Email Address                                        Email Address


----------------------------------------             ----------------------------------------

SRF 31030

Address line 1

10 Joseph Lane
Address line 2

Ringwood, NJ 07456
City, State Zip Code

 USA
Country

Address line 1

Address line 2

City, State Zip Code

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___   intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market?  YES or NO (please **circle one**).

By:  _____
Signature

Robert Sheehan
Print Name

_____
Title (if Participant is not an Individual)

3/19/19
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

RECEIVED & FILED

2019 MAR 25   PM 5: 54

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the US District Court
District of Puerto Rico



Padded Flat Rate Envelope
EP14PE July 2013
ID: 9.5 x 12.5

PS00001000016

**PRIORITY**
★ **MAIL** ★
®



**UNITED STATES POSTAL SERVICE®**   **Click-N-Ship®**

| P | usps.com $10.60 US POSTAGE Padded FR Env Signature Confirmation | 9410 8036 9930 0107 1480 65 0106 0000 1070 0918 |
| | 03/20/2019   0 lb 10 oz | Mailed from 07456   062S0000000310 |

**PRIORITY MAIL 3-DAY™**

CARRIE SHEEHAN
BROWNIES&GINGER
10 JOSEPH LN
RINGWOOD NJ 07456-1820

Expected Delivery Date: 03/25/19

**0004**

SIGNATURE REQUIRED

**C018**

SHIP TO:  THE CLERK
OF US DISTRICT CT DISTRICT OF PUERTO RICO
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS SIGNATURE TRACKING #**



9410 8036 9930 0107 1480 65

Electronic Rate Approved #038555749

Cut on dotted

✂

PRIORITY MAIL
POSTAGE REQUIRED




\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------X
:
In re:                                                                :
:
THE FINANCIAL OVERSIGHT AND                            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :        Title III
:
as representative of                    :        Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*       :        (Jointly Administered)
:
Debtors.                              :
-----------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Ralph Finley
Participant Name                                                              Firm Name (if applicable)

Matt Hawkins
Contact Person (if Participant is not an individual)     Contact Person

raamlo@frontier.net                                              mhawkins@ofiemail.com
Email Address                                                             Email Address

1290 E. Cedar Creek Way

Address line 1

_____

Address line 2

Kingman, AZ 86409

City, State Zip Code

USA

Country

4580 Sunset Blvd.

Address line 1

_____

Address line 2

Lexington, SC 29072

City, State Zip Code

USA

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89    ($5,000 Face Value)

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).    05/09/2014   Trade Date

By: _____
Signature

Ralph Finley
Print Name

_____
Title (if Participant is not an Individual)

3.3.19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25  PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND                   :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :      Title III

     as representative of                               :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :      (Jointly Administered)

     Debtors.                                             :

------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

    Gibson Finley
Participant Name

 

Contact Person (if Participant is not an individual)

    finleyg@jamail.com
Email Address

**Counsel Contact Information (if any)**

 

Firm Name (if applicable)

    Matt Hawkins
Contact Person

    Mhawkins@cfiemail.com
Email Address

212 English Oaks Ln.
Address line 1

4580 Sunset Blvd.
Address line 1

_____
Address line 2

_____
Address line 2

McDonough, GA 30253
City, State Zip Code

Lexington, SC 29072
City, State Zip Code

USA
Country

USA
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89   ($10,000 Face Value)

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

Trade Date   03/21/12
             05/09/14

By: *Gibson R Finley*
Signature

Gibson Finley
Print Name

_____
Title (if Participant is not an Individual)

3/5/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND          :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :          Title III

      as representative of                 :          Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)

      Debtors.                            :

----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Judy Reeves
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

Matt Hawkins
Contact Person

mhawkins@cflemail.com
Email Address

_____

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60
DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

102 Avdney lane
Address line 1

4580 Sunset Blvd.
Address line 1

Address line 2

Address line 2

Greenville, SC 29615
City, State Zip Code

Lexington SC 29072
City, State Zip Code

USA
Country

USA
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89    ($25,000 Face Value)

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or NO (please **circle one**).    3/29/12 Trade Date

By: Judy P. Reeves
Signature

Judy Reeves
Print Name

_____
Title (if Participant is not an Individual)

3-9-19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072



7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE
THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :      Title III
                                                :
        as representative of                    :      Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :      (Jointly Administered)
                                                :
        Debtors.                                :
-------------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

        This Notice of Participation must be served and filed no later than [insert date that is 60
days after entry of order granting Procedures Motion] in accordance with the instructions set forth
at the end of this document.

