UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS

Upon the *Sixth Omnibus Objection (Non-Substantive) to Deficient Claims* (Docket Entry No. 4410 in Case No. 17-3283, the "Sixth Omnibus Objection")[2] of the Puerto Rico Sales Tax Financing Corporation ("COFINA"), dated December 4, 2018, for entry of an order disallowing in their entirety certain claims filed against COFINA, as more fully set forth in the Sixth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Sixth Omnibus Objection and to grant the relief requested therein pursuant to Section

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixth Omnibus Objection.

306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA");[3]

and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and, upon the record of the hearing held on the Sixth Omnibus Objection on March 13, 2019, and the rulings made therein, the Court having determined that:

- Proof of Claim No. 79037 was filed by a claimant who lacks an individual interest in COFINA securities,

- The Court lacks jurisdiction as to Proof of Claim No. 7999,

- Proofs of Claim Nos. 29560 and 15865 do not provide a basis to assert any claim against COFINA or any other Title III Debtor, and

- the following Proofs of Claim are duplicative of a Master Proof of Claim: Claim Nos. 5933, 6623, 4348, 176, 4380, 178, 183, 184, 256, 294, 195, 27301, 26296, 43356, 43396, 43875, 43416, 43544, 43919, 43889, 43958, 43615, 43864, 43857, 44297, 44225, 47082, 39594, 44282, 37839, 44366, 44340, 45147, 45142, 29953, 44804, 45205, 44295, 45222, 45231, 45252, 44435, 44772, 45284, 44421, 44786, 44799, 38523, 37563, 45319, 45560, 45558, 45561, 45575, 45584, 44703, 44552, 44481, 39574, 45886, 44820, 44784, 45897, 45728, 38136, 45733, 44189, 43814, 43861, 43956, 43536, 32486, 43529, 26360, 43935, 43840, 43852, 42717, 43523, 42448, 34256, 43525, 26304, 43905, 43926, 43892, 43306, 43313, 43340, 43902, 43506, 45874, 43886, 41544, 41511, 43946, 44173, 43328, 27303, and 45747 (collectively, the "Duplicate Claims");

and each of the other claims identified in Exhibit A to the Sixth Omnibus Objection[4] (collectively, the "Deficient Claims") having failed to comply with the applicable rules and the Bar Date Orders by not providing a basis for the claim, such that COFINA cannot determine the validity of the claim; and the Court having determined that the relief sought in the Sixth Omnibus Objection is in the best interest of COFINA, its creditors, and all the parties in interest; and the Court having

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.
[4] Exhibit A to the Sixth Omnibus Objection was amended pursuant to the *Notice of Submission of Amended Exhibits to Sixth, Seventh, Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, and Seventeenth Omnibus Claim Objections*. (See Docket Entry No. 5970-2 in Case No. 17-3283.)

determined that the legal and factual bases set forth in the Sixth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that Claim Nos. 79037, 7999, 29560, 15865, the Duplicate Claims, and the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to delete Claim Nos. 79037, 7999, 29560, 15865, the Duplicate Claims, and the Deficient Claims from the official claims register in COFINA's Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: March 26, 2019

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge