UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 5699, 5704**<br><br>(Jointly Administered) |

### URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Debtor") respectfully submits this urgent consented motion for extension of deadlines, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the deadlines set forth in the *Order Scheduling Briefing of Urgent Motion for Partial Relief from Automatic Stay* [ECF No. 5704] (the "Scheduling Order").[2]

### Request for Relief

1. On March 14, 2019, Pedro Carbonera Pardo (the "Movant") filed the *Urgent Motion for Partial Relief from Automatic Stay* [Case No. 17 BK 32830, ECF No. 4111

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized the Department of Justice to file this Urgent Motion on behalf of the Commonwealth.

(the "Motion), seeking relief from the automatic stay to allow the case captioned *Pedro Carbonera Pardo v. Departamento del Trabajo y Recursos Humanos,* Case No. 2014-08-0412 (the "Prepetition Action"), pending before the Puerto Rico Commission for Appeals of Public Service ("CASP" for its initials in Spanish) to continue and proceed to judgment and to partially execute said judgment. Motion ¶ 4.

2. On March 15, 2019, the Court entered the Scheduling Order, which provides that objections to the Motion must be filed by March 28, 2019, and Movant's reply papers by April 4, 2019.

3. The Debtor is in the process of gathering and reviewing the pertinent information regarding the Prepetition Action in order to attempt to consensually resolve the Motion. In consideration of the foregoing, the Debtor requests the following extensions of the deadlines set forth in the Scheduling Order:

- The deadline to file objections to the Motion, shall be extended to **April 11, 2019**.

- The deadline for Movant to file replies, shall be extended to **April 18, 2019**.

4. The Debtor discussed this request with counsel for the Movant who consented to the relief requested herein.

5. Pursuant to Paragraph 1.H of the *Eighth Amended Notice, Case Management and Administrative Procedures* [ECF No. 4866-1] (the "Case Management Procedures"), the Debtor hereby certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the matter without a hearing; has made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and no party opposes the relief requested herein.

**Notice**

6.      The Debtor has provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (h) the Other Interested Parties;[3] (i) all parties filing a notice of appearance in these Title III cases; and (j) Movant. A copy of the motion is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico/.

7.      The Debtor submits that, in light of the nature of the relief requested, no other or further notice need be given.

**WHEREFORE**, the Debtor respectfully requests the Court enter the Proposed Order and grant such other relief as is just and proper.

Dated: March 26, 2019
San Juan, Puerto Rico

---

[3] The "Other Interested Parties" include the following: (i) counsel to certain of the insurers and trustees of the bonds issued or guaranteed by the Debtors; and (ii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtors.

Respectfully submitted,

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation

/s/*Susana I. Peñagarícano-Brown*
**SUSANA I. PEÑAGARÍCANO-BROWN**
U.S.D.C. BAR NO. 219907
Director
Federal Litigation and Bankruptcy Division
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192
spenagaricano@justicia.pr.gov

*Attorneys for the Commonwealth of Puerto Rico*

**Exhibit A**

**Proposed Order**