UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING NINETEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO SALES TAX FINANCING CORPORATION TO DUPLICATE AND DEFICIENT CLAIMS

Upon the *Nineteenth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax Financing Corporation to Duplicate and Deficient Claims* (Docket Entry No. 4506 in Case No. 17-3283, the "Nineteenth Omnibus Objection"),[2] dated December 19, 2018, of the Puerto Rico Sales Tax Financing Corporation ("COFINA"), for entry of an order disallowing in their entirety certain claims filed against COFINA, as more fully set forth in the Nineteenth Omnibus Objection;

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Nineteenth Omnibus Objection.

and supporting exhibits thereto; and the Court having jurisdiction to consider the Nineteenth Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of PROMESA; and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Nineteenth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in <u>Exhibit A</u> to the Nineteenth Omnibus Objection being related to purported ownership interest in mutual fund(s) that, even assuming the claimants have standing to assert the claims, would be partially duplicative of a Master Proof of Claim and partially deficient by failing to comply with the applicable rules and the Bar Date Orders by not providing a basis for a portion of the claim, such that COFINA cannot determine the validity of this portion claim; and, upon the record of the hearing held on the Nineteenth Omnibus Objection on March 13, 2019, and the rulings made therein, the Court having determined that the relief sought in the Nineteenth Omnibus Objection is in the best interest of COFINA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Nineteenth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

  ORDERED that the Nineteenth Omnibus Objection is GRANTED as set forth herein; and it is further

  ORDERED that the claims listed on <u>Exhibit A</u> to the Nineteenth Omnibus Objection are hereby disallowed in their entirety; and it is further

  ORDERED that Prime Clerk, LLC, is authorized and directed to delete the claims listed on <u>Exhibit A</u> to the Nineteenth Omnibus Objection from the official claims register in the COFINA Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: March 27, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge