UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------------------X
In re:                                              :    PROMESA
                                                    :    Title III
THE FINANCIAL OVERSIGHT AND                         :
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Case No. 17-BK-3283 (LTS)
                                                    :
as representative of                                :    (Jointly Administered)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :
                                                    :
Debtors.¹                                           :
-------------------------------------------------------------------------------X
In re:                                              :    PROMESA
                                                    :    Title III
THE FINANCIAL OVERSIGHT AND                         :
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Case No. 17-BK-3566 (LTS)
                                                    :
as representative of                                :    (Jointly Administered)
                                                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE              :
GOVERNMENT OF THE COMMONWEALTH OF PUERTO            :
RICO,                                               :
                                                    :
Debtors.                                            :
-------------------------------------------------------------------------------X
```

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER REGARDING PROCEDURES FOR APRIL 1, 2019 HEARING

On March 21, 2019, this Court issued the *Order Regarding Procedures for April 1, 2019 Hearing* (Dkt. No. 404 in case 17-bk-3566) (the "Procedures Order"). The Court informed the parties and the public that specific courtrooms would be announced in a later order by this Court. The Court hereby informs that the April 1, 2019 hearing before Judge Dein will take place at 2:30 p.m. Atlantic Standard Time in **courtroom 8** in the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, MA 02210, and by video teleconference in **courtroom 5** in the United States District Court for Puerto Rico, 150 Carlos Chardón Avenue, Federal Building, San Juan, Puerto Rico 00918-1767. As stated in the Procedures Order, Counsel who intend to present oral argument are required to attend the proceedings in the Massachusetts courtroom.

Additionally, all parties intending to present argument are ordered to meet and confer, and to submit to the Court prior to the hearing a proposed agenda informing the Court of the sequence by which counsel intend to address the various motions to compel. The proposal shall include which counsel intends to address each argument. Such proposal shall be jointly submitted to chambers by email at deindprcorresp@mad.uscourts.gov.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 27, 2019