Maria M. González Guzmán y/o
Waldemar Dávila Acosta
PO Box 358
Boquerón PR 00622-0358

7015 1730 0000 2160 2834

CERTIFIED MAIL

RECEIVED
MAR 25 2019
Prime Clerk LLC

Prime Clerk LLC
830 Third Avenue 9th Floor
New York NY 10022

**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767

RECEIVED & FILED
2019 MAR 28 PM 4:09
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR