UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
|     Debtors.[1] | |

-------------------------------------------------------------x

ORDER REGARDING MOTION REQUESTING ASSISTANCE
IN THE TRANSLATION OR WITHDRAWAL OF ATTACHMENTS (DOCKET ENTRY NO. 6082)

        The Court has received and reviewed the *Request for U.S. Court's Assistance in the Translation of All Attachments or the Withdrawal of the Attachments, Which Were Made Available with the Urgent Motion for Relief from Stay Filed by Pedro Carbonera Pardo* (Docket Entry No. 6082 in Case No. 17-3283, the "Motion") filed by Mr. Pedro Carbonera Pardo (the "Movant"). The Commonwealth of Puerto Rico shall include its response to the Motion in its submission in opposition to the *Urgent Motion for Partial Relief from Automatic Stay* (Docket Entry No. 5699 in Case No. 17-3283, the "Lift Stay Motion"), which must be filed, in accordance with this Court's prior order, by **April 11, 2019 at 5:00 p.m. (Atlantic Standard Time)**. The Commonwealth should indicate in its response whether and to what extent it is willing to stipulate to material facts in English for submission to the Court.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Movant shall include his response to any offer to stipulate in his reply submission in connection with the Lift Stay Motion, which is due on **April 18, 2019 at 5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: March 29, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge