## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGNT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now, Maria J. DiConza, applicant herein and respectfully states:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.      Applicant is an attorney and a member of the law firm of O'Melveny & Myers LLP,

with offices at:

| Address | Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>United States of America |
|---|---|
| Email | mdiconza@omm.com |
| Telephone No. | 212-326-2144 |

2.      Applicant will sign all pleadings with the name Maria J. DiConza.

3.      Applicant has been retained as a member of the above-named firm by the Puerto Rico Fiscal Agency and Financial Advisory Authority to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.      Since 1998, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 2874881.

5.      Applicant has been admitted to practice before the following courts:

| Court | Admission Date: |
|---|---|
| US District Court, Eastern District of New York | 04/29/1998 |
| US District Court, Southern District of New York | 04/29/1998 |

6.      Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

7.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.      Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

2

9.      During the past three years, applicant has not filed for *pro hac vice* admission in

the United States District Court for the District of Puerto Rico.

10.     Local counsel of record associated with applicant in this matter are:

Arturo Diaz-Angueira
USDC-PR 117907
Email: adiaz@cnrd.com
Address: P.O. Box 364966
San Juan, PR 00936-4966
Telephone no.: (787) 767-9625
Fax no.: (787) 764-4430

Katiuska Bolaños-Lugo
USDC-PR 231812
Email: kbolanos@cnrd.com
Address: P.O. Box 364966
San Juan, PR 00936-4966
Telephone no.: (787) 767-9625
Fax no.: (787) 764-4430

11.     Applicant has read the Local Rules of this Court and will comply with same.

12.     Applicant has read the Local Rules of the United States District Court for the

District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply

with the provisions set forth therein and pay an admission fee of $300 per appearance in each new

case before the Court.  Accordingly, payment of the *pro hac vice* admission fee will be submitted

on this day in the form of a check payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United

States District Court for the District of Puerto Rico for the above-styled case only.


Date:  April 1, 2019                              Maria J. DiConza
                                                  _____
                                                  Printed Name of Applicant


                                                  */s Maria J. DiConza*
                                                  _____
                                                  Signature of Applicant


3

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date:  April 1, 2019                    Arturo Diaz-Angueira
                                     Printed Name of Local Counsel

                                     /s *Arturo Diaz-Angueira*

                                     Signature of Local Counsel

Date:  April 1, 2019                    Katiuska Bolaños-Lugo
                                     Printed Name of Local Counsel

                                     /s *Katiuska Bolaños-Lugo*

                                     Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.*00 pro hac vice* admission fee.

                                     */s Maria J. DiConza*
                                     Signature of Applicant

4

5

------------------------------------------------------------------------------------------------------------

## <u>ORDER</u>

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders

that:

❑       the application be granted.  The Clerk of Court shall deposit the admission fee to

        the account of Non-Appropriated Funds of this Court.

❑       the application be denied.  The Clerk of Court shall return the admission fee to the

        applicant.


SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2019.


                                        _____

                                        U.S. DISTRICT JUDGE