UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

               Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 1 OF 3)

The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 1 of 3)
March 29, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Eva L. Weis
2. Lawton Williamson
3. Priscilla Murray and Thomas G. Dieterich
4. Gerald R. Dodson and Glynda F. Dodson
5. Howard and Janyce Moss Family Trust
6. Miguel A. Rivera
7. Chester T. Wohltman
8. Dolores Kazanjian O'Brien and Robert O'Brien
9. Linda Blevins
10. Norman Blevins Trust
11. Everett B. Farmer
12. Richard F. Ulbrich
13. Gilbert K. Bartfeld
14. Charles P. Coda
15. James T. Dye and Judy E. Dye
16. Ira J. Hurvitz
17. Leo Labovitch
18. Robert D. Cagnina
19. William H. Krause
20. Raymond Scully and Brian Scully
21. Raymond Scully

Pro Se Notices of Participation Received by the Court
(Part 1 of 3)
March 29, 2019

22. John Tieszen and Sheryl Tieszen

23. Ethel S. Walzer

24. Mildred Gergelyi Revocable Living Trust

25. Peder D. Sivertsen Irrevocable Trust

26. Julius E. Clark, III

27. Pamela A. Collins

28. Susan K. Sorgatz and David L. Sorgatz

29. Barbara Graham

30. Marc Farbman

31. Emanuel Morgenstern

32. Joseph D. Kaufman

33. Carlos J. Hermosillo

34. Pamela Matsil

35. Jimmy L. Coleman

36. Christine Eannone

37. Stanley Baumwald

38. Jay Goldberg

39. Julius E. Clark, III

40. Max Weiss

Dated: March 29, 2019