UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 2 OF 3)

The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 2 of 3)
March 29, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

41. Hobert Walters, Jr.

42. Ralph E. Finley

43. William Goldschmidt

44. Kenneth D. Wolff

45. Leopold Montanaro

46. Stoeber Living Trust

47. Lloyd D. McCormack

48. Francine Stein

49. Michael S. Bykofsky

50. Vonceil T. Meier Scott

51. Alan Sticco

52. Richard Schriek

53. Richard W. Darula and Dorothy T. Darula

54. Ann W. Wood

55. Robert Balgley

56. Martha Jean Lemon 2008 Revocable Trust

57. Margarita Guzman de Vicenty

58. Terry Allen and Carol Allen

59. Alvin League and Evelyn League

60. Joseph Kump and Ann Stromquist

61. Franklin M. Sanders

Pro Se Notices of Participation Received by the Court
(Part 2 of 3)
March 29, 2019

62. Donald G. Terns Profit Sharing Pension Plan

63. Adam Terns

64. Linda J. Chevalier

65. Dierdre Diane Bobby

66. Manny Sternlicht

67. Barbara H. Greiner

68. Joseph Piesco

69. Iraida Rodriguez Barcelo

70. Rafael Caro Santoni

71. Ruben Nieves Lugardo

72. Kathryn Hoedebeck Day

73. Ronald Jachimak

74. Scott Corin

75. Beverly A. Finley

76. Beverly A. Finley

77. Lucienne Holfelder

78. Inna Mae Downs

79. Diana E. Graham and Johnson Graham

80. Gerald F. Cabak and Algyte R. Cabak

Dated: March 29, 2019