**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :     Title III
                                                      :
        as representative of                          :     Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :     (Jointly Administered)
                                                      :
        Debtors.                                      :
------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Hobert Walters, Jr.* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *qpservice@aol.com* | |
| Email Address | Email Address |
| | |

Address line 1
*2124 Bienville Blvd.*

Address line 2
*Dauphin Island, AL 36528*

City, State Zip Code
*United States*

Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____X_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____X_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
*74514LD20*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *[signature]*
Signature

*Hobert Walters, Jr.*
Print Name

_____
Title (if Participant is not an Individual)

*3/25/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Hobert Walters
2124 Bienville Blvd.
Dauphin Island, AL 36528

25 MAR 2019 PM 1 L



RECEIVED & FILED
2019 MAR 29 AM 8: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the US District Court
for the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

    Debtors.

-------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

RALPH E. FINLEY
Participant Name

Shme
Contact Person (if Participant is not an individual)

RAAMLO @ FRONTIERNET.Net
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

1290 E. CEDAR CREEK WAY

Address line 2

KINGMAN, AZ 86409

City, State Zip Code

U.S.A.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

RALPH E FINLEY

Print Name

_____
Title (if Participant is not an Individual)

3·22·2019

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Ralph Finley**
1290 E. Cedar Creek Way
Kingman, AZ  86409

25 MAR 2019 PM 5 L

Clerk of U.S. District Court, District of Puerto Rico
Room 150 Federal Blg.
150 Carlos Chardon Ave
~~Puerto~~ San Juan, P.R.
00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                    :

THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III

    as representative of                  :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, :    (Jointly Administered)

    Debtors.                              :

-------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

_WILLIAM GOLDSCHMIDT_
Participant Name                                     Firm Name (if applicable)


Contact Person (if Participant is not an individual)  Contact Person

_gOnefish1n@outlook.com_
Email Address                                        Email Address

Address line 1

*755 Hollis Rd*

Address line 2

*Hollis ME 04042*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By: _____
    Signature

*WILLIAM Goldschmidt*
Print Name

_____
Title (if Participant is not an Individual)

*3/22/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

M delshmitt
327 Woods the
Tavernier, FL
33070

The Clerk of the United States District Court
for the district of Puerto,

Room 150

Federal Building
150 Carlos Chardon Avenue
San Juan, PR

00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :    Title III
                                               :
       as representative of                    :    Case No. 17-BK-3283-(LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :    (Jointly Administered)
                                               :
       Debtors.                                :
------------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
| --- | --- |
| *KENNETH D. WOLFF* | |
| Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 | Address line 1 |
| *1009 LARKSPUR LANE* | |
| Address line 2 | Address line 2 |
| *ABERDEEN, SD 57401* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*Cusip # 74514 LB 89 → $45,000*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Kenneth D Wolff*
Signature

*KENNETH D. WOLFF*
Print Name

_____
Title (if Participant is not an Individual)

*3-25-2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Kenneth Wolff
1009 Larkspur Lane
Aberdeen, SD 57401

25 MAR 2019 PM

02 1P
0000820959 MAR 25 2019
MAILED FROM ZIP CODE 57401
$ 000.50

RECEIVED & FILED
2019 MAR 29 AM 8:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the United States District Court for the Dist. of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :    Title III
                                                          :
        as representative of                              :    Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                 :    (Jointly Administered)
                                                          :
        Debtors.                                          :
---------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

LEOpold MONTANARO
_____              _____
Participant Name                                     Firm Name (if applicable)


Contact Person (if Participant is not an individual)  Contact Person
LMonta 8851 @ AoL.Com
_____              _____
Email Address                                        Email Address

_____              _____

Address line 1

*2033 Isla Vista La.*

Address line 2

*Naples FL. 34105*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LA 49*
*74514 LA 56*
*74514 LA 80*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

*Leopold Montanaro*

Print Name

_____

Title (if Participant is not an Individual)

*3/25/19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Mr. Leopold L. Montanaro
2033 Isla Vista Ln.
Naples, FL 34105

25 MAR 2019 PM 1 L

The Clerk of the United States District Court for District Puerto Rico
     Room 150
   Federal Building 150 Carlos Chardon Ave
        San Juan PR. 00918-1767

RECEIVED & FILED
2019 MAR 29 AM 8: 11
CLERK
U.S. DISTRICT COURT
SAN JUAN P.R.

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re:                                                  :

THE FINANCIAL OVERSIGHT AND          :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :          Title III

      as representative of                        :          Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :          (Jointly Administered)

      Debtors.                                     :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Stoeber Living Trust<br>J.B. Stoeber or Sharon A. Stoeber Tr.<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| sstoeber@nc.rr.com<br>Email Address | _____<br>Email Address |
| _____ | _____ |

Address line 1

_530 Sandalwood Dr._

Address line 2

_Southern Pines, NC 28387_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___**X**___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
        _74514L A 80_
        _745145Z B1_
        _74526QPN6_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).   _TD Ameritrade_

By: _Sharon A. Stoeber_

Signature

_Sharon A. Stoeber_

Print Name

_____

Title (if Participant is not an Individual)

_3/25/19_

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Ms. Sharon A. Stoeber
530 Sandalwood Dr
Southern Pines, NC 28387-6155

25 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 29 AM 8: 11
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the
District of Puerto Room 150 Federal Bldg.
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00916-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND            :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :     Title III

      as representative of                   :     Case No. 17-BK-3283 (LTS)
                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :     (Jointly Administered)

    Debtors.                                           :

-------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| LLOYD D. McCORMACK | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:6091-1   Filed:03/29/19   Entered:04/01/19 10:02:50   Desc:
Pro Se Notices of Participation   Page 20 of 120

