**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | ) ) ) | PROMESA Title III |
| | ) | Case No. 17-bk-03283 (LTS) |
| as representative of | ) ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | ) ) | |
| | ) | |
| Debtor. | ) ) | |
| | ) | |
| In re: | ) ) | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | X ) ) | |
| | ) ) | PROMESA Title III |
| as representative of | ) ) | |
| | ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) ) ) ) | Case No. 17-cv-01685 (LTS) Case No. 17-bk-03566 (LTS) **Re: ECF No. 367** |
| | ) | |
| Debtor. | ) ) | |
| | ) ) ) ) ) ) X | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON APRIL 1, 2019 AT 2:30 P.M. AST**

Pursuant to this Court's Order [ECF No. 424 in Case No. 17-bk-03566], the parties intending to present argument at the April 1, 2019 hearing set for 2:30 p.m. Atlantic Standard Time have met and conferred concerning a proposed agenda for the sequence by which counsel intend to address the pending motions to compel, and respectfully submit the following proposed agenda:

I. <u>Movants' Motion to Compel Discovery [ECF No. 402 in Case No. 17-bk-03566]</u>

   a. Motion to Compel ERS, the Commonwealth, and AAFAF to Search Within an Appropriate Date Range
      i. Argument for Movants: Geoffrey S. Stewart
      ii. Opposition Argument:
         1. The Commonwealth, ERS, and AAFAF: William J. Sushon

   b. Motion to Compel Production of a Privilege Log
      i. Argument for Movants: Matthew E. Papez
      ii. Opposition Argument:
         1. The Commonwealth, ERS, and AAFAF: William J. Sushon
         2. Oversight Board: William D. Dalsen

   c. Motion to Compel Oversight Board to Produce Documents
      i. Argument for Movants: Sparkle L. Sooknanan
      ii. Opposition Argument:
         1. Oversight Board: William D. Dalsen

   d. Motion to Compel Oversight Board to Produce a Witness
      i. Argument for Movants: Sparkle L. Sooknanan
      ii. Opposition Argument:
         1. Oversight Board: William D. Dalsen

   e. Motion to Compel the Commonwealth and ERS to Answer Interrogatories
      i. Argument for Movants: Cheryl Tedeschi Sloane
      ii. Opposition Argument:
         1. The Commonwealth, ERS, and AAFAF: William J. Sushon

II. <u>Oversight Board's Motion to Compel Discovery [ECF No. 403 in Case No. 17-bk-03566]</u>

   a. Motion to Compel Responses to Interrogatory Nos. 5, 6, and 8, and Documents Responsive to Request No. 7
      i. Oversight Board: William D. Dalsen
      ii. Opposition Argument: Cheryl Tedeschi Sloane

2

    b. Motion to Compel Response to Interrogatory No. 9
        i. Oversight Board:  William D. Dalsen
        ii. Opposition Argument:  Cheryl Tedeschi Sloane

    c. Statements by the Committees
        i. UCC:  Nicholas Bassett
        ii. Retiree Committee:  Landon Raiford


*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: April 1, 2019
New York, NY

Respectfully submitted,

*/s/ Margaret A. Dale*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: jlevitan@proskauer.com
Email: mdale@proskauer.com


Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260


*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Luis F. del Valle-Emmanuelli*
Luis F. del Valle-Emmanuelli

4