Tribunal De Quiebras de Puerto Rico

| | |
|---|---|
| Estado Libre Asociado P.R. | Promesa, civil Núm: 17-3823-LTS |
| Deudores | |
| Demandados | Civil local: DDP2014-0229 |
| V. | |
| Eliezer Santana Báez | RECEIVED AND FILED - MAIL |
| Demandante | USBC '19 MAR 29 AM 10:20 |

**Moción En Solicitud Se desparalice el pago adeudado por los demandados**

Comparecen los demandantes por derecho propio y solicita:

1- Que en este caso el E.L.A. de P.R. llegó a transigir con el demandante a nivel local en el Tribunal de Bayamón por la suma de $2,000 dolares en la demanda Núm.: DDP2014-0229, en la que se llegó a la transacción a pesar de que ellos a la vez, estaban solicitando el amparo de la ley Promesa.

2- El estado se comprometió a pagar, y con promesa ya puesta o en camino se dispusieron a llegar a un acuerdo conmigo de $2,000 dolares en este caso.

3- Yo solicito, por ser esto una suma bajita, y por haberse transigido estando promesa puesta que, se les ordene desparalizar el caso, para la continuación del proceso ulterior y final que es el depositar el cheque en el Tribunal para el pago, ya que el Tribunal Bayamón emitió sentencia impartiendo su aprobación en este caso, por lo que se solicita se ordene levantar la paralización en este caso y se ordene depositar el cheque.

Por todo lo cual se solicita se tome conocimiento de lo expuesto y se ordene el levantamiento de la paralización en este caso DDP2014-0229 y se les ordene el pago correspondiente.

Eliezer Santana Báez
50 Carr. 5 unit A-501 edif. 3-J
Ind. Luchetti, Bayamón P.R. 00961

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2019 APR -1 AM 9:38
RECEIVED & FILED