Eliezer Santana [Rojas?]
50 Carr. 5 unit A-501 EdiF-3-J
Ind. Luchetti, Bay. P.R. 00961

28 MAR 2019 PM 1 T

SCREENED MAIL
USMS

Tribunal Quiebras en P.R.
Jose V. Toledo U.S. Courthouse 300
Recinto Sur street, S.J. P.R.
00901