**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"), *et al*.,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**THIRD INFORMATIVE MOTION OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO REGARDING OMNIBUS
OBJECTIONS OF THE PUERTO RICO SALES TAX FINANCING CORPORATION**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

As requested by the Court at the hearing on March 13, 2019 (the "Hearing"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of COFINA pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), hereby submits as **Exhibit A** hereto one (1) claim withdrawal form (the "Withdrawal") signed by a claimant agreeing to withdraw his claim filed against COFINA, and respectfully states as follows:

1. A total of forty-seven (47) claim objections (each an "Objection" and collectively, the "Objections") have been filed by COFINA. The Objections include nineteen (19) omnibus objections (each an "Omnibus Objection" and collectively, the "Omnibus Objections") seeking to disallow and/or reclassify (so as to be claims asserted against different Title III debtors) thousands of proofs of claim asserted against COFINA. Sixteen (16) of the Omnibus Objections, numbered one through sixteen, were filed on December 4, 2018 (*see* ECF Nos. 4405, 4406, 4407, 4408, 4409, 4410, 4411, 4412, 4413, 4414, 4415, 4416, 4417, 4418, 4419, 4420), and three (3) additional Omnibus Objections, numbered seventeen through nineteen, were filed on December 19, 2018 (*see* ECF Nos. 4502, 4504, 4506). Each Omnibus Objection attached an Exhibit A, which listed the claims subject to that specific Omnibus Objection. Contemporaneously herewith, the Oversight Board has filed amended versions of each Exhibit A to remove claims that were voluntarily withdrawn by the claimant after the Omnibus Objection to which the claim was subject was filed. Seventeen (17) of those Omnibus Objections have been granted by the Court (*see* ECF Nos. 4405, 4406, 4407, 4408, 4409, 6036, 6007, 6009, 6010, 6011, 6037, 6051, 6053, 6012, 6014, 6015, 6056).

2

2. Pursuant to the notices accompanying each of the Objections (each a "Notice"),[2] any party disputing an Omnibus Objection was required to file and serve a response in accordance with the process set forth in the Notice by 4:00 p.m. (Atlantic Standard Time) on February 1, 2019. The deadline to submit a response to any of the Individual Objections was 4:00 p.m. (Atlantic Standard Time) on February 26, 2019. A total of fifty-five (55) responses were timely filed with the Court and served on the Oversight Board. ECF Nos. 4479, 4490, 4491, 4581, 4585, 4587, 4595, 4604, 4630, 4631, 4659, 4673, 4685, 4800, 4825, 4827, 4828, 4829, 4839, 4849, 4877, 4895, 4896, 4922, 4943, 4944, 4951, 4973, 4974, 4980, 4988, 4989, 4994, 4997, 4999, 5000, 5001, 5004, 5005, 5006, 5017, 5019, 5021, 5026, 5028, 5029, 5032, 5033, 5034, 5035, 5037, 5039, 5041, 5042, and 5081. Eighteen (18) of these responses were withdrawn by the claimants, and the Oversight Board filed replies in support of the Sixth, Seventh, Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Eighteenth, and Nineteenth Omnibus Objections, as well as to the Individual Objections to the claims filed by Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Juana Díaz, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, and Cooperativa de Ahorro y Crédito Valenciano.

3. In an effort to efficiently and cooperatively resolve as many responses as possible, a representative of the Oversight Board contacted certain claimants who filed a response to explain the Objection at issue and address any concerns raised by the claimant in the response. On March 12, 2019, the Oversight Board submitted six (6) consent forms signed by claimants agreeing to withdraw their respective responses to certain claim objections filed by COFINA. ECF No. 5584. On March 21, 2019, the Oversight Board submitted four (4) additional consent forms. ECF No.

---

[2] Each Notice was served in English and Spanish on the individual creditors subject to the Omnibus Objections, the U.S. Trustee, and the Master Service List (as defined in the *Order Further Amending Case Management Procedures* [ECF No. 3804]). *See Certificate of Service* [ECF No. 4442].

5980. The Oversight Board submits herewith one additional (1) claim withdrawal form, attached hereto as **Exhibit A**, submitted by a claimant who subsequently agreed to withdraw his claim in its entirety:

| Claimant | Proof of Claim Agreed to Withdraw | Response |
|---|---|---|
| Francisco Toro de Osuna | 2112 | Seventh Omnibus [ECF No. 4490] |

| | |
|---|---|
| Dated: April 1, 2019<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Daniel J. Perez-Refojos<br>USDC No. 303909<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>*Attorneys for the Financial Oversight and Management Board as Representative of COFINA*<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, and all CM/ECF participants in the case.

/s/ *Hermann D. Bauer*
Hermann D. Bauer