# EXHIBIT A

# United States District Court for the District of Puerto Rico / Tribunal de Distrito de Los Estados Unidos para el Distrito de Puerto Rico

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

☐ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico — Case No. 17-bk-03283 — Petition Date: May 3, 2017

☒ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico — Case No. 17-bk-03284 — Petition Date: May 5, 2017

☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico — Case No. 17-bk-03567 — Petition Date: May 21, 2017

☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico — Case No. 17-bk-03566 — Petition Date: May 21, 2017

☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico — Case No. 17-bk-04780 — Petition Date: July 2, 2017

## Claim Withdrawal Form / Formulario de Retiro de Reclamación

**Part 1 / Parte 1: Identify the Claim / Identificar la reclamación**

Creditor Name and Address / Nombre y dirección del acreedor:

Name / Nombre: FRANCISCO TORO OSUNA
Address / Dirección: Urb. Ext. Quintas De Santa Maria #28
City / Ciudad: Mayaguez   State / Estado: P.R.   Zip Code / Código Postal: 00682

Claim Number (if known) / Número de Reclamación (si usted sabe): 2112

Date Claim Filed / Fecha de Reclamación Presentada: 7 MARZO 2018
(mm/dd/yyyy) / (dd/mm/aaaa)

Total Amount of Claim Filed / Cantidad Total de Reclamación Presentada: $10,000.00

**Part 2 / Parte 2: Sign Below / Firmar a continuación**

The person completing this form must sign and date it. / La persona que completa este formulario debe firmar y fechar.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor. / Yo, el abajo firmante, soy el acreedor mencionado anteriormente, o un signatario autorizado del acreedor mencionado anteriormente. Por la presente retiro el reclamo mencionado anteriormente y autorizo al Secretario de este Tribunal, o su Agente de Reclamaciones debidamente designado, a reflejar este retiro en el registro oficial de reclamaciones del Deudor mencionado anteriormente.

Executed on date / Ejecutado el: 7 MARZO 2019
(mm/dd/yyyy) / (dd/mm/aaaa)

Signature / Firma: [signature]