# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT of PUERTO RICO

Set: 2:30 PM (AST)
Started: 2:31 PM (AST)
Ended: 5:06 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE MAGISTRATE JUDGE JUDITH G. DEIN**       DATE: April 1, 2019
COURTROOM DEPUTY: Carmen Tacoronte
COURT CLERK: Stephanie Caruso
COURT REPORTER: Debra Lajoie

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico,<br>Debtor | 3:17-BK-3566 (LTS)<br><br>PROMESA Title III |

**Hearing Re: 1st round of motions to compel held.**

Parties heard as to:

April 1, 2019 – Motion Hearing
3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS)

- Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Compel Discovery [Case No. 17-3283, ECF No. 5972 / Case No. 17-3566, ECF No. 402]
- Urgent Motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Answers to Interrogatories (and Production of Related Documents) from Movants Relating to the Stay Relief Motion [Case No. 17-3283, ECF No. 5974 / Case No. 17-3566, ECF No. 403]

**Joint status reports due by April 5, 2019 at 5:00 PM (AST).**

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy

Exhibits admitted:
A, B and C.