*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Compel Discovery*
**Docket No. 5972 in Case No. 17-bk-03283 and Docket No. 402 in Case No. 17-bk-03566**

### Movants' Document Review Burden

| Custodian | Direct Hits | Hits with Family |
|---|---|---|
| Andalusian Global Designated Activity Company<br>• James Bolin<br>• David Bersh<br>• Atish Nigam | 1,905 | 3,484 |
| Glendon Opportunities Fund, L.P.<br>• Brian Lanktree<br>• David Poulten<br>• Thomas Kallberg<br>• Christopher Delaney | 4,177 | 9,620 |
| Mason Capital Management, LLC<br>• Michael Martino<br>• Richard Engman<br>• Daniel Hanson | 6,857 | 14,331 |
| Oaktree-Forrest MultiStrategy, LLC (Series B); Oaktree Opportunities Fund IX, L.P.; Oaktree Opportunities Fund IX (Parallel 2), L.P.; and Oaktree Value Opportunities Fund, L.P.<br>• Ken Liang<br>• Rajath Shourie<br>• Robert O' Leary<br>• Steve Tesoriere<br>• David Brown<br>• Michael Kreger<br>• Emily Stephens<br>• Adam Bennett | 6,355 | 13,859 |
| Ocher Rose, L.L.C.<br>• Patrick Dowd<br>• Evan Mossop<br>• Daniel Ehrmann<br>• Elan Daniels | 4,449 | 7,981 |
| The Puerto Rico Funds (Sole-Managed Funds and Co-Managed Funds)<br>• Leslie Highley, Jr.<br>• Ricardo Ramos<br>• Javier Rubio (only a custodian for Co-Managed Funds) | 5,794 | 9,279 |
| SV Credit, L.P.<br>• Vivek Melwani<br>• Shanshan Cao<br>• Steven Dickerson<br>• Ian Silverbrand<br>• Sam Rappaport | 6,901 | 13,815 |
| **TOTALS FOR THE BONDHOLDERS** (30 Custodians) | **36,438** | **72,369** |
| **TOTALS FOR ERS, THE COMMONWEALTH AND AAFAF** (9 Custodians) | **6,174** | **23,514** |