# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**DECLARATION OF DONALD BURKE IN SUPPORT OF OMNIBUS CONDITIONAL OBJECTION OF THE AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS TO CLAIMS FILED OR ASSERTED BY THE PUBLIC BUILDINGS AUTHORITY, HOLDERS OF PUBLIC BUILDINGS AUTHORITY BONDS, AND HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS**

I, DONALD BURKE, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a partner with the law firm Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, co-counsel to the Ad Hoc Group of General Obligation Bondholders (the "GO Group")[2] in the Title III case of the Commonwealth of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Members of the GO Group file this declaration exclusively on their own behalves and do not assume any fiduciary or other duties to any other creditor or person.

2. I submit this declaration in support of the *Omnibus Conditional Objection Of The Ad Hoc Group Of General Obligation Bondholders To Claims Filed Or Asserted By The Public Buildings Authority, Holders Of Public Buildings Authority Bonds, And Holders Of Certain Commonwealth General Obligation Bonds* (the "Conditional Objection"). Capitalized terms not defined herein shall have the meanings ascribed to them in the Conditional Objection.

3. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts of the Official Statement, dated September 11, 2009, for the 2009 A GO Bonds.

4. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts of the Official Statement, dated September 11, 2009, for the 2007 A-4 GO Bonds.

5. Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts of the Official Statement, dated November 4, 2009, for the 2009 B GO Bonds.

6. Attached to this declaration as **Exhibit 4** is a true and correct copy of excerpts of the Official Statement, dated December 3, 2009, for the 2009 C GO Bonds.

7. Attached to this declaration as **Exhibit 5** is a true and correct copy of excerpts of the Official Statement, dated February 10, 2011, for the 2011 A GO Bonds.

8. Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts of the Official Statement, dated March 10, 2011, for the 2011 C GO Bonds.

9. Attached to this declaration as **Exhibit 7** is a true and correct copy of excerpts of the Official Statement, dated June 29, 2011, for the 2011 GO Bonds, the 2011 D GO Bonds, and the 2011 E GO Bonds.

10. Attached to this declaration as **Exhibit 8** is a true and correct copy of excerpts of the Official Statement, dated June 26, 2009, for the Series P PBA Bonds.

11. Attached to this declaration as **Exhibit 9** is a true and correct copy of excerpts of the Official Statement, dated June 26, 2009, for the Series K PBA Bonds.

12. Attached to this declaration as **Exhibit 10** is a true and correct copy of excerpts of the Official Statement, dated October 16, 2009, for the Series Q PBA Bonds.

13. Attached to this declaration as **Exhibit 11** is a true and correct copy of excerpts of the Official Statement, dated August 10, 2011, for the Series R PBA Bonds.

14. Attached to this declaration as **Exhibit 12** is a true and correct copy of excerpts of the Official Statement, dated August 10, 2011, for the Series S PBA Bonds.

15. Attached to this declaration as **Exhibit 13** is a true and correct copy of excerpts of the Official Statement, dated December 19, 2011, for the Series T PBA Bonds.

16. Attached to this declaration as **Exhibit 14** is a true and correct copy of excerpts of the Official Statement, dated June 8, 2012, for the Series U PBA Bonds.

17. Attached to this declaration as **Exhibit 15** is a true and correct copy of a Hacienda General Fund Net Revenues report dated August 13, 2018.

18. Attached to this declaration as **Exhibit 16** is a true and correct copy of excerpts of the Official Statement, dated March 7, 2012, for the 2012 B GO Bonds.

19. Attached to this declaration as **Exhibit 17** is a true and correct copy of a Hacienda General Fund Net Revenues report dated September 18, 2013.

Dated: April 2, 2019

/s/ Donald Burke
Donald Burke
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Email: dburke@robbinsrussell.com

3