# EXHIBIT 15

 

**Ingresos Netos al Fondo General - General Fund Net Revenues**
**Años Fiscales - Fiscal Years**
**(Miles de Dólares - Thousands of Dollars)**

| Conceptos | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016[p] | 2017[p] | 2018[p] | Items |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ingreso Neto al Fondo General** | **7,710,187** | **7,716,140** | **8,158,316** | **8,667,885** | **8,562,204** | **9,036,941** | **8,960,903** | **9,175,289** | **9,334,918** | **9,313,244** | **General Fund Net Revenues** |
| De Fuentes Estatales | 7,302,653 | 7,363,839 | 7,828,135 | 8,357,838 | 8,314,356 | 8,788,924 | 8,769,411 | 8,975,656 | 9,152,497 | 9,086,009 | From Internal Sources |
| Contributivos | 6,891,524 | 6,926,253 | 7,379,701 | 8,022,593 | 7,641,465 | 8,303,445 | 8,425,015 | 8,710,715 | 8,906,235 | 8,928,793 | Tax Revenues |
| Contribución a la Propiedad | 1,011 | 227,812 | 246,619 | 44,438 | 52,614 | 19,766 | 21,404 | 11,315 | 8,605 | 3,991 | Property Taxes |
| Contribución/Ingresos, Total | **5,187,208** | **5,162,669** | **4,914,450** | **4,551,454** | **4,373,204** | **4,846,144** | **4,978,228** | **4,511,747** | **4,264,544** | **4,413,636** | **Income Taxes, total** |
| Individuos | 2,648,261 | 2,593,598 | 2,187,080 | 2,129,434 | 2,054,654 | 1,979,448 | 2,295,334 | 2,003,320 | 1,955,764 | 1,959,635 | Individuals |
| Corporaciones | 1,375,596 | 1,682,321 | 1,677,345 | 1,460,354 | 1,286,506 | 1,914,333 | 1,735,836 | 1,663,605 | 1,602,919 | 1,775,672 | Corporations |
| Sociedades | 1,839 | 1,688 | 3,249 | 1,333 | 756 | 745 | 2,203 | 1,023 | 227 | 1,309 | Partnerships |
| Retenida a No Residentes | 1,081,739 | 830,352 | 1,000,428 | 890,761 | 982,896 | 899,865 | 784,071 | 808,833 | 673,356 | 637,484 | Non-Resident Withholdings |
| Tollgate Tax | 19,372 | 15,034 | 12,607 | 27,678 | 8,903 | 7,140 | 3,679 | - | - | - | Tollgate Tax |
| Intereses | 11,738 | 9,902 | 6,985 | 6,807 | 5,425 | 4,900 | 4,414 | 4,227 | 4,213 | 5,862 | Interest |
| Impuestos/Dividendos | 48,663 | 29,774 | 26,756 | 35,087 | 34,064 | 39,713 | 152,691 | 30,739 | 28,065 | 33,674 | Tax on Dividends |
| **Contribución/Herencias y Donaciones** | **5,064** | **3,617** | **3,101** | **5,465** | **1,833** | **1,395** | **6,593** | **4,674** | **2,605** | **1,014** | **Inheritance and Gift Taxes** |
| **Impuesto sobre Ventas y Uso (IVU)** | **797,194** | **540,348** | **531,837** | **540,026** | **539,929** | **595,256** | **626,253** | **1,559,627** | **1,698,706** | **1,645,802** | **Sales and Use Tax** |
| **Arbitrios, Gran Total** | **804,624** | **896,039** | **1,602,313** | **2,804,564** | **2,592,758** | **2,821,039** | **2,772,967** | **2,604,330** | **2,912,726** | **2,844,933** | **Excise Taxes, Total** |
| **Bebidas Alcohólicas, Total** | **277,401** | **284,796** | **280,963** | **292,614** | **282,316** | **266,542** | **258,152** | **264,666** | **264,280** | **264,247** | **Alcoholic Beverages, Total** |
| Espíritus Destilados | 54,767 | 53,930 | 51,237 | 52,657 | 54,172 | 46,876 | 44,083 | 46,025 | 49,651 | 47,293 | Destilled Spirits |
| Cerveza | 203,386 | 211,785 | 209,568 | 217,126 | 207,305 | 195,013 | 192,300 | 194,611 | 190,870 | 195,247 | Beer |
| Otras bebidas | 19,248 | 19,081 | 20,158 | 22,831 | 20,839 | 24,653 | 21,769 | 24,030 | 23,759 | 21,707 | Other Beverages |
