# EXHIBIT 17



Ingresos Netos al Fondo General - General Fund Net Revenues
Años Fiscales - Fiscal Years
(Miles de Dólares - Thousands of Dollars)

| Conceptos | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012[f] | 2013[p] | Items |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ingreso Neto al Fondo General** | **7,985,388** | **8,305,669** | **8,541,238** | **8,862,451** | **8,359,031** | **7,710,187** | **7,716,140** | **8,158,316** | **8,667,885** | **8,502,235** | **General Fund Net Revenues** |
| **De Fuentes Estatales** | 7,622,201 | 7,937,772 | 8,185,413 | 8,470,075 | 7,997,358 | 7,302,653 | 7,363,839 | 7,828,135 | 8,357,838 | 8,256,356 | **From Internal Sources** |
| **Contributivos** | 7,091,198 | 7,374,589 | 7,735,669 | 7,995,182 | 7,378,682 | 6,891,524 | 6,926,253 | 7,379,701 | 8,022,593 | 7,694,617 | **Tax Revenues** |
| **Contribución a la Propiedad** | - | 3,949 | 1,106 | 800 | 219 | 1,011 | 227,812 | 246,619 | 44,438 | 34,035 | **Property Taxes** |
| **Contribución/Ingresos, Total** | 5,297,931 | 5,485,950 | 5,989,906 | 6,187,115 | 5,509,600 | 5,187,208 | 5,162,669 | 4,914,450 | 4,551,454 | 4,397,835 | **Income Taxes, Total** |
| Individuos | 2,720,920 | 2,885,903 | 3,087,748 | 3,071,655 | 2,759,305 | 2,648,261 | 2,593,598 | 2,187,080 | 2,129,434 | 2,079,285 | Individual |
| Corporaciones | 1,831,027 | 1,870,937 | 1,872,458 | 2,002,718 | 1,565,534 | 1,375,596 | 1,682,321 | 1,677,345 | 1,460,354 | 1,286,506 | Corporations |
| Sociedades | 3,005 | 3,245 | 2,787 | 2,960 | 1,942 | 1,839 | 1,688 | 3,249 | 1,333 | 756 | Partnerships |
| Retenida a No Residentes | 631,100 | 612,005 | 921,260 | 933,728 | 1,087,782 | 1,081,739 | 830,352 | 1,000,428 | 890,761 | 982,896 | Non-Resident Witholdings |
| Tollgate Tax | 24,411 | 17,611 | 27,396 | 25,083 | 21,610 | 19,372 | 15,034 | 12,607 | 27,678 | 8,903 | Tollgate Tax |
| Tollgate Tax (prepago)* | 7,168 | 5,362 | - | - | - | - | - | - | - | - | Tollgate Tax (prepaid)* |
| Intereses | 10,108 | 10,489 | 11,536 | 12,112 | 13,657 | 11,738 | 9,902 | 6,985 | 6,807 | 5,425 | Interest |
| Impuestos/Dividendos | 70,192 | 80,398 | 66,721 | 138,859 | 59,770 | 48,663 | 29,774 | 26,756 | 35,087 | 34,064 | Tax on Dividends |
| **Contribución/Herencias y Donaciones** | 15,691 | 7,129 | 9,466 | 4,663 | 6,600 | 5,064 | 3,617 | 3,101 | 5,465 | 1,834 | **Inheritance and Gift Taxes** |
| **Impuesto sobre Ventas y Uso (IVU)** | - | - | - | 582,560 | 911,000 | 797,194 | 540,348 | 531,837 | 540,026 | 552,778 | **Sales and Use Tax** |
| **Arbitrios, Gran Total** | 1,693,345 | 1,792,345 | 1,643,881 | 1,122,434 | 863,573 | 804,624 | 896,039 | 1,602,313 | 2,804,564 | 2,627,300 | **Excise Taxes, Total** |
| *Bebidas Alcohólicas, Total* | 296,302 | 298,235 | 292,180 | 279,028 | 268,094 | 277,401 | 284,796 | 280,963 | 292,614 | 282,335 | *Alcoholic Beverages, Total* |
| Espíritus Destilados | 61,306 | 56,641 | 54,056 | 52,283 | 50,189 | 54,767 | 53,930 | 51,237 | 52,657 | 54,821 | Destilled Spirits |
| Cerveza | 217,568 | 221,902 | 219,379 | 207,813 | 198,879 | 203,386 | 211,785 | 209,568 | 217,126 | 206,763 | Beer |
| Otras bebidas | 17,428 | 19,692 | 18,745 | 18,932 | 19,026 | 19,248 | 19,081 | 20,158 | 22,831 | 20,751 | Other Beverages |
