# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## DECLARATION OF DONALD BURKE PURSUANT TO LOCAL RULE 3007-1(a)

I, DONALD BURKE, under penalty of perjury declare as follows:

1. I am a partner with the law firm Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, co-counsel to the Ad Hoc Group of General Obligation Bondholders (the "GO Group")[2] in the Title III cases of the Commonwealth of Puerto Rico.

2. I submit this declaration pursuant to Rule 3007-1 of the Local Rules of the U.S. Bankruptcy Court for the District of Puerto Rico and Section 201(b)(1) of the Servicemembers Civil Relief Act of 2003, and in support of the *Omnibus Conditional Objection of the Ad Hoc*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Members of the GO Group file this declaration exclusively on their own behalves and do not assume any fiduciary or other duties to any other creditor or person.

*Group of General Obligation Bondholders to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds* (the "Conditional Objection"), filed concurrently with this declaration.

3. At this time, the GO Group is unable to determine whether any of the claimants subject to the Conditional Objection are in military service.

Dated: April 2, 2019

/s/ Donald Burke
Donald Burke
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Email: dburke@robbinsrussell.com

2