United States District Court
District of Puerto Rico
Exhibits Log: 17-BK-3283 and 17-BK-3566 LTS
Hearing on First Round of Motions to Compel Re: ERS Motion to Stay (ECF Nos. 3418, 5972 and 5974 / 289, 402 and 403), 4/1/2019

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Mov-A | Movants` Document Review Burden | No | 4/1/2019 2:58 PM | 4/1/2019 2:58 PM |
| Mov-B | Collateral Structure | No | 4/1/2019 2:59 PM | 4/1/2019 2:59 PM |
| Mov-C | AAFAF`s Privileged Log of Materials Withheld | No | 4/1/2019 3:50 PM | 4/1/2019 3:50 PM |