UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 1 OF 3)

    The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 1 of 3)
April 1, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting*

*Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Douglas and Heather Greene Trust
2. Chittema Reddy Trust
3. William Erickson
4. Nysa Fund
5. The William and Barbara Herman Family Trust
6. Eugene P. Borgwardt
7. Timothy C. Hinkle
8. Helen M. Cable
9. Paul Puschak
10. Evelyn Baillie
11. Patsy Morrow
12. Diane C. Haase Survivors Trust
13. Ralph C. Haase Family Trust
14. Benjamin Bludnicki and Mary Bludnicki
15. Vivienne Lee Rainey Revocable Living Trust
16. Karen LaPolt
17. Emma Basile
18. Solomon Lafazan
19. Kathleen A. Ralph
20. James D. Lyons
21. Elizabeth C. Zucco

Pro Se Notices of Participation Received by the Court
(Part 1 of 3)
April 1, 2019

22. Walter J. Fleck and Elizabeth C. Zucco JT

23. Joe Reiman

24. Dennis K. Bird and Linda W. Bird

25. Wilma R. Adelstein Rev Trust

26. Stanley Adelstein Trust

27. Mario Manni and Marie Manni

28. Mary A. Bruemmer and Robert E. Bruemmer

29. Estelle Hoyt

30. Gregory Moore

31. Karl H. Strecker

32. Suzanne Loyack

33. Robert Berman

34. John Pfohl and Beverly Pfohl JTWROS

35. Dennis Pegorsch

36. John E. Forrest

37. Daniel S. Reinhardt

38. Laura E. Harrison TTEE

39. Robert J. Gentle

40. Ralph Brown

41. Frieberg Family Trust

42. Lewis Anthony Sticco

43. Serafina Iannelli

44. Robert L. Stover Living Trust

Pro Se Notices of Participation Received by the Court
(Part 1 of 3)
April 1, 2019

    45. Elaine S. Nusbaum Estate

    46. Jerald Usatch TTEE and J. Earl Epstein, TTEE

    47. Gene A. Brolin

    48. Dale Snelling and Loretta Snelling

    49. Francis D. Westfall, Jr.

    50. Irene Dhein

Dated: April 1, 2019