UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

               Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 2 OF 3)

        The attached additional pro se Notices of Participation have been received by the

Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy*

*Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to*

*Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its*

*Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 2 of 3)
April 1, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

51. Richard Chang

52. Michael Dybicz

53. Robert W. Jensen

54. Aristides Rodriguez Arroyo

55. Alfonso Asencio Seda

56. Susan Glinski

57. Roann Altman

58. Lazarus Revocable Trust

59. Ahmed R. Diaz

60. Stuart A. Lighter and Carol Benderson-Lighter

61. Stuart A. Lighter

62. Der Gen Lin

63. Marc L. Siditsky

64. Michael A. Reisman

65. Brian Leon Murphy Trust

66. Nicholas Benyo, Jr.

67. Sheenal Patel

68. Patricia Lynch

69. Gerald Risberg

70. Kevin M. White

71. Mani Ayyar

2

Pro Se Notices of Participation Received by the Court
(Part 2 of 3)
April 1, 2019

72. Tiffany Teng

73. Ronald Teng

74. Chia Hui Teng and Hsiou Hua Huang

75. Ken Green

76. Shiray Bangert

77. Mary Bludnicki

78. Thomas J. Eich

79. Robert Hummel

80. Aymara Vazquez Casas

81. Nancy F. Merriam

82. William R. Merriam

83. Richard A. Allbee

84. Deborah S. Rinner

85. Stuart Berman

86. Audrey Berman

87. Mark J. Mohr

88. Spialter 2011 Survivorship Trust

89. Baldwin Manor, L.P.

90. John M. Hussion

91. Joan R. Katz

92. George Garabian

93. Arthur Church

94. Gail Kirhoffer

Pro Se Notices of Participation Received by the Court
(Part 2 of 3)
April 1, 2019

    95. Jerome Pill

    96. Donna Goiri

    97. Jerold Wiegand

    98. Kenneth H. Dick

    99. Carl Slotnick

    100.    Carl S. Slotnick and Linda J. Slotnick

Dated: April 1, 2019