**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO** 2019 APR -1  PM 5:32

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
-------------------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :     Title III
                                                  :
        as representative of                      :     Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :     (Jointly Administered)
                                                  :
        Debtors.                                  :
-------------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

RICHARD CHANG
_____                      _____
Participant Name                                     Firm Name (if applicable)


_____                      _____
Contact Person (if Participant is not an individual)  Contact Person

BUDDYC1998@GMAIL.COM
_____                      _____
Email Address                                        Email Address


_____                      _____

Address line 1

_75 W. END AVE APT. P22C_

Address line 2

_NEW YORK, NY 10023_

City, State Zip Code

_U.S.A._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
                _74514LA80_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
        Signature

_RICHARD CHANG_
Print Name

_____
Title (if Participant is not an Individual)

_3/20/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

RICHARD CHANG
75 W. END AVE APE P22C
NEW YORK, NY 10023

NEW YORK
NY 100
28 MAR '19
PM 15 L



FOREVER

RECEIVED & FILED
2019 APR -1 PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

TO: THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1 PM 5: 32
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------X
                                    :
In re:                              :
                                    :
THE FINANCIAL OVERSIGHT AND         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                    :
         as representative of       :   Case No. 17-BK-3283 (LTS)
                                    :
THE COMMONWEALTH OF PUERTO RICO et al., :   (Jointly Administered)
                                    :
         Debtors.                   :
------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

<u>Michael Dyfre</u>
Participant Name

<u>N/A</u>
Contact Person (if Participant is not an individual)

<u>BOOTS42135@AOL'COM</u>
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1

_3531 CHESSINGTON PT_

Address line 2

_CLERMONT FLA 34711_

City, State Zip Code

_LAKE COUNTY_

Country

Address line 1

_NA_

Address line 2

City, State Zip Code

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

~~_____~~  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_OPPOSE_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514CB89_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By _Michael Dyb(signature)_

Signature

_MICHAEL DYBIC2_

Print Name

_____

Title (if Participant is not an Individual)

_3/28/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

03/19/2019 TUE 14:49 FAX Ø001

Case:17-03283-LTS Doc#:6108-1 Filed:04/01/19 Entered:04/02/19 14:48:23 Desc:
Pro Se Notices of Participation Page 6 of 161

```
*********************
*** FAX TX REPORT ***
*********************


                       TRANSMISSION OK


        JOB NO.                    0653
        DESTINATION ADDRESS        9086268650
        SUBADDRESS
        DESTINATION ID
        ST. TIME                   03/19 14:47
        TX/RX TIME                 01' 43
        PGS.                       2
        RESULT                     OK
```

SRF 31030

## *THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------X

In re:                                       :

THE FINANCIAL OVERSIGHT AND                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :    Title III

        as representative of                 :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,    :    (Jointly Administered)

        Debtors.                             :

---------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Participant Name                                     Firm Name (if applicable)

Mr. & Mrs. M. Dybicz
3531 Chessington St.
Clermont, FL  34711-3901

ORLANDO FL 328

28 MAR 2019 PM 2 L



RECEIVED & FILED
2019 APR -1  PM 5:3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

The Clerk of the United States District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1  PM 5: 32

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------X

In re:                                                     :

THE FINANCIAL OVERSIGHT AND          :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :        Title III

   as representative of     :        Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)
                                                           :
   Debtors.       :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

   **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

   The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| ROBERT W. JENSEN | |
| Participant Name | Firm Name (if applicable) |
| SAME | |
| Contact Person (if Participant is not an individual) | Contact Person |
| rwjpa@msn.com | |
| Email Address | Email Address |

Address line 1

301 EMERSON ST

Address line 2

PALO ALTO CA 94301

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

CUSIP: 74514LD20

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

ROBERT W. JENSEN

Print Name

_____

Title (if Participant is not an Individual)

03/29/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



307 EMERSON ST
PALO ALTO CA
94301.32

SAN FRANCISCO CA 940

29 MAR 2019 PM 2 1

FOREVER / USA

RECEIVED & FILED
2019 APR -1  PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CLERK OF US DISTRICT COURT FOR
DISTRICT OF PUERTO RICO
ROOM 150 — FEDERAL BLDG
150 CARLOS CHARDON AVE
SAN JUAN PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND           :         PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :         Title III

     as representative of                        :         Case No. 17-BK-3283 (LTS)

                                              :

THE COMMONWEALTH OF PUERTO RICO *et al.,*    :    (Jointly Administered)

     Debtors.                                    :

-------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Aristides Rodriguez Arroyo* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

*Calle 220 HO-5*

Address line 2

*3era ext Country Club*

City, State Zip Code

*Carolina P.R 00982*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__✓__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LZV2*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Aristides Rodriguez Arroyo*

Signature

*Aristides Rodriguez Arroyo*

Print Name

_____

Title (if Participant is not an Individual)

*15 /3 /2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Aristides Rodriguez
Calle 220 - HD-53 da urb
Country Club, Carolina,
Puerto Rico 00982



SAN JUAN PR 009

30 MAR 2019 PM 1 T

RECEIVED
2019 APR -1 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United State District Court
for the District of Puerto Rico,
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

00918$1706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                            :       RECEIVED & FILED
In re:                                      :
                                            :       2019 APR -1  PM 5: 32
THE FINANCIAL OVERSIGHT AND                 :
MANAGEMENT BOARD FOR PUERTO RICO,           :       CLERK'S OFFICE
                                            :       PROMESA DISTRICT COURT
                                            :       Title III
            as representative of            :               9384
                                            :       Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :       (Jointly Administered)
                                            :
            Debtors.                        :
------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Alfonso Asencio Sedn* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *asencioveloz@aim.com* | |
| Email Address | Email Address |

Address line 1                                    Address line 1

_Malaga 76_                                       _____

Address line 2                                    Address line 2

_Mayagy PR. 00680_                                _____

City, State Zip Code                              City, State Zip Code

_____                                  _____

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        ✕ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _74514LZW0_

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: _Alfonso Asencio Seda_

Signature

_AlFONSO ASENCIO SedA_

Print Name

_3-28-19_

Title (if Participant is not an Individual)

_____

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

ALFONSO ASENCIO
76 MALAGA ST
URB SULTANA
MAYAGUEZ, PUERTO RICO 00680

SAN JUAN PR 009

30 MAR 2019 PM  1 T



LOVE 37 USA

RECEIVED
2019 APR - 1  PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK USA DISTRIC COURT FOR PR
FEDERAL BUILDING
CARLOS CHARDON AVENUE
SAN JUAN,PR 00918-1767

00918$1706

Case:17-03283-LTS   Doc#:6108-1   Filed:04/01/19   Entered:04/02/19 14:48:23   Desc:
Pro Se Notices of Participation   Page 17 of 161

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1  PM 5: 31
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------X
:
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :    Title III
                                                        :
            as representative of                        :    Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*,               :    (Jointly Administered)
                                                        :
            Debtors.                                    :
-------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

  Susan Glinski
_____                      _____
Participant Name                                     Firm Name (if applicable)


_____                      _____
Contact Person (if Participant is not an individual) Contact Person


Email Address                                        Email Address
Susan glinski@gmail.com
_____                      _____

SRF 31030

Address line 1

*1905 Wood Haven ST.*

Address line 2

*Tarpon Springs*

City, State Zip Code

*Florida 34689 U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB63*

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: X *Susan Glinski*

Signature

*Susan Glinski*

Print Name

_____

Title (if Participant is not an Individual)

*3/25/2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Susan Gtinski
1905 Wood Haven St.
Tarpon Springs
Florida 34689

RECEIVED & FILED
2019 APR -1 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.





7018 2290 0001 5616 8824

U.S. POSTAGE PAID
FCM LETTER
TARPON SPRINGS, FL
34689
MAR 27, 19
AMOUNT
$4.05
R2305K134657-14

1023          00918

the Clerk of the U.S. District Court
For the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Ave
San Juan P.R. 00918-1767

0091.8$1.703  C018

Case:17-03283-LTS   Doc#:6108-1   Filed:04/01/19   Entered:04/02/19 14:48:23   Desc:
SRF 31030
Pro Se Notices of Participation   Page 20 of 161

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.

------------------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:

2019 APR -1  PM 5: 31

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Roann Altman | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| roann@umich.edu | |
| Email Address | Email Address |

8136 Autumn Woods Trail

_____
Address line 1

_____
Address line 2

Ypsilanti, MI 48198
_____
City, State Zip Code

U.S.A.
_____
Country

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); _or_

X    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L B 63

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: Roann Altman
_____
Signature

Roann Altman
_____
Print Name

_____
Title (if Participant is not an Individual)

3/27/2019
_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Roann Altman
8136 Autumn Woods Trail
Ypsilanti, MI 48198
U.S.A.

