UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 3 OF 3)

The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 3 of 3)
April 1, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

101. James A. Grossinger

102. James A. Grossinger

103. Anthony S. Kulawinski

104. Louis Fata

105. Flowers Living Trust

106. Douglas and Heather Greene Trust

107. Greene Family Decedents Trust C

108. Edward Alexander

109. Daniel Murray Revocable Trust

110. Frank Sansone

111. The Clarice M. Manske Survivors Trust

112. Mary E. Priesgen

113. Gaylord S. Kent

114. Roy O. Bates Jr. and Patricia H. Bates JT Ten

115. Beverly S. Clute and Georgina S. Furse JT Ten

116. Robert Levine

117. Thomas BR

118. John Van Beek and Betty Van Beek

119. Harvey Kushner

120. Carol B. Benderson

121. Sharon L. Kewley

Pro Se Notices of Participation Received by the Court
(Part 3 of 3)
April 1, 2019

122. Edward Austin Sparling

123. Ephram Graff

124. Manuel D. DY

125. Lynn J. Battle and Jane E. Battle

126. Charles Fettig

127. Freddie Hernandez Rodriguez

128. Bettini Living Trust

129. Tom Scranton and Rennie Scranton

130. Mireya Haering

131. James Taylor and Betty Taylor

132. Edward Steele and Dorothy Steele

133. Dorothea J. Hardrick

134. Juliann D. Abendroth

135. John Robinson and Gail Robinson

136. Shareld Dennis and George A. Dennis

137. Felicia Ferrazzano

138. Virginia G. Phiefer

139. Victor Phiefer

140. Saul M. Levy

141. A. Faye Dollar

142. Wanda J. Warne

143. Donald T. Warne

144. Deepak Chabra

Pro Se Notices of Participation Received by the Court
(Part 3 of 3)
April 1, 2019

    145. Eva Young

    146. Mark M. Frossman

    147. Nayda Sdustache

    148.  Eusebio Iglesias

    149. Jose Enrique Ayorda Santaliz

    150. Trinidad Ayorda Santaliz

    151. Milagros Ayorda Santaliz

Dated:  April 1, 2019