SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -1  PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X

In re:                                                     :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III
                                                           :
              as representative of                    :        Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)
                                                           :
              Debtors.                                 :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *James A. Grossinger* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

_6125 Upland Ave_
Address line 2

_New Germany, MN 55367_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); _or_

~~X~~ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
_74514L8A9_
_74514L363_
_74514LD46_
_74514LD20_

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please circle one).

_James A Grossing_
By: _Cynthia Grossinger_
     Signature
_James A GROSSINGER_
_Cynthia M. Grossinger_
Print Name

_____
Title (if Participant is not an Individual)

_3/28/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Cynthia M. Grossinger
6125 Upland Ave.
New Germany, MN 55367



MINNEAPOLIS MN 553

28 MAR 2019 PM 3 L

USA
FOREVER

RECEIVED & FILED
2019 APR -1  PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the U.S. District Court
for the District of Puerto
Room 150 Federal Bldg
150 Carlos Chardon Ave.
00918-1703  San Juan, PR 00918- 1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND           :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :       Title III

     as representative of                      :       Case No. 17-BK-3283 (LTS)

                                  :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :       (Jointly Administered)
                                      :

     Debtors.                                    :

-----------------------------------------------------------------X

RECEIVED & FILED
2019 APR -1  PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *JAMES A GROSSINGER* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 | Address line 1 |
| _6125 Upland Ave_ | |
| Address line 2 | Address line 2 |
| _New Germany MN 55367_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　　　_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

　　　　　X   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　　　(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

　　　　　　_74514LD20_
　　　　　　_74514LB71_

　　　　(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please *circle one*).

By: _Cynthia M. Grossinger_
　　Signature
　　_James A Grossinger_
　　_Cynthia M Grossinger_
　　Print Name

_____
Title (if Participant is not an Individual)

_3/28/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Ms. Cynthia M. Grossinger
6125 Upland Ave.
New Germany, MN 55367



MINNEAPOLIS MN 553

28 MAR 2019 PM 3 L

RECEIVED & FILL
2019 APR -1  PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the U.S. District Court
for the District of Puerto
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170369

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:

RECEIVED & FILED

2019 APR -1 PM 5: 37

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Anthony S Kulawinski* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

_W 2210 HWY 64_
Address line 2

_____
City, State Zip Code

_Merrill, WI 54452_
Country   _USA_

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74 514 LB89_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Anthony S Kulawinski_
Signature

_Anthony S Kulawinski_
Print Name

_____
Title (if Participant is not an Individual)

_March 29, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



**Tony Kulawinski**
**W2210 State Highway 64**
**Merrill, WI 54452**



RECEIVED & FILED
2019 APR -1 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED*
*2019 APR -1  PM 5:37*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

------------------------------------------------------------X
:
In re:                                                     :
:
THE FINANCIAL OVERSIGHT AND                                :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :   Title III
:
as representative of                         :   Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*,    :   (Jointly Administered)
:
Debtors.                                  :
------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

*Louis Fata*
──────────────────────                              ──────────────────────
Participant Name                                     Firm Name (if applicable)
*Louis Fata*
──────────────────────                              ──────────────────────
Contact Person (if Participant is not an individual)   Contact Person

──────────────────────                              ──────────────────────
Email Address                                        Email Address

Address line 1

_243 Barn Swallow Ct_

Address line 2

_Manorville_

City, State Zip Code

_ny . 11949_

Country _Suffolk_

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745 235 R 37_

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Louis Fate_

Signature

_Louis Fate_

Print Name

_____

Title (if Participant is not an Individual)

_3/28/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mr. Louis Fata
243 Barn Swallow Court
Manorville, NY
11949

The Clerk of United States District Court
for the District of Puerto Rico
150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R.
00918-1767

00918$1703 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :
MANAGEMENT BOARD FOR PUERTO RICO,               :
                                                :
         as representative of                   :
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :
                                                :
         Debtors.                               :
------------------------------------------------------------X
```

RECEIVED & ENTERED

2019 APR -1  PM 5: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| FLOWERS LIVING TRUST | |
| Participant Name | Firm Name (if applicable) |
| MARJORIE FLOWERS | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
|---|---|
| 100 FIVE POUNDS ROAD | |
| Address line 2 | Address line 2 |
| ST. SIMONS ISLAND, GA  31522-1937 | |
| City, State Zip Code | City, State Zip Code |
| US | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

✓    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745 14 LA 80

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By:  *Marjorie Flowers*        *Paul Flowers*
Signature

Marjorie Flowers            Paul Flowers
Print Name

Trustee                  Trustee
Title (if Participant is not an Individual)

3-28-19                  3-28-19
Date        *Flower Living Trust*

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed electronically** with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Marjorie & Paul Flowers
100 Five Pounds Rd.
Saint Simons Island, GA 31522

JACKSONVILLE FL 320

28 MAR 2019 PM 1 L



USA
FOREVER

The Clerk of the United States District Court
for the District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED
2019 APR -1  PM 5: 37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1  PM 5: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.

---------------------------------------------------------------X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND                    :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :      Title III
                                                             :
        as representative of                            :      Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                                                             :
        Debtors.                                        :
---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Douglas & Heather Greene Trust dtd 10/17/05 | |
| Participant Name | Firm Name (if applicable) |
| Douglas Greene | |
| Contact Person (if Participant is not an individual) | Contact Person |
| zdcg@verizon.net | |
| Email Address | Email Address |

Address line 1

_2425 N.W. 69TH STREET_

Address line 2

_VANCOUVER, WA 98665_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74529JQF5, 745141L863, 74529JPY5, 74529JPX7, 74529JQF3, 74529JQH1, 74529JPW9, 74529JQA6, 745141L863_

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Douglas C. Greene_
   Signature

_DOUGLAS   GREENE_
Print Name

_TRUSTEE_
Title (if Participant is not an Individual)

_3/28/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



SN BERNARDINO CA 924

29 MAR 2019 PM 7 L

**AquaSmart**®
ENERGY SAVING DEVICE
2425 NW 69TH Street
Vancouver, WA  98665

RE... 2019 APR - 1  PM 5: 37
CLERK'S OFFICE
DISTRICT COURT
... JUAN, P.R.

The Clerk of the United States District Court
   of Puerto Rico
Room 150
Federal Building
   150 Carlos Chardom Ave,
      San Juan
         Puerto Rico  00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1  PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :        Title III
                                                :
    as representative of                        :        Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,       :        (Jointly Administered)
                                                :
    Debtors.                                    :

---------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

---

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| GREENE FAMILY DECEDENT TRUST C, dtd 4/24/92 | |
| Participant Name | Firm Name (if applicable) |
| DOUGLAS C. GREENE | |
| Contact Person (if Participant is not an individual) | Contact Person |
| zdcg @ verizon.net | |
| Email Address | Email Address |

Address line 1

2935 N.W 69 ᵀᴴ ST.

Address line 2

Vancouver, WA 98665

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74526 QPS5, 745190MS4, ~~74529 JT52T~~, 74529 JQ HI
74529 JQF5, 745146063, 74529 JP Y5, 745190274, 74529JQG3
74529 JQW9, 74529 JP X7, 74529 JQ A6,

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or (NO) (please **circle one**).

By _____
    Signature

DOUGLAS C. GREENE
Print Name

TRUSTEE
Title (if Participant is not an Individual)

3/28/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

AquaSmart®
ENERGY SAVING DEVICE

2425 NW 69TH Street
Vancouver, WA 98665

RECEIVED
2019 APR -1 PM 5: 37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

SN BERNARDINO CA 924

29 MAR 2019 PM 7 L

USA FOREVER

The Clerk of the United States District Court
    of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave,
San Juan
    Puerto Rico 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND                                   :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                             :     Title III

                                                             :

    as representative of                                      :     Case No. 17-BK-3283 (LTS)

                                                             :

THE COMMONWEALTH OF PUERTO RICO *et al.,*                     :     (Jointly Administered)

                                                             :

    Debtors.                                               :

-------------------------------------------------------------X

RECEIVED & FILED

2019 APR -1  PM 5: 37

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| EDWARD ALEXANDER | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| EALEXAND @ BU.EDU | |
| Email Address | Email Address |

Address line 1

242 LAKE AVE

Address line 2

NEWTON MA 02461

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✕ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Edward Glennan_____
Signature

EDWARD ALEXANDER
Print Name

_____
Title (if Participant is not an Individual)

3/19/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**BU**

Edward A. Alexander, M.D.
242 Lake Avenue
Newton, MA  02461



RECEIVED & FILED
2019 APR -1  PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK OF U.S. DISTRICT
COURT
FOR DISTRICT OF PUERTO
RICO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
        as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :   (Jointly Administered)
                                                    :
        Debtors.                                    :
-----------------------------------------------------------------X
```

