UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING PUERTO RICO SALES TAX FINANCING CORPORATION'S SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Seventh Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor* (Docket Entry No. 4411 in Case No. 17-3283, the "Seventh Omnibus Objection")[2] of the Puerto Rico Sales Tax Financing Corporation ("COFINA"), dated December 4, 2018, for entry of an order reclassifying certain claims filed against COFINA, as more fully set forth in the Seventh Omnibus Objection and supporting exhibits thereto; and the Court having

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Seventh Omnibus Objection.

jurisdiction to consider the Seventh Omnibus Objection and to grant the relief requested therein

pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

("PROMESA");[3] and venue being proper pursuant to PROMESA Section 307(a); and due and

proper notice of the Seventh Omnibus Objection having been provided to those parties identified

therein, and no other or further notice being required; and each of the claims identified in the

column titled "Asserted" in Exhibit A to the Seventh Omnibus Objection[4] having improperly

identified COFINA as obligor, when such claims are properly asserted, if at all, against the

debtor(s) identified in the column titled "Corrected" in Exhibit A to the Seventh Omnibus

Objection; and, upon the record of the hearing held on the Seventh Omnibus Objection on March

13, 2019, and the rulings made therein, the Court having determined that the relief sought in the

Seventh Omnibus Objection is in the best interest of COFINA, its creditors, and all the parties in

interest; and the Court having determined that the legal and factual bases set forth in the Seventh

Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is hereby

ORDERED that the Seventh Omnibus Objection is GRANTED as set forth herein;

and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A

to the Seventh Omnibus Objection are hereby reclassified to be claims asserted against the Title

III debtor(s) indicated in the column titled "Corrected" in Exhibit A; and it is further

---

[3]     PROMESA is codified at 48 U.S.C. §§ 2101-2241.
[4]     Exhibit A to the Seventh Omnibus Objection was amended pursuant to the *Notice of Submission of Amended Exhibits to Sixth, Seventh, Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, and Seventeenth Omnibus Claim Objections*.  (See Docket Entry No. 5970-4 in Case No. 17-3283.)

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Seventh Omnibus Objection from COFINA's Title III Case (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474) to the Title III case for the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Seventh Omnibus Objection; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


SO ORDERED.

Dated: April 2, 2019

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge