IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 2nd, 2019, on behalf of the Ad Hoc Group of General Obligation Bondholders, I served copies of the: *Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds* (Docket Number **6099**); *Declaration of Donald Burke in Support of Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds,*

---

[1] The Debtors in the underlying Title III Case, along with each Debtor's respective Title III case number listed as bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS). (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CIVIL NO. 17-3283 (LTS)  Page -2-
================================================================

*and Holders of Certain Commonwealth General Obligation Bonds* (Docket Number **6101**); and the *Notice of Hearing on Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections (105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds and Holders of Certain Commonwealth General Obligation Bonds* (Docket Number **6104**), on the following parties:

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the *Eighth Amended Notice Case Management and Administrative Procedures* (Docket Number 4866-1), for whom service is allowed in this manner.

- All parties listed in the *Master Service List as of March 25, 2019,* (Docket Number. 5995), for which an e-mail address has not been provided, by U.S. mail. All other parties in the *Master Service List as of March 25, 2019,* (Docket Number 5995), for which an e-mail address was provided, by e-mail.

- Puerto Rico Public Buildings Authority, by U.S. Mail Overnight Delivery, Robert Sánchez Villela Government Center, North Building, 6th Floor, Ave. De Diego, San Juan, P.R., 00940

- Cede & Co., by U.S. Mail Overnight Delivery, 55 Water Street, New York, 10041

**RESPECTFULLY SUBMITTED.**

CIVIL NO. 17-3283 (LTS) Page -3-
================================================================

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: San Juan, Puerto Rico
      April 2, 2019

                                          */s/ J. Ramón Rivera Morales*
                                          J. Ramón Rivera Morales
                                          USDC-PR Bar No. 200701
                                          Jiménez, Graffam & Lausell
                                          PO Box 366104
                                          San Juan, PR 00936
                                          Telephone: (787) 767-1030
                                          Facsimile: (787) 751-4068
                                          rrivera@jgl.com