UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x
In re:                                                            :
                                                                  :
THE FINANCIAL OVERSIGHT AND                                       :
MANAGEMENT BOARD FOR PUERTO RICO,                                 :   PROMESA
                                                                  :   Title III
      as representative of                                          :
                                                                  :   Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*,                         :
                                                                  :   (Jointly Administered)
      Debtors.[1]                                                 :
------------------------------------------------------------------x
In re:                                                            :
                                                                  :
THE FINANCIAL OVERSIGHT AND                                       :
MANAGEMENT BOARD FOR PUERTO RICO,                                 :   PROMESA
                                                                  :   Title III
      as representative of                                          :
                                                                  :   Case No. 17-BK-3284 (LTS)
PUERTO RICO SALES TAX FINANCING,                                  :
CORPORATION ("COFINA")                                            :
                                                                  :
      Debtor.                                                     :
                                                                  :
------------------------------------------------------------------x

ORDER FURTHER EXTENDING DEADLINES SET FORTH
IN THE COURT'S ORDER ENTERED ON FEBRUARY 14, 2019 (ECF NO. 596)

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

Upon the *Stipulation to Further Extend Deadlines Set Forth in the Court's Order Entered on February 14, 2019 (ECF No. 596)* (Docket Entry No. 6112 in Case No. 17-3283 and Docket Entry No. 627 in Case No. 17-3284, the "Stipulation");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found good cause to grant the relief requested in the Stipulation, it is HEREBY ORDERED THAT:

1. The Stipulation is approved as set forth herein.

2. The Revised Scheduling Order is amended to revise existing deadlines as follows:

   a. May 24, 2019: AAFAF and the UCC to file a joint status report. Unless the UCC's objections have been resolved, AAFAF will file a separate brief regarding its positions on the contracting issues raised by the UCC; and

   b. June 12, 2019: Motion to be heard at the June Omnibus Hearing.

3. For the avoidance of doubt, nothing herein shall affect the rights of any party, person, or entity with respect to discovery, or to oppose discovery, in connection with the Motion, or to seek further adjournment of the Motion, or to oppose such adjournment, all of which rights are fully preserved.

4. This Order resolves Docket Entry No. 6112 in Case No. 17-3283 and Docket Entry No. 627 in Case No. 17-3284.

Dated: April 3, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.