# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## AMENDED INFORMATIVE MOTION AND RESERVATION OF RIGHTS BY AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF THE FUNDS AND ENTITIES IT MANAGES OR ADVISES, AND NOT IN ITS INDIVIDUAL CAPACITY

Party in interest Aurelius Capital Management, LP, on behalf of the funds and entities it manages or advises, and not in its individual capacity ("Aurelius"), hereby respectfully files this amended informative motion to reserve its rights to challenge any and all actions taken by the Financial Oversight and Management Board for Puerto Rico, José B. Carrión III, Andrew Biggs, Carlos M. García, Arthur J. González, Ana J. Matosantos, José R. González, and David A. Skeel (collectively the "Board") since the Board's inception, and in particular any actions taken on or

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

after February 15, 2019, in this Title III proceeding (17 BK 3283-LTS). In support of this Amended Reservation of Rights, Aurelius respectfully states as follows:

1. Except as expressly provided herein, Aurelius hereby incorporates by reference the statements and representations made in that certain *Informative Motion and Reservation of Rights by Aurelius Capital Management, LP, on Behalf of the Funds and Entities It Manages or Advises, and Not in Its Individual Capacity* [ECF No. 5977] (the "Reservation of Rights").

2. Aurelius hereby amends its Reservation of Rights as follows: Based upon the consideration provided and the covenants set forth in Section 4.12 of that certain Amended and Restated Plan Support Agreement dated as of September 20, 2018 ("Amended PSA")[2] by and among the signatories thereto, including, among others, Aurelius, Aurelius hereby states that it does not by this Amended Reservation of Rights, nor will it in the future, "urge or argue" that a "determination and Final Order" in the Appointments Related Litigation "reverses, affects, or otherwise modifies the transactions contemplated in" the Amended PSA, in the Term Sheet, in the Settlement Motion and in the Plan, including, without limitation, those set forth and approved pursuant to the Settlement Order and the Confirmation Order, either in the Commonwealth or COFINA Title III cases.

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed thereto in the Amended PSA.

| | |
|---|---|
| Dated:  April 3, 2018 | Respectfully submitted, |
| /s/ Luis A. Oliver-Fraticelli | /s/ Theodore B. Olson |
| Luis A. Oliver-Fraticelli<br>Katarina Stipec-Rubio<br>USDC-PR Bar Nos. 209204, 206611<br>ADSUAR MUÑIZ GOYCO SEDA &<br>    PÉREZ-OCHOA PSC<br>208 Ponce de Leon Ave., Suite 1600<br>San Juan, P.R.  00918<br>Phone:  (787) 756-9000<br>Fax:  (787) 756-9010<br>Email: loliver@amgprlaw.com<br>kstipec@amgprlaw.com | Theodore B. Olson  (admitted *pro hac vice*)<br>Matthew D. McGill  (admitted *pro hac vice*)<br>Helgi C. Walker  (admitted *pro hac vice*)<br>Lucas C. Townsend (admitted *pro hac vice*)<br>Lochlan F. Shelfer  (admitted *pro hac vice*)<br>Jeremy M. Christiansen  (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>Phone:  (202) 955-8500<br>Fax:  (202) 467-0539<br>Email:  tolson@gibsondunn.com<br>mmcgill@gibsondunn.com<br>hwalker@gibsondunn.com<br>ltownsend@gibsondunn.com<br>lshelfer@gibsondunn.com<br>jchristiansen@gibsondunn.com |

*Counsel for Aurelius Capital Management, LP, on behalf of the funds and entities it manages or advises, and not in its individual capacity*