**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**AMENDED JOINDER BY AUTONOMY CAPITAL TO AMENDED INFORMATIVE MOTION AND RESERVATION OF RIGHTS BY AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF THE FUNDS AND ENTITIES IT MANAGES OR ADVISES, AND NOT IN ITS INDIVIDUAL CAPACITY**

Autonomy Capital (Jersey) LP, on behalf of certain of its affiliated investment funds ("Autonomy"), by and through its undersigned counsel respectfully submits this Amended Joinder to the *Amended Informative Motion and Reservation of Rights by Aurelius Capital Management,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*LP, on Behalf of the Funds and Entities it Manages or Advises, and Not in its Individual Capacity* [ECF No. 6123] (the "Amended Reservation of Rights")[2], and respectfully states as follows:

1. Autonomy joins in and incorporates by reference the Amended Reservation of Rights filed in this Title III proceeding.

2. Based upon the consideration provided and agreements set forth in that certain (a) letter agreement, dated September 21, 2018, by and among the Oversight Board, COFINA, AAFAF, Aurelius, Autonomy and Six PRC, and (b) letter agreement, dated September 20, 2018, by and among Autonomy, Aurelius and Six PRC, Autonomy does not by this Amended Joinder, nor will it in the future, "urge or argue" that a "determination and Final Order" in the "Appointments Related Litigation," as defined by the Amended and Restated Plan Support Agreement, dated as of September 20, 2018, with respect to COFINA (the "COFINA PSA"), "reverses, affects, or otherwise modifies the transactions contemplated" in the COFINA PSA, the "Settlement Motion," or the "Plan," including those set forth and approved pursuant to the Settlement Order and the Confirmation Order.[3]

[*Remainder of page intentionally left blank.*]

---

[2] Autonomy's prior Joinder was filed with respect to the Reservation of Rights filed on March 21, 2019 (ECF No. 5977 in Case No. 17 BK 3283-LTS), which has since been amended (ECF No. 6123 in Case No. 17 BK 3283-LTS).

[3] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed to them in the COFINA PSA.

Dated   April 3, 2019
         New York, New York

                                        **LATHAM & WATKINS LLP**

By:   /s/ *Adam J. Goldberg*

Adam J. Goldberg (*pro hac vice*)
Christopher Harris (*pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: adam.goldberg@lw.com
         christopher.harris@lw.com

and

Jeffrey E. Bjork (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail: jeff.bjork@lw.com

and

By: /s/ *J. Ramón Rivera Morales*
J. Ramón Rivera Morales
JIMÉNEZ, GRAFFAM & LAUSELL
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

Attorneys for Autonomy Capital (Jersey) L.P.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send electronic notification of such filing to all counsel of record, and service of hard copies consistent with the Amended Case Management Order.

Dated   April 3, 2019

By: /s/ *J. Ramón Rivera Morales*
J. Ramón Rivera Morales