UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :  Title III
                                                                    :
         as representative of                                       :  Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :  (Jointly Administered)
                                                                    :
         Debtors.¹                                                  :
------------------------------------------------------------------- X
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 2, 2019, the following documents were filed electronically, and therefore were sent by email to those receiving CM/ECF notices from the Court's electronic filing system:

1) *Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Equitably Tolling the Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions* [Docket No. 6118]; and

2) Notice of Hearing of *Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Equitably Tolling the Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions* [Docket No. 6119].

The undersigned further certifies that on April 3, 2019, the parties listed below were sent copies of the documents by messenger:

Chambers of the Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Diana F. Torres
Bank of New York Mellon
101 Barclay Street
7 West
New York, NY 10007

---

¹ The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ambac Assurance Corporation
One State Street Plaza
New York, NY 10004

Lehman Brothers Holdings Inc.
Thomas Hommell, General Counsel
277 Park Avenue
New York, NY 10172

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

KPMG, LLC
Angel Perez & Luisette Negron
American International Plaza
250 Avenue Luis Munoz Rivera
San Juan, PR 00918

The undersigned further certifies that on April 3, 2019, the parties listed below were sent copies of the documents by overnight mail:

Assured Guaranty Corp.
30 Woodbourne Avenue
Hamilton, Bermuda HM 08

MBIA Insurance Corporation
1 Manhattanville Road, Suite 301
Purchase, NY 10577

The undersigned further certifies that on April 2, 2019, the parties listed on Exhibit A hereto were sent the documents by electronic mail.

Dated: April 4, 2019  /s/ Sunni P. Beville
BROWN RUDNICK LLP
Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq. (*Pro Hac Vice*)
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
Tel: (202) 536-1700
sbest@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

/s/ Kenneth C. Suria
ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

## **EXHIBIT A**

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Andrew N. Rosenberg | arosenberg@paulweiss.com |
| Angélica Toro-Lavergne<br>Popular Center – 9th Floor<br>209 Muñoz Rivera Ave.<br>San Juan, PR 00918 | Angelica.toro@popular.com |
| BANK OF AMERICA MERRILL LYNCH<br>Hugh Patton | Hugh.patton@bankofamerica.com |
| BRACEWELL LLP<br>City Place I, 34th Floor<br>185 Asylum Street<br>Hartford, CT 06103<br>Kurt A. Mayr | Kurt.mayr@bracewell.com |
| CASILLAS, SANTIAGO & TORRES LLC<br>El Caribe Office Building<br>53 Palmeras Street, Suite 1601<br>San Juan, PR 00901-2419<br>Juan J. Casillas Ayala<br>Diana M. Batlle-Barasorda<br>Erica C. Montull-Novoa | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com |
| CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.<br>Centro Internacional de Mercadeo, Torre II<br>#90 Carr. 165, Suite 407<br>Guaynabo, PR 00968<br>Roberto Abesada-Agüet<br>Sergio E. Criado | ra@calopsc.com<br>scriado@calopsc.com |
| DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Donald S. Bernstein<br>Brian M. Resnick<br>Angela M. Libby | Donald.bernstein@davispolk.com<br>Brian.resnick@davispolk.com<br>Angela.libby@davispolk.com |
| DELGADO & FERNANDEZ, LLC<br>P.O. Box 11750<br>Fernandez Juncos Station<br>San Juan, PR 00910-1750<br>Alfredo Fernandez-Martinez | afernandez@delgadofernandez.com |

| | |
|---|---|
| ENNAZAR, GARCIA & MILIAN, C.S.P.<br>Edificio Union Plaza PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan, PR 00918<br>A.J. Bennazar-Zegueira | ajb@bennazar.org |
| G. CARLO-ALTIERI LAW OFFICES, LLC<br>254 San Jose Street, Third Floor<br>San Juan, PR 00901<br>Gerardo A. Carlo<br>Kendra Loomis | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com |
| GOLDMAN SACHS BANK<br>c/o Christopher Duffy, Esq.<br>Boies Schiller Flexner<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001 | cduffy@bsfllp.com |
| HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022<br>Robin Keller | Robin.keller@hoganlovells.com |
| JENNER & BLOCK LLP<br>919 Third Avenue<br>New York, NY 10022<br>Robert Gordon<br>Richard Levin<br>Catherine Steege | rgordon@jenner.com<br>rlevin@jenner.com<br>csteege@jenner.com |
| JIMÉNEZ, GRAFFAM & LAUSELL<br>P.O. Box 366104<br>San Juan, PR 00936-6104<br>J. Ramon Rivera Morales | rrivera@jgl.com |
| JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>Bruce Bennett | bbennett@jonesday.com |
| JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Benjamin Rosenblum | brosenblum@jonesday.com |
| JONES DAY<br>51 Louisiana Ave. N.W.<br>Washington, DC 20001<br>Geoffrey S. Stewart<br>Beth Heifetz<br>Sparkle L. Sooknanan | gstewart@jonesday.com<br>bheifetz@jonesday.com<br>ssooknanan@jonesday.com |

