SRF 31030

***THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -3 PM 4:45
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| MARIA T. SAN MIGUEL<br>Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| PINCHOTERE@GMAIL.COM<br>Email Address | Email Address |
| | |

SRF 31030

| | |
|---|---|
| PO Box 11679 | |
| Address line 1 | Address line 1 |
| SAN JUAN, PR 00922-1679 | |
| Address line 2 | Address line 2 |
| PR USA | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LZY6

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**). [NO circled]

By: [signature]
Signature

MARIA TERESA SAN MIGUEL
Print Name

______________________
Title (if Participant is not an Individual)

03/08/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



S
Sra Maria T Sanmiguel
P.O. Box 11679
San Juan PR 00922

SAN JUAN PR 009
02 APR 2019 PM 1 T

RECEIVED & FILED
2019 APR -3 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan, Puerto Rico 00918-1767

SRF 31030

***THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -3 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | (Jointly Administered) |
| Debtors. | |

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| CHARLES W. FLOOD JR. | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| ACF PINEHURST@GMAIL.COM | |
| Email Address | Email Address |

Address line 1

105 OWENS LANE
Address line 2

SOUTHERN PINES, NC 28387
City, State Zip Code

USA
Country

Address line 1

Address line 2

City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

X intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_______ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**). [NO circled]

By: [signature]
Signature

CHARLES W. FLOOD JR
Print Name

Title (if Participant is not an Individual)

3-22-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



105 Owens Lane
F
FLOOD
Southern Pines, NC 28387
RECEIVED
2019 APR -3 PM 4:
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

CHARLOTTE NC 282

30 MAR 2019 PM 4 L

FOREVER / USA

THE CLERK. OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918$2412 C006

Case:17-03283-LTS Doc#:5143-6 Filed:02/15/19 Entered:02/15/19 14:28:10 Desc: Exhibit 6- Notice of Participation (Spanish version) Page 3 of 4

***ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]***

RECEIVED & FILED
2019 APR -3 PM 4:45

**Nombre del Participante e información de contacto**

María M. de Jesús-Montes
Nombre del Participante

Persona contacto (si el Participante no es un individuo)

montes_30@hotmail.com
Correo electrónico

PO Box 114
Dirección línea 1

Dirección línea 2

Yabucoa 00767
Ciudad, Estado, Código Postal

Puerto Rico
País

**Información de contacto de la representación legal (si hay alguna)**

Nombre de la firma (si aplica)

Persona contacto

Correo electrónico

Dirección línea 1

Dirección línea 2

Ciudad, Estado, Código Postal

País

2. El Participante informa que (elija **una** de las siguientes opciones marcando una "X" en el espacio apropiado):

X pretende **apoyar** el remedio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe determinar que los Bonos GO Impugnados son **inválidos**); *o*

_____ pretende **oponerse** al remedio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe determinar que los Bonos GO Impugnados son **válidos**).

3. Si el Participante no es un tenedor de un Bono GO Impugnado, puede pasar al final de este Aviso y firmarlo. Si el Participante es tenedor de uno o más Bonos GO Impugnados, el Participante tiene que responder a los siguientes párrafos (a) y (b) según su mejor conocimiento.

(a) Provea el número CUSIP de todos los Bonos GO Impugnados del Participante:

Case:17-03283-LTS Doc#:5143-6 Filed:02/15/19 Entered:02/15/19 14:28:10 Desc: Exhibit 6- Notice of Participation (Spanish version) Page 4 of 4

***ESTA NOTIFICACIÓN REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS LUEGO DE QUE SE EMITA LA ORDEN CONCEDIENDO LA MOCIÓN DE LOS PROCEDIMIENTOS]***

(b) ¿El Participante compró alguno de sus Bonos GO Impugnados, parcial o totalmente, en el mercado secundario? **SI** o **NO** (por favor, **circule uno**).

