Objection Deadline: April 9, 2019, at 4:00 p.m. (AST)
Hearing Date and Time: April 24, 2019, at 9:30 a.m. (AST)

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

------------------------------------------------------------------x

**NOTICE OF HEARING AND MOTION OF INDIVIDUAL GENERAL OBLIGATION BONDHOLDER (1) TO PERMIT ELECTRONIC FILING BY PRO SE PARTIES; (2) (IN THE ALTERNATIVE TO "(1)") TO SET UP A MECHANISM TO PERMIT PRO SE PARTIES TO FILE AND SERVE PAPERS BY SUBMISSION BY EMAIL TO PRIME CLERK; (3) TO PERMIT PRO SE PARTIES TO LISTEN INTO PROCEEDINGS BY TELEPHONE; AND (4) TO ORDER THE APPOINTMENT A COMMITTEE FOR INDIVIDUAL AND OTHER MODEST-SIZED BONDHOLDERS**

Dated: April 1, 2019

**PLEASE TAKE NOTICE** that:

1. On April 1, 2019, movant served the subject motion, which appears below.

2. Any response or objections to the motion must be served upon:

   Peter C. Hein, Pro se
   101 Central Park West, Apt. 14E
   New York, NY 10023
   petercheinsr@gmail.com

   as well as all other parties entitled to notice under the Court's rules and procedures.

3. The Objection deadline is **April 9, 2019 at 4 p.m. (AST)**.

4. The date of the hearing at which the motion is to be considered is **April 24, 2019, at 9:30 a.m. (AST)** at a location to be specified by the Court.

5. The relief requested in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the Court's Case Management Procedures.

## MOTION OF INDIVIDUAL GENERAL OBLIGATION BONDHOLDER (1) TO PERMIT ELECTRONIC FILING BY PRO SE PARTIES; (2) (IN THE ALTERNATIVE TO "(1)") TO SET UP A MECHANISM TO PERMIT PRO SE PARTIES TO FILE AND SERVE PAPERS BY SUBMISSION BY EMAIL TO PRIME CLERK; (3) TO PERMIT PRO SE PARTIES TO LISTEN INTO PROCEEDINGS BY TELEPHONE; AND (4) TO APPOINT A COMMITTEE FOR INDIVIDUAL AND OTHER MODEST-SIZED BONDHOLDERS

This motion seeks the relief set forth below in I, II, III, IV and V, and the accompanying [proposed] order, and as described in the accompanying Memorandum.

I. Pro se parties should be permitted to file electronically.

II. (In the alternative to "(I)"), a mechanism should be set up to permit pro se parties to file and serve papers by submission by email to Prime Clerk.

III. Pro se parties should be permitted to listen to proceedings by telephone.

IV. The Court should order the appointment of a committee for individual and other modest-sized bondholders.

V. Any other relief that is just, proper or appropriate to effectuate the objective of this motion.

April 1, 2019

Respectfully Submitted,

*/s/ Peter C. Hein*

Peter C. Hein, Pro se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com