

U.S. Department of Justice

Office of the United States Trustee

---

Ochoa Building    Tel: (787) 729-7444
500 Tanca Street, Suite 301    Fax: (787) 729-7449
San Juan, Puerto Rico 00901-1922

March 4, 2019

**VIA EMAIL AND REGULAR MAIL**

Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

Re:    Request for Appointment of Committee
of Individual Puerto Rico General Obligation Bondholders
*In re Commonwealth of Puerto Rico*, Case No. 17-03283 (PROMESA, Tit. III)

Dear Mr. Hein:

    We confirm receipt of and thank you for your communication dated March 1, 2019 in which you request the appointment of an Official Committee of Individual Puerto Rico General Obligation Bondholders in the referenced case.

    Our office does not comment on the appointment or selection process for official committees beyond what appears on the public record. We are not considering taking any action at this time.

    We encourage you to stay active in the case and take whatever action is needed to protect your interests.

    We hope this letter addresses your inquiry.

Regards,

*Daniel M. McDermott*
*United States Trustee for Region 21*

C:    Monsita Lecaroz-Arribas
Assistant U.S. Trustee
Puerto Rico

Exhibit B