## [PROPOSED] ORDER

It is hereby ordered that:

I. Pro se parties are permitted to file and serve papers electronically, including on the court's CM/ECF system.

II. If technical issues preclude allowing pro se parties to file and serve papers electronically on the court's CM/ECF system, then pro se parties may file and serve papers by submission by email to Prime Clerk (or such other email address or party as may be designed by the court or the court's clerk), which shall arrange to have the papers docketed on the CM/ECF system.

III. Pro se parties shall be permitted to listen to proceedings by telephone.

IV. The Court orders the appointment of a committee to represent individual bondholders and other modest-sized bondholders related to individuals (*e.g.*, trusts or retirement accounts controlled by an individual) with modest holdings (par value holdings of $2.5 million par or less) of general obligation bonds issued by the Commonwealth of Puerto Rico (including bonds guaranteed by the Commonwealth). For the purpose of determining whether par value holdings are $2.5 million or less, holdings of related or affiliated persons should be aggregated.

_____
U.S.D.C.