## CERTIFICATE OF SERVICE

I have caused to be served a copy of (A) Notice of Hearing and Motion of Individual General Obligation Bondholder (1) To Permit Electronic Filing By Pro Se Parties; (2) (In the Alternative to "(1)") To Set Up A Mechanism To Permit Pro Se Parties To File and Serve Papers By Submission By Email To Prime Clerk; (3) To Permit Pro Se Parties To Listen Into Proceedings By Telephone; and (4) To Order the Appointment of A Committee For Individual and Other Modest-Sized Bondholders, and (B) Memorandum in support thereof, by email (or by hand or by U.S. mail, if no email address is listed) to each of the parties or their attorneys on the attached service list.

Dated: April 1, 2019

_____
Peter C. Hein

(i)     Chambers of the Honorable Laura Taylor Swain:

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii)    Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922
ustp.region21@usdoj.gov
Monsita.Lecaroz@usdoj.gov

(iii)   Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):

Puerto Rico Fiscal Agency and Financial Advisory Authority
Robert Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn:     Gerardo J. Portela Franco
            Mohammad Yassin, Esq.
E-Mail:   Gerado.Portela@aafaf.pr.gov
            Mohammad.Yassin@aafaf.pr.gov

(iv)   Counsel for AAFAF:

| O'Melveny & Meyers LLP<br>7 Times Square<br>New York, New York 10036<br>Attn: John J. Rapisardi, Esq.<br>       Suzzanne Uhland, Esq.<br>       Peter Friedman, Esq.<br>       Nancy A. Mitchell, Esq.<br>       Maria J. DiConza, Esq.<br>E-Mail: jrapisardi@omm.com<br>        suhland@omm.com<br>        pfriedman@omm.com<br>        mitchelln@omm.com<br>        mdiconza@omm.com | Marini Pietrantoni Muñiz LLC<br>MCS Plaza, Suite 500<br>255 Ponce de León Ave.<br>San Juan, PR 00917<br>Attn: Luis C. Marini-Biaggi, Esq.<br>       Carolina Velaz-Rivero, Esq.<br>       María T. Álvarez-Santos, Esq.<br>E-Mail: lmarini@mpmlawpr.com<br>        cvelaz@mpmlawpr.com<br>        malvarez@mpmlawpr.com |
|---|---|

(v)    Counsel for the Oversight Board:

| Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>Attn: Martin J. Bienenstock<br>       Paul V. Possinger<br>       Ehud Barak<br>       Maja Zerjal<br>E-Mail: mbienenstock@proskauer.com | O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Attn: Hermann D. Bauer, Esq.<br>E-Mail: hermann.bauer@oneillborges.com |
|---|---|

          ppossinger@proskauer.com
          ebarak@proskauer.com
          mzerjal@proskauer.com

(vi)    Counsel for the Creditors' Committee:

| Paul Hastings LLP | Casillas, Santiago & Torres LLC |
|---|---|
| 200 Park Avenue | El Caribe Office Building |
| New York, New York 10166 | 53 Palmeras Street, Ste. 1601 |
| Attn: Luc. A. Despins | San Juan, Puerto Rico 00901-2419 |
|       James Bliss | Attn: Juan J. Casillas Ayala |
|       James Worthington |       Diana M. Batlle-Barasorda |
|       G. Alexander Bongartz |       Alberto J. E. Añeses Negrón |
| E-Mail: lucdespins@paulhastings.com |       Ericka C. Montull-Novoa |
|       jamesbliss@paulhastings.com | E-Mail: jcasillas@cstlawpr.com |
|       jamesworthington@paulhastings.com |       dbatlle@cstlawpr.com |
|       alexbongartz@paulhastings.com |       aaneses@cstlawpr.com |
| |       emontull@cstlawpr.com |

