Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

petercheinsr@gmail.com
(212) 403-1237

April 1, 2019

Clerk's Office
United States District Court
Room 150
Federal Building
San Juan, Puerto Rico 00918-1767

Re: **Filing for 17BK3283-LTS**

TO WHOM IT MAY CONCERN:

I am enclosing one copy clipped and one copy stapled of my (A) Notice of Hearing and Motion of Individual General Obligation Bondholder (1) To Permit Electronic Filing By Pro Se Parties; (2) (In the Alternative to "(1)") To Set Up A Mechanism To Permit Pro Se Parties To File and Serve Papers By Submission By Email To Prime Clerk; (3) To Permit Pro Se Parties To Listen Into Proceedings By Telephone; and (4) To Order the Appointment of A Committee For Individual and Other Modest-Sized Bondholders, and (B) Memorandum in support thereof. A certificate of service is attached.

Please file this response in the Court docket. If you have any questions about this filing you can contact me at petercheinsr@gmail.com or call me at (212) 403-1237. Thank you.

Sincerely

Peter C. Hein, Pro Se

cc: Honorable Laura Taylor Swain (two copies)
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 3212
New York, NY 10007-1312

Office of the Clerk (one copy)
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007