UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT

The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
April 4, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Guy Petrillo
2. Elaine C. Miller
3. Marie Tordini
4. William T. Ventura and Jennifer L. Ventura
5. Nancy A. Sheridan
6. Roger R. Oldenburg and Patricia L. Oldenburg
7. Dennis A. Kay
8. Constance N. Lighton
9. Leslie J. Novick
10. Sabry Elzohiery and Debbie Iris
11. Mayra I. Ramos Roman
12. Steven Shea and Mary Shea
13. Ronald J. Galiardo
14. Diana Hunter
15. Kay E. Kunkle
16. James M. Cole
17. Dana P. Blanchard
18. Nancy Siebert
19. Donald Jay Moore
20. Carol A. Calvert
21. Norma A. Larrimore

Pro Se Notices of Participation Received by the Court
April 4, 2019

22. Raul Bonnin

23. Leslie M. Milling

24. Mira Schachne

25. Jeana Doring

26. Daisy A. Talley

27. Jeffrey L. Talley

28. Arlene E. Wollenweber

29. James L. Pluntz

30. Marylin Gonzalez Toro

31. Wilson Ortiz

32. Lila Attrino

33. Morrie Markell

34. James McCafferty

35. Michael Lurie and Susan Lurie

36. Evelyn Martino Gonzalez

37. Robert Emas

38. Robert B. Faber

39. Jerold Weigand

40. Algrid A. Aukscunas

41. Roslyn G. Perler

42. Sven Comas del Toro and Luz M. Diaz

43. Kathryn B. Bolich

44. Barbara A. Wood

Pro Se Notices of Participation Received by the Court
April 4, 2019

45. Barbara A. Wood

46. Robert Pedretti

47. Fanny Kobrin and Nathan Kobrin

48. Sloth Equity LLC

49. Margie Rivera Gutierrez

50. Vernon A. Smith

Dated: April 4, 2019