## Exhibit A

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER GRANTING URGENT MOTION FOR EXTENSION OF DEADLINES

Upon consideration of the *Urgent Motion for Extension of Deadlines*, (the "Urgent Extension Motion"),[2] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Urgent Extension Motion and the relief requested therein pursuant to Section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to PROMESA Section 307(a); (iii) due and proper notice of this Urgent Extension Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) any objections to the relief requested in the Urgent Extension Motion having been withdrawn or

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Extension Motion.

overruled; and (v) the Court having determined that the legal and factual bases set forth in the Urgent Extension Motion establish just cause for the relief granted herein.  Accordingly, it is hereby ORDERED THAT:

1.      The Urgent Extension Motion is GRANTED as set forth herein.

2.      The deadline to file and serve any responses or objections to the *Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures With Respect to Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds* (the "Procedures Motion," Dkt. No. 6104), is extended to **April 15, 2019 at 4 p.m. (Atlantic Standard Time).**

3.      The deadline to file and serve any replies in further support of the Procedures Motion is extended to **April 19, 2019 at 4 p.m. (Atlantic Standard Time)**.


Dated: _____, 2019

                                                _____
                                                HONORABLE LAURA TAYLOR SWAIN
                                                UNITED STATES DISTRICT JUDGE