UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 1 OF 1)

The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 1 of 1)
April 5, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Helen Weitman
2. Pamela R. Larsson
3. The IBS Turnaround Fund (QP) (A Limited Partnership)
4. The IBS Turnaround Fund, L.P.
5. The IBS Opportunity Fund, Ltd.
6. Cooperativa de Ahorro y Credito de Caparra
7. Isadore Zaremba
8. Hugo Taraboletti and Denise M. Taraboletti
9. Joseph Hydock
10. Jeremy J. Malsam
11. Mark D. Brook
12. Dennis D. Kasparek and Dolores M. Kasparek
13. Margaret Burt Rev Trust
14. Barbara Roberts Poole
15. Salvatore Sparacio
16. Neil A. Rosenberg
17. Myron F. and Fern Esselman Irrevocable Trust UAD 3/23/2015
18. Angeline Langerman and Gerald Langerman
19. Donald J. Viering
20. Douglas R. Robinson
21. Sandra M. Andrews

Pro Se Notices of Participation Received by the Court
(Part 1 of 1)
April 5, 2019

22. Eugene R. Krauss

23. Ellen Barron

24. Doris E. Marley and Linda D. Marley

25. David A. Brown

26. Telu Ram Bajar

27. Palley Family Trust

28. Constellation Capital Management, LLC

29. Metacapital Mortgage Opportunities Master Fund, Ltd.

30. Metacapital Mortgage Value Master Fund, Ltd.

31. Super Certus Cayman Fund Limited

32. Michael W. Masters

Dated: April 5, 2019