SRF 37030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -5 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND            :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :       Title III
                                                         :
        as representative of                             :       Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.*, :       (Jointly Administered)
                                                         :
        Debtors.                                         :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Helen Weitman* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *drillsgt78@aol.com* | |
| Email Address | Email Address |
| | |

Address line 1                                    Address line 1

*9896 Bustleton Avenue*

Address line 2                                    Address line 2

*Apt A433*

City, State Zip Code                              City, State Zip Code

*Philadelphia PA 19115*

Country  *USA*                                    Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ **X**     intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Helen Weitman*
   Signature

   *Helen Weitman*
   Print Name

   _____
   Title (if Participant is not an Individual)

   *3/31/19*
   Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Helen Weitman
Apt A433
9896 Bustleton Ave
Philadelphia PA 19115

RECEIVED & FILED
2019 APR -5 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PHILADELPHIA PA 190
02 APR 2019 PM 4 L



FOREVER / USA

The Clerk of the United States
District Court for the District of Puerto Rico

Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918 - 1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -5 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

-------------------------------------------------X

In re:                                            :

THE FINANCIAL OVERSIGHT AND            :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :          Title III

    as representative of                 :          Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :      (Jointly Administered)

    Debtors.                             :

-------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Pamela R. Larsson TTEE | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| PLARSSON2@MAC.COM | |
| Email Address | Email Address |
| | |

SRF 31030

Address line 1

_350 Bright Rock DR_
Address line 2

_Palm Desert, CA 92211-8936_
City, State Zip Code

_United States_
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

      _74514L·B8.9_

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Pamela R Larsson_
    Signature

    _PAMELA R. LARSSON_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _3/29/2019_
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

1300 S.W. 5th Ave., Suite 1950 · Portland, OF



D|A|DAVIDSON
WEALTH MANAGEMENT



CERTIFIED MAIL

7018 2290 0000 6254 0288



UNITED STATES POSTAGE
PITNEY BOWES

02 1P        $ 006.80⁰
0000817945   MAR 19 2019
MAILED FROM ZIP CODE 97201



RECEIVED &
2019 APR -5 PM 4: 36
CLERK'S OFFICE
DISTRICT COURT

THE CLERK OF THE UNITED DISTRIC COURT FOR THE
DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -5 PM 4: 37
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------X
In re:                                     :
                                           :
THE FINANCIAL OVERSIGHT AND                :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,          :   Title III
                                           :
        as representative of               :   Case No. 17-BK-3283 (LTS)
                                           :
THE COMMONWEALTH OF PUERTO RICO et al.,    :   (Jointly Administered)
                                           :
        Debtors.                           :
------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

THE IPS TURNAROUND FUND (UK)(A LIMITED PARTNERSHIP)      _____
Participant Name                                          Firm Name (if applicable)

JAMES S. HORNE                                           _____
Contact Person (if Participant is not an individual)     Contact Person

jhorne@ibscapital.com                                    _____
Email Address                                            Email Address

Address line 1                              Address line 1

One International Place, Suite 3120         _____
Address line 2                              Address line 2

Boston, MA 02110                            _____
City, State Zip Code                        City, State Zip Code

USA                                         _____
Country                                     Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant
          believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
          believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
             74514LZY6       74514LC54
             74514LZZ3

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    James S. Horne
    Print Name
    CFO, IBS Capital LLC, General Partner of
    The IBS Turnaround Fund (QP) (A Limited Partnership)
    Title (if Participant is not an Individual)

    4/1/19
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

IBS Capital LLC
One International Place
31st Floor
Boston, MA 02110
Phone: (617) 261-5327
Fax:  617-261-5373

RECEIVED & FILE

2019 APR -5  PM 4:  50

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R.

April 1, 2019

Clerk of U.S. District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Dear Sir or Madam:

In relation to Case No. 17-BK-3283 (LTS), please find the following Notices of Participation in Omnibus
Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligations Bonds.
The notices relate to three separate funds, all of which are managed by IBS Capital LLC.

- The IBS Turnaround Fund (QP) (A Limited Partnership)
- The IBS Turnaround Fund, L.P.
- The IBS Opportunity Fund, Ltd.

Thank you for your attention to this matter.  Should you have any problems or questions please feel free
to contact me at the above contact information or at jhorne@ibscapital.com

Sincerely,

James S. Horne
CFO, IBS Capital LLC

**IBS**

IBS Capital LLC

**James S. Horne**

One International Place, 31st Floor, Boston, MA 02110
Phone: (617) 261-5327   Fax: (617) 261-5373
E-mail: jhorne@ibscapital.com

**IBS Capital LLC**

One International Place, Suite 3120
Boston, MA 02110



CERTIFIED MAIL™

7013 3020 0000 0857 8493



U.S. POSTAGE PAID
WATERTOWN, MA
APR 03 19
AMOUNT
$6.85

Clerk of U.S. District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918E1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -5 PM 4: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

--------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III

        as representative of          :      Case No. 17-BK-3283 (LTS)

                                       :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)

        Debtors.                       :
--------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| The IBS Turnaround Fund, L.P. | |
| Participant Name | Firm Name (if applicable) |
| James S. Horne | |
| Contact Person (if Participant is not an individual) | Contact Person |
| jhorne@ibscapital.com | |
| Email Address | Email Address |

Address line 1

_One International Place, Suite 3120_
Address line 2

_Boston, MA  02110_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

           74514LZY6    74514LC54
           74514LZZ3

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

   _James S. Horne_
   Print Name

   _CFO, IBS Capital LLC, General Partner of_
   _The IBS Turn Around Fund, L.P._
   Title (if Participant is not an Individual)

   _4/1/19_
   Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**IBS**

IBS Capital LLC
One International Place
31st Floor
Boston, MA 02110
Phone: (617) 261-5327
Fax:  617-261-5373

RECEIVED & FILE

2019 APR -5  PM 4: 3

CLERK'S OFFICE
U.S.DISTRICT COUR
SAN JUAN, PR

April 1, 2019

Clerk of U.S. District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Dear Sir or Madam:

In relation to Case No. 17-BK-3283 (LTS), please find the following Notices of Participation in Omnibus
Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligations Bonds.
The notices relate to three separate funds, all of which are managed by IBS Capital LLC.

- The IBS Turnaround Fund (QP) (A Limited Partnership)
- The IBS Turnaround Fund, L.P.
- The IBS Opportunity Fund, Ltd.

Thank you for your attention to this matter.  Should you have any problems or questions please feel free
to contact me at the above contact information or at jhorne@ibscapital.com

Sincerely,

James S. Horne
CFO, IBS Capital LLC

**IBS**

IBS Capital LLC

**James S. Horne**

One International Place, 31st Floor, Boston, MA 02110
Phone: (617) 261-5327   Fax: (617) 261-5373
E-mail: jhorne@ibscapital.com

**IBS Capital LLC**

One International Place, Suite 3120
Boston, MA 02110



CERTIFIED MAIL™

7013 3020 0000 0857 8493



U.S. POSTAGE PAID
WATERTOWN, MA
$6.85

Clerk of U.S. District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

0091801703 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -5  PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
           as representative of                 :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
           Debtors.                             :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| THE IVS OPPORTUNITY FUND, LTD. | |
| Participant Name | Firm Name (if applicable) |
| JAMES S. HORNE | |
| Contact Person (if Participant is not an individual) | Contact Person |
| jhorne@ibscapital.com | |
| Email Address | Email Address |

Address line 1                                    Address line 1

c/o IBS Capital LLC, One International Place, Suite 3120
Address line 2                                    Address line 2

Boston, MA 02110
City, State Zip Code                              City, State Zip Code

USA
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant
          believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
          believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

            74514LZY6      74514LC54

                 74514LZZ3
      (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
            secondary market? **YES** or **NO** (please **circle one**).

