IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## ORDER ENTERING STIPULATION

On March 28, 2019, National Public Finance Guarantee Corporation ("National") filed the *Urgent Motion of National Public Finance Guarantee Corporation to Compel Production of Documents, a Categorical Privilege Log, and Other Relief from Citigroup Global Markets Inc.* (Dkt. No. 6075 in 17-BK-3283 and Dkt. No. 1154 in 17-BK-4780) ("Motion to Compel"). This Court set a briefing schedule for the motion and set a hearing date of April 16, 2019. (Dkt. No. 1161 in 17-BK-4780). On April 5, 2019, National, the Financial Oversight and Management

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Board for Puerto Rico and Citigroup Global Markets Inc. filed a stipulated withdrawal of the Motion to Compel. (Dkt. No. 6135 in 17-BK-3283 and Dkt. No. 1170 in 17-BK-4780) ("Stipulation"). The Court hereby approves of the Stipulation as filed. The Motion to Compel is withdrawn and the associated briefing and hearing dates are vacated.

This resolves Dkt. Nos. 6075 and 6135 in 17-BK-3283 and Dkt. Nos. 1154 and 1170 in 17-BK-4780.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: April 8, 2019