Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

petercheinsr@gmail.com
(212) 403-1237

RECEIVED & FILED
2019 APR -8 PM 4: 37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

April 5, 2019

Clerk's Office
United States District Court
Room 150
Federal Building
San Juan, Puerto Rico 00918-1767

Re: **Filing for 17BK3283-LTS**

TO WHOM IT MAY CONCERN:

I am enclosing one copy clipped and one copy stapled of my [Response To Docket 6118 And 6119] Objection Of Individual General Obligation Bondholder To Motion Of Financial Oversight And Management Board For Entry Of An Order "Equitably Tolling" The Time To Bring Certain Avoidance Actions. A certificate of service is attached.

Please file this response in the Court docket. If you have any questions about this filing you can contact me at petercheinsr@gmail.com or call me at (212) 403-1237. Thank you.

Sincerely,

Peter C. Hein, Pro Se

cc: Honorable Laura Taylor Swain  (two copies)
    Daniel Patrick Moynihan
    United States Courthouse
    500 Pearl Street, Suite 3212
    New York, NY 10007-1312

    Office of the Clerk  (one copy)
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, NY 10007