Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

RECEIVED & FILED
2019 APR -8 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




$7.99
US POSTAGE
04/06/2019
From 10019
0 lbs 6 ozs
Zone 7
Pitney Bowes   022W0001126013
ComBasPrice
2076604879

**PRIORITY MAIL 3-DAY™**

Mailroom3
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 04/09/2019

0004

C018

THE CLERK OF US DISTRICT
COURT FOR THE DISTRICT OF PR
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

USPS TRACKING #



9405 5098 9864 1511 1872 70

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767