UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(Part 1 of 2)

        The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 1 of 2)
April 8, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Craig A. Schecker
2. Daniel Adam Dziak
3. Mary J. Frank
4. Accord International
5. Diane L. Hull
6. John C. Durling and Jerry F. Durling
7. Sherri L. Ortolani
8. Lucille M. Stone
9. Connie M. Vorhees
10. Scott Yasgur Irrevocable Trust
11. Diane Yasgur Revocable Trust
12. Edward V. Fengya
13. Cynthia Arnold Cohen
14. Brugar Enterprises, LP
15. Gary M. Cohen
16. Valli Hoisl
17. Richard Woomer
18. Vladimir Saban
19. Estate of Charles E. Maley
20. John F. Cole
21. Walter L. Lovenduski and Gail B. Lovenduski

Pro Se Notices of Participation Received by the Court
(Part 1 of 2)
April 8, 2019

22. Stephen V. Odenwald

23. Kathleen M. Odenwald

24. Michael A. DeAngelus

25. Dennis Desmond and Cecily Johnson

26. Kenneth Meshbesher

27. Kenneth Cushman

28. Richard G. Spagnoli

29. Marlene Scham

30. Arnold Scham

31. Michael F. Hoey

32. Batten Trust

33. Jaye L. Parsons

34. James D. Mason

35. Ray W. Standifer

36. Ray W. Standifer

37. Ronald E. Belcher

38. Nancy I. Koenig and Lawrence T. Koenig

39. Mary Jane Jones

40. Janine Bundy

41. Frances Vitkovich and Mitchell Vitkovich

42. Richard Horvath

43. Paul M. Catania

Dated: April 8, 2019