SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 4: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                 :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

    as representative of                               :        Case No. 17-BK-3283 (LTS)

                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)

    Debtors.                                            :
------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Craig A Schecker
Participant Name                                              Firm Name (if applicable)


_____                              _____
Contact Person (if Participant is not an individual)    Contact Person

CSHecker@col net
Email Address                                                Email Address


6226 W Caribe lane                                        _____

Address line 1                      Address line 1

_____        _____
Address line 2                      Address line 2

*Glendale, AZ 85806*

City, State Zip Code               City, State Zip Code

*USA*

Country                            Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         ___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

         (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

              *74514LB89*

         (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Craig Schecker*       *Betty Schecker*
Signature

*CRAIG Schecker*      *Betty Schecker*
Print Name

_____
Title (if Participant is not an Individual)

*3-27-19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

FIRST-CLASS MAIL

04/03/2019
US POSTAGE $000.65⁰

ZIP 67206
011D11650520

KS 670
04 APR '19
PM 1 1

RECEIVED
2019 APR -6 PM 5:46
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -8 PM 4: 46

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

---------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND          :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III

    as representative of                  :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)

    Debtors.                              :

---------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Dansiel Adam Dziak | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| dziakdec yahoo.com | |
| Email Address | Email Address |
| 4628 Martin Clr | |

Address line 1

_____
Address line 2

N~~o~~oles Fl 34112
City, State Zip Code

USA
_____
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB89

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _____
Signature

DANIEL A, DZIAK
Print Name

_____
Title (if Participant is not an Individual)

4/2/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

FIRST-CLASS MAIL

04/03/2019
KS 670
US POSTAGE $000.65

ZIP 67206
011D11650520

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 4: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------X
In re:                                          :
                                                :    PROMESA
THE FINANCIAL OVERSIGHT AND                     :    Title III
MANAGEMENT BOARD FOR PUERTO RICO,               :
                                                :    Case No. 17-BK-3283 (LTS)
    **as representative of**                     :
                                                :    (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO *et al.*,        :
                                                :
    Debtors.                                     :
-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Mary J. Frank | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Mary.J.Frank.civemail.mi | |
| Email Address | Email Address |
| | |
| 1254 Kelly Dr NW | |

Address line 1 _____

Address line 2 _____
Arab AL 35016
City, State Zip Code
USA
Country _____

Address line 1 _____

Address line 2 _____

City, State Zip Code _____

Country _____

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _Mary J. Frank_
Signature

_Mary J. Frank_
Print Name

_____
Title (if Participant is not an Individual)

4/2/19
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



## Riedl First Securities
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

FIRST-CLASS MAIL

04/03/2019
US POSTAGE $000.65⁰

ZIP 67206
011D11650520

KS 670
04 APR '19
PM 1 1

RECEIVED 2019 APR -6 PM 9:46
CLERK'S OFFICE U.S. DISTRICT CO.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8  PM 4: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND                                  :
MANAGEMENT BOARD FOR PUERTO RICO,                            :     PROMESA
                                                             :     Title III
          as representative of                               :
                                                             :     Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*,                    :
                                                             :     (Jointly Administered)
          Debtors.                                           :

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Allen W. Pinkerton
Participant Name

Accord International
Contact Person (if Participant is not an individual)

Email Address

Allen@accordinth.com

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

1730 Country Club drive
Address line 1

Address line 1
_____

_____
Address line 2

Address line 2
Sugarland, Tx 77478
City, State Zip Code

_____
City, State Zip Code
USA
_____
Country

_____
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Allen W. Pinkerton
Print Name

_____
Title (if Participant is not an Individual)

3/29/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**Riedl First
Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

FIRST-CLASS MAIL
04/03/2019
US POSTAGE $000.65⁰



ZIP 67206
011D11650520

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federau Building
150 Carlos Chardon Avenue
San Juan ,PR. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT** RECEIVED & FILED
**FOR THE DISTRICT OF PUERTO RICO**

2019 APR -8 PM 4: 46

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
-----------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III
                                          :
        as representative of              :    Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :    (Jointly Administered)
                                          :
        Debtors.                          :
-----------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Diane L. Hull | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Markhull@cox.net | |
| Email Address | Email Address |
| 5401 Whitetail lane Circle | |

Address line 1                                    Address line 1

_____                           _____
Address line 2                                    Address line 2

_Wichita, KS_____                         _____
City, State Zip Code                              City, State Zip Code

_____                           _____
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____  intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        ___X___  intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                        74514LB89

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market? (YES) or NO (please **circle one**).

By: _Diane Hull_____
    Signature

    _Diane Hull_____
    Print Name

    _____
    Title (if Participant is not an Individual)

    _4-3-2019_____
    Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

FIRST-CLASS MAIL
04/03/2019
US POSTAGE $000.65⁰
ZIP 67206
011D11650520



The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :       Title III
                                                  :
          as representative of                    :       Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.,*          :       (Jointly Administered)
                                                  :
          Debtors.                                :
---------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

John C. Durling + Jerry F. Durling        _____
Participant Name                                   Firm Name (if applicable)


_____                   _____
Contact Person (if Participant is not an individual)   Contact Person

john and chick@yahoo.com
_____                   _____
Email Address                                      Email Address


_____                   _____

Address line 1

2189 Native Road

Address line 2

Fort Scott, KS 66701

City, State Zip Code

U.S.A.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB89

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By:  _John C. Durling_____

Signature

_John C. Durling_____

Print Name

_____

Title (if Participant is not an Individual)

3.27.19

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

FIRST-CLASS MAIL
04/03/2019
US POSTAGE $000.65⁰
ZIP 67206
011D11650520

KS 670
04 APR '19
PM 1 1

RECEIVED 2019 APR -6 PM 3 46
CLERK'S OFFICE DISTRICT CO. JUAN P R

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED

2019 APR -8 PM 4: 46

CLERK S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

-----------------------------------------------------------------X

In re:                                                         :

THE FINANCIAL OVERSIGHT AND                                    :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              :     Title III

     as representative of                                     :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,                      :     (Jointly Administered)

     Debtors.                                                 :

-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Sherri L Ortolani | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Sherri l ortolani @gmail.com | |
| Email Address | Email Address |
| | |
| 8621 Greenway lane | |

Address line 1

_____

Address line 2

$\text{Nonova KS 66215}$

City, State Zip Code

$\text{USA}$

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

$\text{74514 LB89}$

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or NO (please **circle one**).

By: _____
        Signature

$\text{Sherri L. Ortolani}$
Print Name

_____
Title (if Participant is not an Individual)

$\text{4/3/19}$
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

04/03/2019
US POSTAGE $000.65
FIRST-CLASS MAIL
KS 670
04 APR '19
PM 1 1
ZIP 67206
011D11650520



The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 5: 10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X

In re:                                                        :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,*                           :   Title III
                                                             :
          as representative of                               :   Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                    :   (Jointly Administered)
                                                             :
          Debtors.                                           :
------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

Lucille M. Stone
Participant Name                                       Firm Name (if applicable)

Scott G. R. Rice
Contact Person (if Participant is not an individual)   Contact Person

SJHJG @ COMCAST.net
Email Address                                          Email Address

| | |
|---|---|
| Address line 1 | Address line 1 |
| *15787 SW Village Circle* | |
| Address line 2 | Address line 2 |
| *UNIT #B* | |
| City, State Zip Code | City, State Zip Code |
| *BEAVERTON, OR 97007* | |
| Country *USA* | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____     intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X**     intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LD61*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).     *UNKNOWN*

By: *Lucille M. Stone*
Signature

*Lucille M. STONE*
Print Name

_____
Title (if Participant is not an Individual)

*4/1/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Lucille M. Stone
15787 S.W. Village Cir. #B
BEAVERTON, OR  97007

RECEIVED & FILED
2019 APR -8 PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**CERTIFIED MAIL**

7018 1130 0000 3689 7907



UNITED STATES POSTAL SERVICE

1021

00918

U.S. POSTAGE PAID
FCM LETTER
BEAVERTON, OR
97005
APR 03  19
AMOUNT
**$4.05**
R2305K139660-06

CLERK, U.S. DISTRICT COURT FOR PUERTO RICO
ROOM 150  FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8  PM 4: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND          :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III

        as representative of                      :      Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                                                          :
        Debtors.                                  :
------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

_Connie M. Voorhees_
Participant Name                                          Firm Name (if applicable)


Contact Person (if Participant is not an individual)     Contact Person

_Connieleedesigns @ Gmail . com_
Email Address                                            Email Address

Address line 1                                           Address line 1

_5408 FAWN LAKE COURT_

Address line 2                                           Address line 2

_SANFORD  FL  32771_

City, State Zip Code                                     City, State Zip Code

_US_

Country                                                  Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


     (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Connie M. Voorhees_

Signature

_CONNIE M. VOORHEES_

Print Name


_____

Title (if Participant is not an Individual)

_31 MARCH  2019_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Merrill Lynch**
Bank of America Corporation

Ste 300
Heathrow, Fl. 32746
407-333-8313 Direct
407-333-8304 Direct
The Burke/Cox Group



04 APR '19
PM 7 L

U.S. POSTAGE
PITNEY BOWES

02 1P          $ 000.50⁰
0000024288   APR 04 2019
MAILED FROM ZIP CODE 32746

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

-------------------------------------------------------------------X

    PROMESA
    Title III

    Case No. 17-BK-3283 (LTS)

    (Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Scott Yasgur Irrevocable Trust
Participant Name

Ross Yasgur
Contact Person (if Participant is not an individual)

RossYasgur@yahoo.com
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1

_71 MEETING HOUSE Rd._
Address line 2

_Redford Corners, NY 10549_
City, State Zip Code

_USA_
Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             ~~7~~ 74514LD20

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _____
    Signature

_Ross Yasgur_
Print Name

_TRUSTEE_
Title (if Participant is not an Individual)

_4/5/19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



USA Forever

1700 Meridian Ave, #503
YASGUR
Miami Beach, FL. 33139

RECEIVED & FILED
2019 APR -8 PM 4: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO -
ROOM 150 - FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR    00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :    Title III
                                        :
        as representative of            :    Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO et al., :    (Jointly Administered)
                                        :
        Debtors.                        :
-----------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _DIANE YASGUR REVOCAble Trust_ <br> Participant Name | _____ <br> Firm Name (if applicable) |
| _ROSS YASGUR_ <br> Contact Person (if Participant is not an individual) | _____ <br> Contact Person |
| _Ross Yasgur @ Yahoo.com_ <br> Email Address | _____ <br> Email Address |
| _____ | _____ |

| Address line 1 | Address line 1 |
|---|---|
| 71 MEETING HOUSE Rd. | |
| Address line 2 | Address line 2 |
| Bedford Corners, NY 10549 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LD20

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

ROSS YASGUR
Print Name

TRUSTEE
Title (if Participant is not an Individual)

4/5/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



YASGUR
1700 Meridian Ave. #503
Miami Beach, FL. 33139

RECEIVED
2019 APR -8 PM 4: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO -
ROOM 150 - FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR      00918-1767

00918-170625

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------X

In re:                                           :

THE FINANCIAL OVERSIGHT AND                      :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :     Title III

as representative of                             :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,        :     (Jointly Administered)

Debtors.                                         :

-----------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Edward V. Fengya | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| EFENGYA@HVC.RR.COM | |
| Email Address | Email Address |
| | |
| POBOX 311 | |

SRF 30944

Address line 1

Address line 1

Address line 2
Middletown New York 10940-0311

Address line 2

City, State Zip Code
U.S.A.

City, State Zip Code

Country

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
#60,000⁰⁰ CUSIP# 74514LB89 #

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or NO (please **circle one**).

By: _Edward V Fengya_
Signature

_Edward V. Fengya_
Print Name

Raymond James & Associates, Inc
↳ Account #REDACTED71-67

_____
Title (if Participant is not an Individual)

4 April 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**RAYMOND JAMES®**

515 E. Las Olas Blvd, Suite 800
Ft. Lauderdale, FL 33301



Hasler
04/05/2019
US POSTAGE
FIRST-CLASS MAIL
$00.50⁰

ZIP 33301
011D11647276




The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

2019 APR -8 PM 4: 47

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

-------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Cynthia Arnold-Cohen
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

cncohen37@gmail.com
_____
Email Address

164 Hughes Road
_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1                                          Address line 1

_____                              _____
Address line 2                                          Address line 2
King of Prussia, PA 19406
City, State Zip Code                                    City, State Zip Code
US
_____                              _____
Country                                                Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       **X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LB89; L4514LD20

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _Cynthia Arnold-Cohen_
Signature

_Cynthia Arnold-Cohen_
Print Name

_____
Title (if Participant is not an Individual)

_4/4/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Gary Cohen**
164 Hughes Rd.
King of Prussia, PA 19406

The Clerk of the United States District Court
  for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------X
                                                :    2019 APR -8 PM 4: 47
In re:                                          :
                                                :    CLERK'S OFFICE
                                                :    U.S DISTRICT COURT
THE FINANCIAL OVERSIGHT AND                     :    SAN JUAN P.R
MANAGEMENT BOARD FOR PUERTO RICO,               :    PROMESA
                                                :    Title III
        as representative of                    :
                                                :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

  **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

  The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

  To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Brugar Enterprises, LP* | |
| Participant Name | Firm Name (if applicable) |
| *Gary M. Cohen, Partner* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *gmciplaw@aol.com* | |
| Email Address | Email Address |
| *164 Hughes Road* | |

Address line 1

_____
Address line 2

King of Prussia, PA 19406
_____
City, State Zip Code

US
_____
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB63

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _____
Signature

Gary M. Cohen
_____
Print Name

Partner
_____
Title (if Participant is not an Individual)

April 4, 2019
_____
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Gary Cohen**
164 Hughes Rd.
King of Prussia, PA 19406

The Clerk of the United States District Court
  for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------X
                                        :        2019 APR -8 PM 4: 47
In re:                                  :
                                        :          CLERK'S OFFICE
THE FINANCIAL OVERSIGHT AND             :        U.S DISTRICT COURT
MANAGEMENT BOARD FOR PUERTO RICO,       :   PROMESA
                                        :   Title III
        as representative of            :
                                        :   Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al., :
                                        :   (Jointly Administered)
        Debtors.                        :
----------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Gary M. Cohen | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| gmciplaw@aol.com | |
| Email Address | Email Address |
| | |
| 164 Hughes Road | |

Address line 1

_____

Address line 2

King of Prussia, PA 19406

City, State Zip Code

US

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89; 74514LB63; L4514LD20

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _____
Signature

Gary M. Cohen

Print Name

_____
Title (if Participant is not an Individual)

April 4, 2019

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Gary Cohen**
164 Hughes Rd.
King of Prussia, PA 19406



RECEIVED & FILE
2019 APR -8 PH 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
   for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -8 PH 4 47
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :       Title III

    as representative of                        :       Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,       :       (Jointly Administered)

    Debtors.                                    :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Valli Hoisl | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| no Email | |

Address line 1                                      Address line 1

_Valli  HoisL_
Address line 2  _89-21  221 Place_                  Address line 2

_Queens Village_
City, State Zip Code                               City, State Zip Code
_N Y          11427_
Country  _USA_                                      Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             _74514L B89_
             _74514L B63_

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or NO (please **circle one**).

