UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(Part 2 of 2)

       The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 2 of 2)
April 8, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

44. Anne A. Fulbright

45. Thomas Regan

46. Edward V. Fengya

47. Angel Lopez Ramirez

48. Vincent Mazzella and Susan Mazzella

49. Gilberto Hanke

50. Janice J. Grogan

51. Gunther Glaser

52. Anthony J. Gadient

53. Angelo Piro

54. Karen Braun

55. Joshua Novick

56. Nevin J. Olson and L. Jesse Kaysen

57. Carol Hertweck

58. Gregory Itenberg

59. William C. Bryson and Julia Penny Clark

60. Neil S. Millbauer

61. Kevin Bell

62. Scott D. Reisman

63. The Hefler Family Trust

64. Donald D. O'Brien

Pro Se Notices of Participation Received by the Court
(Part 2 of 2)
April 8, 2019

65. Sandra Henderson

66. Carol Bearison

67. Ira C. Carney and Eupha S. Carney

68. Susan Crane

69. Phyllis Beecher and Murray Beecher

70. Cindy Wade Weathers

71. Edward P. De Nicola

72. Timothy Jay

73. Carol A. Jensen

74. William Ferrante and Donna Ferrante

75. Eileen D. Malason

76. Cecilia Davidson

77. Robert E. Mantell

78. Charles W. Boettcher, Jr.

79. Ludwig E. Thibault

80. Bruce Mahler

81. Santos Mulero Sierra and Elizabeth Gonzalez

82. Diana R. Jirau Rovira

83. Rene H. Desrosiers

84. Robert E. Benjamin

85. Philip L. Laughman and Elisa A. Laughman

86. Ken Kirschenbaum Family Trust

87. Ken Kirschenbaum

Pro Se Notices of Participation Received by the Court
(Part 2 of 2)
April 8, 2019

Dated: April 8, 2019