**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :     Title III
                                               :
        as representative of                   :     Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :     (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *ANNE A. FULBRIGHT*<br>Participant Name | <br>Firm Name (if applicable) |
| <br>Contact Person (if Participant is not an individual) | <br>Contact Person |
| *jimanne 1935@att.net*<br>Email Address | <br>Email Address |

ORIGINAL

Address line 1

127 THORNBURY CT.

Address line 2

HOT SPRINGS, AR 71901

City, State Zip Code

U.S.A

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514LB 63

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By: _Anne A. Fulbright_

Signature

ANNE A. FULBRIGHT

Print Name

_____

Title (if Participant is not an Individual)

4/1/2018

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed electronically** with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is **not represented by counsel**, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

-2-

Ms. Anne Fulbright
127 Thornbury Ct
Hot Springs, AR 71901

01 APR 2019 PM 3 L

CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

CASE NO. 17-BK-3283 (LTS)

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                  :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :     Title III

      as representative of                                 :     Case No. 17-BK-3283 (LTS)

                                                            :

THE COMMONWEALTH OF PUERTO RICO *et al.,*     :     (Jointly Administered)

      Debtors.                                                :

-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

*Thomas Regan*
_____        _____
Participant Name                                  Firm Name (if applicable)

_____        _____
Contact Person (if Participant is not an individual)        Contact Person

*tom pat 63 @ aol.*
*Com*
_____        _____
Email Address                                     Email Address

_____        _____

Address line 1

72 Edgemere Rd.

Address line 2

Garden City, NY

City, State Zip Code

USA                    11530

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____X   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

_____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Thomas Regan*

Signature

*Thomas Regan*

Print Name

_____

Title (if Participant is not an Individual)

*April 3, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Case:17-03283-LTS   Doc#:6158-1   Filed:04/08/19   Entered:04/09/19 14:52:51   Desc:
Pro Se Notices of Participation   Page 6 of 145

Tom Regan
Corresponding Secretary AATSP
72 Edgemere Road
Garden City, NY 11530

The Clerk Clerk of the US
District Court for the
District of Puerto Room 150
Federal Building Ave
San Juan 150 Carlos Chardon
Puerto Rico, PR 00918-1767

USA
29

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

————————————————————X

In re:                                              :

THE FINANCIAL OVERSIGHT AND            :
MANAGEMENT BOARD FOR PUERTO RICO,      :        PROMESA
                                                   :        Title III
    as representative of                :
                                                   :        Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :
                                                   :        (Jointly Administered)
    Debtors.                            :

————————————————————X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**       **Counsel Contact Information (if any)**

_Edward V. Fengya_
Participant Name

                                        Firm Name (if applicable)

Contact Person (if Participant is not an individual)

_EFENGYA @ HVC.RR.COM_           Contact Person
Email Address

                                        Email Address

_PoBox 311_

Address line 1

Address line 1

Address line 2

Address line 2

Middletown New York 10940-03 11

City, State Zip Code

City, State Zip Code

U.S.A.

Country

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

$40,000 00 → CUSIP # 74514LB 63 #

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _____
Signature

Edward V. Fengya
Print Name

Raymond James & Associates, Inc
↳ Account # REDACTED 7036

_____
Title (if Participant is not an Individual)

4 April 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

FIRST-CLASS MAIL

04/04/2019

US POSTAGE $006.80⁰

ZIP 33410
011E11676431

**RAYMOND JAMES**®

3399 PGA BOULEVARD, Suite 200
Palm Beach Gardens, FL 33410



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**®

7019 0140 0000 3962 7548

e Clerk of the US District Court.
for The District of Puerto Rico
Room 150   Federal Bldg
150 Carlos Chardon Ave
San Juan   PR   00918-1767

2019 APR -8 PM 4: 54
RECEIVED & FILED
US DISTRICT COURT

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND                              :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :       Title III

      as representative of                               :       Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*                :       (Jointly Administered)

      Debtors.                                          :

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**        **<u>Counsel Contact Information (if any)</u>**

*Angel López-Ramírez*

Participant Name                            Firm Name (if applicable)

Contact Person (if Participant is not an individual)     Contact Person

*GalaxyLopez9999@Gmail.com*

Email Address                                Email Address

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

_Angel López-Ramírez_
Print Name

_____
Title (if Participant is not an Individual)

_03/03/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**ANGEL LOPEZ RAMIREZ**
COND. VILLAS DEL MAR OESTE
4735 AVE ISLA VERDE APT. 16J
CAROLINA, PR 00979

---

## September 30, 2018 — FIRST PUERTO RICO TAX-ADVANTAGED TARGET MATURITY FUND I (TARSAN PLUS)

### Category
Non- Diversified Closed End Fund
Puerto Rico Tax-Advantaged Fixed Income

### Inception Date
July 31, 2003

### Minimum Share Amount
100 shares

### Total Assets
US $163.43 million

### Net Assets
US $83.30 million

### Cusips
33612G105 Cash
33612S109 Reinvestment

### Investment Adviser
Santander Asset Management
(787)759-5340

### Distributor
Santander Securities LLC
1(888) 756-0003

| | NAV | Market Price*** |
|---|---|---|
| | 8.15 | 6.10 |

### Annual Operating Expense Ratio
1.00%

### Common Stock outstanding
10,226,717 Shares

### Undistributed Net Income
$ 8,045,175

### Portfolio Characteristics
| | |
|---|---|
| Average Maturity | 10.594 years |
| Average Duration | 8.24 |
| Effective Duration | 6.17 |
| Average Price | 88.51 |
| Average Yield(1) | 5.35% |
| Weighted Average Coupon(2) | 4.27% |
| Market Weighted Average Coupon(2) | 4.95% |
| Asset Leverage Ratio(3) | 48.83% |
| Leverage Cost(4) | 2.72% |
| Leverage Cost^(4) | 3.39% |

^Including hedging transactions

| | |
|---|---|
| 52-Week NAV Low/High | $7.71 / $8.29 |
| YTD NAV Change | 0.29 |
| Last 12-month Gross Dividend | $ 0.3157 |

The Fund's investment objectives are to (i) provide a high level of current income consistent with the preservation of capital (ii) to distribute to shareholders the net assets of the Fund during the period commencing on December 31, 2013 and ending on approximately December 31, 2023 (the "Target Date") and (iii) to distribute monthly dividends of substantially all of its net investment income. The Fund invests primarily in fixed income securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests at least 80% of its assets in securities that, at the time of purchase, have been rated in the highest rating category by a nationally recognized statistical rating organization and at least 90% of its assets in investment-grade securities, or, if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest on tax-exempt or taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue debt securities and engage in other forms of leverage to increase amounts available for investment.

### Performance***

| Total Returns | 1 month | 3 months | YTD | 1 year | 3 years** | 5 years** | 10 years** | Since Inception** |
|---|---|---|---|---|---|---|---|---|
| At NAV* | -0.93% | 0.16% | 6.87% | 5.21% | 4.84% | 6.34% | 4.91% | 4.86% |
| At Market*** | -1.17% | -1.21% | -5.72% | -7.34% | -2.20% | -0.18% | 1.74% | 2.57% |

* Exclusive of 4.50% maximum sales charge during the fund's initial sale ending December 1, 2003.
** Annualized

***Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. A sales load of 4.50% was charged during the initial offering period, ended on December 1, 2003, for the sale of the Fund's common stock. For performance current to the most recent month-end please call 1 (888) 756-0003.

****Market price is provided by Santander Securities, an affiliate of the Fund.

### Calendar Annual Total Returns

| | Fund |
|---|---|
| 2017 | 6.87% |
| 2016 | 9.14% |
| 2015 | -2.58% |
| 2014 | 22.76% |
| 2013 | -15.62% |
| 2012 | 7.71% |
| 2011 | 18.99% |
| 2010 | 0.97% |
| 2009 | 10.68% |
| 2008 | -2.45% |
| 2007 | 9.32% |
| 2006 | 2.38% |
| 2005 | 0.49% |

Based on NAV and excluding 4.50% max. sales charge

### Growth of $10,000 Since Inception

NAV ——— $ 20,549*
Market ——— $14,688**

This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.
*Performance based on NAV and excluding 4.50% max. sales charge.
**Performance based on market value. Market price is provided by Santander Securities, an affiliate of the Fund.

### Annualized Monthly Distributions (As of September 30, 2018)+



| Gross 3.598% | Gross 3.513% | *Gross 3.513% | Gross 3.402% | Gross 3.345% | Gross 3.343% |
|---|---|---|---|---|---|
| Net 3.058% | Net 2.986% | Net 2.984% | Net 2.890% | Net 2.842% | Net 2.842% |
| Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 |

+ September distribution refers to dividend paid on October 15, 2018. The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or a portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Gross distributions are before deduction of taxes. Net distributions are after deduction of withholding preferential tax rate of 15%. Please note that monthly distribution rates may vary.

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the past month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.

(2) Weighted Average Coupon ,"WAC" , is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the fund is allowed to borrow an additional 5% of the Fund's total assets for temporary, emergency and/or defensive purposes.The Fund's utilization of leverage creates additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4) Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized. The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

**NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY** www.santandersecurities.com

**First Puerto Rico Tax-Advantaged Target Maturity Fund I, Inc.**



| Top 10 Holdings | | Credit Quality* | Asset Allocation |
|---|---|---|---|
| 1. U.S. Municipal Bonds | 43.62% | | |
| 2. P.R. Trade and Export Notes | 36.55% | | |
| 3. P.R. Sales Tax Financing Corp. (zero) | 6.14% | | |
| 4. Federal Farm Credit Bank | 4.41% | | |
| 5. P.R. Sales Tax Financing Corp. | 3.59% | | |
| 6. Federal Home Loan Bank Bonds | 3.31% | | |
| 7. GNMA (several pools) | 1.57% | | |
| 8. FNMA (several pools) | 0.43% | | |
| 9. P.R. Building Authority | 0.20% | | |
| 10. FGA (several pools) | 0.18% | | |

*Ratings from Standard and Poor's as of September 28, 2018. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

