UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

Ambac Assurance Corporation ("Ambac") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issues by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

1. Ambac's contact information, including email address, and that of its counsel, if any:

    Ambac Assurance Corporation
    David P. Barranco
    Senior Managing Director, Head of Risk Management
    dbarranco@ambac.com
    One State Street Plaza
    New York, NY 10004

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Ferraiuoli LLC
Roberto Cámara-Fuertes (rcamara@ferraiuoli.com)
Sonia Colón (scolon@ferraiuoli.com)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Fax: (787) 766-7001

Milbank LLP
Dennis F. Dunne (ddunne@milbank.com)
Andrew M. Leblanc (aleblanc@milbank.com)
Atara Miller (amiller@milbank.com)
Grant R. Mainland (gmainland@milbank.com)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Fax: (212) 530-5219

2. Ambac intends to **support** the relief requested in the Objection (*i.e.*, Ambac believes the Court should find that the Challenged GO Bonds are **invalid**).

3. Ambac is not a holder of Challenged GO bonds.

By: _/s/ Atara Miller_
Signature
Atara Miller
Print Name
Counsel for Ambac Assurance Corporation
Title (if Participant is not an Individual)
April 10, 2019
Date