UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
　　　as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
　　　Debtors.[1] :
------------------------------------------------------------------------- x

**ORDER EXTENDING BRIEFING SCHEDULE WITH RESPECT TO POTENTIAL MOTION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS SEEKING APPOINTMENT OF TRUSTEE TO PURSUE CAUSES OF ACTION**

Upon the *Urgent Joint Motion by Official Committee of Unsecured Creditors and Financial Oversight and Management Board, for Itself and Acting on Behalf of the Special Claims Committee, to Extend Briefing Schedule With Respect to Potential Motion by Official Committee of Unsecured Creditors Seeking Appointment of Trustee to Pursue Causes of Action* (the "Urgent Motion");[2] and the Court having found and determined that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section

---

[1]　The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

[2]　All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Urgent Motion.

306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; and (iii) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; and any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is granted as set forth herein.

2. The deadline for the Oversight Board to provide the final list of potential defendants against which the Oversight Board will pursue causes of action related to the Commonwealth or from which the Oversight Board will obtain tolling agreements is extended to **April 12, 2019 at noon (Atlantic Standard Time)**.

3. The deadlines set forth in the Procedures Motion with respect to the filing of a Section 926 Motion seeking the appointment of a trustee to assert causes of action related to the Commonwealth are extended as follows:

   a. The Committee shall file, if necessary, its Section 926 Motion by **April 15, 2019 at 9:30 a.m. (Atlantic Standard Time)**;

   b. The Oversight Board's opposition papers shall be filed by **April 18, 2019 at 9:30 a.m. (Atlantic Standard Time)**;

   c. The Committee's reply papers shall be filed by **April 22, 2019 at 3:00 p.m. (Atlantic Standard Time)**; and

   d. At the **April 24, 2019 omnibus hearing**, the Oversight Board and the Committee shall provide a joint status report that includes proposed deadlines for disclosure of causes of action and Section 926 Motion practice in connection with other Debtors.

4. The Court will hear oral argument on any Commonwealth-related Section 926 Motion by the Committee in connection with the April Omnibus Hearing, which is scheduled to commence at **9:30 a.m. (Atlantic Standard Time) on April 24, 2019**.

5. The Court shall retain exclusive jurisdiction over all matters pertaining to the implementation, interpretation, and enforcement of this Order.

6. This Order resolves Docket Entry No. 6170.

Dated: April 10, 2019

                                                /s/ Laura Taylor Swain
                                                HONORABLE LAURA TAYLOR SWAIN
                                                UNITED STATES DISTRICT JUDGE