UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                                PROMESA
                                                                      Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                (Jointly Administered)
et al.,

      Debtors.[1]

---------------------------------------------------------x

<u>Pro Se Notices of Participation Received By the Court</u>

      The attached additional <u>pro se</u> Notices of Participation have been received by the

Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy*

*Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to*

*Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its*

*Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
April 9, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting*

*Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. William Denio

2. Wedgewood Tacoma LLC

3. Claire Adelman

4. Sharon L. Miller

5. Debra Freund

6. Dorothy DeGaeto

7. Elizabeth M. Rogers

8. Adam Amsterdam

9. Martin Rubenstein

10. Rafael A. Quinones Soto

11. Range Landscape Inc.

12. Brian Vito

13. Richard Cohen

14. Luz Annette Pasarell

15. Paul R. Erickson

16. Donald Bannett

17. Gail Barton

18. Knop Marital Trust

19. Gregory S. Nield

20. Daniel W. Brunton and Carol Pryor Brunton

21. May Harris

Pro Se Notices of Participation Received by the Court
April 9, 2019

22. David Steiner

23. CR Vest

24. Sally Klinck Living Trust

25. Christopher James Klinck Trust

26. Gary K. Klinck Insurance Trust

27. Jan M. Klinck Living Trust

28. Helen Sherwood

29. Samuel E. Cody

30. Daniel Richards

31. Fenton R. Young and Patricia Young

32. Trust James Hennessy

33. Theresa Monteferrante

34. Annmarie Martin, POA Frank J. Savine

35. Edward J. Nolan III

36. Kevin Bannett

37. David Carr

38. Lisa J. Posillico

39. Gloria R. Cecere

40. Agatha M. Whelpley

41. Paul Shaman

42. Howard Kenner

43. Martha Lynn Inglis

44. Alan B. Hamerman

Pro Se Notices of Participation Received by the Court
April 9, 2019

    45. Liza Castles

    46. Sy Mayerson

    47. Edi Mayerson

Dated:  April 9, 2019