**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
        as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :   (Jointly Administered)
                                                  :
        Debtors.                                  :
-----------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

WILLIAM DENIO
Participant Name                                                Firm Name (if applicable)


Contact Person (if Participant is not an individual)           Contact Person

Usarmypilot@yahoo.com
Email Address                                                  Email Address

Address line 1
13455 HOLLAND ROAD

Address line 2
LONOKE, AR 72086

City, State Zip Code
USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LD20

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _William Denio_
Signature

WILLIAM DENIO
Print Name

_____
Title (if Participant is not an Individual)

4-4-2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

MAJ WILLIAM J. DENIO
13455 HOLLAND RD
LONOKE, AR 72086-9613

06 APR 2019 PM 4 L



RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the U.S. District Court for District of PR
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :     Title III
                                                :
        as representative of                    :     Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :     (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Wedgewood Tacoma LLC
_____
Participant Name

Joseph Mayer
_____
Contact Person (if Participant is not an individual)

Raelyn@mayorbuilthomes.com
_____
Email Address

312 112th St. So.
_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

_____

Address line 2

Tacoma, WA 98444
City, State Zip Code

USA
Country

Address line 1

_____

Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        ___X___ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
             74514LBL3

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market?  YES or **NO** (please **circle one**).

By: Joseph Mayer
Signature

Joseph Mayer
Print Name

Manager
Title (if Participant is not an Individual)

4/4/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**WEDGEWOOD TACOMA LIMITED PARTNERSHIP**

312 South 112th Street | Tacoma, WA 98444

TACOMA
WA 983

05 APR '19

PM 2 L



Hasler

04/05/2019

**US POSTAGE**

FIRST-CLASS MAIL

$00.50⁰

ZIP 98444
011D12802665

RECEIVED
2019 APR -9 PM 5: 22
CLERKS OFFICE
DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------------X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :      Title III
                                        :
        as representative of            :      Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO et al., :      (Jointly Administered)
                                        :
        Debtors.                        :
-----------------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

CLAIRE ADELMAN
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

STEVE, ADELMAN @ YAHOO, COM
_____
Email Address

_____

**Counsel Contact Information (if any)**

SON
_____
Firm Name (if applicable)

STEVEN    ADELMAN
_____
Contact Person

STEVE. ADELMAN @ YAHOO, COM
_____
Email Address

_____

Address line 1

*581 OLD WHITE PLAINS ROAD*

Address line 2

*APT 421*

City, State Zip Code

*TARRYTOWN, NY, 10591*

Country *USA*

Address line 1

Address line 2

City, State Zip Code

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*CUSIP #1 7514 LB89*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Claire Adelman*
   Signature

*CLAIRE ADELMAN*
Print Name

_____
Title (if Participant is not an Individual)

*3/ /19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Mr. Steven Adelman
13500 Noel Rd. Apt. 232
Dallas, TX 75240

DALLAS TX 750
04 APR 2019 PM 4 L



USA FOREVER

RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF
PUERTO RICO, ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

In re:                                                     :

                                                           :

THE FINANCIAL OVERSIGHT AND                                :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :      Title III

                                                           :

          as representative of                             :      Case No. 17-BK-3283 (LTS)

                                                           :

THE COMMONWEALTH OF PUERTO RICO *et al.,*                  :      (Jointly Administered)

                                                           :

          Debtors.                                         :

-----------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

          The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

          To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Sharon L Miller

Participant Name                                                    Firm Name (if applicable)

Contact Person (if Participant is not an individual)          Contact Person

Email Address                                                      Email Address

| | |
|---|---|
| Address line 1 | Address line 1 |
| 104 W Holt St | |
| Address line 2 | Address line 2 |
| Sanger TX 76266-4000 | |
| City, State Zip Code | City, State Zip Code |
| USA | USA |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_____    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L B89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Sharon Lee Miller_
Signature

_____
Print Name

_____
Title (if Participant is not an Individual)

_4-2-2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

104 W Holt Street
Sanger TX 76266 4050



N TEXAS
DALLAS 750
05 APR '19
PM 7 L

02 1P
0003211975
MAILED FROM ZIP CODE 76201
$ 000.80⁰
PITNEY BOWES

RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**The Clerk of the U S District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR  00918 1767**

00918-170625



**Sharon Miller**
104 W Holt St
Sanger, TX 76266-4000

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND                    :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :       Title III

     as representative of                              :       Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :       (Jointly Administered)

     Debtors.                                            :

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**     **Counsel Contact Information (if any)**

Debra Freund
_____
Participant Name                            Firm Name (if applicable)

_____
Contact Person (if Participant is not an individual)    Contact Person

_____
Email Address                              Email Address

Address line 1

_1324 Briarwood_

Address line 2

_Jackson, MO 63755_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LB89_

    (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By:  _Debra K. Freund_
     Signature

_Debra K. Freund_
Print Name

_____
Title (if Participant is not an Individual)

_4-5-2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Debbie Freund
1324 Briarwood Street
Jackson, MO 63755



US POSTAGE PAID
FCM LETTER
JACKSON, MO
63755
APR 06 19
AMOUNT

**$0.00**

R2304M115649-3

1000          00918



RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918 1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                                                 :

                                                                         :

THE FINANCIAL OVERSIGHT AND                       :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :        Title III

                                                                         :

        as representative of                                    :        Case No. 17-BK-3283 (LTS)

                                                                         :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)

                                                                         :

        Debtors.                                                     :

------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| DOROTHY DE GAETO | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| rdegaeto @ yahoo.com | |
| Email Address | Email Address |
| | |

Address line 1

43 Timber lake Road

Address line 2

Sherman, CT 06784

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

~~X~~    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB63

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Russell DeGaeto*

Signature

Russell DeGaeto

Print Name

Executor, DED Estate

Title (if Participant is not an Individual)

4/1/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

DeGaeto
43 Timber Julce Rd
Sherman, CT 06784

06 APR 2019 PM 13 L

RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

CLERK of the U.S. District Court
for the District of Peurto Rico
Room 150 Federal Building
150 CARLOS Chardon Ave
San Juan P.R. 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------X

In re:                   :

THE FINANCIAL OVERSIGHT AND   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, :   Title III

     as representative of    :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,* :   (Jointly Administered)

     Debtors.          :

---------------------------------------------------------X

*RECEIVED & FILED 2019 APR -9 PM 5: 22 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *Elizabeth M. Rogers* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *elizabetrogers23@comcast.net* | |
| Email Address | Email Address |

Address line 1

*1538 Silverado Trail*

Address line 2

*Napa CA 94559*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By: *Elizabeth Rogers*

Signature

*Elizabeth M Rogers*

Print Name

_____

Title (if Participant is not an Individual)

*4/3/2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

ROGERS
1538 Silverado Trail
Napa, CA 94559

05 APR 2019 PM 4 L



RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
 for the District of PUERTO RICO, ROOM 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND                               :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :     Title III

      as representative of                                :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :     (Jointly Administered)

      Debtors.                                           :

-------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

    Adam Amsterdam
Participant Name

_____
Contact Person (if Participant is not an individual)

    aha @ mit.edu
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

_70 Kirkland Street_

Address line 2

_Apt 6_

City, State Zip Code

_Cambridge MA 02138_

Country _USA_

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

_____

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514 LC 88_
_74514 LB 55_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or (**NO**) (please **circle one**).

