# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors[1]. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS)<br><br>**This filing relates only to Debtor ERS and shall be filed in the lead Case No. 17-bk-3283 (LTS) and Case No. 17-bk-3566 (LTS)** |

## CERTIFICATE OF SERVICE

I, Alicia I. Lavergne Ramírez, do hereby certify that on March 7, 2019, I caused a true and correct copy of the motions listed below, which were filed on April 9, 2019 in Case No. 17-03283-LTS and Case No. 17-3284-LTS, served by U.S. mail (Exhibit A) and by electronic mail (Exhibit B). On that same date, I also caused two courtesy copies of the motions to be sent by FedEx overnight delivery to the Chambers of the Hon. Laura Taylor Swain at:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

- 2 -

United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl St., Suite 3212
New York, NY 10007-1312

A copy of the motions was also sent by U.S. Mail to the Office of the United States Trustee for the District of Puerto Rico.

The motions filed and served on April 9, 2019 are the following:

**Motion of the Puerto Rico Funds to Vacate the Appointment of the Official Committee of Unsecured Creditors in the Employees Retirement System of the Government of the commonwealth of Puerto Rico Title III Case,** in Case No. 17-03283-LTS (**Docket 433**) and Case No. 17-03283-LTS (**Docket 6162**)

**Puerto Rico Funds' Limited Objection and Reservation of Rights to the Motion of Official Committee of Unsecured Creditors, under Bankruptcy Code Sections 105 (A) and 402 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief,** in Case No. 17-03566-LTS (**Docket 6163**) and Case No. 17-03283-LTS (**Docket 435**);

**Notice of Filing Motion of the Puerto Rico Funds to Vacate the Appointment of the Official Committee of Unsecured Creditors in the Employees Retirement System of the Government of the Commonwealth of Puerto Rico Tittle III Case and Notice of Hearing, thereon**, in Case No. 17-03283-LTS (**Docket 6165**) and Case No. 17-3566-LTS (**Docket 436**)

**RESPECTFULLY SUBMITTED.**

KL2 3014136.9

In San Juan, Puerto Rico, on this April 10, 2019.
.

                By:
                /s/ *Alicia I. Lavergne-Ramírez*
                Alicia I. Lavergne-Ramírez
                USDC-PR 215112
                alavergne@sanpir.com

                SÁNCHEZ PIRILLO LLC
                270 Muñoz Rivera Avenue, Suite 1110
                San Juan, PR 00918
                Tel. (787) 522-6776
                Fax: (787) 522-6777

*Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., and Tax-Free Puerto Rico Target Maturity Fund, Inc.*