**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Lawful Constitutional Debt Coalition<br>Participant Name | Quinn Emanuel Urquhart & Sullivan, LLP<br>Firm Name (if applicable) |
| Susheel Kirpalani<br>Contact Person (if Participant is not an individual) | Susheel Kirpalani<br>Contact Person |
| susheelkirpalani@quinnemanuel.com<br>Email Address | susheelkirpalani@quinnemanuel.com<br>Email Address |

1

| | |
|---|---|
| 51 Madison Avenue | 51 Madison Avenue |
| Address line 1 | Address line 1 |
| | |
| 22nd Floor | 22nd Floor |
| Address line 2 | Address line 2 |
| | |
| New York, New York 10010 | New York, New York 10010 |
| City, State Zip Code | City, State Zip Code |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   __X___ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**):[1] *or*

   _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _/s/ signature_

Signature

Susheel Kirpalani
Print Name

---

[1] Participant does not agree that the Public Buildings Authority is the alter ego of the Commonwealth or a "sham." Participant joins in the ultimate conclusion that the Challenged GO Claims were issued in violation of the Puerto Rico Constitution on alternative grounds. Please see the *Statement of Position of the Lawful Constitutional Debt Coalition Regarding Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds* ("Position Statement") filed concurrently herewith for Participant's position with respect to the Challenged GO Claims and the appropriate process for Court determination of the various legal and factual issued raised in the Objection.

| Counsel |
|---|
| Title (if Participant is not an Individual) |

| April 11, 2019 |
|---|
| Date |

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-176**