# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, [1]

    Debtor.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Dkt. No. 4784] (the "**Objection**"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issues by the Commonwealth in or after 2012 (the "**Challenged GO Bonds**") are invalid.

1. FGIC's contact information, including email address, and that of its counsel, if any:

    Financial Guaranty Insurance Company
    Derek M. Donnelly
    Senior Managing Director, Portfolio Risk Management
    Derek.Donnelly@fgic.com
    463 Seventh Avenue
    New York, NY 10018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

>Rexach & Picó, CSP
>María E. Picó
>USDC-PR 123214
>802 Ave. Fernández Juncos
>San Juan PR 00907-4315
>Telephone: (787) 723-8520
>Facsimile: (787) 724-7844
>E-mail: mpico@rexachpico.com
>
>Butler Snow LLP
>
>Martin A. Sosland (*pro hac vice*)
>5430 LBJ Freeway, Suite 1200
>Dallas, TX 75240
>Telephone: (469) 680-5502
>Facsimile: (469) 680-5501
>E-mail: martin.sosland@butlersnow.com
>
>Stanford G. Ladner (*pro hac vice*)
>1700 Broadway, 41st Floor
>New York, NY 10019
>Telephone: (646) 606-3996
>Facsimile: (646) 606-3995
>E-mail: stan.ladner@butlersnow.com
>
>Christopher R. Maddux (*pro hac vice*)
>J. Mitchell Carrington (*pro hac vice*)
>1020 Highland Colony Parkway, Suite 1400
>Ridgeland, MS 39157
>Telephone: (601) 985-2200
>Facsimile: (601) 985-4500
>E-mail: chris.maddux@butlersnow.com
>Email: mitch.carrington@butlersnow.com
>
>Jason W. Callen (*pro hac vice*)
>150 3rd Avenue, South, Suite 1600
>Nashville, TN 37201
>Telephone: (615) 651-6774
>Facsimile: (615) 651-6701
>E-mail: jason.callen@butlersnow.com

2. FGIC intends to **support** the relief requested in the Objection (*i.e.*, FGIC believes the Court should find that the Challenged GO Bonds are **invalid**).

3. FGIC is not a holder of Challenged GO bonds.

By:*/s/ Martin A. Sosland*
Martin A. Sosland
Counsel for Financial Guaranty Insurance Company
Dated: 4/11/19

47038590.v1