**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :      Title III
                                                                :
                as representative of                            :      Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :      (Jointly Administered)
                                                                :
                Debtors.                                        :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| | William Cancel Sepúlveda |
| Participant Name | Firm Name (if applicable) |
| | William Cancel Sepúlveda |
| Contact Person (if Participant is not an individual) | Contact Person |
| | cancelwie@gmail.com |
| Email Address | Email Address |

Address line 1                                          Address line 1

_____                                _____
Address line 2                                          Address line 2

_____                                _____
City, State Zip Code                                    City, State Zip Code

_____                                _____
Country                                                Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                745146C070        745146L223
                745146L2U2

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market? (**YES**) or **NO** (please **circle one**).

By: *Eneida Flores Carlo*
    Signature

*Eneida A Flores Carlo*
Print Name

_____
Title (if Participant is not an Individual)

3/28/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the**
**Participant is not represented by counsel, the Participant may file a paper copy of this Notice of**
**Participation with the District Court by delivering such Notice of Participation by mail or by hand**
**addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150**
**Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Eneida Flores Carlo
P.O. Box 535
Cabo Rojo, P.R. 00423





7019 0140 0000 9721 2106

RECEIVED & FILED
2019 APR 10 AM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of P.R.
Room 150  Federal Building
150 Carlos Charton Avenue, San Juan, P.R.
00918-1767

00918$3305 C006

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

       Debtors.

----------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

*RECEIVED & FILED 2019 APR 10 PM 4: 32 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Barbara A T Fields
Saranna Temple Family Trust
Participant Name

Barbara Fields Ph.D.
Contact Person (if Participant is not an individual)

barbarafields49@gmail.com
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

SRF 30944

Address line 1

6499 NW Twin Oaks Dr

Address line 2

Kansas City MO 64151

City, State Zip Code

United States of America

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  X  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

       CUSIP  74514LB89

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or **NO** (please **circle one**).

By: _____
Signature

Barbara A.T. Fields
Print Name

_____
Title (if Participant is not an Individual)

March 30, 2019
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Barbara Fields
6499 NW TwinOaks Dr
KCMO 64151

  

U.S. POSTAGE PAID
FCM LETTER
PARKVILLE, MO
64152
APR 01 19
AMOUNT
$12.40
R2304W119307-23

1000    00918



FOREVER
USA

Barn Swallow



UNITED STATES POSTAL SERVICE
**REGISTERED MAIL™**

RE 298 973 030 US

Label 200, August 2005    PSN 7690-03-000-9311

The Clerk of the US District Court
for the District of Puerto Rico
Room 150 Federal Building
Carlos Chardon Avenue
San Juan   PR  00918-1767

RECEIVED & FILED
2019 APR 10 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                             :

THE FINANCIAL OVERSIGHT AND              :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :      Title III

      as representative of                        :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :      (Jointly Administered)

      Debtors.                                   :

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Ernesto Padilla* | *William Cancel Sepulved.* |
| Participant Name | Firm Name (if applicable) |
| | *William Cancel Sepulved,* |
| Contact Person (if Participant is not an individual) | Contact Person |
| | *cancelwic@gmail.com* |
| Email Address | Email Address |

Address line 1

*PO Box 1746*

Address line 2

*Mayaguez P.R. 00681*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__×__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514202    74514ZX8
74514Z2W0    74514Z223

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
Signature

*ERNESTO PADILLA*

Print Name

_____

Title (if Participant is not an Individual)

*3/28/19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

ERNESTO PADILLA
P.O. BOX 535
Cabo Rojo, P.R. 00623



**CERTIFIED MAIL**

7019 0140 0000 9721 2113







U.S. POSTAGE PAID
CABO ROJO, PR
00623
APR 09, 19
AMOUNT
$6.85
R2305K136576-11

The Clerk of the United Sates District Court
for the District of P.R.
Room 150 Federal Building
150 Carlos Chardon Avenue, San Juan, P.R.
00918-1767

