UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING SECOND URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES

        The Court has received and reviewed the *Second Urgent Consented Motion for Extension of Deadlines* (Docket Entry No. 6188 in Case No. 17-3283, the "Motion") filed by the Commonwealth of Puerto Rico. The Motion is granted to the extent provided herein. Opposition papers to the *Urgent Motion for Partial Relief from Automatic Stay* (Docket Entry No. 5699 in Case No. 17-3283, the "Lift Stay Motion") must be filed by **April 24, 2019 at 5:00 p.m. (Atlantic Standard Time)**. Reply papers to the Lift Stay Motion must be filed by **May 1, 2019 at 5:00 p.m. (Atlantic Standard Time)**. This Order resolves Docket Entry No. 6188 in Case No. 17-3283.

        SO ORDERED.

Dated: April 12, 2019

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).