UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3267-LTS<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW**, Jennifer L. Malin, (hereinafter the "Applicant") and respectfully states and requests as follows:

1. The Applicant is an attorney and member of the law firm of Winston & Strawn LLP, with offices at 200 Park Avenue, New York, NY 10166.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The Applicant makes the instant request to appear *pro hac vice* on behalf of Winston & Strawn LLP, retained by Bank of America, N.A. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

3. The Applicant will sign all pleadings with the name Carrie V. Hardman.

4. Applicant's contact information is as follows:

    **Name:** Jennifer L. Malin

    **Email:** JMalin@winston.com

    **Telephone:** (212) 294-6622

    **Fax:** (212) 294-4700

5. Since April, 1998, the Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where the Applicant regularly practices law. The Applicant's bar license number is 2937472.

6. The Applicant has been admitted to practice before the following courts: the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York.

7. The Applicant is a member in good standing of the bars of the courts listed in paragraphs 5 and 6.

8. The Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. The Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, the Applicant has not filed an application for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with the Applicant in this matter is as follows:

| | |
|---|---|
| **Name:** | Enrique G. Figueroa-Llinás |
| **Firm:** | Bobonis, Bobonis & Rodriguez Poventud |
| **USDC-PR Bar No.** | 201709 |
| **Address:** | 129 de Diego Ave.<br>San Juan, Puerto Rico 00911-1927 |
| **Email:** | efl@bobonislaw.com |
| **Telephone:** | (787) 725-7941 |
| **Fax:** | (787) 725-4245 |

12. Applicant has read the local rules of this Court and will comply with same.

13. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, the Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: New York, New York
April 12, 2019

_____
Jennifer L. Malin

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date:  San Juan, Puerto Rico
       April 12, 2019

/s/ *Enrique G. Figueroa-Llinás*
_____
Enrique G. Figueroa-Llinás
USDC-PR Bar No. 201709

I HEREBY CERTIFY, that on April 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record and sent the original to the Clerk of the Court accompanied by a $300 *pro hac vice* admission fee.

Date:  San Juan, Puerto Rico
       April 12, 2019

/s/ *Enrique G. Figueroa-Llinás*
_____
Enrique G. Figueroa-Llinás
USDC-PR Bar No. 201709

_____
Jennifer L. Malin

- 4 -

## ORDER

The Court, having considered the above Application for Admission *pro hac vice*, orders that:

☐     the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐     the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of April, 2019.

_____

**U.S. DISTRICT JUDGE**