# Exhibit C

**Dalsen, William D.**

| | |
|---|---|
| **From:** | Papez, Matthew E. <mpapez@jonesday.com> |
| **Sent:** | Thursday, April 11, 2019 12:14 PM |
| **To:** | Dalsen, William D.; mpocha@omm.com |
| **Cc:** | Rosenblum, Benjamin; Perez, Isel M.; afernandez@delgadofernandez.com; jzakia@whitecase.com; Martin, Moneyede; alavergne@sanpir.com; Dale, Margaret A.; Mazurek, Carl A.; Rosen, Brian S.; Levitan, Jeffrey W.; Possinger, Paul V.; mpocha@omm.com; pfriedman@omm.com; Sushon, Bill; McKeen (External), Elizabeth; Neve, Brett M.; 'Bassett, Nicholas'; alexbongartz@paulhastings.com; lucdespins@paulhastings.com; csteege@jenner.com; Stewart, Geoffrey S.; Sooknanan, Sparkle L.; csloane@whitecase.com |
| **Subject:** | Meet & Confer - In re Commonwealth of Puerto Rico, et al., Case No. 17-3283 (LTS) // In re Employees Retirement System of Gov't of Commonwealth of Puerto Rico, Case No. 17-3566 (LTS) |

Madhu and Will,
We intend to file an urgent motion requesting a telephonic hearing with Judge Dein, to take place tomorrow at whatever time Judge Dein is available.

In advance of our filing, please let us know if you are available for a meet & confer this afternoon, between 4-6pm (Eastern). We expect the meet & confer will take approximately 30 minutes. The topics we wish to discuss are:

- FOMB's failure to produce documents by April 10
- Status and timing of any further document productions by AAFAF, ERS, and the Commonwealth
- The April 10 privilege log produced on behalf of AAFAF, ERS, and the Commonwealth last night
- The 30(b)(6) notices the Debtors have issued to Andalusian, Mason Capital, and the Puerto Rico Funds

We will send call-in information once you confirm a time.
Thanks,
Matt


Matthew E. Papez (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Office: +1.202.879.3881
Mobile: +1 202.607.3111
mpapez@jonesday.com


***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

1