UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 1 OF 2)

The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 1 of 2)
April 11, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Carlos L. Suarez
2. Edward C. Gibney and Lorraine P. Gibney
3. Bernard M. Weintraub Decedent Trust
4. Black Diamond Credit Strategies Master Fund, Ltd.
5. Stone Lion Portfolio L.P.
6. Gregory A. Hanley and Sarah Hanley
7. Robin Mintz
8. Dorothy L. Carstens Fam T FBO Barbara L. Farrow
9. Shirley E. Snitzer Rev Trust
10. Irene Randazzo
11. Gaylord S. Kent (Amended)
12. Eleanor T. Spengler
13. Michael C. Harris
14. Alan Paplham and Marlene Paplham
15. Michael G. Simon
16. Rhoderick Harrison
17. Barbara E. Ross
18. Thomas Holtmeyer
19. Jeffrey M. Hesse
20. Patricia A. Peery and Roy L. Peery
21. Larry Harrenstein and Julie Harrenstein

Pro Se Notices of Participation Received by the Court
(Part 1 of 2)
April 11, 2019

22. Helen Paders Berkson Revocable Trust

23. Melvin Ramos Biaggi

24. Lawrence Szostak

25. Lawrence Szostak and Lillian Szostak

26. Wilson Rivera Ortiz

27. Humberto Aleman

28. Edward F. Schultz, Jr.

29. David De Sutter

30. The Harold Berkson By Pass Trust


Dated: April 11, 2019

3