**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 11  PM 4: 33

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------X

In re:                                                :

THE FINANCIAL OVERSIGHT AND         :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :       Title III
                                                      :
          as representative of                  :       Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :       (Jointly Administered)
                                                      :
          Debtors.                               :
-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

DR. CARLOS L. SUAREZ
_____                     _____
Participant Name                                         Firm Name (if applicable)

_____                     _____
Contact Person (if Participant is not an individual)     Contact Person

CARLOSL.SUAREZ@GMAIL.COM
_____                     _____
Email Address                                            Email Address

_____                     _____

Address line 1

_Urb. Milmille_

Address line 2

_Payul st. 162_

City, State Zip Code

_San Juan, PR 00926-5125_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _74514LB48_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

    Signature

_Dr. Carlos L. Suning_

Print Name

_____

Title (if Participant is not an Individual)

_March 18, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

CARDONA JIMENEZ LAW OFFICE
PO BOX 9023593
SAN JUAN PR  00902-3593



Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan PR, 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :    Title III
                                                                :
      as representative of                                      :    Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :    (Jointly Administered)
                                                                :
      Debtors.                                                 :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *EDWARD C GIBNEY LORRAINE P GIBNEY* | |
| Participant Name *JT TEN/ WROS* | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

Address line 1                               Address line 1

*30 WOODLAND AVE*
_____      _____
Address line 2                               Address line 2

*HAWTHORNE NJ 07506*
_____      _____
City, State Zip Code                          City, State Zip Code

*USA*
_____      _____
Country                                      Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

               *74514 LA 49*

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____ *Lorraine P. Gibney*
Signature

*EDWARD C GIBNEY   LORRAINE P GIBNEY*
_____
Print Name

_____
Title (if Participant is not an Individual)

*4-8-2019*
_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mr. & Mrs. Edward Gibney
30 Woodland Ave.
Hawthorne, NJ 07506-3034

DV DANIELS NJ 070

08 APR 2019 PM 1 L

RECEIVED & FILED
2019 APR 11 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X
:
In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                       :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,          :        Title III
                                                                :
          as representative of                          :        Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)
                                                                :
          Debtors.                                         :
-----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

BERNARD M. WEINTRAUB DECEDENT TRUST          _____
Participant Name                                         Firm Name (if applicable)

JUDY HARRIS, TRUSTEE                                  _____
Contact Person (if Participant is not an individual)   Contact Person

r.galofaro@musickpeeler.com                          _____
Email Address                                           Email Address
c/o RICHARD A. GALOFARO
624 S. Grand Ave., Suite 2000
Los Angeles, CA  90017                                _____

Location, Street Address

City, State Zip Code         City, State Zip Code

U.S.A.                                       _____
Country                                        Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

           _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

           __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

           (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                    CUSIP 745145HN5

           (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

                                   UNKNOWN

By: _____
     Signature

     JUDY HARRIS_____
     Print Name

     TRUSTEE_____
     Title (if Participant is not an Individual)

     4/5/2019_____
     Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



ORIGIN ID:JBPA          (213) 629-7938
FELICIA HERBSTREITH

624 S. GRAND AVENUE
SUITE 2000
LOS ANGELES, CA 90017 US
SIGN: FELICIA HERBSTREITH

SHIP DATE: 09APR19
ACTWGT: 0.20 LB
CAD: 109170281/INET4100

BILL SENDER
NO EEI 30.37(a)

TO DISTRICT OF PUERTO
CLERK OF THE U.S. DISTRICT CRT
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918
(213) 629-7938          REF 96253.001-PUERTO RICO FILING
INV:                    DEPT.
PO:

(US)

**FedEx**
Express

THU - 11 APR A5
INTL ** 2DAY **

TRK# 7749 2518 2940
0430

ASF
00918
SJU

**SH SIGA**                PR-US

B
2940
00  11Apr
1700
713

RECEIVED & FILED
2019 APR 11  PM 4: 07

4/9/2019

Case:17-03283-LTS Doc#:6211-1 Filed:04/11/19 Entered:04/12/19 15:03:46 Desc:
Pro Se Notices of Participation Page 10 of 90
Case:17-03283-LTS Doc#:5573-3 Filed:03/01/19 Entered:02/19/19 14:28:10 Desc:
Exhibit 3- Notice of Participation Page 2 of 3

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [insert date that is 60 days after entry of order granting Procedures Motion] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Black Diamond Credit Strategies Master Fund, Ltd. | |
| By: Black Diamond Credit Strategies Fund Adviser, L.L.C., | Firm Name (if applicable) |
| Its Investment Manager | |
| | Contact Person |
| Contact Person | |
| Name: Rich Ehrlich | Email Address |
| Title: Managing Director | |
| | |
| Email: rehrlich@bdcm.com | |

