**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 4866-1 |

**DEBTORS' NINTH OMNIBUS MOTION FOR APPROVAL**
**OF MODIFICATIONS TO THE AUTOMATIC STAY**

To the Honorable United States District Court Judge Laura Taylor Swain:

     The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors"), as Title III debtors, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Economic Stability Act* ("PROMESA"),[2] respectfully submits this motion (the "Motion"), pursuant to sections 362(d)(1) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these cases by PROMESA section 301(a), and in accordance with Paragraph III.Q of the Case Management Procedures (as defined below), for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), retroactively approving the modifications to the automatic stay set forth in Bankruptcy Code sections 362(a) and 922(a) (the "Title III Stay"), (a) for the parties and actions set forth in **Exhibit 1** to the Proposed Order, *nunc pro tunc* to the dates specified therein, (b) for the parties and actions filed against the Commonwealth as set forth in **Exhibit 2** to the Proposed Order, *nunc pro tunc* to the date of this Motion, and (c) for the parties and actions filed by HTA as set forth in **Exhibit 3** to the Proposed Order, *nunc pro tunc* to the date of this Motion.  In support of this Motion, the Debtors respectfully represent as follows:

### Jurisdiction and Venue

1.　　The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a).

2.　　Venue is proper pursuant to PROMESA section 307(a).

3.　　The statutory predicate for the relief sought herein is Bankruptcy Code sections 362(d)(1) and 105(a), made applicable to these Title III cases by PROMESA section 301(a).

### Background

4.　　On June 2, 2017, the Court entered an order approving certain notice, case management, and administrative procedures for the Title III cases [ECF No. 249] (as amended,

---

[2]　　PROMESA is codified at 48 U.S.C. §§ 2101-2241.

the "Case Management Procedures"), which was subsequently amended on June 6, 2017 to make certain non-substantive clarifications and amendments [ECF No. 262].

5.      On August 17, 2017, the Court entered an order further amending the Case Management Procedures to, among other things, implement a protocol (the "Lift Stay Protocol") for filing motions for relief from Title III Stay [ECF No. 1065]. Under the Lift Stay Protocol, a movant is required to (a) send notice (a "Lift Stay Notice") to counsel to the Oversight Board and AAFAF to advise them of the movant's intent to seek relief from the Title III Stay at least fifteen (15) business days prior to filing a motion seeking such relief (the "Lift Stay Notice Period") and (b) meet and confer with the Debtors during the Lift Stay Notice Period.

6.      On September 13, 2017, the Debtors filed a motion to amend the Case Management Procedures [ECF No. 1299] to allow the Debtors (a) to enter into stipulations modifying or lifting the Title III Stay under Paragraph III.Q of the Case Management Procedures without further order of the Court and (b) in their discretion, to modify or lift the Title III Stay with respect to any prepetition ordinary course civil action against a Debtor without the filing of a Lift Stay Notice and further order of the Court.

7.      On October 24, 2017, the Court approved the *Third Amended Notice, Case Management and Administrative Procedures* [ECF No. 1512-1], which implemented the Debtors' requested changes to the Lift Stay Protocol and requires the Debtors to file an omnibus lift stay motion every 60 days, identifying each modification to the Title III Stay agreed to by the Debtors during the relevant period and seeking retroactive Court approval of such modifications *nunc pro tunc* to the relevant modification date.

8.      On December 28, 2017, the Court granted the *Debtors' First Omnibus Motion Seeking Approval of Stipulations Modifying the Automatic Stay* [ECF No. 2191] (the "First

Omnibus Motion"), which modified the Title III Stay as set forth in an attached exhibit, *nunc pro tunc* to the dates specified therein.

9.      On February 21, 2018, the Court granted the *Debtors' Second Omnibus Motion Seeking Approval of Stipulations Modifying the Automatic Stay* [ECF No. 2565] (the "Second Omnibus Motion"), which modified the Title III Stay as set forth in an attached exhibit, *nunc pro tunc*, to the dates specified therein.

10.      On April 4, 2018, the Court approved the *Fourth Amended Notice, Case Management and Administrative Procedures Procedures* [ECF No. 2839] replacing the local counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority for purposes of service of documents and adding new dates for omnibus hearings scheduled by the Court.

11.      On April 23, 2018, the Court granted the *Debtors' Third Omnibus Motion for Approval of Modifications to the Automatic Stay* [ECF No. 2945] (the "Third Omnibus Motion"), which modified the Title III Stay as set forth in an attached exhibit, *nunc pro tunc*, to the dates specified therein.

12.      On May 1, 2018, the Court granted the *Debtors' Supplement to Third Omnibus Motion for Approval of Modifications to the Automatic Stay* [ECF No. 2988] (the "Supplement to Third Omnibus Motion"), which modified the Title III Stay as set forth in an attached exhibit, *nunc pro tunc*, to the dates specified therein.

13.      On June 20, 2018, the Court granted the *Debtors' Fourth Omnibus Motion for Approval of Modifications to the Automatic Stay* [ECF No. 3326] (the "Fourth Omnibus Motion"), which modified the Title III Stay as set forth in an attached exhibit, *nunc pro tunc*, to the dates specified therein.

14.     On August 21, 2018, the Court granted the *Debtors' Fifth Omnibus Motion for Approval of Modifications to the Automatic Stay* [ECF No. 3925] (the "Fifth Omnibus Motion"), which modified the Title III Stay as set forth in an attached exhibit, *nunc pro tunc*, to the dates specified therein.

15.     On September 17, 2018, the Court granted the *Debtors' Supplement to Fifth Omnibus Motion for Approval of Modifications to the Automatic Stay* [ECF No. 3940] (the "Supplement to Fifth Omnibus Motion"), which modified the Title III Stay as set forth in an attached exhibit, *nunc pro tunc*, to the date specified therein.

16.     On November 9, 2018, the Court granted the *Debtors' Sixth Motion for Approval of Modifications to the Automatic Stay* [ECF No. 4201] (the "Sixth Omnibus Motion")*,* which modified the Title III Stay as set forth in the attached exhibits, *nunc pro tunc*, to the dates specified therein*.*

17.     On December 21, 2018, the Court granted the *Debtors' Seventh Motion for Approval of Modifications to the Automatic Stay* [ECF No. 4550] (the "Seventh Omnibus Motion")*,* which modified the Title III Stay as set forth in the attached exhibit, *nunc pro tunc*, to the dates specified therein.

18.     On February 15, 2019, the Court granted the *Debtors' Eighth Motion for Approval of Modifications to the Automatic Stay* [ECF No. 5146] (the "Eighth Omnibus Motion")*,* which modified the Title III Stay as set forth in the attached exhibits, *nunc pro tunc*, to the dates specified therein*.*

### **Relief Requested**

19.     By this Motion, the Debtors seek entry of an order, substantially in the form of the Proposed Order, (i) retroactively approving the modifications to the Title III Stay for the parties

and actions set forth in Exhibit 1 to the Proposed Order, *nunc pro tunc* to the dates specified therein (ii) approving modifications to the Title III Stay for the parties and actions filed against the Commonwealth retroactive to the date of this Motion as set forth in Exhibit 2 to the Proposed Order, and (iii) approving modifications to the Title III Stay for the parties and actions filed by HTA retroactive to the date of this Motion as set forth in Exhibit 3 to the Proposed Order. As required by Paragraph III.Q of the Case Management Procedures, Exhibit 1, Exhibit 2, and Exhibit 3 to the Proposed Order include a brief description of the modification of the Title III Stay and case information (including case number and court), as applicable, for each party.

20.     This Motion seeks to approve modifications to the Title III Stay listed in Exhibit 1 to the Proposed Order agreed to by the Debtors for the period from February 13, 2019 through April 12, 2019 (the date of this Motion). Further, the Motion seeks to approve modifications to the Title III Stay agreed to by the Commonwealth and HTA, through this Motion and without need for a stipulation in accordance with Paragraph III.Q of the Case Management Procedures, as detailed in Exhibit 2 and Exhibit 3 to the Proposed Order.

