**Presentment Date: April 19, 2019**
**Objection Deadline: April 18, 2019 at 5:00 p.m. (AST)**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

### NOTICE OF PRESENTMENT OF STIPULATED ORDER EXTENDING
### THE ADMINISTRATIVE BAR DATE FOR CERTAIN CLAIMANTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

**PLEASE TAKE NOTICE** that, on January 9, 2019, the Debtors filed that certain Third Amended Title III Plan of Adjustment for Puerto Rico Sales Tax Financing Corporation [Case No. 17-3284, Docket No. 436] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 5, 2019, the Title III Court entered the *Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* [Case No. 17-3284, Docket No. 561] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, on February 12, 2019, the Title III Court entered the Notice of (A) Entry of Order Confirming the Third Amended Title *III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date* [Case No. 17-3284, Docket No. 587] (the "Notice of Effective Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1.6 of the Plan and decretal paragraph 26 of the Confirmation Order, the deadline for filing proofs of, or requests for, payment of Administrative Expense Claims ("Administrative Expense Requests") is April 13, 2019 (the "Administrative Bar Date").

**PLEASE TAKE FURTHER NOTICE** that, Bonistas del Patio, Inc. ("Bonistas") and Internal Revenue Service ("IRS," and along with Bonistas, the "Claimants") subject to the Administrative Bar Date require additional time to make Administrative Expense Requests and the Debtors have agreed to grant such Claimants with an extension.

**PLEASE TAKE FURTHER NOTICE** that, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Debtors, and the Puerto

---

[2] Capitalized terms used but not defined in this Stipulation have the meanings ascribed to such terms in the Plan.

-2-

Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent and financial advisor of the Debtors, hereby present a *Stipulated Order Extending the Administrative Bar Date for Certain Claimants* (the "Stipulated Order") to the Honorable Laura Taylor Swain, United States District Judge, sitting in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767 for signature on **April 19, 2019.**

**PLEASE TAKE FURTHER NOTICE** that the Stipulated Order is attached as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Stipulated Order is filed with the Court in accordance with the *Third Amended Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") [ECF No. 1512-1] **by 5:00 p.m. (AST) on April 18, 2019,** no hearing will be held and the Stipulated Order may be approved by this Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Stipulated Order and all documents filed in the Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: April 12, 2019
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Suzzanne Uhland*
John J. Rapisardi (*pro hac vice*)
Suzzanne Uhland (*pro hac vice*)
Peter Friedman (*pro hac vice*)
**O'MELVENY & MYERS LLP**
Times Square Tower
Seven Times Square
New York, NY 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisor Authority*

*/s/ Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Chris Theodoridis (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as Representative for COFINA*

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel.: (787) 705-2171
Fax: (787) 936-7494

*Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisor Authority*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as Representative for COFINA*

**Presentment Date: April 19, 2019**
**Objection Deadline: April 18, 2019 at 5:00 p.m. (AST)**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

## STIPULATED ORDER EXTENDING
## THE ADMINISTRATIVE BAR DATE FOR CERTAIN CLAIMANTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

This matter having come before the Court by the *Notice of Presentment of Stipulated Order Extending the Administrative Bar Date for Certain Claimants*, filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Debtors, and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent and financial advisor of the Debtor, for the entry of an this stipulated order (the "Order") extending the deadline for filing proofs of, or requests for, payment of Administrative Expense Claims, which is currently April 13, 2019 (the "Administrative Bar Date") for Bonistas del Patio, Inc. ("Bonistas") and Internal Revenue Service ("IRS," and along with Bonistas, the "Claimants") and good cause having been shown;[2]

**NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED:**

1. The Administrative Bar Date shall be extended to June 30, 2019 for the Claimants.

2. The Debtors reserve all rights to seek further extensions of the Administrative Bar Date in the future and further reserve all rights to object to any and all claims filed.

3. The Claimants reserve all rights to take the position that any claim asserted or assertable by them (a) is not subject to the Administrative Bar Date and (b) is not subject to any requirement to file a proof of, or request for, payment thereof.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2019
    San Juan, Puerto Rico

Honorable Laura Taylor Swain
United States District Judge

---

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the *Third Amended Title III Plan of Adjustment for Puerto Rico Sales Tax Financing Corporation* [Case No. 17-3284, Docket No. 436] (the "Plan").