**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO et al., : (Jointly Administered)
:
Debtors. :
-------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Bankruptcy Estate of MARIA N. Torres Rosa | N/A |
| Participant Name  CASE No. 18-02226 | Firm Name (if applicable) |
| Noreen Wiscovitch, Trustee | |
| Contact Person (if Participant is not an individual) | Contact Person |
| noreen@nwr-law.com | |
| Email Address | Email Address |

Address line 1

_PMB 136, 400 Calle Juan Calaf_

Address line 2

_San Juan, PR 00918_

City, State Zip Code

_USA_

Country

Address line 1

Address line 2

City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

　　　__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

_For this Reason ↓_

3. If Participant is **not** a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

　　(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Noreen Wisniotch-Rentas_
Signature

_Noreen Wiscovitch-Rentas_
Print Name

_See attached._
_PUC + Evidence._

_Chapter 7 Trustee_
Title (if Participant is not an Individual)

_3-19-19._
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Fill in this information to identify the case:**

Debtor 1 ___Commonwealth of Puerto Rico___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __Puerto Rico_____

Case number  17-03283_____

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Bankruptcy Estate of Marta Nydia Torres Rosa, Case No. 18-02226
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Noreen Wiscovitch-Rentas, Chap. 7 Trustee
   Name
   PMB 136/ 400 Calle Juan Calaf
   Number  Street
   San Juan         PR         00918
   City             State      ZIP Code

   Contact phone  787-946-0132
   Contact email  noreen@nwr-law.com

   Where should payments to the creditor be sent? (if different)
   Noreen Wiscovitch-Rentas, Chap. 7 Trustee
   Name
   PMB 136/400 Calle Juan Calaf
   Number  Street
   San Juan         PR         00918
   City             State      ZIP Code

   Contact phone  _____
   Contact email  _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____   Filed on ____/____/_____
                                                                        MM  / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                        Proof of Claim                              page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $ 101000.00. Does this amount include interest or other charges?
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Investiment in Puerto Rico Funds

9. Is all or part of the claim secured?
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.
   
   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____
   
   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   Value of property: $_____
   Amount of the claim that is secured: $_____
   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   Amount necessary to cure any default as of the date of the petition: $_____
   
   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410           Proof of Claim           page 2

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No
☐ Yes. Check one:

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/28/2018
                  MM / DD / YYYY

s/ Noreen Wiscovitch-Rentas
Signature

Print the name of the person who is completing and signing this claim:

Name: Noreen  Wiscovitch-Rentas
       First name    Middle name    Last name

Title: Chapter 7 Trustee

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: PMB 136 / 400 Calle Juan Calaf
         Number    Street
         San Juan                    PR    00918
         City                        State  ZIP Code

Contact phone  787-946-0232           Email noreen@nwr-law.com

Official Form 410                        Proof of Claim                        page 3



## SUPPLEMENTAL INFORMATION

**FOR TAX YEAR 2004**
APRIL 25, 2005

### PAYER'S INFORMATION:

FISERV SECURITIES, INC.
TWELVE HUNDRED
ONE COMMERCE SQUARE
2005 MARKET STREET
PHILADELPHIA, PA 19103-3212

TAX ID#: 23-2257761

### RECIPIENT'S NAME AND ADDRESS:

805776P 4183030 00452Z00001
MARTA NYDIA TORRES
RR 6 BOX 11250
SAN JUAN PR 00926

### PLEASE NOTE BEFORE FILING:

MUTUAL FUNDS, UITS AND OTHER SECURITIES MAY BE SUBJECT TO: (i) DIVIDEND REALLOCATION AND/OR (ii) RECLASSIFICATION OF LONG TERM CAPITAL GAIN DISTRIBUTIONS, WHICH MAY RESULT IN A CORRECTED 1099.

### RECIPIENT'S BROKERAGE INFORMATION:

POPULAR SECURITIES, INC.
209 MUNOZ RIVERA AVE
POPULAR CENTER, PLAZA LEVEL
SAN JUAN, PR 00918

SS#/TAX ID#: 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
ACCOUNT#: 78232022
OFFICE#: 78P  REP#: 9920
CUSTOMER SERVICE
(787)758-7400

### PURCHASES

| DATE | CUSIP | QUANTITY | SYMBOL | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 10/06/04 | 74526PAE4 | 100000 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 101,959.50 |
| TOTAL GROSS PURCHASES | | | | | 101,959.50 |

### NON-TAXABLE INTEREST INCOME

| DATE | CUSIP | SYMBOL | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 02/02/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 03/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 04/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 05/03/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 06/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 07/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 08/02/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 09/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 10/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 11/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 1,050.00 |
| 12/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 12/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| TOTAL NON-REPORTABLE INTEREST | | | | 7,350.00 |

PAGE 1 OF 1
ACCOUNT # 78232022
END OF SUPPLEMENTAL INFORMATION

**THIS SUPPLEMENTAL INFORMATION IS PROVIDED AS A CONVENIENCE TO ASSIST YOU IN PREPARING YOUR TAX FILING. IT IS NOT BEING REPORTED TO THE INTERNAL REVENUE SERVICE.**