UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT

The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
April 12, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Ramonita Santaella Franco
2. Joyce E. MacLennan
3. Willa Louise Cather
4. Olvin R. Martinez Cruz
5. Carolyn DeLong
6. Juan Vidal Cruz
7. William E. Shipley
8. Donnie W. Litton
9. Charles B. Bitler and Mary Ann Bitler
10. Ivan D. Smith and Dana Y. Smith
11. Sylvia Blumenfeld
12. Ronald Linde
13. James M. Kidd
14. Maritjan Ribic and Wayne Sommers
15. Wayne R. Sommers and Zenka Sommers
16. Marie L. Papp
17. Jonathan Miller and Stacy Miller
18. Eileen Draudin
19. Jane W. Pegel
20. Rose A. Gardella and Stephen G. Gardella
21. Lee Einbinder

Pro Se Notices of Participation Received by the Court
April 12, 2019

22. Thomas E. Ryan

23. Donald R. Blackwell

24. Timothy Sampson

25. Jose M. Ocasio and Gladys Melendez

26. James J. Broussard

27. Kristine Dees

28. Alice Odenwald

29. Angela May

30. Jeffrey Moores

31. Sylvia Deutsch

32. Clara R. Houdek

33. Mitchell Robert Fields

34. Pamela A. Roeming

35. Ross Family Trust

36. Lauren Ray Kingery

37. Betty W. Fantle

38. Massry Family LLC

39. Billy B. Best

40. Doris Schwartz

41. Myra Shulkes

42. Ronald C. Nienas

43. Richard Gorman and Irene Gorman

44. Kenneth Panke

Pro Se Notices of Participation Received by the Court
April 12, 2019

45. ADK Soho Fund LP

46. Virgil Grubbe

47. Carol Storch

48. Brigade Capital Management, LP

49. Hector L. Rivera and Enelia Russe

50. Enelia Russe Cordero

51. The Hector Morales Santiago Retirement Plan

52. The Alicia Oyola Trust

53. The Jose J. Adaime Maldonado Retirement Plan

54. The Noelia Ramos Rivera Retirement Plan

55. The United Surety & Indemnity CODEF COM FBO Frederick Millan

56. The Xiomarie Negron Retirement Plan

57. Luis A. Aponte Valderas

58. Sonia E. Acosta Martino

59. Miguel R. Correa Cestero

Dated: April 12, 2019