UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                 Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING PROCEDURES FOR ATTENDANCE,
PARTICIPATION AND OBSERVATION OF APRIL 24-25, 2019, OMNIBUS HEARING

        Beginning on **April 24, 2019 at 9:30 a.m.** (Atlantic Standard Time), the Court will conduct an omnibus hearing on certain motions in the above-captioned cases (the "Hearing") and related adversary proceeding in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  The Hearing will be conducted on April 24, 2019, from 9:30 a.m. to 12:00 p.m., resume if necessary from 1:00 p.m. to 5:00 p.m., and continue if necessary on April 25, 2019, from 9:30 a.m. to 12:00 p.m.  An agenda outlining the matters to be addressed and the projected timetable will be filed by Debtors' counsel by April 22, 2019 in accordance with the Eighth Amended Case Management Procedures.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

Judge Swain will be present in the San Juan courtroom and video-teleconferencing facilities will be available in the New York courtroom.  Counsel who intend to speak at the Hearing may attend the proceedings in the San Juan courtroom or the New York courtroom.  **Counsel who intend to speak at the Hearing must file an Informative Motion** stating the names of all attending counsel and identifying the party for which they intend to appear, the agenda items in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear, **no later than April 19, 2019, at 5:00 p.m.** (Atlantic Standard Time).

Other attorneys, members of the press and the general public may attend and observe the Hearing in either of the courtrooms.  There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the San Juan courthouse.  Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone.  Such attorneys must register with CourtSolutions at www.court-solutions.com **no later than April 19, 2019 at 5:00 p.m.** (Atlantic Standard Time) and pay the fee established by CourtSolutions.  No recording or retransmission of the Hearing is permitted by any person, including, but not limited to, the parties or the press.  Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

Dated: April 15, 2019

  /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge