UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

```
------------------------------------------------------------------X
                                                                  :
In re:                                                            :
                                                                  :
THE FINANCIAL OVERSIGHT AND                                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                 :   Title III
                                                                  :
         as representative of                                     :   Case No. 17-BK-3283 (LTS)
                                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,                           :   (Jointly Administered)
                                                                  :
         Debtors.                                                 :
------------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| QTCB Noteholder Group | Bracewell LLP |
| Participant Name | Firm Name (if applicable) |
| | |
| Kurt A. Mayr | Kurt A. Mayr |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| kurt.mayr@bracewell.com | kurt.mayr@bracewell.com |
| Email Address | Email Address |

#5915305

| CityPlace I, 34th Floor | CityPlace I, 34th Floor |
|---|---|
| Address line 1 | Address line 1 |
| 185 Asylum Street | 185 Asylum Street |
| Address line 2 | Address line 2 |
| Hartford, CT 06103 | Hartford, CT 06103 |
| City, State Zip Code | City, State Zip Code |
| USA | USA |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    **X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)[1]

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA23, 74514LA31, 74514LA49, 74514LA56, 74514LA64, 74514LA72, 74514LA80, 74514LA98, 74514LB22, 74514LB30, 74514LB48, 74514LB55, 74514LB63, 74514LB71, 74514LB89, 74514LB97, 74514LC21, 74514LC39, 74514LC47, 74514LC54, 74514LC62, 74514LC70, 74514LC88, 74514LC96, 74514LE86, 74514LZV2, 74514LZX8, 74514LZY6

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES**

By: _/s/ signature_
Signature
Kurt A. Mayr
Print Name
Counsel
Title (if Participant is not an Individual)
April 12, 2019
Date

---

[1] Notwithstanding its intent to oppose the relief requested by the Committee and the Oversight Board as indicated in this Notice of Participation, the QTCB Noteholder Group recognizes that various parties have espoused and will continue to espouse a variety of theories concerning the Commonwealth's constitutional debt—and that the ultimate solution, whether consensual or not, may not be binary as dictated by this form. Accordingly, the QTCB Noteholder Group reserves all rights with respect to any position or positions parties may ultimately assert in these cases, and this Notice of Participation should not be construed as adopting any particular argument or position.