# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>      As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *ET AL.*<br><br>      Debtors[1] | PROMESA<br>Title III<br><br><br><br>NO. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>Debtors | PROMESA<br>Title III<br><br><br><br>NO. 17 BK 3267-LTS<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

     I, Enrique G. Figueroa-Llinás do hereby certify that on April 12, 2019 I caused true and correct copies of the documents listed below, which were filed on April 12, 2019 in Case No. 17 BK 3283-LTS, to be served by U.S. Mail (Exhibit A) and by electronic mail (Exhibit B).

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747)

On that same date, I also caused two courtesy copies of the documents to be sent by FedEx overnight delivery to the Chambers of the Honorable Laura Taylor Swain at:

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

and

150 Carlos Chardon Street
Federal Building, Office 150
San Juan, PR 00918-1767

Copies of the documents were also sent by U.S. Mail to the Office of the United States Trustee for the District of Puerto Rico.

The documents filed and served on April 12, 2019 were the following:

1. **Bank of America's Response to Urgent Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order under Bankruptcy rules 1007(i) and 2004 Authorizing Discovery and Compelling Disclosure of Lists of Security Holders, Joinder and Reservation of Rights** (Docket No. 6195).

2. **Notice of Appearance and Request for Service of Notices and Papers** (Docket No. 6196).

3. **Jennifer L. Malin's Application and Order for Admission *Pro Hac Vice*** (Docket No. 6208).

4. **Carrie V. Hardman's Application and Order for Admission *Pro Hac Vice*** (Docket No. 6209).

In San Juan, Puerto Rico, this 15th day of April 2019.

BOBONIS, BOBONIS & RODRIGUEZ POVENTUD
129 DE DIEGO AVENUE
SAN JUAN, PUERTO RICO 00911-1927
TEL.  787-725-7941 FAX 787-725-4245

/S/ ENRIQUE G. FIGUEROA-LLINÁS
USDC No. 201709
efl@bobonislaw.com