# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- x
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :  Title III
                                                                    :
        as representative of                                        :  Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :  (Jointly Administered)
                                                                    :
        Debtors.¹                                                   :
------------------------------------------------------------------- x
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :  Title III
                                                                    :
        as representative of                                        :  Case No. 17-BK-3566 (LTS)
                                                                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                              :  This filing relates only to
GOVERNMENT OF THE COMMONWEALTH OF                                   :  Debtor ERS and shall be
PUERTO RICO,                                                        :  filed in the lead Case No.
                                                                    :  17-BK-3283 (LTS) and
        Debtor.                                                     :  Case No. 17-BK-3566 (LTS)
------------------------------------------------------------------- x
```

**NOTICE OF FILING OF REVISED ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, ESTABLISHING PROCEDURES WITH RESPECT TO OMNIBUS OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLAIMS ASSERTED BY HOLDERS OF BONDS ISSUED BY EMPLOYEES RETIREMENT SYSTEM OF <u>GOVERNMENT OF PUERTO RICO</u>**

---

¹ The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that on March 12, 2019, the Official Committee of Unsecured Creditors (together, the "Objector") filed the *Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures With Repsect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief* (the "Motion") [Docket No. 386].[2] Attached as Exhibit A to the Motion is the Objectors' initial proposed order in connection therewith (the "Initial Proposed Order"). Attached to the Initial Proposed Order are the Objection Notice and Objection Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Objectors hereby file a revised proposed order, with revised Objection Notice and Objection Procedures attached thereto, in the form attached hereto as Exhibit A (the "Revised Proposed Order"). A redline of the Revised Proposed Order, with Objection Notice and Objection Procedures, marked to show changes against the Initial Proposed Order, and attached Objection Notice and Objection Procedures, is attached hereto as Exhibit B. The Revised Proposed Order reflects comments to address certain issues raised by certain of the parties that filed objections to the Motion.[3] The Motion is currently scheduled to be heard on April 24, 2018 at 9:30 a.m. (prevailing Atlantic and Eastern time) before the Honorable Laura Taylor Swain, United States District Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767.

---

[2] Capitalized terms not defined herein have the meanings ascribed thereto in the Motion.

[3] The Official Committee of Unsecured Creditors (the "Committee") has shared the Revised Proposed Order with the Financial Oversight and Management Board for Puerto and the Official Committee of Retired Employees of the Commonwealth of Puerto Rico. Although neither party has informed the Committee, as of the time of this filing, that it takes issue with any specific provision of the Revised Proposed Order, it remains possible that one or both could object to the proposed revisions.

| | |
|---|---|
| Dated: April 15, 2019 | /s/ Luc A. Despins , |

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
Nicholas A Bassett, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Official Committee of Unsecured Creditors for all Title III Debtors*

- and -

/s/ Juan J. Casillas Ayala ,

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Aneses Negron, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787)523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors for all Title III Debtors*