**EXHIBIT A**

Twenty-First Omnibus Objection
Exhibit A - Insufficient Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANDINO RIVERA, JESSICA<br>CONDOMINIO BALCONES DE MONTE REAL<br>4205-F<br>CAROLINA, PR 00987 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47586 | $ 58,502,526,000.00 |

Reason: Proof of claim purports to assert liabilities associated with Ley 96, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ARROYO SOSA, BENJAMIN<br>119 CALLE 2 PARCELAS<br>VIEJAS SAN ISIDRO<br>CANOVANAS, PR 00729 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57106 | $ 9,999,999,999.00 |

Reason: Proof of claim purports to assert liabilities associated with contributions to Puerto Rico and taxes, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | AYALA RIVERA, NELLY<br>P.O. BOX 785<br>TRUJILLO ALTO, PR 00977 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115733 | $ 32,000,000,000.00* |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BETANCOURT RODRIGUEZ, ELOISA<br>PO BOX 106<br>TRUJILLO ALTO, PR 00977-0106 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60279 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | CHALUISANT GARCÍA, MARÍA L<br>P.O. BOX 5358<br>SAN SEBASTIÁN, PR 00685 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45045 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with employee obligations, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CINTRON LOPEZ, ELISA<br>HC 645 BOX 5126<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57002 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | DELFINA MONSERRATE DIAZ<br>506 BROWN CT<br>FRUITLANND PARK, FL 34731 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68909 | $ 123,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with unpaid salary increases, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

* Indicates claim contains unliquidated and/or undetermined amounts

Twenty-First Omnibus Objection
Exhibit A - Insufficient Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | DIAZ ALEMAN, ARACELIS<br>PMB #405 PO BOX 2510<br>TRUJILLO ALTO, PR 00977 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59612 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | DIAZ VEGA, IRIS M.<br>HC 61 BUZON 4740<br>TRUJILLO ALTO, PR 00976 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156770 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | FEBRES ARROYO, YAZBEL<br>URB. PEDREGALES CALLE AZABACHE #45<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90162 | $ 117,005,052,000.00 |

Reason: Proof of claim purports to assert liabilities associated with Ley 96, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | GARCIA NUNEZ, JENNY<br>CALLE 2 # 134 SAINT JUST<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57204 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | MARTINEZ RESTO, JOSE M.<br>PO BOX 1066<br>TRUJILLO ALTO, PR 00977 | 7/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161932 | $ 32,000,000,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Industrial Workers Union, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | MEDERO MATOS, JUAN RAMON<br>HC 61 BUZON 4047<br>TRUJILLO ALTO, PR 00976 | 7/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161324 | $ 64,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ORILLANO MEDERO, LOURDES<br>HC 61 BOX 4045<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52131 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

## Twenty-First Omnibus Objection
### Exhibit A - Insufficient Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | PINERO MARQUEZ, SARA<br>II NO. 4 CALLE J. URB. ALTURAS<br>RIO GRANDO, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130058 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | REYES AGOSTO, EVA N.<br>PO BOX 411<br>PALMER, PR 00721 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115120 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | RIVERA RUBILDA, FIGUEROA<br>H-C 645 BOX 8189<br>TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86628 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | SANTANA , ELIEZER RAMOS<br>PO BOX 1385<br>TRUJILLO ALTO, PR 00977-1385 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56384 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | SANTANA-LEDUC, MILAGROS<br>PO BOX 1385<br>TRUJILLO ALTO, PR 00977-1385 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56083 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | SANTIAGO FIGUEROA, MAITE<br>URB. VISTAS DEL PALMAR<br>CALLE E # L-7<br>YAUCO, PR 00698 | 6/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79097 | $ 200,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with employee obligations, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | SANTOS ORTIZ, VICTOR<br>PO BOX 2642<br>BAYAMON, PR 00960-2642 | 4/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7055 | $ 3,000,000,000.00 |

Twenty-First Omnibus Objection
Exhibit A - Insufficient Basis Claims

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| Reason: Proof of claim purports to assert liabilities associated with pension obligations, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | TOTAL | $ 1,023,507,577,999.00 * |