**ANEXO A**

Vigésimoprimera Objeción Colectiva
Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANDINO RIVERA, JESSICA<br>CONDOMINIO BALCONES DE MONTE REAL<br>4205-F<br>CAROLINA, PR 00987 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47586 | $ 58,502,526,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con la Ley 96, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 2 | ARROYO SOSA, BENJAMIN<br>119 CALLE 2 PARCELAS<br>VIEJAS SAN ISIDRO<br>CANOVANAS, PR 00729 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57106 | $ 9,999,999,999.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con las contribuciones a Puerto Rico y los impuestos, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 3 | AYALA RIVERA, NELLY<br>P.O. BOX 785<br>TRUJILLO ALTO, PR 00977 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115733 | $ 32,000,000,000.00* |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 4 | BETANCOURT RODRIGUEZ, ELOISA<br>PO BOX 106<br>TRUJILLO ALTO, PR 00977-0106 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60279 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 5 | CHALUISANT GARCÍA, MARÍA L<br>P.O. BOX 5358<br>SAN SEBASTIÁN, PR 00685 | 6/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45045 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con obligaciones laborales, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 6 | CINTRON LOPEZ, ELISA<br>HC 645 BOX 5126<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57002 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Vigésimoprimera Objeción Colectiva
## Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | DELFINA MONSERRATE DIAZ<br>506 BROWN CT<br>FRUITLANND PARK, FL 34731 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68909 | $ 123,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con aumentos salariales impagos, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 8 | DIAZ ALEMAN, ARACELIS<br>PMB #405 PO BOX 2510<br>TRUJILLO ALTO, PR 00977 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59612 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 9 | DIAZ VEGA, IRIS M.<br>HC 61 BUZON 4740<br>TRUJILLO ALTO, PR 00976 | 7/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 156770 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 10 | FEBRES ARROYO, YAZBEL<br>URB. PEDREGALES CALLE AZABACHE #45<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 90162 | $ 117,005,052,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con la Ley 96, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 11 | GARCIA NUNEZ, JENNY<br>CALLE 2 # 134 SAINT JUST<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57204 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 12 | MARTINEZ RESTO, JOSE M.<br>PO BOX 1066<br>TRUJILLO ALTO, PR 00977 | 7/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161932 | $ 32,000,000,000.00* |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con el Sindicato de Trabajadores Industriales, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

Vigésimoprimera Objeción Colectiva
Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | MEDERO MATOS, JUAN RAMON<br>HC 61 BUZON 4047<br>TRUJILLO ALTO, PR 00976 | 7/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161324 | $ 64,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 14 | ORILLANO MEDERO, LOURDES<br>HC 61 BOX 4045<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 52131 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 15 | PINERO MARQUEZ, SARA<br>II NO. 4 CALLE J. URB. ALTURAS<br>RIO GRANDO, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 130058 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 16 | REYES AGOSTO, EVA N.<br>PO BOX 411<br>PALMER, PR 00721 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115120 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 17 | RIVERA RUBILDA, FIGUEROA<br>H-C 645 BOX 8189<br>TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86628 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 18 | SANTANA , ELIEZER RAMOS<br>PO BOX 1385<br>TRUJILLO ALTO, PR 00977-1385 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56384 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

## Vigésimoprimera Objeción Colectiva
### Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | SANTANA-LEDUC, MILAGROS<br>PO BOX 1385<br>TRUJILLO ALTO, PR 00977-1385 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56083 | $ 32,000,000,000.00 |

Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | SANTIAGO FIGUEROA, MAITE<br>URB. VISTAS DEL PALMAR<br>CALLE E # L-7<br>YAUCO, PR 00698 | 6/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79097 | $ 200,000,000,000.00 |

Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con obligaciones laborales, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | SANTOS ORTIZ, VICTOR<br>PO BOX 2642<br>BAYAMON, PR 00960-2642 | 4/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7055 | $ 3,000,000,000.00 |

Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con obligaciones de pensión, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | TOTAL | $ 1,023,507,577,999.00* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados