## **EXHIBIT A**

Twenty-Second Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ARROYO CARABALLO, MARIA E<br>URB. PALACIOS REALES<br>44 CALLE RAVENA<br>TOA ALTA, PR 00953 | 05/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 28869 | $ 12,925.00 | ARROYO CARABALLO, MARIA E.<br>URB. PALACIOS REALES<br>#44 CALLE RAVENA<br>TOA ALTA, PR 00953 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 57904 | $ 12,925.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | CARMEN D. JIMENEZ GANDARA ESTATE<br>CARLOS E. TORRES<br>PO BOX 9659<br>SAN JUAN, PR 00908-0659 | 04/23/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 9614 | $ 523,166.67 | CARMEN D. JIMENEZ GANDARA ESTATE<br>CARLOS E. TORRES<br>PO BOX 9659<br>SAN JUAN, PR 00908-0659 | 07/20/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 161678 | $ 525,247.39 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | FINCA MATILDE, INC.<br>FIDEICOMISO<br>MERCADO RIERA<br>9166 CALLE MARINA<br>SUITE 117<br>PONCE, PR 00717 | 04/23/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 6812 | $ 247,920.00 | FINCA MATILDE, INC.<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/31/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 22994 | $ 7,248,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | FINCA PERSEVERANCIA, INC.<br>MARGARITA WILSON<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/15/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 14920 | $ 145,436.07 | FINCA PERSEVERANCIA, INC.<br>MARGARITA WILSON<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 06/08/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 35047 | $ 415,436.07* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Twenty-Second Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | AMERINATIONAL COMMUNITY SERVICES, LLC AS SERVICER FOR THE GDB DEBT RECOVERY AUTHORITY, AS TRANSFEREE OF GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO ATTN: FRANCISCO DE ARMAS PONCE DE LEON AVE. # 1519 FIRSTBANK BLDG., SUITE 1406 SAN JUAN, PR 00908 | 05/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 29533 | $ 2,355,974,556.98* | AMERINATIONAL COMMUNITY SERVICES, LLC AS SERVICER FOR THE GDB DEBT RECOVERY AUTHORITY, AS TRANSFEREE OF GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO ATTN: FRANCISCO DE ARMAS PONCE DE LEON AVE. # 1519 FIRSTBANK BLDG., SUITE 1406 SAN JUAN, PR 00908 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 151149 | $ 2,300,700,063.92 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 6 | RUGG ROZANY, LINDA 42 WAGON WHEEL RD REDDING, CT 06896 | 04/12/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 7122 | Undetermined* | RUGG ROZANY, LINDA 42 WAGON WHEEL RD. REDDING, CT 06896 | 05/15/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 13753 | $ 25,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | THE WILLIAM & BARBARA HERMAN FAMILY TRUST UAD 07/17/15 BARBARA J. HERMAN & WILLIAM A. HERMAN TTEES 6238 GLIDE AVE WOODLAND HILLS, CA 91367 | 04/23/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 8324 | Undetermined* | THE WILLIAM & BARBARA HERMAN FAMILY TRUST, WAD 07/17/15 BARBARA J. HERMAN & WILLIAM A. HERMAN TTEES 6238 GLIDE AVE WOODLAND HILLS, CA 91367 | 05/21/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 17716 | $ 31,081.64 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts