## **EXHIBIT D**

**Proposed Order**

Case:17-03283-LTS   Doc#:6276-5   Filed:04/15/19   Entered:04/15/19 20:56:15   Desc:
Exhibit Exhibit D (Proposed Order -English and Spanish Combine)   Page 1 of 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al*.,

Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td>
</tr>
</table>

## ORDER GRANTING THE TWENTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO EXACT DUPLICATE CLAIMS

Upon the *Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims* ("Twenty-Seventh Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated April 15, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Twenty-Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Twenty-Seventh Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Twenty-Seventh Omnibus Objection.

*Stability Act* ("PROMESA")[3]; and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Twenty-Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Twenty-Seventh Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Twenty-Seventh Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Twenty-Seventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Twenty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[3]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Dated: _____

 

                                        _____
Honorable Judge Laura Taylor Swain
United States District Judge

## ANEXO D

**Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                            Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**UNA RESOLUCIÓN QUE HACE LUGAR A LA VIGÉSIMA SÉPTIMA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES EXACTAMENTE DUPLICADAS**

En virtud de la *Vigésima Séptima Objeción Colectiva (no sustantiva) del Estado Libre Asociado de Puerto Rico contra Reclamaciones Exactamente Duplicadas* ("Vigésima Séptima Objeción Colectiva")[2] presentada por el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), de fecha 15 de abril de 2019, en la que solicita que se dicte una resolución que desestime por completo determinadas reclamaciones presentadas contra el Estado Libre Asociado, lo que se explica de manera más completa en la Vigésima Séptima Objeción Colectiva y los anexos

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

[2] Los términos en mayúscula no definidos en el presente tendrán los significados que se les atribuye en la Vigésima Séptima Objeción Colectiva.

que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Vigésima

Séptima Objeción Colectiva y conceder el remedio allí solicitado de conformidad con la sección

306(a) de la *Ley de Administración, Supervisión y Estabilidad Económica de Puerto Rico*

("PROMESA")[3]; y la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley

PROMESA; y considerando que se ha dado notificación debida y adecuada de la Vigésima

Séptima Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere

ninguna otra notificación adicional; habida cuenta de que cada una de las reclamaciones

identificadas en la columna "Reclamaciones a ser Desestimadas" del Anexo A a la Vigésima

Séptima Objeción Colectiva (en conjunto, las "Reclamaciones a ser Desestimadas") es un

duplicado de las reclamaciones identificadas en la columna "Reclamaciones Remanentes" del

Anexo A; y que el Tribunal ha considerado que el remedio pretendido en la Vigésima Séptima

Objeción Colectiva es beneficioso para el Estado Libre Asociado, sus acreedores y todas las partes

interesadas; y habiendo el Tribunal determinado que los fundamentos jurídicos y fácticos

expuestos en la Vigésima Séptima Objeción Colectiva constituyen una justa causa para el remedio

que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE HACER LUGAR a la Vigésima Séptima Objeción Colectiva tal como se

indica en el presente; además se

DISPONE que las Reclamaciones a ser Desestimadas quedan por este medio desestimadas

por completo; además se

DISPONE la preservación del derecho de los Deudores a objetar las Reclamaciones

Remanentes; además se

---

[3] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States' Code, U.S.C.) §§ 2101-2241.

DISPONE que Prime Clerk queda autorizada y se le ordena que elimine las Reclamaciones

a ser Desestimadas del registro oficial de reclamaciones en el Caso del Estado Libre Asociado

iniciado al amparo del Título III; y asimismo, se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los

asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta

Resolución.


Fecha: _____


_____
Honorable Jueza Laura Taylor Swain
Jueza de Distrito de los Estados Unidos