# **EXHIBIT A**

Twenty-Eighth Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BURGOS MERCASO, LUIS ARNALDO C/O LCDO. DENNIS J. CRUZ PÉREZ P. O. BOX 10720 PONCE, PR 00732 | 05/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 24509 | $ 1,250,000.00* | PABUR INC. H/N/C H2ONLY C/O LCDO. DENNIS J. CRUZ PÉREZ P. O. BOX 10720 PONCE, PR 00732 | 05/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 25296 | $ 1,250,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | CINTRON SANTIAGO, KENETH C/O LUIS G. PADILLA BRUNO BANCO COOPERATIVO PLAZA 623 AVE. PONCE DE LEON, STE. 701-A SAN JUAN, PR 00917 | 05/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 25212 | $ 138.05 | CINTRON SANTIAGO, MONICA E. C/O LUIS G PADILLA BRUNO BANCO COOPERATIVO PLAZA 623 AVE. PONCE DE LEON, STE. 701-A SAN JUAN, PR 00917 | 05/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 31213 | $ 138.05 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 24504 | $ 32,365,222.00 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 36109 | $ 32,365,222.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 47032 | Undetermined* | LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 121253 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | LAS MONJAS REALTY II, SE G.CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/05/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 39976 | $ 1,274,000.00* | LAS MONJAS REALTY II, SE G. CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/06/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 36496 | $ 1,274,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Twenty-Eighth Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO 40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 18749 | Undetermined* | MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO 40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 18915 | Undetermined* |
| Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 7 MILA BARCELO, ROSA MERCEDES C/O LCDO. DENNIS J. CRUZ PÉREZ P. O. BOX 10720 PONCE, PR 00732 | 05/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 24514 | $ 1,250,000.00* | PABUR INC. H/N/C H2ONLY C/O LCDO. DENNIS J. CRUZ PÉREZ P. O. BOX 10720 PONCE, PR 00732 | 05/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 25296 | $ 1,250,000.00* |
| Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 8 MONTALVO, IVAN 101 BRADY ROAD SACKETS HARBOR, NY 13685-9510 | 05/21/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 18400 | $ 9,997.00 | MONTALVO, IVAN 101 BRADY ROAD SACKETS HARBOR, NY 13685-9510 | 05/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 30747 | $ 9,997.00 |
| Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 9 MORALES MORALES, ILDEFONSO PO BOX 63 CASTANER, PR 00631 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 65494 | Undetermined* | MORALES MORALES, ILDEFONSO PO BOX 63 CASTANER, PR 00631 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 98827 | Undetermined* |
| Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 10 ORENGO MELENDEZ, ELY E CALLE 5 #490 SANTA ISABEL, PR 00757 | 05/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 26611 | $ 80,000.00 | ORENGO MELENDEZ, ELY E CALLE 5 #490 SANTA ISABEL, PR 00757 | 05/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 27107 | $ 80,000.00 |
| Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Twenty-Eighth Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 50598 | Undetermined* | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 125344 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 12 | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 51094 | Undetermined* | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 156972 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 13 | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 53909 | Undetermined* | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 117168 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 14 | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 54174 | Undetermined* | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 113631 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 15 | RADI CORP. JORGE L. COUTO GONZALEZ P.O. BOX 197 MANATI, PR 00674 | 07/17/17 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 2 | $ 1,700,000.00* | RADI CORP. JORGE L. COUTO GONZALEZ P.O. BOX 197 MANATI, PR 00674 | 07/17/17 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 4 | $ 1,700,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 16 | RESTO HERNANDEZ, EUGENIO P O BOX 344 CIALES, PR 00638 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 60644 | $ 16,000.00* | RESTO HERNANDEZ, EUGENIO P.O. BOX 344 CIALES, PR 00638 | 07/06/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 136441 | $ 16,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Twenty-Eighth Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | RIO CONSTRUCTION CORP. PAVIA & LAZARO, PSC ATTN: GERARDO PAVIA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 06/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 49852 | $ 539,146.05* | RIO CONSTRUCTION CORP. PAVIA & LAZARO, PSC ATTN. GERARDO PAVIA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 06/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 50780 | $ 539,146.05 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 18 | RUBIO RIVERA, ELIO J 876 RAVEL URB SEVILLA SAN JUAN, PR 00924-3050 | 05/15/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 15614 | $ 20,000.00 | RUBIO RIVERA, ELIO J 876 RAVEL URB SEVILLA SAN JUAN, PR 00924-3050 | 05/15/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 16040 | $ 20,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 19 | SOCIEDAD LEGAL DE GANANCIALES BURGOS-MILA C/O LCDO. DENNIS J. CRUZ PÉREZ P. O. BOX 10720 PONCE, PR 00732 | 05/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 24695 | $ 1,250,000.00 | PABUR INC. H/N/C H2ONLY C/O LCDO. DENNIS J. CRUZ PÉREZ P. O. BOX 10720 PONCE, PR 00732 | 05/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 25296 | $ 1,250,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 20 | SOTO GONZALEZ, CARLOS OMAR P.O. BOX 63 CASTAÑER, PR 00631 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 81593 | Undetermined* | SOTO GONZALEZ, CARLOS OMAR P.O. BOX 63 CASTANER, PR 00631 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 133963 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Twenty-Eighth Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | SUPER ASPHALT PAVEMENT CORPORATION SUPER ASPHALT PAVEMENT CORPORATION ATT. GERARDO PAVÍA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 06/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 49093 | $ 1,339,823.93 | SUPER ASPHALT PAVEMENT CORPORATION PAVIA & LAZARO, PSC ATTN: GERARDO PAVÍA CABANILLAS P.O. BOX 9746 SAN JUAN, PR 00908 | 06/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 70392 | $ 1,339,823.93 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 22 | UNITED STATES DEPARTMENT OF AGRICULTURE- RURAL DEVELOPMENT BUILDING 654 PLAZA, 654 MUNOZ RIVERA AVE. SUITE 601 SAN JUAN, PR 00918 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 95494 | $ 1,015,660.82* | UNITED STATES DEPARTMENT OF AGRICULTURE - RURAL DEVELOPMENT BUILDING 654 PLAZA 654 MUNOZ RIVERA AVE. SUITE 601 SAN JUAN, PR 00918 | 07/06/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 160756 | $ 1,015,660.82* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 23 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST AMRC, LLC ATTN: JOSE LUIS RAMIREZ COLL PO BOX 13128 SAN JUAN, PR 00908 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 76598 | $ 34,189.67 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST AMRC, LLC ATTN. JOSE LUIS RAMIREZ COLL P.O BOX 13128 SAN JUAN, PR 00908 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 91993 | $ 34,189.67* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts