**ANEXO A**

## Vigésimoctava Objeción Colectiva
### Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | BURGOS MERCASO, LUIS ARNALDO<br>C/O LCDO. DENNIS J. CRUZ PÉREZ<br>P. O. BOX 10720<br>PONCE, PR 00732 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 24509 | $ 1,250,000.00* | PABUR INC. H/N/C H2ONLY<br>C/O LCDO. DENNIS J. CRUZ PÉREZ<br>P. O. BOX 10720<br>PONCE, PR 00732 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 25296 | $ 1,250,000.00* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 2 | CINTRON SANTIAGO, KENETH<br>C/O LUIS G. PADILLA BRUNO<br>BANCO COOPERATIVO PLAZA<br>623 AVE. PONCE DE LEON, STE. 701-A<br>SAN JUAN, PR 00917 | 05/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 25212 | $ 138.05 | CINTRON SANTIAGO, MONICA E.<br>C/O LUIS G PADILLA BRUNO<br>BANCO COOPERATIVO PLAZA<br>623 AVE. PONCE DE LEON, STE. 701-A<br>SAN JUAN, PR 00917 | 05/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 31213 | $ 138.05 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 3 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC.<br>OSCAR RIVERA<br>PO BOX 331180<br>MIAMI, FL 33233-1180 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 24504 | $ 32,365,222.00 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC.<br>OSCAR RIVERA<br>PO BOX 331180<br>MIAMI, FL 33233-1180 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 36109 | $ 32,365,222.00 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 4 | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 47032 | Indeterminado* | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 121253 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Vigésimoctava Objeción Colectiva
### Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | LAS MONJAS REALTY II, SE<br>G.CARLO-ALTIERI LAW OFFICES<br>254 CALLE SAN JOSE, THIRD FLOOR<br>SAN JUAN, PR 00901 | 06/05/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 39976 | $ 1,274,000.00* | LAS MONJAS REALTY II, SE<br>G. CARLO-ALTIERI LAW OFFICES<br>254 CALLE SAN JOSE, THIRD FLOOR<br>SAN JUAN, PR 00901 | 06/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 36496 | $ 1,274,000.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | MERCADO, OSCAR OLMEDA<br>ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>APARTADO 40177<br>ESTACIÓN MINILLAS<br>SAN JUAN, PR 00940 | 05/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 18749 | Indeterminado* | MERCADO, OSCAR OLMEDA<br>ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>APARTADO 40177<br>ESTACIÓN MINILLAS<br>SAN JUAN, PR 00940 | 05/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 18915 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | MILA BARCELO, ROSA MERCEDES<br>C/O LCDO. DENNIS J. CRUZ PÉREZ<br>P. O. BOX 10720<br>PONCE, PR 00732 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 24514 | $ 1,250,000.00* | PABUR INC. H/N/C H2ONLY<br>C/O LCDO. DENNIS J. CRUZ PÉREZ<br>P. O. BOX 10720<br>PONCE, PR 00732 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 25296 | $ 1,250,000.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 05/21/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 18400 | $ 9,997.00 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 05/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 30747 | $ 9,997.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

Vigésimoctava Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | MORALES MORALES, ILDEFONSO PO BOX 63 CASTANER, PR 00631 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 65494 | Indeterminado* | MORALES MORALES, ILDEFONSO PO BOX 63 CASTANER, PR 00631 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 98827 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ORENGO MELENDEZ, ELY E CALLE 5 #490 SANTA ISABEL, PR 00757 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 26611 | $ 80,000.00 | ORENGO MELENDEZ, ELY E CALLE 5 #490 SANTA ISABEL, PR 00757 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 27107 | $ 80,000.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 50598 | Indeterminado* | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 125344 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 51094 | Indeterminado* | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 156972 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 53909 | Indeterminado* | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 117168 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 54174 | Indeterminado* | PLAZA TOLEDO, ELVIN HC-01 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 113631 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

