# **EXHIBIT C**

**Notice**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF THE THIRTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO EXACT DUPLICATE CLAIMS**

---

**IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, IT IS LISTED BECAUSE YOU HAVE ALSO FILED A DUPLICATE PROOF OF CLAIM FOR THE SAME ASSERTED LIABILITY.  YOU DO NOT HAVE TO FILE A RESPONSE TO THE OMNIBUS OBJECTION IN ORDER TO PROTECT YOUR RIGHTS.  YOUR DUPLICATE PROOF OF CLAIM WILL BE RESERVED FOR DETERMINATION AT A LATER DATE AND YOU WILL RECEIVE NOTICE OF ANY FURTHER PROCEEDINGS.**

---

**PLEASE TAKE NOTICE THAT**, on April 15, 2019, the *Employees Retirement System of the Government of the Commonwealth of Puerto Rico* ("<u>ERS</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>"),[1] filed the *Thirtieth Omnibus (Non-Substantive) Objection of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims* (the "<u>Omnibus Objection</u>") with the United States District Court for the District of Puerto Rico (the "<u>Court</u>"),[2] a copy of which is attached to this notice.

[*Additional Pages Follow*]

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

> **OVERVIEW**
>
> - **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED UNDER "CLAIMS TO BE DISALLOWED" ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION.**
>
> - **If your claim(s) is/are <u>NOT</u> listed under "Claims to be Disallowed" on Exhibit A, your claim will not be affected by the Omnibus Objection, and you <u>DO NOT</u> have to do anything.**
>
> - If your claim(s) is/are listed as "Claims to be Disallowed" on <u>Exhibit A</u> to the Omnibus Objection, the Commonwealth is seeking to disallow your initial claim(s) because your claim(s) are exact duplicates of the claim(s) listed under "Remaining Claims" on Exhibit A.
>
> - **The Omnibus Objection <u>WILL NOT</u> affect your claim(s) listed under "Remaining Claims" in <u>Exhibit A</u> to the Omnibus Objection (each a "<u>Remaining Claim</u>").  You will retain your Remaining Claim against ERS.**
>
> - THE OMNIBUS OBJECTION SEEKS TO ALTER YOUR RIGHTS AS TO ANY CLAIM LISTED IN THE COLUMN TITLED "CLAIMS TO BE DISALLOWED." ANY CLAIM THAT IS DISALLOWED WILL BE TREATED AS THOUGH IT WERE NEVER FILED.
>
> - YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.
>
> - Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.
>
> - **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Additional Pages Follow*]

2

> **IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1**
>
> Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a response to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 pm (Atlantic Standard Time)** on **May 28, 2019**, unless otherwise extended, in writing, by the Commonwealth. If no response is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the Court may schedule a hearing.

## Critical Information for Claimants Choosing to File a Response

**Who is Required to File a Response**. Any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein. If a party whose claim is subject to the Omnibus Objection does not file and serve a response in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant. As explained above, even if you do not respond, your duplicate proof of claim will be preserved for determination at a later date and you will receive notice of further proceedings.

**Who is NOT Required to File a Response.** If you do not oppose the disallowance of your claim(s) that are listed on the column titled "Claims to be Disallowed" of Exhibit A to the Omnibus Objection, then you do not need to file a written response to the Omnibus Objection and you do not need to appear at the hearing on the Omnibus Objection (described below). Additionally, the Omnibus Objection only applies to the claims listed on Exhibit A to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico. No response is required if your claim is not listed on Exhibit A to the Omnibus Objection.

**Deadline for Filing a Response**. Your response will be deemed timely **only if** it is filed with the Court **and** served by **4:00 pm (Atlantic Standard Time)** on **May 28, 2019**, unless otherwise extended, in writing, by the Commonwealth or upon written request to the Court and order of the Court extending the deadline.

> **The deadline for filing and serving a response is**
> **4:00 pm (Atlantic Standard Time) on May 28, 2019.**

**Hearing on the Omnibus Objection**. If a response is properly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the response will be held at **9:30 a.m. (Atlantic Standard Time) on June 12, 2019**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. If you file a response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection. The Commonwealth, however, reserves the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the response.

3

The Debtors may file a reply to your response or reply in oral argument at the hearing. The Debtors are permitted to file their reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the response.

