**ANEXO A**

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 ARROYO CARABALLO, MARIA E. URB. PALACIOS REALES 44 CALLE RAVENA TOA ALTA, PR 00953 | 05/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 28918 | $ 65,063.34 | ARROYO CARABALLO, MARIA E. URB. PALACIOS REALES #44 CALLE RAVENA TOA ALTA, PR 00953 | 06/26/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 50011 | $ 65,063.34 |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 2 BETANCOURT COLLAZO, ANA IVONNE URB. CIUDAD JARDIN CALLE TRINITARIA # 266 CAROLINA, PR 00987 | 04/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 6651 | $ 33,898.32* | BETANCOURT COLLAZO, ANA IVONNE PO BOX 376 SAINT JUST STATION TRUJILLO ALTO, PR 00978-376 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 29994 | $ 33,898.32* |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 3 BORRERO ALDARONDO, MARCIANO E URB ALTAMIRA LEVITTOWN AF 3 CALLE 4 TOA BAJA, PR 00950 | 03/12/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 1528 | Indeterminado* | ALDAHONDO, MARCIANO BORRERO URB ALMIRA CALLE 4 AF3 TOA BAJA, PR 00949 | 06/26/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 51056 | $ 28,790.80 |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 4 BURGOS RODRIGUEZ, LYMARIS COND RIO VISTA APT I204 CAROLINA, PR 00987 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 21178 | $ 527,718.83* | BURGOS RODRIGUEZ, LYMARIS COND RIO VISTA APT I-204 CAROLINA, PR 00987 | 06/20/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 37841 | $ 52,718.83* |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 5 CARRASQUILLO SEDA, SABY L URB PUERTO NUEVO 1121 CALLE 2 SE SAN JUAN, PR 00921 | 05/08/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 12776 | $ 48,188.56* | CARRASQUILLO SEDA, SABY L URB PUERTO NUEVO 1121 CALLE 2 SE SAN JUAN, PR 00921 | 06/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 59524 | $ 48,188.56 |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | CEBALLOS FUENTES, RUTH E.<br>C-10 CALLE 3 URB. EXT. VILLAS DEL PILAR<br>CEIBA, PR 00735 | 05/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 10260 | Indeterminado* | CEBALLOS FUENTES, RUTH E.<br>C-10 CALLE 3 URB. EXT. VILLAS DEL PILAR<br>CEIBA, PR 00735 | 11/30/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 167996 | $ 13,960.55 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 7 | CRUZ SANCHEZ, LYDIA<br>COOP. TITULARES JARD DE VALENCIA<br>631 PEREIRA LEAL APT. 801<br>SAN JUAN, PR 00923 | 04/18/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 7991 | $ 46,611.49* | CRUZ SANCHEZ, LYDIA<br>COOP. HITIARES JARD. DE VALENCIA<br>631 PEREIRA LEAL APT. 801<br>SAN JUAN, PR 00923 | 05/25/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 30381 | $ 46,611.49* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 8 | DIAZ RODRIGUEZ, CINDIA<br>HC 80 BOX 7721<br>DORADO, PR 00646-9551 | 05/23/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 15074 | $ 26,000.00* | DIAZ RODRIGUEZ, CINDIA<br>HC 80 BOX 7721<br>DORADO, PR 00646-9551 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 69069 | $ 26,000.00* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 9 | FRANCISCO MARTINEZ IRIZARRY ELBA I AYALA RODRIGUEZ<br>PO BOX 949<br>SAN GERMAN, PR 00683 | 05/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 11671 | $ 632,870.00* | FRANCISCO MARTINEZ IRIZARRY AND/Y ELBA I. AYALA RODRIGUEZ<br>P.O. BOX 949<br>SAN GERMAN, PR 00683 | 09/10/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 167242 | $ 633,170.00* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 10 | GONZALEZ AYALA, GLORIMAR<br>VILLA COOPERATIVA A22 CALLE 1<br>CAROLINA, PR 00985-4203 | 05/11/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 14445 | $ 8,698.59* | GONZALEZ AYALA, GLORIMAR<br>VILLA COOPERATIVA A 22 CALLE 1<br>CAROLINA, PR 00985-4203 | 06/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 60100 | $ 8,698.59* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 HIDALGO FIGUEROA, NIXA ENID<br>URB. TERRAZAS DE CUPEY<br>CALLE 6 # B-39<br>TRUJILLO ALTO, PR 00976 | 03/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 5474 | $ 24,379.02 | HIDALGO FIGUEROA, NIXA E.<br>B-39 TERRAZAS DE CUPAY 6<br>TRUJILLO ALTO, PR 00976 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 30094 | $ 24,379.02* |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 12 IVONNE MEDINA CORTES<br>828 MIGUEL XIORRO<br>SAN JUAN, PR 00924 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 28695 | Indeterminado* | MEDINA CORTES, IVONNE<br>CIUDAD JARDIN JUNCOS<br>45 CALLE CANOABO<br>JUNCOS, PR 00777 | 06/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 53798 | $ 83,306.67* |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 13 JAUREGUI CASTRO, NORA<br>URB PARK GARDENS<br>Y1-15 CALLE VERSALLES<br>SAN JUAN, PR 00926 | 04/16/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 7308 | $ 120,566.65 | JAUREGUI CASTRO, NORA<br>Y1-15 CALLE VERSALLES<br>URB PARK GARDENS<br>SAN JUAN, PR 00926 | 06/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 56031 | $ 120,566.65* |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 14 JIMENEZ CARLO, RICKY<br>1047 CARITE STREET<br>URB VALLES DEL LAGO<br>CAGUAS, PR 00725 | 03/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 2488 | $ 30,000.00 | JIMENEZ CARLO, RICKY<br>URB VALLES DEL LAGO<br>1047 CARITE STREET<br>CAGUAS, PR 00725 | 05/09/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 10945 | $ 30,000.00 |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 15 LARROY DE LEON, ZOHAMY<br>PO BOX 40140<br>SAN JUAN, PR 00940-0140 | 06/04/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 31556 | $ 79,923.28* | LARROY DE LEON, ZOHAMY<br>PO BOX 40140<br>SAN JUAN, PR 00940-0140 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 61235 | $ 79,923.28* |
| Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | LOBETO SANFELIZ, INES<br>PO BOX 2055<br>ISABELA, PR 00662 | 04/12/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 7126 | $ 62,770.35 | LOBETO SANFELIZ, INES<br>PO BOX 2055<br>ISABELA, PR 00662 | 06/11/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 47464 | $ 41,846.90 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 17 | LOPEZ PEREZ, ANGEL L<br>URB EXT. VILLAS DEL PILAR<br>C-10 CALLE 3<br>CEIBA, PR 00735 | 05/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 10222 | Indeterminado* | LOPEZ PEREZ, ANGEL L.<br>C-10 CALLE 3 URB. EXT. VILLAS DEL PILAR<br>CEIBA, PR 00735 | 11/30/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 167995 | $ 42,565.30 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 18 | MARCANO GARCIA, JULIO<br>CALLE LUZ ESTE Q2<br>TOA BAJA, PR 00950 | 04/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 6669 | $ 86,419.18 | MARCANO GARCIA, JULIO<br>CALLE LUZ ESTE Q12<br>LEVITTOWN<br>TOA BAJA, PR 00949 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 30628 | $ 86,419.18* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 19 | MARRERO NIEVES, JORGE<br>HC 9 BOX 58846<br>CAGUAS, PR 00725 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 33447 | Indeterminado* | MARRERO NIEVES, JORGE<br>HC9 BOX 58846<br>CAGUAS, PR 00725-9242 | 08/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 114866 | $ 28,000.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 20 | MORALES MALDONADO, MANUEL<br>YI-15 CALLE VERSALLES<br>URB PARK GARDENS<br>SAN JUAN, PR 00926 | 04/16/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 7554 | $ 72,466.13* | MORALES MALDONADO, MANUEL<br>URB PARK GARDENS<br>CALLE VERSALLES Y1-15<br>SAN JUAN, PR 00926 | 06/05/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 85775 | $ 129,889.56* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 21 | MOYA BENIQUEZ, AWILDA<br>132 CALLE PEDRO PADILLA<br>ISABELA, PR 00662 | 04/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 5812 | Indeterminado* | MOYA BENIQUEZ, AWILDA<br>2E RUTA 474<br>ISABELA, PR 00662 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 86466 | Indeterminado* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 22 | RIEFKOHL MOLINA, GRETCHEN<br>154 COND TAFT APT 704<br>SAN JUAN, PR 00911-2057 | 05/10/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 12888 | $ 15,585.42* | RIEFKOHL MOLINA, GRETCHEN<br>154 COND TAFT APT 704<br>SAN JUAN, PR 00911-2057 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 38580 | $ 15,585.42* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 23 | RIVERA RIVERA, WILLIAM<br>PO BOX 433<br>GUAYNABO, PR 00970-0433 | 05/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 23382 | Indeterminado* | RIVERA RIVERA, WILLIAM<br>PO BOX 433<br>GUAYNABO, PR 00970-0433 | 06/26/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 52696 | Indeterminado* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 24 | ROCHE RABELL, NORMA<br>URB. UNIVERSITY GARDENS<br>277B CALLE CLEMSON<br>SAN JUAN, PR 00927-4127 | 02/26/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 647 | $ 63,992.39 | ROCHE RABELL, NORMA<br>URB. UNIVERSITY GARDENS<br>277B CALLE CLEMSON<br>SAN JUAN, PR 00927-4127 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 48800 | $ 65,450.40* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 25 | SERRANO HEREDIA, MARY SOPHY<br>22 ANACONDA VICTOR ROJAS 1<br>ARECIBO, PR 00612 | 05/07/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 11401 | $ 14,193.94* | SERRANO HEREDIA, MARY SOPHY<br>22 ANACONDA VICTOR ROJAS 1<br>ARECIBO, PR 00612 | 05/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 32296 | $ 14,193.94* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 26 | TIRADO SANTOS, YAJAIRA<br>105 CALLE ACADIA APT. 402<br>SAN JUAN, PR 00926-2030 | 03/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 721 | $ 41,649.56* | TIRADO SANTOS, YAJAIRA<br>105 C/ACADIA APTO 402<br>SAN JUAN, PR 00926 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 30867 | $ 41,649.56* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 27 | VELEZ CARRION, ZULMA I<br>WR-18 RAFAEL CARRION<br>VILLA FONTANA<br>CAROLINA, PR 00987 | 04/13/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 7228 | $ 82,973.64* | VELEZ CARRION, ZULMA I.<br>C/RAFAEL CARRION WR-18<br>VILLA FONTANA<br>CAROLINA, PR 00987 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 31245 | $ 82,973.64* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 28 | VILLAMIL HERRANS, LOURDES M<br>Q 2 LUZ ESTE STREET<br>TOA BAJA, PR 00949 | 04/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 4596 | $ 44,142.77* | VILLAMIL HERRANS, LOURDES M<br>Q2 LUZ ESTE STREET<br>TOA BAJA, PR 00949 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 24142 | $ 44,142.77* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |