# **ANEXO A**

Trigésimo-Tercera Objeción Colectiva
Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | DIAZ SIERRA, RAMONA<br>HC 645 BOX 8186<br>TRUJILLO ALTO, PR 00976 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 61540 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 2 | FEBRES ARROYO, YAZBEL<br>URB. PEDREGALES CALLE AZABACHE #45<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 95455 | $ 58,502,526,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con la Ley 96, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 90,502,526,000.00 |