## <u>EXHIBIT D</u>

**Proposed Order**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ORDER GRANTING THIRTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS

Upon the *Thirty-Third Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims* (the "Thirty-Third Omnibus Objection"),[2] dated April 15, 2019, of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), for entry of an order disallowing in their entirety certain claims filed against ERS, as more fully set forth in the Thirty-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Thirty-Third Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Thirty-Third Omnibus Objection.

the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Thirty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Thirty-Third Omnibus Objection (collectively, the "Deficient Claims") having failed to comply with the applicable rules and the Bar Date Orders by not providing a basis for the claim, such that ERS cannot determine the validity of the claim; and the Court having determined that the relief sought in the Thirty-Third Omnibus Objection is in the best interest of ERS, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Thirty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Thirty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Deficient Claims from the official claims register in the ERS Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____

Honorable Judge Laura Taylor Swain
United States District Judge

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

## **ANEXO D**

### **Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA
PUERTO RICO,

      como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y
otros*,

                      Deudores.[1]

PROMESA
Título III

N° 17 BK 3283-LTS

(Administrados en forma conjunta)

---

**UNA RESOLUCIÓN QUE HACE LUGAR A LA TRIGÉSIMA TERCERA OBJECIÓN
COLECTIVA (NO SUSTANTIVA) DEL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA
RECLAMACIONES DEFICIENTES**

---

En virtud de la *Trigésima Tercera Objeción Colectiva (no sustantiva) del Sistema de Retiro

de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra Reclamaciones

Deficientes* (la "Trigésima Tercera Objeción Colectiva"),[2] de fecha 15 de abril de 2019, del

Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

("ERS"), en la que solicita que se dicte una resolución que desestime por completo determinadas

reclamaciones presentadas contra ERS, lo que se explica de manera más completa en la Trigésima

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada
Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según
corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No.
17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación
del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos
cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y
Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número
de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre
Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de
identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con
el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos
cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como
números del Caso de Quiebra debido a limitaciones del software).

[2] Los términos en mayúscula no definidos en el presente tendrán los significados que se les atribuye en la Trigésima
Tercera Objeción Colectiva.

Tercera Objeción Colectiva y los anexos que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Trigésima Tercera Objeción Colectiva y conceder el remedio allí solicitado de conformidad con la sección 306(a) de la *Ley de Administración, Supervisión y Estabilidad Económica de Puerto Rico* ("PROMESA")[3]; y la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Trigésima Tercera Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; habida cuenta de que las reclamaciones identificadas en el Anexo A a la Trigésima Tercera Objeción Colectiva (en conjunto, las "Reclamaciones Deficientes") no cumplen con las reglas aplicables ni con las Resoluciones sobre Fecha Límite, al omitir fundamentar las reclamaciones invocadas, impidiendo al ERS determinar la validez de las mismas; y que el Tribunal ha considerado que el remedio pretendido en la Trigésima Tercera Objeción Colectiva es beneficioso para ERS, sus acreedores y todas las partes interesadas; y habiendo el Tribunal determinado que los fundamentos jurídicos y fácticos expuestos en la Trigésima Tercera Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE A LUGAR a la Trigésima Tercera Objeción Colectiva tal como aquí se expone; además se

DISPONE que las Reclamaciones Deficientes quedan por este medio desestimadas por completo; además se

---

[3] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States' Code, U.S.C.) §§ 2101-2241.

DISPONE que Prime Clerk LLC queda autorizada y se le ordena que elimine las Reclamaciones Deficientes del registro oficial de reclamaciones en el Caso del ERS al amparo del Título III; y asimismo, se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

_____

Honorable Jueza Laura Taylor Swain
Jueza de Distrito de los Estados Unidos

3