## NOTE FROM DISSEMINATION AGENT

Attached is a notice from The Bank of New York Mellon (the "Trustee") as the trustee under the Master Trust Indenture, dated as of February 12, 2019, by and between the Puerto Rico Sales Tax Financing Corporation ("COFINA") and the Trustee, pursuant to which COFINA issued its Restructured Sales Tax Revenue Bonds, Series 2019A and 2019B (collectively, the "Bonds"). The Puerto Rico Fiscal Agency and Advisory Authority ("AAFAF") is posting the attached notice at the request of the Trustee. The attached notice does not reflect the views or the input of AAFAF or COFINA.

Questions concerning this notice may be directed to the Trustee by contacting Mr. Alex Chang at The Bank of New York Mellon, 101 Barclay Street, New York, NY 10286, or by email at alex.chang@bnymellon.com

PUERTO RICO FISCAL AGENCY AND ADVISORY AUTHORITY

Exhibit C