


Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

Return to search results



**CUSIP: 74529JPU3***
PUERTO RICO SALES TAX FING CORP SALES TAX REV RESTRUCTURED-SER A-1 (PR)*

| | |
|---|---|
| Coupon: | 4.5 % |
| Maturity Date: | 07/01/2034 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 99.28% |
| Principal Amount at Issuance: | $370,347,000 |
| Closing Date: | - |



Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.

Trade Summary | Trade Details | Search Trades

Display 10 results   Search within list: _____   First | Previous | 1 | 2 | 3 | 4 | Next | Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 100.5 / 94.05 | 5.062 / 4.408 | 82 | 31,177,000 |
| + | 02/21/2019 | 100.5 / 93.361 | 5.13 / 4.408 | 86 | 65,861,000 |
| + | 02/20/2019 | 100.25 / 96.427 | 4.832 / 4.454 | 85 | 81,898,000 |
| + | 02/19/2019 | 99.446 / 96.5 | 4.825 / 4.55 | 44 | 32,977,000 |
| + | 02/15/2019 | 99.665 / 97.805 | 4.702 / 4.53 | 15 | 22,375,000 |

Displaying 31 to 35 of 35 results   First | Previous | 1 | 2 | 3 | 4 | Next | Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status



© 2019 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-242-S



Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

↩ Return to search results



**CUSIP: 74529JPV1\***
PUERTO RICO SALES TAX FING CORP SALES TAX REV RESTRUCTURED-SER A-1 (PR)*

| | |
|---|---|
| Coupon: | 4.55 % |
| Maturity Date: | 07/01/2040 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 98.1% |
| Principal Amount at Issuance: | $187,553,000 |
| Closing Date: | - |



Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.

Trade Summary | Trade Details | Search Trades

Display 10 ▼ results   Search within list: [    ]   First | Previous | 1 | 2 | 3 | 4 | Next | Last

| Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|
| 02/22/2019 | 96.678 / 86.327 | 5.661 / 4.8 | 35 | 4,943,000 |
| 02/21/2019 | 96.937 / 93.951 | 5.014 / 4.78 | 36 | 29,500,000 |
| 02/20/2019 | 98.394 / 92.5 | 5.132 / 4.669 | 67 | 7,109,000 |
| 02/19/2019 | 98.999 / 94.756 | 4.95 / 4.624 | 50 | 24,298,000 |
| 02/15/2019 | 98.1 / 98 | 4.699 / 4.691 | 2 | 30,000 |

Displaying 31 to 35 of 35 results   First | Previous | 1 | 2 | 3 | 4 | Next | Last

NOTICE: * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.



About EMMA   Sitemap   Privacy Policy   Terms of Use   MSRB.org   MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc.. Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-241-R



| Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+ |

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

↩ Return to search results

 **CUSIP: 74529JPW9\***
PUERTO RICO SALES TAX FING CORP SALES TAX REV RESTRUCTURED-SER A-1 (PR)*

| | |
|---|---|
| Coupon: | 4.75 % |
| Maturity Date: | 07/01/2053 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 94.137% |
| Principal Amount at Issuance: | $1,375,772,000 |
| Closing Date: | - |



| Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare |

View real-time price and yield information for trades in this security.

Trade Summary  |  **Trade Details**  |  Search Trades

Display 10 results   Search within list: [          ]            First Previous 1 2 3 4 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 93.276 / 91 | 5.323 / 5.17 | 115 | 80,389,000 |
| + | 02/21/2019 | 100 / 89.589 | 5.421 / 4.749 | 104 | 71,921,000 |
| + | 02/20/2019 | 94.2 / 89.5 | 5.427 / 5.11 | 95 | 23,579,000 |
| + | 02/19/2019 | 94.35 / 89.2 | 5.448 / 5.1 | 71 | 80,700,000 |
| + | 02/15/2019 | 94.656 / 91.336 | 5.3 / 5.08 | 29 | 187,078,000 |

Displaying 31 to 35 of 35 results                First Previous 1 2 3 4 Next Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA   Sitemap   Privacy Policy   Terms of Use   MSRB.org   MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc. Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-243-R



Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

↩ Return to search results



**CUSIP: 74529JPX7***
PUERTO RICO SALES TAX FING CORP SALES TAX REV RESTRUCTURED-SER A-1 (PR)*

| | |
|---|---|
| Coupon: | 5 % |
| Maturity Date: | 07/01/2058 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 97.416% |
| Principal Amount at Issuance: | $3,479,051,000 |
| Closing Date: | - |



Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.

Trade Summary | ≡ Trade Details | 🔍 Search Trades

Display 10 ▼ results  Search within list: _____

First | Previous | 1 | 2 | 3 | 4 | Next | Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 96.825 / 94.761 | 5.319 / 5.19 | 142 | 177,352,000 |
| + | 02/21/2019 | 100 / 94.4 | 5.342 / 4.999 | 143 | 146,401,000 |
| + | 02/20/2019 | 98.5 / 94.05 | 5.364 / 5.088 | 139 | 59,349,000 |
| + | 02/19/2019 | 98.284 / 94.959 | 5.306 / 5.101 | 103 | 232,967,000 |
| + | 02/15/2019 | 98.637 / 95.055 | 5.3 / 5.08 | 49 | 380,912,000 |

Displaying 31 to 35 of 35 results

First | Previous | 1 | 2 | 3 | 4 | Next | Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status



© 2019 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-242-R



Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

↩ Return to search results



**CUSIP: 74529JPY5***
**PUERTO RICO SALES TAX FING CORP SALES TAX REV TAXABLE-RESTRUCTURED-SER A-2 (PR)***

| | |
|---|---|
| Coupon: | 4.55 % |
| Maturity Date: | 07/01/2040 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 82.961% |
| Principal Amount at Issuance: | $1,905,085,000 |
| Closing Date: | - |



Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.

Trade Summary | Trade Details | Search Trades

Display 10 results   Search within list: [        ]        First Previous 1 2 3 4 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 87 / 82.23 | 6.042 / 5.601 | 125 | 9,749,000 |
| + | 02/21/2019 | 100 / 82.166 | 6.048 / 4.549 | 102 | 13,985,000 |
| + | 02/20/2019 | 86.447 / 80 | 6.26 / 5.65 | 130 | 29,424,000 |
| + | 02/19/2019 | 91.099 / 79 | 6.361 / 5.247 | 52 | 17,098,000 |
| + | 02/15/2019 | 83.25 / 82.661 | 6 / 5.944 | 5 | 2,771,000 |

Displaying 31 to 35 of 35 results         First Previous 1 2 3 4 Next Last

NOTICE: * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA   Sitemap   Privacy Policy   Terms of Use   MSRB.org   MSRB Systems Status



© 2019 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-243-R



| Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+ |

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

↩ Return to search results



**CUSIP: 74529JPZ2\***
**PUERTO RICO SALES TAX FING CORP SALES TAX REV TAXABLE-RESTRUCTURED-SER A-2 (PR)\***

| | |
|---|---|
| Coupon: | 4.75 % |
| Maturity Date: | 07/01/2053 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 81.968% |
| Principal Amount at Issuance: | $57,021,000 |
| Closing Date: | - |



| Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare |

View real-time price and yield information for trades in this security.

≡ Trade Summary   ≡ Trade Details   🔍 Search Trades

Display 10 ▼ results   Search within list: [          ]   First Previous 1 2 3 4 Next Last

| Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|
| 02/22/2019 | 84.22 / 80.01 | 6.155 / 5.816 | 19 | 1,610,000 |
| 02/21/2019 | 84.429 / 80.5 | 6.114 / 5.8 | 4 | 508,000 |
| 02/20/2019 | 85.477 / 78.155 | 6.313 / 5.72 | 33 | 1,184,000 |
| 02/19/2019 | 83.144 / 79.5 | 6.198 / 5.9 | 10 | 39,000 |

Displaying 31 to 34 of 34 results   First Previous 1 2 3 4 Next Last

NOTICE: * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.



