4/7/2019                                MyMerrill - Activity

Exciting updates about Merrill. Learn more

For best printing results, change page orientation to landscape.

Home    Log

## Activity for [ PETER CMA ◯ ]

Activity

Show          Last 12 months          ▼

Search for    Amount          ▼   $ Enter amount          Search          Go to Paper Statements for activity prior to 04/08/2017.

Filter results                                                                As of 04/07/2019 08:39 PM ET

Showing 1 - 200 of 355    Display   200 ▼   per page                    << Prev   1 ▼   Next >>

| Trade Date | Settlement Date | Description | Type | Symbol/ CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV SER ... | | 74529JQA6 | | | $58.17 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV SER ... | | 74529JPZ2 | | | $124.06 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV SER ... | | 74529JPY5 | | | $142.48 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV 5.62... | | 74529JQH1 | | | $89.74 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV 5.37... | | 74529JQG3 | | | $10.97 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV 4.5%... | | 74529JQF5 | | | $183.82 |

Exhibit I

https://olui2.fs.ml.com/TFPActivity/Activity.aspx?as_cd=1.1.0.1

4/7/2019                                      MyMerrill - Activity

| Trade Date | Settlement Date | Description | Type | Symbol/ CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV 4.5%... | | 74529JQE8 | | | $123.69 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV 4.37... | | 74529JQD0 | | | $603.95 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV 4.37... | | 74529JQC2 | | | $708.33 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV 4.25... | | 74529JQB4 | | | $472.50 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV REST... | | 74529JPX7 | | | $420.48 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV REST... | | 74529JPW9 | | | $684.43 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV REST... | | 74529JPV1 | | | $493.45 |
| 03/20/2019 | 03/20/2019 | Cash In Lieu of Shares<br>PR SALES TAX FING CORP SLS REV REST... | | 74529JPU3 | | | $996.24 |
| 02/27/2019 | 02/27/2019 | Interest<br>PR SALES TAX FING CORP SLS REV SER ... | | 74529JPY5 | | | $124.66 |
| 02/27/2019 | 02/27/2019 | Interest<br>PR SALES TAX FING CORP SLS REV REST... | | 74529JPX7 | | | $250.50 |
| 02/27/2019 | 02/27/2019 | Interest<br>PR SALES TAX FING CORP SLS REV REST... | | 74529JPW9 | | | $93.88 |
| 02/27/2019 | 02/27/2019 | Interest<br>PR SALES TAX FING CORP SLS REV REST... | | 74529JPV1 | | | $12.46 |
| 02/27/2019 | 02/27/2019 | Interest<br>PR SALES TAX FING CORP SLS REV REST... | | 74529JPU3 | | | $23.76 |

4/7/2019                                             MyMerrill - Activity

| Trade Date | Settlement Date | Description | Type | Symbol/ CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 02/27/2019 | 02/27/2019 | Interest PR SALES TAX FING CORP SLS REV SER ... | | 74529JQA6 | | | $54.78 |
| 02/27/2019 | 02/27/2019 | Interest PR SALES TAX FING CORP SLS REV SER ... | | 74529JPZ2 | | | $3.70 |
| 02/26/2019 | 02/26/2019 | Interest PR SALES TAX FING CORP SLS REV SER ... | | 74529JQA6 | | | -$53.06 |
| 02/26/2019 | 02/26/2019 | Interest PR SALES TAX FING CORP SLS REV SER ... | | 74529JPY5 | | | -$120.70 |
| 02/26/2019 | 02/26/2019 | Interest PR SALES TAX FING CORP SLS REV REST... | | 74529JPX7 | | | -$238.75 |
| 02/26/2019 | 02/26/2019 | Interest PR SALES TAX FING CORP SLS REV REST... | | 74529JPW9 | | | -$75.60 |
| 02/25/2019 | 02/25/2019 | Interest PR SALES TAX FING CORP SLS REV SER ... | | 74529JQA6 | | | $53.06 |
| 02/25/2019 | 02/25/2019 | Interest PR SALES TAX FING CORP SLS REV SER ... | | 74529JPY5 | | | $120.70 |
| 02/25/2019 | 02/25/2019 | Interest PR SALES TAX FING CORP SLS REV REST... | | 74529JPX7 | | | $238.75 |
| 02/25/2019 | 02/25/2019 | Interest PR SALES TAX FING CORP SLS REV REST... | | 74529JPW9 | | | $75.60 |
| 02/20/2019 | 02/20/2019 | Exchange PR SALES TAX FING CORP SLS REV SER ... | | 74529JQA6 | -85 | | $0.00 |
| 02/20/2019 | 02/20/2019 | Exchange PR SALES TAX FING CORP SLS REV SER ... | | 74529JPZ2 | -147 | | $0.00 |
| 02/20/2019 | 02/20/2019 | Exchange PR SALES TAX FING CORP SLS REV SER ... | | 74529JPY5 | -164 | | $0.00 |
| 02/20/2019 | 02/20/2019 | Exchange PR SALES TAX FING CORP SLS REV 4.25... | | 74529JQB4 | -571 | | $0.00 |
| 02/20/2019 | 02/20/2019 | Exchange PR SALES TAX FING CORP SLS REV REST... | | 74529JPX7 | -443 | | $0.00 |
| 02/20/2019 | 02/20/2019 | Exchange PR SALES TAX FING CORP SLS REV REST... | | 74529JPW9 | -725 | | $0.00 |
| 02/20/2019 | 02/20/2019 | Exchange PR SALES TAX FING CORP SLS REV REST... | | 74529JPV1 | -516 | | $0.00 |
| 02/20/2019 | 02/20/2019 | Exchange PR SALES TAX FING CORP SLS REV REST... | | 74529JPU3 | -995 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV SER ... | | 74529JQA6 | 2,085 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV SER ... | | 74529JPZ2 | 147 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV SER ... | | 74529JPY5 | 5,164 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV 6.5%... | | 74529JMB8 | -250,000 | | $123.84 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV 5.62... | | 74529JQH1 | 10,000 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV 5.37... | | 74529JQG3 | 13,000 | | $0.00 |

4/7/2019                                              MyMerrill - Activity

| Trade Date | Settlement Date | Description | Type | Symbol/ CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV 4.5%... | | 74529JQF5 | 1,000 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV 4.5%... | | 74529JQE8 | 1,000 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV 4.25... | | 74529JQB4 | 571 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV REST... | | 74529JPX7 | 9,443 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV REST... | | 74529JPW9 | 3,725 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV REST... | | 74529JPV1 | 516 | | $0.00 |
| 02/15/2019 | 02/15/2019 | Exchange PR SALES TAX FING CORP SLS REV REST... | | 74529JPU3 | 995 | | $0.00 |