## CERTIFICATE OF SERVICE

I have caused to be mailed a copy of this Supplement to Response and Opposition, Of Individual COFINA Subordinate Bondholder Residing In The 50 States Who Purchased At The Original Offering Prices, To COFINA's Thirteenth Omnibus Objection To Individual Claim No. 10701, and accompanying supplemental declaration of Peter C. Hein, by email or (when no email was available for at least one attorney at the law firm) by first class mail to (i) attorneys at the law firms specified to receive notice on the Notice of Thirteenth Omnibus Objection (Docket #4417-4-page-6-of-14), and (ii) each of the other parties or their attorneys on the attached service list pages.

Dated: April 10, 2019

_____
Peter C. Hein

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq. (brosen@proskauer.com)
Paul V. Possinger, Esq. (ppossinger@proskauer.com)
Ehud Barak, Esq. (ebarak@proskauer.com)
Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com)
James Bliss, Esq. (jamesbliss@paulhastings.com)
Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
James Worthington, Esq. (jamesworthington@paulhastings.com)
G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

**Subject:** Email service on parties specified in Court's Case Management Procedure - Emails

Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; mitchelln@omm.com; mdiconza@omm.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; mbienenstock@proskauer.com; ppossinger@proskauer.com; herman.bauer@oneillborges.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov;

1

## Hein, Peter C.

| | |
|---|---|
| From: | Goldstein, Irena <irenagoldstein@paulhastings.com> |
| Sent: | Tuesday, March 19, 2019 5:59 PM |
| To: | Bassett, Nicholas A. (Paul Hastings LLP); Burke, Donald; Stancil, Mark T. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP); Bernstein, Donald S. (Davis Polk & Wardwell LLP); Resnick, Brian M. (Davis Polk & Wardwell LLP); Libby, Angela (Davis Polk & Wardwell LLP); Peck, James M. (Morrison & Foerster, LLP); Lee, Gary S. (Morrison & Foerster, LLP); Fioccola, David J. (Morrison & Foerster, LLP); Esposito, Grant J. (Morrison & Foerster, LLP); Ellenberg, Mark C. (Cadwalader, Wickersham & Taft LLP); Caton, Amy (Kramer Levin Naftalis & Frankel LLP); Mayer, Thomas Moers (Kramer Levin Naftalis & Frankel LLP); Bello, Nancy M. (Kramer Levin Naftalis & Frankel LLP); O'Neill, P. Bradley (Kramer Levin Naftalis & Frankel LLP); Zeituni, Karen (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Rosenberg, Andrew N. (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Buckley, Douglas (Kramer Levin Naftalis & Frankel LLP); Bjork, Jeffrey E. (Latham & Watkins LLP); Harris, Christopher (Latham & Watkins LLP); Goldberg, Adam J. (Latham & Watkins LLP); Burton, Liza L. (Latham & Watkins LLP); petercheinsr@gmail.com; Servais, Casey; Esposito, Grant J. (Morrison & Foerster, LLP); Fioccola, David J. (Morrison & Foerster, LLP); Massman, Stephanie |
| Cc: | Despins, Luc A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Weisfelner, Edward S. (Brown Rudnick Berlack Israels LLP); Papalaskaris, Angela (Brown Rudnick Berlack Israels LLP); Beville, Sunni P. (Brown Rudnick Berlack Israels LLP) |
| Subject: | Request of Court Regarding Notices of Participation |

*** EXTERNAL EMAIL ***

All,

Judge Swain's chambers contacted us about the numerous notices of participation being submitted to the Court for the Clerk to file. According to chambers, it has become a significant burden on the Clerk and he requested permission to collect the notices of participation and file them regularly, often on a daily basis or every other day, under one docket number. The Clerk asked us to contact the other attorneys involved in this matter to learn whether or not they have any objection to such a procedure. We have no objection provided that all such notices of participation submitted on or before April 16, 2019 (the "Participation Deadline") are filed together on that date, and any composite filings made after the Participation Deadline includes only notices received after the Participation Deadline.

Please let us know if you have any objections to the Court's request by tomorrow (March 20th) at noon.

Regards,

Irena



**Irena M. Goldstein | Attorney at Law**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6093 | Main: +1.212.318.6000 | Fax: +1.212.319.4090 | email: irenagoldstein@paulhastings.com

1