Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023



$13.10
US POSTAGE
04/10/2019
From 10019
2 lbs 9 ozs
Zone 7
Pitney Bowes  ComBasPrice
022W0001126016
2076604879

**PRIORITY MAIL 3-DAY™**

Hein, Peter C
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 04/13/2019

0004

C018

THE CLERK OF THE US DISTRICT
COURT FOR THE DISTRICT OF PR
150 AVE CHARDON
SAN JUAN PR 00918-1703

**USPS TRACKING #**



9405 5098 9864 1511 3870 76



The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2019 APR 15 PM 5:08