Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

petercheinsr@gmail.com
(212) 403-1237

RECEIVED & FILED
2019 APR 15 PM 5: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

April 10, 2019

Clerk's Office
United States District Court
Room 150
Federal Building
San Juan, Puerto Rico 00918-1767

Re:  Filing for 17BK3283-LTS

TO WHOM IT MAY CONCERN:

I am enclosing one copy clipped and one copy stapled of (1) my Supplement To Response And Opposition, Of Individual COFINA Subordinate Bondholder Residing In The 50 States Who Purchased At The Original Offering Prices, To COFINA's Thirteenth Omnibus Objection To Individual Claim No. 10701, and (2) accompanying supplemental declaration of Peter C. Hein. A certificate of service is attached.

Please file this response in the Court docket. If you have any questions about this filing you can contact me at petercheinsr@gmail.com or call me at (212) 403-1237. Thank you.

Sincerely

Peter C. Hein

Peter C. Hein, Pro se

cc:   Honorable Laura Taylor Swain   (two copies)
      Daniel Patrick Moynihan
      United States Courthouse
      500 Pearl Street, Suite 3212
      New York, NY 10007-1312

      Office of the Clerk          (one copy)
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, NY 10007