UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE AND ORDER REGARDING FAILURE TO
COMPLY WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 9037

Before the Court are the following pleadings (each a "Notice" and, collectively, the "Notices"):

1. *Notice of Participation in Omnibus Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds* filed by the Bankruptcy Estate of Marta Nydia Torres Rosa (Docket Entry No. 6229);[2]

2. *Notice of Participation in Omnibus Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds* filed by the Bankruptcy Estate of Romualdo Rivera Andrini (Docket Entry No. 6232); and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise noted.

3. *Notice of Participation in Omnibus Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds* filed by Noreen Wiscovitch-Rentas (Docket Entry No. 6233).

Each Notice includes one or more items of information that Federal Rule of Bankruptcy Procedure 9037 requires be redacted in a public filing, and thus fails to comply with the Rule. Accordingly, the Court has sealed each Notice to protect that sensitive information and hereby directs Respondents to file amended notices on the docket, reflecting redactions of the sensitive information to the extent required by Federal Rule of Bankruptcy Procedure Rule 9037, within seven (7) days from the date hereof. If a redacted amended notice is filed within such period, the original unredacted version of such Notice will be maintained under seal. If no such amended notice is timely filed, the relevant Respondent(s) will be deemed to have waived the protection of Federal Rule of Bankruptcy Procedure 9037(a) and the Court will unseal such Notice. Counsel are reminded that the clerk "is not required to review documents filed with the court for compliance with [Rule 9037] . . . the responsibility to redact filings rests with counsel, parties, and others who make filings with the court." Fed. R. Bankr. P. advisory committee's notes on rules (2007).

SO ORDERED.

Dated: April 16, 2019

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge