## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br>    as representative of<br>The Puerto Rico Electric Power Authority<br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL OF RECORD

**TO THE HONORABLE COURT:**

    **COMES NOW**, the undersigned attorney and most respectfully moves and advise the Court as follows:

1. On December 13, 2018, the undersigned attorney filed a Notice of Appearance (Docket No. 1045) as counsel for U.S. Bank National Association as Indenture Trustee (solely in such capacity, the "Trustee").

2. The undersigned now hereby respectfully notify the Court that she is withdrawing her appearance as counsel of record for U.S. Bank National Association as Indenture Trustee and respectfully requests that the Court cease to notify the motions, pleadings, papers, and orders filed in this matter.

    **WHEREFORE** Crystal N. Acevedo-Jiménez respectfully requests that this Honorable Court takes notice an authorized our withdrawal as counsel for U.S. Bank National Association as Indenture Trustee and requests that the Court cease notifying her of motions, pleadings, papers, and orders in this matter.

1

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of April 2019.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practicable after the filing of the foregoing, consistent with the Court's *Eighth Amended Notice, Case Management and Administrative Procedures* (Dkt. 4866).

**RIVERA, TULLA AND FERRER, LLC**

***s/ Crystal N. Acevedo-Jiménez***
Crystal N. Acevedo-Jimenez
USDC-DPR No. 306204
Email: cacevedo@ riveratulla.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, P.R. 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784