| | |
|---|---|
| Estado Libre Asociado de P.R. Demandados | Promesa, Civil: 17-3823-LTS |
| V. | Civil local: DDP2014-0229 |
| Eliezer Santana Báez Demandante | |

## Moción En Solicitud Se Desparalize el pago adeudado Por los demandados

Comparece el demandante por derecho propio y solicita:

1- Que en este caso el E.L.A. de P.R. llegó a transigir con el demandante a nivel local en el Tribunal Bayamón por la suma de $2,000 dolares en la demanda Núm.: DDP2014-0229, en la que se llegó a la transacción a pesar de que ellos estaban solicitando el amparo de la ley promesa.

2- El estado se comprometió a pagar, y con promesa ya puesta o en camino se dispusieron a llegar a un acuerdo conmigo de $2,000 dolares en este caso.

3- Una vez más solicito, porque no contestan nunca. Que por esto una suma bajita y por haberse Transigido estando promesa puesta, que, se les ordene desparalizar el caso, para la continuación del proceso ulterior y final que es el depositar el cheque en el Tribunal para el pago, ya que el Tribunal Bayamón emitió sentencia impartiendo su aprobación en este caso, por lo que se solicita se ordene levantar la paralización en este caso y se ordene depositarme el cheque adeudado.

Por todo lo cual, se solicita se tome conocimiento de lo expuesto y se ordene el levantamiento de la paralalización en este caso, DDP2014-0229 y se les ordene el pago acordado.

Eliezer Santana Báez
50 carr.5 unit A-501 Edif. 3-J
Ind. Luchetti, Bay. P.R. 00961