Eliezer Santana Baez
50 carr. 5 unit A-501 edif-3-J
Ind. Luchetti Bay. P.R. 00961

SAN JUAN PR 009
10 APR 2019 PM 1 T

SCREENED MAIL
USMS

RECEIVED AND FILED
2019 APR 16 AM 10:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00901*1931

Jose V. Toledo Federal Building & US Courthouse
300 Recinto Sur Ste 134
S.J. P.R. 00901