**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :     Title III
                                                  :
          as representative of                    :     Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :     (Jointly Administered)
                                                  :
          Debtors.                                :
-------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Bankruptcy Estate of MARtA N. Torres Rosa | H/A. |
| Participant Name   CASE No. 18-02226 | Firm Name (if applicable) |
| Noreen Wiscovitch, Trustee | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Noreen @ NWR-law.com | |
| Email Address | Email Address |

Address line 1

PMB 136, 400 Calle Juan Calaf
Address line 2

San Juan, PR 0098.
City, State Zip Code

USA
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)
For this Reason ↓

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market?  **YES** or **NO** (please **circle one**).

By: _Noreen Wiswantch-Restos_
Signature

Noreen Wiswantch-Restos.
Print Name

See attached.
PUC + Evidence.

Chapter 7 Trustee
Title (if Participant is not an Individual)

3-19-19.
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



## SUPPLEMENTAL INFORMATION

**FOR TAX YEAR**
# 2004
APRIL 25, 2005

| PAYER'S INFORMATION: | RECIPIENT'S NAME AND ADDRESS: |
|---|---|
| FISERV SECURITIES, INC.<br>TWELVE HUNDRED<br>ONE COMMERCE SQUARE<br>2006 MARKET STREET<br>PHILADELPHIA, PA 19103-3212<br><br>TAX ID#: 23-2257781 | 805776P 4165230 00452200001<br>MARTA NYDIA TORRES<br>RR 6 BOX 11260<br>SAN JUAN PR 00926 |

| PLEASE NOTE BEFORE FILING: | RECIPIENT'S BROKERAGE INFORMATION: | |
|---|---|---|
| MUTUAL FUNDS, UITS AND OTHER SECURITIES MAY BE SUBJECT TO: (i) DIVIDEND REALLOCATION AND/OR (ii) RECLASSIFICATION OF LONG TERM CAPITAL GAIN DISTRIBUTIONS, WHICH MAY RESULT IN A CORRECTED 1099. | POPULAR SECURITIES, INC.<br>209 MUNOZ RIVERA AVE<br>POPULAR CENTER, PLAZA LEVEL<br>SAN JUAN, PR 00918 | SS#/TAX ID#: ___-8952<br>ACCOUNT#: ___2<br>OFFICER: 76P REP#: 0920<br>CUSTOMER SERVICE<br>(787)758-7400 |

### PURCHASES

| DATE | CUSIP | QUANTITY | SYMBOL | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 10/06/04 | 74526PAE4 | 100000 | PRPRE.30%33 | PUERTO RICO CONSV TR FD SECD N | 101,959.50 |
| TOTAL GROSS PURCHASES | | | | | 101,959.50 |

### NON-TAXABLE INTEREST INCOME

| DATE | CUSIP | SYMBOL | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/02/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 526.00 |
| 02/02/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 03/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 04/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 05/03/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 06/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 07/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 08/02/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 09/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 10/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 11/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 1,050.00 |
| 12/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| 12/01/04 | 74526PAE4 | PRPR6.30%33 | PUERTO RICO CONSV TR FD SECD N | 525.00 |
| TOTAL NON-REPORTABLE INTEREST | | | | 7,360.00 |

PAGE 1 OF 1
ACCOUNT #___22
END OF SUPPLEMENTAL INFORMATION

THIS SUPPLEMENTAL INFORMATION IS PROVIDED AS A CONVENIENCE TO ASSIST YOU IN PREPARING YOUR TAX FILING.
IT IS NOT BEING REPORTED TO THE INTERNAL REVENUE SERVICE.