*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

    Debtors.

------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Bankruptcy Estate of Romualdo Rivera Ondrivini
Case No. 18-0058
Participant Name

Noreen Wisuwitch, Trustee
Contact Person (if Participant is not an individual)

noreen@nwrlaw.com
Email Address

**Counsel Contact Information (if any)**

N/A
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1
PMB 136 / 400 Calle Juan Calaf
Address line 2
Sn Juan, PR 00918
City, State Zip Code
USA
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

___ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

**X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)
↓ For this Reason ↓

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please circle one). UNKNOWN

By: _Noreen Wiscovitch-Rentas_
Signature

Noreen Wiscovitch-Rentas
Print Name

Chapter 7 Trustee
Title (if Participant is not an individual)

3-19-19
Date

Please see evidence attached to Proof of Claim

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2



2 Morrissey Blvd
MA1-MB4-02-08
Boston, MA 02125
833-726-7743

# Brokerage
## Account Statement

ROMUALDO RIVERA ANDRINI

December 1, 2018 - December 31, 2018
Account Number: ###### 803

**Your Financial Consultant:**
PR INVESTOR SERVICE DESK
(787) 200-1710

### Portfolio at a Glance

|  | This Period | Year-to-Date |
|---|---:|---:|
| **BEGINNING ACCOUNT VALUE** | $26,960.44 | $30,653.79 |
| Withdrawals (Cash & Securities) | 0.00 | -2,396.28 |
| Dividends, Interest and Other Income | 111.02 | 2,626.90 |
| Total Taxes Withheld | -4.56 | -74.18 |
| Other Transactions | 0.00 | -50.00 |
| **Net Change in Portfolio**[1] | 350.34 | -3,342.99 |
| **ENDING ACCOUNT VALUE** | **$27,417.24** | **$27,417.24** |

[1] Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.

### Asset Summary

| Percent | Asset Type | Last Period | This Period |
|---|---|---:|---:|
| 1% | Cash, Money Funds, and Bank Deposits | 0.00 | 106.46 |
| 99% | Mutual Funds | 26,960.44 | 27,310.78 |
| 100% | **Account Total** | **$26,960.44** | **$27,417.24** |

Please review your allocation periodically with your Financial Consultant.

### Client Service Information

**Your Financial Consultant: 96H**
PR INVESTOR SERVICE DESK
207 AVE PONCE DE LEON 4TH FLOOR
SAN JUAN  PR 00917-1818

**Contact Information**
Telephone Number: (787) 200-1710
Fax Number: (787) 759-5366
E-Mail Address: online@santanderinvestments.com

**Client Service Information**
Service Hours: Monday - Friday 09:00 a.m. - 05:00 p.m. (EST)
Client Service Telephone Number: (833) 726-7743
Web Site: SANTANDERINVESTMENTS.NETXINVESTOR.COM

Go paperless — ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Your Account Information

**INVESTMENT OBJECTIVE**
Investment Objective:   INCOME
Risk Exposure:   MODERATE RISK
Please review your investment objective. If you wish to make a change or have any questions please contact your Financial Consultant.

**TAX LOT DEFAULT DISPOSITION METHOD**
Default Method for Mutual Funds:   Average Cost (Using First In First Out)
Default Method for Stocks in a Dividend Reinvestment Plan:   First In First Out
Default Method for all Other Securities:   First In First Out

**BOND AMORTIZATION ELECTIONS**
Amortize premium on taxable bonds based on Constant Yield Method:   Yes
Accrual market discount method for all other bond types:   Constant Yield Method
Include market discount in income annually:   No

**ELECTRONIC DELIVERY**
You have not selected any account communications for electronic delivery. To register and turn off paper communications, log in to your account or contact your Financial Consultant for more information.

## Portfolio Holdings

| Opening Date | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS, AND BANK DEPOSITS 1.00% of Portfolio** | | | | | | | | | |
| Cash Balance | | | | 0.00 | 106.46 | | | | |
| **Money Market** | | | | | | | | | |
| FIRST PUERTO RICO DAILY LIQ A | | | | | | | | | |
| 12/01/18 | | N/A | 08/15/18 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00% | 0.00% |
| **Total Money Market** | | | | $0.00 | $0.00 | $0.00 | $0.11 | | |
| **TOTAL CASH, MONEY FUNDS, AND BANK DEPOSITS** | | | | $0.00 | $106.46 | $0.00 | $0.11 | | |

