\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2019 MAR 22 PM 4:25

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("**Participant**") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "**Objection**"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "**Challenged GO Bonds**") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Noveen Wiscontch-Ritas, Plan Keogh | N/A |
| Participant Name | Firm Name (if applicable) |
| Noveen Wiscontch-Ritas, Trustee | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Noveen@nwr-law.com | |
| Email Address | Email Address |

Address line 1
PMB 136 / 400 Calle Juan Calaf
Address line 2
San Juan, PR 00918
City, State Zip Code
USA
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

   __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)
   ↓ For this Reason ↓

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
   Security Identifier: [redacted]101 and [redacted]103

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please circle one). UNKNOWN.

By: _[signature]_      See Attached.
Signature

Naveen Wiswitch-Pintos
Print Name

Trustee of Keogh Plan
Title (if Participant is not an individual)

3-19-19
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



207 Ponce de Leon Ave. 4th Floor San Juan, PR 00917-1810 (787) 759-4300

April 1, 2018 – April 30, 2018
NOREEN WISCOVITCH TTEE

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS 99.00% of Portfolio** | | | | | | | | |
| FIRST PUERTO RICO TAX EXEMPT TARGET MAT FD IV INC COM CASH DIV | | | | Security Identifier: ___901 | | | | |
| ISIN#PR3361N01 | | | | | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | |
| *Security Disposition Method: First In First Out | | | | | | | | |
| 03/21/12* | 4,065.000 | 9.8410 | 40,003.60 | 1.6100 | 6,544.65 | -33,458.95 | | |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MAT FD II INC COM | | | | Security Identifier: ___03 | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | |
| *Security Disposition Method: First In First Out | | | | | | | | |
| 09/10/12* | 3,910.000 | 9.5410 | 37,305.40 | 6.0800 | 23,772.80 | -13,532.60 | | |
| 04/22/13* | 1,685.000 | 9.6020 | 16,180.00 | 6.0800 | 10,244.80 | -5,935.20 | |  |
| Total Noncovered | 5,595.000 | | 53,485.40 | | 34,017.60 | -19,467.80 | | |
| Total | 5,595.000 | | $53,485.40 | | $34,017.60 | $19,467.80 | | $0.00 |
| **TOTAL MUTUAL FUNDS** | | | $93,489.00 | | $40,562.25 | $52,926.75 | | $0.00 |

| | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL PORTFOLIO HOLDINGS** | $93,872.83 | $40,946.08 | $52,926.75 | $0.00 | $4.72 |

*: Noncovered under the cost basis rules as defined below.

Depending on the account ownership structure of the account, Pershing effects tax reporting as agreed to in the fully disclosed clearing agreement between Pershing and your introducing broker. If the IBD no longer clears through Pershing, Pershing will distribute assets to you or the custodian/trustee noted in the registration.

Generally, securities acquired before 2011, in retirement accounts, or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered." Securities marked as "covered" were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on Form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event that we cannot readily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099, the cost basis will not be reported to the IRS.

Account Number: ___  Go paperless