IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <u>et al.</u>, | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

## ORDER

This matter is before the Court on the *Urgent Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Under Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery and Compelling Disclosure of Lists of Security Holders* (Dkt. No. 6143) ("2004 Motion"). On April 15, 2019, the Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee, filed its reply in support of the 2004 Motion. (Dkt. No. 6248). Attached thereto, the Special Claims Committee provided the Court with a revised proposed order addressing some of the concerns raised by parties affected by

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

the 2004 Motion. (Id. Ex. A) ("Revised Proposed Order"). The Court hereby allows for supplemental briefing by such affected parties. Accordingly, any response to the Revised Proposed Order shall be filed by tonight, **April 16, 2019 at 10:00 p.m. Atlantic Standard Time**. The Court will thereafter take the 2004 Motion on submission.

Movant, the Special Claims Committee, is responsible for giving notice of this expedited response deadline to the financial institutions from which they are seeking discovery in the 2004 Motion.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: April 16, 2019