# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

          Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

---------------------------------------------------------------------x

## COVER SHEET TO EIGHTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

Name of applicant                       O'Neill & Borges LLC ("O&B")

Authorized to provide professional services       Financial Oversight and Management
to:                                               Board, as Representative for the Debtor
                                                  Pursuant to PROMESA Section 315(b)

Time period covered by this application:       October 1, 2018 through October 31, 2018

Amount of compensation sought as actual,        $24,708.60
reasonable and necessary:

Amount of expense reimbursement sought        $232.73
as actual, reasonable and necessary:

Total amount for this invoice:          $24,941.33

This is a: __X__ monthly ____ interim ____ final application

This is O&B's eighteenth monthly fee application in these cases.

00609627; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for October 2018.




/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 6, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period October 1 through October 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 290.00 | 7.60 | $ 2,204.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 40.20 | $ 13,266.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 210.00 | 0.60 | $ 126.00 |
| Jorge A. Candelaria | Associate | Corporate | $ 170.00 | 15.80 | $ 2,686.00 |
| Ricardo J. Casellas | Associate | Litigation | $ 180.00 | 4.50 | $ 810.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 170.00 | 11.40 | $ 1,938.00 |
| Priscila M. Ramirez Segarra | Associate | Corporate | $ 175.00 | 11.20 | $ 1,960.00 |
| Filex E. Rosado | Associate | Labor | $ 165.00 | 15.60 | $ 2,574.00 |
| Frances Vallejo | Associate | Litigation | $ 170.00 | 10.80 | $ 1,836.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 135.00 | 0.40 | $ 54.00 |
| | **Totals** | | | 118.10 | $ 27,454.00 |
| | **Less: 10% Courtesy discount** | | | | $ (2,745.40) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 24,708.60 |

**HTA TITLE III**

**Summary of Disbursements for the Period October 1 through October 31, 2018**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 141.50 |
| Duplicating-Color | $ 65.60 |
| Miscellaneous - Lunch - 10/08/2018 - Papa Johns - HTA's J. Viggiano and E. Hernandez Carreras - CGB | $ 25.63 |
| **Totals** | $ 232.73 |
| **SUMMARY OF DISBURSEMENTS** | $ 232.73 |

00609627; 1

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| \multicolumn{4}{c}{**HTA TITLE III**} | | | |
| \multicolumn{4}{c}{**Summary of Legal Fees for the Period October 1 through October 31, 2018**} | | | |
| 202 | Legal Research | 3.30 | $ 594.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 0.20 | $ 58.00 |
| 205 | Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 0.50 | $ 145.00 |
| 208 | Stay Matters | 1.80 | $ 522.00 |
| 209 | Adversary Proceeding | 109.10 | $ 25,317.00 |
| 210 | Analysis and Strategy | 0.80 | $ 232.00 |
| 212 | General Administration and Governance | 1.40 | $ 406.00 |
| 219 | Docketing | 0.40 | $ 54.00 |
| 224 | Fee Applications-O&B | 0.60 | $ 126.00 |
| | | | $ 27,454.00 |
| | **Less: 10% Courtesy Discount** | | $ (2,745.40) |
| | **TOTALS** | 118.10 | $ 24,708.60 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $22,237.74, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $232.73) in the total amount of $22,470.47.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00609627; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera Ave Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 2, 2018

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 2, 2018
FOMB IN RE HTA TITLE III
Bill #: 337094
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending October 31, 2018:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 688.50 |
| Less Discount | $ -68.85 |
| Net Professional Services | $ 619.65 |
| Total Reimbursable Expenses | $ 206.10 |
| **TOTAL THIS INVOICE** | **$ 825.75** |

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/18 | MMB | 219 | Docket court notice dkt. 514 received by email dated September 28, 2018, regarding deadline to file opposition paper, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 10/09/18 | MMB | 219 | Docket court notice dkt. 517 received by email dated October 5, 2018, regarding new deadlines to file opposition papers to Finca Matilde's motion for relief from stay dkt. 3851, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 10/18/18 | HDB | 208 | Review Motion for entry of an order, (I) confirming the application and enforcement of the automatic stay provisions of Bankruptcy Code sections 362(a) and 922, as made applicable to this case pursuant to PROMESA section 301(a) with respect to the prepetition action CD Builders, Inc. (.20) Draft e-mail to M. Zerjal regarding the same. (.10) | .30 | 290.00 | 87.00 |
| 10/19/18 | UMF | 224 | Continue draft of O&B's Sixteenth Monthly Fee Application in Title III Case of HTA. | .50 | 210.00 | 105.00 |
| 10/22/18 | UMF | 224 | Finalize monthly fee application with principal certification for Title III case of HTA. | .10 | 210.00 | 21.00 |
| 10/23/18 | HDB | 208 | Review opinion and order by the Court of Appeals in the CD Builders, Inc. v. HTA matter (.30) and draft e-mail to M. Zerjal and others at Proskauer regarding the same. (.20) | .50 | 290.00 | 145.00 |
| 10/23/18 | MMB | 219 | Docket court notice received by email dated October 19, 2018, regarding order dkt. 520 setting briefing schedule on dkt. 519 urgent motion of debtor for entry of order confirming stay of pre-petition action - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

O'Neill & Borges LLC

Bill #:  337094                                                                 November 2, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/24/18 | HDB | 208 | Analyze stay relief notice by Janet Vazquez-Velazquez (.20) and draft e-mail to L. Marini (counsel for AAFAF) regarding same. (.10) | .30 | 290.00 | 87.00 |
| 10/25/18 | HDB | 208 | Revise edits to draft amended motion to enforce the pre-petition stay regarding CD Builders. | .30 | 290.00 | 87.00 |
| 10/29/18 | HDB | 208 | Review comments by local counsel for HTA to draft amended motion to enforce the stay against CD Builders. (.20)  Draft e-mail to M. Zerjal regarding views on revised draft motion. (.20) | .40 | 290.00 | 116.00 |

TOTAL PROFESSIONAL SERVICES                          $ 688.50

Less Discount                                                        $ -68.85

NET PROFESSIONAL SERVICES:                           $ 619.65

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.80 | 290.00 | 522.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 210.00 | 126.00 |
| MILAGROS MARCANO BAEZ | .30 | 135.00 | 40.50 |
| **Total** | **2.70** | | **$ 688.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/08/18 | DUPLICATING -  AS OF 10/08/18 (2 Copies @ $.10) | .20 |
| 10/08/18 | DUPLICATING -  AS OF 10/08/18 (498 Copies @ $.10) | 49.80 |
| 10/08/18 | DUPLICATING -  AS OF 10/08/18 (1 Copies @ $.10) | .10 |
| 10/08/18 | DUPLICATING -  AS OF 10/08/18 (1 Copies @ $.10) | .10 |
| 10/08/18 | DUPLICATING -  AS OF 10/08/18 (166 Copies @ $.10) | 16.60 |
| 10/08/18 | DUPLICATING -  AS OF 10/08/18 (332 Copies @ $.10) | 33.20 |
| 10/08/18 | DUPLICATING -  AS OF 10/08/18 (405 Copies @ $.10) | 40.50 |
| 10/08/18 | DUPLICATING-COLOR-  AS OF 10/08/18 (82 Copies @ $.40) | 32.80 |
| 10/08/18 | DUPLICATING-COLOR-  AS OF 10/08/18 (82 Copies @ $.40) | 32.80 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  337094                                                                November 2, 2018

TOTAL REIMBURSABLE EXPENSES                          $ 206.10

**TOTAL THIS INVOICE**                                        **$ 825.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

