# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3566-LTS |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

-------------------------------------------------------------------x

## COVER SHEET TO EIGHTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2018 through October 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $3,689.10 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $3,689.10 |

This is a:  X  monthly ___ interim ___ final application

This is O&B's eighteenth monthly fee application in these cases.

00603057; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for October 2018.


/s/Jaime A. El Koury_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 6, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

00603057; 1

**ERS TITLE III**

**Summary of Legal Fees for the Period October 1 through October 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 1.30 | $ 377.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.40 | $ 84.00 |
| Yarissa Molina Olivera | Associate | Corporate | $175.00 | 9.70 | $ 1,697.50 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 9.50 | $ 1,900.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.30 | $ 40.50 |
| | | | | | |
| | **Totals** | | | **21.20** | **$ 4,099.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (409.90)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 3,689.10** |

**ERS TITLE III**

**Summary of Disbursements for the Period October 1 through October 31, 2018**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | $ | - |
| | | | | |
| | **Totals** | | **$** | **-** |
| | | | | |
| **SUMMARY OF DISBURSEMENTS** | | | **$** | **-** |

| | **ERS TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period October 1 through October 31, 2018** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 208 | Stay Matters | 20.50 | $ 3,974.50 |
| 219 | Docketing | 0.30 | $ 40.50 |
| 224 | Fee Applications-O&B | 0.40 | $ 84.00 |
| | | | $ **4,099.00** |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ **(409.90)** |
| | | | |
| | **TOTALS** | **21.20** | $ **3,689.10** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $3,320.19, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $3,320.19.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00603057; 1

# **Exhibit A**

00603057; 1

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 2, 2018

FOMB IN RE ERS TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 2, 2018

FOMB IN RE ERS TITLE III

Bill #: 337097

Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2018:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 4,099.00 |
| Less Discount | $ -409.90 |
| Net Professional Services | $ 3,689.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,689.10** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/04/18 | HDB | 208 | Review Coop Vegabajeña Motion for Stay Relief. (.20) Draft e-mail regarding same to counsel for AAFAF. (.10) | .30 | 290.00 | 87.00 |
| 10/09/18 | MMB | 219 | Docket court notice received by email dated October 4, 2018, regarding order setting briefing schedule on Coop A/C Vegabajena's motion for relief from stay, dkt. 4011 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 10/18/18 | MMB | 219 | Update MLS chart as of October 17, 2018, to include dkt. 334 urgent consented motion for extension of deadlines regarding Coop A/C Vegabajena's motion dkt. for relief from stay. | .10 | 135.00 | 13.50 |
| 10/18/18 | MMB | 219 | Docket court notice received by email dated October 18, 2018, regarding order dkt. 335 on consented motion dkt. 334 for extension of deadlines in connection with Coop. A/C Vegabajena's motion for relief from stay 4011 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 10/19/18 | UMF | 224 | Draft of O&B's Sixteenth Monthly Fee Application in Title III Case of ERS. | .30 | 210.00 | 63.00 |
| 10/22/18 | UMF | 224 | Finalize monthly fee application with principal certification for Title III case of ERS. | .10 | 210.00 | 21.00 |
| 10/22/18 | YMO | 208 | Review the ERS act in order to determine the statutory lien created in favor of saving and credit unions and the Cooperative Bank of Puerto Rico. | 1.90 | 175.00 | 332.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  337097

November 2, 2018

| 10/22/18 | ETF | 208 | Review Vegabajeña Coop. lift of stay motion and statutory lien argument therein. (.50) Review Act 196-2011 and annuities and employee contributions authorized to be pledged thereunder. (2.70) Review Assignment Agreements for ERS participants or retirees. (.60) | 3.80 | 200.00 | 760.00 |
|---|---|---|---|---|---|---|
| 10/22/18 | ETF | 208 | Review ERS enabling act prior to Act 196-2011 amendments. (.40) Review Act 106-2017 provisions regarding participant contributions and creditor's rights over the same. (1.10) Draft email memo for Proskauer regarding wether Act 447-1951 grants a statutory lien in favor of Vegabajeña Cooperative. (.40) | 1.90 | 200.00 | 380.00 |
| 10/23/18 | HDB | 208 | Analyze attachments to Cooperativa Vegabajeña's stay relief motion. (.20)  Analyze legal issues concerning Cooperativa Vegabajeña claim of a statutory lien. (.40) Draft e-mail regarding same. (.10) | .70 | 290.00 | 203.00 |
| 10/23/18 | YMO | 208 | Review the Uniform Commercial Code of Puerto Rico and several secondary articles in order to identify if a lien over an annuity is covered under the UCC. | 2.90 | 175.00 | 507.50 |
| 10/23/18 | ETF | 208 | Draft memo for Proskauer regarding whether Act 196-2011 grants a statutory lien in favor of credit unions. (3.50) Review DPR Bankruptcy Court opinion in In regarding Ortiz. (.30) | 3.80 | 200.00 | 760.00 |
| 10/24/18 | YMO | 208 | Draft a chart describing the collateral pledged in favor of the saving and credit unions pursuant to the ERS Act and how the same may be perfected under the UCC and the Civil Code of Puerto Rico, as applicable. | 4.90 | 175.00 | 857.50 |
| 10/25/18 | HDB | 208 | Review Objection of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico to Motion for Lift of Stay filed by the Cooperativa de Ahorro y Credito Vegabajena. | .30 | 290.00 | 87.00 |

TOTAL PROFESSIONAL SERVICES                         $ 4,099.00

Less Discount                                                   $ -409.90

NET PROFESSIONAL SERVICES:                          $ 3,689.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  337097

November 2, 2018

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.30 | 290.00 | 377.00 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 210.00 | 84.00 |
| YARISSA MOLINA OLIVERA | 9.70 | 175.00 | 1,697.50 |
| EMILIANO TRIGO FRITZ | 9.50 | 200.00 | 1,900.00 |
| MILAGROS MARCANO BAEZ | .30 | 135.00 | 40.50 |
| **Total** | **21.20** | | **$ 4,099.00** |

**TOTAL THIS INVOICE**                          **$ 3,689.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

             Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

             Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

---------------------------------------------------------------------x

## COVER SHEET TO NINETEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF NOVEMBER 1, 2018 THROUGH NOVEMBER 30, 2018

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2018 through November 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $899.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $899.55 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's nineteenth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for November 2018.


/s/ Jaime A. El Koury _____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On January 18, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy,
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 1.60 | $ 464.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.60 | $ 126.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 2.20 | $ 396.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.10 | $ 13.50 |
| | **Totals** | | | **4.50** | **$ 999.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (99.95)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 899.55** |

**ERS TITLE III**

**Summary of Disbursements for the Period November 1 through November 30, 2018**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

**ERS TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 0.50 | $ 90.00 |
| 208 | Stay Matters | 1.60 | $ 464.00 |
| 219 | Docketing | 0.10 | $ 13.50 |
| 224 | Fee Applications-O&B | 0.60 | $ 126.00 |
| 225 | Fee Applications-Proskauer | 1.70 | $ 306.00 |
| | | | $ 999.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (99.95) |
| | | | |
| | **TOTALS** | **4.50** | $ 899.55 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $809.60, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $809.60.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2018

FOMB IN RE ERS TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

December 5, 2018
FOMB IN RE ERS TITLE III
Bill #: 338907
Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2018:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 896.00 |
| Less Discount | $ -89.60 |
| | |
| Net Professional Services | $ 806.40 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 806.40** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/02/18 | HDB | 208 | Analyze Puerto Rico Law issues argued in Cooperativa A/C Vegabajena's Reply to Objection of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico to Motion for Relief of Stay. | .30 | 290.00 | 87.00 |
| 11/06/18 | UMF | 224 | Draft monthly fee application for September 2018 in the Title III case of the ERS. | .30 | 210.00 | 63.00 |
| 11/08/18 | UMF | 224 | Review and finalize monthly fee application for September 2018 in the Title III case of ERS. | .30 | 210.00 | 63.00 |
| 11/14/18 | HDB | 208 | Review Stay Relief Notice by Rafael Benitez Padilla. (.20) Draft e-mail to P. Possinger regarding same. (.10) | .30 | 290.00 | 87.00 |
| 11/16/18 | HDB | 208 | Analyze informative motion by AAFAF concerning practices concerning employee contributions at ERS. (.30)  Review and analyze Declaration in Support of Practices concerning employee contributions at ERS by Luis Collazo. (.40) | .70 | 290.00 | 203.00 |
| 11/16/18 | DJP | 225 | Analyze the Fourth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period June 1, 2018 Through September 30, 2018, in anticipation of its filing. | .40 | 180.00 | 72.00 |

O'Neill & Borges LLC

Bill #:  338907

December 5, 2018

| 11/16/18 | DJP | 225 | Organize all exhibits to be filed in support of the Fourth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period June 1, 2018 Through September 30, 2018, in anticipation of its filing. | .20 | 180.00 | 36.00 |
| 11/16/18 | DJP | 225 | File the Fourth Interim Fee Application of Proskauer Rose LLP for Compensation Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period June 1, 2018 Through September 30, 2018, through the court's electronic filing. | .20 | 180.00 | 36.00 |
| 11/16/18 | DJP | 225 | Email presiding judge attaching stamped version of the Fourth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period June 1, 2018 Through September 30, 2018. | .20 | 180.00 | 36.00 |
| 11/16/18 | DJP | 225 | Email Prime Clerk and request service of the Fourth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period June 1, 2018 Through September 30, 2018. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  338907                                                          December 5, 2018

| 11/16/18 | DJP | 225 | Analyze the Notice of Filing of Fourth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period June 1, 2018 Through September 30, 2018, in anticipation of its filing. | .30 | 180.00 | 54.00 |
| 11/16/18 | DJP | 225 | File the Notice of Filing of Fourth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period June 1, 2018 Through September 30, 2018, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 11/26/18 | HDB | 208 | Review Cooperativa A/C Vegabajena's Response to Informative Motion in Support of ERS's Objection to Motion to Lift Stay. | .30 | 290.00 | 87.00 |

TOTAL PROFESSIONAL SERVICES                           $ 896.00

Less Discount                                         $ -89.60

NET PROFESSIONAL SERVICES:                            $ 806.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.60 | 290.00 | 464.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 210.00 | 126.00 |
| DANIEL J. PEREZ REFOJOS | 1.70 | 180.00 | 306.00 |
| **Total** | **3.90** | | **$ 896.00** |

**TOTAL THIS INVOICE**                               **$ 806.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2018

FOMB IN RE ERS TITLE III

**RE: 17-00243-LTS AMERICAN FEDERATION V. FOMB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

FOMB IN RE ERS TITLE III

December 5, 2018
Bill #:   338908
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2018:

**Client.Matter: P1704 - 803**

**RE:  17-00243-LTS AMERICAN FEDERATION V. FOMB-CGB**

| | |
|---|---|
| Total Professional Services | $ 103.50 |
| VOLUME DISCOUNT | $ -10.35 |
| Net Professional Services | $ 93.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 93.15** |

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 803**
**RE:  17-00243-LTS AMERICAN FEDERATION V. FOMB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/16/18 | DJP | 206 | Analyze the Joint Status Report in compliance with court order, in anticipation of its filing. | .30 | 180.00 | 54.00 |
| 11/16/18 | DJP | 206 | File the Joint Status Report, in compliance with Court order, through the electronic filing system. | .20 | 180.00 | 36.00 |
| 11/29/18 | MMB | 219 | Docket court notice received by email dated November 20, 2018, regarding order dkt. 28 setting deadline to file notice of dismissal or joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 103.50 |
| VOLUME DISCOUNT | | $ -10.35 |
| NET PROFESSIONAL SERVICES: | | $ 93.15 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .50 | 180.00 | 90.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **.60** | | **$ 103.50** |

**TOTAL THIS INVOICE**                          **$ 93.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

          Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2018 through December 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $352.35 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $352.35 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twentieth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for December 2018.



<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 8, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordon@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period December 1 through December 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 0.70 | $ 213.50 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $220.00 | 0.40 | $ 88.00 |
| Vanessa Sanchez | Paralegal | Litigation | $150.00 | 0.60 | $ 90.00 |
| | Totals | | | 1.70 | $ 391.50 |
| | Less: 10% Courtesy discount | | | | $ (39.15) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 352.35 |

**ERS TITLE III**

**Summary of Disbursements for the Period December 1 through December 31, 2018**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | $ | - |
| | Totals | | | $ - |
| **SUMMARY OF DISBURSEMENTS** | | | | $ - |

| ERS TITLE III | | | |
|---|---|---|---|
| **Summary of Legal Fees for the Period December 1 through December 31, 2018** | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 208 | Stay Matters | 0.70 | $           213.50 |
| 224 | Fee Applications-O&B | 1.00 | $           178.00 |
| | | | $           **391.50** |
| | | | |
| | **Less: 10% Courtesy Discount** | | $           **(39.15)** |
| | | | |
| | **TOTALS** | **1.70** | $           **352.35** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $317.12, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $317.12.

### **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

**Exhibit A**

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE ERS TITLE III

January 4, 2019
Bill #: 340921
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2018:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 391.50 |
| Less Discount | $ -39.15 |
| Net Professional Services | $ 352.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 352.35** |

IN ACCOUNT WITH

240 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/04/18 | HDB | 208 | Review Memorandum Order denying motion for relief from stay by Cooperativas. | .30 | 305.00 | 91.50 |
| 12/05/18 | UMF | 224 | Draft eighteenth monthly fee application of O'Neill & Borges LLC for the month of October 2018 in the ERS Title III case. | .40 | 220.00 | 88.00 |
| 12/06/18 | VSN | 224 | As requested by U. Fernandez, review and compile October 2018 monthly fee application for Employee Retirement System Title III Case No. 17-3566. | .60 | 150.00 | 90.00 |
| 12/24/18 | HDB | 208 | Review Motion by Medley Credit Opportunity Cayman Fund LP to Compel Assumption or Rejection of an Executory Contract. (.30) Draft e-mail to P. Possinger regarding the same. (.10) | .40 | 305.00 | 122.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 391.50 |
| Less Discount | | $ -39.15 |
| NET PROFESSIONAL SERVICES: | | $ 352.35 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 220.00 | 88.00 |
| VANESSA SANCHEZ | .60 | 150.00 | 90.00 |
| Total | 1.70 | | $ 391.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   340921

January 4, 2019

**TOTAL THIS INVOICE**                              **$ 352.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## <u>COVER SHEET TO TWENTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF JANUARY 1, 2019 THROUGH JANUARY 31, 2019</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2019 through January 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $552.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $552.60 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-first monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 1st, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 1.60 | $ 488.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $220.00 | 0.30 | $ 66.00 |
| Vanessa Sanchez | Paralegal | Litigation | $150.00 | 0.40 | $ 60.00 |
| | **Totals** | | | **2.30** | **$ 614.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (61.40)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 552.60** |

**ERS TITLE III**

**Summary of Disbursements for the Period January 1 through January 31, 2019**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

**ERS TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|-----------|--------------------|--------------------|----------------------|
| 210 | Analysis and Strategy | 1.60 | $ 488.00 |
| 224 | Fee Applications-O&B | 0.70 | $ 126.00 |
| | | | $ 614.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (61.40) |
| | | | |
| | **TOTALS** | **2.30** | **552.60** |

00643035; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $497.34, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $497.34.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00643035; 1

# **Exhibit A**

00643035; 1

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE ERS TITLE III

February 5, 2019
Bill #:   343571
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2019:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 614.00 |
| Less Discount | $ -61.40 |
| Net Professional Services | $ 552.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 552.60** |

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/14/19 | UMF | 224 | Draft nineteenth monthly fee application of O'Neill & Borges in the Title III case of HTA. | .30 | 220.00 | 66.00 |
| 1/15/19 | VSN | 224 | As requested by U. Fernandez, review and compile November 2018 monthly fee application exhibits for Employee Retirement System Title III Case No. 17-3566. | .20 | 150.00 | 30.00 |
| 1/18/19 | VSN | 224 | As requested by U. Fernandez, finalize November 2018 monthly fee application exhibits for Employee Retirement System Title III Case No. 17-3566 as per approval of J. L. Koury. | .20 | 150.00 | 30.00 |
| 1/30/19 | HDB | 210 | Analyze Opinion and Order by the Court of Appeals reversing Judgment setting aside ERS Bondholder's liens (1.30) and consider impact on other categories of debt. (.30) | 1.60 | 305.00 | 488.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 614.00 |
| Less Discount | | $ -61.40 |
| NET PROFESSIONAL SERVICES: | | $ 552.60 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.60 | 305.00 | 488.00 |
| UBALDO M. FERNANDEZ BARRERA | .30 | 220.00 | 66.00 |
| VANESSA SANCHEZ | .40 | 150.00 | 60.00 |
| **Total** | **2.30** | | **$ 614.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  343571

February 5, 2019

**TOTAL THIS INVOICE**                                    **$ 552.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE