UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 1 OF 2)

      The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court

(Part 1 of 2)

April 15, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Jennie R. Maltbie
2. Joseph A. Miles
3. Jacqueline F. Monk
4. Hanna Family Trust
5. Gerald Shulman Revocable Trust
6. Enrique Rodriguez Paz
7. Edward J. Olivari
8. Giacomo Pata and Maria Pata
9. Richard E. Lopez
10. Mitchell A. Weiner
11. Mitchell Weiner
12. William J. Barrett Jr.
13. Claire G. Russo
14. Doreen Trontell
15. Gwen C. Derryberry
16. Patricia Blumberg
17. Robert C. Blumberg
18. Christy M. Hensley
19. Cherylon M. Winnigham and Mark Winnigham
20. Gale M. Nachtigal
21. Carolyn D. Lindsey

Pro Se Notices of Participation Received by the Court

(Part 1 of 2)

April 15, 2019

22. Laverna Render

23. Jean Ann Pepin

24. Corinne LaPayover

25. Clayton B. Seely

26. Bernard Gradoville and Kathleen Gradoville

27. Rick Evans

28. Edward L. Weber

29. Arthur J. Sebesta II

30. Richard Turner

31. Kenton T. Harrison

32. Harvey B. Draughn

33. William Betten and Judith Betten

34. Blake R. Patterson and Ellen M. Jackson

35. Myra Cohen

36. Vincent Mazzella and Susan Mazzella

37. Gary E. Lawrence and Karen M. Lawrence

38. Ed Salazar

39. Patricia Danzig

40. Fall Creek Management

41. Elvira J. Froehlinger

42. Vira J. Froehlinger

43. Marshall D. O'Neill

44. Theodore Zaleski

Pro Se Notices of Participation Received by the Court

(Part 1 of 2)

April 15, 2019

    45. Beverly A. Finley

    46. Arthur Samodovitz

    47. Andrew J. Lischin

    48. Marie L. Papp

    49. Mitchell R. Fields

    50. Patricia A. Chessa

Dated: April 15, 2019