UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 2 OF 2)

The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court

(Part 2 of 2)

April 15, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

51. Ruth C. Nelson

52. V. LeReoy Coleman

53. Remo Vigano

54. Thomas H. McCamy

55. Shirley E. Adams

56. Thomas M. Adams

57. Morris E. Johnson, Jr. and Martha F. Johnson

58. Wayne W. Cook

59. Clarivett Sanchez

60. Mark Allen Barmes

61. Macil F. Bracksieck

62. Barbara A. Peters Roberts

63. Clement and Karen Arrison Trust

64. Neil Scholnick

65. Herbert K. McGinty

66. Vicki M. Porter

67. Peter Bondra

68. Richard Stark and Sharla Stark

69. AP Anderson and Mable Anderson

70. Gary Gesmonde

71. Robert S. Grande

2

Pro Se Notices of Participation Received by the Court

(Part 2 of 2)

April 15, 2019

72. Gary M. Koocher

73. Ronald Pederson and Cynthia Pederson

74. James B. Lloyd

75. Mark Anthony Eidlin

76. James E. Bailey

77. Shirley Peddicord

78. Randolph Marshall

79. Susan Tamowitz

80. Joseph Knies

81. Marlene G. Rotondo-Gregory

82. Stephen J. Ziffer

83. Eric McAlister

84. Jean Van Lehn Living Trust

85. William E. Lee

86. Alfonso Fernandez

87. Bernard M. Weintraub Decedent Trust

88. Carlos A. Sola Aponte

89. Lizette Sola Aponte

90. Juan J. Sola Aponte

91. Christopher W. Fetter and Lula R. Fetter

92. Patrick C. Gallagher

93. Greenlight Capital Offshore Partners

94. Greenlight Capital LP

Pro Se Notices of Participation Received by the Court

(Part 2 of 2)

April 15, 2019

    95. Greenlight Capital Qualified LP

    96. Solosglas Investments LP

    97. Greenlight Capital Offshore Masters Ltd.

    98. Greenlight Capital Investors LP

    99. Awilda Valle

    100.    Cantor-Katz Collateral Monitor LLC

Dated: April 15, 2019