**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

-------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Ruth C. Nelson* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *Rubanellie @ gmail* | |

Case:17-03283-LTS   Doc#:6300-1   Filed:04/15/19   Entered:04/16/19 15:41:45   Desc:
Pro Se Notices of Participation   Page 2 of 165

SRF 31030

Address line 1

*1127 E. Seminole Ave 6-B*

Address line 2

*Jupiter Fl 33477*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Ruth C Nelson*

Signature

*Ruth C. Nelson*

Print Name


_____

Title (if Participant is not an Individual)

*April 8, 2019*

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

1127 E. Seminole A...
Bella Vista 6-B
Vysita Fl 33477

10 APR 2019 PM 4 1

RECEIVED
2019 APR 15 PM 4:59
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Jaun, Puerto Rico 00918-1767

00918-170999

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------X
:
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :   Title III
                                                          :
        as representative of                              :   Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :   (Jointly Administered)
                                                          :
        Debtors.                                          :
----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

V. LeRay Coleman
_____                    _____
Participant Name                                     Firm Name (if applicable)

ljones@wisdirect.com
_____                    _____
Contact Person (if Participant is not an individual) Contact Person

_____                    _____
Email Address                                        Email Address

_____                    _____

SRF 31030

Address line 1

4040 Ptarmigan Piazza

Address line 2

Grand Jct. Co 81506

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _X_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514 LB63

    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _____
    Signature

_____
    Print Name

_____
    Title (if Participant is not an Individual)

_____
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

FINANCIAL WEST GROUP, INC.
4510 E. THOUSAND OAKS BOULEVARD
WESTLAKE VILLAGE      CA 91362



Financial
West
F W G Group

A7111006260
V LEROY COLEMAN
BEVERLY COLEMAN
4040 PTARMIGAN PIAZZA
GRAND JCT CO 81506

**IMPORTANT MESSAGE**

IF OFFICIAL STATEMENTS, FINANCIAL STATEMENTS,
NOTICES OF MATERIAL EVENTS AND OTHER
DOCUMENTS FOR MUNICIPAL SECURITIES ARE
AVAILABLE, THEY CAN BE VIEWED AT
WWW.EMMA.MSRB.ORG. IF AVAILABLE, A PAPER COPY
MAY BE REQUESTED BY CALLING 800-874-1924.

**Account:** REDACTED2008
**Confirm Date:** 02/27/2013

**Investment Rep Name:**
LARRY JONES/FORD KEELER
**For Questions Call:** (970) 241-0700

**TRADE CONFIRMATION SUMMARY REPORT**

| YOU BOUGHT | | | | Trade Date: 02-27-13 | | Settlement Date: 03-04-13 | |
|---|---|---|---|---|---|---|---|
| Symbol | Ref #. | Qty | Price | Cusip | Type | Reg Rep | Orig |
| | 13058-0DV7BG | 25,000 | 101.67 | 74514LB63 | 1* | LF3 LF3 | |

SECURITY DESCRIPTION
PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A
WE HAVE ACTED AS PRINCIPAL. UT
COUPON 5.12500% MATURITY DATE 07/01/2037
CALLABLE NEXT CALL 07/01/22 @ 100.000
CURRENT YIELD 5.040
YIELD TO MATURITY 5.005%
YIELD TO CALL 4.898% TO 07/01/22 @ 100.000 UNLIMITED GEN OBLIG
BOOK ENTRY ONLY CONTINUOUSLY CALLABLE FROM 07/01/22
SUBJECT TO SINKING FUND OID PRICE $98.254
MOODY'S BAA3   STANDARD & POOR'S BBB
INTEREST PAID SEMI-ANNUALLY
PAR AMOUNT PER BOND $5000.00
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;
COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST

|  | |
|---|---|
| **Principal Amount** | 25,417.50 |
| Interest | 224.22 |
| Service Fee | 6.00 |
| **Settlement Amount** | 25,647.72 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK. REMIT
CHECKS TO: FINANCIAL WEST GROUP, INC., 4510 E. THOUSAND OAKS
BLVD., WESTLAKE VILLAGE, CA 91362

Account: REDACTED2008

# WESTERN
INTERNATIONAL SECURITIES, INC.

145 Grand Avenue, Suite D
Grand Junction, CO 81501



02 1P $ 000.50⁰
0001711455   MAR 25 2019
MAILED FROM ZIP CODE 81501

RECEIVED
2019 APR 15  PM 5: 00
CLERK'S OF
DISTRICT CO.
JUAN P.R

The Clerk of the U.S. Dist. Court
For the District of Puerto Rm. 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

OO918817O3 CO18

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:                                             :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III

     as representative of                    :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :        (Jointly Administered)

     Debtors.                               :

-------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

_Mr. Remo Vigano_
Participant Name                                         Firm Name (if applicable)

_____                         _____
Contact Person (if Participant is not an individual)   Contact Person

_rax.vigano@verizon.net_
Email Address                                          Email Address

_____                         _____

Address line 1
*16 Whitewood Dr.*
Address line 2
*Morris Plains, N.J, 07950*
City, State Zip Code
*USA*
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

____X____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

# *74514LB63*
# *74526QKX9*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: *Remo Vigano*
Signature

*Remo Vigano*
Print Name

_____
Title (if Participant is not an Individual)

*04/10/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.



Remo Vigano
16 Whitewood Dr
Morris Plains, NJ  07950-3322

RECEIVED & FILED
2019 APR 15   PM 5:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

11 APR 2019 PM 1 L

USA FOREVER

The Clerk of the U.S. District Court for the
District of Puerto Rico,  Rm 150
Federal Bldg.
150 Carlos Charbon Ave
San Juan, P.R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :     Title III

    as representative of                            :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,           :     (Jointly Administered)

    Debtors.                                        :

---------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *THOMAS H. McCAMY*<br>Participant Name | <br>Firm Name (if applicable) |
| <br>Contact Person (if Participant is not an individual) | <br>Contact Person |
| <br>Email Address | <br>Email Address |
| *TH McCamy@gmail.com* | |

| Address line 1 | Address line 1 |
|---|---|
| _131 Huntington Rd._ | |
| Address line 2 | Address line 2 |
| _Dalton, GA 30720_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


   (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
   Signature

_J. H. McCamy_
Print Name


_____
Title (if Participant is not an Individual)

_March 22 2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Scott &
Stringfellow**

110 East Broward Blvd., Suite 105
Fort Lauderdale, FL 33301



NEOPOST
04/11/2019
US POSTAGE $007.60⁰

PRIORITY MAIL

CEP10R1002-SS

ZIP 33301
041M10265491

11 APR '19
PM 1 L

RECEIVED
2019 APR 15  PM 5: 00
CLERK'S OFFICE
U S DISTRICT COURT

The Clerk of United States District Court
for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Ave
San Juan, PR  00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :        Title III
                                            :
        as representative of                :        Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :        (Jointly Administered)
                                            :
        Debtors.                            :
--------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Shirley E. Adams
_____                     _____
Participant Name                                     Firm Name (if applicable)


_____                     _____
Contact Person (if Participant is not an individual) Contact Person
Eadams@rpa.net
_____                     _____
Email Address                                        Email Address


_____                     _____

Address line 1                                    Address line 1

5 Bay Point Circle
_____                          _____
Address line 2                                    Address line 2

Rochester, N.Y. 14622
_____                          _____
City, State Zip Code                              City, State Zip Code

USA
_____                          _____
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LA49

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _Shirley E. Adams_
    Signature

    _Shirley E. Adams_
    Print Name

_____
Title (if Participant is not an Individual)

_4/8/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

# ___Adams Realty___

Commercial • Industrial • Investment Real Estate

**32 South Goodman Street**
**Rochester, NY 14607**



10 APR 2019 PM 4

RECEIVED & FILED
2019 APR 15  PM 5: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

The Clerk of the US District Court
for the District of Puerto

Room 150 Federal Building

150 Carlos Chardon Ave.

San Juan, PR

00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
              as representative of              :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
              Debtors.                          :
----------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| THOMAS M. ADAMS | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| adams@rpa.net | |
| Email Address | Email Address |
| 4/8/19 | |

Address line 1                                          Address line 1

5 Bay Point Circle

Address line 2                                          Address line 2

Rochester, NY. 14622

City, State Zip Code                                    City, State Zip Code

USA

Country                                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA49

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _____
       Signature

       Thomas Adams
       Print Name

_____
Title (if Participant is not an Individual)

4/8/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

# Adams Realty

Commercial • Industrial • Investment Real Estate

32 South Goodman Street
Rochester, NY 14607



10 APR 2019 PM 4 L

RECEIVED & HILED
2019 APR 15 PM 5: 01
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JU

The Clerk of the US District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR
00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------X
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
        as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
        Debtors.                                 :
-------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

MORRIS E JOHNSON JR, MARTHA F JOHNSON
Participant Name                                     Firm Name (if applicable)


Contact Person (if Participant is not an individual)  Contact Person

MAMOJJ@MSN.COM
Email Address                                        Email Address

Address line 1

*14509 KINGS GRANT ST.*
Address line 2

*NORTH POTOMAC, MD 20878*
City, State Zip Code

*USA*
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

      *74514LB63*

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?   YES or (NO) (please **circle one**).

By: _____          *Martha F. Johnson*
   Signature

*MORRIS E. JOHNSON JR.*          *MARTHA F. JOHNSON*
Print Name

_____
Title (if Participant is not an Individual)

*4/9/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Martha F. Johnson
14509 Kings Grant St.
North Potomac, MD 20878

The Clerk of the U.S. District Court
for the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :    Title III
                                              :
        as representative of                  :    Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :    (Jointly Administered)
                                              :
        Debtors.                              :
----------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Wayne W. Cook* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1
*8034 Steubenville Pike*

Address line 2
*Oakdale Pa 15071*

City, State Zip Code
*U.S.*

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
*74514L020*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By: *Wayne W. Cook*

Signature

*W. Wayne W Cook*

Print Name

Title (if Participant is not an Individual)

*4-9-19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

Wayne W Cook
8034 Steubenville Pike
Oakdale PA 15071

09 APR 2019 PM 8 1


Alabama 1819 FOREVER USA

RECEIVED
2019 APR 15 PM 5:0
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk oF The united States
District court For the District oF
Puerto, Room 150 Federal Building
150 carlos chardon avenue
San Juan, PR# 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
      Debtors. :

-----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Clarivett Sanchez* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Clarivett sanchez@hotmail.com* | |
| Email Address | Email Address |
| | |

Address line 1

*Olimpic street #601*

Address line 2

*Urb. Summit Hills San Juan,*

City, State Zip Code

*PR. 00920*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*COSIP Number 744909102*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Clariveth Sanchez*

Signature

*Clarive H Sanchez*

Print Name

_____

Title (if Participant is not an Individual)

*April 9, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Clariveex Sanchez
Calle Olimpic #601
Urb. Summit Hills.
San Ivan, P.R 00920



US POSTAGE
$01.00⁰
First-Class
Mailed From 00920
04/13/2019
032A 0061849826

Secretario del Tribunal Federal
para el Distrito de P.R.
Oficina 150 del Edificio Federal.
150 Avenida Carlos Chardón
San Ivan, P.R. 00918-1767

U.S. DISTRICT COURT
CLERK'S OFFICE

2019 APR 15 PM 5:04

RECEIVED & FILED

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------X
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III
                                                    :
    as representative of                 :    Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*           :    (Jointly Administered)
                                                    :
    Debtors.                             :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *MARK ALLEN BARNES*<br>Participant Name | *Edward Jones*<br>Firm Name (if applicable) |
| | *Corban Alkhayer*<br>Contact Person |
|  <br>Contact Person (if Participant is not an individual) | |
| *barnesserv@gmail.com*<br>Email Address | *corban.alkhayer@edwardjones.com*<br>Email Address |
|   |   |

Address line 1

_12308 EAGLE NARROWS DRIVE_
Address line 2

_FORT WORTH, TEXAS 76179_
City, State Zip Code

_UNITED STATES of AMERICA_
Country

Address line 1

_3517 W. BIDDISON ST. Ste 4_
Address line 2

_FORT WORTH, TEXAS 76109_
City, State Zip Code

_UNITED STATES of AMERICA_
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89      745235K37      74526QVDT
745235D65      74526QK50

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By: _Mark Allen Barnes_
Signature

_MARK ALLEN BARNES_
Print Name

_____
Title (if Participant is not an Individual)

_APRIL 9, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

**PRIORITY**
**★ MAIL ★**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE



1004          00918

U.S. POSTAGE PAID
PM 3-Day
NEWARK, TX
76071
APR 10 19
AMOUNT
**$7.35**
R2304M115881-11

MARK ALLEN BARNES
12308 EAGLE NARROWS DRIVE
FORT WORTH, TEXAS 76179-6659

RECEIVED & FILED
2019 APR 15 PM 4:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

THE CLERK OF THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PUERTO RICO 00918-1

EXPECTED DELIVERY DAY: 04/13/19
**USPS TRACKING NUMBER**



✕ For International shipments, the maximum weight is 4 lbs.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :      Title III
                                          :
          as representative of            :      Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :      (Jointly Administered)
                                          :
          Debtors.                        :
------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1                                     Address line 1

_____                       _____
Address line 2                                     Address line 2

_____                       _____
City, State Zip Code                               City, State Zip Code

_____                       _____
Country                                            Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant
      believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
      believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             74514LB89

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market?  **YES** or **NO** (please **circle one**).

By: *Macil F Bracksieck*
Signature

*Macil F Bracksieck*
Print Name

_____
Title (if Participant is not an Individual)

4-8-19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mail Brackbrick
Inverness Village
3800 W. 71st St. Apt. 3211
Tulsa, OK 74132

RECEIVED
2019 APR 15  PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**CERTIFIED MAIL**

7018 0680 0001 0025 8187

UNITED STATES
POSTAL SERVICE®

1021

00918

U.S. POSTAGE PAID
FCM LETTER
JENKS, OK
74037
APR 10, 19
AMOUNT

**$6.85**

R2304M110604-09

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III

      as representative of                    :        Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)
                                                            :
      Debtors.                               :
---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Barbara A. Pitun Roberts* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Address line 1 _____

Address line 2 _____

City, State Zip Code _____

Country _____

Address line 1 _____

Address line 2 _____

City, State Zip Code _____

Country _____

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745 14 LB 89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Barbara A. Peters Roberts*
Signature

*Barbara A. Peters Roberts*
Print Name

_____
Title (if Participant is not an Individual)

4/9/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Barbara Roberts
P.O. Box 455
Jenks, OK 74037

CERTIFIED MAIL®

7018 0680 0001 0025 8194

UNITED STATES POSTAL SERVICE®

1021

00918

U.S. POSTAGE PAID
FCM LETTER
JENKS, OK
74037
APR 10, 19
AMOUNT

**$6.85**

R2304M110604-09

RECEIVED
2019 APR 15  PM 5: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

00918@1703 0018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------X
In re:                                               :
                                                     :
THE FINANCIAL OVERSIGHT AND                          :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    :     Title III
                                                     :
        as representative of                         :     Case No. 17-BK-3283 (LTS)
                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,              :     (Jointly Administered)
                                                     :
        Debtors.                                     :
-----------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Clement and Karen Amison Trust | |
| Participant Name | Firm Name (if applicable) |
| William Sapperstein | |
| Contact Person (if Participant is not an individual) | Contact Person |
| General @ Sapperstein.com | |
| Email Address | Email Address |

SRF 31030

| | |
|---|---|
| Address line 1 | Address line 1 |
| _172 LAKE ST._ | _____ |
| Address line 2 | Address line 2 |
| _HAMBURG, NY 14075_ | _____ |
| City, State Zip Code | City, State Zip Code |
| _UNITED STATES_ | _____ |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

__X__  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LBG3_

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or NO (please **circle one**).

By _X W B Sapreston II_
Signature

_William B Sapreston_
Print Name

_Trustee_
Title (if Participant is not an Individual)

_4/12/19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



*Member NASD, SIPC, MSRB*
172 Lake Street • Hamburg, NY 14075

**ADDRESS SERVICE REQUESTED**



FIRST-CLASS MAIL

NEOPOST
04/12/2019
US POSTAGE $001.00⁰

ZIP 14075
041M11451336

RECEIVED
2019 APR 15  PM 3:04
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Clerk of the United States
District Court for the District
of Puerto Rico
Rm. 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

**IMPORTANT DOCUMENTS**
**E N C L O S E D**
*Please open immediately...*

**CONFIDENTIAL**

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                          :

                                                :

THE FINANCIAL OVERSIGHT AND                     :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :       Title III

                                                :

         as representative of                   :       Case No. 17-BK-3283 (LTS)

                                                :

THE COMMONWEALTH OF PUERTO RICO *et al.*,       :       (Jointly Administered)

                                                :

         Debtors.                               :

------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

NEIL SCHOLNICK
Participant Name                                     Firm Name (if applicable)

Contact Person (if Participant is not an individual)  Contact Person

NSCHOLNICK@RENTFURNITURE.COM
Email Address                                        Email Address

Address line 1

*32 CAMEO DRIVE*

Address line 2

*CHERRY HILL, NJ 08003*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*2012A - 74514LD20*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _____
     Signature

*NEIL SCHOLNICK*

Print Name

_____

Title (if Participant is not an Individual)

*4-1-19*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Mr. Neil Scholnick
32 Cameo Dr.
Cherry Hili, NJ 08003-5125

10 APR 2019 PM 1 L



RECEIVED
2019 APR 15 PM 5:01
CLERK'S OFFICE
U S DISTRICT COURT
SAN

CLERK OF THE U.S. DISTRICT COURT
FOR PUERTO, ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JAVAN, PR
00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                                 :

THE FINANCIAL OVERSIGHT AND                            :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                      :     Title III

     as representative of                              :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,              :     (Jointly Administered)

     Debtors.                                          :

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Herbert K McGinty* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Kenmcginty@hotmail.com* | |
| Email Address | Email Address |

Address line 1

_1568 W Campbell Ave_
Address line 2

_Phoenix, AZ 85015-3823_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_X_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Herbert K McGinty_
Signature

_Herbert K McGinty_
Print Name

_____
Title (if Participant is not an Individual)

_April 10, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Herbert McGinty
1568 W Campbell Ave
Phoenix, AZ 85015

11 APR 2019 PM 5 L

Clerk of the United States District Court For the
District of Puerto Rico

Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

**Counsel Contact Information (if any)**

VICKI M PORTER
Participant Name

_____
Firm Name (if applicable)

_____
Contact Person (if Participant is not an individual)

_____
Contact Person

NONE
Email Address

_____
Email Address

_____

_____

Case:17-03283-LTS   Doc#:6300-1   Filed:04/15/19   Entered:04/16/19 15:41:45   Desc:
Pro Se Notices of Participation   Page 48 of 165

SRF 31030

Address line 1

1342 COVEY TRL
Address line 2

PRESCOTT, AZ 86305
City, State Zip Code

USA
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

         74514LB89

    (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Vicki M Porter_
    Signature

_Vicki M Porter_
Print Name

_____
Title (if Participant is not an Individual)

_4-10-19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms Vicki M Porter
1342 Covey Trl
Prescott, AZ 86305



CLERK OF US DIST COURT FOR PUERTO RICO
150 CARLOS CHARDON AVE
SAN JUAN, P.R. 00918-1767

Roman 150

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X
:
In re:                                                  :
:
THE FINANCIAL OVERSIGHT AND                             :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :       Title III
:
as representative of                             :       Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*,               :       (Jointly Administered)
:
Debtors.                                          :
-------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| *PETER BONDRA* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| peter Bon 12 @ gmail com | |
| Email Address | Email Address |
| | |

Address line 1

**372 CARRIAGE PARK WAY**

Address line 2

**ANNAPOLIS. MA. 21401-7709**

City, State Zip Code

**USA**

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

**74514LB89**

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _____
    Signature

**PETER BONDRA**
Print Name

_____
Title (if Participant is not an Individual)

**APRIL 5. 2019**
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

# PAULSON
INVESTMENT COMPANY, LLC

VENTURE CAPITAL • INVESTMENT BANKING
MEMBER: FINRA/SIPC

4905 West Laurel Street
Suite 101
Tampa, FL 33607

PM
10 APR
2019

RECEIVED 2019 APR 15  PM 5: 01
CLERKS OFFICE
U.S. DIST...
SAN J...

Clerk of US District Court PR.

Room 150

Federal Building

150 Carlos Chardon Ave

San Juan. P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------------------------------X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :   Title III
                                        :
        as representative of            :   Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO et al., :   (Jointly Administered)
                                        :
        Debtors.                        :
----------------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

RICHARD STARK & SHARLA STARK
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

Starkisdmom @ gmail.com
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

| | |
|---|---|
| Address line 1 | Address line 1 |
| 8 HEDWIG CIRCLE | |
| Address line 2 | Address line 2 |
| HOUSTON, TX  77024 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   ___✓___ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Richard Stark_   _Sharla Stark_
Signature

_RICHARD STARK_   _SHARLA STARK_
Print Name


Title (if Participant is not an Individual)

_4/8/19_   _4/8/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Mr. & Mrs. Richard Stark
8 Hedwig Cir.
Houston, TX 77024

RECEIVED
2019 APR 15 PH 5: 02
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of the U.S. District Court for
the District of Puerto Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR
00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------X
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :       Title III
                                                  :
       as representative of                       :       Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :       (Jointly Administered)
                                                  :
       Debtors.                                   :
------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *AP Anderson + Mable Anderson* <br> Participant Name | _____ <br> Firm Name (if applicable) |
| _____ <br> Contact Person (if Participant is not an individual) | _____ <br> Contact Person |
| *johnsonandpam@gmail.com* <br> Email Address | _____ <br> Email Address |
| _____ | _____ |

Address line 1                                    Address line 1
2505 Morganton Blvd SW
Address line 2                                    Address line 2
Lenoir NC 28645
City, State Zip Code                              City, State Zip Code
USA
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L B63

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _AP Anderson_          Mable T Anderson at Anderson POA
Signature

AP Anderson               Mable Anderson
Print Name                AP Anderson, POA

_____
Title (if Participant is not an Individual)

4/9/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**STIFEL**

Stifel, Nicolaus & Company, Incorporated
406 Third Avenue NW
Hickory, North Carolina 28601

GREENSBORO
NC 273

11 APR '19
PM 4 L

FIRST-CLASS

US POSTAGE
PITNEY BOWES

02 1P          $ 000.50⁰
0001211246     APR 11 2019
MAILED FROM ZIP CODE 28601

RECEIVED
2019 APR 15  PM 5: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

The Clerk of the US District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918·1767

00918-170626

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X
:
In re:                                                         :
                                                               :
THE FINANCIAL OVERSIGHT AND                                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              :   Title III
                                                               :
         as representative of                                  :   Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                      :   (Jointly Administered)
                                                               :
         Debtors.                                              :
---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Gary Tesllonde* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| A carlbigscomni).com | |
| Email Address | Email Address |

Address line 1

399 NORTON PARKWAY

Address line 2

NEW HAVEN, CT 06511

City, State Zip Code

U.S.A.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LB71

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Gary Desmond*

Signature

Gary Gesmonde

Print Name

_____

Title (if Participant is not an Individual)

3/26/19

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



BENJAMIN F. EDWARDS & CO.
INVESTMENTS for GENERATIONS

2321 Whitney Avenue
Suite 502
Hamden, Connecticut 06518



Hasler
04/08/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 06518
011E11677247

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

009180817O3 CO18

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :    Title III

    as representative of                     :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,    :    (Jointly Administered)

    Debtors.                                  :

---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**      **<u>Counsel Contact Information (if any)</u>**

*Robert S Grande*

Participant Name                       Firm Name (if applicable)

Contact Person (if Participant is not an individual)      Contact Person

Email Address                        Email Address

| | |
|---|---|
| Address line 1 | Address line 1 |
| Address line 2 | Address line 2 |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____X_____   intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____   intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

     (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

Robert S. Groundé
Print Name

_____
Title (if Participant is not an Individual)

4/10/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Grande
12 willow CA
Illington NY
10533

The Clerk of the United States District Court for the District
of Puerto.

Room 150 Federal Building

458 Carlos Chardon Avenue

San Juan P.R. 00918-1767

00918-170100

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :      Title III
                                            :
        as representative of                :      Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :      (Jointly Administered)
                                            :
        Debtors.                            :
---------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

GARY M. KOOCHER
_____                      _____
Participant Name                                     Firm Name (if applicable)

_____                      _____
Contact Person (if Participant is not an individual)  Contact Person

GARYKOOCHER@HOTMAIL.COM
_____                      _____
Email Address                                        Email Address

_____                      _____

Address line 1

26 BUTTONWOOD LANE

Address line 2

PORTLAND, ME 04102

City, State Zip Code

USA

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    ✓ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

GARY M. KOOCHER
Print Name

_____
Title (if Participant is not an Individual)

4/9/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Mr. Gary Koocher
26 Buttonwood Ln.
Portland, ME 04102



10 APR 2019 PM2 L

Justice
FOREVER

RECEIVED
2019 APR 15 PM 5: 02
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

CLERK OF UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR    00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
        as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
        Debtors.                                :
-----------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Ronda Cynthia Pederson JTTen | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:6300-1   Filed:04/15/19   Entered:04/16/19 15:41:45   Desc:
Pro Se Notices of Participation   Page 69 of 165

SRF 31030

Address line 1

_22976 HwyC_

Address line 2

_Mound City MO64470_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    _10M      74514LB89_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____

Signature

_Cynthia S. Pederson_

Print Name

_____

_Ronald M. Pederson_

_Ronald M. Pederson_

_____

Title (if Participant is not an Individual)

_April 9, 2016_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ronald M. Pederson
22976 Highway C
Mound City, MO 64470



MARTÍN RAMÍREZ
ARTIST | 1895-1963 | USA | FOREVER

11 APR 2019 PM 5 L

RECEIVED & FILED
2019 APR 15  PM 5: 02
CLERK'S OFFICE
U.S. DISTRICT COURT

The Clerk of the US District Court
for the District of Puerto
Rom 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-1767399

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------X
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :      Title III
                                                    :
        as representative of                        :      Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :
                                                    :      (Jointly Administered)
        Debtors.                                    :
-------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JAMES B LLOYD | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| JBLLOYD @ VERIZON. NET | |
| Email Address | Email Address |

SRF 30944

Address line 1

_8808 WiLLOW RiDGE CANE_

Address line 2

_ANNANDALE VA 22003_

City. State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City. State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514 LA56_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES or NO (please **circle one**).

By: _James B. Lloyd_

Signature

_JAMES B. LLOYD_

Print Name

_____

Title (if Participant is not an Individual)

_4/10/19_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

8808 Willowridge 639
22003

UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LETTER
SPRINGFIELD, VA
22151
APR 10 19
AMOUNT

**$0.55**

R2303S102111-5

RECEIVED
2019 APR 15 PM 5: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

THE CLERK OF THE USDC FOR
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BLDG
150 CARLOS CHARDON AVE.
SAN JUAN PR   00918-1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    Title III

    as representative of            Case No. 17-BK-3283-(LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   (Jointly Administered)

    Debtors.

------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**    **Counsel Contact Information (if any)**

MARK ANTHONY EIDLIN

Participant Name                 Firm Name (if applicable)

Contact Person (if Participant is not an individual)    Contact Person

Mark_eidlin eml.com        Meidlin@rochester.rr.com

Email Address                 Email Address

Address line 1                                    Address line 1

11 GREAT OAK LANE

Address line 2                                    Address line 2

PITTSFORD NY 14534

City, State Zip Code                              City, State Zip Code

USA

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        ☒ intends to **support** the relief requested in the Objection (i.e., Participant
        believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        ☒ intends to **oppose** the relief requested in the Objection (i.e., Participant
        believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                    74514LC54

        (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
               secondary market? **YES** or **NO** (please **circle one**).

By: _____
      Signature

MARK ANTHONY EIDLIN
Print Name

_____
Title (if Participant is not an Individual)

3/26/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Merrill Lynch**
Bank of America Corporation

NY3-241-02-00
1241 Pittsford-Victor Road, Pittsford, NY 14534



02 1P        $ 000.50⁰
0000865366      APR 12 2019
MAILED FROM ZIP CODE 14534

RECEIVED
2019 APR 15  PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :   Title III
                                              :
        as representative of                  :   Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :   (Jointly Administered)
                                              :
        Debtors.                              :
----------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

James E Bailey
Participant Name

James E. Bailey or Sue Williams spouse
Contact Person (if Participant is not an individual)

Email Address
swilliams bsw@aol.com

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

*P O Box 1047*

Address line 2
_____

City, State Zip Code

*Mineral Wells, TX 76068*

Country *USA*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
         *74514LB63*

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *James E Bailey*
   Signature

*James E Bailey*
Print Name

*Owner*
Title (if Participant is not an Individual)

*4-8-2019*
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

James E. Bailey
PO Box 1047
Mineral Wells TX 76068

NORTH TEXAS TX P&DC
DALLAS TX 750
12 APR 2019 PM 11 L

RECEIVED & FILED
2019 APR 15  PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan  PR  00918-1767

00918 817 03  C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
Debtors. :
------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                **Counsel Contact Information (if any)**

SHirley Peddicord
Participant Name                                            Firm Name (if applicable)


Contact Person (if Participant is not an individual)        Contact Person


Email Address                                               Email Address

Address line 1                                Address line 1

620 SANDSTONE Circle

Address line 2                                Address line 2

SCOTTS BLUFF NE 69361

City, State Zip Code                          City, State Zip Code

U.S

Country                                       Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✔ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market?  **YES** or **NO** (please **circle one**).

By: _____
        Signature

Shinley Reddicord
Print Name

_____

Title (if Participant is not an Individual)

4/3/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



12 APR '19
PM 4 1

02 1P    $ 000.50⁰
0001987062   APR 11  2019
MAILED FROM ZIP CODE 46307

RECEIVED
2019 APR 15  PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

THE CLERK OF the UNITED STATES DISTRICT COURT
for the DISTRICT OF PUERTO RICO  ROOM 150 FEDERAL BLDG
150 CARLOS CHARDON Avenue.
SAN JUAN   PR   00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *Randolph Marshall* <br> Participant Name | <br> Firm Name (if applicable) |
| <br> Contact Person (if Participant is not an individual) | <br> Contact Person |
| *rmpcla@aol.com* <br> Email Address | <br> Email Address |
| | |

Address line 1                              Address line 1

*157 Cherry St*
Address line 2                              Address line 2

*Katonah, NY 10536*
City, State Zip Code                        City, State Zip Code

*USA*
Country                                     Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    ☑   intends to **support** the relief requested in the Objection (i.e., Participant
    believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant
    believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
    sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
    the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
         secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

*Randolph Marshall*
Print Name

_____
Title (if Participant is not an Individual)

*4/11/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Mr. & Mrs. Randolph Marshall
157 Cherry St.
Katonah, NY 10536



RECEIVED & FILED
2019 APR 15   PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR    00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND          :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III

      as representative of          :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*    :      (Jointly Administered)

      Debtors.                       :

------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

        **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

<u>Susan Tanowitz</u>
Participant Name                                    Firm Name (if applicable)

_____
Contact Person (if Participant is not an individual)      Contact Person

<u>susan tanowitz @ yahoo. com</u>
Email Address                                       Email Address

Address line 1

2111 E. Belt Line Rd # 134A

Address line 2

Richardson, TX 75081

City, State Zip Code

U.S.A.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   CUSIP : 74514 LB89        Quantity : 55,000.00
   account : .... 37800       Control R00 386513113
   Job # : 1358118

   (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Susan Tanowitz*

Signature

*Susan Tanowitz*

Print Name

_____

Title (if Participant is not an Individual)

4|12|2019

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Susan Tan
2111 E. Belt Line Rd #1
Richardson, Texas 75081



DALLAS TX 750
12 APR 2019 PM 4 L

RECEIVED & FILED
2019 APR 15  PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

       Debtors.

------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

_Joseph Knies_
Participant Name

_____
Contact Person (if Participant is not an individual)

_jknies1@frontier.com_
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1                                    Address line 1

_N 6959 Rock Lake Rd, Apt 1_
Address line 2                                    Address line 2

_Lake Mills, WI 53551_
City, State Zip Code                              City, State Zip Code

_USA_
Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                74514 LB 63

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _Joseph Knies_
    Signature

    _Joseph Knies_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _4/12/19_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Joseph Knies**
N6959 Rock Lake Rd Apt 1
Lake Mills, WI 53551-9744



12 APR 2019 PM 2 L

RECEIVED 2019 APR 15 PM 5:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of U.S. District Court
District of Puerto Rico
150 Carlos Chardon Ave
Room 150 Federal Building
San Juan PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RCVD 16 Mar 19

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :   Title III
                                          :
        as representative of              :   Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :   (Jointly Administered)
                                          :
        Debtors.                          :
------------------------------------------X
```

RECEIVED 2019 APR 15 PM 5:03 CLERK'S OFFICE US DISTRICT COURT

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Marlene S. Rotondo-Gregory | N/A |
| Participant Name | Firm Name (if applicable) |
| N/A | |
| Contact Person (if Participant is not an individual) | Contact Person |
| marleneggregory@gmail.com | |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 | Address line 1 |
| 299 Lakeview Drive | |
| Address line 2 | Address line 2 |
| York, SC  29745 | |
| City, State Zip Code | City, State Zip Code |
| United States of America | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LB89

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Marlene S. Rotondo - Gregory_
Signature

Marlene S. Rotondo - Gregory
Print Name

_____
Title (if Participant is not an Individual)

10 April 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

Marlene Gregory
299 Lakeview Dr
York, SC 29745

10 APR 2019 PM 6 L

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:                           :

THE FINANCIAL OVERSIGHT AND      :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :     Title III

        as representative of         :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :     (Jointly Administered)

        Debtors.             :
-------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**       **Counsel Contact Information (if any)**

*Stephen J. Ziffer*
_____          _____
Participant Name                           Firm Name (if applicable)

_____          _____
Contact Person (if Participant is not an individual)     Contact Person

*Steve.Ziffer@gmail.com*
_____          _____
Email Address                              Email Address

_____          _____

Address line 1

15 East 10th St 5 G

Address line 2

New York   NY   10003

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

\_\_X\_\_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LC 21

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
          Signature

Stephen J. Zilfer
Print Name

_____
Title (if Participant is not an Individual)

10 April 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Stephen J Ziffer
,540 Wekiva Crest
Apopka FL 32712-1472
Stephen J Ziffer

10 APR '19
PM 3 L

USA
FOREVER

863590310121241

RECEIVED
2019 APR 15  PM 5: 03
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court
for the District of Puerto Rico
Fedral Building  Room 150
150 Carlos Avenue
San Juan   PR 00918-1767

00918-1703  2018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :      Title III

      as representative of                     :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,       :      (Jointly Administered)

      Debtors.                                :

---------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**       **<u>Counsel Contact Information (if any)</u>**

*Eric McAlister*

Participant Name                              Firm Name (if applicable)

 

Contact Person (if Participant is not an individual)     Contact Person

*mcss1964@Yahoo.com*

Email Address                                 Email Address

Address line 1

_607 Windy Lane_

Address line 2

_Panama City FL 32405_

City, State Zip Code

_United States_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89_

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____

Signature

_Eric McAlister_

Print Name

_____

Title (if Participant is not an Individual)

_11 APRIL 2019_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



$25.50

1007    00918    R2306Y152002-07

# PRIORITY
# MAIL ★
# EXPRESS™

**STEST SERVICE IN THE U.S.**

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EE 371 446 562 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

Eric McAlister
607 Windy Lane
Panama City FL 32405

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

The Clerk of the United States District
court for District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918 - 1767

ZIP + 4® (U.S. ADDRESSES ONLY)

0 0 9 1 8 - 1 7 6 7

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 32405 | 04/13/19 | $ 25.50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 04/12/19 | ☐ 10:30 AM  ☒ 3:00 PM | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 11:40 ☒ AM ☐ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 25.50 |

| Weight | ☒ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs. ozs. | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, JULY 2018    PSN 7690-02-000-9996

**SED INTERNATIONALLY,
TOMS DECLARATION
. MAY BE REQUIRED.**

EMS

ly 2013   OD: 12.5 x 9.5





**PEEL FROM THIS CORNER**

**VISIT US AT USPS.COM®**





**UNITED STATES**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                                   :
                                                         :
THE FINANCIAL OVERSIGHT AND                              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :    Title III
                                                         :
            as representative of                         :    Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                :    (Jointly Administered)
                                                         :
            Debtors.                                     :
------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Jean Van Lehn Living Trust
_____              _____
Participant Name                                      Firm Name (if applicable)


_____              _____
Contact Person (if Participant is not an individual)  Contact Person
Jeantikicat @ yahoo. com
_____              _____
Email Address                                         Email Address


_____              _____

Address line 1

*523 Warrenton Road*

Address line 2

*Winter Park, FL 32792*

City, State Zip Code

*United States*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Jean Van Lehn*
Signature

*Jean Van Lehn*
Print Name

_____
Title (if Participant is not an Individual)

*4 / 11 / 19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Jean Van Lehn
523 Warrenton Road
Winter Park FL 32792



CERTIFIED MAIL

7018 3090 0000 2532 2202



U.S. POSTAGE PAID
FCM LG ENV
WINTER PARK, FL
32792
APR 11 19
AMOUNT
$7.30
R2304M115812-29

1023        00918

RETURN RECEIPT
REQUESTED

The Clerk of the United States
District Court for the
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR 15 PM 4:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND              :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :     Title III

     as representative of                  :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :     (Jointly Administered)

     Debtors.                            :

----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| William E. Lee | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| will 2280 lee a gmail.com | |
| Email Address | Email Address |

Address line 1

*3603 Faun Creek Path*

Address line 2

*Austin Texas 78746*

City, State Zip Code

*U. S. A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

          _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

          **X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

          (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                    *74514 LB71*

          (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:  *William E. Lee*

Signature

*WILLIAM E. LEE*

Print Name

_____

Title (if Participant is not an Individual)

*4/10/2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

PRIORITY MAIL

Legal Flat Rate Envelope
EP14L February 2014
OD:15 x 9.5

RATE ENVELOPE
★ ANY WEIGHT*



P

US POSTAGE AND FEES PAID
PRIORITY MAIL
Apr 10 2019
Mailed from ZIP 78746
1 lb PM Zone 8

CommercialPlusPrice

071V00948744

**PRIORITY MAIL 3 – DAY**

Martha Lee
3603 FAWN CREEK PATH
AUSTIN TX 78746

C018     0004

Shipped using PostalMate®
Pkg:87688

SHIP TO:

The Clerk of the U.S District Court
Federal Buliding
for the Distric of Puerto Rico
150 AVE CARLOS CHARDON, Room 150
SAN JUAN PR 00918–1703

USPS TRACKING #



9405 5102 0088 3076 2077 35





**UNITED STATES POSTAL SERVICE** ®



TRACKED
INSURED*

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

In re:                                                         :

THE FINANCIAL OVERSIGHT AND                                    :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              :        Title III

      as representative of                                 :        Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                      :        (Jointly Administered)
                                                               :
      Debtors.                                            :

-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **<u>Participant Name and Contact Information</u>** | **<u>Counsel Contact Information (if any)</u>** |
|---|---|
| *ALFONSO FERNANDEZ* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *srfernan @ caribe.net* | |
| Email Address | Email Address |

Address line 1

*Urb. Alemany*

Address line 2

*19 Calle Sta Teresa*

City, State Zip Code

*Mayaguez PR 00680*

Country

*USA*

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.        Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.        If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)        Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LZW0*

(b)        Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES**/or **NO** (please **circle one**).

By: *Alfonso Fernandez*

Signature

*Alfonso Fernandez*

Print Name

_____

Title (if Participant is not an Individual)

*April 12, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

# PRIORITY
## ★ MAIL ★

**FROM:**

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

 **PICKUP AVAILABLE**

* Domestic only



**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

# PRIORITY
## ★ MAIL ★

 **UNITED STATES POSTAL SERVICE®**
**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**FROM:** AlFONSO FERNANDEZ
Urb. Alemañy
19 Calle Sta. Teresa
Mayaguez PR 00680

**TO:**
Clerk of the US District Court
for the Distrito de PR
Room 150
Federal Building
Carlos Chardon Ave
SAN Juan PR
00918 - 1767

Label 228, March 2016      **FOR DOMESTIC AND INTERNATIONAL USE**

 **UNITED STATES POSTAL SERVICE®**

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------X

In re:                                                           :

THE FINANCIAL OVERSIGHT AND                    :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :      Title III

       as representative of                                   :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,    :      (Jointly Administered)

       Debtors.                                              :

------------------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| BERNARD M. WEINTRAUB DECEDENT TRUST<br>Participant Name | _____<br>Firm Name (if applicable) |
| JUDY HARRIS, TRUSTEE<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| r.galofaro@musickpeeler.com<br>Email Address | _____<br>Email Address |
| c/o RICHARD A. GALOFARO<br>624 S. Grand Ave., Suite 2000<br>Los Angeles, CA  90017 | _____ |

City, State Zip Code                                           City, State Zip Code

U.S.A.
Country                                               Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            ___x___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                CUSIP 745145HN5

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

                         (UNKNOWN)

By: _____
    Signature

    JUDY HARRIS
    Print Name

    TRUSTEE
    Title (if Participant is not an Individual)

    4/5/2019
    Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

1 | Judy Harris, Trustee
of the Bernard M. Weintraub Decedent Trust
2 | c/o Richard A. Galafaro
624 S. Grand Avenue, Suite 2000
3 | Los Angeles, CA  90017
In Propria Persona

4

5

6

7 | **UNITED STATES DISTRICT COURT**

8 | **FOR THE DISTRICT OF PUERTO RICO**

9

10 | IN RE:

PROMISA
Title III

11 | THE FINANCIAL OVER SIGHT AND
MANAGEMENT BOARD FOR
12 | PUERTO RICO,

CASE NO.  17-BK-3283 (LTS)

13 |          as representative of

PROOF OF SERVICE ON NOTICE
OF PARTICIPATION IN OMNIBUS
14 | THE COMMONWEALTH OF
PUERTO RICO, et al.

OBJECTION TO CLAIMS FILED OR
ASSERTED BY HOLDERS OF
15 |

CERTAIN COMMONWEALTH
GENERAL OBLIGATION BONDS
16 |          Debtors.

17 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18 |          The BERNARD M. WEINTRAUB DECEDENT TRUST and JUDY

19 | HARRIS, TRUSTEE thereto, hereby file the Proof of Electronic Service on the

20 | NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED

21 | OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL

22 | OBLIGATION BONDS sent for filing by overnight mail delivery to the above-

23 | referenced Court on April 9, 2019.  (Please see attached proof of service.)

24 | DATED:  April 11, 2019

25 |

By:  (s)  Judy Harris

26 |

Trustee to the Bernard M. Weintraub
Decedent Trust

27 |

28 |

1154053.1

Herbstreith, Felicia

| | |
|---|---|
| **Subject:** | FW: The Financial Oversight and Management Board for Puerto Rico, et al.; USDC Puerto Rico Case No. 17BK3283 (LTS) |
| **Attachments:** | Notice of Participation-Puerto Rico.pdf |

**From:** Herbstreith, Felicia
**Sent:** Tuesday, April 09, 2019 5:05 PM
**To:** eweisfelner@brownrudnick.com; apapalaskaris@brownrudnick.com; agestrella@estrellallallc.com; ksuria@estrellallc.com; sbest@brownrudnick.com; sbeville@brownrudnick.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; nicholasbassett@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com
**Subject:** The Financial Oversight and Management Board for Puerto Rico, et al.; USDC Puerto Rico Case No. 17BK3283 (LTS)

To All Attorneys of Record:

Please find attached a Notice of Participation and Omnibus Objection to Claims filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds on behalf of the Bernard M. Weintraub Decedent Trust, Judy Harris, Trustee.

This document has also been sent by Federal Express for filing in the U.S. District Court for the District of Puerto Rico on April 9, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 9, 2019, at Los Angeles, California.

/s/ Judy Harris
Judy Harris, Trustee of the
Bernard M. Weintraub Trust

1/1

ORIGIN ID:JSPA  (2 3) 629-7938
FELICIA HERBSTREITH

624 S. GRAND AVENUE
SUITE 2000
LOS ANGELES, CA 90017 US
SIGN: FELICIA HERBSTREITH

SHIP DATE: 09APR 9
ACTWGT: 0.20 LB
CAD: 109170281/INET4100

BILL SENDER
NO EEI 30.37(a)

TO DISTRICT OF PUERTO
CLERK OF THE U.S. DISTRICT CRT
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918          (US)

(213) 629-7938       REF 96253 001-PUERTO RICO FILING
INV:
PO:                        DEPT:

555J187/E5C2940



FedEx
Express

E

THU - 11 APR A5

TRK# 7749 2518 2940
0430

INTL ** 2DAY **

ASR

SH SIGA

00918
PR-US      SJU

After printing this label:
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

4/9/2019

FedEx Ship Manager - Print Your Label(s)

CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

**Herbstreith, Felicia**

| | |
|---|---|
| To: | eweisfelner@brownrudnick.com; apapalaskaris@brownrudnick.com; agestrella@estrellallallc.com; ksuria@estrellallc.com; sbest@brownrudnick.com; sbeville@brownrudnick.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; nicholasbassett@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com |
| Subject: | The Financial Oversight and Management Board for Pureto as representative of The Commonwealth of Puerto Rico, et al.  U.S. District Court Case No.:  17-BK-3283 (LTS) |
| Attachments: | Proof of Service on Notice of Participation.pdf |

Dear Counsel:

Please find attached Judy Harris, Trustee of the Bernard M. Weintraub Decedent Trust's (In Pro Per) Proof of Service on Notice of Participation, etc., in the above-referenced matter.

This document has also been sent by Federal Express for filing in the U.S. District Court for the District of Puerto Rico on April 12, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 12, 2019, at Los Angeles, California.

(s)  Judy Harris

Trustee to the Bernard M. Weintraub
Decedent Trust

1

ORIGIN ID:JBPA       (213) 629-7938
FELICIA HERBSTREITH

624 S. GRAND AVENUE
SUITE 2000
LOS ANGELES, CA 90017 US
SIGN: FELICIA HERBSTREITH

SHIP DATE: 12APR19
ACTWGT: 0.20 LB
CAD: 109170281/INET4100

BILL SENDER
NO EEI 30.37(a)

TO DISTRICT OF PUERTO
CLERK OF THE U.S. DISTRICT CRT
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918                    (US)

(213) 629-7938           REF: 96253.001-PUERTO RICO FILING
INV:
PO:                              DEPT:

FedEx
Express

E

TUE - 16 APR A5

TRK# 7749 5870 4083       INTL ** 2DAY **
0430

ASR

SH SIGA                     00918

PR-US       SJU

4/12/2019

RT  TUE       B
FZ           4083
        01  15Apr

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------------------------------X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :    Title III
                                        :
        as representative of            :    Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO et al., :    (Jointly Administered)
                                        :
        Debtors.                        :
----------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Carlos A. Solá Aponte* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |
| *cariossolaAponte @gmail.com* | |

Address line 1

*3 Calle Aragón*

Address line 2

*Urb Terralinda Caguas 00727*

City, State Zip Code

*Caguas PR*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Carlos A. Solá*
Signature

*Carlos A. Solá Aponte*
Print Name

_____
Title (if Participant is not an Individual)

*4-3-2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Address line 1

_3 Calle Aragon_

Address line 2

_Caguas, PR 00727_

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Lizette Sola Aponte_
Signature

_Lizette Sola Aponte_
Print Name

_____
Title (if Participant is not an Individual)

_April 3, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

** By hand **

This envelope is made from post-consumer waste. Please recycle - again.

# PRIORITY ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

🚚 **PICKUP AVAILABLE**

\* Domestic only

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**

RECEIVED & FILED
2019 APR 15  AM 8: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

# PRIORITY ★ MAIL ★

 **UNITED STATES POSTAL SERVICE ®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:** BDC Toupes.
PO Box 35
Caguas, PR 00726.

t of Treasury
renue Services
33301-0215 USA

**TO:** Secretario del Tribunal.
Federal Para el Distrito de PR.
Oficina 150 del Edb. Federal
150 Ave. Carlos Chardon,
San Juan, PR 00918-1797

Label 228, March 2016       FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

        Debtors.

-------------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Lizette Sola-Aponte*

Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

*lizittesole @ gmail . com*

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

3 Calle Aragón

Address line 2

CAGUAS, PR 00727

City, State Zip Code

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

   Lizette Solá Aponte
   Print Name

   _____
   Title (if Participant is not an Individual)

   April 3, 2019
   Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL
POSTAGE REQUIRED**

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

\*\* By hand \*\*



# PRIORITY
## ★ MAIL ★

📅 **DATE OF DELIVERY SPECIFIED***

📶 **USPS TRACKING™ INCLUDED***

💲 **INSURANCE INCLUDED***

🚚 **PICKUP AVAILABLE**

\* Domestic only

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**

RECEIVED & FILED
2019 APR 15  AM 8:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.


P S 0 0 0 0 1 0 0 0 0 1 4

**EP14F July 2013
OD: 12.5 x 9.5**

# PRIORITY
## ★ MAIL ★


**UNITED STATES
POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: BDC Toupes
PO Box 35
Caguas, PR 00726.

...nt of Treasury
...venue Services
...3301-0215 USA

**TO:** Secretario del Tribunal.
Federal Para el Distrito de PR.
Oficina 150 del Edf. Federal
150 Ave. Carlos Chardon,
San Juan, PR 00918-1797

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


**UNITED STATES
POSTAL SERVICE®**

SRF 30961
**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X

In re:                                                            :

THE FINANCIAL OVERSIGHT AND                                       :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                 :        Title III

      as representative of                                        :        Case No. 17-BK-3283 (LTS)

                                                                 :

THE COMMONWEALTH OF PUERTO RICO *et al.*,                         :        (Jointly Administered)

      Debtors.                                                   :

------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **<u>Participant Name and Contact Information</u>** | **<u>Counsel Contact Information (if any)</u>** |
|---|---|
| *Juan J. Sola Aponte* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Juanchisola 15 @ gmail.com* | |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Juan J. Solá Aponte_
Signature

_JUAN J. SoLÁ APoNTE_
Print Name

_____
Title (if Participant is not an Individual)

_4 / 03 / 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL
POSTAGE REQUIRED**

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

** By hand

# PRIORITY
## ★ MAIL ★

📅 **DATE OF DELIVERY SPECIFIED***

📶 **USPS TRACKING™ INCLUDED***

💲 **INSURANCE INCLUDED***

🚚 **PICKUP AVAILABLE**

   *** Domestic only**

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**

RECEIVED & FILED
2019 APR 15  AM 8: 30
CLERK'S OFFICE
U.S.DISTRICT COUR
SAN JUAN P R

**EP14F July 2013**
**OD: 12.5 x 9.5**

PS00001000014

---

# PRIORITY
## ★ MAIL ★


**UNITED STATES
POSTAL SERVICE ®**

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

FROM: BDC Toupes
PO Box 35
Caguas, PR 00726 .

~~nt of Treasury~~
~~enue Services~~
~~3301-0215 USA~~

TO: Secretario del Tribunal.
Federal Para el Distrito de PR.
Oficina 150 del Edb. Fedral
150 Ave. Caelos Chardon,
San Juar, PR 00918-1797

**Label 228, March 2016**      **FOR DOMESTIC AND INTERNATIONAL USE**

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


**UNITED STATES
POSTAL SERVICE®**

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------X
```

In re:                                        :

THE FINANCIAL OVERSIGHT AND         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :      Title III

        as representative of            :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)

        Debtors.                        :
```
----------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Christophe W & Lula R Fitter* | |
| Participant Name | Firm Name (if applicable) |
| *Chris Fitto* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *CWF1955@Verizon.Net* | |
| Email Address | Email Address |

SRF 31030

| Address line 1 | Address line 1 |
| --- | --- |
| 460 Highfield Ct | |
| Address line 2 | Address line 2 |
| Severna Park MD 21146 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: *Christopher Fetter*
Signature

*Christopher W. Fetter*
Print Name

_____
Title (if Participant is not an Individual)

April 13, 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**Extremely Urgent**

This envelope is for use with the following services:   UPS Next Day Air®
UPS Worldwide Express™
UPS 2nd Day Air®

Visit **theupsstore.com** or call **1-800-PICK-UPS®** (1-800-742-5877)
to find a location near you.

**Domestic Shipments**
· To qualify for the Letter rate, UPS Express Envelopes may only contain
correspondence, urgent documents, and/or electronic media, and must
weigh 8 oz. or less. UPS Express Envelopes containing items other than
those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
· The UPS Express Envelope may be used only for documents of no commercial
value. Certain countries consider electronic media as documents. Visit
ups.com/importexport to verify if your shipment is classified as a document.

· To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less.
UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media
containing sensitive personal information or breakable items. Do not send cash
or cash equivalent.

**Apply shipping documents on this side.**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more
about our Print & Business Services.



LISA FETTER
(410) 518-8051
480 HIGHFIELD CT
SEVERNA PARK  MD 21146

0.1 LBS LTR 1 OF 1
SHP#: 682F W8QX 4SL
SHP WT: LTR
DATE: 13 APR 2019

SHIP   FEDERAL BUILDING
TO: (178) 777-7230
THE CLERK OF THE US DISTRICT COURT
ROOM 150 - FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN  PR      00918
PUERTO RICO

PRI 008 9-25

UPS NEXT DAY AIR   1
TRACKING #: 1Z 682 FW9 01 8174 0236



BILLING: P/P
DESC: COURT DOCUMENT

EDI-DOC

REF #1: CK

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ISH 13.00M ZZP 450 09.5U 01/2019

Serving you for more than 100 years
United Parcel Service.

  

100% Recycled fiber
80% Post-Consumer

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------X

In re:                                             :

THE FINANCIAL OVERSIGHT AND          :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :        Title III

    as representative of                    :        Case No. 17-BK-3283 (LTS)

                                           :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :     (Jointly Administered)

                                           :

    Debtors.                               :

---------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Patrick C. Gallagher | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| patrick.gallagher@kirkland.com | |
| Email Address | Email Address |

SRF 31030

Address line 1

43 w. 13th Street

Address line 2

Apt 9

City, State Zip Code

New York, NY 10011

Country

USA

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____  intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

X  intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

~~745145AU80~~ 74514 LC 62
745145 AV4

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

← the second bond shown above.

By: _____
     Signature

PATRICK C. GALLAGHER

Print Name

_____

Title (if Participant is not an Individual)

9 April 2019

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Patrick C Gallagher
43 West 13th Street, #9
New York, New York 10011

RECEIVED & FILED
2019 APR 15  PM 2:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico  00918-1767

FedEx Express

RECEIVED & FILED

2019 APR 15 PM 2: 05

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.



SHIP DATE: 12APR19
ACTWGT: 0.15 LB
CAD: 114515635/WSXI3400

(212) 924-4002
GVMC
511 AVENUE OF THE AMERICAS
NEW YORK CITY, NY 10011 US
SIGN:

BILL THIRD PARTY
NO EEI 30.37(a)

TO CLERK OF THE U.S DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO
150 CARLOS CHARDON AVENUE RM 150
FEDERAL BUILDING
SAN JUAN PR 00918                           (US)
(917) 617-3673              REF: GVMC
INV: PKG ID: 147185
PO:                              DEPT:

FedEx
Express

E

TRK#
0430   7866 1696 0879

MON - 15 APR A5
INTL PRIORITY

XQ SIGA                          00918
PR-US SJU

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and
customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration
Regulations. Diversion contrary to law is prohibited.



RECEIVED & FILED
2019 APR 15 PM 2: 05
U.S. DISTRICT COURT
SAN JUAN, P.R.

RT 713    1400   B
FZ              00  0879
                   15Apr

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

2019 APR 15   AM 11: 34

OFFICE
DISTRICT COURT
SAN JUAN, PR

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT            PROMESA
BOARD FOR PUERTO RICO,                            Title III

           as representative of                 Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*         (Jointly Administered)

           Debtors.

-------------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

7.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Greenlight Capital Offshore Partners | _____ |
| Participant Name | Firm Name (if applicable |
| Daniel Roitman | _____ |
| Contact Person (if Participant is not an individual) | Contact Person |
| statements@GreenlightCapital.com | _____ |
| Email Address | Email Address |
| c/o Greenlight Capital, Inc. | _____ |
| Address line 1 | Address line 1 |
| 140 E. 45th St., 24th Floor | _____ |
| Address line 2 | Address line 2 |
| New York, NY 10017 | _____ |
| City, State Zip Code | City, State Zip Code |
| U.S.A. | _____ |
| Country | Country |

8.  Participant advises that it (choose one of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

9.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA64
74514LB71
74514LB89
74514LC62
74514LE86

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

2

By:

_____
Signature

Barrett Brown
Print Name

Chief Financial Officer
_____
Title (if Participant is not an individual)

April 12, 2019
_____
Date


**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



EXPRESS ENVELOPE **XPD** _DHL_

From : Greenlight Capital, Inc.
Andy Weinfeld
140 E 45TH ST 24 FL

Origin:
**ZYP**

10017 NEW YORK NY
United States of America

Contact: +12129731900

To : US Dist. Court for the Dist.of Puerto Rico
Office of the Clerk
Federico Degetau Federal Building
150 Carlos Chardon Avenue
Room 150
**00918 SAN JUAN  PR**
Puerto Rico

Contact:
Office of the Clerk
+17877723000

**PR-SJU-SJU**

|  | Day | Time |
|---|---|---|

Ref: | Pcs/Shpt Weight | Piece
**0.5 lbs  1 / 1**

Contents: Documents,
gene ral business

WAYBILL 65 5754 8244

(2L)PR00918+52000000

**SJ2C**
0
HWB#: 65 5754 8244
EDD: 4/15/2019
PCS 1XJ

0

918
Printed 04 15 2019 01 30

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES BANKRUPTCY COURT** APR 15  AM 11: 34
**FOR THE DISTRICT OF PUERTO RICO**
CLERK'S OFFICE
DISTRICT COU
SAN JUAN P
-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT                    PROMESA
BOARD FOR PUERTO RICO,                                                           Title III

                as representative of                                     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*                (Jointly Administered)

           Debtors.

-------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

4.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Greenlight Capital, LP | _____ |
| Participant Name | Firm Name (if applicable |
| Daniel Roitman | _____ |
| Contact Person (if Participant is not an individual) | Contact Person |
| statements@GreenlightCapital.com | _____ |
| Email Address | Email Address |
| c/o Greenlight Capital, Inc. | _____ |
| Address line 1 | Address line 1 |
| 140 E. 45th St., 24th Floor | _____ |
| Address line 2 | Address line 2 |
| New York, NY 10017 | _____ |
| City, State Zip Code | City, State Zip Code |
| U.S.A. | _____ |
| Country | Country |

5.  Participant advises that it (choose one of the following by marking "X" in the appropriate space):

  _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

6.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

  74514LA64
  74514LB71
  74514LB89
  74514LC62
  74514LE86

  (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

2

By: _____
Signature

Barrett Brown
_____
Print Name

Chief Financial Officer
_____
Title (if Participant is not an individual)

April 12, 2019
_____
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to:** The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

3

EXPRESS ENVELOPE **XPD** _DHL_

2019-04-12 WYDHL • 1.0 / '20-0621'

From : Greenlight Capital, Inc.
Andy Weinfeld
140 E 45TH ST 24 FL

Origin:
**ZYP**

10017 NEW YORK NY
United States of America                    Contact: +12129731900

To : US Dist. Court for the Dist.of Puerto Rico   Contact:
Office of the Clerk                                Office of the Clerk
Federico Degetau Federal Building                 +17877723000
150 Carlos Chardon Avenue
Room 150
**00918 SAN JUAN PR**
Puerto Rico

## PR-SJU-SJU

|  | Day | Time |
|---|---|---|

Ref:                              Pce/Shpt Weight   Piece
                                  **0.5 lbs 1 / 1**

Contents: Documents,
gene ral business

WAYBILL 65 5754 8244

(2L)PR00918+52000000



(4L) JD01 4600 0067 0317 1009



---

LB1026 (6/11) ONM

(4) JD01 4600 0067 0317 1009

(2L)PR00918+52000000

WAYBILL 65 5754 8244

Content Description
Documents, general business

**PR – SJU – SJU**

Origin:
**ZYP**

**00918 SAN JUAN, PUERTO RICO**

EXPRESS ENVELOPE XPD _DHL_

---

**SJ2C**

0

EDD: 4/15/2019
HWB: 655754 8244

Date:
2019-04-12
Pce/Shpt Weight:
0.2/0.5 LB

918

Expired On 15:20(107:70)

0

SRF 30961

RECEIVED & FILED
2019 APR 15  AM 11:34

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

               as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

          Debtors.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Greenlight Capital Qualified, LP<br>Participant Name | _____<br>Firm Name (if applicable |
| Daniel Roitman<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| statements@GreenlightCapital.com<br>Email Address | _____<br>Email Address |
| c/o Greenlight Capital, Inc.<br>Address line 1 | _____<br>Address line 1 |
| 140 E. 45th St., 24th Floor<br>Address line 2 | _____<br>Address line 2 |
| New York, NY 10017<br>City, State Zip Code | _____<br>City, State Zip Code |
| U.S.A.<br>Country | _____<br>Country |

2.    Participant advises that it (choose one of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA64
74514LB71
74514LB89
74514LC62
74514LE86

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

_____
Barrett Brown
Print Name

_____
Chief Financial Officer
Title (if Participant is not an individual)

_____
April 12, 2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant
is not represented by counsel, the Participant may file a paper copy of this Notice of Participation
with the District Court by delivering such Notice of Participation by mail or by hand addressed to:
The Clerk of the United States District Court for the District of Puerto, Room 150 Federal
Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

EXPRESS ENVELOPE **XPD** _DHL_

From : Greenlight Capital, Inc.
Andy Weinfeld
140 E 45TH ST 24 FL

Origin:
**ZYP**

10017 NEW YORK NY
United States of America          Contact: +12129731900

To : US Dist. Court for the Dist.of Puerto Rico      Contact:
Office of the Clerk                      Office of the Clerk
Federico Degetau Federal Building         +17877723000
150 Carlos Chardon Avenue
Room 150
**00918 SAN JUAN  PR**
Puerto Rico

## PR-SJU-SJU

|  | Day | Time |
|---|---|---|

Ref:

Pce/Shpt Weight   Piece
**0.5 lbs  1 / 1**

Contents: Documents,
general business

WAYBILL 65 5754 8244



(2L)PR00918+52000000



SJ2C
HWB: 655754 8244
EDD: 4/15/2019
PCS SJU
0

918
Expires 04/15 XXX/XX

0



SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

2019 APR 15  AM 11: 34

CLERK'S OFFICE
U. S. DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

PROMESA
Title III

as representative of

Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,

(Jointly Administered)

Debtors.

-------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

10.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Solosglas Investments, LP (as successor to Greenlight Reinsurance Ltd.) | |
| Participant Name | Firm Name (if applicable |
| Daniel Roitman | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Statements@GreenlightCapital.com | |
| Email Address | Email Address |
| c/o DME Advisors, LP | |
| Address line 1 | Address line 1 |
| 140 E. 45th St., 24th Floor | |
| Address line 2 | Address line 2 |
| New York, NY 10017 | |
| City, State Zip Code | City, State Zip Code |
| U.S.A. | |
| Country | Country |

11.    Participant advises that it (choose one of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

12.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA64
74514LB71
74514LB89
74514LC62
74514LE86

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Barrett Brown
Print Name

Chief Financial Officer
Title (if Participant is not an individual)

April 12, 2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed
electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant
is not represented by counsel, the Participant may file a paper copy of this Notice of Participation
with the District Court by delivering such Notice of Participation by mail or by hand addressed to:
The Clerk of the United States District Court for the District of Puerto, Room 150 Federal
Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



EXPRESS ENVELOPE **XPD** _DHL_

From : Greenlight Capital, Inc.
Andy Weinfeld
140 E 45TH ST 24 FL

**Origin:**
**ZYP**

10017 NEW YORK NY
United States of America          Contact: +12129731900

To : US Dist. Court for the Dist. of Puerto Rico   Contact:
Office of the Clerk                    Office of the Clerk
Federico Degetau Federal Building      +17877723000
150 Carlos Chardon Avenue
Room 150
**00918 SAN JUAN  PR**
Puerto Rico

## PR-SJU-SJU

Day    Time

Ref:                          Pce/Shpt Weight   Piece
                              **0.5 lbs  1 / 1**

Contents: Documents,
general business

WAYBILL 65 5754 8244

(2L)PR00918+52000000

SJ2C

0

HWB: 655754 8244
 EDD: 4/15/2019
PCS: XU

918

0

Documents, general business

PR-SJU-SJU

**Origin:**
ZYP

00918 SAN JUAN, PUERTO RICO

EXPRESS ENVELOPE XPD _DHL_

LB1026 (6/11) OMN

WAYBILL 65 5754 8244

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

2019 APR 15 AM 11: 4[?]

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

SAN JUAN

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT           PROMESA
BOARD FOR PUERTO RICO,                            Title III

            as representative of                    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*          (Jointly Administered)

          Debtors.

-------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

13.     Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| Greenlight Capital Offshore Master, Ltd (f/k/a Greenlight Capital Offshore Master (Gold), Ltd) Participant Name | _____ Firm Name (if applicable |
| Daniel Roitman Contact Person (if Participant is not an individual) | _____ Contact Person |
| statements@GreenlightCapital.com Email Address | _____ Email Address |
| c/o DME Capital Management, LP Address line 1 | _____ Address line 1 |
| 140 E. 45th St., 24th Floor Address line 2 | _____ Address line 2 |
| New York, NY 10017 City, State Zip Code | _____ City, State Zip Code |
| U.S.A. Country | _____ Country |

14.   Participant advises that it (choose one of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

15.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA64
74514LB71
74514LB89
74514LC62
74514LE86

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:

_____
Signature

Barrett Brown
_____
Print Name

Chief Financial Officer
_____
Title (if Participant is not an individual)

April 12, 2019
_____
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

EXPRESS ENVELOPE **XPD** _DHL_

2019-04-12 WYDHL-1.0 / '20-0621*

From : Greenlight Capital, Inc.
Andy Weinfeld
140 E 45TH ST 24 FL

Origin:
**ZYP**

10017 NEW YORK NY
United States of America                    Contact: +12129731900

To : US Dist. Court for the Dist.of Puerto Rico   Contact:
Office of the Clerk                               Office of the Clerk
Federico Degetau Federal Building                 +17877723000
150 Carlos Chardon Avenue
Room 150
**00918 SAN JUAN  PR**
Puerto Rico

## PR-SJU-SJU

| | Day | Time |
|---|---|---|

Ref:

Pce/Shpt Weight   Piece
**0.5 lbs  1 / 1**

Contents: Documents,
gene ral business

WAYBILL 65 5754 8244



(2L)PR00918+52000000





(2L) PR00918 +52000000

SJ2C

EDD 4/15/2019
HWB: 655754 8244
PCS XU

918

0

0

WAYBILL 66 8754 8244

Content Description
Documents, general business

PR–SJU–SJU

Origin:
ZYP       00918 SAN JUAN, PUERTO RICO

EXPRESS ENVELOPE XPD _DHL_

LB1026 (6/11) OMN

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED
2019 APR 15  AM 11: 35

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**
SAN JUAN, PR

------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

               as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

        Debtors.

------------------------------------------------------------------- X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

16.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Greenlight Capital Investors LP (f/k/a Greenlight Capital (Gold) LP)<br>Participant Name | _____<br>Firm Name (if applicable |
| Daniel Roitman<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| statements@GreenlightCapital.com<br>Email Address | _____<br>Email Address |
| c/o DME Capital Management, LP<br>Address line 1 | _____<br>Address line 1 |
| 140 E. 45th St., 24th Floor<br>Address line 2 | _____<br>Address line 2 |
| New York, NY 10017<br>City, State Zip Code | _____<br>City, State Zip Code |
| U.S.A.<br>Country | _____<br>Country |

17.    Participant advises that it (choose one of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

18.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LA64
74514LB71
74514LB89
74514LC62
74514LE86

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:

Signature

Barrett Brown
Print Name

Chief Financial Officer
Title (if Participant is not an individual)

April 12, 2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



EXPRESS ENVELOPE **XPD** _DHL_

2019-04-12 WYDHL-1.0 / "20-0621"

From : Greenlight Capital, Inc.
Andy Weinfeld
140 E 45TH ST 24 FL

**Origin:**
**ZYP**

10017 NEW YORK NY
United States of America          Contact: +12129731900

To : US Dist. Court for the Dist.of Puerto Rico      Contact:
Office of the Clerk                                  Office of the Clerk
Federico Degetau Federal Building                    +17877723000
150 Carlos Chardon Avenue
Room 150
**00918 SAN JUAN  PR**
Puerto Rico

## PR-SJU-SJU

|  | Day | Time |
|--|-----|------|

Ref:

| | Pce/Shpt Weight | Piece |
|--|-----|------|
| | **0.5 lbs** | **1 / 1** |

Contents: Documents,
general business



WAYBILL 65 5754 8244

(2L)PR00918+52000000





**SJ2C**
**0**
HWB: 655754 8244
EDD 4/15/2019
PCS:1/1

918
expires 04/15 20190402.20

0

LB1026 (6/11) OMN

(J) JD01 4600 0067 0317 1009

(2L)PR00918+52000000

WAYBILL 65 5754 8244

Content Description
Documents, general business

2019-04-12    0.2/0.5 LB

PR-SJU-SJU

**Origin:**
**ZYP**
00918 SAN JUAN, PUERTO RICO

EXPRESS ENVELOPE XPD _DHL_

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------------X
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
         as representative of                  :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                               :
         Debtors.                              :
----------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Awilda Valle | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| avallepr@gmail.com | |
| Email Address | Email Address |

| | |
|---|---|
| Address line 1 | Address line 1 |
| PO Box 1649 | _____ |
| Address line 2 | Address line 2 |
| Barceloneta, PR 00617-1649 | _____ |
| City, State Zip Code | City, State Zip Code |
| USA | _____ |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    X    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LVX2

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or (**NO**) (please **circle one**).

By: *Awilda Valle*
Signature

*Awilda Valle*
Print Name

_____
Title (if Participant is not an Individual)
4/15/2019
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND MANAGEMENT           :          PROMESA
BOARD FOR PUERTO RICO,                                    :          Title III

       as representative of                                :          Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,        :          (Jointly Administered)

    Debtors.                                             :

---------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      **This Notice of Participation must be served and filed no later than [insert date that is 60 days after entry of order granting Procedures Motion] in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Cantor-Katz Collateral Monitor LLC | Orrick Herrington & Sutcliffe LLP |
| Participant Name | Firm Name (if applicable) |
| Richard Katz | Doug Mintz |
| Contact Person (if Participant is not an individual) | Contact Person |
| rich.katz@torquepointllc.com | dmintz@orrick.com |
| Email Address | Email Address |

4165-3893-9675.4

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019\***

| | |
|---|---|
| 1915 Vallejo Street | **Columbia Center** |
| Address line 1 | Address line 1 |
| | 1152 15th Street NW |
| Address line 2 | Address line 2 |
| San Francisco, CA 94123 | Washington, DC 20005-1706 |
| City, State Zip Code | City, State Zip Code |
| USA | USA |
| Country | Country |

-and-

Matthew Cantor
_____
Contact Person (if Participant is not an individual)
Mcantor4@mac.com
_____
Email Address
235 West 71st Street
_____
Address line 1
Unit 3
_____
Address line 2
New York, NY 10023
_____
City, State Zip Code
USA
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

**Not Applicable.**

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

**Not Applicable.**

**\*PLEASE SEE ATTACHED ANNEX FOR FURTHER STATEMENTS FROM AND INFORMATION PROVIDED BY THE PARTICIPANT\***

2

By:     Cantor-Katz Collateral Monitor LLC
        By:  Beach Lane II LLC, a managing
        member

        _____
        Signature
        Matthew Cantor
        _____
        Print Name
        Its managing member
        _____
        Title (if Participant is not an Individual)
        April 16, 2019
        _____
        Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be
(i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and
(ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to:  The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

4165-3893-9675.4

# ANNEX

4165-3893-9675.4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

             as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

---------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### ANNEX TO NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

This is an annex to, and a part of, the Notice of Participation in Omnibus Objection to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds (the "Participation Notice") filed by Cantor-Katz Collateral Monitor LLC ("Cantor-Katz"), a Delaware limited liability company, which serves as the collateral monitor (the "Collateral Monitor") for Wilmington Trust, N.A. (the "Indenture Trustee") in connection with the New Bonds (as defined below) and pursuant to the terms of a collateral monitor agreement (the "Collateral Monitor Agreement") by and between the Indenture Trustee and the Collateral Monitor.

This Annex constitutes part of the Participation Notice and is incorporated therein by reference.

*The GDB Debt Recovery Authority and the New Bonds*

The GDB Debt Recovery Authority (the "DRA") is a newly formed statutory public trust and governmental instrumentality of the Commonwealth of Puerto Rico (the "Commonwealth") that was created pursuant to Act. No. 109 of August 24, 2017 (as amended) (the "GDB Restructuring Act"), which was enacted by the Legislative Assembly of the Commonwealth.

The DRA was created by the GDB Restructuring Act to facilitate the restructuring of certain of GDB's indebtedness pursuant to a Qualifying Modification under Title VI of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") (such Qualifying Modification as so certified by the Financial Oversight and Management Board under Section 601(g)(2)(A) of PROMESA, the "Qualifying Modification"). The Qualifying Modification was certified by order of the United States District Court for the District of Puerto Rico on November 7, 2018 (the "Approval Order") as required under PROMESA.

Annex Page 1

The DRA's purpose is to receive the Transferred Property[1] from Banco Gubernamental de Fomento para Puerto Rico (the "GDB") and issue the 7.500% GDB Debt Recovery Authority Bonds (Taxable) due 2040 (the "New Bonds"). The New Bonds were issued by the DRA in exchange for the satisfaction of claims held by the GDB's creditors.

Obligations under the New Bonds are payable from the Restructuring Property, which, under the OM, includes all legal and equitable right, title and interest in and to, and claims and causes of action to enforce, the Transferred Property and Collections. The Transferred Property consists of a non-homogenous pool of assets, which have differing rights, conditions and characteristics, and which consist primarily of Loans made by the GDB to Commonwealth entities. A complete list of the Restructuring Property is set forth in the OM and includes several Loans made by GDB to the Commonwealth that benefit from a pledge of the Commonwealth's good faith, credit and taxing power. *See, e.g.*, OM at 100-137.

> *The Collateral Monitor*

The Collateral Monitor was created pursuant to and in accordance with the Approval Order, the GDB Restructuring Act and the Bond Indenture. The Collateral Monitor is responsible for monitoring the activities of AmeriNational Community Services, LLC, as servicer (the "Servicer") for the DRA in connection with the New Bonds. The Collateral Monitor is responsible for, among other things, overseeing the Servicer's efforts to maximize the realizable present value of the Restructuring Property.

> *Reservation of Rights*

In the Participation Notice, the Collateral Monitor indicated that it intends to oppose the relief requested in the Omnibus Objection. The Omnibus Objection pertains to certain specific challenged general obligation bonds. However, the Omnibus Objection could have broad reaching implications on the interests of the DRA, which owns obligations that would benefit from differing results in the Omnibus Objection. Moreover, the DRA has its own unique motivations and economic interests in the Title III cases and other assets of the Commonwealth and its municipalities that may diverge from the interests of holders of the challenged bonds, or the holders of other similarly-situated credits.

Accordingly, the Collateral Monitor reserves all rights to amend the Participation Notice at any time, or to take any affirmative position with respect to the Omnibus Objection. The Collateral Monitor does not waive any of its rights with respect to any of its obligations against the Commonwealth or with respect to any position it may take in the Omnibus Objection, any of the Title III cases or any other dispute with the Commonwealth, the Committee, the Oversight Board or any other entity. Nothing contained in the Participation Notice shall be constructed as a limitation or waiver of the Collateral Monitor's rights and remedies that are available to it under applicable law.

---

[1] Capitalized terms used in this Annex that are not defined shall have the meanings ascribed to them in the GDB Debt Recovery Authority offering memorandum dated November 7, 2018 (the "OM").

Annex Page 2