## **EXHIBIT A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------ X
                                                                   :
In re:                                                             :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :  Title III
                                                                   :
    as representative of                                           :
                                                                   :  Case No. 17-BK-3283 (LTS)
                                                                   :
THE COMMONWEALTH OF PUERTO RICO et al.,                            :  (Jointly Administered)
                                                                   :
    Debtors.¹                                                      :
------------------------------------------------------------------ X
```

**ORDER (A) EXPEDITING CONSIDERATION OF URGENT JOINT MOTION FOR ENTRY OF ORDER APPROVING STIPULATION AND AGREED ORDER BY AND AMONG FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ITS SPECIAL CLAIMS COMMITTEE, AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS RELATED TO JOINT PROSECUTION OF DEBTOR CAUSES OF ACTION, (B) PENDING APPROVAL OF STIPULATION, FURTHER EXTENSION OF BRIEFING SCHEDULE WITH RESPECT TO POTENTIAL OMNIBUS MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO BE APPOINTED TO PURSUE COMMONWEALTH CAUSES OF ACTION, AND (C) APPROVAL OF BRIEFING SCHEDULE WITH RESPECT TO LIMITED MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO BE APPOINTED TO PURSUE <u>CERTAIN COMMONWEALTH CLAIMS</u>**

Upon the *Urgent Joint Motion for (A) Expedited Consideration of Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action, (B) Pending Approval of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Stipulation, Further Extension of Briefing Schedule With Respect to Potential Omnibus Motion of Official Committee of Unsecured Creditors to Be Appointed to Pursue Commonwealth Causes of Action, and (C) Approval of Briefing Schedule with Respect to Limited Motion by Official Committee of Unsecured Creditors to Be Appointed to Pursue Certain Commonwealth Claims* (the "Urgent Motion");[2] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten the notice period as requested in the Urgent Motion; (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (v) any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and (vi) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

**Approval Motion**

2. A hearing on the Approval Motion is hereby scheduled for **April [__], 2019 at _____ [p./a.]m. (Atlantic Standard Time)** in _____.

3. Objections or responses, if any, to the Approval Motion must be filed and served (in accordance with the Case Management Procedures) by **April [__], 2019 at _____ [p./a.]m. (Atlantic Standard Time)**.

4. Replies to any objections or responses must be filed and served ((in accordance with the Case Management Procedures) by **April [__], 2019 at _____ [p./a.]m. (Atlantic Standard Time)**.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.

2

### Potential Omnibus Motion

5.      The deadlines set forth in the Procedures Motion with respect to the filing of a potential Omnibus Motion seeking the appointment of a trustee to assert causes of action related to the Commonwealth are further extended as follows:

 a. If the Stipulation is not approved, the Committee shall file its Omnibus Motion by **April 19, 2019 at 6:00 p.m. (Atlantic Standard Time)**:

 b. The Oversight Board's opposition papers shall be filed by **April 22, 2019 at noon (Atlantic Standard Time)**;

 c. The Committee's reply papers shall be filed by **April 23, 2019 at 4:00 p.m. (Atlantic Standard Time)**; and

 d. At the **April 24, 2019 omnibus hearing**, the Oversight Board and the Committee shall provide a joint status report that includes proposed deadlines for disclosure of causes of action and Omnibus Motion practice in connection with other Debtors.

6.      The Court will hear oral argument on a potential Commonwealth-related Omnibus Motion by the Committee in connection with the April Omnibus Hearing, which is scheduled to commence at **9:30 a.m. (Atlantic Standard Time) on April 24, 2019**.

### Limited Motion

7.      The Court approves the following deadlines with respect to a Limited Motion by the Committee:

 a. The Committee shall file its Limited Motion by **April 17, 2019 at 9:30 a.m. (Atlantic Standard Time)**:

3

    b.    The Oversight Board's opposition papers shall be filed by **April 19, 2019 at 6:00 p.m. (Atlantic Standard Time)**;

    c.    The Committee's reply papers shall be filed by **April 22, 2019 at 6:00 p.m. (Atlantic Standard Time)**; and

8.    The Court will hear oral argument on any Limited Motion in connection with the April Omnibus Hearing, which is scheduled to commence at **9:30 a.m. (Atlantic Standard Time) on April 24, 2019**.

## **Miscellaneous**

9.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.    The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

11.    The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

Dated: April___, 2019

                                                      _____
                                                      HONORABLE LAURA TAYLOR SWAIN
                                                      UNITED STATES DISTRICT JUDGE