# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------- X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :  Title III
                                                  :
          as representative of                    :  Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :  (Jointly Administered)
                                                  :
          Debtors.¹                               :
-------------------------------------------------------------------- X
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 16, 2019, the following document was served in accordance with the Court's direction:

*Order Re: Urgent Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Under Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery and Compelling Disclosure of Lists of Security Holders* [Docket No. 6292]

upon the following parties by electronic mail and also by hand delivery (if so noted):

Boies Schiller Flexner (by hand)
55 Hudson Yards, 20th Floor
New York, NY  10001
Attn:  Christopher Duffy, Esq.

Counsel to Bank of America and its affiliates
Winston & Strawn LLP (also by hand)
Attn:  Jennifer L. Malin, Esq.
200 Park Avenue
New York, NY 10166

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Counsel to JPMorgan Chase Bank, National Association and its affiliates
Simpson Thacher & Bartlett LLP (by hand)
425 Lexington Avenue
New York, NY 10017
David Elbaum, Esq.

Counsel to U.S. Bank N.A. and its affiliates
Hogan Lovells US LLP (by hand)
875 Third Avenue
New York, NY  10022
Robin Keller, Esq.

Counsel to Goldman Sachs and its affiliates
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Attn: William P. Smith, Esq.
Attn:  James W. Kapp, III, Esq.

and upon the following party by electronic mail and by facsimile:

Counsel to The Bank of New York Mellon and its affiliates
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Eric A. Schaffer, Esq.

Dated: April 16, 2019          */s/ Kenneth C. Suria*          
ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

00378421.1