UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

---

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MARIAELENA GAYO-GUITIAN, ESQ. & GENOVESE JOBLOVE & BATTISTA, P.A.

COMES NOW, Mariaelena Gayo-Guitian ("Applicant") on behalf of Genovese, Joblove & Battista, P.A. ("GJB") and pursuant to Local Civil Rule 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico and states as follows:

1. The Applicant is an attorney and member of Genovese, Joblove & Battista, P.A., with offices at 200 East Broward Blvd., Suite 1110, Fort Lauderdale, FL 33301.

2. The Applicant makes the request to appear *pro hac vice* on behalf of Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC, to provide legal representation in the above jointly administered cases pending before the United States District Court of Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico.

3. The Applicant will sign all pleadings with the name Mariaelena Gayo-Guitian.

4. Applicant's contact information is:

   Mariaelena Gayo-Guitian, Esq.
   mguitian@gjb-law.com
   Telephone: (954) 453-8035
   Fax: (954) 453-8010

5. The Applicant is a member in good standing of the bars of the highest court of the State of Florida with license number 813818. Applicant has been admitted to practice before the following federal courts the U.S. Court of Appeals for the Eleventh Circuit, the U.S. District Court for the Southern District of Florida, U.S. District Court for the Middle District of Florida, U.S. Bankruptcy Court for the Middle District of Florida, the U.S. Bankruptcy Court for the Southern District of Florida and the U.S. Bankruptcy Court for the Northern District of Florida.

6. Applicant is not currently suspended from the practice of law before any Court or Jurisdiction and is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

7. During the past three (3) years, applicant has not filed *pro hac vice* admissions in the United States Bankruptcy Court for the District of Puerto Rico.

8. Local counsel of record associated with Applicant in this matter is:

   JAVIER VILARIÑO
   VILARIÑO & ASSOCIATES, LLC
   1519 Ponce de Leon Ave
   First Bank Building, Suite 513
   San Juan, PR 00909
   Telephone: 787-565-9894
   E-mail: jvilarino@vilarinolaw.com

9. Applicant has read the local rules of the United States District Court for the District of Puerto Rico and will comply with same.

10. In addition, Applicant has read the Local Rules of the United States District

2

Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee has been made contemporaneously with the instant filing.

    **WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States Bankruptcy Court for the District of Puerto Rico for the above-captioned case only.

    Date: April 16, 2019.

                                                      /s/ Mariaelena Gayo-Guitian  
                                                      Mariaelena Gayo-Guitian, Esq.  
                                                      *Counsel for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC*,  
                                                      Genovese Joblove & Battista, P.A.  
                                                      100 SE 2nd Street, Suite 4400  
                                                      Miami, FL 33131  
                                                      Telephone: 305-349-2300  
                                                      E-mail: jarrastia@gjb-law.com

    **I HEREBY CERTIFY**, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

    Date: April 16, 2019.

                                    By:    /s/ Javier Vilariño  
                                                  Javier Vilariño, Esq.  
                                                  USDC NUM. 223503  
                                                  VILARIÑO & ASSOCIATES, LLC  
                                                  1519 Ponce de Leon Ave  
                                                  First Bank Building, Suite 513  
                                                  San Juan, PR 00909  
                                                  Telephone: 787-565-9894  
                                                  E-mail: jvilarino@vilarinolaw.com

.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that I filed this document electronically with the Clerk of the

Court using the CM/ECF System, and a copy of the foregoing pleading shall be served via the CM/ECF system to all registered attorneys.

    Date: April 16, 2019.

                                  By: /s/ Javier Vilariño_____
                                          Javier Vilariño, Esq.
                                          USDC NUM. 223503
                                          VILARIÑO & ASSOCIATES, LLC
                                          1519 Ponce de Leon Ave
                                          First Bank Building, Suite 513
                                          San Juan, PR 00909
                                          Telephone: 787-565-9894
                                          E-mail: jvilarino@vilarinolaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------- x
                                                                       :
In re:                                                                 :
                                                                       :
THE FINANCIAL OVERSIGHT AND                          : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    : Title III
                                                                       :
    as representative of                           : Case No. 17-BK-3283 (LTS)
                                                                       :
THE COMMONWEALTH OF PUERTO RICO *et al.,*            : (Jointly Administered)
                                                                       :
    Debtors.[2]                                     :
                                                                       :
---------------------------------------------------------------------- x

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice* of Mariaelena Gayo-Guitian, orders that:

\_\_\_    The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_    The application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this \_\_\_\_ day of April, 2019.

 

                                                      _____
                                                    HON. LAURA TAYLOR SWAIN
                                                    U.S. District Judge

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).