UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
:
In re:                                                                         :
                                                                               :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                                               :
    as representative of                         :   Case No. 17-BK-3283 (LTS)
                                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,       :   (Jointly Administered)
                                                                               :
    Debtors.[1]                                   :
                                                                               :
---------------------------------------------------------------------------- x

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOHN ARRASTIA, ESQ. & GENOVESE JOBLOVE & BATTISTA, P.A.

COMES NOW, John Arrastia ("Applicant") on behalf of Genovese, Joblove & Battista, P.A. ("GJB") and pursuant to Local Civil Rule 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico and states as follows:

1. The Applicant is an attorney and member of Genovese, Joblove & Battista, P.A., with offices at 100 S.E. 2nd Street, Suite 4400, Miami, Florida 33131.

2. The Applicant makes the request to appear *pro hac vice* on behalf of Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC, to provide legal representation in the above jointly administered cases pending before the United States District Court of Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico.

3. The Applicant will sign all pleadings with the name John Arrastia.

4. Applicant's contact information is:

   John Arrastia, Esq.
   jarrastia@gjb-law.com
   Telephone: (305) 349-2300
   Fax: (305) 428-8832

5. The Applicant is a member in good standing of the bars of the highest court of the State of Florida with bar license number 72461. Applicant has been admitted to practice before the following federal courts: U.S. Court of Appeals, Eleventh Circuit Court; U.S. District Court for the Southern District of Florida, U.S. District Court for the Middle District of Florida, U.S. District Court for the Northern District of Florida and U.S. Bankruptcy Court for the Southern District of Florida.

6. Applicant is not currently suspended from the practice of law before any Court or Jurisdiction and is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

7. During the past three (3) years, applicant has not filed *pro hac vice* admissions in the United States Bankruptcy Court for the District of Puerto Rico.

8. Local counsel of record associated with Applicant in this matter is:

   JAVIER VILARIÑO
   VILARIÑO & ASSOCIATES, LLC
   1519 Ponce de Leon Ave
   First Bank Building, Suite 513
   San Juan, PR 00909
   Telephone: 787-565-9894
   E-mail: jvilarino@vilarinolaw.com

9. Applicant has read the local rules of the United States District Court for the District of Puerto Rico and will comply with the same.

10. In addition, Applicant has read the Local Rules of the United States District

2

Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee has been made contemporaneously with the instant filing.

    **WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States Bankruptcy Court for the District of Puerto Rico for the above-captioned case only.

    Date: April 16, 2019.

                                                                   */s/* John Arrastia_____
                                                                   John Arrastia, Esq.
                                                                   *Counsel for Tradewinds Energy*
                                                                   *Barceloneta, LLC and Tradewinds Energy*
                                                                   *Vega Baja, LLC*,
                                                                   Genovese Joblove & Battista, P.A.
                                                                   100 SE 2nd Street, Suite 4400
                                                                   Miami, FL 33131
                                                                   Telephone: 305-349-2300
                                                                   E-mail: jarrastia@gjb-law.com

    **I HEREBY CERTIFY**, pursuant to Local Rule 83(A)(f), that I consent to the designation of local counsel of record for all purposes.

    Date: April 16, 2019.

                                                      By:    /s/ Javier Vilariño_____
                                                                   Javier Vilariño, Esq.
                                                                   USDC NUM. 223503
                                                                   VILARIÑO & ASSOCIATES, LLC
                                                                   1519 Ponce de Leon Ave
                                                                   First Bank Building, Suite 513
                                                                   San Juan, PR 00909
                                                                   Telephone: 787-565-9894
                                                                   E-mail: jvilarino@vilarinolaw.com

.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I filed this document electronically with the Clerk of the Court using the CM/ECF System, and a copy of the foregoing pleading shall be served via the CM/ECF system to all registered attorneys.

Date: April 16, 2019.

             By: /s/ Javier Vilariño
                Javier Vilariño, Esq.
                USDC NUM. 223503
                VILARIÑO & ASSOCIATES, LLC
                1519 Ponce de Leon Ave
                First Bank Building, Suite 513
                San Juan, PR 00909
                Telephone: 787-565-9894
                E-mail: jvilarino@vilarinolaw.com

.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[2] :
:
---------------------------------------------------------------------- x

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice* of John Arrastia, orders that:

\_\_\_    The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_    The application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this \_\_\_\_ day of April, 2019.

_____
HON. LAURA TAYLOR SWAIN
U.S. District Judge

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).