# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA<br>: Title III |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered) |
| Debtors.¹ | : |

---

## MOTION SUBMITTING DOCUMENTS

**TO THE HONORABLE COURT:**

**COMES NOW** Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC ("Tradewinds"), through the undersigned counsel, who respectfully states and prays as follows:

1. On April 16, 2019, Tradewinds filed Motions to allow John H. Genovese, Jesus M. Suarez, Mariaelena Gayo-Guitian and John Arrastia from the firm Genovese, Joblove & Batista P.A., to appear Pro Hac Vice on the captioned case. [Dkts. 6315,6316,63,17,6318]

2. In order to supplement the Motions, Tradewinds hereby includes as **Exhibit 1** the receipt for the payment of the Pro Hac Vice fees and very respectfully requests this Honorable Court to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

take notice of the foregoing.

**WHEREFORE,** Tradewinds respectfully requests this Honorable Court takes notices of the included attachment.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 17th day of April of 2019

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS SAME DATE, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM, WHICH WILL SEND NOTIFICATION OF SUCH FILING TO ALL REGISTERED CM/ECF PARTICIPANTS.

**Vilariño & Associates, LLC**

*/s/ Javier Vilariño*
Javier Vilariño
USDC NUM. 223593
1519 Ponce de Leon Ave
First Federal Building Suite 513
San Juan, PR 00909
Tel. 787-565-9894
Email: jvilarino@vilarinolaw.com

**Genovese Joblove & Battista, P.A.**

Jesus M. Suarez (*pro hac vice pending*)
John H. Genovese (*pro hac vice pending*)
Mariaelena Gayo-Guitian (*pro hac vice pending*)
John Arrastia (*pro hac vice pending*)
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Telephone: 305-349-2300
E-mail: jsuarez@gjb-law.com
        jgenovese@gjb-law.com
        mguitian@gjb-law.com
        jarrastia@gjb-law.com

***Counsels for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC***

Document Page 3 of 3

Exhibit 1

```
Court Name: District Court
Division: 1
Receipt Number: PRX180060335
Cashier ID: arodrigu
Transaction Date: 04/17/2019
Payer Name: VILARINO-SANTIAGO, JAVIER F.

PRO HAC VICE
 For: VILARINO-SANTIAGO, JAVIER F.
 Case/Party: D-PRX-1-97-NA-006003-002
 Amount:        $300.00
PRO HAC VICE
 For: VILARINO-SANTIAGO, JAVIER F.
 Case/Party: D-PRX-1-97-NA-006003-002
 Amount:        $300.00
PRO HAC VICE
 For: VILARINO-SANTIAGO, JAVIER F.
 Case/Party: D-PRX-1-97-NA-006003-002
 Amount:        $300.00
PRO HAC VICE
 For: VILARINO-SANTIAGO, JAVIER F.
 Case/Party: D-PRX-1-97-NA-006003-002
 Amount:        $300.00

CREDIT CARD
 Amt Tendered:  $1,200.00

Total Due:         $1,200.00
Total Tendered:    $1,200.00
Change Amt:        $0.00

17-3283(LTS) PRO HAC VICE OF
MARIAELENA GAYO-GUITIAN, JOHN H.
GENOVESE, JOHN ARRASTIA & JESUS M.
SUAREZ

THRU: VILARINO-SANTIAGO, JAVIER F.
```