UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

   Debtors. [1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION
AND OBSERVATION OF THE APRIL 18, 2019 HEARING

       The Court will hear oral argument (the "Hearing") in connection with the *Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action* (the "Motion," Docket Entry No. 6305) on **April 18, 2019 at 2:00 p.m. (Atlantic Standard Time)** in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. The Hearing will not be available by teleconference in the courthouse in San Juan, Puerto Rico, but attorneys who have entered an appearance in the Title III proceedings may register to listen in on the proceedings by telephone with CourtSolutions at www.court-solutions.com.

       Counsel who intend to present argument at the Hearing must file an Informative Motion stating their name and the party for which they intend to appear no later than **April 18, 2019 at 9:00 a.m. (Atlantic Standard Time)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

       Other attorneys, members of the press and the general public may attend and observe the Hearing in the New York courtroom. There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen in on the proceedings by telephone. Such attorneys must register with CourtSolutions by **April 187, 2019 at 9:00 a.m. (Atlantic Standard Time**) at www.court-solutions.com and pay the fee established by CourtSolutions. No recording or retransmission of the Hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press.

       SO ORDERED.

Dated: April 17, 2019

                                                                             /s/ Laura Taylor Swain
                                                                             LAURA TAYLOR SWAIN
                                                                             United States District Judge