# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
      Debtors.[1] :
------------------------------------------------------------------------ x

### ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO MOTION FOR ORDER AUTHORIZING COMMITTEE TO PURSUE CERTAIN CAUSES OF ACTION ON BEHALF OF COMMONWEALTH AND GRANTING RELATED RELIEF

Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits With Respect to Motion for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief* (Docket Entry No. 6327, the "Urgent Motion"),[2] seeking leave to exceed the thirty-five (35)

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.

page limit for memoranda of law in support motions set by the Case Management Procedures, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest, and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided.  Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. Movants may exceed the 35-page per-motion page limit set in the Case Management Procedures by filing the Motion of no more than forty (40) pages, exclusive of the cover page, table of contents, table of authorities, signature page, exhibits, and the certificate of service.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

Dated: April 17, 2019

                                            /s/ Laura Taylor Swain
                                            HONORABLE LAURA TAYLOR SWAIN
                                            UNITED STATES DISTRICT JUDGE