




ORIGIN ID:PHKA (561) 368-8041
CHARLES RUTHERFORD
2101 NW CORPORATE BLVD STE 206
BOCA RATON, FL 33431 US
SIGN: CHARLES RUTHERFORD

SHIP DATE: 16APR19
ACTWGT: 0.50 LB
CAD: 107325784/INET4100

BILL SENDER
NO EEI 30.37(a)

TO CLERK OF THE US DISTRICT COUR FOR
THE DISTRICT OF PUERTO RICO
ROOM 150, FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918
(787) 772-3401    REF: SATEF
INV:    DEPT:
PO:

(US)

FedEx Express

TRK# 7749 8034 2887
0430

WED - 17 APR A5
INTL PRIORITY

XQ SIGA

00918
PR-US   SJU

2019 APR 17 PM 3 21
RECEIVED &amp; FILED
CLERK'S OFFICE