UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

              Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 2 OF 2)

    The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 2 of 2)
April 16, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

31. Clairene F. Young Living Trust

32. Nila Gibbs

33. Jeffrey Kravetz

34. Estate of Carol Milroad

35. Estate of Edword Kravetz

36. Katherine L. Stockton TTEE

37. Arvin Crawford

38. Michael J. Serralles

39. Richard A. Matula

40. Robert L. Rae and Machelle L. Rae Revocable Trust UAD

41. Justin J. Karl

42. Douglas A. Pickarts

43. Samantha Blair Goldman Irrev Trust Agreement FBO

44. Joshua David Steinberg Irrev Trust Agreement FBO

45. Rachel Dawn Trobman Irrev Trust Agreement FBO

46. ICBC Financial Services LLC

47. FCO Special Opportunities (A1) LP

48. LMAP 903 Ltd.

49. Fundamental Credit Opportunities Master Fund LP

50. Ann Harris

51. Guillermo L. Martinez

Pro Se Notices of Participation Received by the Court
(Part 2 of 2)
April 16, 2019

    52. GM Security Technologies Inc.

    53. St. James Security Services LLC

    54. Sucesion Isaias F. Martir Soto

    55. Dr. Luis E. Gonzalez

    56. Tomas Correa Acevedo

    57. Ronald Di Pietra and Mia Di Pietra

    58. Gabriel Miranda Ramirez

    59. Laura Plaza

    60. Gabriel Miranda Target

Dated: April 16, 2019