UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X
                                                            :

In re:                                                      :

THE FINANCIAL OVERSIGHT AND         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III
                                                      :

      as representative of                       :  Case No. 17-BK-3283 (LTS)
                                                     :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)
                                                     :

      Debtors.[1]                                         :
------------------------------------------------------------------------ X

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH
ITS SPECIAL CLAIMS COMMITTEE, REGARDING ORDER ON
PROCEDURES FOR ATTENDANCE, PARTICIPATION AND
<u>OBSERVATION OF THE APRIL 18 HEARING</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

      1.      The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), acting through its Special Claims Committee (the "<u>Special Claims Committee</u>"), hereby submits this informative motion in response to the *Court's Order Regarding Procedures for Attendance, Participation and Observation of April 18, 2019 Hearing* [ECF No. 6341] (the "<u>Order</u>"), and respectfully states as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Edward S. Weisfelner, Esq. of BROWN RUDNICK LLP will appear in person on behalf of the Special Claims Committee at the Hearing (as defined in the Order) in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 to address, as necessary, the following matters:

   a) *Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured related to Joint Prosecution of Debtor Causes of Action* (the "Motion") [Docket Entry No. 6305];

   b) Any objections, responses, statements, joinders, or replies to the Motion; and

   c) Any statements made by any party in connection with the Title III cases or any adversary proceeding pending therein.

3. In addition, Mr. Kenneth Suria and Mr. Alberto Estrella of Estrella LLC may also be attending the Hearing, on behalf of the Claims Committee, by telephone via Court Solutions.

[*Remainder of page left intentionally blank*]

WHEREFORE, the Special Claims Committee respectfully requests that the Court take notice of the foregoing.

Dated: April 17, 2019 /s/ Edward S. Weisfelner

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq. (*Pro Hac Vice*)
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
sbest@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

/s/ Kenneth C. Suria

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

00378624.1