UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X :
In re:                                                           :
                                                                 :
THE FINANCIAL OVERSIGHT AND                                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :   Title III
                                                                 :
        as representative of                                     :   Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,                          :   (Jointly Administered)
                                                                 :
        Debtors.                                                 :
-----------------------------------------------------------------X
```

AMENDED[1]
NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN <u>COMMONWEALTH
GENERAL OBLIGATION BONDS</u>

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

      1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information** |
|---|---|
| <u>QUEBRADA BONITA CRL</u><br>Participant Name | EDGARDO MUÑOZ, PSC<br>Firm Name |
| <u>MARICARMEN RAMOS DE SZENDREY</u><br>Contact Person | EDGARDO MUÑOZ<br>Contact Person |
| **mramos@bufetemrsz.com**<br>Email Address | emunozPSC@gmail.com<br>Email Address |

---

[1] This **NOTICE OF PARTICIPATION** amends the notice filed yesterday (Dkt. 6304) in order to include the undersigned as attorney for claimant.

PO BOX 270036  
SAN JUAN PR 00928-2836  

City, State Zip Code  

PUERTO RICO  
Country  

EDGARDO MUÑOZ, PSC  
364 Lafayette  
San Juan, PR 00917-3113  

City, State Zip Code  

PUERTO RICO  
Country  

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

\_\_\_X\_\_\_ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    74514LB63

  (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **( YES )** or NO (please **circle one**).

By: /SGD/ MARICARMEN RAMOS DE SZENDREY  
         Signature

MARICARMEN RAMOS DE SZENDREY  
Print Name

PRESIDENT  
Title (if Participant is not an Individual)


    4/17/2019  
Date

.

The undesigned certifies having served this Amended Notice of Participation via email to the addresses listed in the attached service list

    In San Juan, Puerto Rico, on April 16, 2019

EDGARDO MUÑOZ, PSC
PO Box 360971
San Juan, PR 00936-0971
Tel. (787) 753-3888
Fax (787) 753-1147

**s/ EDGARDO MUÑOZ**
   USDC NO. 125713
emunozPSC@gmail.com

## SERVICE LIST

BROWN RUDNICK LLP
Attn: Edward S. Weisfelner, Esq.
Angela M. Papalaskaris, Esq.
7 Times Square
New York, NY 10036
via
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq.
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
via
sbest@brownrudnick.com

Sunni P. Beville, Esq.
One Financial Center
Boston, MA 02111
via
sbeville@brownrudnick.com

ESTRELLA, LLC
Attn: Alberto Estrella, Esq.
Kenneth C. Suria, Esq.
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
via
agestrella@estrellallc.com
ksuria@estrellallc.com

PAUL HASTINGS LLP
Attn: Luc. A. Despins, Esq.
James R. Bliss, Esq.
Nicholas A. Bassett, Esq.
200 Park Avenue
via
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com

CASILLAS, SANTIAGO & TORRES LLC
Attn: Juan J. Casillas Ayala, Esq.,
Diana M. Batlle-Barasorda, Esq.,
Alberto J. E. Añeses Negrón, Esq.,
Ericka C. Montull-Novoa, Esq.,
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
via
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com