## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>  as representative of<br><br>The Commonwealth of Puerto Rico, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE LAWFUL CONSTITUTIONAL DEBT COALITION REGARDING ITS REQUEST TO BE HEARD AT THE APRIL 18, 2019 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

  The Lawful Constitutional Debt Coalition (the "LCDC")[2] submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of April 18, 2019, Hearing* (Dkt. 6341) (the "Order"), and respectfully states as follows:

  1.  Susheel Kirpalani and Deborah Newman of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for the LCDC, plan to appear at the April 18 Hearing.  Mr. Kirpalani will appear

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The members of the LCDC are the following entities, either as beneficial holders or on behalf of managed funds and accounts: GoldenTree Asset Management LP; Monarch Alternative Capital LP ; Taconic Capital Advisors L.P.; and Whitebox Advisors, LLC.

in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2.     Mr. Kirpalani intends to present argument regarding the *Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action* (Dkt. 6305).

3.     The LCDC reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the rights, claims, or interests of the LCDC.

DATED:  April 17, 2019

Respectfully submitted,

REICHARD & ESCALERA

**By :**   */s/ Rafael Escalera*
      **Rafael Escalera**
      USDC No. 122609
      escalera@reichardescalera.com

      **Sylvia M. Arizmendi**
      USDC-PR 210714
      arizmendis@reichardescalera.com

      **Carlos R. Rivera-Ortiz**
      USDC-PR 303409
      riverac@reichardescalera.com

      **Gustavo A. Pabón-Rico**
      USDC-PR 231207
      pabong@reichardescalera.com

      255 Ponce de León Avenue
      MCS Plaza, 10th Floor
      San Juan, Puerto Rico 00917-1913

QUINN   EMANUEL   URQUHART   &
SULLIVAN, LLP

**Susheel Kirpalani** (*pro hac vice*)
susheelkirpalani@quinnemanuel.com

**K. John Shaffer** (*pro hac vice*)
johnshaffer@quinnemanuel.com

**Daniel Salinas**
USDC-PR 224006
danielsalinas@quinnemanuel.com

**Matthew Scheck** (*pro hac vice*)
matthewscheck@quinnemanuel.com

**Eric Kay** (*pro hac vice*)
erickay@quinnemanuel.com

**Darren M. Goldman** (*pro hac vice*)
darrengoldman@quinnemanuel.com

**Zachary Russell** (*pro hac vice*)
zacharyrussell@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1603


*Co-Counsel for the Lawful Constitutional Debt Coalition*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

*/s/ Carlos R. Rivera-Ortiz*
USDC-PR 303409