**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>                        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**AMBAC ASSURANCE CORPORATION'S INFORMATIVE MOTION REGARDING**
**THE APRIL 18, 2019 HEARING**

Ambac Assurance Corporation ("Ambac") hereby submits this informative motion in compliance with the *Order Regarding Procedures for Attendance, Participation and Observation of the April 18, 2019, Hearing* [Dkt. No. 6341], and respectfully states as follows:

1. Atara Miller and Grant R. Mainland of Milbank LLP will appear on behalf of Ambac at the April 18, 2019 hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2. Ms. Miller and Mr. Mainland will speak in connection with the *Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order By and Among Financial*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1

*Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action* [Dkt. No. 6305].

   3. Ms. Miller and Mr. Mainland also reserve the right to be heard on any matter raised by any party at the hearing related to the Title III cases, or any adversary proceeding pending in the Title III cases, or the interests of Ambac.

   WHEREFORE, Ambac respectfully requests that the Court take notice of the foregoing.

Dated: April 17, 2019
   San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
  Roberto Cámara-Fuertes (USDC-PR No. 219002)
  Sonia Colón (USDC-PR No. 213809)
  221 Ponce de León Avenue, 5th Floor
  San Juan, PR 00917
  Telephone: (787) 766-7000
  Facsimile: (787) 766-7001
  Email: rcamara@ferraiuoli.com
     scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Grant R. Mainland*
  Dennis F. Dunne
  Andrew M. Leblanc
  Atara Miller
  Grant R. Mainland
  (admitted *pro hac vice*)
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5000
  Facsimile: (212) 530-5219
  Email: ddunne@milbank.com
     aleblanc@milbank.com
     amiller@milbank.com
     gmainland@milbank.com

***Attorneys for Ambac Assurance Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com