Hearing Date and Time: April 18, 2019 at 2:00 p.m. AST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
: 
In re: :
 :
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
 :
    as representative of : Case No. 17-BK-3283 (LTS)
 :
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
 :
    Debtors.[1] :
---------------------------------------------------------------------- X

**JOINDER OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, TO THE OMNIBUS REPLY OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF MOTION FOR APPROVAL OF STIPULATION AND AGREED ORDER BY AND AMONG FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ITS SPECIAL CLAIMS COMMITTEE, AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS RELATED TO JOINT PROSECUTION OF DEBTOR CAUSES OF ACTION**

To the Honorable United States District Judge Laura Taylor Swain:

    The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), acting through its Special Claims Committee, (the "Special Claims Committee") hereby submits this joinder to the *Omnibus Reply Of Official Committee Of Unsecured Creditors In Support Of Motion For Approval Of Stipulation And Agreed Order By And Among Financial*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Oversight And Management Board, Its Special Claims Committee, And Official Committee Of Unsecured Creditors Related To Joint Prosecution Of Debtor Causes Of Action,* ECF No. 6381 (the "Reply").

1. On April 16, 2019, the Official Committee of Unsecured Creditors of All Title III Debtors (other than COFINA) (the "Committee"), the Oversight Board, and the Special Claims Committee filed the *Urgent Joint Motion For Entry Of Order Approving Stipulation And Agreed Order By And Among Financial Oversight And Management Board, Its Special Claims Committee, And Official Committee Of Unsecured Creditors Related To Joint Prosecution Of Debtor Causes Of Action*, ECF No. 6305 (the "Motion").

2. On April 17, 2019, several objectors filed Objections[2] to the Motion.

3. On April 18, 2019, the Committee filed the Reply in support of the Motion.

4. The Special Claims Committee hereby joins the Committee's Reply for the reasons set forth in the Reply.

---

[2] The "Objections" are the objections, joinders, and/or reservation of rights filed by the Fee Examiner [Docket No. 6331], the Ad Hoc Group of General Obligation Bondholders (the "GO Group") [Docket No. 6333], certain ERS Bondholders (the "ERS Bondholders") [Docket No. 6334], National Public Finance Guarantee Corporation ("National") [Docket No. 6335], the Oppenheimer Funds ("Oppenheimer") [Docket No. 6336], Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty insurance Company, and Ambac Assurance Corporation (collectively, "Assured") [Docket No. 6337], the Ad Hoc Group of PREPA Bondholders (the "PREPA Bondholders") [Docket No. 6339], and the Lawful Constitutional Debt Coalition ("LCDC") [Docket No. 6348].

WHEREFORE, the Special Claims Committee respectfully requests that the Court enter an order granting the Motion and such other relief as may be just.

Dated: April 18, 2019 */s/ Edward S. Weisfelner*
**BROWN RUDNICK LLP**
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq. (*Pro Hac Vice*)
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
sbest@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

*/s/ Kenneth C. Suria*

**ESTRELLA, LLC**
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

63371056 v1