UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING APRIL 24-25, 2019 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of April 24-25, 2019, Omnibus Hearing* [ECF No. 6240], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth") pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101–2241 ("PROMESA"), respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The Oversight Board will be in attendance in Puerto Rico to present oral argument on any relevant matters at the Omnibus Hearing starting on **April 24, 2019 at 9:30 a.m. (AST)**.

2. Martin J. Bienenstock, Brian S. Rosen, Jeffrey W. Levitan, and/or Laura Stafford be in attendance in Puerto Rico to represent the Oversight Board on (i) the status reports requested by the Court, (ii) the *Puerto Rico Electric Power Authority's Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004, and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements* [Case No. 17-4780, ECF No. 1162], (iii) the *Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Equitably Tolling the Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions* [Case No. 17-3283, ECF No. 6118], (iv) any matters related to claims objections, (v) any matters related to fee applications, and (vi) any other matters scheduled to be heard.

3. Margaret A. Dale will be in attendance in Puerto Rico to represent the Oversight Board on all matters relating to motions to compel relating to ERS and the *Motion of Debtor for Leave to File an Amended and Supplemented Adversary Complaint and Requesting Determination of Count Briefed but Not Decided by Title III Court's Order on Motions for Summary Judgment* [Case No. 17-213, ECF No. 236].

4. Party for which counsel will appear: The Oversight Board.

Dated: April 18, 2019
    New York, NY

Respectfully submitted,

 /s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Steven L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: sratner@proskauer.com
Email: tmungovan@proskauer.com
Email: brosen@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico*