**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING U.S. BANK'S
<u>APPEARANCE AT APRIL 24, 2019 OMNIBUS HEARING</u>**

**PLEASE TAKE NOTICE** that Robin Keller from the New York, New York office of Hogan Lovells US LLP will appear on behalf of U.S. Bank National Association ("<u>USBNA</u>") and U.S. Bank Trust National Association ("<u>USBTNA</u>", and collectively with USBNA, "<u>U.S. Bank</u>"), at the April 24, 2019 omnibus hearing by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. U.S. Bank currently serves as trustee and/or fiscal agent for numerous series of bonds issued by Puerto Rico public issuers,[2] and in this

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] U.S. Bank is the trustee or successor trustee for bonds issued by Puerto Rico Housing Finance Authority (HFA), Puerto Rico Infrastructure Financing Authority (PRIFA), Puerto Rico Public Finance Corporation (PFC), Children's Trust (CT), Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority (AFICA), Puerto Rico Municipal Finance Agency

capacity its legal representatives reserve the right to be heard on any matter raised by any party at the hearing related to: (i) the Title III cases, (ii) any adversary proceeding pending in the Title III cases, or (iii) the interests of U.S. Bank including, but not limited to the *Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds* **[Dkt. No. 6104]** and the *Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of An Order Equitably Tolling the Time Prescribed by 11 U.S.C. §546 to Bring Certain Avoidance Actions* **[Dkt. No. 6118]**.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 18th day of April, 2019.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

[*Remainder of page left intentionally blank*]

---

(MFA), Puerto Rico Industrial Development Company (PRIDCO), and the fiscal agent for Public Buildings Authority, and trustee for PREPA (represented by other counsel).

Dated: April 18, 2019 By: */s/ Eric A. Tulla*

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Robin E. Keller, Esq.
Pieter Van Tol, Esq.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
pieter.vantol@hoganlovells.com

*Counsel to U.S. Bank National Association and U.S. Bank Trust National Association*