UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

Set: 2:00 PM (EST)
Started: 2:05 PM (EST)
Ended: 4:15 PM (EST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**  DATE: April 18, 2019

COURTROOM DEPUTY: Lisa Ng

COURT REPORTER: Lisa Fells

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br><br>(Jointly Administered) |

1. ORAL ARGUMENT HELD in connection with the *Urgent Joint Motion for Entry of Order approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action* (Motion Docket Entry No. 6305).

    a. Ad Hoc Group of General Obligation Bondholders ("GO Group") request to be given until 600 p.m. on Saturday, April 20, 2019, to file their reply in support of the Conditional Omnibus Objection Procedures.

       - Request is granted.

    b. Opposition papers to the UUC's Limited Motion is due by 12:00 noon, Saturday, April 20, 2019.

       - Request is granted.

    c.      Special Claims Committee request for authorization of an email distribution of confidential material and then a formal application will be made on Monday for the sealing of confidential materials.

- Request is granted.

/s/ Lisa Ng
Lisa Ng
Courtroom Deputy