# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

————————————————————— x
)
In re: )
)                                                    PROMESA
)                                                    Title III
THE FINANCIAL OVERSIGHT AND )
MANAGEMENT BOARD FOR PUERTO RICO, )
)                                                    Case No. 3:17-bk-03283 (LTS)
as representative of )
)
THE COMMONWEALTH OF PUERTO RICO, *et al.*, )
)
Debtors. )
)
————————————————————— x
)
In re: )
)
)                                                    PROMESA
THE FINANCIAL OVERSIGHT AND )                        Title III
MANAGEMENT BOARD FOR PUERTO RICO )
)
as representative of )                               Case No. 3:17-bk-03566 (LTS)
)
)
THE EMPLOYEES RETIREMENT SYSTEM OF THE )
GOVERNMENT OF THE COMMONWEALTH OF )
PUERTO RICO, )
)
Debtor. )
)
------------------------------------------------------------------ x

### ORDER GRANTING THE URGENT JOINT MOTION REGARDING THE SCHEDULING OF DISCOVERY BRIEFING AND DISCOVERY HEARING IN CONNECTION WITH THE MOTION OF CERTAIN SECURED CREDITORS OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE <u>COMMONWEALTH OF PUERTO RICO FOR RELIEF FROM THE AUTOMATIC STAY</u>

This matter is before the Court on the *Urgent Joint Motion Regarding the Scheduling of Discovery Briefing and Discovery Hearing in Connection with the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Dkt. No. 454 in Case No. 17-BK-3566; Dkt. No. 6397 in

1

Case No. 17-BK-3283) (the "Urgent Motion").  Through the Urgent Motion, the Bondholders[1], the Commonwealth, ERS, AAFAF, and the FOMB seek an order (i) partially modifying the briefing schedule and (ii) changing the hearing date and location in connection with certain discovery matters concerning the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Dkt. No. 289 in Case No. 17-BK-3566; Dkt. No. 3418 in Case No. 17-BK-3283).  Taking notice of the agreement among the Parties, and finding good cause for the requested relief, the Court hereby ALLOWS the Urgent Motion.  The Court's previous scheduling orders in this matter are modified in accordance with the following:

1.      The reply in support of the Bondholders' motion to compel regarding privileges other than the deliberative process and executive privilege shall be due by **5:00 p.m. on Monday, April 22, 2019**.

2.      The opposition to the Bondholders' motion to compel regarding the deliberative process and executive privilege shall be due by **12:00 p.m. on Monday April 22, 2019**.

3.      The Bondholders' reply in support of the motion to compel regarding the deliberative process and executive privilege shall be due by **10:00 a.m. on Friday, April 26, 2019**.

4.      The opposition to the Bondholders' motion for protective order shall be due by **5:00 p.m. on Monday, April 22, 2019**.

5.      The Bondholders' reply in support of their motion for protective order shall be due by **11:59 p.m. on Thursday, April 25, 2019**.

6.      The hearing on the foregoing motions will no longer be held at the omnibus hearing in San Juan, Puerto Rico, and **will instead be held at the United States District Court for the**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Urgent Motion.

2

**District of Massachusetts in Boston on Wednesday, May 1, 2019 at 11:00 a.m.**  The hearing will be available by video teleconference in the United States District Court for the District of Puerto Rico.  Counsel who intend to present oral argument at the hearing are required to attend the proceedings in the Massachusetts courtroom.  A more detailed procedures order will follow.

7.      All other deadlines in the Court's orders dated March 15, 2019 (Dkt. No. 393 in Case No. 17-BK-3566; Dkt. No. 5712 in Case No. 17-bk-03283) and April 16, 2019 (Dkt. No. 445 in Case No. 17-BK-3566; Dkt. No. 6294 in Case No. 17-BK-3283) remain unchanged.

8.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.


This order resolves Dkt. No. 454 in Case No. 17-BK-3566 and Dkt. No. 6397 in Case No. 17-BK-3283.


SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: April 19, 2019