## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

## PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE APRIL 24-25, 2019 OMNIBUS HEARING

The undersigned, counsel to Peaje Investments LLC ("Peaje"), a party-in-interest in the above-captioned Title III cases, hereby submits this Informative Motion in response to the Court's April 15 Order (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 6240]) (the "Order") concerning attendance at the April 24-25 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Dora L. Monserrate Peñagarícano and/or Richard J. Schell of the firm Monserrate Simonet & Gierbolini, LLC will attend the Hearing in the San Juan courtroom and reserve the right to present argument with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's interests.  In addition, Allan S. Brilliant and/or G. Eric Brunstad, Jr.

and/or Stuart T. Steinberg of Dechert LLP reserve the right to attend the Hearing in the New

York courtroom and present argument with respect to any agenda item and respond as necessary

to any statements made by any party which implicate Peaje's interests.

**RESPECTFULLY SUBMITTED**, this 19th day of April, 2019.

**MONSERRATE SIMONET &**                **DECHERT LLP**
**GIERBOLINI, LLC**

                                         _/s/ Allan S. Brilliant_____
Dora L. Monserrate Peñagarícano         Allan S. Brilliant (*pro hac vice)*
USDC-PR No. 212612                      G. Eric Brunstad, Jr. (*pro hac vice*)
101 San Patricio Avenue                 1095 Avenue of the Americas
Maramar Plaza, Suite 1120               New York, New York 10036
Guaynabo, Puerto Rico 00968
Phone:      (787) 620-5300
Fax:        (787) 620-5305


*Attorneys for Peaje Investments LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 19th day of April 2019, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to

all counsel of record of such filing.

Dated: April 19, 2019

*/s/ Brett Stone*_____

By: Brett Stone
Title: Paralegal, Dechert LLP
