# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                               Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 6240** |

## INFORMATIVE MOTION OF THE AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF APRIL 24-25, 2019, OMNIBUS HEARING

The Ad Hoc Group of Constitutional Debtholders (the "Ad Hoc Group")[1] hereby files this Informative Motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of the April 24-25, 2019, Omnibus Hearing* [Dkt. No. 6240].

Andrew Kissner of Morrison & Foerster LLP ("Morrison & Foerster") intends to appear and, to the extent necessary, present argument at the April 24-25, 2019 omnibus hearing on behalf of the Ad Hoc Group in connection with any matters relating to the *Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds* [Dkt. No. 6099] filed by the Ad Hoc Group of General Obligation Bondholders, in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

An attorney from G. Carlo-Altieri Law Offices, LLC also intends to attend the omnibus

---

[1] *See Third Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Dkt. No. 6067].

ny-1605493

hearing on behalf of the Ad Hoc Group.

Counsel will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title II proceedings.

Date: April 19, 2019

By: /s/ Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
gacarlo@carlo-altierilaw.com

By: /s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
loomislegal@gmail.com

**G. CARLO-ALTIERI LAW OFFICES, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Fax: (787) 919-0527

-and-

By: /s/ James M. Peck
James M. Peck (admitted *pro hac vice*)
Gary S. Lee (admitted *pro hac vice*)

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JPeck@mofo.com
GLee@mofo.com

*Counsel for the Ad Hoc Group of Constitutional Debtholders*