**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**Re: ECF No. 6240** |

**INFORMATIVE MOTION REGARDING ATTENDANCE AT**
**APRIL 24-25, 2019 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on April 15, 2019 [ECF No. 6240].

2. Peter Friedman of O'Melveny & Myers LLP intends to appear in person in the San Juan courtroom at the Hearing, and seeks to be heard in connection with the *Motion of Official*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

*Committee of Unsecured Creditors for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief* [ECF No. 6325 of Case No. 17-03283].

3. Diana Pérez of O'Melveny & Myers LLP intends to appear in person in the San Juan courtroom at the Hearing, and seeks to be heard in connection with the *Marrero Plaintiff's Motion for Relief from Automatic Stay* [ECF No. 1074 of Case No. 17-04780].

4. Suzzanne Uhland and John J. Rapisardi of O'Melveny & Myers LLP intend to appear in person in the San Juan courtroom at the Hearing and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent they impact the interests of AAFAF or the elected government of Puerto Rico or any instrumentality thereof.

5. Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC intends to appear in person in the San Juan courtroom at the Hearing, and seeks to be heard in connection with the following:

(i) *Fee Examiner's Fourth Interim Report on Presumptive Standards Motion and on Professional Fees and Expenses (June 1, 2018-September 30, 2018)* [ECF No. 5409 of Case No. 17-03283];

(ii) *Informative Motion of the Fee Examiner Submitting Revised Proposed Order Awarding Fourth Interim Compensation and, in Addition, Revised Proposed Order Imposing Additional Presumptive Standards)* [ECF No. 5591 of Case No. 17-03283];

(iii) *Fee Examiner's Supplemental Report and Status Report on Presumptive Standards Motion and on Uncontested Interim Fee Applications Recommended for Court*

>*Approval at or Before the Omnibus Hearing Scheduled for April 24, 2019 at 9:30 A.M. (AST)* [ECF No. 6374 of Case No. 17-03283].

6. Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC intends to appear in person at the Hearing in the San Juan courtroom but does not seek to be heard.

Dated: April 19, 2019
      San Juan, Puerto Rico

Respectfully submitted,

<u>/s/ John J. Rapisardi</u>
John J. Rapisardi
Suzzanne Uhland
Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

<u>/s/ Luis C. Marini-Biaggi</u>
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*