# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION AND NOTICE OF REQUEST
## TO BE HEARD AT APRIL 24-25, 2019 OMNIBUS HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding Procedures For Attendance, Participation And Observation Of April 24-25, 2019, Omnibus Hearing* [ECF No. 6240], the Commonwealth Bondholder Group respectfully states as follows:

1.    Donald S. Bernstein of Davis Polk & Wardwell LLP ("Counsel") will appear on behalf of the Commonwealth Bondholder Group in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2.    Counsel will be prepared to respond to any matters raised by the Court and reserves the right to be heard on any matter presented to the Court or to any statements made by

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

[*The remainder of this page is intentionally left blank.*]

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

Dated: April 19, 2019                                                    Respectfully submitted,

| | |
|---|---|
| /s/ José L. Ramírez-Col | /s/ Donald S. Bernstein |
| José L. Ramírez-Coll | Donald S. Bernstein (admitted *pro hac vice*) |
| USDC-PR No. 221702 | Brian M. Resnick (admitted *pro hac vice*) |
| Salvador Antonetti-Zequeira | Marc J. Tobak (admitted *pro hac vice*) |
| USDC-PR No. 113910 | Angela M. Libby (admitted *pro hac vice*) |
| ANTONETTI, MONTALVO & RAMÍREZ-COLL | DAVIS POLK & WARDWELL LLP |
| P.O. Box 13128 | 450 Lexington Avenue |
| San Juan, PR 00908 | New York, NY 10017 |
| Telephone: (787) 977-0303 | Telephone: (212) 450-4000 |
| Email: jramirez@amrclaw.com | Facsimile: (212) 701-5800 |
| santonet@amrclaw.com | Email: donald.bernstein@davispolk.com |
| | brian.resnick@davispolk.com |
| | marc.j.tobak@davispolk.com |
| | angela.libby@davispolk.com |

*Counsel to the Commonwealth Bondholder Group*

3