# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### AMENDED INFORMATIVE MOTION AND NOTICE OF REQUEST
### TO BE HEARD AT APRIL 24-25, 2019 OMNIBUS HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of April 24-25, 2019 Omnibus Hearing* (Dkt. No. 6240), the Ad Hoc Group of General Obligation Bondholders (the "GO Group")[2] hereby respectfully states as follows:

1.     Mark T. Stancil and Donald Burke of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will appear on behalf of the GO Group in Courtroom 3 of the United States District

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

[2] Members of the GO Group file this informative motion exclusively on their own behalves and do not assume any fiduciary or other duties to any other creditor or person.

Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2. Messrs. Stancil and Burke request leave to be heard regarding the: (a) *Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds*, Dkt. No. 6104; (b) *Notice of Hearing and Motion of Individual General Obligation Bondholder To Order The Appointment Of A Committee For Individual And Other Modest-Sized Bondholders*, Dkt. No. 6128; (c) *Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action*, Dkt. No. 6305; and (d) *Motion of Official Committee of Unsecured Creditors for Order Authorizing Committee To Pursue Certain Causes of Action on Behalf of Commonwealth And Granting Related Relief*, Dkt. No. 6325.

3. Counsel will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

| | |
|---|---|
| Dated: April 21, 2019 | Respectfully submitted, |
| /s/ Ramón Rivera Morales | /s/ Mark T. Stancil |
| J. Ramón Rivera Morales | Lawrence S. Robbins (admitted *pro hac vice*) |
| USDC-PR Bar No. 200701 | Gary A. Orseck (admitted *pro hac vice*) |
| Andrés F. Picó Ramírez | Kathryn S. Zecca (admitted *pro hac vice*) |
| USDC-PR Bar No. 302114 | Mark T. Stancil (admitted *pro hac vice*) |
| JIMÉNEZ, GRAFFAM & LAUSELL | Donald Burke (admitted *pro hac vice*) |
| P.O. Box 366104 | ROBBINS, RUSSELL, ENGLERT, ORSECK, |
| San Juan, PR 00936 | UNTEREINER & SAUBER LLP |
| Telephone: (787) 767-1030 | 2000 K Street, N.W., 4th Floor |
| Facsimile: (787) 751-4068 | Washington, DC 20006 |
| Email: rrivera@jgl.com | Telephone: (202) 775-4500 |
| | Facsimile: (202) 775-4510 |
| | Email: mstancil@robbinsrussell.com |
| | /s/ Andrew N. Rosenberg |
| | Andrew N. Rosenberg (admitted *pro hac vice*) |
| | Karen R. Zeituni (admitted *pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | Email: arosenberg@paulweiss.com |

*Counsel to the Ad Hoc Group of General Obligation Bondholders*