**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**STIPULATED ORDER EXTENDING**
**THE ADMINISTRATIVE BAR DATE FOR CERTAIN CLAIMANTS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

This matter having come before the Court by the *Notice of Presentment of Stipulated Order Extending the Administrative Bar Date for Certain Claimants* (Docket Entry No. 6227 in Case No. 17-3283 and Docket Entry No. 629 in Case No. 17-3284), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Debtors, and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent and financial advisor of the Debtor, for the entry of an this stipulated order (the "Order") extending the deadline for filing proofs of, or requests for, payment of Administrative Expense Claims, which is currently April 13, 2019 (the "Administrative Bar Date") for Bonistas del Patio, Inc. ("Bonistas") and Internal Revenue Service ("IRS," and along with Bonistas, the "Claimants") and good cause having been shown;[2]

**NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED:**

1. The Administrative Bar Date shall be extended to June 30, 2019 for the Claimants.

2. The Debtors reserve all rights to seek further extensions of the Administrative Bar Date in the future and further reserve all rights to object to any and all claims filed.

3. The Claimants reserve all rights to take the position that any claim asserted or assertable by them (a) is not subject to the Administrative Bar Date and (b) is not subject to any requirement to file a proof of, or request for, payment thereof.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the *Third Amended Title III Plan of Adjustment for Puerto Rico Sales Tax Financing Corporation* [Case No. 17-3284, Docket No. 436] (the "Plan").

  5.  This Order resolves Docket Entry No. 6227 in Case No. 17-3283 and Docket Entry No. 629 in Case No. 17-3284.

Dated: April 22, 2019         /s/ Laura Taylor Swain
                HONORABLE LAURA TAYLOR SWAIN
                UNITED STATES DISTRICT JUDGE