# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------------------- x
                                                          :
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :   Title III
                                                          :
          as representative of                            :   Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO, et al.,                  :   (Jointly Administered)
                                                          :
          Debtors.¹                                       :
--------------------------------------------------------------------- x
```

**JOINDER OF DORAL FINANCIAL CORPORATION, ACTING THROUGH DORAL FINANCIAL CREDITORS' TRUST, SERVICE EMPLOYEES INTERNATIONAL UNION, AND TRADEWINDS ENERGY BARCELONETA, LLC IN URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 926(a) AND BANKRUPTCY RULE 9006, ESTABLISHING (I) PROCEDURES WITH RESPECT TO DISCLOSURE OF AVOIDANCE ACTIONS TO BE ASSERTED BY OVERSIGHT BOARD, AND (II) EXPEDITED BRIEFING SCHEDULE FOR POTENTIAL REQUEST <u>TO APPOINT TRUSTEE UNDER BANKRUPTCY CODE SECTION 926(a)</u>**

To the Honorable United States District Judge Laura Taylor Swain:

Doral Financial Corporation, acting through the Doral Financial Creditors' Trust, Service

Employees International Union, and Tradewinds Energy Barceloneta, LLC (collectively, the

"<u>Joining Parties</u>")² hereby join in the *Urgent Motion of Official Committee of Unsecured*

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

[2]   The Joining Parties are members of the Committee (as defined below) and creditors of one or more of the Debtors.

*Creditors for Order, Under Bankruptcy Code Sections 105(a) and 926(a) and Bankruptcy Rule 9006, Establishing (I) Procedures with Respect to Disclosure of Avoidance Actions to be Asserted by Oversight Board, and (II) Expedited Briefing Schedule for Potential Request to Appoint Trustee Under Bankruptcy Code Section 926(a)* [Docket No. 5997] (the "Motion"), as of the date of filing of the Motion.

1.      On March 25, 2019 the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee") filed the Motion, in which it requested, among other things, entry of an order establishing procedures with regard to the disclosure of certain causes of action to be asserted by the Financial Oversight and Management Board for Puerto Rico, and establishing an expedited briefing schedule for the Committee to file a motion for appointment of a trustee to pursue debtor causes of action.

2.      The Joining Parties hereby join, as of the date of filing of the Motion, in the Committee's Motion for the reasons set forth in the Motion.

[<em>Remainder of page intentionally left blank.</em>]

Dated:  April 22, 2019

*/s/ John Arrastia* _____
John H. Genovese, Esq. (*Pro Hac Vice*)
John Arrastia, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)
GENOVESE JOBLOVE & BATTISTA, P.A
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
jgenovese@gjb-law.com
jarrastia@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com

*Counsel to Tradewinds Energy Barceloneta, LLC*


*/s/ Javier Vilariño* _____
Javier Vilariño, Esq. USDC - PR 223503
VILARIÑO & ASSOCIATES, LLC
1519 Ponce de Leon Ave
First Bank Building, Suite 513
San Juan, PR 00909
Tel: 787-565-9894
jvilarino@vilarinolaw.com

*Local Counsel to Tradewinds Energy Barceloneta,
LLC*


*/s/ Peter D. DeChiara* _____
Richard M. Seltzer, Esq.
Peter D. DeChiara, Esq.
Marie B. Hahn, Esq.
COHEN, WEISS AND SIMON LLP
900 Third Avenue
New York, New York 10022-4869
Tel.: (212) 563-4100
Fax: (646) 473-8216
rseltzer@cwsny.com
pdechiara@cwsny.com
mhahn@cwsny.com

*Counsel to the Service Employees International
Union*

*/s/ Miguel Simonet-Sierra*
Miguel Simonet-Sierra, Esq.
MONSERRATE, SIMONET & GIERBOLINI, LLC
101 Ave. San Patricio
Maramar Plaza, Suite 1120
Guaynabo, Puerto Rico 00968
Tel.: (787) 620-5300
msimonet@msglawpr.com

*Local Counsel to the Service Employees International
Union*

*/s/ Juan C. Salichs*
SALICHS POU & ASSOCIATES PSC
P.O. Box 195553
San Juan, PR 00919-5553
Attn: Juan C. Salichs
USDC-PR Bar No. 211610
Telephone: 787-449-6000
Email: jsalichs@splawpr.com

*Counsel to Doral Financial Corporation, acting
through Doral Financial Creditors' Trust*