# Exhibit A-H

Documents have been designated as Confidential by Movants and therefore have been provisionally lodged under seal pursuant to the provisions of paragraph 11 of the Stipulated Protective Order entered in Case No. 17 AP 213-LTS [ECF Nos. 60-61].