# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :
MANAGEMENT BOARD FOR PUERTO RICO,                   :     PROMESA
                                                    :     Title III
    as representative of                              :
                                                    :     Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :
                                                    :     (Jointly Administered)
    Debtors.[1]                                       :

-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, I served a true and exact copy of the document titled: *Joinder of Doral Financial Corporation, Acting Through Doral Financial Creditors' Trust, Service Employees International Union, and Tradewinds Energy Barceloneta, LLC in Urgent Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Code Sections 105(a) and 926(a) and Bankruptcy Rule 9006, Establishing (I) Procedures With Respect to Disclosure of Avoidance Actions to be Asserted by Oversight Board, and (II) Expedited Briefing Schedule for Potential Request to Appoint Trustee Under Bankruptcy Code Section 926(a)* [Docket No. 6433] on the following parties,

• Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;
    • All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the Eighth Amended Notice Case Management and Administrative Procedures (Docket Number 4866-1), for whom service is allowed in this manner; and
    • All parties listed in the Master Service List as of April 8, 2019, (Docket Number 6142), for which an e-mail address has not been provided, by U.S. mail. All other parties in the Master Service List as of April 8, 2019, (Docket Number 6142), for which an e-mail address was provided, by e-mail.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I have filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to the CM/ECF participants.

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this April 22, 2019.

/s/ Juan C. Salichs
SALICHS POU & ASSOCIATES PSC
P.O. Box 195553
San Juan, PR 00919-5553
Attn: Juan C. Salichs
USDC-PR Bar No. 211610
Telephone: 787-449-6000
Email: jsalichs@splawpr.com

*Counsel to Doral Financial Corporation acting through Doral Financial Creditors' Trust*