## EXHIBIT 1

### TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
### FROM FEBRUARY 13, 2019 THROUGH APRIL 12, 2019

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Maria D. Pagan-Beauchamp, et al v. Municipio de San Juan, et al.,*<br><br>Case No. KDP2016-0562<br><br>Puerto Rico Court of First Instance<br><br>Tort Action | Maria E. Desiree Pagan-Beauchamp, Antonio C. Pou-Martinez and the conjugal partnership comprised by them. | PREPA | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Requesting Parties and PREPA to engage in settlement discussions in connection with the Prepetition Action; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment, injunction, and any claims for money damages, and provisional remedies against PREPA or any other Title III Debtor. | February 25, 2019 |
| 2. | *Carmen Vázquez Carmona v. Commonwealth of PR,*<br><br>Case No. 16 -1846 (BJM)<br><br>U.S. District Court (D.P.R.)<br><br>IDEA Case | Carmen Vázquez Carmona and her minor son CEV | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow Movants to enforce this Stipulation and seek payment of the Settlement Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other aspects to the Prepetition Action including, but no limited to, the execution and enforcement of any judgment for damages and provisional remedies. | March 7, 2019 |
| 3. | *ACT v. Marta Rosario Fernández Stiehl, Víctor Alejandro Fernández Stiehl y Vivianne Marie García Fernández,*<br><br>Case No. K EF1992-0040 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Marta Rosario Fernández Stiehl, Víctor Alejandro Fernández Stiehl and Vivianne Marie García Fernández | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to allow HTA to make two (2) payments in the amount of $500,000.00 each, in the manner specified in Paragraph 2 below, in satisfaction of HTA's obligations pursuant to the Prepetition Stipulation (the "Settlement Payments"); provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment or the Prepetition Stipulation (except as expressly provided in this Stipulation) and any claims for | April 3, 2019 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | | | | money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement the Settlement Payments. | |
| 4. | *Héctor Serrano Mangual v. AEE,*<br><br>Case No. K DP14-0803<br><br>Case No. SJ2016CV00107<br><br>Puerto Rico Court of First Instance<br><br>Employment Action | Hector Serrano Mangual | PREPA | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Requesting Party to seek to dismiss, with prejudice, the Prepetition Actions, and for the State Court to dismiss, with prejudice, the Prepetition Actions; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment, injunction, and any claims for money damages, and provisional remedies against PREPA or any other Title III Debtor | April 8, 2019 |
| 5 | *Janet Vázquez Velázquez et als. v. Puerto Rico Highways and Transportation Authority,*<br><br>Case No. 15-1727 (MEL)<br><br>U.S. District Court (D.P.R.)<br><br>Civil Rights Action | Sixty (60) Plaintiffs in Prepetition Action | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the District Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor. | April 10, 2019 |