## EXHIBIT 2

## TITLE III STAY MODIFICATIONS AGREED TO BY THE COMMONWEALTH[1]

A.  Description of Title III Stay Modification (Puerto Rico Court Proceeding)

As of April 12, 2019, the Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to final judgment before the Prepetition Court, Court of Appeals of Puerto Rico, and Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor.

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 1 | LESLIE OCASIO ET AL V. DEPARTAMENTO DE AGRICULTURA<br><br>CASE NO:<br>NSCI2001-0036<br><br>PUERTO RICO COURT OF FIRST INSTANCE<br><br>EMPLOYMENT ACTION | 197 PLAINTIFFS IN PREPETITION ACTION | Commonwealth |

B.  Description of Title III Stay Modification (CASP or Similar Proceedings)

As of April 12, 2019, the Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed before the Administrative Agency of Puerto Rico (Commission for Appeals of Public Service or its successor entity), similar administrative process or the State Courts of Puerto Rico through final resolution or judgment, including any appeal rights parties may have (a "Disposition"), whether it is an award, administrative decision, judicial decision or settlement, and to the extent that a Disposition of a Prepetition Action provides for equitable relief, including reinstatement, reclassification or prospective wage adjustment and fringe benefits, it shall not be subject to any challenge based on the application of the automatic stay; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against the Commonwealth or any other Title III Debtor.

---

[1]  Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Ninth Omnibus Motion for Approval of Modifications of the Automatic Stay*.

"Prepetition Action" shall mean the action identified in the column, "Case Information."

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 1 | BELINDA TORRES CARRERAS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2260<br>(CASP)<br><br>ANULLMENT OF APPOINTMENT | BELINDA TORRES CARRERAS | Commonwealth |
| 2 | OMALIS MORALES RAMOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2261<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | ADA L. RODRIGUEZ SOTO | Commonwealth |
| 3 | LOURDES SANTOS ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2262<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | LOURDES SANTOS ORTIZ | Commonwealth |
| 4 | DORIS DE LOURDES PORTO TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2263<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | DORIS DE LOURDES PORTO TORRES | Commonwealth |
| 5 | MYRNA TORRES BERRIOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2266<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | MYRNA TORRES BERRIOS | Commonwealth |
| 6 | CARMEN M. ROLON ORTEGA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2363<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | CARMEN M. ROLON ORTEGA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 7 | JANNETTE SOLIS RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2364<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | JANNETTE SOLIS RIVERA | Commonwealth |
| 8 | JANNIRE LEBRON DAVILA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2365<br>(CASP)<br><br>ANNULLMENT OF APPOINTMENT | JANNIRE LEBRON DAVILA | Commonwealth |
| 9 | JESSICA HUERTAS SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2366<br><br>ANNULLMENT OF APPOINTMENT | JESSICA HUERTAS SANTIAGO | Commonwealth |
| 10 | GLORIA RAMIREZ DIAZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2458<br><br>ANNULLMENT OF APPOINTMENT | GLORIA RAMIREZ DIAZ | Commonwealth |
| 11 | JOSÉ LUIS VELAZQUEZ ROSADO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2459<br><br>ANNULLMENT OF APPOINTMENT | JOSÉ LUIS VELAZQUEZ ROSADO | Commonwealth |
| 12 | MARÍA DEL S. BONILLA HERNÁNDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2461<br><br>ANNULLMENT OF APPOINTMENT | MARÍA DEL S. BONILLA HERNÁNDEZ | Commonwealth |
| 13 | NILDA RUIZ RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-10-2462<br><br>ANNULLMENT OF APPOINTMENT | NILDA RUIZ RIVERA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 14 | MIRIAM M. RODRIGUEZ TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-10-2462<br><br>ANNULLMENT OF APPOINTMENT | MIRIAM M. RODRIGUEZ TORRES | Commonwealth |
| 15 | EDNA SOTO CERVANTES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-11-0509<br><br>ALLOWANCE PAYMENTS | EDNA SOTO CERVANTES | Commonwealth |
| 16 | MIRTA BURGOS CARABALLO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-11-0513<br><br>ALLOWANCE PAYMENTS | MIRTA BURGOS CARABALLO | Commonwealth |
| 17 | MARTA PEREZ ACEVEDO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-11-0513<br><br>ALLOWANCE PAYMENTS | MARTA PEREZ ACEVEDO | Commonwealth |
| 18 | TERESA RIVERA VALENTIN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-11-0515<br><br>ALLOWANCE PAYMENTS | TERESA RIVERA VALENTIN | Commonwealth |
| 19 | JULIE A. RENTA RAMIREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-11-0516<br><br>ALLOWANCE PAYMENTS | JULIE A. RENTA RAMIREZ | Commonwealth |
| 20 | MARI OLGA JUSINO RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-11-0517<br><br>ALLOWANCE PAYMENTS | MARI OLGA JUSINO RIVERA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 21 | VANESSA RODRIGUEZ VAZQUEZTELL V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0517<br><br>ALLOWANCE PAYMENTS | VANESSA RODRIGUEZ VAZQUEZTELL | Commonwealth |
| 22 | VANESSA RODRIGUEZ VAZQUEZTELL V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0518<br><br>ALLOWANCE PAYMENTS | VANESSA RODRIGUEZ VAZQUEZTELL | Commonwealth |
| 23 | LUZ E. RIVERA MERCADO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0519<br><br>ALLOWANCE PAYMENTS | LUZ E. RIVERA MERCADO | Commonwealth |
| 24 | JEANNETTE RAMIREZ DE JESÚS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0520<br><br>ALLOWANCE PAYMENTS | JEANNETTE RAMIREZ DE JESÚS | Commonwealth |
| 25 | RITA A. SANTOS ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-0939<br><br>RECLASSIFICATION | RITA A. SANTOS ORTIZ | Commonwealth |
| 26 | LUZ C. TIRADO LEBRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1071<br><br>RECLASSIFICATION AND MISCLASSIFICATION | LUZ C. TIRADO LEBRON | Commonwealth |
| 27 | BRENDA L. RODRIGUEZ ORSINI V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1072<br><br>RECLASSIFICATION AND MISCLASSIFICATION | BRENDA L. RODRIGUEZ ORSINI | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 28 | MARIBEL MATTEI CORREA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1073<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MARIBEL MATTEI CORREA | Commonwealth |
| 29 | DELSY MUÑIZ ROSA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1074<br><br>RECLASSIFICATION AND MISCLASSIFICATION | DELSY MUÑIZ ROSA | Commonwealth |
| 30 | ELIKA A. IRIZARRY OTERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1075<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ELIKA A. IRIZARRY OTERO | Commonwealth |
| 31 | ERICA M. SOTO RUIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1077<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ERICA M. SOTO RUIZ | Commonwealth |
| 32 | NATALIA GONZALEZ ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-11-1079<br><br>RECLASSIFICATION AND MISCLASSIFICATION | NATALIA GONZALEZ ORTIZ | Commonwealth |
| 33 | ANA L. LOYO ALICEA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-0007<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ANA L. LOYO ALICEA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 34 | MILTON GARCIA VELEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-0008<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MILTON GARCIA VELEZ | Commonwealth |
| 35 | GADIER TORRES SOTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-0010<br><br>RECLASSIFICATION AND MISCLASSIFICATION | GADIER TORRES SOTO | Commonwealth |
| 36 | ELIZABETH RODRIGUEZ CASTRO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-0011<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ELIZABETH RODRIGUEZ CASTRO | Commonwealth |
| 37 | ARMANDO FELICIANO GAUTIER V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-1533<br><br>IMPROPER WAGE PAYMENTS | ARMANDO FELICIANO GAUTIER | Commonwealth |
| 38 | JANICE TORRES SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-1544<br><br>RECLASSIFICATION AND MISCLASSIFICATION | JANICE TORRES SANTIAGO | Commonwealth |
| 39 | MARLENE RODRÍGUEZ TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-12-2258<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MARLENE RODRÍGUEZ TORRES | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 40 | MARGARITA GONZALEZ ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-12-2260<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MARGARITA GONZALEZ ORTIZ | Commonwealth |
| 41 | CARMEN MARTINEZ CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-13-0517<br><br>CLASSIFICATION AND MISCLASSIFICATION | CARMEN MARTINEZ CRUZ | Commonwealth |
| 42 | JEANNETTE SERRANO RIOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-13-0564<br><br>CLASSIFICATION AND MISCLASSIFICATION | JEANNETTE SERRANO RIOS | Commonwealth |
| 43 | EFRAIN LOPEZ BULTRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-13-0622<br><br>RECLASSIFICATION AND MISCLASSIFICATION | EFRAIN LOPEZ BULTRON | Commonwealth |
| 44 | JULIA GOMEZ VEGA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-13-0626<br><br>RECLASSIFICATION AND MISCLASSIFICATION | JULIA GOMEZ VEGA | Commonwealth |
| 45 | CINDY VAZQUEZ BORRERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-14-0012<br><br>RECLASSIFICATION AND MISCLASSIFICATION | CINDY VAZQUEZ BORRERO | Commonwealth |
| 46 | MILAGROS MENDEZ ARVELO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-14-0044<br><br>WAGES | MILAGROS MENDEZ ARVELO | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 47 | MARITZA NIEVES TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0045<br><br>WAGES | MARITZA NIEVES TORRES | Commonwealth |
| 48 | IRMA IRIS RAMOS SOTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0046<br><br>WAGES | IRMA IRIS RAMOS SOTO | Commonwealth |
| 49 | JANICE TORRES SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0050<br><br>WAGES | JANICE TORRES SANTIAGO | Commonwealth |
| 50 | JANICE TORRES SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0050<br><br>WAGES | JANICE TORRES SANTIAGO | Commonwealth |
| 51 | JOSÉ M. CARBALLO HERNÁNDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0054<br><br>WAGES | JOSÉ M. CARBALLO HERNÁNDEZ | Commonwealth |
| 52 | OLGA L. CARABALLO CAMACHO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0056<br><br>WAGES | OLGA L. CARABALLO CAMACHO | Commonwealth |
| 53 | ODETTE R. PACHECO SANCHEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0057<br><br>WAGES | ODETTE R. PACHECO SANCHEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 54 | CÉSAR F. MADERA DEL VALLE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0082<br><br>WAGES | CÉSAR F. MADERA DEL VALLE | Commonwealth |
| 55 | SUE ELLEN BRISTOL ROSARIO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0138<br><br>CLASSIFICATION AND MISCLASSIFICATION | SUE ELLEN BRISTOL ROSARIO | Commonwealth |
| 56 | DAMARIS RODRIGUEZ ROSARIO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0139<br><br>DISCOUNT | DAMARIS RODRIGUEZ ROSARIO | Commonwealth |
| 57 | MAYRA I. PEREZ ROMAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0718<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MAYRA I. PEREZ ROMAN | Commonwealth |
| 58 | ALINIS TORRES SALAZAR V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0758<br><br>RELOCATION AND FUNCTIONS | ALINIS TORRES SALAZAR | Commonwealth |
| 59 | SOLIMAR HERNÁNDEZ NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0896<br><br>CHALLENGE OF ASSIGNMENT | SOLIMAR HERNÁNDEZ NIEVES | Commonwealth |
| 60 | ALEX CARABALLO HERNÁNDEZ Y OTROS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0898<br><br>OVERTIME PAYMENT IN EXCESS | ALEX CARABALLO HERNÁNDEZ Y OTROS | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 61 | FERNANDO MENENDEZ GONZALEZ Y OTROS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0903<br><br>COMPENSATORY PAYMENT IN EXCESS | FERNANDO MENENDEZ GONZALEZ Y OTROS | Commonwealth |
| 62 | CRISTINA VAZQUEZ GARAY Y OTROS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0905<br><br>WAGES | CRISTINA VAZQUEZ GARAY Y OTROS | Commonwealth |
| 63 | LUIS A. MORES LEBRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0917<br><br>COMPENSATORY PAYMENT IN EXCESS | LUIS A. MORES LEBRON | Commonwealth |
| 64 | LILIA M. PEREZ GINORIO Y OTROS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0917<br><br>BONUS FOR YEARS OF SERVICE | LILIA M. PEREZ GINORIO Y OTROS | Commonwealth |
| 65 | WANDA I. PEREZ SANTANA Y OTRAS 11 V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-14-0922<br><br>BONUS FOR YEARS OF SERVICE | WANDA I. PEREZ SANTANA Y OTRAS 11 | Commonwealth |
| 66 | MAYRA I. PEREZ ROMAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0052<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MAYRA I. PEREZ ROMAN | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 67 | MARIA E. FIGUEROA CORREA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0190<br><br>LICENSES | MARIA E. FIGUEROA CORREA | Commonwealth |
| 68 | RICARDO VAZQUEZ DIAZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0205<br><br>RECLASSIFICATION AND MISCLASSIFICATION | RICARDO VAZQUEZ DIAZ | Commonwealth |
| 69 | RICARDO VAZQUEZ DIAZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0205<br><br>RECLASSIFICATION AND MISCLASSIFICATION | RICARDO VAZQUEZ DIAZ | Commonwealth |
| 70 | ENRIQUE BONILLA RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0212<br><br>BONUS FOR YEARS OF SERVICE | ENRIQUE BONILLA RIVERA | Commonwealth |
| 71 | CARMEN A. FLORES RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0212<br><br>BONUS FOR YEARS OF SERVICE | CARMEN A. FLORES RODRIGUEZ | Commonwealth |
| 72 | MYRNA E. RIVERA COLON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0214<br><br>BONUS FOR YEARS OF SERVICE | MYRNA E. RIVERA COLON | Commonwealth |

|  | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 73 | GLENDA LIZ DIAZ FLORES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0215<br><br><br>BONUS FOR YEARS OF SERVICE | GLENDA LIZ DIAZ FLORES | Commonwealth |
| 74 | LETICIA HERNANDEZ CABAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0216<br><br><br>APPOINTMENT AND INTERIM DIFFERENTIAL | LETICIA HERNANDEZ CABAN | Commonwealth |
| 75 | JOANN M. RIVERA RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0219<br><br>WAGE ADJUSTMENT<br>(NOT GETTING PAID FOR DOING WORK OUTSIDE OF CLASSIFICATION) | JOANN M. RIVERA RODRIGUEZ | Commonwealth |
| 76 | ELIEZER ROBLES GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0223<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ELIEZER ROBLES GARCIA | Commonwealth |
| 77 | GLENDA LIZ DIAZ FLORES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0234<br><br>BONUS FOR YEARS OF SERVICE | GLENDA LIZ DIAZ FLORES | Commonwealth |
| 78 | GLENDA LIZ DIAZ FLORES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0242<br><br><br>BONUS FOR YEARS OF SERVICE | GLENDA LIZ DIAZ FLORES | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 79 | EDDIA G. CARMONA PRESTON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0263<br><br>MEMBERSHIP PAYMENT | EDDIA G. CARMONA PRESTON | Commonwealth |
| 80 | DAMARYS ROSARIO GOMEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0264<br><br>MEMBERSHIP PAYMENT | DAMARYS ROSARIO GOMEZ | Commonwealth |
| 81 | JOHANNA CAMACHO CUEVAS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0265<br><br>MEMBERSHIP PAYMENT | JOHANNA CAMACHO CUEVAS | Commonwealth |
| 82 | MARIBEL CRUZ SANABRIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0265<br><br>MEMBERSHIP PAYMENT | MARIBEL CRUZ SANABRIA | Commonwealth |
| 83 | IRAIDA BLANCO NUÑEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0268<br><br>MEMBERSHIP PAYMENT | IRAIDA BLANCO NUÑEZ | Commonwealth |
| 84 | CARMEN VARGAS ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0270<br><br>MEMBERSHIP PAYMENT | CARMEN VARGAS ORTIZ | Commonwealth |
| 85 | JOHNNY GRANA RUTLEDGE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0271<br><br>MEMBERSHIP PAYMENT | JOHNNY GRANA RUTLEDGE | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 86 | ELIEZER ROBLES GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0272<br><br>MEMBERSHIP PAYMENT | ELIEZER ROBLES GARCIA | Commonwealth |
| 87 | DAVID BAYRON GONZALEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0317<br><br>DIFFERENTIAL | DAVID BAYRON GONZALEZ | Commonwealth |
| 88 | GLENDA JORGE PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0318<br><br>DIFFERENTIAL | GLENDA JORGE PAGAN | Commonwealth |
| 89 | GLENDA JORGE PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0321<br><br>DIFFERENTIAL | GLENDA JORGE PAGAN | Commonwealth |
| 90 | EMMA PEREZ CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0322<br><br>DIFFERENTIAL | EMMA PEREZ CRUZ | Commonwealth |
| 91 | FRANCES E. MORALES SANCHEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO : AQ-15-0323<br><br>DIFFERENTIAL | FRANCES E. MORALES SANCHEZ | Commonwealth |
| 92 | MAYRA I. CHACON RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-15-0325<br><br>DIFFERENTIAL | MAYRA I. CHACON RODRIGUEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 93 | MALMA L. TORO ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0439<br><br>MILLAGE AND EXPENSES | MALMA L. TORO ORTIZ | Commonwealth |
| 94 | IVETTE OTERO COLON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-0701<br><br>DIFFERENTIAL | IVETTE OTERO COLON | Commonwealth |
| 95 | ISETTE M. CRUZ NEGRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-1065<br><br>DIFFERENTIAL POR INTERINATO | ISETTE M. CRUZ NEGRON | Commonwealth |
| 96 | LISETTE M. CRUZ NEGRON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-1066<br><br>DIFFERENTIAL POR INTERINATO | LISETTE M. CRUZ NEGRON | Commonwealth |
| 97 | MAYRA E. TORRES RAMOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-15-1067<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MAYRA E. TORRES RAMOS | Commonwealth |
| 98 | SUSANNE GONZALEZ Y OTROS 78 V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0013<br><br>WAGES SCALE REVIEW | SUSANNE GONZALEZ | Commonwealth |
| 99 | FELIX RIVERA RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0015<br><br>DIFFERENTIAL POR INTERINATO | FELIX RIVERA RODRIGUEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 100 | MARIA L. MUÑOZ PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0153<br><br>ASA | MARIA L. MUÑOZ PAGAN | Commonwealth |
| 101 | MARTA LOPEZ RONDON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0212<br><br>RECLASSIFICATION AND MISCLASSIFICATION | MARTA LOPEZ RONDON | Commonwealth |
| 102 | MIGUEL SANTIAGO MONTES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0213<br><br>DIFFERENTIAL FOR EXTRAORDINARY CONDITIONS | MIGUEL SANTIAGO MONTES | Commonwealth |
| 103 | LOUIS I. TORRES ROMAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO :<br>AQ-16-0214<br><br>DIFFERENTIAL FOR EXTRAORDINARY CONDITIONS | LOUIS I. TORRES ROMAN | Commonwealth |
| 104 | OLIVIA M. MARTINEZ LOPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0258<br><br>EXPENSES | OLIVIA M. MARTINEZ LOPEZ | Commonwealth |
| 105 | ANNIELLY GUZMAN DAVILA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0265<br><br>VACATION LICENSE DISCOUNT | ANNIELLY GUZMAN DAVILA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 106 | OMAYRA SANTIAGO GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0274<br><br>DIFFERENTIAL FOR EXTRAORDINARY TASKS | OMAYRA SANTIAGO GARCIA | Commonwealth |
| 107 | MELISSA SMART MORALES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0284<br><br>DIFFERENTIAL | MELISSA SMART MORALES | Commonwealth |
| 108 | MINERVA RUIZ DE LA TORRE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0285<br><br>DIFFERENTIAL | MINERVA RUIZ DE LA TORRE | Commonwealth |
| 109 | SANDRA A. DE JESUS OTERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0286<br><br>DIFFERENTIAL | SANDRA A. DE JESUS OTERO | Commonwealth |
| 110 | ALFREDO NIEVES TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0338<br><br>RECLASAFICATION AND MISCLASSIFICATION | ALFREDO NIEVES TORRES | Commonwealth |
| 111 | TERESA RIVERA VALENTIN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0351<br><br>COMPENSATORY PAYMENT | TERESA RIVERA VALENTIN | Commonwealth |
| 112 | CARMEN M. ALVAREZ LOPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0352<br><br>COMPENSATORY PAYMENT | CARMEN M. ALVAREZ LOPEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 113 | ANGELICA RIVERA ZAMBRANA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0353<br><br>COMPENSATORY PAYMENT | ANGELICA RIVERA ZAMBRANA | Commonwealth |
| 114 | FERNANDO MENENDEZ GONZALEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0354<br><br>COMPENSATORY PAYMENT | FERNANDO MENENDEZ GONZALEZ | Commonwealth |
| 115 | JOSE L. ALICEA LARACUENTE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0355<br><br>COMPENSATORY PAYMENT | JOSE L. ALICEA LARACUENTE | Commonwealth |
| 116 | AITZA SANTANA DE LEON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0359<br><br>EXPENSES | AITZA SANTANA DE LEON | Commonwealth |
| 117 | ENID ROSADO GOMEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0360<br><br>EXPENSES | ENID ROSADO GOMEZ | Commonwealth |
| 118 | IVELISSE CRUZ REYES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0361<br><br>EXPENSES | IVELISSE CRUZ REYES | Commonwealth |
| 119 | KHAIRY J. RUIZ PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0362<br><br>EXPENSES | KHAIRY J. RUIZ PAGAN | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 120 | GISELLE CUADRADO ROSARIO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0363<br><br>EXPENSES | GISELLE CUADRADO ROSARIO | Commonwealth |
| 121 | LISSETTE CARRASQUILLO AGOSTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0364<br><br>EXPENSES | LISSETTE CARRASQUILLO AGOSTO | Commonwealth |
| 122 | DAMARIS DE LA CRUZ SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0365<br><br>EXPENSES | DAMARIS DE LA CRUZ SANTIAGO | Commonwealth |
| 123 | JULIO CAMPS OLMEDA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0366<br><br>EXPENSES | JULIO CAMPS OLMEDA | Commonwealth |
| 124 | OMAR FIGUEROA CAY V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0367<br><br>EXPENSES | OMAR FIGUEROA CAY | Commonwealth |
| 125 | JOCELYN O. CINTRON SOSA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0376<br><br>COMPENSATORY PAYMENT | JOCELYN O. CINTRON SOSA | Commonwealth |
| 126 | CRISTAL C. BERMUDEZ APONTE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0419<br><br>RECLASSIFICATION | CRISTAL C. BERMUDEZ APONTE | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 127 | CRISTAL C. BERMUDEZ APONTE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0420<br><br>RECLASSIFICATION | CRISTAL C. BERMUDEZ APONTE | Commonwealth |
| 128 | MARIA M. CALDERIN GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0444<br><br>DIFFERENTIAL | MARIA M. CALDERIN GARCIA | Commonwealth |
| 129 | MICHELLE COIRA BURGOS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0445<br><br>DIFFERENTIAL | MICHELLE COIRA BURGOS | Commonwealth |
| 130 | NELSON I. TUA REYES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0446<br><br>DIFFERENTIAL | NELSON I. TUA REYES | Commonwealth |
| 131 | CARMEN Z. SANCHEZ QUIÑONES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-044<br><br>RECLASSIFICATION AND MISCLASSIFICATION | CARMEN Z. SANCHEZ QUIÑONES | Commonwealth |
| 132 | DHELMA VELEZ ROSA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0449<br><br>DIFFERENTIAL BY INTERIM | DHELMA VELEZ ROSA | Commonwealth |
| 133 | JESUS A. RODRIGUEZ Y OTROS (350) V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0450<br><br>WAGES SCALE REVIEW | JESUS A. RODRIGUEZ AND OTHERS (350) | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 134 | MILITZA RODRIGUEZ GARCED V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0451<br><br>INTERIM DIFFERENTIAL | MILITZA RODRIGUEZ GARCED | Commonwealth |
| 135 | NOEMI GONZALEZ COLON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0452<br><br>INTERIM DIFFERENTIAL | NOEMI GONZALEZ COLON | Commonwealth |
| 136 | ABIGAIL DELGADO ALICEA Y OTROS (118) V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0466<br><br>WAGES SCALE REVIEW | ABIGAIL DELGADO ALICEA AND OTHERS (118) | Commonwealth |
| 137 | LOIDA RIOS ACEVEDO Y OTROS (138) V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0467<br><br>WAGES SCALE REVIEW | LOIDA RIOS ACEVEDO AND OTHERS (138) | Commonwealth |
| 138 | ROBERTO OCASIO GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0477<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ROBERTO OCASIO GARCIA | Commonwealth |
| 139 | CATHERINE ADDERICH Y OTROS (101) V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0478<br><br>WAGES SCALE REVIEW | CATHERINE ADDERICH AND OTHERS (101) | Commonwealth |
| 140 | LUIS E. RAMIREZ IRIZARRY V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0479<br><br>INTERIM DIFFERENTIAL | LUIS E. RAMIREZ IRIZARRY | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 141 | WANDA I. RODRIGUEZ QUIÑONES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0482<br><br>EXPENSES | WANDA I. RODRIGUEZ QUIÑONES | Commonwealth |
| 142 | IRVIN DIAZ DIAZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0483<br><br>EXPENSES | IRVIN DIAZ DIAZ | Commonwealth |
| 143 | JOSE BAEZ MENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0484<br><br>EXPENSES | JOSE BAEZ MENDEZ | Commonwealth |
| 144 | YONAIRA I. BOU AGOSTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0497<br><br>SENIORITY COMPENSATION | YONAIRA I. BOU AGOSTO | Commonwealth |
| 145 | LUZ DAMARIS CAEZ HERNANDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0500<br><br>RECLASSIFICATION AND MISCLASSIFICATION | LUZ DAMARIS CAEZ HERNANDEZ | Commonwealth |
| 146 | ELSA I. FERRER PEREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0501<br><br>RECLASSIFICATION DIFFERENTIAL | ELSA I. FERRER PEREZ | Commonwealth |
| 147 | NALMI C. MATTEI SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0502<br><br>EXTRAORDINARY CONDITIONS DIFFERENTIAL | NALMI C. MATTEI SANTIAGO | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 148 | NANCY AFANADOR ROMERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br><br>AQ-16-0503<br><br>EXTRAORDINARY CONDITIONS DIFFERENTIAL | NANCY AFANADOR ROMERO | Commonwealth |
| 149 | OMAYRA SANTIAGO GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0504<br><br>EXTRAORDINARY CONDITIONS DIFFERENTIAL | OMAYRA SANTIAGO GARCIA | Commonwealth |
| 150 | MIGDALIA ALICEA GARCIA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0534<br><br>INTERIM DIFFERENTIAL | MIGDALIA ALICEA GARCIA | Commonwealth |
| 151 | AIDA L. SANABRIA BAERGA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0553<br><br>INTERIM DIFFERENTIAL | AIDA L. SANABRIA BAERGA | Commonwealth |
| 152 | LUIS E. RAMIREZ IRIZARRY V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0565<br><br>INTERIM DIFFERENTIAL | LUIS E. RAMIREZ IRIZARRY | Commonwealth |
| 153 | DAIMARY COTTO CAMARA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0566<br><br>RECLASSIFICATION AND MISCLASSIFICATION | DAIMARY COTTO CAMARA | Commonwealth |
| 154 | JORGE MARRERO NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0568<br><br>EXPENSES | JORGE MARRERO NIEVES | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 155 | ELMER RIVERA SOTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0571<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ELMER RIVERA SOTO | Commonwealth |
| 156 | KEILA ACEVEDO AQUINO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0572<br><br>RECLASSIFICATION AND MISCLASSIFICATION | KEILA ACEVEDO AQUINO | Commonwealth |
| 157 | JAYMAYRA A. CEDEÑO HERNANDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0656<br><br>COMPENSATORY TIME | JAYMAYRA A. CEDEÑO HERNANDEZ | Commonwealth |
| 158 | MARIA DEL C. OJEDA DAVILA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0657<br><br>EXPENSES | MARIA DEL C. OJEDA DAVILA | Commonwealth |
| 159 | YONAIRA I. BOU AGOSTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0659<br><br>RECLASSIFICATION AND MISCLASSIFICATION | YONAIRA I. BOU AGOSTO | Commonwealth |
| 160 | KARIAM S. VAZQUEZ REYES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0660<br><br>RECLASSIFICATION AND MISCLASSIFICATION | KARIAM S. VAZQUEZ | Commonwealth |
| 161 | LETICIA NIEVES CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0801<br><br>WAGES | LETICIA NIEVES CRUZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 162 | LUIS O. APONTE URBINA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0802<br><br>INTERIM DIFFERENTIAL | LUIS O. APONTE URBINA | Commonwealth |
| 163 | NORMA I. COLON PEREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0803<br><br>DIFFERENTIAL BY INTERIM | NORMA I. COLON PEREZ | Commonwealth |
| 164 | ELIZABETH MELENDEZ ALSINA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0812<br><br>DIFFERENTIAL | ELIZABETH MELENDEZ ALSINA | Commonwealth |
| 165 | LEOMAR CRESPO RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0824<br><br>DIFFERENTIAL | LEOMAR CRESPO RIVERA | Commonwealth |
| 166 | ANGEL MELENDEZ GONZALEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0825<br><br>DIFFERENTIAL | ANGEL MELENDEZ GONZALEZ | Commonwealth |
| 167 | LUZ V. SANTANA BETANCOURT V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0826<br><br>DIFFERENTIAL | LUZ V. SANTANA BETANCOURT | Commonwealth |
| 168 | CARMEN SALAS PEREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-16-0827<br><br>DIFFERENTIAL | CARMEN SALAS PEREZ | Commonwealth |

|  | **CASE INFORMATION** | **MOVANT** | **DEBTOR** |
|---|---|---|---|
| 169 | ANA G. RIVERA CLAUDIO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0828<br><br>DIFFERENTIAL | ANA G. RIVERA CLAUDIO | Commonwealth |
| 170 | WANDA I. ABRIL LEON V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0829<br><br>DIFFERENTIAL | WANDA I. ABRIL LEON | Commonwealth |
| 171 | LIZELIE NIEVES DE JESUS V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0830<br><br>DIFFERENTIAL | LIZELIE NIEVES DE JESUS | Commonwealth |
| 172 | REBECA LOPEZ ROMAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0831<br><br>DIFFERENTIAL | REBECA LOPEZ ROMAN | Commonwealth |
| 173 | WILMA RIVERA MARTINEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0832<br><br>DIFFERENTIAL | WILMA RIVERA MARTINEZ | Commonwealth |
| 174 | MARIA CRUZ SOTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0833<br><br>DIFFERENTIAL | MARIA CRUZ SOTO | Commonwealth |
| 175 | GLORIMAR MORALES CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0834<br><br>DIFFERENTIAL | GLORIMAR MORALES CRUZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 176 | CYNTHIA MARIN MARQUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0835<br><br>DIFFERENTIAL | CYNTHIA MARIN | Commonwealth |
| 177 | ZENAIDA APONTE PEREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0836<br><br>DIFFERENTIAL | ZENAIDA APONTE | Commonwealth |
| 178 | IVELISSE VELEZ MELENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0837<br><br>DIFFERENTIAL | IVELISSE VELEZ MELENDEZ | Commonwealth |
| 179 | ANTHONY MORALES RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0840<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ANTHONY MORALES RODRIGUEZ | Commonwealth |
| 180 | ANGELICA M. LOPEZ APONTE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0841<br><br>RECLASSIFICATION AND MISCLASSIFICATION | ANGELICA M. LOPEZ APONTE | Commonwealth |
| 181 | LORENA CAMPBELL MELENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0842<br><br>RECLASSIFICATION AND MISCLASSIFICATION | LORENA CAMPBELL MELENDEZ | Commonwealth |
| 182 | MIGUEL A. MATOS RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0845<br><br>DIFFERENTIAL | MIGUEL A. MATOS RIVERA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 183 | IRIS N. SANTIAGO LOPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0845<br><br>WAGE ADJUSTMENT FOR YEARS OF SERVICE | IRIS N. SANTIAGO LOPEZ | Commonwealth |
| 184 | YONAIRA I. BOU AGOSTO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0847<br><br>WAGE ADJUSTMENT FOR YEARS OF SERVICE | YONAIRA I. BOU AGOSTO | Commonwealth |
| 185 | IRIS V. QUILES DEL TORO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0865<br><br>DIFFERENTIAL | IRIS V. QUILES DEL TORO | Commonwealth |
| 186 | IVELISSE VELEZ MELENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0866<br><br>DIFFERENTIAL | IVELISSE VELEZ MELENDEZ | Commonwealth |
| 187 | JOHANA HERNANDEZ ANDALUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0895<br><br>DIFFERENTIAL | JOHANA HERNANDEZ ANDALUZ | Commonwealth |
| 188 | LUZ D. AGUAYO PIZARRO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0896<br><br>DIFFERENTIAL | LUZ D. AGUAYO PIZARRO | Commonwealth |
| 189 | LUZ S. SIERRA RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0897<br><br>DIFFERENTIAL | LUZ S. SIERRA RIVERA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 190 | GLENDA I. JORGE PAGAN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0898<br><br>DIFFERENTIAL | GLENDA I. JORGE PAGAN | Commonwealth |
| 191 | MYRNA ORTIZ JIMENEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0900<br><br>DIFFERENTIAL | MYRNA ORTIZ JIMENEZ | Commonwealth |
| 192 | IRMA I. SOTO RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0901<br><br>DIFFERENTIAL | IRMA I. SOTO RIVERA | Commonwealth |
| 193 | MARIA COLON SANCHEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0902<br><br>DIFFERENTIAL | MARIA COLON SANCHEZ | Commonwealth |
| 194 | ZAIDA I. COSME RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0903<br><br>DIFFERENTIAL | ZAIDA I. COSME RODRIGUEZ | Commonwealth |
| 195 | CARLOS G. MALDONADO VELAZQUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0904<br><br>DIFFERENTIAL | CARLOS G. MALDONADO VELAZQUEZ | Commonwealth |
| 196 | CARMEN I. SANCHEZ RIVERA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0905<br><br>DIFFERENTIAL | CARMEN I. SANCHEZ RIVERA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 197 | ROLANDO ALVARADO CRUZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0906<br><br>RECLASSIFICATION | ROLANDO ALVARADO CRUZ | Commonwealth |
| 198 | MARIA DE L. REYES MATANZO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0907<br><br>DIFFERENTIAL | MARIA DE L. REYES MATANZO | Commonwealth |
| 199 | RENE A. ORTIZ RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0926<br><br>DIFFERENTIAL | RENE A. ORTIZ RODRIGUEZ | Commonwealth |
| 200 | LUIS D. NIEVES NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0927<br><br>DIFFERENTIAL | LUIS D. NIEVES NIEVES | Commonwealth |
| 201 | JUAN C. MARTINEZ VELAZQUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0928<br><br>DIFFERENTIAL | JUAN C. MARTINEZ VELAZQUEZ | Commonwealth |
| 202 | TANYA RODRIGUEZ GONZALEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-16-0945<br>(CASP)<br><br>DIFFERENTIAL | TANYA RODRIGUEZ GONZALEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 203 | LOUIS I. TORRES ROMAN V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-0946 (CASP) CLASSIFICATION AND COMPENSATION | LOUIS I. TORRES ROMAN | Commonwealth |
| 204 | RAFAEL RAMIREZ MELENDEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-0947 (CASP) DIFFERENTIAL | RAFAEL RAMIREZ MELENDEZ | Commonwealth |
| 205 | MIGUEL A. MATOS RIVERA V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-0949 (CASP) DIFFERENTIAL | MIGUEL A. MATOS RIVERA | Commonwealth |
| 206 | CARMEN A. MERCED ALICEA V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-0950 (CASP) RECLASSIFICATION | CARMEN A. MERCED ALICEA | Commonwealth |
| 207 | ISABEL AGOSTO DIAZ Y OTROS (533 V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-0955 (CASP) WAGES SCALE | ISABEL AGOSTO DIAZ Y OTROS (533 | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 208 | DOLORES M. PAGAN SCHELMETTY V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-1016 (CASP) DIFFERENTIAL | DOLORES M. PAGAN SCHELMETTY | Commonwealth |
| 209 | PEDRO A. CARDE ACOSTA V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-1019 (CASP) DIFFERENTIAL | PEDRO A. CARDE ACOSTA | Commonwealth |
| 210 | JEANNETTE Y. VELEZ VELEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-16-1020 (CASP) DIFFERENTIAL | JEANNETTE Y. VELEZ VELEZ | Commonwealth |
| 211 | ASTRID Y. AYABARRENO LASANTA V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0037 (CASP) PRE RETIREMENT VOLUNTARY PLAN | ASTRID Y. AYABARRENO LASANTA | Commonwealth |
| 212 | NEYDA E. RIVERA SUAREZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0066 (CASP) EXPENSES AND MILEAGE | NEYDA E. RIVERA SUAREZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 213 | NEYDA E. RIVERA SUAREZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0099<br>(CASP)<br><br>MEMBERSHIP EXPENSES | NEYDA E. RIVERA SUAREZ | Commonwealth |
| 214 | RAFAEL RAMIREZ MELENDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0119<br>(CASP)<br><br>COLLECTION AND DEMOTION | RAFAEL RAMIREZ MELENDEZ | Commonwealth |
| 215 | GUADALUPE TORRES LOPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0156<br>(CASP)<br><br>EXPENSES | GUADALUPE TORRES LOPEZ | Commonwealth |
| 216 | GUADALUPE TORRES LOPEZ V. DEPARTAMENTO DE LA FAMILIA<br>CASE NO:<br>AQ-17-0156<br>(CASP)<br><br>EXPENSES | GUADALUPE TORRES LOPEZ | Commonwealth |
| 217 | DAURA L. SUAREZ ORTIZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0174<br>(CASP)<br><br>WAGES | DAURA L. SUAREZ ORTIZ | Commonwealth |
| 218 | ASTRID M. ROMAN ACOSTA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0207<br>(CASP)<br><br>EXPENSES AND MILEAGE | ASTRID M. ROMAN ACOSTA | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 219 | KAREN PAGAN RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0208 (CASP) <br><br> EXPENSES AND MILEAGE | KAREN PAGAN RODRIGUEZ | Commonwealth |
| 220 | FELICITA CARRERO MARTINEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0209 (CASP) <br><br> EXPENSES AND MILEAGE | FELICITA CARRERO MARTINEZ | Commonwealth |
| 221 | NIXALIZ CRUZ GARCIA V. DEPARTAMENTO DE LA FAMILIA <br><br> CASE NO: AQ-17-0210 (CASP) <br><br> EXPENSE AND MILEAGE | NIXALIZ CRUZ GARCIA | Commonwealth |
| 222 | MARIA E. TORRES SANCHEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0211 (CASP) <br><br> EXPENSES AND MILEAGE | MARIA E. TORRES SANCHEZ | Commonwealth |
| 223 | MYRIAM RODRIGUEZ SANTIAGO V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0212 (CASP) <br><br> EXPENSES AND MILEAGE | MYRIAM RODRIGUEZ SANTIAGO | Commonwealth |
| 224 | MARY L. BAEZ RODRIGUEZ V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0213 (CASP) <br><br> EXPENSES AND MILEAGE | MARY L. BAEZ RODRIGUEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 225 | PEDRO M. VILA GARCIA V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0214 (CASP)<br><br>EXPENSES AND MILEAGE | PEDRO M. VILA GARCIA | Commonwealth |
| 226 | SONIA IRIZARRY CÁCERES V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0294 (CASP)<br><br>RECLASSIFICATION | SONIA IRIZARRY CÁCERES | Commonwealth |
| 227 | REGALADO CRUZ TUBENS V. DEPARTAMENTO DE LA FAMILIA CASE NO: AQ-17-0345 (CASP)<br><br>UNIFORMS | REGALADO CRUZ TUBENS | Commonwealth |
| 228 | JEANNETTE ROSA LABIOSA Y TODA LA UNIDAD APROPIADA V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-17-0346 (CASP)<br><br>CHRISTMAS BONUS | JEANNETTE ROSA LABIOSA Y TODA LA UNIDAD APROPIADA | Commonwealth |
| 229 | IVÁN TORO TORRES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-17-0348 (CASP)<br><br><br>RECLASSIFICATION | IVÁN TORO TORRES | Commonwealth |
| 230 | JORGE MARRERO NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO: AQ-17-0349 (CASP)<br><br>EXPENSES AND MILEAGE | JORGE MARRERO NIEVES | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 231 | JOSÉ LUIS BAEZ MÉNDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-17-0350<br>(CASP)<br><br>EXPENSES AND MILEAGE | JOSÉ LUIS BAEZ MÉNDEZ | Commonwealth |
| 232 | CESAR F. MADERA DEL VALLE V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-18-0120<br>(CASP)<br><br>DIFFERENTIAL | CESAR F. MADERA DEL VALLE | Commonwealth |
| 233 | BRENDA RIVERA ALGARIN V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>AQ-18-0231<br>(CASP)<br><br>DIFFERENTIAL | BRENDA RIVERA ALGARIN | Commonwealth |
| 234 | INVESTIGADORES FORENSE, REGIÓN PONCE Y GUAYAMA V. INSTITUTO DE CIENCIAS FORENSES<br><br>CASE NO:<br>K AC2015-1003<br>TRIAL COURT<br><br>DIFFERENTIAL | FORENSIC INVESTIGATORS, PONCE AND GUAYAMA REGION | Commonwealth |
| 235 | JOSÉ M. QUIÑONEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>K AC2016-0931<br>TRIAL COURT<br><br>WAGE ADJUSTMENT | JOSÉ M. QUIÑONEZ | Commonwealth |
| 236 | ALICIA CRUZ RIVERA, LUZ N. PÉREZ BIRRIEL, YAMIRKA RAMOS BENÍQUEZ V. DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS<br><br>CASE NO:<br>K AC2016-1155<br>TRIAL COURT<br><br>WAGE ADJUSTMENT | ALICIA CRUZ RIVERA, LUZ N. PÉREZ BIRRIEL, YAMIRKA RAMOS BENÍQUEZ | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 237 | WANDA I. RODRIGUEZ Y OTROS 8 V. DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS<br><br>CASE NO:<br>K AC2016-1166<br>TRIAL COURT<br><br>ANNUAL BONUS | WANDA I. RODRIGUEZ Y OTROS 8 | Commonwealth |
| 238 | HÉCTOR JOEL HERNÁNDEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>K AC2017-0324<br>TRIAL COURT<br><br>RECLASSIFICATION | HÉCTOR JOEL HERNÁNDEZ | Commonwealth |
| 239 | JOEL A. SOTO SANTIAGO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>K AC2017-0364<br>TRIAL COURT<br><br>DIFFERENTIAL | JOEL A. SOTO SANTIAGO | Commonwealth |
| 240 | VIGILANTES V. DEPARTAMENTO DE RECURSOS NATURALES<br><br>CASE NO:<br>KAC 2010-1100 (902)<br>TRIAL COURT<br><br>OVERTIME | VIGILANTES | Commonwealth |
| 241 | MIOSOTIS COLLAZO VAZQUEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2017-CV-01209<br>TRIAL COURT<br><br>INTERIM DIFFERENTIAL | MIOSOTIS COLLAZO VAZQUEZ | Commonwealth |
| 242 | MARTIN I. JIMENEZ CUBERO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2017-CV-01533<br>TRIAL COURT<br><br>DIFFERENTIAL | MARTIN I. JIMENEZ CUBERO | Commonwealth |

| | CASE INFORMATION | MOVANT | DEBTOR |
|---|---|---|---|
| 243 | JOSE C. ORTIZ MARTINEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2017-CV-01645<br>TRIAL COURT<br><br>DIFFERENTIAL | JOSE C. ORTIZ MARTINEZ | Commonwealth |
| 244 | HECTOR L. MURIEL NIEVES V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2018-CV-01699<br>TRIAL COURT<br><br>DIFFERENTIAL FOR EXTRAORDINARY TASKS | HECTOR L. MURIEL NIEVES | Commonwealth |
| 245 | OLVIA MARTÍNEZ LÓPEZ V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2018-CV-04935<br>TRIAL COURT<br><br>DIFFERENTIAL | OLVIA  MARTÍNEZ LÓPEZ | Commonwealth |
| 246 | EDGARDO LOPEZ CAMACHO V. DEPARTAMENTO DE LA FAMILIA<br><br>CASE NO:<br>SJ2018-CV-05289<br>TRIAL COURT<br><br>WAGE ADJUSTMENT | EDGARDO LOPEZ CAMACHO | Commonwealth |