# EXHIBIT 3

## TITLE III STAY MODIFICATIONS REGARDING CONDEMNATION PROCEEDINGS AGREED TO BY HTA[1]

A. <u>Description of Title III Stay Modification (Actions to Proceed to Judgment)</u>

As of April 12, 2019, the Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; <u>provided</u>, <u>however</u>, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court.

| | **CASE INFORMATION** | **DEFENDANT** | **DEBTOR** |
|---|---|---|---|
| 1. | *ACT v. Madeline López Pagán et als*, Case No. KEF2004-00206 (1003)<br>Puerto Rico Court of First Instance<br>Condemnation Proceeding | Madeline López Pagán | HTA |
| 2. | *ACT v. Ramón R. Cesani González*, Case No. KEF2004-0954 (1002)<br>Puerto Rico Court of First Instance<br>Condemnation Proceeding | Ramón R. Cesani González | HTA |
| 3. | *ACT v. Ramón R. Cesani González*, Case No. KEF2004-0992 (1003)<br>Puerto Rico Court of First Instance<br>Condemnation Proceeding | Ramón R. Cesani González | HTA |
| 4. | *ACT v. Ramón R. Cesani González*, Case No. KEF2005-0099 (1002)<br>Puerto Rico Court of First Instance<br>Condemnation Proceeding | Ramón R. Cesani González | HTA |
| 5. | *ACT v. Ramón R. Cesani González*, Case No. KEF2007-0216 (1002)<br>Puerto Rico Court of First Instance<br>Condemnation Proceeding | Ramón R. Cesani González | HTA |

---

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Ninth Omnibus Motion for Approval of Modifications of the Automatic Stay*.

"<u>Prepetition Court</u>" shall mean the Puerto Rico Court of First Instance.

"<u>Prepetition Action</u>" shall mean the action identified in the column, "Case Information."

1

|  | **CASE INFORMATION** | **DEFENDANT** | **DEBTOR** |
|---|---|---|---|
| 6. | *ACT v. Sucn. Eugenio J. Cesani González*, Case No. KEF2008-0201(1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Eugenio J. Cesani González | HTA |
| 7. | *ACT v. Sucn. Alberto Cesani Meléndez*, Case No. KEF2009-0090 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Alberto Cesani Meléndez | HTA |
| 8. | *ACT v. Eugenio B. Cesani Nieto*, Case No. KEF2009-0096 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Eugenio B. Cesani Nieto | HTA |
| 9. | *ACT v. Sucn. Ramón R. Cesani Extra Reg. Movimiento Deportivo Juvenil*, Case No. KEF2009-0097 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Ramón R. Cesani Extra Reg. Movimiento Deportivo Juvenil | HTA |
| 10. | *ACT v. Sucn. Ramón R. Cesani*, Case No. KEF2009-0102 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Ramón R. Cesani | HTA |
| 11. | *ACT v. Sucn. Isabel Sánchez Correa*, Case No. KEF2011-0002 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Isabel Sánchez Correa | HTA |

[*Continued on Next Page*]

B. <u>Description of Title III Stay Modification (Miscellaneous)</u>

| | CASE INFORMATION | DEFENDANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
| 1. | *ACT v. Miguel Sánchez Nieves y Sucn. Luz M. López* <br><br> Case No. KEF2011-0034 (1003) <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Miguel Sánchez Nieves and Sucn. Luz M. López | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow the parties to continue negotiations to settle the Prepetition Action, and (ii), if a settlement is reached, to allow HTA to consign to the Prepetition Court the amount of $96,000 and any applicable interest, and to enable the Prepetition Action to proceed to judgment before the Prepetition Court; <u>provided</u>, <u>however</u>, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | April 12, 2019 |
| 2. | *ACT v. Caguas Lumber Yard*, <br><br> Case No. KEF2007-0608 (1003) <br><br> Puerto Rico Court of First Instance <br><br> Condemnation Proceeding | Caguas Lumber Yard | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to allow HTA to consign to the Prepetition Court the amount of $50,523.97 and to enable the Prepetition Action to proceed to judgment before the Prepetition Court; <u>provided</u>, <u>however</u>, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | April 12, 2019 |