# Exhibit A

**Preliminary List (April 5, 2019)**

## Summary Overview of Recommendations
## Regarding the Prosecution of Third-Party Claims ███████████████

| Party | Role | ███ | ███ | ███ | ███ | ███ |
|---|---|---|---|---|---|---|
| █ | ██ | █ | █ | █ | █ | █ |
| ████ | █ | █ | █ | █ | █ | █ |
| ████ | █ | █ | █ | █ | █ | █ |
| ████ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| █ | ██ | █ | █ | █ | █ | █ |
| █ | ██ | █ | █ | █ | █ | █ |
| ████ | ██ | █ | █ | █ | █ | █ |
| ██ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| ██ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | █ | █ | █ | █ | █ |
| ██ | █ | █ | █ | █ | █ | █ |
| ████ | █ | █ | █ | █ | █ | █ |
| ██ | █ | █ | █ | █ | █ | █ |
| ██ | █ | █ | █ | █ | █ | █ |
| ██ | █ | █ | █ | █ | █ | █ |
| ████ | █ | █ | █ | █ | █ | █ |
| ██ | █ | █ | █ | █ | █ | █ |

**Error! Unknown document property name.**