**<u>Exhibit B</u>**

**"Final" List (April 12, 2019)**

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | ██████ | ██████ | ██████ | ████ | ██████ | ██████ |
|-------|------|--------|--------|--------|------|--------|--------|
| ████████████████████████████ | | | | | | | |
| ██████████████ | ████████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ████████████████████ ██ | ████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ████████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ███████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ████████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ███████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| █████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| █████████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | █ | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ███████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ████████████████ | ██████ | ██ | ██ | ██ | ██ | ██ | ██ |
| █████ | ████ | ██ | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ████ | ██ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ████ | ██ | ██ | ██ | ██ | ██ | ██ |

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | | | | | | |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ██████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ████████████ | | | | | | | |
| ██████████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████ | ███ | | ▮ | ▮ | ▮ | ▮ | |
| ██████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ██████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ██████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ██████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ████████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ████████████████████████ | | | | | | | |
| ████████ | ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | ███ | ███ | ███ | ███ | ███ | ███ |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | ███ | ███ | ███ | ███ | ███ | ███ |
|-------|------|-----|-----|-----|-----|-----|-----|
| ████████████████ | | | | | | | |
| ███████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ ██ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████ | ████ | ■ | ■ | ■■ | ■ | ■ | ■ |
| ███████████████████████ | | | | | | | |
| ███████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████████ ██ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ ██ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |

4

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | | | | | | |
|-------|------|---|---|---|---|---|---|
| ██████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████ | ████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████████████████████ | | | | | | | |
| ██████████ | ████████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████████ ███ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ███████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | █████ | ■ | ■ | ■ | ■ | ■ | ■ |

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | |
| ▮▮▮▮▮▮ | ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮ ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮ ▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | |
| ▮▮▮▮▮ | ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮ ▮ | ▮▮▮▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | ███ | ███ | ███ | ███ | ███ | ███ |
|-------|------|-----|-----|-----|-----|-----|-----|
| ███████ | ████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████████████████████ | | | | | | | |
| ██████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████████ | ██████ ███ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ██████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ████████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| █████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ██████████ | ██████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ███████████ | ████ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | ██ | ██ | ██ | ██ | ██ | ██ |
|-------|------|-----|-----|-----|-----|-----|-----|
| ██████████████████████ | | | | | | | |
| ████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████████████ | | | | | | | |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| █████████ | ██████ | | ■ | ■ | ■ | | |
| ████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| ████████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| ████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| █████████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| █████████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| ████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| ██████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| ████████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| ██████████████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| ████████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| ██████ | ██████ | ■ | ■ | ■ | ■ | | ■ |
| █████████ | ██████ | ■ | ■ | ■ | ■ | | ■ |

8

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | | | | | | |
|-------|------|---|---|---|---|---|---|
| ███████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████████████████████ | | | | | | | |
| █████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████████ | ██████ ████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████████ | █████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████ | ████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████████████████ | | | | | | | |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████████ | ██████ ████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████ | ████ | ■ | ■ | ■ | ■ | ■ | ■ |

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | ███ | ███ | ███ | ███ | ███ | ███ |
|---|---|---|---|---|---|---|---|
| ████████████████ | | | | | | | |
| █████████████ ██ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ██████ ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ ███ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████ | ████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ████ | ████ | ■ | ■ | ■ | ■ | ■ | ■ |
| █████████████████ | | | | | | | |
| █████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ██████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |
| ███████████ | ██████ | ■ | ■ | ■ | ■ | ■ | ■ |

Confidential List of Potential Avoidance Actions - Third Party Claims

| Party | Role | █████ | █████ | █████ | █████ | █████ | █████ |
|-------|------|-------|-------|-------|-------|-------|-------|
| ████████ | ██████ | █ | █ | █ | █ | █ | █ |
| ████████ | ██████ | █ | █ | █ | █ | █ | █ |
| ████████ | ██████ | █ | █ | █ | █ | █ | █ |
| ████ | ██████ | █ | █ | █ | █ | █ | █ |
| ████ | ██████ | █ | █ | █ | █ | █ | █ |

11