## Exhibit C

**"Final Final" List (April 16, 2019)**

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ██████ ██████ | ████████████ ████████ | ████████ ████████ ██████ | ████ ████████ | ████████ ██████ |
|---|---|---|---|---|---|---|
| ████████████████████████████ | | | | | | |
| ██████████████ | ████████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████████████ ███ | ████████████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████ | ████████ ████ | ███ | ███ | ███ | ███ | ███ |
| ████████████ | ████████ ████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ████████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ██████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████ | ██████████ | ███ | ███ | ███ | ███ | ███ |
| ████████ | ██████████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████████████ | ██████████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████ | ██████████████ | ███ | ███ | ███ | ███ | ███ |
| ██████████ | ██████████████ | ███ | ███ | ███ | ███ | ███ |

1

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ███ ███ | ███ ███ | ███ ███ ███ | ███ ███ | ███ ███ |
|---|---|---|---|---|---|---|
| ████████ | ███████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | █████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | █████ | ██ | ██ | ██ | ██ | ██ |
| ██████████████████████ | | | | | | |
| ████████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ███████ ██████ | | ██ | ██ | ██ | ██ |
| ████████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ███████████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ███████ | ██ | ██ | ██ | ██ | ██ |
| █████ | █████ | ██ | ██ | ██ | ██ | ██ |
| █████████████████████████████████ | | | | | | |
| ████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ██████ ████████ ████ | ██ | ██ | ██ | ██ | ██ |
| █████████████ ██ | ██████ ██████ ██████ | ██ | ██ | ██ | ██ | ██ |

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ██████ ████████ | ████████ ████████ | ████████ ████████ ██████ | ██████ ████████ | ████████ ████████ |
|---|---|---|---|---|---|---|
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████████ ██████████ ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████████████████████ | | | | | | |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████████████ ████ | ████████ ████ | ██ | ██ | ██ | ██ | ██ |

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ███ ███ | ███ ███ | ███ ███ ███ | ███ ███ | ███ ███ |
|---|---|---|---|---|---|---|
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ███ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ████ | ██ | ██ | ██ | ██ | ██ |
| ████████████████████████████████ | | | | | | |
| ████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████████ ██ | █████ ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████████████ ██ | █████ ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ████ ████ | ████ ██ | ████ ████ ██ | ████ ██ | ████ ██ |
|---|---|---|---|---|---|---|
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ███████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | █████ | ██ | ██ | ██ | ██ | ██ |
| ████████████████████ | | | | | | |
| ███████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ ██ | ██████ ████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████ | ██ | ██ | ██ | ██ | ██ |
| █████████████████████ | | | | | | |
| ███████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████████ ██ | ██████████ ████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ███████ ███████ | ███████ ███████ | ███████ ███████ ███████ | ███████ ███████ | ███████ ███████ |
|---|---|---|---|---|---|---|
| ██ | | | | | | |
| ████████ | █████████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | █████████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | █████ | ██ | ██ | ██ | ██ | ██ |
| ███████████████████████████ | | | | | | |
| ████████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ███████████████ ██ | ██████ ██████ ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████████████ | █████ | ██ | ██ | ██ | ██ | ██ |
| ██████████████████████████ | | | | | | |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| █████████ | ██████ ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ██████ | ██ | ██ | ██ | ██ | ██ |

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ██████ ██████ | ██████ ██████ | ██████ ██████ ██████ | ██████ ██████ | ██████ ██████ |
|---|---|---|---|---|---|---|
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | | | | | | |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ ██ | ██████ ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ██████ | ██ | ██ | ██ | ██ | ██ |

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ██████ ██████ | ██████ ██████ | ██████ ██████ ██████ | ██████ ██████ | ██████ ██████ |
|---|---|---|---|---|---|---|
| ██████ | ████ | ██ | ██ | ██ | ██ | ██ |
| ██████████████████████████ | | | | | | |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ████████ ████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████ | ████ | ██ | ██ | ██ | ██ | ██ |
| ████████████████████████ | | | | | | |

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ▮ ▮ | ▮ ▮ | ▮ ▮ ▮ | ▮ ▮ | ▮ ▮ |
|-------|------|-----|-----|-------|-----|-----|
| ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | | | | | | |
| ▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | | | | | | |
| ▮▮▮ ▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

Confidential List of Avoidance Actions - Third Party Claims

| Party | Role | ██████ ██████ | ████████ █████ | ████████ ████████ ████ | █████ ██████ | ██████ ███ |
|-------|------|------|------|------|------|------|
| ██████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ██████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████████████████████████ | | | | | | |
| █████████████████ ████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ████████ ████ | ██ | ██ | ██ | ██ | ██ |
| ██████████████ | ████████ ████ | ██ | ██ | ██ | ██ | ██ |
| ████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ████████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ██████ | ██ | ██ | ██ | ██ | ██ |
| ████ | ██████ | ██ | ██ | ██ | ██ | ██ |

63360625 v1