# Exhibit D

## Outline of Third Party Claims

# Outline of Third Party Claim[1]
## Prepared by Genovese Joblove & Battista, P.A.







4



4



5





7



8