**<u>Exhibit E</u>**

# The Revolving Door Between Santander, Popular, and the GDB

