# Exhibit A

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
Debtors.[1] :
---------------------------------------------------------------------------- x

**ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO FILE UNDER SEAL UNREDACTED OMNIBUS
REPLY IN SUPPORT OF MOTION FOR ORDER AUTHORIZING COMMITTEE TO
PURSUE CERTAIN CAUSES OF ACTION ON BEHALF OF COMMONWEALTH
<u>AND GRANTING RELATED RELIEF</u>**

Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors to File Under Seal Unredacted Omnibus Reply in Support of Motion for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief* (the "<u>Motion to Seal</u>"),[2] the Court hereby FINDS AND DETERMINES THAT (i) the Court has jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to section 310 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Motion to Seal has been provided under the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Seal.

particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Motion to Seal, the Court finds that it is appropriate for the Committee to file under seal an unredacted version of the *Omnibus Reply of Official Committee of Unsecured Creditors in Support of Motion for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief* [Docket No. 6458] (the "Reply"). Accordingly, it is hereby ORDERED THAT:

1. The Committee is entitled to file the full, unredacted version of the Reply under seal.

Dated: April ___, 2019

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE