UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR THE HEARING ON APRIL 24–25, 2019 AT 9:30 A.M. AST[2]

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, April 24, 2019**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, April 25, 2019**, from 9:30 a.m. to 12:00 p.m., (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge **Courtroom 3** United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Avenue, San Juan, P.R. 00918-1767** |
| | **Video Teleconference**: The hearing will be broadcast by **video teleconference in Courtroom 17C**[3] of the United States District |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should note that daylight savings time went into effect on March 9, 2019. As such, the hearing will take place at 9:30 a.m. Atlantic Standard Time, which is also 9:30 a.m. Eastern Standard Time, on April 24-25, 2019.

[3] Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

Court for the Southern District of New York, **Daniel Patrick
Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Copies of Documents:**     Copies of all documents filed in these title III cases are available free
of charge (a) by visiting https://cases.primeclerk.com/puertorico or by
calling +1 (844) 822-9231, and (b) on the Court's website at
http://www.prd.uscourts.gov, subject to the procedures and fees set
forth therein.

## I.   STATUS REPORT:

1. **Report from the Oversight Board.**

   Description: The Oversight Board will report on the (i) general status and activities of the
   Oversight Board, (ii) timing and anticipated use of mediation in development of a
   Commonwealth plan of adjustment, (iii) anticipated next steps for the Oversight Board, and
   (iv) Oversight Board's plan with respect to anticipated May 16, 2019 issuance of the First
   Circuit mandate.

   Estimated Time Required: 10 minutes.

## II.   FEE APPLICATIONS:

1. **Report from the Fee Examiner regarding Second, Third and Fourth Interim
   Applications for Compensation and Fee Examiner's Proposed Order on Presumptive
   Standards for Professionals and Expenses.**

   Description: The Fee Examiner, Brady C. Williamson, will present his recommendations
   regarding the second, third and fourth interim applications for allowance of compensation
   and reimbursement of expenses submitted by the following professionals:

| | Applicant | Docket No. | Period |
|---|---|---|---|
| 1. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor COFINA) | 3751 | 2/01/2018 – 5/31/2018 |
| 2. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor ERS) | 3590 | 2/01/2018 – 5/31/2018 |
| 3. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor HTA) | 3576 | 2/01/2018 – 5/31/2018 |
| 4. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor PREPA) | 3582 | 2/01/2018 – 5/31/2018 |
| 5. | Proskauer Rose LLP (Bankruptcy Counsel to Debtor Commonwealth) | 3588 | 2/01/2018 – 5/31/2018 |
| 6. | O'Neill & Borges LLC (Puerto Rico Counsel to FOMB) | 4313 | 6/01/2018 – 9/30/2018 |

2

| | Applicant | Docket No. | Period |
|---|---|---|---|
| 7. | Pension Trustee Advisors, Inc. (Advisors to FOMB) | 4823 | 6/01/2018 □ 10/31/2018 (Also includes Final Fee Application 7/29/2017 – 10/31/2018) |
| 8. | Greenberg Traurig (Counsel for PREPA and AAFAF □ PREPA) | 4297 / 1028 (17-4780) | 6/01/2018 □ 9/30/2018 |
| 9. | Marini Pietrantoni Muniz LLC (Counsel to AAFAF) | 4316 (17-3284) | 6/01/2018 □ 9/30/2018 |
| 10. | DLA Piper (Counsel to AAFAF and Puerto Rico Treasury Department) | 4277 | 6/01/2018 □ 9/30/2018 |
| 11. | Willkie Farr & Gallagher LLP (Counsel to COFINA Agent) | 4263 | 6/01/2018 □ 9/30/2018 |
| 12. | Klee, Tuchin, Bogdanoff & Stern LLP | 4265 | 6/01/2018 □ 9/30/2018 |

Related Documents:

A. Fee Examiner's Third Interim Report on Professional Fees and Expenses (February 1, 2018–May 31, 2018), Summary of Uncontested Fee Applications for the Third Interim and Prior Compensation Periods, Notice of Deferral of Specific Second and Third Interim Applications for Consideration at the December 19 Omnibus Hearing or at a Later Date, and Informative Motion Regarding Attendance and Participation at November 7, 2018 Hearing **[Case No. 17-3283, ECF No. 4126]**

B. Fee Examiner's Supplemental Report, Status Report, and Informative Motion on Presumptive Standards Motion[4] and on Uncontested Fee Applications for the Third (February 1-May 31, 2018) Interim Compensation Period Recommended for Court Approval—All at or before the Omnibus Hearing Scheduled for December 19, 2018 At 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 4455]**

C. Fee Examiner's Supplemental Report and Status Report on Presumptive Standards Motion and on Uncontested Interim Fee Applications Recommended for Court Approval at or before the Omnibus Hearing Scheduled for January 30, 2019 At 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 4868]**

D. Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Third Compensation Periods from February 1 through May 31, 2018 **[Case No. 17-3283, ECF No. 4998]**

---

[4] The Fee Examiner requested that the *Fee Examiner's Motion to Impose Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [ECF No. 4370] be adjourned to the June 12, 2019 omnibus hearing. *See Fee Examiner's Supplemental Report and Status Report on Presumptive Standards Motion and on Uncontested Interim Fee Applications Recommended for Court Approval at or Before the Omnibus Hearing Scheduled for April 24, 2019 At 9:30 A.M. (AST)* [ECF No. 6374], at 5.

    E.  Fee Examiner's Fourth Interim Report on Presumptive Standards Motion and On Professional Fees and Expenses (June 1, 2018 – September 30, 2018) **[Case No. 17-3283, ECF No. 5409]**

    F.  Fee Examiner's Supplemental Report and Status Report on Presumptive Standards Motion and on Uncontested Interim Fee Applications Recommended for Court Approval at or Before the Omnibus Hearing Scheduled for April 24, 2019 at 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 6374]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

## III. UNCONTESTED MATTERS:

1. **Commonwealth's Objection to Individual Claim of Ruth E. Garcia Mattos.** Objection of the Commonwealth of Puerto Rico to Proof of Claim of Ruth E. Garcia Mattos (Claim No. 56596) **[Case No. 17-3283, ECF No. 6070]**

   Description:  The Commonwealth of Puerto Rico seeks entry of an order disallowing the claim of Ruth E. Garcia Mattos (Claim No. 56596) as a deficient claim.

   Objection Deadline:  April 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
       A.  None.

   Reply, Joinder & Statement Deadlines:  April 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies, Joinders & Statements:
       A.  None.

   Related Documents:
       A.  None.

   Status:  This matter is going forward.

   Estimated Time Required:  5 minutes.

2. **ERS's Objection to Individual Claim of Benjamin Arroyo Sosa.** Objection of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proof of Claim of Benjamin Arroyo Sosa (Claim No. 45727) **[Case No. 17-3283, ECF No. 6072]**

<u>Description</u>:  The Employees Retirement System of the Government of the Commonwealth of Puerto Rico seeks entry of an order disallowing the claim of Benjamin Arroyo Sosa (Claim No. 45727) as a deficient claim.

<u>Objection Deadline</u>:  April 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: April 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

## IV. <u>CONTESTED MATTERS</u>:

1.  **<u>Joint Motion of FOMB, Its Special Claims Committee and UCC for entry of an Order Approving Stipulation Related to Joint Prosecution of Causes of Action.</u>** Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Boards, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6305]**

    <u>Description</u>:  Urgent Joint Motion of the Oversight Board, the Special Claims Committee, and the Committee regarding the prosecution of causes of actions of the Debtors against certain entities and the allocation of litigation responsibilities.

    <u>Objection Deadline</u>:  April 17, 2019 at 2:00 p.m. (Atlantic Standard Time).

    <u>Responses</u>:
        A.  Fee Examiner's Limited Response and Reservation of Rights with Respect to Urgent Joint Motion and Stipulation Regarding Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6331]**

        B.  Objection of the Ad Hoc Group of General Obligation Bondholders to the Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Boards, Its Special Claims

Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6333]**

C. Objection of Certain ERS Bondholders to the Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Boards, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6334]**

D. Objection of National Public Finance Guarantee Corporation to the Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Boards, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6335]**

E. Joinder of the Oppenheimer Funds to Objection of the Ad Hoc Group of General Objection Bondholders to the Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Boards, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6336]**

F. Objection and Reservation of Rights of Assure Guaranty Corp., Assure Guaranty Municipal Corp., Financial Guaranty Insurance Company, and Ambac Assurance Corporation to the Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Boards, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6337]**

G. Reservation of Rights of the Ad Hoc Group of PREPA Bondholders to the Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Boards, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6339]**

H. Limited Objection of the Lawful Constitutional Debt Coalition to the Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Boards, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6348]**

Reply, Joinder & Statement Deadlines: April 17, 2019 at 7:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:

A. Omnibus Reply of Official Committee of Unsecured Creditors in Support of Motion for Approval of Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6381]**

B. Joinder of the Financial Oversight and Management Board for Puerto Rico, Acting Through its Special Claims Committee to the Omnibus Reply of Official Committee of Unsecured Creditors in Support of Motion for Approval of Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6382]**

Related Documents:

A. Urgent Joint Motion For (A) Expediting Consideration Of Urgent Joint Motion For Entry Of Order Approving Stipulation And Agreed Order By And Among Financial Oversight And Management Board, Its Special Claims Committee, And Official Committee Of Unsecured Creditors Related To Joint Prosecution Of Debtor Causes Of Action, (B) Pending Approval Of Stipulation, Further Extension Of Briefing Schedule With Respect To Potential Omnibus Motion Of Official Committee Of Unsecured Creditors To Be Appointed To Pursue Commonwealth Causes Of Action, And (C) Approval Of Briefing Schedule With Respect To Limited Motion Of Official Committee Of Unsecured Creditors To Be Appointed To Pursue Certain Commonwealth Claims **[Case No. 17-3283, ECF No. 6306]**

B. Order (A) Expediting Consideration Of Urgent Joint Motion For Entry Of Order Approving Stipulation And Agreed Order By And Among Financial Oversight And Management Board, Its Special Claims Committee, And Official Committee Of Unsecured Creditors Related To Joint Prosecution Of Debtor Causes Of Action, (B) Pending Approval Of Stipulation, Further Extension Of Briefing Schedule With Respect To Potential Omnibus Motion Of Official Committee Of Unsecured Creditors To Be Appointed To Pursue Commonwealth Causes Of Action, And (C) Approval Of Briefing Schedule With Respect To Limited Motion Of Official Committee Of Unsecured Creditors To Be Appointed To Pursue Certain Commonwealth Claims **[Case No. 17-3283, ECF No. 6319]**

C. Informative Joint Motion of Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Regarding Filing of Revised Stipulation and Agreed Order by Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action **[Case No. 17-3283, ECF No. 6455]**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

2.  **Committee's Motion to Establish Procedures regarding Omnibus Objection to Claims of ERS Bondholders.** Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief **[Case No. 17-3283, ECF No. 5589, Case No. 17-3566, ECF No. 386]**

Description:  The Official Committee of Unsecured Creditors, under Bankruptcy Code Sections 105(a) and 502, and Bankruptcy Rule 3007, seek entry of an order establishing procedures with respect to the omnibus objection to claims filed or asserted by holders of certain Employees Retirement Systems of Government of Puerto Rico bonds and requesting related relief.

Objection Deadline:  April 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  Limited Response of the Bank of New York Mellon, as Fiscal Agent, to Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Section 105(A) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objection to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requested Related Relief **[Case No. 17-3283, ECF No. 6160, Case No. 17-3566, ECF No. 434]**

   B.  Puerto Rico Funds' Limited Objection and Reservation of Rights to the Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Section 105(A) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objection to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requested Related Relief **[Case No. 17-3283, ECF No. 6163, Case No. 17-3566, ECF No. 435]**

   C.  Reservation of Rights of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief **[Case No. 17-3283, ECF No. 6258, Case No. 17-3566, ECF No. 444]**

Reply, Joinder & Statement Deadlines: April 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  Reply of Official Committee of Unsecured Creditors to Objections to Motion Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objection to Claims Asserted by Holders of

Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 6353, Case No. 17-3566, ECF No. 448]**

Related Documents:

A. Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bond Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 5580, Case No. 17-3566, ECF No. 381]**

B. Declaration of James R. Bliss in Support of Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bond Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 5581, Case No. 17-3566, ECF No. 382]**

C. Declaration of G. Alexander Bongartz Pursuant to L.R. 3001-1(a) **[Case No. 17-3283, ECF No. 5582, Case No. 17-3566, ECF No. 383]**

D. Objection of Official Committee of Unsecured Creditors to Claims Asserted by Oaktree Funds that Hold Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 5586, Case No. 17-3566, ECF No. 384]**

E. Declaration of Alberto Juan Enrique Añeses Negrón Pursuant to L.R. 3007-1(a) **[Case No. 17-3283, ECF No. 5587, Case No. 17-3566, ECF No. 385]**

F. Notice of Filing of Revised Order, Pursuant to Bankruptcy Code Sections 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objections of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 6247, Case No. 17-3566, ECF No. 442]**

Status:  This matter is going forward.

Estimated Time Required:  40 minutes.

3. **GO Bondholders' Motion to Establish Procedures regarding Omnibus Conditional Objection to Claims of PBA Bondholders.** Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 6104]**

Description:  The Ad Hoc Group of General Obligation Bondholders, under Bankruptcy Code Sections 105(a) and 502, and Bankruptcy Rule 3007, seek entry of an order establishing procedures with respect to the omnibus conditional objection to all claims (i) filed or asserted against the Commonwealth based on or relating to the Commonwealth's

obligations in connection with leases entered into by the Puerto Rico Public Buildings Authority; and (ii) asserted against the Commonwealth based on or relating to certain Commonwealth general obligation bonds and PBA Bonds issued beginning in the fiscal year 2010.

Objection Deadline:  April 15, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A.  Objection of the Lawful Constitutional Debt Coalition to the Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 6181]**

B.  Objection of the QTCB Noteholder Group to the Motion Establishing Procedures with Respect to the Omnibus Conditional Objection of Ad Hoc Group of General Obligation Bondholders and Preliminary Response to the Omnibus Conditional Objection **[Case No. 17-3283, ECF No. 6254]**

C.  Limited Objection and Reservation of Rights to the Motion Establishing Procedures with Respect to the Omnibus Conditional Objection of Ad Hoc Group of General Obligation Bondholders and Omnibus Conditional Objection **[Case No. 17-3283, ECF No. 6255]**

D.  Ambac Assurance Corporation's Objection to the Motion of the Ad Hoc Group of General Obligation Bondholders for an Order, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 9006, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 6259]**

E.  Objection of Official Committee of Unsecured Creditors to Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 6261]**

F.  Objection and Preliminary Response of National Public Finance Guarantee Corporation to the Motion of the Ad Hoc Group of General Obligation Bondholders Establishing Procedures with Respect to the Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 6263]**

Reply, Joinder & Statement Deadlines: April 19, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A.  Joinder of the Financial Oversight and Management Board for Puerto Rico, Acting Through its Special Claims Committee, of the Objection of Official Committee of Unsecured Creditors to Motion of Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(A) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds and Holder of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 6417]**

    B.  Reply in Support of Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 6429]**

Related Documents:

    A.  Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to Claims Filed or Asserted by The Public Buildings Authority, Holders of Public Buildings Authority Bonds and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 6099]**

    B.  Declaration of Donald Burke in Support of Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to Claims Filed or Asserted by The Public Buildings Authority, Holders of Public Buildings Authority Bonds and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 6101]**

    C.  Declaration of Donald Burke Pursuant to Local Rule 3007-1(a) **[Case No. 17-3283, ECF No. 6103]**

    D.  Order Granting Urgent Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 6138]**

Status:  This matter is going forward.

Estimated Time Required:  45 minutes.

4. **FOMB Motion to Toll the Time for the Commonwealth to Bring Certain Avoidance Actions.** Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Equitably Tolling the Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions **[Case No. 17-3283, ECF No. 6118]**

11

<u>Description</u>:  Motion of the Financial Oversight and Management Board of Puerto Rico for entry of an order equitably tolling the time prescribed by 11 U.S.C. § 546 for the Oversight Board to bring avoidance and recovery actions related to the payments made on account of certain bonds issued by the Commonwealth of Puerto Rico, the Employees Retirement System for the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority and requesting related relief.

<u>Objection Deadline</u>:  April 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
   A.  Objection of Individual General Obligation Bondholder to Motion of Financial Oversight and Management Board for Entry of an Order "Equitably Tolling" the Time to Bring Certain Avoidance Actions **[Case No. 17-3283, ECF No. 6151]**

   B.  Opposition of Certain ERS Bondholders to the Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Equitably Tolling the Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions **[Case No. 17-3283, ECF No. 6159]**

   C.  Objection of the Lawful Constitutional Debt Coalition to the Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Equitably Tolling the Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions **[Case No. 17-3283, ECF No. 6182]**

   D.  Reservation of Rights of the QTCB Noteholder Group in Response to the Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Equitably Tolling the Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions **[Case No. 17-3283, ECF No. 6191]**

<u>Reply, Joinder & Statement Deadlines</u>: April 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
   A.  Omnibus Reply in Support of the Financial Oversight and Management Board of Puerto Rico's Motion for Entry of an Order Equitably Tolling Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions **[Case No. 17-3283, ECF No. 6343]**

   B.  The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Joinder to the Urgent Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Equitably Tolling the Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions **[Case No. 17-3283, ECF No. 6346]**

<u>Related Documents</u>:
   A.  None.

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

5. **Committee's Motion for an Order to Pursue Certain Causes of Action on Behalf of Commonwealth.** Motion of Official Committee of Unsecured Creditors for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief **[Case No. 17-3283, ECF No. 6325]**

Description:  Motion of the Official Committee of Unsecured Creditors pursuant to Sections 105(a), 503(b), 923(a), 1103(c) and 1109(b) of the Bankruptcy Code (i) appointing the Committee as trustee of the Commonwealth under section 926(a) of the Bankruptcy Code for the sole purpose of continuing to investigate and prosecute certain avoidance actions of the Commonwealth, (ii) granting the Committee derivative standing to continue to investigate and prosecute certain other related Commonwealth causes of action, and (iii) granting related relief.

Objection Deadline:  April 20, 2019 at 12:00 p.m. (Atlantic Standard Time).

Responses:

A. Objection of the Financial Oversight and Management Board for Puerto Rico and Its Special Claims Committee to Motion of Official Committee of Unsecured Creditors for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief **[Case No. 17-3283, ECF No. 6418]**

B. The Puerto Rico Fiscal Agency and Financial Advisory Authority's Objection to Motion of Official Committee of Unsecured Creditors for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief [ECF 6325] **[Case No. 17-3283, ECF No. 6421]**

C. Objection of National Public Finance Guarantee Corporation to Motion of Official Committee of Unsecured Creditors for Order Authorizing Committee to Pursue Certain Causes of Actions on Behalf of Commonwealth and Granting Related Relief **[Case No. 17-3283, ECF No. 6424]**

D. Limited Objection of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to the Unsecured Creditors' Committee's Motion for Order Authorizing Unsecured Creditors' Committee to Pursue Certain Causes of Action on Behalf of Commonwealth **[Case No. 17-3283, ECF No. 6425]**

E. Ambac Assurance Corporation's Limited Objection to the Motion of Official Committee of Unsecured Creditors for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief **[Case No. 17-3283, ECF No. 6426]**

F.  Objection and Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Financial Guaranty Insurance Company to the Motion of Official Committee of Unsecured Creditors for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief **[Case No. 17-3283, ECF No. 6427]**

G.  The Oppenheimer Funds' Objection to the Motion of Official Committee of Unsecured Creditors for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting related Relief **[Case No. 17-3283, ECF No. 6428]**

Reply, Joinder & Statement Deadlines: April 22, 2019 at 6:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:

A.  Limited Joinder of the Ad Hoc Group of General Obligation Bondholders in the Oppenheimer Funds' Objection to the Motion of Official Committee of Unsecured Creditors for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief **[Case No. 17-3283, ECF No. 6454]**

B.  Omnibus Reply of Official Committee of Unsecured Creditors in Support of Motion for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief **[Case No. 17-3283, ECF No. 6458]**

Related Documents:

A.  Order Further Extending Briefing Schedule with Respect to Potential Motion by Official Committee of Unsecured Creditors Seeking Appointment of Trustee to Pursue Causes of Action **[Case No. 17-3283, ECF No. 6285]**

B.  Urgent Motion of Official Committee of Unsecured Creditors to File Under Seal Unredacted Motion for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief **[Case No. 17-3283, ECF No. 6326]**

C.  Order Granting Urgent Motion of Official Committee of Unsecured Creditors to File Under Seal Unredacted Motion for Order Authorizing Committee to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief **[Case No. 17-3283, ECF No. 6345]**

Status:  This matter is going forward.

Estimated Time Required:  90 minutes.

6.  **COFINA's Thirteenth Omnibus Objection to Claims.** Puerto Rico Sales Tax Financing Corporation's Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 4417]**

<u>Description</u>:   The Puerto Rico Sales Tax Financing Corporation's thirteenth omnibus objection (non-substantive) to duplicate bond claims.

<u>Objection Deadline</u>:  February 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

    A.  Objection, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan, and Response and Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701 **[Case No. 17-3283, ECF No. 4585]**

    B.  Supplement to Objection, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan Scheduled for Hearing January 16, 2019, and Response and Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701 **[Case No. 17-3283, ECF No. 4595]**

    C.  Second Supplement to Objection, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan Scheduled for Hearing January 16, 2019, and Response and Opposition to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701 **[Case No. 17-3283, ECF No. 4673]**

    D.  Further Response and Opposition, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701, and in Further Opposition to Confirmation of Puerto Rico Sales Tax Financing Corporation ("COFINA") Plan **[Case No. 17-3283, ECF No. 5041]**

    E.  Supplement to Response and Opposition, of Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to COFINA's Thirteenth Omnibus Objection to Individual Claim No. 10701 **[Case No. 17-3283, ECF No. 6283]**

<u>Reply, Joinder & Statement Deadlines</u>: March 6, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:

    A.  Reply of Puerto Rico Sales Tax Financing Corporation to Responses Filed to Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 5396]**

15

B. Reply of Puerto Rico Sales Tax Financing Corporation to Objection in Support of the Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 6367]**

Related Documents:
A. Order Directing Parties to Meet and Confer Regarding Scheduling of Hearing on the Thirteenth Omnibus Objection to Claims as to Claim of Peter C. Hein **[Case No. 17-3283, ECF No. 5052]**

B. Informative Motion of Puerto Rico Sales Tax Financing Corporation Regarding Scheduling of Hearing on the Thirteenth Omnibus Objection to Claims as to Claim of Peter C. Hein **[Case No. 17-3283, ECF No. 5142]**

C. Order Granting In Part Puerto Rico Sales Tax Financing Corporations' Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 6117]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

7. **Motion to Appoint a Committee for Individual and Other Modest-Sized Bondholders.** Motion of Individual General Obligation Bondholder (1) to Permit Electronic Filing by Pro Se Parties; (2) (In The Alternative to "(1)") To Set Up A Mechanism to Permit Pro Se Parties to File and Serve Papers by Submission by Email to Prime Clerk; (3) to Permit Pro Se Parties to Listen into Proceedings by Telephone; and (4) To Order the Appointment a Committee for Individual and Other Modest-Sized Bondholders **[Case No. 17-3283, ECF No. 6128]**

Description: Motion of Peter Hein for entry of an order to allow Pro Se parties to electronically file and serve pleadings with the Court, to allow Pro Se parties to listen to Court proceedings via telephone and to order the appointment of a committee of individual and modest-sized bondholders.

Objection Deadline: April 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Response and Limited Joinder of the Ad Hoc Group of General Obligation Bondholders in Peter C. Hein's Motion (1) to Permit Electronic Filing by Pro Se Parties; (2) (In The Alternative to "(1)") To Set Up A Mechanism to Permit Pro Se Parties to File and Serve Papers by Submission by Email to Prime Clerk; (3) to Permit Pro Se Parties to Listen into Proceedings by Telephone; and (4) To Order the Appointment a Committee for Individual and Other Modest-Sized Bondholders **[Case No. 17-3283, ECF No. 6161]**

16

    B.  Objection of Financial Oversight and Management Board for Puerto Rio to Motion for an Order Approving a Committee for Modest-Sized Bondholders **[Case No. 17-3283, ECF No. 6164]**

    C.  Objection of Official Committee of Unsecured Creditors to Motion of Pro Se Individual General Obligation Bondholder for Order Appointing Committee for Individual and Other Modest Sized Holders of General Obligation Bonds **[Case No. 17-3283, ECF No. 6166]**

<u>Reply, Joinder & Statement Deadlines</u>: April 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

8.  **<u>Marrero Plaintiffs' Motion for Relief from Stay.</u>** Marrero Plaintiffs' Motion for Relief from Automatic Stay **[Case No. 17-4780, ECF No. 1074]**

<u>Description</u>:  The Marrero Plaintiffs seek relief from the automatic stay in the Puerto Rico Electric Power Authority's case, regarding their claims against certain defendants and PREPA in the certain pending action, *Marrero-Rolon, et al. v. Autoridad de Energia Electrica, et al.*, [Case No. 15-01167 (JAG)], before the United States District Court for the District of Puerto Rico.

<u>Objection Deadline</u>:  February 22, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Objection of the Puerto Rico Electric Power Authority to Marrero Plaintiffs' Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 5455, Case No. 17-4780, ECF No. 1124]**

<u>Reply, Joinder & Statement Deadlines</u>: March 1, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  Marrero Plaintiffs' Reply Brief in Support of Their Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 5590, Case No. 17-4780, ECF No. 1141]**

<u>Related Documents</u>:

A.  Order Scheduling Briefing of Marrero Plaintiffs' Motion for Relief from Automatic Stay **[Case No. 17-4780, ECF No. 1076]**

B.  Order Extending Deadlines Under Order Scheduling Briefing of Marrero Plaintiffs' Motion for Relief from Automatic Stay **[Case No. 17-4780, ECF No. 1098]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

## V.  **MATTERS TO BE HEARD IN ADVERSARY PROCEEDINGS**

1.  **Plaintiff's Motion for Leave to File an Amended Complaint.** Motion of Debtor for Leave to File an Amended and Supplemented Adversary Complaint and Requesting Determination of Count Briefed but Not Decided by Title III Court's Order on Motions for Summary Judgment **[Case No. 17-213, ECF No. 236]**

Description: Plaintiff's, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, motion for leave to amend and supplement the complaint in this adversary proceeding and requesting the Court decide the issues raised in Count III of the Debtor's original Complaint.

Objection Deadline:  April 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  Puerto Rico Funds' Response in Opposition to the Motion of Debtor for Leave to File an Amended and Supplemented Adversary Complaint and Requesting Determination of Count Briefed but not Decided by Title III Court's Order on Motions for Summary Judgement **[Case No. 17-213, ECF No. 238]**

   B.  Opposition of Certain Defendants to the Motion of Debtor for Leave to File an Amended and Supplemented Adversary Complaint and Requesting Determination of Count Briefed but not Decided by Title III Court's Order on Motions for Summary Judgment **[Case No. 17-213, ECF No. 239]**

Reply, Joinder & Statement Deadlines: April 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Joinder and Reply in Support of The Motion of Debtor for Leave to File an Amended and Supplemented Adversary Complaint and Requesting Determination of Count Briefed but not Decided by Title Court's Order on Motions for Summary Judgment **[Case No. 17-213, ECF No. 242]**

B. Debtor's Reply Memorandum in Support of Motion for Leave to File an Amended and Supplemented Adversary Complaint and Requesting Determination of Count Briefed but not Decided by Title III Court's Order on Motions for Summary Judgement **[Case No. 17-213, ECF No. 243]**

Related Documents:
A. None.

Status:  This matter is going forward.

Estimated Time Required:  20 minutes.

## VI. ADJOURNED MATTERS:

1. **Creditors' Committee Motion re Proposed Payment of $7 Million to Bonistas Del Patio, Inc.** Official Committee of Unsecured Creditors' (A) Amended Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment **[Case No. 17-3283, ECF No. 5136]**

Description:   The Official Committee of Unsecured Creditors request a hearing on the proposed payment of $7 million to Bonistas Del Patio, Inc.

Objection Deadline:  TBD

Responses:
A. N/A

Reply, Joinder & Statement Deadlines: TBD

Replies, Joinders & Statements:
A. N/A

Related Documents:
A. Informative Motion Regarding Stipulation Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5097]**

B. Official Committee of Unsecured Creditors' Urgent Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] **[Case No. 17-3283, ECF No. 5100]**

C. Order Directing Response to the Official Committee of Unsecured Creditors' Urgent Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 million to Bonistas Del Patio, Inc. **[Case No. 17-3283, ECF No. 5101]**

D. Response of the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Official Committee of Unsecured Creditors' Urgent Response to Informative Motion [Docket No. 584] **[Case No. 17-3283, ECF No. 5117]**

19

E. Statement of the COFINA Senior Bondholders' Coalition in Support of Informative Motion Regarding Stipulation of Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5118]**

F. Order Setting Deadline for Further Response to the Informative Motion Regarding Stipulation Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5121]**

G. Official Committee of Unsecured Creditors' (A) Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment **[Case No. 17-3283, ECF No. 5135]**

H. Order Setting Deadline for Joint Status Report in Connection with Informative Motion Regarding Stipulation Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5137]**

I. Urgent Motion for Leave to Cite to Case Law in Spanish Language and for Extension of Time to Submit Corresponding Certified English Translations **[Case No. 17-3283, ECF No. 5138]**

J. Order Approving Urgent Motion for Leave to Cite to Case Law in Spanish Language and for Extension of Time to Submit Corresponding Certified English Translations **[Case No. 17-3283, ECF No. 5147]**

K. Stipulation and Proposed Order to Extend Deadlines Set Forth in the Court's Order Entered on February 14, 2019 (ECF No. 596) **[Case No. 17-3283, ECF No. 5179]**

L. Order Revising Deadlines Set Forth in the Court's Order Entered on February 14, 2019 (ECF No. 596) **[Case No. 17-3283, ECF No. 5180]**

M. Notice of Filing Certified Translations of Case Law Cited in Official Committee of Unsecured Creditors' (A) Amended Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment **[Case No. 17-3283, ECF No. 5204]**

Status:  This matter has been adjourned to the June 12, 2019 omnibus hearing.

Estimated Time Required:  N/A

2. **AMPR's Motion for Relief from Stay.** Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3914]**

Description:  Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American Federation of Teachers, seek relief from the automatic stay.

Objection Deadline:  October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by
      Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de
      Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

Reply, Joinder & Statement Deadlines: October 19, 2018 at 4:00 p.m. (Atlantic Standard
Time).

Replies, Joinders & Statements:
   A. Movants' Reply to Objection of the Commonwealth to Motion for Relief From
      Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No.
      4071]**

Related Documents:
   A. Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-
      3283, ECF No. 3916]**

   B. Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No.
      3960]**

   C. Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief
      from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**

   D. Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply to
      Movants' Reply to Objection of the Commonwealth to Motion for Relief from
      Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No.
      4107]**

   E. Order Granting Unopposed Motion of Commonwealth of Puerto Rico for Leave to
      File Sur-Reply **[Case No. 17-3283, ECF No. 4449]**

   F. Joint Informative Motion regarding Hearing on Motion for Relief from Stay filed
      by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 4941]**

Status:  This matter has been adjourned to the June 12, 2019 omnibus hearing.

Estimated Time Required:  N/A

3. **Asociación Puertorriqueña de la Judicatura, Inc.'s Motion for Relief from Stay.**
   Motion for Relief from Stay **[Case No. 17-3283, ECF No. 4398]**

Description:  Asociación Puertorriqueña de la Judicatura, Inc. seeks relief from the
automatic stay.

Objection Deadline:  January 15, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Objection of FOMB, as Representative of the Commonwealth of Puerto Rico, to Motion for Relief from Stay Filed by Asociación Puertorriqueña de la Judicatura, Inc. **[Case No. 17-3283, ECF No. 4797]**

Reply, Joinder & Statement Deadlines: January 23, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Reply to Opposition of Motion for Relief from Stay **[Case No. 17-3283, ECF No. 4845]**

Related Documents:
A. Joint Informative Motion regarding Hearing on Motion for Relief from Stay filed by Asociación Puertorriqueña de la Judicatura, Inc. **[Case No. 17-3283, ECF No. 4881]**

Status:  This matter has been adjourned to the June 12, 2019 omnibus hearing.

Estimated Time Required:  N/A

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated:  April 22, 2019
        San Juan, Puerto Rico

Respectfully submitted,

*/s/Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, and all CM/ECF participants in the case.

*/s/Hermann D. Bauer*

Hermann D. Bauer
