IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS) |

**APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE***

    COMES NOW, Jesse Green, applicant herein, and pursuant to L. Civ. R. 83A(f) of the United States District Court of the District of Puerto Rico, states as follows:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

1. Applicant is an attorney and member of the law firm of White & Case, LLP, with offices at:

   Address: Southeast Financial Center
   200 South Biscayne Blvd., Suite 4900
   Miami, Florida 33131

   E-mail: jgreen@whitecase.com

   Telephone: (305) 371-2700

   Facsimile: (305) 358-5744

2. Applicant will sign all pleadings with the name Jesse Green.

3. Applicant has been retained as a member of the above-named firm by the UBS Family of Funds and the Puerto Rico Family of Funds identified in Exhibit 1 to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 2012, applicant has been and presently is a member in good standing of the bar of the State of Florida, where applicant regularly practices. Applicant's Florida bar number is 95591. In addition, since 2007, applicant has been and presently is a member in good standing of the bar of the State of New York. Applicant's New York bar registration number is 4554044.

5. Applicant has been admitted to practice before the following courts:

   U.S. District Court for the Southern District of Florida since 2012
   U.S. District Court for the Northern District of Florida since 2014
   U.S. District Court for the Middle District of Florida since 2014
   U.S. Court of Appeals for the Eleventh Circuit since 2014

6. Applicant is a member in good standing of the bars of the courts listed in paragraphs 4 though 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

    Name: Alicia I. Lavergne Ramírez

    Address: 270 Muñoz Rivera Avenue, Suite 1110
San Juan, Puerto Rico 00918

    E-mail: alavergne@lsplawpr.com

    Telephone: (787) 522-6776

10. Applicant has read the local rules of this court and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide, in part that attorneys appearing *Pro Hac Vice* must comply with the provisions set forth therein and pay an admission fee per appearance in each new case before the Court. Accordingly, payment of the *Pro Hac Vice* admission fee is attached hereto.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: April 22, 2019

    /s/ *Jesse Green*
Jesse Green
White & Case LLP
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: jgreen@whitecase.com

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: April 22, 2019

Alicia I. Lavergne Ramírez
USDC-PR 215112

/s/ *Alicia I. Lavergne Ramírez*
Signature of Local Counsel

I CERTIFY that on April 22, 2019, I caused to be electronically filed the foregoing Application and Order for Admission *Pro Hac Vice*, accompanied by the admission fee, *Pro Hac Vice* admission fee, if any, with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Alicia I. Lavergne Ramírez*
Signature of Applicant

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, order that:

- ❑ the application be granted.  The Clerk shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

- ❑ the application be denied.  The Clerk shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
U.S. DISTRICT JUDGE

# **EXHIBIT 1**

Puerto Rico AAA Portfolio Bond Fund II, Inc.
Puerto Rico AAA Portfolio Bond Fund, Inc.
Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
Puerto Rico Fixed Income Fund, Inc.
Puerto Rico Fixed Income Fund II, Inc.
Puerto Rico Fixed Income Fund III, Inc.
Puerto Rico Fixed Income Fund IV, Inc.
Puerto Rico Fixed Income Fund V, Inc.
Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
Puerto Rico Investors Bond Fund I
Puerto Rico Investors Tax-Free Fund, Inc.
Puerto Rico Investors Tax-Free Fund, Inc. II
Puerto Rico Investors Tax-Free Fund III, Inc.
Puerto Rico Investors Tax-Free Fund IV, Inc.
Puerto Rico Investors Tax-Free Fund V, Inc.
Puerto Rico Investors Tax-Free Fund VI, Inc.
Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
Tax-Free Puerto Rico Fund, Inc.
Tax-Free Puerto Rico Fund II, Inc.
Tax-Free Puerto Rico Target Maturity Fund, Inc.