```
Court Name: District Court
Division: 1
Receipt Number: PRX100063388
Cashier ID: risaac
Transaction Date: 04/22/2019
Payer Name: LAVERGNE-RAMIREZ, ALICIA L
------------------------------------------
PRO HOC VICE
 For: LAVERGNE-RAMIREZ, ALICIA L
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
------------------------------------------
PAPER CHECK CONVERSION
 Remitter: SANCHEZ PIRILLO LLC
 Check/Money Order Num: 1783
 Amt Tendered:  $300.00
------------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-3283 PRO HAC VICE OF ATT JESSE
GREEN THROUGH LOCAL COUNSEL ATTY
LAVERGNE-RAMIREZ, ALICIA L
```