# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                    Debtors. [1]

</td>
<td>

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

Jointly Administered

</td>
</tr>
</table>

## APPLICATION FOR ADMISSION *PRO HAC VICE* BY ANDREW KISSNER

COMES NOW Andrew Kissner ("Applicant") respectfully stating and praying as follows:

1.    Applicant is an attorney with the law firm of Morrison & Foerster LLP, with offices at:

> **Address:** 250 West 55th Street, New York, NY 10019
> **Email:** akissner@mofo.com
> **Telephone:** 212-336-4117
> **Fax:** 212-468-7900

2.    Applicant has been retained as counsel by certain creditors, referred to as the "PBA Funds"[2], that hold Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds issued by the Puerto Rico Public Buildings Authority, and certain additional

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (9686).

[2] *See Fourth Supplemental Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-3283-LTS, Docket No. 5991].

creditors, referred to as the "Ad Hoc Group of Constitutional Debtholders"[3], that hold bonds

issued or guaranteed by the Commonwealth of Puerto Rico.

3.      Applicant will sign all pleadings and papers with the name Andrew Kissner.

4.      Since May 24, 2017, Applicant has been and presently is a member in good standing of

the Bar of the highest court in the State of New York, where Applicant regularly practices law.

Applicant's New York State bar license number is 5507652.

5.      Applicant has been admitted to practice and is a member in good standing of the bar in

the following court in New York:

| Court | Admission Date |
|---|---|
| United States District Court for the Southern District of New York | 2018 |

6.      Applicant hereby attests that he is not suspended from practice nor has he been the

subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in

any court or jurisdiction.

7.      Applicant has not filed for pro hac vice admission in the U.S. District Court for the

District of Puerto Rico in the preceding three years.

8.      Local counsel of record associated with applicant in this matter are:

> Gerardo A. Carlo-Altieri
> Kendra Loomis
> G. Carlo-Altieri Law Offices, LLC
> 254 San Jose St., Third Floor
> San Juan, Puerto Rico 00901
> Phone: (787) 247-6680
> Fax: (787) 919-0527
> gacarlo@carlo-altierilaw.com
> loomislegal@gmail.com

---

[3] *See Third Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to
Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-3283-LTS, Docket No. 6067].

2

9.      Applicant has read the Local Rules of this Court and will comply with them including the provision which requires the payment of an admission fee in the amount of $300.00 to the Clerk, U.S. District Court.

**WHEREFORE**, Applicant respectfully requests to be admitted *pro hac vice* in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: April 17, 2019.

Andrew Kissner
Printed Name of Applicant

Signature of Applicant

3

ny-1612421

## CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE

We hereby certify pursuant to L.Cv.R. 83A(f) that we consent to the designation of local

counsel of record for all purposes and that we caused to be delivered a copy of the foregoing to the

Clerk of the Court with the admission fee or made payment electronically. We also certify that we

filed this document electronically with the Clerk of the Court using the CM/ECF System, which will

send notification of such filing to all parties required to receive notice in the captioned proceeding. In

San Juan, Puerto Rico, this 17th day of April 2019.

**G. Carlo-Altieri Law Offices, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527

/s/Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
Email: gacarlo@carlo-altierilaw.com

/s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
E-mail: loomislegal@gmail.com
Mobile: (787) 370-0255

ny-1612421

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, hereby orders that the application is granted.

The Clerk of Court shall deposit the admission fee into the account of Non-Appropriated Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of April, 2019.

_____
Hon. Laura Taylor Swain
U.S. District Court Judge

ny-1612421