**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :   Title III

       as representative of                         :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)

       Debtors.                               :

-------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Catherine B. Walters* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *waltecb@comcast.net* | |
| Email Address | Email Address |
| | |
| *144 Spalding Circle* | |

SRF 31030

| | |
|---|---|
| Address line 1 | Address line 1 |
| Address line 2 | Address line 2 |
| Goose Creek, SC 29445<br>City, State Zip Code | City, State Zip Code |
| USA<br>Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514LD20

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** (circled) or **NO** (please **circle one**).

By: Catherine B. Walters
Signature

Catherine B. Walters
Print Name

_______________________
Title (if Participant is not an Individual)

4/15/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



# PRIORITY ★ MAIL ★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

**APPLY PRIORITY MAIL POSTAGE HERE**




U.S. POSTAGE PAID
PM 3-Day
GOOSE CREEK, SC
29445
APR 16, 19
AMOUNT

**$7.35**

1006      00918      R2304M113802-12



RECEIVED & FILED
2019 APR 22 PM 5: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

* For International shipments, the maximum weight is 4 lbs.

**EXPECTED DELIVERY DAY:  04/19/19**

**USPS TRACKING NUMBER**



9505 5145 2649 9106 4216 00

Walters
144 Spalding Circle
Goose Creek, SC 29445

Clerk of the US District Court for District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------X

In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :    Title III
                                                            :
       as representative of                               :    Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                   :    (Jointly Administered)
                                                            :
       Debtors.                                          :
------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**<u>Participant Name and Contact Information</u>**        **<u>Counsel Contact Information (if any)</u>**

*Lee Mountcastle*

Participant Name                              Firm Name (if applicable)

Contact Person (if Participant is not an individual)     Contact Person

Email Address                                   Email Address

Address line 1

*P.O. Box 90327*

Address line 2

*Nashville TN 37209-0327*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*7415 LE 86*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Lee Mountcastle*

Signature

*Lee Mountcastle*

Print Name

_____

Title (if Participant is not an Individual)

*4/15/19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



MOUNTCASTLE PARTNERSHIP
P.O. Box 90327
Nashville, TN 37209-0327

CERTIFIED MAIL

7018 3090 0001 0536 4085

U.S. POSTAGE PAID
FCM LETTER
ASHLAND CITY, TN
37015
APR 15, 19
AMOUNT
$4.05
R2306Y152387-01

1000   00918

RECEIVED & FILED
2019 APR 22  PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X
:
In re:                                                    :
:
THE FINANCIAL OVERSIGHT AND                   :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :     Title III
:
       as representative of                    :     Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*    :     (Jointly Administered)
:
       Debtors.                               :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

*Catherine A. Mountcastle*
_____      _____
Participant Name                   Firm Name (if applicable)

_____      _____
Contact Person (if Participant is not an individual)    Contact Person

_____      _____
Email Address                      Email Address

_____      _____

Address line 1

*P. O. Box 90327*

Address line 2

*Nashville, TN 37209-0327*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514 LE 86*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Catherine A. Mountcastle*

Signature

*Catherine A Mountcastle*

Print Name

*General Manager*

Title (if Participant is not an Individual)

*4/15/19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

**MOUNTCASTLE PARTNERSHIP**
P.O.Box 90327
Nashville, TN 37209-0327



CERTIFIED MAIL

7018 3090 0001 0536 4085

U.S. POSTAGE PAID
FCM LETTER
ASHLAND CITY, TN
37015
APR 15, 19
AMOUNT
**$4.05**
R2306Y152387-01

RECEIVED & FILED
2019 APR 22   PM 5: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

-----------------------------------------------------------------X
:
In re:                                                           :
:
THE FINANCIAL OVERSIGHT AND                    :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :      Title III
:
        as representative of                                :      Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)
:
        Debtors.                                              :
-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Mountcastle Family Partnership* | |
| Participant Name | Firm Name (if applicable) |
| *Catherine A. Mountcastle* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*745266 AY2*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Catherine A Mountcastle*
Signature

*Catherine A. Mountcastle*
Print Name

*Managing Partner*
Title (if Participant is not an Individual)

*4|15|9*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

MOUNTCASTLE PARTNERSHIP
P.O.Box 90327
Nashville, TN 37209-0327

CERTIFIED MAIL

7018 3090 0001 0536 4085

U.S. POSTAGE PAID
FCM LETTER
ASHLAND CITY, TN
37015
APR 15, 19
AMOUNT
$4.05
R2306Y152387-01

1000        00918

RECEIVED & FILED
2019 APR 22  PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2019 APR 22 PM 5: 28

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

```
---------------------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :      Title III
                                                  :
          as representative of                    :      Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :      (Jointly Administered)
                                                  :
          Debtors.                                :
---------------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>                <u>**Counsel Contact Information (if any)**</u>

Jeffrey Dorn
_____                    _____
Participant Name                                   Firm Name (if applicable)


_____                    _____
Contact Person (if Participant is not an individual)   Contact Person


jsd5372@yahoo.com
_____                    _____
Email Address                                      Email Address


_____                    _____

Address line 1                                                          Address line 1

14 Hidden Ledge Rd                                                      _____
Address line 2                                                         Address line 2

Englewood, NJ 07631                                                    _____
City, State Zip Code                                                  City, State Zip Code

USA                                                                    _____
Country                                                               Country

2.      Participant advises that it (choose **<u>one</u>** of the following by marking "X" in the appropriate space):

            _____ intends to **<u>support</u>** the relief requested in the Objection (i.e., Participant
            believes the Court should find that the Challenged GO Bonds are **<u>invalid</u>**); *or*

            _____ intends to **<u>oppose</u>** the relief requested in the Objection (i.e., Participant
            believes that the Court should find that the Challenged GO Bonds are **<u>valid</u>**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
        sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
        the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
                secondary market?  **YES** or **NO** (please **<u>circle one</u>**).

By: _____     _____
        Signature

Jeffrey Dorn
Print Name

_____
Title (if Participant is not an Individual)

April 15, 2019
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150**



CERTIFIED MAIL

7018 1830 0001 5573 2908

U.S. POSTAGE PAID
ENGLEWOOD, NJ
07631
APR 16, 19
AMOUNT
**$4.05**
R2305K135098-10

The Clerk of the U.S. District Court
for the District of Puerto Rico Room 150
Federal Building, 150 Carlos Chardon Ave.
San Juan, PR  00918-1767

00918-170625



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7016 1830 0001 5573 2908

**Jeffrey Dorn**
14 Hidden Ledge Rd.
Englewood, NJ  07631

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 28

CLERK'S OFFICE
U.S.DISTRICT COURT

```
------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :   Title III
                                          :
         as representative of             :   Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :   (Jointly Administered)
                                          :
         Debtors.                         :
------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Tony HAAS
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

Terry Haas @ yahoo.com
_____
Email Address

250 Amherst St.
Brooklyn NY 11235

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1 _____     Address line 1 _____

Address line 2 _____     Address line 2 _____

City, State Zip Code _____     City, State Zip Code _____

Country _____     Country _____

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

 ___✓___ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

 _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

 (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

 (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

Terry Hans
Print Name

_____
Title (if Participant is not an Individual)

4/15/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

T. HAAS
250 Amherst St.
BROOKLYN, NY 11235



RECEIVED & FILED
2019 APR 22   PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of the US District Court
For District of Puerto Rico
FEDERAL BLDG          Rm 150
150 CARLOS CHARDON Ave
SAN JUAN, PR   00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND            :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :        Title III
                                                         :
     as representative of                         :        Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :        (Jointly Administered)
                                                         :
     Debtors.                                    :

-------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Joseph J. Tolento III*

Participant Name

Contact Person (if Participant is not an individual)

*JAACT @ VERIZON. NET.*

Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

_269-11 78 Ave_

Address line 2

_New Hyde Park/N.Y 11040_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

**✳** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745 14 L B 22_

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
        Signature

_Joseph J. Tolento III_
Print Name

_____
Title (if Participant is not an Individual)

_4/13/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Joseph J. Tolento
26911 78th Ave.
New Hyde Park, NY 11040



RECEIVED & FILED
2019 APR 22   PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The clerk of The U.S.D.C. FOR
The District oF Puerto,
Room 150  Federal Building
150 Carlos Chardon Ave.
SAN Juan. PR. 00918-1767

00918-170399

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22   PM 5: 27

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------------X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :    Title III

      as representative of                              :    Case No. 17-BK-3283 (LTS)

                                    :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :    (Jointly Administered)

      Debtors.                                            :
-------------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

EDITH FEIGENBAUM
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

NORMAN @ RUTH CPA . com
_____
Email Address

NORMAN RUTH C.P.A.
_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1                              Address line 1

16 Russel Woods Road                        _____

Address line 2                              Address line 2

Great Neck, NY 11021                        _____

City, State Zip Code                        City, State Zip Code

U.S.A                                       _____

Country                                     Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      **X** intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please circle one).

By: _Edith Feigenbaum_
    Signature

    EDITH FEIGENBAUM
    Print Name

    _____
    Title (if Participant is not an Individual)

    4/9/2019
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Edith Feigenbaum
16 Russell Woods Road
Great Neck, NY 11021

$0.50⁰
US POSTAGE
FIRST-CLASS

071V00605125
11023
000018326

RECEIVED & FILED
2019 APR 22  PM 5:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court
For the District of Puerto, Rm 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918Ø1703 CO18

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO** 2019 APR 22  PM 5: 27

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
----------------------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :   Title III
                                                      :
          as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :   (Jointly Administered)
                                                      :
          Debtors.                                    :
----------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| STEVEN  H.  FOX | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| n/a | |
| Email Address | Email Address |
| | |

Address line 1

*9915 Connecticut Ave.*

Address line 2

*Kensington, MD 20895*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
       Signature

*STEVEN H. FLY*
_____
Print Name

_____
Title (if Participant is not an Individual)

*4/14/2019*
_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



S. Fox
9915 Connecticut Ave.
Kensington, MD 20895-3801

U.S. POSTAGE PAID
FCM LETTER
KENSINGTON, MD
20895
APR 15 19
AMOUNT
$0.55
1000        00918        R2304M110479-02

RECEIVED
2019 APR 22  PM 5: 27
CLERK'S OFFICE
U.S. DIST ...
SAN ...

Clerk of the U.S. District Court
for the District of Puerto Rico
Rm. 150, Federal Bldg.
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 27

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

In re:                                        :

THE FINANCIAL OVERSIGHT AND          :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :     Title III

      as representative of              :     Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :  (Jointly Administered)
                                              :
      Debtors.                         :

-----------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Jeffrey J. Arnold | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Jjarn66@hotmail.com | |
| Email Address | Email Address |

Address line 1

210 Olive St.

Address line 2

Caldwell, Ohio 43724

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L A64

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____
Signature

Print Name    Jeffrey J. Arnold

Owner

Title (if Participant is not an Individual)

4-14-2019

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

MR. JEFFREY J. ARNOLD
210 OLIVE ST
CALDWELL, OH  43724-9427



CLEVELAND OH

16 APR 2019 PM 5 L

RECEIVED & FILED
2019 APR 22  PM 5: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 27

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
-----------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :    Title III
                                            :
        as representative of                :    Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :    (Jointly Administered)
                                            :
        Debtors.                            :
-----------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *ALEXANDRA BARANETSKY* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *SEASNNJ @ aol. com* | |
| Email Address | Email Address |
| | |

Address line 1

*303 FOREST DRIVE SOUTH*

Address line 2

*SHORT HILLS, NJ 07078*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   *74514LMZ7*

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Alexandra Baranetsky*

Signature

*ALEXANDRA BARANETSKY*

Print Name

_____

Title (if Participant is not an Individual)

*APRIL 14, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

A. Baranetsky
303 Forest Dr. S.
Short Hills, NJ 07078

RECEIVED & FILED
2019 APR 22   PM 5: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CERTIFIED MAIL

DV DANIELS
0 070
15 APR 19
1 5 L

7018 0360 0000 4722 0734

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE PAID
FCM LETTER
SHORT HILLS, NJ
07078
APR 15 19
AMOUNT
$4.05
R2304M116492-07

1000      00918

The Clerk of the United States
District Court for the District of Puerto
Rm. 150 - Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------------X
                                           :
In re:                                     :
                                           :
THE FINANCIAL OVERSIGHT AND                :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,          :      Title III
                                           :
          as representative of             :      Case No. 17-BK-3283 (LTS)
                                           :
THE COMMONWEALTH OF PUERTO RICO et al.,    :      (Jointly Administered)
                                           :
          Debtors.                         :
---------------------------------------------------------------X
```

RECEIVED & FILED

2019 APR 22 PM 5: 26

U.S. CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| GEORGE HANBY III | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| george-hanby-iii@cu.dodea.edu | |
| Email Address | Email Address |

Address line 1

_CMR 427, Box 2034_
Address line 2

_APO  AE  09630-0030_
City, State Zip Code

_USA_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant
       believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       ___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant
       believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
    sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
    the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

           **74514LD20**

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
         secondary market? **YES** or **NO** (please **circle one**).

By: _George Hanby_
       Signature

_GEORGE HANBY III_
Print Name

_____
Title (if Participant is not an Individual)

_2 APR 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

George Hamel III
CMR 427, Box 2934
APO AE 09630-003



**CERTIFIED MAIL**®

7018 1130 0000 9595 7727



00918

U.S. POSTAGE PAID
FCM LETTER
APO, AE
09630
APR 03 19
AMOUNT
**$4.05**
R2304W121537-11

The Clerk of the United States
District Court for the
District of Puerto
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR
        00918-1767

RECEIVED & FILED
2019 APR 22  PM 5:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**FIRST CLASS**

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO    RECEIVED & FILED

2019 APR 22  PM 5: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III

          as representative of                  :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,       :   (Jointly Administered)
                                                :
          Debtors.                              :
------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Dennis M. & Merry A. Richter | |
| Participant Name | Firm Name (if applicable) |
| Dennis M. Richter | |
| Contact Person (if Participant is not an individual) | Contact Person |
| richtedm@hotmail.com | |
| Email Address | Email Address |

Address line 1                                      Address line 1

N873 Howard Road
Address line 2                                      Address line 2

Whitewater, WI 53190
City, State Zip Code                                City, State Zip Code

U.S.A.
Country                                             Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      X intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

            74514LB89
            74514LB63

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market?  **YES** or **NO** (please **circle one**).

By: Dennis M. Richter
    Signature

Dennis M. Richter
Print Name


Title (if Participant is not an Individual)

3/25/19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

N873 Howard RJ   MILWAUKEE WI 530
Whitewater, WI 53190   18 APR 2019 PM 4 L

Clerk of U.S. Dist. Crt. for Dist. of Puerto Rico
Room 150 Federal Bldg
#50 Carlos Chardon Ave
San Juan, Puerto Rico 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

<div align="center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

</div>

---------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.

---------------------------------------------------------X

RECEIVED & FILED

2019 APR 22   PM 5: 26

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

<div align="center">

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

</div>

     **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *shanola51@hotmail.com* | |
| Email Address | Email Address |

Address line 1

_4693 Holy Hill Rd_

Address line 2

_Hubertus, WI 53033_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　　_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

　　　　__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　　　(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

　　　　(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please circle one).

By: _____

　　Signature

_Jerome H. Schatz_

Print Name

_____

Title (if Participant is not an Individual)

_4-13-2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Selati
41693 Holy Hill Rd.
Hubertus, WI 53033

MILWAUKEE WI 530

15 APR 2019 PM 1 1



RECEIVED
2019 APR 22  PM 5:26
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

The Clerk of the US District Court
for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

00918$1703 C018

SPF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------X

In re:                                                        :

THE FINANCIAL OVERSIGHT AND                                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                             :   Title III

:

as representative of                                         :   Case No. 17-BK-3283 (LTS)

:

THE COMMONWEALTH OF PUERTO RICO *et al.,*                     :   (Jointly Administered)

:

Debtors.                                               :

--------------------------------------------------------------X

RECEIVED & FILED

2019 APR 22  PM 5: 26

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
| --- | --- |
| WILLIAM S SPICER | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| HEAD STAPLE @ AOL .COM | |
| Email Address | Email Address |

Address line 1                          Address line 1

_5133 E 18TH AVE_                       _____

Address line 2                          Address line 2

_DENVER CO 80220_                       _____

City, State Zip Code                    City, State Zip Code

_USA_                                   _____

Country                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      **X**    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _74514LB63_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____

Signature

_WILLIAM J SPICER_

Print Name

_Self_

Title (if Participant is not an Individual)

_April 15, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Mr. William J. Spicer
5133 E. 18th Ave.
Denver, CO 80220







neopost
04/15/2019
US POSTAGE

FIRST-CLASS MAIL
$00.50

ZIP 80216
041L10225194

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue,
San Jaun, PR 00918-1767

00918 1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22   PM 5: 26

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
-----------------------------------------X
                                         :
In re:                                   :
                                         :
THE FINANCIAL OVERSIGHT AND              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :    Title III
                                         :
          as representative of           :    Case No. 17-BK-3283 (LTS)
                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,  :    (Jointly Administered)
                                         :
          Debtors.                       :
-----------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| LAWRENCE GAISSERT | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| GAISSCRT@AOL.COM | |
| Email Address | Email Address |

Address line 1

452 W. Beech St

Address line 2

Long Beach, NY 11561

City, State Zip Code

US

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   X    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
     Signature

Lawrence Grisser
Print Name

_____
Title (if Participant is not an Individual)

4/16/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Mr. Lawrence R. Gaissert**
452 W Beech St.
Long Beach, NY 11561





Clerk of the US District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors. :

--------------------------------------------------------X

RECEIVED & FIL?

2019 APR 22 PM 5: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Russell Stoever
Participant Name                                     Firm Name (if applicable)

Svene
Contact Person (if Participant is not an individual)  Contact Person

RStoever@Stoever
Email Address                                        Email Address

Glass.Com

Address line 1

*15 Rockleigh Rd*

Address line 2

*Rockleigh N.J. 07647*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89, 74514LC39, 74514LB63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**)or **NO** (please **circle one**).

By: _____

Signature

*Russell Stoever*

Print Name

_____

Title (if Participant is not an Individual)

*4/5/19*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**


**Stoever Glass & Co**
INCORPORATED
30 WALL STREET, NEW YORK, N.Y. 10005-2298

NEOPOST
04/15/2019
US POSTAGE $000.71⁰

ZIP 10005
041M11450345

THE CLERK OF THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING
ROOM 150
150 CARLOS CHARDON AVENUE
SAN JUAN , PR   00918

RECEIVED & FILED
2019 APR 22   PM 5: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



**Stoever Glass & Co**
INCORPORATED
30 WALL STREET, NEW YORK, NY 10005-2298

NEW YORK NY 100
08 APR 2019 PM 11 L

: The Clerk of the United States District Court for the District of Puerto, Room 150
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767.

RECEIVED & FILED
2019 APR 22  PM
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

NIXIE     100   DC 1     *0005 11/19 19
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 10005229899     *2745-00672-08-40

IA
10005-2298

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

        Debtors.

-------------------------------------------------------------X

RECEIVED & FILED

2019 APR 22 PM 5: 26

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

ARSHAD JALIL

Participant Name

Contact Person (if Participant is not an individual)

ajali157@gmail.com

Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

SRP 31030

Address line 1

570 Glen Ridge Dr. South

Address line 2

Bridgewater NJ 08807

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

Arshad Jalil

Print Name


_____

Title (if Participant is not an Individual)

4/10/19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

A. Jalil
570 Glen Ridge Dr. South
Bridgewater, NJ 08807

DV DANIELS
NJ 070
15 APR '19
PM 5 L



UNITED STATES POSTAGE
PITNEY BOWES
$000.47⁰
02 1P
0001031410   APR 12 2019
MAILED FROM ZIP CODE 07054

RECEIVED & FILED
2019 APR 22  PM 5: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the US Distr. Court
District of Puerto, Rm 150
Federal Building, 150 Carlos Chardon Ave.
San Juan, PR 00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22 PM 5: 26

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------------X

In re:                                                    :

                                                          :

THE FINANCIAL OVERSIGHT AND               :     PROMESA

MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III

                                                          :

          as representative of                     :     Case No. 17-BK-3283 (LTS)

                                                          :

THE COMMONWEALTH OF PUERTO RICO *et al.,*    :     (Jointly Administered)

                                                          :

          Debtors.                                    :

------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

          **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

          The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

          To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.          Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

GILDA DANGOT-SIMPKIN

Participant Name                                              Firm Name (if applicable)

Contact Person (if Participant is not an individual)          Contact Person

gildasbox @ gmail.com

Email Address          ,                                    Email Address

Address line 1

_11 Bel Aire Dr_

Address line 2

_Stamford, CT 06905_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       ✓ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

      745 14LPT8     745 235 B42    745 266 AX4  745266A48

      745 236 VR9     745 14 LB89   745 26 QYK2

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:    _Gilda Dangot Simpkin_

Signature

    _GILDA DANGOT SIMPKIN_

Print Name

    _____

Title (if Participant is not an Individual)

    _04/16/19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

**CHASE**

3 A Pickwick Plaza
Greenwich, CT 06830-5533

11 Bel Aire Drive
Stamford CT
06905-2302

RECEIVED
2019 APR 22 PM
CLERK'S
U.S. DIS
SAN JUAN

WESTCHESTER NY 105

05 APR 2019 PM 21



USA FOREVER

The Clerk of the US District Court
District Court for the District of PR
150 Federal Building
150 Carlos Chardon Avenue
San Juan PRICO     00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND            :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :       Title III

            as representative of              :       Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :       (Jointly Administered)

            Debtors.                          :

-------------------------------------------------------------X

RECEIVED & FILED
2019 APR 22  PM 5:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**              **Counsel Contact Information (if any)**

_CAROL   ROGERS_
Participant Name                                         Firm Name (if applicable)


Contact Person (if Participant is not an individual)     Contact Person


Email Address                                            Email Address

Address line 1

_70 RIVER ROAD_
Address line 2

_COS COB, CT 06807-2516_
City, State Zip Code

_USA_
Country

Address line 1

Address line 2

City, State Zip Code

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     _____ intends to **support** the relief requested in the Objection (i.e., Participant
     believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
     believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
    sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
    the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
         _74514LB63_       _74514LYW1_
         _74514LB71_

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
         secondary market? (**YES**) or **NO** (please **circle one**).

By: _Carol Rogers_
Signature

_CAROL ROGERS_
Print Name

_____
Title (if Participant is not an Individual)

_4/10/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Ms Carol A Rogers
70 River Rd
Cos Cob, CT 06807

WESTCHESTER NY 105

15 APR 2019 PM 4 L



USA FOREVER

RECEIVED
2019 APR 22 PM 5:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District of Puerto Rm 150
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR 22 PM 5: 25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
---------------------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :   Title III
                                          :
        as representative of              :   Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :   (Jointly Administered)
                                          :
        Debtors.                          :
---------------------------------------------------------------X
```

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *MIRIAM H. AKABAS* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *MHAKABAS@OUTLOOK.COM* | |
| Email Address | Email Address |
| | |

Address line 1

_~~ WEST 8 TH ST_

Address line 2

_NEW YORK NY 10074_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_✓_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

_MIRIAM  H  HKASAS_
Print Name

_____
Title (if Participant is not an Individual)

_04 / 14 / 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**AARON L. AKABAS, P.C.**
310 WEST 86th STREET
NEW YORK, NY 10024-3127

NEW YORK
NY 100
16 APR '19
PM 11 L



UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 000.50⁰
0000028766   APR 15 2019
MAILED FROM ZIP CODE 10022

THE CLERK OF THE US DISTRICT COURT
FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BLDG
150 CARLOS CHARDON AVE
SAN JUAN PR 00918 - 1767

SRF 3096

Case:17-03283-LTS   Doc#:6478-1   Filed:04/22/19   Entered:04/23/19 15:17:09   Desc:
Pro Se Notices of Participation   Page 67 of 128

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
-----------------------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
            as representative of                 :    Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :    (Jointly Administered)
                                                 :
            Debtors.                             :
-----------------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Aaron L. Akabas*
Participant Name

_____
Contact Person (if Participant is not an individual)

*AARON AKABAS @ GMAIL . COM*
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____          _____

Address line 1

*310 WEST 86TH ST*

Address line 2

*NEW YORK NY 10074*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____✓_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By: _____
Signature

*AALEN L. AKABAS*
Print Name

_____
Title (if Participant is not an Individual)

*04/14/2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**AARON L. AKABAS, P.C.**
310 WEST 86th STREET
NEW YORK, NY 10024-3122

NEW YORK
NY 100
16 APR '19
PM 11 L



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰
02 1P
0000028766   APR 15 2019
MAILED FROM ZIP CODE 10022

RECEIVED & FILED
2019 APR 22   PM 5: 25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

THE Clerk of the US District Court
for the District of Puerto
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan PR 00918 - 1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5:25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-----------------------------------------------------------------------X

In re:                                            :

                                                  :

THE FINANCIAL OVERSIGHT AND                       :      PROMESA

MANAGEMENT BOARD FOR PUERTO RICO,                 :      Title III

                                                  :

          as representative of                    :      Case No. 17-BK-3283 (LTS)

                                                  :

THE COMMONWEALTH OF PUERTO RICO *et al.*,         :      (Jointly Administered)

                                                  :

          Debtors.                                :

-----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>                    <u>**Counsel Contact Information (if any)**</u>

*SHEILA H AKABAS*                                         _____

Participant Name                                          Firm Name (if applicable)

_____                          _____

Contact Person (if Participant is not an individual)      Contact Person

*SAIZ @ COLUMBIA -EDU*                                    _____

Email Address                                            Email Address

_____                          _____

Address line 1                                     Address line 1

*310 WEST 86TH St*                                 _____

Address line 2                                     Address line 2

*NEW YORK NY 10024*                                _____

City, State Zip Code                               City, State Zip Code

*U.S.A*                                            _____

Country                                            Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            *✓*     intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    *SHEILA H AKABAS*
    Print Name


    _____
    Title (if Participant is not an Individual)

    *03 / 18 / 2019*
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**AARON L. AKABAS, P.C.**
310 WEST 86th STREET
NEW YORK, NY 10024-4124

NEW YORK
NY 100
16 APR '19
PM 11 L



UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 000.50⁰
0000028766   APR 15 2019
MAILED FROM ZIP CODE 10022

RECEIVED
2019 APR 22 PM 5: 25
CLERK'S ...
DISTRICT ...
SAN JUAN P...

CLERK OF THE US DISTRICT COURT
FOR THE DISTRICT OF PUERTO
ROOM 150
FEDERAL BLDG
150 CARLOS AVENUE
SAN JUAN, PR 00918-1767

00918-170399

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------X
                                         :    RECEIVED & FILED
In re:                                   :
                                         :    2019 APR 22  PM 5: 25
THE FINANCIAL OVERSIGHT AND              :    CLERK'S OFFICE
MANAGEMENT BOARD FOR PUERTO RICO,        :    PROMESA  DISTRICT COURT
                                         :    Title III    SAN JUAN P.R.
                                         :
         as representative of            :    Case No. 17-BK-3283 (LTS)
                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,  :    (Jointly Administered)
                                         :
         Debtors.                        :
---------------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

<u>Participant Name and Contact Information</u>                <u>Counsel Contact Information (if any)</u>

M&E DEFEO LLC
_____          _____
Participant Name                                          Firm Name (if applicable)

JOHN H. DEFEO (MEMBER)
_____          _____
Contact Person (if Participant is not an individual)       Contact Person

STARWIREWORKS1@yahoo.com
_____          _____
Email Address                                             Email Address

_____          _____

Address line 1

*72 PITT STREET*

Address line 2

*BLOOMFIELD N.J. 07003*

City, State Zip Code

*USA*

Country

Address line 1

Address line 2

City, State Zip Code

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LB89*

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *John A. DeFeo*

Signature

*JOHN A. DEFEO*

Print Name

*MEMBER VASE DEFEO LLC*

Title (if Participant is not an Individual)

*APRIL 1, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

VA&E DEFEO, LLC
John A. DeFeo
72 Pitt Street
Bloomfield, NJ 07003



UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 000.50⁰
0000913669     APR 16 2019
MAILED FROM ZIP CODE 07109

RECEIVED & FILED
2019 APR 22   PM 5:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT
COURT/DISTRICT OF PUERTO RICO
FEDERAL BUILDING, ROOM 150
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

0091861703 C018

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

<div align="center">

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

</div>

------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

     Debtors.

------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

RECEIVED & FILED
2019 APR 22 PM 5: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

<div align="center">

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

</div>

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

     The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Mark Schell*<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| *Bigbuckman13 @ MSN.Com*<br>Email Address | _____<br>Email Address |
| *Mark Schell* | _____ |

Address line 1                                          Address line 1

_4635 W Broadwey Dr._                                   _____
Address line 2                                          Address line 2

_Grand Chute, WI 54913_                                 _____
City, State Zip Code                                    City, State Zip Code

_Outagamie_                                             _____
Country                                                 Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                _74514 L B89_

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Mark Schell_
Signature

_Mark Schell_
Print Name

_____
Title (if Participant is not an Individual)

_4-10-19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2

4635 W. Broadway Dr.
Grand Chute, WI 54913

MILWAUKEE WI 530

15 APR 2019 PM 6 1

all is calm all is bright
FOREVER USA

RECEIVED & FILED
2019 APR 22  PM 5: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.P.

The Clerk of the United States District Court
for the District Of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

---------------------------------------------------X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND            :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :       Title III
                                                            :
              as representative of                  :       Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :       (Jointly Administered)
                                                            :
              Debtors.                                :
---------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
| --- | --- |
| *Jean Mayer* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:6478-1   Filed:04/22/19   Entered:04/23/19 15:17:09   Desc:
Pro Se Notices of Participation   Page 80 of 128

SRF 31030

Address line 1                                    Address line 1

W114 Waveland Aves,                               _____
Address line 2                                    Address line 2

Burlington, WI 53105                              _____
City, State Zip Code                              City, State Zip Code

USA                                               _____
Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

5,000                          74514LL88

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: Jean C. Mayer
Signature

Jean C. Mayer
Print Name

_____
Title (if Participant is not an Individual)

3-22-2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**STIFEL**

Stifel, Nicolaus & Company, Incorporated
W233 N2080 Ridgeview Parkway
Suite 202
Waukesha, Wisconsin 53188

MILWAUKEE
WI 532
16 APR '19
PM 1



UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 000.50⁰
0004744798   APR 16 2019
MAILED FROM ZIP CODE 53188

RECEIVED & FILED
2019 APR 22  PM 5: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Charden Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

<div align="center">

**UNITED STATES DISTRICT COURT** RECEIVED & FILED
**FOR THE DISTRICT OF PUERTO RICO**

</div>

2019 APR 22  PM 5: 25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
---------------------------------------------X
                                             :
In re:                                       :
                                             :
THE FINANCIAL OVERSIGHT AND                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :    Title III
                                             :
         as representative of                :    Case No. 17-BK-3283 (LTS)
                                             :
THE COMMONWEALTH OF PUERTO RICO et al.,      :    (Jointly Administered)
                                             :
         Debtors.                            :
---------------------------------------------X
```

<div align="center">

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

</div>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Katherine Nathan
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

Kinathan 45 @ gmail.com
_____
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

_134 Dewitt Rd._

Address line 2

_Accord, NY 12404_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

  __X__ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

  _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

  (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Katherine Nathan_
Signature

_Katherine Nathan_
Print Name

_____
Title (if Participant is not an Individual)

_March 27, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



WWF

Ms. K
134 Dewitt ка
Accord, NY 12404-6100

RECEIVED & FILED
2019 APR 22  PM 5:25
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

The Clerk of the US District Court
for the District of Puerto Rico
150  Federal Building
150 Carlos Chardon Avenue
San Juan   PR   00918 – 1767

00918-170825

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

------------------------------------------------------------X

2019 APR 22 PM 5: 25

In re:

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

PROMESA
Title III

as representative of

Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,

(Jointly Administered)

Debtors.

------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## <u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| *Isabella Schwartz* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Isabella @ gbuinc.com* | |
| Email Address | Email Address |

Case:17-03283-LTS   Doc#:6478-1   Filed:04/22/19   Entered:04/23/19 15:17:09   Desc:
Pro Se Notices of Participation   Page 86 of 128

SRF 31030

Address line 1

_4575 Dean Martin Dr #200_
Address line 2

_LAS VEGAS, NV 89103_
City, State Zip Code

_____
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LC39_    _74514 LWQ6_
_74514LB89_
_74514LWX9_

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Isabelle Schwartz_
Signature

_Isabelle Schwartz_
Print Name

_____
Title (if Participant is not an Individual)

_4-15-209_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

4575 DEAN MARTIN DR. #2509
LAS VEGAS, NV 89103

SANTA CLARITA CA 913

15 APR 2019 PN 6 L



RECEIVED & FILED
2019 APR 22   PM 5: 25
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

CLERK OF THE UNITED STATES DISRICT
COURT OF THE DISTRICT
OF PUERTO RICO,
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22 PM 5: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

     Debtors.

---------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.   Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

_Leon Rydlewicz_
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1                          Address line 1

_____                 _____
Address line 2                          Address line 2

_____                 _____
City, State Zip Code                    City, State Zip Code

_____                 _____
Country                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    X intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
    101 000  → 74514 LB89

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Leon Rydlewicz + Frances Rydlewicz_
Signature

_LEON RYDLEWICZ + Frances Rydlewicz_
Print Name

_____
Title (if Participant is not an Individual)

_3/25/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**STIFEL**

Stifel, Nicolaus & Company, Incorporated
W233 N2080 Ridgeview Parkway
Suite 202
Waukesha, Wisconsin 53188

MILWAUKEE
WI 532
16 APR '19
PM 1 L



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰
02 1P.
0004744798   APR 16 2019
MAILED FROM ZIP CODE 53188

RECEIVED & FILED
2019 APR 22 APR 5:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

SRF 31896
*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 23

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
-----------------------------------------------------X
                                                     :
In re:                                               :
                                                     :   PROMESA
THE FINANCIAL OVERSIGHT AND                          :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                    :
                                                     :   Case No. 17-BK-3283 (LTS)
         as representative of                        :
                                                     :   (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO et al.,              :
                                                     :
         Debtors.                                    :
-----------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

JANE  GOODMAN
Participant Name

_____
Contact Person (if Participant is not an individual)

GUD NEU YORK @ CS. COM
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1

*29 WOODS LANE*

Address line 2

*ROSLYN N.Y. 11576*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514L B89*          *74514LB63*

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: *Jane Goodman*

Signature

*JANE GOODMAN*

Print Name

_____

Title (if Participant is not an Individual)

*4/15/2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Jane Goodman
29 Woods Ln.
Roslyn, NY 11576-3112

MID-ISLAND NY 117

16 APR 2019 PM 1 L



ALBERTSON NY 11507-9998   APR 16 2019   USPS

RECEIVED & I
2019 APR 22  PM 5:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the U.S. District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR
                    00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22  PM 5: 23

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

----------------------------------------------------------X
                    :

In re:                    :

THE FINANCIAL OVERSIGHT AND    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III

      as representative of        :    Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :    (Jointly Administered)
                    :

      Debtors.          :
----------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

Candette Novitsky

_____         _____
Participant Name                Firm Name (if applicable)

_____         _____
Contact Person (if Participant is not an individual)    Contact Person

mnovits@gmail.com

_____         _____
Email Address                Email Address

_____         _____

SRF 31030

Address line 1                                    Address line 1

44 Pearl St.                                      _____

Address line 2                                    Address line 2

Valley Stream, N.Y. 11581                         _____

City, State Zip Code                              City, State Zip Code

U.S.A                                             _____

Country                                           Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      X     intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        74514LB89 (See Attached)

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Candette Nowitsky
Print Name

_____
Title (if Participant is not an Individual)

April 16, 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**





# DAVID LERNER ASSOCIATES, INC.

### The Sensible Middle Ground of Investing®

## ACCOUNT STATEMENT

FEBRUARY 1, 2019 – FEBRUARY 28, 2019

Account number:
Redacted32993
Page 3 of 6

## ASSET ALLOCATION SUMMARY



| | | CURRENT VALUE | PERCENT |
|---|---|---|---|
| ☐ | Cash and money market | $5,522.10 | 7% |
| ☒ | Tax–exempt fixed income | 25,042.60 | 32% |
| ☒ | Other assets | 46,918.56 | 61% |
| | Current account value | $77,483.26 | 100% |

*Mutual funds are included in the above categories. Funds that invest in more than one category are reported as "Mixed Assets."*
*The cash and money market figure is net of debits including any RBC Express Credit (margin) debit, if applicable.*

## INVESTMENT OBJECTIVE / RISK TOLERANCE

The investment objective for this account is: Growth
The risk tolerance for this account is:         Moderate Risk
*Please see "About Your Investment Objective / Profile and Risk Tolerance" on page 2 for further information.*

## GAIN/LOSS SUMMARY

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Total realized gain or loss | $0.00 | $0.00 |
| Short–term gain or loss | 0.00 | 0.00 |
| Long–term gain or loss | 0.00 | 0.00 |
| | | AS OF FEBRUARY 28, 2019 |
| Unrealized gain or loss | | –$11,374.75 |

*Please see "About Your Statement" on page 2 for further information.*

## ACTIVITY SUMMARY

| | |
|---|---|
| Total account value last statement | $77,077.57 |
| **Cash activity** | |
| Beginning balance | 5,515.90 |
| **Money coming into your account** | |
| Dividends | 290.90 |
| Total | 290.90 |
| **Money going out of your account** | |
| Cash withdrawals | –284.70 |
| Total | –284.70 |
| Ending balance | 5,522.10 |
| Net change cash activity | $6.20 |
| **Change in security value** | |
| Beginning value of priced securities | 71,561.67 |
| Change in value of priced securities | 399.49 |
| Ending value of priced securities | 71,961.16 |
| Net change in securities value | $399.49 |
| Total account value as of February 28, 2019 | $77,483.26 |

Go paperless! Get this statement and other account documents online. Learn more on page two.

CANDETTE M NOVITSKY
44 PEARL STREET

# ACCOUNT STATEMENT

**FEBRUARY 1, 2019 – FEBRUARY 28, 2019**

Account number:
Redacted -32993
Page 4 of 6

## ASSET DETAIL

*The Estimated Annualized Income ("EAI") for certain securities could include a return of principal or capital gains, in which case EAI depicted on this account statement would be overstated.  EAI is only an estimate of income generated by the investment and the actual income may be higher or lower.  In the event the investment matures, is sold or called, the full EAI may not be realized.*

*\* The Unrealized Gain/Loss may not reflect your investments' total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvested. Additionally, the information that appears in these columns may be based on information provided by you or at your direction. RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

*Your Financial Advisor has elected to display Asset Detail with the following options: asset purchases (tax lots) consolidated.*

### CASH AND MONEY MARKET

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | CURRENT MARKET VALUE | PREVIOUS STATEMENT MARKET VALUE | YTD INCOME |
|---|---|---|---|---|---|---|
| US GOVT MONEY MARKET FUND RBC INVESTOR CLASS | TUIXX | 5,522.100 | $1.000 | $5,522.10 | $5,515.90 | $13.60 |
| **TOTAL CASH AND MONEY MARKET** | | | | **$5,522.10** | | **$13.60** |

### TAX-EXEMPT FIXED INCOME

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| NEW YORK N Y CITY TRANSITIONAL PRIMARY/SECONDARY EDUCATION REV 2013 S-1 CALLABLE 07/15/22 AT 100.000 MOODY AA2  S&P AA | 64972HTW2 CPN: 3.625% DUE 07/15/2032 DTD: 07/19/2012 BOOK ENTRY ONLY | 20,000.000 | $101.338 | $20,267.60 $86.60 | $20,301.44 | -$33.84 | $725.00 |
| PUERTO RICO CMWLTH GENERAL PURPOSE G/O 2012A IN DEFAULT ORIGINAL ISSUE DISCOUNT CALLABLE 07/01/22 AT 100.000 MOODY CA  S&P N/A | 74514LB89 CPN: 5.000% DUE 07/01/2041 DTD: 04/03/2012 BOOK ENTRY ONLY | 10,000.000 | $47.750 | $4,775.00 | $10,147.01 | -$5,372.01 | |
| **TOTAL TAX-EXEMPT FIXED INCOME ESTIMATED ACCRUED BOND INTEREST** | | **30,000.000** | | **$25,042.60** **$86.60** | **$30,448.45** | **-$5,405.85** | **$725.00** |

### OTHER ASSETS

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| APPLE HOSPITALITY REIT INC COM | APLE | 2,847.000 | $16.480 | $46,918.56 | $52,887.46 | -$5,968.90 | $3,416.40 |
| **TOTAL OTHER ASSETS** | | | | **$46,918.56** | **$52,887.46** | **-$5,968.90** | **$3,416.40** |



**Crowe**

**Crowe LLP**
Independent Member Crowe Global

488 Madison Avenue, Floor 3
New York, New York 10022-5702

**RETURN SERVICE REQUESTED**



NEW YORK NY 100

16 APR 2019 PM 15 L

Clerk of the United States District Court
for Puerto Rico — Room 150, Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918 — 1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

</div>

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
        as representative of                   :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

<div align="center">

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

</div>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Mitchell Northy | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| taxman 678(9) aol.com | |
| Email Address | Email Address |
| | |

Address line 1

44 Pearl St.

Address line 2

Valley Stream, N.Y. 11581

City, State Zip Code

U.S.A.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    X    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

            74526QZT2   *
            (See Attached)

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:  _Mitchell Nootsky_

        Signature

        Mitchell Nootsky

        Print Name

        _____
        Title (if Participant is not an Individual)

        4 | 6 | 19
        Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

* I had other Puerto Rico Bonds which I sold in an earlier year
(General Obligation Bonds) for which I cannot identify the CUSIP.
I lost almost 20,000 on the sale of those bonds.



# DAVID LERNER ASSOCIATES, INC.
### The Sensible Middle Ground of Investing®

## INDIVIDUAL RETIREMENT
## ACCOUNT STATEMENT

**FEBRUARY 1, 2019 – FEBRUARY 28, 2019**

Account number:
Redacted -22386
Page 5 of 8

## TAXABLE FIXED INCOME
(continued)

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| ILLINOIS ST GO BDS 2013 GENERAL PURPOSE G/O 2013 2ND MKT ASSRD GRNTY MUNI CORP CALLABLE: SUBJ MAKE–WHOLE CALL MOODY A2   S&P AA | 452152ZB0 CPN: 5.650% DUE 12/01/2038 DTD: 12/19/2013 BOOK ENTRY ONLY | 10,000.000 | $108.260 | $10,826.00 $136.54 | $10,905.31 | –$79.31 | $565.00 |
| NEW YORK ST DORM AUTH REVS NEW YORK UNIV REV 2017 B CALLABLE  07/01/27 AT  100.000 MOODY AA2   S&P AA– | 64990CZW4 CPN: 3.998% DUE 07/01/2039 DTD: 06/01/2017 BOOK ENTRY ONLY | 10,000.000 | $99.909 | $9,990.90 $63.30 | $10,475.10 | –$484.20 | $399.80 |
| OSCEOLA CNTY FLA CAP IMPTS GENERAL PURPOSE REV 2009B BUILD AMERICA BONDS DIRECT PAY CALLABLE  10/01/19 AT  100.000 MOODY A1   S&P A+ | 688022CN0 CPN: 6.946% DUE 10/01/2039 DTD: 10/02/2009 BOOK ENTRY ONLY | 65,000.000 | $102.155 | $66,400.75 $1,843.58 | N/A | N/A | $4,514.90 |
| NEW YORK N Y CITY EDL CONSTR PRIMARY/SECONDARY EDUCATION REV 2010A BUILD AMERICA BONDS DIRECT PAY SUBJECT TO EXTRAORDINARY CALL CALLABLE: SUBJ MAKE–WHOLE CALL MOODY AA3   S&P AA– | 649670KR6 CPN: 6.200% DUE 04/01/2040 DTD: 04/28/2010 BOOK ENTRY ONLY | 50,000.000 | $119.691 | $59,845.50 $1,265.83 | N/A | N/A | $3,100.00 |
| NEW JERSEY ST EDL FACS AUTH NEW JERSEY CITY UNIV REV 2010G BUILD AMERICA BONDS DIRECT PAY CALLABLE  07/01/20 AT  100.000 MOODY A3   S&P N/A | 646065G97 CPN: 6.190% DUE 07/01/2040 DTD: 09/02/2010 BOOK ENTRY ONLY | 10,000.000 | $103.104 | $10,310.40 $98.01 | N/A | N/A | $619.00 |
| PUERTO RICO ELEC PWR AUTH PWR ELECTRICITY AND PUBLIC POWER REV SER EEE BUILD AMERICA BONDS DIRECT PAY IN DEFAULT CALLABLE  07/01/20 AT  100.000 MOODY CA   S&P N/A | 74526QZT2 CPN: 6.250% DUE 07/01/2040 DTD: 12/29/2010 BOOK ENTRY ONLY | 10,000.000 | $68.250 | $6,825.00 | N/A | N/A | |
| RICHMOND VA MET AUTH EXPWY TOLL ROADS REV 2011 D CALLABLE: SUBJ MAKE–WHOLE CALL MOODY A1   S&P A+ | 765418FY9 CPN: 5.322% DUE 07/15/2041 DTD: 11/22/2011 BOOK ENTRY ONLY | 10,000.000 | $118.214 | $11,821.40 $63.57 | $11,477.26 | $344.14 | $532.20 |

000382 013535M1

Go paperless!  Get this statement and other account documents online.  Learn more on page two.

MITCHELL M NOVITSKY
INDIVIDUAL RETIREMENT ACCOUNT

**INDIVIDUAL RETIREMENT ACCOUNT STATEMENT**

**FEBRUARY 1, 2019 – FEBRUARY 28, 2019**

Account number:
Redacted -22386
Page 6 of 8

## TAXABLE FIXED INCOME
(continued)

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ ACCRUED INTEREST | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| CHICAGO ILL GENERAL PURPOSE G/O 2012B CALLABLE: SUBJ MAKE-WHOLE CALL MOODY BA1  S&P BBB+ | 167486PG8 CPN: 5.432% DUE 01/01/2042 DTD: 05/30/2012 BOOK ENTRY ONLY | 50,000.000 | $88.620 | $44,310.00 $430.03 | N/A | N/A | $2,716.00 |
| PORT AUTH OF N Y & N J GENERAL PURPOSE REV 191 CALLABLE  06/01/25 AT  100.000 MOODY AA3   S&P AA– | 73358WXP4 CPN: 4.823% DUE 06/01/2045 DTD: 06/01/2015 BOOK ENTRY ONLY | 20,000.000 | $105.840 | $21,168.00 $233.11 | N/A | N/A | $964.60 |
| PORT AUTH N Y & N J MASS/RAPID TRANSIT REV 182 CALLABLE  08/01/24 AT  100.000 MOODY AA3   S&P AA– | 73358WRQ9 CPN: 5.310% DUE 08/01/2046 DTD: 01/30/2014 BOOK ENTRY ONLY | 10,000.000 | $108.081 | $10,808.10 $39.83 | N/A | N/A | $531.00 |
| COBB–MARIETTA GA COLISEUM & COBB COUNTY COLISEUM PROJECT REV 2015 CALLABLE  01/01/26 AT  100.000 MOODY AAA  S&P AAA | 190760HT8 CPN: 4.500% DUE 01/01/2047 DTD: 09/09/2015 BOOK ENTRY ONLY | 10,000.000 | $102.207 | $10,220.70 $71.25 | $11,019.30 | –$798.60 | $450.00 |
| NEW YORK ST DORM AUTH REVS MONTEFIORE MED CTR REV 2018 B ORIGINAL ISSUE DISCOUNT ASSURED GUARANTY MUNICIPAL COR CALLABLE  08/01/28 AT  100.000 MOODY A2   S&P AA | 64990GGK2 CPN: 4.946% DUE 08/01/2048 DTD: 08/01/2018 BOOK ENTRY ONLY | 10,000.000 | $100.970 | $10,097.00 $37.10 | $10,259.52 | –$162.52 | $494.60 |
| PORT AUTH OF NY & NJ MASS/RAPID TRANSIT REV 201 CALLABLE: SUBJ MAKE-WHOLE CALL MOODY AA3   S&P AA– | 73358WF82 CPN: 4.229% DUE 10/15/2057 DTD: 05/09/2017 BOOK ENTRY ONLY | 10,000.000 | $101.998 | $10,199.80 $156.24 | $10,741.21 | –$541.41 | $422.90 |
| THE PORT AUTH OF  N Y & N J GENERAL PURPOSE REV 174 SERIES CALLABLE: SUBJ MAKE-WHOLE CALL MOODY AA3   S&P AA– | 73358WJA3 CPN: 4.458% DUE 10/01/2062 DTD: 10/10/2012 BOOK ENTRY ONLY | 10,000.000 | $105.530 | $10,553.00 $182.04 | N/A | N/A | $445.80 |
| **TOTAL TAXABLE FIXED INCOME** **ESTIMATED ACCRUED BOND INTEREST** | | **440,000.000** | | **$455,929.30** **$7,352.48** | **$64,877.70** | **–$1,721.90** | **$23,959.65** |



**Crowe**

**Crowe LLP**
Independent Member Crowe Global

488 Madison Avenue, Floor 3
New York, New York 10022-5702

**RETURN SERVICE REQUESTED**



NEW YORK NY 100

16 APR 2019 PM 15 L

Clerk of the United States District Court
for Puerto Rico - Room 150, Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918 - 1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT** RECEIVED & FILED
**FOR THE DISTRICT OF PUERTO RICO**

2019 APR 22 PM 5: 23

----------------------------------------------------------------X

In re:                     :

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

THE FINANCIAL OVERSIGHT AND     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III

       as representative of          :     Case No. 17-BK-3283 (LTS)

                            :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :     (Jointly Administered)

                            :

       Debtors.               :

----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

*HUGO EDUARDO JUAREZ*
_____                 _____
Participant Name                               Firm Name (if applicable)

_____                 _____
Contact Person (if Participant is not an individual)    Contact Person

*HUGO@JUAREZ.IN*
_____                 _____
Email Address                                  Email Address

*HUGO@JUAREZ.IN*
_____                 _____

Address line 1                                      Address line 1

*55 CHAMPLAIN CT*
_____                           _____
Address line 2                                      Address line 2

*MANAHAWKIN, NJ 08050*
_____                           _____
City, State Zip Code                                City, State Zip Code

*U.S.A*
_____                           _____
Country                                             Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

~~_____ intends to support the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are invalid);~~ *or*

X *HUGO JUAREZ* intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

                        *74514 LC 54*

      (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:  _____
     Signature

     *HUGO E. JUAREZ*
     _____
     Print Name


     _____
     Title (if Participant is not an Individual)

     *4/12/2019*
     _____
     Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

SRF 31030

THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019"
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

RECEIVED & FILED

In re PROMESA Title II1 Case No. 17-BK-3283 (LTS) (Jointly Administered)

2019 APR 22  PM 5: 23

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
as representative of           CLERK'S OFFICE
THE COMMONWEALTH OF PUERTO RICO et al. DISTRICT COURT
Debtors                        SAN JUAN P.R.

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document. The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds, dated January 14,2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1- Participant's contact information: **HUGO EDUARDO JUAREZ,**
   Email: **HUGO@JUAREZ.IN**
   Address: **55 CHAMPLAIN CT, MANAHAWKIN, NJ 08050, USA**

2- Participant advises that it (choose one of the following by marking X" in the appropriate space)

   ~~intends to support the relief requested in the Objection (i.e.. Participant believes the Court should find that the Challenged GO Bonds are invalid: or~~

   **X HUGO EDUARDO JUAREZ** intends to **OPPOSE** the relief requested in the Objection (i.e, Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3- If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant: **74514LC54**

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** ~~or NO~~ (please circle one)

By

Hugo Eduardo Juarez
April 16, 2019

HUGO E. JUAREZ
55 CHAMPLAIN CT
MANAHAWKIN, NEW JERSEY 08050

SOUTH JERSEY NJ 080

17 APR 2019 PM 6 L



RECEIVED & FILED
2019 APR 22  PM 5: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CLERK OF THE US DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHANDON AVE
SAN JUAN, PUERTO RICO 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  PM 5: 23

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
          as representative of                  :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
          Debtors.                              :
------------------------------------------------------------X
```

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

*AUGUST R KRUEMBCRL*
_____      _____
Participant Name      Firm Name (if applicable)

*SAME*
_____      _____
Contact Person (if Participant is not an individual)      Contact Person

_____      _____
Email Address      Email Address

_____      _____

Address line 1

*P.O. BOX 1535*

Address line 2

*MANTECA CA, 95336*

City, State Zip Code

*U S A*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *August R Krueger*
Signature

*AUGUST KRUENECEL*
Print Name

*SELF*
Title (if Participant is not an Individual)

*4 - 11 - 19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

August R. Kruenegel
P.O. Box 1535
Manteca, CA. 95336



RECEIVED & FILED
2019 APR 22  PM 5: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

The Clerk of United States District Court for the District of
Puerto, Room150 Federal Building,
150 Carlos Chardon Avenue,
San juan, PR00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :      Title III
                                          :
          as representative of            :      Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :      (Jointly Administered)
                                          :
          Debtors.                        :
-----------------------------------------------------------X
```

*RECEIVED & FILED*
*2019 APR 22  PM 5: 23*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Eli H. Kaminsky*
Participant Name

_____
Contact Person (if Participant is not an individual)

*MHAKABAS @ OUTLOOK.COM*
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

_171 WEST 81STH ST_

Address line 2

_NEW YORK NY 10074_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_✓_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Eli A. Kaminsky_
Signature

_ELI A. KAMINSKY_
Print Name

_____
Title (if Participant is not an Individual)

_04/14/2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

**AARON L. AKABAS, P.C.**
310 WEST 86th STREET
NEW YORK, NY 10024-4124

NEW YORK
NY 100
16 APR '19
PM 11 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P                    $ 000.50⁰
0000028766   APR 15 2019
MAILED FROM ZIP CODE 10022

RECEIVED & FILED
2019 APR 22  PH 5: 23
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
For the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan   PR 00918-1767

00918\$1701 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

<div align="center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

</div>

```
----------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :   Title III
                                            :
         as representative of               :   Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :   (Jointly Administered)
                                            :
         Debtors.                           :
----------------------------------------------------------X
```

RECEIVED & FILED
2019 APR 22  PM 5: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

<div align="center">

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

</div>

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*Aria A Kardasy*
Participant Name

_____
Contact Person (if Participant is not an individual)

*MHAKABAS@OUTLOOK.COM*
Email Address

_____

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

*101 WEST 81STH St*

Address line 2

*NEW YORK NY 10074*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____V_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Ariel A. Kaminsky*

Signature

*ARIEL A KAMINSKY*

Print Name

_____

Title (if Participant is not an Individual)

*04/14/2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**AARON L. AKABAS, P.C.**
310 WEST 86th STREET
NEW YORK, NY 10024-4124

NEW YORK
NY 100
16 APR '19
PM 11 L



UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 000.50⁰
0000028766   APR 15 2019
MAILED FROM ZIP CODE 10022

RECEIVED & FILED
2019 APR 22   PM 5: 23
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan  PR  80918 - 1767

00918301701 C018

SRF 30944

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO** APR 22  PM 5: 22

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------------X

In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :     Title III
                                                        :
           as representative of                         :     Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*,               :     (Jointly Administered)
                                                        :
           Debtors.                                     :
---------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

   **This Notice of Participation must be served and filed no later than April 16, 2019 in**
**accordance with the instructions set forth at the end of this document.**

   The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,*
*Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,*
*Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by*
*Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

PAUL  D. SCHERZER                                              _____
_____                                Firm Name (if applicable)
Participant Name

_____                                _____
Contact Person (if Participant is not an individual)           Contact Person

Paul. d. scherzer@gmail.com
_____                                _____
Email Address                                                  Email Address

_____                                _____

SRF 30944

Address line 1

367 Ravine Dr.

Address line 2

South Orange, NJ 07079

City, State Zip Code

U.S.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LB89 ,  74514LB63

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

PAUL B. SCHERZIA

Print Name

_____

Title (if Participant is not an Individual)

April 1, 2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

The Scherzer Family
367 Ravine Drive
South Orange, NJ  07079



NEW YORK NY 100

15 APR 2019 PM 4 L

RECEIVED & FILED
2019 APR 22  PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk of the U.S. District Court for District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND          :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III

    as representative of                :     Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*    :     (Jointly Administered)

    Debtors.                            :

---------------------------------------------------------X

RECEIVED & FILED

2019 APR 22  PM 5: 22

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *John Mathis* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *john@cmathis.net* | |
| Email Address | Email Address |

SRF 31030

Address line 1

*610 Goodwin Drive*

Address line 2

*Richardson, TX 75051*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

    ___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

*John Mathis*
Print Name

_____
Title (if Participant is not an Individual)

*4/14/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Marlio
610 Goodwin
Richardson, Tx 75081

NORTH TEXAS TX P&DC
DALLAS TX 750
15 APR 2019 PM 7 L

USA
FOREVER

RECEIVED
2019 APR 22  PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR 22  PM 5: 22
CLERK S OFFICE
U.S DISTRICT COURT
SAU JUAN. P.R.

-------------------------------------------------------------------X
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III
                                                    :
          as representative of                      :    Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :    (Jointly Administered)
                                                    :
          Debtors.                                  :
-------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| CRAIG E BLUM | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| GENRAM @ SAPROSTON.com | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:6478-1   Filed:04/22/19   Entered:04/23/19 15:17:09   Desc:
Pro Se Notices of Participation   Page 124 of 128

SRF 31030

Address line 1

_172 LAKE ST,_
Address line 2

_HAMBURG NY 14075_
City, State Zip Code

_UNITED STATES_
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB63_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____
Signature

_CRAIG E BLUM_
Print Name

_____
Title (if Participant is not an Individual)

_04 | 12 | 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Member NASD, SIPC, MSRB
172 Lake Street • Hamburg, NY 14075

**ADDRESS SERVICE REQUESTED**

NEOPOST                    FIRST-CLASS MAIL
04/12/2019
US POSTAGE  $001.00⁰
ZIP 14075
041M11451336

CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO
ROOM 150, FEDERAL BUILDING
150. CARLOS CHARDON AVE
SAN JUAN, PR  00918-1767

RECEIVED
2019 APR 22  PM 5:20
CLERK'S O.
S. DISTRICT
SAN JUAN

**IMPORTANT DOCUMENTS**
**E N C L O S E D**
*Please open immediately...*

**CONFIDENTIAL**

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED
2019 APR 22
2019 APR 22 PM 5: 22
CLERK'S
U.S. DISTRICT COURT
SAN JUAN, P.R.

----------------------------------------X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :       Title III
                                        :
         as representative of           :       Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*, :     (Jointly Administered)
                                        :
         Debtors.                       :
----------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

PEROTZ G. MILLER
---------------------------------------              ---------------------------------------
Participant Name                                     Firm Name (if applicable)


---------------------------------------              ---------------------------------------
Contact Person (if Participant is not an individual) Contact Person

S MILLER 2196 @ TAMPA BAY. RR. COM
---------------------------------------              ---------------------------------------
Email Address                                        Email Address


---------------------------------------              ---------------------------------------

Case:17-03283-LTS   Doc#:6478-1   Filed:04/22/19   Entered:04/23/19 15:17:09   Desc:
Pro Se Notices of Participation   Page 127 of 128

SRF 31030

Address line 1

_304 Sedgewick G_

Address line 2

_Sun City Center, FL 33573_

City, State Zip Code

_U.S.A._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     _X_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

     (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

_PERETZ Z. MILLER_
Print Name

_____
Title (if Participant is not an Individual)

_APRIL 16, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

PERETZ Miller
304 Sedgewick Ct
Sun City Ctr FL 33573



U.S. POSTAGE PAID
FCM LG ENV
SUN CITY CENTER, FL
33573
APR 17 19
AMOUNT
**$1.00**
R2305E124968-05

1023   00918



RECEIVED & FILED
2019 APR 22 PM 5:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk of US District Court
for the District of Puerto Rico
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767