IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Brian E. Pastuszenski, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of Goodwin Procter LLP, with offices at:

| Address | 620 Eighth Avenue |
|---|---|
| | New York, NY 10018 |
| Email | bpastuszenski@goodwinlaw.com |
| Telephone No. | (212) 813-8800 |
| Fax No. | (212) 355-3333 |

2. Applicant will sign all pleadings with the name Brian E. Pastuszenski.

3. Applicant has been retained personally or as a member of the above-named firm by Goldman Sachs & Co. LLC to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since December 18, 1981, applicant has been and presently is a member in good standing of the bar of the highest court of the Commonwealth of Massachusetts. Applicant's bar license number is 391030. In addition, since December 6, 2013, applicant has been and presently

is a member in good standing of the bar of the highest court of the State of <u>New York</u>, where applicant regularly practices law. Applicant's bar license number is <u>5184973</u>.

5. Applicant has been admitted to practice before the following courts:

| <u>Court:</u> | <u>Admission Date:</u> |
|---|---|
| Please see that attached Exhibit A. | |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| <u>Date of Application:</u> | <u>Case Number and Style:</u> |
|---|---|
| None. | |

10. Local counsel of record associated with applicant in this matter is:

| Name | Ramón E. Dapena |
|---|---|
| USDC-PR Bar No. | 125005 |
| Address | Morell Cartagena & Dapena |
| | PO Box 13399, San Juan, P.R. 00908 |

Email     ramon.dapena@mbcdlaw.com

Telephone No.     (787) 723-1233

Fax No.     (787) 723-8763

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 4-23-19

BRIAN E. PASTUSZENSKI

Printed Name of Applicant

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: April 23, 2019 .

Ramón E. Dapena

Printed Name of Local Counsel

s/ Ramón E. Dapena

Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

Signature of Applicant

## EXHIBIT A

| COURT | ADMISSION DATE |
|---|---|
| 1st Circuit | 5/8/1984 |
| 2nd Circuit | 12/2/2010 |
| 3rd Circuit | 10/26/2018 |
| 9th Circuit | 5/7/2008 |
| D. Colorado | 3/14/2002 |
| D. Mass. | 1/11/1983 |
| E.D. Mich. | 11/18/1993 |
| D. Mass. Bankr. | 1/11/1983 |
| U.S. Supreme | 11/29/2004 |
| U.S. Tax Court | 10/22/1992 |
| E.D.N.Y. | 3/23/2017 |
| S.D.N.Y. | 7/13/2015 |

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

    the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

    the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this_____day of_____,_____.

_____
**U.S. DISTRICT JUDGE**