```
Court Name: District Court
Division: 1
Receipt Number: PRX100063422
Cashier ID: arodrigu
Transaction Date: 04/23/2019
Payer Name: DAPEDA, RAMON E

PRO HAC VICE
 For: DAPEDA, RAMON E
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:     $600.00

PAPER CHECK CONVERSION
 Remitter: MORELL CARTAGENA DAPENA
 Check/Money Order Num: 136346
 Amt Tendered: $600.00

Total Due:      $600.00
Total Tendered: $600.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF
CHARLES A. BROWN & BRIAN E.
PASTUSZENSKI
THRU: DAPEDA, RAMON E
```