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Robert Fowler
_____                           _____
Participant Name                                     Firm Name (if applicable)

                                                     Matt Hawkins
_____                           _____
Contact Person (if Participant is not an individual) Contact Person

                                                     mhawkins@cfiemail.com
_____                           _____
Email Address                                        Email Address

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60 DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

415 S. Waccamaw Ave.
_____
Address line 1

4580 Sunset Blvd.
_____
Address line 1

_____
Address line 2

_____
Address line 2

Columbia, SC 29205
_____
City, State Zip Code

Lexington, SC 29072
_____
City, State Zip Code

USA
_____
Country

USA
_____
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LB89        ($5,000 Face Value)

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

                                Trade Date  3/15/2012

By: _____
Signature

Robert Fowler
_____
Print Name

_____
Title (if Participant is not an Individual)

03/04/2019
_____
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE
THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

    as representative of : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)

    Debtors. :
----------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

    This Notice of Participation must be served and filed no later than [insert date that is 60
days after entry of order granting Procedures Motion] in accordance with the instructions set forth
at the end of this document.

    The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**       **Counsel Contact Information (if any)**

Edna Fowler
_____           _____
Participant Name                         Firm Name (if applicable)

                                       Matt Hawkins
_____           _____
Contact Person (if Participant is not an individual)    Contact Person

                                       mhawkins@cfiemail.com
_____           _____
Email Address                              Email Address

\* **THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60 DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]**\*

415 S. Waccamaw Ave.
Address line 1

4580 Sunset Blvd.
Address line 1

_____
Address line 2

_____
Address line 2

Columbia, SC 29205
City, State Zip Code

Lexington, SC 29072
City, State Zip Code

USA
Country

USA
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89          ($25,000 Face Value)

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

Trade Date  03/15/2012

By: _Brety Fawl_ P.O.A.
Signature

Edna Fowler
Print Name

_____
Title (if Participant is not an Individual)

03/04/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
    Debtors. :
---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [insert date that is 60 days after entry of order granting Procedures Motion] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**    **Counsel Contact Information (if any)**

Alice Faye A. Turner
Participant Name

                                                  Firm Name (if applicable)

                                                  Matt Hawkins
Contact Person (if Participant is not an individual)    Contact Person

                                                    mhawkins@cfiemail.com
Email Address                                        Email Address

RECEIVED
2019 MAR 25 PM 5: 36

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60 DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

2318 Vox Highway
Address line 1

4580 Sunset Blvd.
Address line 1

Address line 2

Address line 2

Johnsonville, SC 29555
City, State Zip Code

Lexington, SC 29072
City, State Zip Code

USA
Country

USA
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    74514LB89      ($20,000 Face Value)

    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).      Trade Date
    03/16/2012

By: Alice Faye A. Turner
Signature

Alice Faye A. Turner
Print Name

_____
Title (if Participant is not an Individual)

03/08/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

9

Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE
THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :       Title III
                                                    :
          as representative of                      :       Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*           :       (Jointly Administered)
                                                    :
          Debtors.                                  :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [insert date that is 60
days after entry of order granting Procedures Motion] in accordance with the instructions set forth
at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                **Counsel Contact Information (if any)**

Marion  Bolick/Denise  Bolick                              _____
Participant Name                                           Firm Name (if applicable)

_____                           Matt  Hawkins
Contact Person (if Participant is not an individual)       Contact Person

mbolick57@gmail.com                                        mhawkins@cfiemail.com
Email Address                                              Email Address

Case:17-03283-LTS Doc#:6035-1 Filed:03/25/19 Entered:03/26/19 15:08:08 Desc:
Case:17-03283-LTS Doc#:5043-3 Filed:01/29/19 Entered:01/29/19 14:28:10 Desc:
Exhibit 3- Notice of Participation Page 3 of 3
Pro Se Notices of Participation Page 43 of 56

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60
DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

8549 Mustang Dr.
Address line 1

4580 Sunset Blvd.
Address line 1

Address line 2

Address line 2

Naples, FL 34113
City, State Zip Code

Lexington, SC 29072
City, State Zip Code

USA
Country

USA
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89          ($15,000 Face Value)

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? YES or NO (please **circle one**). Trade Date   03/20/2012

By: _Marion Bolick / Denise C. Bolick_
Signature

Marion Bolick / Denise Bolick
Print Name

_____
Title (if Participant is not an Individual)

03/04/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25  PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III
                                          :
           as representative of           :    Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :    (Jointly Administered)
                                          :
           Debtors.                       :
---------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Ellis Finley Revocable Family Trust
Participant Name                                     Firm Name (if applicable)

Beverly A. Finley                                    Matt Hawkins
Contact Person (if Participant is not an individual)  Contact Person

bevfinley@mindspring.com                             mhawkins@cfiemail.com
Email Address                                        Email Address

PO BOX 290850

Address line 1

_____
Address line 2

Columbia, SC 29072
City, State Zip Code

USA
Country

4580 Sunset Blvd.

Address line 1

_____
Address line 2

Lexington, SC 29072
City, State Zip Code

USA
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89          ($30,000 Face Value)

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).    Trade Date  3/21/12

By: _Beverly A. Finley_____
Signature

Beverly A. Finley TTEE
Print Name

_____
Title (if Participant is not an Individual)

03/04/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :    Title III
                                        :
        as representative of            :    Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO et al., :    (Jointly Administered)
                                        :
        Debtors.                        :
------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Beverly A. Finley Revocable Trust
Participant Name

Beverly A. Finley
Contact Person (if Participant is not an individual)

bevfinley@mindspring.com
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Matt Hawkins
Contact Person

mhawkins@cfiemail.com
Email Address

PO Box 290850

Address line 1

_____
Address line 2

Columbia, SC 29229
City, State Zip Code

USA
Country

4580 Sunset Blvd.

Address line 1

_____
Address line 2

Lexington, SC 29072
City, State Zip Code

USA
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89        ($30,000 Face Value)

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

Trade date 5/9/14

By: _Beverly A. Finley_
    Signature

Beverly A. Finley TTEE
Print Name

_____
Title (if Participant is not an Individual)

03/04/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court** by delivering such Notice of Participation by mail or by hand addressed to: **The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
        as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
        Debtors.                                 :
-------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Roger Heiser
Participant Name

_____
Contact Person (if Participant is not an individual)

rheiser868@gmail.com
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

Matt Hawkins
Contact Person

mhawkins@cfiemail.com
Email Address

146 Walker Stone Dr.

Address line 1

_____

Address line 2

Cary, NC 27513

City, State Zip Code

USA

Country

4580 Sunset Blvd.

Address line 1

_____

Address line 2

Lexington, SC 29072

City, State Zip Code

USA

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89     ($20,000 Face Value)

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**). Trade Date 3/22/2012

By: Roger C Heiser

Signature

Roger Heiser

Print Name

_____

Title (if Participant is not an Individual)

03/15/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE
THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
                                      :
In re:                                :
                                      :
THE FINANCIAL OVERSIGHT AND           :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :    Title III
                                      :
       as representative of           :    Case No. 17-BK-3283 (LTS)
                                      :
THE COMMONWEALTH OF PUERTO RICO et al., :  (Jointly Administered)
                                      :
       Debtors.                       :
------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [insert date that is 60 days after entry of order granting Procedures Motion] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Ira Camey / Eirha Camey
Participant Name

_____
Contact Person (if Participant is not an individual)

iec54@aol.com
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

Matt Hawkins
Contact Person

mhawkins@cfiemail.com
Email Address

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60 DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

500 Park Rd.
_____
Address line 1

4580 Sunset Blvd.
_____
Address line 1

_____
Address line 2

_____
Address line 2

Lexington, SC 29072
_____
City, State Zip Code

Lexington, SC 29072
_____
City, State Zip Code

USA
_____
Country

USA
_____
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB89         (#5000 face value)

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).     trade date 3/15/2012

By _____
Signature

IRA CARNEY / EUPHA CARNEY
_____
Print Name

_____
Title (if Participant is not an Individual)

03/07/2019
_____
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

9

Centaurus Financial
Attn: Tate
4580 Sunset Blvd.
Lexington, SC 29072

7018 0040 0000 4078 9749

RECEIVED & FILED
2019 MAR 25  PM 5: 37
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767