SRF 31030

Address line 1                                    Address line 1

**4046 S.E. KING RD.**
Address line 2                                    Address line 2

**MILWAUKIE, OR. 97222-5864**
City, State Zip Code                              City, State Zip Code

**U.S.A.**
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        **74514LB89**

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: *Lloyd D. Mc Cormack*
    Signature

**LLOYD D. McCORMACK**
Print Name

Title (if Participant is not an Individual)

**MARCH 25, 2019**
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Lloyd D. McCormack**
4046 SE King Rd
Milwaukie, OR 97222-5864

25 MAR 2019 PM 3 L

CLERK OF U.S. DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE,
SAN JUAN, PR. 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :   Title III
                                                      :
        as representative of                          :   Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :   (Jointly Administered)
                                                      :
        Debtors.                                      :
------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *Francine Stein* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

_168 Brighton 11th Street_

Address line 2

_Brooklyn, NY 11235_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

_Francine Stein_

Print Name

_____

Title (if Participant is not an Individual)

_3/20/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**DAVID LERNER ASSOCIATES, INC.**
INVESTMENT SECURITIES

477 Jericho Turnpike
P.O. Box 9006
Syosset, NY 11791-9006

ADDRESS SERVICE REQUESTED



U.S. POSTAGE »» PITNEY BOWES

ZIP 11791 $ 000.50⁰
02 4W
0000358854 MAR 25 2019

The Clerk of the United States
District Court for the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767



0091801703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------X

In re:                                             :

THE FINANCIAL OVERSIGHT AND                        :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                  :       Title III

    as representative of                           :       Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,          :       (Jointly Administered)

    Debtors.                                       :

----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Michael S. Bykofsky | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| MNobob@gmail.com | |
| Email Address | Email Address |

Address line b                              Address line 1
*3135 Johnson Ave, Apt 15F*                 _____
Address line 2                              Address line 2
*Bronx, NY 10463*                           _____
City, State Zip Code                        City, State Zip Code
*USA*                                       _____
_____                     _____
Country                                     Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant
      believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
             *74514 L B 8 9*

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market?  YES or (NO) (please **circle one**).

By: *Michael S Bykofsky*
Signature
*Michael S Bykofsky*
Print Name

_____
Title (if Participant is not an Individual)
*3 / 19 / 19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Michael John Rother
3135 Johnson Ave 1st
Bx NY 10463

The Clerk for the US District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave.

RECEIVED & FILED
2019 MAR 29 AM 8:10
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND           :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :       Title III

    as representative of                :       Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :       (Jointly Administered)

    Debtors.                            :

-----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**      **<u>Counsel Contact Information (if any)</u>**

*Vonceil T. Meier Scott TTEE*

Participant Name                      Firm Name (if applicable)

Contact Person (if Participant is not an individual)    Contact Person

Email Address                         Email Address

Address line 1

_846 Durmon Ave_

Address line 2

_Lake Placid Fl. 33852_

City, State Zip Code

_U.S.A._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB63_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Vonciel T. Meier Scott_

Signature

_Voncell T. Meier Scott_

Print Name

_____

Title (if Participant is not an Individual)

_March 23, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



VONCEIL SCOTT
846 DURMON AVE
LAKE PLACID, FL  33852-6568

TAMPA FL 335
SAINT PETERSBURG FL
25 MAR 2019 PM 8 L

RECEIVED & FILED
2019 MAR 29  AM 8: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court
for the District of Puerto
Room 150 Federal Bldg.
150 Carlos Chardon Ave.
San Juan, PR. 00918-1767

009183170 3 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

In re:                                                           :

THE FINANCIAL OVERSIGHT AND                                      :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :     Title III

as representative of                                             :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,                        :     (Jointly Administered)

Debtors.                                                         :

-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                 **Counsel Contact Information (if any)**

*ALAN STICCO*                                               *N/A*
Participant Name                                            Firm Name (if applicable)

Contact Person (if Participant is not an individual)        Contact Person

*ASTICCO 2003 @ YAHOO.COM*
Email Address                                              Email Address

Mr. Alan Sticco
193 W. Commons Dr.
St Simons Is, GA 31522

Address line 1

*193 W. Commons Dr.*

Address line 2

*Saint Simon Island, GA    31522*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*Series 2012A        74514LB89*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Alan Sticco*

Signature

*ALAN STICCO*

Print Name

_____

Title (if Participant is not an Individual)

*3/24/2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Mr. Alan Sticco
193 W. Commons Dr.
St Simons Is, GA 31522

25 MAR 2019 PM 1 L



RECEIVED & FILED
2019 MAR 29 AM 8 10
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, PR

The Clerk of the US District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                    :

THE FINANCIAL OVERSIGHT AND    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III

     as representative of         :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :    (Jointly Administered)

     Debtors.                :

-------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**        **<u>Counsel Contact Information (if any)</u>**

_____        _____
Participant Name                        Firm Name (if applicable)

_____        _____
Contact Person (if Participant is not an individual)    Contact Person

_____        _____
Email Address                         Email Address

_____        _____

Address line 1

*391 Douglas Rd.*

Address line 2

*Roselle N.J. 07203*

City, State Zip Code

*Union*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: *Richard Schrick*

Signature

*Richard Schrick*

Print Name

Title (if Participant is not an (Individual))

*March 14 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Richard Schnick
391 Douglas Rd.
Roselle, N.J. 07203



25 MAR 2019 PM 1 1



The Clerk of the United States District Court
for the District of Puerto , Room 150
Federal Building, 150 Chardon Avenue,
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :    Title III
                                               :
        as representative of                   :    Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :    (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Richard W. Darula & Dorothy T. Darula TTEES Richard & Dorothy Darula Liv Trust DTD 12-01-2000 | |
| Participant Name | Firm Name (if applicable) |
| Richard W. Darula & Dorothy T. Darula | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Richard W. & Dorothy T. Darula | |
| Email Address | Email Address |
| rdarula@wi.rr.com | |

Address line 1

_7830 Pershing Blvd_

Address line 2

_Kenosha, WI 53142_

City, State Zip Code

_U.S.A._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514L B89_

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Dorothy T. Darula_
Signature

Print Name _Richard W. Darula_
_Dorothy T. Darula_

Title (if Participant is not an Individual) _Trustees_

Date _March 25, 2019_

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Mr. Richard Darula
7830 Pershing Blvd
Kenosha, WI 53142-4523



The Clerk of the U.S. District Court
for the District of Puerto Rico, Room 150 Federal Bldg

150 Carlos Chardon Avenue

San Juan, P.R. 00918-1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

In re:                                                                    :

                                                                          :

THE FINANCIAL OVERSIGHT AND                               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :    Title III

                                                                          :

　　　　　　as representative of                          :    Case No. 17-BK-3283 (LTS)

                                                                          :

THE COMMONWEALTH OF PUERTO RICO *et al.,*     :    (Jointly Administered)

                                                                          :

　　　　　Debtors.                                                :

-----------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.　　Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**　　　**Counsel Contact Information (if any)**

Ann W Wood Trust    Trust

Participant Name　　　　　　　　　　　　　　　　Firm Name (if applicable)

Ann W Wood, Tr

Contact Person (if Participant is not an individual)　　Contact Person

awood3843@gmail.com

Email Address　　　　　　　　　　　　　　　　　Email Address

Address line 1                                    Address line 1

65850 E Desert Ridge Dr.
Address line 2                                    Address line 2

SADDLEBRooKe AZ 85739
City, State Zip Code                              City, State Zip Code

USA
Country                                           Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     X   intends to **support** the relief requested in the Objection (i.e., Participant
     believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     ___ intends to **oppose** the relief requested in the Objection (i.e., Participant
     believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
    sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
    the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
         secondary market? **YES** or **NO** (please **circle one**).

By: *Ann W Wood*
   Signature

*ANN W WOOD*
Print Name

*Trustee*
Title (if Participant is not an Individual)

*3/25/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Ms. Ann Wood
65850 E Desert Ridge Dr
Tucson, AZ 85739-1170

USA
FOREVER

RECEIVED & FILED
2019 MAR 29 AM 8: 10
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

Clerk of The U.S. District Court for The
District of Puerto.
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :   Title III
                                                      :
        as representative of                          :   Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :   (Jointly Administered)
                                                      :
        Debtors.                                      :
------------------------------------------------------X
```

RECEIVED & FILED
2019 MAR 29  PM 8: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Robert Balgley
Participant Name

Robert Balgley
Contact Person (if Participant is not an individual)

rpbalgley @ gmail.com
Email Address
rpbalgley @ gmail.com

**Counsel Contact Information (if any)**

UBS Financial Services
Firm Name (if applicable)

David Landesman
Contact Person

David.Landesman @ UBS.com
Email Address

Address line 1

*1031 NE 175ST*

Address line 2

*MMB FL 33162*

City, State Zip Code

*USA*

Country

Address line 1

*100 SE 2ST (#2400)*

Address line 2

*Miami FL 33131*

City, State Zip Code

*USA*

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Robert Balgley*

Signature

*Robert Balgley*

Print Name

*Owner*

Title (if Participant is not an Individual)

*3/20/19*

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Ellen Balgley
1031 NE 175th St.
Miami, FL 33162



U.S. POSTAGE PAID
FCM LETTER
TAMARAC, FL
33351
MAR 25, 19
AMOUNT

$0.55
R2303S103422-17

UNITED STATES
POSTAL SERVICE

1020          00918

RECEIVED & FILED
2019 MAR 29  AM 8:10
S OFFI
ICT C
UAN.P

The Clerk of the US District Court
For the District of Puerto (#150)

Federal Building

150   Carlos Chardon Ave
SAN JUAN, PR 00918-1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

SRF 30080

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------X
                                                         :
In re:                                                   :
                                                         :
THE FINANCIAL OVERSIGHT AND                              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :    Title III
                                                         :
         as representative of                            :    Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                :    (Jointly Administered)
                                                         :
         Debtors.                                        :
---------------------------------------------------------X

RECEIVED & FILED
2019 MAR 29  AM 8:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| MARTHA JEAN LEMON 2008 REV. TRUST | |
| Participant Name | Firm Name (if applicable) |
| LARRY H. LEMON | |
| Contact Person (if Participant is not an individual) | Contact Person |
| LARRYLEMON73@GMAIL.COM | |
| Email Address | Email Address |

Address line 1                              Address line 1

*11300 RUNNING DEER CT.*

Address line 2                              Address line 2

*EDMOND, OKLA. 73013-8344*

City, State Zip Code                       City, State Zip Code

*USA*

Country                                    Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LA 49*

     (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Larry H. Lemon*
Signature

*LARRY H. LEMON*
Print Name

*TRUSTEE*
Title (if Participant is not an Individual)

*MARCH 25, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Larry Lemon**
11300 Running Deer Ct
Edmond, OK  73013-8344




U.S. POSTAGE PAID
FCM LG ENV
EDMOND, OK
73013
MAR 25, 19
AMOUNT
**$1.00**
R2303S103606-06

UNITED STATES
POSTAL SERVICE®

1021          00918

RIVED & FILED
2019 MAR 29  A  8: 09
ERK'S OF
ISTRICT
N JUAN.

The Clerk of the United States District Court
    For the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan,  PR          00918-1767

Case:17-03283-LTS   Doc#:6091-1   Filed:03/29/19   Entered:04/01/19 10:02:50   Desc:
Pro Se Notices of Participation   Page 49 of 120
Case:17-03283-LTS   Doc#:6091-1   Filed:03/29/19   Entered:03/29/19 14:28:10   Desc:
Exhibit 6- Notice of Participation (Spanish version)   Page 3 of 4

**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\***

| **Nombre del Participante e información de contacto** | **Información de contacto de la representación legal (si hay alguna)** |
|---|---|
| MARGARITA GUZMÁN DE VINCENTY <br> Nombre del Participante | Nombre de la firma (si aplica) |
| Persona contacto (si el Participante no es un individuo) | Persona contacto |
| Correo electrónico | Correo electrónico |
| Dirección línea 1 | Dirección línea 1 |
| Dirección línea 2 | Dirección línea 2 |
| Ciudad, Estado, Código Postal | Ciudad, Estado, Código Postal |
| País | País |

2.   El Participante informa que (elija **una** de las siguientes opciones marcando una "X" en el espacio apropiado):

_____ pretende **apoyar** el remedio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe determinar que los Bonos GO Impugnados son **inválidos**); o

__X__ pretende **oponerse** al remedio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe determinar que los Bonos GO Impugnados son **válidos**).

3.   Si el Participante no es un tenedor de un Bono GO Impugnado, puede pasar al final de este Aviso y firmarlo. Si el Participante es tenedor de uno o más Bonos GO Impugnados, el Participante tiene que responder a los siguientes párrafos (a) y (b) según su mejor conocimiento.

(a) Provea el número CUSIP de todos los Bonos GO Impugnados del Participante:   74514LZZ3

2

**\*ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]\***

      (b) ¿El Participante compró alguno de sus Bonos GO Impugnados, parcial o totalmente, en el mercado secundario? **SI** o **NO** (por favor, **circule uno**).

Por: _Margarita Guzmán de Vincenty_
     Firma
MARGARITA GUZMÁN DE VINCENTY
Nombre en letra de molde

_____
Título (si el Participante no es un individuo)
**3/27/19**
Fecha

**Instrucciones para la notificación y presentación del Aviso de Participación:** Este Aviso de Participación tiene que ser (i) **notificado** por correo electrónico a las Partes a Notificar identificadas en el párrafo 8 de los Procedimientos de Objeción y (ii) **presentado** electrónicamente ante el Tribunal de Distrito de conformidad con sus procesos de Presentación Electrónica de Documentos. **Si el Participante no está representado por un abogado, el Participante puede presentar una copia impresa de este Aviso de Participación ante el Tribunal de Distrito mediante correo o personalmente, dirigido a: Secretaría del Tribunal Federal para el Distrito de Puerto Rico, Oficina 150 del Edificio Federal, 150 Avenida Carlos Chardón, San Juan, Puerto Rico 00918-1767.**

3

***STAT PR 1845 SRF 30961 PACKID: 2571 MMMLID: 835107 SVC: PR BOND
MARGARITA GUZMAN DE VINCENTY & THE ESTATE OF PEDRO VINCENTY
MARGARITA GUZMAN DE VINCENTY
URB. ALHAMBRA, ALCAZAR STREET # 1809
PONCE PR 00716



Secretario i/ao del Tribunal Federal
para el Dto. de P.R.
Of. 150 del Edif. Federal
150 Ave. Carlos Chardón
S.J. P.R.
00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :        Title III

    as representative of                    :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :        (Jointly Administered)

    Debtors.                            :

-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Terry + Carol Allen | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| 1950carolallen@gmail.com | |
| Email Address | Email Address |
| PO Box 1527 | |

Address line 1

_____
Address line 2
Clarendon TX 79226
City, State Zip Code
_____
USA
Country

Address line 1

_____
Address line 2
_____
City, State Zip Code
_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB89

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market?  **YES** or **NO** (please **circle one**).

By: _Terry Allen & Carol Allen_____
Signature

_Terry Allen & Carol Allen_____
Print Name

_____
Title (if Participant is not an Individual)

3/19/19
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Riedl First**
**Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213




## First Class Mail

The Clerk of the United State
District Court of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767








*THIS NOTICE MUST BE SENT ON OR PRIOR TO APRIL 16, 2019*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re:                                                    :

                                                          :

THE FINANCIAL OVERSIGHT AND                               :        PROMESA

MANAGEMENT BOARD FOR PUERTO RICO,                         :        Title III

                                                          :

      as representative of                                  :        Case No. 17-BK-3283 (LTS)

                                                          :

THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :        (Jointly Administered)

                                                          :

      Debtors.                                             :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Alvin & Evelyn League Tr | |
| Participant Name | Firm Name (if applicable) |
| Evelyn League | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |
| 1901 A E Old Hwy #40 | |

Address line 1                                    Address line 1
_____                   _____
Address line 2                                    Address line 2
New Cambria KS 67470
_____                   _____
City, State Zip Code                              City, State Zip Code
USA
_____                   _____
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant
      believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

          (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                          74514 LB89

          (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                 secondary market? **YES** or **NO** (please **circle one**).

By:  _Alvin L. League TTEES Evelyn League TTEES_
     Signature

     _Alvin League & Evelyn League_
     Print Name

     _Trustee_
     Title (if Participant is not an Individual)

     _3/25/19_
     Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213



RECEIVED & FILED
2019 MAR 29  AM 8:09

## First Class Mail
First Class Mail

The Clerk of the United State
District Court of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767








SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

------------------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Joseph Kump + Ann Stronguist Tr | |
| Participant Name | Firm Name (if applicable) |
| Joseph Kump | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Annia strom @ veri zon .net | |
| Email Address | Email Address |
| 3923 Gaviota Ave | |

Address line 1

_____
Address line 2
~Long Bch CA 90807~
City, State Zip Code
~USA~
_____
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                ~74514 LB89~

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

_____
Signature    ~TTEE~          ~Ann Stromquist, TTEE~

~Joseph G Kump TTEE~     ~Ann Stromquist, TTEE~
Print Name

_____
Title (if Participant is not an Individual)   ~Trustee~

~3/20/19~                    ~3/20/2019~
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

RECEIVED & FILED

2019 MAR 29  AM 8: 09


Hasler
03/25/2019
US POSTAGE $001.00º
ZIP 67206
011D11650520

## First Class Mail
First Class Mail

The Clerk of the United State
District Court of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767









**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :    Title III
                                               :
        as representative of                   :    Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :    (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

   **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

   The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Franklin M. Sanders* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *L belcher1@Gmail.com* | |
| Email Address | Email Address |
| | |

Address line 1

1873 Wentworth Drive

Address line 2

Canton, MI 48188 - 3090

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514 L Z X 8

    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: Franklin M. Sanders

Signature

Franklin M. Sanders

Print Name

_____

Title (if Participant is not an Individual)

MARch 26, 2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

# PRIORITY
# ★ MAIL ★



U.S. POSTAGE PAID
PM 3-Day
BRIGHTON, MI
48116
MAR 26, 19
AMOUNT
$7.35
1004     00918     R2303S101119-04

From:
TERUS

37811 W. 12 Mile RD
Ste 101
Farmington Hills, MI
48331

To:

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

EXPECTED DELIVERY DAY: 03/29/19

USPS TRACKING NUMBER



9505 5105 9768 9085 3434 31



P S00001000014

EP14F July 2013
OD: 12.5 x 9.5


## UNITED STATES
## POSTAL SERVICE.

* Domestic only.   * For International shipments, the maximum weight is 4 lbs.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------X
                                         :
In re:                                   :
                                         :
THE FINANCIAL OVERSIGHT AND              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :    Title III
                                         :
       as representative of              :    Case No. 17-BK-3283 (LTS)
                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,  :    (Jointly Administered)
                                         :
       Debtors.                          :
-----------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Donald G. Torns Profit Sharing Pension Plan | |
| Participant Name | Firm Name (if applicable) |
| Judith A. Torns trustee | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Fondalk@hotmail.com | |
| Email Address | Email Address |

Address line 1

5440 SHARP Drive

Address line 2

Howell, MI 48843

City, State Zip Code

US

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L Z X 8

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _Judith A. Terns_
Signature

JUDITH A. TERNS
Print Name

TRUSTEE
Title (if Participant is not an Individual)

MARCH 20, 2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

# PRIORITY
# ★ MAIL ★



U.S. POSTAGE PAID
PM 3-Day
BRIGHTON, MI
48116
MAR 26, 19
AMOUNT
**$7.35**
R2303S101119-04

1004      00918

From:
TERUS

37811 W. 12 Mile RD
Ste 101
Farmington Hills, MI
48331                TO:

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

EXPECTED DELIVERY DAY: 03/29/19
**USPS TRACKING NUMBER**



9505 5105 9768 9085 3434 31



P S00001000014

EP14F July 2013
OD: 12.5 x 9.5


## UNITED STATES
## POSTAL SERVICE®

* Domestic only.   * For International shipments, the maximum weight is 4 lbs.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :    Title III
                                                      :
        as representative of                          :    Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO *et al.*,             :    (Jointly Administered)
                                                      :
        Debtors.                                      :
------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Adam Terns | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| fondalk@hotmail.com | |
| Email Address | Email Address |
| | |

Address line 1

_5440 Sharp Drive_

Address line 2

_Howell, MI 48843_

City, State Zip Code

_US_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LZX8_

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Adam Terns_
Signature

_Adam Terns_
Print Name

_____
Title (if Participant is not an Individual)

_MARCH 20, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

# PRIORITY
## ★ MAIL ★

 

U.S. POSTAGE PAID
PM 3-Day
BRIGHTON, MI
48116
MAR 26, 19
AMOUNT

**$7.35**

1004   00918   R2303S101119-04

*From:*
*TERUS*

37811 W. 12 Mile RD
Ste 101
Farmington Hills, MI
48331

 *To:*

## FLAT RATE ENVELOPE
**ONE RATE ★ ANY WEIGHT***

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

EXPECTED DELIVERY DAY: 03/29/19

**USPS TRACKING NUMBER**



9505 5105 9768 9085 3434 31



P S 00001000014

EP14F July 2013
OD: 12.5 x 9.5


**UNITED STATES**
**POSTAL SERVICE**®

* Domestic only.   ✕ For International shipments, the maximum weight is 4 lbs.

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
          as representative of                  :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
          Debtors.                              :
------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Linda J. Chevalier
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

chevalierlinda@att.net
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

SRF 31030

Address line 1                                    Address line 1

10883 Reynard                                     _____

Address line 2                                    Address line 2

Brighton MI 48114-9031                            _____

City, State Zip Code                              City, State Zip Code

U.S.A.                                            _____

Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

               74514LZX8

    (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Linda J. Chevalier_
   Signature

   Linda J. Chevalier
   Print Name

   _____
   Title (if Participant is not an Individual)

   March 18, 2019
   Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

# PRIORITY
## ★ MAIL ★




U.S. POSTAGE PAID
PM 3-Day
BRIGHTON, MI
48116
MAR 26, 19
AMOUNT
**$7.35**
R2303S101119-04

1004
00918

*From:*

*TERNS*

37811 W. 12 Mile RD
Ste 101

Farmington Hills, MI
48331

*To:*

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

The Clerk of the United States District
Court for the District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan, PR 00918-1767

EXPECTED DELIVERY DAY: 03/29/19
**USPS TRACKING NUMBER**



9505 5105 9768 9085 3434 31



P S 00001000014

EP14F July 2013
OD: 12.5 x 9.5


**UNITED STATES POSTAL SERVICE®**

* Domestic only.   ✕ For international shipments, the maximum weight is 4 lbs.

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :   Title III
                                        :
         as representative of           :   Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO et al., :   (Jointly Administered)
                                        :
         Debtors.                       :
                                        :
----------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| DIERDRE DIANE Bobby | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| llewellynPippy 19 | |
| Email Address | Email Address |

SRF 31030

Address line 1

10829 CURRIER CT.

Address line 2

BRIGHTON, MI 48114

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   X   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L Z X 8

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: *Dierdre Diane Bobby*

Signature

*Dierdre Diane Bobby*

Print Name

_____

Title (if Participant is not an Individual)

3-19-19

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

# PRIORITY
# ★ MAIL ★




U.S. POSTAGE PAID
PM 3-DAY
BRIGHTON, MI
48116
MAR 26, 19
AMOUNT
**$7.35**
R2303S101119-04

1004    00918

From:
TERUS

37811 W. 12 Mile RD
Ste 101
Farmington Hills, MI
48331

To:

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

EXPECTED DELIVERY DAY: 03/29/19

USPS TRACKING NUMBER



9505 5105 9768 9085 3434 31



P S 00001000014

EP14F July 2013
OD: 12.5 x 9.5



**UNITED STATES**
**POSTAL SERVICE**®

* Domestic only.   * For International shipments, the maximum weight is 4 lbs.

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         Title III
                                                    :
      as representative of                       :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,           :     (Jointly Administered)
                                                    :
      Debtors.                                  :

----------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Manny STERNLICHT
_____                     _____
Participant Name                                    Firm Name (if applicable)


_____                     _____
Contact Person (if Participant is not an individual)  Contact Person

mannystern3@gmail.com
_____                     _____
Email Address                                       Email Address


_____                     _____

SRF 31030

| | |
|---|---|
| Address line 1 | Address line 1 |
| _5626 Ainsley Ct._ | _____ |
| Address line 2 | Address line 2 |
| _Boynton Beach, FL 33437_ | _____ |
| City, State Zip Code | City, State Zip Code |
| _U.S.A_ | _____ |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Manny Sternlicht_
Signature

_Manny STERNLICHT_
Print Name

_____
Title (if Participant is not an Individual)

_3/10/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Manny Sternlicht
5626 Ainsley Ct
Boynton Beach, FL 33437

WEST PALM BCH FL 334

28 MAR 2019 PM 4 L

RECEIVED & FILED
2019 MAR 29  PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the U.S. District Court for the
District of Puerto Rico,
Room 150 Federal Bldg,
150 Carlos Chardon Ave.,
San Juan, P.R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND          :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :        Title III

as representative of                                     :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)

Debtors.                                                 :

---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

BARBARA H GREINER
Participant Name                                              Firm Name (if applicable)


Contact Person (if Participant is not an individual)          Contact Person


Email Address                                                    Email Address


bhgreiner @ gmail . com

Case:17-03283-LTS   Doc#:6091-1   Filed:03/29/19   Entered:04/01/19 10:02:50   Desc:
Pro Se Notices of Participation   Page 80 of 120

SRF 31030

| Address line 1 | Address line 1 |
|---|---|
| Address line 2 | Address line 2 |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB71

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Barbara H Greiner_
Signature

_BARBARA H. GREINER_
Print Name

_____
Title (if Participant is not an Individual)

_March 25, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

23 Las Brisas Way
Naples, FL 34108

26 MAR 2019 PM 2 1

USA
FOREVER

RECEIVED & FILED
2019 MAR 29 PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the United States District Court
   for the District of Puerto

Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
          as representative of                   :    Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :    (Jointly Administered)
                                                 :
          Debtors.                               :
----------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**       **Counsel Contact Information (if any)**

JOSEPH PIESCO
_____                   _____
Participant Name                                   Firm Name (if applicable)

_____                   _____
Contact Person (if Participant is not an individual)   Contact Person

J PIESCAJOP@AOL.COM
_____                   _____
Email Address                                      Email Address

_____                   _____

| Address line 1 | Address line 1 |
| *1247 SoGilBoARd* | |
| Address line 2 | Address line 2 |
| *GilBoA NY 12076* | |
| City, State Zip Code | City, State Zip Code |
| *SchohARIE* | |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   *74514LB89*

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Joseph Piesco*
Signature

*Joseph Piesco*
Print Name

_____
Title (if Participant is not an Individual)

*3/25/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Mr. Joseph Piesco
1247 S Gilboa Rd
Gilboa, NY 12076-2305

U.S. POSTAGE PAID
FCM LETTER
NAPLES, FL
34102
MAR 26, 19
AMOUNT
$0.55
B2305H126755-15

1023

00918

RECEIVED & FILED
2019 MAR 29 PM 4: 55
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

    Debtors.

---------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*IRA IDA Rodriguez Barcelo*
Participant Name

rivera.iri38@gmail.com
Email Address

Contact Person (if Participant is not an individual)

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

220 WYCKOFF Street

Address line 2

BROOKLYN NY 11217

City, State Zip Code

Kings USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

_____
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Ms Iraida Rodriguez
220 Wyckoff St.
Brooklyn NY 11217

NEW YORK NY 100

25 MAR 2019 PM 1 L

RECEIVED & FILED
2019 MAR 29 PM 4: 55
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District
Court for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan PR
00918-5625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :      Title III
                                                :
        as representative of                    :      Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :      (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Rafael Crew Santini* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Rcarosan@ yahoo.com* | |
| Email Address | Email Address |
| | |
| *Urb. El Rocio* | |

Address line 1

_25 Calle Madacalva_

Address line 2

_Cnyuy, PR 00734_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant
       believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
       believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
       sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
       the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                    _74514LZZ3_

       (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
               secondary market?  **YES** or **NO** (please **circle one**).

By: _____

Signature

_Rafael Caro Santori_

Print Name

_____

Title (if Participant is not an Individual)

_3/26/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Rafael Cruz
Urb. El Roao
25 Calle Machealus
Cayey, PR 00736

RECEIVED & FILED
2019 MAR 29 PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of The United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

0091881703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
         as representative of                 :    Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :    (Jointly Administered)
                                              :
         Debtors.                             :
------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| - Ruben Nieves Lugardo | |
| Participant Name | Firm Name (if applicable) |
| N/A | |
| Contact Person (if Participant is not an individual) | Contact Person |
| N/A | |
| Email Address | Email Address |
| | |

Address line 1

*Po Box 2442*

Address line 2

*Canovanas PR 00729*

City, State Zip Code

*Puerto Rico*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market?  **YES** or **NO** (please **circle one**).

By: *Ruben Nieves*

Signature

*Ruben Nieves Lugardo*

Print Name

*n/a*

Title (if Participant is not an Individual)

*3/25/2019*

Date

*Carmen L. Felix*

*Carmen L. Felix*

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Ruben Nieves Lugardo
Po Box 2442
Canovanas PR 00729

RECEIVED & FILED

2019 MAR 29  PM 4: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




00918

1000

U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
MAR 26, 19
AMOUNT
**$6.30**
R2305K134317-04



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**®



7018 1830 0000 7971 1928

Secretaria del Tribunal Federal Para Distrito  PR
Oficina 150 Edificio federal
150 Avenida Chardon
San Juan PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    Title III

    as representative of          Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*    (Jointly Administered)

Debtors.

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Kathryn Hoedebeck Day* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *Kathy h day @ gmail.com* | |

| Address line 1 | Address line 1 |
| 11288 Spyglass Cove Lane | |
| Address line 2 | Address line 2 |
| Reston, VA 20191 | |
| City, State Zip Code | City, State Zip Code |
| US | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LL W5 ,  74514 LA 31

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Kathryn Hoedebeck Day_
Signature
_Kathryn Hoedebeck Day_
Print Name

_____
Title (if Participant is not an Individual)
_3/26/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Kathryn Day
11288 Spyglass Cove Lane
Reston, VA  20191-4518

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 0140 0000 8365 0578

RECEIVED & FILED

2019 MAR 29  PM 4:55

CLERK'S OFFICE
US DISTRICT COURT
SJ PR

U.S. POSTAGE PAID
FCM LETTER
RESTON, VA
MAR 26, 19
AMOUNT

**$6.85**

R2307M152594-05

1000        00918

The Clerk of the US District Court
for the District of Puerto, ~~Room 150~~
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

RETURN RECEIPT
REQUESTED

0091831703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :     Title III
                                               :
        as representative of                   :     Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :     (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

RONALD JACHIMAK
Participant Name

_____
Contact Person (if Participant is not an individual)

RONALDJACHIMAK@YAHOO.COM
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

*2408 CEDAR ST.*

Address line 2

*ROLLING MEADOWS*

City, State Zip Code

*IL 60008-3418*

Country

*USA*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

_____

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LUV7*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Ronald Jachimak*

Signature

*RONALD JACHIMAK*

Print Name

_____

Title (if Participant is not an Individual)

*3-25-2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

RONALD JACHIMIAK
2408 CEDAR ST
ROLLING MEADOWS, IL
60008-3418



25 MAR 2019 PM 2 L

RECEIVED & FILED
2019 MAR 29 PM 4:55
CLERK OF THE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO ROOM 150
FEDERAL BUILDING 150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------X
                                    :
In re:                              :
                                    :
THE FINANCIAL OVERSIGHT AND         :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :     Title III
                                    :
        as representative of        :     Case No. 17-BK-3283 (LTS)
                                    :
THE COMMONWEALTH OF PUERTO RICO et al., :  (Jointly Administered)
                                    :
        Debtors.                    :
-------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

Scott Corbin
_____                            _____
Participant Name                                   Firm Name (if applicable)


_____                            _____
Contact Person (if Participant is not an individual)   Contact Person
Smcorbin99@gmail.com
_____                            _____
Email Address                                      Email Address


_____                            _____

Address line 1

232 Rock Odorogg Road

Address line 1

_____

Address line 2

Dartmouth, MA 02748

Address line 2

_____

City, State Zip Code

USA

City, State Zip Code

_____

Country

_____

Country

_____

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74 S14 L6389
74S14 L371

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or NO (please **circle one**).

By: _____
       Signature

Scott Curio

Print Name

_____

Title (if Participant is not an Individual)

3/25/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Scott M. Conti
232 Rock Odundee Rd
South Dartmouth, MA 02748

Hasler
03/26/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 02747
011E11672790

RECEIVED & FILED
2019 MAR 29 PM 4: 55
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of Puerto Rico

Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, P.R.
00918-1767



**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:                                                 :

THE FINANCIAL OVERSIGHT AND                            :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :      Title III

     as representative of                               :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*               :      (Jointly Administered)

     Debtors.                                          :

-------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Beverly A. Findey
_____
Participant Name

SAME
_____
Contact Person (if Participant is not an individual)

Bevfinley@mindspring.com
_____
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

Matt Hawkins
_____
Contact Person

mhawkins@cfiemail.com
_____
Email Address

4580 Sunset Blvd.

Address line 1

_PO Box 290850_
Address line 2

_Columbia, SC 29229_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_Lexington SC 29072_
City, State Zip Code

_USA_
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Beverly A. Finley_
   Signature

_Beverly A. Finley_
Print Name

_TTEE_
Title (if Participant is not an Individual)

_March 20, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Centaurus Finance
Attn: Tate
4580 Sunset Blvd
Lexington, SC 29072



RECEIVED & FILED
2019 MAR 29  PM 4: 55
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918@1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------X
:
In re:                                          :
:
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
:
    as representative of                        :   Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*        :   (Jointly Administered)
:
    Debtors.                                    :
------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Beverly A Finley*
Participant Name

*SAme*
Contact Person (if Participant is not an individual)

*BevFinley@mindspring.com*
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

*Matt Hawkins*
Contact Person

*mhawkins@cfiemail.com*
Email Address

*4580 Sunset Blvd.*

Address line 1

_PO box 290850_
Address line 2

_Columbia, SC 29229_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_Lexington, SC 29072_
City, State Zip Code

_USA_
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Beverly A. Finley_
Signature

_Beverly A. Finley_
Print Name

_TTEE_
Title (if Participant is not an Individual)

_March 20, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Centaurus Financial
Attn: Tate
4330 Sunset Blvd
Lexington, SC 29072





RECEIVED & FILED
2019 MAR 29   PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918801703 C018

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :       Title III
                                              :
        as representative of                  :       Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.,*     :       (Jointly Administered)
                                              :
        Debtors.                              :
----------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

*LUCIENNE HOLFELDER*
_____                            _____
Participant Name                                     Firm Name (if applicable)


_____                            _____
Contact Person (if Participant is not an individual) Contact Person


_____                            _____
Email Address                                        Email Address


_____                            _____

SRF 30944

| | |
|---|---|
| Address line 1 | Address line 1 |
| *10 Starr Lane* | _____ |
| Address line 2 | Address line 2 |
| *Bethel, CT 06801-* | _____ |
| City, State Zip Code  *2911* | City, State Zip Code |
| _____ | _____ |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   *20 M   745/4LD20*

   (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

X  By: *Lucienne Holfelder*
   Signature

   *LUCIENNE HOLFELDER*
   Print Name

   _____
   Title (if Participant is not an Individual)

   _____
   Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



200 Nyala Farms Road
Suite One
Westport, CT 06880-6265

**RBC**

RBC Wealth Management

26 MAR '19
PM 2 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P                    $ 000.50⁰
0001976746    MAR 25 2019
MAILED FROM ZIP CODE 06880

The Clerk of the U.S. District Court
for District of Puerto Rico
Room 150 Federal Building
150 Carloe Chardon Ave
San Juan, Puerto Rico 00918-
1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
        as representative of                    :    Case No. 17-BK-3283-(LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
        Debtors.                                :
-------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Ina Mae Downs* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *N A* | |
| Email Address | Email Address |
| | |

Address line 1

*750 Johnson St.*

Address line 2

*Wolf Point, MT 59201*

City, State Zip Code

*U. SA.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LD 20*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Ina Mae Downs*

Signature

*Ina Mae Downs*

Print Name

_____

Title (if Participant is not an Individual)

*3/21/2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Ms. Ina M. Downs**
750 Johnson St
Wolf Point, MT 59201-1819



FOREVER / USA

The Clerks of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                                                  :

                                                                        :

THE FINANCIAL OVERSIGHT AND                          :        PROMESA

MANAGEMENT BOARD FOR PUERTO RICO,            :        Title III

                                                                        :

            as representative of                               :        Case No. 17-BK-3283-(LTS)

                                                                        :

THE COMMONWEALTH OF PUERTO RICO *et al.,*      :        (Jointly Administered)

                                                                        :

            Debtors.                                             :

-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

Diane E Graham and Johnson Graham
Participant Name                                                          Firm Name (if applicable)


Contact Person (if Participant is not an individual)        Contact Person


Email Address  dgraham 217@ aol com     Email Address

Address line 1

_176 Evergreen Drive_

Address line 2

_Westbury NY 11590_

City, State Zip Code

_Nassau_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
    **74514LB89**

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Diane E. Graham and Graham_

Signature

Print Name _Diana E. Graham + Johnson Graham_

_____

Title (if Participant is not an Individual)

Date _3/26/19_

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Johnson Graham
176 Evergreen Dr.
Westbury, NY 11590



RECEIVED & FILED
2019 MAR 29 PM 4: 54
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R

The Clerk of the US District Court
For the District of Puerto, Rm 150 Federal Bdg
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

0091801703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X
                                                   :
In re:                                             :
                                                   :
THE FINANCIAL OVERSIGHT AND                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                  :   Title III
                                                   :
          as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                   :
THE COMMONWEALTH OF PUERTO RICO et al.,            :   (Jointly Administered)
                                                   :
          Debtors.                                 :
-----------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| GERALD F CABAK & ALGYTE R CABAK | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| CABAK@UCOLICK.org | |
| Email Address | Email Address |

Address line 1

*129 CARBONERA DRIVE*

Address line 2

*SANTA CRUZ, CA, 95060*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By: *Gerald Cabak*                    *Algyte P. Cabak*
Signature

*GERALD CABAK*                    *ALGYTE R. CABAK*
Print Name

_____

Title (if Participant is not an Individual)

*24 March 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Cabak
129 Carbonera Dr.
Santa Cruz, CA
95060

RECEIVED & FILED
2019 MAR 29 PH 4: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico
00918