| **Arbitrios Generales, Total** | **527,223** | **611,243** | **1,321,350** | **2,511,950** | **2,310,442** | **2,554,497** | **2,514,815** | **2,339,664** | **2,648,446** | **2,580,686** | **General Taxes, Total** |
| Foráneas (Ley 154) | - | - | 677,565 | 1,875,823 | 1,632,549 | 1,902,193 | 1,942,867 | 1,862,303 | 2,078,226 | 1,914,654 | Foreign (Act. 154) |
| Productos del Tabaco | 129,429 | 182,501 | 201,965 | 172,155 | 186,909 | 171,108 | 170,880 | 100,295 | 107,122 | 155,867 | Tabacco Products |
| Productos del Petróleo | 4,335 | 4,695 | 4,203 | 3,846 | 4,435 | 4,042 | 3,177 | 3,272 | 3,261 | 2,760 | Petroleum Products |
| Vehículos de Motor | 310,920 | 350,764 | 364,170 | 386,468 | 419,178 | 392,043 | 298,494 | 285,606 | 369,168 | 407,337 | Motor Vehicles |
| Carreras de Caballos | 25,245 | 22,862 | 20,983 | 19,302 | 13,403 | 16,354 | 11,353 | 7,199 | 6,569 | 4,530 | Horses Races |
| Primas de Seguros | 26,816 | 24,089 | 23,785 | 23,382 | 24,569 | 42,642 | 59,834 | 58,421 | 60,882 | 60,184 | Insurance Premiums |
| Cemento | 1,555 | 1,195 | 1,128 | 1,171 | 1,035 | 716 | 683 | 608 | 639 | 728 | Cement |
| Tragamonedas | 23,764 | 23,273 | 24,073 | 25,504 | 24,594 | 21,910 | 20,943 | 17,214 | 18,832 | 19,542 | Slot Machines |
| Otros Arbitrios | 5,159 | 1,864 | 3,478 | 4,299 | 3,770 | 3,489 | 6,584 | 4,746 | 3,747 | 15,144 | Other Excise Tax |
| **Licencias** | **96,423** | **95,768** | **81,381** | **76,646** | **81,127** | **19,845** | **19,570** | **19,022** | **19,049** | **19,417** | **Licenses** |
| Vehículos de Motor | 62,853 | 61,717 | 62,933 | 62,483 | 64,274 | 2,265 | 2,301 | 2,202 | 2,319 | 2,253 | Motor Vehicles |
| Maquinas de Entretenimiento | 19,263 | 18,712 | 251 | 236 | 97 | 22 | 29 | 131 | - | - | Entertainment Machines |
| Bebidas Alcohólicas y Otras | 14,307 | 15,339 | 18,197 | 13,927 | 16,756 | 17,558 | 17,240 | 16,689 | 16,730 | 17,164 | Alcoholic Beverage and Others |
| **No Contributivos** | **411,129** | **437,586** | **448,434** | **335,245** | **672,891** | **485,479** | **344,396** | **264,941** | **246,262** | **157,216** | **Non-Tax Revevues** |
| Lotería Tradicional | 51,480 | 42,826 | 46,164 | 38,225 | 24,322 | 81,769 | 20,207 | 50,795 | 21,911 | - | Traditional Lottery |
| Lotería Electrónica | 75,213 | 80,006 | 55,690 | 56,163 | 38,876 | 72,287 | 93,603 | 77,158 | 53,604 | 39,854 | Electronic Lottery |
| **Rentas Misceláneas** | **284,436** | **314,754** | **346,580** | **240,857** | **609,693** | **331,423** | **230,586** | **136,988** | **170,747** | **117,362** | **Miscelaneous, Total** |
| Multas y Penalidades | 71,472 | 81,928 | 57,457 | 47,583 | 54,389 | 73,458 | 73,713 | 12,254 | 16,868 | 10,497 | Penalties and Fees |
| Reg. y Cert. de Documentos | 132,483 | 121,198 | 90,361 | 87,599 | 105,644 | 108,428 | 96,012 | 74,857 | 86,435 | 54,308 | Permits Fee and Penalties |
| Otros | 80,481 | 111,628 | 198,762 | 105,675 | 449,660 | 149,537 | 60,861 | 49,877 | 67,444 | 52,557 | Others |
| **De Otras Fuentes** | **407,534** | **352,301** | **330,181** | **310,047** | **247,848** | **248,017** | **191,492** | **199,633** | **182,421** | **227,235** | **From External Sources** |
| Derechos de Aduana | 3,269 | - | - | 7,739 | - | - | 2,265 | - | - | - | Custom Duties |
| Arbitrios sobre Embarques de Ron | 404,265 | 352,301 | 330,181 | 302,308 | 247,848 | 248,017 | 189,227 | 199,633 | 182,421 | 227,235 | Excises on Off-Shore Shipment Rum |

p: Preliminar / preliminary
13 de agosto de 2018