| *Arbitrios Generales, Total* | 1,397,043 | 1,494,110 | 1,351,701 | 843,406 | 595,479 | 527,223 | 611,243 | 1,321,350 | 2,511,950 | 2,344,965 | *General Taxes, Total* |
| Foráneas (Ley 154) | - | - | - | - | - | - | - | 677,565 | 1,875,823 | 1,677,291 | Foreign (Act. 154) |
| Productos del Tabaco | 144,733 | 146,527 | 135,267 | 132,399 | 119,124 | 129,429 | 182,501 | 201,965 | 172,155 | 185,309 | Tobacco Products |
| Productos del Petróleo | 4,934 | 5,143 | 5,146 | 6,028 | 8,401 | 4,335 | 4,695 | 4,203 | 3,846 | 4,473 | Petroleum Products |
| Vehículos de Motor | 551,181 | 606,662 | 533,957 | 396,667 | 366,341 | 310,920 | 350,764 | 364,170 | 386,468 | 410,831 | Motor Vehicles |
| Carreras de Caballos | 28,865 | 31,463 | 30,786 | 29,321 | 26,783 | 25,245 | 22,862 | 20,983 | 19,302 | 13,170 | Horses Races |
| Primas de Seguros | 27,217 | 28,324 | 43,055 | 39,052 | 42,060 | 26,816 | 24,089 | 23,785 | 23,382 | 24,558 | Insurance Premiums |
| Cemento | 3,432 | 3,228 | 2,919 | 2,627 | 2,054 | 1,555 | 1,195 | 1,128 | 1,171 | 1,065 | Cement |
| Tragamonedas | 76,966 | 85,513 | 23,167 | 23,128 | 23,492 | 23,764 | 23,273 | 24,073 | 25,504 | 24,594 | Slot Machines |
| Arbitrio General al 5% | 535,381 | 557,323 | 551,723 | 193,949 | - | - | - | - | - | - | 5% General Excise Tax |
| Otros Arbitrios | 24,334 | 29,927 | 25,681 | 20,235 | 7,224 | 5,159 | 1,864 | 3,478 | 4,299 | 3,674 | Others Excise Tax |
| **Licencias** | 84,231 | 85,216 | 91,310 | 97,610 | 87,690 | 96,423 | 95,768 | 81,381 | 76,646 | 80,835 | **Licenses** |
| Vehículos de Motor | 55,638 | 55,669 | 59,525 | 65,501 | 51,994 | 62,853 | 61,717 | 62,933 | 62,483 | 63,982 | Motor Vehicles |
| Maquinas de Entretenimiento | 14,393 | 15,019 | 16,981 | 16,930 | 19,682 | 19,263 | 18,712 | 251 | 236 | 97 | Entertainment Machines |
| Bebidas Alcohólicas y Otras | 14,200 | 14,528 | 14,804 | 15,179 | 16,014 | 14,307 | 15,339 | 18,197 | 13,927 | 16,756 | Alcoholic Beverage and Others |
| **No Contributivos** | 531,003 | 563,183 | 449,744 | 474,893 | 618,676 | 411,129 | 437,586 | 448,434 | 335,245 | 561,739 | **Non-Tax Revenues** |
| Lotería Tradicional | 65,387 | 64,638 | 62,729 | 73,014 | 46,636 | 51,480 | 42,826 | 46,164 | 38,225 | 24,322 | Traditional Lottery |
| Lotería Electrónica | 86,115 | 68,011 | 55,212 | 71,815 | 105,298 | 75,213 | 80,006 | 55,690 | 56,163 | 38,876 | Electronic Lottery |
| *Rentas Misceláneas* | 379,501 | 430,534 | 331,803 | 330,064 | 466,742 | 284,436 | 314,754 | 346,580 | 240,857 | 498,541 | *Miscellaneous, Total* |
| Multas y Penalidades | 73,000 | 77,581 | 35,670 | 65,367 | 61,943 | 71,472 | 81,928 | 57,457 | 47,583 | 54,413 | Penalties and Fees |
| Reg. y Cert. de Documentos | 228,724 | 230,382 | 228,663 | 200,235 | 168,247 | 132,483 | 121,198 | 90,361 | 87,599 | 105,643 | Permits Fee and Penalties |
| Otros | 77,777 | 122,571 | 67,470 | 64,462 | 236,552 | 80,481 | 111,628 | 198,762 | 105,675 | 338,485 | Others |
| **De Otras Fuentes** | 363,187 | 367,897 | 355,825 | 392,376 | 361,673 | 407,534 | 352,301 | 330,181 | 310,047 | 245,879 | **From External Sources** |
| Derechos de Aduana | 34,266 | 26,731 | 9,553 | 14,504 | 4,846 | 3,269 | - | - | 7,739 | - | Custom Duties |
| Arbitrios sobre Embarques de Ron | 328,921 | 341,166 | 346,272 | 377,872 | 356,827 | 404,265 | 352,301 | 330,181 | 302,308 | 245,879 | Excises on Off-Shore Shipment Rum |

p: preliminar / preliminary
f: final CAFR 16 de septiembre de 2013
*A partir del 2006 Tollgate Tax (Prepago) se incluye en
Tollgate Tax Regular. / *From 2006 Tollgate Tax (Prepaid)
is included in tollgate Regular Tax.

18 de septiembre de 2013

**Persona Responsable**

| Nombre: | Edwin R. Ríos / Jeanette Pérez | Puesto: | Secretario Auxiliar Interino / Analista de Asuntos Económicos y Financieros |
|---|---|---|---|
| Dirección postal: | P.O. Box 9024140, San Juan, P. R. 00902-4140 | | |
| Dirección física: | Edif. Intendente Ramírez #10 Paseo Covadonga Piso 8, Oficina 809 San Juan | | |
| Teléfono (o tel. directo): | (787) 721-2020 X- 2895; X-2892 ; (787) 724-0559 | Fax: | (787) 721-0452 |
| Correo electrónico: | err7089@hacienda.gobierno.pr / jpp2106@hacienda.gobierno.pr | | |

**Fecha de publicación**

septiembre de 2013

**Fechas esperadas de publicación de próximos informes**

(1) mensual     30 de octubre de 2013,  27 de noviembre de 2013

**Para obtener una copia de este informe**

Cómo obtener este informe: (1) visite   http://www.hacienda.gobierno.pr/estadisticas/ingresoneto.htrr , o http://www.estadisticas.gobierno.pr/iepr/Inventario.aspx
(2) envíe su solicitud por correo electrónico: err7089@hacienda.gobierno.pr / jpp2106@hacienda.gobierno.pr, (3) llame al (787) 721-2020 X- 2892; (787) 724-0559, (4 envíe su solicitud por fax al (787) 721-0452, (5) envíe su solicitud por correo a P.O. Box 9024140, San Juan, P.R. 00902-4140, o (6) visite el Departamento de Hacienda en el Edificio Intendente Ramírez #10 Paseo Covadonga Piso 8, Oficina 809 San Juan, PR,  Lunes a Viernes de 8:00 am a 12:00 am y 1:00 pm a 5:00 pm
El informe está disponible en papel y en el siguiente formato electrónico: Excel, PDF y Papel
Este informe es de distribución gratuita.

**Fuentes de información**

Las estadísticas presentadas en este informe provienen de los distintos registros contables de recaudos del Departamento de Hacienda.

**Marco legal o administrativo**

El artículo 5 (a) de la Ley Núm. 230 del 23 de julio de 1974, según enmendada, conocida como Ley de Contabilidad del Gobierno de Puerto Rico dispone, que el Secretario peparará informes financieros que periódica o eventualmente requieran la Asamblea Legislativa, el Gobernador, la Oficina de Gerencia y Presupuesto y la Junta de Planificación.