RECEIVED
2019 APR -1  PM
CLERK'S OFFICE
U.S. DISTRICT COURT



CERTIFIED MAIL

7018 3090 0000 0120 9862





U.S. POSTAGE PAID
FCM LETTER
ANN ARBOR, MI
48103
MAR 27, 19
AMOUNT
**$4.05**
R2305M147817-17

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :
MANAGEMENT BOARD FOR PUERTO RICO,                   :
                                                    :
              as representative of                  :
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :
                                                    :
              Debtors.                              :
-------------------------------------------------------------X
```

RECEIVED & FILED

2019 APR -1 PM 5: 31

PROMESA
Title III

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| LAZARUS REVOCABLE TRUST | |
| Participant Name | Firm Name (if applicable) |
| BRUCE N. LAZARUS & ELAINE L. LAZARUS AS TRUSTEES | |
| Contact Person (if Participant is not an individual) | Contact Person |
| LAZARUSB @ ROADRUNNER.COM | |
| Email Address | Email Address |

Address line 1                              Address line 1

4858 DUNMAN AVE                            _____

Address line 2                              Address line 2

_____                      _____

City, State Zip Code                        City, State Zip Code

WOODLAND HILLS CA 91364                     _____

Country USA                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

☒ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Bruce N Lazarus* & *Elaine L Lazarus*
Signature

BRUCE N LAZARUS      ELAINE L, LAZARUS
Print Name

TRUSTEES OF THE LAZARUS REVOKABLE TRUST
Title (if Participant is not an Individual)

03/25/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

BRUCE N LAZARUS
4858 DUNMAN AVE
WOODLAND HILLS, CA  91364

RECEIVED & FILED
19 APR -1 PM 5:
CLERK'S OFFICE
U.S. DISTRICT CO
SAN JUAN




U.S. POSTAGE PAID
FCM LETTER
WOODLAND HILLS, CA
91367
MAR 25, 19
AMOUNT
**$6.85**
1000          00918          R2305M145189-10

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®



7018 1830 0000 0382 6421

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR  00918-1767

00918@1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:                                                            :

THE FINANCIAL OVERSIGHT AND                                       :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                 :      Title III

     as representative of                                        :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*                         :      (Jointly Administered)

     Debtors.                                                    :

------------------------------------------------------------------X

*RECEIVED & FILED*
*2019 APR -1 PM 5:31*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| AHMED R. DIAZ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| ADIAZ117@YMAIL.COM | |
| Email Address | Email Address |
| | |

Address line 1                                          Address line 1

_VILLAS DE CANDELERO_

Address line 2                                          Address line 2

_30 CALLE GOLONDRINA_

City, State Zip Code                                    City, State Zip Code

_HUMACAO, P.R. 00791-9627_

Country                                                Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✗___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LZWO, 745226QZR6, MMFPRCW_

_55273G819, 466000718, 55273G819_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By: _____
      Signature

_AHMED R. DIAZ_
Print Name

_____
Title (if Participant is not an Individual)

_MARCH 29, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



CERTIFIED MAIL

7018 2290 0002 0487 2888

U.S. POSTAGE PAID
FCM LETTER
HUMACAO, PR
00791
MAR 29, 19
AMOUNT
$6.30
R2305K136531-14

RECEIVED & FILED
2019 APR -1  PM 5: 31
CLERK'S OFFICE

THE CLERK OF THE UNITED STATES
DISTRIC COURT FOR DISTRIC OF PUERTO RICO
ROOM 150   FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

00918$1706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -1 PM 5: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                    :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :       Title III

       as representative of                              :       Case No. 17-BK-3283 (LTS)
                                           :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :       (Jointly Administered)

       Debtors.                                              :

-------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Stuart A. Lighter | |
| Carol Benderson-Lighter | |
| Participant Name | Firm Name (if applicable) |
| SALIGHTER @comcast.net | |
| Contact Person (if Participant is not an individual) | Contact Person |
| SALIGHTER@comcast.net | |
| Email Address | Email Address |

SRF 94680

Address line 1

835 Persimmon La.

Address line 2

Langhorne, PA 19047

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

       74514LD20                                '74514LVT1

       (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: Carol Benderson-Lighter

Signature

Carol Benderson-Lighter,  Stuart Lighter

Print Name

_____

Title (if Participant is not an Individual)

3-25-19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**WELLS FARGO ADVISORS**

DATED 03/19/12

**Account Number** REDACTED 5981
YOUR FINANCIAL ADVISOR
RODNEY RISO

877-439-6075
800-359-9297

PCG13079 010581
CAROL B BENDERSON LIGHTER &
STUART A LIGHTER JT WROS
835 PERSIMMON LN
LANGHORNE PA 19047-1777

IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE OR SIGN UP TO RECEIVE THIS
CONFIRMATION ELECTRONICALLY, VISIT US AT WWW.WELLSFARGOADVISORS.COM.

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| PUERTO RICO COMWLTH RFDG | 10,000 | 103.40000 | 10,340.00 |
| PUB IMPT SER A G/O DUE | | | |
| AGM | | | |
| CPN 5.000% DUE 07/01/35 | | | |
| DTD 04/03/12 FC 01/01/13 | | | |
| CALL 07/01/22 @ 100.000 | | | |

| SECURITY NUMBER | 7877-605 | ACCOUNT TYPE | CASH | ACCRUED INTEREST | 11.11 |
|---|---|---|---|---|---|
| CUSIP | 74514L-D2-0 | TRADE DATE | 03/19/12 | TRANSACTION FEE | 5.00 |
| SOLICITED | | SETTLEMENT DATE | 04/11/12 | | |
| | | | | NET AMOUNT | $10,356.11 |

**MARKET:** PRINCIPAL.
**TRADE INFORMATION:** AN OFFICIAL STATEMENT FOR YOUR PURCHASE IS AVAILABLE AT WWW.EMMA.MSRB.ORG OR BY
CONTACTING YOUR FINANCIAL ADVISOR. IN LIMITED CIRCUMSTANCES IN WHICH THE OFFERING IS EXEMPT FROM THE FILING
REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE CONTACT YOUR FINANCIAL ADVISOR TO OBTAIN
INFORMATION.
**SECURITY INFORMATION:** MANDATORY SINKING FUND 07/01/33. SEMI-ANNUALLY PAY. BOOK ENTRY ONLY. CALLABLE ANY DATE
AFTER FIRST CALL DATE. ASSURED GUARANTY MUNICIPAL CORP. MOODY AA3. S&P AA-.
**YIELD INFORMATION:** 4.579%. YIELD TO CALL 07/01/22 @ 100.000.
YIELD TO MATURITY 4.756%. CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD. FOR COMPLETE
INFORMATION CONTACT THE OFFICE SERVING YOUR ACCOUNT.

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC. Wells Fargo Advisors, LLC and First Clearing, LLC, Members
FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

| Investments and Insurance products are: | NOT FDIC-INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|---|

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation
PCG13079    010581 07SG31920213   NNNNN NN NNN N NNNN NNN  000001        Page 1 of 2                              029 J5 J69U

10,737



CONFIRMATION
DATED 04/20/11

**Account Number** REDACTED **5981**
YOUR FINANCIAL ADVISOR
RODNEY RISO

877-439-6075
800-359-9297

003476 01 3DG   13 ***AUTO**3-DIGIT 190
CAROL B BENDERSON LIGHTER &
STUART A LIGHTER JT WROS
835 PERSIMMON LN
LANGHORNE PA 19047-1777

IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE OR SIGN UP TO RECEIVE THIS
CONFIRMATION ELECTRONICALLY, VISIT US AT WWW.WELLSFARGOADVISORS.COM.

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| PUERTO RICO COMWLTH | 10,000 | 99.14800 | 9,914.80 |
| RFDG PUB IMPT SER A 4 | | | |
| B/E AGM | | | |
| CPN 5.250% DUE 07/01/30 | | | |
| DTD 10/16/07 FC 01/01/10 | | | |
| CALL 01/01/20 @ 101.000 | | | |

| SECURITY NUMBER | 7915-163 | ACCOUNT TYPE | CASH | ACCRUED INTEREST | 179.38 |
|---|---|---|---|---|---|
| CUSIP | 74514L-VT-1 | TRADE DATE | 04/20/11 | TRANSACTION FEE | 5.00 |
| SOLICITED | | SETTLEMENT DATE | 05/04/11 | | |
| | | | | **NET AMOUNT** | **$10,099.18** |

**MARKET** PRINCIPAL
**TRADE INFORMATION:**  OFFICIAL STATEMENTS, FINANCIAL STATEMENTS, NOTICES OF MATERIAL EVENTS AND OTHER
DOCUMENTS FOR MUNICIPAL SECURITIES ARE AVAILABLE AT WWW.EMMA.MSRB.ORG.  IN LIMITED CIRCUMSTANCES IN WHICH THE
OFFERING IS EXEMPT FROM THE FILING REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE CONTACT YOUR
FINANCIAL ADVISOR TO OBTAIN INFORMATION.
**SECURITY INFORMATION:**  SEMI-ANNUALLY PAY. BOOK ENTRY ONLY. CALLABLE ANY DATE AFTER FIRST CALL DATE. ASSURED
GUARANTY MUNICIPAL CORP. 360/30 NOTE. MOODY AA3, S&P AA+.
**YIELD INFORMATION:** 5.321%. YIELD TO MATURITY DATE.
CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD.  FOR COMPLETE INFORMATION CONTACT THE OFFICE
SERVING YOUR ACCOUNT.

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC.  Wells Fargo Advisors, LLC and First Clearing, LLC, Members
FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

| Investments and insurance products are: | NOT FDIC-INSURED | NOT BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|---|

CAROL B. BENDERSON LIGHTER &
STUART A LIGHTER
835 PERSIMMON LANE
LANGHORNE, PA 19047-1777

7017 0530 0000 9993 3505

RECEIVED
2019 APR -1
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

U S POSTAGE P
LCM LETTER
LANGHORNE, PA
19047
APR 27 '19
AMOUNT
$4.05
R2303S101288-04

**The Clerk of the United States  District Court
For the District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767**

00918-170625

SRF 30944

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

RECEIVED

2019 APR -1  PM 5: 31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :     Title III
                                                    :
            as representative of                    :     Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :     (Jointly Administered)
                                                    :
            Debtors.                                :
------------------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

_STUART A. LIGHTER_                                     _____
Participant Name                                       Firm Name (if applicable)

_____                        _____
Contact Person (if Participant is not an individual)   Contact Person
_SALIGHTER @ COMCAST.NET_                               
Email Address                                          Email Address

_____                        _____

SRF 30944

Address line 1                                      Address line 1

_835 PERSIMMON LN._                                 _____
Address line 2                                      Address line 2

_LANGHORNE PA 19047_                                _____
City, State Zip Code                                City, State Zip Code

_U.S.A._                                            _____
Country                                             Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

 _____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); or

 __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

 (a)       Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

 _74514L B63_

 (b)       Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
 Signature

 _STUART A. LIGHTSI_
 Print Name

 _____
 Title (if Participant is not an Individual)

 _3/25/2019_
 Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**WELLS FARGO** | **ADVISORS**

DATED 03/12/12

**Account Number** ~~REDACTED~~ )329
YOUR FINANCIAL ADVISOR
RODNEY RISO

Electronic Delivery

877-439-6075
800-359-9297

STUART A LIGHTER
835 PERSIMMON LN
LANGHORNE PA  19047-1777

| **BOUGHT** | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| PUERTO RICO COMWLTH RFDG | 10,000 | 100.00000 | 10,000.00 |
| PUB IMPT SER A G/O B/E | | | |
| OID | | | |
| CPN  5.125% DUE 07/01/37 | | | |
| DTD 04/03/12 FC 01/01/13 | | | |
| CALL 07/01/22 @ 100.000 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SECURITY NUMBER | 7914-943 | ACCOUNT TYPE | CASH | ACCRUED INTEREST | 0.00 |
| CUSIP | 74514L-B6-3 | TRADE DATE | 03/12/12 | TRANSACTION FEE | 5.00 |
| SOLICITED | | SETTLEMENT DATE | 04/03/12 | **NET AMOUNT** | **$10,005.00** |

**MARKET:** PRINCIPAL.
**TRADE INFORMATION:** NO BOND INTEREST ACCRUED FOR THE CURRENT PERIOD.  AN OFFICIAL STATEMENT FOR YOUR
PURCHASE IS AVAILABLE AT WWW.EMMA.MSRB.ORG OR BY CONTACTING YOUR FINANCIAL ADVISOR.  IN LIMITED CIRCUMSTANCES
IN WHICH THE OFFERING IS EXEMPT FROM THE FILING REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE
CONTACT YOUR FINANCIAL ADVISOR TO OBTAIN INFORMATION.
**SECURITY INFORMATION:** ORIGINAL ISSUE DISCOUNT.  ORIGINAL ISSUE PRICE $98.2543. MANDATORY SINKING FUND 07/01/34.
SEMI-ANNUALLY PAY.  BOOK ENTRY ONLY.  CALLABLE ANY DATE AFTER FIRST CALL DATE.  MOODY BAA1, S&P BBB.
**YIELD INFORMATION:** 5.124%. YIELD TO CALL 07/01/22 @  100.000.
YIELD TO MATURITY 5.125%.  CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD.  FOR COMPLETE
INFORMATION CONTACT THE OFFICE SERVING YOUR ACCOUNT.

Wells Fargo Advisors, LLC. brokerage account(s) carried by First Clearing, LLC.  Wells Fargo Advisors, LLC and First Clearing, LLC, Members
FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

| Investments and Insurance products are: | NOT FDIC-INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|---|

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

CERTIFIED MAIL

STUART A LIGHTER
835 PERSIMMON LANE
LANGHORNE, PA 19047-1777

RECEIVED
2019 APR -1 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7017 0530 0000 9993 3529



1000

00918

U.S. POSTAGE PAID
LOW LETTER
LANGHORNE, PA
MAR 27 '19
AMOUNT
$4.05
R2303S101288-04

The Clerk of the United States  District Court

For the District of Puerto,

Room 150 Federal Building

150 Carlos Chardon Avenue,

San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

-------------------------------------------------------------------X

2019 APR -1 PM 5: 31

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.

-------------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

DER GEN LIN
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

dglin803@gmail.com

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

_77 Laurel Drive_
Address line 2

_Rancho Palos Verdes, CA 90275_
City, State Zip Code

_U.S.A_
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
    74514LB89,  74514LGL5,  745160RC7
    745190274,  745190TR9,  745260KX9

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
    Signature

_DER GEN LIN_
Print Name

_Owner_
Title (if Participant is not an Individual)

_March  27  2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

DER GEN LIN M.D.
77 LAUREL DRIVE
RANCHO PALOS VERDES, CA 90275

**CERTIFIED MAIL**

7009 2820 0002 9390 9653



U.S. POSTAGE PAID
FCM LETTER
PALOS VERDES ESTATES, CA
90274
MAR 27, 19
AMOUNT
**$6.85**
R2304M111191-08

1024          00918

RETURN RECEIPT
REQUESTED

The Clerk of the United States District Court
for the District of Puerto, Room 150
Room 150  Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625



**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:                                                   :

                                                         :

THE FINANCIAL OVERSIGHT AND                              :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :        Title III

                                                         :

        as representative of                             :        Case No. 17-BK-3283 (LTS)

                                                         :

THE COMMONWEALTH OF PUERTO RICO *et al.*,                :        (Jointly Administered)

                                                         :

        Debtors.                                         :

-------------------------------------------------------------------X

RECEIVED &

2019 APR -1  PM 5: 31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                 **Counsel Contact Information (if any)**

_MARC L SIDITSKY_                                           _____
Participant Name                                            Firm Name (if applicable)

_SAme_                                                      _____
Contact Person (if Participant is not an individual)        Contact Person

_marclsidiTsky@gmail.com_                                   _____
Email Address                                               Email Address

_marclsidiTsky@gmail.Com_

Address line 1                                      Address line 1
_4975 Island View Drive_                            _____
Address line 2                                      Address line 2
_Canandaigua, NY 14424_                             _____
City, State Zip Code                                City, State Zip Code
_____USA_____                                       _____
Country                                             Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant
       believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       ___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant
       believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
       sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
       the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


       (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
              secondary market?  **YES** or **NO** (please **circle one**).

By: _____
       Signature

_Marc L. Sidotsky_
Print Name


_____
Title (if Participant is not an Individual)

_3/27/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Marc L. Sidotsky
4975 Island View Dr.
Canandaigua, NY
14424

CERTIFIED MAIL

7016 1970 0000 7325 5427

U.S. POSTAGE PAID
CML MOUNT
CLIFTON SPRINGS, NY
14432
AMOUNT
$6.85
2305M143686-07

RECEIVED
2019 APR -1
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

RETURN RECEIPT
REQUESTED

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1 PM 5: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-----------------------------------------------------------X
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :     Title III
                                                           :
         as representative of                              :     Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO et al.,                    :     (Jointly Administered)
                                                           :
         Debtors.                                          :
-----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

_Michael A. Reisman_                                 _____
Participant Name                                      Firm Name (if applicable)

_____                              _____
Contact Person (if Participant is not an individual)  Contact Person

_Mreisman 1505@gmail.com_                             _____
Email Address                                         Email Address

_227 Waterford Drive_

Address line 1                                          Address line 1

_Mills River_
Address line 2                                          Address line 2

_NC, 28759_
City, State Zip Code                                    City, State Zip Code

_USA_
Country                                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LB63_

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please circle one).

By: _M.A. Reisman_
    Signature

    _Michael A. Reisman_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _3-29-19_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

M. Reisman
227 Waterford Drive
Mills River, NC  28759

RECEIVED
2019 APR - 1  PM 5: 30
CLERK'S OFFICE
U.S. DISTRICT COURT



CERTIFIED MAIL

7017 1450 0002 3547 5069



UNITED STATES
POSTAL SERVICE

1000        00918

U.S. POSTAGE PAID
FCM LETTER
ARDEN, NC
28704
MAR 29, 19
AMOUNT
$6.85
R2304M113571-25

Clerk of the United States District Court for the
District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND          :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :          Title III

       as representative of          :          Case No. 17-BK-3283 (LTS)

                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)

                                     :
       Debtors.                      :
---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

BRIAN LEON Murphy TRUST
Participant Name                                    Firm Name (if applicable)

BRIAN Leon Murphy
Contact Person (if Participant is not an individual)   Contact Person

Brian Leon Murphy TRUSTEE
Email Address                                      Email Address            SAME

Murphy brosauto
@ GMAIL.com

Address line 1

_10517 Metropolitan Ave_

Address line 2

_KENSINGTON Md_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745 14 LB 63_

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or NO (please **circle one**).

By: _Brian Leon Murphy_                    NOTE: These bonds should be
Signature                                                   paid fully NO
                                                                    Excuse!!
_BRIAN LEON Murphy_                         BLM
Print Name

_TRUSTEE_
Title (if Participant is not an Individual)

_22 MAR 19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Brian Murphy
MURPHY BROTHERS AUTO
10517 METROPOLITAN AVE.
KENSINGTON, MD 20895
(301) 949-3500



U.S. POSTAGE PAID
FCM LETTER
KENSINGTON, MD
20895
MAR 28, 19
AMOUNT
$6.85
1000          00918          R2304M110479-02

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**



7018 1830 0000 3118 6375

The Clerk of The United States
DISTRICT Court Con The
District of Puerto, Room 150
Federal Building
150 Carlos Chardon Ave
San Juan    PR. 00918-1767

00918$1703 0018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

2019 APR -1 PM 5: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

In re:                                                           :

THE FINANCIAL OVERSIGHT AND                 :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :        Title III

      as representative of                         :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*    :        (Jointly Administered)

      Debtors.                                     :
-----------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

*NICHOLAS  BENYO JR.*
_____                      _____
Participant Name                                     Firm Name (if applicable)

_____                      _____
Contact Person (if Participant is not an individual)  Contact Person

*NBENYO e COMCAST. NET*
_____                      _____
Email Address                                        Email Address

_____                      _____

Address line 1

*131 LINCOLN AVE.*

Address line 2

*YONKERS NY 10704*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     **X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

       *74514LC70, 74514LA56*

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Nicholas Benyo Jr.*
   Signature

*NICHOLAS BENYO JR*
Print Name

_____
Title (if Participant is not an Individual)

*3/25/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

NICHOLAS BENYO JR
131 LINCOLN AVE.
YONKERS NY 10704



U.S. POSTAGE PAID
FCM LETTER
SECAUCUS, NJ
07094
MAR 28, 19
AMOUNT
**$4.05**
R2305P151268-07

1000      00918



CERTIFIED MAIL

CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF PUERTO RICO

ROOM 150 FEDERAL BUILDING

150 CARLOS CHARDON AVENUE

SAN JUAN PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------X
In re:                    :

THE FINANCIAL OVERSIGHT AND        :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :     Title III

        as representative of           :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :     (Jointly Administered)

        Debtors.            :
-------------------------------------------------------------------X

RECEIVED & FILED

2019 APR -1  PM 5:30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>       <u>**Counsel Contact Information (if any)**</u>

Sheenal Patel
_____
Participant Name                             Firm Name (if applicable)

_____          _____
Contact Person (if Participant is not an individual)     Contact Person

spatel@arborlodging.com
_____          _____
Email Address                                Email Address

_____          _____

Address line 1

_566 W. Lake St., Ste 320_
Address line 2

_Chicago, IL 60661_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____X_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

CUSIP - 74514LE86

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
Signature

_Sheenal Patel_
Print Name

_____
Title (if Participant is not an Individual)

_3/26/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Sheenal Patel
566 W. Lake St., Ste 320
Chicago, IL 60661

S SUBURBAN
IL 601
29
PM

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60661
MAR 28, 19
AMOUNT
$4.05
1000   00918   R2305M148653-04



7017 2400 0000 9679 4004

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 2400 0000 9679 4004

00918-170625

The Clerk of the United States District Court
for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1 PM 5:30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-----------------------------------------------------------X
In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
      Debtors. :
-----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Patricia Lynch | |
| Participant Name | Firm Name (if applicable) |
| Patricia Lynch | |
| Contact Person (if Participant is not an individual) | Contact Person |
| TRICIASINY@ YAHOO. COM | |
| Email Address | Email Address |

Address line 1                                  Address line 1

P.O. Box 1766

Address line 2                                  Address line 2

Staten Island, N.Y. 10313

City, State Zip Code                          City, State Zip Code

United States

Country                                        Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

             X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

         (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                     74514 L A72

         (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: Patricia Lynch

Signature

Patricia Lynch

Print Name

 

Title (if Participant is not an Individual)

March 28, 2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Lynch
P.O. Box 1766
Staten Island, N.Y. 10313



U.S. POSTAGE PAID
FCM LETTER
STATEN ISLAND, NY
10314
MAR 28, 19
AMOUNT
**$6.85**
R2305K131245-12

1000          00918



CERTIFIED MAIL™

7014 0510 0000 8984 9938

Clerk of the U.S. District Court
for the District of Puerto Rico
Federal Building - Room 150
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

0091881706 C018

SRF 3096

Case:17-03283-LTS   Doc#:6108-1   Filed:04/01/19   Entered:04/02/19 14:48:23   Desc:
Pro Se Notices of Participation   Page 59 of 161

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1  PM 5:29

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------------X

In re:                                                :

THE FINANCIAL OVERSIGHT AND          :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :          Title III
                                                      :
           as representative of                 :          Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :          (Jointly Administered)
                                                      :
           Debtors.                              :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| Gerald Risberg | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

_806 SW Westwood Drive_

Address line 2

_Portland, Oregon 97239_
City, State Zip Code
USA

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745 14 LB 89
745 14LV 63

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Gerald Risberg_
Signature

_Gerald Risberg_

Print Name

Title (if Participant is not an Individual)

_March 27, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Gerald Risberg
806 SW Westwood Drive
Portland, OR 97239

U.S. POSTAGE PAID
FCM LETTER
PORTLAND, OR
97219
MAR 28, 19
AMOUNT

1021          00918          **$4.05**
R2304H109172-08

The Clerk of the United States District Court
For The District of Puerto  Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918 1767

PLACE ST CKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL** ™

7014 0150 0000 6095 7302

SRF 3096

Case:17-03283-LTS   Doc#:6108-1   Filed:04/01/19   Entered:04/02/19 14:48:23   Desc:
Pro Se Notices of Participation   Page 62 of 161

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1  PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

```
-------------------------------------------------------X
                                                       :
In re:                                                 :
                                                       :
THE FINANCIAL OVERSIGHT AND          :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :    Title III
                                                       :
           as representative of              :    Case No. 17-BK-3283 (LTS)
                                                       :
THE COMMONWEALTH OF PUERTO RICO et al.,  :    (Jointly Administered)
                                                       :
           Debtors.                          :
-------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| KEVIN M. WHITE | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| KEVIN29WHITE@GMAIL.COM | |
| Email Address | Email Address |

Address line 1

_24 VINEYARD LN_

Address line 2

_WESTPORT CT 06880-2255_

City, State Zip Code

_U.S.A._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

            _74514 L B 63_

       (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Kevin M White_

Signature

_KEVIN M. WHITE_

Print Name

_____

Title (if Participant is not an Individual)

_28 MAR 19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Kevin White
24 Vineyard Ln.
Westport, CT 06880-2255

CERTIFIED MAIL

 

U.S. POSTAGE PAID
FCM LETTER
GREENS FARMS, CT
06838
MAR 28, 19
AMOUNT
$4.05
R2305K133789-01

1000          00918

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-1767

00918$1706  C018

SRF 3096

Case:17-03283-LTS   Doc#:6108-1   Filed:04/01/19   Entered:04/02/19 14:48:23   Desc:
Pro Se Notices of Participation   Page 65 of 161

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-----------------------------------------------------------------------X
```

In re:                                                   :

THE FINANCIAL OVERSIGHT AND                              :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :        Title III
                                                        :
       as representative of                              :        Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                :        (Jointly Administered)
                                                        :
       Debtors.                                          :
```
-----------------------------------------------------------------------X
```

*(stamp)* 2019 APR -1  PM 5: 29

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

MANI — AYYAR
_____                              _____
Participant Name                                     Firm Name (if applicable)

_____                              _____
Contact Person (if Participant is not an individual)  Contact Person

Mayyar29@gmail.com
_____                              _____
Email Address                                        Email Address

_____                              _____

Address line 1

18816 Tuggle Ave

Address line 2

Cupertino, CA 95014

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514LA49, 74514LA56, 74514LA64
   74514LB55, 74514LB71, 74514LC39

   (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
   Signature

MANI - AYYAR

Print Name

_____

Title (if Participant is not an Individual)

2/28/19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Mani & Raji Ayyar**
18816 Tuggle Ave
Cupertino, CA 95014-3626

CERTIFIED MAIL

7018 0680 0001 0540 5081

U.S. POSTAGE
FCM LETTER
SAN JOSE, CA
95117
MAR 29 '19
AMOUNT
**$6.85**
R2304M111515-0

1000          00918

RETURN RECEIPT
REQUESTED

RECEIVED & FILED
019 APR -1 PM 5:29
...'S OFFICE

Clerk of the US District Court
For District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1 PM 5: 29

CLERK'S OFFICE

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

------------------------------------------------------------X

  :
  :
  :
  :    PROMESA
  :    Title III
  :
  :    Case No. 17-BK-3283 (LTS)
  :
  :    (Jointly Administered)
  :
  :

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Tiffany Teng
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Participant Name

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Contact Person (if Participant is not an individual)

tiffanyteng5@gmail.com
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Email Address

**Counsel Contact Information (if any)**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm Name (if applicable)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Contact Person

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Email Address

Address line 1

_17200 Newport Club Dr._
Address line 2

_Boca Raton, FL 33496_
City, State Zip Code

_USA_
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        ___X___  intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____  intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    _Tiffany Teng_
    Print Name


    _____
    Title (if Participant is not an Individual)

    _3/10/19_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**RBC** | Wealth Management

RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402



PRESORTED
FIRST CLASS

U.S. POST
ZIP 5542
02  1W
0001403

United States District Court
Attn: Clerk of Court
150 Carlos Chardon Ave - Room 150
San Juan PR 00918-1767

RECEIVED & FILED
2019 APR -1  PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------X
In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III
                                                             :
        as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO et al.,                      :   (Jointly Administered)
                                                             :
        Debtors.                                             :
-------------------------------------------------------------X
```

RECEIVED
2019 APR -1  PM 5: 29
CLERK'S OFFICE
U.S DISTRICT COURT

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Ronald Teng | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| ~~Salte~~ godlovesronald@yahoo.com | |
| Email Address | Email Address |

Address line 1

17260 Newport Club Dr.

Address line 2

Boca Raton, FL 33496

City, State Zip Code

U.S.A

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   X   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Ronald Teng
Print Name

_____
Title (if Participant is not an Individual)

3/11/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**RBC** | **Wealth Management**

RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

U.S. POST
PRESORTED
FIRST CLASS
ZIP 5542
02 1W
0001403

United States District Court
Attn: Clerk of Court
150 Carlos Chardon Ave - Room 150
San Juan PR 00918-1767

RECEIVED & FILE
2019 APR -1  PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :     Title III
                                                      :
            as representative of                      :     Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :     (Jointly Administered)
                                                      :
            Debtors.                                  :
------------------------------------------------------------X
```

RECEIVED & FILED

2019 APR -1  PM 5: 29

CLERK'S OFFICE

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**           **Counsel Contact Information (if any)**

Chia-Hui Teng
Hsiou-Hua Huang
Participant Name                                       Firm Name (if applicable)


Contact Person (if Participant is not an individual)  Contact Person

tengcharles@yahoo.com
Email Address                                         Email Address

Address line 1

*17200 Newport club Dr.*

Address line 2

*Boca Raton, FL 33496*

City, State Zip Code

*U.S.A.*

Country

| Address line 1 |
|---|
| Address line 2 |
| City, State Zip Code |
| Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

 **X**    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

 _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

 (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


 (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Chia-Hui Teng*
    *Hsiou-Hua Huang*
Signature

*CHia - Hui Teng*
*Hsiou - HUA Huang*
Print Name


Title (if Participant is not an Individual)

*3/11/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

**RBC** | **Wealth Management**

RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

PRESORTED
FIRST CLASS

U.S.POS

ZIP 554
02  1W
000140



United States District Court
Attn: Clerk of Court
150 Carlos Chardon Ave - Room 150
San Juan PR 00918-1767

RECEIVED & FILED

2019 APR -1  PM 5: 29

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :   Title III
                                              :
          as representative of                :   Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :   (Jointly Administered)
                                              :
          Debtors.                            :
----------------------------------------------X
```

RECEIVED & FILED

2019 APR -1  PM 5: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.   Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| KEN GREEN | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| KENY GREEN 1955 @ G MAIL . Com | |
| Email Address | Email Address |

Address line 1

_17171 CALICO LN_

Address line 2

_TOWNSEND WIS 54175_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _X_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

_KEN GREEN_

Print Name


_____

Title (if Participant is not an Individual)

_3-16-19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**STIFEL**

Stifel, Nicolaus & Company, Incorporated
740 Ford Street, Fox Cities Location
Suite B
Kimberly, Wisconsin 54136





GREEN BAY

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰
02 1P
0001934593   MAR 26 2019
MAILED FROM ZIP CODE 54136



RECEIVED & FILED
2019 APR -1 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170825

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

        Debtors.

------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

_____
Participant Name

Shiray Bangert

Contact Person (if Participant is not an individual)

_____
Email Address

SBangert@LVCTA.Com

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1                                    Address line 1

2747 372nd. St.

Address line 2                                    Address line 2

City, State Zip Code                              City, State Zip Code

Dayton, Ia  50530

Country                                           Country

US

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB63
74514LC39

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Shiray Bangert_
Signature

Shiray Bangert
Print Name

_____
Title (if Participant is not an Individual)

MARCH 25, 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



From

*B*  Shiray W. Bangert
2747 372nd St
Dayton, IA 50530

DES MOINES
IA 500
25 MAR '19
PM 3 L

PLACE STAMP
HERE
The Post Office
will not deliver
mail without
postage.

RECEIVED & FILED
2019 APR -1  PM 5: 3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Clerk of the U.S, District Court
Federal Building
Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767

00918$1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1 PM 5: 36

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

-----------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :    Title III

      as representative of                               :    Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :    (Jointly Administered)
                                                                     :
      Debtors.                                          :

-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**    **Counsel Contact Information (if any)**

Mary Bludnicki
_____    _____
Participant Name                               Firm Name (if applicable)

_____    _____
Contact Person (if Participant is not an individual)    Contact Person

mabludni@westnet.com
_____    _____
Email Address                                 Email Address

_____    _____

Address line 1                                    Address line 1

32 Cottage Str.

Address line 2                                    Address line 2

Trumbull CT 06611-2828

City, State Zip Code                              City, State Zip Code

USA

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _Mm Bludnick._

Signature

Mary Bludnicki

Print Name

_____

Title (if Participant is not an Individual)

3 /22/ 19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mary Bludnicki
32 Cottage St
Trumbull, CT 06611-2828

WESTCHESTER
NY 108
27 MAR '19
PM 3 L



FOREVER / USA

RECEIVED & FILED
2019 APR -1  PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District Court of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 APR -1 PM 5: 36

CLERK'S OFFICE
U'S DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors. :
-------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Thomas A. Eich* | |
| Participant Name | Firm Name (if applicable) |
| *Thomas J. Eich* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *etj3@uenizou.net* | |
| Email Address | Email Address |

Mr. Thomas J. Eich
302 E. 88th St. Apt. 3J
New York, NY 10128-4930

Address line 1

302 EAST 88th Street

Address line 2

New York, N.Y  10128

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74518IK89X    74523SR37X
74519OK72 X    74523SULX7 X

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or (NO) (please **circle one**).

By: _Thomas J Eich_

Signature

_Thomas J Eich_

Print Name

_____

Title (if Participant is not an Individual)

_3/28/2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mr. Thomas J. Eich
302 E. 88th St. Apt. 3J
New York, NY  10128-4930

BIO   NEW YORK NY 100

29 MAR 2019 PM 11 L



RECEIVED & FILED
2019 APR -1  PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK OF THE United STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 Federal Building
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918-170399

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

2019 APR - 1  PM 5: 36

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:                                                             :

THE FINANCIAL OVERSIGHT AND                    :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :          Title III

       as representative of                               :          Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO et al.,   :          (Jointly Administered)

       Debtors.                                               :

------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Robert Hummel

Participant Name

_____

Contact Person (if Participant is not an individual)

RRH2/0 C Concest.net

Email Address

_____

**Counsel Contact Information (if any)**

_____

Firm Name (if applicable)

_____

Contact Person

_____

Email Address

SRF 30944

Address line 1 _PO Box 54_                    Address line 1 _____
_210 Salen Rd._
Address line 2                                Address line 2 _____
_Bethel   PA  19507_
City, State Zip Code                          City, State Zip Code _____
_US_
Country                                       Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514L-02-0_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Robert Hummel 3-26-2019_
Signature

_Robert  Hummel_
Print Name

_____
Title (if Participant is not an Individual)

_3-21-19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Wells Fargo Advisors**
919 Russell Drive
Lebanon, PA 17042

HARRISBURG PA 171

27 MAR 2019 PM 7 T



FOREVER / USA

RECEIVED & FILED
2019 APR -1  PM 5· 36
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court for
District of Puerto, Room 150 Federal Building,
150 Carlos Chardon Ave,
San Juan, PR 00918-1767

00918-1706

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
APR -1 PM 5:35
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
        as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
        Debtors.                                 :
-------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                **Counsel Contact Information (if any)**

AMARA VAZQUEZ CASAS
_____                             _____
Participant Name                                            Firm Name (if applicable)


_____                             _____
Contact Person (if Participant is not an individual)        Contact Person

arlimaruz@gmail.com
_____                             _____
Email Address                                               Email Address


_____                             _____

Mirador de Barrio
Address line 1

2027 Calle 29
Address line 2

Caguas P.R. 00727
City, State Zip Code

Puerto Rico
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

  (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please circle one).

By: Aymara Vazquez Casas
Signature

AYMARA VAZQUEZ CASAS
Print Name

_____
Title (if Participant is not an Individual)

29 / 3 / 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Sra Aymara Vazquez
Urb Mirador De Bairoa
2U27 Calle 29
Caguas, PR 00727

SAN JUAN PR 009
29 MAR 2019 PM 1 L

FOREVER

RECEIVED & FILED
2019 APR -1  PM 5: 35
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

The Clerk of the U.S. District Court
District of Puerto Rico.
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

0091801706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

2019 APR  1  PM 5: 35

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

U.S. DISTRICT COURT
SA...

-------------------------------------------------------------------X

In re:                                                :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III

              as representative of            :        Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)
                                              :
              Debtors.                        :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

NANCY F. MERRIAM
_____               _____
Participant Name                                     Firm Name (if applicable)

_____               _____
Contact Person (if Participant is not an individual)  Contact Person

_____               _____
Email Address                                        Email Address

_____               _____

Address line 1

_11310 LONGWATER CHASE CT._

Address line 2

_FORT MYERS, FLORIDA 33908_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_CUSIP 74514LD20_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: _Nancy F. Merriam_
Signature

_NANCY F. MERRIAM_
Print Name

_____
Title (if Participant is not an Individual)

_3/28/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**William R. Merriam**
11310 Longwater Chase Ct
Ft. Myers, FL 33908



FT MYERS FL 339

29 MAR 2019 PM 2 L

USA FOREVER

RECEIVED & FILED
2019 APR -1 PM 5:35
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico   00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
---------------------------------------------------------X
                                              :    2019 APR -1  PM 5: 35
In re:                                        :        CLERK'S OFFICE
                                              :    U.S DISTRICT COURT
THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
            as representative of              :    Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :    (Jointly Administered)
                                              :
            Debtors.                          :
---------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| WILLIAM R. MERRIAM | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1                                          Address line 1

11310 LONGWATER CHASE CT.                               _____
Address line 2                                          Address line 2

FORT MYERS, FLORIDA 33908                               _____
City, State Zip Code                                    City, State Zip Code

USA                                                     _____
Country                                                Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

CUSIP 74514LD20

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

WILLIAM R. MERRIAM
Print Name

_____
Title (if Participant is not an Individual)

3/28/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**William R. Merriam**
11310 Longwater Chase Ct
Ft. Myers, FL 33908



FT MYERS FL 339

29 MAR 2019 PM 2 L

USA FOREVER

RECEIVED & FILED
2019 APR -1   PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico    00918-1767

00918-170625

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1 PM 5: 35

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
-----------------------------------X
                                    :
In re:                              :
                                    :
THE FINANCIAL OVERSIGHT AND         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III
                                    :
        as representative of        :    Case No. 17-BK-3283 (LTS)
                                    :
THE COMMONWEALTH OF PUERTO RICO et al., : (Jointly Administered)
                                    :
        Debtors.                    :
-----------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Richard H ALLBEE

Participant Name

_____

Contact Person (if Participant is not an individual)

RAA @ ABCVICOrp. Com

Email Address

_____

**Counsel Contact Information (if any)**

_____

Firm Name (if applicable)

_____

Contact Person

_____

Email Address

Address line 1                                    Address line 1

_1320 4th St NE_                                  _____
Address line 2                                    Address line 2

_Box 436_                                         _____
City, State Zip Code                              City, State Zip Code

_Hampton, Iowa 50441_                             _____
Country    _USA_                                  Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

                _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); or

                __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? **YES** or **NO** (please **circle one**).

By: _Richard A Allbee_
    Signature

    _Richard A Allbee_
    Print Name


    _____
    Title (if Participant is not an Individual)

    _3-29-19_
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Richard A. Allbee
1320 4th Street NE
PO Box 436
Hampton, Iowa 50441



WATERLOO IA 507
29 MAR 2019 PM 1 L

love
FOREVER·USA

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

009188170S

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1  PM 5: 35

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

```
------------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :    Title III
                                                      :
        as representative of                          :    Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :    (Jointly Administered)
                                                      :
        Debtors.                                      :
------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Deborah S. Rinner
_____
Participant Name

Contact Person (if Participant is not an individual)

ardsrinn@cox.net
_____
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1                                          Address line 1

123 Reserve Way, Apt. 216                               _____

Address line 2                                          Address line 2

Williamsburg, VA 23185                                  _____

City, State Zip Code                                    City, State Zip Code

USA                                                     _____

Country                                                Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

              _____ intends to **support** the relief requested in the Objection (i.e., Participant
              believes the Court should find that the Challenged GO Bonds are **invalid**); or

              __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
              believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
       sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
       the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                     74514LA56

       (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
              secondary market? **YES** or **NO** (please **circle one**).

By:    Deborah S. Rinner
       Signature

       Deborah S. Rinner
       Print Name

       _____
       Title (if Participant is not an Individual)

       3/29/19
       Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

DS Rimmer
123 Reserve Way, Apt. 212
Williamsburg, VA 23185

RECEIVED
2019 APR -1 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

RICHMOND VA 230

29 MAR 2019 PM 5 L



FOREVER / USA

The Clerk of the US District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170825

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

     as representative of                            :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)

     Debtors.                                      :
---------------------------------------------------------X

*RECEIVED & FILED*
*2019 APR -1 PM 5:35*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Stuart Berman* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Stu 3B @ optimum.net* | |
| Email Address | Email Address |

Address line 1                                          Address line 1
_14 Masar Road_____                                    _____
Address line 2                                          Address line 2
_Boonton NJ 07005_                                      _____
City, State Zip Code                                    City, State Zip Code
___USA_____                                             _____
Country                                                Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant
      believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            __✓__ intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                   74514 LB63

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market? **YES** or **NO** (please **circle one**).

By: _Stuart J Berman_____
      Signature

      _Stuart J Berman_____
      Print Name


      _____
      Title (if Participant is not an Individual)

      _3/29/19_____
      Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

29 MAR 2019 PM 7 L

The Clerk of the United States District Court
For the District of Puerto, Room 150
Federal Building-
150 Carlos Chardon Avenue
San Juan, PR - 00918-1767 -

RECEIVED ... PM 5:25 2019 APR CLERK OFFICE U.S.DIST SAN

00918-170825

Judith A. Berman
14 Masar Rd
Boonton NJ 07005-8900

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

```
------------------------------------------------------------X
```

2019 APR -1  PM 5: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Audrey BERMAN- <br> Participant Name | _____ <br> Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) <br> SJBAWB@optimum.NET- <br> Email Address | _____ <br> Contact Person <br> _____ <br> Email Address |

Address line 1

_14 MASAR Rd._

Address line 2

_Boonton, N.J. - 07005_

City, State Zip Code

_USA —_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74574 L B63 —  74574 L B71_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Audrey Berman —_
    Signature

_Audrey BERMAN_
Print Name

_____
Title (if Participant is not an Individual)

_MARCH 29, 2019—_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

29 MAR 2019 PM 7 L

The Clerk of the United States District Court
For the District of Puerto, ROOM 150
Federal Building -
150 Carlos Chardon Avenue
San Juan, PR - 00918 - 1767 -

RECEIVED PM 5:25 2019 APR CLERK'S OFFICE U.S.DIST. S.A.N.

00918-170825

Fuart & Audrey Berman
14 Masar Rd
Boonton NJ 07005-8900

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                 :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :     Title III

                                                          :

          as representative of                    :     Case No. 17-BK-3283 (LTS)

                                                          :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :     (Jointly Administered)

                                                          :

          Debtors.                                  :

-----------------------------------------------------------------X

*RECEIVED & FILED*

*2019 APR -1  PM 5: 35*

*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN P.R.*

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Mark  J  Mohr
_____                          _____
Participant Name                                      Firm Name (if applicable)


_____                          _____
Contact Person (if Participant is not an individual)  Contact Person

Mark;mohre@icloud.com
_____                          _____
Email Address                                        Email Address

Address line 1

242 Avenues Barons

Address line 2

Mokomis, FL, 34275

City, State Zip Code

U.S.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

____X____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L B89

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
   Signature

Mark J. Mohr
Print Name

_____
Title (if Participant is not an Individual)

3/29/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

TAMPA FL 335
SAINT PETERSBURG FL
29 MAR 2019 PM 4 L



CHRISTMAS

RECEIVED
2019 APR -1 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR   00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III
                                                    :
            as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :    (Jointly Administered)
                                                    :
            Debtors.                                :
-------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| SPIALTER 2011 SURVIVORSHIP TRUST | |
| Participant Name | Firm Name (if applicable) |
| ZAL SPIALTER | |
| Contact Person (if Participant is not an individual) | Contact Person |
| SPLTR4@AOL.COM | |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 _APT. A7_ | Address line 1 _____ |
| _200 BALDWIN ROAD-~~APT.(A7)~~_ | |
| Address line 2 | Address line 2 _____ |
| _PARSIPPANY NJ 07054_ | |
| City, State Zip Code | City, State Zip Code _____ |
| _USA_ | |
| Country | Country _____ |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LD2Ø_

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

_PURCHASED FROM INVESTMENT BROKER. IS THAT SECONDARY MARKET? I DON'T KNOW._

By: _[signature]_
Signature

_ZAC SPIALTER_
Print Name

_TRUSTEE_
Title (if Participant is not an Individual)

_3/28/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Howard Spialter
200 Baldwin Road - Office (Bldg. A)
Parsippany, NJ 07054

NEW YORK NY 100

29 MAR 2019 PM 7 L

RECEIVED & FILED
2019 APR -1  PH 5: 35
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

Clerk of the US District Court for District of Puerto
Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1  PH 5: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------X

In re:                                           :

THE FINANCIAL OVERSIGHT AND                      :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :     Title III
                                                 :
         as representative of                    :     Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.,*        :     (Jointly Administered)
                                                 :
         Debtors.                                :
-------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| BALDWIN MANOR, L.P | |
| Participant Name | Firm Name (if applicable) |
| HOWARD SPIALTER | |
| Contact Person (if Participant is not an individual) | Contact Person |
| hdsesqz @AOL.com | |
| Email Address | Email Address |

SRF 31030

Address line 1
*280 BALDWIN ROAD — OFFICE (BLDG. 1)*   Address line 1

Address line 2
*PARSIPPANY NJ 07054*   Address line 2

City, State Zip Code
*USA*   City, State Zip Code

Country   Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LD20*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____   *PURCHASED FROM INVESTMENT*
Signature   *BROKER. IS THAT SECONDARY*
   *MARKET?*
*HOWARD SPILTER*
Print Name

*MEMBER*
Title (if Participant is not an Individual)

*3/28/19*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Howard Spialter
200 Baldwin Road - Office (Bldg. A)
Parsippany, NJ 07054

NEW YORK NY 100

29 MAR 2019 PM 7 L

RECEIVED & FILED
2019 APR -1  PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the US District Court for District of Puerto
Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED NO LATER THAN APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILE

2019 APR -1  PM 5: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :    Title III
                                            :
         as representative of               :    Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :    (Jointly Administered)
                                            :
         Debtors.                           :
------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>          <u>**Counsel Contact Information (if any)**</u>

John M. Hussian

Participant Name                                     Firm Name (if applicable)

Contact Person (if Participant is not an individual)   Contact Person

Jhussian @ COMCAST.Net

Email Address                                        Email Address

Address line 1

*2370 West Lake of Isles*

Address line 2

*Mpls, MN 55405*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *John Aussien*

Signature

*John Aussien*

Print Name

_____

Title (if Participant is not an Individual)

*3/27/19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

X, Andrieux
2370 W Long Lake
Mpls, MN 55705



MINNEAPOLIS MN 553

28 MAR 2019 PM 6 L

RECEIVED
2019 APR -1  PM 5: 35
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

The Clerk of the District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -1  PM 5: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

----------------------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND                :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

      as representative of                              :        Case No. 17-BK-3283 (LTS)

                         :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)

                         :
      Debtors.                                              :
----------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

_Joan  R . KATZ_
Participant Name

_____
Contact Person (if Participant is not an individual)
_Joan KATZ 27 @ GMAIL.COM_
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1                                    Address line 1

_____                          _____
Address line 2                                    Address line 2

_____                          _____
City, State Zip Code                             City, State Zip Code

_____                          _____
Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

    _____
    Print Name     JEAN R KRATZ


    _____
    Title (if Participant is not an Individual)

    ___3 - 6 - 19___
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



RBC **Wealth Management**

1211 Avenue of the Americas
Suite 3300
New York, NY 10036-8701

FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 10036
02 4W
0000354893   MAR 12 2019
$ 000.50⁰

The Clerk of the U.S. District Court
for the District of Puerto
150 Carlos Chardon Avenue
Room 150
Federal Building
San Juan, PR 00918-1767

00918-1706 C018

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

------------------------------------------------------------------X

2019 APR -1 PM 5: 34

CLERK'S OFFICE
U.S. DISTRICT COURT

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| GEORGE GARABIAN | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| GGARABIAN@AOL.COM | |
| Email Address | Email Address |

Address line 1

P.O. Box 585

Address line 2

19 SHORELINE DR. 02035

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

☒ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA98

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please circle one).

By: _____
        Signature

GEORGE GARABIAN

Print Name

_____

Title (if Participant is not an Individual)

3/29/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**G. Garabian**
Po Box 585
Foxboro, MA  02035-0585

RECEIVED & FILED
2019 APR -1  PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

DADE CITY
33525
MAR 29 2
USPS

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO
ROOM 150, FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, P.R. 00918-1767

00918$1706 C018

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

       Debtors.

---------------------------------------------------------------X

   :     PROMESA
   :     Title III
 
   :     Case No. 17-BK-3283 (LTS)
 
   :     (Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Arthur Church
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1

_1430 S DownWind Cr_

Address line 2

_Palmer, AK  99654_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:



        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _art Church_

Signature

_Arthur Church_

Print Name



Title (if Participant is not an Individual)

_3 - 28 - 2019_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

2550 Denali Street, Suite 1700
Anchorage, AK 99503

ALASKAN FRONTIER
995-997
28 MAR 2019 PM 1 L



USA
FOREVER

Morgan Stanley

RECEIVED
2019 APR -1 PM 5:3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the US District Court for Puerto Rico
Room 150
150 Carlos Chardon Ave.
San Juan, PR   00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, :     Title III

      as representative of :     Case No. 17-BK-3283 (LTS)

: 

THE COMMONWEALTH OF PUERTO RICO *et al.,* :     (Jointly Administered)

      Debtors. :

--------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Gail Kirhoffer | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| gkirhoffer@gmail.com | |

| Address line 1 | Address line 1 |
|---|---|
| 1 Strawberry Hill Ave # 166 | |
| Address line 2 | Address line 2 |
| Stamford, CT 06902 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

X  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LXB8       74514LWZ6   74514LB63

74526QWB4       74516ORC7   74529JKK0

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Gail P. Kirhoffer
Print Name

_____
Title (if Participant is not an Individual)

3/27/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms Gail Kirhoffer
1 Strawberry Hill Ave Apt 16G
Stamford, CT 06902



WESTCHESTER NY 105

29 MAR 2019 PM 2 L

USA
FOREVER

The Clerk of the U.S. District Court
    for the District of Puerto R

Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

SRF 31050

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------X

In re:                                                  :

THE FINANCIAL OVERSIGHT AND             :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :          Title III

      as representative of                      :          Case No. 17-BK-3283 (LTS)

      :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :          (Jointly Administered)

      :

      Debtors.                            :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>      <u>**Counsel Contact Information (if any)**</u>

*JEROME PILL*
_____       _____
Participant Name                       Firm Name (if applicable)


_____       _____
Contact Person (if Participant is not an individual)      Contact Person

*LINDAPILL N.J. @ YAhoo.Com*
_____       _____
Email Address                            Email Address
*Tel 732 656 1006 or*
     *973 747 9992 (cell)*

_____



**Mr. Jerome Pill**
62 Kings Mill Rd.
Monroe Twp, NJ 08831

Case:17-03283-LTS   Doc#:6108-1   Filed:04/01/19   Entered:04/02/19 14:48:23   Desc:
Pro Se Notices of Participation   Page 140 of 161

SRF 31030

Address line 1                                              Address line 1

*62 Kings Mill Rd.*
_____                                    _____
Address line 2                                              Address line 2

*Monroe Twp, NJ 08831-8895*
_____                                    _____
City, State Zip Code                                        City, State Zip Code

*USA.*
_____                                    _____
Country                                                    Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
     sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
     the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:



     (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
           secondary market?  **YES** or **NO** (please **circle one**).

By: *Jerome Pill   Jerome Pill*
_____
Signature

*Jerome Pill*
_____
Print Name



_____
Title (if Participant is not an Individual)

*3/25/19*
_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



NAME **Mr. Jerome Pill**
62 Kings Mill Rd.
ADDRESS Monroe Twp, NJ 08831
CITY, STATE, ZIP

RECEIVED & FILED
2019 APR -1 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WEST PALM BCH FL 334

27 MAR 2019 PM 1 1

USA FOREVER

Clerk of the US District Court FOR
the district of Puerto Rico
Room 150     Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

00918I706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------X
                                                        :
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :    Title III
                                                        :
        as representative of                            :    Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO et al.,                 :    (Jointly Administered)
                                                        :
        Debtors.                                        :
--------------------------------------------------------X
```

RECEIVED

2019 APR - 1 PM 5: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.   Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|

Donna Goiri
_____
Participant Name

_____
Firm Name (if applicable)

_____
Contact Person (if Participant is not an individual)

_____
Contact Person

Marchbankss.linda@gmail.com
_____
Email Address

_____
Email Address

Case:17-03283-LTS   Doc#:6108-1   Filed:04/01/19   Entered:04/02/19 14:48:23   Desc:
Pro Se Notices of Participation   Page 143 of 161

SRF 31030

Address line 1

15081 Griffin Ln

Address line 2

Caldwell Id 83607

City, State Zip Code

US

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

X By: _Donna Goini_
Signature

_Donna Goini_
Print Name

_____
Title (if Participant is not an Individual)

_3/25/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Donna Goiri
15051 Griffin Ln
Caldwell, ID 83607



BOISE ID 837

29 MAR 2019 PM 1 L

The Clerk of the United States District Court
for the District of Puerto
Room 150  Federal Building,
150 Carlos Chardon Ave
San Juan, PR1  00918-1787

00918$1708

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -1 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

       as representative of : Case No. 17-BK-3283 (LTS)

   : (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO *et al.*, :

       Debtors. :

------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

Jerold Wiegand
_____        _____
Participant Name        Firm Name (if applicable)

_____        _____
Contact Person (if Participant is not an individual)    Contact Person

Jeroldowa@sbcglobali.Net
_____        _____
Email Address        Email Address

_____        _____

2395 Bonrbon CT
Address line 1 _____     Address line 1 _____

Address line 2 _____     Address line 2 _____

South San francisco, CA 94080
City, State Zip Code _____     City, State Zip Code _____

San Mateo
Country _____     Country _____

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        745141LB89

     (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please circle one).

By: _Wiegand_____
    Signature

Jevold Wiegand
Print Name

_____
Title (if Participant is not an Individual)

05/27/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

0091881706 C018

SAN FRANCISCO CA 940

29 MAR 2019 PM 6 L



Mr. JEROLD WIEGAND
2395 BOURBON CT.
SOUTH SAN FRANCSICO, CA. 94080

THE CLERK OF THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO, RM150
FEDERAL BUILDING,
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR - 1  PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -1 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

----------------------------------------------------------X
:
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III
                                                          :
          as representative of                       :    Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :    (Jointly Administered)
                                                          :
          Debtors.                                    :
----------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Kenneth H. Dick* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Kendick61@hotmail.com* | |
| Email Address | Email Address |

Address line 1

_33655 SW Lake Pr Cr_

Address line 2

_Wilsonville OR 97070_

City, State Zip Code

_U.S.A._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB63_

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Kenneth H Dick_
    Signature

_Kenneth H. Dick_
Print Name

_____
Title (if Participant is not an Individual)

_3-24-19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

32655 SW Lake Pt CT
Wilsonville, OR 97070

PORTLAND OR 972


USA
FOREVER

RECEIVED & FILED
2019 APR - 1  PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

Clerk of U.S. Dist Court For Puerto
Room  150  Federal Bldg
150 Carlos Chardon Ave
San Juan PR 00918-1767

00918-170625

SRF 3096

Case:17-03283-LTS   Doc#:6108-1   Filed:04/01/19   Entered:04/02/19 14:48:23   Desc:
Pro Se Notices of Participation   Page 151 of 161

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :      Title III
                                                    :
        as representative of                        :      Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :      (Jointly Administered)
                                                    :
        Debtors.                                    :
-----------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Carl Slotnick | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| MSLOTN 6481 @ AOL. Com | |
| Email Address | Email Address |
| | |

Address line 1

7 *PARKWAY DRIVE*

Address line 2

*Roslyn Heights, N.Y. 11577*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.        Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.        If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)        Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*no CUSIP # on Morgan Stanley's confirm slip which is attached Morgan Stanleys Security# = 74529 JNX 9*

(b)        Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Carl Slotnick*

Signature

_____ *CARL SLOTNICK*

Print Name

_____

Title (if Participant is not an Individual)

*3/27/19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

FIRST CL
U.S. PO
PA
TOPPA
076

I am not sure if it is necessary for me to return this form

I do not plan on attending any meeting

I just want to collect the Principal + interest on
these PR Bonds that I purchased.

***STAT PR 1845 SRF 30961 PACKID: 475 MMMLID: 1455637 SVC: PR BOND
CARL SLOTNICK
7 PARKWAY DRIVE
ROSLYN HGTS NY 11577

- I purchased <u>one</u>   $10,000. PR Bond
- Enclosed is the Confirm slip
- The Morgan Stanley Security # is 74529 JNX9
- It does not show a Cusip #

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/ GENERAL COUNSEL.**



012426*
005 of 006

# Morgan Stanley

*This transaction is confirmed in accordance
with the information provided on the
Conditions and Disclosures page.*

Exchange Code: 8
Execution Code: 7
Your Account Number: REDACTED 0-133
Cash Account
IRA Standard

#BWNJGWM

CARL SLOTNICK
7 PARKWAY DRIVE
ROSLYN HTS NY 11577-2705

Your Financial Advisor
GEORGE A WOJCIK
150 CLOVE ROAD
LITTLE FALLS, NJ 07424
(973) 890-3000



**You Bought**
**Trade Date 09/30/13 for Settlement on 10/03/13**

| Quantity | 10,000 | Price | 87.46 | Settlement Amount | |
|---|---|---|---|---|---|

**Description:**
PUERTO RICO SALES TAX FING CORP SALES TAX REV SNR-C CURR INT
MATURES 08/01/2040        COUPON 5.25% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON FEBRUARY AND AUGUST 1st
ISSUE DATE 12/13/2011      FIRST COUPON DATE 02/01/2012

YIELD TO MATURITY    6.216%
REVENUE BOND
MANDATORY SINKING FUND BEGINNING 08-01-2039
NEXT CALL DATE: 08-01-21   NEXT CALL PRICE: 100.000
CALLABLE ON ANY DATE BEGINNING 08-01-21 AND THEREAFTER.
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 09/30/13 AND ARE SUBJECT TO CHANGE.
    S&P RATING: AA-
    MOODY'S RATING: AA3
    FITCH RATING: AA-
BOOK ENTRY ONLY
UNSOLICITED TRADE
THIS DEBT SECURITY MAY BE REDEEMED/ACCELERATED IN WHOLE
OR PART BEFORE MATURITY. THIS REDEMPTION/ACCELERATION
COULD AFFECT THE YIELD REPRESENTED; ADDITIONAL
INFORMATION IS AVAILABLE UPON REQUEST.
ADDITIONAL CALL FEATURES EXIST
FOR ADDITIONAL INFORMATION RELATED TO THIS SECURITY,
INCLUDING MUNICIPAL MATERIAL EVENT AND FINANCIAL DISCLOSURES
AND MARKET DATA, PLEASE GO TO www.emma.msrb.org

| | |
|---|---|
| Principal | $8,746.00 |
| Processing Fee | 6.50 |
| Interest | 90.42 |
| Net Amount | $8,842.92 |

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction may have been executed with Morgan
Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

Security No. 74529JNX9

Security Mark
at Right

MID-ISLAND NY 117

27 MAR 2019 PM 4 L

RALPH ELLISON

RECEIVED & FILED

2019 APR -1  PM 5: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of US District Court for District of Puerto Rico
Room 150   Federal Building
150  Carlos Chardon Ave.
SAN JUAN,  P. R.  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :        Title III
                                                    :
        as representative of                        :        Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*           :        (Jointly Administered)
                                                    :
        Debtors.                                    :
-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Carl S. + Linda J. Slotnick | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| mslotn 6481 @ aol. com | |
| Email Address | Email Address |

Address line 1

*7 Parkway Drive*

Address line 2

*Roslyn Heights, N.Y. 11577*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 L - MB - 0*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Carl Slotnick*

Signature

*Carl Slotnick*

Print Name

_____

Title (if Participant is not an Individual)

*3/26/19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

XD-009690-L

## Confirmation

**MORGANSTANLEY SMITHBARNEY LLC**
OVERLOOK-GREAT NOTCH
150 CLOVE ROAD
LITTLEFALLS NJ 07424

Account Number: REDACTED 2-133
Financial Advisor: George Wojcik
973-890-3000

**MorganStanley SmithBarney**

Page 1 of 1

033ND121 012129
CARL S SLOTNICK
LINDA J SLOTNICK
JTWROS
7 PARKWAY DRIVE
ROSLYN HGTS NY 11577-2705

#8,048

| | |
|---|---|
| Summary For Settlement Date | 02/05/2010 |
| Total Purchases | $ 20,099.44 |
| Net Amount | $ 20,099.44 Debit |

You Bought 20,000 at a price of 99.99500

PUERTO RICO COMWLTH PUB
IMPT-SER A
U/T B/E GO DD 10/4/07
YTM 5.000
5.0000% JJ-01 DUE 07/01/2024
NEXT CALL-07/01/17 AT 100.000
CALLABLE
SEE CORP/MUNI BONDS NOTE BELOW

| | |
|---|---|
| Gross Amount | $ 19,999.00 |
| Accrued Bond Int. | 94.44 |
| Transaction Fee | 6.00 |
| Amount | $ 20,099.44 |
| Settlement Date | 02/05/2010 |

Trade Date: 02/02/2010
Market: Over-The-Counter

CUSIP#: 74514L-MB-0
Security#: 3788887
Symbol: C00070000

Solicited Order
Margin Acct.
Ref #: 1060163

HOLD SECURITIES

Morgan Stanley Smith Barney LLC acted as principal in this transaction.

A copy of the Official Statement can be obtained at www.emma.msrb.org

Corp/Muni Bonds
Bonds can be called prior to maturity, which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices fluctuate reflecting market interest rates and the issuer's credit status.

An affiliate of Morgan Stanley Smith Barney may have executed as principal with your order(s). Details specific to your order(s) are available upon request. Additional information regarding Morgan Stanley Smith Barney's routing of customer orders and Morgan Stanley Smith Barney's affiliates may be found at http://www.smithbarney.com/products_services/investor_education/sec_rules/

Cusip # 74514 L - MB - 0

Account carried by Citigroup Global Markets Inc. Member SIPC. Morgan Stanley Smith Barney LLC. Member SIPC.
As a reminder, payment for securities purchased, or delivery of securities sold, must be deposited by Settlement Date.
See reverse for further details. Keep this document for your records. Thank you for your business.

02/03/2010  XD-009690-L

Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

FIRST CL/
U.S. PO
PA
TOPPA
076



***STAT PR 1845 SRF 30961 PACKID: 473 MMMLID: 1497789 SVC: PR BOND
CARL S. SLOTNICK & LINDA J. SLOTNICK
7 PARKWAY DRIVE
ROSLYN HGTS NY 11577

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/ GENERAL COUNSEL.**

Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

FIRST CL
U.S. PO
PA
TOPPA
07

- Do not know if it is necessary for me to
  return this form

- I do not plan on attending any meeting

- I just want to collect the principal
  + interest on this Bond which I purchased

I purchased one $ 30,000. - Bond

The confirmation is enclosed

BUT I received these
two Claim forms with different
numbers on each.

***STAT PR 1845 SRF 30961 PACKID: 471 MMMLID: 1474866 SVC: PR BOND
CARL S. & LINDA J. SLOTNICK
7 PARKWAY DRIVE
ROSLYN HGTS NY 11577

Carl S. + Linda J. Slotnick

MSLOTR6481@ Aol. Com

(Email)

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/ GENERAL COUNSEL.**

27 MAR 2019 PM 4 L

RALPH ELLISON
91 USA
2014

RECEIVED & FILED
2019 APR -1 PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of US District Court for District of Puerto Rico
Room 150   Federal Building
150   Carlos Chardon Ave.
SAN JUAN   P. R.   00918-1767
00918-170625