*RECEIVED & FILED*
*2019 APR -1  PM 5: 37*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Daniel Murray Revocable Trust* | |
| Participant Name | Firm Name (if applicable) |
| *Daniel Murray, Trustee* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *dmurray@gmail.com* | |
| Email Address | Email Address |
| | |

Address line 1

16905 San Simeon Dr.

Address line 2

Morgan Hill, CA 95037

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: _____
        Signature

Daniel C Murray
Print Name

Trustee
Title (if Participant is not an Individual)

3/26/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Murray
16905 San Simeon Dr.
Morgan Hill, CA 95037

SAN JOSE
CA 950
27 MAR '19
PM 4 L


FOREVER USA

RECEIVED & FILED
2019 APR -1 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of US District Court, District of Puerto Rico
Room 150   Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

00918$1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

2019 APR -1 PM 5: 37

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

       Debtors.

: PROMESA
: Title III
:
: Case No. 17-BK-3283 (LTS)
:
: (Jointly Administered)
:

------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

FRANK SANSONE
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

_205 Turner Road_

Address line 2

_Wallingford, PA 19086_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _74514 LB63_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
     Signature

_FRANK SANSONE_
Print Name

_____
Title (if Participant is not an Individual)

_MAR. 18 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



HENNION & WALSH

*It comes down to trust.®*

DV DANIELS
NJ 070
27 MAR '19
PM 1 L



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 07054
02 1W
0001390531 MAR 26 2019
$ 000.50⁰

RECEIVED & FILE
2019 APR -1  PM 5:37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the
District of Puerto, Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE SERVED AND FILED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND          :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :          Title III

      as representative of                 :          Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)

      Debtors.                            :

--------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| The Clarice M. Manske Survivors Trest | Moen Sheehan Meyer LTD |
| Participant Name | Firm Name (if applicable) |
| Clarice M. Manske TTEE | David Stickler |
| Contact Person (if Participant is not an individual) | Contact Person |
| Charles A. Manske PA | |
| Email Address | Email Address |
| Charles Manske @Gmail.Con | |

Address line 1

E 3265 CT. Rd0
_____
Address line 2

Veroqua, WI 54665
_____
City, State/Zip Code

USA
_____
Country

Address line 1

201 Main St. Suite 700
_____
Address line 2

La Crosse, WI 54601
_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       X  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

       (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: Clarice M. Manske
_____
Signature

Clarice M. Manske
_____
Print Name

_____
Title (if Participant is not an Individual)

03/20/19
_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

CLARICE MANSKE
E 3265 CO O
VIROQUA, WI 54665

SAINT PAUL MN 550

27 MAR 2019 PM 3 L



2019 APR -1  PM 5:37
CLERK'S U...
DISTRICT C...
SAN JUAN P...

Clerk of the US District Court of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :   Title III
                                                      :
         as representative of                         :   Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :   (Jointly Administered)
                                                      :
         Debtors.                                     :
------------------------------------------------------X
```

RECEIVED & FILED

2019 APR -1  PM 5:36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Mary E. Briesgen* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

*Mary E. Priesgen*

Address line 2

*P.O. Box 293*

City, State Zip Code

*Theresa, WI 53091*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*914811 - NN - 0*

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Mary E. Priesgen*
Signature

*Mary E. Priesgen*
Print Name

_____
Title (if Participant is not an Individual)

*March 26, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Mary Priesgen
P.O. Box 293
Theresa, WI  53091

MILWAUKEE WI 530

27 MAR 2019 PM 7 L



RECEIVED & FILED
2019 APR -1  PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for
the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P R 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                               :

THE FINANCIAL OVERSIGHT AND          :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III
                                                     :
      as representative of                 :     Case No. 17-BK-3283 (LTS)
                                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                                     :
      Debtors.                             :

------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provide ll of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>         <u>**Counsel Contact Information (if any)**</u>

*Gaylord J Kent*
_____          _____
Participant Name                                    Firm Name (if applicable)


_____          _____
Contact Person (if Participant is not an individual)   Contact Person


_____          _____
Email Address                                       Email Address

| | |
|---|---|
| Address line 1 | Address line 1 |
| Address line 2 | Address line 2 |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745- 14LB89          745-14LD20

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: _Gaylord S Kent_
Signature

GAYLORD S KENT
Print Name

_____
Title (if Participant is not an Individual)

25 MAR 19
Date

Mr. Gaylord S. Kent
5503 Fortuna Pkwy.
Clay, NY 13041

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Mr. Gaylord S. Kent**
5503 Fortuna Pkwy.
Clay, NY 13041



The Clerk of the United States for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918 -1767

RECEIVED
2019 APR -1  PM 5:37
CLERK'S OFFICE
U.S. DISTRICT CT
SAN JUAN

00918803105 C016

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

In re:                                                              :

THE FINANCIAL OVERSIGHT AND                      :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :     Title III

     as representative of                                  :     Case No. 17-BK-3283 (LTS)
                              :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)

     Debtors.                                                 :

-----------------------------------------------------------------X

*(handwritten stamp:)* RECEIVED & FILED
2019 APR -1 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *ROYO BATES Jr PATRICIA H BATES JT TEN* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *rp_bates@hotmail.com* | |
| Email Address | Email Address |

Address line 1

_5433 N 106th AVE_

Address line 2

_GLENDALE AZ 85307_

City, State Zip Code

_US_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        X     intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _74514LB63_

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please circle one).

By: _Ray O. Bates   Patricia H Bates_
Signature

_ROY O BATES Jr.   PATRICIA H. BATES_
Print Name

_____
Title (if Participant is not an Individual)

_20 MAR 19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Roy Bates
8483 N 100th Ave
Glendale, AZ 85307-4012

00181317D3 C018

PHOENIX AZ 852

26 MAR 2019 PM 5 L



RECEIVED & FILED
2019 APR -1  PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

CLERK OF THE US DISTRICT COURT
DISTRICT OF Puerto
Room 150 FEDERAL BUILDING
150 CARLOS CHARDON AUE
SAN JUAN    PR

00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

           as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

           Debtors.

-------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

2019 APR -1 PM 5:38

CLERK'S OFFICE
U.S DISTRICT COURT

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Beverly S Clute* *Georgina S. Furse* JT TEN WROS <br> Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| Email Address | Email Address |

Address line 1

*812 S Red Oaks Cr*

Address line 2

*Wichita Ks 67207-3962*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 L B 89*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Beverly S. Georgina S. Furse*

Signature

*BEVERLY S. CLUTE  GEORGINA S. FURSE*

Print Name

_____

Title (if Participant is not an Individual)

*3-28-19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Georgina Furse
1150 S. Burrus St.
Wichita, KS 67207



WICHITA KS 670

28 MAR 2019 PM 2 L

FOREVER / USA

The Clerk of the US District Court
for the District of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Ave
San Juan PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1 PM 5:38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

----------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, :  Title III

as representative of :  Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, :  (Jointly Administered)

Debtors. :

----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *ROBERT LEVINE* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *RLEVINE@ATT.NET* | |
| Email Address | Email Address |

Address line 1

3D BYRON DR

Address line 2 _____

City, State Zip Code

AVON CT 06001

Country

USA

Address line 1 _____

Address line 2 _____

City, State Zip Code _____

Country _____

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

      ___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

      74514LB39, 74514LVM6, 74514LVN4

    (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

Robert Levine

Print Name

_____
Title (if Participant is not an Individual)

3-13-2019

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

R LEVINE
37 BYRON DR
AVON CT 06001



HARTFORD CT 061

26 MAR 2019 PM 2 L

USA

RECEIVED & FILED
2019 APR -1  PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BLDG
150 CARLOS CHARDON AVE
SAN JUAN, PUERTO RICO
00918-1767

00918S1703 C058

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1  PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :  Title III
                                                                :
             as representative of                              :  Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :  (Jointly Administered)
                                                                :
             Debtors.                                          :
------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>                    <u>**Counsel Contact Information (if any)**</u>

Thomas BR
———————————————                                    ———————————————
Participant Name                                             Firm Name (if applicable)


———————————————                                    ———————————————
Contact Person (if Participant is not an individual)         Contact Person

TElwyn@ AOL, Com
———————————————                                    ———————————————
Email Address                                                Email Address


———————————————                                    ———————————————

Address line 1

_124 Lewis Rd_

Address line 2

_Binghamton, NY 13905_

City, State Zip Code

_US_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89_

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Thomas Breese_

Signature

_Thomas Breese_

Print Name

_____

Title (if Participant is not an Individual)

_3/26/2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

T & J BREESE
144 LEWIS RD
BINGHAMTON NY 13905

SYRACUSE NY 130

28 MAR 2019 PM 3 L



FOREVER / USA

RECEIVED & FILED
2019 APR -1  PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of The U.S. District Court of Puerto Rico

Room 150   Federal Bldg.

150 Carlos Chardou Ave

San Juan, P.R. 00918-1767

00918-170399

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.

---------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

RECEIVED & FILED

2019 APR - 1   PM 5:38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

John VanBeek and Betty Van Beek
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1                                    Address line 1

_418 LAKEVIEW DRIVE_

Address line 2                                    Address line 2

_POLLOCK, SD  57648-2400_

City, State Zip Code                              City, State Zip Code

_USA_

Country                                           Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_CUSIP # 74514LB89 → $25,000_

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _John Van Beek - Betty Van Beek_
Signature

_John Van Beek - BETTY VAN BEEK_
Print Name


Title (if Participant is not an Individual)

_3-28-2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

John Van Beek

418 Lake Vinde

Pollack, SD   57648





02 1P                $ 000.50⁰

0000820959       MAR 28 2019

MAILED FROM ZIP CODE 57401

The Clerk of the United States District Court

for the District of Puerto

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan   PR   00918-1767

00918⊡1703 C018

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO RECEIVED & TIME

2019 APR -1  PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND            :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :     Title III

        as representative of           :     Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                        :
        Debtors.                        :

-------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| HARVEY KUSHNER | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Kushner.1949 a G-MAil.com | |
| Email Address | Email Address |

Address line 1                              Address line 1
_____                   _____
Address line 2                              Address line 2
_____                   _____
City, State Zip Code                        City, State Zip Code
_____                   _____
Country                                     Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Harvey Kushner_____
Signature

_HARVEY KUSHNER_____
Print Name

_____
Title (if Participant is not an Individual)

_3/27/2019____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



**Wealth Management**

200 Park Avenue, 2nd Floor
Florham Park, NJ 07932



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 07932  $ 000.50⁰
02 4W
0000351774 MAR 28 2019



The Clerk of the United States District Court for the
District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

0091801703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -1  PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

-------------------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND                 :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :     Title III

　　　　as representative of                  :     Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,    :     (Jointly Administered)
                                                            :
　　　　Debtors.                             :

-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

　　　　**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

　　　　The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

　　　　To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.　　　Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Carol B. Benderson | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| bendersons@comcast.net | |
| Email Address | Email Address |

Address line 1

835 Persimmon Lane

Address line 2

Langhorne, PA 19047

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB63          74514LUT1
74514LD20

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: Carol B. Benderson

Signature

Carol B. Benderson

Print Name

_____

Title (if Participant is not an Individual)

3-25-19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

28,083

**WELLS FARGO ADVISORS**

CONFIRMATION

DATED 03/12/12

Account Number Redacted-2002
YOUR FINANCIAL ADVISOR
RODNEY  RISO

877-439-6075
800-359-9297

PCG13072 008533
CAROL B BENDERSON
835 PERSIMMON LANE
LANGHORNE PA  19047-1777

IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE OR SIGN UP TO RECEIVE THIS
CONFIRMATION ELECTRONICALLY, VISIT US AT WWW.WELLSFARGOADVISORS.COM.

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| PUERTO RICO COMWLTH RFDG | 10,000 | 100.00000 | 10,000.00 |
| PUB IMPT SER A G/O B\E | | | |
| OID | | | |
| CPN  5.125% DUE 07/01/37 | | | |
| DTD 04/03/12 FC 01/01/13 | | | |
| CALL 07/01/22 @ 100.000 | | | |

| SECURITY NUMBER | Redacted | ACCOUNT TYPE | CASH | ACCRUED INTEREST | 0.00 |
|---|---|---|---|---|---|
| CUSIP | 74514L-B6-3 | TRADE DATE | 03/12/12 | TRANSACTION FEE | 5.00 |
| SOLICITED | | SETTLEMENT DATE | 04/03/12 | | |
| | | | | NET AMOUNT | $10,005.00 |

**MARKET:** PRINCIPAL.
**TRADE INFORMATION:** NO BOND INTEREST ACCRUED FOR THE CURRENT PERIOD.  AN OFFICIAL STATEMENT FOR YOUR
PURCHASE IS AVAILABLE AT WWW.EMMA.MSRB.ORG OR BY CONTACTING YOUR FINANCIAL ADVISOR.  IN LIMITED CIRCUMSTANCES
IN WHICH THE OFFERING IS EXEMPT FROM THE FILING REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE
CONTACT YOUR FINANCIAL ADVISOR TO OBTAIN INFORMATION.
**SECURITY INFORMATION:** ORIGINAL ISSUE DISCOUNT, ORIGINAL ISSUE PRICE $98.2543. MANDATORY SINKING FUND 07/01/34.
SEMI-ANNUALLY PAY. BOOK ENTRY ONLY. CALLABLE ANY DATE AFTER FIRST CALL DATE. MOODY BAA1, S&P BBB.
**YIELD INFORMATION:** 5.124%. YIELD TO CALL 07/01/22 @  100.000.
YIELD TO MATURITY 5.125%. CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD.  FOR COMPLETE
INFORMATION CONTACT THE OFFICE SERVING YOUR ACCOUNT.

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC.  Wells Fargo Advisors, LLC and First Clearing, LLC, Members
FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

Investments and insurance products are:   NOT FDIC-INSURED   NO BANK GUARANTEE   MAY LOSE VALUE

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

36,087

**WELLS FARGO ADVISORS**

CONFIRMATION
DATED 03/19/12

**Account Number** Redacted-2002
YOUR FINANCIAL ADVISOR
RODNEY RISO

877-439-6075
800-359-9297


PCG13079 010682
CAROL B BENDERSON
835 PERSIMMON LANE
LANGHORNE PA  19047-1777



IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE OR SIGN UP TO RECEIVE THIS
CONFIRMATION ELECTRONICALLY, VISIT US AT WWW.WELLSFARGOADVISORS.COM.

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| PUERTO RICO COMWLTH RFDG | 10,000 | 103.40000 | 10,340.00 |

PUB IMPT SER A G/O B\E
AGM
CPN  5.000% DUE 07/01/35
DTD 04/03/12 FC 01/01/13
CALL 07/01/22 @ 100.000

| SECURITY NUMBER | ACCOUNT TYPE | CASH | ACCRUED INTEREST | 11.11 |
|---|---|---|---|---|
| CUSIP    74514L-D2-0 | TRADE DATE | 03/19/12 | TRANSACTION FEE | 5.00 |
| SOLICITED | SETTLEMENT DATE | 04/11/12 | | |
| | | | NET AMOUNT | **$10,356.11** |

*Redacted*

**MARKET:** PRINCIPAL.
**TRADE INFORMATION:**  AN OFFICIAL STATEMENT FOR YOUR PURCHASE IS AVAILABLE AT WWW.EMMA.MSRB.ORG OR BY
CONTACTING YOUR FINANCIAL ADVISOR.  IN LIMITED CIRCUMSTANCES IN WHICH THE OFFERING IS EXEMPT FROM THE FILING
REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE CONTACT YOUR FINANCIAL ADVISOR TO OBTAIN
INFORMATION.
**SECURITY INFORMATION:** MANDATORY SINKING FUND 07/01/33.  SEMI-ANNUALLY PAY. BOOK ENTRY ONLY. CALLABLE ANY DATE
AFTER FIRST CALL DATE. ASSURED GUARANTY MUNICIPAL CORP. MOODY AA3, S&P AA-.
**YIELD INFORMATION:** 4.579%. YIELD TO CALL 07/01/22 @  100.000.
YIELD TO MATURITY 4.756%. CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD.  FOR COMPLETE
INFORMATION CONTACT THE OFFICE SERVING YOUR ACCOUNT.

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC.  Wells Fargo Advisors, LLC and First Clearing, LLC, Members
FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

| Investments and insurance products are: | NOT FDIC-INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|---|

CONFIRMATION
DATED 04/20/11

**Account Number** Redacted -2002
DDA Number        1UUU156054598
YOUR FINANCIAL ADVISOR
RODNEY  RISO

877-439-6075
800-359-9297

003487 01 3DG   13 ***AUTO**3-DIGIT 190
|..|||.|..|.|..|...||..|..|||...|..|.||..||.|.||.|||.|


CAROL B BENDERSON
835 PERSIMMON LANE
LANGHORNE PA  19047-1777

IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE OR SIGN UP TO RECEIVE THIS
CONFIRMATION ELECTRONICALLY, VISIT US AT WWW.WELLSFARGOADVISORS.COM.

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| PUERTO RICO COMWLTH | 10,000 | 99.14800 | 9,914.80 |
| RFDG PUB IMPT SER A 4 | | | |
| B/E AGM | | | |
| CPN  5.250% DUE 07/01/30 | | | |
| DTD 10/16/07 FC 01/01/10 | | | |
| CALL 01/01/20 @ 101.000 | | | |

| SECURITY NUMBER | | ACCOUNT TYPE | CASH | ACCRUED INTEREST | 179.38 |
|---|---|---|---|---|---|
| CUSIP | Redacted 74514L-VT-1 | TRADE DATE | 04/20/11 | TRANSACTION FEE | 5.00 |
| SOLICITED | | SETTLEMENT DATE | 05/04/11 | | |
| | | | | NET AMOUNT | $10,099.18 |

**MARKET** PRINCIPAL
**TRADE INFORMATION:**  OFFICIAL STATEMENTS, FINANCIAL STATEMENTS, NOTICES OF MATERIAL EVENTS AND OTHER
DOCUMENTS FOR MUNICIPAL SECURITIES ARE AVAILABLE AT WWW.EMMA.MSRB.ORG.  IN LIMITED CIRCUMSTANCES IN WHICH THE
OFFERING IS EXEMPT FROM THE FILING REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE CONTACT YOUR
FINANCIAL ADVISOR TO OBTAIN INFORMATION.
**SECURITY INFORMATION:**  SEMI-ANNUALLY PAY. BOOK ENTRY ONLY. CALLABLE ANY DATE AFTER FIRST CALL DATE. ASSURED
GUARANTY MUNICIPAL CORP. 360/30 NOTE. MOODY AA3, S&P AA+.
**YIELD INFORMATION:**  5.321%. YIELD TO MATURITY DATE.
CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD.  FOR COMPLETE INFORMATION CONTACT THE OFFICE
SERVING YOUR ACCOUNT.

#4598 chandosne    #1046 (voith)

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC.  Wells Fargo Advisors, LLC and First Clearing, LLC, Members
FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

| Investments and insurance products are: | NOT FDIC-INSURED | NOT BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|---|

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

CAROL B. BENDERSON
835 PERSIMMON LANE
LANGHORNE, PA 19047-1777



CERTIFIED MAIL

7017 0530 0000 9993 3512



U.S. POSTAGE
LANGHORNE, PA
MAR 27 19
AMOUNT
$4.05
R2303S101288-04

RECEIVED & FILED
2019 APR -1  PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States  District Court

For the District of Puerto,

Room 150 Federal Building

150 Carlos Chardon Avenue,

San Juan, PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
        as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :   (Jointly Administered)
                                                    :
        Debtors.                                    :
-----------------------------------------------------------------X
```

RECEIVED & FILED

2019 APR -1  PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Sharon L. Kewley | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| KEWSTAN @ aol.com | |
| Email Address | Email Address |

Address line 1                                    Address line 1

_P O B O x 1 0 7 0_                               _____
Address line 2                                    Address line 2

_J u p i t e r   F L   3 3 4 6 8_                 _____
City, State Zip Code                              City, State Zip Code

_U S A_                                           _____
Country                                           Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LB71  74514LB89  74514Lvm6  74514LY8Vw1
74519DZ R4  745235R37  74526QAS1

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or (**NO**) (please **circle one**).

By: _____
Signature

_S H A R O N   L .   K E W L E Y_
Print Name

_____
Title (if Participant is not an Individual)

_0 3 / 2 7 / 1 9_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Sharon L. Kewley
P.O. Box 1070
Jupiter, FL 33468

W PALM BCH
FL 334
28 MAR '19
PM 1 L



FOREVER   USA

RECEIVED & FILED
2019 APR -1 PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District
Court for the District Of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR
00918-1767

00918-170399

SRF 3T030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :   Title III
                                                      :
          as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :   (Jointly Administered)
                                                      :
          Debtors.                                    :
------------------------------------------------------X
```

RECEIVED & FILED
2019 APR -1  PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Edward Austin Sparling
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1                                   Address line 1

*162 Statesville Quarry Rd*

Address line 2                                   Address line 2

*Lafayette, NJ 07848*

City, State Zip Code                           City, State Zip Code

*USA*

Country                                        Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            ✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

               *74514LB89*         *74526QA28*

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please circle one).

By: *Edward Austin Sparling*
Signature

    *EDWARD AUSTIN SPARLING*
Print Name

_____
Title (if Participant is not an Individual)

*3-28-2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



# MDS

MORRIS · DOWNING · SHERRED, LLP

One Main Street
PO Box 67
Newton, New Jersey 07860

Attorneys at Law • Founded 1899




US POSTAGE
$00.50
First-Class

Mailed From 07860
03/28/2019
032A 0061806471

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

00918@i703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -1 PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT

-------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND          :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III

                                                         :

   as representative of                                  :     Case No. 17-BK-3283 (LTS)

                                                         :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)

                                                         :

   Debtors.                                              :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| EPHRAIM GRAFF | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| EGRAFF0424@AOL.COM | |
| Email Address | Email Address |

Address line 1

_ZZZZ CLIMBING IVY DR_

Address line 2

_TAMPA, FL   33618_

City, State Zip Code

_USA_

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      **X**   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514 LC 70_

    (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____

Signature

_EPHRAIM GRAFF_

Print Name

_____

Title (if Participant is not an Individual)

_3/24/2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr. Ephraim Graff
2222 Climbing Ivy Dr.
Tampa, FL 33618

U.S. POSTAGE PAID
FCM LETTER
TAMPA, FL
33618
MAR 27 19
AMOUNT
**$4.05**
R2307M152927-07
1023
00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

7018 3090 0000 7949 2395

THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 - FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

0091833706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILE

2019 APR -1 PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-----------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                 :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :    Title III
                                                           :
            as representative of                 :    Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)
                                                           :
            Debtors.                                  :
-----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

MANUEL D. DY
Participant Name                                              Firm Name (if applicable)


Contact Person (if Participant is not an individual)     Contact Person

MANUELDY @ ATT.NET
Email Address                                                 Email Address

Address line 1                                          Address line 1

_667 W JONATHAN DR_                                     _____
Address line 2                                          Address line 2

_ROUND LAKE IL 60073_                                   _____
City, State Zip Code                                    City, State Zip Code

_USA_                                                   _____
Country                                                 Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

                _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

                _X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _74514LB63_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Manuel D. Dy_
     Signature

     _MANUEL D. DY_
     Print Name

     _____
     Title (if Participant is not an Individual)

     _3/27/19_
     Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

MANUEL PY
667 W JONATHAN DR
ROUND LAKE, IL 60073

CAROL STREAM IL 601

28 MAR 2019 PM 5 L

USA FOREVER

RECEIVED & FILED
2019 APR -1 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

THE CLERK OF THE U.S. DISTRICT COURT FOR THE
DISTRICT OF PUERTO ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN , PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

     Debtors.

---------------------------------------------------------------------X

RECEIVED & FILED

2019 APR -1  PM 5: 38

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

LYNN J. + JANE E. BATTLE
Participant Name

N/A
Contact Person (if Participant is not an individual)

LNJBATT8@ATT.NET
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1                                                    Address line 1

_2214 WALNUT LANE_
Address line 2                                                    Address line 2

_PASADENA, TEXAS 77502-4045_
City, State Zip Code                                             City, State Zip Code

_USA_
Country                                                           Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89_
_74514LB63_

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Lynn J Battle_    _Jane E. Battle_
Signature

_LYNN J BATTLE_        _JANE E. BATTLE_
Print Name


_____
Title (if Participant is not an Individual)

_MARCH 27, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Lynn J. and Jane E. Bette
2214 Walnut Lane
Pasadena, Texas U.S.A. 77502-4045

The Clerk of the United States District Court
for the District Court for the District of
Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Attention: The Clerk's Office of the District Court
in San Juan, Puerto Rico

NORTH HOUSTON TX 773

28 MAR 2019 PM 5 L

USA FOREVER

*THIS NOTICE MUST BE SERVED AND FILED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------X
:
In re:                                                    :
:
THE FINANCIAL OVERSIGHT AND                               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :   Title III
:
       as representative of                          :   Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :   (Jointly Administered)
:
       Debtors.                                     :
----------------------------------------------------------X

RECEIVED & FILED
2019 APR -1  PM 5: 39
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| CHARLES    FETTIG | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| EFDAYLILY @ COMCAST. NET | |

Address line 1

5982 Shetland Dr.

Address line 2

Doylestown, PA 18902

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: Charles T. Fettig

Signature

CHARLES T. FETTIG

Print Name

_____

Title (if Participant is not an Individual)

3-27-19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Charles T. Fettig
5982 Shetland Dr.
Doylestown, PA 18902-9450



PHILADELPHIA PA 190

28 MAR 2019 PM 5 1

The    Clerk of the United States District Court
        for the District of Puerto Rico

Room 150 Federal Building;
150 Carlos Chardon Ave.
San Juan, PR   00918-1767

00918-170399

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -1  PM 5:39

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
-----------------------------------------X
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :   Title III
                                          :
          as representative of            :   Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :   (Jointly Administered)
                                          :
          Debtors.                        :
-----------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**         **Counsel Contact Information (if any)**

*FREDDIE HERNANDEZ RODRIGUEZ*
Participant Name                                     Firm Name (if applicable)
                                                     *N/A*

*N/A*
Contact Person (if Participant is not an individual)   Contact Person
                                                     *N/A*

*freddie.hernandez55@yahoo.com*
Email Address                                        Email Address

Address line 1

_JQ AZUCENA ST._

Address line 1

_NM_

Address line 2

_JARDINES DE PONCE_

Address line 2

_N/a_

City, State Zip Code

_PONCE, P.R. 00730_

City, State Zip Code

_N/A_

Country

_USA_

Country

_N/A_

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _UNK_

    (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

_FREDDIE HERNANDEZ RODRIGUEZ_

Print Name

_N/A_

Title (if Participant is not an Individual)

_29 MARCH 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

F. HERNANDEZ
J4 AZUCENAS-
JARDINES DE PONCE
PONCE, P.R. 00730

SAN JUAN · PR 009

30 MAR 2019 PM 1 L



FOREVER
USA

Barn Swallow

RECEIVED & FILED
2019 APR -1  PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

00918$1703

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------X
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :   Title III
                                                        :
          as representative of                          :   Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO et al.,                 :   (Jointly Administered)
                                                        :
          Debtors.                                      :
--------------------------------------------------------X
```

*2019 APR -   PM 5:39*

*RECEIV*
*CLERK'S*
*U.S. DISTR*
*SAN JU*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Bettini Living Trust<br>Chester Bettini, Trustee<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| cbett1533@sbcgolbal.net<br>Email Address | _____<br>Email Address |

Address line 1

_15 Cameo Court_
Address line 2

_____
City, State Zip Code

_Stratford, Ct. 06614_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
   _2012 A      74514 L B 89_

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Chester D. Bettini_
Signature

_Chester D. Bettini_
Print Name

_____
Title (if Participant is not an Individual)

_3/15/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

C. Bettini
15 Cameo Court
Stratford, Ct 06614



WESTCHESTER NY 105

15 MAR 2019 PM 5 L

Commonwealth of Puerto Rico Claims Processing Center
C/o Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY   10163-4708

RECEIVED

MAR 21 2019

PRIME CLERK LLC

10163-470808

**Prime Clerk** 
830 3RD AVE FL 9
NEW YORK NY 10022-6561

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.



Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767

0091831706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------X

In re:                                          :

                                                :

THE FINANCIAL OVERSIGHT AND                     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :     Title III

                                                :

            as representative of                :     Case No. 17-BK-3283 (LTS)

                                                :

THE COMMONWEALTH OF PUERTO RICO *et al.*,       :     (Jointly Administered)

                                                :

            Debtors.                            :

--------------------------------------------------------------X

RECEIVED & FILED

2019 APR -1  PM 5: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Tom : Rennie SCRANTON | |
| Participant Name Thomas M. : | Firm Name (if applicable) |
| Rennie H Scranta Rennie H L, | |
| Contact Person (if Participant is not an individual) | Contact Person |
| rennie SCRANTON | |
| Email Address | Email Address |
| Rennie H. Scranton | |
| Thomas M. Scranton | |

Address line 1                              Address line 1

_11384 Villa Giovanni Cr_                   _____

Address line 2                              Address line 2

_LAS VEGAS NV, 89141_                       _____

City, State Zip Code                        City, State Zip Code

_USA_                                       _____

Country                                     Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _X_    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             _74514LA49_

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Rennieh Scranton_

Signature

_Rennieh SCRANTON_

Print Name

_____

Title (if Participant is not an Individual)

_3/28/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



RENNIE SCRANTON

11384 Villa Giovanni
LV, Nevada 89141

RECEIVED & FILED
2019 APR -1 PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN



OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 3090 0000 5186 2697

$6.80
US POSTAGE
FIRST-CLASS
071501018560
89141
000119609

USA FOREVER

The Clerk of United States
District Court for the
District of Puerto, Room 150
Federal Building, 150 Carlos
Chardon ave
San Juan, PR 00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

UNITED STATES DISTRICT COURT

2019 APR | PM 5: 39

**FOR THE DISTRICT OF PUERTO RICO**

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
---------------------------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :    Title III
                                               :
        as representative of                   :    Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :    (Jointly Administered)
                                               :
        Debtors.                               :
---------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|

MIREYA HAERING
Participant Name                                    Firm Name (if applicable)

Contact Person (if Participant is not an individual)    Contact Person

Email Address                                       Email Address

Address line 1

3216  69  St

Address line 2

Woodside NY 11377

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

✓ _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB97

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Mireya Haering_
Signature

MIREYA HAERING
Print Name

_____
Title (if Participant is not an Individual)

03/17/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Robert W. Baird & Co.
200 Campus Drive
Florham Park, NJ 07932



The Clerk of the United States District Court for the District of Puerto
Room 150 - FEDERAL BUILDING

150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

RECEIVED & FILED
2019 APR -1  PM 5:39
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :   Title III
                                        :
          as representative of          :   Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO et al., :   (Jointly Administered)
                                        :
          Debtors.                      :
---------------------------------------------------------X
```

RECEIVED & FILED
2019 APR -1 PM 5:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| James & Betty Taylor - TTEES | |
| Participant Name        James & Betty Taylor - REVTR | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:6114-1   Filed:04/01/19   Entered:04/02/19 16:21:16   Desc:
Pro Se Notices of Participation   Page 96 of 153

SRF 31030

Address line 1                                    Address line 1

_52 Eastwood Drive_

Address line 2                                    Address line 2

_Hutchinson, KS 67502-8402_

City, State Zip Code                              City, State Zip Code

_USA_

Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _30m - 745146389_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please circle one).

By: _James Taylor_ TTEE   _Betty Taylor_ TTEE
    Signature

_James Taylor_      _Betty Taylor_
Print Name

_____
Title (if Participant is not an Individual)

_March 25, 2019_        _3-25-19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

Hasler
03/27/2019
US POSTAGE $001
ZIP 6
011D11

## First Class Mail
First Class Mail

The Clerk of the United States
District Court for the
District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -1  PM 5: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :   Title III
                                                      :
            as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :   (Jointly Administered)
                                                      :
            Debtors.                                  :
------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Edward & Dorothy Steele - TTEES
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Participant Name   - Edward Steele # FROOENT        Firm Name (if applicable)


‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Contact Person (if Participant is not an individual)  Contact Person


‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Email Address                                        Email Address


‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Address line 1

_S18 Garendon Drive_

Address line 2

_Cary NC 27519 -6315_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_Sm - 74514G389_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Edward Fred Steele_          _Dorothy A. Steele  TTEES_

Signature

_Edward F. Steele TTEE_

Print Name _Dorothy A. Steele TTEE_

_____

Title (if Participant is not an Individual)

_3/22/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2




Hasler
03/27/2019
**US POSTAGE** $001
ZIP
011D1



# Riedl First Securities
## COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

## First Class Mail

The Clerk of the United States
District Court for the
District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1 PM 5: 39
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

------------------------------------------------------------------------X

In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :        Title III
                                                  :
        as representative of                      :        Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.,*         :        (Jointly Administered)
                                                  :
        Debtors.                                  :
------------------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

Dorothy J. Hardwick
_____                                _____
Participant Name                                               Firm Name (if applicable)

_____                                _____
Contact Person (if Participant is not an individual)           Contact Person

_____                                _____
Email Address                                                  Email Address

Address line 1

P.O. Box 14

Address line 2

Coaldale CO 81222-0014

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

Sm - 74574LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Dorothea J Hardrick*
Signature

*Dorothea J. Hardrick*
Print Name

_____
Title (if Participant is not an Individual)

3/25/19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Riedl First Securities**

COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

Hasler
03/27/2019
US POSTAGE   $001
ZIP
011D1
FIRST-CLASS

**First Class Mail**

The Clerk of the United States
District Court for the
District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------X

In re:                                                :

THE FINANCIAL OVERSIGHT AND            :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :       Title III
                                                       :
        as representative of                   :       Case No. 17-BK-3283 (LTS)
                                                       :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                                       :
        Debtors.                                 :
---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| JULIAWN D. ABENDROTH  TTEE<br>— Abendroth Fam Tr<br>Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| 913-648-5219<br>~~Email Address~~ | Email Address |
| 3501 W. 95TH ST. APT 316<br>OVERLAND PARK, KS. 66206 | |

Address line 1                                     Address line 1

_3501 W. 95ᵗʰ Street Apt. 316_          _____

Address line 2                                     Address line 2

_Overland Park, KS 66206-2002_          _____

City, State Zip Code                               City, State Zip Code

_USA_                                              _____

Country                                            Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant
    believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
    believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
    sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
    the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

          _20m-74514LB85_

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
          secondary market?  **YES** or **NO** (please **circle one**).

By: _Juliann D. Abendroth_ ,TTEE
Signature

_JULIANN D. ABENDROTH_
Print Name


_____
Title (if Participant is not an Individual)

_3/21/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**




Hasler
03/27/2019
US POSTAGE $001
011D1
ZIP
FIRST-CLASS



# Riedl First Securities

COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

## First Class Mail

The Clerk of the United States
District Court for the
District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR -1  PM 5: 40
CLERK'S OFFICE
US DISTRICT COURT

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1 PM 5: 39
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------X
                                :

In re:                           :

THE FINANCIAL OVERSIGHT AND      :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III
                                :

        as representative of            :     Case No. 17-BK-3283 (LTS)
                                :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :     (Jointly Administered)
                                :

        Debtors.                :
-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| John & Gail Robinson JT TEN/WROS | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

2603 Nevada

Address line 2

Hutchinson, KS 67502

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

Sm - 74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____   *Gail D. Robinson*
Signature

*John A. Robinson*   GAIL D. ROBINSON
Print Name

_____
Title (if Participant is not an Individual)

3/22/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2





**Hasler**
03/27/2019
**US POSTAGE** $001

ZIP
011D1



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

**First Class Mail**

First Class Mail

The Clerk of the United States
District Court for the
District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1  PM 5: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III
                                                          :
            as representative of                :        Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)
                                                          :
            Debtors.                              :

---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *Sharefd Dennis George A. Dennis* JT TENTWRS | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

_1730 N. Rose Hill Rd_

Address line 2

_Rose Hill, KS 67133-9319_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_Sm - 74514LB89_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please circle one).

By: _____

Signature

_Sharold J. Dennis + George A. Dennis_

Print Name

_____

Title (if Participant is not an Individual)

_3/22/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2





Hasler
03/27/2019
US POSTAGE $001.
ZIP 6
011D116



## Riedl First Securities

COMPANY OF KANSAS

1841 N. Rock Rd. CT. STE 400
Wichita, KS 67206-4213

**First Class Mail**

The Clerk of the United States
District Court for the
District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR -1 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO 2019 APR -1 PM 5: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
          as representative of                  :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
          Debtors.                              :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Felicia Ferrazzano
Participant Name

Contact Person (if Participant is not an individual)

vphietero@aol.com
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Mar 12 19 01:48p          Peter and Barbara Duro          203-748-7281          p.3

Case:17-03283-LTS   Doc#:6114-1   Filed:04/01/19   Entered:04/02/19 16:21:16   Desc:
Pro Se Notices of Participation   Page 114 of 153

SRF 31030

2

| Address line 1 | Address line 1 |
|---|---|
| Address line 2 | Address line 2 |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745142 - D2 - 0

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _____
Signature

Felicia Ferrazzano
Print Name

_____
Title (if Participant is not an Individual)

Date _____

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.



City Place Tower Suite 800
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6349

**RBC Wealth Management**



U.S. POSTAGE >> PITNEY BOWES

ZIP 33401
02 4W
0000349550 MAR 18 2019

$ 001.45⁰



The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
                    00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -1 PM 5:40

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR.

------------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
    Debtors. :
------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                **Counsel Contact Information (if any)**

_Virginia G. Phiefer_                                       _____
Participant Name                                           Firm Name (if applicable)


Contact Person (if Participant is not an individual)       Contact Person
_VPhulen@aol.ccm_                                          _____
Email Address                                             Email Address

_____                                  _____

| Address line 1 | Address line 1 |
|---|---|
| 327 *Nel Reg Av* | |
| Address line 2 | Address line 2 |
| *wychr nJ 040 1* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

*NONE* ____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

____X____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*745142 - D2 - 0*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

*Virginia G Phyfer*
By: Signature

*VIRGINIA G Phyfer*
Print Name

____
Title (if Participant is not an Individual)

*[signature]  3/19/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



City Place Tower Suite 800
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6349



ZIP 33401
02 4W
0000349550 MAR 18 2019
$ 001.45

**RBC Wealth Management**



The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-1767

Mar 12 19 01:46p    Peter and Barbara Opiko    903-794-5281    p.2

Case:17-03283-LTS  Doc#:6114-1  Filed:04/01/19  Entered:04/02/19 16:21:16  Desc:
Pro Se Notices of Participation  Page 119 of 153

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

2019 APR -1  PM 5:40

CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                     :

THE FINANCIAL OVERSIGHT AND          :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :    Title III

        as representative of                        :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)

        Debtors.                                        :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                **Counsel Contact Information (if any)**

Victor Phieler
_____                         _____
Participant Name                                                      Firm Name (if applicable)

_____
Contact Person (if Participant is not an individual)          _____
VphielerPaol.com                                               Contact Person
_____
Email Address                                                         _____
                                                                             Email Address

_____                         _____

Mar 12 19 01:46p          Peter and Barbara Dpiko          203-740-2281          p.3

Case:17-03283-LTS   Doc#:6114-1   Filed:04/01/19   Entered:04/02/19 16:21:16   Desc:
Pro Se Notices of Participation   Page 120 of 153

SRF 31030

2

Address line 1

327 Hilray Avenue

Address line 2

Wyckoff, NJ

City, State Zip Code          07481-3006

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L - D2-0

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
       Signature

Victor Phiefer

Print Name

_____
Title (if Participant is not an Individual)

3/19/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2





City Place Tower Suite 800
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6349

**RBC Wealth Management**



The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-1767

20 0 0 686

UNITED STATES DISTRICT COURT & FILED
FOR THE DISTRICT OF PUERTO RICO
2019 APR -1  PM 4: 07

-----------------------------------------------------X
                                          :     CLERK'S OFFICE
In re:                                    :     U.S. DISTRICT COURT
                                          :     SAN JUAN, P.R.
THE FINANCIAL OVERSIGHT AND               :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :     Title III
                                          :
       as representative of               :     Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*, :     (Jointly Administered)
                                          :
       Debtors.                           :
-----------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

   **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

   The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

_Paul M Levy  Trustee_                               _____
Participant Name                                     Firm Name (if applicable)

_____                             _____
Contact Person (if Participant is not an individual) Contact Person

_____                             _____
Email Address                                        Email Address

_____                             _____

Address line 1

_104 Wyndwood Road_
Address line 2

_Dalton PA  18144_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _745 14 L D20_

    (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____ Trustee
    Signature

    _Soul M Levy_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _3-19-2019_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

▶ Insert shipping
document here.

Page 1 of 1

ORIGIN ID:PHKA    (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 29MAR19
ACTWGT: 1.00 LB
CAD: 104166301/INET4100

BILL SENDER
NO EEI 30.37(a)

TO DISTRICT COURT/DIST. OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432        REF:
INV:
PO:                          DEPT:

(US)

565.J1460302AD



FedEx.
Express

E

MON - 01 APR A5
INTL PRIORITY

TRK#   7748 3711 9387
0430

XQ SIGA          00918
         PR-US   SJU



Extremely Urgent

B
1400  9387
713   00 01Apr
RT
FZ

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & 1061/33

2019 APR -1 PM 4:07

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

---------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
      Debtors. :
---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *A. Faye Dollar* | |
| Participant Name | Firm Name (if applicable) |
| *same* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *afdollar@aol.com* | |
| Email Address | Email Address |
| | |

Address line 1

*7464 Glade Mill Lane*

Address line 2

*Tyler TX   75703*

City, State Zip Code

*Smith*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X**    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89*
*74514LYW1*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Faye Dollar*
Signature

*A. Faye Dollar*
Print Name

_____
Title (if Participant is not an Individual)

*3-15-19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

◄ Insert shipping
document here.

Page 1 of 1

ORIGIN ID:PHKA    (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 29MAR19
ACTWGT: 1.00 LB
CAD: 104166301/INET4100

BILL SENDER
NO EEI 30.37(a)

TO **DISTRICT COURT/DIST. OF PUERTO RICO**
**THE CLERK OF THE UNITED STATES**
**150 CARLOS CHARDON AVENUE**
**ROOM 150 FEDERAL BUILDING**
**SAN JUAN PR 00918**
(800) 741-1103 X 2432        REF:
INV:
PO:                    DEPT:        **(US)**





FedEx.
Express

**MON - 01 APR A5**
**INTL PRIORITY**

TRK#  **7748 3711 9387**
0430

**XQ SIGA**        **00918**
PR-US    **SJU**



Extremely Urgent

713  1400  00  9387  01Apr  B
RT  FZ

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

3003951

2019 APR -1 PM 4: 07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

In re:

THE FINANCIAL OVERSIGHT AND          :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :     Title III
                                      :
          as representative of        :     Case No. 17-BK-3283 (LTS)
                                      :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                      :
          Debtors.                    :
--------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Wanda J Worne
_____          _____
Participant Name                                      Firm Name (if applicable)


_____          _____
Contact Person (if Participant is not an individual)  Contact Person

W jwarne @msn.com
_____          _____
Email Address                                         Email Address


_____          _____

Address line 1

*1637 So Depew*

Address line 2

*Lakewood, Co. 80232*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✗___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LBL3*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Wanda J. Warne*
Signature

*Wanda J. Werne*
Print Name

_____
Title (if Participant is not an Individual)

*3-06-2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Insert shipping document here.

Page 1 of 1

ORIGIN ID:PHKA        (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 29MAR19
ACTWGT: 1.00 LB
CAD: 104166301/INET4100

BILL SENDER
NO EEI 30.37(a)

TO **DISTRICT COURT/DIST. OF PUERTO RICO**
**THE CLERK OF THE UNITED STATES**
**150 CARLOS CHARDON AVENUE**
**ROOM 150 FEDERAL BUILDING**
**SAN JUAN PR 00918**                    (US)
(800) 741-1103 X 2432          REF:
INV:
PO:                              DEPT:

FedEx
Express

E



MON - 01 APR A5
INTL PRIORITY

TRK#  **7748 3711 9387**
0430

**XQ SIGA**                    00918
                    PR-US  SJU

Extremely Urgent

B
713   1400   9387
RT          00   01Apr
FZ

SS       X

FedEx

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED 3106 3951

2019 APR -1 PM 4: 07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN,P.R

-------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III

         as representative of                   :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,       :    (Jointly Administered)
                                                :
         Debtors.                               :
-------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>            <u>**Counsel Contact Information (if any)**</u>

DONALD T. WARNE
_____                          _____
Participant Name                                         Firm Name (if applicable)

DONALD T. WARNE
_____                          _____
Contact Person (if Participant is not an individual)     Contact Person

wjwarne @ msn. com
_____                          _____
Email Address                                            Email Address

W J WARNE @ MSN.COM.

W. J. WARNE @MSN.COM.

Address line 1

1637 So. DEPEW

Address line 2

LAKEWOOD, Colorado 80232

City, State Zip Code

JEFFERSON

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB63

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: Donald T. Warne
Signature

DONALD T. WARNE
Print Name

_____
Title (if Participant is not an Individual)

3-6-2020
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

◄ Insert shipping
document here.

Page 1 of 1

ORIGIN ID:PHKA      (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 29MAR19
ACTWGT: 1.00 LB
CAD: 104166301/INET4100

BILL SENDER
NO EEI 30.37(a)

TO DISTRICT COURT/DIST. OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432          REF:
INV:
PO:                             DEPT:

(US)





FedEx
Express

MON - 01 APR A5
INTL PRIORITY

TRK# 7748 3711 9387
0430

XQ SIGA

00918
PR-US   SJU



Extremely Urgent

B
713   1400  9387
RT          00 01Apr
FZ

Case:17-03283-LTS   Doc#:6114-1   Filed:04/01/19   Entered:04/02/19 16:21:16   Desc:
Pro Se Notices of Participation   Page 134 of 153

*THIS NOTICE MUST BE SERVED AND FILED NO LATER THAN APRIL 16, 2019*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -1  PM 4:07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND              :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III
                                                          :
          as representative of                       :      Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                                          :
          Debtors.                                     :
---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

DEEPAK  CHABRA                          _____
Participant Name                                        Firm Name (if applicable)

_____          _____
Contact Person (if Participant is not an individual)      Contact Person

deendeb@yahoo.com                       _____
Email Address                                          Email Address

_____          _____

| | |
|---|---|
| Address line 1 | Address line 1 |
| 4843 Waterbury Way | |
| Address line 2 | Address line 2 |
| Granite Bay, CA. 95746. | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

       74514LC21

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

_____
Print Name

_____
Title (if Participant is not an Individual)

March
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

▶ Insert shipping
document here.

Page 1 of 1

ORIGIN ID:PHKA        (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 29MAR19
ACTWGT: 1.00 LB
CAD: 104166301/INET4100

BILL SENDER
NO EEI 30.37(a)

TO DISTRICT COURT/DIST. OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918                    (US)
(800) 741-1103 X 2432        REF:
INV:                    DEPT:
PO:



FedEx
Express

E

MON - 01 APR A5
INTL PRIORITY

TRK#  7748 3711 9387
0430

XQ SIGA

00918
PR-US    SJU



Extremely Urgent

B
713  1400  9387
FZ   00 01Apr
RT

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED 9672

2019 APR -1  PM 4: 07

CLERK'S OFFICE
US. DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :   Title III
                                          :
          as representative of            :   Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :   (Jointly Administered)
                                          :
          Debtors.                        :
------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

EVA   YOUNG
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

israelrind@gmail.com
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

SRF 31030

Address line 1

60 Sutton Place S. #12Ds

Address line 2

New York, NY 10022

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Eva Young_
     Signature

_EVA YOUNG_
Print Name

_____
Title (if Participant is not an Individual)

_3/7/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Insert shipping
document here.

Page 1 of 1

ORIGIN ID:PHKA    (561) 368-5284
AMY GOLD

4775 TECHNOLOGY WAY

BOCA RATON, FL 33431 US
SIGN: AMY GOLD

SHIP DATE: 29MAR19
ACTWGT: 1.00 LB
CAD: 104166301/INET4100

BILL SENDER
NO EEI 30.37(a)

TO DISTRICT COURT/DIST. OF PUERTO RICO
THE CLERK OF THE UNITED STATES
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918
(800) 741-1103 X 2432          REF:
INV:
PO:                    DEPT:

(US)

FedEx
Express



MON - 01 APR A5
INTL PRIORITY

TRK#  7748 3711 9387
0430

00918
XQ SIGA            PR-US   SJU

Extremely Urgent

B
RT 713    1400  9387
FZ         00  01Apr



SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:                                                        :
                                                              :
THE FINANCIAL OVERSIGHT AND                                   :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO.                             :        Title III
                                                              :
          ̴s representative of                                :        Case No. 17-BK-3283 (LTS)
                                                              :
             ̴ ̴ERTO RICO *et al.*,                            :        (Jointly Administered)
                                                              :
----------------------------------------------------------X

### ̴ ̴ OF PARTICIPATION IN OMNIBUS OBJECTION
### ̴ ̴ CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection. Participant provides all of the information requested in items 1 through 3 below:

1.        Participant's contact information. including email address, and that of its counsel. if any:

**Participant Name and Contact Information**                 **Counsel Contact Information (if any)**

*MARK M. GROSSMAN*
Participant Name                                              Firm Name (if applicable)


Contact Person (if Participant is not an individual)         Contact Person


Email Address                                                Email Address


_____                             _____


## 1of2

Notice of Participation and Envelope were delivered damaged on April 1, 2019 -Clerk's Office USDCPR-

SRF 30944

Address line 1                                    Address line 1
7974 Sailboat Key Blvd, S                         _____
Address line 2                                    Address line 2
  Apt 303                                         _____
City, State Zip Code                              City, State Zip Code
S. Pasadena, FL 33707                             _____
Country                                           Country
  USA                                             _____

...ipant advises that it (choose **one** of the following by marking "X" in the appropriate space):

...nest the relief requested in the Objection (i.e., Participant
...he Challenged GO Bonds are **invalid**); *or*

...equested in the Objection (i.e., Participant
...that the Challenged GO Bonds are **valid**)

...icipant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
        745  14LB 63
        745  14LB 89

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _Mal M. Grossman_____
      Signature

    MARK M. GROSSMAN
    _____
    Print Name

    _____
    Title (if Participant is not an Individual)

    3/25/19
    _____
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

## 2of2

Notice of Participation and Envelope were delivered
damaged on April 1, 2019 -Clerk's Office USDCPR-



GROSSMAN
7974 Sailboat Key Blvd. S
Apt 303
dens, FL 33707

2019 APR -1 PM 5: 30

U.S. POSTAGE PAID
FCM LETTER
ST PETE BEACH, FL
33706
MAR 25, 19
AMOUNT
$6.85
R2304M116210-98

1023          00918

CERTIFIED MAIL

7018 0360 0001 4505 6471

The Clerk of the US District Court
for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR

00918-1767

Notice of Participation and Envelope were delivered
damaged on April 1, 2019 -Clerk's Office USDCPR-



# WE CARE

Dear Postal Customer,

We sincerely regret the damage to your mail during handling by the Postal Service. We hope this incident did not inconvenience you. We realize that your mail is important to you and that you have every right to expect it to be delivered in good condition.

Although every effort is made to prevent damage to the mail, occasionally this will occur because of the great volume handled and the rapid processing methods which must be employed to assure the most expeditous distribution possible.

We hope you understand. We assure you that we are constantly striving to improve our processing methods in order that even a rare occurrence may be eliminated.

Please accept our apologies.

Sincerely,

Your Postmaster



Case:17-03283-LTS   Doc#:6114-1   Filed:04/01/19   Entered:04/02/19 16:21:16   Desc:
Pro Se Notices of Participation   Page 144 of 153

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------X
                                         :
In re:                                   :
                                         :
THE FINANCIAL OVERSIGHT AND              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :   Title III
                                         :
          as representative of           :   Case No. 17-BK-3283 (LTS)
                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,  :   (Jointly Administered)
                                         :
          Debtors.                       :
-----------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Nayda Saustache*
Participant Name

Contact Person (if Participant is not an individual)

*nsepr@yahoo.com*
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1                                    Address line 1

*Paseo del Parque JA-4, Garden Hills*

Address line 2                                    Address line 2

*Guaynabo, Puerto Rico, 00966*

City, State Zip Code                              City, State Zip Code


Country                                           Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LZV2*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please circle one).

By: *Nayda Saustache*
Signature

*Nayda Saustache*
Print Name


Title (if Participant is not an Individual)

*4/1/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III
                                     :
    as representative of             :      Case No. 17-BK-3283 (LTS)
                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                     :
    Debtors.                         :
---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**              **Counsel Contact Information (if any)**

*Eusebio Iglesias*
_____                              _____
Participant Name                                         Firm Name (if applicable)

_____                              _____
Contact Person (if Participant is not an individual)     Contact Person

*eiipr @ yahoo.com*
_____                              _____
Email Address                                            Email Address

Address line 1

*Paseo del Parque JA-4, Garden Hills*

Address line 2

*Guaynabo, Puerto Rico, 00966*

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  X    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514L ZV2*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

*Eusebio Iglesias*
Print Name

_____
Title (if Participant is not an Individual)

*4/1/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :     Title III
                                                                :
           as representative of                                 :     Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :     (Jointly Administered)
                                                                :
           Debtors.                                             :
----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *JOSÉ ENRIQUE AYOUSA SANTALIZ* | *N/A* |
| Participant Name | Firm Name (if applicable) |
| *N/A* | *N/A* |
| Contact Person (if Participant is not an individual) | Contact Person |
|  | *N/A* |
| Email Address | Email Address |
| *N/A* | *N/A* |

Address line 1
*PO BOX 10429*
Address line 2
*PONCE, P.R. 00732-0429*
City, State Zip Code
*PUERTO RICO*
Country

Address line 1
*N/A*
Address line 2
*N/A*
City, State Zip Code
*N/A*
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
*CUSIP 74514 LZ73*

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: *Jose Enrique Ayorra Dantaliz*
Signature
*JOSE ENRIQUE AYORRA SANTALIZ*
Print Name

*N/A*
Title (if Participant is not an Individual)

*APRIL 1, 2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND                  :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :        Title III

            as representative of                        :        Case No. 17-BK-3283 (LTS)

                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,    :        (Jointly Administered)

                                                            :
            Debtors.                                        :

-----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *TRINIDAD AYARRA SANTALIZ* | *N/A* |
| Participant Name | Firm Name (if applicable) |
| *N/A* | *N/A* |
| Contact Person (if Participant is not an individual) | Contact Person |
| *N/A* | *N/A* |
| Email Address | Email Address |
| *N/A* | *N/A* |

Address line 1

*200 INTERA MERICANA*

Address line 2

*SAN JUAN, P.R. 00927-4802*

City, State Zip Code

*PUERTO RICO*

Country

Address line 1

*N/A*

Address line 2

*N/A*

City, State Zip Code

*N/A*

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*CUSIP  74514 L 773 3*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Trinidad Ayoroa Santal.*

Signature

*TRINIDAD AYOROA SANTALÍZ*

Print Name

*N/A*

Title (if Participant is not an Individual)

*APRIL 1, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :     Title III
                                                    :
    as representative of                            :     Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*           :     (Jointly Administered)
                                                    :
    Debtors.                                        :

-----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *MILAGROS AYORDA SANTALI*<br>Participant Name | *N/A*<br>Firm Name (if applicable) |
| *N/A*<br>Contact Person (if Participant is not an individual) | *N/A*<br>Contact Person |
| *N/A*<br>Email Address | *N/A*<br>Email Address |
| *N/A* | *N/A* |

Address line 1

*317 INTERAMERICANA*

Address line 2

*SAN JUAN, P.R. 00927-4011*

City, State Zip Code

*PUERTO RICO*

Country

Address line 1

*N/A*

Address line 2

*N/A*

City, State Zip Code

*N/A*

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    *CUSIP 74514 LZ73*

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: *Milagros Ayoroa Santaliz*
Signature

*Milagros Ayoroa Santaliz*
Print Name

*N/A*
Title (if Participant is not an Individual)

*APRIL 1, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2