| | |
|---|---|
| JONES DAY<br>600 Brickell Avenue, Suite 300<br>Miami, FL 33131<br>Isel M. Perez | iperez@jonesday.com |
| JPMORGAN CHASE<br>David Hand | David.m.hand@jpmorgan.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Thomas Moers Mayer<br>Amy Caton<br>Philip Bentley<br>David E. Blabey, Jr.<br>Douglas Buckley | tmayer@kramerlevin.com<br>acaton@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com |
| MARINI PIETRANTONI MUÑIZ LLC<br>MCS Plaza, Suite 500<br>255 Ponce de León Ave.<br>San Juan, PR 00917<br>Luis C. Marini-Biaggi, Esq.<br>Carolina Velaz-Rivero, Esq.<br>Maria T. Ălvarez-Santos, Esq. | lmarini@mpmlawpr.com<br>cvelaz@mpmlawpr.com<br>malvarez@mpmlawpr.com |
| MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>Gary S. Lee<br>James M. Peck | jpeck@mofo.com<br>glee@mofo.com |
| O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>John J. Rapisardi, Esq.<br>Suzzanne Uhland, Esq.<br>Peter Friedman, Esq.<br>Nancy A. Mitchell, Esq.<br>Maria J. DiConza, Esq. | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>mitchelln@omm.com<br>mdiconza@omm.com |
| O'NEILL & BORGES LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Hermann D. Bauer, Esq. | Hermann.bauer@oneillborges.com |

| | |
|---|---|
| PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Luc A. Despins<br>James Bliss<br>James Worthington<br>G. Alexander Bongartz | lucdespins@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>alexbongartz@paulhastings.com |
| PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com |
| PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY (AAFAF)<br>De Diego Ave. Stop 22<br>San Juan, PR 00907<br>Gerardo J. Portela Franco<br>Mohammad Yassin, Esq. | Gerardo.portela@aafaf.pr.gov<br>Mohammad.yassin@aafaf.pr.gov |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010-1603<br>Susheel Kirpalani<br>K. John Shaffer<br>Daniel Salinas<br>Matthew Scheck<br>Eric Kay<br>Darren Goldman<br>Zachary Russell | susheelkirpalani@quinnemanuel.com<br>johnshaffer@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>erickay@quinnemanuel.com<br>darrengoldman@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com |
| REED SMITH LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Eric A. Schaffer<br>Luke A. Sizemore | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| REED SMITH LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Kurt F. Gwynne, Esq. | kgwynne@reedsmith.com |
| REICHARD & ESCALERA<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, PR 00917-1913<br>Rafael Escalera | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com |

| | |
|---|---|
| Sylvia M. Arizmendi<br>Carolos R. Rivera-Ortiz<br>Gustavo A. Pabón Rico | |
| RIVERA TULLA & FERRER, LLC<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan, PR 00917-1212<br>Eric A. Tulla<br>Iris J. Cabrera-Gómez | etulla@riveratulla.com<br>icabrera@riveratulla.com |
| ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP<br>1801 K Street, NW<br>Washington, DC 20006<br>Mark T. Stancil | mstancil@robbinsrussell.com |
| SEPULVADO & MALDONADO, PSC<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan, PR 00918<br>Lee Sepulvado Ramos<br>José F. Escobar Machin<br>José Javier Santos Mimoso | lsepulvado@smlawpr.com<br>jescobar@smlawpr.com<br>jsantos@smlawpr.com |
| TORO COLON MULLET P.S.C.<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Manuel Fernandez-Bared<br>Linette Figueroa-Torres<br>Jane Patricia Van Kirk | mfb@tcm.law<br>lft@tcm.law<br>jvankirk@tcm.law |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 1980<br>James L. Patton<br>Robert S. Brady<br>John T. Dorsey | jpatton@ycst.com<br>rbrady@ycst.com<br>jdorsey@ycst.com |

00376864.1