Por: María M de Jesús Montes
Firma

María M. de Jesús-Montes
Nombre en letra de molde

______________
Título (si el Participante no es un individuo)

25 · marzo · 2019
Fecha

**Instrucciones para la notificación y presentación del Aviso de Participación:** Este Aviso de Participación tiene que ser (i) **notificado** por correo electrónico a las Partes a Notificar identificadas en el párrafo 8 de los Procedimientos de Objeción y (ii) **presentado** electrónicamente ante el Tribunal de Distrito de conformidad con sus procesos de Presentación Electrónica de Documentos. **Si el Participante no está representado por un abogado, el Participante puede presentar una copia impresa de este Aviso de Participación ante el Tribunal de Distrito mediante correo o personalmente, dirigido a: Secretaría del Tribunal Federal para el Distrito de Puerto Rico, Oficina 150 del Edificio Federal, 150 Avenida Carlos Chardón, San Juan, Puerto Rico 00918-1767.**

María M. de Jesús Montes
PO Box 1114
Yabucoa PR 00767

SAN JUAN PR 009
02 APR 2019 PM 2 L

RECEIVED & FILED
2019 APR -3 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaría del Tribunal Federal
Distrito de Puerto Rico
Oficina 150 Edificio Federal
Ave. Carlos Chardón
San Juan, PR 00918-1767

00918$9999

SRF 31030

***THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -3 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

| | | |
|---|---|---|
| In re: | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | PROMESA Title III |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Frank Neal Caffas | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Frank.Neal.pr@Gmail.com | |
| Email Address | Email Address |

SRF 31030

Address line 1
HC-3 BOX 15717
Address line 2
Cabo Rojo PR 00623
City, State Zip Code
USA
Country

Address line 1

Address line 2

City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LZV2

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES circled) or NO (please **circle one**).

By: [signature]
Signature

Frank Neal Cappas
Print Name

Title (if Participant is not an Individual)

3/19/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Frank Neal Cappas 4497

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

1First Bank

# Manager's Check

Check No. 780638

101-7147/2215

**Purchaser:** FRANK NEAL CAPPAS

**Date:** 08/16/2013

**Pay** ***Fifty Thousand One Hundred Five and 38/100 Dollars**************************************

**To The Order of:** SANTANDER SECURITIES

$50,105.38
DOLLAR FIVE ZERO COMMA ONE ZERO FIVE PERIOD THREE EIGHT

Valid for Six Months After Issue Date

Branch 033 Teller No. 09391

FDIC DRAWN ON FIRSTBANK SAN JUAN, PUERTO RICO

YNS-5001-0911R

⑈780638⑈ ⑆221571473⑆ 33⑉30000019⑈ 40

DRAWN ON FIRSTBANK PUERTO RICO

Notice to Purchaser: As a condition to this institution's issuance of this check, Purchaser agrees to provide an Indemnity Bond prior to the refund or replacement of this check in the event it is lost, misplaced, or stolen.

Check No. 780638

101-7147/2215

PURCHASER'S COPY **MANAGER'S CHECK**

**Date:** 08/16/2013

**Purchaser:** FRANK NEAL CAPPAS

**Payee:** SANTANDER SECURITIES

NON-NEGOTIABLE

**Branch:** 033

**Teller:** 09391

**Source:**

**Amount:** $50,105.38

**Fee:** $8.00

**Total:** $50,113.38

Frank Neal
13 Callejon Fas
Cabo Rojo PR 00623

SAN JUAN PR 009
02 APR 2019 PM 1 L

FOREVER USA
Bank Swallow

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2019 APR -3 PM 4:46

The Clerk of the United States
District court for PR Room 150
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

SRF 31030

***THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -3 PM 4: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | (Jointly Administered) |
| Debtors. | |

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| John Jr. Hughes | |
| Participant Name | Firm Name (if applicable) |
| Shirley Hughes | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

SRF 31030

Address line 1
1157 Hughes Lane
Address line 2
GRASS Range
City, State Zip Code
Montana 59032
Country

Address line 1
Same
Address line 2

City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

______ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: John Jr. Hughes
Signature

John JR. Hughes
Print Name

______________________
Title (if Participant is not an Individual)

3-21-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



RBC
Wealth
Management

RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

PRESORTED
FIRST CLASS

U.S. POSTAGE PITNEY BOWES
ZIP 55421 $ 000.48[6]
02 1W
0001401987 MAR 27 2019

2019 APR -3 PM 4:45

United States District Court
Attn: Clerk of Court
150 Carlos Chardon Ave - Room 150
San Juan PR 00918-1767

SRF 31030

***THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

FILED
2019 APR -3 PM 4: 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Steven Rose
Participant Name

Contact Person (if Participant is not an individual)

Steve@roseresearch.com
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1
2345 West Silver Palm Rd
Address line 2
Boca Raton Fla 33432
City, State Zip Code
USA
Country

Address line 1

Address line 2

City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

______ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LB89
74514LB63

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** (circled) or **NO** (please **circle one**).

By: [signature]
Signature

Steven Rose
Print Name

Title (if Participant is not an Individual)

4-1-2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

RECEIVED & FILED
2019 APR -3 PM 4:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of The
UNITED STATES DISTRICT COURT
FOR The DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL Building
150 CARLOS CHARDON AVE
SAN JUAN PR 00918-1767

# FedEx Express International Air Waybill

FedEx Tracking Number

PR-US SJU

FID 5206213 02APR19 BLMA 553C1/D7E5/0C8A

**1 From**

Date 4/2/2019 Sender's FedEx Account Number [redacted]

Sender's Name Phone 732-224-9000

Company OPPENHEIMER AND CO. INC

Address

Address 3 HARDING RD

City RED BANK State Province NJ

Country US ZIP Postal Code 077012004

**2 To**

Recipient's Name CLERK Phone

Company U.S. DISTRICT CT FOR DIS[...]

Address 150 CARLOS CHARDO[...] Dept./Floor

Address RM 150 FEDERAL [...]

City SAN JUAN State Province P.R.

Country PUERTO RICO ZIP Postal Code 00918-1767

Recipient's Tax ID number for Customs purposes e.g., GST/RFC/VAT/IN/EIN, or as locally required

**3 Shipment Information** ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages Shipper's Load and Count/SLAC Total Weight lbs. ☐ kg ☐ DIM L / W / H in. ☐ cm ☐

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| FORM S | | | |

For U.S. Export Only: Check One ☐ No SED required per Exemption ☐ No SED required, value $2500 or less per Schedule B Commodity number ☐ SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

**4 Express** 1 ☒ FedEx Intl. [...] ☐ 3 ☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available

**5 Packaging** *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

6 ☒ FedEx Envelope 2 ☐ FedEx Pak 3 ☐ FedEx Box 4 ☐ FedEx Tube 1 ☐ Other PW ☐ FedEx 10kg Box* PX ☐ FedEx 25kg Box*

**6 Special Handling**

1 ☐ HOLD at FedEx Location 3 ☐ SATURDAY Delivery Available to select locations for FedEx Intl. Priority only

**7a Payment** *Bill transportation charges to:* Enter FedEx Acct. No. or Credit Card No. below.

1 ☐ Sender Acct. No. in Section 1 will be billed. 2 ☐ Recipient 3 ☒ Third Party 4 ☐ Credit Card 5 ☐ Cash Check/Cheque

FedEx Acct. No. 1024-1394-6 Total Transportation

Credit Card No.

Credit Card Exp. Date Specify Currency

**7b Payment** *Bill duties and taxes to:* ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below. 1 ☐ Sender Acct. No. in Section 1 will be billed. 2 ☐ Recipient 3 ☒ Third Party 5 ☐ Cash Check/Cheque

FedEx Acct. No. 1024-1394-6

RT 713 FZ B 1400 1410 00 03Apr

**8 Your Internal Billing Reference** First 24 characters will appear on invoice. H62

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Contract as stated on the reverse side of the Recipient's Copy.

Recipient's Signature:

500

PART 158409 Rev. Date 10/03 ©1994–2003 FedEx PRINTED IN U.S.A.

FedEx Tracking Number 8563 4733 1410 Form ID No. 0402

| Origin Station ID | Destination Station ID | URSA Routing | Handling Units / Total Volume (cm) |
|---|---|---|---|

Received At: 1 ☐ Reg. Stop 2 ☐ On-Call Stop 3 ☐ Drop Box 4 ☐ World Service Center 5 ☐ Station Forms Attached: ☐ CI ☐ SED ☐ CO

Base Charges Declared Val. Chrg. Other ODA/OPA Credit Card Auth.

FedEx Emp. # Audit Emp. # Date Time Del. Courier Emp. # Date Time

Non-Negotiable International Air Waybill • ©1994–2003 Federal Express Corporation

PACKAGE LABEL 856347331410 COMMERCIAL INVOICE LABEL 856347331410 DELIVERY RECORD LABEL 856347331410 DELIVERY REATTEMPT LABEL 856347331410

Insert shipping document here.

SRF

SAN JUAN P.R. U.S. DISTRICT COURT CLERK'S OFFICE 2019 APR -3 RECEIVED & FILED

SRF 31030

***THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -3 PM 4: 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | PROMESA Title III |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

JUDI M ROSS
Participant Name

Contact Person (if Participant is not an individual)

JUDIMROSS25@HOTMAIL.COM
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1
43 Boxwood LN
Address line 2
Montvale NJ 07645
City, State Zip Code

Country

Address line 1

Address line 2

City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

______ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745 14L D46

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: [signature]
Signature

Judi M. Ross
Print Name

Title (if Participant is not an Individual)

4-2-2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

RECEIVED & FILED
2019 APR -3 PM 4:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of The
UNITED STATES DISTRICT COURT
FOR The DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL Building
150 CARLOS CHARDON AVE
SAN JUAN PR 00918-1767

FedEx Express International Air Waybill

FID 5206213 02APR19 BLMA 553C1/D7E5/0C8A

PR-US SJU

**1 From**

Date 4/2/2019 Sender's FedEx Account Number

Sender's Name  Phone 732-224-9000

Company OPPENHEIMER AND CO, INC

Address

Address 3 HARDING RD

City RED BANK  State Province NJ

Country US  ZIP Postal Code 077012004

**2 To**

Recipient's Name CLERK  Phone

Company U.S. DISTRICT CT FOR DIS...

Address 150 CARLOS CHARDO...  Dept/Floor

Address RM 150 FEDERAL ...

City SAN JUAN  State Province P.R.

Country PUERTO RICO  ZIP Postal Code 00918-1767

Recipient's Tax ID number for Customs purposes
e.g., GST/RFC/VAT/IN/EIN, or as locally required

**3 Shipment Information**  For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages Shipper's Load and Count/SLAC  Total Weight  lbs. kg  DIM L / W / H in. cm

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| FORMS | | | |

For U.S. Export Only: Check One — No SED required per Exemption; No SED required, value $2500 or less per Schedule B Commodity number; SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

Total Declared Value for Carriage  Total Value for Customs (Specify Currency)

**4 Express** ... 1 FedEx Intl. ... 3 FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available

**5 Packaging** *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

6 ☒ FedEx Envelope  2 FedEx Pak  3 FedEx Box  4 FedEx Tube  1 Other  PW FedEx 10kg Box*  PX FedEx 25kg Box*

**6 Special Handling**

1 HOLD at FedEx Location  3 SATURDAY Delivery — Available to select locations for FedEx Intl. Priority only

**7a Payment** *Bill transportation charges to:*

Enter FedEx Acct. No. or Credit Card No. below.

1 Sender (Acct. No. in Section 1 will be billed.)  2 Recipient  3 ☒ Third Party  4 Credit Card  5 Cash Check/Cheque

FedEx Acct. No. 1024-1394-6  Total Transportation

Credit Card No.  Credit Card Exp. Date  Specify Currency

**7b Payment** *Bill duties and taxes to:* ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

1 Sender (Acct. No. in Section 1 will be billed.)  2 Recipient  3 ☒ Third Party  5 Cash Check/Cheque

FedEx Acct. No. 1024-1394-6

**8 Your Internal Billing Reference** First 24 characters will appear on invoice.

A62

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Contract as stated on the reverse side of the Recipient's Copy.

Recipient's Signature:

FedEx Tracking Number 8563 4733 1410  0402 Form ID No.

500

PART 158409 Rev. Date 10/03 ©1994–2003 FedEx PRINTED IN U.S.A.

| Origin Station ID | Destination Station ID | URSA Routing | Handling Units / Total Volume (cm) |
|---|---|---|---|

Received At: 1 Reg. Stop 2 On-Call Stop 3 Drop Box 4 World Service Center 5 Station  Forms Attached: CI SED CO

Base Charges  Declared Val. Chrg.  Other  ODA/OPA  Credit Card Auth.

FedEx Emp. #  Audit Emp. #  Date  Time  Del. Courier Emp. #  Date  Time

Non-Negotiable International Air Waybill • ©1994–2003 Federal Express Corporation

Insert shipping document here.

PACKAGE LABEL 856347331410 · COMMERCIAL INVOICE LABEL 856347331410 · DELIVERY RECORD LABEL 856347331410 · DELIVERY REATTEMPT LABEL 856347331410

B 1410 1400 00 03Apr RT 713 FZ

SAN JUAN U.S. DISTRICT COURT CLERK'S OFFICE  RECEIVED & FILED 2019 APR -3