(vii)    Counsel for the Retiree Committee:

| Jenner & Block LLP | Bennazar, Garcia & Milián, C.S.P. |
|---|---|
| 919 Third Avenue | Edificio Union Plaza PH-A piso 18 |
| New York, New York 10022 | Avenida Ponce de León #416 |
| Attn: Robert Gordon | Hato Rey, San Juan, Puerto Rico 00918 |
|       Richard Levin | Attn: A.J. Bennazar-Zequeira |
|       Catherine Steege | E-Mail: ajb@bennazar.org |
| E-Mail: rgordon@jenner.com | |
|       rlevin@jenner.com | |
|       csteege@jenner.com | |

(viii)    Counsel listed on the attachments hereto, by email:

Case:17-03283-LTS Doc#:6128-7 Filed:04/04/19 Entered:04/04/19 17:36:15 Desc:
Email service to parties specified in Court's Case Management Procedure - Emails
Certificate of Service Page 4 of 5
Subject:

Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; mitchelln@omm.com; mdiconza@omm.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; mbienenstock@proskauer.com; ppossinger@proskauer.com; herman.bauer@oneillborges.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov;

1

# Hein, Peter C.

| | |
|---|---|
| From: | Goldstein, Irena <irenagoldstein@paulhastings.com> |
| Sent: | Tuesday, March 19, 2019 5:59 PM |
| To: | Bassett, Nicholas A. (Paul Hastings LLP); Burke, Donald; Stancil, Mark T. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP); Bernstein, Donald S. (Davis Polk & Wardwell LLP); Resnick, Brian M. (Davis Polk & Wardwell LLP); Libby, Angela (Davis Polk & Wardwell LLP); Peck, James M. (Morrison & Foerster, LLP); Lee, Gary S. (Morrison & Foerster, LLP); Fioccola, David J. (Morrison & Foerster, LLP); Esposito, Grant J. (Morrison & Foerster, LLP); Ellenberg, Mark C. (Cadwalader, Wickersham & Taft LLP); Caton, Amy (Kramer Levin Naftalis & Frankel LLP); Mayer, Thomas Moers (Kramer Levin Naftalis & Frankel LLP); Bello, Nancy M. (Kramer Levin Naftalis & Frankel LLP); O'Neill, P. Bradley (Kramer Levin Naftalis & Frankel LLP); Zeituni, Karen (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Rosenberg, Andrew N. (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Buckley, Douglas (Kramer Levin Naftalis & Frankel LLP); Bjork, Jeffrey E. (Latham & Watkins LLP); Harris, Christopher (Latham & Watkins LLP); Goldberg, Adam J. (Latham & Watkins LLP); Burton, Liza L. (Latham & Watkins LLP); petercheinsr@gmail.com; Servais, Casey; Esposito, Grant J. (Morrison & Foerster, LLP); Fioccola, David J. (Morrison & Foerster, LLP); Massman, Stephanie |
| Cc: | Despins, Luc A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Weisfelner, Edward S. (Brown Rudnick Berlack Israels LLP); Papalaskaris, Angela (Brown Rudnick Berlack Israels LLP); Beville, Sunni P. (Brown Rudnick Berlack Israels LLP) |
| Subject: | Request of Court Regarding Notices of Participation |

**\*\*\* EXTERNAL EMAIL \*\*\***

All,

Judge Swain's chambers contacted us about the numerous notices of participation being submitted to the Court for the Clerk to file. According to chambers, it has become a significant burden on the Clerk and he requested permission to collect the notices of participation and file them regularly, often on a daily basis or every other day, under one docket number. The Clerk asked us to contact the other attorneys involved in this matter to learn whether or not they have any objection to such a procedure. We have no objection provided that all such notices of participation submitted on or before April 16, 2019 (the "Participation Deadline") are filed together on that date, and any composite filings made after the Participation Deadline includes only notices received after the Participation Deadline.

Please let us know if you have any objections to the Court's request by tomorrow (March 20th) at noon.

Regards,

Irena

---

**PAUL HASTINGS**

**Irena M. Goldstein | Attorney at Law**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6093 | Main: +1.212.318.6000 | Fax: +1.212.319.4090 | email: irenagoldstein@paulhastings.com

1