By: _____
      Signature

      James S. Morris
      Print Name
      CFO, IBS Capital LLC, Investment Manager of
      The IBS Opportunity Fund, LTD.
      Title (if Participant is not an Individual)

      4/1/19
      Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**IBS**

IBS Capital LLC
One International Place
31st Floor
Boston, MA 02110
Phone: (617) 261-5327
Fax:  617-261-5373

RECEIVED & FILE

2019 APR -5  PM 4: 3

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R.

April 1, 2019

Clerk of U.S. District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Dear Sir or Madam:

In relation to Case No. 17-BK-3283 (LTS), please find the following Notices of Participation in Omnibus Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligations Bonds. The notices relate to three separate funds, all of which are managed by IBS Capital LLC.

- The IBS Turnaround Fund (QP) (A Limited Partnership)
- The IBS Turnaround Fund, L.P.
- The IBS Opportunity Fund, Ltd.

Thank you for your attention to this matter.  Should you have any problems or questions please feel free to contact me at the above contact information or at jhorne@ibscapital.com

Sincerely,

James S. Horne
CFO, IBS Capital LLC

**IBS**

IBS Capital LLC

**James S. Horne**

One International Place, 31st Floor, Boston, MA 02110
Phone: (617) 261-5327  Fax: (617) 261-5373
E-mail: jhorne@ibscapital.com

**IBS Capital LLC**

One International Place, Suite 3120
Boston, MA 02110



CERTIFIED MAIL™

7013 3020 0000 0857 8493



U.S. POSTAGE PAID
WATERTOWN, MA
APR 3 '19
AMOUNT
$6.85
R2304E107265-07

Clerk of U.S. District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

0091801703 C018

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -5 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :  Title III
                                                 :
          as representative of                   :  Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,  :  (Jointly Administered)
                                                 :
          Debtors.                               :
-------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Cooperativa De Ahorro y Credito De Caperra | |
| Participant Name | Firm Name (if applicable) |
| Reinaldo García Hernández | |
| Contact Person (if Participant is not an individual) | Contact Person |
| rgarcia @ caparra . coop | |
| Email Address | Email Address |
| | |

Address line 1

100 Ave. Sen Patricio, Ste. F-16

Address line 2

Guaynabo, PR 00968-2635

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

 (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

 74514LZV2

 (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

Reinaldo Garcia Hernández

Print Name

Executive President

Title (if Participant is not an Individual)

April 3, 2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Cooperativa A/C Caparra
100 Ave. San Patricio Suite F16
Guaynabo, P.R. 00968-2635

CERTIFIED MAIL

7018 2290 0000 6264 7635

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
APR 04 19
AMOUNT
$4.05
R2304M115256-07

RECEIVED & FILED
2019 APR -5 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

00918·1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
          as representative of                   :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
          Debtors.                               :
-------------------------------------------------X
```

RECEIVED & FILED
2019 APR -5  PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| ISIDORE  ZAREMBA | PI - 13 - 2 |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| DANNYLPALAW @ BELLSOUTH. NET | |
| Email Address | Email Address |

Address line 1                                          Address line 1

7536 FAIRFAX DRIVE                                      _____

Address line 2                                          Address line 2

TAMARAC, FL 33321                                       _____

City, State Zip Code                                    City, State Zip Code

USA                                                     _____

Country                                                 Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        __X__ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

          $50,000-                          $55,000-
          74514LQA8                  74514LB89

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

    Signature

    ISADORE ZAREMBA

    Print Name

    _____

    Title (if Participant is not an Individual)

    3-21-19

    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

DG ACCOUNTING, INC.
10001 NW 50TH ST, #103A
SUNRISE, FLORIDA 33351

RECEIVED & FILE
2019 APR -5  PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Clerk of the U.S. District
Court for the District of Puerto
Room 150  Federal Bldg
150 Carlos Chardon Ave
San Juan PR  00918 - 1767

7. Zaremba

00918$1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -5 PM 4: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
          as representative of                  :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
          Debtors.                              :
------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| HUGO TARABOLETTI | |
| DENISE M. TARABOLETTI | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| DENISE.TARABOLETTI @ YAHOO.COM | |
| Email Address | Email Address |

*31782 CHABLIS LANE*
Address line 1                                          Address line 1

_____                        _____
Address line 2                                          Address line 2
*LEWES, DE 19958*
City, State Zip Code                                    City, State Zip Code
*UNITED STATES*
Country                                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
        *74514LB89*
        *74514LB63*

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** please **circle one**).

By: *Hugo Taraboletti · Denise M. Taraboletti*
Signature

*HUGO TARABOLETTI     DENISE M. TARABOLETTI*
Print Name

_____
Title (if Participant is not an Individual)

*4·2-19*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Carabollette
31782 Chablis Lane
Lewes, DE   19958

The Clerk of the United States
    District Court for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

00918$1706 C018

RECEIVED & FILED
2019 APR -5  PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------X

In re:                                               :

                                                     :       RECEIVED & FILED

THE FINANCIAL OVERSIGHT AND           :       2019 APR -5  PM 4: 37

MANAGEMENT BOARD FOR PUERTO RICO,    :       CLERK'S OFFICE
                                                     :       U.S. DISTRICT COURT
                                                     :       PROMESA  SAN JUAN, P.R.
        as representative of                   :       Title III
                                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   Case No. 17-BK-3283 (LTS)
                                                     :
        Debtors.                               :       (Jointly Administered)

------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Joseph Hydock | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Jhydock.1941@yahoo.com | |
| Email Address | Email Address |
| | |

Address line 1                                          Address line 1

3680 Warfield Deive                                     _____

Address line 2                                          Address line 2

Huntingdon Vly, PA 19006                                _____

City, State Zip Code                                    City, State Zip Code

USA                                                     _____

Country                                                 Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? **YES** or **NO** (please **circle one**).

By: _Joseph Hydock_____

Signature

_Joseph Hydock_____

Print Name

_____

Title (if Participant is not an Individual)

_____

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the**
**Participant is not represented by counsel, the Participant may file a paper copy of this Notice of**
**Participation with the District Court by delivering such Notice of Participation by mail or by hand**
**addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150**
**Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Wealth Management**

3000 Atrium Way
Suite 500
Mount Laurel, NJ 08054-3914

RECEIVED & FILED
2019 APR -5 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN



PHILADELPHIA PA 190

02 APR 2019 PM 4 L

The Clerk of the United States District Court
for the
District of Puerto, Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625



Mr. Joseph Hydock
3680 Warfield Dr
Huntingdon Valley, PA 19006-3424

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -5  PM 4: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---------------------------------------------------------X

In re:                                                  :

THE FINANCIAL OVERSIGHT AND                             :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :      Title III

                                                        :
      as representative of                              :      Case No. 17-BK-3283 (LTS)

                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.,*               :      (Jointly Administered)

                                                        :
      Debtors.                                          :
---------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Jeremy J. Malsam* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
| --- | --- |
| 1617 NICKLAUS DRIVE | |
| Address line 2 | Address line 2 |
| Aberdeen, SD 57401 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

Cusip # 74514LB89 → $25,000

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: Jeremy Malsam
Signature

Jeremy Malsam
Print Name

_____
Title (if Participant is not an Individual)

3-25-19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Jeremy Malsam

1617 Nicklaus Dr

Aberdeen, SD 57401

The Clerk of the United States District Court

for the District of Puerto

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan PR   00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:                                                            :

THE FINANCIAL OVERSIGHT AND                                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                 :    Title III

      as representative of                                          :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,                         :    (Jointly Administered)

      Debtors.                                                     :

------------------------------------------------------------------X

*RECEIVED & FILED*
*2019 APR -5 PM 4: 37*
*U.S. DIST. OFFICE*
*SAN JUAN, P.R.*

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| MARK D. BROOK | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| mbrook6@gmail.com | |
| Email Address | Email Address |

Address line 1                                    Address line 1

7223 E. CAMINO VALLE VERDE
Address line 2                                    Address line 2

TUCSON AZ 85715
City, State Zip Code                              City, State Zip Code

USA
Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L B 63
74514 L B 89

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:  *Mark D. Brook*
     Signature

MARK D. BROOK
Print Name

_____
Title (if Participant is not an Individual)

31 MAR 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**MARK D. BROOK, ESQ.**



7223 E. Camino Valle Verde
Tucson, AZ 85715

PHOENIX AZ 852

RECEIVED & FILED
2019 APR -5 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

TO:
THE CLERK of the U.S. DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X
                                                        :
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :   Title III
                                                        :
        as representative of                            :   Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO et al.,                 :   (Jointly Administered)
                                                        :
        Debtors.                                        :
-----------------------------------------------------------------X
```

RECEIVED & FILED
2019 APR -5 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Dennis D. Kasparek and
Dolores M. Kasparek Jt. Ten
Participant Name

_____
Contact Person (if Participant is not an individual)

lucy@zianet.com
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

_4725 Grider Rd._
Address line 2

_Las Cruces, NM 88007_
City, State Zip Code

_USA_
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
_74514LB89_
_74514LB63_
_74514LB55_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _Dolores M Kasparek_
       Signature
_Dennis D. Kasparek and_
_Dolores M. Kasparek  Jt. Ten._
Print Name

_____
Title (if Participant is not an Individual)
_April 2, 2019_
_April 2, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



D. Kasparek
4725 Grider Rd
Las Cruces NM 88007-5412



EL PASO TX 799
RIO GRANDE DISTRICT
02 APR 2019 PM 1

RECEIVED & FILED
2019 APR -5  PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**The Clerk of the United States District Court for the District of Puerto**

**Room 150 Federal Building, 150 Carlos Chardon Avenue**

**San Juan, PR 00918-1767**

00918-170625

UNITED STATES DISTRICT COURT & FILED
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X    2019 APR -5  PM 4: 38

In re:

CLERK'S OFFICE
U.S.DISTRICT COUR
SAN JUAN. PR

THE FINANCIAL OVERSIGHT AND                                      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               Title III

      as representative of                                  Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*                        (Jointly Administered)

      Debtors.

------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| MARGARET BURT REV TRUST | |
| Participant Name | Firm Name (if applicable) |
| MARGARET R. BURT | |
| Contact Person (if Participant is not an individual) | Contact Person |
| grbmrb@bellsouth.net | |
| Email Address | Email Address |

Address line 1                           Address line 1

3112 PieR I

Address line 2                           Address line 2

JoneSBoro, GA 30281

City, State Zip Code                     City, State Zip Code

USA

Country                                  Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant
    believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
    believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                74514 LA80

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market? (YES) or **NO** (please **circle one**).

By:    _____
      Signature

      MARGARET R. BURT
      Print Name

      _____
      Title (if Participant is not an Individual)

      4-1-2019
      Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

BURT
3112 PIER I
JONESBORO, GA 30236

ATLANTA METRO 300

01 APR 2019 PM 4 L



THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2019 APR -5 PM 4:
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

00918-170625

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -5 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------X
                            :

In re:                       :

THE FINANCIAL OVERSIGHT AND    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III

      as representative of       :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :    (Jointly Administered)

      Debtors.         :
-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| BARBARA ROBERTS-POOLE | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Frombarbarapode@yahoo.com | |
| Email Address | Email Address |
| | |

SRF 30944

Address line 1

*9917 JUNIPER LANE*

Address line 2

*OVERLAND PARK, KS 66207*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Barbara Roberts-Poole*
Signature

*BARBARA ROBERTS-POOLE*
Print Name

_____
Title (if Participant is not an Individual)

*MARCH 29, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Ms. Barbara Poole

9917 Juniper Ln.
Overland Park, KS 66207



U.S. POSTAGE PAID
FCM LETTER
SUN CITY, AZ
85351
APR 01 19
AMOUNT
**$0.55**
R2305M143943-17

1000        00918

RECEIVED & FILED
2019 APR -5 PM 4: 38
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Bldg.
150 Carlos Chardon Avenue
San Juan, P.R.
00918-1767

SRF 3096

Case:17-03283-LTS   Doc#:6140-1   Filed:04/05/19   Entered:04/08/19 10:48:15   Desc:
Pro Se Notices of Participation   Page 47 of 109

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND               :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :        Title III
                                                          :
      as representative of                      :        Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                                          :
      Debtors.                                   :

----------------------------------------------------------------X

*RECEIVED & FILED*
*2019 APR -5  PM 4: 38*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, PR*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Salvatore Sparacio* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *salsparacio2cyahoo.com* | |
| Email Address | Email Address |
| | |

Address line 1

1612 Bath Avenue

Address line 2

Brooklyn NY 11214

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L C 62
74514 5 T 8 5
74514 L T K 3

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Salvatore Sparacio_
Signature

Salvatore Sparacio
Print Name

_____
Title (if Participant is not an Individual)

3/30/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Mr. Salvatore Sparacio
1612 Bath Ave.
Brooklyn, NY 11214

00918-170399

RECEIVED & FILED
2019 APR -5 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
              as representative of              :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,       :    (Jointly Administered)
                                                :
              Debtors.                          :
------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Neil A Rosenburg* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *NPROSEN@OpTonLine.Com* | |
| Email Address | Email Address |

Address line 1                                    Address line 1
_96 MANitou Trail_                                _____
Address line 2                          11754      Address line 2
_Kings Park N.Y. 11754_                           _____
City, State Zip Code                              City, State Zip Code
_USA_                                             _____
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

      _X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
      _74514CB89    Series 2012 A_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Neil A Rosenberg_
   Signature

   _Neil A Rosenburg_
   Print Name

   _____
   Title (if Participant is not an Individual)

   _4/1/19_
   Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Mr. Neil Rosenberg
96 Manitou Trl.
Kings Park, NY 11754

MID-ISLAND NY 117

02 APR 2019 PM 2 L



The Clerk of The U.S. District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
        as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :   (Jointly Administered)
                                                  :
        Debtors.                                  :
------------------------------------------------------------X
```

RECEIVED & FILED

2019 APR -5  PM 4: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Myron F and Fern Esselman Irrevocable | |
| Participant Name   Trust UAD 3/23/2015 | Firm Name (if applicable) |
| Myron F Esselman, Trustee | |
| Contact Person (if Participant is not an individual) | Contact Person |
| ritaesselman@msn.com | |
| Email Address | Email Address |

Address line 1                                    Address line 1

_505 Winton St_
Address line 2                                    Address line 2

_Wausau WI 54403-3257_
City, State Zip Code                              City, State Zip Code

_USA_
Country                                           Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); or

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
     sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
     the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
              _74514LC39_

        (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
              secondary market? **YES** or **NO** (please **circle one**).

By: _+ Myron F Esselman_
    Signature

    _Myron F Esselman_
    Print Name

    _Trustee_
    Title (if Participant is not an Individual)

    _4/1/2019_
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mr. Myron Esselman
505 Winton Street
Wausau WI  54403-3257

GREEN BAY WI 543

02 APR 2019 PM 1 L



RECEIVED & FILED
2019 APR -5 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the United States District Court
  for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO** & FILED

------------------------------------------------------------X

2019 APR -5 PM 4:38

In re:                                                                        :

THE FINANCIAL OVERSIGHT AND                        :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :        Title III
                                                                              :
            as representative of                                :        Case No. 17-BK-3283 (LTS)
                                                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :        (Jointly Administered)
                                                                              :
            Debtors.                                                 :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *angelino and Gerald Fangerman* | |
| Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| Email Address | Email Address |

Address line 1

*121 Hyway 15*

Address line 2

City, State Zip Code

*Fenton Iowa 50539*

Country *U.S.*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LB89*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Angeline M Langerman*          *Gerald Langerman*
Signature                                              *GERALD L LANGERMAN*

*Angeline M Langerman*
Print Name

_____
Title (if Participant is not an Individual)

*4-2-2017*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

angeline Harold Langerman 881500

121 Hgway 15

Fenton Iowa 50539

the Clerk of the United States District Court for the District of Puerto

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan, PR

00918 - 1767

RECEIVED & FILED
2019 APR -5 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

009188I703 C018

RECEIVED & FILED

2019 APR -5 PM 4: 38

SRF 30944

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\* 'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X
                                  :

In re:                               :

THE FINANCIAL OVERSIGHT AND        :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :       Title III
                               :

      as representative of          :       Case No. 17-BK-3283 (LTS)
                               :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :       (Jointly Administered)
                               :

      Debtors.                 :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Donald J. Viering | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| donviering@aol.com | |
| Email Address | Email Address |

SRF 30944

Address line 1                                    Address line 1
51  Los  Hornos
_____                   _____
Address line 2                                    Address line 2
Lamy, NM    87540
_____                   _____
City, State Zip Code                              City, State Zip Code
USA
_____                   _____
Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                74514LE86

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? **YES** or NO (please **circle one**).

By:  Donald J. Viering
     _____
     Signature

     Donald J. Viering
     _____
     Print Name

     _____
     Title (if Participant is not an Individual)

     3/29/19
     _____
     Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed
electronically with the District Court pursuant to its Electronic Case Filing procedures.  If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

Viering
51 Los Hornos
Lamy, NM
87540

ALBUQUERQUE NM 870

The Clerk of the United States District Court for
the District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan, PR

00918-1767

RECEIVED & FILED
2019 APR -5 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SANTA FE NM 87505
APR 02 2019

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

```
-------------------------------------------------------------X
                                                     :   2019 APR -5  PM 4: 38
In re:                                               :
                                                     :      CLERK'S OFFICE
THE FINANCIAL OVERSIGHT AND                          :   U.S. DISTRICT COURT
MANAGEMENT BOARD FOR PUERTO RICO,                    :   PROMESA SAN JUAN, P.R.
                                                     :   Title III
             as representative of                    :
                                                     :   Case No. 17-BK-3283 (LTS)
                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,              :   (Jointly Administered)
                                                     :
             Debtors.                                :
-------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Douglas R. Robinson* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *drprlit3283@gmail.com* | |
| Email Address | Email Address |

Address line 1

3 Crosswood Way

Address line 2

Warren, NJ 07059

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LA 72 , 74514 LC 47

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Douglas R. Robinson

Print Name

_____

Title (if Participant is not an Individual)

4/4/19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Robinson
3 Crosswood Way
Warren, NJ 07059

DV DANIELS NJ 070

02 APR 2019 PM 1 L

RECEIVED & FILED
2019 APR -5 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of U.S. Dist. Court for Dist. of PR
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918 - 1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :       Title III
                                                  :
          as representative of                    :       Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :       (Jointly Administered)
                                                  :
          Debtors.                                :
--------------------------------------------------X
```

RECEIVED & FILED

2019 APR -5 PM 4: 38

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

SANDRA M. ANDREWS
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1 _____     Address line 1 _____

Address line 2 _____     Address line 2 _____

City, State Zip Code _____     City, State Zip Code _____

Country _____     Country _____

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       __X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Sandra M. Andrews* TTEE
Signature

*SANDRA M. ANDREWS*
Print Name

_____
Title (if Participant is not an Individual)

    _____3-25-19_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

## STIFEL

Stifel, Nicolaus & Company, Incorporated
4449 Easton Way
Suite 120
Columbus, Ohio 43219

COLUMBUS
OH 430
02 APR '19
PM 5 L



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰
02 1P
0001962650   APR 01 2019
MAILED FROM ZIP CODE 43219

RECEIVED & FILED
2019 APR -5 PM 4:38
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
For District of Puerto
Room 150   Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -5 PM 4: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :    Title III
                                               :
        as representative of                   :    Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :    (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| **Eugene R. Krauss** | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| **eugenekrauss@hotmail.com** | |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 | Address line 1 |
| **1580 E 18TH ST APT 5C** | |
| Address line 2 | Address line 2 |
| **BROOKLYN, NY 11230-7255** | |
| City, State Zip Code | City, State Zip Code |
| **USA** | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
**74514LA49 - GO bought 3/8/12, sold 3/29/19. No interest received after 1/1/16. 745235K75 - PBA bought 6/26/09, matured 7/1/18, sold 1/17/19. No interest received after 7/1/16. Resolution of objections will affect funds available to pay non-challenged GO Bonds that I presently hold, e.g. 74514LZG5. See notes added to 3 Purchase Confirmations attached. All Rights Reserved.**

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please circle one).

By: *Eugene R. Krauss*
Signature

**Eugene R. Krauss**
Print Name

_____
Title (if Participant is not an Individual)

**April 2, 2019**
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

001 of 002

# MorganStanley SmithBarney

This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.



00007827 01 MB 0.404 01 TR 00043 MSCNPYA1

Exchange Code: 8
Execution Code: U
Your Account Number: redacted
Cash Account - Active Assets

#BWNJGWM

EUGENE R KRAUSS
1580 E 18TH STREET APT 5C
BROOKLYN NY 11230-7255

Your Financial Advisor
GATTOGATTOHUGHESGROUP
TWO JERICHO PLAZA
JERICHO, NY 11753
(516) 336-0700



## You Bought
### Trade Date 03/08/12 for Settlement on 04/03/12

| Quantity | 20,000 | Price | 98.174 | Settlement Amount | |
|---|---|---|---|---|---|

**Description:**

PUERTO RICO COMWLTH PUB IMPT REF SER-A

| | |
|---|---|
| Principal | $19,634.80 |
| Net Amount | $19,634.80 |

MATURES 07/01/2021    COUPON 4.00% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 04/03/2012    FIRST COUPON DATE 01/01/2013

GENERAL OBLIGATION
OID YLD  4.24
INITIAL PUBLIC OFFERING PRICE: 98.174
YIELD 4.2400
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 03/08/12 AND ARE SUBJECT TO CHANGE.
    S&P RATING: BBB
    MOODY'S RATING: BAA1
BOOK ENTRY ONLY
ORIGINAL ISSUE DISCOUNT
THIS IS A WHEN AND IF ISSUED TRANSACTION
FOR ADDITIONAL INFORMATION RELATED TO THIS SECURITY,
INCLUDING MUNICIPAL MATERIAL EVENT AND FINANCIAL DISCLOSURES
AND MARKET DATA, PLEASE GO TO www.emma.msrb.org
***************************************************
**OFFICIAL STATEMENT IS AVAILABLE AT THE FOLLOWING
**WEBSITE: www.emma.msrb.org
**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE.
***************************************************

**These Book Entry bonds were transferred to holder's account at Merrill Lynch
on 10/13/16 where they stayed until sold on 3/29/19. NO Interest was received
by holder's accounts for the periods from 1/1/16 to 7/1/16, 7/1/16 to 1/1/17,
1/1/17 to 7/1/17, 7/1/17 to 1/1/18, 1/1/18 to 7/1/18, 7/1/18 to 1/1/19, and
1/1/19 to 3/29/19. Unpaid Interest Claim totals $2,528.89.**

**Holder's Financial Advisor listed above transferred to Merrill Lynch and remains
as holder's Financial Advisor. New Address: Merrill Lynch Pierce Fenner & Smith,
100 Jericho Quadrangle, Suite 242, Jericho, NY 11753.
New Phone No.: +1-888-670-5332.**

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction may have been executed with Morgan Stanley & Co. LLC and/or Citigroup Global Markets Inc., affiliates, which receive compensation for any such services.

Security No. 74514LA49

Security Mark
at Right

1

006692

**MorganStanley
SmithBarney**

*P.O. Box 340
New York, NY 10008-0340*

**#BWNJGWM
EUGENE R KRAUSS
1580 E 18TH STREET APT 5C
BROOKLYN NY 11230-7255**

*This transaction is confirmed in accordance
with the explanations and conditions
stated on the reverse side.*

Exchange Code: 8
Execution Code: U
Your Account Number: redacted
Cash Account - Active Assets

Your Financial Advisor
GATTOGATTOHUGHESGROUP
TWO JERICHO PLAZA
JERICHO, NY 11753
(516) 336-0700

**You Bought
Trade Date 06/26/09 for Settlement on 07/01/09**

| Quantity | 10,000 | Price | 98.964 | Settlement Amount | |
|---|---|---|---|---|---|
| *Description:* | | | | Principal | $9,896.40 |
| PUERTO RICO PUB BLDG AUTH REV SER-P | | | | Net Amount | $9,896.40 |

MATURES 07/01/2018    COUPON 5.75% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 07/01/2009    FIRST COUPON DATE 01/01/2010

REVENUE BOND
OID YLD  5.90
INITIAL PUBLIC OFFERING PRICE: 98.964
YIELD 5.9000
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 06/26/09 AND ARE SUBJECT TO CHANGE.
   S&P RATING: BBB-
   MOODY'S RATING: BAA3
BOOK ENTRY ONLY
ORIGINAL ISSUE DISCOUNT
OFFICIAL STATEMENT

**These bonds' CUSIP No. does not appear on the list of "challenged bonds"
included in the Notice of Omnibus Objection issued by the Court. However,
a broad-based Objection was lodged against all PBA bonds by the
Objectors so I am including it in the Notice of Participation. These
bonds matured on 7/1/18 but were not redeemed at maturity. NO
interest was received for periods from 7/1/16 to 1/1/17, 1/1/17 to
to 7/1/17, 7/1/17 to 1/1/18, and 1/1/18 to 7/1/18. Unpaid
Interest Claim to 7/1/18 totals $1,150.00.  The already matured bonds were
sold on 1/17/19.**

**These Book Entry bonds had been transferred to holder's account at Merrill
Lynch on 10/13/16 where they remained until 1/17/19. Holder's Financial
Advisor listed above transferred to Merrill Lynch & remains as holder's
Financial Advisor. New Address: Merrill Lynch Pierce Fenner & Smith,
100 Jericho Quadrangle, Suite 242, Jericho, NY 11753.
New Phone No.: +1-888-670-5332.**

Investments and services are offered through Morgan Stanley Smith Barney LLC, and accounts carried by
Morgan Stanley & Co. Incorporated; members SIPC.
The transaction may have been executed with Morgan Stanley & Co. Incorporated and/or Citigroup Global
Markets Inc., affiliates, which receive compensation for any such services.

Security No. 745235K75

Security Mark
at Right

2

011015
001 of 002

# MorganStanley SmithBarney

*This transaction is confirmed in accordance
with the information provided on the
Conditions and Disclosures page.*

00016993 01 MB  0.390 01  TR 00092 MSCNPJA2

#BWNJGWM
EUGENE R KRAUSS
1580 E 18TH STREET APT 5C
BROOKLYN NY 11230-7255

Exchange Code: 8
Execution Code: U
Your Account Number:  redacted
Cash Account - Active Assets

Your Financial Advisor
GATTOGATTOHUGHESGROUP
TWO JERICHO PLAZA
JERICHO, NY 11753
(516) 336-0700

ɪɪɪlɪɪllⁱⁱʰlɪⁱⁱⁱⁱʰɪⁱⁱⁱlⁱlⁱɪllⁱlⁱllⁱⁱʰlⁱⁱʰⁱlⁱⁱⁱlⁱⁱlⁱⁱ

### You Bought
### Trade Date 06/30/11 for Settlement on 07/12/11

| Quantity | 40,000 | Price | 100.00 | | Settlement Amount | |
|---|---|---|---|---|---|---|

Description:
PUERTO RICO PUBLIC IMPROVEMENT REF SER-D
MATURES 07/01/2020      COUPON 4.50% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 07/12/2011      FIRST COUPON DATE 01/01/2012

YIELD TO MATURITY    4.500%
GENERAL OBLIGATION
   NEXT CALL DATE: 07-01-16   NEXT CALL PRICE: 100.000
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 06/30/11 AND ARE SUBJECT TO CHANGE.
   MOODY'S RATING: A3
BOOK ENTRY ONLY
THIS IS A WHEN AND IF ISSUED TRANSACTION
CALLABLE
THIS DEBT SECURITY MAY BE REDEEMED/ACCELERATED IN WHOLE
OR PART BEFORE MATURITY. THIS REDEMPTION/ACCELERATION
COULD AFFECT THE YIELD REPRESENTED; ADDITIONAL
INFORMATION IS AVAILABLE UPON REQUEST.
*************************************************
**OFFICIAL STATEMENT IS AVAILABLE AT THE FOLLOWING
**WEBSITE: www.emma.msrb.org
**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE.
*************************************************

**These GO bonds were issued prior to 2012 & are not "challenged bonds".
However, resolution of the objections to challenged bonds will affect funds
available to pay these non-challenged GO bonds. NO interest has been paid
on these bonds since 1/1/16. Unpaid Interest Claim on these bonds sub-
totals $5,855.00 as of 4/2/19.**
**These Book Entry bonds were transferred to holder's account at Merrill Lynch
on 10/13/16 where they remain as of 4/2/19. Holder's Financial Advisor
listed above transferred to Merrill Lynch & remains as holder's Financial
Advisor. New Address: Merrill Lynch Pierce Fenner & Smith, 100 Jericho
Quadrangle, Suite 242, Jericho, NY 11753. New Phone No.:
+1-888-670-5332.**

| | |
|---|---|
| Principal | $40,000.00 |
| Net Amount | $40,000.00 |

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction may have been executed with Morgan
Stanley & Co. Incorporated and/or Citigroup Global Markets Inc., affiliates, which receive compensation for
any such services.

Security No. 74514LZG5

Security Mark
at Right

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X
                                   :

In re:                                 :

THE FINANCIAL OVERSIGHT AND     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :   Title III
                                 :

      as representative of      :   Case No. 17-BK-3283 (LTS)
                                 :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)
                                 :

      Debtors.                :
------------------------------------------------------------------X

AFFIDAVIT OF MAILING AND E-MAILING NOTICE OF PARTICIPATION

STATE OF NEW YORK )
                    ) ss.:
COUNTY OF KINGS    )

     EUGENE R. KRAUSS, being duly sworn or affirming the contents hereof under the penalty of perjury, deposes and says:

     That I mailed on this date by First Class Mail my completed Notice of Participation form with 3 Attachments and this Affidavit, properly addressed and postage pre-paid, to the Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, SAN JUAN, PR 00918-1767 and on this date sent a copy of same via E-mail to the "Notice Parties" listed below and on the next page of this Affidavit:

BROWN RUDNICK LLP
Attn: Edward S. Weisfelner, Esq.
Angela M. Papalaskaris, Esq.
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq.
sbest@brownrudnick.com

Sunni P. Beville, Esq.
sbeville@brownrudnick.com

ESTRELLA, LLC
Attn: Alberto Estrella, Esq.
Kenneth C. Suria, Esq.
agestrella@estrellallc.com (as corrected)
ksuria@estrellallc.com

PAUL HASTINGS LLP
Attn: Luc. A. Despins, Esq.
James R. Bliss, Esq.
Nicolas A. Bassett, Esq.
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com

CASILLAS, SANTIAGO & TORRES LLC
Attn: Juan J. Casillas Ayala, Esq.,
Diana M. Batlle-Barasorda, Esq.
Alberto J. E. Añeses Negrón, Esq.
Ericka C. Montull-Novoa, Esq.
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

IN WITNESS WHEREOF, I have signed this Affidavit consisting of two pages on this 2nd day of April, 2019.

Eugene R. Krauss

Sworn to or affirmed before me
under penalty of perjury on this
2nd day of April, 2019.

Notary Public, State of New York

ROMAN LYTVYN
Notary Public, State of New York
No. 01LY6328332
Qualified in Richmond County
Commission Expires July 27, 2019

Affidavit of Mailing & E-mailing
Page 2 of 2 Pages

Eugene R. Krauss
1580 E 18TH ST APT 5C
BROOKLYN, NY 11230-7255
------------------------------------------------
**Pro Se Notice of Participation**
17-BK-3283 (LTS)







RECEIVED & FILED
2019 APR -5  PM 4: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**The Clerk of the United States District Court**
**for the District of Puerto Rico**
**Room 150 Federal Building**
**150 Carlos Chardon Avenue**
**SAN JUAN, PR 00918-1767**

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -5 PM 4: 39

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN.P.R

-----------------------------------------------------------------X

In re:                                                                  :

THE FINANCIAL OVERSIGHT AND                            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :        Title III
                                                                          :
　　　　　as representative of                              :        Case No. 17-BK-3283 (LTS)
                                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,     :        (Jointly Administered)
                                                                          :
　　　　　Debtors.                                              :
-----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in**
**accordance with the instructions set forth at the end of this document.**

　　　　　The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,*
*Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,*
*Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by*
*Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

　　　　　To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.　　　Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
| --- | --- |
| *Ellen Barron* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *N/A* | |
| Email Address | Email Address |

Address line 1                                   Address line 1

8 Dunbar St.

Address line 2                                   Address line 2

Staten Island, NY  10308

City, State Zip Code                             City, State Zip Code

USA

Country                                          Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

           X        intends to **support** the relief requested in the Objection (i.e., Participant
           believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

           _____ intends to **oppose** the relief requested in the Objection (i.e., Participant
           believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market?  **YES** or **NO** (please *circle one*).

By: _____

      Signature

      Ellen Barron

      Print Name


      _____

      Title (if Participant is not an Individual)

      3/26/2019

      Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Barron
8 Dunbar St.
SI, NY 10308

8100 6021981600

UNITED STATES POSTAGE
PITNEY BOWES

02 1P                    $ 000.50⁰
0001753870   APR 02 2019
MAILED FROM ZIP CODE 10309

RECEIVED & FILED
2019 APR -5  PM 4: 39
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

The Clerk of the US District Court
For the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -5  PM 4: 39

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :       Title III

    as representative of                                        :       Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :       (Jointly Administered)

    Debtors.                                                    :

------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Doris E. Marley & Linda D. Marley JT Wros | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

Address line 1

*417 Central Ave.*

Address line 2

*Cheltenham, PA. 19012*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

*X* intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 L D 87*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By: *Doris E. Marley   Linda D. Marley*

Signature

*Doris E. Marley + Linda D. Marley*

Print Name

_____

Title (if Participant is not an Individual)

*4/2/19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Linda Marley
417 Central Ave
Cheltenham, PA 19012

PHILADELPHIA PA 190

02 APR 2019 PM 7 L



The Clerk of the United States
District Court for the District of Puerto
Room 150 - Federal Building
150 Carlos Chardon Ave.
SAN JuAN, PR     00918-1767

00918-170399

Corporate Action Event Library - Client View

Page 1 of 1

RECEIVED & FILED

2019 APR -5 PM 4: 39

CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN. P.R

SRF 30044

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO.           :   Title III
                                            :
            as representative of            :   Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :   (Jointly Administered)
                                            :
            Debtors.                        :
-------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection. Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel. if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

DAVID   A. BROWN
Participant Name                                     Firm Name (if applicable)


Contact Person (if Participant is not an individual)    Contact Person

dbrown@whittet-higgins.com
Email Address                                       Email Address

Corporate Action Event Library - Client View                                     Page 1 of 1

SRF 30944

Address line 1                                          Address line 1

P. O. BOX 9445                                          _____
Address line 2                                          Address line 2

PROVIDENCE RI   02940                                   _____
City, State Zip Code                                    City, State Zip Code

UNITED STATES of AMERICA                                _____
Country                                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **invalid**); *or*

            **X** intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

            (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                   74514LA49

            (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                   secondary market? (YES) or NO (please **circle one**).

By: _David a Brown_____
    Signature

    DAVID A BROWN
    Print Name

    _____
    Title (if Participant is not an Individual)

    29th MARCH 2019
    Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

https://reorgdocumentlibrary.broadridge.com/Client/Client?data=0219/N30666/74514L/c        3/20/2019



David A. Brown
P. O. Drawer 9445
Providence, R.I. 02940

RE 006 086 614 US

Label 200, August 2005        PSN 7690-03-000-9311

U.S. POSTAGE PAID
FCM LETTER
CENTRAL FALLS, RI
02863
MAR 29, 19
AMOUNT
$15.75
R2305K132931-03

1000        00918

APR 0 5 2019

RETURN RECEIPT
REQUESTED

RECEIVED & FILED
2019 APR -5 PM 4:39

The Clerk of the United States District Court
District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RETURN RECEIPT
REQUESTED

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III
                                          :
          as representative of            :    Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :    (Jointly Administered)
                                          :
          Debtors.                        :
                                          :
-------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

  **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

  The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

  To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Participant Name                                     Firm Name (if applicable)

TELU  RAM  BAJAR
Contact Person (if Participant is not an individual)  Contact Person

Email Address                                        Email Address

TELU @ BAJAR.CO.UK

Address line 1

*VILLA 64 | 86 B*

Address line 2

*JUMEIRA BEACH RD, JUMEIRA 1*

City, State Zip Code

*DUBAI   P.O BOX 212395*

Country

*U. A. E*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

_____

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ X  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LE 869   SERIES 2014 A*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

Print Name

*MR. TELU RAM BAJAR*

Title (if Participant is not an Individual)

_____

Date   *28 MARCH 2019*

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

THE CLERK OF THE UNITED STATES DISTRICT FOR
THE DISTRICT OF PUERTO RICO, ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN
PR 00918 - 1767
PUERTO RICO, USA



ITS
Royal Mail.u
POSTAGE PAID UK 5
29/03/19 £6.45    DA11
162014        2-1021530

· SINGLE USE ONLY ·



Royal Mail

Great Britain
Recommandé
**R**
International
Tracked & Signed

RN 5664 7410 7GB          RN 5664 7410 7GB

RN 5664 7410 7GB          Sig req

RN 5664 7410 7GB          Sig req

RN 5664 7410 7GB          Sig req

Scan   PRIORITY MAIL   Signature Required   REGISTERED DELIVERY

RECEIVED & FILED
2019 APR -5 PM 4:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

       Debtors.

-------------------------------------------------------X

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Palley Family Trust | |
| Participant Name | Firm Name (if applicable) |
| Beau Palley | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Beau@orionoutdoor.com | |
| Email Address | Email Address |

Address line 1

368 CRiVelli ct
_____
Address line 2

El DoRADo Hills CA 95762
_____
City, State Zip Code

UNited StAtes
_____
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB63          74514LB89

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
Signature

Beau Palky
_____
Print Name

_____
Title (if Participant is not an Individual)

4/2/19
_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

From: Palley Family Trust
368 Crivelli Ct
El Dorado Hills CA 95762



RECEIVED & FILED
2019 APR -5 PM 4: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PLACE
STAMP
HERE

The Clerk of The United States District Court
For District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767



**PRIORITY** ★ **MAIL** ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE





UNITED STATES
POSTAL SERVICE®

1006          00918

U.S. POSTAGE PAID
PM 3-Day
CARLSBAD, CA
92011
APR 02 19
AMOUNT

**$7.35**

R2303S101340-10



EXPECTED DELIVERY DAY:  04/05/19

**USPS TRACKING NUMBER**

9505 5125 9677 9092 5311 21

* For International shipments, the maximum weight is 4 lbs.

**EP14H July 2013 Outer Dimension: 10 x 5**

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :    Title III
                                                            :
          as representative of                              :    Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                   :    (Jointly Administered)
                                                            :
          Debtors.                                          :
-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| CONSTELLATION CAPITAL MANAGEMENT, LLC | |
| Participant Name | Firm Name (if applicable) |
| EUGENE MONE | |
| Contact Person (if Participant is not an individual) | Contact Person |
| EMONE@CONSTELLATIONCAPITAL.com | |
| Email Address | Email Address |

PLEASE REFER TO DOCKET #4743

Address line 1

*1025 WESTCHESTER AVE, #2601*

_____

Address line 2

*WHITE PLAINS, NY 10604*

City, State Zip Code

*USA*

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    *74514LE86*

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *[signature]*

Signature

*EUGENE MONE*

Print Name

*CHIEF COMPLIANCE OFFICER*

Title (if Participant is not an Individual)

*APRIL, 2 2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



AMOUNT
**$7.35**

R2304M114073-84

00918



# PRIORITY®
# MAIL

te of delivery specified*

PS TRACKING™ included to many major
ernational destinations.

nited international insurance.

k up available.*

der supplies online.*

en used internationally, a customs
claration label may be required

EXPECTED DELIVERY DAY: 04/05/19

**USPS TRACKING NUMBER**



9505 5150 2412 9092 2403 77

**PRIORITY**
★ MAIL ★

UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: CONSTELLATION CAPITAL
MANAGEMENT, LLC
1025 WESTCHESTER AVE. #LL01
WHITE PLAINS, NY 10604

TO: THE CLERK OF THE UNITED
STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO
ROOM 150, FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

To schedule free
Package Pickup,
scan the QR code.



**USPS.COM/PICKUP**

Label 228, March 2016          **FOR DOMESTIC AND INTERNATIONAL USE**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

c only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

2019 APR -5 PM 4: 03

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :      Title III
                                                  :
          as representative of                    :      Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.,*          :      (Jointly Administered)
                                                  :
          Debtors.                                :
-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**    **Counsel Contact Information (if any)**

Metacapital Mortgage Opportunities Master Fund, Ltd.
_____    _____
Participant Name    Firm Name (if applicable)

Daniel Caffarelli
_____    _____
Contact Person (if Participant is not an individual)    Contact Person

operations@metacapital.com
_____    _____
Email Address    Email Address

c/o Metacapital Management, LP.
152 West 57th Street
_____    _____

SRF 31030

Address line 1

38th Floor
_____
Address line 2

New York, New York 10019
_____
City, State Zip Code

United States of America
_____
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  X    intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LB63, 74514LB89, 74514LE86

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market?  YES or **NO** (please **circle one**).

By: _____
Signature

Daniel Caffarelli
_____
Print Name

*
_____
Title (if Participant is not an Individual)

   03/27/2019
_____
Date

*Chief Compliance Officer & Legal Counsel of
Metacapital Management, L.P., the investment
adviser of Metacapital Mortgage Opportunities
Master Fund, Ltd.

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice
of Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**METACAPITAL**



RECEIVED & FILED
2019 APR -5  PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

<u>Via FedEx No. 7748 7580 2484</u>

April 3, 2019

The Clerk of the United States District Court
  for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

> Re:   NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS
> FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH
> GENERAL OBLIGATION BONDS
>
> *In re:* THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
> PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO
> RICO *et al.*, Debtors.  Case No. 17-BK-3283 (LTS)

Ladies and Gentlemen:

Please find enclosed three (3) Notices of Participation with respect to the above referenced matter, which are being filed by Metacapital Management, L.P. on behalf of the following beneficial owners of Challenged GO Bonds:

> 1.   Metacapital Mortgage Opportunities Master Fund, Ltd.
> 2.   Metacapital Mortgage Value Master Fund, Ltd.
> 3.   Super Certus Cayman Fund Limited

Please contact the following person with any questions:

> Daniel Caffarelli
> Chief Compliance Officer & Legal Counsel
> Metacapital Management, L.P.
> 152 West 57th Street, 38th Floor
> New York, New York 10019
> Email: operations@metacapital.com
> Telephone: +1 (212) 300-0500

Sincerely,

Daniel Caffarelli
Chief Compliance Officer & Legal Counsel
Metacapital Management, L.P.



FedEx®

RT 713 FZ

1700 B
00 05Apr
2484

ORIGIN ID:QNYA   (212) 300-0500
METACAPITAL MANAGEMENT
ADRIENNE FAVIS
152 W 57TH STREET FL 38

NEW YORK, NY 10019 US
SIGN: METACAPITAL MANAGEME

TO CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918
(787) 772-3000

INV:
PO:                    REF:

BILL SENDER
NO EEI 30.37(a)

(US)

DEPT:

FedEx
Express

E

FedEx Ship Manager - Print Your Label(s)

TRK#  7748 7580 2484
0430

SH SIGA

FRI - 05 APR A5
INTL ** 2DAY **

00918
PR-US  SJU

4/3/2019

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED

2019 APR -5  PM 4: 03

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
-------------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III
                                          :
         as representative of             :    Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :    (Jointly Administered)
                                          :
         Debtors.                         :
-------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Metacapital Mortgage Value Master Fund, Ltd. | |
| Participant Name | Firm Name (if applicable) |
| Daniel Caffarelli | |
| Contact Person (if Participant is not an individual) | Contact Person |
| operations@metacapital.com | |
| Email Address | Email Address |
| | |
| c/o Metacapital Management, LP. | |
| 152 West 57th Street | |

SRF 31030

| | |
|---|---|
| Address line 1 | Address line 1 |
| 38th Floor | |
| Address line 2 | Address line 2 |
| New York, New York 10019 | |
| City, State Zip Code | City, State Zip Code |
| United States of America | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X      intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LB63, 74514LB89

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Daniel Caffarelli
Print Name

*_____
Title (if Participant is not an Individual)

03/27/2019
Date

*Chief Compliance Officer & Legal Counsel
of Metacapital Management, L.P., the
investment adviser of Metacapital Mortgage
Value Master Fund, Ltd.

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**METACAPITAL**

RECEIVED & FILED
2019 APR -5 PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

<u>Via FedEx No. 7748 7580 2484</u>

April 3, 2019

The Clerk of the United States District Court
  for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

Re:     NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS
        FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH
        GENERAL OBLIGATION BONDS

        *In re:* THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
        PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO
        RICO *et al.*, Debtors.  Case No. 17-BK-3283 (LTS)

Ladies and Gentlemen:

        Please find enclosed three (3) Notices of Participation with respect to the above referenced
matter, which are being filed by Metacapital Management, L.P. on behalf of the following beneficial
owners of Challenged GO Bonds:

        1.      Metacapital Mortgage Opportunities Master Fund, Ltd.
        2.      Metacapital Mortgage Value Master Fund, Ltd.
        3.      Super Certus Cayman Fund Limited

        Please contact the following person with any questions:

                Daniel Caffarelli
                Chief Compliance Officer & Legal Counsel
                Metacapital Management, L.P.
                152 West 57th Street, 38th Floor
                New York, New York 10019
                Email:  operations@metacapital.com
                Telephone:  +1 (212) 300-0500

                                Sincerely,

                                Daniel Caffarelli
                                Chief Compliance Officer & Legal Counsel
                                Metacapital Management, L.P.

Metacapital Management  152 West 57th Street, 38th Floor  |  New York, NY 10019  |  Main (212) 300-0500  |  Fax (212) 300-0503



**Express**

**Extremely Urgent**

ORIGIN ID:QNYA        (212) 300-0500
METACAPITAL MANAGEMENT
ADRIENNE FAVIS
152 W 57TH STREET FL 38

NEW YORK, NY 10019 US
SIGN: METACAPITAL MANAGEME

SHIP DATE: 03APR
ACTWGT: 0.10 LB
CAD: 109331577/IN

BILL SENDER
NO EEI 30.37(a)

TO **CLERK'S OFFICE**

**UNITED STATES DISTRICT COURT**

**ROOM 150 FEDERAL BLDG**

**150 CARLOS CHARDON AVENUE**

**SAN JUAN PR 00918**                **(US)**
(787) 772-3000          REF:
INV:
PO:                              DEPT:





FedEx
Express

**E**

FRI - 05 APR A5

TRK# **7748 7580 2484**     INTL ** 2DAY **
0430

**SH SIGA**            **00918**
                    PR-US   **SJU**

FedEx Ship Manager – Print Your Label(s)

4/3/2019



SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

2019 APR -5 PM 4: 03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
---------------------------------------------------------------X
                                       :
In re:                                 :
                                       :
THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III
                                       :
        as representative of           :        Case No. 17-BK-3283 (LTS)
                                       :
THE COMMONWEALTH OF PUERTO RICO et al.,:        (Jointly Administered)
                                       :
        Debtors.                       :
---------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Super Certus Cayman Fund Limited | |
| Participant Name | Firm Name (if applicable) |
| Daniel Caffarelli | |
| Contact Person (if Participant is not an individual) | Contact Person |
| operations@metacapital.com | |
| Email Address | Email Address |
| c/o Metacapital Management, L.P. | |
| 152 W 57th Street | |

SRF 31030

Address line 1

38th Floor
_____
Address line 2

New York, NY, 10019
_____
City, State Zip Code

United States of America
_____
Country

Address line 1
_____

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  X   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
         74514LB63, 74514LB89, 74514LE86

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _____
    Signature

    Daniel Caffarelli
    _____
    Print Name

    *
    _____
    Title (if Participant is not an Individual)

    03/27/2019
    _____
    Date

*Chief Compliance Officer & Legal Counsel of Metacapital Management, L.P., the investment adviser of Super Certus Cayman Fund Limited

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**METACAPITAL**

RECEIVED & FILED
2019 APR -5 PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

<u>Via FedEx No. 7748 7580 2484</u>

April 3, 2019

The Clerk of the United States District Court
   for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

Re:     NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS
        FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH
        GENERAL OBLIGATION BONDS

        *In re:* THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
        PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO
        RICO *et al.,* Debtors.  Case No. 17-BK-3283 (LTS)

Ladies and Gentlemen:

        Please find enclosed three (3) Notices of Participation with respect to the above referenced
matter, which are being filed by Metacapital Management, L.P. on behalf of the following beneficial
owners of Challenged GO Bonds:

        1.     Metacapital Mortgage Opportunities Master Fund, Ltd.
        2.     Metacapital Mortgage Value Master Fund, Ltd.
        3.     Super Certus Cayman Fund Limited

        Please contact the following person with any questions:

                Daniel Caffarelli
                Chief Compliance Officer & Legal Counsel
                Metacapital Management, L.P.
                152 West 57th Street, 38th Floor
                New York, New York 10019
                Email:  operations@metacapital.com
                Telephone:  +1 (212) 300-0500

                                Sincerely,

                                Daniel Caffarelli
                                Chief Compliance Officer & Legal Counsel
                                Metacapital Management, L.P.



FedEx

Express ®

Extremely Urgent

ORIGIN ID:QNYA   (212) 300-0500
METACAPITAL MANAGEMENT
ADRIENNE FAVIS
152 W 57TH STREET FL 38

NEW YORK, NY 10019 US
SIGN: METACAPITAL MANAGEME

SHIP DATE: 03APR
ACTWGT: 0.10 LB
CAD: 109331577/IN

BILL SENDER
NO EEI 30.37(a)

TO CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918        (US)
(787) 772-3000        REF:
INV:
PO:        DEPT:





FedEx
Express

E



TRK#  7748 7580 2484
0430

FRI - 05 APR A5
INTL ** 2DAY **

SH SIGA        00918
PR-US        SJU



FedEx Ship Manager - Print Your Label(s)

4/3/2019        RK'S OFFICE
                ISTRICT COURT
A-5 PM 4:03     AN JUAN PR

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------X
                                 :

In re:                             :

THE FINANCIAL OVERSIGHT AND      :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :       Title III
                                   :

       as representative of             :       Case No. 17-BK-3283 (LTS)
                                   :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :       (Jointly Administered)
                                   :

       Debtors.                     :
---------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Michael W. Masters* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *mmasters@masterscapital.com* | |
| Email Address | Email Address |

SRF 30944

Address line 1

P.O. Box 420735

Address line 2

Atlanta, GA 30342

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LE86

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____

Signature

Michael W. Masters

Print Name

_____

Title (if Participant is not an Individual)

4/1/2019

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

R2304M 11345-16

# PRIORITY MAIL ★ EXPRESS™

**STEST SERVICE IN THE U.S.**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 404 ) 364-2021

Michael W. Masters
C/o Masters Capital Management
3060 Peachtree Rd NW Ste 1425
Atlanta, GA 30305

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Clerk of the US District Court for Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR

**ZIP + 4® (U.S. ADDRESSES ONLY)**

0 0 9 1 8 - 1 7 6 7

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**SED INTERNATIONALLY,**
**STOMS DECLARATION**
**L MAY BE REQUIRED.**



uly 2013   OD: 12.5 x 9.5



0001000006

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



EL297082439US

EL297082439US


 

**PRIORITY ★ MAIL ★ EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | | ☐ Military | ☐ DPO |
|---|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | | Postage | |
| 30355 | 4-4 | | $ 25.50 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee | |
| 4-13 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | $ | $ | |
| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee | |
| 3:47 ☐ AM ☐ PM | $ | $ | $ | |
| Weight | Sunday/Holiday Premium Fee | Total Postage & Fees | | |
| ☐ Flat Rate | $ | | | |
| lbs. 2 ozs. | Acceptance Employee Initials | $ 25.50 | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature | |
|---|---|---|---|
| | ☐ AM ☐ PM | | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature | |
| | ☐ AM ☐ PM | | |

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   **3-ADDRESSEE COPY**

RECEIVED & FILED   2019 APR -5 PM 12:15

  

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

**WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.**