By:  _Valli Hoisl_
Signature

_Valli HoisL_
Print Name

_____
Title (if Participant is not an Individual)

_4/5/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Valli Hoisl
8921 221st Pl
Queens Vlg, NY 11427



The Clerk of the United States District Court
For the District of Puerto Room 150
Federal Building 150 CHardon Ave
San Juan, PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------X

RECEIVED & FILED

2019 APR -8 PM 4:47

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

In re:                                              :

THE FINANCIAL OVERSIGHT AND              :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III

     as representative of                        :      Case No. 17-BK-3283 (LTS)

                                  :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)

                                   :

     Debtors.                                    :

----------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Richard Wooner | |
| Participant Name | Firm Name (if applicable) |
| N/A | |
| Contact Person (if Participant is not an individual) | Contact Person |
| N/A | |
| Email Address | Email Address |
| | |

Address line 1

50578 CALCUTTA-SMITHFERRY Rd

Address line 2

EAST LIVERPOOL, OHIO 43920-8905

City, State Zip Code

UNITED STATES OF AMERICA

Country

Address line 1

50578 CALCUTTA-SMITHFERRY Rd.

Address line 2

EAST LIVERPOOL, OHIO 43920-8905

City, State Zip Code

UNITED STATES OF AMERICA

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

1) 74514LC39        3) 74514LB89        5) 74516ORR4
2) 74514LB63        4) 74514LB89        6) 74519ODH8

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Richard Woomer*

Signature

RICHARD WOOMER

Print Name

N/A

Title (if Participant is not an Individual)

04/04/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed electronically with** the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mr. Richard Weaver
50578 Calc-Smithfenny Rd.
E. Liverpool OH 43920-8905

APR - 4 2019

RECEIVED & FILED
2019 APR -8 PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District
Court for the District of Puerto,
Room 150 Federal Building
150 Carlos Chardon Avenue, San Juan, PR

00918-1767

00918$1706 C018

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED

2019 APR -8 PM 4: 47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------X
                                    :

In re:                          :

THE FINANCIAL OVERSIGHT AND    :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :      Title III
                                      :

      as representative of             :      Case No. 17-BK-3283 (LTS)
                                      :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :      (Jointly Administered)
                                      :

      Debtors.                    :
----------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *VLADIMIR SABAN* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *VALdIM8 @ aol.com* | |
| Email Address | Email Address |

SRF 30944

Address line 1

*1350 ALA MOANA BLVD #2306*

Address line 2

*HONOlulu, HI 96814*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*745190 YY8*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: *Vladimir Saban*

Signature

*VLADIMIR SABAN*

Print Name

_____

Title (if Participant is not an Individual)

*01 APRIL 2019*

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

MR. VLADIMIR SABAN
1350 Ala Moana Blvd.
Apt. 236
Honolulu, HI 96814

S



01 APR 2019 PM 2 L

RECEIVED
2019 APR -8 PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150    FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, :    Title III
:
      as representative of :    Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* :    (Jointly Administered)
:
      Debtors. :
-----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

*ESTATE OF CHARLES E. MALEY*
Participant Name                               Firm Name (if applicable)

*CARLA KAUFFMAN, EXECUTRIX*
Contact Person (if Participant is not an individual)      Contact Person

*carlakauffman@verizon.net*
Email Address                                  Email Address

Address line 1

_135 E. SAVORY ST._
Address line 2

_POTTSVILLE, PA 17901_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _X_ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
                _74514LUR6_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? (**YES**) or **NO** (please **circle one**).

By: _Carla M. Kauffman_
    Signature

    _CARLA KAUFFMAN_
    Print Name

    _EXECUTRIX_
    Title (if Participant is not an Individual)

    _4/1/19_
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Mrs. Carla Kauffman
135 E Savory St
Pottsville PA 17901-3939

03 APR 2019 PM 2



RECEIVED
2019 APR -8  PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918$1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

-------------------------------------------------------------------X

RECEIVED & FILED

2019 APR -8  PM 4: 47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

JOHN F. COLE
Participant Name

Contact Person (if Participant is not an individual)

JOHN.COLE @ PRODIGY.NET
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1                                              Address line 1

_3 6 0 0  A L M A  R D_                                     _____
Address line 2                                              Address line 2

_R I C H A R D S O N ,  T X  7 5 0 8 0_                     _____
City, State Zip Code                                        City, State Zip Code

_U . S . A ._                                               _____
Country                                                     Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); or

X _Cole_ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_7 4 5 1 4 L B S S_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? YES or (NO) (please **circle one**).

By: _John F. Cole_
      Signature

_JOHN F. COLE_
Print Name

_____
Title (if Participant is not an Individual)

_3/28/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**RAYMOND JAMES**®

2001 Ross Avenue, Suite 4500
Dallas, TX 75201

Hasler
04/03/2019
US POSTAGE $001.15
ZIP 75201
011D11654925

Hasler                    FIRST-CLASS MAIL
04/03/2019
US POSTAGE $000.50
ZIP 75201
011D11654925

RECEIVED
2019 APR -8
CLERK'S OFFICE
U.S. DISTRICT COURT

The Clerk of the U S District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918·1767

00918∎1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------X
                                                      :
                                                      :     2019 APR -8  PM 4: 48
In re:                                                :
                                                      :       CLERK S OFFICE
THE FINANCIAL OVERSIGHT AND                           :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :     Title III
                                                      :
         as representative of                         :     Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :     (Jointly Administered)
                                                      :
         Debtors.                                     :
-------------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

WALTER L. LOVENDUSKI
GAIL B. LOVENDUSKI
Participant Name

WALTER L. LOVENDUSKI
Contact Person (if Participant is not an individual)

wlovenduski@gmic.com
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1

4951 BACOPA LANE South

Address line 2

# 601

City, State Zip Code

St. Petersburg    FL  33715

Country

USA

Address line 1

Address line 2

City, State Zip Code

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

Walter  L. Lovenouski

Print Name

_____

Title (if Participant is not an Individual)

4/2/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Mr Walter L Lovenduski
4951 Bacopa Ln S Unit 402
St Petersburg, FL 33715

RECEIVED & FILED
2019 APR -8 PM 4: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The CLERK of the UNITED STATES District Court for the District of Puerto Rico
Room 150
Federal Building
150 CARLOS Chardon Avenue
SAN JUAN, P.R.                    00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILE

2019 APR -8 PM 4: 48

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                 :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :     Title III

    as representative of                              :     Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :     (Jointly Administered)
                                                                :
    Debtors.                                            :

-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

    _Stephen V Odenwald_
Participant Name

                                 
Contact Person (if Participant is not an individual)

    _Odieoil21@gmail.com_
Email Address

**Counsel Contact Information (if any)**

                                   
Firm Name (if applicable)

                                   
Contact Person

                                   
Email Address

Address line 1                          Address line 1

_67 Country Club Place_

Address line 2                          Address line 2

_Belleville, IL 62223_

City, State Zip Code                    City, State Zip Code

_USA_

Country                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_(558)        74514LE86_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Stephen V. Odenwald_
Signature

_Stephen V Odenwald_
Print Name

Title (if Participant is not an Individual)

_4/2/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



**C** ARDINAL
**I** NVESTMENTS
**I** NC.

1600 North Belt West
Belleville, IL 62226

02 APR 2019 PM9 1

RECEIVED & FILED
2019 APR - 8 PM
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

Clerk of US District Court
for the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR -8 PM 4: 48
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------X

In re:                                                  :

THE FINANCIAL OVERSIGHT AND                             :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :        Title III

    as representative of                               :        Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*,               :        (Jointly Administered)
                                                        :
    Debtors.                                           :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Kathleen M Odenwald_ <br> Participant Name | _____ <br> Firm Name (if applicable) |
| _____ <br> Contact Person (if Participant is not an individual) | _____ <br> Contact Person |
| _Kathy O4563@aol.com_ <br> Email Address | _____ <br> Email Address |
| _____ | _____ |

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 68 of 274

SRF 31030

Address line 1

_67 Country Club Place_

Address line 2

_Belleville, IL 62223_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (55D)   74514LE86

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Kathleen M. Odenwald_

Signature

_Kathleen M Odenwald_

Print Name

_____

Title (if Participant is not an Individual)

_4/2/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**C**ARDINAL
**I**NVESTMENTS
**I**NC.

1600 North Belt West
Belleville, IL 62226

02 APR 2009 PM9 1



Clerk of US District Court
for the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

         as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

         Debtors.

---------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

RECEIVED & FILED

2019 APR -8 PM 4: 48

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Michael A. DeAngelus | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| mdeangelus@gmail.com | |
| Email Address | Email Address |
| | |

Address line 1                                    Address line 1

16 Filmore Ave.
Address line 2                                    Address line 2

Livingston, NJ 07039
City, State Zip Code                              City, State Zip Code

USA
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

Michael DeAngelus
Print Name

_____
Title (if Participant is not an Individual)

3/25/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

M. DeAngelus
16 Filmore Ave.
Livingston, NJ 07039

04 APR 2019 PM 1 L

RECEIVED & FILED
2019 APR -8 PM 4: 48
CLERK'S OFFICE
U.S DISTRICT COURT

The Clerk of the U.S. District Court
    for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------------------------X
                                                          :
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :        Title III
                                                          :
         as representative of                             :        Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,                   :        (Jointly Administered)
                                                          :
         Debtors.                                         :
----------------------------------------------------------X
```

RECEIVED & FILE

2019 APR -8 PM 4: 48

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

DENNIS DESMOND, JT TEN
CECILY JOHNSON
Participant Name

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person (if Participant is not an individual)

DEN4CIS@GMAIL.COM
Email Address

_____
Contact Person

_____
Email Address

DEN4cis@GMAIL.com

| | |
|---|---|
| Address line 1 | Address line 1 |
| 7067 BENTLEY DRIVE | |
| Address line 2 | Address line 2 |
| GURNEE, ILLINOIS 60 031 | |
| City, State Zip Code | City, State Zip Code |
| LAKE | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB63

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Cecily Johnson & Dennis Desmond JT TEN_
Signature

SECILY J. JOHNSON &
DENNIS DESMOND JT TEN
Print Name

_____
Title (if Participant is not an Individual)

3-30-2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Cecily Johnson
7067 Bentley Dr.
Gurnee, IL  60031-5243

THE CLERK of the UNITED STATES
DISTRICT COURT for The DISTRICT of
Puerto Rico, Room 150 Federal Building,
150 CARLOS Chardon Avenue,
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED

2019 APR -8 PM 4: 50

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

-----------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :       Title III

          as representative of                      :       Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*           :       (Jointly Administered)
                                                    :
          Debtors.                                  :
-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| KENNETH MESHBESHER <br> Participant Name | _____ <br> Firm Name (if applicable) |
| _____ <br> Contact Person (if Participant is not an individual) | _____ <br> Contact Person |
| KMESHBESH @ AOL.COM <br> Email Address | _____ <br> Email Address |
| _____ | _____ |

Address line 1

*8421 WESTMORELAND LANE*

Address line 2

*ST. LOUIS PARK, MN 55426*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LTK1    74514LD20*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Kenneth Meshbesher*

Signature

*KENNETH MESHBESHER*

Print Name

_____

Title (if Participant is not an Individual)

*3/26/19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

KENNETH MESHBERSHER
8421 WESTMORELAND LANE
ST. LOUIS PARK, MN 55426

03 APR 2019 PM 5 L



CLERK OF U.S. DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BLDG.
150CARLOS CHARDON AVE.
SAN JUAN, PR      00918-1767

OO91831706 CO18

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :     Title III
                                                          :
            as representative of                          :     Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :     (Jointly Administered)
                                                          :
            Debtors.                                      :
---------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

*Kenneth Cushman*
Participant Name                                     Firm Name (if applicable)

Contact Person (if Participant is not an individual)  Contact Person

*CushmanKK@gmail.com*
Email Address                                        Email Address

Address line 1

_9162 Pembroke Ellis Dr._

Address line 2

_Bartlett, TN 38133_

City, State Zip Code

_U.S._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    __X__   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LB89_

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: _Kenneth P. Cushman_
    Signature

_Kenneth P. Cushman_
Print Name

_____
Title (if Participant is not an Individual)

_04/04/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr. Kenneth Cushman
9162 Pembroke Oak Dr.
Bartlett, TN 38133-3855

04 APR 2019 PM 3 L



USA
FOREVER

RECEIVED & FILED
2019 APR -8 PM 4:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico — Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED

2019 APR -8 PM 4: 50

CLERK S OFFICE
U.S DISTRICT COURT
SAN JUAN

-------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

    as representative of :

                       : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,* :

                       : (Jointly Administered)

    Debtors. :

-------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**         **Counsel Contact Information (if any)**

RICHARD G. SPAGNOLI
_____         _____
Participant Name                          Firm Name (if applicable)

_____         _____
Contact Person (if Participant is not an individual)     Contact Person

REDRIDER@COMPORIUM.NET
_____         _____
Email Address                          Email Address

_____         _____

Address line 1

2020 WELBORN STREET

Address line 2

Rock Hill, SC 29732

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        1. 100,000    74514 LA56

        2. 20,000    74514 LV27

    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

RICHARD G. SPAGNOLI
Print Name

_____
Title (if Participant is not an Individual)

4-4-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Richard G Spagnoli
2020 Welborn St.
Rock Hill SC 29732-1130

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED

2019 APR -8 PH 4: 53

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------X
:
In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :     Title III
                                                            :
        as representative of                                :     Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                   :     (Jointly Administered)
                                                            :
        Debtors.                                            :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| MARLENE SCHAM | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| M SCHAM @ VERIZON.NET | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 86 of 274

SRF 31030

Address line 1

_30 PLEASANT AVE_
Address line 2

_UPPER SADDLE RIVER NJ 07458_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Marlene Scham_
Signature

_MARLENE SCHAM_
Print Name

_____
Title (if Participant is not an Individual)

_4/1/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Marlene Scham
30 Pleasant Ave.
U Saddle Riv, NJ 07458-2427



RECEIVED & FILED
2019 APR -8 PM 4: 53
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the district of Puerto
Room 150  Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                                                   :

THE FINANCIAL OVERSIGHT AND                             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :    Title III

      as representative of                                         :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*        :    (Jointly Administered)

      Debtors.                                                            :

---------------------------------------------------------------X

*RECEIVED*
*2019 APR -8 PM 4: 53*
*CLERK'S OFFICE*
*US DISTRICT COURT*
*SAN JUAN PR*

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**         **<u>Counsel Contact Information (if any)</u>**

*ARNOLD SCHAM*
Participant Name                                Firm Name (if applicable)

Contact Person (if Participant is not an individual)      Contact Person

*MSCHAM @ VERIZON. NET*
Email Address                                Email Address

Address line 1

_30 PLEASANT AVE_

Address line 2

_UPPER SADDLE RIVER, NJ 07458_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

_ARNOLD SCHAM_
Print Name

_____
Title (if Participant is not an Individual)

_4/1/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Marlene Scham
30 Pleasant Ave.
U Saddle Riv, NJ 07458-2427





RECEIVED & FILED
2019 APR -8 PM 4: 53
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

The Clerk of the US District Court
for the district of Puerto
Room 150   Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

----------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

RECEIVED & FILED
2019 APR -8 PM 4: 53
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Michael F Hoey | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| mhoey @ sonic.net | |
| Email Address | Email Address |
| | |

Address line 1

*4024 Slate Court*

Address line 2

*Santa Rosa, CA 95405*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    *745220-JP9   )   74514L-B8-9*
    *corp                        GO*

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Michael F Hoey*

Signature

*Michael F Hoey*

Print Name

*david.cohen @*
*wellsfargoadvisors.com*

Title (if Participant is not an Individual)

*4/4/19*

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Dr. Michael F. Hoey
4024 Slate Ct
Santa Rosa, CA  95405-5566

RECEIVED & FILED
2019 APR -8  PM 4: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court for District of Puerto Rico

Federal Building , Room 150

150 Carlos Chardon Avenue

San Juan, Puerto Rico,  00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -8 PM 4: 53

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

---------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

     as representative of : Case No. 17-BK-3283 (LTS)

   :
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)

     Debtors. :

---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

<u>Batten Trust 6/29/1997</u>
Participant Name

<u>Marvin and Jeri Batten</u>
Contact Person (if Participant is not an individual)

<u>MBatten2@gmail.com</u>
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

<u>JBatten2@gmail.com</u>

Address line 1                                      Address line 1

231 White Oak Dr.
Address line 2                                      Address line 2

Lake Havasu City, Arizona 86403
City, State Zip Code                                City, State Zip Code

USA
Country                                             Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: *Marvin Batten / Jeri Batten*
Signature

Marvin Batten / Jeri Batten
Print Name

Trustees
Title (if Participant is not an Individual)

3-29-2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Mr. & Mrs. Marvin Batten
231 White Oak Dr.
Lake Havasu City, AZ 86403

01 APR 2019 PM 4 L

RECEIVED & FILED
2019 APR -8 PM 4: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CLERK OF THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO   ROOM 150
FEDERAL BLDG., 150 CHARDON AVE.
SAN JUAN PR
00918-1767

00918=1339 C050

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 4:53

CLERK'S OFFICE
U.S DISTRICT COURT

------------------------------------------------------------X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III

as representative of                                         :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*                    :   (Jointly Administered)

Debtors.                                                     :

------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**         **Counsel Contact Information (if any)**

Jaye L. Parsons
_____                      _____
Participant Name                                     Firm Name (if applicable)


_____                      _____
Contact Person (if Participant is not an individual) Contact Person

jandgwp@gmail.com.
_____                      _____
Email Address                                        Email Address
JANDGWP@gmail.com


_____                      _____

Address line 1

553 Old Plantation Road

Address line 2

Jekyll Island, GA  31527

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         X   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

         _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

         (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                   74514 LB63

         (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By: Jaye L Parsons
Signature

Jaye L. Parsons
Print Name

_____
Title (if Participant is not an Individual)

4 | 2 | 2019
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



JAYE PARSONS
553 OLD PLANTATION RD
JEKYLL ISLAND, GA 31527-0718

03 APR 2019 PM 2 L



Clerk of the US District Court for
The District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan PR

0091881706 C018

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED

2019 APR -8 PM 4:53

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

-----------------------------------------------------X
:
In re:                                                            :
:
THE FINANCIAL OVERSIGHT AND          :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :          Title III
:
as representative of                          :          Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, :          (Jointly Administered)
:
Debtors.                                         :
-----------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

_JAMES D. MASON_
Participant Name                                      Firm Name (if applicable)


Contact Person (if Participant is not an individual)  Contact Person
_jMason1@ STNY,RR.COM_
Email Address                                         Email Address

_405 STARK AVE._

SRF 30944

| Address line 1 | | Address line 1 |
|---|---|---|
| Address line 2 | | Address line 2 |
| *ENDWELL NY 13760* | | |
| City, State Zip Code | | City, State Zip Code |
| *USA* | | |
| Country | | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB63*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By:      *James D. Mason*
         Signature

         *JAMES D. MASON*
         Print Name

         _____
         Title (if Participant is not an Individual)

         *4/2/2019*
         Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

James Mason
Carol Engel-Mason
405 Stark Ave.
Endwell, NY 13760-3636





U.S. POSTAGE PAID
FCM LETTER
ENDICOTT, NY
13760
APR 03, 19
AMOUNT

**$0.55**
R2304M113246-02

1000          00918

THE CLERK OF THE UNITED STATES
   DISTRICT COURT FOR THE DISTRICT OF POERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918$1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

     as representative of                                 :        Case No. 17-BK-3283 (LTS)

                               :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)

     Debtors.                                                 :

-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

RAY W. STANDIFER, TTEE

_____        _____
Participant Name                            Firm Name (if applicable)

_____        _____
Contact Person (if Participant is not an individual)        Contact Person

_____        _____
Email Address                               Email Address

_____        _____

Address line 1

*12300 S.E. 104TH ST.*

Address line 2

*OKLA. CITY , OK 73165*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LD20*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

*BOT   05/07/2013*

By: _____
    Signature

*RAY W. STANDIFER , TTEE*
Print Name

_____
Title (if Participant is not an Individual)

*04/02/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

R & J Standifer
12300 S.E. 104th St
Oklahoma City, OK 73165

03 APR 2019 PM 4 L

Clerk of the United States District Court
for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------X
                                             :
In re:                                       :
                                             :
THE FINANCIAL OVERSIGHT AND                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :    Title III
                                             :
        as representative of                 :    Case No. 17-BK-3283 (LTS)
                                             :
THE COMMONWEALTH OF PUERTO RICO et al.,      :    (Jointly Administered)
                                             :
        Debtors.                             :
---------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| RAY W. STANDIFER, TTEE | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

Address line 1

*12300 S.E. 104th ST.*

Address line 2

*OKLA. CITY, OK 73165*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LD 20*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

*BOT  05/09/2013*

By: _____
Signature

*RAY W. STANDIFER, TTEE*
Print Name

_____
Title (if Participant is not an Individual)

*04/02/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

R & J Standifer
12300 S.E. 104th St
Oklahoma City, OK 73165

03 APR 2019 PM 4 L

Clerk of the United States District Court
for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

----------------------------------------------------------------X

RECEIVED & FILE

2019 APR -8 PM 4: 54

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| *Ronald E Belcher* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *R Belcher 666 @ Gmail . Com* | |
| Email Address | Email Address |
| | |

Address line 1

_P. O. Box 92068_

Address line 2

_CITY OF INDUSTRY, CA   91715_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514 LD46 , 74514 LD61, 74514 LC54 , 74514 LA56_

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Ronald E Belcher_

Signature

_RONALD E BELCHER_

Print Name

_____

Title (if Participant is not an Individual)

_MARCH 26, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mr Ronald E Belcher
PO Box 92068
City Industry, CA 91715

03 APR 2019 PM 4 L



THE CLERK OF UNITED STATES DISTRICT COURT FOR DISTRICT OF PUERTO RICO

ROOM 150 FEDERAL BUILDING

150 CARLOS CHARDON AVENUE

SAN JUAN, PR   00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

-------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:

RECEIVED & FILE[?]

2019 APR -8 PM 4 54

CLERK'S OFFICE
U.S DISTRICT COURT

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Nancy I. Koenig \|Lawrence T. Koenig<br>Participant Name | _____<br>Firm Name (if applicable) |
| Nancy I. Koenig<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| eph28@cox.net<br>Email Address | _____<br>Email Address |
| _____ | _____ |

Address line 1

_16129 Dewey Ave_

Address line 2

_Omaha NE 68118_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LC62_ _74514LJW8_

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _Nancy Koenig_ _Lawrence Koenig_

Signature

_Nancy I. Koenig Lawrence Koenig_

Print Name

_____

Title (If Participant is not an Individual)

_4/1/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Nancy Koenig
16129 Dewey Ave.
Omaha, NE 68118-4112

03 APR 2019 PM 11





The Clerk Of The **United States District**
**Court for the District Court of Puerto**
**Rico**, Room 150 Federal Building
**150 Carlos Chardon Ave**
**San Juan, PR 00918-1767**

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 4: 54

CLERK'S OFFICE
U.S DISTRICT COURT

-------------------------------------------------------------X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND                                  :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :     Title III

      as representative of                                    :     Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                    :     (Jointly Administered)
                                                             :
      Debtors.                                               :
-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>       <u>**Counsel Contact Information (if any)**</u>

*Mary Jane Jones*

Participant Name                                     Firm Name (if applicable)

*Mary Jane Jones*

Contact Person (if Participant is not an individual)     Contact Person

Email Address                                      Email Address

Address line 1

_6 Locust St._

Address line 2

_Bath, NY 14810_

City, State Zip Code

_U S A_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____X_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   _745 14 L B 89_

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _Mary Jane Jones_

Signature

_MARY JANE JONES_

Print Name

_____

Title (if Participant is not an Individual)

_3-28-19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Pinnacle**
Investments, LLC

Franklin Square
507 Plum Street, Suite 120
Syracuse, NY 13204



SYRACUSE
NY 130

02 APR '19
PM 1 L

NEOPOST    FIRST-CLASS MAIL

04/02/2019
US POSTAGE $000.50⁰

ZIP 13204
041L10419475

The Clerk of the United States District Court
For the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR  00918-1767

00918-170625



**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                               :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :      Title III

    as representative of                                 :      Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                 :      (Jointly Administered)
                                                          :
    Debtors.                                             :

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Janine Bundy | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| JPBUNDY81 @ yahoo.com | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
|---|---|
| PO Box 115 | |
| Address line 2 | Address line 2 |
| Mayer AZ 86333 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L B89

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Janine Bundy
Print Name

_____
Title (if Participant is not an Individual)

3/29/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Janine Buck
PO Box 115
Mayer AZ 86333



PHOENIX AZ 852

03 APR 2019 PM 8 L

Alabama 1819
FOREVER-USA

RECEIVED & FILED
2019 APR -8  PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT

The Clerk of the United States District
Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       Title III

      as representative of        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*     (Jointly Administered)

      Debtors.

---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**       **Counsel Contact Information (if any)**

FRANCES VITKOVICH

_____        _____
Participant Name                                    Firm Name (if applicable)

_____        _____
Contact Person (if Participant is not an individual)     Contact Person

_____        _____
Email Address                                        Email Address

_____        _____

| | |
|---|---|
| Address line 1 | Address line 1 |
| Address line 2 | Address line 2 |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514L B89

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Frances Vitkovich*
Signature

FRANCES VITKOVICH
Print Name

*Mitchell Vitkovich*

Mitchell Vitkovich

_____
Title (if Participant is not an Individual)

4/2/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Janine Buckly
PO Box 115
Mayer AZ 86333

RECEIVED & FILED
2019 APR -8 PM 4: 54
CLERK'S OFFICE
U.S. DISTRICT COURT

PHOENIX AZ 852

03 APR 2019 PM 8 L


Alabama 1819
FOREVER USA

The Clerk of the United States District
Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 4: 54

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

```
------------------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
          as representative of                   :    Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :    (Jointly Administered)
                                                 :
          Debtors.                               :
                                                 :
------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.   Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *RICHARD HORVATH* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *ATOMRSET 62 @G MAIL . COM* | |
| Email Address | Email Address |

Address line 1                                    Address line 1
*94 MOSEMAN AVE.*
Address line 2                                    Address line 2
*KATONAH, N.Y 10536*
City, State Zip Code                              City, State Zip Code
*UNITED STATES OF AMERICA*
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Richard Horvath*
Signature

*RICHARD HORVATH*
Print Name

_____
Title (if Participant is not an Individual)

*3-29-19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



**Mr. Richard Horvath**
94 Moseman Ave.
Katonah, NY 10536



U.S. POSTAGE PAID
FCM LETTER
AMAWALK, NY
10501
APR 03 19
AMOUNT
**$0.55**
R2305K138273-83

1000          00918

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PUERTO RICO 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------------X
                                      :
In re:                                :
                                      :
THE FINANCIAL OVERSIGHT AND           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :   Title III
                                      :
         as representative of         :   Case No. 17-BK-3283 (LTS)
                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,:  (Jointly Administered)
                                      :
         Debtors.                     :
-----------------------------------------------------------------------X
```

2019 APR -8 PM 4: 54

CLERK'S OFFICE
U.S. DISTRICT COURT

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

PAUL M CATANIA
_____              _____
Participant Name                              Firm Name (if applicable)


_____              _____
Contact Person (if Participant is not an individual)   Contact Person
PINATACPO AOL. Com
_____              _____
Email Address                                 Email Address

Address line 1

*1689 REMSEN AVE*

Address line 2

*BROOKLYN NY 11236*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74 5184 LB63       74 514 LB63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

*PAVL M CATANIA*
Print Name

_____
Title (if Participant is not an Individual)

*3-29-2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Mrs. Antonina Catania
1689 Remsen Ave
Brooklyn, NY 11236-5233

NEW YORK NY 100

02 APR 2019 PM 15 L

The Clerk of The United States District Court
District of Puerto, Room 150
Federal Buld. 150 Carlos Chardon Ave
San Juan, P. R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:                       :

THE FINANCIAL OVERSIGHT AND    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III

      as representative of        :    Case No. 17-BK-3283 (LTS)
                       :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)

    Debtors.               :

-------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

*ANNE A. FULBRIGHT*
_____            _____
Participant Name                    Firm Name (if applicable)


_____            _____
Contact Person (if Participant is not an individual)    Contact Person

*jimanne 1935@att.net*
_____            _____
Email Address                    Email Address


_____            _____



Address line 1

127 THORNBURY CT.

Address line 2

HOT SPRINGS, AR 71901

City, State Zip Code

U.S.A

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are valid)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L B 63

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or NO (please **circle one**).

By: _Anne A. Fulbright_
Signature

ANNE A. FULBRIGHT
Print Name

_____
Title (if Participant is not an Individual)

4/1/2018
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation** with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

Ms. Anne Fulbright
127 Thornbury Ct
Hot Springs, AR 71901

01 APR 2019 PM 3 L

CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

CASE NO. 17-BK-3283 (LTS) 00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                               :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :       Title III

    as representative of                                 :       Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                :       (Jointly Administered)
                                                         :
    Debtors.                                             :
---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Thomas Regan* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *tom pat 63 @ aol. Com* | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS Doc#:6156-1 Filed:04/08/19 Entered:04/09/19 14:45:18 Desc:
Pro Se Notices of Participation Page 134 of 274

SRF 31030

Address line 1

72 Edgemere Rd.

Address line 2

Garden City, NY

City, State Zip Code

USA                    11530

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____X__ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Thomas Regan*

Signature

*Thomas Regan*

Print Name

_____

Title (if Participant is not an Individual)

*April 3, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Tom Regan
Corresponding Secretary AATSP
72 Edgemere Road
Garden City, NY 11530

The Clerk Clerk of the US
District Court for the
District of Puerto Room 150
Federal Building Are
San Juan 150 Carlos Chardon
Puerto Rico, PR 00918-1767

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

———————————————————X

In re:                                                                :

THE FINANCIAL OVERSIGHT AND                :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III

   as representative of                          :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :        (Jointly Administered)

   Debtors.                                        :

———————————————————X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

  **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

  The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

  To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Edward V. Fengya
_____
Participant Name


_____
Contact Person (if Participant is not an individual)

EFENGYA @ HVC. RR. COM
_____
Email Address


PoBox 311
_____

**Counsel Contact Information (if any)**


_____
Firm Name (if applicable)


_____
Contact Person


_____
Email Address


_____

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 137 of 274

SRF 30944

Address line 1

Address line 2

Middletown New York 10940-0311
City, State Zip Code

U.S.A.
Country

Address line 1

Address line 2

City, State Zip Code

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

$40,000^{00}$ → CUSip # 74514LB63#

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _____
Signature

Edward V. Fengya
Print Name

Raymond James & Associates, Inc
↳ Account # REDACTED 7036

_____
Title (if Participant is not an Individual)

4 April 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: **The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



FIRST-CLASS MAIL

US POSTAGE $006.80⁰

04/04/2019

ZIP 33410
011E11676431

**RAYMOND JAMES**®

3399 PGA BOULEVARD, Suite 200
Palm Beach Gardens, FL 33410



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**®

7019 0140 0000 3962 7548

e Clerk of the US District Court.
for The District of Puerto Rico
Room 150   Federal Bldg
150 Carlos Chardon Ave
San Juan   PR   00918-1767

RECEIVED & FILED
2019 APR -8 PM 4: 54
US DISTRICT COURT

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :      Title III
                                          :
          as representative of            :      Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :      (Jointly Administered)
                                          :
          Debtors.                        :
------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Angel López-Ramírez* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Galaxylopez9999@gmail.com* | |
| Email Address | Email Address |
| | |

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    _ANGEL LÓPEZ-RAMIREZ_
    Print Name

    _____
    Title (if Participant is not an Individual)

    03/03/2019
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**ANGEL LOPEZ RAMIREZ**
COND. VILLAS DEL MAR OESTE
4735 AVE ISLA VERDE APT. 16J
CAROLINA, PR 00979

## September 30, 2018 — FIRST PUERTO RICO TAX-ADVANTAGED TARGET MATURITY FUND I (TARSAN PLUS)

**Category**

Non- Diversified Closed End Fund
Puerto Rico Tax-Advantaged Fixed Income

The Fund's investment objectives are to (i) provide a high level of current income consistent with the preservation of capital (ii) to distribute to shareholders the net assets of the Fund during the period commencing on December 31, 2013 and ending on approximately December 31, 2023 (the "Target Date") and (iii) to distribute monthly dividends of substantially all of its net investment income. The Fund invests primarily in fixed income securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests at least 80% of its assets in securities that, at the time of purchase, have been rated in the highest rating category by a nationally recognized statistical rating organization and at least 90% of its assets in investment-grade securities, or, if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest on tax-exempt and/or taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue debt securities and engage in other forms of leverage to increase amounts available for investment.

**Inception Date**
July 31, 2003

**Minimum Share Amount**
100 shares

**Total Assets**
US $163.43 million

**Net Assets**
US $83.30 million

### Performance***

| Total Returns | 1 month | 3 months | YTD | 1 year | 3 years** | 5 years** | 10 years** | Since Inception** |
|---|---|---|---|---|---|---|---|---|
| At NAV* | -0.93% | 0.16% | 6.87% | 5.21% | 4.84% | 6.34% | 4.91% | 4.86% |
| At Market*** | -1.17% | -1.21% | -5.72% | -7.34% | -2.20% | -0.18% | 1.74% | 2.57% |

* Exclusive of 4.50% maximum sales charge during the fund's initial offer ending December 1, 2003.
** Annualized

**Cusips**
33612G105 Cash
33612S109 Reinvestment

***Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. A sales load of 4.50% was charged during the initial offering period, ended on December 1, 2003, for the sale of the Fund's common stock. For performance current to the most recent month-end please call 1 (888) 756-0003.

**Investment Adviser**
Santander Asset Management
(787)759-5340

****Market price is provided by Santander Securities, an affiliate of the Fund.

**Distributor**
Santander Securities LLC
1(888) 756-0003

### Calendar Annual Total Returns / Growth of $10,000 Since Inception

| | Fund |
|---|---|
| 2017 | 6.87% |
| 2016 | 9.14% |
| 2015 | -2.58% |
| 2014 | 22.76% |
| 2013 | -15.62% |
| 2012 | 7.71% |
| 2011 | 18.99% |
| 2010 | 0.97% |
| 2009 | 10.68% |
| 2008 | -2.45% |
| 2007 | 9.32% |
| 2006 | 2.38% |
| 2005 | 0.49% |

Based on NAV and excluding 4.50% max. sales charge

NAV $ 20,549*
Market $14,688**

This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.
*Performance based on NAV and excluding 4.50% max. sales charge.
**Performance based on market value. Market price is provided by Santander Securities, an affiliate of the Fund.

| NAV | Market Price*** |
|---|---|
| 8.15 | 6.10 |

**Annual Operating Expense Ratio**
1.00%

**Common Stock outstanding**
10,226,717 Shares

**Undistributed Net Income**
$ 8,045,175

### Portfolio Characteristics

| | |
|---|---|
| Average Maturity | 10.594 years |
| Average Duration | 8.24 |
| Effective Duration | 6.17 |
| Average Price | 88.51 |
| Average Yield(1) | 5.35% |
| Weighted Average Coupon(2) | 4.27% |
| Market Weighted Average Coupon(2) | 4.95% |
| Asset Leverage Ratio(3) | 48.83% |
| Leverage Cost(4) | 2.72% |
| Leverage Cost^(4) | 3.39% |

^Including hedging transactions

| 52-Week NAV Low/High | $7.71 / $8.29 |
|---|---|
| YTD NAV Change | 0.29 |
| Last 12-month Gross Dividend | $ 0.3157 |

### Annualized Monthly Distributions (As of September 30, 2018)+



| Gross 3.690% | Gross 3.595% | Gross 3.875% | Gross 3.480% | Gross 3.414% | Gross 3.414% |
|---|---|---|---|---|---|
| Net 3.058% | Net 2.986% | Net 2.984% | Net 2.890% | Net 2.842% | Net 2.842% |
| Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 |

+ September distribution refers to dividend paid on October 15, 2018. The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or a portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Gross distributions are before deduction of taxes. Net distributions are after deduction of withholding preferential tax rate of 15%. Please note that monthly distribution rates may vary.

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.

(2) Weighted Average Coupon ,"WAC" , is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 5% of the Fund's total assets for temporary, emergency and/or defensive purposes. The Fund's utilization of leverage creates additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4) Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized. The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY www.santandersecurities.com

**First Puerto Rico Tax-Advantaged Target Maturity Fund I, Inc.**



| Top 10 Holdings | | Credit Quality* | Asset Allocation |
|---|---|---|---|
| 1. U.S. Municipal Bonds | 43.62% | | |
| 2. P.R. Trade and Export Notes | 36.55% | | |
| 3. P.R. Sales Tax Financing Corp. (zero) | 6.14% | | |
| 4. Federal Farm Credit Bank | 4.41% | | |
| 5. P.R. Sales Tax Financing Corp. | 3.59% | | |
| 6. Federal Home Loan Bank Bonds | 3.31% | | |
| 7. GNMA (several pools) | 1.57% | | |
| 8. FNMA (several pools) | 0.43% | | |
| 9. P.R. Building Authority | 0.20% | | |
| 10. FGA (several pools) | 0.18% | | |

*Ratings from Standard and Poor's as of September 28, 2018. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

## PORTFOLIO HOLDINGS SUMMARY AS OF SEPTEMBER 30, 2018

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| N.Y. FIN AUTH - BABS - SUBSER C-2 | 8.76% | BATTERY PK REV-A-BABS | 1.43% | OK CAP IMPT-B-BABS-TX | 0.43% | FN 745328 | 0.21% |
| P.R. TRADE & EXPORT NOTE 4.60% (1) | 8.73% | PR S/TAX-CABS-A | 1.41% | TX ST-BABS-A | 0.43% | PR BLDGS-REF-L-FSA-CR | 0.20% |
| P.R. TRADE & EXPORT NOTE 5.55% (1) | 6.98% | CT ST-QSCB-TXB | 1.38% | GN 593650 | 0.41% | NYC FIN AUTH | 0.20% |
| P.R. TRADE & EXPORT NOTE 5.391% (1) | 6.14% | STATE PUB SCH-A-QSCB | 1.35% | VA CLG-B-21ST CENTURY | 0.41% | GN 529826 | 0.12% |
| P.R. TRADE & EXPORT NOTE 4.95% (1) | 5.42% | PR S/TAX-CABS-A | 1.32% | PR S/TAX CAB-SER C | 0.38% | GN 583307 | 0.12% |
| FL BOE PECO-SER G | 5.02% | TEXAS ST WTR DIST SYS REV -SER D | 1.29% | GN 556305 | 0.37% | FN 823348 | 0.11% |
| NYS URBAN DEV CORP | 4.26% | NYS DORM AUTH-BABS | 1.28% | PR S/TAX CAB-SER C | 0.37% | FG A35646 | 0.10% |
| P.R. TRADE & EXPORT NOTE 6.475% (1) | 3.45% | FLORIDA ST BRD OF EDU-BABS - F | 1.24% | NYC FIN AUTH | 0.35% | FG A43847 | 0.05% |
| DIST OF COLUMBIA REV-BABS-SER E | 3.00% | PR S/TAX-CABS-A-BHAC | 1.13% | NYC FIN AUTH | 0.35% | PR S/TAX-CABS-SER B | 0.03% |
| P.R. TRADE & EXPORT NOTE 5.101% (1) | 2.77% | TX ST-BABS-A | 1.07% | OH WTR-A2-BABS | 0.35% | PR S/TAX CAB-SER C | 0.03% |
| FEDERAL HOME LOAN BANK | 2.66% | PR S/TAX SER C | 1.04% | FEDERAL FARM CREDIT BANK | 0.33% | FG A35645 | 0.03% |
| N.Y. FIN AUTH - BABS - SUBSER C-2 | 2.45% | PR S/TAX CAB-CONV | 0.75% | NYC TRANSL FIN -BABS | 0.32% | FN 411533 | 0.03% |
| NYS URBAN-TXB-ST PERS | 2.37% | P.R. TRADE & EXPORT NOTE 4.889% (1) | 0.70% | GN 593714 | 0.28% | FANNIE MAE 2009-20 CL - DS | 0.03% |
| FLORIDA ST BRD OF EDU-BABS - F | 2.35% | P.R. TRADE & EXPORT NOTE 5.00% (1) | 0.58% | GN 556304 | 0.27% | FANNIE MAE 2009-12 CL. CI | 0.02% |
| NYC FIN-BABS-TXB | 2.04% | FEDERAL HOME LOAN BANK | 0.55% | PR S/TAX-CABS-A | 0.27% | FN 411534 | 0.01% |
| FEDERAL FARM CREDIT BANK | 1.99% | TX ST TRANSN-1ST TIER | 0.53% | NYC FIN AUTH | 0.26% | FN 411536 | 0.01% |
| PR S/TAX CAB-CONV | 1.80% | DISTRICT COLUMBIA | 0.60% | PR S/TAX CAB-SER C | 0.23% | FN 411535 | 0.01% |
| P.R. TRADE & EXPORT NOTE 5.10% (1) | 1.68% | PR S/TAX-CABS-A | 0.53% | PR S/TAX CAB-SER C | 0.22% | | |
| FEDERAL FARM CREDIT BANK | 1.63% | FEDERAL FARM CREDIT BANK | 0.46% | PR S/TAX CABS | 0.22% | | |

The Fund's holdings are subject to change.

(1) Collateralized with U.S. securities

## Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks. You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com. You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the underwriter of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico. Past performance is not predictive of future performance. Performance changes over time and currently may be lower than stated above. An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes. The shares of the Fund are subject to market risk, including the loss of principal. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Market volatility can significantly impact short-term performance. As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

An investment in the Fund is suitable only for investors who can bear the risks associated with the limited liquidity, and potential illiquidity, of the shares. The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund. The Fund's shares have limited liquidity, and may not be readily marketable in certain situations. The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY


ANGEL LOPEZ RAMIREZ
C/NOGUES HF PRESIDENTE
4735 AVE ISLA VERDE APT. 160
CAROLINA, PR 00979

## September 30, 2018 — FIRST PUERTO RICO TAX EXEMPT FUND (Class A)

**Category**
Non-Diversified Open-Ended Fund
Puerto Rico Tax-Exempt Fixed Income

**Inception Date**
Class A          August 30, 1995

**Minimum Initial Investment**
$10,000

**Total Assets**
US $100.28 million

**Net Assets**
US $59.53 million

**Cusip**
998397A60 Class A

**Investment Adviser**
Santander Asset Management
(787) 759-5340

**Distributor**
Santander Securities LLC
1(888) 756-0003

**NAV**
Class A Shares $2.56

**Redemption Charge-Class A**
1% within first 60 days of purchases

**Sales Charge**
Class A  Maximum 3.5%

**Frequency of Purchases**
Each Wednesday

**Frequency of Redemptions**
Closed since September 11, 2018

**Annual Operating Expense Ratio(5)**
Class A          1.11%

**Last 12-month Net Annual Operating Expense Ratio(5)**
Class A          1.01%

**Shares of Common Stock Outstanding**
Class A          23,276,971

The Fund's investment objectives are to (i) provide a high level of current income exempt from U.S. federal and Puerto Rico income taxes consistent with the preservation of capital and (ii) to distribute monthly dividends of substantially all of the Fund's net investment income. The Fund invests primarily in income tax-exempt securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests at least 95% of its assets in investment grade securities, at the time of purchase, or if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest up to 10% of its assets on taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue preferred stock and debt securities and engage in other forms of leverage to increase amounts available for investment.

### Performance at NAV**
**Total Returns**

| Class A | 1 month | 3 months | YTD | 1 year | 3 years* | 5 years* | 10 years* | Since inception* |
|---|---|---|---|---|---|---|---|---|
| Excl. max. sales charge | -0.78% | 3.64% | 134.86% | 69.54% | 11.85% | -2.61% | -3.84% | 1.80% |
| Incl. max. sales charge | -4.25% | 0.02% | 126.64% | 63.60% | 10.53% | -3.30% | -4.18% | 1.64% |

* Annualized

**Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. For performance current to the most recent month-end please call 1 (888) 756-0003*

### Calendar Year Total Return - Class A
*Based on NAV and excluding max. sales charge*

| Year | Return |
|---|---|
| 2017 | -51.36% |
| 2016 | 27.59% |
| 2015 | -43.01% |
| 2014 | 8.47% |
| 2013 | -47.26% |
| 2012 | 8.76% |
| 2011 | 19.19% |
| 2010 | 2.37% |
| 2009 | 18.71% |
| 2008 | -5.61% |
| 2007 | 6.67% |
| 2006 | 2.96% |
| 2005 | 3.89% |
| 2004 | 6.22% |
| 2003 | 3.03% |
| 2002 | 10.91% |
| 2001 | 11.94% |
| 2000 | 6.72% |
| 1999 | -2.94% |
| 1998 | 9.95% |

### Growth of $10,000 Since Inception



$15,083

*This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.*

### Portfolio Characteristics

| | |
|---|---|
| Average Maturity | 12.322 years |
| Average Duration | 10.59 |
| Effective Duration | 10.15 |
| Average Price | 64.49 |
| Average Yield(1) | 5.78% |
| Weighted Average Coupon(2) | 4.28% |
| Market Weighted Average Coupon(2) | 4.64% |
| Asset Leverage Ratio(3) | 40.42% |
| Leverage Cost(4) | 2.25% |
| Leverage Cost*(4) | 2.25% |

*Including hedging transactions

### Annualized Monthly Distributions (As of September 30, 2018)+

| Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 |
|---|---|---|---|---|---|
| 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% |

+The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or a portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Please note that monthly distribution rates may vary.

### Class A Shares

| | |
|---|---|
| 52-Week NAV Low/High | $1.06 / $2.60 |
| YTD NAV Change | 1.47 |
| Last 12-month Dividend | $0.0000 |

(1)  Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.

(2)  Weighted Average Coupon, "WAC", is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3)  The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 20% of the Fund's total assets for temporary, emergency and/or defensive purposes. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4)  Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(5)  For the first 24 months of operations of the Fund, and annually thereafter, the Investment Adviser has voluntarily agreed to waive its fees and, if necessary, to reimburse the Fund to the extent that total operating expenses, excluding financing expenditures such as interest, taxes and leverage related expenses, exceed 0.90% of the average weekly net assets of the Fund. Fees waived are subject to recoupment by the Investment Adviser within the next two fiscal years. The Investment Adviser may waive additional fees at its discretion.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY          www.santandersecurities.com



**First Puerto Rico Tax Exempt Fund**



| Holdings Summary | | Credit Rating* | Asset Allocation |
|---|---|---|---|
| 1. P.R. Sales Tax Financing Corp. | 45.55% | | |
| 2. Federal Home Loan Bank Bonds | 22.81% | | |
| 3. U.S. Municipal Bonds | 11.18% | | |
| 4. Federal Farm Credit Bank Bonds | 10.95% | | |
| 5. P.R. Sales Tax Financing Corp. (zero) | 4.63% | | |
| 6. I.P.R. Trade and Export Note | 3.12% | | |
| 7. GNMA (several pools) | 1.72% | | |
| 8. P.R. CMOs | 0.04% | | |

Credit Rating*: AAA 6.18%, AA+ 35.52%, AAA 8.11%, NR 50.19%

Asset Allocation: P.R. MBS 1.76%, U.S. Munis 11.18%, U.S. Agencies 33.76%, P.R. Notes 3.12%, P.R. Bonds and Munis 50.18%

*Ratings from Standard and Poor's as of September 28, 2018. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

## PORTFOLIO HOLDINGS SUMMARY AS OF SEPTEMBER 30, 2018

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK | 10.42% | PR S/TAX-CABS-B-1ST S | 3.45% | PR S/TAX-SER B | 0.18% | GN 420001 | 0.08% |
| FEDERAL HOME LOAN BANK | 8.54% | P R TRADE & EXPORT 5.101% (1) | 3.12% | GN 407848 | 0.16% | GN 397431 | 0.05% |
| P.R. SALES TAX CONV SUB A | 8.03% | FEDERAL FARM CREDIT BANK | 2.41% | GN 407847 | 0.15% | GN 419994 | 0.05% |
| PR S/TAX-SER B | 7.49% | PR S/TAX UNREF SUB-SER B | 1.97% | GN 420000 | 0.15% | GN 420003 | 0.05% |
| FEDERAL FARM CREDIT BANK | 7.19% | FEDERAL HOME LOAN BANK | 1.94% | GN 401479 | 0.11% | GN 420008 | 0.05% |
| PR S/TAX-SER B | 6.51% | FEDERAL HOME LOAN BANK | 1.91% | GN 397421 | 0.10% | GN 420030 | 0.05% |
| CT HOUSING FIN AUTHORITY | 6.18% | PR S/TAX-SER B | 1.75% | GN 407849 | 0.10% | GN 420005 | 0.04% |
| P.R. SALES TAX SUB-SER A | 5.25% | P R SALES TAX SER-B | 1.75% | GN 420145 | 0.10% | GN 425540 | 0.04% |
| PR S/TAX SER C | 4.14% | FEDERAL FARM CREDIT BANK | 1.35% | GN 437580 | 0.10% | GN 436858 | 0.04% |
| PR S/TAX CAB-CONV | 4.01% | PR S/TAX-CABS-B-1ST S | 1.18% | GN 412705 | 0.09% | GN 437589 | 0.04% |
| IL ST-BAB-3-AGM-CR | 3.89% | PENNSYLVANIA ST BABS | 1.10% | GN 436861 | 0.09% | LBGT 1993-3 H | 0.04% |
| P.R. SALES TAX SUB-SER A | 3.67% | PR S/TAX CAB-CONV | 0.80% | GN 407862 | 0.08% | TRENTON-TXB-REF-CABS | 0.01% |

The Fund's holdings are subject to change.
(1) Collateralized with U.S. securities

## Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks. You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com. You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the distributor of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico. Past performance is not predictive of future performance. Performance changes overtime and currently may be lower than stated above. An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes.

The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund. The Fund's net asset value can deteriorate rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise. The shares of the Fund are subject to market risk, including the loss of principal. As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

**Current Market Conditions Affecting the Fixed Income Markets in General, and Affecting Puerto Rico Municipal Bonds and Other Fixed-Income Securities**

Current market conditions affecting fixed-income securities may present significant risks beyond those of other securities, including greater credit risk and price volatility. Potential rising interest rates will generally result in a decrease of value of a fixed-income portfolio, and consequently, the Fund's net asset value may likewise decrease. Furthermore, policy changes made by governments or quasi-governmental organizations, such as tapering quantitative easing, could adversely impact the value and liquidity of certain securities.

Downgrades to the credit rating of the issuers of Puerto Rico municipal bonds and other fixed-income securities, or other securities in the Fund's portfolio, may result in a decrease in the value of such securities and in a corresponding decrease in the net asset value of the Fund. Furthermore, such downgrade would also reduce the market for such securities, which could negatively impact the Fund's ability to dispose of such securities or the price the Fund may receive in any such sale, as well as the Fund's ability to utilize such securities as collateral for its leverage program.

The uncertainty surrounding the financial situation of the Commonwealth of Puerto Rico, including lack of access to credit markets and nonpayment or default by some municipal bond issuers, creates additional risks to the Fund. Monthly distributions to holders of Shares will consist of all or a portion of its net investment income, if any, remaining after the payment of interest expense or dividends in connection with the Fund's leverage program and other Fund expenses. At times, in order to maintain a stable level of dividends, the Fund may pay out less than all of its net investment income or pay out accumulated undistributed income in addition to current net investment income. Net capital gains, if any, will be retained by the Fund, unless the Board of Directors determines that capital gains must be distributed to holders of Common Stock and preferred stock in order to ensure advantageous tax treatment for the Fund. Dividends to be paid by the Fund will be declared by the Dividend Committee of the Fund's Board of Directors, at its sole discretion, and are paid out of the net investment income available for distribution to holders of Shares. The Fund cannot guarantee that future dividends will be declared and cannot guarantee any particular dividend level.

Consequently, the Fund's shares may lose value, and thus you may lose your investment, as a consequence of such a downgrade.

**The Fund may be subject to additional risk due to the current market conditions affecting Puerto Rico municipal bonds and other fixed income securities.**

The Adviser of the Fund has claimed an exclusion from the definition of the term "commodity pool operator" under the Commodity Exchange Act (the "CEA") and, therefore, is not subject to registration or regulation as a pool operator under the CEA. The PR Funds are not a vehicle for trading or seeking exposure in the commodity futures, commodity options or swaps markets.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY



**ANGEL LOPEZ RAMIREZ**
COND. VILLAS DEL MAR OESTE
4735 AVE ISLA VERDE APT. 16J
CAROLINA, PR 00979

---

| September 30, 2018 | FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNITIES FUND I (TARSAN INCOME) |

**Category**
Non-Diversified Closed End Fund
Puerto Rico Fixed Income

**Inception Date**
December 29, 2003

**Minimum Share Amount**
100 shares

**Total Assets**
US $43.67 million

**Net Assets**
US $26.09 million

**Cusips**
336127105 Cash
336127204 Reinvestment

**Investment Adviser**
Santander Asset Management
(787)759-5340

**Distributor**
Santander Securities LLC
1(888) 756-0003

| NAV | Market Price**** |
|---|---|
| 4.13 | 2.28 |

**Annual Operating Expense Ratio**
1.00%

**Common Stock outstanding**
6,310,704 Shares

**Undistributed Net Income**
$ 4,618,309

The Fund's investment objectives are to (i) provide a high level of current income consistent with the preservation of capital (ii) to distribute to shareholders the net assets of the Fund during the period commencing on December 31, 2024 and ending on approximately December 31, 2034 (the "Target Date") and (iii) to distribute monthly dividends of substantially all of its net investment income. The Fund invests primarily in fixed income securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset-backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests, at the time of purchase, at least 80% of its assets in investment grade securities, or, if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest on tax-exempt and/or taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue debt securities and engage in other forms of leverage to increase amounts available for investment.

**Performance***

| Total Returns | 1 month | 3 months | YTD | 1 year | 3 years** | 5 years** | 10 years** | Since Inception** |
|---|---|---|---|---|---|---|---|---|
| At NAV* | -0.43% | 4.21% | 78.18% | 46.59% | 9.98% | 2.83% | 0.31% | 1.42% |
| At Market**** | 0.05% | 9.27% | 54.48% | 25.78% | -3.67% | -9.21% | -6.09% | -2.88% |

* Exclusive of 4.50% maximum sales charge during the fund's initial date ending December 31, 2004
** Annualized

***Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. A sales load of 4.50% was charged during the initial offering period, ended on December 31, 2004, for the sale of the Fund's common stock. For performance information contact me and please call 1 (888) 756-0003.
****Market price is provided by Santander Securities, an affiliate of the Fund.

**Calendar Annual Total Returns**

| | Fund |
|---|---|
| 2017 | -33.05% |
| 2016 | 22.85% |
| 2015 | -31.89% |
| 2014 | 9.01% |
| 2013 | -32.28% |
| 2012 | 6.10% |
| 2011 | 19.16% |
| 2010 | 2.68% |
| 2009 | 19.38% |
| 2008 | -6.62% |
| 2007 | 5.64% |
| 2006 | 0.37% |
| 2005 | 2.71% |
| 2004 | 6.18% |

Based on NAV and excluding 4.50% max. sales charge

**Growth of $10,000 Since Inception**



This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.
*Performance based on NAV and excluding 4.50% max. sales charge.
**Performance based on market value. Market price is provided by Santander Securities, an affiliate of the Fund.

**Portfolio Characteristics**

| | |
|---|---|
| Average Maturity | 10.044 years |
| Average Duration | 8.69 |
| Effective Duration | 8.62 |
| Average Price | 64.31 |
| Average Yield(1) | 5.72% |
| Weighted Average Coupon(2) | 3.95% |
| Market Weighted Average Coupon(2) | 4.43% |
| | |
| Asset Leverage Ratio(3) | 39.97% |
| Leverage Cost(4) | 2.41% |
| Leverage Cost*(4) | 2.67% |
| *Including hedging transactions | |
| 52-Week NAV Low/High | $2.29 / $4.20 |
| YTD NAV Change | 1.79 |
| | |
| Last 12-month Gross Dividend | $ 0.0430 |

**Annualized Monthly Distributions (As of September 30, 2018)+**



| Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 |
|---|---|---|---|---|---|
| 0.372% | 0.348% | 0.300% | 0.252% | 0.252% | 0.372% |

■ Net ■ Gross

+ September distribution refers to dividend paid on October 15, 2018. The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or a portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Gross distributions are before deduction of taxes. Net distributions are after deduction of withholding preferential tax rate of 15%. Please note that monthly distribution rates may vary.

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.

(2) Weighted Average Coupon, "WAC", is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 5% of the Fund's total assets for temporary, emergency and/or defensive purposes. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4) Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized. The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

**NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY**                                    www.santandersecurities.com



| Holdings Summary | |
|---|---|
| 1. P.R. Sales Tax | 30.97% |
| 2. U.S. Municipal Bonds | 17.96% |
| 3. Federal Home Loan Bank Bonds | 17.53% |
| 4. P.R. Sales Tax (zero coupon) | 11.35% |
| 5. U.S. Treasury Note | 7.69% |
| 6. Federal Farm Credit Bank Bonds | 5.76% |
| 7. P.R. FNMA | 3.18% |
| 8. P.R. GNMA | 3.14% |
| 9. P.R. Gov. Dev. Bank Senior Note | 2.42% |

*Ratings from Standard and Poor's as of September 28, 2018. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

### PORTFOLIO HOLDINGS SUMMARY AS OF SEPTEMBER 30, 2018

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK | 15.12% | FEDERAL FARM CREDIT BANK | 3.56% | PR S/TAX-CABS-A | 2.10% | NEW HAMPSHIRE ST BABS | 0.46% |
| PR S/TAX CAB-CONV | 12.85% | CT HOUSING FIN AUTH | 3.48% | PR S/TAX-A | 1.98% | PR S/TAX-CABS-A | 0.42% |
| PR S/TAX-CABS-A | 7.87% | GN 684146 | 3.14% | UNIV OF CALIFORNIA SER F | 1.50% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.39% |
| US TREASURY N/B | 7.69% | FN AE1260 | 2.92% | PR S/TAX SUB-SER B | 0.98% | PR S/TAX CABS | 0.35% |
| ILLINOIS ST - 6.875% | 6.76% | PR S/TAX UNREF SUB-SER B | 2.85% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.89% | FANNIE MAE 2009-12 CL CI | 0.26% |
| SACRAMENTO PENSION OBL | 5.44% | PR S/TAX CAB-CONV | 2.69% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.61% | ILLINOIS ST-BABS-AGM | 0.21% |
| PR S/TAX SER C | 4.95% | FEDERAL HOME LOAN BANK | 2.41% | PR S/TAX CAB-SER C | 0.61% | IL ST-BAB-3-AGM-CR | 0.11% |
| PR S/TAX SER C | 4.67% | FEDERAL FARM CREDIT BANK | 2.20% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.48% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.05% |

**The Fund's holdings are subject to change.**

(a) The issuer defaulted on principal and / or interest payment.

### Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks. You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com. You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the underwriter of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico. Past performance is not predictive of future performance. Performance changes over time and currently may be lower than stated above. An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes. The shares of the Fund are subject to market risk, including the loss of principal. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Market volatility can significantly impact short-term performance. As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

An investment in the Fund is suitable only for investors who can bear the risks associated with the limited liquidity, and potential illiquidity, of the shares. The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund. The Fund's shares have limited liquidity, and may not be readily marketable in certain situations. The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY

## First Puerto Rico Target Maturity Income Opportunities Fund II



| Top 10 Holdings | |
|---|---|
| 1. P.R. Sales Tax Financing (zero) | 32.71% |
| 2. Federal Home Loan Bank Bonds | 26.72% |
| 3. P.R. Sales Tax Financing | 13.52% |
| 4. U.S. Municipal Bonds | 11.43% |
| 5. Federal Farm Credit Bank Bonds | 8.38% |
| 6. P.R. Gov Dev Bank Senior Notes | 3.29% |
| P.R. Trade and Export Notes | 1.80% |
| 8. P.R. Commonwealth Aqueduct & Sewer | 1.67% |
| 9. P.R. CMOs | 0.33% |
| 10. P.R. FNMA | 0.15% |

*Ratings from Standard and Poor's as of September 28, 2018. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

### PORTFOLIO HOLDINGS SUMMARY AS OF SEPTEMBER 30, 2018

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK | 22.76% | PR S/TAX-SER B | 3.57% | PR S/TAX SER C | 2.24% | FEDERAL FARM CREDIT BANK | 1.51% |
| PR S/TAX-CABS-A | 14.34% | P.R. GDB SENIOR NOTE (a) | 3.29% | FEDERAL HOME LOAN BANK | 2.12% | PR S/TAX SUB-SER B | 0.90% |
| PR S/TAX CAB-SER C | 8.75% | PR S/TAX-CABS-A | 2.90% | IL ST-BAB-3-AGM-CR | 2.06% | UNIV OF CALIFORNIA SER F | 0.88% |
| ILLINOIS ST - 6.875% | 4.49% | FEDERAL FARM CREDIT BANK | 2.70% | FEDERAL HOME LOAN BANK | 1.84% | DORAL MBS 6.697% | 0.33% |
| PR S/TAX-CABS-A | 4.32% | PR S/TAX SER C | 2.67% | P.R. TRADE & EXPORT NOTE 5.101% (1) | 1.80% | NEW HAMPSHIRE ST BABS | 0.27% |
| FEDERAL FARM CREDIT BANK | 4.17% | PR S/TAX CABS | 2.40% | PR AQUEDUCT REF-SER A | 1.67% | PR S/TAX CAB-CONV | 0.17% |
| ILLINOIS ST-BABS-AGM- | 3.73% | PR S/TAX CAB-CONV | 2.35% | P.R. SALES TAX SER A | 1.62% | FANNIE MAE 2009-12 CL CI | 0.15% |

**The Fund's holdings are subject to change.**

(1) Collateralized with U.S. securities

(a) The issuer defaulted on principal and / or interest payment

### Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks. You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com. You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the underwriter of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico. Past performance is not predictive of future performance. Performance changes over time and currently may be lower than stated above. An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes. The shares of the Fund are subject to market risk, including the loss of principal. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Market volatility can significantly impact short-term performance. As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

An investment in the Fund is suitable only for investors who can bear the risks associated with the limited liquidity, and potential illiquidity, of the shares. The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund. The Fund's shares have limited liquidity, and may not be readily marketable in certain situations. The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

**NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY**



ANGEL LOPEZ RAMIREZ
COND. VILLAS DEL MAR OESTE
4735 AVE ISLA VERDE APT. 16J
CAROLINA, PR 00979

## September 30, 2018

### FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNITIES FUND II (TARSAN INCOME II)

The Fund's investment objectives are to (i) provide a high level of current income consistent with the preservation of capital (ii) to distribute to shareholders the net assets of the Fund during the period commencing on June 30, 2025 and ending on approximately June 30, 2035 (the "Target Date") and (iii) to distribute monthly dividends of substantially all of its net investment income. The Fund invests primarily in fixed income securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset-backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests, at the time of purchase, at least 80% of its assets in investment grade securities, or, if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest on tax-exempt and/or taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue debt securities and engage in other forms of leverage to increase amounts available for investment.

**Category**
Non-Diversified Closed End Fund
Puerto Rico Fixed Income

**Inception Date**
March 3, 2005

**Minimum Share Amount**
100 shares

**Total Assets**
US $63.60 million

**Net Assets**
US $48.58 million

### Performance***

| Total Returns | 1 month | 3 months | YTD | 1 year | 3 years** | 5 years** | 10 years** | Since Inception** |
|---|---|---|---|---|---|---|---|---|
| At NAV* | -0.64% | 3.58% | 42.13% | 22.56% | 12.36% | 4.23% | 2.05% | 2.38% |
| At Market**** | -0.22% | 5.52% | 23.84% | 5.01% | -1.54% | -7.85% | -4.38% | -2.34% |

\* Exclusive of 4.50% maximum sales charge during the fund's initial date ending January 5, 2006

\*\* Annualized

***Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. A sales load of 4.50% was charged during the initial offering period, ended on January 5, 2006, for the sale of the Fund's common stock. For performance current to the most recent month-end please call 1 (888) 756-0003.

****Market price is provided by Santander Securities, an affiliate of the Fund.

**Cusips**
33612V102 Cash
33612V201 Reinvestment

**Investment Adviser**
Santander Asset Management
(787)759-5340

**Distributor**
Santander Securities LLC
1(888) 756-0003

| | | Market Price**** |
|---|---|---|
| **NAV** | | |
| 5.21 | | 2.88 |

**Annual Operating Expense Ratio**
1.00%

**Common Stock outstanding**
9,318,130 Shares

**Undistributed Net Income**
$   5,441,916

### Calendar Annual Total Returns

| | Fund |
|---|---|
| 2017 | -15.29% |
| 2016 | 22.97% |
| 2015 | -21.53% |
| 2014 | 10.43% |
| 2013 | -33.65% |
| 2012 | 9.77% |
| 2011 | 18.76% |
| 2010 | 1.13% |
| 2009 | 19.40% |
| 2008 | -5.62% |
| 2007 | 6.53% |
| 2006 | 2.63% |

Based on NAV and excluding 4.50% max. sales charge

### Growth of $10,000 Since Inception

NAV    $ 13,761*
Market    $ 7,245**

This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.
*Performance based on NAV and excluding 4.50% max. sales charge.
**Performance based on market value. Market price is provided by Santander Securities, an affiliate of the Fund.

### Portfolio Characteristics

| | |
|---|---|
| Average Maturity | 13.05 years |
| Average Duration | 11.95 |
| Effective Duration | 12.25 |
| Average Price | 50.71 |
| Average Yield(1) | 4.94% |
| Weighted Average Coupon(2) | 1.82% |
| Market Weighted Average Coupon(2) | 3.02% |
| | |
| Asset Leverage Ratio(3) | 23.43% |
| Leverage Cost(4) | 2.30% |
| Leverage Cost*(4) | 2.72% |
| *Including hedging transactions | |
| 52-Week NAV Low/High | $3.61 / $5.26 |
| YTD NAV Change | 1.49 |
| | |
| Last 12-month Gross Dividend | $ 0.0888 |

### Annualized Monthly Distributions (As of September 30, 2018)+

| | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 |
|---|---|---|---|---|---|---|
| Gross | 0.826% | 0.876% | 0.840% | 0.792% | 0.780% | 0.780% |
| Net | 0.876% | 0.876% | 0.840% | 0.792% | 0.780% | 0.780% |

+ September distribution refers to dividend paid on October 15, 2018. The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or a portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Gross distributions are before deduction of taxes. Net distributions are after deduction of withholding preferential tax rate of 15%. Please note that monthly distribution rates may vary.

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and divided by the portfolio amortized cost at quarter end.

(2) Weighted Average Coupon, "WAC", is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 5% of the Fund's total assets for temporary, emergency and/or defensive purposes. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4) Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized. The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY        www.santandersecurities.com

**Angel Lopez Ramirez**
Cond. Villas Del Mar Oeste
4735 Ave Isla Verde Apt. 16J
Carolina, PR 00979

The Clerk of The United States District Court
For The District of Puerto Rico, Room 150 Federal Building,
150 Carlos Chardon Avenue, San Juan, P.R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED

2019 APR -8 PH 4:55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
---------------------------------------------------------------X
                                    :
In re:                              :
                                    :
THE FINANCIAL OVERSIGHT AND         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :      Title III
                                    :
       as representative of         :      Case No. 17-BK-3283 (LTS)
                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,   :   (Jointly Administered)
                                    :
       Debtors.                     :
---------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| VINCENT & SUSAN MAZZELLA | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| N/A | |
| Email Address | Email Address |
| Phone # 732-408 9060 | |

Address line 1

*11 ANTHONY CIRCLE*

Address line 2

*MANCHESTER NJ 08759*

City, State Zip Code

*U.S.A*

Country

*TEL # 732-408-9060*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89, 74514LC88*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: *Vincent Mazzella*

Signature

*VINCENT MAZZELLA*

Print Name

By: *Susan Mazzella*

*SUSAN MAZZELLA*

_____

Title (if Participant is not an Individual)

*APRIL 1, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Vincent P Mazzella
11 Anthony Cir
Manchester, NJ 08759-6051

7018 1130 0002 1078 6713

The Clerk of the United States
District Court for the District of
Puerto Rico
Federal Bldg-Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED
2019 APR -8 PM 4:55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
        as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
        Debtors.                                 :
-------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Gilberto Hanke* | |
| Participant Name | Firm Name (if applicable) |
| *MARCOS HANKE* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *787fishing@gmail.com* | |
| Email Address | Email Address |

Address line 1

*Calle Costa Rica 185/Apt 601*

Address line 2

*Hato Rey, P.R, 00744*

City, State Zip Code

*PUERTO RICO*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          __X____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

          (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


          (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By:  _____
      Signature

      *Gilberto Hanke*
      Print Name

      _____
      Title (if Participant is not an Individual)

      *2/ABRIL/2019*
      Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Gilberto Hanke
Calle Costa Rica 185/Apt 601
Cond. Teide
Hato Rey, P.R, 00917

RECEIVED 2019 APR -8 PM 4:55
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

05 APR 2019 PM 1 T



US   District Court of PR
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

0091861703

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------X

In re:                                        :

THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III

       as representative of                   :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,     :    (Jointly Administered)

       Debtors.                               :

-----------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Janice J. Grogan                                      _ Juli E. Nega_
Participant Name                                      Firm Name (if applicable)


Contact Person (if Participant is not an individual)  Contact Person
Just Jan 201 @ gmail.com
Email Address                                         Email Address

| | |
|---|---|
| Address line 1 | Address line 1 |
| _299 Pine St._ | _____ |
| Address line 2 | Address line 2 |
| _Wyckoff NJ 07481-2824_ | _____ |
| City, State Zip Code | City, State Zip Code |
| _USA_ | _____ |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   _74514LB63_

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or NO (please **circle one**). _Through Broker_

By: _Janice J. Grogan_
Signature

_Janice J. Grogan_
Print Name

_____
Title (if Participant is not an Individual)

_April 3, 2019_ .
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Grogan
299 Pine St.
Wyckoff, NJ 07481-2824

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R.   00918-1767

*AMENDED*

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re:                                                                          :

THE FINANCIAL OVERSIGHT AND                        :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :        Title III

        as representative of                                         :        Case No. 17-BK-3283 (LTS)

                                                     :

THE COMMONWEALTH OF PUERTO RICO *et al.,*     :        (Jointly Administered)

                                                     :

        Debtors.                                                             :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| GUNTHER GLASER | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| HIGUNTHER13@YAHOO.COM | |
| Email Address | Email Address |
| | |

_AMENDED?_

Address line 1

_1147-HOMELAND PARK St_

Address line 2

_The VillAGES_

City, State Zip Code

_Fl 32162_

Country  _U.S.A_

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

              _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

              __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
        ① _745181N86_  ② _74526QL44_  ③ _74514LXD4_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? **YES** or **NO** (please **circle one**).

By: _____
     Signature

_GUNTHER GLASER_
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

① _745181N86_  ⎱ _MY_
② _74514LXD4_  ⎰ _BONDS_    2
③ _74526QL44_



Gunther Glaser
1147 Homeland Park St.
The Villages, FL 32162

RECEIVED & FILE
2019 APR -8 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT

03 APR 2019 PM 2 J

The CLERK of The UNiTeD STATES
DISTRICT COURT FOR DISTRICT of
PueRTo., RooM 150 FedeRAL Bielding

150 CARlos CHARDON AUE.
SAN JUAN, PR 00918-1767

00918-170399

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, :      Title III

     as representative of :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, :      (Jointly Administered)

     Debtors. :

-----------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Anthony J. Gadient* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Gadient5@msn.com* | |
| Email Address | Email Address |
| | |

SRF 30944

| Address line 1 | Address line 1 |
| 529 Rookwood Place | |
| Address line 2 | Address line 2 |
| Charlottesville VA 22903 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

 X  intends to **support** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **invalid**); *or*

 intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

 (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

 74514LKJ5

 (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By: _____
Signature

ANTHONY J. GADIENT
Print Name

_____
Title (if Participant is not an Individual)

4-3-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2



American Heart Association
G
Supporter

Mr. Anthony Gadient
529 Rookwood Pl.
Charlottesvle, VA 22903-4735

RECEIVED & FILED
2019 APR -8 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

03 APR 2019 PM 3 L



CLERK US DISTRICT COURT for PUERTO RICO
ROOM 150    FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR  00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :    Title III

     as representative of                              :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,         :    (Jointly Administered)

     Debtors.                                         :

-------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>       <u>**Counsel Contact Information (if any)**</u>

ANGELO PIRO
Participant Name                                         Firm Name (if applicable)


Contact Person (if Participant is not an individual)      Contact Person


Email Address                                            Email Address

Address line 1

_239 JEFFERSON ST #5D_

Address line 2

_STATEN ISLAND, NY 10306_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or NO (please **circle one**).

By: _____

Signature

_Angelo Piro_

Print Name

_____

Title (if Participant is not an Individual)

_4/2/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court** by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

Birch Tax Service
1374 Clove Road
Staten Island, NY 10301

03 APR 2019 PM 11 L



The Clerk of the US District Court
 For the District of Puerto Rico
Room 150 – Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

009180170ه C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

--------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:

RECEIVED & FILED

2019 APR -8 PM 4: 55

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Karen Braun*
Participant Name

_____
Contact Person (if Participant is not an individual)

*Karen.m.braun@gmail.com*
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

*919 New Concord Rd*

Address line 2

*East Chatham, NY 12060-3017*

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LA49*

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Karen Braun*

Signature

*Karen Braun*

Print Name

_____

Title (if Participant is not an Individual)

*4/1/2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Karen Brown
9553 Shady brook Dr.
Apt. 201
Boynton Beach, FL 33437

WEST PALM BCH FL 334

02 APR 2019 PM 4 1

RECEIVED
2019 APR 8 PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

SRF 31030
*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -8 PM 4:55

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.

-----------------------------------------------X

In re:                                         :

THE FINANCIAL OVERSIGHT AND                    :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :     Title III

        as representative of                   :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,      :     (Jointly Administered)

        Debtors.                               :
-----------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Joshua Novick
_____              _____
Participant Name                                     Firm Name (if applicable)


_____              _____
Contact Person (if Participant is not an individual)  Contact Person

joshnovick@gmail.com
_____              _____
Email Address                                        Email Address


_____              _____

Address line 1

_8800 E Ranch Campus Rd_

Address line 2

_Rimrock, AZ 86335_

City, State Zip Code

_United States_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745190YY8, 745220EZ2, 74514LB89, 74529JQG3_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

_Joshua Novick_
Print Name

_____
Title (if Participant is not an Individual)

_4/2/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Edward Jones**



02 APR 2019 PM 8 L

SCOTT MCMANUS
Financial Advisor
241 S. Ocean Ave
Cayucos, CA 93430
(805) 995-2110

The Clerk of the United
States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED
2019 APR -8 PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT

www.edwardjones.com

**Edward Jones**

MAKING SENSE OF INVESTING

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :      Title III

    as representative of                        :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,       :      (Jointly Administered)

    Debtors.                                    :

----------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| NEVIN J OLSON AND L JESSE KAYSEN JT TEN | |
| Participant Name | Firm Name (if applicable) |
| NEVIN J OLSON | |
| Contact Person (if Participant is not an individual) | Contact Person |
| nevin.olson@mail.com | |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 176 of 274

SRF 31030

Address line 1

*814 HIAWATHA DRIVE*

Address line 2

*MADISON WI 53711*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LC47*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
Signature

*NEVIN J OLSON     L JESSE KAYSEN*
Print Name

_____
Title (if Participant is not an Individual)

*03/27/2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Olson / Kaysk
814 Hiawatha Dr
Madison WI 53711

Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR  00918 - 1767

00918-170625

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

—————————————————————X

In re:                                                :

THE FINANCIAL OVERSIGHT AND          :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :       Title III

      as representative of               :       Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :       (Jointly Administered)

      Debtors.                        :

—————————————————————X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| CAROL HERTWECK | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Toughy 382 @gmail.com | |
| Email Address | Email Address |

SRF 30944

| | |
|---|---|
| Address line 1 | Address line 1 |
| 3941 WAYPOINT AVE | |
| Address line 2 | Address line 2 |
| OSPREY, FLORIDA | |
| City, State Zip Code | City, State Zip Code |
| U.S.A            3 4229 | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89,

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? (**YES** or **NO** (please **circle one**).

By: _Carol Nutwal_
Signature

CAROL HERTWECK.
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Carol Hertweck
3941 Waypoint Ave
Osprey, FL 34229-2306



The Clerk of the United States District Court for the District of
Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

---------------------------------------------------------------------X

RECEIVED & FILED

2019 APR -8 PM 4: 56

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

GREGORY ITENBERG
Participant Name

Contact Person (if Participant is not an individual)

ITENBERG @ ATLANTICBB. NET
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

4000 ISLAND BLVD #501

Address line 2

AVENTURA, FL 33160

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LC21

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

G. ITENBERG
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Mila Itenberg
Apt 501
4000 Island Blvd
Aventura, FL 33160

02 APR 2019 PM 4 L



RECEIVED & FILED
2019 APR -8 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO,
ROOM 150
FEDERAL BUILDING,
150 CARLOS CHARDON AVENUE,
SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

------------------------------------------------------------X

RECEIVED

2019 APR -8  PM 4: 56

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*William P. Bryson*   *Julia Penny Clark*

Participant Name
WILLIAM E. BRYSON

------------------------------------------

Contact Person (if Participant is not an individual)

brysonw @ cafc. uscourts. gov
Email Address

------------------------------------------

**Counsel Contact Information (if any)**

------------------------------------------

Firm Name (if applicable)

------------------------------------------

Contact Person

------------------------------------------

Email Address

------------------------------------------

Address line 1 _____          Address line 1 _____

Address line 2 _____          Address line 2 _____

City, State Zip Code _____    City, State Zip Code _____

Country _____                 Country _____

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

              74514 LD20

    (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or (**NO**) (please **circle one**).

By: _William C. Bryson_   _Julia Penny Clark_
Signature

    _WILLIAM  C. BRYSON_      _JULIA PENNY CLARK_
Print Name

_____
Title (if Participant is not an Individual)

    _APRIL 2, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

W. C. BRYSON
7833 ABERDEEN RD.
BETHESDA, MD. 20814

THE CLERK OF THE UNITED STATES DISTRICT COURT
. FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN.
PUERTO RICO          00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT** RECEIVED
**FOR THE DISTRICT OF PUERTO RICO**

2019 APR -8 PM 4: 56

CLERK'S OFFICE
U S DISTRICT COURT

-----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

-----------------------------------------------------------------X

    :
    :
    :   PROMESA
    :   Title III
    :
    :   Case No. 17-BK-3283 (LTS)
    :
    :   (Jointly Administered)
    :
    :

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

NEil S. Millbauer, Trustee
Participant Name   Neil S. Millbauer Trust

_____
Contact Person (if Participant is not an individual)

PMiLbo @ Live.Com
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

*2101 CEDAR ST*

Address line 2

*HOLT MI 48842*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   *74514 LDC 8*

   (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: X *Neil S. Millbauer Trustee*

   Signature

*NEIL S. MILLBAUER TRUSTEE*
*Neil S. Millbauer Trust*

Print Name

_____

Title (if Participant is not an Individual)

*4-3-2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Neil Millbauer
2101 Cedar St.
Holt, MI 48842

RECEIVED & FILED
2019 APR -8 PM 4: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



THE CLERK OF THE United
   STATES District of Puerto Rico
Room 150      FEDERAl Bldg
150 Carlos CHARDON AVE
SAN JUAN, PR      00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------X

2019 APR -8 PM 4: 56

In re:

CLERK'S OFFICE
U.S. DISTRICT COURT

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

PROMESA

Title III

    as representative of

Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*

(Jointly Administered)

Debtors.

----------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Kevin Bell | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| dacbell13@gmail.com | |
| Email Address | Email Address |
| | |

| | |
|---|---|
| Address line 1 | Address line 1 |
| Box 420 | |
| Address line 2 | Address line 2 |
| New Vernon    NJ   07976 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      \_\_X\_\_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Kean Sell_

    Signature

    Kevin   Bell

    Print Name

_____

Title (if Participant is not an Individual)

    3/15/19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

JeffreyMatthews
Financial Group



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

7007 2560 0002 7585 4684

ZIP 07932 $ 006.80⁰
02 4W
0000355832 APR 03 2019

2019 APR -8 PM 4:56

Clerk of the United States District Court
For the District of Puerto Rico
Federal Bldg, Room 150
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Corporate Headquarters   |   30 B Vreeland Road, Suite 210   |   Florham Park, NJ 07932



**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :     Title III
                                              :
        as representative of                  :     Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :     (Jointly Administered)
                                              :
        Debtors.                              :
--------------------------------------------------------------X
```

RECEIVED & FILED

2019 APR -8 PM 4: 56

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Scott D. Reisman
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

Burnt634@AOl.COM
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

1126 3rd St.

Address line 2

West Babylon N.Y. 11704

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB63

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Scott D. Reisman_____

Signature

Scott D. Reisman

Print Name

_____

Title (if Participant is not an Individual)

3/3/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

S. Reisman
1126 3rd St.
West Babylon N
11704

**CERTIFIED MAIL®**

7018 3090 0001 4501 5527

U.S. POSTAGE PAID
FCM LETTER
WEST BABYLON, NY
11704
APR 04 19
AMOUNT
**$4.05**
R2304H109121-15

RECEIVED
2019 APR -8 PM 4:36
CLERK'S OFFICE
U.S. DIST. COURT

The Clerk of the United States
District Court for the District of
Puerto Rico
Room #150 Federal building
150 Carlos chardon Ave.
San Juan PR 00918-1767

00918$1703 C018

SRF 31030
**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED
2019 APR -8 PM 4 56
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

```
-------------------------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
        as representative of                  :    Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :    (Jointly Administered)
                                              :
        Debtors.                              :
-------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

THE HEFLER FAMILY TRUST
—————————————————                                    —————————————————
Participant Name                                     Firm Name (if applicable)

JOHN J. HEFLER
—————————————————                                    —————————————————
Contact Person (if Participant is not an individual) Contact Person

JANDE 2577@VERIZON.NET
—————————————————                                    —————————————————
Email Address                                        Email Address


—————————————————                                    —————————————————

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 198 of 274

SRF 31030

Address line 1                                    Address line 1

__PO Box 1643__                                   _____
Address line 2                                    Address line 2

_____                                   _____
City, State Zip Code                              City, State Zip Code

__CHARLESTOWN, RI 02813-0921__                    _____
Country __USA__                                   Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); _or_

___X___  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

__74514L-B7-1__

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _____
      Signature

__JOHN J. HEFLER__
Print Name

__TTEE__
Title (if Participant is not an Individual)

__4 APRIL 2019__
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



DATED 06/29/12

**Account Number** 2925
YOUR FINANCIAL ADVISOR

401-459-6835 / 800-556-7560



FCG13181 001283
JOHN J HEFLER &
ELLEN A HEFLER
JT TEN
P. O. BOX 1643
CHARLESTOWN RI 02813-0921

IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE OR SIGN UP TO RECEIVE THIS
CONFIRMATION ELECTRONICALLY, VISIT US AT WWW.WELLSFARGOADVISORS.COM

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| PUERTO RICO COMWLTH RFDG | | | 100,000 | 104.000000000 | 104,000.00 |
| PUB IMPT SER A G/O B\E | | | | | |
| CPN 5.500% DUE 07/01/39 | | | | | |
| DTD 04/03/12 FC 01/01/13 | | | | | |
| CALL 07/01/22 @ 100.000 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| SECURITY NUMBER | 5681-424 | ACCOUNT TYPE | CASH | ACCRUED INTEREST | 1,405.56 |
| CUSIP | 74514L-B7-1 | TRADE DATE | 06/29/12 | TRANSACTION FEE | 5.00 |
| SOLICITED | | SETTLEMENT DATE | 07/05/12 | NET AMOUNT | $105,410.56 |

**MARKET:** PRINCIPAL
**TRADE INFORMATION:** AN OFFICIAL STATEMENT FOR YOUR PURCHASE IS AVAILABLE AT WWW.EMMA.MSRB.ORG OR BY
CONTACTING YOUR FINANCIAL ADVISOR. IN LIMITED CIRCUMSTANCES IN WHICH THE OFFERING IS EXEMPT FROM THE FILING
REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE CONTACT YOUR FINANCIAL ADVISOR TO OBTAIN
INFORMATION
**SECURITY INFORMATION:** MANDATORY SINKING FUND 07/01/38. SEMI-ANNUALLY PAY. BOOK ENTRY ONLY. CALLABLE ANY DATE
AFTER FIRST CALL DATE. MOODY BAA1, S&P BBB.
**YIELD INFORMATION:** 4.987% YIELD TO CALL 07/01/22 @ 100.000.
YIELD TO MATURITY 5.222%. CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD. FOR COMPLETE
INFORMATION CONTACT THE OFFICE SERVING YOUR ACCOUNT

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC.   Wells Fargo Advisors, LLC and First Clearing, LLC, Members
FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

| Investments and insurance products are: | NOT FDIC-INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|---|

**For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation**
FCG13181   001283 1810x0202213   Page 1 of 5   001 R2 R2SR

HEFLER
PO BOX 1643
CHARLESTOWN, RI 02813-0921

CERTIFIED MAIL®

7018 2290 0001 4414 8777

THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918@1706 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -8 PM 4: 56

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

```
-----------------------------------------------------------X
                                                           :
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :      Title III
                                                           :
          as representative of                             :      Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO et al.,                    :      (Jointly Administered)
                                                           :
          Debtors.                                         :
-----------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Donald D. O'Brien   TTEE
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

SRF 31030

Address line 1

15250 Forsythe RD
Address line 2

Oregon City OR
City, State Zip Code

United States
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L·B6·3

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: Donald Dee O'Brien
Signature

DONALD DEE O'BRIEN
Print Name

_____
Title (if Participant is not an Individual)

3-31-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

1300 S.W. 5th Ave, Suite 3200 Portland, Oregon



D|A DAVIDSON
WEALTH MANAGEMENT



7018 2290 0000 6254 0226



CERTIFIED MAIL®

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 006.80⁰
0000817945     MAR 19 2019
MAILED FROM ZIP CODE 97201

THE CLERK OF THE UNITED DISTRIC COURT FOR THE
DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

RECEIV
2019 APR -8 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED
2019 APR -8 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-----------------------------------------------X
                             :

In re:                         :

THE FINANCIAL OVERSIGHT AND   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, :    Title III

      as representative of       :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, :    (Jointly Administered)

      Debtors.          :
-----------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>       <u>**Counsel Contact Information (if any)**</u>

*Sandra Henderson*
Participant Name                         Firm Name (if applicable)

Contact Person (if Participant is not an individual)     Contact Person

*Carltricel@gmail.com*
Email Address                           Email Address

SRF 30944

Address line 1                                          Address line 1

*1505 NE 70th Terrace*
Address line 2                                          Address line 2

*Kansas City, Missouri 64118-2804*
City, State Zip Code                                    City, State Zip Code

*United States*
Country                                                 Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89*

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: *Sandra Henderson*
Signature

*Sandra Henderson*
Print Name

_____
Title (if Participant is not an Individual)

*4/1/19*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Sandra Henderson
1505 NE York
K.C., Mo. 64118-2804

02 APR 2019 PM 7 1

RECEIVED & FILED
2019 APR -8 PM 4: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                        :

THE FINANCIAL OVERSIGHT AND     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III

      as representative of          :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)

      Debtors.             :

-------------------------------------------------------------X

RECEIVED
2019 APR -8 PM 4: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Carol Bearison* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Cabearison @comcast.net* | |
| Email Address | Email Address |
| | |

Address line 1

1561 Long Meadow

Address line 2

Mtside, N.J. 07092

City, State Zip Code

~~~~~~ U.S.A.

Country

Address line 1

Mountainside, N.J 07092

Address line 2

_____

City, State Zip Code

~~~~~~ U.S.A.

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L A56

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Carol Bearison_

   Signature

_Carol Bearison_

Print Name

_____

Title (if Participant is not an Individual)

_3-28-19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Mrs. Carol Kearise
1561 Long Mdw.
Mountainside, NJ 07092



02 APR 2019 PM 1 L

The Clerk of the U.S. District Court
for the District of Puerto,
Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8  PM 4: 56

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------X

In re:                        :

THE FINANCIAL OVERSIGHT AND      :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :      Title III

       as representative of            :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :      (Jointly Administered)

       Debtors.                 :

-------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Ira C. Carney & Eupha S. Carney | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| iec54@aol.com | |
| Email Address | Email Address |
| | |

Address line 1    500 Park Rd.

Address line 2    Lexington SC 29072

City, State Zip Code   USA

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

  _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

  74514LB89   #5,000 - face , PR Comwlth Pub Imp

  (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the 07/01/2041 secondary market? **YES or NO** (please **circle one**).

  purchased 03/15/2012 , bond dated date 4/3/2012

By: Ira C. Carney / Eupha S. Carney
    Signature

Ira C. Carney / Eupha S. Carney
Print Name

_____
Title (if Participant is not an Individual)

4/2/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Ira Carney
500 Park Rd
Lexington, SC 29072

03 APR 2019 PM 1 1

The Clerk of The United States District Court,
For The District of Puerto
Room 150 Federal Building,
150 Carlos Chardon Ave,
San Juan, P R 00918-1767

00918-170999

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED
2019 APR -8 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

---------------------------------------------------------------X

In re:                                               :

THE FINANCIAL OVERSIGHT AND          :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :       Title III

     as representative of                 :       Case No. 17-BK-3283 (LTS)

                                         :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)

     Debtors.                             :

---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

~~Susan Crane~~
Participant Name

 

Contact Person (if Participant is not an individual)

Susandcrane @ gmail. Com
Email Address

_____

Broker
~~Counsel~~ **Contact Information (if any)**

Stifel
Firm Name (if applicable)

Angela Lyons
Contact Person

lyonsan @ stifel. Com
Email Address

_____

Address line 1

_5007 Ponderosa Ter._

Address line 2

_Campbell CA 95008_

City, State Zip Code

_USA_

Country

Address line 1

_2770 Biddle Rd_

Address line 2

_Medford OR 97504_

City, State Zip Code

_USA_

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514L - A7 - 2_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: _Susan Crane_

Signature

_Susan Crane_

Print Name

_____

Title (if Participant is not an Individual)

_March 31, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

S. Crane
5007 Ponderosa Ter.
Campbell, CA 95008

02 APR 2019 PM 4 L

The Clerk of the United States District Court
    for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2019 APR -8 PM 4: 56

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND         :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III
                                    :
          as representative of      :        Case No. 17-BK-3283 (LTS)
                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :  (Jointly Administered)
                                    :
          Debtors.                  :
-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*PHYLLIS BEECHER*
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

SRF 30944

Address line 1

*3196 Quint Drive*

Address line 2

_____

City, State Zip Code

*Melbourne, FL*

Country *32940 - 8550*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*1517 Cusip 745142863*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

X  By: *Phyllis Beecher*
Signature

*PHYLLIS BEECHER*
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

SRF 30944

| | |
|---|---|
| Address line 1 | Address line 1 |
| *3186 Quint Drive* | _____ |
| Address line 2 | Address line 2 |
| *Bellourne, FL* | _____ |
| City, State Zip Code | City, State Zip Code |
| *32940-8550* | _____ |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*GO B Cusip 74514LB89*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

X    By:  *Murray Beecher*
         Signature

*MURRAY BEECHER*
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



200 Nyala Farms Road
Suite One
Westport, CT 06880-6265

**RBC Wealth Management**

$0.50
US POSTAGE
FIRST-CLASS

071S01170137
06880
000004177

02 APR '19

PM 5 L

The Clerk of the U.S. District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

0091831703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                        :    RECEIVED & FILED
In re:                                  :
                                        :    2019 APR -8  PM 4: 57
THE FINANCIAL OVERSIGHT AND             :
MANAGEMENT BOARD FOR PUERTO RICO,       :    CLERK'S OFFICE
                                        :    PROMESA DIST. COURT
       as representative of             :    Title III
                                        :
                                        :    Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al., :
                                        :    (Jointly Administered)
       Debtors.                         :
                                        :
------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Cindy (Wade) Weathers
Participant Name

Contact Person (if Participant is not an individual)

cwadew@gmail.com
Email Address

**Counsel Contact Information (if any)**

Stifel, Nicolaus & Co.
Firm Name (if applicable)

Phillip Jenkins
Contact Person

phillip.jenkins@stifel.com
Email Address

Address line 1

_104 Kathy Ave._

Address line 2

_Quitman, MS 39355_

City, State Zip Code

_USA_

Country

Address line 1

_500 22nd Ave_

Address line 2

_Meridian, MS 39301_

City, State Zip Code

_USA_

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _74514LB63_
    _74514LB89_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Cindy Wade (Weathers)_

Signature

_Cindy Wade Weathers_

Print Name

_____

Title (if Participant is not an Individual)

_4/3/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Cindy W. Weathers
104 Kathy Ave.
Quitman, MS 39355



7016 2710 0000 1583 9736



1000

00918

U.S. POSTAGE PAID
FCM LETTER
QUITMAN, MS
39355
APR 03, 19
AMOUNT

**$4.05**

R2305H127898-05

The Clerk of the United States District
  Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

       Debtors.

------------------------------------------------------------X

RECEIVED & FILED

2019 APR -8 PM 4 57

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| EDWARD P. DE NICOLA | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| DENICOCO@MSN.COM | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 224 of 274

SRF 31030

Address line 1

_189-40 -145 ᵘᵘ Aven̄ue_

Address line 2

_Flushing, N.Y 11358_

City, State Zip Code

_U.S.A_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

      __X__   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

_Edward P. De Nicola_

Print Name

_EDWARD P. DE NICOLA_

Title (if Participant is not an Individual)

_APRIL 2, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Mr. Edward P. De Nicola**
18940 45th Ave.
Flushing, NY 11358-3408

7018 1830 0000 3880 6580

U.S. POSTAGE PAID
FCM LETTER
FLUSHING, NY
11358
APR 03, 19
AMOUNT
**$6.85**
R2304H107648-06

1000    00918

THE CLERK OF THE U.S. DIST. COURT
DISTRICT OF PUERTO, RM. 150
FEDERAL BLDG, 150 CARLOS CHARDON AVE.
SAN JUAN, P.R. 00918-7767

2019 APR 4: 57
CLERK'S OFFICE

RETURN RECEIPT
REQUESTED

00918-170625

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO** 2019 APR -8  PM 4: 57

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.

---------------------------------------------------------------X
                                                     :
In re:                                               :
                                                     :
THE FINANCIAL OVERSIGHT AND                          :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    :    Title III
                                                     :
            as representative of                     :    Case No. 17-BK-3283 (LTS)
                                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.*,            :    (Jointly Administered)
                                                     :
            Debtors.                                 :
---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in**
**accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,*
*Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,*
*Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by*
*Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Timothy  Jay
_____                            _____
Participant Name                                     Firm Name (if applicable)


_____                            _____
Contact Person (if Participant is not an individual) Contact Person

Woodyjay59@gmail.con
_____                            _____
Email Address                                        Email Address


_____                            _____

SRF 30944

Address line 1                              Address line 1

_15 OLD Mill Road_                          _____
Address line 2                              Address line 2

_Greenwich  CT 06830_                       _____
City, State Zip Code                        City, State Zip Code

_USA_                                       _____
Country                                     Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     ~~X~~ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LE86  SR_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Timothy Jay_
   Signature

_Timothy  Jay_
Print Name

_____
Title (if Participant is not an Individual)

_2|27|19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

CERTIFIED MAIL

JAY
15 Old Mill Rd
Greenwich CT
06830

2019 APR -8 PM 4:57
CLERK'S OFFICE

RETURN RECEIPT
REQUESTED

7018 3090 0001 5442 5393

1000

00918

U.S. POSTAGE PAID
FCM LETTER
GREENWICH, CT
06831
APR 02 19
AMOUNT
$6.85
R2305H128417-03

The Clerk of the United States District Court
for the district of Puerto,

Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan P.R. 00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

------------------------------------------------------------------X

RECEIVED

2019 APR -8 PM 4: 57

CLERK'S OFFICE
DISTRICT COURT

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information** | **Counsel Contact Information (if any)**

Carol A. Jensen
Participant Name

Firm Name (if applicable)

Contact Person (if Participant is not an individual)

Contact Person

jcajensen@hotmail.com
Email Address

Email Address

Address line 1                                      Address line 1

_2460 -220ᵀᴴ St_
Address line 2                                      _____
                                                    Address line 2
_Independence, IA 50644_
City, State Zip Code                                _____
                                                    City, State Zip Code
_United States of America_
Country                                             _____
                                                    Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant
      believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
             _74514 LD87_

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market?  YES or **(NO)** (please **circle one**).

By: _Carol A. Jensen_
Signature

_Carol A. Jensen_
Print Name

_____
Title (if Participant is not an Individual)

_4/02/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Carol A. Jens
2460-220th ST
Independence, IA 50644



04 APR 2019 PM 11

The Clerk of the United States District Court

For the District of Puerto Rico

Room 150  Federal Building

150  Carlos Chardon Avenue

San Juan,  PR.  00918-1767

00918-1706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED

2019 APR -8 PM 4: 57

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

```
-------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :    Title III
                                            :
         as representative of               :    Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :    (Jointly Administered)
                                            :
         Debtors.                           :
-------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *William & Donna Ferrante* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *northst408@optonline.net* | |
| Email Address | Email Address |
| | |

Address line 1

_11 Kyle Ct_

Address line 2

_Hyde Park, NY 12538_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514L D20_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Donna Ferrante_

Signature

_Donna Ferrante_

Print Name

_____

Title (if Participant is not an Individual)

_4/3/19_

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Ferrante
11 Kyle Ct
H. Ide Park NY 12538

RECEIVED & FILED
2019 APR -8 PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT

04 APR 2019 PM 3 L

The Clerk of the U.S. District Court of the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918 -1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND              :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

       as representative of                          :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)

       Debtors.                                    :

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**        **<u>Counsel Contact Information (if any)</u>**


_____        _____
Participant Name                           Firm Name (if applicable)


_____        _____
Contact Person (if Participant is not an individual)    Contact Person


_____        _____
Email Address                             Email Address


_____        _____

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _~Eileen D Malasin~_____
Signature

_Eileen D Malasin_____
Print Name

_____
Title (if Participant is not an Individual)

_4/3/19_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Ms. EILEEN D. MALASON
4 Buck Run Ln.
Malvern, PA 19355

04 APR 2019 PM 4 L

Clerk of the U.S. District Court for the District of Puerto
Federal Bldg
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

Room 150

00918 81706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------X

In re:                                                      :

:

THE FINANCIAL OVERSIGHT AND                                 :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :        Title III

:

      as representative of                                :        Case No. 17-BK-3283 (LTS)

:

THE COMMONWEALTH OF PUERTO RICO *et al.,*                   :        (Jointly Administered)

:

      Debtors.                                            :

-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Cecilia Davidson* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *CCfugaw@yahoo.com* | |
| Email Address | Email Address |
| | |

Address line 1

*623 East Hillendale Rd*

Address line 2

*Chadds Ford Pa 19317*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Cecilia Davidson*
Signature

*CECILIA DAVIDSON*
Print Name

_____
Title (if Participant is not an Individual)

*April 4, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Cecilia A. Davidson
623 E. Hillendale Rd.
Chadds Ford, PA 19317

the Clerk of the US District Court for
the District of Puerto
Room 150 Federal Biulding
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1706

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 241 of 274

SRF 31030

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED

2019 APR -8 PH 4: 57

CLERK'S OFFICE
U.S DISTRICT COURT

-----------------------------------------------------------------X
In re:                                                           :
                                                                 :
THE FINANCIAL OVERSIGHT AND                                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :   Title III
                                                                 :
             as representative of                                :   Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                        :   (Jointly Administered)
                                                                 :
             Debtors.                                            :
-----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

   **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

   The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *ROBERT E. MANTELL* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *r.e. mantell@verizon.net* | |
| Email Address | Email Address |
| | |

Address line 1

*6642 HAZEL LANE*

Address line 2

*McLEAN, VA 22101*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*745-235-B34*
*745 14L B 63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Robert E. Mantell*
Signature

*ROBERT E. MANTELL*
Print Name

_____
Title (if Participant is not an Individual)

*April 1, 2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Robert Mantell
6642 Hazel Lane
McLean. VA 22101

3 APR 2019   PM 3L

The Clerk of the United States Court for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

        Debtors.

---------------------------------------------------------------X

RECEIVED

2019 APR -8 PM 4: 57

CLERK'S OFFICE

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>

<u>**Counsel Contact Information (if any)**</u>

*Charles W. Boettcher, Jr.*
Participant Name

Firm Name (if applicable)

Contact Person (if Participant is not an individual)

Contact Person

*chas2reg@gmail.com*
Email Address

Email Address

Address line 1

_PO Box 1627_

Address line 2

_Merrimack, NH 03054_

City, State Zip Code


Country

Address line 1


Address line 2


City, State Zip Code


Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); _or_

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LD61_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Charles W. Boettcher, Jr._
Signature

_Charles W. Boettcher, Jr._
Print Name


_____
Title (if Participant is not an Individual)

_04/02/2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

C. W. Boettcher
P.O. Box 1627
Merrimack, NH 03054



04 APR 2019 PM 3 L

Clerk of US District Court
    for District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

RECEIVED & FILED
2019 APR -8  PM 4: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

     Debtors.

---------------------------------------------------------X

RECEIVED

2019 APR -8  PM 4: 57

PROMESA's OFFICE
Title III. DISTRICT COURT

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

LUDWIG E THIBAULT
Participant Name

Contact Person (if Participant is not an individual)

tbaw53@gmail.com
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

*8611 Rambling Rose Dr*

Address line 2

*Ooltewah, TN 37363*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      **X** intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LD61*

     (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *L.E. Thibault*

Signature

*Ludwig E Thibault*

Print Name

_____

Title (if Participant is not an Individual)

*4/3/2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Ludwig Thibault
8611 Rambling Rose Dr
Ooltewah, TN 37363



The Clerk of the United States District
Court for the District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Ave

San Juan, PR  00918-1767





**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 4:58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

```
-------------------------------------------------X
In re:                                           :
                                                 :     PROMESA
THE FINANCIAL OVERSIGHT AND                      :     Title III
MANAGEMENT BOARD FOR PUERTO RICO,                :
                                                 :     Case No. 17-BK-3283 (LTS)
        as representative of                     :
                                                 :     (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO et al.,          :
                                                 :
        Debtors.                                 :
-------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *BRUCE MAHLER* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *BPM1@ME.COM* | |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 251 of 274

SRF-31096

Address line 1

*39830 COMPHER RD*

Address line 2

*LOVETTSVILLE, VA 20180-3521*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LA80*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Bruce Mahler*

Signature

*BRUCE MAHLER*

Print Name

→ *UNKNOWN. BONDS WERE PURCHASED 3·19·2012 THROUGH MERRILL LYNCH WEALTH MANAGEMENT, MY FORMER BROKERS.*

Title (if Participant is not an Individual)

*4·1·2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2





7018 0360 0001 9417 7332

U.S. POSTAGE PAID
FCM LG ENV
LOVETTSVILLE, VA
20180
APR 02. 19
AMOUNT
$7.45
R2304P118724-8

UNITED STATES
POSTAL SERVICE®
1000        00918

Bruce Mahler
39830 Compher Rd
Lovettsville, VA 20180-3521

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

RECEIVED & FILED
2019 APR -8 PM 4: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -8 PM 4: 55

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

```
-----------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
        Debtors.                                :
-----------------------------------------------X
```

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

<u>Participant Name and Contact Information</u>          <u>Counsel Contact Information (if any)</u>

Santos Mulero Sierra & Elizabeth Garríba
Participant Name                                        Firm Name (if applicable)


Contact Person (if Participant is not an individual)    Contact Person

mulen-e @ yahoo.com
Email Address                                           Email Address

Address line 1                                    Address line 1

*PO Box 1143*

Address line 2                                    Address line 2

*Juncos, PR    00777*

City, State Zip Code                              City, State Zip Code

*USA*

Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

*X* intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        *2012 B  74514LZV2*
        *2012 B  74514LZX8*
        *2012 B  74514LZ23*

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or (**NO**) (please **circle one**).

By: *Santos Mulero Sierra   Elizabeth Gonzalez*

Signature

*Santos Mulero Sierra  &  Elizabeth Gonzalez*

Print Name

_____

Title (if Participant is not an Individual)

*April 1, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Santos Mulero Sierra
PO Box 1143
Juncos, PR 00777

CERTIFIED MAIL

7017 3380 0000 4036 7371

U.S. POSTAGE PAID
PCM I-S ENV
GURABO, PR
00778
APR 04 19
AMOUNT
$7.30
R2305K136545-02

The clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED
2019 APR -8 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -8  PM 4· 48

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

------------------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :        Title III

    as representative of             :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)

    Debtors.                        :

------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Diana R. Jirau Rovira | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| diana.jirau@gmail.com | |
| Email Address | Email Address |
| | |

Address line 1                                          Address line 1

_____                    _____
Address line 2                                          Address line 2

_____                    _____
City, State Zip Code                                 City, State Zip Code

_____                    _____
Country                                                  Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        ___X___ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? **YES** or **NO** (please **circle one**).

By: *Diana R Jirau Rovira*
    Signature

    *Diana R. Jirau Rovira*
    Print Name


_____
Title (if Participant is not an Individual)

    *March 10, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

**Prime Clerk**
Grand Central Station, PO Box 4850
New York NY 10163-4850

ZIP 10022
02 4W
0000349747 APR 03 2019
U.S. POSTAGE PITNEY BOWES
$ 000.50

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767



00918-170625



Diana R. Jiran Rivera
3071 Ave. Alejandrin
Guaynabo P.R. 009

7018 2290 0000 5355 0197

Prime Clerk LLC
830 Third Ave. 9th Floor
New York, NY 10022

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
MAR 19, 19
AMOUNT
**$6.85**
R2303S103505-17

19 MAR 2019 PM 1 T

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED
2019 APR -8 PM 5: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------X
  :
In re:  :
  :
THE FINANCIAL OVERSIGHT AND  :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :     Title III
  :
     as representative of  :     Case No. 17-BK-3283 (LTS)
  :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)
  :
     Debtors.  :
------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| RENE H. DESROSIERS | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| RENED@PEAKIN.COM | |
| Email Address | Email Address |

SRF 30944

Address line 1

*1877 COLD CREEK COURT*

Address line 2

*VIENNA, VA 22182*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    *745I4LC62 , 745I60RH6*

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or (NO) (please **circle one**).

By: *Rene H. Des*
Signature

*RENE H. DESROSIERS*
Print Name

_____
Title (if Participant is not an Individual)

*4/5/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**UNITED STATES**
**POSTAL SERVICE** ®

FROM: RENE DESROSIERS
1877 COLD CREEK CT
VIENNA, VA 22182

RECEIVED & FILED
2019 APR -8 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



**Retail**

US POSTAGE PAID
**$7.35**
Origin: 22124
04/05/19
5193200232-16

PRIORITY MAIL 3-Day ®

0 Lb 1.80 Oz

**1006**

EXPECTED DELIVERY DAY: 04/08/19

SHIP
TO:
SAN JUAN PR 00918

**USPS TRACKING NUMBER**



9505 5124 6352 9095 2890 54

PRI
MA

• Date of delivery
• USPS TRACKING
  international des
• Limited internati
• Pick up available
• Order supplies o
• When used inter
  declaration label

* Domestic only

TO: CLERK US
DISTRICT COURT FOR DISTR & PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDIN AVE
SAN JUAN, PR 00918-1767

P S 0 0 0 0 1 0 0 0 0 1 4     OD: 12 1/2 x 9 1/2     USPS.COM/PICKUP

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.



SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -8  PM 4:58
CLERK'S OFFICE
U.S DISTRICT COURT

-----------------------------------------------------X

In re:                                                :

THE FINANCIAL OVERSIGHT AND        :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :        Title III

    as representative of                      :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)

    Debtors.                                        :

-----------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Robert E. Benjamin | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| rebel41@optonline.net | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 263 of 274

SRF 31030

Address line 1

*75 LAKEWOOD AVE*

Address line 2

*CEDAR GROVE, N.J. 07009*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Robert E Benjamin*

Signature

*ROBERT E. BENJAMIN*

Print Name

_____

Title (if Participant is not an Individual)

*MARCH 29, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019\***

tengan preguntas o deseen recibir copia de este aviso, los Procedimientos de Objeción y el
Aviso de Participación en español deben enviar una solicitud por escrito a
NoticeofParticipation@paulhastings.com

The CUSIP numbers of the general obligation bonds affected by the Objection are:

| Series | CUSIP |
|--------|-------|
| 2012 A | 74514LB89 |
| 2012 A | 74514LB63 |
| 2012 A | 74514LA49 |
| 2012 A | 74514LA56 |
| 2012 A | 74514LC88 |
| 2012 A | 74514LD87 |
| 2012 A | 74514LA80 |
| 2012 A | 74514LC39 |
| 2012 A | 74514LB55 |
| 2012 A | 74514LD46 |
| 2012 A | 74514LB97 |
| 2012 A | 74514LD61 |
| 2012 A | 74514LC96 |
| 2012 A | 74514LD79 |
| 2012 A | 74514LC70 |
| 2012 A | 74514LD53 |
| 2012 A | 74514LA31 |
| 2012 A | 74514LC21 |
| 2012 A | 74514LD20 |
| 2012 A | 74514LB48 |
| 2012 A | 74514LA72 |
| 2012 A | 74514LC62 |
| 2012 A | 74514LB22 |
| 2012 A | 74514LC47 |
| 2012 A | 74514LC54 |
| 2012 A | 74514LD38 |
| 2012 A | 74514LA64 |
| 2012 A | 74514LA98 |
| 2012 A | 74514LB30 |
| 2012 A | 74514LB71 |
| 2012 B | 74514LA23 |
| 2012 B | 74514LZV2 |
| 2012 B | 74514LZW0 |
| 2012 B | 74514LZX8 |
| 2012 B | 74514LZY6 |
| 2012 B | 74514LZZ3 |
| 2014 A | 74514LE86 |



Mr. Robert Benjamin
75 Lakewood Ave
Cedar Grove, NJ 07009-1507

**CERTIFIED MAIL**

7018 2290 0002 0628 4696



U.S. POSTAGE PAID
FCM LG ENV
MORRISTOWN, NJ
07960
APR 03, 19
AMOUNT
**$1.15**
R2304M115580-09

1000   00918



U.S. POSTAGE PAID
FCM LG ENV
MORRISTOWN, NJ
07960
APR 03, 19
AMOUNT
**$3.50**
R2304M115580-09

1000   00918

The Clerk of the United States for the District of Puerto Rico
Room 150   Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED
2019 APR -8 PM 4: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X
                                          :
In re:                                    :
                                          :
                                          :
THE FINANCIAL OVERSIGHT AND               :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :      Title III
                                          :
        as representative of              :      Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*, :      (Jointly Administered)
                                          :
        Debtors.                          :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in**
**accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,*
*Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,*
*Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by*
*Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Philip L. Laughman & Elisa A. Laughman
_____          _____
Participant Name                                     Firm Name (if applicable)


_____          _____
Contact Person (if Participant is not an individual)  Contact Person

dorabarkley1@comcast.net
_____          _____
Email Address                                        Email Address


_____          _____

Address line 1

854 Linng Rd

Address line 2

New Oxford, PA 17350

City, State Zip Code

United States of America

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L B63

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _Philip L. Laughman & Elisa A. Laughman_
Signature

_Philip L. Laughman & Elisa A. Laughman_
Print Name

_____
Title (if Participant is not an Individual)

04/01/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL**
**POSTAGE REQUIRED**

**UNITED STATES POSTAL SERVICE.** *Retail*



| **P** | US POSTAGE PAID<br>**$10.40** | Origin: 17350<br>04/03/19<br>4159800350-01 |

**PRIORITY MAIL 3-Day ®**

0 Lb 1.60 Oz
**1006**

EXPECTED DELIVERY DAY: 04/06/19

C018

SHIP
TO:
  150 AVE CARLOS CHARDON
  STE 150
  SAN JUAN PR 00918-1706

**USPS SIGNATURE TRACKING NUMBER**

9510 8112 3366 9093 0769 84

**FROM:**

**PRIORITY**
**★ MAIL ★**


**UNITED STATES POSTAL SERVICE ®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**
854 Lingg Rd
New Oxford, PA
          17350
               USA

**TO:**
The Clerk of the United States District Court
   for the District of Puerto Rico,
     Room 150  Federal Building,
150 Carlos Chardon Avenue,
        San Juan, PR
                 00918-1767

Label 228, March 2016          **FOR DOMESTIC AND INTERNATIONAL USE**


PS00001000014

**EP14F July 2013**
**OD: 12.5 x 9.5**

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

SRF 30961

Case:17-03283-LTS   Doc#:6156-1   Filed:04/08/19   Entered:04/09/19 14:45:18   Desc:
Pro Se Notices of Participation   Page 269 of 274

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :     Title III

          as representative of                      :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,           :     (Jointly Administered)

          Debtors.                                  :

-----------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *Ken Kirschenbaum Family Trust*<br>Participant Name | _____<br>Firm Name (if applicable) |
| *Stacy Spector, Esq.*<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| *sspector@kirschenbaumesq.com*<br>Email Address | _____<br>Email Address |
| *Kirschenbaum & Kirschenbaum, P.C.* | _____ |

Address line 1

*200 Garden City Plaza, Suite 315*
Address line 2

*Garden City, N.Y. 11530*
City, State Zip Code

*U.S.A.*
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LE86*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

*Lawrence Kirschenbaum*
Print Name

*Trustee*
Title (if Participant is not an Individual)

*4/4/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**FedEx First Overnight®**

ORIGIN ID:RMEA      (516) 747-6700
MAUREEN BEIL, ESQ.
KIRSCHENBAUM KIRSCHENBAUM PC
200 GARDEN CITY PLAZA - SUITE 315

GARDEN CITY, NY 11530 US
SIGN: MAUREEN BEIL, ESQ.

SHIP DATE: 05APR19
ACTWGT: 0.50 LB
CAD: 1061626/INET4100

BILL SENDER
NO EEI 30.37(a)

TO **FOR THE DISTRICT OF PUERTO RICO**
**THE CLERK OF THE US DISTRICT COURT**
**ROOM 150 FEDERAL BUILDING**
**150 CARLOS CHARDON AVENUE**
**SAN JUAN PR 00918**            **(US)**
(516) 747-6700
INV:
PO:                      REF:
                         DEPT:





**FedEx**
Express

**E**

TRK# **7748 9406 9319**
0430

MON - 08 APR A5
INTL FIRST

**X1 SIGA**

00918
PR-US    **SJU**



2019 APR -8 AM 10: 04
RECEIVED & FILED

FedEx Ship Manager - Print Your Label(s)

4/5/2019

◄ Insert shipping
document here.

SRF 3096J

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
        as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Ken Kirschenbaum
Participant Name

Ken Kirschenbaum
Contact Person (if Participant is not an individual)

Ken @ Kirschenbaumesg. com
Email Address
and sspector@Kirschenbaumesg.com

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

*200 Garden City Plaza - Suite 315*

Address line 2

*Garden City, N.Y. 11530*

City, State Zip Code

*U. S. A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LE86*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By:  _____

Signature

*Ken Kirschenbaum*

Print Name

_____

Title (if Participant is not an Individual)

*4/4/19*

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

# FedEx
## Express

FedEx Ship Manager - Print Your Label(s)

4/5/2019

ORIGIN ID:RMEA      (516) 747-6700
MAUREEN BEIL, ESQ.
KIRSCHENBAUM KIRSCHENBAUM PC
200 GARDEN CITY PLAZA - SUITE 315

GARDEN CITY, NY 11530 US
SIGN: MAUREEN BEIL, ESQ.

SHIP DATE: 05APR19
ACTWGT: 0.50 LB
CAD: 1061626/INET4100

BILL SENDER
NO EEI 30.37(a)

TO FOR THE DISTRICT OF PUERTO RICO
THE CLERK OF THE US DISTRICT COURT
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918
(516) 747-6700        REF:
INV:
PO:                         DEPT:

(US)



TRK# 0430   7748 9401 3500

MON - 08 APR A5
INTL FIRST

**X1 SIGA**

00918
PR-US   SJU



2019 APR -8 AM 10: 03

RECEIVED & FILED

◄ Insert shipping
document here.

FedEx First Overnight®

FO

Extremely Urgent