## PORTFOLIO HOLDINGS SUMMARY AS OF SEPTEMBER 30, 2018

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| N.Y. FIN AUTH - BABS - SUBSER C-2 | 8.76% | BATTERY PK REV-A-BABS | 1.43% | OK CAP IMPT-B-BABS-TX | 0.43% | FN 745328 | 0.21% |
| P.R. TRADE & EXPORT NOTE 4.60% (1) | 8.73% | PR S/TAX-CABS-A | 1.41% | TX ST-BABS-A | 0.43% | PR BLDGS-REF-L-FSA-CR | 0.20% |
| P.R. TRADE & EXPORT NOTE 5.55% (1) | 6.98% | CT ST-QSCB-TXB | 1.38% | GN 593650 | 0.41% | NYC FIN AUTH | 0.20% |
| P.R. TRADE & EXPORT NOTE 5.391% (1) | 6.14% | STATE PUB SCH-A-QSCB | 1.35% | VA CLG-B-21ST CENTURY | 0.41% | GN 529826 | 0.12% |
| P.R. TRADE & EXPORT NOTE 4.95% (1) | 5.42% | PR S/TAX-CABS-A | 1.32% | PR S/TAX CAB-SER C | 0.38% | GN 583307 | 0.12% |
| FL BOE PECO-SER G | 5.02% | TEXAS ST WTR DIST SYS REV -SER D | 1.29% | GN 556305 | 0.37% | FN 823348 | 0.11% |
| NYS URBAN DEV CORP | 4.26% | NYS DORM AUTH-BABS | 1.28% | PR S/TAX CAB-SER C | 0.37% | FG A35646 | 0.10% |
| P.R. TRADE & EXPORT NOTE 6.475% (1) | 3.45% | FLORIDA ST BRD OF EDU-BABS - F | 1.24% | NYC TRANSL FIN-QSCB | 0.35% | FG A43847 | 0.05% |
| DIST OF COLUMBIA REV-BABS-SER E | 3.00% | PR S/TAX-CABS-A-BHAC | 1.13% | NYC FIN AUTH | 0.35% | PR S/TAX-CABS-SER B | 0.03% |
| P.R. TRADE & EXPORT NOTE 5.101% (1) | 2.77% | TX ST-BABS-A | 1.07% | OH WTR-A2-BABS | 0.35% | PR S/TAX CAB-SER C | 0.03% |
| FEDERAL HOME LOAN BANK | 2.66% | PR S/TAX SER C | 1.04% | FEDERAL FARM CREDIT BANK | 0.33% | FG A35645 | 0.03% |
| N.Y. FIN AUTH - BABS - SUBSER C-2 | 2.45% | PR S/TAX CAB-CONV | 0.75% | NYC TRANSL FIN -BABS | 0.32% | FN 411533 | 0.03% |
| NYS URBAN-TXB-ST PERS | 2.37% | P.R. TRADE & EXPORT NOTE 4.889% (1) | 0.70% | GN 593714 | 0.28% | FANNIE MAE 2009-20 CL. - DS | 0.03% |
| FLORIDA ST BRD OF EDU-BABS - F | 2.35% | P.R. TRADE & EXPORT NOTE 5.00% (1) | 0.58% | GN 556304 | 0.27% | FANNIE MAE 2009-12 CL. CI | 0.02% |
| NYC FIN-BABS-TXB | 2.04% | FEDERAL HOME LOAN BANK | 0.55% | PR S/TAX-CABS-A | 0.27% | FN 411534 | 0.01% |
| FEDERAL FARM CREDIT BANK | 1.99% | TX ST TRANSN-1ST TIER | 0.53% | NYC FIN AUTH | 0.26% | FN 411536 | 0.01% |
| PR S/TAX CAB-CONV | 1.80% | DISTRICT COLUMBIA | 0.60% | PR S/TAX CAB-SER C | 0.23% | FN 411535 | 0.01% |
| P.R. TRADE & EXPORT NOTE 5.10% (1) | 1.68% | PR S/TAX-CABS-A | 0.53% | PR S/TAX CAB-SER C | 0.22% | | |
| FEDERAL FARM CREDIT BANK | 1.63% | FEDERAL FARM CREDIT BANK | 0.46% | PR S/TAX CABS | 0.22% | | |

The Fund's holdings are subject to change.

(1) Collateralized with U.S. securities

## Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks. You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com. You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the underwriter of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico. Past performance is not predictive of future performance. Performance changes over time and currently may be lower than stated above. An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes. The shares of the Fund are subject to market risk, including the loss of principal. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Market volatility can significantly impact short-term performance. As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

An investment in the Fund is suitable only for investors who can bear the risks associated with the limited liquidity, and potential illiquidity, of the shares. The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund. The Fund's shares have limited liquidity, and may not be readily marketable in certain situations. The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY



ANGEL LOPEZ RAMIREZ
ANGEL LOPEZ RAMIREZ
4735 AVE ISLA VERDE APT. 16J
CAROLINA, PR 00979

| September 30, 2018 | FIRST PUERTO RICO TAX EXEMPT FUND (Class A) |
|---|---|

**Category**
Non-Diversified Open-Ended Fund
Puerto Rico Tax-Exempt Fixed Income

The Fund's investment objectives are to (i) provide a high level of current income exempt from U.S. federal and Puerto Rico income taxes consistent with the preservation of capital and (ii) to distribute monthly dividends of substantially all of the Fund's net investment income. The Fund invests primarily in fixed income tax-exempt securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests at least 95% of its assets in investment grade securities, at the time of purchase, or if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest up to 10% of its assets on taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue preferred stock and debt securities and engage in other forms of leverage to increase amounts available for investment.

**Inception Date**
Class A          August 30, 1995

**Minimum Initial Investment**
$10,000

**Total Assets**
US $100.28 million

**Net Assets**
US $59.53 million

**Performance at NAV\*\***
Total Returns

| Class A | 1 month | 3 months | YTD | 1 year | 3 years* | 5 years* | 10 years* | Since inception* |
|---|---|---|---|---|---|---|---|---|
| Excl. max. sales charge | -0.78% | 3.84% | 134.86% | 69.54% | 11.85% | -2.61% | -3.84% | 1.80% |
| Incl. max. sales charge | -4.25% | 0.02% | 126.64% | 63.60% | 10.53% | -3.30% | -4.18% | 1.64% |

\* Annualized

\*\*Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. For performance current to the most recent month-end please call 1 (888) 756-0003

**Cusip**
998397A60 Class A

**Investment Adviser**
Santander Asset Management
(787) 759-5340

**Distributor**
Santander Securities LLC
1(888) 756-0003

**NAV**
Class A Shares $2.56

**Redemption Charge-Class A**
1% within first 60 days of purchases

**Sales Charge**
Class A Maximum 3.5%

**Frequency of Purchases**
Each Wednesday

**Frequency of Redemptions**
Closed since September 11, 2018

**Annual Operating Expense Ratio(5)**
Class A          1.11%

**Last 12-month Net Annual Operating Expense Ratio(5)**
Class A          1.01%

**Shares of Common Stock Outstanding**
Class A          23,276,971

| Calendar Year Total Return - Class A | |
|---|---|
| Based on NAV and excluding max. sales charge | |
| 2017 | -51.36% |
| 2016 | 27.59% |
| 2015 | -43.01% |
| 2014 | 8.47% |
| 2013 | -47.26% |
| 2012 | 8.76% |
| 2011 | 19.19% |
| 2010 | 2.37% |
| 2009 | 18.71% |
| 2008 | -5.61% |
| 2007 | 6.67% |
| 2006 | 2.96% |
| 2005 | 3.89% |
| 2004 | 6.22% |
| 2003 | 3.03% |
| 2002 | 10.91% |
| 2001 | 11.94% |
| 2000 | 6.72% |
| 1999 | -2.94% |
| 1998 | 9.95% |

**Growth of $10,000 Since Inception**



$15,083

This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.

**Portfolio Characteristics**

| | |
|---|---|
| Average Maturity | 12.322 years |
| Average Duration | 10.59 |
| Effective Duration | 10.15 |
| Average Price | 64.49 |
| Average Yield(1) | 5.78% |
| Weighted Average Coupon(2) | 4.28% |
| Market Weighted Average Coupon(2) | 4.64% |
| Asset Leverage Ratio(3) | 40.42% |
| Leverage Cost(4) | 2.25% |
| Leverage Cost*(4) | 2.25% |

\*Including hedging transactions

**Class A Shares**

| | |
|---|---|
| 52-Week NAV Low/High | $1.06 / $2.60 |
| YTD NAV Change | 1.47 |
| Last 12-month Dividend | $0.0000 |

**Annualized Monthly Distributions (As of September 30, 2018)+**

| | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 |
|---|---|---|---|---|---|---|
| | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% |

+The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or a portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Please note that monthly distribution rates may vary.

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.

(2) Weighted Average Coupon, "WAC", is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 20% of the Fund's total assets for temporary, emergency and/or defensive purposes. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4) Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized. The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(5) For the first 24 months of operations of the Fund, and annually thereafter, the Investment Adviser has voluntarily agreed to waive its fees and, if necessary, to reimburse the Fund to the extent that total operating expenses, excluding financing expenditures such as interest, taxes and leverage related expenses, exceed 0.90% of the average weekly net assets of the Fund. Fees waived are subject to recoupment by the Investment Adviser within the next two fiscal years. The Investment Adviser may waive additional fees at its discretion.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY          www.santandersecurities.com



**First Puerto Rico Tax Exempt Fund**



| Holdings Summary | | Credit Rating* | Asset Allocation |
|---|---|---|---|
| 1. P.R. Sales Tax Financing Corp. | 45.55% | | |
| 2. Federal Home Loan Bank Bonds | 22.81% | | |
| 3. U.S. Municipal Bonds | 11.18% | | |
| 4. Federal Farm Credit Bonds | 10.95% | | |
| 5. P.R. Sales Tax Financing Corp. (zero) | 4.63% | | |
| 6. I.P.R. Trade and Export Note | 3.12% | | |
| 7. GNMA (several pools) | 1.72% | | |
| 8. P.R. CMOs | 0.04% | | |

*Ratings from Standard and Poor's as of September 28, 2018. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

### PORTFOLIO HOLDINGS SUMMARY AS OF SEPTEMBER 30, 2018

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK | 10.42% | PR S/TAX-CABS-B-1ST S | 3.45% | PR S/TAX-SER B | 0.18% | GN 420001 | 0.08% |
| FEDERAL HOME LOAN BANK | 8.54% | P.R. TRADE & EXPORT 5.101% (1) | 3.12% | GN 407848 | 0.16% | GN 397431 | 0.05% |
| P.R. SALES TAX CONV SUB A | 8.03% | FEDERAL FARM CREDIT BANK | 2.41% | GN 407847 | 0.15% | GN 419994 | 0.05% |
| PR S/TAX-SER B | 7.49% | PR S/TAX UNREF SUB-SER B | 1.97% | GN 420000 | 0.15% | GN 420003 | 0.05% |
| FEDERAL FARM CREDIT BANK | 7.19% | FEDERAL HOME LOAN BANK | 1.94% | GN 401479 | 0.11% | GN 420008 | 0.05% |
| PR S/TAX-SER B | 6.51% | FEDERAL HOME LOAN BANK | 1.91% | GN 397421 | 0.10% | GN 420030 | 0.05% |
| CT HOUSING FIN AUTHORITY | 6.18% | PR S/TAX-SER B | 1.75% | GN 407849 | 0.10% | GN 420005 | 0.04% |
| P.R. SALES TAX SUB-SER A | 5.25% | P.R. SALES TAX SER-B | 1.75% | GN 420145 | 0.10% | GN 425540 | 0.04% |
| PR S/TAX SER C | 4.14% | FEDERAL FARM CREDIT BANK | 1.35% | GN 437580 | 0.10% | GN 436858 | 0.04% |
| PR S/TAX CAB-CONV | 4.01% | PR S/TAX-CABS-B-1ST S | 1.18% | GN 412705 | 0.09% | GN 437589 | 0.04% |
| IL ST-BAB-3-AGM-CR | 3.89% | PENNSYLVANIA ST BABS | 1.10% | GN 436861 | 0.09% | LBGT 1993-3 H | 0.04% |
| P.R. SALES TAX SUB-SER A | 3.67% | PR S/TAX CAB-CONV | 0.80% | GN 407862 | 0.08% | TRENTON-TXB-REF-CABS | 0.01% |

The Fund's holdings are subject to change.
(1) Collateralized with U.S. securities

### Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks. You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com. You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the distributor of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico. Past performance is not predictive of future performance. Performance changes overtime and currently may be lower than stated above. An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes.

The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund. The Fund's net asset value can deteriorate rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise. The shares of the Fund are subject to market risk, including the loss of principal. As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

**Current Market Conditions Affecting the Fixed Income Markets in General, and Affecting Puerto Rico Municipal Bonds and Other Fixed-Income Securities**

Current market conditions affecting fixed-income securities may present significant risks beyond those of other securities, including greater credit risk and price volatility. Potential rising interest rates will generally result in a decrease of value of a fixed-income portfolio, and consequently, the Fund's net asset value may likewise decrease. Furthermore, policy changes made by governments or quasi-governmental organizations, such as tapering quantitative easing, could adversely impact the value and liquidity of certain securities.

Downgrades to the credit rating of the issuers of Puerto Rico municipal bonds and other fixed-income securities, or other securities in the Fund's portfolio, may result in a decrease in the value of such securities and in a corresponding decrease in the net asset value of the Fund. Furthermore, such downgrade would also reduce the market for such securities, which could negatively impact the Fund's ability to dispose of such securities or the price the Fund may receive in any such sale, as well as the Fund's ability to utilize such securities as collateral for its leverage program.

The uncertainty surrounding the financial situation of the Commonwealth of Puerto Rico, including lack of access to credit markets and nonpayment or default by some municipal bond issuers, creates additional risks to the Fund. Monthly distributions to holders of Shares will consist of all or a portion of its net investment income, if any, remaining after the payment of interest expense or dividends in connection with the Fund's leverage program and other Fund expenses. At times, in order to maintain a stable level of dividends, the Fund may pay out less than all of its net investment income or pay out accumulated undistributed income in addition to current net investment income. Net capital gains, if any, will be retained by the Fund, unless the Board of Directors determines that capital gains must be distributed to holders of Common Stock and preferred stock in order to ensure advantageous tax treatment for the Fund. Dividends to be paid by the Fund will be declared by the Dividend Committee of the Fund's Board of Directors, at its sole discretion, and are paid out of the net investment income available for distribution to holders of Shares. The Fund cannot guarantee that future dividends will be declared and cannot guarantee any particular dividend level.

Consequently, the Fund's shares may lose value, and thus you may lose your investment, as a consequence of such a downgrade.

**The Fund may be subject to additional risk due to the current market conditions affecting Puerto Rico municipal bonds and other fixed income securities.**

The Adviser of the Fund has claimed an exclusion from the definition of the term "commodity pool operator" under the Commodity Exchange Act (the "CEA") and, therefore, is not subject to registration or regulation as a pool operator under the CEA. The PR Funds are not a vehicle for trading or seeking exposure in the commodity futures, commodity options or swaps markets.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY



**ANGEL LOPEZ RAMIREZ**
COND. VILLAS DEL MAR OESTE
4735 AVE ISLA VERDE APT. 16J
CAROLINA, PR 00979

| **September 30, 2018** | **FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNITIES FUND I (TARSAN INCOME)** |
|---|---|

**Category**
Non-Diversified Closed End Fund
Puerto Rico Fixed Income

**Inception Date**
December 29, 2003

**Minimum Share Amount**
100 shares

**Total Assets**
US $43.67 million

**Net Assets**
US $26.09 million

**Cusips**
336127105 Cash
336127204 Reinvestment

**Investment Adviser**
Santander Asset Management
(787)759-5340

**Distributor**
Santander Securities LLC
1(888) 756-0003

| NAV | Market Price**** |
|---|---|
| 4.13 | 2.28 |

**Annual Operating Expense Ratio**
1.00%

**Common Stock outstanding**
6,310,704 Shares

**Undistributed Net Income**
$ 4,618,309

The Fund's investment objectives are to (i) provide a high level of current income consistent with the preservation of capital (ii) to distribute to shareholders the net assets of the Fund during the period commencing on December 31, 2024 and ending on approximately December 31, 2034 (the "Target Date") and (iii) to distribute monthly dividends of substantially all of its net investment income. The Fund invests primarily in fixed income securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset-backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests, at the time of purchase, at least 80% of its assets in investment grade securities, or, if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest on tax-exempt and/or taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue debt securities and  engage in other forms of leverage to increase amounts available for investment.

**Performance***

| Total Returns | 1 month | 3 months | YTD | 1 year | 3 years** | 5 years** | 10 years** | Since Inception** |
|---|---|---|---|---|---|---|---|---|
| At NAV* | -0.43% | 4.21% | 78.18% | 46.59% | 9.98% | 2.83% | 0.31% | 1.42% |
| At Market**** | 0.05% | 9.27% | 54.48% | 25.78% | -3.67% | -9.21% | -6.09% | -2.88% |

* Inclusive of 4.50% maximum sales charge during the fund's initial date ending December 31, 2004.
** Annualized

***Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. A sales load of 4.50% was charged during the initial offering period, ended on December 31, 2004, for the sale of the Fund's common stock. For performance current to the most recent month-end please call 1 (888) 756-0003.
****Market price is provided by Santander Securities, an affiliate of the Fund.

**Calendar Annual Total Returns**

| | Fund |
|---|---|
| 2017 | -33.05% |
| 2016 | 22.85% |
| 2015 | -31.89% |
| 2014 | 9.01% |
| 2013 | -32.28% |
| 2012 | 6.10% |
| 2011 | 19.16% |
| 2010 | 2.68% |
| 2009 | 19.38% |
| 2008 | -6.62% |
| 2007 | 5.64% |
| 2006 | 0.37% |
| 2005 | 2.71% |
| 2004 | 6.18% |

Based on NAV and excluding 4.50% max. sales charge

**Growth of $10,000 Since Inception**



This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.
*Performance based on NAV and excluding 4.50% max. sales charge.
**Performance based on market value. Market price is provided by Santander Securities, an affiliate of the Fund.

**Portfolio Characteristics**

| | |
|---|---|
| Average Maturity | 10.044 years |
| Average Duration | 8.69 |
| Effective Duration | 8.62 |
| Average Price | 64.31 |
| Average Yield(1) | 5.72% |
| Weighted Average Coupon(2) | 3.95% |
| Market Weighted Average Coupon(2) | 4.43% |
| Asset Leverage Ratio(3) | 39.97% |
| Leverage Cost(4) | 2.41% |
| Leverage Cost*(4) | 2.67% |
| *Including hedging transactions | |
| 52-Week NAV Low/High | $2.29 / $4.20 |
| YTD NAV Change | 1.79 |
| Last 12-month Gross Dividend | $ 0.0430 |

**Annualized Monthly Distributions (As of September 30, 2018)+**



| Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 |
|---|---|---|---|---|---|
| 0.372% | 0.348% | 0.300% | 0.252% | 0.252% | 0.372% |

■ Net ■ Gross

+ September distribution refers to dividend paid on October 15, 2018. The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Gross distributions are before deduction of taxes. Net distributions are after deduction of withholding preferential tax rate of 15%. Please note that monthly distribution rates may vary.

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.
(2) Weighted Average Coupon, "WAC", is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.
(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage.  The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 5% of the Fund's total assets for temporary, emergency and/or defensive purposes. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.
(4) Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized. The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

**NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY**                 www.santandersecurities.com



| Holdings Summary | |
|---|---|
| 1. P.R. Sales Tax | 30.97% |
| 2. U.S. Municipal Bonds | 17.96% |
| 3. Federal Home Loan Bank Bonds | 17.53% |
| 4. P.R. Sales Tax (zero coupon) | 11.35% |
| 5. U.S. Treasury Note | 7.69% |
| 6. Federal Farm Credit Bank Bonds | 5.76% |
| 7. P.R. FNMA | 3.18% |
| 8. P.R. GNMA | 3.14% |
| 9. P.R. Gov. Dev. Bank Senior Note | 2.42% |

Credit Quality*

AAA 3.48%
AA+ 37.30%
AA 12.52%
AA- 1.50%
A+ 0.46%
NR 44.74%

Asset Allocation

U.S. Agencies 23.29%
U.S. Treasury 7.69%
P.R. Bonds and Munis 44.74%
P.R. MBS 6.32%
U.S. Munis 17.96%

*Ratings from Standard and Poor's as of September 28, 2018. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

## PORTFOLIO HOLDINGS SUMMARY AS OF SEPTEMBER 30, 2018

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK | 15.12% | FEDERAL FARM CREDIT BANK | 3.56% | PR S/TAX-CABS-A | 2.10% | NEW HAMPSHIRE ST BABS | 0.46% |
| PR S/TAX CAB-CONV | 12.85% | CT HOUSING FIN AUTH | 3.48% | PR S/TAX-A | 1.98% | PR S/TAX-CABS-A | 0.42% |
| PR S/TAX-CABS-A | 7.87% | GN 684146 | 3.14% | UNIV OF CALIFORNIA SER F | 1.50% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.39% |
| US TREASURY N/B | 7.69% | FN AE1260 | 2.92% | PR S/TAX SUB-SER B | 0.98% | PR S/TAX CABS | 0.35% |
| ILLINOIS ST - 6.875% | 6.76% | PR S/TAX UNREF SUB-SER B | 2.85% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.89% | FANNIE MAE 2009-12 CL CI | 0.26% |
| SACRAMENTO PENSION OBL | 5.44% | PR S/TAX CAB-CONV | 2.69% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.61% | ILLINOIS ST-BABS-AGM | 0.21% |
| PR S/TAX SER C | 4.95% | FEDERAL HOME LOAN BANK | 2.41% | PR S/TAX CAB-SER C | 0.61% | IL ST-BAB-3-AGM-CR | 0.11% |
| PR S/TAX SER C | 4.67% | FEDERAL FARM CREDIT BANK | 2.20% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.48% | P.R. GOV DEV BANK SENIOR NOTE (a) | 0.05% |

**The Fund's holdings are subject to change.**

(a) The issuer defaulted on principal and / or interest payment.

## Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks. You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com. You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the underwriter of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico. Past performance is not predictive of future performance. Performance changes over time and currently may be lower than stated above. An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes. The shares of the Fund are subject to market risk, including the loss of principal. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Market volatility can significantly impact short-term performance. As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

An investment in the Fund is suitable only for investors who can bear the risks associated with the limited liquidity, and potential illiquidity, of the shares. The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund. The Fund's shares have limited liquidity, and may not be readily marketable in certain situations. The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY

## First Puerto Rico Target Maturity Income Opportunities Fund II



| Top 10 Holdings | |
|---|---|
| 1. P.R. Sales Tax Financing (zero) | 32.71% |
| 2. Federal Home Loan Bank Bonds | 26.72% |
| 3. P.R. Sales Tax Financing | 13.52% |
| 4. U.S. Municipal Bonds | 11.43% |
| 5. Federal Farm Credit Bank Bonds | 8.38% |
| 6. P.R. Gov Dev Bank Senior Notes | 3.29% |
| P.R. Trade and Export Notes | 1.80% |
| 8. P.R. Commonwealth Aqueduct & Sewer | 1.67% |
| 9. P.R. CMOs | 0.33% |
| 10. P.R. FNMA | 0.15% |

*Ratings from Standard and Poor's as of September 30, 2018. Ratings are measured on a scale that generally ranges from  AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

### PORTFOLIO HOLDINGS SUMMARY AS OF SEPTEMBER 30, 2018

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK | 22.76% | PR S/TAX-SER B | 3.57% | PR S/TAX SER C | 2.24% | FEDERAL FARM CREDIT BANK | 1.51% |
| PR S/TAX-CABS-A | 14.34% | P.R. GDB SENIOR NOTE (a) | 3.29% | FEDERAL HOME LOAN BANK | 2.12% | PR S/TAX SUB-SER B | 0.90% |
| PR S/TAX CAB-SER C | 8.75% | PR S/TAX-CABS-A | 2.90% | IL ST-BAB-3-AGM-CR | 2.06% | UNIV OF CALIFORNIA SER F | 0.88% |
| ILLINOIS ST - 6.875% | 4.49% | FEDERAL FARM CREDIT BANK | 2.70% | FEDERAL HOME LOAN BANK | 1.84% | DORAL MBS 6.697% | 0.33% |
| PR S/TAX-CABS-A | 4.32% | PR S/TAX SER C | 2.67% | P.R. TRADE & EXPORT NOTE 5.101% (1) | 1.80% | NEW HAMPSHIRE ST BABS | 0.27% |
| FEDERAL FARM CREDIT BANK | 4.17% | PR S/TAX CABS | 2.40% | PR AQUEDUCT REF-SER A | 1.67% | PR S/TAX CAB-CONV | 0.17% |
| ILLINOIS ST-BABS-AGM- | 3.73% | PR S/TAX CAB-CONV | 2.35% | P.R. SALES TAX SER A | 1.62% | FANNIE MAE 2009-12 CL CI | 0.15% |

**The Fund's holdings are subject to change.**

(1) Collateralized with U.S. securities

(a) The issuer defaulted on principal and / or interest payment.

### Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks.  You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com.  You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the underwriter of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico.  Past performance is not predictive of future performance. Performance changes over time and currently may be lower than stated above.  An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes. The shares of the Fund are subject to market risk, including the loss of principal.  The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Market volatility can significantly impact short-term performance.  As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

An investment in the Fund is suitable only for investors who can bear the risks associated with the limited liquidity, and potential illiquidity, of the shares.  The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund.  The Fund's shares have limited liquidity, and may not be readily marketable in certain situations. The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY



**ANGEL LOPEZ RAMIREZ**
COND. VILLAS DEL MAR OESTE
4735 AVE ISLA VERDE APT. 16J
CAROLINA, PR 00979

## September 30, 2018 | FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNITIES FUND II (TARSAN INCOME II)

The Fund's investment objectives are to (i) provide a high level of current income consistent with the preservation of capital (ii) to distribute to shareholders the net assets of the Fund during the period commencing on June 30, 2025 and ending on approximately June 30, 2035 (the "Target Date") and (iii) to distribute monthly dividends of substantially all of its net investment income. The Fund invests primarily in fixed income securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset-backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests, at the time of purchase, at least 80% of its assets in investment grade securities, or, if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest on tax-exempt and/or taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue debt securities and engage in other forms of leverage to increase amounts available for investment.

**Category**
Non-Diversified Closed End Fund
Puerto Rico Fixed Income

**Inception Date**
March 3, 2005

**Minimum Share Amount**
100 shares

**Total Assets**
US $63.60 million

**Net Assets**
US $48.58 million

**Cusips**
33612V102 Cash
33612V201 Reinvestment

**Investment Adviser**
Santander Asset Management
(787)759-5340

**Distributor**
Santander Securities LLC
1(888) 756-0003

**NAV** 5.21 **Market Price****** 2.88

**Annual Operating Expense Ratio**
1.00%

**Common Stock outstanding**
9,318,130 Shares

**Undistributed Net Income**
$ 5,441,916

### Performance***

| Total Returns | 1 month | 3 months | YTD | 1 year | 3 years** | 5 years** | 10 years** | Since Inception** |
|---|---|---|---|---|---|---|---|---|
| At NAV* | -0.64% | 3.58% | 42.13% | 22.58% | 12.36% | 4.23% | 2.05% | 2.38% |
| At Market**** | -0.22% | 5.52% | 23.84% | 5.01% | -1.54% | -7.85% | -4.38% | -2.34% |

* Exclusive of 4.50% maximum sales charge during the fund's initial date ending January 5, 2006
** Annualized

***Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. A sales load of 4.50% was charged during the initial offering period, ended on January 5, 2006, for the sale of the Fund's common stock. For performance current to the most recent month-end please call 1 (888) 756-0003.

****Market price is provided by Santander Securities, an affiliate of the Fund.

### Calendar Annual Total Returns

| | Fund |
|---|---|
| 2017 | -15.29% |
| 2016 | 22.97% |
| 2015 | -21.53% |
| 2014 | 10.43% |
| 2013 | -33.65% |
| 2012 | 9.77% |
| 2011 | 18.76% |
| 2010 | 1.13% |
| 2009 | 19.40% |
| 2008 | -5.62% |
| 2007 | 6.53% |
| 2006 | 2.63% |

Based on NAV and excluding 4.50% max. sales charge

### Growth of $10,000 Since Inception

NAV $ 13,761*
Market $ 7,245**

This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.
*Performance based on NAV and excluding 4.50% max. sales charge.
**Performance based on market value. Market price is provided by Santander Securities, an affiliate of the Fund.

### Portfolio Characteristics

| | |
|---|---|
| Average Maturity | 13.05 years |
| Average Duration | 11.95 |
| Effective Duration | 12.25 |
| Average Price | 50.71 |
| Average Yield(1) | 4.94% |
| Weighted Average Coupon(2) | 1.82% |
| Market Weighted Average Coupon(2) | 3.02% |
| | |
| Asset Leverage Ratio(3) | 23.43% |
| Leverage Cost(4) | 2.30% |
| Leverage Cost*(4) | 2.72% |
| *Including hedging transactions | |
| 52-Week NAV Low/High | $3.61 / $5.26 |
| YTD NAV Change | 1.49 |
| | |
| Last 12-month Gross Dividend | $ 0.0888 |

### Annualized Monthly Distributions (As of September 30, 2018)+

| | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 |
|---|---|---|---|---|---|---|
| Gross | 0.876% | 0.876% | 0.840% | 0.792% | 0.780% | 0.780% |
| Net | 0.876% | 0.876% | 0.840% | 0.792% | 0.780% | 0.780% |

□ Gross ■ Net

+ September distribution refers to dividend paid on October 15, 2018. The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock refers to any form of leverage used by the Fund plus costs and net commercial paper or other debt securities or borrowings or dividends on any preferred stock. Gross distributions are before deduction of taxes. Net distributions are after deduction of withholding preferential tax rate of 15%. Please note that monthly distribution rates may vary.

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.

(2) Weighted Average Coupon, "WAC", is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 5% of the Fund's total assets for temporary, emergency and/or defensive purposes. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4) Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized. The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY    www.santandersecurities.com

**Angel Lopez Ramirez**
Cond. Villas Del Mar Oeste
4735 Ave Isla Verde Apt. 16J
Carolina, PR  00979

The Clerk of The United States District Court
For The District of Puerto Rico, Room 150 Federal Building,
150 Carlos Chardon Avenue, San Juan, P.R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED

2019 APR -8 PM 4: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND            :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :    Title III

        as representative of                  :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)

        Debtors.                              :

------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| VINCENT & SUSAN MAZZELLA | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| N/A | |
| Email Address | Email Address |
| Phone # 732-408 9060 | |

Address line 1

*11 ANTHONY CIRCLE*

Address line 2

*MANCHESTER NJ 08759*

City, State Zip Code

*U.S.A*

Country

*TEL # 732-408-9060*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89, 74514LC88*

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or NO (please **circle one**).

By: *Vincent Mazzella*
Signature

*VINCENT MAZZELLA*
Print Name

By: *Susan Mazzella*

*SUSAN MAZZELLA*

_____
Title (if Participant is not an Individual)

*APRIL 1, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Case:17-03283-LTS   Doc#:6158-1   Filed:04/08/19   Entered:04/09/19 14:52:51   Desc:
Pro Se Notices of Participation   Page 23 of 145

Vincent P Mazzella
11 Anthony Cir
Manchester, NJ 08759-6051

7018 1130 0002 1078 6713

The Clerk of the United States
District Court for the District of
Puerto Rico
Federal Bldg-Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767



SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED

2019 APR -8  PH 4: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

```
-----------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
        as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
        Debtors.                                :
-----------------------------------------------X
```

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

   **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

   The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Gilberto Hanke* | |
| Participant Name | Firm Name (if applicable) |
| *MARCOS HANKE* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *787fishing@gmail.com* | |
| Email Address | Email Address |

Address line 1

*Calle Costa Rica 185/Apt 601*

Address line 2

*Hato Rey, P.R, 00744*

City, State Zip Code

*Puerto Rico*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

*Gilberto Hanke*
Print Name

_____
Title (if Participant is not an Individual)

*2/ABRIL/2019*
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Gilberto Hanke
Calle Costa Rica 185/Apt 601
Cond. Teide
Hato Rey, P.R, 00917

05 APR 2019 PM 1 T



RECEIVED & FILED
2019 APR -8 PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

US   District Court of PR
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-1709

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------X

In re:                                                           :

THE FINANCIAL OVERSIGHT AND                  :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

    as representative of                                :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)

    Debtors.                                              :

---------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Janice J. Grogan                                              _ J. B. & Hega
Participant Name                                                Firm Name (if applicable)


Contact Person (if Participant is not an individual)    Contact Person
Just Jan 201@gmail.com
Email Address                                                   Email Address

Address line 1

**299 Pine St.**

Address line 2

**Wyckoff NJ 07481-2824**

City, State Zip Code

**USA**

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

**74514LB63**

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or NO (please **circle one**). **Through Broker**

By: **Janice J. Grogan**

Signature

**Janice J. Grogan**

Print Name

_____

Title (if Participant is not an Individual)

**April 3, 2019**

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Grogan
299 Pine St.
Wyckoff, NJ 07481-2824

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P R   00918-1767

*AMENDED*

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:                                                  :

THE FINANCIAL OVERSIGHT AND          :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :          Title III

       as representative of                 :          Case No. 17-BK-3283 (LTS)

                                               :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :          (Jointly Administered)

                                               :

     Debtors.                            :

-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

         This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

         The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

         To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| GUNTHER GLASER | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| HIGUNTHER13@YAHOO.COM | |
| Email Address | Email Address |
| | |

AMENDED

Address line 1
*1147-HOMELAND PARK St*

Address line 2
*The VILLAGES*

City, State Zip Code
*Fl 32162*

Country *U.S.A*

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country
_____

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
① *745181 N86*  ② *74526 QL44*  ③ *74514LXD4*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

*GUNTHER GLASER*
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

① *745181N86*
② *74514LXD4*    } MY BONDS
③ *74526QL44*

2



Gunther Glaser
1147 Homeland Park St.
The Villages, FL 32162

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR DISTRICT OF
PUERTO. ROOM 150 FEDERAL Blding

150 CARloS CHARDON AVE.
SAN JUAN, PR 00918-1767

03 APR 2019 PM 2 L

RECEIVED & FILE
2019 APR -8 PM 4:55
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P.R.

00918-170399

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                :         PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :         Title III

    as representative of                          :         Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :         (Jointly Administered)

    Debtors.                                        :

---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**    **Counsel Contact Information (if any)**

ANTHONY J. GADIENT

Participant Name                       Firm Name (if applicable)

Contact Person (if Participant is not an individual)    Contact Person

GADIENT5@MSN.COM

Email Address                        Email Address

3/14/2019    Case:17-03283-LTS   Doc#:6158-1   Filed:04/08/19   Entered:04/09/19 14:52:51   Desc:
Corporate Action Event Library Client View
Pro Se Notices of Participation   Page 34 of 145

SRF 30944

Address line 1
529 ROOKWOOD PLACE
Address line 2
CHARLOTTESVILLE VA 22903
City, State Zip Code
USA
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     X    intends to **support** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **invalid**); *or*

     AB intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

       74514LKJ5

     (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or (NO) (please **circle one**).

By: _____
   Signature

ANTHONY J. GADIENT
Print Name

_____
Title (if Participant is not an Individual)

4-3-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



American Heart Association
*G*
Supporter

Mr. Anthony Gadient
529 Rookwood Pl.
Charlottesvle, VA 22903-4735



03 APR 2019 PM 3 L

USA
FOREVER

RECEIVED & FILED
2019 APR -8 PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CLERK US DISTRICT COURT for PUERTO RICO
ROOM 150   FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-----------------------------------------------------------X

In re:                                            :

THE FINANCIAL OVERSIGHT AND        :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III

    as representative of                       :    Case No. 17-BK-3283 (LTS)

                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :    (Jointly Administered)

    Debtors.                                   :
-----------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

ANGELO PIRO
_____          _____
Participant Name                                    Firm Name (if applicable)


_____          _____
Contact Person (if Participant is not an individual)    Contact Person


_____          _____
Email Address                                       Email Address


_____          _____

| Address line 1 | Address line 1 |
| 239 JEFFERSON ST #5D | |
| Address line 2 | Address line 2 |
| STATEN ISLAND, NY 10306 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    74514 LB 89

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES or) NO (please **circle one**).

By: _____
    Signature

    _Angelo Piro_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _4/2/19_
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Birch Tax Service
1374 Clove Road
Staten Island, NY 10301

03 APR 2019 PM 11 L



RECEIVED & FILED
2019 APR -8 PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
 For the District of Puerto Rico
Room 150 – Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918O1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

------------------------------------------------------------------X

RECEIVED & FILED

2019 APR -8  PM 4: 55

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Karen Braun*
Participant Name

_____
Contact Person (if Participant is not an individual)

*Karen.m.braun@gmail.com*
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1
*919 New Concord Rd*

Address line 1

Address line 2
*East Chatham, NY 12060-3017*

Address line 2

City, State Zip Code

City, State Zip Code

Country

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LA49*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Karen Braun*
Signature

*Karen Braun*
Print Name

_____
Title (if Participant is not an Individual)

*4/1/2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Karen Brown
2553 Shadybrook Dr.
Apt. 201
Boynton Beach, FL 33437

WEST PALM BCH FL 334

02 APR 2019 PM 4 L

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 4: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
-------------------------------------------------------X
In re:                                       :
                                             :
THE FINANCIAL OVERSIGHT AND                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :    Title III
                                             :
        as representative of                 :    Case No. 17-BK-3283 (LTS)
                                             :
THE COMMONWEALTH OF PUERTO RICO et al.,      :    (Jointly Administered)
                                             :
        Debtors.                             :
-------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>                    <u>**Counsel Contact Information (if any)**</u>

Joshua Novick
_____                                      _____
Participant Name                                                 Firm Name (if applicable)


_____                                      _____
Contact Person (if Participant is not an individual)             Contact Person

joshnovick@gmail.com
_____                                      _____
Email Address                                                    Email Address


_____                                      _____

Address line 1

*8800 E Ranch Campus Rd*

Address line 2

*Rimrock, AZ 86335*

City, State Zip Code

*United States*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*745190YY8, 745220EZ2, 74514LB89, 74529JQG3*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *[signature]*
Signature

*Joshua Novick*
Print Name

_____

Title (if Participant is not an Individual)

*4/2/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**Edward Jones**



SCOTT MCMANUS
Financial Advisor
241 S. Ocean Ave
Cayucos, CA 93430
(805) 995-2110

02 APR 2019 PM 8 L

The Clerk of the United
States District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

www.edwardjones.com

Edward **Jones**

MAKING SENSE OF INVESTING

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------X

In re:                                            :

THE FINANCIAL OVERSIGHT AND           :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :      Title III

     as representative of                       :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)

     Debtors.                                    :

---------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| NEVIN J OLSON AND L JESSE KAYSEN JT TEN | |
| Participant Name | Firm Name (if applicable) |
| NEVIN J OLSON | |
| Contact Person (if Participant is not an individual) | Contact Person |
| nevin.olson@mail.com | |
| Email Address | Email Address |

Address line 1

_814 HIAWATHA DRIVE_
Address line 2

_MADISON  WI  53711_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
                _74514 LC47_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? (**YES**) or **NO** (please **circle one**).

By: _Nevin Olson_ / _Jesse Kaysen_
Signature

_NEVIN J OLSON       L JESSE KAYSEN_
Print Name

_____
Title (if Participant is not an Individual)

_03/27/2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Olson / Kayse
814 Hiawatha Dr
Madison WI 53711

04 APR 2019 PM 5 L

Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR   00918 - 1767
00918-170625

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

————————————————————————X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

       as representative of                       :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)

       Debtors.                             :

————————————————————————X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *CAROL HERTWECK* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Toughy382@gmail.com* | |
| Email Address | Email Address |

SRF 30944

Address line 1
2941 WAYPOINT AVE
Address line 2
OSPREY, FLORIDA
City, State Zip Code
U,S,A    34229
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LB89,

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: _Carol Nutwal_
Signature
CAROL HERTWECK
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Carol Hertweck
3941 Waypoint Ave
Osprey, FL 34229-2306



The Clerk of the United States District Court for the District of
Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 4: 56

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

Debtors.

------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

GREGORY ITENBERG
Participant Name

Contact Person (if Participant is not an individual)

ITENBERG@ATLANTICBB.NET
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1                          Address line 1

4000 ISLAND BLVD #501

Address line 2                          Address line 2

AVENTURA, FL 33160

City, State Zip Code                    City, State Zip Code

USA

Country                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LC21

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    G. ITENBERG
    Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Mila Itenberg
Apt 501
4000 Island Blvd
Aventura, FL 33160



02 APR 2019 PM 4 L

RECEIVED & FILED
2019 APR -8 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO,
ROOM 150
FEDERAL BUILDING,
150 CARLOS CHARDON AVENUE,
SAN JUAN, PR 00918-1767

00918-170625

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8  PM 4: 56

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X

In re:                                                       :

                                                             :

THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III

                                                             :

         as representative of                                :   Case No. 17-BK-3283 (LTS)

                                                             :

THE COMMONWEALTH OF PUERTO RICO *et al.*,                    :   (Jointly Administered)

                                                             :

         Debtors.                                            :

------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

William P. Bryson   Julia Penny Clark
_____          _____
Participant Name                                    Firm Name (if applicable)
WILLIAM C. BRYSON

_____          _____
Contact Person (if Participant is not an individual)   Contact Person

brysonw @ cafc. uscourts. gov
_____          _____
Email Address                                       Email Address


_____          _____

Address line 1 _____          Address line 1 _____

Address line 2 _____          Address line 2 _____
_____           _____
City, State Zip Code                     City, State Zip Code

_____           _____
Country                                  Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                74514 L D20

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market?  YES or (NO) (please **circle one**).

By: *William C. Bryson*     *Julia Penny Clark*
    Signature

    WILLIAM C. BRYSON     JULIA PENNY CLARK
    Print Name


    _____
    Title (if Participant is not an Individual)

    APRIL 2, 2019
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

W. C. BRYSON
7833 ABERDEEN RD.
BETHESDA, MD. 20814

THE CLERK OF THE UNITED STATES DISTRICT COURT
. FOR THE DISTRICT OF PUERTO RICO
ROOM 150   FEDERAL BUILDING
150  CARLOS CHARDON  AVENUE
SAN JUAN,
PUERTO  RICO
00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT** RECEIVED 2 1 : : :
**FOR THE DISTRICT OF PUERTO RICO**

2019 APR -8 PM 4 56

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

------------------------------------------------------------X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND              :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :        Title III
                                                          :
        as representative of                    :        Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                                          :
        Debtors.                                  :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| NEil S. Millbauer, Trustee | |
| Participant Name   Neil S. Millbauer Trust | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| PmiLbo @ Live.Com | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
|---|---|
| *2101 CEDAR ST* | |
| Address line 2 | Address line 2 |
| *HOLT MI 48842* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__*X*__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LDC 8*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: X*Neil S. Millbauer Trustee*
Signature

*NEIL S. MILLBAUER Trustee*
*Neil S. Millbauer Trust*
Print Name

_____
Title (if Participant is not an Individual)

*4-3-2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Neil Millbauer
2101 Cedar St.
Holt, MI 48842



RECEIVED & FILED
2019 APR -8 PM 4: 56
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

THE CLERK OF THE United
   STATES District of Puerto Rico
          FEDERAl Bldg
ROom 150
150 CAHlOS CHARDON AVE
SAN JUAN, PR   00918-1767

00918-170625

**·*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

------------------------------------------------------------X

2019 APR -8 PM 4: 56

CLERK'S OFFICE
U.S DISTRICT COURT

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Kevin Bell
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

dacbell13@gmail.com
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

| | |
|---|---|
| Address line 1 | Address line 1 |
| Box 420 | |
| Address line 2 | Address line 2 |
| New Vernon    N J    07976 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____Kean Bell_____
Signature

_____Kevin   Bell_____
Print Name

_____
Title (if Participant is not an Individual)

_____3/15/19_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

**Jeffrey**Matthews
Financial Group



ZIP 07932 **$ 006.80**
02 4W
0000355832 APR 03 2019

7007 2560 0002 7585 4684

Clerk of the United States District Court
For the District of Puerto Rico
Federal Bldg, Room 150
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Corporate Headquarters   |   30 B Vreeland Road, Suite 210   |   Florham Park, NJ 07932



**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                                            :    RECEIVED & F....
In re:                                                      :
                                                            :    2019 APR -8 PM 4: 56
THE FINANCIAL OVERSIGHT AND                                 :
MANAGEMENT BOARD FOR PUERTO RICO,                           :    CLERK S OFFICE
                                                            :    PROMESA DISTRICT COURT
                                                            :    Title III   SAN ...
          as representative of                              :
                                                            :    Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,                     :
                                                            :    (Jointly Administered)
          Debtors.                                          :
------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Scott D. Reisman
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

Burnt 634 @ AOl .COM
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

__1126 3rd St.__

Address line 2

__West Babylon N.Y. 11704__

City, State Zip Code

__USA__

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

__74514 LB63__

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or (**NO** please **circle one**).

By:  __Scott D. Reisman__
Signature

__Scott D. Reisman__
Print Name

_____
Title (if Participant is not an Individual)

__3/3/19__
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

S. Reisman
1126 3rd St.
West Babylon N
91704

RECEIVED
2019 APR -8 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT

**CERTIFIED MAIL**

7018 3090 0001 4501 5527

1000

00918

U.S. POSTAGE PAID
FCM LETTER
WEST BABYLON, NY
11704
APR 04 19
AMOUNT

**$4.05**

R2304H109121-15

The Clerk of the United States
District Court for the District of
Puerto Rico
Room #150 Federal building
150 Carlos Chardon Ave.
San Juan PR 00918-1767

0091881703 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED

2019 APR -8 PM 4 56

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

------------------------------------------------------------X

In re:                                    :

THE FINANCIAL OVERSIGHT AND              :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :      Title III

     as representative of                 :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, :      (Jointly Administered)

     Debtors.                            :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| THE HEFLER FAMILY TRUST | |
| Participant Name | Firm Name (if applicable) |
| JOHN J. HEFLER | |
| Contact Person (if Participant is not an individual) | Contact Person |
| JANDE 2577@VERIZON.NET | |
| Email Address | Email Address |

Address line 1                              Address line 1

PO BOX 1643

Address line 2                              Address line 2


City, State Zip Code                        City, State Zip Code

CHARLESTOWN, RI 02813-0921

Country USA                                 Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L-B7-1

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _____
Signature

JOHN J. HEFLER
Print Name

TTEE
Title (if Participant is not an Individual)

4 APRIL 2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



DATED 06/29/12

Account Number [REDACTED] 2925
YOUR FINANCIAL ADVISOR
[REDACTED]

401-459-6835 / 800-556-7560



FCG13181 001283
JOHN J HEFLER &
ELLEN A HEFLER
JT TEN
P. O. BOX 1643
CHARLESTOWN RI 02813-0921

IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE OR SIGN UP TO RECEIVE THIS
CONFIRMATION ELECTRONICALLY, VISIT US AT WWW.WELLSFARGOADVISORS.COM

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| PUERTO RICO COMWLTH RFDG | | | 100,000 | 104.000000000 | 104,000.00 |
| PUB IMPT SER A G/O B\E | | | | | |
| CPN 5.500% DUE 07/01/39 | | | | | |
| DTD 04/03/12 FC 01/01/13 | | | | | |
| CALL 07/01/22 @ 100.000 | | | | | |

| SECURITY NUMBER | 5681-424 | ACCOUNT TYPE | CASH | ACCRUED INTEREST | 1,405.56 |
|---|---|---|---|---|---|
| CUSIP | 74514L-B7-1 | TRADE DATE | 06/29/12 | TRANSACTION FEE | 5.00 |
| SOLICITED | | SETTLEMENT DATE | 07/05/12 | NET AMOUNT | $105,410.56 |

**MARKET:** PRINCIPAL
**TRADE INFORMATION:** AN OFFICIAL STATEMENT FOR YOUR PURCHASE IS AVAILABLE AT WWW.EMMA.MSRB.ORG OR BY
CONTACTING YOUR FINANCIAL ADVISOR. IN LIMITED CIRCUMSTANCES IN WHICH THE OFFERING IS EXEMPT FROM THE FILING
REQUIREMENT AND NO OFFICIAL STATEMENT IS AVAILABLE, PLEASE CONTACT YOUR FINANCIAL ADVISOR TO OBTAIN
INFORMATION
**SECURITY INFORMATION:** MANDATORY SINKING FUND 07/01/38. SEMI-ANNUALLY PAY. BOOK ENTRY ONLY. CALLABLE ANY DATE
AFTER FIRST CALL DATE. MOODY BAA1, S&P BBB
**YIELD INFORMATION:** 4.987% YIELD TO CALL 07/01/22 @ 100.000
YIELD TO MATURITY 5.222%. CALL OR OTHER REDEMPTION FEATURES EXIST WHICH CAN AFFECT YIELD. FOR COMPLETE
INFORMATION CONTACT THE OFFICE SERVING YOUR ACCOUNT

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC.  Wells Fargo Advisors, LLC and First Clearing, LLC, Members
FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

| Investments and insurance products are: | NOT FDIC-INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|---|

For Address Correction And Payment Due Instructions Please Refer To Contact Information On Page 2 Of This Confirmation

HEFLER
PO BOX 1643
CHARLESTOWN, RI 02813-0921

**CERTIFIED MAIL®**

7018 2290 0001 4414 8777

$ 06.85

APR - 4 2019

THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

2019 APR -8 PM 4: 56
CLERK'S OFFICE

RETURN RECEIPT
REQUESTED

0091881706 C018

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR -8 PM 4: 56
CLERK'S OFFICE
U.S. DISTRICT COURT

-----------------------------------------------------------------X
:
In re:                                                                   :
:
THE FINANCIAL OVERSIGHT AND                    :         PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :         Title III
:
         as representative of                             :         Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*     :         (Jointly Administered)
:
         Debtors.                                               :
-----------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Donald D. O'Brien  TTEE
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

SRF 31030

Address line 1

15250 Forsythe RD
Address line 2

Oregon City OR
City, State Zip Code

United States
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745|4L·B6·3

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Donald Dee O'Brien_
   Signature

_DONALD DEE O'BRIEN_
Print Name

_____
Title (if Participant is not an Individual)

_3-31-19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

1300 S.W. 5th Ave. Suite 2400 Portland, Oregon



**D|A DAVIDSON**
WEALTH MANAGEMENT



7018 2290 0000 6254 0226



**CERTIFIED MAIL®**

UNITED STATES POSTAGE

PITNEY BOWES

02 1P            $ 006.80⁰
0000817945      MAR 19 2019
MAILED FROM ZIP CODE 97201

RECEIVED
2019 APR -8 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT

THE CLERK OF THE UNITED DISTRIC COURT FOR THE
DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED

2019 APR -8 PM 4:56

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
-----------------------------------------X
                                         :
In re:                                   :
                                         :
THE FINANCIAL OVERSIGHT AND              :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :     Title III
                                         :
        as representative of             :     Case No. 17-BK-3283 (LTS)
                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,  :     (Jointly Administered)
                                         :
        Debtors.                         :
                                         :
-----------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Sandra Henderson* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *carlticel@gmail.com* | |
| Email Address | Email Address |
| | |

SRF 30944

Address line 1                                          Address line 1

*1505 NE 70th Terrace*
Address line 2                                          _____
                                                        Address line 2
*Kansas City, Missouri 64118-2804*
City, State Zip Code                                    _____
                                                        City, State Zip Code
*United States*
Country                                                 _____
                                                        Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
     sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
     the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

           *74514L B 89*

     (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
           secondary market? **YES** or NO (please **circle one**).

By: *Sandra Henderson*
    Signature

    *Sandra Henderson*
    Print Name

    _____
    Title (if Participant is not an Individual)

    *4/1/19*
    Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Sandra Henderson
1505 NE York
K.C., Mo. 64118-2804

02 APR 2019 PM 7 I

RECEIVED & FILED
2019 APR -8 PM 4: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND                              :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :       Title III

     as representative of                                 :       Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                :       (Jointly Administered)
                                                         :
     Debtors.                                            :

-------------------------------------------------------------X

RECEIVED [illegible]

2019 APR -8 PM 4: 56

CLERK'S OFFICE
U.S. DISTRICT COURT
[illegible]

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Carol Bearison* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Cabearison @comcast.net* | |
| Email Address | Email Address |
| | |

Address line 1

1561 Long Meadow

Address line 2

Mtside, N.J. 07092

City, State Zip Code

USA.

Country

Address line 1

Mountainside, N.J 07092

Address line 2

City, State Zip Code

USA.

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
           74514 L A56

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: Carol Bearison

Signature

Carol Bearison

Print Name

_____

Title (if Participant is not an Individual)

3-28-19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Mrs. Carol Brearison
1561 Long Mdw.
Mountainside, NJ 07092



02 APR 2019 PM 1 L

The Clerk of the U.S. District Court
for the District of Puerto,
Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -8  PM 4: 56

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
      as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,       :   (Jointly Administered)
                                                :
      Debtors.                                  :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

Ira C. Carney ↳Eupha S. Carney
_____              _____
Participant Name                                 Firm Name (if applicable)


_____              _____
Contact Person (if Participant is not an individual)   Contact Person

iec54@aol.com
_____              _____
Email Address                                    Email Address


_____              _____

Address line 1                                      Address line 1

_500 Park Rd._                                      _____
Address line 2                                      Address line 2

_Lexington SC 29072_                                _____
City, State Zip Code                                City, State Zip Code

_USA_                                               _____
Country                                             Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _74514LB89   #5,000 - face , PR ComWlth Pub Imp_

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the _07/01/2041 500_ secondary market? **YES** or **NO** (please **circle one**).

    _purchased 03/15/2012 , bond dated date 4/3/2012_

By: _Ira C. Carney / Eupha S. Carney_ X
    Signature

    _Ira C. Carney / Euphas S. Carney_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _4/2/2019_ X
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Ira Carney
500 Park Rd
Lexington, SC 29072

03 APR 2019 PM 1 1

The Clerk of The United states District Court,
For The District of Puerto
Room 150 Federal Building,
150 Carlos Chardon Ave,
SAN JUAN, P R 00918-1767

00918-170999

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED

2019 APR -8 PM 4: 56

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------X

In re:                                      :

THE FINANCIAL OVERSIGHT AND        :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :      Title III

     as representative of                 :      Case No. 17-BK-3283 (LTS)

                          :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :      (Jointly Administered)

     Debtors.                             :

-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | ~~Counsel~~ Broker **Contact Information (if any)** |
|---|---|
| Susan Crane | Stifel |
| Participant Name | Firm Name (if applicable) |
| | Angela Lyons |
| Contact Person (if Participant is not an individual) | Contact Person |
| Susandcrane @ gmail. com | lyonsan @ stifel. com |
| Email Address | Email Address |

Address line 1

5007 Ponderosa Ter.

Address line 2

Campbell CA 95008

City, State Zip Code

USA

Country

Address line 1

2770 Biddle Rd

Address line 2

Medford OR 97504

City, State Zip Code

USA

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L - A7 - 2

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _Susan Crane_

Signature

Susan Crane

Print Name

_____

Title (if Participant is not an Individual)

March 31, 2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

S. Crane
5007 Ponderosa Ter.
Campbell, CA 95008



02 APR 2019 PM 4 L

2019 APR -8 PM 4: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2019 APR -8 PM 4 56

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

```
---------------------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
        as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
        Debtors.                                :
---------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

   **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

   The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *PHYLLIS BEECHER* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

SRF 30944

Address line 1

*3196 Quint Drive*

Address line 2

_____

City, State Zip Code

*Melbourne, FL*

Country   *32940 -8550*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*1SM Cusip 74514LB63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

X   By: *Phyllis Beecher*
Signature

*PHYLLIS BEECHER*
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

SRF 30944

Address line 1

*3186 Quint Drive*

Address line 2

*Bellourse, FL*

City, State Zip Code

*32940 - 85'5'0*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✔ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*GO B Cusip 74514L B89*

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

X By: *Murray Beecher*

Signature

*MURRAY BEECHER*

Print Name

_____

Title (if Participant is not an Individual)

_____

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



200 Nyala Farms Road
Suite One
Westport, CT 06880-6265

**RBC Wealth Management**

$0.50
US POSTAGE
FIRST-CLASS

071S01170137
06880
000004177

02 APR '19

The Clerk of the U.S. District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918001703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

---------------------------------------------------------------X

RECEIVED & FILED

2019 APR -8  PM 4: 57

CLERK'S OFFICE
PROMESA DIST. COURT

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Cindy Wade Weathers | Stifel, Nicolaus & Co. |
| Participant Name | Firm Name (if applicable) |
| | Phillip Jenkins |
| Contact Person (if Participant is not an individual) | Contact Person |
| cwadew@gmail.com | phillip.jenkins@stifel.com |
| Email Address | Email Address |

Address line 1

_104 Kathy Ave._

Address line 2

_Quitman, MS 39355_

City, State Zip Code

_USA_

Country

Address line 1

_500 22nd Ave_

Address line 2

_Meridian, MS 39301_

City, State Zip Code

_USA_

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _74514LB63_
    _74514LB89_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Cindy Wade Weathers_

Signature

_Cindy Wade Weathers_

Print Name

_____

Title (if Participant is not an Individual)

_4/3/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Cindy W. Weathers
104 Kathy Ave.
Quitman, MS 39355



7016 2710 0000 1583 9736



1000

00918

U.S. POSTAGE PAID
FCM LETTER
QUITMAN, MS
39355
APR 03 19
AMOUNT

**$4.05**

R2305H127898-05

The Clerk of the United States District
Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.

-----------------------------------------------------------X

RECEIVED & FILED

2019 APR -8 PM 4:57

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

EDWARD P. DENICOLA

Participant Name

DENILOCO@MSN.COM

Contact Person (if Participant is not an individual)

Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1
_189-40-45ᵗʰ AVENUE_
Address line 2
_FLUSHING, N.Y 11358_
City, State Zip Code
_U.S.A_
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature
_Edward P. De Nicola_
Print Name
_EDWARD P. DE NICOLA_

Title (if Participant is not an Individual)
_APRIL 2, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Mr. Edward P. De Nicola**
18940 45th Ave.
Flushing, NY 11358-3408



7018 1830 0000 3880 6580

U.S. POSTAGE PAID
FCM LETTER
FLUSHING, NY
11358
APR 03, 19
AMOUNT

**$6.85**

R2304H107648-06

1000          00918

THE CLERK OF THE U.S. DIST. COURT
DISTRICT OF PUERTO, RM. 150
FEDERAL BLDG, 150 CARLOS CHARDON AVE.
SAN JUAN, P.R. 00918-7767

2019 APR 4 57
CLERK U.S. DISTRICT COURT

RETURN RECEIPT
REQUESTED

00918-170625

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT,**
**FOR THE DISTRICT OF PUERTO RICO** 2019 APR -8 PM 4: 57

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------------X
:
In re:                                                            :
:
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :   Title III
:
            as representative of                            :   Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)
:
            Debtors.                                            :
-------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in**
**accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,*
*Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,*
*Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by*
*Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

Timothy Jay
_____                    _____
Participant Name                                                  Firm Name (if applicable)


_____                    _____
Contact Person (if Participant is not an individual)   Contact Person

Woodyjay599@gmail.con
_____                    _____
Email Address                                                      Email Address


_____                    _____

SRF 30944

| Address line 1 | Address line 1 |
| 15 Old Mill Road | |
| Address line 2 | Address line 2 |
| Greenwich CT 06830 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.　Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.　If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)　Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LE86　SR

(b)　Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Timothy Jay
Print Name

_____
Title (if Participant is not an Individual)

2/27/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

JAY
15 old Mill Rd
Greenwich CT
06830

2019 APR -8 PM 4:57
CLERK'S OFFICE

**RETURN RECEIPT
REQUESTED**

CERTIFIED MAIL

7018 3090 0001 5442 5393

U.S. POSTAGE PAID
FCM LETTER
GREENWICH, CT
06831
APR 02 19
AMOUNT
**$6.85**
R2305H128417-03

1000    00918

The Clerk of the United States District Court
ø for the district of Puerto,

Room 150   Federal Building
150   Carlos   Chardon Avenue
San Juan   P.R.   00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

-----------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

RECEIVED

2019 APR -8 PM 4:57

CLERK'S OFFICE
DISTRICT COURT

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Carol A. Jensen*
Participant Name

_____
Contact Person (if Participant is not an individual)

*Jcajensen@hotmail.com*
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

2460 -220TH St
Address line 2

Independence, IA 50644
City, State Zip Code

United States of America
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country
_____

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LD87

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?   YES or **(NO)** (please **circle one**).

By: *Carol A. Jensen*
Signature

*Carol A. Jensen*
Print Name

_____
Title (if Participant is not an Individual)

4/02/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Carol A. Jensen
2460-220th ST
Independence, IA 50644

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918$1706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & F..

2019 APR -8 PM 4· 57

CLERK S OFFICE
U.S DISTRICT COURT
SAN JU...

-----------------------------------------------------------------X
:
In re:                                              :
:
THE FINANCIAL OVERSIGHT AND                         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :      Title III
:
      as representative of                      :      Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :      (Jointly Administered)
:
      Debtors.                                  :
-----------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**      **<u>Counsel Contact Information (if any)</u>**

*William & Donna Ferrante*
Participant Name                        Firm Name (if applicable)

 

Contact Person (if Participant is not an individual)     Contact Person
*northst408@optonline.net*
Email Address                             Email Address

Address line 1

11 Kyle Ct

Address line 2

Hyde Park, NY 12538

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

X  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L D20

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Donna Ferrante_
Signature

Donna Ferrante
Print Name

_____
Title (if Participant is not an Individual)

4/3/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Fernante
11 kyle Cit
H. Ido Paulzny 02538

RECEIVED & FILED
2019 APR -8 PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT

04 APR 2019 PM 3 L

The Clerk of the U.S. District Court of the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND                                  :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :      Title III

     as representative of                                    :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*                    :      (Jointly Administered)

     Debtors.                                                :

------------------------------------------------------------X

RECEIVED
2019 APR -8 PM 4:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**            **<u>Counsel Contact Information (if any)</u>**

_____                                      _____
Participant Name                                             Firm Name (if applicable)

_____                                      _____
Contact Person (if Participant is not an individual)         Contact Person

_____                                      _____
Email Address                                                Email Address

_____                                      _____

Address line 1                              Address line 1
_____      _____

Address line 2                              Address line 2
_____      _____

City, State Zip Code                        City, State Zip Code
_____      _____

Country                                    Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

                 _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

                 ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

           (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

           (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _Eileen D Malasin_ (signature)
Signature

_Eileen D Malasin_
Print Name

_____
Title (if Participant is not an Individual)

_4/3/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Ms. EILEEN D. MALASON
4 Buck Run Ln.
Malvern, PA 19355

Clerk of the U.S. District Court for the District of Puerto
Federal Bldg
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

Room 150

00918$1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------X

In re:                                            :

THE FINANCIAL OVERSIGHT AND                       :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :     Title III

        as representative of                      :     Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.,*         :     (Jointly Administered)
                                                  :
        Debtors.                                 :

-----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Cecilia Davidson* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *cecilia @ yahoo.com* | |
| Email Address | Email Address |
| | |

Address line 1                                        Address line 1

*623 East Hillendale Rd*

Address line 2                                        Address line 2

*Chadds Ford Pa 19317*

City, State Zip Code                               City, State Zip Code

*USA*

Country                                                Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

             _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

             \_\_X\_\_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

         (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

         (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Cecilia Davidson*
Signature

*CECILIA DAVIDSON*
Print Name

_____
Title (if Participant is not an Individual)

*April 4, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Cecilia A. Davidson
623 E. Hillendale Rd.
Chadds Ford, PA 19317

the Clerk of the US District Court for
the District of Puerto
Room 150 Federal Biulding
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1706

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED

2019 APR -8  PM 4: 57

CLERK'S OFFICE
U S DISTRICT COURT

-----------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III

as representative of                              :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :    (Jointly Administered)

Debtors.                                          :

-----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

_ROBERT E. MANTELL_

Participant Name                                          Firm Name (if applicable)

Contact Person (if Participant is not an individual)     Contact Person

_r e. mantell@verizon.net_

Email Address                                            Email Address

Address line 1

_6642 HAZEL LANE_

Address line 2

_MCLEAN, VA 22101_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745235 B34_
_745 14L B63_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Robert E. Mantell_
      Signature

_ROBERT E. MANTELL_
Print Name

_____
Title (if Participant is not an Individual)

_April 1, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Robert Mantell
6642 Hazel Lane
McLean. VA 22101

3 APR 2019   PM 3L



The Clerk of the United States Court for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**.*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

---------------------------------------------------------------X

RECEIVED

2019 APR -8 PM 4: 57

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| *Charles W. Boettcher, Jr.* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *chas2reg@gmail.com* | |
| Email Address | Email Address |
| | |

| | |
|---|---|
| Address line 1 | Address line 1 |
| *PO Box 1627* | |
| Address line 2 | Address line 2 |
| *Merrimack, NH 03054* | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____:   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LD61*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Charles W. Boettcher, Jr.*
Signature

*Charles W. Boettcher, Jr.*
Print Name

_____
Title (if Participant is not an Individual)

*04/02/2019*
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

C. W. Boettcher
P.O. Box 1627
Merrimack, NH 03054

04 APR 2019 PM 3 L



Clerk of US District Court
for District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

RECEIVED & FILE
2019 APR -8 PM 4: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------X
In re:                                                 :
                                                       :
THE FINANCIAL OVERSIGHT AND                            :
MANAGEMENT BOARD FOR PUERTO RICO,                      :
                                                       :
        as representative of                           :
                                                       :
THE COMMONWEALTH OF PUERTO RICO et al.,                :
                                                       :
        Debtors.                                       :
-------------------------------------------------------X
```

RECEIVED ...

2019 APR -8  PM 4:57

PROMESA ...
Title III ...

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| LUDWIG E THIBAULT <br> Participant Name | <br> Firm Name (if applicable) |
| <br> Contact Person (if Participant is not an individual) | <br> Contact Person |
| tbaw53@ gmail.com <br> Email Address | <br> Email Address |

Address line 1

8611 RAMBLING ROSE DR

Address line 2

OOLTEWAH, TN 37363

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     X    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

           intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LD61

    (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _P. E. Thibault_
Signature

_Ludwig E Thibault_
Print Name

_____
Title (if Participant is not an Individual)

_4/3/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Ludwig Thibault
8611 Rambling Rose Dr
Ooltewah, TN 37363



The Clerk of the United States District
Court for the District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Ave

San Juan, PR  00918-1767



**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR -8 PM 4:58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------X

In re:                                            :

THE FINANCIAL OVERSIGHT AND                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :    Title III

    as representative of                          :    Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.*,         :    (Jointly Administered)
                                                  :
    Debtors.                                      :
------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *BRUCE MAHLER* | |
| Participant Name | Firm Name (if applicable) |
| | Contact Person |
| Contact Person (if Participant is not an individual) | |
| *BPM1@ME.COM* | |
| Email Address | Email Address |

SRF 01036

Address line 1

*39830 COMPHER RD*

Address line 2

*LOVETTSVILLE, VA 20180-3521*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LA80*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Bruce Mahler*

Signature

*BRUCE MAHLER*

Print Name

→ *UNKNOWN. BONDS WERE PURCHASED 3·19·2012 THROUGH MERRILL LYNCH WEALTH MANAGEMENT, MY FORMER BROKERS.*

_____

Title (if Participant is not an Individual)

*4·1·2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2





7018 0360 0001 9417 7332

U.S. POSTAGE PAID
FCM LG ENV
LOVETTSVILLE, VA
20180
APR 02, 19
AMOUNT

$7.45
R2304P118724-8

1000          00918

Bruce Mahler
39830 Compher Rd
Lovettsville, VA 20180-3521

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

RECEIVED & FILED
2019 APR -8 PM 4: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

2019 APR -8 PM 4: 55

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

------------------------------------------------------------------------X
|  | : |
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
|  | : |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : | (Jointly Administered) |
|  | : |
| Debtors. | : |
------------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
| --- | --- |
| Santos Mulero Sierra & Elizabeth Gonzále₂ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| mulen_e@yahoo.com | |
| Email Address | Email Address |
| | |

Address line 1

_PO Box 1143_

Address line 2

_Juncos, PR   00777_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _2012 B 74514LZV2_
        _2012 B 74514LZX8_
        _2012 B 74514LZ23_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or (**NO**) (please **circle one**).

By: _Santos Mulero Sierra   Elizabeth Gonzalez_

Signature

Print Name _Santos Mulero Sierra & Elizabeth Gonzalez_

_____

Title (if Participant is not an Individual)

_April 1, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Santos Mulero Sierra
PO Box 1143
Juncos, PR 00777

7017 3380 0000 4036 7371

U.S. POSTAGE PAID
PCM LG ENV
GURABO, PR
00778
APR 04 19
AMOUNT
$7.30
R2305K136545-02

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
            00918-1767

RECEIVED
2019 APR -8 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILE

2019 APR -8 PM 4: 48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :     Title III
                                                            :
          as representative of                              :     Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                   :     (Jointly Administered)
                                                            :
          Debtors.                                          :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Diana R. Jirau Rivera | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| diana.jirau@gmail.com | |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 | Address line 1 |
| _____ | _____ |
| Address line 2 | Address line 2 |
| _____ | _____ |
| City, State Zip Code | City, State Zip Code |
| _____ | _____ |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _X_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

      (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Diana R Jirau Rovira_
    Signature

    _Diana R. Jirau Rovira_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _March 10, 2019_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

**Prime Clerk**

Grand Central Station, PO Box 4850
New York NY 10163-4850

U.S.POSTAGE ⟫ PITNEY BOWES

ZIP 10022   $ 000.50⁰
02 4W
0000349747 APR 03 2019

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.



Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767

00918-170625



Diana R. Jirau Rivera
3071 Ave. Alejandrin
Guaynabo P.R. 009..



7018 2290 0000 5355 0197

Prime Clerk LLC
830 Third Ave. 9th Floor
New York, NY 10022



U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
MAR 19, 19
AMOUNT
$6.85
R2303S103505-17

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED
2019 APR -8 PM 5: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------X
:
In re:                               :
:
THE FINANCIAL OVERSIGHT AND      :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :     Title III
:
       as representative of             :     Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :     (Jointly Administered)
:
       Debtors.                   :
----------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *RENE H. DESROSIERS* | _____ |
| Participant Name | Firm Name (if applicable) |
| _____ | _____ |
| Contact Person (if Participant is not an individual) | Contact Person |
| *RENED@PEAKIN.COM* | _____ |
| Email Address | Email Address |
| _____ | _____ |

SRF 30944

| Address line 1 | Address line 1 |
|---|---|
| 1877 COLD CREEK COURT | |
| Address line 2 | Address line 2 |
| VIENNA, VA 22182 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LC62 , 745160RH6

     (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or (NO) please **circle one**).

By: _____
   Signature

RENE H. DESROSIERS
Print Name

_____
Title (if Participant is not an Individual)

4/5/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**UNITED STATES POSTAL SERVICE®**

This envelope is made from post-consumer waste. Please recycle - again.

**PRIORITY MAIL**



**Retail**

US POSTAGE PAID
**$7.35**
Origin: 22124
04/05/19
5193200232-16

PRIORITY MAIL 3-Day ®

0 Lb 1.80 Oz
**1006**

EXPECTED DELIVERY DAY: 04/08/19

SHIP
TO:
SAN JUAN PR 00918

USPS TRACKING NUMBER

9505 5124 6352 9095 2890 54

- Date of delivery
- USPS TRACKING international des
- Limited internati
- Pick up available
- Order supplies o
- When used inter declaration label

\* Domestic only

PS00001000014    OD: 12 1/2 x 9 1/2    USPS.COM/PICKUP

**FROM:** RENE DESROSIERS
1877 COLD CREEK CT
VIENNA, VA 22182

RECEIVED & FILED
2019 APR -8 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



**TO:** CLERK US
DISTRICT COURT FOR DISTR. & PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDIN AVE
SAN JUAN, PR 00918-1767

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.





SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR -8 PM 4·58

CLERK'S OFFICE
U S DISTRICT COURT

-----------------------------------------------------------X
                                                           :
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :   Title III
                                                           :
        as representative of                               :   Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                  :   (Jointly Administered)
                                                           :
        Debtors.                                           :
-----------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>                    <u>**Counsel Contact Information (if any)**</u>

Robert E. Benjamin
_____                                    _____
Participant Name                                         Firm Name (if applicable)

_____                                    _____
Contact Person (if Participant is not an individual)     Contact Person

rebel41@optonline.net
_____                                    _____
Email Address                                            Email Address

_____                                    _____

Address line 1

*75 LAKEWOOD AVE*

Address line 2

*CEDAR GROVE, N.J. 07009*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Robert E Benjamin*
Signature

*ROBERT E. BENJAMIN*
Print Name

_____
Title (if Participant is not an Individual)

*MARCH 29, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

SRF 31030
**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019\***

tengan preguntas o deseen recibir copia de este aviso, los Procedimientos de Objeción y el Aviso de Participación en español deben enviar una solicitud por escrito a NoticeofParticipation@paulhastings.com

The CUSIP numbers of the general obligation bonds affected by the Objection are:

| Series | CUSIP |
|--------|-------|
| 2012 A | 74514LB89 |
| 2012 A | 74514LB63 |
| 2012 A | 74514LA49 |
| 2012 A | 74514LA56 |
| 2012 A | 74514LC88 |
| 2012 A | 74514LD87 |
| 2012 A | 74514LA80 |
| 2012 A | 74514LC39 |
| 2012 A | 74514LB55 |
| 2012 A | 74514LD46 |
| 2012 A | 74514LB97 |
| 2012 A | 74514LD61 |
| 2012 A | 74514LC96 |
| 2012 A | 74514LD79 |
| 2012 A | 74514LC70 |
| 2012 A | 74514LD53 |
| 2012 A | 74514LA31 |
| 2012 A | 74514LC21 |
| 2012 A | 74514LD20 |
| 2012 A | 74514LB48 |
| 2012 A | 74514LA72 |
| 2012 A | 74514LC62 |
| 2012 A | 74514LB22 |
| 2012 A | 74514LC47 |
| 2012 A | 74514LC54 |
| 2012 A | 74514LD38 |
| 2012 A | 74514LA64 |
| 2012 A | 74514LA98 |
| 2012 A | 74514LB30 |
| 2012 A | 74514LB71 |
| 2012 B | 74514LA23 |
| 2012 B | 74514LZV2 |
| 2012 B | 74514LZW0 |
| 2012 B | 74514LZX8 |
| 2012 B | 74514LZY6 |
| 2012 B | 74514LZZ3 |
| 2014 A | 74514LE86 |

3



Mr. Robert Benjamin
75 Lakewood Ave
Cedar Grove, NJ 07009-1507



**CERTIFIED MAIL**

7018 2290 0002 0628 4696

 

U.S. POSTAGE PAID
FCM LG ENV
MORRISTOWN, NJ
07960
APR 03, 19
AMOUNT
**$1.15**
1000     00918     R2304M115580-09

 

U.S. POSTAGE PAID
FCM LG ENV
MORRISTOWN, NJ
07960
APR 03, 19
AMOUNT
**$3.50**
1000     00918     R2304M115580-09

The Clerk of the United States for the District of Puerto Rico
Room 150   Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED
2019 APR -8 PM 4: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

    Debtors.

------------------------------------------------------------X

    PROMESA
    Title III

    Case No. 17-BK-3283 (LTS)

    (Jointly Administered)

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Philip L. Laughman & Elisa A. Laughman | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| dorabarrley1@comcast.net | |
| Email Address | Email Address |

Address line 1

854 Linna Rd

Address line 2

New Oxford, PA 17350

City, State Zip Code

United States of America

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L B63

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _Philip L. Laughman & Elisa A. Laughman_
     Signature

_Philip L. Laughman & Elisa A. Laughman_
Print Name

_____
Title (if Participant is not an Individual)

04/01/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE.**   *Retail*

**P**  US POSTAGE PAID
**$10.40**
Origin: 17350
04/03/19
4159800350-01

PRIORITY MAIL 3-Day ®

0 Lb 1.60 Oz
**1006**

EXPECTED DELIVERY DAY: 04/06/19

**C018**

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS SIGNATURE TRACKING NUMBER**

9510 8112 3366 9093 0769 84

**FROM:**

# PRIORITY®
## ★ MAIL ★



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**
854 Lingg Rd
New Oxford, PA
17350
USA

**TO:**
The Clerk of the United States District Court
for the District of Puerto Rico,
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR
00918-1767

Label 228, March 2016       FOR DOMESTIC AND INTERNATIONAL USE

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.


PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


**UNITED STATES POSTAL SERVICE.**



SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------X

In re:                         :

THE FINANCIAL OVERSIGHT AND     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :     Title III

       as representative of            :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :     (Jointly Administered)

       Debtors.                :

------------------------------------------------------------------------X

RECEIVED & FILED
2019 APR -8 AM 10: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| *Ken Kirschenbaum Family Trust*<br>Participant Name | _____<br>Firm Name (if applicable) |
| *Stacy Spector, Esq.*<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| *sspector@kirschenbaumesq.com*<br>Email Address | _____<br>Email Address |
| *Kirschenbaum & Kirschenbaum, P.C.* | _____ |

Address line 1

_200 Garden City Plaza, Suite 315_
Address line 2

_Garden City, N.Y. 11530_
City, State Zip Code

_U.S.A._
Country

Address line 1

_____

Address line 2

_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LE86_

    (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By: _____
    Signature

_Lawrence Kirschenbaum_
Print Name

_Trustee_
Title (if Participant is not an Individual)

_4/4/19_
Date

**Instructions for Serving and Filing Notice of Participation:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



FedEx First Overnight®

ORIGIN ID:RMEA    (516) 747-6700
MAUREEN BEIL, ESQ.
KIRSCHENBAUM KIRSCHENBAUM PC
200 GARDEN CITY PLAZA - SUITE 315

GARDEN CITY, NY 11530 US
SIGN: MAUREEN BEIL, ESQ.

SHIP DATE: 05APR19
ACTWGT: 0.50 LB
CAD: 1061626/INET4100

BILL SENDER
NO EEI 30.37(a)

TO FOR THE DISTRICT OF PUERTO RICO
THE CLERK OF THE US DISTRICT COURT
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918                    (US)
(516) 747-6700              REF:
INV:
PO:                        DEPT:



FedEx
Express

E

TRK# 7748 9406 9319
0430

MON - 08 APR A5
INTL FIRST

X1 SIGA

00918
PR-US    SJU



RECEIVED & FILED
2019 APR -8 AM 10: 04

FedEx Ship Manager - Print Your Label(s)

4/5/2019

◄ Insert shipping
document here.

SRF 3096J

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
        as representative of                   :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

RECEIVED & FILED
2019 APR -8 AM 10: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Ken Kirschenbaum* <br> Participant Name | <br> Firm Name (if applicable) |
| *Ken Kirschenbaum* <br> Contact Person (if Participant is not an individual) | <br> Contact Person |
| *Ken @Kirschenbaumesg.com* <br> Email Address <br> *and  sspector@Kirschenbaumesg.com* | <br> Email Address |

Address line 1

*200 Garden City Plaza - Suite 315*

Address line 2

*Garden City, N.Y. 11530*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LE86*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
     Signature

*Ken Kirschenbaum*
Print Name

_____
Title (if Participant is not an Individual)

*4/4/19*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

# FedEx
## Express

ORIGIN ID:RMEA   (516) 747-6700
MAUREEN BEIL, ESQ.
KIRSCHENBAUM KIRSCHENBAUM PC
200 GARDEN CITY PLAZA - SUITE 315

GARDEN CITY, NY 11530 US
SIGN: MAUREEN BEIL, ESQ.

SHIP DATE: 05APR19
ACTWGT: 0.50 LB
CAD: 1061626/INET4100

BILL SENDER
NO EEI 30.37(a)

TO FOR THE DISTRICT OF PUERTO RICO
THE CLERK OF THE US DISTRICT COURT
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918
(516) 747-6700   REF:
INV:
PO:   DEPT:

(US)

 

TRK# 7748 9401 3500
0430

MON - 08 APR A5
INTL FIRST

X1 SIGA

00918
PR-US   SJU



2019 APR -8  AM IO: 03
RECEIVED & FILED

FedEx Ship Manager - Print Your Label(s)

4/5/2019

FedEx First Overnight

F0

Extremely Urgent

◄ Insert shipping
document here.