By: _____
      Signature

_Adam Amsterdam_

Print Name

_____

Title (if Participant is not an Individual)

_4/6/19_

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr. Adam Amsterdam
70 Kirkland St., Apt. 6
Cambridge, MA 02138-2100

BOSTON MA 021

06 APR 2019 PM 3 L



USA
FOREVER

RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of Puerto Rico

Room 150   Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND                    :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :      Title III

     as representative of                                 :      Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*      :      (Jointly Administered)
                                                             :
     Debtors.                                            :

---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *MARTIN RUBENSTEIN* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *MHJJR C ATT. NET* | |
| Email Address | Email Address |

Address line 1

20 TRINITY LANE

Address line 2

EAST HARTFORD, CT 06118

City, State Zip Code

U.S.A

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB63   400,000          74514LB71   300,000

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
Signature

MARTIN RUBENSTEIN
Print Name

_____
Title (if Participant is not an Individual)

APRIL 5, 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

The RUBENSTEIN'S
20 TRINITY LANE
EAST HARTFORD, CT 06118



RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of The United States District Court For District of Puerto
Rico

Room 150

Federal Building

150 Carlos Chardon Ave,

San Juan, PR    00918-1767

00918-170625

SRF 3096

Case:17-03283-LTS   Doc#:6174-1   Filed:04/10/19   Entered:04/10/19 16:08:31   Desc:
Pro Se Notices of Participation   Page 29 of 142

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :      Title III
                                            :
          as representative of              :      Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :      (Jointly Administered)
                                            :
          Debtors.                          :
----------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Rafael A. Quinones-Soto | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| rafaelq5048@hotmail.com | |
| Email Address | Email Address |
| | |

Address line 1

#F1 Paseo Trébol Urb. Jardines de Ponce

Address line 2

Ponce, PR 00730-1845

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L Z X 8

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____
        Signature

Rafael A. Quiñones-Soto
Print Name

_____
Title (if Participant is not an individual)

April 8, 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Rafael Quinones-Soto
Jard De Ponce
F1 Paseo Trebol
Ponce PR 00730-1845

RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.



08 APR 2019 PM 1 T

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

009 18 $1706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------X
                                                       :
In re:                                                 :
                                                       :
THE FINANCIAL OVERSIGHT AND                            :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                      :    Title III
                                                       :
        as representative of                           :    Case No. 17-BK-3283 (LTS)
                                                       :
THE COMMONWEALTH OF PUERTO RICO et al.,                :    (Jointly Administered)
                                                       :
        Debtors.                                       :
-------------------------------------------------------X
```

RECEIVED & FILED
2019 APR -9 PM 5:21

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

<u>Rouge Landscape Inc</u>
Participant Name

<u>Dennis Serson</u>
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

*Box 505*

Address line 2

*Virginia, MN 55792*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   *74514LB89*

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: X *Dennis M Se____*

Signature

*Dennis Serson*

Print Name

_____

Title (if Participant is not an Individual)

_____

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

# STIFEL

Stifel, Nicolaus & Company, Incorporated
One Financial Plaza
501 North Broadway
St. Louis, Missouri 63102

ADDRESS SERVICE REQUESTED



USTED STATES POSTAGE
PITNEY BOWES
02 1P        $ 000.50⁰
0001949656    APR 03 2019
MAILED FROM ZIP CODE 55792

RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE U.S.
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of PR  Room 150
Federal Building
150 Carlos Chardon Ave
San Juan  PR  00918-1767

00918-1*0999

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

    as representative of : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,* :

    Debtors. : (Jointly Administered)

------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

Brian Vito
_____      _____
Participant Name      Firm Name (if applicable)

_____      _____
Contact Person (if Participant is not an individual)      Contact Person

_____      _____
Email Address      Email Address

_____      _____

RECEIVED & FILED 2019 APR -9 PH 21

Address line 1

P. O BOX 125

Address line 2

Virginia MN 55792

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
        Signature

BRIAN VITO

Print Name

_____

Title (if Participant is not an Individual)

3-28-19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

# STIFEL

Stifel, Nicolaus & Company, Incorporated
One Financial Plaza
501 North Broadway
St. Louis, Missouri 63102

ADDRESS SERVICE REQUESTED

USITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.50⁰
0001949656 APR 03 2019
MAILED FROM ZIP CODE 55792

RECEIVED & FILED
2019 APR -9 PM 5: 22
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of PR Room 150
Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

00918-176999

SRF 31030
**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

     as representative of : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)

     Debtors. :

------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Richard Cohen | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| cohen.bern@gmail.com | |

Address line 1

_12 Raleigh Drive_

Address line 2

_New City New York 10956_

City, State Zip Code

_U.S.A._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    ____✓____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _74514 L B 89_

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: _Richard Cohen_

Signature

_Richard Cohen_

Print Name

_____

Title (if Participant is not an Individual)

_4-3-19_

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Richard Cohen
12 Raleigh Drive
New City N.Y. 10956

The Clerk of the United States
District Court for the District of Puerto Rico
Room 150 Federal Bldg,
150 Carlos Chardon Avenue,
San Juan PR 00918-1767

RECEIVED & FILED
2019 APR -9 PM 5:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

the clerks office    The District Court San Juan, Puerto Rico

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------X

In re:

:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.

:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

----------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Annette VasAQell | |
| Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| Email Address | Email Address |

Address line 1                                         Address line 1

1714 Calle Marquesa
Address line 2 URB Valle Real
Ponce PR 00716-0513
City, State Zip Code                                  City, State Zip Code


Country                                                Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

              _____ intends to **support** the relief requested in the Objection (i.e., Participant
              believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

              ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
              believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                74514L2Y6

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market?  **YES** or **NO** (please **circle one**).

By: _____
        Signature

        Luz Annette Pasarell
        Print Name


        _____
        Title (if Participant is not an Individual)

        April 5, 2019
        Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Luz Janette Piqueros
1714 Calle Marquesa
Urb. Valle Real
Ponce, P.R. 00716-0513

06 APR 2019 PM 1 T

USA FOREVER

RECEIVED & FILED
2019 APR -9 PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court
for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardón Ave.
San Juan, PR  00918-1767.

009181703 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                  :

THE FINANCIAL OVERSIGHT AND     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III

       as representative of         :     Case No. 17-BK-3283 (LTS)
                     :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :     (Jointly Administered)
                     :
       Debtors.               :

------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *PAUL R. ERICKSON* <br> Participant Name | Firm Name (if applicable) |
| <br> Contact Person (if Participant is not an individual) | Contact Person |
| *PPRERICKSON@COMCAST.NET* <br> Email Address | Email Address |

Address line 1                                        Address line 1

_____                    _____
Address line 2                                        Address line 2

_____                    _____
City, State Zip Code                                 City, State Zip Code

_____                    _____
Country                                               Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

_____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


   (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

_PAUL  R.  ERICKSON_
Print Name

_____
Title (if Participant is not an Individual)

_4/4/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

P.R. ERICKSON
692 VALLEY DR.
VALPARAISO, IN 46383

RECEIVED & FILED
2019 APR -9 PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
PUERTO RICO

ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918-170399

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X

In re:                                                                    :

THE FINANCIAL OVERSIGHT AND                    :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :          Title III

as representative of                                           :          Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)

Debtors.                                 :

------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
| --- | --- |
| Donald Bannett | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| bannetts4@sbcglobal.net | |
| Email Address | Email Address |
| | |

SRF 30944

Address line 1                                          Address line 1

_532 Douglass St_                                       _____
Address line 2                                          Address line 2

_San Francisco, CA 94114_                               _____
City, State Zip Code                                    City, State Zip Code

_USA_                                                   _____
Country                                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LB89

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? (YES) or NO (please **circle one**).

By: _Donald Bannett_
    Signature

    _DONALD BANNETT_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _4 - 4 - 19_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Donald Bennett**
532 Douglass St
San Francisco, CA 94114

RECEIVED & FILED
2019 APR -9 PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of U.S. District Court for District of Puerto
Room 150 - Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------X

In re:  :

THE FINANCIAL OVERSIGHT AND  :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :     Title III

     as representative of  :     Case No. 17-BK-3283 (LTS)

:

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)

:

     Debtors.  :

------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

*GAIL BARTON*
Participant Name                              Firm Name (if applicable)


Contact Person (if Participant is not an individual)     Contact Person

*mmmsec2@aol.com*
Email Address                                  Email Address

Address line 1                                              Address line 1

_____                          _____
Address line 2                                              Address line 2

_____                          _____
City, State Zip Code                                       City, State Zip Code

_____                          _____
Country                                                      Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); or

        ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
               secondary market?  YES or NO (please **circle one**).

By: _Gail Burton_____
    /Signature

_GAIL BARTON_____
Print Name


_____
Title (if Participant is not an Individual)

_3-22-19_____
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Gail Barton**
Apt. 201
3395 Mountain Breeze Way
Thousand Oaks, CA 91360-8415



04 APR 2019 PM 1 L

RECEIVED & FILED
2019 APR -9 PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for District of Puerto Rico
Room 130 Federal Building
150 Chardon Ave
San Juan PR 00918-1767

00918-1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                                  :

                                                        :

THE FINANCIAL OVERSIGHT AND              :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :        Title III

                                                        :

          as representative of                     :        Case No. 17-BK-3283 (LTS)

                                                        :

THE COMMONWEALTH OF PUERTO RICO *et al.*, :        (Jointly Administered)

                                                        :

          Debtors.                                 :

------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

          **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

          The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

          To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Knop Marital Trust_<br>Participant Name | _____<br>Firm Name (if applicable) |
| _John Knop_<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| _jknop6870@aol.com_<br>Email Address | _____<br>Email Address |
| _____ | _____ |

Address line 1

_6870 West Main Street_

Address line 2

_Lima NY 14485_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514 LC39_

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
Signature

_John Knop_
Print Name

_Trustee_
Title (if Participant is not an Individual)

_4/4/19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

John Knop
6870 West Main Road
Lima, NY 14485



$0.50
US POSTAGE
FIRST-CLASS

PITNEY BOWES
9050324113
14534

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR -9 PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170999

SRF 3096

Case:17-03283-LTS   Doc#:6174-1   Filed:04/10/19   Entered:04/10/19 16:08:31   Desc:
Pro Se Notices of Participation   Page 56 of 142

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                  :

                                                        :

THE FINANCIAL OVERSIGHT AND                             :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :        Title III

                                                        :

        as representative of                            :        Case No. 17-BK-3283 (LTS)

                                                        :

THE COMMONWEALTH OF PUERTO RICO *et al.*,               :        (Jointly Administered)

                                                        :

        Debtors.                                        :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

        **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

Gregory S. ~~Abod~~ Nield
_____                                _____
Participant Name                                               Firm Name (if applicable)

_____                                _____
Contact Person (if Participant is not an individual)           Contact Person

greg ni2@gmail.com
_____                                _____
Email Address                                                  Email Address

_____                                _____

| | |
|---|---|
| Address line 1 | Address line 1 |
| 2 7 1 oak Londing ct | |
| Address line 2 | Address line 2 |
| Severna ~~Bear~~ Park, MD 21146 | |
| City, State Zip Code | City, State Zip Code |
| U.S.A | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      **X**     intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

Gregory S. Nrdey
Print Name

_____
Title (if Participant is not an Individual)

April / 2 / 19
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

G. Nield
#271 Oak Court
Severna Park MD
21146

The Clerk of United States District Court
For the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR -9 PM 5:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :      Title III
                                                    :
        as representative of                        :      Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :      (Jointly Administered)
                                                    :
        Debtors.                                    :
------------------------------------------------------------X
```

RECEIVED & FILED
2019 APR -9 PH 5:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>                    <u>**Counsel Contact Information (if any)**</u>

DANIEL W BRUNTON AND CAROL PRYOR BRUNTON
_____              _____
Participant Name                                      Firm Name (if applicable)


_____              _____
Contact Person (if Participant is not an individual)  Contact Person

CARDAN94@LIVE.COM
_____              _____
Email Address                                         Email Address


_____              _____

Address line 1

_3780 N Camino Ojo de Agua_
Address line 2

_Tucson, AZ 85749_
City, State Zip Code

_UNITED STATES_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514L B89_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _Danl W Brunton / Carol Pryor Brunton_
Signature

_DANIEL W BRUNTON AND CAROL PRYOR BRUNTON_
Print Name

_____
Title (if Participant is not an Individual)

_4/5/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Mr. Daniel W. Brunton**
3780 N. Camino Ojo De Agua
Tucson, AZ 85749-7815



RECEIVED & FILED
2019 APR -9 PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court

Room 150  Federal Building

150 Carlos Chardon Ave

San Juan, PR

00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
          as representative of                  :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
          Debtors.                              :
                                                :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**              **Counsel Contact Information (if any)**

May Harris
_____                          _____
Participant Name                                          Firm Name (if applicable)


_____                          _____
Contact Person (if Participant is not an individual)      Contact Person


_____                          _____
Email Address                                             Email Address


_____                          _____

Address line 1                          Address line 1

5380 SKycrest Dr.

Address line 2                          Address line 2

El Dorado, CA 95623

City, State Zip Code                    City, State Zip Code

U.S.A

Country                                 Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L-C5-4

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Mary M. Harris_
    Signature

_May Harris Hee_
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

STIFEL

Stifel, Nicolaus & Company, Incorporated
2770 Biddle Road
Medford, Oregon 97504

US POSTAGE
02 1P $ 000.50⁰
0002707789 MAR 29 2019
MAILED FROM ZIP CODE 97504
PITNEY BOWES

RECEIVED & FILED
2019 APR -9 PM 5: 21
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the
District of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

SRF 31030

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III

   as representative of                :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)

   Debtors.                            :

-------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

   **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

   The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| AVID STEINER | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| steiner07@ comcast. net | |
| Email Address | Email Address |

Address line 1

7607 110th St. N.W.

~~Address line 2~~

Gig Harbor, WA 98332

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.　Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　　X　　intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

　　　　_____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.　If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　(a)　Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

　　　　74514 LA 80

　　(b)　Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _____

Signature

DAVID R STEINER

Print Name

_____

Title (if Participant is not an Individual)

4/2/19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Mr. David Steiner
7607 110th St. NW
Gig Harbor, WA 98332

RECEIVED & FILED
2019 APR -9 PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the U.S. District Court for District of Puerto Rico

Rm 150 Federal Building

150 Carlos Chardon Avenue

PR 00918-1767

SRF 31030
**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND             :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :        Title III

     as representative of                    :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)

    Debtors.                                :

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**       **<u>Counsel Contact Information (if any)</u>**

CR Vest
Participant Name                                       Firm Name (if applicable)

Jan M. Klinck
Contact Person (if Participant is not an individual)       Contact Person

globe.properties@att.net
Email Address                                     Email Address

P.O. Box 700

Address line 1

_____
Address line 2

McAllen, TX 78505 - 0700
City, State Zip Code

USA
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
      Signature

      JAN M. KLINCK
Print Name

      TRUSTEE
Title (if Participant is not an Individual)

      3 -29- 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**KLINCK**
**WHOLESALE DRUG, INC.**

POST OFFICE BOX 700
McALLEN, TEXAS 78502

RECEIVED & FILED
2019 APR -9
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

RIO GRANDE DISTRICT
02 APR 2019 PM 2 L

THE CLERK OF U.S. DISTRICT COURT
FOR DISTRICT OF PUERTO ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDIN AVENUE
SAN JUAN, PR 00918-1767

00919-176767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------X
                                                        :
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :     Title III
                                                        :
        as representative of                            :     Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO et al.,                 :     (Jointly Administered)
                                                        :
        Debtors.                                        :
--------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

Sally B KLINCK LIVING TRUST
Participant Name                                                Firm Name (if applicable)

Sally D Klinck
Contact Person (if Participant is not an individual)           Contact Person

Sally3Klinck@aol.com
Email Address                                                  Email Address

P.O. Box 700

Address line 1                                    Address line 1

_____                           _____
Address line 2                                    Address line 2

McAllen  TX 78505-0760
_____                           _____
City, State Zip Code                              City, State Zip Code

USA
_____                           _____
Country                                           Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant
          believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
          believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
       sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
       the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


       (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
              secondary market?  **YES** or **NO** (please **circle one**).

By: _Sally K Klinck_____
    Signature

    _Sally D Klinck_____
    Print Name

    _TRUSTEE_____
    Title (if Participant is not an Individual)

    _3/29/19_____
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**KLINCK**
**WHOLESALE DRUG, INC.**

POST OFFICE BOX 700
McALLEN, TEXAS 78502



THE CLERK of U.S. District Court
for District of Puerto Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00919-176767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X
                               :

In re:                             :

THE FINANCIAL OVERSIGHT AND     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, :     Title III

        as representative of        :     Case No. 17-BK-3283 (LTS)
                             :

THE COMMONWEALTH OF PUERTO RICO *et al.*, :     (Jointly Administered)
                             :

      Debtors.                 :
------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Christopher James Klinck Trust* | |
| Participant Name | Firm Name (if applicable) |
| *Jan M. Klinck* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *globe.properties@att.net* | |
| Email Address | Email Address |
| *P.O. Box 700* | |

Address line 1

_____

Address line 2

McAllen, TX 78505-8100

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


   (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
   Signature

   JAN M. KLINCK
   Print Name

   TRUSTEE
   Title (if Participant is not an Individual)

   3-29-2019
   Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**KLINCK**
WHOLESALE DRUG, INC.

POST OFFICE BOX 700
McALLEN, TEXAS 78502

RECEIVED & FILED
2019 APR -9 PM 2:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN



THE CLERK of U.S. DISTRICT COURT
for DISTRICT OF PUERTO ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00919-176767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------X
                                                     :
In re:                                               :
                                                     :
THE FINANCIAL OVERSIGHT AND                          :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    :    Title III
                                                     :
        as representative of                         :    Case No. 17-BK-3283 (LTS)
                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,              :    (Jointly Administered)
                                                     :
        Debtors.                                     :
-----------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Gary K. Klinck Insurance Trust
Participant Name

Jan M. Klinck
Contact Person (if Participant is not an individual)

globe.properties @ att.net
Email Address

P.O. Box 700

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1                                          Address line 1

_____                                _____
Address line 2                                          Address line 2

McAllen, TX 78505-0700                                  _____
City, State Zip Code                                    City, State Zip Code

USA                                                     _____
Country                                                Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

_JAN M. KLINCK_____
Print Name

_TRUSTEE_____
Title (if Participant is not an Individual)

_3-29-2019_____
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**KLINCK**
WHOLESALE DRUG, INC.

POST OFFICE BOX 700
McALLEN, TEXAS 78502



THE CLERK OF U.S. DISTRICT COURT
FOR DISTRICT OF PUERTO ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00919-176767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                            :

THE FINANCIAL OVERSIGHT AND                       :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :        Title III

    as representative of                          :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,         :        (Jointly Administered)

    Debtors.                                      :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**      **<u>Counsel Contact Information (if any)</u>**

Jan M. Klinck Living Trust
Participant Name                                   Firm Name (if applicable)

Jan M. Klinck
Contact Person (if Participant is not an individual)     Contact Person

globe.properties@att.net
Email Address                                   Email Address

P. O. Box 700

Address line 1
_____
Address line 2
_McAllen, TX 78505-0700_
City, State Zip Code
_USA_
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Jan M. Klinck_
Signature

_JAN M. KLINCK_
Print Name

_TRUSTEE_
Title (if Participant is not an Individual)

_3/20/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**KLINCK**
**WHOLESALE DRUG, INC.**

POST OFFICE BOX 700
McALLEN, TEXAS 78502



THE CLERK OF U.S. DISTRICT COURT
FOR DISTRICT OF PUERTO ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :    Title III
                                                          :
          as representative of                            :    Case No. 17-BK-3283-(LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                 :    (Jointly Administered)
                                                          :
          Debtors.                                        :
---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

HELEN SHERWOOD

Participant Name                                      Firm Name (if applicable)

_____                      _____
Contact Person (if Participant is not an individual) Contact Person

_____                      _____
Email Address                                        Email Address

_____                      _____

Address line 1
6200 Oregon Ave #T 393

Address line 2
Washington DC #20015 USA

City, State Zip Code
Washington DC 2015

Country U.S.A

Address line 1 Oregon Ave NW
6200 Oregon Ave NW #T 393

Address line 2
6200 Oregon Ave NW #T 393

City, State Zip Code
WASHINGTON DE $ 0015

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LB89

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: Helen Elizabeth Sherwood
Signature

HELENE ELIZABETH SHERWOOD
Print Name

owner
Title (if Participant is not an Individual)

April 4, 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Ms. Helen E. Salsedo
6200 Oregon Ave NW #170
Washington, DC 20015



RECEIVED & FILED
2019 APR -9 PM 5:20

Clerk of the U.S. District Court
of Puerto
Rm. 150 Federal Building
150 Carlos Avenue, San Juan, PR 00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

    Debtors.

-------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| SAMUEL E. CODY | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| KNIGHTOFSELENE160 @ GMAIL.COM | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:6174-1   Filed:04/10/19   Entered:04/10/19 16:08:31   Desc:
Pro Se Notices of Participation   Page 87 of 142

SRF 31030

16 FARR AVENUE
Address line 1

APT# 1
Address line 2

JOHNSON CITY, NY 13790
City, State Zip Code

UNITED STATES OF AMERICA
Country

Address line 1

Address line 2

City, State Zip Code

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or (**NO**) (please **circle one**).

By: _Samuel E Cody_
Signature

SAMUEL E. CODY
Print Name

_____
Title (if Participant is not an Individual)

4-4-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

Samuel E. Cody
16 Farr Avenue
Apt #1
Johnson City, NY, 13790

05 APR 2019 PM 2 L

RECEIVED & FILED
2019 APR -9 PM 5: 20
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

OO918$9999
0918-170625

Clerk
United States District Court
for District of Puerto Rico
Room 150 - Federal Bldg.
150 Carlos Chardon Ave.
SAN JUAN, PR 00918 - 1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

SRF 91030

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
```

In re:                                              :

THE FINANCIAL OVERSIGHT AND         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :      Title III

        as representative of                        :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :      (Jointly Administered)

        Debtors.                                    :

```
------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| DANIEL RICHARDS | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| DRICHARDS111@GMAIL.COM | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
|---|---|
| 7161 Penner Ln | |
| Address line 2 | Address line 2 |
| Apt 1 | |
| City, State Zip Code | City, State Zip Code |
| FT. Myers, FL 33907 | |
| Country   USA | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  X  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By: _____
Signature

DANIel Richards
Print Name

_____
Title (if Participant is not an Individual)

4/4/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Daniel Russo
Apt 1
7161 Penner Ln
Fort Myers, FL 33907-7717



05 APR '19
PM 11

RECEIVED & FILED
2019 APR -9 PM 5: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of
Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, Pr. 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X
:
In re:                                                                :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :        Title III
                                                                     :
        as representative of                                         :        Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                            :        (Jointly Administered)
                                                                     :
        Debtors.                                                     :
-----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

_Fenton R Young / Patricia Young_                       _____
Participant Name                                        Firm Name (if applicable)

_N / A_                                                 _____
Contact Person (if Participant is not an individual)    Contact Person

_pattayoung @ comcast . net_                            _____
Email Address                                           Email Address

_____                            _____

Address line 1

_503 Lobblly Lane_
Address line 2

_Salisbury MD 21801_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   ___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   _74514 L B 89_

   (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _Fenton W Young / Patricia I Young_
Signature

_Fenton W Young / Patricia I Young_
Print Name

_____
Title (if Participant is not an Individual)

_4/5/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Fenton Young
310 Gatewood Ct
Ormond Beach, FL 32174-4881

ORLANDO
FL 328
05 APR '19

PM 5 L



The Clerk of the US District Ct for the District of Puerto Rico
RM 150 FEDERAL Building
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2019 APR -9 PM 5: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

Case:17-03283-LTS Doc#:6174-1 Filed:04/10/19 Entered:04/10/19 16:08:31 Desc:
Pro Se Notices of Participation Page 95 of 142
SRF 31030

'19 MAR 25 AM10:14

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :    Title III
                                        :
        as representative of            :    Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO et al., :    (Jointly Administered)
                                        :
        Debtors.                        :
----------------------------------------X
```

RECEIVED & FILED
2019 APR -9 PM 5: 20

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Trust U/W James Hennessy
_____
Participant Name

Maura Hall, trustee
_____
Contact Person (if Participant is not an individual)

etudesmusic@gmail.com
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

*85 Webster St*

Address line 2

*Saratoga Springs, NY 12866*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LD28*

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By:  *Maura Hall*

Signature

*Maura Hall*

Print Name

_____

Title (if Participant is not an Individual)

_____

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Wealth Management**

200 Park Avenue, 2nd Floor
Florham Park, NJ 07932



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 07932 $ 000.50
02 4W
0000351774 APR 05 2019



RECEIVED & FILED
2019 APR -9 PM 5: 20
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court for the District of
Puerto Rico
Room 150 - Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918Ω1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------X

In re:                     :

THE FINANCIAL OVERSIGHT AND   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, :    Title III

     as representative of        :    Case No. 17-BK-3283 (LTS)
                        :
THE COMMONWEALTH OF PUERTO RICO *et al.,* :    (Jointly Administered)
                        :
    Debtors.               :

------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Theresa Monteferrante*<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| _____<br>Email Address | _____<br>Email Address |
| _____ | _____ |

Address line 1

*2702 Benson Circle*

Address line 2

*Wilmington, DE 19810-3201*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___**X**___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   *74514 LD 20*

   (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Theresa Monteferrante*

Signature

*Theresa Monteferrante*

Print Name

_____

Title (if Participant is not an Individual)

*4-3-19*

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2702 Benson Circle,
Wilmington, DE 19810-3201

WILMINGTON DE 197
05 APR 2019 PM 1 T

RECEIVED & FILED
2019 APR -9 PM 5: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918±1703

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III
                                          :
        as representative of              :    Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :    (Jointly Administered)
                                          :
        Debtors.                          :
-------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Annmarie Martin,POA for Frank J. Savine | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| amartin@aimino-dennen.com | |
| Email Address | Email Address |
| | |
| April 1, 2019 | |

SRF 31030

| | |
|---|---|
| Address line 1 | Address line 1 |
| 473 Pine Tavern Road | |
| Address line 2 | Address line 2 |
| Monroeville, NJ 08343 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LD61

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _Annmarie Martin, POA for Frank J. Savine_
Signature

Annmarie Martin, POA for Frank J. Savine
Print Name

_____
Title (if Participant is not an Individual)

April 1, 2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

Annmarie Martin
473 Pine Tavern Road
Monroeville, NJ 08343

UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 000.50⁰
0001802363   APR 05 2019
MAILED FROM ZIP CODE 08096

RECEIVED & FILED
2019 APR -9 PM 5: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
For the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto PR 00918-1767

00918817O3 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND          :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III

    as representative of                  :     Case No. 17-BK-3283 (LTS)

                            :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)

    Debtors.                              :

---------------------------------------------------------------X

*RECEIVED & FILED*
*2019 APR -9 PM 5:19*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| EDWARD J. NOLAN III | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| EDWARD_NOLAN at ML. Com | |
| Email Address | Email Address |

Address line 1

_P.O Box 3W_

Address line 2

_WestHamster_

City, State Zip Code

_New York 11977_

Country

_USA_

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

_____

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_X_    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LD20_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
    Signature

_BANARD T. Nolan_
Print Name

_____
Title (if Participant is not an Individual)

_April 1, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Edward J. Nolan III
P.O. Box 500
Westhampton, New York 11977

04 APR 2019 PM 1 L

The Clerk of the U.S. District Court
For the District of Puento Rico
Room 150 Federal Building
150 Carlos Chardon Avenu
San Juan, Puento Rico 00918-1767

0091881703 C018

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X
                    :

In re:                     :

THE FINANCIAL OVERSIGHT AND     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III
                     :

       as representative of       :    Case No. 17-BK-3283 (LTS)
                     :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)
                     :

       Debtors.           :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

Kevin Bannett
_____        _____
Participant Name                   Firm Name (if applicable)

_____        _____
Contact Person (if Participant is not an individual)    Contact Person

_____        _____
Email Address                    Email Address

K123 @ email.com
_____        _____

SRF 30944

Address line 1                                    Address line 1

_1491 Tyler Avenue_
Address line 2                                    Address line 2

_E. Meadow, NY 11554_
City, State Zip Code                              City, State Zip Code

_USA_
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __✓__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LB63_
        _74514LB89_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? (**YES** or **NO** (please **circle one**).

By: _____
Signature

_Kevin Bannett_
Print Name

_____
Title (if Participant is not an Individual)

_4/3/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

MERRICK WOODS SCHOOL

NORT..      .. N. Y. 11566

RECEIVED & FILED
2019 APR -9 PM 5: 19

CLERK'S OFFICE
DISTRICT COU..
N JUAN, P.R

Clerk of US District Court - District of Puerto Rico

Room 150  Federal Building

150 Carlos Chardon Avenue

San Juan, PR  00918-1767

0091881703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND       :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :        Title III

    as representative of                   :        Case No. 17-BK-3283 (LTS)

                                  :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)

    Debtors.                              :

------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**              **Counsel Contact Information (if any)**

    DAVID CARR
Participant Name                                          Firm Name (if applicable)


Contact Person (if Participant is not an individual)      Contact Person
    DBSHIMK@GMAIL.COM
Email Address                                            Email Address

Address line 1

*809 WINTHROP ROAD*

Address line 2

*TEANECK, NJ 07666*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LB89*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: *David Carr*

Signature

*DAVID CARR*

Print Name

_____

Title (if Participant is not an Individual)

*April 4, 2019*

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr. David Carr
809 Winthrop Rd
Teaneck, NJ 07666



09 APR 2019 PM 2 1

RECEIVED & FILED
2019 APR -9 PM 5: 19
CLERK'S DISTRICT
SAN JUAN

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

SRF 31030

•*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:               :

THE FINANCIAL OVERSIGHT AND    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III

    as representative of        :    Case No. 17-BK-3283-(LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :    (Jointly Administered)

    Debtors.          :

------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Lisa J. Posillico | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| thebeachgirls@aol.com | |
| Email Address | Email Address |
| | |
| thebeachgirls@aol.com | |

Case:17-03283-LTS   Doc#:6174-1   Filed:04/10/19   Entered:04/10/19 16:08:31   Desc:
Pro Se Notices of Participation   Page 114 of 142

SRF 31030

Address line 1

7 Woodvale Lane

Address line 2

Huntington, NY 11743

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L D 20

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or (**NO**) (please **circle one**).

By: _Lisa Posillico_____

Signature

LIsa J Posillico

Print Name

_____

Title (if Participant is not an Individual)

April 2, 2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**Lisa J Posillico**
7 Woodvale Ln
Halesite, NY 11743-2324

RECEIVED & FILED
2019 APR -9  PM 5: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

7018 3090 0000 6997 7963

1000

00918

U.S. POSTAGE PAID
FCM LETTER
HUNTINGTON, NY
11743
APR 05, 19
AMOUNT
**$4.05**
R2305K134846-3

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan , P. R. 00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------X
              :

In re:                              :

THE FINANCIAL OVERSIGHT AND      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
             :

     as representative of       :   Case No. 17-BK-3283 (LTS)
             :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)
             :

     Debtors.             :
---------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| GLORIA R CECERE | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Paulcecere@gmail.com | |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 | Address line 1 |
| 300 WINSTON DR | |
| Address line 2 | Address line 2 |
| APT 2521 | |
| City, State Zip Code | City, State Zip Code |
| CLIFFSIDE PK, NJ | |
| Country USA. | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

\_\_X\_\_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514LB63
   74514LB71

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Gloria R. Cecere_
Signature

GLORIA R CECERE
Print Name

_____
Title (if Participant is not an Individual)

April 5, 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Ceun
31 Lewis Parkway
Yonkers NY, 10705-2523

7018 1830 0002 3053 0658

U.S. POSTAGE PAID
FCM LETTER
YONKERS, NY
10704
APR 06, 19
AMOUNT
**$6.85**
R2304M114650-77

UNITED STATES
POSTAL SERVICE

1000     00918

RECEIVED & FILED
2019 APR -9 PM 5:19
CLERK'S OFFICE
U.S. DISTRICT COURT

The clerk of the United States District court for the district
of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon ave
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                                   :
In re:                                             :
                                                   :
THE FINANCIAL OVERSIGHT AND                        :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                  :    Title III
                                                   :
        as representative of                       :    Case No. 17-BK-3283 (LTS)
                                                   :
THE COMMONWEALTH OF PUERTO RICO et al.,            :    (Jointly Administered)
                                                   :
        Debtors.                                   :
                                                   :
------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Agatha M Whelpley
Participant Name

John Whelpley
Contact Person (if Participant is not an individual)

Whelpley@cwtco.com
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1                           Address line 1

*1831 Happy Hollow Rd*
Address line 2                           Address line 2

*Olean   NY  14760*
City, State Zip Code                     City, State Zip Code

*USA*
Country                                  Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     *XXXX* intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
        *74514LB55*

    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *(signature)*
    Signature

*John W Whelpley*
Print Name

*Trustee*
Title (if Participant is not an Individual)

*4/3/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Mr. John Whelpley
1831 Happy Hollow Rd.
Olean, NY 14760-9304

04 APR 2019  PM 11

RECEIVED & FILED
2019 APR -9 PM 5: 19
CLERK'S
DISTRICT
N JUAN.

The Clerk of the U.S. District Court
For the District of Puerto Rico

Room 150  Federal Building
150 Carlos Chardon Ave
San Juan  PR  00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
         as representative of                  :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                               :
         Debtors.                              :
------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| DR. PAUL SHAMAN | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| CPSHAMAN@COX.NET | |
| Email Address | Email Address |

Case:17-03283-LTS Doc#:6174-1 Filed:04/10/19 Entered:04/10/19 16:08:31 Desc: Pro Se Notices of Participation Page 123 of 142

SRF 31030

| Address line 1 | Address line 1 |
|---|---|
| _9674 SOUTH RUN OAKS DR._ | |
| Address line 2 | Address line 2 |
| _FAIRFAX STATION VA 22039-2629_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514 LD20_

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Paul Shaman_
    Signature

_DR PAUL SHAMAN_
Print Name

_____
Title (if Participant is not an Individual)

_April 5, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Dr. Paul Shaman
9674 South Run Oaks Dr
Fairfax Station, VA 22039-2629

VA 220

6 APR 2019   PM 6 L



RECEIVED & FILED
2019 APR -9  PM 5:19
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

CLERK of the US DISTRICT COURT
for the DISTRICT of PUERTO

ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:                                                  :

THE FINANCIAL OVERSIGHT AND                             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :    Title III

      as representative of                             :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,               :    (Jointly Administered)

      Debtors.                                         :

-------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Howard Kenner* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| MCC_HJK@Hotmail.com | |

Address line 1                                      Address line 1

6 EXETER Ct.
_____                                  _____
Address line 2                                      Address line 2

Somerset, NJ 08873
_____                                  _____
City, State Zip Code                                City, State Zip Code

USA
_____                                  _____
Country                                             Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate spa

        _____  intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); or

        ___X___  intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice a
       sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respor
       the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
                74514LD20

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on t
                secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

    HOWARD KENNER
    _____
    Print Name


    _____
    Title (if Participant is not an Individual)

    4/2/19
    _____
    Date


**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) fi
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice o
Participation with the District Court by delivering such Notice of Participation by mail or by h
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 15
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**UBS**

**UBS Financial Services Inc.**
525 Okeechobee Blvd, Suite 1500
West Palm Beach, FL 33401

RECEIVED & FILED
2019 APR -9 PM 5: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

E-200

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰
02 1P
0000810417   APR 05 2019
MAILED FROM ZIP CODE 33401

Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------X

In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND               :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :        Title III
                                                                :
       as representative of                          :        Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)
                                                                :
       Debtors.                                       :
---------------------------------------------------------------------X

*RECEIVED & FILED*
*2019 APR -9 PM 5: 19*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Martha Lynn Inglis <br> Participant Name | _____ <br> Firm Name (if applicable) |
| _____ <br> Contact Person (if Participant is not an individual) | _____ <br> Contact Person |
| marthadebaja@hotmail.com <br> Email Address | _____ <br> Email Address |
| _____ | _____ |

Case:17-03283-LTS Doc#:6174-1 Filed:04/10/19 Entered:04/10/19 16:08:31 Desc:
Pro Se Notices of Participation Page 129 of 142

SRF 30944

Address line 1

_78717 Links Dr_

Address line 2

_Palm Desert 92211 CA_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_73541TAP4    74514LVL8_
_74514LB49_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Martha Lynn Inglis_

Signature

_Martha Lynn Inglis_

Print Name

_____

Title (if Participant is not an Individual)

_April 05, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



U.S. POSTAGE PAID
PME 2-Day
PALM DESERT, CA
92260
APR 06 19
AMOUNT
**$25.50**
1007     00918     R2305K136765-80

## PRIORITY ★ MAIL ★ EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

This envelope is made from post-consumer waste. Please recycle - again.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP13F July 2013   OD: 12.5 x 9.5



PS10001000006

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

RECEIVED & FILED

## UNITED STATES POSTAL SERVICE®   PRIORITY MAIL EXPRESS®

EE 466 639 554 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (818) 421-2268

Martha Inglis
78717 Links Dr
Palm Desert CA 92211

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

PHONE (787) 772-3401
TO: (PLEASE PRINT)

The Clerk of the United States District
Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR
ZIP + 4® (U.S. ADDRESSES ONLY)

00918-1767

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code — 92260
Scheduled Delivery Date (MM/DD/YY) — 040819
Postage — $ 25.50

Date Accepted (MM/DD/YY)
Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee $
COD Fee $

Time Accepted ☐ AM ☐ PM
10:30 AM Delivery Fee $
Return Receipt Fee $
Live Animal Transportation Fee $

Special Handling/Fragile $
Sunday/Holiday Premium Fee $
Total Postage & Fees — $ 25.50

Weight ___ lbs. ___ ozs.   ☐ Flat Rate
Acceptance Employee Initials — CPB

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
LABEL 11-B, JULY 2018   PSN 7690-02-000-9996

  

PEEL FROM THIS CORNER

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

## UNITED STATES POSTAL SERVICE®

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III
                                          :
        as representative of              :    Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :    (Jointly Administered)
                                          :
        Debtors.                          :
------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than [insert date that is 60 days after entry of order granting Procedures Motion] in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

ALAN B. HAMERMAN
Participant Name

LIZA CASTLES
Contact Person (if Participant is not an individual)

Liza @ Castleslaw.com
Email Address

**Counsel Contact Information (if any)**

Law Office of Liza Castles
Firm Name (if applicable)

Liza Castles
Contact Person

Liza @ Castleslaw.com
Email Address

Case:17-03283-LTS Doc#:6174-1 Filed:04/10/19 Entered:04/10/19 16:08:31 Desc:
Case:17-03283-LTS Doc#:5743-3 Filed:03/15/19 Entered:03/15/19 14:28:10 Desc:
Pro Se Notices of Participation Page 132 of 142
Exhibit 3- Notice of Participation Page 3 of 3

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60 DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

3026 Queensberry Dr _____
Address line 1

3026 Queensberry Dr.
Address line 1

_____
Address line 2

_____
Address line 2

Huntingtown MD 20639
City, State Zip Code

Huntingtown, MD 20639
City, State Zip Code

USA
Country

USA
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    74514LB89

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: _____
Signature

Liza Castres
Print Name

Executor-Estate of Alan B Hamerman
Title (if Participant is not an Individual)

4/3/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

9

Law Office of Liza Castles, LLC
PO Box 484
Prince Frederick MD 20678

CAP DISTRICT
MD 207
04 APR '19
PM 1 L

$0.50⁰
US POSTAGE
FIRST-CLASS
FROM 20639
APR 04 2019
stamps
endicia



Clerk, United States District Court for the District of
Room 150 Federal Building
150 Avenue Carlos Chardo
San Juan PR 00918-1700

RECEIVED & FILED
2019 APR -9  PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Case:17-03283-LTS Doc#:6174-1 Filed:04/10/19 Entered:04/10/19 16:08:31 Desc:
Case:17-03283-LTS Doc#:6143-3 Filed:04/15/19 Entered:04/15/19 14:28:18 Desc:
Exhibit 3- Notice of Participation Page 2 of 3
Pro Se Notices of Participation Page 134 of 142

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

      as representative of : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)

      Debtors. :

----------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [insert date that is 60 days after entry of order granting Procedures Motion] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Liza Castles | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| LIZA @ CASTLESLAW . COM | |
| Email Address | Email Address |

Case:17-03283-LTS Doc#:6174-1 Filed:04/10/19 Entered:04/10/19 16:08:31 Desc:
Pro Se Notices of Participation Page 135 of 142
Exhibit 9 - Notice of Participation Page 35 of 3

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60
DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

3026 QUEENSBERRY DR.
_____
Address line 1

_____
Address line 2

Huntingtown, MD 20639
_____
City, State Zip Code

USA
_____
Country

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Liza Castles
_____
Print Name

_____
Title (if Participant is not an Individual)

4/3/19
_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

9

Law Office of Liza Castles, LLC
PO Box 484
Prince Frederick MD 20678

CAP DISTRICT
MD 207
04 APR '19
PM 1 1



$0.50°
US POSTAGE
FIRST-CLASS
FROM 20639
APR 04 2019
stamps
endicia

Clerk, United States District Court for the District of
Room 150 Federal Building
150 Avenue Carlos Chardo
San Juan PR 00918-1700

RECEIVED & FILED
2019 APR -9  PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X
:
In re:                                                               :
:
THE FINANCIAL OVERSIGHT AND                                          :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :      Title III
:
        as representative of                            :      Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*                            :      (Jointly Administered)
:
        Debtors.                                        :
-----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Sy Mayerson
_____                            _____
Participant Name                                     Firm Name (if applicable)

_____                            _____
Contact Person (if Participant is not an individual)  Contact Person

_____                            _____
Email Address                                        Email Address

_____                            _____

Address line 1

*PO Box 5217*

Address line 2

*Somerset, NJ 08875*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LDZ0*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Sy Mayerson*

Signature

*Sy Mayerson*

Print Name

_____

Title (if Participant is not an Individual)

*MARCH 25 2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Wealth Management**

200 Park Avenue, 2nd Floor
Florham Park, NJ 07932

The Clerk of the United States District Court
For the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2019 APR -9 PM 5: 22
RECEIVED &

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------X
                                         :
In re:                                   :
                                         :
THE FINANCIAL OVERSIGHT AND              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :   Title III
                                         :
         as representative of            :   Case No. 17-BK-3283 (LTS)
                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,  :   (Jointly Administered)
                                         :
         Debtors.                        :
-----------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Etta Maierson* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

SRF 31030

Case:17-03283-LTS   Doc#:6174-1   Filed:04/10/19   Entered:04/10/19 16:08:31   Desc:
Pro Se Notices of Participation   Page 141 of 142

Address line 1

PO BOX 5217

Address line 2

Somerset NJ 08875

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

               74514LD20

       (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
      Signature

      EDi MAYERSON
Print Name

_____
Title (if Participant is not an Individual)

      3-25-19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Wealth Management**

200 Park Avenue, 2nd Floor
Florham Park, NJ 07932



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 07932
02 4W
0000351774 APR 05 2019
$ 001.15⁰

The Clerk of the United States District Court
For the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767