00918$330S  C006

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

</div>

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
          as representative of                  :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
          Debtors.                              :
------------------------------------------------X
```

<div align="center">

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

</div>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Wanda M Conde Silva* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Wandamconde @ outlook.com* | |
| Email Address | Email Address |

Address line 1

_SJ6 Plaza Molienda_

Address line 1

Address line 2

_Hacienda San Jose_

Address line 2

City, State Zip Code

_Caguas PR 00727_

City, State Zip Code

Country _USA_

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

    ✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _745 235 M57_

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Wanda M. Conde Silva_
Signature

_Wanda M. Conde Silva_
Print Name


Title (if Participant is not an Individual)

_April 2, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Wanda Conde
PO Box 1743
Caguas PR 00726

RECEIVED & FILED
2019 APR 10 PM 4: 32
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
09 APR 2019 PM 1 L


love
FOREVER·USA

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardón Avenue
San Juan Puerto Rico 00918-1767

00918$1706

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16. 2019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

     Debtors.

----------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below.

Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Sam Allison
Participant Name

Contact Person (if Participant is not an individual)

sallison41@ymail.com
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

_8298 Cypress Dr. N_

Address line 2

_Fort Myers, Fl 33967_

City, State, Zip Code

_USA_

Country

| Address line 1 |
| --- |
| Address line 2 |
| City, State, Zip Code |
| Country |

4. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

5. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, complete the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LB89_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on a secondary market? **YES** or NO (please **circle one**).

By: _____
Signature

Print Name:

_Sam Allison_

_03/28/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

Sam Allison
8298 Cypress Dr N
Fort Myers FL  33967

FT MYERS FL 339

02 APR 2019 PM 4 L



RECEIVED & FILED
2019 APR 10  PM 4: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
For the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

SRF 30944
**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X
                               :

In re:                         :

THE FINANCIAL OVERSIGHT AND     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :     Title III

      as representative of      :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,* :     (Jointly Administered)

      Debtors.           :
-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

PAUL HERBERT
_____       _____
Participant Name                      Firm Name (if applicable)

_____       _____
Contact Person (if Participant is not an individual)    Contact Person

paulherbert2049@gmail.com
_____       _____
Email Address                       Email Address

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60 DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

6516 Wynwright Dr.
_____
Address line 1

_____
Address line 2

Dublin, Ohio 43016
_____
City, State Zip Code

USA
_____
Country

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          X    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

          (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                 74514LB89

          (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Paul Herbert_____
     Signature

    PAUL HERBERT_____
    Print Name

    _____
    Title (if Participant is not an Individual)

    4-4-19_____
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Paul Herbert**
6516 Wynwright Dr.
Dublin, OH  43016-8259

RECEIVED & FILED
2019 APR 10  PM 4: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of The United States, District
Court For Puerto Rico

Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767





FILED
2019 APR 10 PM 4:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PS00001000064

EP14H July 2013
OD: 10 x 5

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PICKUP AVAILABLE
INSURANCE INCLUDED*
USPS TRACKING™ INCLUDED*
DATE OF DELIVERY SPECIFIED*
* Domestic only

PRIORITY® ★ MAIL ★

9505 5154 3091 9096 4216 91

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale.

PRIORITY® MAIL

PRESS FIRMLY TO SEAL

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

United States Postal Service®

VISIT US AT USPS.COM®
Label 106A, Nov 2018

INSURED
★ ★ ★
TRACKED*

* Domestic only.

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

U.S. POSTAGE PAID

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III

as representative of : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)

Debtors. :

-------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Anthony Michael Muscolino III | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| MMuscolino@tpg.com | |
| Email Address | Email Address |

SRF 31030

| | |
|---|---|
| Address line 1 | Address line 1 |
| 1052 Ashford Ave, Apt 1002 · | |
| Address line 2 | Address line 2 |
| San Juan, PR 00907 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    \_\_X\_\_\_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        CUSIP: 74514LE86

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _____
  Signature

  Anthony Michael Muscolino III
  Print Name

_____
  Title (if Participant is not an Individual)

  4. 5 . 19
  Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

This envelope is made from post-consumer waste. Please recycle - again.

**PRIORITY**
★ MAIL ★



FOR UPS SHIPPING ONLY

**UNITED STATES POSTAL SERVICE ®**

**Click-N-Ship®**

**P**

PRIORITY MAIL 3-DAY™

usps.com™
$7.35
US POSTAGE
Flat Rate Env
04/05/2019
Mailed from 10004   0825000001301

9405 5036 9930 0469 3692 04 0073 5000 0070 0918

EVA QUINTANO
AJ WEALTH
30 BROAD ST FL 29
NEW YORK NY 10004-2916

Expected Delivery Date: 04/08/19

**0006**

**Carrier -- Leave if No Response**   **C018**

SHIP
TO:  THE CLERK OF THE US DISTRICT COURT OF PUERTO
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

USPS TRACKING #

9405 5036 9930 0469 3692 04

Electronic Rate Approved #038555749

RECEIVED & FILED
2019 APR 10 PM 4:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

WHEN USE...
A CUST...
LABEL N...

P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STAT...
POSTAL SERVI...**

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

</div>

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
        as representative of                     :    Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :    (Jointly Administered)
                                                 :
        Debtors.                                 :
-------------------------------------------------X
```

<div align="center">

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

</div>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Ruperto J. Robles a Ana Belén Frias* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *anayRuperto @gmail.com* | |
| Email Address | Email Address |
| | |

Address line 1

_P.O. Box 363973_

Address line 2

_San Juan, PR 00436-3973_

City, State Zip Code

_PR USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514  LZV2_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _Ana Belén Trias de Robles_

Signature

_Ana Belén Trias de Robles_

Print Name

_____

Title (if Participant is not an Individual)

_April 9th, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
------------------------------------------------------------X
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

            as representative of                  ***AFFIDAVIT OF SERVICE BY E MAIL***

THE  COMMONWEALTH OF PUERTO RICO, *et al*

                                          ***Case No.: 17-BK-3283 (LTS)***

            Debtors.
------------------------------------------------------------X
STATE OF NEW YORK)
           ss.:
COUNTY OF SUFFOLK)

       I, SARI TESSITORE being sworn, say:  I am not a party to the action, am over 18 years of age and reside at East Islip, New York  on April 8, 2019

I served the within documents:

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATIONS BONDS.

by ***emailing*** a true copy thereof, addressed to each of the following persons at the last known email address set forth after each name:

**Brown Rudnick LLP**
Attn: Edward S. Weisfelner, Esq.
Attn: Angela M. Papalaskaris, Esq.
7 Times Square
New York, New York 10036
*Via Email -* *eweisfelner@brownrudnick.com*
                *Apapalaskaris@brownrudnick.com*

Stephen A. Best, Esq.
602 Thirteenth Street NW - Suite 600
Washington, DC 20005
*Via Email -* *sbest@brownrudnick.com*

Sunni P. Beville, Esq.
One Financial Center
Boston, MA 02111
*Via Email -* *sbeville@brownrudnick.com*

**Estrella LLC**
Attn: Alberto Estrella, Esq.
       Kenneth C. Suria, Esq.
PO Box 9023596
San Juan, Puerto Rico 00902-3596
*Via Email - agestrella@estrellalllc.com*
              *agestrella@estrellallc.com*
              *Ksuria@estrellallc.com*

**Paul Hastings LLP**
Attn: Luc A. Despins, Esq.
       James R. Bliss, Esq.
       Nicholas A. Bassett, Esq.
200 Park Avenue
*Via Email - lucdespins@paulhastings.com*
              *Jamesbliss@paulhastings.com*
              *nicholasbassett@paulhastings.com*

**Casillas, Santiago & Torres LLC**
Attn: Juan J. Casillas Ayala, Esq.
       Diana M. Batlle-Barasorda, Esq.
       Alberto J.E. Aneses Negron, Esq.
       Ericka C. Montull-Novoa, Esq.
El Caribe Office Building
53 Palmeras Street - Suite 1601
San Juan, Puerto Rico 00901-2419
*Via Email - jcasillas@cstlawpr.com*
              *dbatlle@cstlawpr.com*
              *aaneses@cstlawpr.com*
              *emontull@cstlawpr.com*

SARI TESSITORE

Sworn to before me this
8th day of April, 2019

Notary Public

ROSEMARIE MIGLIARA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
NO. 01MI6209540
MY COMM. EXP. JULY 27, 2021

**emely Urgent**

This envelope is for use with the following services:

**UPS Next Day Air®**
UPS Worldwide Express™
**UPS 2nd Day Air®**

ps.com® or call **1-800-PICK-UPS®** (1-800-742-5877)
edule a pickup or find a drop off location near you.

Apply shipping documents on this side.

Do not use this envelope for:

https://www.ups.com/uis/create?ActionOriginPair=default_PrintWindowPageKey=label...  4/8/2019

RECEIVED & FILED
2019 APR 10 PM 1: 30
CLERK'S OFFICE
U.S. DIST. COURT

BILLING: P/P
DESC: documents

Reference#1: Gagliardo:cto bonds

EDI-DOC

TRACKING #: 1Z RV3 292 01 9775 9175

**UPS NEXT DAY AIR**

**PRI 008 9-25**

1

SHIP TO:
AHERN & AHER N,
431-269-9500
DENIS P. AHERN ESQ.
1 MAIN STREET
LINDS P Y 1K, NY 11754
UNITED STATES

DISTRICT OF PUERTO RICO
431-269-9500
UNITED STATES DISTRICT COURT
150 CARLOS CHARDON AVENUE
ROOM 150 FEDERAL BUILDING
SAN JUAN  00918-1767
PUERTO RICO

0.0 LBS    LTR

SHP #: RV3

ODC   HVS
CCR   LVS
      DOC
      NDOC
ORIGIN PORT CODE
D/A ID
010468002

Serving you for more than 100 years
United Parcel Service.

visit ups.com for details

UPS   UPS   UPS

Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or on on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195101  4/14  PAC  United Parcel Service

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
          as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :   (Jointly Administered)
                                                  :
          Debtors.                                :
--------------------------------------------------X
```

*RECEIVED & FILED 2019 APR 10 PM 1: 29 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>

Lotte Gagliardotto
Participant Name

Contact Person (if Participant is not an individual)

Email Address

<u>**Counsel Contact Information (if any)**</u>

Ahern & Ahern
Firm Name (if applicable)

Dennis P. Ahern Esq.
Contact Person

Dennis @ Ahern-Ahern. com
Email Address

Address line 1

_11 Country Oaks Drive_

Address line 2

_Kings Park NY 11754_

City, State Zip Code

_USA_

Country

Address line 1

_one Main Street_

Address line 2

_Kings Park NY11754_

City, State Zip Code

_USA_

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_2012 Bonds — (20,000) Series A bonds Cusip 74514L-D2-0._

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Lotte Gagliardotto_

Signature

_Lotte Gagliardotto_

Print Name

_____

Title (if Participant is not an Individual)

_4/2/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

*Ahern & Ahern*

ATTORNEYS & COUNSELORS AT LAW, PLLC
ONE MAIN STREET
KINGS PARK, NEW YORK 11754
(631) 269-9500

WILLIAM F. AHERN, JR. (1931 - 2010)                                    FAX (631) 269-9561
DENNIS P. AHERN *

*ADMITTED IN MASS.                             April 8, 2019

*__Via UPS Overnight Mail__*
The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

                    RE: The Financial Oversight and Management Board for Puerto Rico
                         As representative of The Commonwealth of Puerto Rico, et al
                         *Case No.: 17-BK-3283 (LTS)*
                         *Participant - Lotte Gagliardotto*

Dear Sir/Madam:

        Enclosed for filing please find Notice of Participation in Omnibus Objection to Claims
Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds in regard to
the above referenced matter.

        Also enclosed is original Affidavit of Service of Notice of Participation in Omnibus
Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation
Bonds upon "Notice Parties" in regard to this matter.

        Thank you.                              Very truly yours



                                                DENNIS P. AHERN

DPA/st
Encl.
cc: **Brown Rudnick LLP**
    Attn: Edward S. Weisfelner, Esq.
    Attn: Angela M. Papalaskaris, Esq.
    7 Times Square
    New York, New York 10036
    *__Via Email - eweisfelner@brownrudnick.com__*
                  *__Apapalaskaris@brownrudnick.com__*

cc: Stephen A. Best, Esq.
   602 Thirteenth Street NW - Suite 600
   Washington, DC 20005
   ***Via Email - sbest@brownrudnick.com***

cc: Sunni P. Beville, Esq.
   One Financial Center
   Boston, MA 02111
   ***Via Email - sbeville@brownrudnick.com***

cc: **Estrella LLC**
   Attn: Alberto Estrella, Esq.
      Kenneth C. Suria, Esq.
   PO Box 9023596
   San Juan, Puerto Rico 00902-3596
   ***Via Email - agestrella@estrellallallc.com***
        ***agesstrella@estrellallc.com***
        ***Ksuria@estrellallc.com***

cc: **Paul Hastings LLP**
   Attn: Luc A. Despins, Esq.
      James R. Bliss, Esq.
      Nicholas A. Bassett, Esq.
   200 Park Avenue
   ***Via Email - lucdespins@paulhastings.com***
        ***Jamesbliss@paulhastings.com***
        ***nicholasbassett@paulhastings.com***

cc: **Casillas, Santiago & Torres LLC**
   Attn: Juan J. Casillas Ayala, Esq.
      Diana M. Batlle-Barasorda, Esq.
      Alberto J.E. Aneses Negron, Esq.
      Ericka C. Montull-Novoa, Esq.
   El Caribe Office Building
   53 Palmeras Street - Suite 1601
   San Juan, Puerto Rico 00901-2419
   ***Via Email - jcasillas@cstlawpr.com***
        ***dbatlle@cstlawpr.com***
        ***aaneses@cstlawpr.com***
        ***emontull@cstlawpr.com***



United Parcel Service

UPS PAC

Serving you for more than 100 years
United Parcel Service.

Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

sdn  sdn  sdn

010460002

ODC   CCR   DOC   DI AID
LVS   NDOC
HVS   ORIGIN PORT CODE

0.0 LBS   LTR   SHP WT: RV3X

AHERN & AHERN,
631-269-9500
DENNIS P. AHERN ESQ.
1 MAIN STREET
KINGS PARK NY 11754
UNITED STATES

SHIP TO:
DISTRICT OF PUERTO RICO
631-269-9500
UNITED STATES DISTRICT COURT
150 CARLOS CHARDON AVENUE
ROOM 150 - FEDERAL BUILDING
SAN JUAN 00918-1767
PUERTO RICO

PRI 008 9-25

1

UPS NEXT DAY AIR
TRACKING #: 1Z RV3 292 01 9775 9175

EDI-DOC

EDI-DOC

BILLING: P/P
DESC: documents

Reference#1: 3agliardotto bonds

WEDNESDAY 09:00 04/10/2019

RECEIVED & FILED
2019 APR 10 PM 1:30
CLERK'S OFFICE

https://www.ups.com/uis/create?ActionOriginPair=default___PrintWindowPage&key=label...   4/8/2019

Apply shipping documents on this side.

Expedite

Envelope

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express™
UPS 2nd Day Air®

Extremely Urgent

chedule a pickup or find a drop off location near you.
ups.com® or call 1-800-PICK-UPS® (1-800-742-5877)

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

*Amended*

-------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III

     as representative of            :      Case No. 17-BK-3283 (LTS)

                                            :      (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :

     Debtors.                       :

-------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| LEOpold MONTANARO | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| LMonta 8851 @ AoL .Com | |
| Email Address | Email Address |

GRF 31030

Address line 1

_2033 Isla Vista La._
Address line 2

_Naples FL. 34105_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _✓_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _74514 LA 49_
    _74514 LA 56_
    _74514 LA 80_

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _____
    Signature

_Leopold Montanaro_
Print Name

_____
Title (if Participant is not an Individual)

_3/25/19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Mr. Leopold L. Montanaro**
2033 Isla Vista Ln.
Naples, FL 34105

TAMPA FL 335
SAINT PETERSBURG FL
06 APR 2019 PM 3 L

USA FOREVER

The Clerk of the United States District Court of Puerto Rico
Room 150
Federal Building  150 Carlos Chardon Ave
San Juan  P.R. 00918-1767

RECEIVED & FILED
2019 APR 10 PM 4: 32
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

00918$9999