Case:17-03283-LTS Doc#:6211-1 Filed:04/11/19 Entered:04/12/19 15:03:46 Desc:
Pro Se Notices of Participation Page 11 of 90
Case:17-03283-LTS Doc#: Filed: Entered:02/19/19 14:28:10 Desc:
Exhibit 3- Notice of Participation Page 3 of 3

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60 DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

Black Diamond Capital Management, L.L.C.

| | |
|---|---|
| Address line 1 | Address line 1 |
| One Sound Shore Drive, Suite 200 | |
| Address line 2 | Address line 2 |
| Greenwich, CT 06830 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   **X**    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LE86

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
       Signature
       Name: Stephen H. Deckoff
       Title: Managing Principal

       Black Diamond Credit Strategies Master Fund, Ltd.
       By: Black Diamond Credit Strategies Fund Adviser, L.L.C.,
       Its Investment Manager

       Date  April 10, 2019

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**FedEx Express** ®

SHIP DATE: 10APR19
ACTWGT: 0.25 LB
CAD: 105440666/INET4100

ORIGIN ID:STTA      3407772950
SHANNA HAZZARD
BLACK DIAMOND HOLDINGS LLLP
5330 YACHT HAVEN GRANDE
SUITE 100, BOX #35
ST. THOMAS, 00802
U.S. VIRGIN ISLANDS VI

BILL SENDER
NO EEI 30.2(d) 2)

TO THE CLERK OF THE US DISTRICT COURT
THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918              (US)

(787) 772-3000          REF: BD CREDIT STRATEGIES MASTER FU
INV:                    DEPT:
PO:

Extremely Urgent

**FedEx** Express

TRK# 7749 3786 4175
0430

5S SIGA

INTL PRIO

00918
PR-US   SJU

**713** B
RT   1400   4175
00   11Apr
FZ

A5
INTL PRIORITY

00918
PR-US
SJU

786 4175

GA

RECEIVED &
2019 APR 11   PM 4:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

◀ Insert shipping
document here.

10APR19 STTA 553C1/D7E5/0C8A

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------------------------X
                                             :
In re:                                       :
                                             :
THE FINANCIAL OVERSIGHT AND                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :    Title III
                                             :
        as representative of                 :    Case No. 17-BK-3283 (LTS)
                                             :
THE COMMONWEALTH OF PUERTO RICO et al.,      :    (Jointly Administered)
                                             :
        Debtors.                             :
----------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| StoneLion Portfolio LP. | |
| Participant Name | Firm Name (if applicable) |
| Greg Hanley | |
| Contact Person (if Participant is not an individual) | Contact Person |
| operations@stonelionlp.com | |
| Email Address | Email Address |
| | |

Address line 1

*PO Box 4569*

Address line 2

*NY NY 10163*

City, State Zip Code

*United States*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LC21    74514LA56    74514LC96    74514LA64    74514LC62    74514LC88    74514LB55

74514LA49    74514LC70    74514LB97    74514LB22    74514LE86    74514LA80    74514LB48

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
       Signature

_____
       Gregory Hanley
Print Name   Managing Principal

_____
Title (if Participant is not an Individual)

*4/9/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Insert shipping
document here.

**Extremely Urgent**

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:OGSA        (212) 843-1243
BRIAN WOOD
STONE LION CAPITAL PARTNERS LP
622 THIRD AVENUE
6TH FLOOR
NEW YORK CITY, NY 10017 US
SIGN: BRIAN WOOD

SHIP DATE: 10APR19
ACTWGT: 0.50 LB
CAD: 101995242/INET4100

BILL SENDER
NO EEI 30.37(a)

TO **THE CLERK OF THE US DISTRICT COURT**
**DISTRICT OF PUERTO RICO**
**150 CARLOS CHARDON AVENUE**
**FEDERAL BUILDING ROOM 150**
**SAN JUAN PR 00918**
(212) 843-1243            REF:
INV:
PO:                         DEPT:

**(US)**



FedEx
Express

**E**



TRK#   **7749** **592 5442**
0430

**THU - 11 APR A5**
**INTL PRIORITY**

# XQ SIGA

**00918**
PR-US   **SJU**



2019 APR 11  PM 4: 06

RECEIVED & FILED





4/9/2019

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
          as representative of                :    Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :    (Jointly Administered)
                                              :
          Debtors.                            :
------------------------------------------------------------------X
```

RECEIVED & FILED
2019 APR 11 PM 4: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Gregory A. Hanley & Sarah Hanley
Participant Name

Gregory A. Hanley
Contact Person (if Participant is not an individual)

greghanley@aol.
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

315 OCEAN DR. WEST

Address line 2

Stamford CT 06902

City, State Zip Code

U.S.A.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant: 74514LA31 , 74514LA49, 74514LA56, 74514LA80 74514LA98, 74514LB55 74514LB97, 74514LC88

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the 74514LC96 secondary market? (**YES** or **NO** (please **circle one**).

By: _____
    Signature

Gregory A. Hanley

Print Name

_____

Title (if Participant is not an Individual)

April 9, 2019

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Insert shipping
document here.

ORIGIN ID:OGSA        (212) 843-1243
BRIAN WOOD
STONE LION CAPITAL PARTNERS LP
622 THIRD AVENUE
6TH FLOOR
NEW YORK CITY, NY 10017 US
SIGN: BRIAN WOOD

SHIP DATE: 10APR19
ACTWGT: 0.50 LB
CAD: 101995242/INET4100

BILL SENDER
NO EEI 30.37(a)

TO THE CLERK OF THE US DISTRICT COURT
DISTRICT OF PUERTO RICO
150 CARLOS CHARDON AVENUE
FEDERAL BUILDING ROOM 150
SAN JUAN PR 00918                    (US)
(212) 843-1243        REF:
INV:
PO:                        DEPT:

**FedEx**
Express

**E**

TRK# 7749 2592 5442
0430

THU - 11 APR A5
INTL PRIORITY

XQ SIGA

00918
PR-US   SJU





2019 APR 11  PM 4:06

RECEIVED & FILED

FedEx Ship Manager - Print Your Label(s)

4/9/2019

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X
                                 :

In re:                            :

                                :

THE FINANCIAL OVERSIGHT AND   :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, :     Title III

                                :

      as representative of        :     Case No. 17-BK-3283 (LTS)

                                :

THE COMMONWEALTH OF PUERTO RICO *et al.,* :     (Jointly Administered)

                                :

      Debtors.                    :
---------------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

       This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Robin Mintz*

Participant Name

*Alan Mintz*

Contact Person (if Participant is not an individual)

*mint410@verizon.net*

Email Address

**Counsel Contact Information (if any)**

*N/A*

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

53 Farmstead Rd

Address line 2

Short Hills NJ 07078

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514LA36
   74514LA49

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: _Robin L Mintz_____
   Signature

_Robin L Mintz_____
Print Name

_____
Title (if Participant is not an Individual)

_4/9/19_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Insert shipping
document here.

ORIGIN ID:OGSA      (212) 843-1243
BRIAN WOOD
STONE LION CAPITAL PARTNERS LP
622 THIRD AVENUE
6TH FLOOR
NEW YORK CITY, NY 10017 US
SIGN: BRIAN WOOD

SHIP DATE: 10APR19
ACTWGT: 0.50 LB
CAD: 101995242/INET4100

BILL SENDER
NO EEI 30.37(a)

TO **THE CLERK OF THE US DISTRICT COURT**
**DISTRICT OF PUERTO RICO**
**150 CARLOS CHARDON AVENUE**
**FEDERAL BUILDING ROOM 150**
**SAN JUAN PR 00918**
(212) 843-1243          REF:
**(US)**
INV:
PO:                          DEPT:



FedEx
Express

THU - 11 APR A5

TRK# **7749 2592 5442**        **INTL PRIORITY**
0430

**XQ SIGA**          **00918**
PR-US   **SJU**



2019 APR 11  PM 4:06

RECEIVED & FILED

4/9/2019

FedEx Ship Manager - Print Your Label(s)

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND                  :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :      Title III

           as representative of                        :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :      (Jointly Administered)

           Debtors.                                    :

----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Dorothy L Carstens Fam Tr FBO Barbara L Farrow VAD 11-10-93 | |
| Participant Name | Firm Name (if applicable) |
| Barbara L Farrow T T E E | |
| Contact Person (if Participant is not an individual) | Contact Person |
| B Pink Pig @ G Mail .com | |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:6211-1   Filed:04/11/19   Entered:04/12/19 15:03:46   Desc:
Pro Se Notices of Participation   Page 23 of 90

SRF 30944

Address line 1

*W10927 Blackhawk Trail*

Address line 2

*Fox Lake  Wi, 53933*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   X   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
         *74514 L-B8-9*

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Barbara L Farrow*

Signature

*Barbara L Farrow*

Print Name

*Trustee*

Title (if Participant is not an Individual)

*4-2-19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Mrs Barbara Farrow
W10927 Blackhawk Trl
Fox Lake, WI 53933-9508

MILWAUKEE WI 530

05 APR 2019 PM 3 L

RECEIVED & FILED
2019 APR 11  PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court for the
District of Puerto
Room 150   Federal Bldg.
150 Carlos Avenue
San Juan, PR 00918-1767

00918-297350

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

------------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| SHIRLEY E SNITZER Rev Trust | |
| Participant Name | Firm Name (if applicable) |
| Snitzer & Marjorie Thompson | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

*9 Country Aire*

Address line 2

*St. Louis, MO 63131*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      **X** intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

      (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *[signature] Thompson*

Signature

*Marjorie L. Thompson – Co-trustee & POA*

Print Name

_____

Title (if Participant is not an Individual)

*4/11/19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**O**PPENHEIMER

Oppenheimer & Co. Inc.
One North Brentwood Blvd.
Suite 600
St. Louis, MO 63105-3925

U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 63105
02 4W
0000336278 APR 08 2019   $ 001.15⁰

**FIRST CLASS MAIL**

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR 11 PM 5:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------X

In re:                                                                  :

THE FINANCIAL OVERSIGHT AND             :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :        Title III

             as representative of                             :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,     :        (Jointly Administered)

             Debtors.                                             :

------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| IRENE RANDAZZO | |
| Participant Name | Firm Name (if applicable) |
| IRENE RANDAZZO | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

SRF 31030

Address line 1

2360 HAMILTON ROAD

Address line 2

_____

City, State Zip Code

N. BELLMORE N.Y. 11710

Country   NASSAU

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        ___X___ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                74514L B 89

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    _____
    Print Name
    IRENE RANDAZZO

    _____
    Title (if Participant is not an Individual)
    APRIL 08 2019

    _____
    Date
    APRIL 08 2019

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**FROM:**
Irene Randazzo
2360 Hamilton Road
North Bellmore NY
11710

CERTIFIED MAIL

7018 2290 0002 2766 1308

U.S. POSTAGE PAID
NORTH BELLMORE ENV
11710
AMT 08_19
$7.30
R2304N118405-03

**TO:**
The Clerk of the U.S. District
court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
SAN JUAN PR
Rm 150        00918-1767

Clerk of the U.S.
District Court Puerto Rico
Room 150

**Bubble Mailer**
**6" x 10"**

Ready**P**ost.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

        Debtors.

-------------------------------------------------------------X

        PROMESA
        Title III

        Case No. 17-BK-3283 (LTS)

        (Jointly Administered)

*AMENDED*

RECEIVED & FILED
2019 APR 11 PM 5:11
CLERK'S OFFICE
U.S. DISTRICT COURT

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

GAYLORD S KENT
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

**Counsel Contact Information (if any)**

PINNACLE INV LLC
Firm Name (if applicable)

_____
Contact Person
ROBERT CUCULICH
Email Address

SYRACUSE NY, 13204

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

  _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
  74529 JKKO Sales tax 105,000   74514LD20 Pub Impt 50,000
  74514LB89 Pub Impt 25,000   74514LWR4 Pub Impt 45,000
  74529 JLN3 Sales tax 10,000   74519ODHA tran auth transferrd
  (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the   From Daughter
  secondary market? YES or (NO) (please **circle one**).

  74519ODH8 tran auth 15,000
  74519O UPI Hwy&Tran 25,000

By: _____
    Signature

GAYLORD S KENT
Print Name

GAYLORD
Title (if Participant is not an Individual)

7 APR.L 19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Mr. Gaylord S. Kent**
5503 Fortuna Pkwy.
Clay, NY 13041



SYRACUSE NY 130

08 APR 2019 PM 4 L

The Clerk of the United States District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.
2019 APR 11 PM 5:12
RECEIVED & FILED

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 11  PM 5: 12

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
---------------------------------------------------------X
                                             :
In re:                                       :
                                             :
THE FINANCIAL OVERSIGHT AND                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :   Title III
                                             :
         as representative of                :   Case No. 17-BK-3283 (LTS)
                                             :
THE COMMONWEALTH OF PUERTO RICO et al.,      :   (Jointly Administered)
                                             :
         Debtors.                            :
---------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Eleanor T. Spengler* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

1117 E. Norwood Ave.

Address line 2

Peoria, IL 61603

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

CUSIP: 74514L C 88

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Eleanor T. Spengler_
       Signature

ELEANOR  T. SPENGLER
Print Name

_____
Title (if Participant is not an Individual)

04 / 08 / 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Eleanor T. Spengler**
1117 E Norwood Blvd.
Peoria, IL 61603-1547



PEORIA IL 616

08 APR 2019 PM 2 L

RECEIVED & FILED
2019 APR 11 PM 5: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1706

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors. :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Michael C. Harris* | |
| Participant Name | Firm Name (if applicable) |
| *Beverly J. Harris* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *FAIR WARRIOR @ COX. Net* | |
| Email Address | Email Address |

Address line 1

37674. North Boulder View DRIVE
Address line 2

Scottsdale Ariz 85262
City, State Zip Code

U.S.A.
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 L D20

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please circle one).

By: *Michael C. Harris / Beverly J Harris*
Signature

Michael C. Harris
Beverly J Harris
Print Name

Title (if Participant is not an Individual)

4-5-2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Michael Harris
37674 N Boulder View Dr
Scottsdale, AZ 85262-3928
EVERY ANIMAL DESERVES A HOME

PHOENIX AZ 852
08 APR 2019 PM 1 L

USA
FOREVER

RECEIVED & FILED
2019 APR 11  PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Ave
San Juan, PR  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X
:
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND             :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :     Title III
                                                          :
         as representative of                       :     Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :     (Jointly Administered)
                                                          :
         Debtors.                                   :
------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *ALAN PAPLHAM* | |
| *MARLENE PAPLHAM* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| *alanp4507@gmail.com* | |
| Email Address | Email Address |

Address line 1                                    Address line 1

_2083 S. 107 ᵀᴴ STREET_
Address line 2                                    Address line 2

_WEST ALLIS, WI 53227_
City, State Zip Code                              City, State Zip Code

_U.S._
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _X_ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
               secondary market?  **YES** or **NO** (please **circle one**).

By: _Alan D Paplham_
    Signature

    _ALAN D. PAPLHAM_
    Print Name


    _____
    Title (if Participant is not an Individual)

    _3-25-19_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**ALAN D. PAPLHAM**

Mr. Alan Don Paplham
2083 S. 107th Street
~~wa~~, WI 53227

MILWAUKEE WI 530

08 APR 2019 PM 2 L



RECEIVED & FILED
2019 APR 11  PM 5: 14
CLERK'S OFFICE
U.S. DIST. CT. COURT
SAN JUAN PR

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE,
SAN JUAN, PR  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND            :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :          Title III
                                                         :
        as representative of                             :          Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :          (Jointly Administered)
                                                         :
        Debtors.                                         :
---------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| MICHAEL G SIMON | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| michael@simonholdingsinc.com | |
| Email Address | Email Address |
| | |

Address line 1                                    Address line 1
_11 CHRISTY DRIVE_
Address line 2                                    Address line 2
_WARREN, NJ  07059_
City, State Zip Code                              City, State Zip Code
_USA_
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _✓_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LA31  &  74514LJW8_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES** or **NO** (please **circle one**).

By: _____
Signature

_MICHAEL SIMON_
Print Name

_____
Title (if Participant is not an Individual)

_4/5/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

M. Simon
11 Christy Dr.
Warren, NJ 07059

DV DANIELS ND 070

08 APR 2019 PM 7 L



RECEIVED & FILED
2019 APR 11  PM 5: 14
CLERKS OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Federal Building - Room 150
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**   2019 APR 11   PM 5: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

----------------------------------------------------------------X
                                                                 :
In re:                                                           :
                                                                 :
THE FINANCIAL OVERSIGHT AND                                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :   Title III
                                                                 :
            as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                        :   (Jointly Administered)
                                                                 :
            Debtors.                                             :
----------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Rhoderick Harrison                                   _____
Participant Name                                     Firm Name (if applicable)

_____                          _____
Contact Person (if Participant is not an individual) Contact Person
rhod.harrison @ outlook.com                          _____
Email Address                                        Email Address

_____                          _____

SRF 30944

Address line 1                                    Address line 1

_9 Maplewood Road_

Address line 2                                    Address line 2

_Worcester, MA  01602_

City, State Zip Code                              City, State Zip Code

_USA_

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   _74514L C39,  74514L B48,  74514L B63_

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Rhoderick Harrison_
    Signature

_Rhoderick Harrison_
Print Name

_____
Title (if Participant is not an Individual)

_04/02/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Rhoderick Harrison
9 Maplewood Road
Worcester, MA 01602-2513

RECEIVED & FILED
2019 APR 11 PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R



BOSTON
MA 021
08 APR '19
PM 6

UNITED STATES
POSTAL SERVICE®

1000          00918

U.S. POSTAGE PAID
FCM LETTER
WORCESTER, MA
01613
APR 08 19
AMOUNT
$0.55
R2303S103354-09

Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 11 PM 5: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
        as representative of                     :    Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :    (Jointly Administered)
                                                 :
        Debtors.                                 :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Barbara E. Ross | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Bsofree13@gmail.com | |
| Email Address | Email Address |

Address line 1

_37 Needle Ln._

Address line 2

_Levittown, NY_ 11756 ~~X~~

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _74514LB89_

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Barbara E. Ross_

Signature

_Barbara E. Ross_

Print Name

_____

Title (if Participant is not an Individual)

_4-4-19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Ms. Barbara Ross
37 Needle Ln.
Levittown, NY 11756

MID-ISLAND NY 117

08 APR 2019 PM 3 L



FOREVER / USA

RECEIVED & FILED
2019 APR 11 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Clerk of U.S. District Court
for District of Puerto Rico
Room 150   Federal Bldg.
150 Carlos Chardon Ave.
P. R.   00918-1767

00918$1706 C018

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 11   PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND                                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                             :   Title III

       as representative of                                  :   Case No. 17-BK-3283 (LTS)

                                                              :

THE COMMONWEALTH OF PUERTO RICO *et al.*,                     :   (Jointly Administered)

       Debtors.                                              :

------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| *THOMAS HoLTmeyeR* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1

*103 Syosset Circle*

Address line 2

*Syosset N.Y. 11791*

City, State Zip Code

*U.S.A.*

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*# 40,000.⁰⁰ / 74514LB63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Thomas Holtmeyer*

Signature

*THOMAS HOLTMEYER*

Print Name

_____

Title (if Participant is not an Individual)

*4/8/19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Holtmeyer
103 Syosset Cir.
Syosset, NY 11791

The CLerk of The United States District Court For The District of Puerto Rico
Room 150 Federal Building
150 CARLOS CHARDON Ave.
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR 11  PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918$1706 C018

SRF 3096

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR 11 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :   Title III
                                                            :
          as representative of                              :   Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                   :   (Jointly Administered)
                                                            :
          Debtors.                                          :
------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Jeffrey M. Hesse | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| hjesse01@yahoo.com | |
| Email Address | Email Address |

Address line 1

4512 West Memphis St.

Address line 2

Broken Arrow, OK 74012

City, State Zip Code

USA

Country

---

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____X_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

_____intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Jeffrey M. Hesse_____
Signature

Jeffrey M. Hesse

Print Name


_____
Title (if Participant is not an Individual)

3-23-19

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Jeff Hesse**
4512 W Memphis St.
Broken Arrow, OK 74012-8864



TULSA OK 740

08 APR 2019 PM 3

RECEIVED & FILED
2019 APR 11 PM 5: 13
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR  00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 11 PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

```
--------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :    Title III
                                            :
         as representative of               :    Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :    (Jointly Administered)
                                            :
         Debtors.                           :
--------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Patricia A Peery & Roy L Peery* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1
*604 Walnut Street*
Address line 2
*Bowie TX 76230 4720*
City, State Zip Code
*USA*
Country

Address line 1

Address line 2

City, State Zip Code

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 L B 63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By *Patricia A. Peery &    Roy Peery*
Signature

*Patricia A. Peery & Roy L. Peery*
Print Name

_____
Title (if Participant is not an Individual)

*4.4.2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

604 Walnut St
Bowie TX 76230 4720

NORTH TEXAS TX P&DC
DALLAS TX 750
5 APR 2019  PM 10 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P                $ 000.80⁰
0003211975        APR 04 2019
MAILED FROM ZIP CODE 76201

RECEIVED & FILED
2019 APR 11  PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**The Clerk of the U S District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR  00918 1767**

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 11  PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :     Title III
                                                :
        as representative of                    :     Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :     (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| LARRY & JULIE HARRENSTEIN | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

Address line 1                                    Address line 1

__201 5TH STREET__                              _____
Address line 2                                    Address line 2

__GRUNDY CENTER, IA 50638__                     _____
City, State Zip Code                              City, State Zip Code

__USA__                                          _____
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LD20

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Larry Harrenstein*          *Julie Harrenstein*
    Signature

__LARRY HARRENSTEIN__         __JULIE HARRENSTEIN__
Print Name

_____
Title (if Participant is not an Individual)

__4-6-2019__
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

L & J HARRENSTEIN
201 5TH STREET
GRUNDY CENTER, IA 50638

WATERLOO IA 507

08 APR 2019 PM 3 7

RECEIVED & FILED
2019 APR 11  PM 5: 13
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918+1706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 11  PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------X

In re:                                                :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III
                                                      :
      as representative of                       :        Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :        (Jointly Administered)
                                                      :
      Debtors.                                      :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| HELEN PADERS BERKSON REVOCABLE TRUST | |
| Participant Name | Firm Name (if applicable) |
| HELEN PADERS BERKSON, TRUSTEE | |
| Contact Person (if Participant is not an individual) | Contact Person |
| hberkson1@aol.com | |
| Email Address | Email Address |

Address line 1

*12001 WHIPPOORWILL LANE*

Address line 2

*ROCKVILLE, MD 20852*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✔ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*CUSIP 74514L - XF 9*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Helen Padder Berkoo*

Signature

*HELEN PADDERS BERKOO*

Print Name

*TRUSTEE*

Title (if Participant is not an Individual)

*4/3/19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Helen Berkson
12001 Whippoorwill Ln.
Rockville, MD 20852

CAPITAL DISTRICT 200/009

08 APR 2019 PM 6 1

FOREVER / USA

RECEIVED & FILED
2019 APR 11 PM 5 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1706 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 11  PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND              :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III

                    as representative of                  :        Case No. 17-BK-3283 (LTS)

                                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)

                    Debtors.                                   :
-------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                **Counsel Contact Information (if any)**

Melvin Ramos Biaggi
_____                                      _____
Participant Name                                                          Firm Name (if applicable)

_____                                      _____
Contact Person (if Participant is not an individual)        Contact Person

Seguros melvin@Yahoo.com
_____                                      _____
Email Address                                                             Email Address

Address line 1

Urb. Santa Maria

Address line 2

1901 calle Petunia

City, State Zip Code

San Juan

Country Puerto Rico 00927-6611

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA49 Oriental Wealth Management

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Melvin Ramos Biaggi
Print Name

_____
Title (if Participant is not an Individual)

4/9/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Melvin Ramos Biaggi
Urb. Santa María
1901 Calle Petunia
San Juan, PR 00927-6611

SAN JUAN PR 009

10 APR 2019 PM 2 L

$ 000.50
0000317931  APR 10 2019
MAILED FROM ZIP CODE 00920

RECEIVED & FILED
2019 APR 11  PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United State District Court for
the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan, PR 00918-1767

00918$1706

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
          as representative of                   :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
          Debtors.                               :
-------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *LAWRENCE SZOSTAK* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *LARRY SZOSTAK @ GMAIL.COM* | |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:6211-1   Filed:04/11/19   Entered:04/12/19 15:03:46   Desc:
Pro Se Notices of Participation   Page 71 of 90

SRF 31030

Address line 1

*2454 GLENRIDGE DR*

Address line 2

*SPRING HILL FL 34609*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LB 89*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By _~~Lawrence Szostak~~_
Signature

*LAWRENCE SZOSTAK*
Print Name

_____
Title (if Participant is not an Individual)

*4/4/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

SZOSTAK
2454 GLENRidge DR
SPRING HILL, FL 34609

TAMPA FL 335
SAINT PETERSBURG FL
08 APR 2019 PM 3 L



RECEIVED & FILED
2019 APR 11 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

CLERK OF THE US DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150 - Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 11 PM 5: 12

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

----------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
    Debtors. :

----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**    **Counsel Contact Information (if any)**

LAWRENCE & LiLLiAN Szostak

Participant Name                                      Firm Name (if applicable)

LAWRENCE Szostak

Contact Person (if Participant is not an individual)      Contact Person

LARRY Szostak @GMAiL.COM

Email Address                                        Email Address

Address line 1                                    Address line 1
_2454 GLENRIDGE DR_
Address line 2                                    Address line 2
_SPRING HILL, FL 34609_
City, State Zip Code                              City, State Zip Code
_USA_
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _74514LB89  —  745220JQ7_

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
               secondary market?  **YES** or **NO** (please **circle one**).

By: _Lawrence Szostak / Lillian Szostak_
    Signature

_LAWRENCE & LILLIAN SZOSTAK_
Print Name

Title (if Participant is not an Individual)
_4/4/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

SZOSTAK
2454 GLENRIDGE DR
SPRING HILL, FL 34609



TAMPA FL 335
SAINT PETERSBURG FL
08 APR 2019 PM 3 L



RECEIVED & FILED
2019 APR 11 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CLERK OF THE US DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150 - FEDERAL BLDG
150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767

00918-170625

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

-------------------------------------------------------------------X

RECEIVED & FILED

2019 APR 11  PM 5: 12

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Wilson Rivera Ortiz
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1

*Calle Aloa 1471 urb.*

Address line 2

*Mercedita Ponce P.R.*

City, State Zip Code

*00717*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LZX8*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

*Wilson Rivera Ortiz*

Print Name

_____

Title (if Participant is not an Individual)

*April-8-2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Sr. Wilson Rivera Ortiz
1471 Calle Aloa
Urb. Mercedita
Ponce, PR 00717

SAN JUAN PR 009
10 APR 2019 PM 1 T

FOREVER USA

RECEIVED & FILED
2019 APR 11 PM 5 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

00918$1706

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR 11  PM 5: 12

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X

In re:                                                    :

                                                          :     PROMESA
THE FINANCIAL OVERSIGHT AND                               :     Title III
MANAGEMENT BOARD FOR PUERTO RICO,                         :

                                                          :
          as representative of                            :     Case No. 17-BK-3283 (LTS)

                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                 :     (Jointly Administered)

                                                          :
          Debtors.                                        :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                **Counsel Contact Information (if any)**

Humberto Alemán                                            _____
Participant Name                                           Firm Name (if applicable)

Humberto Alemán                                            _____
Contact Person (if Participant is not an individual)       Contact Person

humberto7aleman@gmail.com                                  _____
Email Address                                              Email Address

_____                           _____

Case:17-03283-LTS   Doc#:6211-1   Filed:04/11/19   Entered:04/12/19 15:03:46   Desc:
Pro Se Notices of Participation   Page 80 of 90

SRF 31030

Address line 1

*Calle 1 H7 Riverside*

Address line 2

*Park Bayamón*

City, State Zip Code

*Puerto Rico 00961*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

Series CUSIP

2012B  74514 LZ W 0

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Humberto Al___

Signature

_Humberto Alemán Rios_

Print Name

_____

Title (if Participant is not an Individual)

3 – 26 – 2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

HUMBERTO ALEMAN
URB RIVERSIDE PARK
H7 CALLE 1
BAYAMON PR 00961-8585

SAN JUAN PR 009

10 APR 2019 PM 2 L



RECEIVED & FILED
2019 APR 11  PM 5: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building.
150 Carlos Chardon Avenue
San Juan P.R. 00918-1767

00918$1703

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND            :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :      Title III

     as representative of                    :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :      (Jointly Administered)

     Debtors.                                :

----------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

EDWARD F. SCHULTZ, JR.
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

EDFSCHULTZJR.@GMAIL.COM
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

*2417 GRANBY RD.*

Address line 2

*WILMINGTON, DE   19810-3554*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*2012A SERIES*          *74514 LB89 CUSIP*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Edward F. Schultz, Jr.*

Signature

*EDWARD F. SCHULTZ, JR.*

Print Name

_____

Title (if Participant is not an Individual)

*APRIL 6, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Edward Schultz
2417 Granby Rd
Wilmington DE 19810-3554

RECEIVED & FILED
2019 APR 11 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUERTO.
ROOM 150 FEDERAL BUILDING.
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

00918•1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X
                                                               :
In re:                                                         :
                                                               :
THE FINANCIAL OVERSIGHT AND                                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              :    Title III
                                                               :
         as representative of                                  :    Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                      :    (Jointly Administered)
                                                               :
         Debtors.                                              :
---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

David d De Sutter
---------------------------------------          ---------------------------------------
Participant Name                                     Firm Name (if applicable)


desutter@stcounsegoip.com
---------------------------------------          ---------------------------------------
Contact Person (if Participant is not an individual)   Contact Person
desuttr@stcounsegoip.com
---------------------------------------          ---------------------------------------
Email Address                                        Email Address

Address line 1

_164 Sturubridge Road_
Address line 2

_Lilydale MN 55118_
City, State Zip Code

_USA_
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514 LA 49060_    _$75,000_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

_David DeSotter_
Print Name

_Trustee_
Title (if Participant is not an Individual)

_4/6/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

DeSutter
164 Stonebridge Road
Lilydale MN 55118

ST PAUL MN 551

08 APR 2019  PM 5 L

 

RECEIVED & FILED
2019 APR 11  PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of U.S. District Court
    District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR

00918$1706
00918$1706 C018

00918

SRF 3096

Case:17-03283-LTS   Doc#:6211-1   Filed:04/11/19   Entered:04/12/19 15:03:46   Desc:
Pro Se Notices of Participation   Page 88 of 90

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:                                                                        :

THE FINANCIAL OVERSIGHT AND                          :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :        Title III

      as representative of                                    :        Case No. 17-BK-3283 (LTS)

                              :

THE COMMONWEALTH OF PUERTO RICO *et al.*,            :        (Jointly Administered)

      Debtors.                                                   :

-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *THE HAROLD BERKSON BY PASS TRUST* | |
| Participant Name | Firm Name (if applicable) |
| *HELEN PADERS BERKSON, TRUSTEE* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *hberkson@aol.com* | |
| Email Address | Email Address |
| | |

Address line 1                              Address line 1

_12001 WHAPPOORWILL LANE_                   _____
Address line 2                              Address line 2

_____                     _____
City, State Zip Code                        City, State Zip Code

_ROCKVILLE, MD 20853 - 4443_                 _____
Country  _USA_                              Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __x____ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _CUSIP 74514L - XF 9_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market?  **YES** or **NO** (please **circle one**).

By: _Helen Paders Berkso_____
        Signature

_HELEN PADERS BERKSON_
Print Name

_TRUSTEE_
Title (if Participant is not an Individual)

_4/3/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Helen Berkson
12001 Whippoorwill Ln.
Rockville, MD 20852

CAPITAL DISTRICT 200/208

06 APR 2019 PM 6 1

RECEIVED & FILED
2019 APR 11  PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

The Clerk Of The United State District Court
for The District Of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625