## **Basis for Relief**

21.     Bankruptcy Code section 362(a), made applicable to Title III cases pursuant to PROMESA section 301(a), provides, in relevant part, that the commencement of a Title III case operates as a stay enjoining all persons and entities from, among other things: (i) commencing or continuing any action or proceeding against a debtor that was or could have been brought against the debtor before the commencement of the debtor's Title III case, (ii) taking any action to obtain possession or control over property of the debtor, and (iii) attempting to collect, assess, or recover on a prepetition claim. See 11 U.S.C. § 362(a). In Title III cases, in addition to the automatic stay under section 362(a), Bankruptcy Code section 922(a) provides an additional stay of "any judicial,

administrative, or other action or proceeding against an officer or inhabitant of the municipality that seeks to enforce a claim against the municipal debtor." 11 U.S.C. § 922(a).

22.     Bankruptcy Code section 362(d)(1) provides that a court may grant relief from the automatic stay "for cause." See 11 U.S.C. § 362(d)(1). To determine whether "cause" exists to grant relief from the automatic stay, courts generally examine numerous different factors, including those set forth in Sonnax Indus., Inc. v. TriComponent Prods. Corp. (In re Sonnax Indus., Inc.), 907 F.2d 1280 (2d Cir. 1990). See Brigade Leveraged Capital Structures Fund Ltd. v. García-Padilla, 217 F. Supp. 3d 508, 518 (D.P.R. 2016) ("To help guide their analysis of whether to enforce or vacate the stay, some courts, including those in this district, have relied upon a laundry list of assorted factors." (citing Sonnax, 907 F.2d at 1286; C & A, S.E. v. P.R. Solid Waste Mgmt. Auth., 369 B.R. 87, 94–5 (D.P.R. 2007))).

23.     Additionally, under Bankruptcy Code section 105(a), made applicable to the Title III cases by PROMESA section 301(a), the Court "may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

24.     Since implementing the Lift Stay Protocol on August 17, 2017, the Debtors have received over 220 Lift Stay Notices seeking relief from the Title III Stay to prosecute various prepetition actions. The Debtors and their advisors, in consultation with the Oversight Board, carefully reviewed and analyzed each of the Lift Stay Notices and determined that it was appropriate to modify the Title III Stay for the parties and actions listed in Exhibits 1, 2 and 3 to the Proposed Order, *nunc pro tunc* to the dates specified therein.

25.     The 247 actions listed in Exhibit 2 to the Proposed Order involve employment claims filed against the Commonwealth.  As explained more fully in Exhibit 2 to the Proposed Order, the proposed modification of the automatic stay for these actions will allow such actions to

proceed to final judgment, including any appeals, but any execution of any judgment would remain stayed. Because of the vast number of parties involved, it would be logistically burdensome for the Commonwealth to enter into stipulations with respect to each action and party to modify the automatic stay.

26. The fourteen (14) actions listed in Exhibit 3 to the Proposed Order involve condemnation proceedings commenced by HTA. As explained more fully in Exhibit 3 to the Proposed Order, the proposed modification of the automatic stay for these actions fall into one of three categories: (1) modification of the automatic stay to allow such action to proceed to judgment, but any execution and enforcement of any judgment would remain stayed, (2) modification of the automatic stay to allow HTA to continue to negotiate a settlement of the action with the parties, or (3) modification of the automatic stay to allow HTA to consign a certain amount to the Puerto Rico Court of First Instance and to allow such action to proceed to judgment. Because of the number of claims involved, HTA is seeking to modify the automatic stay through this Motion in order to reduce fees and expenses associated with entering into stipulations with respect to each action identified in Exhibit 3 to the Proposed Order.

27. The Debtors believe that modifying the Title III Stay for these matters will alleviate the strain on the Title III cases and this Court, will further interests of judicial economy, and maximize the Debtors' resources for the benefit of all parties in interest by avoiding costly claim litigation in this Court on matters that are already well underway in other fora. Importantly, a majority of the proposed consensual stay modifications will only allow the subject case to proceed to liquidation of any claim amount and will not permit any enforcement or collection of any claim arising prior to the respective Debtors' petition dates. Also, the Debtors reserve all rights, defenses, and protections with respect to any matters pending or that may arise in the Title III Cases,

including the treatment of any claim arising from the subject actions under a plan of adjustment or otherwise in the Title III Cases. Accordingly, the Debtors request that the Court enter an order retroactively approving the modifications of the Title III Stay set forth on Exhibits 1, 2 and 3 to the Proposed Order.

### Notice

28.     The Debtors have provided notice of this Motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (h) the Other Interested Parties;[3] (i) all parties filing a notice of appearance in these Title III cases; and (j) the parties set forth in Exhibit 1 to the Proposed Order. A copy of the Motion is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico/.

29.     The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

### No Prior Motion

30.     The Debtors have not made any prior motion for the relief sought in this Motion to this or any other court.

---

[3]     The "Other Interested Parties" include the following: (i) counsel to certain of the insurers and trustees of the bonds issued or guaranteed by the Debtors; and (ii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtors.

**WHEREFORE**, the Debtors respectfully request entry of the Proposed Order in the form attached hereto as **Exhibit A**, retroactively approving the modifications of the Title III Stay set forth on Exhibits 1, 2 and 3 to the Proposed Order, and granting such other and further relief as the Court may deem proper.

Dated:  April 12, 2019
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Martin J. Bienenstock*

Martin J. Bienenstock (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Ehud Barak (admitted *pro hac vice*)
Maja Zerjal (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight
and Management Board as Representative
for the Debtors*

/s/ *Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight
and Management Board as Representative
for the Debtors*

**<u>Exhibit A</u>**

**Proposed Order**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. _____ |

## <u>NINTH OMNIBUS ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

Upon the *Debtors' Ninth Omnibus Motion for Approval of Modifications to the Automatic Stay* (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief requested herein

---

[1]　The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]　Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause

appearing therefor, it is **HEREBY ORDERED THAT:**

1.   The Motion is granted as set forth herein.

2.   Pursuant to Bankruptcy Code sections 362(d)(1) and 105(a), made

applicable to the Title III cases by PROMESA section 301(a), the Title III Stay is modified as set

forth in the attached Exhibit 1 for matters subject to prior stipulations among or between the

applicable Debtor and counterparty(ies), *nunc pro tunc* to the dates specified therein.

3.   Pursuant to Bankruptcy Code sections 362(d)(1) and 105(a), the Title III

Stay is modified as set forth in the attached Exhibit 2 for certain parties and cases filed against the

Commonwealth, *nunc pro tunc* to April 12, 2019 (the date of the Motion).

4.   Pursuant to Bankruptcy Code sections 362(d)(1) and 105(a), the Title III

Stay is modified as set forth in the attached Exhibit 3 for certain parties and cases filed by HTA,

*nunc pro tunc* to April 12, 2019 (the date of the Motion).

5.   All rights, defenses, and protections of each of the Debtors with respect to

any matters pending or that may arise in their respective Title III Cases, including the treatment of

any claim arising from the matters set forth on Exhibits 1, 2 and 3 hereof under a plan of adjustment

or otherwise in the Title III Case are hereby reserved.  Nothing in this Order or the Debtors' consent

to stay modification as set forth in the Motion shall be deemed to be, or construed as, (a) an

admission by any party of any liability, wrongdoing, act, or matter or that any claim or defense has

or lacks merit; (b) a waiver of the Debtors' rights to dispute, contest, setoff, or recoup any claim,

including any claims asserted in the subject actions, or assert any related rights, claims, or defenses

and all such rights are reserved; or (c) an approval or assumption of any agreement or contract

between the parties under Bankruptcy Code section 365.

6.   Notwithstanding any applicability of any Federal Rule of Bankruptcy

Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.     The Court shall retain jurisdiction to hear and determine all matters (a) arising from or related to the implementation, enforcement, or interpretation of this Order and (b) concerning the execution or enforcement in the Title III cases of any judgment entered in a prepetition ordinary course civil action where the Debtors agreed to modify or lift the Title III Stay to allow the action to proceed to judgment by the underlying court.

Dated: _____

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT 1**

**TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
FROM FEBRUARY 13, 2019 THROUGH APRIL 12, 2019**

|   | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Maria D. Pagan-Beauchamp, et al v. Municipio de San Juan, et al.,*<br><br>Case No. KDP2016-0562<br><br>Puerto Rico Court of First Instance<br><br>Tort Action | Maria E. Desiree Pagan-Beauchamp, Antonio C. Pou-Martinez and the conjugal partnership comprised by them. | PREPA | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Requesting Parties and PREPA to engage in settlement discussions in connection with the Prepetition Action; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment, injunction, and any claims for money damages, and provisional remedies against PREPA or any other Title III Debtor. | February 25, 2019 |
| 2. | *Carmen Vázquez Carmona v. Commonwealth of PR,*<br><br>Case No. 16 -1846 (BJM)<br><br>U.S. District Court (D.P.R.)<br><br>IDEA Case | Carmen Vázquez Carmona and her minor son CEV | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow Movants to enforce this Stipulation and seek payment of the Settlement Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other aspects to the Prepetition Action including, but no limited to, the execution and enforcement of any judgment for damages and provisional remedies. | March 7, 2019 |
| 3. | *ACT v. Marta Rosario Fernández Stiehl, Víctor Alejandro Fernández Stiehl y Vivianne Marie García Fernández,*<br><br>Case No. K EF1992-0040 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Marta Rosario Fernández Stiehl, Víctor Alejandro Fernández Stiehl and Vivianne Marie García Fernández | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to allow HTA to make two (2) payments in the amount of $500,000.00 each, in the manner specified in Paragraph 2 below, in satisfaction of HTA's obligations pursuant to the Prepetition Stipulation (the "Settlement Payments"); provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment or the Prepetition Stipulation (except as expressly provided in this Stipulation) and any claims for | April 3, 2019 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | | | | money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement the Settlement Payments. | |
| 4. | *Héctor Serrano Mangual v. AEE,*<br><br>Case No. K DP14-0803<br><br>Case No. SJ2016CV00107<br><br>Puerto Rico Court of First Instance<br><br>Employment Action | Hector Serrano Mangual | PREPA | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Requesting Party to seek to dismiss, with prejudice, the Prepetition Actions, and for the State Court to dismiss, with prejudice, the Prepetition Actions; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment, injunction, and any claims for money damages, and provisional remedies against PREPA or any other Title III Debtor | April 8, 2019 |
| 5 | *Janet Vázquez Velázquez et als. v. Puerto Rico Highways and Transportation Authority,*<br><br>Case No. 15-1727 (MEL)<br><br>U.S. District Court (D.P.R.)<br><br>Civil Rights Action | Sixty (60) Plaintiffs in Prepetition Action | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the District Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor. | April 10, 2019 |

**EXHIBIT 2**

**TITLE III STAY MODIFICATIONS AGREED TO BY THE COMMONWEALTH**[1]

A.  Description of Title III Stay Modification (Puerto Rico Court Proceeding)

As of April 12, 2019, the Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to final judgment before the Prepetition Court, Court of Appeals of Puerto Rico, and Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor.

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 1 | LESLIE OCASIO ET AL V. DEPARTAMENTO DE AGRICULTURA<br><br>CASE NO:<br>NSCI2001-0036<br><br>PUERTO RICO COURT OF FIRST INSTANCE<br><br>EMPLOYMENT ACTION | 197 PLAINTIFFS IN PREPETITION ACTION | Commonwealth |

B.  Description of Title III Stay Modification (CASP or Similar Proceedings)

As of April 12, 2019, the Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), similar administrative process or the State Courts of Puerto Rico through final resolution or judgment, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor.

---

[1]   Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Ninth Omnibus Motion for Approval of Modifications of the Automatic Stay*.

   "Prepetition Action" shall mean the action identified in the column, "Case Information."

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 1 | BELINDA TORRES CARRERAS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2260<br>(CASP)<br><br>ANULLMENT OF APPOINTMENT | BELINDA TORRES CARRERAS | Commonwealth |
| 2 | OMALIS MORALES RAMOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2261<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | ADA L. RODRIGUEZ SOTO | Commonwealth |
| 3 | LOURDES SANTOS ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2262<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | LOURDES SANTOS ORTIZ | Commonwealth |
| 4 | DORIS DE LOURDES PORTO TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2263<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | DORIS DE LOURDES PORTO TORRES | Commonwealth |
| 5 | MYRNA TORRES BERRIOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2266<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | MYRNA TORRES BERRIOS | Commonwealth |
| 6 | CARMEN M. ROLON ORTEGA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2363<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | CARMEN M. ROLON ORTEGA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 7 | JANNETTE SOLIS RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2364<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | JANNETTE SOLIS RIVERA | Commonwealth |
| 8 | JANNIRE LEBRON DAVILA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2365<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | JANNIRE LEBRON DAVILA | Commonwealth |
| 9 | JESSICA HUERTAS SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2366<br><br>ANNULLMENT OF APPOINTMENT | JESSICA HUERTAS SANTIAGO | Commonwealth |
| 10 | GLORIA RAMIREZ DIAZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2458<br><br>ANNULLMENT OF APPOINTMENT | GLORIA RAMIREZ DIAZ | Commonwealth |
| 11 | JOSÉ LUIS VELAZQUEZ ROSADO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2459<br><br>ANNULLMENT OF APPOINTMENT | JOSÉ LUIS VELAZQUEZ ROSADO | Commonwealth |
| 12 | MARÍA DEL S. BONILLA HERNÁNDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2461<br><br>ANNULLMENT OF APPOINTMENT | MARÍA DEL S. BONILLA HERNÁNDEZ | Commonwealth |
| 13 | NILDA RUIZ RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2462<br><br>ANNULLMENT OF APPOINTMENT | NILDA RUIZ RIVERA | Commonwealth |

3

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 14 | MIRIAM M. RODRIGUEZ TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2462<br><br>ANNULLMENT OF APPOINTMENT | MIRIAM M. RODRIGUEZ TORRES | Commonwealth |
| 15 | EDNA SOTO CERVANTES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0509<br><br>ALLOWANCE PAYMENTS | EDNA SOTO CERVANTES | Commonwealth |
| 16 | MIRTA BURGOS CARABALLO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0513<br><br>ALLOWANCE PAYMENTS | MIRTA BURGOS CARABALLO | Commonwealth |
| 17 | MARTA PEREZ ACEVEDO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0513<br><br>ALLOWANCE PAYMENTS | MARTA PEREZ ACEVEDO | Commonwealth |
| 18 | TERESA RIVERA VALENTIN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0515<br><br>ALLOWANCE PAYMENTS | TERESA RIVERA VALENTIN | Commonwealth |
| 19 | JULIE A. RENTA RAMIREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0516<br><br>ALLOWANCE PAYMENTS | JULIE A. RENTA RAMIREZ | Commonwealth |
| 20 | MARI OLGA JUSINO RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0517<br><br>ALLOWANCE PAYMENTS | MARI OLGA JUSINO RIVERA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 21 | VANESSA RODRIGUEZ VAZQUEZTELL V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0517<br><br>ALLOWANCE PAYMENTS | VANESSA RODRIGUEZ VAZQUEZTELL | Commonwealth |
| 22 | VANESSA RODRIGUEZ VAZQUEZTELL V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0518<br><br>ALLOWANCE PAYMENTS | VANESSA RODRIGUEZ VAZQUEZTELL | Commonwealth |
| 23 | LUZ E. RIVERA MERCADO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0519<br><br>ALLOWANCE PAYMENTS | LUZ E. RIVERA MERCADO | Commonwealth |
| 24 | JEANNETTE RAMIREZ DE JESÚS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0520<br><br>ALLOWANCE PAYMENTS | JEANNETTE RAMIREZ DE JESÚS | Commonwealth |
| 25 | RITA A. SANTOS ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0939<br><br>RECLASSIFICATION | RITA A. SANTOS ORTIZ | Commonwealth |
| 26 | LUZ C. TIRADO LEBRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1071<br><br>RECLASSIFICATION AND MISCLASSIFICATION | LUZ C. TIRADO LEBRON | Commonwealth |
| 27 | BRENDA L. RODRIGUEZ ORSINI V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1072<br><br>RECLASSIFICATION AND MISCLASSIFICATION | BRENDA L. RODRIGUEZ ORSINI | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 28 | MARIBEL MATTEI CORREA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1073<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MARIBEL MATTEI CORREA | Commonwealth |
| 29 | DELSY MUÑIZ ROSA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1074<br><br>RECLASSIFICATION AND MISCLASSIFICATION | DELSY MUÑIZ ROSA | Commonwealth |
| 30 | ELIKA A. IRIZARRY OTERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1075<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ELIKA A. IRIZARRY OTERO | Commonwealth |
| 31 | ERICA M. SOTO RUIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1077<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ERICA M. SOTO RUIZ | Commonwealth |
| 32 | NATALIA GONZALEZ ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1079<br><br>RECLASSIFICATION AND MISCLASSIFICATION | NATALIA GONZALEZ ORTIZ | Commonwealth |
| 33 | ANA L. LOYO ALICEA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-0007<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ANA L. LOYO ALICEA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 34 | MILTON GARCIA VELEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-0008<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MILTON GARCIA VELEZ | Commonwealth |
| 35 | GADIER TORRES SOTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-0010<br><br>RECLASSIFICATION AND MISCLASSIFICATION | GADIER TORRES SOTO | Commonwealth |
| 36 | ELIZABETH RODRIGUEZ CASTRO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-0011<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ELIZABETH RODRIGUEZ CASTRO | Commonwealth |
| 37 | ARMANDO FELICIANO GAUTIER V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-1533<br><br>IMPROPER WAGE PAYMENTS | ARMANDO FELICIANO GAUTIER | Commonwealth |
| 38 | JANICE TORRES SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-1544<br><br>RECLASSIFICATION AND MISCLASSIFICATION | JANICE TORRES SANTIAGO | Commonwealth |
| 39 | MARLENE RODRÍGUEZ TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-2258<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MARLENE RODRÍGUEZ TORRES | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 40 | MARGARITA GONZALEZ ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-2260<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MARGARITA GONZALEZ ORTIZ | Commonwealth |
| 41 | CARMEN MARTINEZ CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-13-0517<br><br>CLASSIFICATION AND MISCLASSIFICATION | CARMEN MARTINEZ CRUZ | Commonwealth |
| 42 | JEANNETTE SERRANO RIOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-13-0564<br><br>CLASSIFICATION AND MISCLASSIFICATION | JEANNETTE SERRANO RIOS | Commonwealth |
| 43 | EFRAIN LOPEZ BULTRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-13-0622<br><br>RECLASSIFICATION AND MISCLASSIFICATION | EFRAIN LOPEZ BULTRON | Commonwealth |
| 44 | JULIA GOMEZ VEGA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-13-0626<br><br>RECLASSIFICATION AND MISCLASSIFICATION | JULIA GOMEZ VEGA | Commonwealth |
| 45 | CINDY VAZQUEZ BORRERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0012<br><br>RECLASSIFICATION AND MISCLASSIFICATION | CINDY VAZQUEZ BORRERO | Commonwealth |
| 46 | MILAGROS MENDEZ ARVELO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0044<br><br>WAGES | MILAGROS MENDEZ ARVELO | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 47 | MARITZA NIEVES TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0045<br><br>WAGES | MARITZA NIEVES TORRES | Commonwealth |
| 48 | IRMA IRIS RAMOS SOTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0046<br><br>WAGES | IRMA IRIS RAMOS SOTO | Commonwealth |
| 49 | JANICE TORRES SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0050<br><br>WAGES | JANICE TORRES SANTIAGO | Commonwealth |
| 50 | JANICE TORRES SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0050<br><br>WAGES | JANICE TORRES SANTIAGO | Commonwealth |
| 51 | JOSÉ M. CARBALLO HERNÁNDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0054<br><br>WAGES | JOSÉ M. CARBALLO HERNÁNDEZ | Commonwealth |
| 52 | OLGA L. CARABALLO CAMACHO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0056<br><br>WAGES | OLGA L. CARABALLO CAMACHO | Commonwealth |
| 53 | ODETTE R. PACHECO SANCHEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0057<br><br>WAGES | ODETTE R. PACHECO SANCHEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 54 | CÉSAR F. MADERA DEL VALLE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0082<br><br>WAGES | CÉSAR F. MADERA DEL VALLE | Commonwealth |
| 55 | SUE ELLEN BRISTOL ROSARIO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0138<br><br>CLASSIFICATION AND MISCLASSIFICATION | SUE ELLEN BRISTOL ROSARIO | Commonwealth |
| 56 | DAMARIS RODRIGUEZ ROSARIO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0139<br><br>DISCOUNT | DAMARIS RODRIGUEZ ROSARIO | Commonwealth |
| 57 | MAYRA I. PEREZ ROMAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0718<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MAYRA I. PEREZ ROMAN | Commonwealth |
| 58 | ALINIS TORRES SALAZAR V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0758<br><br>RELOCATION AND FUNCTIONS | ALINIS TORRES SALAZAR | Commonwealth |
| 59 | SOLIMAR HERNÁNDEZ NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0896<br><br>CHALLENGE OF ASSIGNMENT | SOLIMAR HERNÁNDEZ NIEVES | Commonwealth |
| 60 | ALEX CARABALLO HERNÁNDEZ Y OTROS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0898<br><br>OVERTIME PAYMENT IN EXCESS | ALEX CARABALLO HERNÁNDEZ Y OTROS | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 61 | FERNANDO MENENDEZ GONZALEZ Y OTROS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-14-0903<br><br>COMPENSATORY PAYMENT IN EXCESS | FERNANDO MENENDEZ GONZALEZ Y OTROS | Commonwealth |
| 62 | CRISTINA VAZQUEZ GARAY Y OTROS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-14-0905<br><br>WAGES | CRISTINA VAZQUEZ GARAY Y OTROS | Commonwealth |
| 63 | LUIS A. MORES LEBRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-14-0917<br><br>COMPENSATORY PAYMENT IN EXCESS | LUIS A. MORES LEBRON | Commonwealth |
| 64 | LILIA M. PEREZ GINORIO Y OTROS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-14-0917<br><br>BONUS FOR YEARS OF SERVICE | LILIA M. PEREZ GINORIO Y OTROS | Commonwealth |
| 65 | WANDA I. PEREZ SANTANA Y OTRAS 11 V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-14-0922<br><br>BONUS FOR YEARS OF SERVICE | WANDA I. PEREZ SANTANA Y OTRAS 11 | Commonwealth |
| 66 | MAYRA I. PEREZ ROMAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0052<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MAYRA I. PEREZ ROMAN | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 67 | MARIA E. FIGUEROA CORREA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0190<br><br>LICENSES | MARIA E. FIGUEROA CORREA | Commonwealth |
| 68 | RICARDO VAZQUEZ DIAZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0205<br><br>RECLASSIFICATION AND MISCLASSIFICATION | RICARDO VAZQUEZ DIAZ | Commonwealth |
| 69 | RICARDO VAZQUEZ DIAZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0205<br><br>RECLASSIFICATION AND MISCLASSIFICATION | RICARDO VAZQUEZ DIAZ | Commonwealth |
| 70 | ENRIQUE BONILLA RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0212<br><br>BONUS FOR YEARS OF SERVICE | ENRIQUE BONILLA RIVERA | Commonwealth |
| 71 | CARMEN A. FLORES RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0212<br><br>BONUS FOR YEARS OF SERVICE | CARMEN A. FLORES RODRIGUEZ | Commonwealth |
| 72 | MYRNA E. RIVERA COLON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0214<br><br>BONUS FOR YEARS OF SERVICE | MYRNA E. RIVERA COLON | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 73 | GLENDA LIZ DIAZ FLORES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0215<br><br><br>BONUS FOR YEARS OF SERVICE | GLENDA LIZ DIAZ FLORES | Commonwealth |
| 74 | LETICIA HERNANDEZ CABAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0216<br><br><br>APPOINTMENT AND INTERIM DIFFERENTIAL | LETICIA HERNANDEZ CABAN | Commonwealth |
| 75 | JOANN M. RIVERA RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0219<br><br>WAGE ADJUSTMENT<br>(NOT GETTING PAID FOR DOING WORK OUTSIDE OF CLASSIFICATION) | JOANN M. RIVERA RODRIGUEZ | Commonwealth |
| 76 | ELIEZER ROBLES GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0223<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ELIEZER ROBLES GARCIA | Commonwealth |
| 77 | GLENDA LIZ DIAZ FLORES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0234<br><br>BONUS FOR YEARS OF SERVICE | GLENDA LIZ DIAZ FLORES | Commonwealth |
| 78 | GLENDA LIZ DIAZ FLORES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0242<br><br><br>BONUS FOR YEARS OF SERVICE | GLENDA LIZ DIAZ FLORES | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 79 | EDDIA G. CARMONA PRESTON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0263<br><br>MEMBERSHIP PAYMENT | EDDIA G. CARMONA PRESTON | Commonwealth |
| 80 | DAMARYS ROSARIO GOMEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0264<br><br>MEMBERSHIP PAYMENT | DAMARYS ROSARIO GOMEZ | Commonwealth |
| 81 | JOHANNA CAMACHO CUEVAS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0265<br><br>MEMBERSHIP PAYMENT | JOHANNA CAMACHO CUEVAS | Commonwealth |
| 82 | MARIBEL CRUZ SANABRIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0265<br><br>MEMBERSHIP PAYMENT | MARIBEL CRUZ SANABRIA | Commonwealth |
| 83 | IRAIDA BLANCO NUÑEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0268<br><br>MEMBERSHIP PAYMENT | IRAIDA BLANCO NUÑEZ | Commonwealth |
| 84 | CARMEN VARGAS ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0270<br><br>MEMBERSHIP PAYMENT | CARMEN VARGAS ORTIZ | Commonwealth |
| 85 | JOHNNY GRANA RUTLEDGE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0271<br><br>MEMBERSHIP PAYMENT | JOHNNY GRANA RUTLEDGE | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 86 | ELIEZER ROBLES GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0272<br><br>MEMBERSHIP PAYMENT | ELIEZER ROBLES GARCIA | Commonwealth |
| 87 | DAVID BAYRON GONZALEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0317<br><br>DIFFERENTIAL | DAVID BAYRON GONZALEZ | Commonwealth |
| 88 | GLENDA JORGE PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0318<br><br>DIFFERENTIAL | GLENDA JORGE PAGAN | Commonwealth |
| 89 | GLENDA JORGE PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0321<br><br>DIFFERENTIAL | GLENDA JORGE PAGAN | Commonwealth |
| 90 | EMMA PEREZ CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0322<br><br>DIFFERENTIAL | EMMA PEREZ CRUZ | Commonwealth |
| 91 | FRANCES E. MORALES SANCHEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO :<br>AQ-15-0323<br><br>DIFFERENTIAL | FRANCES E. MORALES SANCHEZ | Commonwealth |
| 92 | MAYRA I. CHACON RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0325<br><br>DIFFERENTIAL | MAYRA I. CHACON RODRIGUEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 93 | MALMA L. TORO ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0439<br><br>MILLAGE AND EXPENSES | MALMA L. TORO ORTIZ | Commonwealth |
| 94 | IVETTE OTERO COLON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0701<br><br>DIFFERENTIAL | IVETTE OTERO COLON | Commonwealth |
| 95 | ISETTE M. CRUZ NEGRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-1065<br><br>DIFFERENTIAL POR INTERINATO | ISETTE M. CRUZ NEGRON | Commonwealth |
| 96 | LISETTE M. CRUZ NEGRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-1066<br><br>DIFFERENTIAL POR INTERINATO | LISETTE M. CRUZ NEGRON | Commonwealth |
| 97 | MAYRA E. TORRES RAMOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-1067<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MAYRA E. TORRES RAMOS | Commonwealth |
| 98 | SUSANNE GONZALEZ Y OTROS 78 V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0013<br><br>WAGES SCALE REVIEW | SUSANNE GONZALEZ | Commonwealth |
| 99 | FELIX RIVERA RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0015<br><br>DIFFERENTIAL POR INTERINATO | FELIX RIVERA RODRIGUEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 100 | MARIA L. MUÑOZ PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0153<br><br>ASA | MARIA L. MUÑOZ PAGAN | Commonwealth |
| 101 | MARTA LOPEZ RONDON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0212<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MARTA LOPEZ RONDON | Commonwealth |
| 102 | MIGUEL SANTIAGO MONTES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0213<br><br>DIFFERENTIAL FOR EXTRAORDINARY CONDITIONS | MIGUEL SANTIAGO MONTES | Commonwealth |
| 103 | LOUIS I. TORRES ROMAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO : AQ-16-0214<br><br>DIFFERENTIAL FOR EXTRAORDINARY CONDITIONS | LOUIS I. TORRES ROMAN | Commonwealth |
| 104 | OLIVIA M. MARTINEZ LOPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0258<br><br>EXPENSES | OLIVIA M. MARTINEZ LOPEZ | Commonwealth |
| 105 | ANNIELLY GUZMAN DAVILA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0265<br><br>VACATION LICENSE DISCOUNT | ANNIELLY GUZMAN DAVILA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 106 | OMAYRA SANTIAGO GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0274<br><br>DIFFERENTIAL FOR EXTRAORDINARY TASKS | OMAYRA SANTIAGO GARCIA | Commonwealth |
| 107 | MELISSA SMART MORALES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0284<br><br>DIFFERENTIAL | MELISSA SMART MORALES | Commonwealth |
| 108 | MINERVA RUIZ DE LA TORRE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0285<br><br>DIFFERENTIAL | MINERVA RUIZ DE LA TORRE | Commonwealth |
| 109 | SANDRA A. DE JESUS OTERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0286<br><br>DIFFERENTIAL | SANDRA A. DE JESUS OTERO | Commonwealth |
| 110 | ALFREDO NIEVES TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0338<br><br>RECLASAFICATION AND MISCLASSIFICATION | ALFREDO NIEVES TORRES | Commonwealth |
| 111 | TERESA RIVERA VALENTIN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0351<br><br>COMPENSATORY PAYMENT | TERESA RIVERA VALENTIN | Commonwealth |
| 112 | CARMEN M. ALVAREZ LOPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0352<br><br>COMPENSATORY PAYMENT | CARMEN M. ALVAREZ LOPEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 113 | ANGELICA RIVERA ZAMBRANA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0353<br><br>COMPENSATORY PAYMENT | ANGELICA RIVERA ZAMBRANA | Commonwealth |
| 114 | FERNANDO MENENDEZ GONZALEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0354<br><br>COMPENSATORY PAYMENT | FERNANDO MENENDEZ GONZALEZ | Commonwealth |
| 115 | JOSE L. ALICEA LARACUENTE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0355<br><br>COMPENSATORY PAYMENT | JOSE L. ALICEA LARACUENTE | Commonwealth |
| 116 | AITZA SANTANA DE LEON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0359<br><br>EXPENSES | AITZA SANTANA DE LEON | Commonwealth |
| 117 | ENID ROSADO GOMEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0360<br><br>EXPENSES | ENID ROSADO GOMEZ | Commonwealth |
| 118 | IVELISSE CRUZ REYES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0361<br><br>EXPENSES | IVELISSE CRUZ REYES | Commonwealth |
| 119 | KHAIRY J. RUIZ PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0362<br><br>EXPENSES | KHAIRY J. RUIZ PAGAN | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 120 | GISELLE CUADRADO ROSARIO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0363<br><br>EXPENSES | GISELLE CUADRADO ROSARIO | Commonwealth |
| 121 | LISSETTE CARRASQUILLO AGOSTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0364<br><br>EXPENSES | LISSETTE CARRASQUILLO AGOSTO | Commonwealth |
| 122 | DAMARIS DE LA CRUZ SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0365<br><br>EXPENSES | DAMARIS DE LA CRUZ SANTIAGO | Commonwealth |
| 123 | JULIO CAMPS OLMEDA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0366<br><br>EXPENSES | JULIO CAMPS OLMEDA | Commonwealth |
| 124 | OMAR FIGUEROA CAY V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0367<br><br>EXPENSES | OMAR FIGUEROA CAY | Commonwealth |
| 125 | JOCELYN O. CINTRON SOSA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0376<br><br>COMPENSATORY PAYMENT | JOCELYN O. CINTRON SOSA | Commonwealth |
| 126 | CRISTAL C. BERMUDEZ APONTE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0419<br><br>RECLASSIFICATION | CRISTAL C. BERMUDEZ APONTE | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 127 | CRISTAL C. BERMUDEZ APONTE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0420<br><br>RECLASSIFICATION | CRISTAL C. BERMUDEZ APONTE | Commonwealth |
| 128 | MARIA M. CALDERIN GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0444<br><br>DIFFERENTIAL | MARIA M. CALDERIN GARCIA | Commonwealth |
| 129 | MICHELLE COIRA BURGOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0445<br><br>DIFFERENTIAL | MICHELLE COIRA BURGOS | Commonwealth |
| 130 | NELSON I. TUA REYES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0446<br><br>DIFFERENTIAL | NELSON I. TUA REYES | Commonwealth |
| 131 | CARMEN Z. SANCHEZ QUIÑONES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-044<br><br>RECLASSIFICATION AND MISCLASSIFICATION | CARMEN Z. SANCHEZ QUIÑONES | Commonwealth |
| 132 | DHELMA VELEZ ROSA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0449<br><br>DIFFERENTIAL BY INTERIM | DHELMA VELEZ ROSA | Commonwealth |
| 133 | JESUS A. RODRIGUEZ Y OTROS (350) V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0450<br><br>WAGES SCALE REVIEW | JESUS A. RODRIGUEZ AND OTHERS (350) | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 134 | MILITZA RODRIGUEZ GARCED V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0451<br><br>INTERIM DIFFERENTIAL | MILITZA RODRIGUEZ GARCED | Commonwealth |
| 135 | NOEMI GONZALEZ COLON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0452<br><br>INTERIM DIFFERENTIAL | NOEMI GONZALEZ COLON | Commonwealth |
| 136 | ABIGAIL DELGADO ALICEA Y OTROS (118) V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0466<br><br>WAGES SCALE REVIEW | ABIGAIL DELGADO ALICEA AND OTHERS (118) | Commonwealth |
| 137 | LOIDA RIOS ACEVEDO Y OTROS (138) V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0467<br><br>WAGES SCALE REVIEW | LOIDA RIOS ACEVEDO AND OTHERS (138) | Commonwealth |
| 138 | ROBERTO OCASIO GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0477<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ROBERTO OCASIO GARCIA | Commonwealth |
| 139 | CATHERINE ADDERICH Y OTROS (101) V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0478<br><br>WAGES SCALE REVIEW | CATHERINE ADDERICH AND OTHERS (101) | Commonwealth |
| 140 | LUIS E. RAMIREZ IRIZARRY V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0479<br><br>INTERIM DIFFERENTIAL | LUIS E. RAMIREZ IRIZARRY | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 141 | WANDA I. RODRIGUEZ QUIÑONES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0482<br><br>EXPENSES | WANDA I. RODRIGUEZ QUIÑONES | Commonwealth |
| 142 | IRVIN DIAZ DIAZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0483<br><br>EXPENSES | IRVIN DIAZ DIAZ | Commonwealth |
| 143 | JOSE BAEZ MENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0484<br><br>EXPENSES | JOSE BAEZ MENDEZ | Commonwealth |
| 144 | YONAIRA I. BOU AGOSTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0497<br><br>SENIORITY COMPENSATION | YONAIRA I. BOU AGOSTO | Commonwealth |
| 145 | LUZ DAMARIS CAEZ HERNANDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0500<br><br>RECLASSIFICATION AND MISCLASSIFICATION | LUZ DAMARIS CAEZ HERNANDEZ | Commonwealth |
| 146 | ELSA I. FERRER PEREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0501<br><br>RECLASSIFICATION DIFFERENTIAL | ELSA I. FERRER PEREZ | Commonwealth |
| 147 | NALMI C. MATTEI SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0502<br><br>EXTRAORDINARY CONDITIONS DIFFERENTIAL | NALMI C. MATTEI SANTIAGO | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 148 | NANCY AFANADOR ROMERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br><br>AQ-16-0503<br><br>EXTRAORDINARY CONDITIONS DIFFERENTIAL | NANCY AFANADOR ROMERO | Commonwealth |
| 149 | OMAYRA SANTIAGO GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0504<br><br>EXTRAORDINARY CONDITIONS DIFFERENTIAL | OMAYRA SANTIAGO GARCIA | Commonwealth |
| 150 | MIGDALIA ALICEA GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0534<br><br>INTERIM DIFFERENTIAL | MIGDALIA ALICEA GARCIA | Commonwealth |
| 151 | AIDA L. SANABRIA BAERGA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0553<br><br>INTERIM DIFFERENTIAL | AIDA L. SANABRIA BAERGA | Commonwealth |
| 152 | LUIS E. RAMIREZ IRIZARRY V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0565<br><br>INTERIM DIFFERENTIAL | LUIS E. RAMIREZ IRIZARRY | Commonwealth |
| 153 | DAIMARY COTTO CAMARA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0566<br><br>RECLASSIFICATION AND MISCLASSIFICATION | DAIMARY COTTO CAMARA | Commonwealth |
| 154 | JORGE MARRERO NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0568<br><br>EXPENSES | JORGE MARRERO NIEVES | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 155 | ELMER RIVERA SOTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0571<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ELMER RIVERA SOTO | Commonwealth |
| 156 | KEILA ACEVEDO AQUINO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0572<br><br>RECLASSIFICATION AND MISCLASSIFICATION | KEILA ACEVEDO AQUINO | Commonwealth |
| 157 | JAYMAYRA A. CEDEÑO HERNANDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0656<br><br>COMPENSATORY TIME | JAYMAYRA A. CEDEÑO HERNANDEZ | Commonwealth |
| 158 | MARIA DEL C. OJEDA DAVILA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0657<br><br>EXPENSES | MARIA DEL C. OJEDA DAVILA | Commonwealth |
| 159 | YONAIRA I. BOU AGOSTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0659<br><br>RECLASSIFICATION AND MISCLASSIFICATION | YONAIRA I. BOU AGOSTO | Commonwealth |
| 160 | KARIAM S. VAZQUEZ REYES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0660<br><br>RECLASSIFICATION AND MISCLASSIFICATION | KARIAM S. VAZQUEZ | Commonwealth |
| 161 | LETICIA NIEVES CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0801<br><br>WAGES | LETICIA NIEVES CRUZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 162 | LUIS O. APONTE URBINA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0802<br><br>INTERIM DIFFERENTIAL | LUIS O. APONTE URBINA | Commonwealth |
| 163 | NORMA I. COLON PEREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0803<br><br>DIFFERENTIAL BY INTERIM | NORMA I. COLON PEREZ | Commonwealth |
| 164 | ELIZABETH MELENDEZ ALSINA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0812<br><br>DIFFERENTIAL | ELIZABETH MELENDEZ ALSINA | Commonwealth |
| 165 | LEOMAR CRESPO RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0824<br><br>DIFFERENTIAL | LEOMAR CRESPO RIVERA | Commonwealth |
| 166 | ANGEL MELENDEZ GONZALEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0825<br><br>DIFFERENTIAL | ANGEL MELENDEZ GONZALEZ | Commonwealth |
| 167 | LUZ V. SANTANA BETANCOURT V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0826<br><br>DIFFERENTIAL | LUZ V. SANTANA BETANCOURT | Commonwealth |
| 168 | CARMEN SALAS PEREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0827<br><br>DIFFERENTIAL | CARMEN SALAS PEREZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 169 | ANA G. RIVERA CLAUDIO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0828<br><br>DIFFERENTIAL | ANA G. RIVERA CLAUDIO | Commonwealth |
| 170 | WANDA I. ABRIL LEON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0829<br><br>DIFFERENTIAL | WANDA I. ABRIL LEON | Commonwealth |
| 171 | LIZELIE NIEVES DE JESUS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0830<br><br>DIFFERENTIAL | LIZELIE NIEVES DE JESUS | Commonwealth |
| 172 | REBECA LOPEZ ROMAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0831<br><br>DIFFERENTIAL | REBECA LOPEZ ROMAN | Commonwealth |
| 173 | WILMA RIVERA MARTINEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0832<br><br>DIFFERENTIAL | WILMA RIVERA MARTINEZ | Commonwealth |
| 174 | MARIA CRUZ SOTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0833<br><br>DIFFERENTIAL | MARIA CRUZ SOTO | Commonwealth |
| 175 | GLORIMAR MORALES CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0834<br><br>DIFFERENTIAL | GLORIMAR MORALES CRUZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 176 | CYNTHIA MARIN MARQUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0835<br><br>DIFFERENTIAL | CYNTHIA MARIN | Commonwealth |
| 177 | ZENAIDA APONTE PEREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0836<br><br>DIFFERENTIAL | ZENAIDA APONTE | Commonwealth |
| 178 | IVELISSE VELEZ MELENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0837<br><br>DIFFERENTIAL | IVELISSE VELEZ MELENDEZ | Commonwealth |
| 179 | ANTHONY MORALES RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0840<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ANTHONY MORALES RODRIGUEZ | Commonwealth |
| 180 | ANGELICA M. LOPEZ APONTE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0841<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ANGELICA M. LOPEZ APONTE | Commonwealth |
| 181 | LORENA CAMPBELL MELENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0842<br><br>RECLASSIFICATION AND MISCLASSIFICATION | LORENA CAMPBELL MELENDEZ | Commonwealth |
| 182 | MIGUEL A. MATOS RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0845<br><br>DIFFERENTIAL | MIGUEL A. MATOS RIVERA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 183 | IRIS N. SANTIAGO LOPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0845<br><br>WAGE ADJUSTMENT FOR YEARS OF SERVICE | IRIS N. SANTIAGO LOPEZ | Commonwealth |
| 184 | YONAIRA I. BOU AGOSTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0847<br><br>WAGE ADJUSTMENT FOR YEARS OF SERVICE | YONAIRA I. BOU AGOSTO | Commonwealth |
| 185 | IRIS V. QUILES DEL TORO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0865<br><br>DIFFERENTIAL | IRIS V. QUILES DEL TORO | Commonwealth |
| 186 | IVELISSE VELEZ MELENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0866<br><br>DIFFERENTIAL | IVELISSE VELEZ MELENDEZ | Commonwealth |
| 187 | JOHANA HERNANDEZ ANDALUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0895<br><br>DIFFERENTIAL | JOHANA HERNANDEZ ANDALUZ | Commonwealth |
| 188 | LUZ D. AGUAYO PIZARRO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0896<br><br>DIFFERENTIAL | LUZ D. AGUAYO PIZARRO | Commonwealth |
| 189 | LUZ S. SIERRA RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0897<br><br>DIFFERENTIAL | LUZ S. SIERRA RIVERA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 190 | GLENDA I. JORGE PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0898<br><br>DIFFERENTIAL | GLENDA I. JORGE PAGAN | Commonwealth |
| 191 | MYRNA ORTIZ JIMENEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0900<br><br>DIFFERENTIAL | MYRNA ORTIZ JIMENEZ | Commonwealth |
| 192 | IRMA I. SOTO RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0901<br><br>DIFFERENTIAL | IRMA I. SOTO RIVERA | Commonwealth |
| 193 | MARIA COLON SANCHEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0902<br><br>DIFFERENTIAL | MARIA COLON SANCHEZ | Commonwealth |
| 194 | ZAIDA I. COSME RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0903<br><br>DIFFERENTIAL | ZAIDA I. COSME RODRIGUEZ | Commonwealth |
| 195 | CARLOS G. MALDONADO VELAZQUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0904<br><br>DIFFERENTIAL | CARLOS G. MALDONADO VELAZQUEZ | Commonwealth |
| 196 | CARMEN I. SANCHEZ RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0905<br><br>DIFFERENTIAL | CARMEN I. SANCHEZ RIVERA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 197 | ROLANDO ALVARADO CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0906<br><br>RECLASSIFICATION | ROLANDO ALVARADO CRUZ | Commonwealth |
| 198 | MARIA DE L. REYES MATANZO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0907<br><br>DIFFERENTIAL | MARIA DE L. REYES MATANZO | Commonwealth |
| 199 | RENE A. ORTIZ RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0926<br><br>DIFFERENTIAL | RENE A. ORTIZ RODRIGUEZ | Commonwealth |
| 200 | LUIS D. NIEVES NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0927<br><br>DIFFERENTIAL | LUIS D. NIEVES NIEVES | Commonwealth |
| 201 | JUAN C. MARTINEZ VELAZQUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0928<br><br>DIFFERENTIAL | JUAN C. MARTINEZ VELAZQUEZ | Commonwealth |
| 202 | TANYA RODRIGUEZ GONZALEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0945<br>(CASP)<br><br>DIFFERENTIAL | TANYA RODRIGUEZ GONZALEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 203 | LOUIS I. TORRES ROMAN<br>V.<br>DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0946<br>(CASP)<br><br>CLASSIFICATION AND COMPENSATION | LOUIS I. TORRES ROMAN | Commonwealth |
| 204 | RAFAEL RAMIREZ MELENDEZ<br>V.<br>DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0947<br>(CASP)<br><br>DIFFERENTIAL | RAFAEL RAMIREZ MELENDEZ | Commonwealth |
| 205 | MIGUEL A. MATOS RIVERA<br>V.<br>DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0949<br>(CASP)<br>DIFFERENTIAL | MIGUEL A. MATOS RIVERA | Commonwealth |
| 206 | CARMEN A. MERCED ALICEA<br>V.<br>DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0950<br>(CASP)<br><br>RECLASSIFICATION | CARMEN A. MERCED ALICEA | Commonwealth |
| 207 | ISABEL AGOSTO DIAZ Y OTROS (533<br>V.<br>DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0955<br>(CASP)<br><br>WAGES SCALE | ISABEL AGOSTO DIAZ Y OTROS (533 | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 208 | DOLORES M. PAGAN SCHELMETTY V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-1016 (CASP) DIFFERENTIAL | DOLORES M. PAGAN SCHELMETTY | Commonwealth |
| 209 | PEDRO A. CARDE ACOSTA V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-1019 (CASP) DIFFERENTIAL | PEDRO A. CARDE ACOSTA | Commonwealth |
| 210 | JEANNETTE Y. VELEZ VELEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-1020 (CASP) DIFFERENTIAL | JEANNETTE Y. VELEZ VELEZ | Commonwealth |
| 211 | ASTRID Y. AYABARRENO LASANTA V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0037 (CASP) PRE RETIREMENT VOLUNTARY PLAN | ASTRID Y. AYABARRENO LASANTA | Commonwealth |
| 212 | NEYDA E. RIVERA SUAREZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0066 (CASP) EXPENSES AND MILEAGE | NEYDA E. RIVERA SUAREZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 213 | NEYDA E. RIVERA SUAREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-17-0099 (CASP)<br><br>MEMBERSHIP EXPENSES | NEYDA E. RIVERA SUAREZ | Commonwealth |
| 214 | RAFAEL RAMIREZ MELENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-17-0119 (CASP)<br><br>COLLECTION AND DEMOTION | RAFAEL RAMIREZ MELENDEZ | Commonwealth |
| 215 | GUADALUPE TORRES LOPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-17-0156 (CASP)<br><br>EXPENSES | GUADALUPE TORRES LOPEZ | Commonwealth |
| 216 | GUADALUPE TORRES LOPEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0156 (CASP)<br><br>EXPENSES | GUADALUPE TORRES LOPEZ | Commonwealth |
| 217 | DAURA L. SUAREZ ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-17-0174 (CASP)<br><br>WAGES | DAURA L. SUAREZ ORTIZ | Commonwealth |
| 218 | ASTRID M. ROMAN ACOSTA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-17-0207 (CASP)<br><br>EXPENSES AND MILEAGE | ASTRID M. ROMAN ACOSTA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 219 | KAREN PAGAN RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0208 (CASP) <br><br> EXPENSES AND MILEAGE | KAREN PAGAN RODRIGUEZ | Commonwealth |
| 220 | FELICITA CARRERO MARTINEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0209 (CASP) <br><br> EXPENSES AND MILEAGE | FELICITA CARRERO MARTINEZ | Commonwealth |
| 221 | NIXALIZ CRUZ GARCIA V. DEPARTAMENTO DE LA FAMILIA <br><br> CASE NO: AQ-17-0210 (CASP) <br><br> EXPENSE AND MILEAGE | NIXALIZ CRUZ GARCIA | Commonwealth |
| 222 | MARIA E. TORRES SANCHEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0211 (CASP) <br><br> EXPENSES AND MILEAGE | MARIA E. TORRES SANCHEZ | Commonwealth |
| 223 | MYRIAM RODRIGUEZ SANTIAGO V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0212 (CASP) <br><br> EXPENSES AND MILEAGE | MYRIAM RODRIGUEZ SANTIAGO | Commonwealth |
| 224 | MARY L. BAEZ RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0213 (CASP) <br><br> EXPENSES AND MILEAGE | MARY L. BAEZ RODRIGUEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 225 | PEDRO M. VILA GARCIA<br>V.<br>DEPARTAMENTO DE LA FAMILIA<br>CASE NO:<br>AQ-17-0214<br>(CASP)<br><br>EXPENSES AND MILEAGE | PEDRO M. VILA GARCIA | Commonwealth |
| 226 | SONIA IRIZARRY CÁCERES<br>V.<br>DEPARTAMENTO DE LA FAMILIA<br>CASE NO:<br>AQ-17-0294<br>(CASP)<br><br>RECLASSIFICATION | SONIA IRIZARRY CÁCERES | Commonwealth |
| 227 | REGALADO CRUZ TUBENS<br>V.<br>DEPARTAMENTO DE LA FAMILIA<br>CASE NO:<br>AQ-17-0345<br>(CASP)<br><br>UNIFORMS | REGALADO CRUZ TUBENS | Commonwealth |
| 228 | JEANNETTE ROSA LABIOSA Y TODA LA UNIDAD APROPIADA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0346<br>(CASP)<br><br>CHRISTMAS BONUS | JEANNETTE ROSA LABIOSA Y TODA LA UNIDAD APROPIADA | Commonwealth |
| 229 | IVÁN TORO TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0348<br>(CASP)<br><br><br>RECLASSIFICATION | IVÁN TORO TORRES | Commonwealth |
| 230 | JORGE MARRERO NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0349<br>(CASP)<br><br>EXPENSES AND MILEAGE | JORGE MARRERO NIEVES | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 231 | JOSÉ LUIS BAEZ MÉNDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0350<br>(CASP)<br><br>EXPENSES AND MILEAGE | JOSÉ LUIS BAEZ MÉNDEZ | Commonwealth |
| 232 | CESAR F. MADERA DEL VALLE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-18-0120<br>(CASP)<br><br>DIFFERENTIAL | CESAR F. MADERA DEL VALLE | Commonwealth |
| 233 | BRENDA RIVERA ALGARIN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-18-0231<br>(CASP)<br><br>DIFFERENTIAL | BRENDA RIVERA ALGARIN | Commonwealth |
| 234 | INVESTIGADORES FORENSE, REGIÓN PONCE Y GUAYAMA V. INSTITUTO DE CIENCIAS FORENSES<br><br>CASE NO:<br>K AC2015-1003<br>TRIAL COURT<br><br>DIFFERENTIAL | FORENSIC INVESTIGATORS, PONCE AND GUAYAMA REGION | Commonwealth |
| 235 | JOSÉ M. QUIÑONEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>K AC2016-0931<br>TRIAL COURT<br><br>WAGE ADJUSTMENT | JOSÉ M. QUIÑONEZ | Commonwealth |
| 236 | ALICIA CRUZ RIVERA, LUZ N. PÉREZ BIRRIEL, YAMIRKA RAMOS BENÍQUEZ V. DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS<br><br>CASE NO:<br>K AC2016-1155<br>TRIAL COURT<br><br>WAGE ADJUSTMENT | ALICIA CRUZ RIVERA, LUZ N. PÉREZ BIRRIEL, YAMIRKA RAMOS BENÍQUEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 237 | WANDA I. RODRIGUEZ Y OTROS 8 V. DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS<br><br>CASE NO:<br>K AC2016-1166<br>TRIAL COURT<br><br>ANNUAL BONUS | WANDA I. RODRIGUEZ Y OTROS 8 | Commonwealth |
| 238 | HÉCTOR JOEL HERNÁNDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>K AC2017-0324<br>TRIAL COURT<br><br>RECLASSIFICATION | HÉCTOR JOEL HERNÁNDEZ | Commonwealth |
| 239 | JOEL A. SOTO SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>K AC2017-0364<br>TRIAL COURT<br><br>DIFFERENTIAL | JOEL A. SOTO SANTIAGO | Commonwealth |
| 240 | VIGILANTES V. DEPARTAMENTO DE RECURSOS NATURALES<br><br>CASE NO:<br>KAC 2010-1100 (902)<br>TRIAL COURT<br><br>OVERTIME | VIGILANTES | Commonwealth |
| 241 | MIOSOTIS COLLAZO VAZQUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2017-CV-01209<br>TRIAL COURT<br><br>INTERIM DIFFERENTIAL | MIOSOTIS COLLAZO VAZQUEZ | Commonwealth |
| 242 | MARTIN I. JIMENEZ CUBERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2017-CV-01533<br>TRIAL COURT<br><br>DIFFERENTIAL | MARTIN I. JIMENEZ CUBERO | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 243 | JOSE C. ORTIZ MARTINEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2017-CV-01645<br>TRIAL COURT<br><br>DIFFERENTIAL | JOSE C. ORTIZ MARTINEZ | Commonwealth |
| 244 | HECTOR L. MURIEL NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2018-CV-01699<br>TRIAL COURT<br><br>DIFFERENTIAL FOR EXTRAORDINARY TASKS | HECTOR L. MURIEL NIEVES | Commonwealth |
| 245 | OLVIA MARTÍNEZ LÓPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2018-CV-04935<br>TRIAL COURT<br><br>DIFFERENTIAL | OLVIA  MARTÍNEZ LÓPEZ | Commonwealth |
| 246 | EDGARDO LOPEZ CAMACHO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2018-CV-05289<br>TRIAL COURT<br><br>WAGE ADJUSTMENT | EDGARDO LOPEZ CAMACHO | Commonwealth |

## EXHIBIT 3

## TITLE III STAY MODIFICATIONS REGARDING
## CONDEMNATION PROCEEDINGS AGREED TO BY HTA[1]

### A.  Description of Title III Stay Modification (Actions to Proceed to Judgment)

As of April 12, 2019, the Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court.

|    | CASE INFORMATION | DEFENDANT | DEBTOR |
|----|------------------|-----------|--------|
| 1. | *ACT v. Madeline López Pagán et als*, Case No. KEF2004-00206 (1003) Puerto Rico Court of First Instance  Condemnation Proceeding | Madeline López Pagán | HTA |
| 2. | *ACT v. Ramón R. Cesani González*, Case No. KEF2004-0954 (1002)  Puerto Rico Court of First Instance  Condemnation Proceeding | Ramón R. Cesani González | HTA |
| 3. | *ACT v. Ramón R. Cesani González*, Case No. KEF2004-0992 (1003)  Puerto Rico Court of First Instance  Condemnation Proceeding | Ramón R. Cesani González | HTA |
| 4. | *ACT v. Ramón R. Cesani González*, Case No. KEF2005-0099 (1002)  Puerto Rico Court of First Instance  Condemnation Proceeding | Ramón R. Cesani González | HTA |
| 5. | *ACT v. Ramón R. Cesani González*, Case No. KEF2007-0216 (1002)  Puerto Rico Court of First Instance  Condemnation Proceeding | Ramón R. Cesani González | HTA |

---

[1]  Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Ninth Omnibus Motion for Approval of Modifications of the Automatic Stay*.

"Prepetition Court" shall mean the Puerto Rico Court of First Instance.

"Prepetition Action" shall mean the action identified in the column, "Case Information."

| | CASE INFORMATION | DEFENDANT | DEBTOR |
|---|---|---|---|
| 6. | *ACT v. Sucn. Eugenio J. Cesani González,* Case No. KEF2008-0201(1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Eugenio J. Cesani González | HTA |
| 7. | *ACT v. Sucn. Alberto Cesani Meléndez,* Case No. KEF2009-0090 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Alberto Cesani Meléndez | HTA |
| 8. | *ACT v. Eugenio B. Cesani Nieto,* Case No. KEF2009-0096 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Eugenio B. Cesani Nieto | HTA |
| 9. | *ACT v. Sucn. Ramón R. Cesani Extra Reg. Movimiento Deportivo Juvenil,* Case No. KEF2009-0097 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Ramón R. Cesani Extra Reg. Movimiento Deportivo Juvenil | HTA |
| 10. | *ACT v. Sucn. Ramón R. Cesani,* Case No. KEF2009-0102 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Ramón R. Cesani | HTA |
| 11. | *ACT v. Sucn. Isabel Sánchez Correa,* Case No. KEF2011-0002 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Isabel Sánchez Correa | HTA |

[*Continued on Next Page*]

2

B.  Description of Title III Stay Modification (Miscellaneous)

| | CASE INFORMATION | DEFENDANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
| 1. | *ACT v. Miguel Sánchez Nieves y Sucn. Luz M. López*<br><br>Case No. KEF2011-0034 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Miguel Sánchez Nieves and Sucn. Luz M. López | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow the parties to continue negotiations to settle the Prepetition Action, and (ii), if a settlement is reached, to allow HTA to consign to the Prepetition Court the amount of $96,000 and any applicable interest, and to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | April 12, 2019 |
| 2. | *ACT v. Caguas Lumber Yard*,<br><br>Case No. KEF2007-0608 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Caguas Lumber Yard | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to allow HTA to consign to the Prepetition Court the amount of $50,523.97 and to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | April 12, 2019 |