## Vigésimoctava Objeción Colectiva
### Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| **NOMBRE** | **FECHA DE PRESENTACIÓN** | **NÚMERO DE CASO/DEUDOR** | **N.º DE RECLAMACIÓN** | **MONTO DE LA RECLAMACIÓN** | **NOMBRE** | **FECHA DE PRESENTACIÓN** | **NÚMERO DE CASO/DEUDOR** | **N.º DE RECLAMACIÓN** | **MONTO DE LA RECLAMACIÓN** |
| 15 RADI CORP. JORGE L. COUTO GONZALEZ P.O. BOX 197 MANATI, PR 00674 | 07/17/17 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 2 | $ 1,700,000.00* | RADI CORP. JORGE L. COUTO GONZALEZ P.O. BOX 197 MANATI, PR 00674 | 07/17/17 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 4 | $ 1,700,000.00* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 16 RESTO HERNANDEZ, EUGENIO P O BOX 344 CIALES, PR 00638 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 60644 | $ 16,000.00* | RESTO HERNANDEZ, EUGENIO P.O. BOX 344 CIALES, PR 00638 | 07/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 136441 | $ 16,000.00 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 17 RIO CONSTRUCTION CORP. PAVIA & LAZARO, PSC ATTN: GERARDO PAVIA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 06/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 49852 | $ 539,146.05* | RIO CONSTRUCTION CORP. PAVIA & LAZARO, PSC ATTN. GERARDO PAVIA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 06/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 50780 | $ 539,146.05 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 18 RUBIO RIVERA, ELIO J 876 RAVEL URB SEVILLA SAN JUAN, PR 00924-3050 | 05/15/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 15614 | $ 20,000.00 | RUBIO RIVERA, ELIO J 876 RAVEL URB SEVILLA SAN JUAN, PR 00924-3050 | 05/15/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 16040 | $ 20,000.00 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 19 SOCIEDAD LEGAL DE GANANCIALES BURGOS-MILA C/O LCDO. DENNIS J. CRUZ PÉREZ P. O. BOX 10720 PONCE, PR 00732 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 24695 | $ 1,250,000.00 | PABUR INC. H/N/C H2ONLY C/O LCDO. DENNIS J. CRUZ PÉREZ P. O. BOX 10720 PONCE, PR 00732 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 25296 | $ 1,250,000.00* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

## Vigésimoctava Objeción Colectiva
## Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 20 | SOTO GONZALEZ, CARLOS OMAR<br>P.O. BOX 63<br>CASTAÑER, PR 00631 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 81593 | Indeterminado* | SOTO GONZALEZ, CARLOS OMAR<br>P.O. BOX 63<br>CASTANER, PR 00631 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 133963 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 21 | SUPER ASPHALT PAVEMENT CORPORATION<br>SUPER ASPHALT PAVEMENT CORPORATION<br>ATT. GERARDO PAVÍA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 49093 | $ 1,339,823.93 | SUPER ASPHALT PAVEMENT CORPORATION<br>PAVIA & LAZARO, PSC<br>ATTN: GERARDO PAVÍA CABANILLAS<br>P.O. BOX 9746<br>SAN JUAN, PR 00908 | 06/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 70392 | $ 1,339,823.93 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 22 | UNITED STATES DEPARTMENT OF AGRICULTURE- RURAL DEVELOPMENT<br>BUILDING 654 PLAZA, 654 MUNOZ RIVERA AVE. SUITE 601<br>SAN JUAN, PR 00918 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 95494 | $ 1,015,660.82* | UNITED STATES DEPARTMENT OF AGRICULTURE - RURAL DEVELOPMENT<br>BUILDING 654 PLAZA<br>654 MUNOZ RIVERA AVE.<br>SUITE 601<br>SAN JUAN, PR 00918 | 07/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 160756 | $ 1,015,660.82* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 23 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST<br>AMRC, LLC<br>ATTN: JOSE LUIS RAMIREZ COLL<br>PO BOX 13128<br>SAN JUAN, PR 00908 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 76598 | $ 34,189.67 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST<br>AMRC, LLC<br>ATTN. JOSE LUIS RAMIREZ COLL<br>P.O BOX 13128<br>SAN JUAN, PR 00908 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 91993 | $ 34,189.67* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.