> **THE COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED AND SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.**

**What to File with a Response**. Your response to the Omnibus Objection must contain the following information.

(i) **Contact Information**. The response must include a **name**, **address**, **telephone number**, and **email address** of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Commonwealth should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii) **Caption**. The response must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on Exhibit A to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

(iii) **Reason(s) for Opposing the Omnibus Objection**. The response must contain a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to your Claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv) **Supporting Documentation**. To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; provided, however, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and provided, further, that the claimant shall disclose to the Commonwealth all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

**Where and How to File and Serve a Response**. Every response should be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your response:

1. **Online**. Registered users of the Court's case filing system must file their response electronically in searchable portable document format.

2. **By Mail**. If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a response by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

4

>Clerk's Office
>United States District Court
>Room 150 Federal Building
>San Juan, Puerto Rico 00918-1767
>
>Counsel for the Oversight Board
>Proskauer Rose LLP
>Eleven Times Square
>New York, New York 10036-8299
>Attn: Martin J. Bienenstock
>Brian S. Rosen
>
>Counsel for the Creditors' Committee
>Paul Hastings LLP
>200 Park Avenue
>New York, New York 10166
>Attn: Luc A. Despins
>James Bliss
>James Worthington
>G. Alexander Bongartz

>YOUR RESPONSE must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 pm (Atlantic Standard Time)** on **May 28, 2019**, unless otherwise extended by the Commonwealth, in writing, or upon a written request to the Court and order of the Court extending the deadline.

In the event that you are unable to file and serve a response online or by mail as specified above, you may file a response in person at the following address by no later than **4:00 pm (Atlantic Standard Time)** on **May 28, 2019**, unless otherwise extended by the Commonwealth, in writing, or upon a written request to the Court and order of the Court extending the deadline:

>Clerk's Office
>United States District Court
>#150 Chardon Avenue
>Federal Building
>San Juan, Puerto Rico 00918

A certificate of service should be included with your response explaining how service was accomplished.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

5

**Reservation of Rights**. NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF THE COMMONWEALTH OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

---

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

## **ANEXO C**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>Deudores. | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**NOTIFICACIÓN DE LA TRIGÉSIMA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES EXACTAMENTE DUPLICADAS**

**SI SU RECLAMACIÓN ESTÁ INCLUIDA EN EL ANEXO A A LA OBJECIÓN COLECTIVA, ELLO OBEDECE A QUE USTED HA PRESENTADO UNA EVIDENCIA DE RECLAMACIÓN DUPLICADA POR LA MISMA OBLIGACIÓN INVOCADA. USTED NO TIENE QUE PRESENTAR UNA RESPUESTA A LA OBJECIÓN COLECTIVA A FIN DE PROTEGER SUS DERECHOS. SU EVIDENCIA DE RECLAMACIÓN SE PRESERVARÁ PARA SER DIRIMIDA EN UNA FECHA FUTURA Y SE PROCEDERÁ A NOTIFICARLO DE CUALQUIER PROCEDIMIENTO ADICIONAL.**

**SE NOTIFICA QUE**, con fecha 15 de abril de 2019, el *Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico* ("ERS"), por intermedio de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado conforme a la sección 315(b) de la *Ley de Administración, Supervisión y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] ha presentado la *Trigésima Objeción Colectiva (no sustantiva) del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra Reclamaciones*

---

[1] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States' Code, U.S.C.) §§ 2101-2241.

*Exactamente Duplicadas* (la "Objeción Colectiva") ante el Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"),[2] cuya copia se adjunta a esta notificación.

---

**RESUMEN**

- **VERIFIQUE SI SUS RECLAMACIONES FIGURAN EN "RECLAMACIONES DESESTIMAR" EN EL ANEXO A A LA OBJECIÓN COLECTIVA.**

- **Si sus reclamaciones NO figuran en "Reclamaciones a Desestimar" en el Anexo A, su reclamación no se verá afectada por la Objeción Colectiva, y NO tiene obligación de hacer nada.**

- Si sus reclamaciones figuran en la lista de "Reclamaciones a Desestimar" del **Anexo A** a la Objeción Colectiva, queda usted notificado de que el Estado Libre Asociado pretende desestimar sus reclamaciones iniciales pues las mismas constituyen duplicados exactos de las reclamaciones que se detallan en "Reclamaciones Remanentes" del Anexo A.

- **La Objeción Colectiva NO afectará a sus reclamaciones que figuran en "Reclamaciones Remanentes" del Anexo A a la Objeción Colectiva (individualmente, "Reclamación Remanente"). Usted conservará su Reclamación Remanente contra el ERS.**

- EL PROPÓSITO DE ESTA OBJECIÓN COLECTIVA ES MODIFICAR SUS DERECHOS EN CUALQUIERA DE LAS RECLAMACIONES DETALLADAS EN "RECLAMACIONES A DESESTIMAR". TODA RECLAMACIÓN QUE SEA DESESTIMADA SE TRATARÁ COMO SI NUNCA SE HUBIERE PRESENTADO.

- DEBE LEER ESTA NOTIFICACIÓN Y LA OBJECIÓN COLECTIVA DETENIDAMENTE Y ANALIZARLAS CON SU ABOGADO. SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

- Las copias de la Objeción Colectiva y de las demás presentaciones en los Casos al amparo del Título III pueden consultarse gratis en línea en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, póngase en contacto con Prime Clerk LLC al (844) 822-9231 (llamada gratuita para EE.UU. y Puerto Rico), o al (646) 486-7944 (para llamadas internacionales), disponible desde las 10:00 a.m. hasta las 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español).**

---

**SI USTED NO RESPONDE DE CONFORMIDAD CON ESTA NOTIFICACIÓN, EL TRIBUNAL PODRÍA OTORGAR EL REMEDIO SOLICITADO POR LA**

---

[2] Los términos en mayúscula no definidos en el presente tendrán los significados que se les atribuye en la Objeción Colectiva.

**OBJECIÓN COLECTIVA SIN MEDIAR NOTIFICACIÓN O AUDIENCIA POSTERIOR.**

> **AVISO IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1**
>
> Cualquier parte que hubiere sido notificada de esta Objeción Colectiva, o cualquier otra parte interviniente en la acción que se oponga al remedio allí solicitado deberá notificar y presentar una respuesta a la Objeción Colectiva en la oficina del secretario del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **4:00 p.m. (Hora Estándar del Atlántico)** del **28 de mayo de 2019**, salvo que dicha fecha plazo fuere prorrogada por escrito por el Estado Libre Asociado. De no presentarse una respuesta dentro del plazo citado, la Objeción Colectiva se considerará no objetada y podrá aceptarse, a menos que: (1) el remedio solicitado estuviere prohibido por ley, (2) el remedio solicitado fuere contrario a la política pública, o (3) a criterio del tribunal, el interés de la justicia lo requiriere de otro modo. Si presenta una respuesta en tiempo y forma, el Tribunal podrá programar una audiencia.

## Información fundamental para los Demandantes que opten por presentar una Respuesta

**Quiénes están obligados a presentar una Respuesta**. Cualquier parte que se oponga a la Objeción Colectiva deberá presentar una respuesta de conformidad con los procedimientos aquí establecidos. Si una parte cuya reclamación estuviere sujeta a la Objeción Colectiva no presenta ni notifica una respuesta en cumplimiento de los procedimientos descritos en el presente, el Tribunal podrá hacer lugar a la Objeción Colectiva con respecto a dicha reclamación, sin necesidad de cursar una notificación ulterior al demandante. Como se explicó más arriba, aun si usted no responde, se conservará su evidencia de reclamación duplicada para dirimirla en una fecha futura y se procederá a notificarlo de cualquier procedimiento adicional.

**Quiénes NO están obligados a presentar una respuesta.** Si usted no se opone a la desestimación de sus reclamaciones que aparecen en la columna "Reclamaciones a ser Desestimadas" del Anexo A a la Objeción Colectiva, no será necesario que presente una respuesta escrita a la Objeción Colectiva, ni tampoco comparecer ante la audiencia que trate la Objeción Colectiva (descrita más abajo). Además, la Objeción Colectiva solo se aplica a las reclamaciones que figuran en el Anexo A a la Objeción Colectiva, cuya copia puede consultarse de manera gratuita en línea, en https://cases.primeclerk.com/puertorico. No se requiere ninguna respuesta si su reclamación no aparece en la lista del Anexo A a la Objeción Colectiva.

**Fecha límite para presentar una Respuesta**. Se considerará que su respuesta se presentó en tiempo y forma **únicamente si** se presenta ante el Tribunal **y** se notifica antes de las **4:00 p.m. (Hora Estándar del Atlántico)** del **28 de mayo 2019**, a menos que dicha fecha límite fuere prorrogada por escrito por el Estado Libre Asociado o ante la solicitud por escrito dirigida al Tribunal y la resolución de este que prorroga la fecha límite.

> **La fecha límite para presentar y notificar una respuesta es a las 4:00 p.m. (Hora Estándar del Atlántico) del 28 de mayo de 2019.**

3

**Audiencia sobre la Objeción Colectiva**. La respuesta correctamente presentada y notificada de acuerdo con este aviso dará lugar a la realización de una audiencia sobre la Objeción Colectiva y la respuesta a las **9.30 a.m. (Hora Estándar del Atlántico) del 12 de junio de 2019**, ante la Honorable Jueza Laura Taylor Swain en el Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico, ubicado en 150 Calle Carlos Chardón, Federal Building, San Juan, Puerto Rico 00918-1767. Si usted presenta una respuesta a la Objeción Colectiva, deberá entonces prepararse para comparecer a la audiencia sobre la Objeción Colectiva. No obstante, el Estado Libre Asociado se reserva el derecho de levantar la audiencia sobre la Objeción Colectiva y la respuesta, con tres (3) días hábiles de antelación.

Los Deudores podrán presentar una contestación a su respuesta o responder mediante un alegato oral en la audiencia. Los Deudores podrán presentar su respuesta a más tardar siete (7) días calendario antes de la audiencia sobre la Objeción Colectiva y la respuesta.

> **EL TRIBUNAL SOLO TOMARÁ EN CONSIDERACIÓN SU RESPUESTA SI ESTA SE PRESENTA Y NOTIFICA ANTES O EN LA FECHA LÍMITE PARA PRESENTAR RESPUESTAS, DE CONFORMIDAD CON LAS INSTRUCCIONES INDICADAS EN ESTE AVISO.**

**Qué debe presentarse junto con una Respuesta**. La respuesta a la Objeción Colectiva debe contener la siguiente información.

(i) **Información de Contacto**. La respuesta debe incluir un **nombre**, **domicilio**, **número telefónico** y **dirección de correo electrónico** ya sea (1) del demandante que responde; (2) del abogado o el representante designado del demandante a los cuales los abogados del Estado Libre Asociado deben cursar una contestación a la respuesta, en su caso; o (3) a la parte facultada para conciliar, transigir o de cualquier otro modo resolver la Objeción Colectiva en representación del demandante.

(ii) **Título**. La respuesta debe contener un título que indique el nombre del Tribunal, los nombres de los Deudores, el número de caso, el título de la Objeción Colectiva a la cual está dirigida la respuesta y el o los números de evidencias de reclamaciones relacionadas otorgados por Prime Clerk (que aparecen en una lista del Anexo A a la Objeción Colectiva y que están disponibles de forma gratuita en línea, en https://cases.primeclerk.com/puertorico).

(iii) **La o las razones de la oposición a la Objeción Colectiva**. La respuesta ha de contener una declaración concisa que indique las razones por las cuales el Tribunal no debería hacer lugar a la Objeción Colectiva con respecto a su Reclamación, incluidos los fundamentos fácticos y jurídicos que esgrimirá el demandante para oponerse a la Objeción Colectiva.

(iv) **Documentación de Respaldo**. De no estar ya incluida en la evidencia de reclamación, la respuesta ha de contener una copia de cualquier otra documentación o evidencia de la reclamación en la que vaya a basarse el demandante para oponerse a la Objeción Colectiva; con la salvedad, no obstante, de que el demandante no estará obligado a revelar información confidencial, propia o protegida por cualquier otro medio, en la respuesta; y además, con la salvedad de que el demandante deberá revelar al Estado Libre Asociado toda la información y proporcionar copias de todos los documentos que considere confidenciales, propios o protegidos por cualquier otro

4

medio y que tenga intención de utilizarlos para apoyar su reclamación, con arreglo a las limitaciones apropiadas en materia de confidencialidad.

**Dónde y cómo presentar y notificar una Respuesta**. Todas las respuestas deben presentarse de manera electrónica al Tribunal en el expediente *en el cual figure: Estado Libre Asociado de Puerto Rico*, No. de Caso 17 BK 3283-LTS. Existen dos métodos que usted puede emplear para presentar su respuesta:

1. **En línea**. Los usuarios registrados del sistema de archivo de casos del Tribunal deben presentar su respuesta de forma electrónica en formato PDF con opción de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario registrado del sistema de archivo de casos del Tribunal, puede presentar y notificar una respuesta mediante correo postal a la oficina del Secretario del Tribunal, el Comité de Supervisión y el Comité de Acreedores, a los siguientes domicilios:

   Oficina del Secretario
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

   Abogado del Comité de Supervisión
   Proskauer Rose LLP
   Eleven Times Square
   New York, New York 10036-8299
   Atención: Martin J. Bienenstock
   Brian S. Rosen

   Abogado del Comité de Acreedores
   Paul Hastings LLP
   200 Park Avenue
   New York, New York 10166
   Atención: Luc A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz

   SU RESPUESTA debe enviarse por correo para ser recibida por la Oficina del Secretario, el Comité de Supervisión y el Comité de Acreedores a más tardar a las **4:00 p.m. (Hora Estándar del Atlántico)** del **28 de mayo de 2019**, a menos que el Estado Libre Asociado prorrogue dicha fecha por escrito, o ante la solicitud escrita cursada al Tribunal y la resolución del Tribunal de posponer la fecha límite.

Si usted no pudiere presentar y notificar una respuesta en línea o por correo postal como se indicó arriba, puede presentar la respuesta en persona en el domicilio que se indica a continuación, a más tardar a las **4:00 p.m. (Hora Estándar del Atlántico)** del **28 de mayo de 2019**, salvo que el Estado Libre Asociado prorrogue por escrito dicha fecha, o ante una solicitud escrita dirigida al Tribunal y la resolución de este que prorroga la fecha límite.

5

        Oficina del Secretario
        Tribunal de Distrito de los Estados Unidos
        #150 Chardon Avenue
        Federal Building
        San Juan, Puerto Rico 00918

Su respuesta debe incluir un certificado de entrega que explique cómo se efectuó la notificación.

Si tiene cualquier pregunta sobre cómo presentar y notificar una respuesta, incluso preguntas sobre el sistema de archivo de casos del Tribunal, póngase en contacto con **la línea de ayuda de Prime Clerk** al **(844) 822-9231**.

**Reserva de Derechos**. NINGUNA PARTE DE LA OBJECIÓN COLECTIVA O DE ESTE AVISO SE CONSIDERA, NI SE CONSIDERARÁ, EN EL SENTIDO DE QUE CONSTITUYE UNA RENUNCIA A CUALQUIERA DE LOS DERECHOS DEL ESTADO LIBRE ASOCIADO O DE CUALQUIER OTRA PARTE INTERESADA EN LOS CASOS INICIADOS AL AMPARO DEL TÍTULO III, RESPECTO DE DISPUTAR CUALQUIER RECLAMACIÓN, AFIRMAR RECONVENCIONES, ESGRIMIR DERECHOS DE COMPENSACIÓN O DEDUCCIONES, U OPONER DEFENSAS, OBJETAR RECLAMACIONES (U OTRAS RECLAMACIONES O HECHOS QUE JUSTIFIQUEN UNA ACCIÓN JUDICIAL DE PARTE DE UN DEMANDANTE) FUNDÁNDOSE EN CUALESQUIER CAUSALES QUE NO SE HUBIEREN INVOCADO PREVIAMENTE EN UNA OBJECIÓN, A MENOS QUE EL TRIBUNAL HAYA PERMITIDO UNA RECLAMACIÓN O DICTADO CUALQUIER OTRA ORDEN, O PRETENDA ESTIMAR CUALQUIER RECLAMACIÓN EN UNA FECHA ULTERIOR. LAS PARTES AFECTADAS SERÁN DEBIDAMENTE NOTIFICADAS DE ELLO EN ESE MOMENTO.

**Recursos Adicionales y a Quién Contactar para formular Preguntas**

Todos los documentos presentados en los Casos iniciados al amparo del Título III, incluidas copias de las reclamaciones presentadas utilizando CM/ECF, se encuentran disponibles de forma gratuita en línea, en https://cases.primeclerk.com/puertorico. Este sitio web es mantenido por Prime Clerk y contiene una base de datos apta para búsquedas para ayudar a localizar documentos.

Si necesita obtener información adicional sobre la Objeción Colectiva, el estado de su respuesta, su reclamación o este aviso, póngase en contacto con la línea de ayuda de Prime Clerk llamando al **(844) 822-9231** (sin cargo para EE.UU. y Puerto Rico), o al **(646) 486-7944** (para llamadas internacionales), disponible desde las 10:00 a.m. hasta las 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español). Las consultas también pueden enviarse por correo electrónico a puertoricoinfo@primeclerk.com.