About EMMA   Sitemap   Privacy Policy   Terms of Use   MSRB.org   MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc. Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-241-S



Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

↩ Return to search results



**CUSIP: 74529JQA6***
PUERTO RICO SALES TAX FING CORP SALES TAX REV TAXABLE-RESTRUCTURED-SER A-2 (PR)*

| | |
|---|---|
| Coupon: | 5 % |
| Maturity Date: | 07/01/2058 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 83.618% |
| Principal Amount at Issuance: | $763,784,000 |
| Closing Date: | - |



Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.

Trade Summary | **Trade Details** | Search Trades

Display 10 results    Search within list: [        ]    First Previous 1 2 3 4 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 86.618 / 82.185 | 6.216 / 5.875 | 86 | 10,489,000 |
| + | 02/21/2019 | 100 / 79.835 | 6.41 / 4.999 | 85 | 3,754,000 |
| + | 02/20/2019 | 86.375 / 82 | 6.231 / 5.893 | 78 | 13,294,000 |
| + | 02/19/2019 | 86.691 / 79.7 | 6.421 / 5.87 | 23 | 3,240,000 |
| + | 02/15/2019 | 83.653 / 82.75 | 6.171 / 6.1 | 4 | 1,285,000 |

Displaying 31 to 35 of 35 results    First Previous 1 2 3 4 Next Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA    Sitemap    Privacy Policy    Terms of Use    MSRB.org    MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)



EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc. CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc.. Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-241-S



EMMA® 10 YEARS
Providing Market Transparency Since 2008

Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

Return to search results



**CUSIP: 74629JQB4***
PUERTO RICO SALES TAX FING CORP SALES TAX REV CAP APPREC-RESTRUCTURED-SER (PR)*

| | |
|---|---|
| Coupon: | 0 % |
| Maturity Date: | 07/01/2024 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 79.731% |
| Principal Amount at Issuance: | $164,709,059.24 |
| Closing Date: | - |



Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.



Trade Summary | Trade Details | Search Trades

Display 10 ▼ results    Search within list: [          ]    First | Previous | 1 | 2 | 3 | 4 | Next | Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 81.867 / 73.822 | 5.757 / 3.777 | 51 | 3,185,000 |
| + | 02/21/2019 | 81.845 / 74.15 | 5.669 / 3.78 | 72 | 2,345,000 |
| + | 02/20/2019 | 81.905 / 77.667 | 4.773 / 3.76 | 91 | 41,149,000 |
| + | 02/19/2019 | 81.94 / 78.107 | 4.662 / 3.75 | 43 | 21,708,000 |
| + | 02/15/2019 | 80.691 / 78.265 | 4.621 / 4.04 | 22 | 67,669,000 |

Displaying 31 to 35 of 35 results    First | Previous | 1 | 2 | 3 | 4 | Next | Last

NOTICE: * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA  Sitemap  Privacy Policy  Terms of Use  MSRB.org  MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc. Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-243-S

Case:17-03283-LTS   Doc#:6283-7   Filed:04/15/19   Entered:04/16/19 09:05:52   Desc:
Exhibit F   Page 9 of 14



Advanced Search     Browse Issuers     Tools and Resources     Market Activity     EMMA Help     A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

↩ Return to search results



**CUSIP: 74529JQC2***
PUERTO RICO SALES TAX FING CORP SALES TAX REV CAP APPREC-RESTRUCTURED-SER (PR)*

| | |
|---|---:|
| Coupon: | 0 % |
| Maturity Date: | 07/01/2027 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 69.563% |
| Principal Amount at Issuance: | $243,231,616.89 |
| Closing Date: | - |



Trade Activity     Ratings     Disclosure Documents     Related Securities     Final Scale     Compare

View real-time price and yield information for trades in this security.

Trade Summary     ≡ Trade Details     🔍 Search Trades

Display 10 ▼ results    Search within list: [        ]     First | Previous | 1 | 2 | 3 | 4 | Next | Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 72.026 / 67.148 | 4.829 / 3.97 | 65 | 7,831,000 |
| + | 02/21/2019 | 71.959 / 65.363 | 5.158 / 3.98 | 92 | 24,414,000 |
| + | 02/20/2019 | 71.818 / 68.561 | 4.567 / 4 | 93 | 57,331,000 |
| + | 02/19/2019 | 71.516 / 67.5 | 4.757 / 4.05 | 45 | 73,106,000 |
| + | 02/15/2019 | 70.231 / 68.953 | 4.494 / 4.27 | 18 | 78,570,000 |

Displaying 31 to 35 of 35 results     First | Previous | 1 | 2 | 3 | 4 | Next | Last

NOTICE: * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA   Sitemap   Privacy Policy   Terms of Use   MSRB.org   MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc.  CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc.. Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-242-S



**EMMA** — Providing Market Transparency Since 2008

Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

↩ Return to search results



**CUSIP: 74529JQD0***
PUERTO RICO SALES TAX FING CORP SALES TAX REV CAP APPREC-RESTRUCTURED-SER (PR)*

| | |
|---|---|
| Coupon: | 0 % |
| Maturity Date: | 07/01/2029 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 63.795% |
| Principal Amount at Issuance: | $217,406,113.14 |
| Closing Date: | - |



Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.

Trade Summary | **Trade Details** | Search Trades

Display 10 ▼ results   Search within list: _____   First Previous 1 2 3 4 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 63.934 / 60.2 | 4.965 / 4.37 | 64 | 5,123,000 |
| + | 02/21/2019 | 65.037 / 57.772 | 5.372 / 4.2 | 77 | 25,356,000 |
| + | 02/20/2019 | 64.098 / 60.491 | 4.912 / 4.34 | 91 | 123,134,000 |
| + | 02/19/2019 | 63.188 / 60.735 | 4.871 / 4.48 | 49 | 37,035,000 |
| + | 02/15/2019 | 62.606 / 60.856 | 4.85 / 4.57 | 9 | 28,091,000 |

Displaying 31 to 35 of 35 results   First Previous 1 2 3 4 Next Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)



EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-243-S



Providing Market Transparency Since 2008

| Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+ |

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

↩ Return to search results



**CUSIP: 74529JQE8***
PUERTO RICO SALES TAX FING CORP SALES TAX REV CAP APPREC-RESTRUCTURED-SER (PR)*

| | |
|---|---|
| Coupon: | 0 % |
| Maturity Date: | 07/01/2031 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 57.625% |
| Principal Amount at Issuance: | $252,923,999.95 |
| Closing Date: | - |



| Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare |

View real-time price and yield information for trades in this security.

≡ Trade Summary    ≡ Trade Details    🔍 Search Trades

Display 10 ▼ results    Search within list: [        ]    First  Previous  1  2  3  4  Next  Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 56.895 / 52.466 | 5.293 / 4.62 | 79 | 4,756,000 |
| + | 02/21/2019 | 56.957 / 49.646 | 5.751 / 4.61 | 93 | 29,444,000 |
| + | 02/20/2019 | 57.073 / 53.509 | 5.124 / 4.59 | 97 | 146,961,000 |
| + | 02/19/2019 | 56.38 / 53.517 | 5.122 / 4.69 | 61 | 66,190,000 |
| + | 02/15/2019 | 55.309 / 53.651 | 5.1 / 4.85 | 5 | 9,620,000 |

Displaying 31 to 35 of 35 results     First  Previous  1  2  3  4  Next  Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA    Sitemap    Privacy Policy    Terms of Use    MSRB.org    MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)



EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-241-S



Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

↩ Return to search results



**CUSIP: 74529JQF5***
PUERTO RICO SALES TAX FING CORP SALES TAX REV CAP APPREC-RESTRUCTURED-SER (PR)*

| | |
|---|---|
| Coupon: | 0 % |
| Maturity Date: | 07/01/2033 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 52.718% |
| Principal Amount at Issuance: | $260,417,551.04 |
| Closing Date: | - |

Price / Yield chart: 1W 1M ... Feb 15, 2019 - Apr 5, 2019

Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.

Trade Summary | Trade Details | Search Trades

Display 10 results   Search within list: ____   First Previous 1 2 3 4 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 50.563 / 47.431 | 5.267 / 4.81 | 87 | 8,809,000 |
| + | 02/21/2019 | 51.488 / 43.593 | 5.87 / 4.68 | 112 | 28,996,000 |
| + | 02/20/2019 | 50.821 / 47.203 | 5.297 / 4.77 | 121 | 142,670,000 |
| + | 02/19/2019 | 50.107 / 46.9 | 5.342 / 4.87 | 44 | 65,385,000 |
| + | 02/15/2019 | 49.195 / 47.836 | 5.2 / 5 | 7 | 15,755,000 |

Displaying 31 to 35 of 35 results    First Previous 1 2 3 4 Next Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)



EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-243-S



Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

↩ Return to search results



**CUSIP: 74529JQG3\***
PUERTO RICO SALES TAX FING CORP SALES TAX REV CAP APPREC-RESTRUCTURED-SER (PR)*

| | |
|---|---|
| Coupon: | 0 % |
| Maturity Date: | 07/01/2046 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 23.396% |
| Principal Amount at Issuance: | $1,094,968,244.54 |
| Closing Date: | - |



Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.

≡ Trade Summary  ≔ Trade Details  🔍 Search Trades

Display 10 ▼ results    Search within list: [         ]    First | Previous | 1 | 2 | 3 | 4 | Next | Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 20.014 / 18.593 | 6.248 / 5.97 | 153 | 87,048,000 |
| + | 02/21/2019 | 22.747 / 18 | 6.369 / 5.488 | 167 | 197,133,000 |
| + | 02/20/2019 | 20.759 / 17.666 | 6.438 / 5.83 | 139 | 120,282,000 |
| + | 02/19/2019 | 20.836 / 18.712 | 6.22 / 5.815 | 75 | 147,451,000 |
| + | 02/15/2019 | 22.657 / 19.835 | 6 / 5.5 | 19 | 66,760,000 |

Displaying 31 to 35 of 35 results    First | Previous | 1 | 2 | 3 | 4 | Next | Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status

© 2019 Municipal Securities Rulemaking Board (MSRB)



EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-242-S



Providing Market Transparency Since 2008

Advanced Search | Browse Issuers | Tools and Resources | Market Activity | EMMA Help | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

↩ Return to search results



**CUSIP: 74529JQH1\***
PUERTO RICO SALES TAX FING CORP SALES TAX REV CAP APPREC-RESTRUCTURED-SER (PR)*

| | |
|---|---|
| Coupon: | 0 % |
| Maturity Date: | 07/01/2051 |
| Dated Date: | 08/01/2018 |
| Initial Offering Price/Yield: | 16.586% |
| Principal Amount at Issuance: | $631,551,133 |
| Closing Date: | - |



Trade Activity | Ratings | Disclosure Documents | Related Securities | Final Scale | Compare

View real-time price and yield information for trades in this security.

≛ Trade Summary    ≔ Trade Details    🔍 Search Trades

Display 10 ▼ results    Search within list: [        ]    First | Previous | 1 | 2 | 3 | 4 | Next | Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| + | 02/22/2019 | 14.825 / 13.636 | 6.255 / 5.989 | 151 | 35,704,000 |
| + | 02/21/2019 | 16.105 / 13.335 | 6.326 / 5.725 | 187 | 143,668,000 |
| + | 02/20/2019 | 14.857 / 13.75 | 6.227 / 5.98 | 126 | 123,122,000 |
| + | 02/19/2019 | 14.808 / 13.748 | 6.226 / 5.99 | 72 | 168,456,000 |
| + | 02/15/2019 | 15.23 / 14.529 | 6.051 / 5.9 | 16 | 290,500,000 |

Displaying 31 to 35 of 35 results    First | Previous | 1 | 2 | 3 | 4 | Next | Last

NOTICE: * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2019 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status



© 2019 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc.. CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2019, Fitch, Inc. All rights reserved. Copyright © 2019, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2019, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2019, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.7356-242-S