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS 99.00% of Portfolio** | | | | | | | | |
| PUERTO RICO FIXED INCOME FUND III INC   Security Identifier: ●●●●●102 | | | | | | | | |
| CDM | | | | | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | |
| X Security Disposition Method: First In First Out | | | | | | | | |
| 09/28/04 | 10,993.000 | 10.0000 | 109,935.02 | 1.5500 | 17,039.15 | -92,895.87 | | |
| 01/15/05 | 44.000 | 9.4870 | 417.43 | 1.5500 | 68.20 | -349.23 | | |
| 02/15/05 | 45.000 | 9.5580 | 430.11 | 1.5500 | 69.75 | -360.36 | | |
| 03/15/05 | 45.000 | 9.4330 | 424.49 | 1.5500 | 69.75 | -354.74 | | |

Account Number: A005228935F50CS

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



2 Morrissey Blvd
MA1-MB4-02-08
Boston, MA 02125
833-726-7743

December 1, 2018 - December 31, 2018
ROMUALDO RIVERA ANDRINI

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS** (continued) | | | | | | | | |
| PUERTO RICO FIXED INCOME FUND III INC (continued) | | | | | | | | |
| 04/15/05 | 50.000 | 9.4680 | 473.40 | 1.5500 | 77.50 | -395.90 | | |
| 05/16/05 | 52.000 | 9.5020 | 494.10 | 1.5500 | 80.60 | -413.50 | | |
| 06/15/05 | 52.000 | 9.4980 | 493.90 | 1.5500 | 80.60 | -413.30 | | |
| 07/15/05 | 54.000 | 9.4480 | 510.19 | 1.5500 | 83.70 | -426.49 | | |
| 08/15/05 | 56.000 | 9.3110 | 521.42 | 1.5500 | 86.80 | -434.62 | | |
| 09/15/05 | 56.000 | 9.4400 | 528.64 | 1.5500 | 86.80 | -441.84 | | |
| 10/17/05 | 58.000 | 9.2550 | 536.79 | 1.5500 | 89.90 | -446.89 | | |
| 11/15/05 | 60.000 | 8.9410 | 536.46 | 1.5500 | 93.00 | -443.46 | | |
| 12/15/05 | 57.000 | 9.0360 | 515.05 | 1.5500 | 88.35 | -426.70 | | |
| 01/17/06 | 57.000 | 9.1230 | 520.01 | 1.5500 | 88.35 | -431.66 | | |
| 02/15/06 | 58.000 | 9.0650 | 525.77 | 1.5500 | 89.90 | -435.87 | | |
| 03/15/06 | 60.000 | 8.9010 | 534.06 | 1.5500 | 93.00 | -441.06 | | |
| 04/17/06 | 60.000 | 8.8500 | 531.00 | 1.5500 | 93.00 | -438.00 | | |
| 05/15/06 | 61.000 | 8.5760 | 523.14 | 1.5500 | 94.55 | -428.59 | | |
| 06/15/06 | 61.000 | 8.5790 | 523.32 | 1.5500 | 94.55 | -428.77 | | |
| 07/17/06 | 61.000 | 8.4760 | 517.04 | 1.5500 | 94.55 | -422.49 | | |
| 08/15/06 | 60.000 | 8.6270 | 517.62 | 1.5500 | 93.00 | -424.62 | | |
| 09/15/06 | 59.000 | 8.7650 | 517.14 | 1.5500 | 91.45 | -425.69 | | |
| 11/15/06 | 60.000 | 8.8070 | 528.42 | 1.5500 | 93.00 | -435.42 | | |
| 12/15/06 | 60.000 | 8.8680 | 532.08 | 1.5500 | 93.00 | -439.08 | | |
| 01/16/07 | 60.000 | 8.8510 | 531.06 | 1.5500 | 93.00 | -438.06 | | |
| Total Noncovered | 12,339.000 | | 122,117.66 | | 19,125.45 | -102,992.21 | | |
| **Total** | 12,339.000 | | $122,117.66 | | $19,125.45 | -$102,992.21 | $0.00 | |

PUERTO RICO AAA PORTFOLIO BD FD INC         Security Identifier: ███████08
COM ISIN#PR74514P1095
Closed End Fund
Dividend Option: Cash; Capital Gains Option: Cash
*Security Disposition Method: First In First Out

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 09/13/04 | 1,269.000 | 9.9130 | 12,579.12 | 5.4100 | 6,865.29 | -5,713.83 | | |
| 12/15/04 | 22.000 | 8.9970 | 197.93 | 5.4100 | 119.02 | -78.91 | | |
| 01/15/05 | 10.000 | 9.0270 | 90.27 | 5.4100 | 54.10 | -36.17 | | |

Account Number: ██████████
A0762250C5F20C51





Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS** (continued) | | | | | | | | |
| PUERTO RICO AAA PORTFOLIO BD FD INC (continued) | | | | | | | | |
| 02/15/05 *,3 | 10.000 | 9.1540 | 91.54 | 5.4100 | 54.10 | -37.44 | | |
| 03/15/05 *,3 | 11.000 | 8.8980 | 97.88 | 5.4100 | 59.51 | -38.37 | | |
| 04/15/05 *,3 | 11.000 | 8.9250 | 98.18 | 5.4100 | 59.51 | -38.57 | | |
| 05/16/05 *,3 | 10.000 | 8.9650 | 89.65 | 5.4100 | 54.10 | -35.55 | | |
| 06/15/05 *,3 | 10.000 | 8.9630 | 89.63 | 5.4100 | 54.10 | -35.53 | | |
| 07/15/05 *,3 | 10.000 | 8.9440 | 89.44 | 5.4100 | 54.10 | -35.34 | | |
| 08/15/05 *,3 | 10.000 | 8.8150 | 88.15 | 5.4100 | 54.10 | -34.05 | | |
| 09/15/05 *,3 | 10.000 | 8.8990 | 88.99 | 5.4100 | 54.10 | -34.89 | | |
| 10/17/05 *,3 | 10.000 | 8.7800 | 87.80 | 5.4100 | 54.10 | -33.70 | | |
| 11/15/05 *,3 | 10.000 | 8.4460 | 84.46 | 5.4100 | 54.10 | -30.36 | | |
| 12/15/05 *,3 | 10.000 | 8.4960 | 84.96 | 5.4100 | 54.10 | -30.86 | | |
| 01/17/06 *,3 | 10.000 | 8.6060 | 86.06 | 5.4100 | 54.10 | -31.96 | | |
| 02/15/06 *,3 | 10.000 | 8.5350 | 85.35 | 5.4100 | 54.10 | -31.25 | | |
| 03/15/06 *,3 | 10.000 | 8.4340 | 84.34 | 5.4100 | 54.10 | -30.24 | | |
| 04/17/06 *,3 | 10.000 | 8.3540 | 83.54 | 5.4100 | 54.10 | -29.44 | | |
| 05/15/06 *,3 | 8.000 | 8.1250 | 65.00 | 5.4100 | 43.28 | -21.72 | | |
| 06/15/06 *,3 | 8.000 | 8.2000 | 65.60 | 5.4100 | 43.28 | -22.32 | | |
| 07/17/06 *,3 | 8.000 | 8.0830 | 64.66 | 5.4100 | 43.28 | -21.38 | | |
| 08/15/06 *,3 | 7.000 | 8.2500 | 57.75 | 5.4100 | 37.87 | -19.88 | | |
| 09/15/06 *,3 | 7.000 | 8.3790 | 58.65 | 5.4100 | 37.87 | -20.78 | | |
| 11/15/06 *,3 | 7.000 | 8.4110 | 58.88 | 5.4100 | 37.87 | -21.01 | | |
| 12/15/06 *,3 | 7.000 | 8.4760 | 59.33 | 5.4100 | 37.87 | -21.46 | | |
| 01/16/07 *,3 | 8.000 | 8.4360 | 67.49 | 5.4100 | 43.28 | -24.21 | | |
| Total Noncovered | 1,513.000 | | 14,694.65 | | 8,185.33 | -6,509.32 | | |
| **Total** | 1,513.000 | | $14,694.65 | | $8,185.33 | -$6,509.32 | | $0.00 |
| **TOTAL MUTUAL FUNDS** | | | $136,812.31 | | $27,310.78 | -$109,501.53 | | $0.00 |

| | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL PORTFOLIO HOLDINGS** | $136,918.77 | $27,417.24 | -$109,501.53 | $0.00 | $0.11 |

* Noncovered under the cost basis rules as defined below.

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

Account Number: ...03
Go paperless ASK ABOUT E-DELIVERY
Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE
Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon). Pershing LLC, member FINRA, NYSE, SIPC.