2304 CALLE MARCO RIVERA QUIÑONES SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 2, 2018

FOMB IN RE HTA TITLE III

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 2, 2018
FOMB IN RE HTA TITLE III
Bill #:   337095
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2018:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 71.50 |
| VOLUME DISCOUNT | $ -7.15 |
| Net Professional Services | $ 64.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 64.35** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
2 4 0 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

Client.Matter: P1703 . 801
RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/22/18 | HDB | 203 | Receive and review Order to file joint status report. | .20 | 290.00 | 58.00 |
| 10/24/18 | MMB | 219 | Docket court notice received by email dated October 22, 2018, regarding order dkt. 280 setting deadline to file joint status report with the parties' respective positions - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 71.50 |
| VOLUME DISCOUNT | $ -7.15 |
| NET PROFESSIONAL SERVICES: | $ 64.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 290.00 | 58.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **.30** | | **$ 71.50** |

|  |  |
|---|---|
| **TOTAL THIS INVOICE** | **$ 64.35** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 2, 2018

FOMB IN RE HTA TITLE III

**RE: 18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 2, 2018

FOMB IN RE HTA TITLE III

Bill #:  337096

Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2018:

**Client.Matter: P1703 - 805**

**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

| | |
|---|---|
| Total Professional Services | $ 26,694.00 |
| VOLUME DISCOUNT | $ -2,669.40 |
| Net Professional Services | $ 24,024.60 |
| Total Reimbursable Expenses | $ 26.63 |
| **TOTAL THIS INVOICE** | **$ 24,051.23** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1703 . 805**
**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/18 | CGB | 209 | Tel. conf. with A. Skellet and the O'Neill & Borges document review team to discuss responsiveness parameters and applicable privileges in anticipation of the team's review of potentially responsive e-discovery documents. | .80 | 330.00 | 264.00 |
| 10/01/18 | CGB | 209 | Tel. conf. with HTA's outside counsel R. Castellanos regarding key factual background relating to the Siemens settlement. | .30 | 330.00 | 99.00 |
| 10/01/18 | PMR | 209 | Review email and memorandum on document review in Siemens v. HTA. | .80 | 175.00 | 140.00 |
| 10/01/18 | PMR | 209 | Second kick-off conference with OB team, C. Garcia, A. Skelley and Y. Ike to discuss document review. | .80 | 175.00 | 140.00 |
| 10/01/18 | PMR | 209 | Follow-up webex conference call with Y. Ike and A. Skellet, P. Gonzalez, J. Candelaria, F. Rosado and F. Vallejo for training to use Relativity Program. | .70 | 175.00 | 122.50 |
| 10/01/18 | PMR | 209 | Review documents in Siemens v. HTA largest batch number 5. | 5.40 | 175.00 | 945.00 |
| 10/01/18 | JAC | 209 | Conference call with A. Skellet and Y. Ike (Proskauer Rose LLP), and C. Garcia, P. A. Gonzalez, F. Vallejo, F. Rosado and P. M. Ramirez Segarra regarding protocols and guidelines for document review to be conducted in response to discovery request issued by Siemens Transportation Partnership Puerto Rico, S.E. | .80 | 170.00 | 136.00 |
| 10/01/18 | JAC | 209 | Follow-up conference call with A. Skellet and Y. Ike (Proskauer Rose LLP), and P. A. Gonzalez, F. Vallejo, F. Rosado and P. M. Ramirez Segarra to discuss document review instructions. | .70 | 170.00 | 119.00 |

O'Neill & Borges LLC

Bill #:  337096                                                                November 2, 2018

| 10/01/18 | JAC | 209 | Conduct research regarding accountant-client privilege under Puerto Rico law. | .60 | 170.00 | 102.00 |
|---|---|---|---|---|---|---|
| 10/01/18 | JAC | 209 | Draft email to C. Garcia regarding accountant-client privilege under Puerto Rico law. | .10 | 170.00 | 17.00 |
| 10/01/18 | JAC | 209 | Draft email to A. Skellet (Proskauer Rose LLP) regarding accountant-client privilege under Puerto Rico law. | .70 | 170.00 | 119.00 |
| 10/01/18 | JAC | 209 | Analyze document review memorandum prepared by Proskauer Rose LLP in view of document review quality control process. | .90 | 170.00 | 153.00 |
| 10/01/18 | JAC | 209 | Conduct quality control document review consisting of approximately 118 documents (batch 2) to assess responsiveness and privileges under Puerto Rico law, as requested by Proskauer Rose LLP. | 3.20 | 170.00 | 544.00 |
| 10/01/18 | PAG | 209 | Tel. conf. with A. Skellet of Proskauer, C. Garcia, P. Ramirez, J. Candelaria, F. Vallejo, and F. Rosado to discuss the guidelines for the pending document review. | .80 | 170.00 | 136.00 |
| 10/01/18 | PAG | 209 | Attend technical training session of Relativity discovery platform with A. Skellet and Y. Ike of Proskauer, P. Ramirez, J. Candelaria, F. Vallejo, and F. Rosado in anticipation of the pending document review. | .70 | 170.00 | 119.00 |
| 10/01/18 | PAG | 209 | Review Proskauer's memorandum regarding the pending document review in anticipation of the same. | 1.10 | 170.00 | 187.00 |
| 10/01/18 | PAG | 209 | Review and code approximately 100 batch 3 documents as part of the ongoing second level document review. | 2.40 | 170.00 | 408.00 |
| 10/01/18 | PAG | 209 | Analyze and code privileged documents from batch 12 and batch 14 consisting of approximately 72 documents. | 1.10 | 170.00 | 187.00 |
| 10/01/18 | PAG | 209 | Revise the performed document review and code further documents including the names of potential witnesses. | .90 | 170.00 | 153.00 |
| 10/01/18 | FVR | 209 | Perform document review for first batch, in specific 110 documents, for the purpose of production of documents for opposing party. | 3.10 | 170.00 | 527.00 |

O'Neill & Borges LLC

Bill #:  337096                                                                November 2, 2018

| 10/01/18 | FVR | 209 | Meet with C. Garcia, P. A. Gonzalez, F. E. Rosado, P.M. Ramirez Segarra and J. A. Candelaria in order to communicate in a conference call with Alexandra K. Skellet to discuss the scope and procedures of the document review. | .80 | 170.00 | 136.00 |
|---|---|---|---|---|---|---|
| 10/01/18 | FVR | 209 | Attend web seminar with I. Ike in order to explain to the team the technical issues of the database for document review process. | .90 | 170.00 | 153.00 |
| 10/01/18 | FER | 209 | Video conference tutorial with A. Skellet, Y. Ike, P. Gonzalez, F. Vallejo, J. Candelaria and P. Ramirez regarding Relativity document review platform. | .70 | 165.00 | 115.50 |
| 10/01/18 | FER | 209 | Perform document review of fourth batch of documents for production of documents in adversary proceeding. | 4.10 | 165.00 | 676.50 |
| 10/01/18 | FER | 209 | Telephone conference with A. Skellet, Y. Ike, C. Garcia, P. Gonzalez, F. Vallejo, J. Candelaria and P. Ramirez to discuss document review for HTA/Siemens dispute. | .80 | 165.00 | 132.00 |
| 10/02/18 | CGB | 209 | Overview of Siemens' production documents mentioning Rebeca Rojas, Esq. to ascertain basis for her purported role as creator of the account at issue. | 2.20 | 330.00 | 726.00 |
| 10/02/18 | CGB | 209 | Analyze AAFAF's supplemental production to Siemens. | .20 | 330.00 | 66.00 |
| 10/02/18 | CGB | 209 | Tel. conf. with HTA's J. Viggiano to coordinate HTA 30(b)(6) witness preparation. | .20 | 330.00 | 66.00 |
| 10/02/18 | CGB | 209 | Review updated list of in-house and outside counsel forwarded by J. Viggiano. (.10) Draft email forwarding list to the e-discovery review team to consider in identifying privileged documents. (.10) | .20 | 330.00 | 66.00 |
| 10/02/18 | CGB | 209 | Tel. conf. with HTA former employee E. Rodriguez Perez regarding served deposition notice and his unavailability to attend same. | .20 | 330.00 | 66.00 |
| 10/02/18 | CGB | 209 | Tel. conf. with M. Dale regarding current deposition schedule and HTA former employee E. Rodriguez Perez unavailability. | .20 | 330.00 | 66.00 |
| 10/02/18 | CGB | 209 | Analyze email exchange between M. Dale and Siemens D. Baker regarding current deposition deadline and options in view of HTA's E. Rodriguez unavailability. | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  337096                                                                              November 2, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/18 | CGB | 209 | Analyze background of the Siemens deposition deadline set forth in Docket No. 39 and options in light of need to extend same. | .30 | 330.00 | 99.00 |
| 10/02/18 | HDB | 212 | Review issues regarding deposition schedule. | .30 | 290.00 | 87.00 |
| 10/02/18 | JAC | 209 | Finalize first phase of quality control document review in response to Siemens Transportation Partnership Puerto Rico, S.E.'s discovery request. | .60 | 170.00 | 102.00 |
| 10/02/18 | JAC | 209 | Draft email to C. Garcia regarding completion of first phase of quality control document review. | .10 | 170.00 | 17.00 |
| 10/02/18 | JAC | 209 | Draft email to A. Skellet (Proskauer Rose LLP) regarding completion of first phase of quality control document review. | .10 | 170.00 | 17.00 |
| 10/02/18 | JAC | 209 | Analyze memorandum regarding common interest privilege shared by C. Garcia. | .40 | 170.00 | 68.00 |
| 10/02/18 | PAG | 209 | Review and code approximately 75 batch 12 and 14 documents as part of the ongoing second level document review. | .60 | 170.00 | 102.00 |
| 10/02/18 | FVR | 209 | Perform document review of batch number thirteen, specifically of 63 documents, as requested by Proskauer | 1.20 | 170.00 | 204.00 |
| 10/02/18 | FER | 209 | Continue document review of fourth batch of documents, with approximately 103 documents. | 1.10 | 165.00 | 181.50 |
| 10/02/18 | FER | 209 | Perform document review of sixth batch of documents, with approximately 22 documents. | 1.80 | 165.00 | 297.00 |
| 10/02/18 | FER | 209 | Perform review of additional remaining document (.10) and Email conversation with Y. Ike regarding same. (.20) | .30 | 165.00 | 49.50 |
| 10/03/18 | CGB | 209 | Overview of Siemens' production documents 17 to 34 mentioning Rebeca Rojas, Esq. to ascertain basis for her purported role as creator of the account at issue and in preparation for future depositions of HTA representative | 1.20 | 330.00 | 396.00 |
| 10/03/18 | CGB | 209 | Draft summary of R. Rojas role within HTA as it relates to the Siemens settlement agreement, as reflected by available documents and other available background. | .60 | 330.00 | 198.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  337096                                                                                    November 2, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/03/18 | CGB | 209 | Tel. conf. with M. Dale, H. D. Bauer, AAFAF counsel L. Marini and GDB counsel M. Trelles, O. Ramos and G. Lopez regarding status of Title VI proceeding and potential implications for the adversary proceeding schedule. | .50 | 330.00 | 165.00 |
| 10/03/18 | CGB | 209 | Draft email to former HTA employee E. Rodriguez confirming communications with Siemens counsel regarding his unavailability to attend the scheduled deposition. | .20 | 330.00 | 66.00 |
| 10/03/18 | HDB | 205 | Conf. call with M. Dale, C. García and counsel for AAFAF and GDB regarding discovery issues. (.30) Review e-mails regarding counsel representing deponents. (.20) | .50 | 290.00 | 145.00 |
| 10/03/18 | PMR | 209 | Quality control review of non-responsive documents to confirm proper tagging issues (approximately 200 documents). | 2.40 | 175.00 | 420.00 |
| 10/03/18 | JAC | 209 | Conduct second quality control document review consisting of approximately 118 documents (batch 10) to assess responsiveness, as requested by Proskauer Rose LLP. | 3.80 | 170.00 | 646.00 |
| 10/03/18 | PAG | 209 | Review approximately 175 documents coded as non-responsive as part of the quality check phase of the ongoing document review. | 2.20 | 170.00 | 374.00 |
| 10/03/18 | RJC | 209 | Review additional documents (communications involving R. Rojas, motion to quash filed by GDB) in preparation to draft motion to quash deposition of R. Rojas. | 1.20 | 180.00 | 216.00 |
| 10/03/18 | RJC | 202 | Research standard for deposition of counsel under FRCP 45 and common interest privilege in order to draft motion to quash deposition of R. Rojas. | 1.40 | 180.00 | 252.00 |
| 10/03/18 | FVR | 209 | Conduct document review of ninth batch, specifically of 103 documents, in anticipation of potential production as requested by Proskauer. | 3.80 | 170.00 | 646.00 |
| 10/03/18 | FER | 209 | Perform document review of eighth batch of documents. (2.30) and email conversation with A. Skellet, C. Garcia, F. Vallejo, P. Ramirez, P. Gonzalez and J. Candelaria regarding same. (.40) | 2.70 | 165.00 | 445.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  337096                                                        November 2, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/04/18 | CGB | 209 | Tel. conf. with A. Skellet and J. Candelaria to discuss scope of Puerto Rico Accountant-client privilege and its applicability to certain HTA documents. | .30 | 330.00 | 99.00 |
| 10/04/18 | CGB | 209 | Analyze emails from Siemens' D. Baker to ascertain updated deposition schedule in light of same. | .40 | 330.00 | 132.00 |
| 10/04/18 | CGB | 209 | Tel. conf. with M. Dale to discuss Title VI claims potential impact upon the current claims by Siemens in the adversary proceeding. | .20 | 330.00 | 66.00 |
| 10/04/18 | CGB | 209 | Tel. conf. with M. Dale and Siemens D. Baker and C. Springer  to discuss Title VI claims potential impact upon the current claims by Siemens in the adversary proceeding. | .20 | 330.00 | 66.00 |
| 10/04/18 | CGB | 209 | Draft emails to Siemens counsel D. Baker and C. Springer clarifying certain issues discussed during tel. conf. of October 4, 2018 for review and editing by M. Dale. | .20 | 330.00 | 66.00 |
| 10/04/18 | CGB | 209 | Draft email to Siemens counsel D. Baker and C. Springer regarding FOMB/HTA's position as to the potential testimony of GDB representatives. | .10 | 330.00 | 33.00 |
| 10/04/18 | CGB | 209 | Analyze updates from GDB and AAFAF counsel regarding their intentions as to the potential testimony from former HTA employees. | .10 | 330.00 | 33.00 |
| 10/04/18 | CGB | 209 | Analyze response to requested stipulation regarding the admissibility of HTA produced documents. | .10 | 330.00 | 33.00 |
| 10/04/18 | CGB | 209 | Draft Follow-up email to A. Skellet regarding status of potential production to Siemens of e-discovery documents. | .10 | 330.00 | 33.00 |
| 10/04/18 | HDB | 209 | Review issues concerning deposition scheduling. | .20 | 290.00 | 58.00 |
| 10/04/18 | PMR | 209 | Continue to review batches on potentially privilege documents (approximately 200 documents). | 1.10 | 175.00 | 192.50 |
| 10/04/18 | JAC | 209 | Draft email to A. Skellet to coordinate conference call to discuss potential privileges under the Puerto Rico Rules of Evidence. | .10 | 170.00 | 17.00 |
| 10/04/18 | JAC | 209 | Draft email to C. Garcia regarding potential privileges under the Puerto Rico Rules of Evidence. | .10 | 170.00 | 17.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  337096                                                           November 2, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/04/18 | JAC | 209 | Prepare for conference call with A. Skellet (Proskauer Rose LLP) and C. Garcia regarding potential privileges under Puerto Rico Rules of Evidence. | .40 | 170.00 | 68.00 |
| 10/04/18 | JAC | 209 | Finalize second phase of quality control document review in response to Siemens Transportation Partnership Puerto Rico, S.E.'s discovery request. | 1.80 | 170.00 | 306.00 |
| 10/04/18 | JAC | 209 | Review approximately 30 documents to assess whether a privilege could arguably be claimed over them with regards to Siemens Transportation Partnership Puerto Rico, S.E.'s discovery request, as requested by Proskauer Rose LLP. | 1.10 | 170.00 | 187.00 |
| 10/04/18 | JAC | 209 | Conference call with A. Skellet (Proskauer Rose LLP) and C. Garcia to discuss potential privileges under the Puerto Rico Rules of Evidence. | .30 | 170.00 | 51.00 |
| 10/04/18 | PAG | 209 | Review batch 3, 12, and 14 consisting of approximately 175 documents coded as potentially privileged and examine the applicability of the accountant-client privilege as part of the quality check phase of the document review. | 1.60 | 170.00 | 272.00 |
| 10/04/18 | RJC | 202 | Additional research regarding applicable law as to depositions of in-house counsel versus that of a trial attorney, and interplay with proportionality standard for discovery of evidence, in order to draft motion to quash deposition notice as to Rebeca Rojas. | 1.90 | 180.00 | 342.00 |
| 10/04/18 | FVR | 209 | Revise the documents that were reviewed pursuant to the accountant-client privilege and its applicability (approximately 103 documents). | 1.00 | 170.00 | 170.00 |
| 10/04/18 | FER | 209 | Perform document review of sixteenth batch of approximately 118 documents. (3.60) and email communication with C. Garcia, P. Gonzalez, P. Ramirez, J. Candelaria, F. Vallejo, A. Skellet, Y. Ike and M. Dale regarding technical issues with the document review portal (.50) | 4.10 | 165.00 | 676.50 |
| 10/05/18 | CGB | 209 | Detailed analysis of the deposition transcript of GDB's 30(b)(6) witness J. Santiago Ramos to verify its implications for the preparation of the HTA's 30(b)(6) representative. | 1.30 | 330.00 | 429.00 |
| 10/05/18 | CGB | 209 | Review HTA documents generated by or mentioning 30(b)(6) witness J. Hernandez Carrero in preparation for up-coming deposition. | .90 | 330.00 | 297.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   337096                                                                November 2, 2018

| 10/05/18 | CGB | 209 | Overview of 65 documents preliminarily marked as responsive, with particular focus on Spanish documents, to ensure responsiveness to document production request. | 1.20 | 330.00 | 396.00 |
|---|---|---|---|---|---|---|
| 10/05/18 | CGB | 209 | Identify relevant background documents to review with HTA's 30(b)(6) witness to ensure ability to address queries regarding key topics. | .70 | 330.00 | 231.00 |
| 10/05/18 | HDB | 212 | Review emails from AAFAF's L. Marini and M. Dale regarding deposition scheduling issues. | .30 | 290.00 | 87.00 |
| 10/08/18 | CGB | 209 | Conf. with M. Dale to discuss strategy for 30(b)(6) witness preparation. | .30 | 330.00 | 99.00 |
| 10/08/18 | CGB | 209 | Conf. with HTA's 30(b)(6) witness J. Hernandez Carreras and J. Viggiano to review key documents in preparation for deposition. | 3.50 | 330.00 | 1,155.00 |
| 10/08/18 | CGB | 209 | Continued Review of various productions to identify other potentially important document for the review of J. Hernandez Carreras. | 1.70 | 330.00 | 561.00 |
| 10/08/18 | CGB | 209 | Draft email to HTA former in-house counsel R. Rojas regarding status of her scheduled deposition. | 1.70 | 330.00 | 561.00 |
| 10/09/18 | CGB | 209 | Conf. with M. Dale and HTA 30(B)(6) witness J. Hernandez Carreras to review key background documents in final preparation for the deposition. | 1.20 | 330.00 | 396.00 |
| 10/09/18 | CGB | 209 | Attend deposition of HTA's 30(B)(6) witness J. Hernandez Carreras. | 3.20 | 330.00 | 1,056.00 |
| 10/09/18 | CGB | 209 | Draft email to R. Rojas to confirm Siemens has agreed to cancel her deposition. | .10 | 330.00 | 33.00 |
| 10/09/18 | CGB | 209 | Draft email to former HTA employee E. Rodriguez Perez to confirm Siemens has agreed to cancel his deposition. | .10 | 330.00 | 33.00 |
| 10/09/18 | CGB | 209 | Draft email to D. Baker confirming FOMB/HTA does not plan to call GDB representative Neysa Lopez as a witness. | .10 | 330.00 | 33.00 |
| 10/09/18 | HDB | 212 | Review issues regarding HTA 30(b)(6) deposition. | .40 | 290.00 | 116.00 |
| 10/10/18 | CGB | 209 | Draft email to HTA's J. Viggiano and J. Maldonado seeking copies of certain documents to consider need for potential supplementation to discovery responses. | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  337096

November 2, 2018

| 10/10/18 | CGB | 209 | Analyze additional documentation forwarded by HTA's E. Hernandez Carreras to consider need to supplement discovery response. | .20 | 330.00 | 66.00 |
|---|---|---|---|---|---|---|
| 10/10/18 | CGB | 209 | Draft supplemental response to Siemens omnibus discovery in view of information disclosed by J. Hernández Carreras during his deposition and additional documentation forwarded by same. . | .60 | 330.00 | 198.00 |
| 10/10/18 | HDB | 209 | Attend deposition of Mr. Jesus García - witness for GDB. | 2.70 | 290.00 | 783.00 |
| 10/11/18 | CGB | 209 | Attend the deposition of Siemens 30(b)(6) representative Josue Menendez. | 6.80 | 330.00 | 2,244.00 |
| 10/12/18 | CGB | 209 | Draft email to M. Dale summarizing developments during recent depositions of GDB and Siemens representatives. | .30 | 330.00 | 99.00 |
| 10/12/18 | HDB | 212 | Review summary of Siemens 30(b)(6) deposition. | .20 | 290.00 | 58.00 |
| 10/16/18 | CGB | 209 | Draft email to D. Baker to inquire about status of the deposition transcript of HTA representative J. Hernandez Carreras. (.10) Review response thereto. (.10) Draft email to J. Hernandez Carreras forwarding copy of his deposition transcript for review. (.10) | .30 | 330.00 | 99.00 |
| 10/17/18 | CGB | 209 | Review transcript of deposition of J. Hernandez Carreras. | .90 | 330.00 | 297.00 |
| 10/18/18 | CGB | 209 | Review errata sheet for HTA's 30(b)(6) deposition transcript. (.10) Draft email to R. Hernandez Carreras forwarding same for his review and approval. (.10) | .20 | 330.00 | 66.00 |
| 10/19/18 | CGB | 209 | Review comments from J. Hernandez Carreras to errata sheet. (.20) Draft email to D. Baker forwarding final version of same. (.10) | .30 | 330.00 | 99.00 |
| 10/19/18 | CGB | 209 | Review Siemens' supplemental objection to GDB's proposed qualifying modifications to ascertain its potential impact upon its claims against HTA and the FOMB in adversary proceeding 18-00030. | .30 | 330.00 | 99.00 |
| 10/19/18 | CGB | 209 | Draft email to M. Dale forwarding draft of proposed supplemental response to Siemens discovery. (.20) Draft email to HTA's J. Maldonado and J. Viggiano forwarding draft of proposed supplemental response to Siemens discovery and highlighting issues for their consideration. (.20). | .40 | 330.00 | 132.00 |

O'Neill & Borges LLC

Bill #:  337096                                                            November 2, 2018

| 10/22/18 | CGB | 209 | Analyze scheduling order in GDB Title VI proceeding setting forth deadlines and hearing date to address Siemens objections grounded upon the claims asserted in the pending adversary proceeding to ascertain potential impact upon the claims against HTA/FOMB. | .20 | 330.00 | 66.00 |
|---|---|---|---|---|---|---|
| 10/23/18 | CGB | 209 | Draft email to M. Dale to coordinate next steps in view of scheduling order in GDB Title VI proceeding to address Siemens objections grounded upon the claims asserted in the pending adversary. | .10 | 330.00 | 33.00 |
| 10/23/18 | CGB | 209 | Draft email to counsel for GDB and AAFAF to schedule conference call to discuss GDB's and AAFAF's next steps in view of scheduling order in GDB Title VI proceeding to address Siemens objections grounded upon the claims asserted in the pending adversary. | .10 | 330.00 | 33.00 |
| 10/23/18 | CGB | 209 | Draft email to HTA's representatives J. Viggiano and J. Maldonado to Follow-up on review of supplemental responses to discovery. | .10 | 330.00 | 33.00 |
| 10/23/18 | CGB | 209 | Review email from O. Ramos, counsel for GDB, forwarding deposition transcript of Siemens' representative and enclosure thereto. | .20 | 330.00 | 66.00 |
| 10/26/18 | CGB | 209 | Tel. conf. with J. M. Viggiano to Follow-up on the status of the supplemental discovery responses to Siemens. (.20) Analyze the order setting forth the proceedings to be followed during the November 6 hearing within the GDB Title VI case where Siemens claim relating to the account at GDB will be heard. (.10) | .30 | 330.00 | 99.00 |
| 10/29/18 | CGB | 209 | Tel. conf. with GDB counsel O. Ramos and others to ascertain whether GDB envisions any disputed facts involving HTA/FOMB at the up-coming Title VI hearing. | .30 | 330.00 | 99.00 |
| 10/29/18 | HDB | 210 | Tel. conf. with M. Dale, C. Garcia, O. Ramos, M. Trelles and G. Lopez regarding status report and pending issues in anticipation of hearing. | .30 | 290.00 | 87.00 |
| 10/30/18 | CGB | 209 | Tel. conf. with Siemens counsel D. Baker and others, GDB counsel O. Ramos and others, AAFAF counsel L. Marini and Proskauer co-counsel  M. Dale to discuss Siemens proposed undisputed facts and material facts in dispute. | .40 | 330.00 | 132.00 |

O'Neill & Borges LLC

Bill #:  337096

November 2, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/30/18 | CGB | 209 | Draft Follow-up email to J. Viggiano regarding deadline to submit supplemental responses to Siemens discovery. (.10) Review response thereto from J. Viggiano. (.10) Draft email to Siemens and GDB informing issues and submitting un-executed response in anticipation of a final version. (.20) | .40 | 330.00 | 132.00 |
| 10/30/18 | CGB | 209 | Analyze Siemens proposed stipulated facts for the Title VI hearing to ascertain potential impact upon pending adversary claims. (.60) Draft email to M. Dale forwarding commented version. (.10) | .70 | 330.00 | 231.00 |
| 10/30/18 | CGB | 209 | Analyze GDB's amended proposed stipulated facts for the Title VI hearing to ascertain potential impact upon pending adversary claims. (.70) Draft email to GDB's O. Ramos and Siemens D. Baker commenting same. (.10). | .80 | 330.00 | 264.00 |
| 10/30/18 | HDB | 210 | Review proposal for stipulated facts by Siemens. (.30) Review draft of HTA's supplemental responses to discovery by Siemens. (.20) | .50 | 290.00 | 145.00 |
| 10/31/18 | CGB | 209 | Follow-up tel. conf. with Siemens counsel D. Baker and others, GDB counsel O. Ramos and others, AAFAF counsel L. Marini and Proskauer co-counsel M. Dale and A. Skellet to discuss current proposals of undisputed facts submitted by GDB and coordination of matters for the joint motion required by the Court relating to hearing issues with the related Title III proceeding. | .50 | 330.00 | 165.00 |
| 10/31/18 | CGB | 209 | Finalize executed supplemental response to Siemens discovery on behalf of HTA. (.20) Draft email to Siemens and other parties in the GDB Title VI matter forwarding same. (.20) | .40 | 330.00 | 132.00 |
| 10/31/18 | HDB | 212 | Review Siemens' objections to proposed Stipulations in anticipation of Nov. 6 hearing. | .20 | 290.00 | 58.00 |

TOTAL PROFESSIONAL SERVICES                 $ 26,694.00

VOLUME DISCOUNT                                        $ -2,669.40

NET PROFESSIONAL SERVICES:                    $ 24,024.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  337096

November 2, 2018

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 40.20 | 330.00 | 13,266.00 |
| HERMANN BAUER | 5.60 | 290.00 | 1,624.00 |
| PRISCILA M. RAMIREZ SEGARRA | 11.20 | 175.00 | 1,960.00 |
| JORGE A. CANDELARIA | 15.80 | 170.00 | 2,686.00 |
| PAULA A. GONZALEZ MONTALVO | 11.40 | 170.00 | 1,938.00 |
| RICARDO J. CASELLAS | 4.50 | 180.00 | 810.00 |
| FRANCES VALLEJO | 10.80 | 170.00 | 1,836.00 |
| FILEX E. ROSADO | 15.60 | 165.00 | 2,574.00 |
| **Total** | **115.10** | | **$ 26,694.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/08/18 | DUPLICATING -  AS OF 10/08/18 (10 Copies @ $.10) | 1.00 |
| 10/08/18 | MISCELLANEOUS - LUNCH - 10/08/2018 - PAPA JOHNS - HTA'S J. VIGGIANO AND E. HERNANDEZ CARRERAS - CGB | 25.63 |

TOTAL REIMBURSABLE EXPENSES          $ 26.63

**TOTAL THIS INVOICE**          **$ 24,051.23**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, | |
| Debtor. | |

---------------------------------------------------------------------x

**COVER SHEET TO NINETEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF NOVEMBER 1, 2018 THROUGH NOVEMBER 30, 2018**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2018 through November 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $4,796.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $43.50 |
| Total amount for this invoice: | $4,840.05 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's nineteenth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for November 2018.


/s/ Jaime A. El Koury_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On January 18, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 1.80 | $ 522.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 13.90 | $ 4,587.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.60 | $ 126.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 0.30 | $ 54.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.30 | $ 40.50 |
| | | | | | |
| | **Totals** | | | **16.90** | **$ 5,329.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (532.95)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 4,796.55** |

**HTA TITLE III**

**Summary of Disbursements for the Period November 1 through November 30, 2018**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| Duplicating | | $ | 43.50 |
| | | | |
| | **Totals** | | **$ 43.50** |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | | **$ 43.50** |

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| **HTA TITLE III** | | | |
| **Summary of Legal Fees for the Period November 1 through November 30, 2018** | | | |
| 206 | Documents filed on behalf of the Board | 0.30 | $ 87.00 |
| 207 | Non-Board Court Filings | 0.30 | $ 87.00 |
| 208 | Stay Matters | 0.50 | $ 145.00 |
| 209 | Adversary Proceeding | 13.90 | $ 4,587.00 |
| 210 | Analysis and Strategy | 0.20 | $ 58.00 |
| 212 | General Administration and Governance | 0.50 | $ 145.00 |
| 218 | Employment and Fee Applications | 0.30 | $ 54.00 |
| 219 | Docketing | 0.30 | $ 40.50 |
| 224 | Fee Applications-O&B | 0.60 | $ 126.00 |
| | | | $ 5,329.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (532.95) |
| | | | |
| | **TOTALS** | **16.90** | **$ 4,796.55** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $4,316.90, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $43.50) in the total amount of $4,360.40.

## **Professional Certification**

       I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2018

FOMB IN RE HTA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2018
FOMB IN RE HTA TITLE III
Bill #: 338904
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2018:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 483.50 |
| Less Discount | $ -48.35 |
| Net Professional Services | $ 435.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 435.15** |

250 Muñoz Rivera Avenue 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/18 | HDB | 207 | Analyze Opposition to Motion Confirming Stay filed by CD Builders. | .30 | 290.00 | 87.00 |
| 11/02/18 | HDB | 208 | Review Memorandum Order denying stay relief for Municipality of Ponce. | .20 | 290.00 | 58.00 |
| 11/05/18 | HDB | 210 | Review responses to M. Zerjal queries by HTA counsel in the CD Builders claim. | .20 | 290.00 | 58.00 |
| 11/06/18 | UMF | 224 | Draft monthly fee application for September 2018 in the Title III case of the HTA. | .30 | 210.00 | 63.00 |
| 11/07/18 | HDB | 208 | Edit draft reply top CD Builder's Motion for Stay Relief. (.20) Draft e-mail to M. Zerjal. (.10) | .30 | 290.00 | 87.00 |
| 11/08/18 | UMF | 224 | Review and finalize monthly fee application for September 2018 in the Title III case of HTA. | .30 | 210.00 | 63.00 |
| 11/13/18 | MMB | 219 | Docket court notice received by email dated November 9, 2018, regarding deadlines in relation with transcript of November 7, 2018 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 11/16/18 | DJP | 218 | File the Fourth Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Puerto Rico Highway and Transportation Authority, for the Period from June 1, 2018 through September 30, 2018, through the court's electronic filing system. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  338904                                                                December 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/16/18 | DJP | 218 | Draft email to Prime Clerk LLC requesting service of the Fourth Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Puerto Rico Highway and Transportation Authority, for the Period from June 1, 2018 through September 30, 2018. | .10 | 180.00 | 18.00 |

TOTAL PROFESSIONAL SERVICES                          $ 483.50

Less Discount                                                       $ -48.35

NET PROFESSIONAL SERVICES:                          $ 435.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.00 | 290.00 | 290.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 210.00 | 126.00 |
| DANIEL J. PEREZ REFOJOS | .30 | 180.00 | 54.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **2.00** | | **$ 483.50** |

**TOTAL THIS INVOICE**                                    **$ 435.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2018

FOMB IN RE HTA TITLE III

**RE:   17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2018
FOMB IN RE HTA TITLE III
Bill #: 338905
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2018:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 100.50 |
| VOLUME DISCOUNT | $ -10.05 |
| Net Professional Services | $ 90.45 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 90.45** |

Electronic Invoice

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/14/18 | HDB | 206 | Review and sign-off on Straus Report in Adv. Proceedings 17-AP-151 and 152. (.20)  Draft e-mail to M. Firestein regarding observations on draft. (.10) | .30 | 290.00 | 87.00 |
| 11/16/18 | MMB | 219 | Docket court notice received by email dated November 15, 2018, regarding deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

|  |  |  |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 100.50 |
| VOLUME DISCOUNT | | $ -10.05 |
| NET PROFESSIONAL SERVICES: | | $ 90.45 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 290.00 | 87.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **.40** | | **$ 100.50** |

|  |  |
|---|---|
| **TOTAL THIS INVOICE** | **$ 90.45** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

December 5, 2018

FOMB IN RE HTA TITLE III

**RE: 18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

240 West Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2018
FOMB IN RE HTA TITLE III
Bill #:    338906
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2018:

**Client.Matter: P1703 - 805**

**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

| | |
|---|---|
| Total Professional Services | $ 4,745.50 |
| VOLUME DISCOUNT | $ -474.55 |
| Net Professional Services | $ 4,270.95 |
| Total Reimbursable Expenses | $ 43.50 |
| **TOTAL THIS INVOICE** | **$ 4,314.45** |

Electronic Invoice

250 MUÑOZ RIVERA AVENUE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

**Client.Matter: P1703 . 805**
**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/18 | CGB | 209 | Analyze GDB's statement of disputed facts to ascertain potential impact upon Siemens claims against HTA/FOMB in current adversary proceeding. | .20 | 330.00 | 66.00 |
| 11/01/18 | CGB | 209 | Analyze sample emails copying potential HTA witness at the Title VI hearing J. Espada. (.20) Draft email to HTA's J. Viggiano to ascertain his role at HTA during the pertinent time frame. (.10) | .30 | 330.00 | 99.00 |
| 11/01/18 | CGB | 209 | Analyze joint motion summarizing the Title VI parties positions as to hearing preparations. (.20) Tel. conf. with Siemens counsel L. Cumpiano regarding same. (.10) Draft email to GDB's O. Ramos confirming FOMB/HTA have no comments tot he proposed joint motion. (.10) Monitor filing of the same. (.10) | .50 | 330.00 | 165.00 |
| 11/01/18 | CGB | 209 | Analyze exhibit preliminary lists circulated by Siemens and GDB. (.40) Coordinate with M. Dale and A. Skellet preparations for the hearing. (.20) Draft email to GDB and Siemens counsel requesting copy of the Jesus Garcia deposition transcript.  (.10) | .70 | 330.00 | 231.00 |
| 11/01/18 | CGB | 209 | Follow-up Tel. conf. with Siemens counsel D. Baker and others, GDB counsel O. Ramos and others, AAFAF counsel L. Marini and Proskauer co-counsel A. Skellet to discuss options in lieu of live testimony for the Title VI Court impacting the adversary claims. | .60 | 330.00 | 198.00 |

O'Neill & Borges LLC

Bill #:  338906                                                                December 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/18 | CGB | 209 | Analyze Government Development Bank For Puerto Rico And Puerto Rico Fiscal Agency And Financial Advisory Authority's Reply To Siemens Transportation Partnership Puerto Rico, S.E.'S Supplemental Objection To Proposed Qualifying Modification filed in the Title VI as to ascertain potential impact upon stayed adversary proceeding against HTA and FOMB. | .70 | 330.00 | 231.00 |
| 11/02/18 | CGB | 209 | Analyze Court order setting forth deadlines for the filing of exhibits relating to Siemens claim against GDB. (.10) coordinate next steps with A. Skellet and M. Dale in view of same. (.10) coordinate preparation of binder with all deposition transcripts in anticipation of court hearing. (.10) | .30 | 330.00 | 99.00 |
| 11/02/18 | CGB | 209 | Review email from A. Skellet regarding deposition transcripts and exhibits anticipated at the GDB RSA court hearing. (.10) Respond to same. (.10) | .20 | 330.00 | 66.00 |
| 11/05/18 | CGB | 209 | Draft email to HTA's J. Viggiano and J. Maldonado regarding Judge's decision to limit live testimony at the GDB RSA objections hearing and denying Siemens belated request to present former HTA consultant J. Espada. | .20 | 330.00 | 66.00 |
| 11/06/18 | CGB | 209 | Draft email to HTA's J. Maldonado and J. Viggiano to confirm that Siemens has agreed to release HTA as part of the Settlement of its claims against GDB during the GDB qualifying modification approval hearing. | .30 | 330.00 | 99.00 |
| 11/08/18 | CGB | 209 | Review email from E. Barak regarding expected settlement draft in the GDB Title VI matter that will entail dismissal of the Plaintiff[ending adversary. (.10) Tel. conf. with HTA's J. Viggiano to discuss issues related to same. (.20) Draft email to HTA's J. Viggiano and J. Maldonado seeking investigation of factual issues potentially impacting proposed mutual release as a condition for settlement. (.20) | .50 | 330.00 | 165.00 |
| 11/09/18 | HDB | 212 | Review order regarding dismissal of 18-ap-0030. | .20 | 290.00 | 58.00 |
| 11/12/18 | CGB | 209 | Draft Follow-up note to HTA representatives J. Maldonado and J. Viggiano to ascertain status of review of the proposed settlement agreement draft. | .20 | 330.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  338906                                                                          December 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/18 | CGB | 209 | Edit draft settlement agreement to ensure adequate protection of HTA's rights. (.40) Draft email to E. Barak and M. Dale forwarding suggested revisions. (.20) | .60 | 330.00 | 198.00 |
| 11/12/18 | HDB | 212 | Revise draft settlement agreement of 18-ap-0030. | .30 | 290.00 | 87.00 |
| 11/13/18 | CGB | 209 | Analyze court order at Docket No. 70 forewarning of proposed dismissal with prejudice of all claims. | .10 | 330.00 | 33.00 |
| 11/13/18 | CGB | 209 | Review message from HTA's J. Viggiano forwarding comments to the settlement agreement. (.10) Draft email to E. Barak and M. Dale setting forth summary of HTA's comments to the Draft settlement agreement. (.10) | .20 | 330.00 | 66.00 |
| 11/13/18 | MMB | 219 | Docket court notice received by email dated November 9, 2018, regarding order dkt. 74 granting until November 16, 2018 to file response - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 11/15/18 | CGB | 209 | Review informative motion filed by the GDB in the Title VI RSA proceeding describing current status of the execution of the final settlement agreement including the Siemens claims to ascertain its potential impact upon the Siemens adversary proceeding. (.10) Draft email to M. Dale regarding alternate strategies in view of same. (.10. | .20 | 330.00 | 66.00 |
| 11/19/18 | CGB | 209 | Review email from E. Barak seeking update on HTA review of Draft settlement. (.10) Draft email to HTA's J. Viggiano regarding same. (.10) Draft email to E. Barak update on HTA;s response. (.10) | .30 | 330.00 | 99.00 |
| 11/20/18 | CGB | 209 | Review revised version of the settlement agreement forwarded by GDB counsel M.D. Trelles to ascertain efficacy of the mutual releases as to HTA. (40) Draft email to M. Dale and E. Barak forwarding comments. (.10) Draft email to HTA representatives to inquire about signatory to the agreement. (.20) | .70 | 330.00 | 231.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  338906                                                                    December 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/20/18 | CGB | 209 | Tel. conf. with GDB counsel M.D. Trelles regarding logistics of HTA's review of settlement draft. (.20) Edit fourth draft of Settlement Agreement circulated by GDB to ensure HTA comments are incorporated and its interests are protected. (.30) Review background on prior proceedings to ensure Siemens proposed release language does not negatively impact HTA rights. (.30) Draft email forwarding revised version to M. Dale and E. Barak. (.10) | .90 | 330.00 | 297.00 |
| 11/21/18 | CGB | 209 | Review Proskauer's edits to forth version of the settlement agreement. (.20) Tel. conf. with M. Dale to discuss issues raised by GDB's fourth settlement draft. (.20) Draft email sending HTA/FOMB comments to the draft agreement to GDB counsel O. Ramos and M.D. Trelles.  (.10) Brief overview of edits included in fifth version of draft agreement forwarded by O. Ramos. (.10) | .60 | 330.00 | 198.00 |
| 11/26/18 | CGB | 209 | Review updated release language incorporated into the proposed Siemens settlement agreement (.30); Analyze prior releases included into the 2010 Settlement Agreement and its amendments to ensure consistency with same. (.40) | .70 | 330.00 | 231.00 |
| 11/26/18 | CGB | 209 | Draft edits to the draft settlement agreement to address Siemens request for a release from the FOMB and other issues. (.40) Draft email forwarding edits to M. Dale. (.10) Brief tel. conf. with M. Dale to discuss proposed edits. (.20) Draft email to Siemens, GDB, and AAFAF counsel forwarding FOMB/HTA edits for their consideration. (.10) Tel. conf. with M.D. Trelles to discuss recent edits regarding settlement structure. (.10) Tel. conf. with M. Sale to discuss same.(.10) Draft Follow-up email to M. Trelles and O. Ramos setting forth HTA/FOMB's acquiescence in principle to proposed structure. (.10) | 1.10 | 330.00 | 363.00 |
| 11/26/18 | CGB | 209 | Draft Follow-up email to HTA's J. Maldonado and J. M. Viggiano forwarding latest version of the settlement agreement draft for their consideration. | .10 | 330.00 | 33.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  338906                                                                    December 5, 2018

| 11/27/18 | CGB | 209 | Review updated Draft of the proposed settlement agreement circulated by Siemens counsel. (.40) Draft email to M. Dale forwarding comments to same. (.10) Draft email to HTA's J. Maldonado and J. Viggiano forwarding updated version of the draft agreement. (.10) Tel. conf. with .HTA's J.M. Viggiano to discuss main structure of the agreement and HTA's views on the same. (.20) Draft email to M. Dale and E. Barak confirming HTA's approval of the agreement in principle. (.10) | .90 | 330.00 | 297.00 |
|---|---|---|---|---|---|---|
| 11/27/18 | CGB | 209 | Analyze email from M. Dale to J. El Koury setting forth settlement structure for the FOMB's approval. (.20) Draft email to M. dale forwarding minor comment to same. (.10) | .30 | 330.00 | 99.00 |
| 11/28/18 | CGB | 209 | Analyze most recent edits to the Draft settlement agreement to ensure HTA/FOMB's rights are preserved. (.40) Draft email to M. Dale sending comment's and edits to same. (.20) | .60 | 330.00 | 198.00 |
| 11/28/18 | CGB | 209 | Review and respond to email from HTA's C. Springer requesting update on HTA/FOMB approval to draft agreement. | .10 | 330.00 | 33.00 |
| 11/28/18 | CGB | 209 | Tel. conf. with M. Dale to discuss recent edits to settlement agreement Draft and need to include additional language pertaining to the FOMB. | .20 | 330.00 | 66.00 |
| 11/28/18 | CGB | 209 | Draft email to HTA's J. Viggiano and J. Maldonado forewarning of deadline for the execution of final agreement. (.20) Review email from M. Dale to J. El Koury forwarding final version of agreement for execution by FOMB representative. (.10) Review final version of agreement. (.20) Draft email to HTA's J. Viggiano and J. Maldonado forwarding final agreement by execution of the HTA representative. (.10) | .60 | 330.00 | 198.00 |

O'Neill & Borges LLC

Bill #:  338906                                                            December 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/29/18 | CGB | 209 | Monitor email exchanges between counsel for GDB, AAFAF, Siemens and the bondholders regarding progress of the various signatures required to complete agreement. (.40) Draft email to all regarding status of HTA's signature. (.20)Tel. conf. with HTA's J. Maldonado to confirm status of execution of agreement. (.10) Review email from AAFAF's P. Frieden forwarding HTA signed version. (.10) Analyze final executed version to confirm signature by all parties. (.10) Draft email to HTA's J. Maldonado and J. Viggiano forwarding signed agreement. (.10) | 1.00 | 330.00 | 330.00 |

TOTAL PROFESSIONAL SERVICES                     $ 4,745.50

VOLUME DISCOUNT                                 $ -474.55

NET PROFESSIONAL SERVICES:                      $ 4,270.95

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 13.90 | 330.00 | 4,587.00 |
| HERMANN BAUER | .50 | 290.00 | 145.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **14.50** | | **$ 4,745.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/02/18 | DUPLICATING -  AS OF 11/02/18 (100 Copies @ $.10) | 10.00 |
| 11/02/18 | DUPLICATING -  AS OF 11/02/18 (213 Copies @ $.10) | 21.30 |
| 11/02/18 | DUPLICATING -  AS OF 11/02/18 (2 Copies @ $.10) | .20 |
| 11/02/18 | DUPLICATING -  AS OF 11/02/18 (120 Copies @ $.10) | 12.00 |

TOTAL REIMBURSABLE EXPENSES                     $ 43.50

**TOTAL THIS INVOICE**                          **$ 4,314.45**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

```
-----------------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

      Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

```
-----------------------------------------------------------------x
```

## COVER SHEET TO TWENTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2018 through December 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $269.10 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $269.10 |

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's twentieth monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2018.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 8, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period December 1 through December 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $220.00 | 0.50 | $ | 110.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 0.40 | $ | 84.00 |
| Vanessa Sanchez | Paralegal | Litigation | $150.00 | 0.70 | $ | 105.00 |
| | **Totals** | | | **1.60** | **$** | **299.00** |
| | **Less: 10% Courtesy discount** | | | | **$** | **(29.90)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **269.10** |

**HTA TITLE III**

**Summary of Disbursements for the Period December 1 through December 31, 2018**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | $ | | - |
| **Totals** | | | **$** | **-** |
| **SUMMARY OF DISBURSEMENTS** | | | **$** | **-** |

| | **HTA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period December 1 through December 31, 2018** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.40 | $ | 84.00 |
| 224 | Fee Applications-O&B | 1.20 | $ | 215.00 |
| | | | $ | **299.00** |
| | | | | |
| | **Less: 10% Courtesy Discount** | | $ | **(29.90)** |
| | | | | |
| | **TOTALS** | **1.60** | $ | **269.10** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $242.19, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $242.19.

**<u>Professional Certification</u>**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

January 4, 2019
Bill #: 340919
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2018:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 215.00 |
| Less Discount | $ -21.50 |
| Net Professional Services | $ 193.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 193.50** |

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter:** P1703 . 0
**RE:** GENERAL

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/05/18 | UMF | 224 | Draft eighteenth monthly fee application of O'Neill & Borges LLC for the month of October 2018 in the HTA Title III case. | .50 | 220.00 | 110.00 |
| 12/05/18 | VSN | 224 | As requested by U. Fernandez, review and compile October 2018 monthly fee application for HTA Title III Case No. 17-3567. | .70 | 150.00 | 105.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 215.00 |
| Less Discount | | $ -21.50 |
| NET PROFESSIONAL SERVICES: | | $ 193.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | .50 | 220.00 | 110.00 |
| VANESSA SANCHEZ | .70 | 150.00 | 105.00 |
| **Total** | **1.20** | | **$ 215.00** |

**TOTAL THIS INVOICE**      **$ 193.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 4, 2019
Bill #: 344729
Billing Attorney: CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2018:

**Client.Matter: P1703 - 2**

**RE: FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 84.00 |
| VOLUME DISCOUNT | $ -8.40 |
| Net Professional Services | $ 75.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 75.60** |

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/14/18 | ETF | 201 | Review HTA fiscal plan. (.30) Respond to Proskauer question regarding toll rates fiscal measure. (.10) | .40 | 210.00 | 84.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 84.00 |
| VOLUME DISCOUNT | $ -8.40 |
| NET PROFESSIONAL SERVICES: | $ 75.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | .40 | 210.00 | 84.00 |
| Total | .40 | | $ 84.00 |

**TOTAL THIS INVOICE**                     $ 75.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

-------------------------------------------------------------------x

## <u>COVER SHEET TO TWENTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF JANUARY 1, 2019 THROUGH JANUARY 31, 2019</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00643034; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2019 through January 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $333.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $333.00 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-first monthly fee application in these cases.

00643034; 1

### **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2019.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 1st, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Jr. Member | Litigation | $305.00 | 0.80 | $ 244.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $220.00 | 0.30 | $ 66.00 |
| Vanessa Sanchez | Paralegal | Litigation | $150.00 | 0.40 | $ 60.00 |
| | **Totals** | | | **1.50** | **$ 370.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (37.00)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 333.00** |

**HTA TITLE III**

**Summary of Disbursements for the Period January 1 through January 31, 2019**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | $ | - |
| | **Totals** | | $ | - |
| **SUMMARY OF DISBURSEMENTS** | | | $ | - |

**HTA TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested | |
|---|---|---|---|---|
| 209 | Adversary Proceeding | 0.80 | $ | 244.00 |
| 224 | Fee Applications-O&B | 0.70 | $ | 126.00 |
| | | | $ | **370.00** |
| | | | | |
| | **Less: 10% Courtesy Discount** | | $ | **(37.00)** |
| | | | | |
| | **TOTALS** | **1.50** | $ | **333.00** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $299.70, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $299.70.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2019
FOMB IN RE HTA TITLE III
Bill #:   343569
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2019:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 126.00 |
| Less Discount | $ -12.60 |
| Net Professional Services | $ 113.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 113.40** |

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/14/19 | UMF | 224 | Draft nineteenth monthly fee application of O'Neill & Borges in the Title III case of HTA. | .30 | 220.00 | 66.00 |
| 1/15/19 | VSN | 224 | As requested by U. Fernandez, review and compile November 2018 monthly fee application exhibits for HTA Title III Case No. 17-3567. | .20 | 150.00 | 30.00 |
| 1/18/19 | VSN | 224 | As requested by U. Fernandez, finalize November 2018 monthly fee application exhibits for HTA Title III Case No. 17-3567 as per approval of J. L. Koury. | .20 | 150.00 | 30.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 126.00 |
| Less Discount | | $ -12.60 |
| NET PROFESSIONAL SERVICES: | | $ 113.40 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | .30 | 220.00 | 66.00 |
| VANESSA SANCHEZ | .40 | 150.00 | 60.00 |
| **Total** | **.70** | | **$ 126.00** |

**TOTAL THIS INVOICE**      **$ 113.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 5, 2019
FOMB IN RE HTA TITLE III
Bill #: 343570
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending January 31, 2019:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 244.00 |
| VOLUME DISCOUNT | $ -24.40 |
| Net Professional Services | $ 219.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 219.60** |

Electronic Invoice

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/18/19 | HDB | 209 | Analyze reply brief filed by Petitioners before the US Supreme Court. | .80 | 305.00 | 244.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 244.00 |
| VOLUME DISCOUNT | $ -24.40 |
| NET PROFESSIONAL SERVICES: | $ 219.60 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| **Total** | **.80** | | **$ 244.00** |

| **TOTAL THIS INVOICE** | **$ 219.60** |
|---|---|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE