# EXHIBIT E

# COMMONWEALTH OF PUERTO RICO
## Financial Information and Operating Data Report
### May 15, 2009

# TABLE OF CONTENTS

**Page**

INTRODUCTION ....................................................................................................................1
    General ............................................................................................................................1
    Forward-Looking Statements............................................................................................1
    Overview of Economic and Fiscal Condition ..................................................................1
    Geographic Location and Demographic Trends ...............................................................4
    Relationship with the United States..................................................................................4
    Governmental Structure ...................................................................................................5
    Principal Officers Responsible for Fiscal Matters ..........................................................5
    Political Trends ................................................................................................................6

THE ECONOMY ....................................................................................................................7
    General ............................................................................................................................7
    Fiscal Stabilization and Economic Reconstruction.........................................................12
    Employment and Unemployment .....................................................................................19
    Economic Performance by Sector....................................................................................20
    Higher Education .............................................................................................................33
    Tax Incentives .................................................................................................................34

DEBT ....................................................................................................................................37
    Public Sector Debt ..........................................................................................................37
    Debt Service Requirements for Commonwealth General Obligation Bonds ...................40
    Interest Rate Exchange Agreements ................................................................................42
    Variable Rate Bonds and Mandatory Tender Bonds .......................................................43
    Ratings of Commonwealth General Obligation Bonds ...................................................44
    Commonwealth Guaranteed Debt....................................................................................44
    Trends of Public Sector Debt ..........................................................................................45

PUBLIC CORPORATIONS ....................................................................................................46
    Government Development Bank for Puerto Rico ..............................................................47
    Other Public Corporations ..............................................................................................51

INSURANCE MATTERS ........................................................................................................59

RETIREMENT SYSTEMS ......................................................................................................59

COMMONWEALTH FINANCIAL STATEMENTS ................................................................71

PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES ...............................71
    Summary and Management's Discussion of General Fund Results..................................71
    Major Sources of General Fund Revenues ......................................................................75
    Measures to Increase Collections of Income, Sales, and Excise Taxes............................81
    Transfers to General Obligation Redemption Fund..........................................................81
    Components of General Fund Expenditures .....................................................................82

i

Federal Grants ........................................................................................................................83

BUDGET OF THE COMMONWEALTH OF PUERTO RICO .................................................84

Office of Management and Budget ........................................................................................84
Budgetary Process ..................................................................................................................84
Financial Control and Adjustment Procedures ...................................................................85
Appropriations ........................................................................................................................86
Projected Budget for Fiscal Year 2010 .................................................................................87
Budget for Fiscal Year 2009 ..................................................................................................89
Differences between Budget and Basic Financial Statements ..........................................93

LITIGATION ...............................................................................................................................94

**COMMONWEALTH OF PUERTO RICO**
**Financial Information and Operating Data Report**
**May 15, 2009**

## INTRODUCTION

**General**

The operating and financial information about the Commonwealth of Puerto Rico (the "Commonwealth" or "Puerto Rico") included in this Report has been updated as of April 30, 2009, except as otherwise provided herein. The fiscal years of the Commonwealth run from July 1 through June 30 of the following year. References in this Report to a particular fiscal year are to the year in which such fiscal year ends.

**Forward-Looking Statements**

The information included in this Report contains certain "forward-looking" statements. These forward-looking statements may relate to the Commonwealth's fiscal and economic condition, economic performance, plans, and objectives. All statements contained herein that are not clearly historical in nature are forward-looking, and the words "anticipates," "believes," "continues," "expects," "estimates," "intends," "aims," "projects," and similar expressions, and future or conditional verbs such as "will," "would," "should," "could," "might," "can," "may," or similar expressions, are generally intended to identify forward-looking statements.

These statements are not guarantees of future performance and involve certain risks, uncertainties, estimates, and assumptions by the Commonwealth that are difficult to predict. The economic and financial condition of the Commonwealth is affected by various financial, social, economic, environmental, and political factors. These factors can be very complex, may vary from one fiscal year to the next, and are frequently the result of actions taken or not taken, not only by the Commonwealth and its agencies and instrumentalities, but also by entities, such as the federal government or other nations, that are not under the control of the Commonwealth. Because of the uncertainty and unpredictability of these factors, their impact cannot, as a practical matter, be included in the assumptions underlying the Commonwealth's projections.

**Overview of Economic and Fiscal Condition**

*Economic Condition*

Puerto Rico's economy has been in a recession, which commenced in the fourth quarter of fiscal year 2006. Although Puerto Rico's economy is closely linked with the United States economy, for fiscal years 2007 and 2008, Puerto Rico's real gross national product decreased by 1.9% and 2.5%, respectively, while the United States economy grew at a rate of 1.8% and 2.8%, respectively, during the same periods. According to the Puerto Rico Planning Board's (the "Planning Board") latest projections, the economic contraction has accelerated in fiscal year 2009, with an expected further reduction in real gross national product of 3.4%. While this trend was expected to continue in fiscal year 2010, the expected positive impact of the U.S. federal and local economic stimulus measures discussed below led the Planning Board to announce on April

29, 2009 revised projections for fiscal year 2010 reflecting a projected increase in real gross national product of 0.1%.

*Fiscal Condition*

The Commonwealth is experiencing a fiscal crisis as a result of the structural imbalance between recurring government revenues and expenses. The structural imbalance has been exacerbated during fiscal years 2008 and 2009, with recurring government expenses significantly higher than recurring revenues, which have declined as a result of the multi-year economic contraction mentioned above. In order to bridge the deficit resulting from the structural imbalance, the government has used non-recurring measures, such as borrowing from Government Development Bank for Puerto Rico ("GDB") or in the bond market, and postponing the payment of various government expenses, such as payments to suppliers and utilities providers.

As discussed below, the estimated structural deficit for fiscal year 2009 is projected to be $3.2 billion.

*Rating Downgrades*

The continued fiscal imbalance led to successive downgrades in the Commonwealth's general obligation debt ratings, from "Baa1" by Moody's Investors Service ("Moody's") and "A−" by Standard & Poor's Rating Services ("S&P") in fiscal year 2004 to "Baa3" by Moody's and "BBB−" by S&P currently. Each of the rating agencies has a stable outlook on the Commonwealth's general obligation debt.

*Fiscal Year 2009 Estimated Structural Deficit*

For fiscal year 2009, estimated revenues of the General Fund (the primary operating fund of the Commonwealth) are $7.6 billion (down from the original budgeted revenues of $8.5 billion). Although budgeted expenditures for the fiscal year were $9.5 billion, the government has identified additional expenses for fiscal year 2009 that were not included in the budget. Unbudgeted expenses for fiscal year 2009 are estimated at $1.4 billion. Thus, the resulting estimated structural deficit for fiscal year 2009 is currently $3.2 billion.

*General Fund Revenues (Nine Months)*

Preliminary General Fund revenues for the first nine months of fiscal year 2009 (from July 2008 through March 2009) were $5.44 billion, a decline of 4.9% from the $5.72 billion for the same period in the prior fiscal year. The continued decline in General Fund tax revenues reflects primarily the impact of the ongoing economic recession.

*Fiscal Stabilization Plan*

The new government administration, which commenced on January 2, 2009 and controls the Executive and Legislative branches of government, has developed and commenced implementing a multi-year plan designed to achieve fiscal balance and restore economic growth. The fiscal stabilization plan seeks to achieve budgetary balance on or before fiscal year 2013,

while addressing expected fiscal deficits in the intervening years through the implementation of a number of initiatives, including the following: (i) a $2 billion operating expense-reduction plan during fiscal year 2010, through government reorganization and reduction of operating expenses, including payroll which is the main component of government expenditures; (ii) a combination of temporary and permanent tax increases, coupled with additional tax enforcement measures; and (iii) a bond issuance program through Puerto Rico Sales Tax Financing Corporation ("COFINA" by its Spanish-language acronym).  Before the temporary measures expire in 2013, the administration intends to design and adopt a comprehensive reform of the tax system and a long-term economic development plan to complement the economic reconstruction and supplemental stimulus initiatives described below.  The proceeds expected to be obtained from the COFINA bond issuance program will be used to repay existing government debt (including debts with GDB), finance operating expenses of the Commonwealth for fiscal years 2009 through 2011 (and for fiscal year 2012, to the extent included in the government's annual budget for such fiscal year), including costs related to the implementation of a workforce reduction plan, the funding of an economic stimulus plan, as described below, and for other purposes to address the fiscal imbalance while the fiscal stabilization plan is being implemented.  The fiscal stabilization plan seeks to safeguard the investment grade ratings of the Commonwealth's general obligation debt and lay the foundation for sustainable economic growth.  Legislation has already been enacted authorizing the implementation of all the measures in the fiscal stabilization plan and the Office of Management and Budget ("OMB") has certified projected savings of $237 million for fiscal year 2010 from implemented measures to date.

*Economic Reconstruction Plan*

The new administration has also developed and commenced implementing a short-term economic reconstruction plan.  The cornerstone of this plan is the implementation of U.S. federal and local economic stimulus programs.  Puerto Rico will benefit from the American Recovery and Reinvestment Act of 2009 ("ARRA") enacted by the U.S. government to stimulate the U.S. economy in the wake of the global economic downturn.  Puerto Rico expects to receive approximately $5.0 billion from ARRA during the next two fiscal years, which includes tax relief, expansion of unemployment benefits and other social welfare provisions, and domestic spending in education, health care, and infrastructure, among other measures.  The administration will seek to complement the U.S. federal stimulus with additional short- and medium-term supplemental stimulus measures seeking to address specific local challenges and providing investment in strategic areas.  These measures include a local $500 million economic stimulus plan to supplement the federal plan.  In addition, to further stimulate economic development and cope with the fiscal crisis, the administration is in the process of establishing a legal framework to authorize and promote the use of public-private partnerships to finance and develop infrastructure projects and operate and manage certain public assets.

The new administration is also developing a comprehensive long-term economic development plan aimed at improving Puerto Rico's overall competitiveness and business environment and increasing private-sector participation in the Puerto Rico economy.  As part of this plan, the administration will emphasize (i) the simplification and shortening of the permitting and licensing process; (ii) the strengthening of the labor market by encouraging greater labor-force participation and bringing out-of-date labor laws and regulations in line with U.S. and international standards and (iii) the adoption of a new energy policy that seeks to lower

3

energy costs and reduce energy-price volatility by reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse, renewable-energy technologies.

The fiscal and economic reconstruction plan is described in further detail in below under "The Economy—Fiscal and Economic Reconstruction."

*Proposed Fiscal Year 2010 Budget*

On April 29, 2009, the Governor submitted to the Legislature a proposed budget for fiscal year 2010. The proposed budget provides for total General Fund revenues and appropriations of $7.67 billion, compared to estimated General Fund revenues of $7.60 billion for fiscal year 2009. Budgeted General Fund expenditures total $7.67 billion, a decrease of $1.81 billion, or 19%, from the fiscal year 2009 budgeted expenditures of $9.48 billion. To cover approximately $2 billion of additional transitory expenses for fiscal year 2010 related to the implementation of the expense-reduction plan (including expenses that will be incurred in fiscal year 2010 but will not be incurred in subsequent fiscal years) and a $500 million projected remaining structural deficit, the Commonwealth will establish a Stabilization Fund to be funded with proceeds from COFINA bond issues.

The projections and assumptions used in the proposed fiscal year 2010 budget are subject to a number of risks, including risks related to the economic forecasts, the implementation of the expense-reduction plan, and the execution of certain transactions contemplated in the fiscal stabilization plan (such as the COFINA financings). Many complex political, social, environmental, and economic forces influence the Commonwealth's economy and finances unpredictably from fiscal year to fiscal year. The budget is necessarily based on forecasts of economic activity, which have frequently failed to accurately predict the timing and magnitude of specific cyclical changes in the U.S. and local economy. There can be no assurance that the Commonwealth's economy will not experience results in the current and ensuing fiscal years that are materially worse than predicted, with corresponding material and adverse effects on the Commonwealth's projections of receipts and disbursements.

## Geographic Location and Demographic Trends

Puerto Rico, the fourth largest of the Caribbean islands, is located approximately 1,600 miles southeast of New York City. It is approximately 100 miles long and 35 miles wide.

According to the United States Census Bureau, the population of Puerto Rico was 3,808,610 in 2000 (3,954,037 as of July 1, 2008 according to the most recent U.S. Census Bureau estimate), compared to 3,522,000 in 1990. As of 2000, the population of San Juan, the island's capital and largest city, was 434,375 (422,665 as of July 1, 2008 according to the most recent U.S. Census Bureau estimate).

## Relationship with the United States

Puerto Rico's constitutional status is that of a territory of the United States, and, pursuant to the territorial clause of the U.S. Constitution, the ultimate source of power over Puerto Rico is the U.S. Congress. The relationship between the United States and Puerto Rico is referred to herein as commonwealth status.

Puerto Rico came under United States sovereignty pursuant to the Treaty of Paris, signed on December 10, 1898, which ended the Spanish-American War.  Puerto Ricans have been citizens of the United States since 1917.  In 1950, after a long evolution toward greater self-government, Congress enacted Public Law 600, which provided that the existing political, economic and fiscal relationship between Puerto Rico and the United States would remain the same, but Puerto Rico would be authorized to draft and approve its own Constitution, guaranteeing a republican form of government.  The Constitution was drafted by a popularly elected constitutional convention, approved in a special referendum by the people of Puerto Rico, amended and ratified by the U.S. Congress, and subsequently approved by the President of the United States.

The Commonwealth exercises virtually the same control over its internal affairs as do the 50 states.  It differs from the states, however, in its relationship with the federal government.  The people of Puerto Rico are citizens of the United States but do not vote in national elections.  They are represented in Congress by a Resident Commissioner that has a voice in the House of Representatives but no vote (except in House committees and sub-committees to which he belongs).  Most federal taxes, except those such as Social Security taxes, are not levied in Puerto Rico.  No federal income tax is collected from Puerto Rico residents on income earned in Puerto Rico, except for certain federal employees who are subject to taxes on their salaries.  Income earned by Puerto Rico residents from sources outside of Puerto Rico, however, is subject to federal income tax.

The official languages of Puerto Rico are Spanish and English.

**Governmental Structure**

The Constitution of Puerto Rico provides for the separation of powers of the executive, legislative, and judicial branches of government.  The Governor is elected every four years.  The Legislative Assembly consists of a Senate and a House of Representatives, the members of which are elected for four-year terms.  The highest court within the local jurisdiction is the Supreme Court of Puerto Rico.  Decisions of the Supreme Court of Puerto Rico may be appealed to the Supreme Court of the United States under the same terms and conditions as decisions from state courts.  Puerto Rico constitutes a District in the federal judiciary and has its own United States District Court.  Decisions of this court may be appealed to the United States Court of Appeals for the First Circuit and from there to the Supreme Court of the United States.

Governmental responsibilities assumed by the central government of the Commonwealth are similar in nature to those of the various state governments.  In addition, the central government assumes responsibility for local police and fire protection, education, public health and welfare programs, and economic development.

**Principal Officers Responsible for Fiscal Matters**

**Luis G. Fortuño** was sworn in as Governor of Puerto Rico on January 2, 2009.  From 2005 until becoming Governor, Mr. Fortuño was Puerto Rico's elected Resident Commissioner in the U.S. House of Representatives. Mr. Fortuño was an attorney in private practice from 1985 to 1993, and again from 1997 to 2003.  From 1994 to 1996, Mr. Fortuño served as the first

Secretary of the Department of Economic Development and Commerce.  Mr. Fortuño was the Executive Director of the Tourism Company from 1993 to 1996.  Mr. Fortuño holds a Bachelor's Degree from the Edmund A. Walsh School of Foreign Service at Georgetown University and a Juris Doctor from the University of Virginia School of Law.

**Juan Carlos Puig Morales** was designated as Secretary of the Department of the Treasury (the "Treasury") on January 4, 2009 and unanimously confirmed by the Senate of Puerto Rico on March 6, 2009.  From 1998 to 2008, Mr. Puig Morales served as a Director in the Taxpayer Advocate Service, an independent office within the U.S. Internal Revenue Service, in Puerto Rico and South Florida.  From 1994 to 1998, Mr. Puig Morales served in various positions in the Treasury, including Assistant Undersecretary of Internal Revenue, Project Manager of the Master Tax Archive, and Director of Administrative Reform.  From 1990 to 1994, Mr. Puig Morales served as a Senior Tax Administration Advisor with the U.S. Internal Revenue Service.  Mr. Puig Morales holds a Bachelor of Arts Degree from the University of Turabo, where he majored in Economics.

**María Sánchez Brás** was appointed Executive Director of OMB on January 2, 2009.  From 2004 to 2008, Ms. Sánchez Brás worked as the principal financial officer of several companies in the insurance and pharmaceuticals sectors in Puerto Rico.  From 1998 to 2004, Ms. Sánchez Brás served as Controller for McDonald's Caribbean region.  From 1990 to 1998, Ms. Sánchez Brás worked with various manufacturing companies in different managerial and financial roles.  Prior to 1990, Ms. Sánchez Brás worked with KPMG Peat Marwick.  Ms. Sánchez Brás holds a Bachelor's Degree from the University of Puerto Rico – Río Piedras Campus, where she majored in Accounting.  Ms. Sánchez Brás has been a Certified Public Accountant (CPA) since 1991 and a Certified Internal Auditor (CIA) since 1992 and is a member of the Association of Certified Fraud Examiners (ACFE).

**Carlos M. García** was ratified as President and Chairman of the Board of GDB on January 7, 2009.  Mr. García served as President of Banco Santander Puerto Rico from August 2008 to January 2009 and Senior Executive Vice President and Chief Operating Officer of Santander BanCorp and Banco Santander Puerto Rico from January 2004 to January 2009.  Mr. García served as a member of the Board of Directors of Santander BanCorp and several of Santander BanCorp's subsidiaries and affiliates.  Mr. García serves as Director of Make-a-Wish Foundation of Puerto Rico.  Mr. García served as President and Chief Executive Officer of Santander Securities Corporation from August 2001 to January 2006.  Mr. García joined Santander Securities Corporation in 1997 as Director of its Investment Banking Department, and Banco Santander Puerto Rico in October 2003 as Executive Vice President of Wholesale Banking. From 1993 to 1995, Mr. García worked at Credit Suisse First Boston Puerto Rico, Inc., which later was acquired by Popular Securities, Inc., for which he worked from 1995 to 1997.  Mr. García holds a dual degree in Business from the Wharton School and in Comparative Literature from the College of Arts and Sciences of the University of Pennsylvania.

**Political Trends**

For many years there have been two major views in Puerto Rico with respect to Puerto Rico's relationship with the United States: one favoring statehood, represented by the New Progressive Party, and the other favoring the existing commonwealth status, represented by the

Popular Democratic Party.  The following table shows the percentages of the total votes received by the gubernatorial candidates of the various parties in the last five elections.  While the electoral choices of Puerto Rico's voters are not based solely on party preferences regarding Puerto Rico's relationship with the United States, candidates who support a continuing relationship between Puerto Rico and the United States have prevailed in elections for many years.

|  | **1992** | **1996** | **2000** | **2004** | **2008** |
|---|---|---|---|---|---|
| New Progressive Party | 49.9% | 51.1% | 45.7% | 48.2% | 52.8% |
| Popular Democratic Party | 45.9% | 44.5% | 48.6% | 48.4% | 41.3% |
| Puerto Rico Independence Party | 4.2% | 3.8% | 5.2% | 2.7% | 2.0% |
| Others, Blank or Void | - | 0.5% | 0.5% | 0.6% | 3.9% |

With the results of the 2008 election, control of the legislative branch continued under the New Progressive Party, while the executive branch is now also controlled by the New Progressive Party.  The current membership of the Senate and House of Representatives by political party is as follows:

|  | **Senate** | **House** |
|---|---|---|
| New Progressive Party | 21 | 37 |
| Popular Democratic Party | 8 | 17 |
| Total | 29 | 54 |

The next general election (gubernatorial, municipal, and legislative) in Puerto Rico will be held in November 2012.

## THE ECONOMY

**General**

The Commonwealth in the past has established policies and programs directed principally at developing the manufacturing sector and expanding and modernizing the Commonwealth's infrastructure.  Domestic and foreign investments have historically been stimulated by selective tax exemptions, development loans, and other financial and tax incentives.  Infrastructure expansion and modernization have been to a large extent financed by bonds and notes issued by the Commonwealth, its public corporations, and municipalities.  Economic progress has been aided by significant increases in the levels of education and occupational skills of the population.

Puerto Rico's economy experienced a considerable transformation during the past sixty-five years, passing from an agriculture economy to an industrial one.  Virtually every sector of the economy participated in this expansion.  Factors contributing to this expansion include government-sponsored economic development programs, increases in the level of federal transfer payments, and the relatively low cost of borrowing.  In some years, these factors were aided by a significant rise in construction investment driven by infrastructure projects, private investment, primarily in housing, and relatively low oil prices.  Nevertheless, the significant oil price increases during the past four years, the continuous contraction of the manufacturing sector, and the budgetary pressures on government finances triggered a general contraction in the

economy.  Puerto Rico's economy is currently in a recession that began in the fourth quarter of fiscal year 2006, a fiscal year in which the real gross national product grew by only 0.5%.  For fiscal years 2007 and 2008, the real gross national product contracted by 1.9% and 2.5%, respectively.  This contraction has continued into fiscal year 2009, for which the Planning Board expects a reduction of 3.4% in real gross national product.  While the trend was expected to continue in fiscal year 2010, the Planning Board announced on April 29, 2009 that the expected positive impact of the U.S. federal and local economic stimulus measures discussed below under "Fiscal and Economic Reconstruction" should outweigh the expected negative impact of the Fiscal Stabilization Plan also described below under "Fiscal and Economic Reconstruction" and revised its projections for fiscal year 2010 to reflect an increase of 0.1% in real gross national product.  The Planning Board is also projecting increases in real gross national product of 0.9% and 1.0% for fiscal years 2011 and 2012, respectively.

Nominal personal income, both aggregate and per capita, has increased consistently from 1947 to 2008.  In fiscal year 2008, aggregate personal income was $56.2 billion ($44.8 billion at 2000 prices) and personal income per capita was $14,237 ($11,341 in 2000 prices).[1]  Personal income includes transfer payments to individuals in Puerto Rico under various social programs.  Total U.S. federal transfer payments to individuals amounted to $12.3 billion in fiscal year 2008 ($10.5 billion in fiscal year 2007).  Entitlements for previously performed services or resulting from contributions to programs such as Social Security, Veterans' Benefits, Medicare, and U.S. Civil Service retirement pensions were $9.3 billion, or 76% of the transfer payments to individuals in fiscal year 2008 ($8.6 billion, or 82%, in fiscal year 2007).  The remainder of the federal transfers to individuals is represented by grants, mostly concentrated in the Nutritional Assistance Program (Food Stamps) and Pell Grant (higher education) Scholarships.  The increase in federal transfer payments to individuals, and the corresponding decline in the share of entitlements to total transfers to individuals, from fiscal year 2007 to fiscal year 2008 was due almost exclusively to the U.S. federal tax rebates implemented in fiscal year 2008.

Total average annual employment (as measured by the Puerto Rico Department of Labor and Human Resources Household Employment Survey, known as the "Household Survey") has also increased during the last decade.  From fiscal year 1999 to fiscal year 2008, total employment has increased at an average annual growth rate of 0.6% to 1,217,500.  However, there has been a decrease in employment during the last fiscal year, related to the current recession.

The dominant sectors of the Puerto Rico economy in terms of production and income are manufacturing and what is herein referred to as the service sector.  The manufacturing sector has undergone fundamental changes over the years as a result of increased emphasis on higher-wage, high-technology industries, such as pharmaceuticals, biotechnology, computers, microprocessors, professional and scientific instruments, and certain high technology machinery and equipment.  The service sector, which includes finance, insurance, real estate, wholesale and retail trade, transportation, communications and public utilities, and other services, plays a major role in the economy.  It ranks second to manufacturing in contribution to the gross domestic product and leads all sectors in providing employment.

---

[1] Different price deflators are used for gross national product and personal income statistics.  The year 2000 is used as a basis for comparison because that is the year used by the U.S. Department of Commerce.

The following table shows the gross national product for the five fiscal years ended June 30, 2008.

### Commonwealth of Puerto Rico
### Gross National Product
### Fiscal Years Ended June 30,

|  | **2004** | **2005** | **2006** | **2007** | **2008**[1] |
|---|---|---|---|---|---|
| Gross national product – $ millions[2] | $50,709 | $53,752 | $56,732 | $58,563 | $60,787 |
| Real gross national product – $ millions (2000 prices) | 43,967 | 44,819 | 45,048 | 44,175 | 43,049 |
| Annual percentage increase (decrease) in real gross national product (2000 prices) | 2.7% | 1.9% | 0.5% | (1.9)% | (2.5)% |
| U.S. annual percentage increase in real gross national product (2000 prices) | 4.0% | 3.1% | 3.0% | 1.8% | 2.8% |

_____
(1) Preliminary.
(2) In current dollars.

*Sources:* Puerto Rico Planning Board and Global Insight Inc.

The economy of Puerto Rico is closely linked to the United States economy, as most of the external factors that affect the Puerto Rico economy (other than oil prices) are determined by the policies and performance of the mainland economy. These external factors include exports, direct investment, the amount of federal transfer payments, the level of interest rates, the rate of inflation, and tourist expenditures. During fiscal year 2008, approximately 74% of Puerto Rico's exports went to the United States mainland, which was also the source of approximately 47% of Puerto Rico's imports. In fiscal year 2008, Puerto Rico experienced a positive merchandise trade balance of $19.0 billion.

The following graph compares the growth rate of real gross national product for the Puerto Rico and U.S. economies since fiscal year 1990, and the forecast of the growth rate for fiscal year 2009.

**Real GNP Growth Rate**



Sources: Puerto Rico Planning Board.

* Estimate for Puerto Rico from the Puerto Rico Planning Board (Apr-2009). Estimate for U.S. from Global Insight (Apr-2009).

Since the 1950s, the Planning Board has prepared a complete set of macroeconomic measures like those prepared for the United States by the Bureau of Economic Analysis ("BEA") of the Department of Commerce, as part of the National Income and Product Accounts ("NIPA"). In contrast with BEA, which computes the economic accounts on a quarterly basis, the Planning Board computes Puerto Rico's NIPA on an annual basis. Like BEA, the Planning Board revises its statistics on a regular basis. The Planning Board classifies its statistics as preliminary until they are revised and made final in conjunction with the release of new data each year. Thus, all macroeconomic accounts for fiscal year 2008 shown in this report are preliminary until the revised figures are released and the forecasts for fiscal years 2009 and 2010 are revised.

*Forecast for Fiscal Years 2009 and 2010*

The Planning Board's gross national product forecast for fiscal year 2009, which was released in February 2009, projected a decline of 3.4% in constant dollars, or an increase of 1.5% in current dollars. Personal income is expected to decline by 1.5% in real terms, or to increase by 2.3% in nominal terms (see footnote 1 on page 8). While a prolongation of the economic contraction through fiscal year 2010 had been expected, the Planning Board announced on April 29, 2009 that the expected positive impact of the U.S. federal and local economic stimulus measures discussed below should outweigh the expected negative impact of the Fiscal Stabilization Plan also described below, leading it to adjust its projections for fiscal year 2010.

The Planning Board is now projecting a slight increase in gross national product of 0.1% in constant dollars or 3.4% in current dollars. The major factors affecting the economy at this point are, among others, the current contraction of U.S. economic activity; the difficulties of the U.S. and local financial systems, which affect the local economy directly; the increase in federal transfers associated to the economic stimulus enacted by the U.S. government; and the local difficulties associated with the Commonwealth's prolonged fiscal crisis, including the cost-reduction initiatives to be implemented as part of the fiscal stabilization plan discussed below.

The number of persons employed in Puerto Rico during the first nine months of fiscal year 2009, from July 2008 to March 2009, averaged 1,179,900, a decrease of 3.1% from the same period of the previous year. Moreover, for the first nine months of the current fiscal year, the unemployment rate was 13.0%, an increase from 11.0% for the first nine months of fiscal year 2008.

*Fiscal Year 2008*

The Planning Board's preliminary reports on the performance of the Puerto Rico economy for fiscal year 2008 indicate that real gross national product decreased 2.5% (3.8% in current dollars) over fiscal year 2007. Nominal gross national product was $60.8 billion in fiscal year 2008 ($43.0 billion in 2000 prices), compared to $58.6 billion in fiscal year 2007 ($44.2 billion in 2000 prices). Aggregate personal income increased from $52.3 billion in fiscal year 2007 ($43.4 billion in 2000 prices) to $56.2 billion in fiscal year 2008 ($44.8 billion in 2000 prices), and personal income per capita increased from $13,269 in fiscal year 2007 ($11,012 in 2000 prices) to $14,237 in fiscal year 2008 ($11,341 in 2000 prices). The significant increase in personal income in fiscal year 2008 is due in part to the tax rebate program implemented by the Bush Administration during that fiscal year.

According to the Household Survey, total employment for fiscal year 2008 averaged 1,217,500, a decrease of 3.6% compared to 1,262,900 for fiscal year 2007. At the same time, the unemployment rate for fiscal year 2008 was 11.0%, an increase from 10.4% for fiscal year 2007.

Among the variables contributing to the decrease in gross national product were the continuous contraction of the manufacturing and construction sectors, as well as the current contraction of U.S. economic activity. Furthermore, the decline in Puerto Rico's gross national product was not offset by the federal tax rebates due to the high levels of oil prices during fiscal year 2008. The persistent high level of the price of oil and its derivatives (such as gasoline) during that period served to reduce the income available for other purchases and, thereby, negatively affected domestic demand. Due to the Commonwealth's dependence on oil for power generation and gasoline (in spite of its recent improvements in power-production diversification), the high level of oil prices accounted for an increased outflow of local income in fiscal year 2008. The current difficulties associated with the financial crisis resulted in lower short-term interest rates, but this did not translate into an improvement in the construction sector.

11

*Fiscal Year 2007*

The Planning Board's reports on the performance of the Puerto Rico economy during fiscal year 2007 indicate that the real gross national product fell by 1.9%. Nominal gross national product was $58.6 billion ($44.2 billion in 2000 prices), compared to $56.7 billion in fiscal year 2006 ($45.0 billion in 2000 prices). This represents an increase in nominal gross national product of 3.2%. Aggregate personal income was $52.3 billion in fiscal year 2007 ($43.4 billion in 2000 prices), as compared to $50.8 billion in fiscal year 2006 ($43.4 billion in 2000 prices), and personal income per capita was $13,269 in fiscal year 2007 ($11,012 in 2000 prices), as compared to $12,944 in fiscal year 2006 ($11,052 in 2000 prices).

According to the Household Survey, total employment for fiscal year 2007 averaged 1,262,900, an increase of 0.8% compared to 1,253,400 for fiscal year 2006. The driving force behind total employment was self-employment. The unemployment rate for fiscal year 2007 was 10.4%, a decrease from 11.7% for fiscal year 2006.

## Fiscal Stabilization and Economic Reconstruction

The new administration has developed and commenced implementing a multi-year Fiscal Stabilization and Economic Reconstruction Plan that seeks to achieve fiscal balance and restore economic growth. The administration believes that fiscal stabilization is central to safeguarding the Commonwealth's investment-grade credit rating and restoring Puerto Rico's economic growth and development. During the first quarter of 2009, the Legislative Assembly enacted three bills providing for the implementation of this plan, which is composed of two main elements: the Fiscal Stabilization Plan (the "Fiscal Plan") and the Economic Reconstruction Plan (the "Economic Plan").

In addition, the new administration is in the process of designing and implementing a series of economic development initiatives with the aim of enhancing Puerto Rico's competitiveness and strengthening specific industry sectors. These economic development initiatives are intended to support the prospects of long-term and sustainable growth.

*Fiscal Stabilization Plan*

The Fiscal Plan has three main objectives: (i) stabilize the short-term fiscal situation, (ii) safeguard and strengthen the Commonwealth's credit rating, and (iii) achieve budgetary balance by fiscal year 2013. The Fiscal Plan, which is generally contained in Act No. 7 of March 9, 2009 ("Act 7"), includes operating expense-reduction measures, tax revenue enforcement measures, tax increases, and financial measures, as discussed below.

*Expense Reduction Measures*. A significant portion of Puerto Rico's current budget deficit is attributable to the accumulated effect of high operating expenses in the government. The Fiscal Plan seeks to reduce the recurring expense base of the government to make it consistent with the level of government revenues. The Fiscal Plan establishes a government-wide operating expense-reduction program aimed at reducing payroll and other operating expenses by $2 billion.

Payroll expense is the most significant component of the government's recurring expense base. The reduction in payroll expenses contemplated by the Fiscal Plan will be implemented in three phases and includes certain benefits conferred to participating employees, as follows:

- *Phase I: Incentivized Voluntary Resignation and Voluntary Permanent Workday Reduction Programs:* The Incentivized Voluntary Resignation Program offered public employees a compensation incentive based on the time of service in the government. The Voluntary Permanent Workday Reduction Program was available to public employees with 20 or more years of service. The Workday Reduction Program consists of a voluntary reduction of one regular workday every fifteen calendar days, which is equivalent to approximately a 10% reduction in annual workdays. Phase I commenced in March 2009 and public employees had until April 27, 2009 to submit the required information to participate in the voluntary programs available under Phase I and be eligible for the Public Employees Alternatives Program. On May 14, 2009, OMB announced that based on the number of employees who agreed to participate in these programs, the expected reduction in expenses for fiscal year 2010 would be $50 million.

- *Phase II: Involuntary Layoff Plan:* As provided in Act 7, Phase II will go into effect because the objective of reducing $2 billion in expenses was not achieved after implementation of Phase I and Phase III (see below). Under Phase II, subject to certain exceptions, all employees with transitory, non-permanent positions will be terminated. In addition, Phase II provides for one or more rounds of involuntary layoffs and applies to all public employees unless specifically excluded by Act 7, strictly according to seniority in public service, starting with employees with least seniority. The plan excludes employees listed in Act 7 as providing "essential" services, those paid by federal funds, those on military leave, and political appointees and their trust employees (political appointees and their trust employees, who do not hold a permanent or career position in the government, are referred to herein as "non-career" employees). Employees in Phase II will receive a severance package that includes health coverage payment for up to a maximum of six months or until the former public employee is eligible for health insurance coverage at another job.

- *Phase III: Temporary Suspension of Certain Provisions of Laws, Collective Bargaining Agreements, and Other Agreements:* Phase III, which went into effect on March 9, 2009, imposes a temporary freeze of salary increases and other economic benefits included in laws, collective bargaining agreements, and any agreements. Phase III will remain in effect for a period of two years, but this term may be shortened by the Governor by means of an Executive Order should OMB certify that the savings resulting from the implementation of Act 7's expense-reduction measures are sufficient to cover the law's objectives. OMB has indicated that the expected savings from the implementation of these measures is $187 million for fiscal year 2010.

- *Public Employees Alternatives Program*: The employees that elected to participate in the Incentivized Voluntary Resignation Program or the Voluntary Permanent Workday Reduction Program under Phase I, or that are subject to involuntary layoffs under Phase II, will be eligible for the Public Employees Alternatives Program. This program assists public employees in their transition to other productive alternatives, and offers vouchers

13

for college education, technical education, and professional training, as well as for establishing a business and for relocation.

In addition, Act 7 provides that, for a period of two years, collective bargaining agreements that have already expired or that expire while the law is in effect and that relate to public employees may not be renegotiated or renewed.

On April 13, 2009, a group of government employees along with labor organizations that represent governmental employees filed a complaint in the U.S. District Court for the District of Puerto Rico seeking, among other relief, an injunction to stop the Government of Puerto Rico from implementing the expense-reduction provisions of Act 7 under the theory that such provisions violate United States and Puerto Rico law prohibitions on impairment of contracts and retroactive application of laws.   The administration intends to defend vigorously the constitutionality of Act 7 and continues with its implementation.  See "Litigation."

The second element of the expense-reduction measures, which pertains to other operating expenses, will be conducted through an austerity program in combination with other measures, such as reduction in expenses of the public health plan, Executive Branch reorganization, and efficiency measures supported by budgeting and accounting processes, and information technology.  The austerity program mandates a 10% reduction in other operational expenses, including cellular phone use, credit cards, and official vehicles.

*Tax Revenue Enforcement Measures*.  The Fiscal Plan seeks to increase tax revenues by implementing a more rigorous and ongoing tax enforcement and compliance strategy.  Specific tax enforcement initiatives include: (i) enhancements to federal grants and fund receipts, (ii) stronger collections and auditing efforts on Puerto Rico's sales and use tax, and (iii) a voluntary tax compliance program.

*Tax Increases*.   The goal of achieving fiscal and budgetary balance requires a combination of measures that include the introduction of permanent and temporary tax increases. The Fiscal Plan includes six temporary and four permanent revenue increasing measures. With respect to temporary revenue increasing measures, the administration will implement: (i) a 5% surtax on income of certain individuals, (ii) a 5% surtax on income of certain corporations, (iii) a 5% income tax on credit unions (commonly known as *cooperativas* in Puerto Rico), (iv) a 5% income tax on Puerto Rico international banking entities, (v) a special property tax on residential real estate, and (vi) a moratorium on certain tax credits.   The majority of these temporary measures will be in effect for three fiscal years beginning in fiscal year 2010. The permanent measures include (i) modifications to the alternative minimum tax for individuals and corporations, (ii) an increase in the excise taxes on cigarettes, (iii) new excise taxes on motorcycles, and (iv) an increase in the excise taxes on alcoholic beverages.

*Financial Measures*.  The administration expects to carry out several financial initiatives in order to achieve fiscal stability throughout the implementation period of the Fiscal Plan. These financial measures include, among others, a financing or bond issuance program the proceeds of which would be used to bridge the structural budgetary imbalance during the implementation period of the Fiscal Plan and funding some initiatives in the Economic Plan.

14

The financial measures are mainly anchored on the bond-issuance program of COFINA. Act 7, in conjunction with Act No. 91 of May 13, 2006, as amended ("Act 91"), and Act No. 1 of January 14, 2009 ("Act 1"), allocated to COFINA, commencing on July 1, 2009, 2.75% (one-half of the tax rate of 5.5%) of the sales and use tax imposed by the central government, which increased COFINA's financing capacity and allows the Commonwealth to achieve fiscal stability throughout the implementation period of the Fiscal Plan.

In addition to the increased tax allocations to COFINA, the financial initiatives that were enacted into law include the creation of the Savings Notes for the Economic Cooperation of Puerto Rico (the "Saving Notes Program") and allows for the refinancing of a portion of the existing debt of the Puerto Rico Public Buildings Authority.  The Savings Notes Program consists of an issuance of up to $20 million in short-term general obligation notes for retail distribution to Puerto Rico residents.

The administration expects that its Fiscal Plan will provide more fiscal stability, thereby safeguarding and strengthening Puerto Rico's credit rating.  The administration further expects that the resulting fiscal structure will be sustainable and conducive to economic growth and development.

*Economic Reconstruction Plan*

To balance the impact of the Fiscal Plan, the administration has developed and is implementing an economic reconstruction program to stimulate growth in the short term and lay the foundation for long-term economic development.  In addition, the administration is developing a comprehensive, long-term, economic development program aimed at improving Puerto Rico's overall global relevance, competitiveness, and business environment, and increasing private-sector capital formation and participation in the economy.

The Economic Plan consists of three main components: (i) two economic stimulus programs, (ii) Public-Private Partnerships, and (iii) a supplemental stimulus plan.

*Economic Stimulus Programs*.  The cornerstone of Puerto Rico's short-term economic reconstruction plan is the implementation of two economic stimulus programs aimed at reigniting growth and counterbalancing any adverse effects associated with the Fiscal Plan.  The economic stimulus programs consist of Puerto Rico's participation in ARRA (also referred to herein as the "Federal Stimulus") and a local plan (the "Local Stimulus") designed to complement the Federal Stimulus.

- *Federal Stimulus Program*: Puerto Rico is eligible to participate in ARRA because of its status as a U.S. jurisdiction.  Puerto Rico expects to receive up to $5 billion in stimulus funds from ARRA.  The funds will be distributed in four main categories: relief to individuals, budgetary and fiscal relief, taxpayers' relief, and capital improvements.  This Federal Stimulus coming from ARRA places an emphasis in relief for individuals and taxpayers.  In terms of government programs, the Federal Stimulus allocates funds to education, agriculture and food assistance, health, housing and urban development, labor, and transportation, among others.

15

- **_Local Stimulus Program_**: The administration has formulated the Local Stimulus to supplement the Federal Stimulus and ameliorate specific local challenges associated with the local mortgage market, the availability of credit, and the infrastructure and construction sectors. Despite the fact that the Local Stimulus amounts to a $500 million investment by the government, it has been estimated that its effect will be greater due to its loan-guarantee programs, which will be coordinated in collaboration with commercial banks in Puerto Rico. The Local Stimulus is composed of three main elements: (i) capital improvements, (ii) stimulus for small- and medium-sized businesses, and (iii) consumer relief in the form of direct payments to retirees, mortgage-debt restructuring for consumers that face risk of default, and consumer stimulus for the purchase of housing.

_Public-Private Partnerships_. The administration believes that Public-Private Partnerships ("PPPs") represent an important tool for economic development, particularly in times of fiscal imbalance. PPPs are collaborations between government and non-governmental entities—such as private-sector, non-profit organizations, credit unions, and township corporations (_corporaciones municipales_)—to develop infrastructure projects, manage government assets or provide services. The non-governmental partner takes on certain responsibilities and risks related to the development of the project in exchange for receiving the benefits of operating it.

PPPs provide the opportunity for lower project development costs, reduction of financial risk, creation of additional revenue sources, establishment of service quality metrics, and re-direction of government resources to focus on the implementation of public policy.

The administration is working on establishing the legal framework that will implement the procedures for establishing PPPs. Puerto Rico has opportunities for the establishment of PPPs in the areas of highways, ports, transportation, solid waste, potable water, and renewable energy, among others.

_Supplemental Stimulus Plan_. The Economic Plan includes a Supplemental Stimulus Plan, which will provide investment in strategic areas with the objective of laying the foundations for long-term growth in Puerto Rico. The Supplemental Stimulus will begin after the first year of implementation of the Federal and Local Stimuli. The coordinated implementation of the Supplemental Stimulus during the second year of the Federal and Local Stimuli will reinforce continuity in reigniting economic growth while making key investments for long-term development.

The Supplemental Stimulus will be conducted by GDB through a combination of direct investments and guaranteed lending. Specifically, the Supplemental Stimulus will target critical areas such as the banking system, key infrastructure projects, public capital improvement programs, private-sector lending to specific industries, and the export and research-and-development knowledge industries. The Supplemental Stimulus will take into account the strategic needs that Puerto Rico must fulfill in order to become a more competitive player in its region and in the global economy.

The Supplemental Stimulus is intended to complement a comprehensive Economic Development Program that will be implemented by the Department of Economic Development and Commerce, as discussed below.

*Economic Development Program*

The Department of Economic Development and Commerce ("DEDC"), in coordination with other government agencies, is in the process of formulating and implementing a series of economic development initiatives with the goal of laying the groundwork for sustainable economic growth. These initiatives are centered on the dual mission of fostering multi-sector growth while reducing costs and barriers to business and investment, and are a medium-to-long-term counterpart to the Economic Reconstruction Plan and the Supplemental Stimulus Plan described above. The economic development initiatives are aimed at improving Puerto Rico's overall global relevance, competitiveness, and business environment and seek to increase private-sector capital formation and participation in the Puerto Rico economy.

The administration will emphasize three main initiatives to enhance Puerto Rico's competitive position: (i) overhauling the permitting process, (ii) reforming the labor market, and (iii) reducing energy costs.

The first initiative, the reengineering of Puerto Rico's permitting and licensing process, has already been initiated and legislation has been filed. In the short term, this restructuring is focused on eliminating the significant backlog of unprocessed permits that are currently in the pipeline of various government agencies. Longer term, this effort seeks to significantly reduce the number of inter-agency processes and transactions currently required by creating a centralized, client-focused system that simplifies and shortens the permitting process for applicants.

Initiatives will also be undertaken with the purpose of strengthening Puerto Rico's labor market. The administration seeks to encourage greater labor-force participation by providing the private sector with more flexibility in establishing feasible labor arrangements. One focus of the labor-market reform will be the modernization of Puerto Rico's regulatory framework. Legislative changes to be introduced will focus on bringing out-of-date labor laws and regulations in line with U.S. and international standards with respect to such matters as flex-time arrangements, overtime rules, workers' compensation, and benefit requirements, among others. This labor reform is expected to provide a significant improvement in Puerto Rico's competitiveness in the global marketplace.

The administration considers the adoption of a new energy policy to be critical for Puerto Rico's competitiveness. Presently, fluctuations in oil prices have a significant effect on Puerto Rico's overall economic performance. The administration will focus on reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse, renewable-energy technologies. By implementing a new energy policy, the Commonwealth will seek to lower energy costs, reduce energy-price volatility, and establish environmentally sustainable energy production through a reduction in ecologically harmful emissions. The Commonwealth is facilitating the development of several initiatives, including the wheeling of energy, conservation efforts, and the installation of new renewable generation capacity, among others. These

initiatives are expected not only to address energy prices in Puerto Rico, but also to provide for a means of attracting investment in the energy sector.

The Commonwealth will complement these competitive initiatives with specific strategic initiatives with the objective of creating jobs and increasing economic activity across various sectors of the Puerto Rico economy. The Commonwealth has natural or structural competitive advantages in several areas, such as pharmaceutical and biotechnology manufacturing. These advantages provide opportunities to further economic activities in manufacturing, science and technology, tourism, renewable energy, trade, and professional services. The specific initiatives will be designed to promote sustainable economic growth while diversifying Puerto Rico's economic base.

*Puerto Rico Tax Incentives*

One of the benefits enjoyed by the Commonwealth is that corporations operating in Puerto Rico (other than corporations organized in the United States with a local branch) and individuals residing in Puerto Rico generally are not subject to federal income taxes on income derived in Puerto Rico. This enables the Commonwealth to utilize local tax legislation as a tool for stimulating economic development, and it has done so for many years. See "Tax Incentives" below.

In this regard, the Commonwealth has enacted legislation providing tax exemptions and tax incentives for businesses operating within certain sectors of the economy. Tax incentives laws have existed in Puerto Rico for over fifty years. The Economic Incentives Act, the most recent tax incentives act, covers companies dedicated to manufacturing and the export of services and was enacted on May 28, 2008. All eligible businesses operating under previous tax incentives laws may apply for the benefits provided by the Economic Incentives Act.

The Economic Incentives Act streamlines the process for obtaining tax incentives and provides recipients with certainty as to the amount of benefits they will receive over time. The Economic Incentives Act expands the definition of manufacturing to include cluster and supply chain concepts, addresses issues of cost competitiveness, and simplifies the applicable rules. The tax structure established by the Economic Incentives Act generally has a 4% income tax rate and a 12% withholding tax rate for royalties. An alternative structure has an 8% income tax rate and a 2% withholding tax on royalties. For existing businesses with tax rates between 2% and 4%, the Secretary of Economic Development has the discretion to grant the same tax benefits if doing so is considered to be in the best interests of Puerto Rico's economy. Income tax rates may be reduced by an additional 0.5% for projects located in low-or mid-economic development areas. Additional exceptions to the general tax structure exist for pioneering activities, local firms and small businesses. Pioneering activities may have a 1% income tax rate, or no income taxes if the research and development activity is located completely within Puerto Rico. Local firms may enjoy a tax rate as low as 3%, and for small- and medium-sized businesses the tax rate may be as low as 1%, provided such activities are eligible for certain credits provided by the Economic Incentives Act.

A variety of tax credits are available under the Economic Incentives Act, including: for the purchase of products manufactured in Puerto Rico; for job creation; for investment in

18

research and development; for investment in energy-generation equipment; to reduce the cost of energy; to transfer technology; and for investors who acquire exempt operations in the process of shutting down. There are also investment credits for projects classified as strategic projects. Some of these credits can be carried forward and others can be sold.

**Employment and Unemployment**

The number of persons employed in Puerto Rico during fiscal year 2008 averaged 1,217,500, a 3.6% decrease from 1,262,900 in fiscal year 2007. For the first nine months of fiscal year 2009, the number of persons employed averaged 1,179,900, a decrease of 3.1% compared to the same period of the previous fiscal year. Currently, the unemployment rate in Puerto Rico is slightly less than twice the U.S. average.

The following table presents annual statistics of employment and unemployment for fiscal year 2004 through fiscal year 2008, and the average figures for the first nine months of fiscal year 2009. These employment figures are based on the Household Survey, which includes self-employed individuals, instead of the non-farm, payroll employment survey (the "Payroll Survey"), which does not. The number of self-employed individuals represents around 15% of civilian employment in Puerto Rico, more than double the level in the United States.

**Commonwealth of Puerto Rico**
**Employment and Unemployment[1]**
**(persons age 16 and over)**
**(in thousands)**

| Fiscal Years Ended June 30, | Labor Force | Employed | Unemployed | Unemployment Rate[2] |
|---|---|---|---|---|
| | | (Annual Average) | | |
| 2004 | 1,360 | 1,206 | 155 | 11.4% |
| 2005 | 1,385 | 1,238 | 147 | 10.6 |
| 2006 | 1,420 | 1,253 | 167 | 11.7 |
| 2007 | 1,410 | 1,263 | 147 | 10.4 |
| 2008 | 1,368 | 1,218 | 151 | 11.0 |
| 2009[3] | 1,356 | 1,180 | 176 | 13.0 |

_____

(1) Totals may not add due to rounding.
(2) Unemployed as percentage of labor force.
(3) Average from July 2008 to March 2009.

*Source:* Department of Labor and Human Resources – Household Survey

**Economic Performance by Sector**

From fiscal year 2004 to fiscal year 2008, the manufacturing and service sectors generated the largest portion of gross domestic product. The manufacturing, service, and government sectors were the three sectors of the economy that provide the most employment in Puerto Rico.

The following table presents annual statistics of gross domestic product by sector and gross national product for fiscal years 2004 to 2008.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Sector and Gross National Product**
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[1] |
| Manufacturing | $33,267 | $34,534 | $35,638 | $36,309 | $38,458 |
| Service[2] | 30,476 | 32,449 | 33,785 | 35,608 | 37,068 |
| Government[3] | 7,389 | 8,151 | 8,424 | 8,585 | 8,762 |
| Transportation, communication, and public utilities | 5,343 | 5,309 | 5,907 | 6,111 | 6,020 |
| Agriculture, forestry, and fisheries | 414 | 375 | 394 | 418 | 386 |
| Construction[4] | 1,905 | 1,848 | 1,788 | 1,929 | 1,991 |
| Statistical discrepancy | 417 | 141 | 221 | (58) | 578 |
| Total gross domestic product[5] | $79,209 | $82,809 | $86,158 | $88,902 | $93,263 |
| Less:  net payment abroad | (28,501) | (29,056) | (29,425) | (30,339) | (32,476) |
| Total gross national product[5] | $50,709 | $53,752 | $56,732 | $58,563 | $60,792 |

(1) Preliminary.
(2) Includes wholesale and retail trade, finance, insurance and real estate, and other services.
(3) Includes the Commonwealth, its municipalities and certain public corporations, and the federal government. Excludes certain other public corporations, such as the Electric Power Authority and the Aqueduct and Sewer Authority, whose activities are included under Service in the table.
(4) Includes mining.
(5) Totals may not add due to rounding.

*Source:*  Planning Board

The data for employment by sector or industries presented here, like in the United States, are based on the Payroll Survey, which is designed to measure number of payrolls by sector. The Payroll Survey excludes agricultural employment and self-employed persons.

The following table presents annual statistics of average employment based on the North American Industry Classification System (NAICS) for fiscal years 2004 to 2008.

## Commonwealth of Puerto Rico
### Non-Farm, Payroll Employment by Economic Sector[1]
### (persons age 16 and over)

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[2] |
| Natural resources and construction | 69,300 | 68,233 | 67,442 | 66,589 | 60,023 |
| Manufacturing | | | | | |
|    Durable goods | 48,808 | 48,067 | 46,350 | 45,427 | 43,185 |
|    Non-durable goods | 69,633 | 69,250 | 66,233 | 62,447 | 61,013 |
| Sub-total | 118,442 | 117,317 | 112,583 | 107,874 | 104,198 |
| | | | | | |
| Trade, transportation, warehouse, and Utilities | | | | | |
|    Wholesale trade | 33,300 | 33,717 | 33,992 | 33,267 | 33,821 |
|    Retail trade | 132,008 | 136,192 | 137,358 | 133,744 | 131,178 |
|    Transportation, warehouse, and utilities | 17,042 | 17,617 | 17,433 | 16,988 | 16,840 |
|      Sub-total | 182,350 | 187,526 | 188,783 | 183,999 | 181,839 |
| | | | | | |
| Information | 21,917 | 22,608 | 22,675 | 22,639 | 21,342 |
| Finance | 46,850 | 48,633 | 49,767 | 49,094 | 48,125 |
| Professional and business | 101,900 | 103,767 | 106,517 | 108,796 | 108,660 |
| Educational and health | 98,108 | 99,967 | 103,650 | 105,226 | 108,743 |
| Leisure and hospitality | 70,317 | 72,592 | 74,767 | 73,562 | 73,750 |
| Other services | 20,650 | 21,258 | 20,567 | 18,233 | 17,354 |
| Government[3] | 303,408 | 307,825 | 302,492 | 298,108 | 297,666 |
|    Total non-farm | 1,033,242 | 1,049,725 | 1,049,242 | 1,034,118 | 1,021,699 |

(1) The figures presented in this table are based on the Payroll Survey prepared by the Bureau of Labor Statistics of the Puerto Rico Department of Labor and Human Resources. There are numerous conceptual and methodological differences between the Household Survey and the Payroll Survey. The Payroll Survey reflects information collected from payroll records of a sample of business establishments, while the Household Survey is based on responses to a series of questions by persons in a sample of households. The Payroll Survey excludes the self-employed and agricultural employment. Totals may not add due to rounding.

(2) Preliminary.

(3) Includes state, local, and federal government employees.

*Source:* Puerto Rico Department of Labor and Human Resources, Current Employment Statistics Survey (Establishment Survey – NAICS Codes)

### Manufacturing

Manufacturing is the largest sector of the Puerto Rico economy in terms of gross domestic product. The Planning Board figures show that in fiscal year 2008 manufacturing generated $38.5 billion, or 41.2%, of gross domestic product. During fiscal year 2008, payroll employment for the manufacturing sector was 104,200, a decrease of 3.4% compared with fiscal year 2007. For the first nine months of fiscal year 2009, the average manufacturing employment was 99,300, a decrease of 5.3% compared to the same period of the prior fiscal year. Most of Puerto Rico's manufacturing output is shipped to the U.S. mainland, which is also the principal

22

source of semi-finished manufactured articles on which further manufacturing operations are performed in Puerto Rico. Federal minimum wage laws are applicable in Puerto Rico. For fiscal year 2008, the average hourly manufacturing wage rate in Puerto Rico was approximately 68.5% of the average mainland U.S. rate.

Manufacturing in Puerto Rico is concentrated in two major industries. Pharmaceuticals and other chemical products and machinery and metal products constituted 90% of the total manufacturing production in fiscal year 2008. Although the manufacturing sector is less prone to business cycles than the agricultural sector, that does not guarantee the avoidance of the effects of a general downturn of manufacturing on the rest of the economy. In the last three decades, industrial development has tended to be more capital intensive and more dependent on skilled labor. This gradual shift in emphasis is best exemplified by large investments over the last decade in the pharmaceutical and medical-equipment industries in Puerto Rico. One of the factors encouraging the development of the manufacturing sector had been the tax incentives offered by the federal and Puerto Rico governments. Federal legislation enacted in 1996, however, which amended Section 936 of the U.S. Internal Revenue Code of 1986, as amended (the "U.S. Code"), phased out these federal tax incentives during a ten-year period that ended in 2006. This change has had a long-term impact on local manufacturing activity. See "Tax Incentives—Incentives under the U.S. Code" under "The Economy."

The following table sets forth gross domestic product by manufacturing sector for fiscal years 2004 to 2008.

### Commonwealth of Puerto Rico
### Gross Domestic Product by Manufacturing Sector
### (in millions at current prices)

| | Fiscal Years Ended June 30, | | | | |
|---|---|---|---|---|---|
| | **2004** | **2005** | **2006** | **2007** | **2008**[3] |
| Pharmaceuticals | $19,814 | $20,705 | $21,024 | $21,273 | $21,735 |
| Machinery and metal products: | | | | | |
|     Machinery, except electrical | 3,372 | 3,307 | 3,252 | 3,428 | 3,920 |
|     Electrical machinery | 1,818 | 1,904 | 1,855 | 1,840 | 2,342 |
|     Professional and scientific instruments | 3,540 | 3,698 | 4,166 | 4,293 | 4,705 |
|     Other machinery and metal products | 274 | 282 | 276 | 280 | 300 |
| Food products | 2,202 | 2,312 | 2,875 | 2,970 | 3,065 |
| Other chemical and allied products | 591 | 613 | 663 | 691 | 792 |
| Apparel | 344 | 325 | 253 | 213 | 234 |
| Other[1] | 1,312 | 1,387 | 1,273 | 1,321 | 1,364 |
| Total gross domestic product of manufacturing sector[2] | $33,267 | $34,534 | $35,638 | $36,309 | $38,458 |

_____

(1) Includes petroleum products; petrochemicals; tobacco products; stone, clay and glass products; textiles and others.

(2) Totals may not add due to rounding.

(3) Preliminary.

*Source:* Planning Board

The following table presents annual statistics of average manufacturing employment by industry based on the North American Industry Classification System (NAICS) for fiscal years 2004 to 2008.

### Commonwealth of Puerto Rico
### Non-Farm Payroll Manufacturing Employment by Industry Group*
### (persons age 16 years and over)

| Industry group | Fiscal Years Ended June 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | __2004__ | __2005__ | __2006__ | __2007__ | __2008__[1] |
| **Durable goods** | | | | | |
| Nonmetallic mineral products manufacturing | 4,708 | 4,467 | 4,100 | 3,823 | 3,772 |
| Cement and concrete products manufacturing | 3,850 | 3,750 | 3,533 | 3,300 | 3,389 |
| Fabricated metal products | 6,483 | 6,442 | 5,775 | 5,677 | 5,368 |
| Computer and electronic | 10,575 | 10,667 | 10,808 | 10,101 | 8,612 |
| Electrical equipment | 7,750 | 7,650 | 6,842 | 6,619 | 6,659 |
| Electrical equipment manufacturing | 4,933 | 4,975 | 4,700 | 4,517 | 4,383 |
| Miscellaneous manufacturing | 11,100 | 11,158 | 11,258 | 12,299 | 11,978 |
| Medical equipment and supplies manufacturing | 11,067 | 10,467 | 10,533 | 11,574 | 11,341 |
| Other durable goods manufacturing | 8,192 | 7,683 | 7,567 | 6,908 | 6,796 |
| Total – durable goods | 48,808 | 48,067 | 46,350 | 45,427 | 43,185 |
| | | | | | |
| **Non-durable goods** | | | | | |
| Food manufacturing | 13,242 | 13,050 | 12,650 | 12,194 | 11,630 |
| Beverage and tobacco products manufacturing | 3,042 | 3,175 | 3,392 | 3,251 | 3,270 |
| Apparel manufacturing | 8,533 | 8,875 | 8,258 | 7,717 | 9,637 |
| Cut and sew apparel manufacturing | 8,533 | 8,850 | 8,017 | 7,078 | 8,610 |
| Chemical manufacturing | 32,367 | 32,883 | 32,317 | 30,463 | 28,061 |
| Pharmaceutical and medicine manufacturing | 28,158 | 28,567 | 28,017 | 26,123 | 24,204 |
| Plastics and rubber products | 3,217 | 2,750 | 2,325 | 2,192 | 1,986 |
| Plastics product manufacturing | 2,917 | 2,258 | 2,133 | 2,032 | 1,839 |
| Other non-durable goods manufacturing | 9,232 | 8,517 | 7,291 | 6,630 | 6,429 |
| Total – non-durable goods | 69,633 | 69,250 | 66,233 | 62,447 | 61,013 |
| | | | | | |
| Total manufacturing employment | 118,442 | 117,317 | 112,583 | 107,874 | 104,198 |

\*   Totals may not add due to rounding.
(1) Preliminary.

*Source*:  Department of Labor and Human Resources, Current Employment Statistic Survey (Establishment Survey – NAICS Codes)

Total employment in the manufacturing sector decreased by 14,200 from fiscal year 2004 to fiscal year 2008.  Manufacturing employment had been declining during the past decade, but the decline accelerated during fiscal years 2002 and 2003, falling 10.6% and 4.8%, respectively.

Thereafter, manufacturing employment seemed to stabilize around 118,000 jobs, but the acceleration in job losses reappeared in fiscal year 2006 with the sector experiencing another significant drop of 4.0%. For fiscal years 2007 and 2008, manufacturing employment decreased by 4.2% and 3.4%, respectively. For the first nine months of fiscal year 2009, the sector lost an average of 5,600 jobs, or 5.3% compared to the same period of the previous year. In summary, the manufacturing sector lost nearly 17,000 jobs from calendar year 2005 to 2008, and, according to the trend observed for the first months of 2009, it is likely that it will lose more than 5,000 additional jobs in calendar year 2009. Given that this sector used to pay the highest wages, on average, in Puerto Rico, its general downturn has represented a major difficulty for restoring growth for the whole economy. There are several reasons that explain this sector's job shrinkage: the end of the phase-out of Section 936 of the U.S. Code, the net loss of patents on certain pharmaceutical products, the escalation of manufacturing production costs (particularly labor and electricity), the increased use of job outsourcing, and, currently, the effects of the global economic decline. Puerto Rico's manufacturing sector is facing increased international competition, and new ideas and initiatives are needed to improve it.

*Service Sector*

Puerto Rico has experienced significant growth in the service sector, which, for purposes of the data set forth below, includes finance, insurance, real estate, wholesale and retail trade, and other services. This sector has expanded in terms of both income and employment over the past decade, following the general trend of other industrialized economies, but with differences on the magnitudes of those changes. During the period between fiscal years 2004 and 2008, the gross domestic product in this sector, in nominal terms, increased at an average annual rate of 5.0%, while payroll employment in this sector increased at an average annual rate of 0.8%. In the Puerto Rico labor market, self-employment, which is not accounted for in the Payroll Survey, represents approximately 15% of total employment according to the Household Survey. Most of the self-employment is concentrated in the service and construction sectors. The development of the service sector has been positively affected by demand generated by other sectors of the economy, such as manufacturing and construction.

The high degree of knowledge, skills, and expertise in professional and technical services available in Puerto Rico places the island in a favorable competitive position with respect to Latin America and other trading countries throughout the world.

The service sector ranks second to manufacturing in its contribution to gross domestic product, and it is the sector with the greatest employment. In fiscal year 2008, the service sector generated $37.1 billion of gross domestic product, or 40% of the total. Service-sector employment grew from 542,092 in fiscal year 2004 to 559,811 in fiscal year 2008 (representing 54.8% of total, non-farm, payroll employment). This represents a cumulative increase of 3.3% during such period. For the first nine months of fiscal year 2009, the average service-sector employment was 546,108, a decrease of 2.6% compared to the same period of the prior fiscal year. Wholesale and retail trade, finance, insurance, and real estate experienced growth in fiscal years 2004 to 2008, as measured by gross domestic product at current prices. From fiscal year 2004 to 2008, gross domestic product increased in the trade sector from $9.8 billion to $11.8 billion, and in finance, insurance, and real estate from $13.0 billion to $16.4 billion.

Puerto Rico has a developed banking and financial system.  As of December 31, 2008, there were thirteen commercial banks operating in Puerto Rico.  Commercial banks in Puerto Rico are generally regulated by the Federal Deposit Insurance Corporation (the "FDIC") or the Board of Governors of the Federal Reserve System and by the Office of the Commissioner of Financial Institutions of Puerto Rico (the "OCFI").  The OCFI reports that total assets of these institutions (excluding assets of units operating as international banking entities) as of December 31, 2008 were $87.5 billion, as compared to $87.9 billion as of December 31, 2007.

Broker-dealers in Puerto Rico are regulated by the Financial Industry Regulatory Authority and the OCFI and are mainly dedicated to serve investors that are residents of Puerto Rico.  According to the OCFI, assets under management of broker-dealers in Puerto Rico totaled $26.5 billion as of December 31, 2008, down from $27.9 billion on December 31, 2007.  Another relevant component of the financial sector in Puerto Rico is the mutual-fund industry.  Local mutual funds are organized as investment companies and recorded assets under management of $13.9 billion as of December 31, 2008, down slightly from $14.1 billion as of December 31, 2007 according to the OCFI.  Most of the assets under management of local mutual funds are reflected in the amount of assets under management of broker-dealers stated above.

Other components of the financial sector in Puerto Rico include international banking entities ("IBEs") and credit unions (locally known as *cooperativas*).  IBEs are licensed financial businesses that conduct offshore banking transactions.  As of December 31, 2008, there were 33 international banking entities (including units of commercial banks) operating in Puerto Rico licensed to conduct offshore banking transactions, with total assets of $63.8 billion, a decrease from $75.8 billion in total assets as of December 31, 2007.  Meanwhile, credit unions, which tend to emphasize basic consumer financial services, reached $6.7 billion in assets as of December 31, 2008, a slight increase from $6.5 billion as of December 31, 2007.

In addition, there are specialized players in the local financial industry that include mortgage-origination companies and auto and personal finance companies.

The following tables set forth gross domestic product and employment for the service sector for fiscal years 2004 to 2008.

**Commonwealth of Puerto Rico**
**Gross Domestic Product by Service Sector\***
**(in millions at current prices)**

| | Fiscal Years Ended June 30, | | | | |
| | **2004** | **2005** | **2006** | **2007** | **2008**[1] |
|---|---|---|---|---|---|
| Wholesale and retail trade | $ 9,802 | $10,217 | $10,675 | $11,110 | $11,811 |
| Finance, insurance, and real estate | 13,029 | 14,267 | 14,833 | 15,927 | 16,391 |
| Other services[2] | 7,646 | 7,965 | 8,277 | 8,572 | 8,867 |
| Total | $30,476 | $32,449 | $33,785 | $35,608 | $37,068 |

\*   Totals may not add due to rounding.
(1) Preliminary.
(2) Includes tourism.

*Source*:   Planning Board.

**Commonwealth of Puerto Rico**
**Non-Farm Payroll Employment by Service Sector\***
**(thousands of persons age 16 and over)**

| | Fiscal Years Ended June 30, | | | | |
| | **2004** | **2005** | **2006** | **2007** | **2008**[1] |
|---|---|---|---|---|---|
| Wholesale trade | 33,300 | 33,717 | 33,992 | 33,267 | 33,821 |
| Retail trade | 132,008 | 136,192 | 137,358 | 133,744 | 131,178 |
| Transportation, warehouse and utilities | 17,042 | 17,617 | 17,433 | 16,988 | 16,840 |
| Trade, transportation, warehouse, and utilities | 182,350 | 187,525 | 188,783 | 183,998 | 181,838 |
| Information | 21,917 | 22,608 | 22,675 | 22,639 | 21,342 |
| Finance | 46,850 | 48,633 | 49,767 | 49,094 | 48,125 |
| Professional and business | 101,900 | 103,767 | 106,517 | 108,796 | 108,660 |
| Educational and health | 98,108 | 99,967 | 103,650 | 105,226 | 108,743 |
| Leisure and hospitality | 70,317 | 72,592 | 74,767 | 73,562 | 73,750 |
| Other services | 20,650 | 21,258 | 20,567 | 18,233 | 17,354 |
| Total | 542,092 | 556,351 | 566,726 | 561,549 | 559,813 |

\*   Totals may not add due to rounding.
(1) Preliminary.

*Source:*  Department of Labor and Human Resources, Benchmark on Employment, Hours and Earnings

*Hotels and Related Services—Tourism*

During fiscal year 2006, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists, was 1,922,500, an increase of 3.8% over the number of persons registered during the same period in fiscal year 2005.  The number of non-resident tourists registered in tourist hotels during fiscal year 2006 increased by 3.5% compared to fiscal year 2005.  Tourist hotel rooms available during fiscal year 2006 increased by 3.9% to 10,739 rooms, compared to fiscal year 2005.  The average occupancy rate in tourist hotels during fiscal years 2005 and 2006 was 70.8%.

During fiscal year 2007, the number of persons registered in tourist hotels, including residents of Puerto Rico and tourists, was 1,792,300, a decrease of 6.8% over the number of

27

persons registered during fiscal year 2006. The average occupancy rate in tourist hotels during fiscal year 2007 was 71.7%, compared to 70.8% in fiscal year 2006. The average number of rooms available in tourist hotels decreased by 6.5% to 10,044 rooms from fiscal year 2006 to fiscal year 2007 as the completion of regular maintenance and rehabilitation of rooms (that normally results in a certain number of rooms being unavailable at any time) took longer to complete than in the past.

For fiscal year 2008, the number of persons registered in tourist hotels was 1,745,000, a further decline of 2.6% over the number of persons registered during fiscal year 2007. The average occupancy rate in tourist hotels during fiscal year 2008 was 70.3%, compared to 71.7% in fiscal year 2007. The average number of rooms available in tourist hotels increased by 2.1% to 10,253 rooms from fiscal year 2007 to fiscal year 2008.

The number of persons registered in tourist hotels during the first six months of fiscal year 2009 was 826,300, a decrease of 0.8% over the number of persons registered during the same period of fiscal year 2008. The average occupancy rate in tourist hotels during the first semester of fiscal year 2009 was 63.7%, compared to 67.5% in the period for fiscal year 2008. During the first six months of fiscal year 2009, the average number of rooms available in tourist hotels increased by 2.7% to 10,220 rooms compared with the same period in fiscal year 2008.

In terms of employment figures, this sector has shown a behavior consistent with the local business cycle, accentuated by the contraction of U.S. economic activity. For the first nine months of fiscal year 2009, employment in hotels and lodging places was reduced by 3.9% to 13,700 jobs.

San Juan is the largest homeport for cruise ships in the Caribbean and one of the largest homeports for cruise ships in the world.

The following table presents data relating to visitors to Puerto Rico and tourist expenditures for the five fiscal years ended June 30, 2008.

## Commonwealth of Puerto Rico
### Tourism Data[1]

**Number of Visitors**

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Excursionists[3] | Other[4] | Total |
|---|---|---|---|---|
| 2004 | 1,307,000 | 1,348,200 | 2,234,000 | 4,889,200 |
| 2005 | 1,361,643 | 1,386,925 | 2,324,274 | 5,072,842 |
| 2006 | 1,424,166 | 1,300,115 | 2,297,839 | 5,022,120 |
| 2007 | 1,353,376 | 1,375,433 | 2,333,597 | 5,062,406 |
| 2008[4] | 1,276,989 | 1,496,853 | 2,617,348 | 5,391,190 |

**Total Visitors' Expenditures
(in millions)**

| Fiscal Years Ended June 30, | Tourist Hotels[2] | Excursionists[3] | Other[4] | Total |
|---|---|---|---|---|
| 2004 | $ 1,334.1 | $ 154.0 | $ 1,536.0 | $ 3,024.0 |
| 2005 | 1,428.4 | 167.1 | 1,643.1 | 3,238.6 |
| 2006 | 1,537.7 | 160.9 | 1,670.7 | 3,369.3 |
| 2007 | 1,501.6 | 172.2 | 1,740.1 | 3,413.9 |
| 2008[5] | 1,451.2 | 194.3 | 1,998.9 | 3,644.5 |

_____
(1) Only includes information about non-resident tourists registering in tourist hotels.  They are counted once even if registered in more than one hotel.
(2) Includes visitors in guesthouses.
(3) Includes cruise ship visitors and transient military personnel.
(4) Includes visitors in homes of relatives, friends, and in hotel apartments.
(5) Preliminary.

*Sources:*  Puerto Rico Tourism Company and the Planning Board

The Commonwealth, through the Puerto Rico Convention Center District Authority ("PRCDA"), has completed the development of the largest convention center in the Caribbean, and the centerpiece of a 100-acre, private development, to include hotels, restaurants, office space, and housing.  The convention center district is being developed at a total cost of $1.3 billion in a public/private partnership effort to improve Puerto Rico's competitive position in the convention and group-travel segments.  The convention center opened on November 17, 2005 and, since its inauguration, the facility has hosted more than 1,000 events accounting for more than 1,000,000 attendees.  A 500-room hotel is scheduled to commence operations at the end of 2009.

The PRCDA also owns an 18,500-person capacity multipurpose arena, known as the José Miguel Agrelot Coliseum, located in San Juan, Puerto Rico.  The coliseum was inaugurated in 2004 and has hosted more than 2.5 million people enjoying over 400 world-caliber events.  The venue has received numerous awards including "Best International Large Venue of the Year" from Pollstar magazine in 2005.

*Government*

The government sector of Puerto Rico plays an important role in the economy. It promoted the transformation of Puerto Rico from an agricultural economy to an industrial one during the second half of the previous century, providing the basic infrastructure and services necessary for the modernization of the Island.

In fiscal year 2008, the government accounted for $8.8 billion, or 9.4%, of Puerto Rico's gross domestic product. The Puerto Rico government is also a significant employer, providing jobs for 282,900 workers (state and local), or 27.7% of total, non-farm, payroll employment in fiscal year 2008. From fiscal year 2005 to fiscal year 2008, Commonwealth and municipal government employment has been reduced by approximately 10,100 positions. Nevertheless, during the first nine months of fiscal year 2009, state and local government employment increased by 1.2% or by 3,300 jobs to 284,400. According to the payroll survey, the distribution of these job increases was 600 jobs in the state government and 2,700 jobs in local government.

On February 25, 1998, legislation was enacted permitting the unionization of employees of the central government, which excludes municipal employees and employees of public corporations. Under this law, government employees are given collective bargaining rights subject to a number of limitations. Among those limitations are: employees are prohibited from striking; salary increases are contingent on the availability of budgeted revenues; employees cannot be required to become union members and pay union dues; and collective bargaining negotiations cannot occur in an election year. Currently, approximately 70,000 employees of the central government are unionized under this law.

As discussed previously, Act 7, enacted on March 9, 2009, establishes, among other things, a temporary freeze of salary increases and other economic benefits included in laws, collective bargaining agreements, and any other agreements. In addition, Act 7 provides that, for a period of two years, collective bargaining agreements that have already expired or that expire while the law is in effect and that relate to public employees may not be renegotiated or renewed. See "Fiscal and Economic Reconstruction—Expense Reduction Measures." Certain individuals and labor organizations have challenged in court the validity of certain provisions of Act 7. See "Litigation."

*Transportation*

Thirty-four shipping lines offer regular ocean freight service to eighty United States and foreign ports. San Juan is the island's leading seaport, but there are also seaport facilities at other locations in Puerto Rico including Arecibo, Culebra, Fajardo, Guayama, Guayanilla, Mayagüez, Ponce, Vieques, and Yabucoa.

In general, Puerto Rico's airport facilities are located in Carolina, San Juan, Ponce, Mayaguez, Aguadilla, Fajardo, Arecibo, Ceiba, Vieques, Culebra, and Humacao.

Luis Muñoz Marín International Airport in the San Juan metropolitan area is currently served by 24 domestic and international airlines. The airport receives over 10 million passengers per year, making it the busiest airport in the Caribbean. At present, there is daily direct service between San Juan and Atlanta, Baltimore, Boston, Chicago, Dallas, Miami, New York, Orlando,

Philadelphia, and numerous other destinations within the U.S. mainland.  San Juan has also become a hub for intra-Caribbean service for a major airline.  While the main hubs in the U.S. mainland serve as the gateway from San Juan to most international destinations, Latin American destinations are also served through Panama City, Panama, with connections to Central and South America, while European cities are also served through Madrid, Spain.

Regarding other airports, Rafael Hernandez Airport in Aguadilla has regularly scheduled service to and from Fort Lauderdale, New York, Newark and Orlando; and Ponce's Mercedita Airport has regularly scheduled service to and from New York and Orlando.  Both of these airports also have scheduled service to other Caribbean islands.  Smaller regional airports serve intra-island traffic.  Cargo operations are served by both Federal Express and United Parcel Service (UPS) at the airports in San Juan and Aguadilla.

The island's major cities are connected by a modern highway system, which, as of December 31, 2008, totaled approximately 4,625 miles and 11,774 miles of local streets and adjacent roads.  The highway system comprises 425 miles of primary system highways, which are the more important interregional traffic routes and include PR-52, PR-22, PR-53, PR-5, PR-66, and PR-20 toll highways, 252 miles of primary urban system highways, 959 miles of secondary system highways serving the needs of intra-regional traffic, and 3,051 miles of tertiary highways and roads serving local, intra-regional traffic.

The first phase of a new mass transit system, known as Tren Urbano, has been completed.  Tren Urbano serves a portion of metropolitan San Juan and is expected eventually to serve the municipalities of Carolina and Caguas as well.  It currently has ridership of about 35,000 per day.

The Port of the Americas is a deep draft port on the south coast of Puerto Rico that is under development by the Port of the Americas Authority.  The Port of the Americas is expected to be used for broad operations such as domestic cargo, bulk, and liquid shipments for Puerto Rico, as well as transshipments.  The first phase of the development was completed in 2004, and the second phase is substantially complete.  A third development phase is currently underway, which is to result in a processing capacity of 500,000 Twenty-Foot Equivalent Units per year.  See "Other Public Corporations—Port of the Americas Authority" under "Public Corporations."

*Construction*

Although the construction industry represents a relatively small segment of the economy compared to other sectors, it has made significant contributions to the growth of economic activity due to its multiplier effect on the whole economy.  During the period from fiscal year 2001 through fiscal year 2008, however, real construction investment has decreased at an average annual rate of 5.4%.  During the same time period, the total value of construction permits, in current dollars, increased at an average annual rate of 0.3%, but, adjusting the value of construction permits by the construction investment price deflator, the total value of permits, in constant dollars, declined at an average annual rate of 2.3%.

Public investment has been an important component of construction investment.  During fiscal year 2008, approximately 50.2% of the total investment in construction was related to

public projects. The total value of construction permits increased 12.9% in fiscal year 2008 as compared to fiscal year 2007, but total sales of cement decreased by 10.7%, the largest decline during the last decade. Average payroll employment in the construction sector during fiscal year 2008 was 60,000, a reduction of 9.9% from fiscal year 2007.

Total construction investment for fiscal year 2008 decreased in real terms by 8.8%, following a 7.6% real decline in fiscal year 2007, due principally to the drop in construction-related public projects. The Planning Board has estimated a construction investment decrease of 11.5% in real terms during fiscal year 2009. Public investment in construction has been negatively affected by the Commonwealth's fiscal difficulties and the decline in construction investment is highly related to these difficulties. While the Planning Board had originally projected a further construction investment decrease of 10.5% in real terms for fiscal year 2010, it announced on April 29, 2009 that the expected positive impact of the Federal Stimulus and the Local Stimulus had led it to reduce its projected decrease in construction investment to 5.6% in real terms. Public investment will be primarily in housing, new schools (and school reconstruction programs), water projects, and other public infrastructure projects.

During the first four months of fiscal year 2009, the number of construction permits decreased 4.8%, while the total value of construction permits dropped 12.9% compared to the same period in fiscal year 2008. For the first nine months of fiscal year 2009, cement sales have declined by 23.0%, reaching levels not seen in more than a decade.

*Agriculture*

The Department of Agriculture and related agencies have directed their efforts at increasing and improving local agricultural production, increasing efficiency and the quality of produce, and stimulating the consumption of locally produced agricultural products. It should be noted, however, that agriculture production represents less than 1% of Puerto Rico's gross domestic product. During fiscal year 2008, gross income from agriculture was $792 million, an increase of 1.2% compared with fiscal year 2007. The largest contributors to gross income in agriculture during fiscal year 2008 were livestock products (48% of the sector's gross income) and starchy vegetables (13%).

The Commonwealth supports agricultural activities through incentives, subsidies, and technical and support services, in addition to income tax exemptions for qualified income derived by bona fide farmers. Act No. 225 of 1995 ("Act 225") provides a 90% income tax exemption for income derived from agricultural operations, grants for investments in qualified agricultural projects, and a 100% exemption from excise taxes, real and personal property taxes, municipal license taxes and tariff payments. It also provides full income tax exemption for interest income from bonds, notes and other debt instruments issued by financial institutions to provide financing to agricultural businesses.

Policy changes have been implemented to promote employment and income generated by the agricultural sector. The policy initiatives include a restructuring of the Department of Agriculture, an increase in government purchases of local agricultural products, new programs geared towards increasing the production and sales of agricultural products, and a new system of agricultural credits and subsidies for new projects.

32

## Higher Education

During the five decades from 1950 to 2000, Puerto Rico made significant advances in the field of education, particularly at the college and graduate-school level.  The transformation of Puerto Rico during the 1950s and 1960s from an agricultural economy to an industrial economy brought about an increased demand for educational services at all levels.  During the 1970s and 1980s, certain higher-wage, higher-technology industries became more prominent in Puerto Rico.  More recently, employment in the service sector has increased significantly.  This has resulted in an increased demand for workers having a higher level of education and greater expertise in various technical fields.  During the same time period, enrollments in institutions of higher learning rose very rapidly due to growth in the college-age population, and the increasing percentage of college attendance by such population.  During the 1990s and into the current decade, college attendance and college attendance as a percentage of the college-age population continued to increase, although the college-age population has declined since 2000.

The following table presents comparative trend data for Puerto Rico and the United States mainland with respect to college-age population and the percentage of such population attending institutions of higher learning.

### Commonwealth of Puerto Rico
### Trend in College Enrollment

| Academic Year | Commonwealth of Puerto Rico | | | United States Mainland | | |
|---|---|---|---|---|---|---|
| | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] | Population 18-24 Years of Age | Higher Education Enrollment | Percent[1] |
| 1970 | 341,448[2] | 57,340 | 16.8% | 23,714,000[2] | 8,580,887 | 36.2% |
| 1980 | 397,839[2] | 130,105 | 32.7% | 30,022,000[2] | 12,096,895 | 40.3% |
| 1990 | 417,636[2] | 156,147 | 37.4% | 26,961,000[2] | 13,621,000 | 50.5% |
| 2000 | 428,892[2] | 176,015 | 41.0% | 27,143,455[2] | 15,313,000 | 56.4% |
| 2001 | 426,194[3] | 185,015 | 43.4% | 27,971,000[3] | 15,928,000 | 56.9% |
| 2002 | 423,852[3] | 190,776 | 45.0% | 28,463,000[3] | 16,612,000 | 58.4% |
| 2003 | 420,295[3] | 199,842 | 47.5% | 28,947,000[3] | 16,900,000 | 58.4% |
| 2004 | 416,020[3] | 207,074 | 49.8% | 29,245,000[3] | 17,272,000 | 59.1% |
| 2005 | 411,580[3] | 208,032 | 50.5% | 29,307,000[3] | 17,428,000 | 59.5% |
| 2006 | 407,134[3] | 209,547 | 51.5% | 29,312,950[3] | 17,672,000 | 60.3% |
| 2007 | 396,057[3] | 225,402 | 56.9% | 29,492,415[3] | 17,959,000 | 60.9% |

(1) Number of persons of all ages enrolled in institutions of higher education as percent of population 18-24 years of age.
(2) Based on census population as of April 1 of the stated year.
(3) Estimated population (reference date July 1 of the stated year).

*Sources*:  United States Census Bureau (U.S. Mainland Population), United States National Center for Education Statistics, Planning Board (Puerto Rico Population) and Council on Higher Education of Puerto Rico

The University of Puerto Rico, the only public university in Puerto Rico, has eleven campuses located throughout the island.  The University's total enrollment for academic year 2007-2008 was approximately 63,205 students.  The Commonwealth is legally bound to appropriate annually for the University of Puerto Rico an amount equal to 9.60% of the average

annual revenue from internal sources for each of the two fiscal years immediately preceding the current fiscal year.

In addition to the University of Puerto Rico, there are 40 public and private institutions of higher education located in Puerto Rico.  Such institutions had an enrollment during academic year 2007-2008 of approximately 164,341 students and provide programs of study in liberal arts, education, business, natural sciences, technology, secretarial and computer sciences, nursing, medicine, and law.  Degrees are offered by these institutions at the associate, bachelor, master, and doctoral levels.

Enrollment at other postsecondary education programs, including technical and vocational programs, amounted to an additional 36,781 students at approximately 76 institutions. This figure represents enrollment at federal Title IV-eligible, non-degree granting institutions reporting data to the National Center for Education Statistics (Integrated Postsecondary Education Data System).

Institutions providing education in Puerto Rico must satisfy state licensing requirements to operate.  Also, the vast majority of educational institutions are accredited by U.S. Department of Education-recognized accrediting entities.

## Tax Incentives

One factor that has promoted and continues to promote the development of the manufacturing and service sector in Puerto Rico is the various local and federal tax incentives available, particularly those under Puerto Rico's Industrial Incentives Program and, until recently, Sections 30A and 936 of the U.S. Code.  Tax and other incentives have also been established to promote the development of the tourism industry.  These incentives are summarized below.

*Industrial Incentives Program*

Since 1948, Puerto Rico has had various incentives laws designed to promote investment and job creation.  Under these laws, companies engaged in manufacturing and certain other designated activities were eligible to receive full or partial exemption from income, property, and other local taxes.  The most recent of these incentives laws is the Economic Incentives Act.

The benefits provided by the Economic Incentives Act are available to new companies as well as companies currently conducting tax-exempt operations in Puerto Rico that choose to renegotiate their existing tax exemption grant, expand current operations or commence operating a new eligible business.  The activities eligible for tax exemption under the Economic Incentives Act include manufacturing, certain designated services performed for markets outside Puerto Rico (including the United States), the production of energy from local renewable sources for consumption in Puerto Rico and laboratories for research and development.  The Economic Incentives Act expands the definition of manufacturing activity from that included in Act No. 135 of December 2, 1997, as amended (the "1998 Tax Incentives Act"), to include clusters and supply chains.  Companies qualifying thereunder can benefit from a simplified income tax system: in most cases, an income tax rate of 4% and a withholding tax rate of 12% on royalty payments.  Alternatively, the income tax rate can be 8% and a withholding rate of 2% on royalty

payments.  Special rates apply to projects located in low and mid-development zones (an income tax reduction of 0.5%), certain local projects (an income tax rate as low as 3%), certain small- and medium-sized businesses (an income tax rate as low as 1%) and pioneering activities (an income tax rate of 1%, but for those using intangible property created or developed in Puerto Rico the income tax rate may be 0%).  In addition, as with the 1998 Tax Incentives Act, the Economic Incentives Act grants 90% exemption from property taxes, 100% exemption from municipal license taxes during the first three semesters of operations and at least 60% thereafter, and 100% exemption from excise taxes with respect to the acquisition of raw materials and certain machinery and equipment used in the exempt activities.

The Economic Incentives Act is designed to stimulate employment and productivity, research and development, capital investment, reduction in the cost of energy and increased purchase of local products.

Under the Economic Incentives Act, as with the 1998 Tax Incentives Act, companies can repatriate or distribute their profits free of Puerto Rico dividend taxes.  However, Puerto Rico resident individuals, as well as non-resident individuals who are U.S. citizens, must include as income for purposes of computing their potential alternative minimum tax liability dividends derived from companies covered by the Economic Incentives Act and the 1998 Tax Incentives Act.  In addition, passive income derived from the investment of eligible funds in Puerto Rico financial institutions, obligations of the Commonwealth, and other designated investments is fully exempt from income and municipal license taxes.  Gain from the sale or exchange of shares of an exempted business by its shareholders during the exemption period that is otherwise subject to Puerto Rico income tax would be subject to a special Puerto Rico income tax rate of 4%.

The Economic Incentives Act, like the 1998 Tax Incentives Act, also provides investors that acquire an exempted business that is in the process of closing its operations in Puerto Rico a 50% credit in connection with the cash purchase of such corporation's stocks or assets.

*Tourism Incentives Program*

For many years, Puerto Rico has enacted incentives laws designed to stimulate investment in hotel operations on the island.  The Tourism Incentives Act of 1993 (the "Tourism Incentives Act") provides partial exemptions from income, property, and municipal license taxes for a period of up to ten years.  The Tourism Incentives Act also provides certain tax credits for qualifying investments in tourism activities, including hotel and condo-hotel development projects.  Other legislation enacted in 2001 and 2002 provides further tourism incentives by granting certain tax exemptions on interest income received from permanent or interim financing of tourism development projects and fees derived from credit enhancements provided to the financing of such projects.  See "Government Development Bank for Puerto Rico—Tourism Development Fund" under "Public Corporations."

As part of the incentives to promote the tourism industry, in 1993 the Commonwealth established the Tourism Development Fund as a subsidiary of GDB with the authority to (i) make investments in or provide financing to entities that contribute to the development of the tourism industry and (ii) provide financial guarantees and direct loans for financing hotel

development projects.  To date, the Fund has provided direct loans and financial guarantees for loans made or bonds issued to finance the development of eighteen hotel projects representing over 4,700 new hotel rooms.

*Incentives under the U.S. Code*

United States corporations operating in Puerto Rico have been subject to special tax provisions since the Revenue Act of 1921.  Prior to enactment of the Tax Reform Act of 1976, under Section 931 of the U.S. Code, United States corporations operating in Puerto Rico (and meeting certain source of income tests) were taxed only on income arising from sources within the United States.

The Tax Reform Act of 1976 created Section 936 of the U.S. Code, which revised the tax treatment of United States corporations operating in Puerto Rico by taxing such corporations on their worldwide income in a manner similar to that applicable to any other United States corporation but providing such corporations a full credit for the federal tax on their business and qualified investment income from Puerto Rico.  The credit provided an effective 100% federal tax exemption for operating and qualifying investment income from Puerto Rico sources.

As a result of amendments to Section 936 of the U.S. Code made in 1996, its income tax credit based on operating and certain investment income was phased out over a ten-year period for companies that were operating in Puerto Rico in 1995, and is no longer available.

*Controlled Foreign Corporations*

Because of the modification and phase-out of the federal tax incentives under Section 936 of the U.S. Code, many corporations previously operating thereunder reorganized their operations in Puerto Rico to become controlled foreign corporations ("CFCs").  A CFC is a corporation that is organized outside the United States (including, for these purposes, in Puerto Rico) and is controlled by United States shareholders.  In general, a CFC may defer the payment of federal income taxes on its trade or business income until such income is repatriated to the United States in the form of dividends or through investments in certain United States properties. The Puerto Rico Office of Industrial Tax Exemption has received notification from numerous corporations that have converted part or all of their operations to CFCs.  These include most of the major pharmaceutical, instrument and electronics manufacturing companies in Puerto Rico.

CFCs operate under transfer pricing rules for intangible income that are different from those applicable to United States corporations operating under Section 936 of the U.S. Code ("Section 936 Corporations").  In many cases, they are allowed to attribute a larger share of this income to their Puerto Rico operation but must make a royalty payment "commensurate with income" to their U.S. affiliates.  Section 936 Corporations were exempted from Puerto Rico withholding taxes on any cost-sharing payments they might have opted to make, but CFCs are subject to a 15% Puerto Rico withholding tax on royalty payments.

For taxable years beginning after December 31, 2005 and before January 1, 2010, the special deduction granted under Section 199 of the U.S. Code against income derived from domestic production activities is extended to taxpayers operating in Puerto Rico that are subject

36

to U.S. federal income taxation at gradual rates, such as branches of U.S. companies operating in Puerto Rico.

In May 2009, the U.S. Department of the Treasury announced proposed changes to the U.S. Code that include, among others, changes to remove incentives for shifting jobs overseas. Several of these initiatives could affect CFCs operating in Puerto Rico. It is not possible at this time to determine the legislative changes that may be made to the U.S. Code, or their effect on the long-term outlook on the economy of Puerto Rico. The administration has commenced evaluating the impact of these proposals and will develop policy responses to the U.S. government to seek to safeguard Puerto Rico's economic reconstruction and development plans.

## DEBT

### Public Sector Debt

Public sector debt comprises bonds and notes of the Commonwealth, its municipalities, and public corporations ("notes" as used in this section refers to certain types of non-bonded debt regardless of maturity), subject to the exclusions described below.

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by full faith and credit bonds or notes shall not be issued if the amount of the principal of and interest on such bonds and notes and on all such bonds and notes theretofore issued that is payable in any fiscal year, together with any amount paid by the Commonwealth in the fiscal year preceding the fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, property taxes, sales taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury and motor vehicle fuel taxes and license fees, which are allocated to the Highway and Transportation Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the Sales Tax (as defined under "Major Sources of General Fund Revenues—Sales and Use Taxes" under "Puerto Rico Taxes, Other Revenues, and Expenditures" below) allocated to COFINA is also not included as internal revenues consistent with the legislation creating the Sales Tax Financing Corporation, which legislation transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the Constitutional provisions relating to the Bonds.

All or a portion of the proceeds of certain refunding bonds issued by the Commonwealth were invested in guaranteed investment contracts or federal agency securities (in each case rated in the highest category by Moody's and S&P, none of which is eligible to be used for a legal defeasance under Puerto Rico law ("non-eligible investments"). Since bonds refunded with

proceeds of non-eligible investments are not legally defeased, such bonds are treated as outstanding for purposes of the 15% debt limitation.

Future maximum annual debt service for the Commonwealth's outstanding general obligation debt is $948,102,368 in the fiscal year ending June 30, 2016 (based on the assumption that the Public Improvement Refunding Bonds, Series 2004 A, which are variable rate bonds, bear interest at their actual rate per annum through July 1, 2012 and thereafter at 12% per annum, and the Public Improvement Refunding Bonds, Series 2004 B, the Public Improvement Refunding Bonds, Series 2008 B, a portion of the Public Improvement Refunding Bonds, Series 2003 C, a portion of the Public Improvement Bonds of 2006, Series A, and a portion of the Public Improvement Refunding Bonds, Series 2007A, each of which are also variable rate bonds, bear interest at 12% per annum).  This amount ($948,102,368) is equal to 11.59% of $8,178,090,500, which is the average of the adjusted internal revenues for the fiscal years ended June 30, 2007 and June 30, 2008.  If bonds refunded with non-eligible investments described in the preceding paragraph were treated as not being outstanding, and the interest on the Public Improvement Refunding Bonds, Series 2004 B, the Public Improvement Refunding Bonds, Series 2008 B, the portion of the Public Improvement Refunding Bonds, Series 2003 C, the portion of the Public Improvement Bonds of 2006, Series A, and the portion of the Public Improvement Refunding Bonds, Series 2007A, was calculated using the effective fixed interest rate payable by the Commonwealth under the interest rate exchange agreements entered into in respect thereof, the percentage referred to in the preceding sentence would be 9.60% and future maximum annual debt service for the Commonwealth's outstanding general obligation debt would be $785,297,901 in the fiscal year ending June 30, 2020.  Annual debt service payments on bonds guaranteed by the Commonwealth are not included in the calculation of the 15% debt limitation.  In the event any of the public corporations issuers of guaranteed bonds are unable to make any portion of the future debt service payments on its guaranteed bonds, the Commonwealth would be required to make such payments under its guarantee from the General Fund, and such debt service would be included in the calculation of the 15% debt limitation.

The Commonwealth's policy has been and continues to be to maintain the amount of such debt prudently below the constitutional limitation.  Debt of municipalities, other than bond anticipation notes, is supported by real and personal property taxes and municipal license taxes.  Debt of public corporations, other than bond anticipation notes, is generally supported by the revenues of such corporations from rates charged for services or products.  See "Public Corporations."  However, certain debt of public corporations is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes.

Direct debt of the Commonwealth is issued pursuant to specific legislation approved in each particular case.  Debt of the municipalities is issued pursuant to ordinances adopted by the respective municipal legislatures.  Debt of public corporations is issued in accordance with their enabling statutes.  GDB, as fiscal agent of the Commonwealth and its municipalities and public corporations, must approve the specific terms of each issuance.

The following table presents a summary of public sector debt as of December 31, 2008. This table includes debt not primarily payable from either Commonwealth or municipal taxes, Commonwealth appropriations or rates charged by public corporations for services or products, some of which debt is set forth in footnote 5 below.  Excluded from the table is debt the

inclusion of which would reflect double counting including, but not limited to, $1.26 billion of outstanding bonds (as of December 31, 2008) issued by Municipal Finance Agency to finance its purchase of bonds of Puerto Rico municipalities, and $1.6 billion of obligations of Public Finance Corporation issued to purchase certain Commonwealth public sector debt.

**Commonwealth of Puerto Rico**
**Public Sector Debt\***
**(in millions)**

| | December 31, 2008 |
|---|---|
| Direct full faith and credit obligations[1] | $  10,894 |
| TRANs line of credit | 612 |
| Sales Tax debt[2] | 7,615 |
| Municipal debt | 2,838 |
| Puerto Rico guaranteed debt[3] | 4,106 |
| Debt supported by Puerto Rico appropriations or taxes[4] | 1,412 |
| Public corporations and agencies | 22,490 |
| Sub-total | 49,967 |
| Limited obligation/non-recourse debt[5] | 6,489 |
| Total public sector debt | $  56,455 |

_____
\*   Totals may not add due to rounding.
(1) Includes general obligation bonds and tax and revenue anticipation notes ("TRANs").
(2) Includes Public Finance Corporation and Sales Tax Financing Corporation bonds.
(3) Consists of $597.1 million of bonds issued by Aqueduct and Sewer Authority, $304.9 million of State Revolving Fund Loans incurred under various federal water laws, $154.8 million of bonds issued by Port of the Americas Authority and $3.049 billion of Public Buildings Authority bonds.  Excludes $267 million of GDB bonds payable from available moneys of GDB.
(4) Represents bonds and notes payable from the Commonwealth General Fund and Public Improvement Fund.
(5) Includes the following: $1.4 billion of Children's Trust bonds, which are payable solely from the payments to be received pursuant to the tobacco litigation settlement; $197 million of Housing Finance Authority bonds, which are payable from Puerto Rico Housing Administration's annual allocation of Public Housing Capital Funds from the United States Department of Housing and Urban Development; $152.6 million of Special Facilities Revenue Bonds issued by Highways and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge; $155 million of Special Facilities Bonds issued by Ports Authority, which are solely payable from the pledge of certain payments made by a private corporation under a special facilities agreement; $79.6 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority ("AFICA"), which are payable from rent payments made by the University of Puerto Rico; approximately $83.1 million of bonds issued by AFICA to finance the construction of various government infrastructure projects, which are payable from rent payments made by various government entities; and $2.948 billion of Employees Retirement System Senior Pension Funding Bonds, Series A, B and C, which are payable solely from employer contributions made to the Employees Retirement System by the Commonwealth and its instrumentalities after the issuance of the bonds.

_Source_:  Government Development Bank for Puerto Rico

No deductions have been made in the table above for deposits on hand in debt service funds and debt service reserve funds.  The table above and the amounts shown throughout this section as representing outstanding debt include outstanding capital appreciation bonds at their respective original principal amounts and do not include any accretion thereon.

**Debt Service Requirements for Commonwealth General Obligation Bonds**

The following table presents the debt service requirements for Commonwealth general obligation bonds outstanding as of December 31, 2008.

The table excludes debt service on $1.08 billion of general obligation bonds refunded with refunding bonds the proceeds of which, pending the redemption of the refunded bonds, were invested in guaranteed investment contracts or other securities not eligible to effect a legal defeasance.  Such refunded bonds will be considered to be outstanding under their respective authorizing resolutions and for purposes of calculating the Commonwealth's constitutional debt limitation described above.

In addition, in respect of certain variable rate general obligation bonds, as to which the Commonwealth has entered into interest rate exchange agreements, the interest in the table is calculated by using the respective fixed rates of interest that the Commonwealth is paying under said agreements.  In April 2009, approximately $96.8 million of variable rate bonds became subject to an increase in interest rates and accelerated amortization schedule upon the expiration of the liquidity facility with respect to said bonds.  The table does not take into account the new debt service requirements with respect to these bonds, which the Commonwealth intends to refinance as fixed rate bonds prior to the next scheduled principal payment in October 2009.

Debt service requirements for each fiscal year, as shown in the following table, include principal and interest due on July 1 immediately following the close of such fiscal year.

40

### Puerto Rico Debt Service Requirements*
### (In thousands)

| Fiscal Year Ending June 30 | Outstanding Bonds | | |
|---|---|---|---|
| | **Principal** | **Interest** | **Debt Service** |
| 2009 | 78,650 | 335,317 | 413,967 |
| 2010 | 317,855 | 445,330 | 763,185 |
| 2011 | 332,472 | 428,160 | 760,633 |
| 2012 | 362,335 | 405,044 | 767,379 |
| 2013 | 387,005 | 383,490 | 770,495 |
| 2014 | 374,613 | 383,416 | 758,029 |
| 2015 | 406,765 | 365,339 | 772,104 |
| 2016 | 426,790 | 345,167 | 771,957 |
| 2017 | 373,392 | 324,264 | 697,656 |
| 2018 | 376,110 | 305,598 | 681,708 |
| 2019 | 479,356 | 271,019 | 750,375 |
| 2020 | 546,400 | 238,898 | 785,298 |
| 2021 | 421,540 | 211,446 | 632,986 |
| 2022 | 351,420 | 192,114 | 543,534 |
| 2023 | 321,255 | 176,695 | 497,950 |
| 2024 | 312,875 | 162,996 | 475,871 |
| 2025 | 327,060 | 150,478 | 477,538 |
| 2026 | 332,845 | 135,082 | 467,927 |
| 2027 | 348,020 | 118,224 | 466,244 |
| 2028 | 366,700 | 99,951 | 466,651 |
| 2029 | 339,095 | 83,678 | 422,773 |
| 2030 | 352,120 | 66,630 | 418,750 |
| 2031 | 371,080 | 50,548 | 421,628 |
| 2032 | 208,070 | 33,427 | 241,497 |
| 2033 | 180,325 | 23,214 | 203,539 |
| 2034 | 133,865 | 15,647 | 149,512 |
| 2035 | 69,245 | 9,756 | 79,001 |
| 2036 | 45,095 | 6,083 | 51,178 |
| 2037 | 47,580 | 3,606 | 51,186 |
| 2038 | 16,515 | 991 | 17,506 |
| | $ 9,006,447 | $ 5,771,609 | $ 14,778,055 |

* Totals may not add due to rounding. Excludes the debt service on certain economically (but not legally) defeased general obligation bonds and includes the effective fixed rate on certain variable rate general obligation bonds as to which the Commonwealth has entered into interest rate exchange agreements.

*Sources*: Government Development Bank for Puerto Rico and Department of the Treasury

**Interest Rate Exchange Agreements**

As of December 31, 2008, the Commonwealth was a party to various interest rate exchange agreements or swaps with an aggregate notional amount of $4.3 billion. These interest rate exchange agreements involve nine different counterparties. The purpose of most of the interest rate exchange agreements is to hedge the Commonwealth's variable rate debt exposure and the interest rate risks associated therewith. The interest rate exchange agreements also include basis swap agreements in the notional amount of $1.7 billion, pursuant to which the Commonwealth makes payments on a notional amount based on a specified interest rate index and receives from its counterparties payments on the same notional amount based on a different interest rate index.

Generally, the interest rate exchange agreements may be terminated by the Commonwealth at any time at their then current market values. The agreements may also be terminated upon the occurrence of certain credit events. If a termination occurs due to a credit event, the Commonwealth may be obligated to pay to the applicable swap provider an amount based on the terminating swap's market value, which may be substantial, and vice versa. As of December 31, 2008, the net mark-to-market value of all outstanding interest rate exchange agreements (the aggregate termination amount) was approximately $565 million, which is the total amount the Commonwealth would have to pay to the counterparties should all the agreements be terminated. The mark-to-market value fluctuates with interest rates and other market conditions. The Commonwealth's obligations under the interest rate exchange agreements are secured by the full faith, credit and taxing power of the Commonwealth.

By using derivative financial instruments, the Commonwealth exposes itself to credit risk (based on the counterparty's ability to perform under the terms of the agreement), market risk (based on the changes in the value of the instrument resulting from changes in interest rates) and basis risk (based on changes to the relationship between different indexes used in connection with a derivative). GDB, as fiscal agent, regularly monitors and attempts to minimize these risks.

In addition, under various interest rate exchange agreements, the Commonwealth is required to deliver collateral to the counterparties to guarantee its performance under the agreements. Because of the ongoing credit market crisis, as of December 31, 2008, the Commonwealth has delivered approximately $241.4 million in collateral to its counterparties on certain interest rate exchange agreements entered into in June 2006, and the collateral posting obligation contained in such agreements may require further deliveries by the Commonwealth. The Commonwealth satisfied these collateral posting obligations from the issuance of approximately $1 billion in Tax Anticipation Bonds, Series 2008A purchased by GDB during the fourth quarter of 2008.

During fiscal year 2008, the Commonwealth terminated approximately $150 million in notional amount of interest rate exchange agreements at a loss of $8.6 million. On April, 2009, and as part of GDB's efforts to minimize the Commonwealth's exposure to interest rate risk, the Commonwealth terminated approximately $568 million in notional amount of interest rate exchange agreements at a gain of $12.1 million. GDB continues to actively manage the Commonwealth's exposure to interest rate risks.

**Variable Rate Bonds and Mandatory Tender Bonds**

As of December 31, 2008, the Commonwealth had approximately $1.6 billion of outstanding variable rate general obligation bonds, which consist of approximately $1.4 billion of variable rate demand bonds ("VRDO Bonds) and approximately $126.7 million of bonds bearing interest at a rate that changes periodically based on changes in the United States consumer price index ("CPI Bonds").  The Commonwealth has hedged its variable rate debt exposure by entering into interest rate exchange agreements with certain swap providers with respect to all VRDO Bonds and CPI Bonds.  Pursuant to these agreements, the Commonwealth receives a variable rate payment expected to approximate the costs of the variable rate bonds, and pays a fixed rate.  See "Interest Rate Exchange Agreements."

The VRDO Bonds bear a floating interest rate adjusted at specified intervals (such as daily or weekly) and provide investors the option to tender or put the bonds at par.  The tendered bonds are then resold by a remarketing agent in the secondary market to other investors.  Most of the VRDO Bonds are secured by letters of credit or other liquidity or credit facilities ("credit/liquidity facilities") that provide for the payment of the purchase price payable upon the tender of the bonds.  The credit/liquidity facilities expire prior to the final maturity of the bonds.  If upon the expiration or termination of any credit/liquidity facility with respect to a series of VRDO Bonds, the Commonwealth is unable to renew or replace such facility with an alternate credit/liquidity facility, the VRDO Bonds of such series are subject to mandatory tender for purchase by the credit/liquidity facility provider and generally become subject to higher interest rates and accelerated amortization schedules.

In the case of the VRDO Bonds for which the Commonwealth has entered into interest rate exchange agreements, if the Commonwealth cannot renew or replace a credit/liquidity facility upon its expiration and remarket the related series of bonds successfully upon their mandatory tender as variable rate bonds, the Commonwealth may have to terminate the interest rate exchange agreements associated with such series of bonds.  Termination of the applicable interest rate exchange agreement may result, depending on then current interest rate levels, in the payment of a termination amount by the Commonwealth to compensate the counterparty for its economic losses.  If interest rate levels were then lower than the fixed interest rate swap rate paid by the Commonwealth, the cost of termination to the Commonwealth could be substantial.

In April 2009, the liquidity facility with respect to approximately $96.8 million of VRDO Bonds expired and, due to market conditions, the Commonwealth was not able to renew the liquidity facility.  These bonds were therefore purchased by the liquidity provider and became subject to a higher interest rate and an accelerated amortization schedule beginning in October 2009.  The Commonwealth expects to refinance these bonds on a fixed rate basis prior to this date.

VRDO Bonds subject to mandatory tender upon expiration of the applicable credit/liquidity facilities and for which there is a related interest rate exchange agreement amount to approximately $100.0 million for fiscal year 2010, $472.9 million for fiscal year 2011 and $769.7 million for fiscal year 2012.

As of December 31, 2008, the Commonwealth also had outstanding approximately $279.2 million of general obligation bonds bearing interest at a fixed rate but subject to mandatory tender, payable from the remarketing of the bonds, on July 1, 2012 (the "Mandatory Tender Bonds").  After the mandatory tender date, the Commonwealth may from time to time change the method of determining the interest on the Mandatory Tender Bonds, which may be a fixed or variable rate.  The Commonwealth has not provided any liquidity facility for the payment of the purchase price payable upon the mandatory tender, which purchase price is expected to be obtained from the remarketing of the bonds.

With respect to approximately $69.2 million of the Mandatory Tender Bonds, the Commonwealth has entered into forward starting interest rate exchange agreements that assume that the Mandatory Tender Bonds will be remarketed as variable rate bonds after the mandatory tender date of July 1, 2012.  If the Commonwealth cannot remarket these bonds as variable rate bonds at that time, the Commonwealth may have to terminate the forward starting interest rate exchange agreements, which may result in the payment of a termination amount by the Commonwealth.

In addition, several of the Commonwealth's public corporations also have outstanding variable rate bonds and bonds subject to mandatory tender.

**Ratings of Commonwealth General Obligation Bonds**

On September 3, 2008, Moody's confirmed its "Baa3" rating on the Commonwealth's general obligation debt, and its stable ratings outlook thereon.

On September 3, 2008, S&P confirmed its "BBB−" rating of the Commonwealth's general obligation and appropriation debt, and its stable outlook thereon.

**Commonwealth Guaranteed Debt**

As of December 31, 2008, $3.05 billion of Commonwealth guaranteed bonds of the Public Buildings Authority were outstanding.  Maximum annual debt service on these bonds is $236.2 million in fiscal year 2011, with their final maturity being July 1, 2037.  No payments under the Commonwealth guaranty have been required to date for these bonds.

As of December 31, 2008, $267 million of Commonwealth guaranteed bonds of GDB were outstanding.  No payments under the Commonwealth guaranty have been required for these bonds.

As of December 31, 2008, GDB held approximately $154.8 million of the Port of the Americas Authority's outstanding bonds, which are guaranteed by the Commonwealth.  The Authority is authorized to issue and GDB is authorized to purchase its bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million.  The proceeds from these bonds will be used to continue the development of the Port of the Americas.  No payments under the Commonwealth guaranty have been required for these bonds.  See "Other Public Corporations—Port of the Americas Authority" under "Public Corporations" below

44

As of December 31, 2008, the aggregate outstanding principal amount of obligations of the Puerto Rico Aqueduct and Sewer Authority ("PRASA") guaranteed by the Commonwealth was $902.0 million.  This amount consisted of $284.7 million in revenue bonds sold to the public, $312.4 million in bonds issued to the United States Department of Agriculture, Rural Development, and $304.9 million of loans by the State Revolving (Clean Water and Safe Drinking Water Act) Funds for the benefit of PRASA.  From January 1997 through fiscal year 2005, the Commonwealth made debt service payments under its guaranty. Beginning with the debt service payment due January 1, 2006, the Commonwealth stopped making guarantee payments on these obligations and PRASA resumed making payment on this debt.  In the event PRASA is unable to make any portion of the future debt service payments on its guaranteed obligations, the Commonwealth would be required once more to make such payments from the General Fund under its guarantee.  See "Other Public Corporations—Puerto Rico Aqueduct and Sewer Authority" under "Public Corporations" below.

**Trends of Public Sector Debt**

The following table shows the growth rate of short-term and long-term public sector debt and the growth rate of gross national product (in current dollars) for the five fiscal years ended June 30, 2008 and for the first six months of fiscal year 2009.  As of December 31, 2008, outstanding short-term debt, relative to total debt, was 12.6%.

### Commonwealth of Puerto Rico
### Public Sector Debt and Gross National Product
### (dollars in millions)*

| June 30, | Long Term[2] | Short Term[3] | Short Term as % of Total | Total | Rate of Increase | Amount | Rate of Increase |
|---|---|---|---|---|---|---|---|
| 2004 | $31,767 | $2,175[4] | 6.4% | $33,942 | 14.3% | $50,709 | 6.8% |
| 2005 | 34,789 | 1,914[4] | 5.2 | 36,703 | 8.1 | 53,752 | 6.0 |
| 2006 | 37,313 | 2,620[4)(5] | 6.6 | 39,933 | 8.8 | 56,732 | 5.5 |
| 2007 | 39,492 | 3,326 | 7.8 | 42,818 | 7.2 | 58,563 | 3.2 |
| 2008 | 43,413 | 3,269 | 7.0 | 46,682 | 9.0 | 60,787 | 3.8 |
| December 31, 2008 | 43,675 | 6,292 | 12.6 | 49,967 | 7.0 | - | - |

(Public Sector spans Long Term, Short Term, Short Term as % of Total, Total, Rate of Increase; Gross National Product[1] spans Amount, Rate of Increase)

_____
\*  Totals may not add due to rounding.
(1)  In current dollars.
(2)  Does not include the bonds identified in footnote 5 of the table above entitled "Commonwealth of Puerto Rico—Public Sector Debt," which would have been issued and outstanding at the time, all of which would be considered long-term debt.
(3)  Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
(4)  Does not include the tax and revenue anticipation notes that were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
(5)  Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to pay debt service on general obligation bonds.

_Source_:  Government Development Bank for Puerto Rico

The following table shows the trend of public sector debt by major category for the five fiscal years ended June 30, 2008 and for the first six months of fiscal year 2009.

**Commonwealth of Puerto Rico**
**Public Sector Debt by Major Category**
**(dollars in millions)***

| June 30, | Commonwealth | | | Municipalities | | | Public Corporation[1] | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Long Term | Short Term[2] | Total | Long Term | Short Term[2] | Total | Long Term | Short Term[2] | Total | Long Term | Short Term[2] | Total |
| 2004............................ | $7,758 | $761[3] | $8,519 | $1,820 | $226 | $2,046 | $22,190 | $1,187 | $23,377 | $31,767 | $2,175 | $33,942 |
| 2005............................ | 8,761 | 257[3] | 9,018 | 1,927 | 254 | 2,181 | 24,101 | 1,403 | 25,504 | 34,789 | 1,914 | 36,703 |
| 2006............................ | 9,841 | 552[3][4] | 10,393 | 2,037 | 293 | 2,330 | 25,435 | 1,775 | 27,210 | 37,313 | 2,620 | 39,933 |
| 2007............................ | 10,335 | 224 | 10,559 | 2,164 | 299 | 2,463 | 26,993 | 2,803 | 29,796 | 39,492 | 3,326 | 42,818 |
| 2008............................ | 9,273 | 519 | 9,792 | 2,507 | 313 | 2,820 | 31,633 | 2,437 | 34,070 | 43,413 | 3,269 | 46,682 |
| December 31, 2008 .... | 9,525 | 2,809 | 12,334 | 2,550 | 288 | 2,838 | 31,599 | 3,195 | 34,794 | 43,675 | 6,292 | 49,967 |

_____

*   Totals may not add due to rounding.
(1)  Includes Commonwealth guaranteed debt; does not include the bonds identified in footnote 5 of the table above entitled "Commonwealth of Puerto Rico—Public Sector Debt."
(2)  Obligations (other than bonds) issued with an original maturity of three years or less and lines of credit with a remaining maturity of three years or less are considered short-term debt.
(3)  Does not include the tax and revenue anticipation notes that were outstanding at the close of the indicated fiscal years because prior to the end of said fiscal years sufficient funds had been set aside for the payment of such notes in full.
(4)  Includes a $368 million line of credit from GDB to the Secretary of the Treasury, the proceeds of which were applied to pay debt service on general obligation bonds.

*Source*: Government Development Bank for Puerto Rico

## PUBLIC CORPORATIONS

In Puerto Rico, many governmental and quasi-governmental functions are performed by public corporations created by the Legislative Assembly with varying degrees of independence from the central government to perform generally a single function or a limited number of related functions.  Most public corporations obtain revenues from rates charged for services or products, but many are subsidized to some extent by the central government.  Most public corporations are governed by boards whose members are appointed by the Governor with the advice and consent of the Senate, but some public corporations are attached to departments of the central government.  Capital improvements of most of the larger public corporations are financed by revenue bonds issued under trust agreements or bond resolutions, or by notes issued under loan agreements.  The following table presents the outstanding bonds and notes of certain of the public corporations as of December 31, 2008 ("notes" as used in this section refers primarily to certain types of non-bonded debt regardless of maturity).  Debt of certain other public corporations is excluded from this table because such debt is payable primarily from funds or grants provided by the federal government, is payable from sources other than Commonwealth appropriations or taxes or revenues of public corporations, or is payable from revenues derived from private sector services or products, such as industrial development bonds.  Also excluded from this table is debt of certain public corporations the inclusion of which would reflect double counting.  No deductions have been made in the table for debt service funds and debt service reserve funds.  More detailed information about the major public corporations is presented in the following sections.

**Commonwealth of Puerto Rico**
**Outstanding Debt of Public Corporations**
**December 31, 2008**
**(in thousands)**

| | With Guaranty | Bonds Without Guaranty | Total | With Guaranty | Notes Without Guaranty | Total | Total Bonds and Notes With Guaranty | Without Guaranty | Total |
|---|---|---|---|---|---|---|---|---|---|
| Aqueduct and Sewer Authority | $ 597,142 | $ 1,338,650 | $ 1,935,792 | $304,881 | $586,288 | $891,169 | $ 902,023 | $ 1,924,938 | $ 2,826,961 |
| Convention Center District Authority | - | 461,800 | 461,800 | - | 150,930 | 150,930 | - | 612,730 | 612,730 |
| Electric Power Authority | - | 6,031,091 | 6,031,091 | - | 1,257,605 | 1,257,605 | - | 7,288,696 | 7,288,696 |
| Highway and Transportation Authority | - | 6,344,134[1] | 6,344,134 | - | 671,096 | 671,096 | - | 7,015,230 | 7,015,230 |
| Housing Finance Authority[2] | - | 541,392 | 541,392 | - | 53,924 | 53,924 | - | 595,316 | 595,316 |
| Industrial Development Company | - | 258,047 | 258,047 | - | 89,075 | 89,075 | - | 347,122 | 347,122 |
| Infrastructure Financing Authority | - | 1,853,083[3] | 1,853,083 | - | 34,000 | 34,000 | - | 1,887,083 | 1,887,083 |
| Port of the Americas Authority | 154,840 | - | 154,840 | - | - | - | 154,840 | - | 154,840 |
| Ports Authority | - | 58,545[4] | 58,545 | - | 645,536 | 645,536 | - | 704,081 | 704,081 |
| Public Buildings Authority | 3,048,799 | - | 3,048,799 | - | 86,182 | 86,182 | 3,048,799 | 86,182 | 3,134,981 |
| Public Finance Corporation | - | 1,635,174[5] | 1,635,174 | - | 101,324 | 101,324 | - | 1,736,498 | 1,736,498 |
| P.R. Sales Taxes Financing Corp. (COFINA) | - | 5,237,749 | 5,237,749 | - | - | - | - | 5,237,749 | 5,237,749 |
| University of Puerto Rico | - | 584,998[6] | 584,998 | - | 34,128 | 34,128 | - | 619,126 | 619,126 |
| Others[7] | - | - | - | - | 2,633,967 | 2,633,967 | - | 2,633,967 | 2,633,967 |
| Total[8] | $3,800,781 | $24,344,663 | $28,145,444 | $304,881 | $6,344,055 | $6,648,936 | $4,105,662 | $30,688,718 | $34,794,380 |

(1) Excludes $153 million of Special Facilities Revenue Bonds issued by the Highway and Transportation Authority, which are payable from net toll revenues collected from the Teodoro Moscoso Bridge.
(2) Excludes the $197 million of Housing Finance Authority bonds, which are payable solely from Puerto Rico Public Housing Administration's annual allocation of Public Housing Capital Funds from the U.S. Department of Housing and Urban Development.
(3) Excludes $1 billion of outstanding bonds of Infrastructure Financing Authority, which bonds are payable solely from the investment income of funds on deposit in the Infrastructure Development Fund consisting of proceeds from the sale of a controlling interest in Puerto Rico Telephone Company. See "Puerto Rico Infrastructure Financing Authority" under "Other Public Corporations" below.
(4) Excludes $155 million of Special Facilities Bonds issued by the Ports Authority, which bonds are payable solely from the pledge of certain payments made by a private corporation under a special facilities agreement.
(5) Payable primarily from Commonwealth appropriations.
(6) Excludes $79.6 million of Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) issued by AFICA, which bonds are payable from rent payments made by the University of Puerto Rico.
(7) Includes lines of credit with GDB.
(8) Excludes accretion of interest from the respective issuance dates on capital appreciation bonds. Also excludes $1.4 billion original principal amount of Children's Trust Tobacco Settlement Asset-Backed Bonds, Series 2002, which bonds will be repaid from payments made by certain tobacco companies under a master settlement agreement. See "Children's Trust" under "Other Public Corporations" below.

*Source:* Government Development Bank for Puerto Rico

## Government Development Bank for Puerto Rico

The principal functions of GDB are to act as financial advisor to and fiscal agent for the Commonwealth, its municipalities and public corporations in connection with the issuance of bonds and notes, to make loans and advances to public corporations and municipalities, and to make loans to private enterprises to aid in the economic development of Puerto Rico.

As of December 31, 2008, $1.76 billion of bonds and notes of GDB (excluding its subsidiaries) were outstanding, consisting of $267 million in Commonwealth guaranteed bonds and $1.5 billion of medium term senior notes.  Act No. 12 of May 9, 1975, as amended, provides that the payment of principal of and interest on specified notes and other obligations of GDB, not exceeding $550 million, may be guaranteed by the Commonwealth, of which $267 million were outstanding as of December 31, 2008.  As of said date, GDB also had $6.1 billion in loans outstanding to the central government of the Commonwealth and its public corporations and municipalities.

Act No. 82 of June 16, 2002 ("Act 82") amended GDB's Charter to authorize GDB to transfer annually to the General Fund, beginning with fiscal year 2001, up to 10% of its audited net income or $10,000,000, whichever is greater.  GDB is not required by Act 82 to transfer any funds.  GDB made payments to the General Fund of $11.6 million for fiscal year 2003 and $18.4 million for fiscal year 2004.  GDB did not make a payment to the General Fund under Act 82 for fiscal years 2005, 2006, 2007 and 2008 and does not expect to make a payment for fiscal year 2009.

Under Act No. 271 of November 21, 2002, GDB made a required special capital contribution to the Special Communities Perpetual Trust (the "Perpetual Trust") of $500 million and provided the Perpetual Trust with a $500 million, non-revolving, line of credit.  The amounts transferred to the Perpetual Trust were deposited in two investment accounts held by GDB for the benefit of the Perpetual Trust.  As of December 31, 2008, the Perpetual Trust had repaid $123.9 million of its line of credit and had an outstanding balance of $376 million and interest due of $40 million.  The line of credit is payable from legislative appropriations.

GDB has several subsidiaries that perform various functions.  The principal subsidiaries and their functions are listed below:

*Puerto Rico Housing Finance Authority*.  Puerto Rico Housing Finance Authority ("Housing Finance Authority") (formerly known as Housing Finance Corporation) was created to provide needed rental housing units and stimulate the construction industry under federally subsidized programs.  Effective February 8, 2002, Housing Finance Corporation became the Housing Finance Authority and the Housing Bank and Finance Agency was dissolved and its powers transferred to the Housing Finance Authority.  Housing Finance Authority provides financing for rental housing units, stimulates the construction industry under federally subsidized programs and provides interim financing for low-income housing projects and single-family homeownership programs.  It is also engaged in insuring and servicing mortgages originated by the former Housing Bank and Finance Agency.  As of December 31, 2008, Housing Finance Authority's total outstanding loans to the private sector for development of housing projects targeted to low and moderate income families were $109.7 million.  The Authority's mortgage loans to low and moderate income homeowners represented an additional $117.5 million as of the same date.

Housing Finance Authority has outstanding tax-exempt revenue bonds and notes that were issued to finance the construction of housing units approved for federal rental subsidies and to finance home ownership of single family housing units.  Such bonds and notes are generally limited obligations of Housing Finance Authority payable solely from revenues collected from

48

such housing units, with certain exceptions. As of December 31, 2008, $1.118 billion of Housing Finance Authority bonds were outstanding.

As of December 31, 2008, the Housing Finance Authority also had outstanding $527 million of bonds and notes issued to fund certain payments of the Commonwealth under its mortgage subsidy and other programs for low and moderate income families, and to guarantee certain insurance obligations of the former Housing Bank and Finance Agency.

As of December 31, 2008, the Housing Finance Authority had total notes and bonds outstanding of $1.229 billion (including $53.9 million of debt outstanding under GDB lines of credit, $4.8 million in notes payable and $52.4 million owed under repurchase agreements) and total unrestricted net assets of $291.5 million.

*Puerto Rico Tourism Development Fund*. Puerto Rico Tourism Development Fund ("TDF") promotes Puerto Rico's hotel and tourism industry by making available direct loans and guarantees to secure the private financing for new hotel development projects. TDF is also authorized to make capital investments in tourism related projects. As of December 31, 2008, TDF had outstanding direct loans in an aggregate principal amount of $285.1 million and guarantees issued in the outstanding amount of $117.7 million to finance several hotels and tourism-related projects.

TDF has made payments under its guarantees and letters of credit in the aggregate amount of approximately $313.4 million with respect to several projects, including $282 million disbursed to pay in full the bonds issued to finance three projects, which bonds had been declared due and payable at the direction of TDF due to the failure of the applicable borrowers to comply with their obligations under the related reimbursement agreements. Of the total amount disbursed, TDF has been able to recover approximately $199.7 million from the borrowers. After taking these payments and all related recoveries into account, the unrestricted net assets of TDF as of December 31, 2008, were approximately $153.4 million, and its allowances for losses on guarantees, loans, other assets and letters of credit were approximately $37.4 million.

*Government Development Bank for Puerto Rico Capital Fund*. The Government Development Bank for Puerto Rico Capital Fund (the "Capital Fund") invests and trades in debt obligations and publicly traded shares of domestic and foreign corporations separate from GDB's general investment operations. As of December 31, 2008, the Capital Fund had assets of $61.5 million, of which $27.7 million were invested in an equity index fund that invests mainly in growth, value, small cap and international stocks. In addition, $23 million were invested in structured notes.

*Development Fund*. The Puerto Rico Development Fund (the "Development Fund") provides an alternate source of financing to private enterprises in Puerto Rico that have difficulties in obtaining financing from traditional sources. The Development Fund also guarantees obligations of these enterprises and invests in their equity securities. As of December 31, 2008, the Development Fund had an investment of $2.6 million in preferred shares of a private entity. In addition, the Development Fund provided guarantees of $13.1 million, to guarantee 33% of loans under the "Key to Your Business" program of the Economic

49

Development Bank.  As of December 31, 2008, the allowance for losses on guarantees was approximately $962,258.

*Puerto Rico Public Finance Corporation.*  Puerto Rico Public Finance Corporation ("PFC") provides agencies and instrumentalities of the Commonwealth with alternate means of meeting their financing requirements.  PFC currently holds notes payable by the Commonwealth, the Maritime Shipping Authority, the Office for the Improvement of Public Schools, the Department of Health, and the Aqueduct and Sewer Authority, among others.  As of December 31, 2008, it had $1.6 billion aggregate principal amount of bonds outstanding.  All such bonds are limited, non-recourse obligations of PFC payable from Commonwealth appropriations made to pay the notes held by PFC.  In addition, PFC had $101.3 million of notes outstanding under a line of credit with GDB whose proceeds were used to pay fiscal year 2007 debt service on its bonds due to the failure of the Commonwealth to make the required debt service appropriations on account of its fiscal problems.

*Puerto Rico Sales Tax Financing Corporation.*  COFINA is an independent governmental instrumentality of the Commonwealth created by Act 91.  COFINA was originally created for the purpose of financing the payment, retirement, or defeasance of certain appropriation-backed debt outstanding as of June 30, 2006, payable to GDB and PFC.  As of December 31, 2008, COFINA had approximately $5.2 billion outstanding of its Sales Tax Revenue Bonds (excluding all accretion on capital appreciation bonds).

Recently, the Legislative Assembly of Puerto Rico expanded the purposes for which COFINA was created and, correspondingly, increased its revenues by increasing from 1% to 2.75% (one-half of the tax rate of 5.5%) the portion that is transferred to COFINA of the sales and use tax imposed by the central government.  As a result, COFINA was authorized to issue bonds for the following additional purposes: (i) to pay, in whole or in part, the debt of the Secretary of Treasury with GDB in the amount of $1 billion, the proceeds of which were used to cover the budgetary deficit for fiscal year 2009, (ii) to pay, in whole or in part, certain financing granted to the Secretary of the Treasury by GDB payable from future Commonwealth general obligation bonds, and any debt of the Commonwealth outstanding as of December 31, 2008 that did not have a source of repayment or was payable from budgetary appropriations, (iii) to pay, in whole or in part, the accounts payable to suppliers of the Commonwealth, (iv) to pay or finance operational expenses of the Commonwealth for fiscal years 2009, 2010, and 2011, (v) to pay or finance operational expenses of the Commonwealth for fiscal year 2012, which would have to be included in the annual budget of the Government of Puerto Rico, (vi) to fund the Puerto Rico Economic Stimulus Fund, (vii) to fund the Commonwealth Emergency Fund in order to cover expenses resulting from catastrophic events such as hurricanes or floods, and (viii) to generate moneys to fund the Economic Cooperation and Public Employees Alternatives Fund.  In March 2009, COFINA borrowed $500 million and $250 million from a local commercial bank and GDB, respectively.  These loans, which are subordinate to the outstanding bonds and will be repaid from proceeds of future bonds issues, were used to make payments to the Commonwealth's suppliers of goods and services.

A description of certain other affiliates of GDB is provided in "Other Public Corporations" below.

**Other Public Corporations**

*Puerto Rico Aqueduct and Sewer Authority.* PRASA owns and operates Puerto Rico's public water supply and sanitary sewer facilities systems.

PRASA reported net operating losses of $103.4 million for fiscal year 2008, compared to net operating income of $31.2 million for fiscal year 2007, and net operating losses of $220.4 million for fiscal year 2006. The total debt of PRASA was $2.8 billion as of December 31, 2008. This debt includes outstanding bonds of $1.9 billion, interim financing for capital improvements of $756.8 million and interim financing for operations of $134.4 million. PRASA's senior debt is rated Baa3, BBB− and BBB− by Moody's, S&P and Fitch Ratings ("Fitch"), respectively.

As part of its efforts to regain fiscal independence, in 2005 PRASA approved the implementation in two phases of a substantial increase of 128% in water and wastewater service rates. The first phase took effect on October 10, 2005 and the second phase took effect on July 1, 2006. In addition, PRASA approved annual rate adjustments of up to 4.5% starting in fiscal year 2010, up to a cumulative increase of 25%. Increases beyond the 4.5% annual adjustment or the 25% limit are subject to public hearings.

The Commonwealth guarantees the principal and interest payments on the outstanding revenue refunding bonds, 2008 Series A and B, any bonds issued on or before June 30, 2010 to the United States Department of Agriculture, Rural Development, and the loans granted on or before June 30, 2010 by the Clean Water and Drinking Water State Revolving Funds for the benefit of PRASA. In the event that PRASA is unable to make all or any portion of the future debt service payments on these guaranteed debts, the Commonwealth will be responsible for covering such payments.

In June 2006, PRASA entered into an agreement to plead guilty to an indictment charging 15 felony counts of violating the federal Clean Water Act through the illegal discharge of pollutants from nine sanitary wastewater treatment plants and five drinking water treatment plants. PRASA and the United States also reached a comprehensive civil settlement to resolve repeated environmental violations of various wastewater treatment plants throughout the Commonwealth. In December 2006, PRASA and the Commonwealth Department of Health executed a settlement agreement superseding 180 administrative orders against, and three prior settlement agreements with, PRASA. Under the terms of this agreement, PRASA agreed to implement short, medium and long-term work plans, as well as interim mitigation and preventative measures, all to bring PRASA's water system into compliance with federal and Commonwealth potable water regulations.

In March 2008 PRASA issued its 2008 Series A and B Senior Lien Bonds and Series A and B Commonwealth Guaranteed Refunding Bonds for a total aggregate amount of $1.62 billion. The Senior Lien Bonds were issued under the provisions of its 2008 Master Agreement of Trust and the Refunding Bonds were issued under the provisions of its 1995 Bond Resolution. The proceeds of the Senior Lien Bonds were used mainly to refinance certain interim debts, to partially cover its capital improvement program and to make a swap agreement termination payment, among other uses. The Refunding Bonds were issued to refund its Series 1995 Commonwealth Guaranteed Bonds.

*Children's Trust.* The Children's Trust is a not-for-profit corporate entity created in 1999 as a public instrumentality of the Commonwealth. The Commonwealth has transferred to the Children's Trust all of its rights, title and interest under the tobacco litigation Master Settlement Agreement, including the Commonwealth's right to receive initial, annual and strategic contribution payments to be made by the participating cigarette manufacturers under the Master Settlement Agreement.

Children's Trust issued $1.2 billion Tobacco Settlement Asset-Backed Bonds in October 2002. The bond proceeds were used, among other things, to pay the cost of certain capital expenses of the Commonwealth and certain capital and working capital expenses of PRASA. On June 30, 2005, the Children's Trust issued $108.2 million subordinate Tobacco Settlement Asset-Backed Bonds to pay working capital expenses of the Commonwealth. On May 1, 2008, Children's Trust issued an additional $195.9 million of subordinate Tobacco Settlement Asset-Backed Bonds. As of December 31, 2008, the Children's Trust had outstanding bonds in the principal amount of $1.4 billion. These bonds and any, other additional senior bonds issued by Children's Trust are payable solely from, and secured by a statutory pledge of, the payments made and to be made by the participating cigarette manufacturers under the Master Settlement Agreement. To date, all principal and interest payments required to be made by the Children's Trust on its outstanding bonds have been made on a timely basis from contribution payments made by the participating cigarette manufacturers under the Master Settlement Agreement.

*Puerto Rico Convention Center District Authority.* The Puerto Rico Convention Center District Authority (the "Convention Center District Authority") was created to own, develop, finance, plan, design, build, operate, maintain, administrate and promote a new convention center and designated private parcels located within the Convention Center District in San Juan. The convention center opened on November 17, 2005.

AFICA financed the construction of a multipurpose coliseum in San Juan, known as the José Miguel Agrelot Coliseum, with a line of credit provided by GDB. The Coliseum was transferred to the Convention Center District Authority along with the associated line of credit. As of December 31, 2008, this line of credit with GDB had an outstanding balance of $150.9 million, which is expected to be paid from the proceeds of Commonwealth general obligation bonds. The Convention Center District Authority's debt as of December 31, 2008 was $612.7 million, including $461.8 million in outstanding bonds issued in March 2006 to finance the Convention Center and payable from a portion of a hotel room tax.

*Puerto Rico Electric Power Authority.* The Puerto Rico Electric Power Authority ("PREPA") owns and operates Puerto Rico's electric public system.

PREPA reported net operating income of $181.1 million, $370.9 million and $403.0 million during fiscal years 2008, 2007 and 2006, respectively. The total debt of PREPA was $7.3 billion as of December 31, 2008. This debt includes outstanding bonds of $6.0 billion, interim financing for capitals improvements of $663.1 million and interim financing for operations of $594.5 million. PREPA's debt is rated A3, BBB+ and A− by Moody's, S&P and Fitch, respectively.

As a means of reducing its dependency on oil, PREPA has entered into long-term power purchase agreements with private operators of two co-generation plants that use fuels other than oil. Currently, these two co-generation plants provide approximately 30% of PREPA's energy needs.

*Health Insurance Administration.* The Health Insurance Administration was created in 1993 to negotiate and contract for the provision of comprehensive health insurance coverage for qualifying (generally low income) Puerto Rico residents. Under this system, the government selects, through a bidding system, one private health insurance company in each of eight designated regions of the island and pays such insurance company the insurance premium for each eligible beneficiary within such region. The health insurance system covers the entire island, and approximately 1.5 million persons were covered by the system during fiscal year 2008.

In January 2006, the Commonwealth entered into various contracts with several Medicare Advantage Organizations for the provision of health coverage to approximately 200,000 eligible beneficiaries. Pursuant to these agreements, the Commonwealth pays each Medicare Advantage Organization a premium difference to cover services not included in their contracts with the Center for Medicaid and Medicare Services.

The estimated total cost of the health insurance program for fiscal year 2009 is $1.88 billion, compared to $1.67 billion for fiscal year 2008 and $1.59 billion for fiscal year 2007. For fiscal year 2009, the General Fund is expected to cover $1.50 billion of the total cost of the health insurance program. The remaining $379 million will be paid from federal, municipal and other sources. The fiscal year 2010 budget estimates the cost of the health insurance program at $1.86 billion, of which the General Fund is expected to cover $1.0 billion, while the remaining $860 million will be paid from federal, municipal and other sources. The expected decrease in the cost of the health insurance program to the General Fund for fiscal year 2010, as compared to fiscal year 2009, is due to funding expected to be received by the Commonwealth under ARRA for the health sector. See "Budget of the Commonwealth of Puerto Rico."

*Puerto Rico Highways and Transportation Authority.* The Puerto Rico Highways and Transportation Authority ("PRHTA") is responsible for highway construction in Puerto Rico. Such construction is financed by debt (interim notes and revenue bonds), revenues of PRHTA, and federal and Commonwealth grants.

PRHTA reported a net operating loss of $448.7 million for fiscal year 2008, compared to net operating losses of $386.0 million and $56.7 million for fiscal years 2007 and 2006, respectively.

Debt service on PRHTA's revenue bonds constitutes a first lien on its gross revenues, which consist currently of all the proceeds of the tax on gasoline, one-half of the proceeds of the tax on gas oil and diesel oil, all the proceeds of the excise taxes on crude oil, unfinished oil and derivative products, up to $120 million per fiscal year, highway toll revenues and the gross receipts of $15.00 per vehicle per year from certain motor vehicle license fees. Such revenues (except for toll revenues) may be applied first to the payment of debt service on general obligation bonds and notes of the Commonwealth and to payments required to be made by the

Commonwealth under its guarantees of bonds and notes, to the extent that no other revenues are available for such purpose. The Commonwealth has never applied such revenues for such payment.

As of December 31, 2008, PRHTA's total debt was $7.0 billion, including $6.3 billion in outstanding bonds and interim, subordinated financings with a private financial institution and GDB. As of April 30, 2009, the financing with the private financial institution was in the principal amount of $400 million and is due in August 2009, and the financings with GDB were in the aggregate principal amount of $302.1 million and are due in June 2009. PRHTA's Senior Transportation Revenues Bonds are rated Baa3 and BBB by Moody's and S&P, respectively.

PRHTA has a mass transit system, known as Tren Urbano, serving a portion of metropolitan San Juan. It was constructed under several design/build contracts and is being privately operated under a five-year contract with an additional five-year option at PRHTA's election. The cost of the project was $2.25 billion, which cost was financed by federal Transit Administration grants, other federal funding sources and PRHTA's own resources, including revenue bonds. Tren Urbano commenced operations in June 2005.

PRHTA is a party to a concession agreement under which a private company designed, constructed and currently is operating a toll bridge spanning the San José Lagoon. The toll bridge was financed with special facility revenue bonds of PRHTA, payable by the private operator of the bridge principally from toll revenues. The concession is for a term of 35 years, subject to earlier termination or extension. The bridge opened for traffic in February 1994. In certain circumstances described in the concession agreement, including where toll revenues are insufficient to generate certain rates of return to the private operator, the private operator may require PRHTA, among other things, to assume the operator's obligations with respect to the special facility revenue bonds. Some of those circumstances, including low toll revenues, exist at this time, but PRHTA does not currently anticipate that the operator will exercise its remedy against PRHTA.

*Puerto Rico Industrial Development Company.* The Puerto Rico Industrial Development Company ("PRIDCO") participates in the Commonwealth-sponsored economic development program by providing physical facilities, general assistance, and special incentive grants to manufacturers. PRIDCO reported consolidated net operating losses of $6.1 million for fiscal year 2008, compared to consolidated net operating income of $2.1 million for fiscal year 2007 and consolidated net losses of $15.6 million for fiscal year 2006. The total debt of PRIDCO was $347.1 million as of December 31, 2008. This debt includes outstanding bonds of $258.0 million and interim financing for operations of $89.1 million. PRIDCO's debt is rated Baal and BBB by Moody's and S&P, respectively.

During fiscal years 2006 and 2007 PRIDCO entered into a company reorganization plan establishing an early retirement plan and a voluntary separation plan with the objective of reducing workforce and to achieve expense reductions. This plan was financed by a line of credit from GDB, which had an outstanding balance of $45.7 million as of December 31, 2008.

*Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority.* AFICA was created to finance (through the issuance of its

revenue bonds) industrial, tourist, educational, medical, and environmental control facilities in Puerto Rico for the use of private companies, non-profit entities, or government agencies. The bonds are payable solely from payments to be made to AFICA by such private companies, non-profit entities, or government agencies, and do not constitute a debt of the Commonwealth or any of its other public corporations or municipalities. As of December 31, 2008, approximately $1.5 billion of AFICA's bonds were outstanding.

*Puerto Rico Infrastructure Financing Authority.* The Puerto Rico Infrastructure Financing Authority ("PRIFA") was created to provide financial, administrative, consulting, technical, advisory, and other types of assistance to other public corporations, governmental instrumentalities, political subdivisions and municipalities (collectively, "Benefited Entities") authorized to develop infrastructure facilities and to establish alternate means for financing those facilities. PRIFA is authorized to issue bonds and provide loans, grants and other financial assistance for the construction, acquisition, repair, maintenance and reconstruction of infrastructure projects by Benefited Entities.

As of December 31, 2008, the PRIFA's total debt was $1.89 billion. This debt includes bonds outstanding of $1.85 billion and interim financing for capital improvements of $34 million. PRIFA's debt is rated Baa3 and BBB+ by Moody's and S&P, respectively.

PRIFA oversees the Puerto Rico Infrastructure Fund, which was funded with annual fixed amounts from the first proceeds of federal excise taxes imposed on rum and other articles produced in Puerto Rico and sold in the United States which are transferred to Puerto Rico pursuant to the United States Internal Revenue Code of 1986, as amended. Currently, this amount is $90 million through fiscal year 2009 and will then increase to $117 million annually through fiscal year 2052. Rum is the only article currently produced in Puerto Rico subject to federal excise taxes, the proceeds of which are required to be returned to the Treasury. The Authority is using these amounts to provide financial support for various infrastructure and other projects.

Pursuant to Act No. 8 of March 9, 2009, PRIFA also has the responsibility of implementing in the Commonwealth the applicable provisions of ARRA. One of its main responsibilities regarding ARRA is to maximize the flow of funds from the Federal Government for the appropriate investment in qualified projects and activities. PRIFA also has the responsibility for the receipt, administration and disbursement of such funds and of monitoring those governmental agencies and entities that finally receive the funds under ARRA.

PRIFA is investing a portion of its resources in new infrastructure projects in connection with the holding of the Central American and Caribbean Games in Mayagüez, Puerto Rico, in 2010. In September 2006, the Authority issued $469.8 million of bonds to finance these and other infrastructure projects.

Act No. 3, approved by the Legislature of the Commonwealth on January 14, 2009 ("Act 3"), authorized the sale of the securities of the Corpus Account established under Act No. 92 of June 24, 1998, a perpetual account of the Infrastructure Development Fund, which, in turn, is under the control and custody of PRIFA. The Corpus Account was initially funded with $1.2 billion of the proceeds of the sale of Puerto Rico Telephone Authority and the investment

55

interest earned on such Account has been used to pay debt service on PRIFA's $1.1 billion Series 2000 A and B Bonds (limited obligations).  Under the provisions of Act 3, PRIFA redeemed the Corpus Account securities in January 2009 and used the proceeds of the sale to: (i) make a deposit into an escrow account which is sufficient to retire the Series 2000 A and B Bonds on October 1, 2010 as PRIFA currently intends, (ii) make a deposit to the General Fund to be applied to the Commonwealth's current budget deficit, (iii) make a transfer to GDB as a capital contribution to GDB, and (iv) make a deposit to the Corpus Account to be invested in a long-term investment agreement with GDB.

*Puerto Rico Municipal Finance Agency.*  The Puerto Rico Municipal Finance Agency ("MFA") is the municipal "bond bank" for Puerto Rico.  MFA is authorized to issue bonds to purchase general obligation bonds and notes of Puerto Rico municipalities and to fund a debt service reserve.  Debt service on MFA's bonds is payable from debt service payments on municipal bonds and notes held by MFA and from the debt service reserve, including investment income thereon. The Commonwealth has agreed to pay such amounts to the debt service reserve as may be necessary to maintain it at its required level, subject to appropriation by the Legislative Assembly, which appropriation is authorized but not legally required to be made.  To date no such payments have been required.  As of December 31, 2008, MFA had $1.26 billion of bonds outstanding.

*Port of the Americas Authority*.   The Port of the Americas Authority ("PAA") is responsible for the development and operation of the Port of the Americas (the "Port"), a deep draft port on the south coast of Puerto Rico.

PAA is authorized to issue bonds guaranteed by the Commonwealth in a maximum aggregate principal amount of $250 million.  The proceeds from these bonds will be used to continue the development of the Port.  Currently, GDB is authorized by law to purchase bonds of PAA in an aggregate principal amount not to exceed $250 million.  As of December 31, 2008, GDB held approximately $154.8 million of PAA's outstanding bonds, which are guaranteed by the Commonwealth. In August 2008, PAA made a partial payment of the interest due on these bonds. GDB has not formally requested the balance to the Commonwealth under its guarantee but is in conversations with OMB regarding such payment and the upcoming payment due in August 2009.

The first phase of the Port was completed in fiscal year 2004. This initial phase included the improvement of piers 4, 5, and 6 of the Port and the acquisition of heavy equipment at a cost of $40 million. During calendar year 2005, the PAA began the second phase of the Port, which phase will provide capacity to handle up to 250,000 Twenty-Foot Equivalent Units ("TEU") per year. This second phase includes (i) dredging the entrance channel and adjacent areas of the Port to a depth of 50 feet, (ii) reconstructing the container terminals, (iii) commencing certain required environmental risk mitigation procedures, and (iv) preparing final construction schematics.  The second phase is substantially complete, and the remaining items are expected to be completed by May 2009.

A third phase, which will provide for the expansion of the Port's capacity, was initiated in May 2007.  This phase includes (i) infrastructure improvements related to access roads, (ii) the development of utility infrastructure, namely, a new storm canal and the relocation of electricity

lines and the water and sanitation system, (iii) additional dredging at certain pier locations, and (iv) the expansion of the container terminal.  The first expansion under this phase will provide sufficient capacity to process 500,000 TEU annually and is expected to be finished in the second half of 2011.

*Puerto Rico Ports Authority.*  The Puerto Rico Ports Authority ("Ports Authority") owns and operates the major airport and seaport facilities in Puerto Rico.  Ports Authority derives revenues from a variety of sources, including charges on airplane fuel sales, air terminal space rentals, landing fees, wharfage, dockage and harbor fees, and rentals for the lease of property and seaport equipment.  Ports Authority reported net operating losses of $34 million, $20.1 million and $15.7 million during fiscal years 2008, 2007 and 2006, respectively.  The total debt of PRPA was $704.1 million as of December 31, 2008.  This debt includes outstanding bonds of $58.5 million, credit facilities for capital improvements with GDB and private financial institutions of $233.8 million and a loan for operational purposes with private financial institutions of $411.7 million.  The loan for operational purposes and a portion of the credit facilities for capital improvements are guaranteed by GDB.  PRPA debt is rated Baa3 and BBB− by Moody's and S&P, respectively.

As of April 30, 2009, the outstanding balance of the credit facilities for capital improvements with private financial institutions was $188.6 million, which is due on June 30, 2009.  Of this amount, $92.1 million, plus interest, is guaranteed by GDB.

*Puerto Rico Public Buildings Authority.*  The Puerto Rico Public Buildings Authority ("PBA") is authorized to construct, purchase or lease office, school, health, correctional and other facilities for lease to departments, public corporations, and instrumentalities of the Commonwealth.  Bonds that have been issued by PBA to finance such facilities (through retirement of interim notes or otherwise) are payable from lease payments, which are largely derived from legislative appropriations and are secured by the Commonwealth's guaranty.  PBA is authorized by law to have outstanding at any one time up to $3.325 billion of bonds guaranteed by the Commonwealth.  As of December 31, 2008, $3.049 billion of such bonds of PBA were outstanding (not including accretion of interest from the respective issuance dates on capital appreciation bonds).  As of December 31, 2008, PBA's line of credit with GDB had an outstanding balance of $86.2 million.  PBA debt is rated Baa3 and BBB− by Moody's and S&P, respectively.

*Special Communities Perpetual Trust.*  The Perpetual Trust is a public corporation created by law to be an irrevocable and permanent trust.  The Perpetual Trust's principal purpose is to fund development projects that address the infrastructure and housing needs of underprivileged communities.  GDB has made a special capital contribution to the Perpetual Trust of $500 million and provided the Trust with a $500 million, non-revolving, line of credit.  The amounts transferred by GDB were deposited in two investment accounts held by GDB for the benefit of the Perpetual Trust, which generated interests ascending to $89 million as of December 31, 2008.  These additional funds were distributed among 56 new identified special communities for the construction of new infrastructure projects in these communities.  The Perpetual Trust has disbursed the total amount of $833 million as of December 31, 2008.  As of December 31, 2008, the Perpetual Trust's line of credit with GDB had an outstanding balance of $376.1 million.  The line of credit is payable from legislative appropriations.

*Puerto Rico Telephone Authority*.  The Puerto Rico Telephone Authority ("PRTA") was created in July 1974 when the Commonwealth purchased the Puerto Rico Telephone Company ("PRTC") from International Telephone and Telegraph Corporation. PRTC operates the principal telephone system in Puerto Rico.

In 1999, PRTA sold a controlling interest in PRTC to a consortium led by a predecessor of Verizon Communications, Inc ("Verizon").  The net proceeds of $1.2 billion, after PRTC's outstanding debt was retired and certain employee benefits were paid, was deposited into the Infrastructure Development Fund held by PRIFA.  In 2002, Verizon exercised an option to purchase additional shares from PRTA for $172 million, leaving PRTA with a 28% ownership interest in PRTC.  In 2007, PRTA sold its remaining interest in PRTC to a subsidiary of América Móvil, S.A. de C.V. for $529 million, the proceeds from which were transferred to the Employees Retirement System of the Commonwealth.

*University of Puerto Rico*. The University of Puerto Rico (the "University"), with approximately 64,511 students in academic year 2008-2009, is by far the largest institution of higher education on the island.  Government appropriations are the principal source of University revenues, but additional revenues are derived from tuition, student fees, auxiliary enterprises, interest income, federal grants, and other sources.  University capital improvements have been financed mainly by revenue bonds.  As of December 31, 2008, the University's total debt was $621.1 million, including $585.0 million of outstanding revenue bonds.  The University's debt is rated Baa2 and BBB by Moody's and S&P, respectively.

In 2000, AFICA issued its $86,735,000 Educational Facilities Revenue Bonds, 2000 Series A (University Plaza Project) for the purpose of financing the construction of additional student housing and parking and office space for the University.  The project was built, is being operated by Desarrollos Universitarios, Inc., a Puerto Rico not-for-profit corporation, and is leased to the University for a term equal to the term of the bonds, with University lease payments being sufficient to pay debt service on said bonds as they become due.  These bonds are not included in the University's total debt or outstanding revenue bonds set forth in the prior paragraph.

In June 2007, the Board of Trustees of the University approved Certification No. 60 establishing a new policy and methodology for tuition fees structure.  This new structure covers the tuition fees to be charged to new students until academic year 2012-2013.  This policy was adopted to pursue continued development and financial stability of the University.

*Other public corporations*. Public corporations not described above have outstanding debt in the aggregate amount of $2.0 billion as of December 31, 2008.  Debt service on $912 million of such outstanding debt is being paid from legislative appropriations.  The Commonwealth is not, however, obligated to make any such appropriations.  Additional legislative appropriations are made to enable certain of such corporations to pay their operating expenses.

## INSURANCE MATTERS

Government-owned property is insured through policies obtained by the Secretary of the Treasury and through self-insurance, except for property owned by the Electric Power Authority and the Puerto Rico Aqueduct and Sewer Authority, whose properties are insured through arrangements and policies obtained by the respective Authorities.  Personal injury awards against the Commonwealth are limited by law to $150,000 per occurrence.

## RETIREMENT SYSTEMS

*General.*  Public employees of the Commonwealth and its instrumentalities are covered by five retirement systems:  the Employees Retirement System, the Puerto Rico System of Annuities and Pensions for Teachers (the "Teachers Retirement System"), the Commonwealth Judiciary Retirement System (the "Judiciary Retirement System"), the Retirement System of the University of Puerto Rico (the "University Retirement System"), and the Employees Retirement System of Puerto Rico Electric Power Authority (the "Electric Power Authority Retirement System").

The University Retirement System and the Electric Power Authority Retirement System apply to employees of the University of Puerto Rico and Electric Power Authority, respectively. The Commonwealth is not required to contribute directly to those two systems, although a large portion of University revenues is derived from legislative appropriations.

*Covered Employees.*  The Teachers Retirement System covers public school teachers and certain private school teachers, as well as teachers working in administrative positions. Substantially all active teachers of the Commonwealth's Department of Education are covered by Act No. 91 of March 29, 2004, which superseded Act No. 218 of May 6, 1951.  The new law establishes that: (i) the Teachers Retirement System's active employees as of March 29, 2004 (not public school teachers or other Education Department employees) have the option to participate in the Teachers Retirement System or in the Employees Retirement System; (ii) persons hired by Teachers Retirement System after the approval of the new law may only become members of the Teachers Retirement System, (iii) active teacher employees of the Department of Education are members of the Teachers Retirement System, and (iv) licensed teachers working in private schools or other educational organizations may elect to become members of the Teachers Retirement System as long as the required employer and employee contributions are satisfied.  The Judiciary Retirement System covers judges, and the Employees Retirement System covers all other employees of the Commonwealth, its municipalities and instrumentalities.

As of June 30, 2008, the total number of participants, including active participants and retirees, in the three systems was as follows:  Employees Retirement System, 278,732; Teachers Retirement System, 77,840; and Judiciary Retirement System, 695.  The three systems are financed by contributions made by employers (the Commonwealth, public corporations, and municipalities) and employees, and investment income.

*Funding Requirements.*  The central government is responsible for approximately 64% of total employer contributions to the Employees Retirement System, and the other 36% is the

59

responsibility of public corporations and municipalities. The central government is also responsible for 100% and 99% of total employer contributions to the Judiciary and Teachers Retirement Systems, respectively. Retirement and related benefits provided by the systems and required contributions to the systems by employers and employees are determined by law rather than by actuarial requirements. For the Employees Retirement System, required employer contributions are 9.275% of applicable payroll. Required employee contributions for the Employees Retirement System vary according to salary and how the individual employee's retirement benefits are coordinated with social security benefits. For the Judiciary Retirement System, required contributions are 30.34% of applicable payroll for the employer and 8% for the employees. For the Teachers Retirement System, required contributions are 8.5% of applicable payroll for the employer and 9.0% for the employees.

*Actuarial Valuation of Employees Retirement System*. According to the most recent actuarial valuation of the Employees Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2005, the total pension benefit obligations for the System were $12.284 billion. The unfunded pension benefit obligations of the Employees Retirement System as of the same date were $9.956 billion, representing a funding ratio of 19%. Any amounts receivable from the Commonwealth with respect to benefits under special benefits laws (discussed below) are considered in the actuarial evaluation process to determine the unfunded pension benefit obligation of the Employees Retirement System to the extent receivables are recognized as such by the System. The June 30, 2005 actuarial valuation was completed in accordance with the "Projected Unit Credit" method and assumed an investment return of 8.5% per year and a salary increase of 5% per year. Insofar as the statutorily mandated annual deposit to the Employees Retirement System is insufficient to cover the actuarial pension benefit obligation, the unfunded pension benefit obligation of the System will continue to increase in the short term, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded obligation.

Based on the preliminary figures for the actuarial valuation of the Employees Retirement System as of June 30, 2007, the actuarial accrued liability was $16.770 billion and the actuarial value of assets was $2.892 billion, representing a funding ratio of 17.2%, and the resulting unfunded actuarial accrued liability was $13.878 billion.

*Actuarial Valuation of Judiciary Retirement System*. According to the most recent actuarial valuation of the Judiciary Retirement System submitted by a firm of independent consulting actuaries, as of June 30, 2005, the total pension benefit obligations for the System were $174 million. The unfunded pension benefit obligations of the Judiciary Retirement System as of the same date were $104 million, representing a funding ratio of 40%. The June 30, 2005 actuarial valuation was completed in accordance with the "Projected Unit Credit" method and assumed an investment return of 8.5% per year and a salary increase of 5% per year. Insofar as the statutorily mandated annual deposit to the Judiciary Retirement System is insufficient to cover the actuarial pension benefit obligation, the unfunded pension benefit obligation of the System will continue to increase in the short term, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded obligation.

*Actuarial Valuation of Teachers Retirement System*. According to the most recent actuarial valuation of the Teachers Retirement System submitted by a firm of independent

consulting actuaries, as of June 30, 2007, the accrued actuarial liability of the system was $7.756 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 41%, and the resulting unfunded accrued liability was $4.593 billion. The actuarial valuation assumed an investment return of 8%, yearly salary increases of 3.5%, employee and employer contributions of 9% and 8.5%, respectively, an inflation rate of 2.5%, and a remaining amortization period of 30 years for the unfunded accrued liability. Under the same assumptions, but without taking into account benefits paid under special benefits laws (described below) and excluding the obligations with respect to the prospective payments under the special benefits laws, the funding of which will originate from the Commonwealth's General Fund, as of June 30, 2007, the accrued actuarial liability was $7.227 billion and the value of its assets amounted to $3.163 billion, representing a funding ratio of 44%, and the resulting unfunded accrued liability was $4.064 billion. Insofar as the statutorily mandated annual deposit to the Teachers Retirement System is insufficient to cover the actuarial pension liability, and since the Teachers Retirement System is a relatively mature retirement system with a significant retiree population, the unfunded pension benefit obligation, according to the 2007 actuarial valuation, will continue to increase, and additional funding from the Commonwealth may ultimately be necessary to cover such unfunded liability.

*Special Benefits*. Various special benefits laws enacted in previous years provided additional benefits for the beneficiaries of the Employees Retirement System, Teachers Retirement System and Judiciary Retirement System. Specifically, in the case of the Employees Retirement System, Act No. 10 of May 21, 1992 provided for special benefit increases of 3% every three years. The first 3% increase was granted to retirees who had been receiving their annuities for three or more years as of that date. The second 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1995. This increase is being financed by additional contributions from the employers. The third 3% increase was granted to retirees who had been receiving their annuities for three or more years as of January 1, 1998. This third increase is being partially funded with additional contributions from some of the employers. In June 2001, the Legislative Assembly approved a fourth 3% increase, effective as of January 1, 2001, in post-retirement annuity payments granted on or prior to January 1, 1998. This increase will be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their respective employees. In June 2003, the Legislative Assembly approved a fifth increase of 3% in post retirement benefits effective January 1, 2004. This increase will also be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their respective employees. In June 2007, the Legislative Assembly approved a sixth increase of 3% in post retirement benefits effective January 1, 2007. This increase will also be funded by the General Fund for retirees who were employees of the central government and by municipalities and public corporations for retirees who were their respective employees. Subsequent increases will depend upon the express approval of the Board of Trustees of the Employees Retirement System and the Legislative Assembly, and must provide a funding source. In the case of the Judiciary Retirement System, Act No. 41 of June 13, 2001 provided a 3% special benefit increase in annuity payments, commencing on January 1, 2002 and every three years thereafter, to retirees who have been receiving their annuities for three or more years as of that date. This increase will be funded by the General Fund.

The Teachers Retirement System is seeking reimbursement from the Commonwealth's General Fund in the amount of $119 million for special benefits paid by the System to its beneficiaries through June 30, 2004 pursuant to special benefit laws enacted by the Legislative Assembly. The Teachers Retirement System's interpretation of these special benefit laws, to the effect that the Commonwealth is required to reimburse the Teachers Retirement System for such special benefits paid, is being disputed by the Office of Management and Budget. In March 2009 the Department of Education paid to the Teachers Retirement System the amount of $12 million as partial payment. The dispute for the pending amount of $107 million continues under inter-agency arbitration proceedings. The Employees Retirement System is also seeking reimbursement from the Commonwealth (in connection with other special benefits laws applicable to its beneficiaries) in the amount of $73.9 million, representing cumulative benefits paid to beneficiaries through June 30, 2005.

*Amendments to Employees Retirement System.* In February 1990, the enabling act of the Employees Retirement System was amended to reduce the future pension liabilities of the Employees Retirement System. Among other provisions, the legislation increased the level of contributions to the Employees Retirement System and limited the retirement benefits for new employees by increasing the length of employment required for the vesting of certain benefits and reducing the level of benefits in the case of early retirement. The legislation also reduced the level of occupational disability benefits and death benefits received by new employees.

In 1999, the organic act of the Employees Retirement System was further amended to change it, prospectively, from a defined benefit system to a defined contribution system. This amendment provides for the establishment of an individual account for each employee hired by the Commonwealth after December 31, 1999 and for those current employees who elect to transfer from the existing defined benefit system. The individual account of each current employee that transferred to the defined contribution system was credited initially with an amount equal to his aggregate contributions to the Employees Retirement System, plus interest. Current employees who did not elect to transfer to the new defined contribution system will continue accruing benefits under the current defined benefit system. The individual account of each participant of the new defined contribution system is credited monthly with the participant's contribution and is credited semiannually with a rate of return based on either of two notional investment returns. Such accounts are not credited with any contribution by the employer. Instead, employer contributions will now be used completely to reduce the accumulated unfunded pension benefit obligation of the Employees Retirement System.

*Cash Flow Shortfalls.* The Employees Retirement System's disbursements of benefits during fiscal years 2004 through 2007 exceeded contributions and investment income for those years. The cash shortfall for fiscal year 2004 was covered with a loan received from the Department of the Treasury. Balances owed to the Department of the Treasury and other pending working capital needs through fiscal year 2005 were refinanced through a repurchase agreement with a financial institution in an amount of $138 million collateralized with the assets of the Employees Retirement System. The cash shortfall for fiscal year 2006 was approximately $70 million. This shortfall was covered with a line of credit provided by a private financial institution and collateralized with the assets of the Employees Retirement System. There was no cash shortfall for fiscal year 2007 on account of the receipt of the proceeds from the sale of the Puerto Rico Telephone Company stock that Puerto Rico Telephone Authority held for the benefit

of the Trust.  Also with these proceeds the Employees Retirement System paid off the balances of the 2005 repurchase agreement and the 2006 line of credit used to cover the respective year's cash shortfalls.  For fiscal year 2008, the System experienced a positive cash flow due to various non-recurring sources of income and a series of financings to increase the System's funding ratio and reduce its unfunded pension benefit obligation.  The financings involved the issuance by the Employees Retirement System of debt secured by a pledge of future employer contributions over the next 50 years.  All net cash generated by these financings was deposited into the Employees Retirement System trust and invested along with its other assets.  As of June 30, 2008, the Employees Retirement System had issued three series totaling approximately $2.9 billion of its Senior Pension Funding Bonds.

During fiscal year 2009, the Employees Retirement System expects to have a cash shortfall of approximately $150 million to $250 million.  Based on the Puerto Rico Employees Retirement System's estimates, it could have a $362 million cash flow deficit for fiscal year 2010.  This negative trend is expected to continue partly due to possible future increases in the cost of living adjustments, changes in demographics of retirees and beneficiaries, and possible higher pension payments due to higher salaries of future retirees.

With respect to the Teachers Retirement System, the cash shortfalls for fiscal years 2006, 2007 and 2008 were $65 million, $40 million, and $75 million respectively.  Investments were liquidated to cover these shortfalls.  For fiscal year 2009, the Teachers Retirement System expects to have a cash shortfall of approximately $67 million.  Based on the Teachers Retirement System's estimates, it could have an $81 million cash flow deficit for fiscal year 2010.  This negative trend is expected to continue given that Puerto Rico Teachers Retirement System is in a relatively mature stage.

Based on the current statutory funding requirements, the annual benefit payments and administrative expenses paid by the Teachers Retirement System are significantly larger than the member and employer contributions made to the System.  Thus, according to the 2007 actuarial valuation, investment income must be used to cover this negative cash flow.

*Efforts to Address Cash Flow Shortfall and Improve Funding Ratio*.  As stated above, the Employees Retirement System anticipates that its future cash flow needs for disbursement of benefits to participants are likely to exceed the sum of the employer and employee contributions received and its investment and other recurring income.  The Employees Retirement System is evaluating measures to improve its cash flows and funding ratio.  Some of these measures include, but are not limited to, the establishment of a maximum salary to calculate pension benefits and additional collection efforts with respect to employer contributions owed by the Commonwealth, the municipalities, and public corporations.

*Composition and Market Value of Investment Portfolios.*  The market value of the investment portfolios (which excludes loans to plan members) held by the retirement plans has been materially adversely affected by the global decline in value of equity securities.  This decline has had an adverse effect on the unfunded actuarial accrued liability of the retirement systems.

63

As of March 31, 2009, the market value of the Employees Retirement System's investment portfolio was $1.9 billion, compared to $2.6 billion as of June 30, 2008. As of that date, the investment portfolio was comprised of approximately 66.8% of U.S. domestic and international equity investments and 31.0% of fixed-income securities.

As of March 31, 2009, the market value of the Teachers Retirement System's investment portfolio was $1.6 billion, compared to $2.3 billion as of June 30, 2008. As of that date, the investment portfolio was comprised of approximately 68.4% of U.S. domestic and international equity investments and 31.6% of fixed income securities.

The following tables present the Statement of Plan Net Assets and Statement of Changes in Plan Net Assets of the Employees Retirement System, the Judiciary Retirement System and Teachers Retirement System, in each case for fiscal years 2006, 2007, and 2008 and for the first six months of fiscal year 2009.

### The Commonwealth of Puerto Rico
### Employees' Retirement System
### Statements of Plan Net Assets*
### As of June 30, 2006, 2007, 2008 and December 31, 2008
### (in thousands)

| ASSETS | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| CASH AND SHORT TERM INVESTMENTS | | | | |
| Deposits at Commercial Banks | $ 36,888 | $ 84,439 | $ 41,365 | $ 27,849 |
| Deposits with Treasury Department | 55,595 | 23,099 | -- | -- |
| Deposits with GDB: | | | | |
| Unrestricted | 74,165 | 54,438 | 266,633 | 25,777 |
| Restricted | 1,147,407 | 1,320,224 | 2,310 | 2,156 |
| Restricted Cash Bonds | 315,573 | 194,819 | -- | -- |
| Total Cash and Short Term Investment | 1,629,629 | 1,677,019 | 310,308 | 55,783 |
| | | | | |
| SECURITIES LENDING, COLLATERAL INVESTED | | | | |
| Marketable Securities: | | | | |
| Notes and Bonds | 557,234 | 547,414 | 149,639 | 6,667 |
| Stocks | 1,436,051 | 2,018,090 | 1,693,144 | 1,376,901 |
| Master Repo | -- | -- | -- | 148,158 |
| Private Equity Investments | 40,752 | 42,294 | 47,784 | 41,609 |
| | | | | |
| Total Cash and Investments | 2,034,037 | 2,607,798 | 1,890,566 | 1,573,336 |
| | | | | |
| LOANS TO PLAN MEMBERS | | | | |
| Mortgage | 121,465 | 116,022 | 107,680 | 96,542 |
| Personal | 858,691 | 771,367 | 440,167 | 406,882 |
| Cultural Trips | 43,220 | 38,344 | 28,933 | 24,894 |
| PEC | 1,787 | 1,098 | 533 | 233 |
| Total Loans to Plan Members | 1,025,162 | 926,831 | 577,314 | 528,552 |
| | | | | |
| Investment in PRTA Holdings | -- | -- | -- | 495,318 |
| Total cash, investments and loans to plan members | 4,688,829 | 5,211,648 | 2,778,188 | 2,652,988 |
| | | | | |
| RECEIVABLES: | | | | |
| Employers | 144,596 | 246,167 | 117,420 | 43,343 |
| General Fund | 319 | 854 | 4,615 | 10,405 |
| Judiciary Retirement System | 17,231 | 16,714 | 5,113 | 3,161 |
| Investment Sales | 8,196 | 9,800 | 2,470 | 1,279 |
| Accrued Interest | 9,315 | 3,279 | 3,119 | 2,385 |
| Dividend Receivable | -- | -- | -- | 23,720 |
| Other | 99,362 | 58,210 | 4,527 | 23,575 |
| Total Receivables | 279,019 | 335,024 | 137,264 | 107,868 |
| | | | | |
| CAPITAL ASSETS | 12,216 | 9,840 | 8,476 | 7,694 |
| OTHER ASSETS | 6,358 | 8,293 | 7,371 | 7,592 |
| Prepaid Bond Cost | 35,462 | 35,462 | -- | -- |
| Total assets | 5,021,884 | 5,600,266 | 2,931,299 | 2,776,142 |
| LIABILITIES | | | | |
| Book overdraft | -- | -- | 1,566 | -- |
| Short Term Obligations | -- | -- | -- | 139,074 |
| Repurchase Obligations | -- | -- | -- | 1,245 |
| Funds of Mortgage Loans and Guarantee Insurance Reserve for Loans | 8,717 | 3,863 | 8,914 | 8,433 |
| Investment Purchases | 9,944 | 12,696 | 2,172 | 1,179 |
| Accounts Payable and Accrued Liabilities | 7,418 | 9,310 | 10,125 | -- |
| Line of Credit | -- | -- | -- | 60,000 |
| Bonds Payable | 2,942,183 | 2,942,184 | -- | -- |
| Other Liabilities | 150,296 | 12,946 | 17,022 | 24,880 |
| Bonds Interest Payable | -- | 12,182 | -- | -- |
| Total Liabilities | 3,118,558 | 2,993,180 | 39,799 | 209,931 |
| | | | | |
| Net Assets Held in Trust for Pension Benefits | $1,903,327 | $2,607,086 | $2,891,501 | $2,566,211 |

---

\* Totals may not add due to rounding.

\*\* Preliminary, unaudited numbers.

**The Commonwealth of Puerto Rico**
**Employees' Retirement System**
**Statements of Changes in Plan Net Assets***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

| | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Employer | $ 201,503 | $ 380,833 | $ 374,394 | $ 398,521 |
| Participating employees | 183,040 | 345,614 | 338,791 | 342,830 |
| Early Retirement | 22,326 | 141,724 | 69,097 | -- |
| Other Special Laws | -- | 16,789 | 17,000 | -- |
| Total Contributions | 406,869 | 884,961 | 799,282 | 758,035 |
| | | | | |
| Investment (loss) Income: | | | | |
| Realized Gain or Loss | (79,758) | 25,129 | 74,304 | 33,023 |
| Unrealized Gain or Loss | (555,331) | (238,509) | 289,881 | 156,492 |
| Dividend Income | 9,113 | 10,347 | 14,494 | 49,939 |
| Interest Income | 99,613 | 115,763 | 68,231 | 63,486 |
| Total | (526,363) | (87,270) | 446,910 | 302,939 |
| | | | | |
| Less Investment Expense | (35) | (6,664) | (12,940) | (10,123) |
| Insurance Premium | -- | 6,197 | 2,441 | 14,492 |
| Other Income | 6,546 | 24,927 | 17,431 | 8,496 |
| Net Investment Income | (519,853) | (62,904) | 453,841 | 315,804 |
| | | | | |
| Total Additions | (112,984) | 822,034 | 1,253,124 | 1,073,839 |
| | | | | |
| **DEDUCTIONS:** | | | | |
| Annuities | 481,867 | 932,701 | 793,883 | 772,647 |
| Benefits Under Special Laws | -- | 16,789 | 17,000 | 16,684 |
| Death Benefits | 2,684 | 18,712 | 13,872 | 14,984 |
| Refunds of Contributions: | | | | |
| Employers | 966 | 3,020 | 5,296 | 1,666 |
| Participating Employees | 13,367 | 37,346 | 28,009 | 20,707 |
| Personal Loans Adjustment | -- | -- | -- | 1,658 |
| Insurance Claims on Loans | -- | 1,092 | 2,118 | 1,216 |
| Other Expenses | 5,865 | 18,204 | 13,569 | -- |
| Administrative Expenses | 16,581 | 31,610 | 29,207 | 30,817 |
| Interest on Bonds | 69,445 | 46,996 | -- | -- |
| | | | | |
| Total Deductions | 590,775 | 1,106,472 | 902,954 | 860,379 |
| | | | | |
| Net (decrease) Increase | (703,759) | (284,415) | 350,170 | 213,459 |
| | | | | |
| Net Assets Held in Trust for Pension Benefits: | | | | |
| Beginning of the Year | 2,607,086 | 2,891,501 | 2,541,331 | 2,327,871 |
| End of Year | $1,903,327 | $2,607,086 | $2,891,501 | $2,541,331 |

\* Totals may not add due to rounding.
\*\* Preliminary, unaudited numbers.

**The Commonwealth of Puerto Rico**
**Judiciary Retirement System**
**Statements of Plan Net Assets\***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

| ASSETS | December 31, 2008\*\* | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| Cash and Investments: | | | | |
|    Cash and Cash Equivalents | $ 2,590 | $ 2,519 | $ 2,735 | $ 1,599 |
|    Cash Deposited with GDB or Treasury Department: | 398 | 267 | 197 | 179 |
| Total Cash | 2,988 | 2,786 | 2,932 | 1,779 |
| Receivables: | | | | |
|    Accrued Interest | 251 | 237 | 237 | 250 |
|    Investment Sales | 250 | 196 | 179 | 561 |
|    Other | 25 | 25 | 51 | 45 |
| Total receivables | 526 | 458 | 467 | 856 |
| Marketable Securities: | | | | |
|    Notes and Bonds | 21,650 | 22,169 | 20,728 | 19,822 |
|    Stocks | 42,626 | 61,377 | 68,654 | 56,108 |
| Total Investments | 64,276 | 83,546 | 89,382 | 75,929 |
| Loans and Interest Receivable from Members: | | | | |
|    Mortgage | 15 | 8 | 17 | 34 |
|    Personal | 425 | 394 | 195 | 191 |
|    Cultural Trips | 41 | 45 | 44 | 49 |
| Total Loans to Plan Members | 482 | 448 | 256 | 274 |
| Total cash, investments and loans to plan members | 68,271 | 87,239 | 93,072 | 78,838 |
| **LIABILITIES** | | | | |
| Due to Treasury Department | 263 | -- | 5,415 | 1,902 |
| Due to the Employee's Retirement System of the | | | | |
|    Government of Puerto Rico | 17,231 | 16,714 | 5,113 | 3,161 |
| Escrow Funds to plan Members and Guarantee | | | | |
|    Insurance | 57 | 56 | 53 | 52 |
| Investment Purchases | 262 | 345 | 180 | 67 |
| Other Liabilities | 2,824 | 812 | 803 | 807 |
| Total Liabilities | 20,638 | 17,927 | 11,564 | 5,989 |
| **Net Assets Held in trust for Pension Benefits** | **$ 47,633** | **$ 69,311** | **$ 81,473** | **$ 72,849** |

\* Totals may not add due to rounding.
\*\* Preliminary, unaudited numbers.

**The Commonwealth of Puerto Rico**
**Judiciary Retirement System**
**Statements of Changes in Plan Net Assets***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

|  | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Employer | $  3,484 | $6,705 | $6,632 | $6,727 |
| Participating employees | 1,620 | 3,076 | 2,828 | 2,960 |
| Total Contributions | 5,104 | 9,781 | 9,460 | 9,687 |
| | | | | |
| Investment Income: | | | | |
| Realized Gain or Loss | (1,909) | 1,031 | 1,484 | 1,189 |
| Unrealized Gain | (17,926) | (8,988) | 10,954 | 4,630 |
| Dividend Income | -- | 267 | 224 | 205 |
| Interest Income | 814 | 1,553 | 1,447 | 1,219 |
| Total | (19,020) | (6,137) | 14,110 | 7,243 |
| Less Investment Expense | -- | (197) | (192) | (279) |
| Other Income | -- | -- | -- | 1 |
| Net Investment Income | (19,020) | (6,333) | 13,918 | 6,965 |
| | | | | |
| Total Additions | (13,916) | 3,448 | 23,378 | 16,652 |
| | | | | |
| **DEDUCTIONS:** | | | | |
| Annuities | 7,244 | 14,419 | 13,461 | 12,273 |
| Refunds to Participating Employees | -- | 169 | 38 | 130 |
| Administrative Expenses | 518 | 1,022 | 1,255 | 1,197 |
| Total Deductions | 7,762 | 15,610 | 14,754 | 13,600 |
| | | | | |
| Net Increase | (21,678) | (12,162) | 8,624 | 3,052 |
| | | | | |
| Net Assets Held in Trust for Pension Benefits: | | | | |
| Beginning of the Year | 69,311 | 81,473 | 72,849 | 69,797 |
| | | | | |
| **End of Year** | **$47,633** | **$69,311** | **$81,473** | **$72,849** |

* Totals may not add due to rounding.
** Preliminary, unaudited numbers.

**The Commonwealth of Puerto Rico**
**Teachers Retirement System**
**Statements of Plan Net Assets***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

| | December 31. 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash: | | | | |
| Cash and cash equivalents | $27,981 | $50,474 | $33,542 | $53,515 |
| Cash with fiscal agent | -- | 297 | -- | -- |
| Cash restricted | -- | -- | -- | 1,717 |
| Cash deposited with Government Development Bank for Puerto Rico | 3,282 | 3,255 | 3,123 | 2,993 |
| Total Cash | 31,263 | 54,026 | 36,665 | 58,225 |
| Investments, at fair value: | | | | |
| Bonds and notes | 480,455 | 490,007 | 468,452 | 463,474 |
| Stocks | 1,206,417 | 1,796,817 | 2,218,033 | 1,886,625 |
| Total investment at fair value | 1,686,872 | 2,286,824 | 2,686,485 | 2,350,099 |
| Other investments: | | | | |
| Mortgage notes acquired from third parties | | | | - |
| Private equity investments | 32,778 | 37,630 | 46,686 | 46,215 |
| Total investments | 1,750,913 | 2,324,454 | 2,733,171 | 2,396,314 |
| Loan to plan members: | | | | |
| Mortgage | 106,047 | 103,759 | 102,684 | 104,830 |
| Personal | 275,852 | 271,510 | 260,066 | 246,074 |
| Cultural trips | 1,331 | 1,355 | 1,371 | 1,429 |
| Total loans to plan members | 383,229 | 376,624 | 364,121 | 352,333 |
| Total investments and loans | 2,134,143 | 2,755,104 | 3,133,957 | 2,806,872 |
| Accounts receivable: | | | | |
| Receivable for investments sold | 12,000 | 4,693 | 12,242 | 12,163 |
| Accrued interest and dividends receivable | 6,076 | 6,395 | 6,312 | 6,371 |
| Other | 14,694 | 15,141 | 14,640 | 14,932 |
| Total accounts receivable | 32,770 | 26,229 | 33,194 | 33,466 |
| Property and equipment, net | 26,431 | 26,223 | 25,890 | 25,665 |
| Other assets | 451 | 451 | 700 | 691 |
| Total Assets | 2,193,795 | 2,808,007 | 3,193,741 | $2,866,694 |
| **LIABILITIES** | | | | |
| Investments purchased | 8,738 | 7,952 | 11,258 | $11,422 |
| Cash overdraft in cash with fiscal agent | 36,521 | - | 5,619 | 13,949 |
| Accounts payable | 3,266 | 3,688 | 4,152 | 3,043 |
| Obligation under capital lease | 2 | 12 | 35 | 57 |
| Accrued expenses | 5,343 | 5,361 | 4,270 | 4,289 |
| Line of credit | -- | -- | 4 | 4 |
| Escrow fund of mortgage loans and guarantee insurance reserve for loans to plan members | 4,660 | 4,641 | 4,916 | 5,988 |
| Bonds payable | -- | -- | -- | 20,430 |
| Other liabilities | 953 | 1,007 | 567 | 625 |
| Total liabilities | 59,483 | 22,661 | 31,021 | 59,807 |
| **Net Assets Held in Trust for Pension Benefits** | $2,134,312 | $2,785,346 | $3,162,720 | $2,806,887 |

* Totals may not add due to rounding.
** Preliminary, unaudited numbers.

69

**The Commonwealth of Puerto Rico**
**Teachers Retirement System**
**Statements of Changes in Plan Net Assets***
**As of June 30, 2006, 2007, 2008 and December 31, 2008**
**(in thousands)**

| | December 31, 2008** | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ADDITIONS:** | | | | |
| Contributions: | | | | |
| Participating Employees | $ 67,763 | $ 127,566 | $ 127,809 | $ 129,473 |
| Employer | 62,186 | 117,065 | 116,320 | 119,199 |
| Contributions transferred from other systems** | 644 | 4,181 | 12,396 | 921 |
| Special | 46,748 | 68,085 | 57,960 | 61,066 |
| Total contributions | 177,341 | 316,897 | 314,485 | 310,659 |
| Investment Income: | | | | |
| Interest income | 33,059 | 67,825 | 65,367 | 57,899 |
| Dividend Income | 5,640 | 15,629 | 13,654 | 14,684 |
| Net appreciation (depreciation) in fair value of investments | (595,603) | (276,573) | 406,131 | 258,182 |
| | (556,904) | (193,119) | 485,152 | 330,765 |
| Less investment expense | 3,281 | 6,847 | 6,217 | 5,792 |
| Net investment income | (560,185) | (199,966) | 478,935 | 324,973 |
| Other income | 761 | 1,735 | 1,299 | 13,085 |
| **Total additions** | ($ 382,083) | $ 118,666 | $ 794,719 | $ 648,717 |
| **DEDUCTIONS:** | | | | |
| Benefit paid to participants: | | | | |
| Annuities and death benefits | 217,300 | 414,334 | 364,998 | 332,425 |
| Special benefits | 37,264 | 49,742 | 45,564 | 42,837 |
| Refunds of contributions | 2,519 | 6,427 | 5,447 | 4,135 |
| Administrative expenses | 11,867 | 25,537 | 22,877 | 22,651 |
| **Total deductions** | 268,950 | 496,040 | 438,886 | 402,969 |
| Net increase in net assets held in trust for pension benefits | (651,033) | (377,374) | 355,833 | 245,748 |
| **Net assets held in trust for pension benefits** | | | | |
| Beginning of year | 2,785,345 | 3,162,720 | 2,806,887 | 2,561,139 |
| **End of year** | $2,134,312 | $2,785,346 | $3,162,720 | $2,806,887 |

* Totals may not add due to rounding.

** Preliminary, unaudited numbers.

## COMMONWEALTH FINANCIAL STATEMENTS

For fiscal year 2007, the basic financial statements of the Commonwealth were audited by KPMG LLP. KPMG LLP did not audit the financial statements of the Public Buildings Authority capital project fund or The Children's Trust special revenue funds (major funds), and certain activities, funds and component units identified separately in its report. Those financial statements were audited by other independent auditors whose reports were furnished to KPMG LLP, and its opinion on the basic financial statements, insofar as it relates to the amounts included in the basic financial statements pertaining to such activities, funds and component units, is based solely on the reports of the other auditors.

The Comprehensive Annual Financial Report of the Commonwealth ("CAFR") for fiscal year 2007, which includes the basic financial statements of the Commonwealth for fiscal year 2007, was filed by the Commonwealth with each nationally recognized municipal securities information repository (each, a "NRMSIR") in June 2008.

## PUERTO RICO TAXES, OTHER REVENUES, AND EXPENDITURES

The Secretary of the Treasury has custody of the funds of the central government and is responsible for the accounting, disbursement and investment of such funds. Central government funds are grouped into three major categories or "types" of funds, as follows: (i) Governmental Fund Types, which include the General, Special Revenue, Debt Service (also referred to herein as Redemption), and Capital Project Funds; (ii) Proprietary Fund Types, which include the Enterprise and Internal Service Funds; and (iii) Fiduciary Fund Types, which include the Trust and Agency Funds. These funds do not include funds of the municipalities, because the municipalities are governmental entities with independent treasuries. The Special Revenue Fund is incorporated into the General Fund for financial reporting purposes (but not for budgetary purposes).

The General Fund is the primary operating fund of the Commonwealth. General Fund revenues are broadly based and include revenues raised internally as well as those from non-Puerto Rico sources. Internal revenues consist principally of income, excise and sales taxes. Revenues from non-Puerto Rico sources are derived from federal excise taxes and customs duties returned to the Commonwealth. The primary expenditures of the Commonwealth through the General Fund are for grants and subsidies, and personal and other services.

### Summary and Management's Discussion of General Fund Results

The following table presents the actual revenues and expenditures of the General Fund on a cash basis for fiscal years 2006 and 2007, the preliminary revenues and expenditures for fiscal year 2008, and the projected revenues and expenditures for fiscal years 2009 and 2010, respectively.

The amounts shown in the following table as expenditures may be different than those reflected in the budget or in the Commonwealth's financial statements because the table shows only cash disbursements, while the budget includes all authorized expenditures, regardless of when the related cash is actually disbursed. In addition, transfers to the Redemption Fund (used

to pay debt service on the Commonwealth's bonds), which are included in the budget under "debt service," are shown as a deduction from total revenues in calculating "adjusted revenues" in the table and are not included under "expenditures." Finally, certain expenditures incurred in excess of budgeted amounts may not be reflected in the table as expenditures to the extent they are paid from reserve funds, such as moneys in the Budgetary Fund. A discussion of the budget for fiscal years 2009 and 2010 appears below under "Budget of the Commonwealth of Puerto Rico."

Amounts listed under "Other Income" represent recurring General Fund revenues not appropriately attributable to other revenue line items, such as repayment of General Fund advances to municipalities and government agencies and funds. "Other Expenditures" represent recurring General Fund expenditures not appropriately attributable to other expenditures line items, such as advances to government agencies and municipalities, which advances are to be reimbursed to the General Fund by law. Amounts listed under "Capital Outlays and Other Debt Service" represent debt service on obligations and capital expenditures for which the Legislative Assembly has by resolution agreed to appropriate funds. General Fund revenues, expenditures, and transfers as presented in the table differ from the General Fund revenues, expenditures, and transfers as presented in the financial statements of the Commonwealth, as the financial statements reflect an expanded General Fund entity in accordance with generally accepted accounting principles.

**Commonwealth of Puerto Rico**
**General Fund Revenues, Expenditures, and Changes in Cash Balance**
**(in thousands)**

| | 2006 | 2007 | 2008[(p)] | 2009[(e)] | 2010[(b)] |
|---|---|---|---|---|---|
| Beginning cash balance | $ 42,933 | $ (0) | $ (506,261) | $ (1,100,044) | $ (1,282,314) |
| Revenues from internal sources: | | | | | |
| Income Taxes: | | | | | |
| Individuals | 3,087,748 | 3,071,655 | 2,793,198 | 2,555,000 | 2,614,000 |
| Corporations | 1,872,458 | 2,002,718 | 1,565,458 | 1,412,000 | 1,541,000 |
| Partnerships | 2,787 | 2,960 | 1,942 | 3,000 | 2,000 |
| Withheld from non-residents | 921,260 | 933,728 | 1,087,782 | 891,000 | 836,000 |
| Tollgate taxes | 27,396 | 25,083 | 21,610 | 5,000 | 5,000 |
| Interest | 11,536 | 12,112 | 13,657 | 12,000 | 11,000 |
| Dividends | 66,721 | 138,859 | 59,770 | 57,000 | 49,000 |
| Total income taxes | 5,989,906 | 6,187,115 | 5,543,417 | 4,935,000 | 5,058,000 |
| Sales and use tax | - | 582,560 | 852,927 | 911,000 | 606,000 |
| Commonwealth excise taxes: | | | | | |
| Alcoholic beverages | 292,180 | 279,028 | 268,095 | 282,000 | 288,000 |
| Cigarettes | 135,267 | 132,399 | 119,124 | 119,000 | 163,000 |
| Motor vehicles | 533,957 | 396,667 | 366,343 | 339,000 | 334,000 |
| Other excise taxes | 682,477 | 314,340 | 110,017 | 90,000 | 89,000 |
| Total Commonwealth excise taxes | 1,643,881 | 1,122,434 | 863,579 | 830,000 | 874,000 |
| Property taxes | 1,106 | 800 | - | - | 230,000 |
| Inheritance and gift taxes | 9,466 | 4,663 | 6,600 | 5,000 | 5,000 |
| Licenses | 91,310 | 97,610 | 87,631 | 94,000 | 94,000 |
| Other: | | | | | |
| Lottery | 62,729 | 73,014 | 46,636 | 59,000 | 63,000 |
| Electronic lottery | 55,212 | 71,815 | 105,346 | 89,000 | 95,000 |
| Miscellaneous non-tax revenues | 431,803[(6)] | 330,064 | 321,897 | 280,000 | 286,000 |
| Total Other | 549,744 | 474,893 | 473,879 | 428,000 | 444,000 |
| Total revenues from internal sources | 8,285,413 | 8,470,075 | 7,828,033 | 7,203,000 | 7,311,000 |
| Revenues from non-Commonwealth sources: | | | | | |
| Federal excise taxes[(1)] | 346,272 | 377,872 | 361,827 | 394,000 | 356,000 |
| Customs | 9,553 | 14,504 | 4,796 | 3,000 | 3,000 |
| Total revenues from non-Commonwealth sources | 355,825 | 392,376 | 366,623 | 397,000 | 359,000 |
| Total net revenues | 8,641,238 | 8,862,451 | 8,194,656 | 7,600,000 | 7,670,000 |
| Other Income (refunds)[(2)] | 76,085 | (8,335) | 89,006[(8)] | 44,907 | - |
| Transfers to Redemption Fund[(3)] | (484,812) | (512,197) | (202,954) | (288,000) | (520,600) |
| Proceeds of notes and other borrowings[(4)] | 4,115,897[(7)] | 1,872,096 | 2,710,000 | 4,529,000[(9)] | 2,500,000 |
| Repayment of notes and other borrowings[(5)] | (3,005,838) | (1,926,273) | (2,580,764) | (2,872,384) | (2,557,664)[(10)] |
| Adjusted revenues | 9,342,570 | 8,287,742 | 8,209,944 | 9,013,523 | 7,091,736 |
| Expenditures: | | | | | |
| Grants and subsidies | 3,944,349 | 3,387,199 | 3,429,217 | 3,239,855 | 3,211,852 |
| Personal services | 4,796,382 | 4,590,962 | 4,630,589 | 5,277,864 | 2,758,907 |
| Other services | 525,377 | 594,345 | 583,897 | 421,386 | 494,524 |
| Materials and supplies | 50,227 | 79,186 | 99,307 | 106,641 | 82,402 |
| Equipment purchases | 19,378 | 27,965 | 49,495 | 45,123 | 35,775 |
| Capital outlays and other debt service | 49,789 | 21,576 | 11,222 | 104,924 | 508,276 |
| Transfers to agencies | - | 92,770 | - | | |
| Other disbursements | - | | | | |
| Total expenditures | 9,385,503 | 8,794,003 | 8,803,727 | 9,195,793 | 7,091,736 |
| Adjusted revenues less expenditures | (42,933) | (506,261) | (593,783) | (182,270) | - |
| Ending cash balance | $ (0) | $ (506,261) | $ (1,100,044) | $ (1,282,314) | $ (1,282,314) |

(p)  Preliminary.

(e)  Estimated.

(b)  Budget, as proposed.

(1)  Excludes transfers by the Commonwealth to the Conservation Trust Fund and amounts deposited by the Secretary of the Treasury into a separate account for the promotion of Puerto Rico rums in foreign markets.

(2)  Consists of net revenues from the General Fund's non-budgetary funds plus a reserve for future tax refunds reduced by estimated tax refunds.

(3)  Consists of amounts to pay principal of and interest on general obligation bonds and notes of the Commonwealth.  Does not include amounts deposited directly into the Redemption Fund from non-General Fund revenues.

(4)  Consists of proceeds of borrowings from GDB and a syndicate of commercial banks, and proceeds from Commonwealth's Tax and Revenue Anticipation Notes.

(5)  Consists of repayments of borrowings from GDB and a syndicate of commercial banks, and repayments of Commonwealth's Tax and Revenue Anticipation Notes.

(6)  Includes about $100 million generated by the issuance of the Commonwealth's Public Improvement Refunding Bonds, Series 2006 A, which were privately placed.

(7)  Includes $50 million from the Emergency Fund used for operating expenses.

(8)  Includes $147 million related to the sale of properties.

(9)  Includes $1 billion loan from GDB to the Commonwealth secured by an assignment of tax receivables, $750 million borrowed by COFINA and transferred to the Commonwealth, and $169 million transferred to the Commonwealth from the sale of securities in PRIFA's Corpus Account.

(10)  Estimated $57.6 million in interest expense related to the Commonwealth's Tax and Revenue Anticipation Notes was included in the 2010 operational budget.

*Source:*  Department of the Treasury

*Projected Fiscal Year 2010 Compared to Estimated Fiscal Year 2009*

It is projected that General Fund total revenues for fiscal year 2010 will be $7.670 billion, representing an increase of $70 million, or less than 1%, from estimated fiscal year 2009 revenues. The major changes in revenues from fiscal year 2009 are expected to be a projected decrease in the sales and use tax received by the General Fund of $305 million (due to the increased allocation of this tax to COFINA), partly offset by a projected increase in property taxes and excise taxes on cigarettes and alcoholic beverages of approximately $230 million and $50 million, respectively, as a result of the increases in tax revenues imposed under Act 7.

Proposed General Fund expenditures for fiscal year 2010 total $7.670 billion, which is $1.814 billion or 19% lower than the $9.484 billion budgeted for fiscal year 2009. This amount does not include an additional estimated $2.5 billion in expenses to be paid from a Stabilization Fund to be funded from proceeds of COFINA bond issues. These additional expenses, which are included in the consolidated budget of the Commonwealth, include $1 billion of expenses related to the implementation of the payroll reduction plan under Act 7, $1 billion in expenses which will be incurred in fiscal year 2010 but will not be incurred in subsequent fiscal years as a result of the expense reduction plan under Act 7, and a resulting $500 million of expenses constituting a structural deficit for fiscal year 2010.

*Estimated Fiscal Year 2009 Compared to Fiscal Year 2008*

Total estimated General Fund revenues for fiscal year 2009 are $7.6 billion, representing a decrease of $594.7 million, or 7.3%, from preliminary fiscal year 2008 revenues. The major changes from fiscal year 2008 are expected to be: (i) decreases in income taxes from individuals of $238.2 million and in corporate income taxes of $153.5 million, (ii) a decrease of $196.9 million in income taxes withheld from non-residents, (iii) a decrease of $33.6 in excise taxes, (iv) a decrease of $41.9 million in miscellaneous non-tax revenues, and (v) an increase of $58 million in the sales and use tax revenues. The estimated decrease in revenues for fiscal year 2009 reflects the acceleration of the economic recession during this fiscal year.

Total estimated General Fund expenditures for fiscal year 2009 are $9.484 billion, which represents an increase of $257 million over the original budget for 2008 and an increase of $477 million over the expenditures for 2008.

The approximately $1.884 billion difference between estimated General Fund revenues and estimated General Fund expenditures for fiscal year 2009 was covered principally by a $1 billion loan from GDB to the Commonwealth secured by an assignment of tax receivables, a transfer of $750 million from COFINA to the Commonwealth, and a transfer of $169 million to the Commonwealth from the sale of securities in PRIFA's Corpus Account.

In addition, during the government transition process, the administration identified additional expenses of $1.349 billion that were not included in the fiscal year 2009 budget. These additional expenses are not included in the General Fund revenues and expenditures table above. These expenses will be budgeted and paid by the Commonwealth in subsequent fiscal years.

*Fiscal Year 2008 Compared to Fiscal Year 2007*

Preliminary total General Fund revenues for fiscal year 2008 were $8.195 billion, representing a decrease of $399 million, or 4.6%, from actual revenues for fiscal year 2007 (excluding the collection of $269 million from special temporary tax measures in fiscal year 2007). The major changes from fiscal year 2007 were: (i) decreases in income taxes from individuals of $278 million and in corporate income taxes of $437 million, (ii) a decrease of $259 million in excise taxes, and (iii) an increase of $270 million in the sales and use tax revenues, which was only in effect for seven and a half months of fiscal year 2007. The decrease in 2008 revenues was principally due to the ongoing economic recession and high oil prices, which directly affected income and excise tax collections.

Preliminary total General Fund expenses for fiscal year 2008 amounted to $9.007 billion, which is composed of $8.804 billion of operational expenses and $203 million transferred to the redemption fund. The difference between preliminary revenues and expenses for fiscal year 2008 of $812 million was covered principally by cash-management procedures such as delaying payments to certain vendors and a GDB loan of $190 million.

*Fiscal Year 2007 Compared to Fiscal Year 2006*

General Fund total revenues for the fiscal year 2007 were $8.862 billion, an increase of $221 million, or 2.5%, from fiscal year 2006. This amount includes (i) $5.074 billion in individual and corporate income taxes, (ii) $934 million in non-resident withholding taxes, (iii) $1.122 billion in excise taxes, (iv) $583 million of sales and use tax revenues, and (v) $269 million from special temporary tax measures. A decrease of $521 million in excise taxes was offset by revenues from the sales and use tax, as the repeal of the general excise tax on imported goods and goods manufactured in Puerto Rico was replaced with the sales and use tax commencing on November 15, 2006.

General Fund expenses for fiscal year 2007 were $9.306 billion. This amount does not include $522 million of debt service payments on a portion of the Commonwealth's outstanding appropriation debt, which debt service was excluded from the budget based on the provisions of Act 91, which created the Dedicated Sales Tax Fund to service in part the repayment of such appropriation debt.

The difference between revenues and expenses for fiscal year 2007 of $444 million was covered by a $240 million transfer of funds from GDB that was originally set aside from General Fund appropriations to cover a portion of debt service payments on the Commonwealth's appropriation debt, which set-aside was no longer needed on account of the passage of Act 91. The remaining shortfall was covered principally by cash-management procedures such as delaying payments to certain vendors (carrying over into fiscal year 2008).

**Major Sources of General Fund Revenues**

*Income Taxes*

The Commonwealth's income tax law, the Internal Revenue Code of 1994, as amended (the "PR Code"), imposes a tax on the income of individual residents of Puerto Rico, trusts,

estates, and domestic and foreign (if engaged in a trade or business in Puerto Rico) corporations and partnerships at graduated rates. A flat tax is imposed on certain payments made to non-residents of Puerto Rico, which is collected through an income tax withholding.

*Individuals*. Resident individuals are subject to tax on their taxable income from all sources. The PR Code has four tax brackets for individuals with tax rates of 7%, 14%, 25%, and 33%. Dividend income from Puerto Rico corporations and certain qualifying foreign corporations is taxed at an income tax rate of 10%.

Gain realized from the sale or exchange of a capital asset by resident individuals, if held for more than six months, is taxed at an income tax rate of 10%.

Interest income in excess of $2,000 on deposit with Puerto Rico financial institutions is taxed at an income tax rate of 10%; the first $2,000 of interest income from such institutions is exempt from taxation. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to resident individuals, trusts, estates, corporations and partnerships qualifies for an income tax rate of 10%.

*Corporations and Partnerships*. Puerto Rico corporations and partnerships are subject to tax on income from all sources; foreign corporations and partnerships that are engaged in a trade or business in Puerto Rico are subject to tax on their income from Puerto Rico sources and on income from sources outside Puerto Rico that is effectively connected with the conduct of their trade or business in Puerto Rico. Unless a corporation or partnership qualifies for partial exemption from corporate income and other taxes under the industrial incentives program (see "Tax Incentives" under "The Economy" above), it is subject to tax at graduated rates.

In general, the PR Code provides for six income tax brackets for corporations and partnerships, with the highest rate (39%) applicable to net taxable income in excess of $300,000. Gains realized from the sale or exchange of a capital asset, if held for more than six months, are taxed at a maximum regular income tax rate of 15%. Dividends received by Puerto Rico corporations and partnerships from foreign corporations and partnerships engaged in trade or business in Puerto Rico are subject to general income tax rates. A dividends received credit may be available when the corporation or partnership making the distribution is organized in Puerto Rico. Interest income on certain qualifying debt obligations issued by Puerto Rico corporations and certain qualifying foreign corporations and paid to corporations and partnerships qualifies for a special tax rate of 10%.

In general, corporations and partnerships operating under a new grant of tax exemption issued under the Economic Incentives Act are subject to a maximum income tax rate of 4% during their basic exemption period. Corporations and partnerships covered by the Tourism Incentives Act are subject to a maximum tax rate of 42% on their taxable income after applying the 90% exemption granted under the Tourism Incentives Act, which results in a maximum effective tax rate of 4.2% on their net tourism development income. The PR Code also provides for an alternative minimum tax of 22%.

The PR Code generally imposes a branch profits tax on resident foreign corporations whose gross income qualifies as income effectively connected with a Puerto Rico trade or

76

business.  The branch profits tax is 10% of an annual dividend equivalent amount, and it applies without regard to the Puerto Rico source of income rules.

Interest from Puerto Rico sources paid to non-resident non-affiliated corporate recipients is not subject to any income or withholding tax.  Interest paid to certain related non-resident recipients is subject to a withholding tax of 29%.  Dividends paid to non-resident corporate recipients are subject to a withholding tax of 10%.  Dividends distributed by corporations operating under new grants of tax exemption issued under the Economic Incentives Act are not subject to Puerto Rico income tax.  However, royalty payments made by such corporations to non-resident recipients are subject to an income tax withholding of 2% or 12%, depending on certain elections made by the grantee.

Subject to certain exceptions, payments in excess of $1,500 during a calendar year made by the Commonwealth and persons engaged in a trade or business in Puerto Rico in consideration of the receipt of services rendered in Puerto Rico are subject to a 7% income tax withholding.

*Act 7.*  Act 7, which was enacted on March 9, 2009 as part of the new administration's Fiscal Plan, seeks, among other things, to increase the tax revenues of the Puerto Rico government by imposing certain permanent and temporary tax increases.

With respect to income taxes, Act 7 includes the following temporary measures that are applicable for taxable years commenced after December 31, 2008 and before January 1, 2012:

(i)      taxable corporations and individuals whose adjusted gross income equal or exceeds $100,000 (for single individuals) or $150,000 (in the case of married persons filing jointly) would be subject to a surtax of 5% on their total tax liability;

(ii)     international banking entities that do not operate as bank units will be subject to a 5% income tax on their entire net income computed in accordance with the PR Code (international banking entities operating as bank units will be subject to this 5% tax on their net income that does not constitute excess net income);

(iii)    credit unions, their subsidiaries, and affiliates will be subject to a 5% tax on the amount of net taxable income in excess of $250,000 (these entities were totally exempt before the enactment of Act 7);

(iv)     the Cooperative Bank, its subsidiaries, and affiliates will be subject to a 5% tax on the amount of net taxable income in excess of $250,000 (these entities were totally exempt before the enactment of Act 7);

(v)      insurance cooperatives will be subject to a 5% tax on the amount of net taxable income in excess of $250,000 (these entities were totally exempt before the enactment of Act 7); and

77

(vi)        international insurers and holding companies of international insurers will be subject to a 5% tax on their net income (these entities were totally exempt before the enactment of Act 7).

Act 7 also provides as a permanent measure a change in the method of computing the net income subject to alternative minimum tax ("AMT") in the case of individuals by including in the computation various categories of exempt income and income subject to preferential tax rates under the PR Code, such as: (a) dividends distributed by companies covered under the Economic Incentives Act, the 1998 Tax Incentives Act, and the Tourism Incentives Act; (b) long-term capital gains, which enjoy a preferential tax rate of 10% under the PR Code; (c) dividends that are taxable at the rate of 10% under the PR Code; (d) interest on bank deposits and individual retirement accounts subject to the special 10% and 17% preferential income tax rates, respectively; and (e) interest from notes or bonds eligible for the special 10% tax rate provided by the PR Code.

Another change introduced by Act 7 is an adjustment to the calculation of the net income subject to the AMT in the case of entities taxed as corporations that denies a deduction for expenses paid or accrued for services rendered outside of Puerto Rico.  Lastly, different income tax credits awarded to investors under certain special laws for activities such as revitalization of urban centers, venture capital, solid waste, housing infrastructure, and rehabilitation of social-interest housing, among others, may not be claimed or granted for taxable years commenced after December 31, 2008 and before January 1, 2012.  However, tax credits associated to manufacturing, tourism, and cinematographic projects are not affected by Act 7.

*Sales and Use Taxes*

Act No. 117 of July 4, 2006 ("Act 117") amended the PR Code to provide, among other things, for a general sales and use tax of 5.5% to be imposed by the central government (the "Commonwealth Sales Tax").  Act 117 also authorized each municipal government to impose a municipal sales and use tax of 1.5% (the "Municipal Sales Tax" and, together with the Commonwealth Sales Tax, the "Sales Tax").  In general, the Municipal Sales Tax has the same tax base, exemptions (except for unprocessed foods) and limitations as those provided for the Commonwealth Sales Tax.  Act 117 also provides certain income tax reductions to address the regressive effect of the Sales Tax on taxpayers in lower income tax brackets.

The Sales Tax is imposed on the sale, use, consumption and storage of taxable items, which include tangible personal property, taxable services, admission rights and certain other types of transactions covering separable and identifiable taxable items which are sold for a single price, subject to certain exceptions and limitations.  The Sales Tax does not apply to, among other things:  (i) motor vehicles, (ii) non-prepared food, (iii) healthcare services and prescription medicines, (iv) certain bakery goods, (v) crude oil and its derivatives, including gasoline, (vi) hotel room charges, (vii) financial services, (viii) services provided by the Commonwealth, including electricity and water, and (ix) local sales of goods to be used as content in a manufactured good, whether or not bound for export.

Act 117 also repealed the 5% general excise tax imposed on imported goods and the 3.6% general excise tax imposed on goods manufactured in Puerto Rico.  Other items, such as

fuel, crude oil and petroleum products, and vehicles, however, remain subject to the excise tax previously applicable to such items, and are not subject to the Sales Tax.

The Sales Tax became effective on November 15, 2006 and the effective date of the repeal of the 5% general excise tax was October 16, 2006. Municipalities were authorized to implement the Municipal Sales Tax starting on July 1, 2006. As stated earlier, the revenues derived from the Sales Tax are distributed as follows: 5.5% goes to the central government and 1.5% to Puerto Rico's municipalities. A portion of the 5.5% Commonwealth Sales Tax is transferred to the Dedicated Sales Tax Fund, created by Act 91, as amended (effective July 1, 2009, one-half of the Commonwealth Sales Tax, which is the equivalent of a 2.75% tax, will go to the Dedicated Sales Tax Fund), with the balance of the Commonwealth Sales Tax going to the General Fund. The 1.5% Municipal Sales Tax is divided as follows: (i) a 1% tax goes to the municipalities, and (ii) a 0.5% tax goes to the Municipal Improvements Fund. The increase in revenues generated by the Sales Tax has been partly offset by the elimination of the 5% general excise tax and the effect of the income tax reduction measures included in Act 117.

For fiscal year 2008, each percentage point of the Sales Tax generated annually approximately $202 million of gross revenues. The Sales Tax generated total annual gross revenues for the General Fund of approximately $853 million for fiscal year 2008.

Act 7 amended various provisions of the Sales Tax to streamline collection efforts and reduce tax evasion. Most significantly, a so-called reseller's exemption to the Sales Tax was eliminated, and a credit for Sales Taxes paid was substituted therefor. This measure is expected to increase Sales Tax collections at higher levels of the trade chain, and provide an incentive for compliance with the Sales Tax at the lower levels (via the credit). However, under proposed legislation being considered by the Legislature, the reseller's exemption will be reestablished for businesses with gross sales of $500,000 or more and other businesses will also be able to request the exemption from Treasury, subject to compliance with certain requirements to be prescribed in Treasury's regulations.

*Excise Taxes*

The PR Code imposes an excise tax on certain articles and commodities, such as cigarettes, alcohol, sugar, cement, motor vehicles and certain petroleum products, which are taxed at different rates.

Under Act 7, the excise tax was increased on certain articles (cigarettes and certain alcoholic beverages) and was expanded with respect to others (motor vehicles). With respect to cigarettes, the increase was approximately 81% per taxable unit. For certain alcoholic beverages, the increase ranges between $0.30 and $0.70 per standard gallon. In the case of motor vehicles, motorcycles and "scooters," which used to be subject to the Sales Tax, will now be taxable as motor vehicles.

*Other Taxes and Revenues*

Motor vehicle license plate and registration fees comprise the major portion of license tax receipts.

Non-tax revenues consist principally of lottery proceeds, documentary stamps, permits, fees and forfeits, proceeds of land sales and receipts from public corporations in lieu of taxes.

*Revenues from Non-Commonwealth Sources*

Revenues from non-Commonwealth sources include customs duties collected in Puerto Rico and excise taxes on shipments of rum from the island to the United States mainland. The customs duties and excise taxes on shipments are imposed and collected by the United States and returned to the Commonwealth. The excise tax on shipments of rum from Puerto Rico and other rum producing countries is $13.50 per gallon. Of this amount, the lesser of $13.25 per proof gallon and the actual excise tax imposed is currently returned to the Commonwealth.

*Property Taxes*

Personal property, which accounts for approximately 46% of total collections of taxable property, is self-assessed. Real property taxes are assessed based on 1958 property values. No real property reassessment has been made since 1958, and construction taking place after that year has been assessed on the basis of what the value of the property would have been in 1958. Accordingly, the overall assessed valuation of real property for taxation purposes is substantially lower than the actual market value. Also, an exemption on the first $15,000 of assessed valuation in owner-occupied residences is available.

Property taxes are assessed, determined and collected for the benefit of the municipalities by the Municipal Revenues Collection Center ("CRIM"), a government instrumentality of the Commonwealth. However, 1.03% of the property tax based on the assessed value of all property (other than exempted property) is used for purposes of paying the Commonwealth's general obligation debt and is deposited in the Commonwealth's Redemption Fund.

One of the amendments incorporated in Act 7 was that, for fiscal years 2010 through 2013, the appraisal values of real property in Puerto Rico were increased tenfold and the real personal property tax rates applicable to such values were reduced tenfold so as to offset any increased tax that would have otherwise been applicable due to the increase in appraisal values. This temporary amendment, which is expected to be revenue neutral, was intended to increase the borrowing capacity of Puerto Rico's municipalities.

Act 7 did impose, however, an additional real property tax on residential real properties with appraised values in excess of approximately $210,000 during fiscal years 2010, 2011, 2012 and 2013. The additional real property tax, to be collected by the Treasury, will be equal to 100% of the existing real property tax collected by CRIM over such properties.

The following table presents the assessed valuations and real and personal property taxes collected for fiscal years 2004 to 2008.

### Commonwealth of Puerto Rico
### Assessed Valuations and Real and Personal Property Taxes
### (Commonwealth and Municipalities Combined)
### (in thousands)

| Fiscal Years Ended June 30, | Assessed Valuations[1] | Taxes Levied | Collections of Current Year | Collections of Previous Years | Total Collections[2] |
|---|---|---|---|---|---|
| 2004 | 23,841,557 | 874,294 | 706,677 | 79,772 | 786,449 |
| 2005 | 25,277,795 | 899,893 | 738,074 | 50,751 | 788,825 |
| 2006 | 25,606,121 | 925,618 | 801,497 | 70,908 | 872,405 |
| 2007 | 26,898,519 | 982,400 | 813,700 | 79,720 | 893,420 |
| 2008* | 27,941,285 | 1,031,277 | 788,364 | 119,062 | 907,426 |

(1) Valuation set as of July 1 of each fiscal year.
(2) During fiscal year 2004 a property tax amnesty was approved by the Legislative Assembly and implemented by CRIM.  In addition to the amounts shown, under the amnesty program a total of $105.3 million was collected in fiscal year 2004 and $21.1 million in fiscal year 2005.
*  Valuations and taxes levied as of December 31, 2008.

*Source*:  *Municipal Revenues Collection Center.*

## Measures to Increase Collections of Income, Sales, and Excise Taxes

Treasury has elaborated a strategic plan designed to improve tax collections.  The plan includes initiatives to foster tax compliance, implement effective enforcement measures, and attack tax evasion.  To promote taxpayers' compliance, Treasury has liberalized the procedures to enter into payment plans, offers-in-compromise agreements, and encourage voluntary disclosures agreements.

In addition, Treasury has developed initiatives focused on effective enforcement methods, such as improving the efficiency of its audit selection process, the creation of technological solutions to improve collections, and the establishment of cooperation agreements with federal and local governmental agencies.  Treasury is also integrating its databases and establishing a tax intelligence project to identify tax evasion and improve its audit selection process. Moreover, the amendments to the sales and use tax legislation, previously discussed, are designed to improve the collection efficiency of the system, by reducing the amount of taxpayers entitled to a resale exemption certificate and providing a credit in lieu of such resale exemption.

## Transfers to General Obligation Redemption Fund

These consist of transfers from the General Fund to the Redemption Fund for the amortization of the principal of and interest on general obligation bonds and notes of the Commonwealth.

**Components of General Fund Expenditures**

*Grants and Subsidies*

This category includes grants and contributions to municipalities, public corporations with independent treasuries, and charitable institutions.  It also includes items for or included in court awards, damage awards for personal injury or property damage, and payment of taxes and payments in lieu of taxes.

*Personal Services*

This category includes compensation paid for personal services rendered to the Commonwealth and its public instrumentalities by individuals or firms in the form of salaries, wages, *per diems*, fees, commissions, or other forms of compensation.

*Other Services*

This category includes compensation for services other than the services referred to above, including advertising, printing, communications, legal expenses, utilities, building and equipment rental and maintenance expenses, insurance premiums and miscellaneous services.

*Materials and Supplies*

This category includes all articles that ordinarily have a short life and durability, lose their characteristic identity in the process of use, have only nominal value ($25 or less), or are not otherwise chargeable as equipment.

*Equipment Purchases*

This category includes items that have three special characteristics distinguishing them from materials: durability, long useful life, and high unit cost.  In addition, these items are subject to centralized inventory control as fixed assets.

*Capital Outlays and Other Debt Service*

Capital outlays are made primarily for land acquisition or interests in land, construction of buildings, roads, bridges and other structures, and permanent improvements and additions. Other debt service includes payments on notes held by GDB to be paid from the General Fund and payments for the amortization of the principal of and interest on non-general obligation debt payable from Commonwealth appropriations.

*Transfers to Agencies*

These transfers include the repayment of loans and advances to other funds, certain refunds, advances from other funds and other receipts, repayment of advances from other funds, grants and contributions to other funds under the custody of the Secretary of the Treasury and other items.  The major portion of grants and contributions in recent fiscal years has consisted of transfers to cover the costs of health reform and advances to the municipalities.

*Other Expenditures*

This category represents recurring General Fund expenditures not appropriately attributable to other expenditure line items, such as advances to government agencies and municipalities, which advances are to be reimbursed to the General Fund by law.

## Federal Grants

Puerto Rico receives grants under numerous federal programs.  Federal grants to the agencies and instrumentalities of the Commonwealth government are estimated to be $5.750 billion for fiscal year 2010, an increase of $1.097 billion, or 23.5%, from fiscal year 2009.  The following table presents revenues from federal grants by broad program areas, which are accounted in the central accounting system of the Treasury.  The figures for fiscal years 2006 through 2008 are actual figures.  The figures for fiscal year 2009 are estimates based on the information submitted by each agency to OMB, and the figures for fiscal year 2010 are the amounts included in the recommended budget.

Puerto Rico expects to receive approximately $5 billion in stimulus funds from ARRA, of which $229.6 million and $1.332 billion are expected to be received by the government during fiscal years 2009 and 2010, respectively.  Such amounts are reflected in the table below.

### The Commonwealth of Puerto Rico
### Federal Grants*
### (in thousands)

|  | 2006 | 2007 | 2008 | 2009[1] | 2010[2] |
|---|---|---|---|---|---|
| Education | $1,004,138 | $ 986,574 | $ 992,087 | $1,050,756 | $1,789,484 |
| Social Services | 1,888,150 | 1,923,845 | 2,054,897 | 2,206,944 | 2,452,216 |
| Health | 432,868 | 436,892 | 465,466 | 539,633 | 545,405 |
| Labor and Human Resources[3] | 197,296 | 183,228 | 140,186 | 216,809 | 224,302 |
| Crime | 41,461 | 29,631 | 20,319 | 28,394 | 58,158 |
| Housing[4] | 371,104 | 375,581 | 363,589 | 490,852 | 504,955 |
| Drug and Justice | 36,979 | 35,321 | 19,394 | 37,164 | 46,200 |
| Agriculture and Natural Resources | 11,402 | 12,484 | 11,054 | 17,867 | 45,198 |
| Contributions to Municipalities | 53,744 | 48,531 | 49,543 | 48,414 | 60,495 |
| Other | 18,251 | 17,095 | 15,782 | 16,422 | 23,760 |
| TOTAL | $4,055,393 | $4,049,182 | $4,132,317 | $4,653,255 | $5,750,173 |

*\* Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.*

(1) Approved budget.
(2) Estimated.
(3) Amounts include grants to the Right to Work Administration and the Occupational Development and Human Resources Council.
(4) Amounts include grants to the Public Housing Administration.

*Source*:  *Office of Management and Budget*

## BUDGET OF THE COMMONWEALTH OF PUERTO RICO

**Office of Management and Budget**

OMB's predominant mission is to assist the Governor in overseeing the preparation of the budget of the Commonwealth and supervise its administration in the agencies of the Executive Branch.   In helping to formulate the Governor's budget, OMB evaluates the effectiveness of agency programs, policies, and procedures, assesses competing funding demands among agencies, and sets funding priorities.

In addition, OMB oversees and coordinates the administration's initiatives in financial management, information technology, general management and organizational structure, and supervises the agencies' compliance with the Governor's program and regulatory policies.   In each of these areas, OMB's role is to help improve administrative management, develop better performance measures and coordinating mechanisms, and promote efficiency in the use of public funds.

**Budgetary Process**

The fiscal year of the Commonwealth begins each July 1.   The Governor is constitutionally required to submit to the Legislative Assembly an annual balanced budget of revenues, capital improvements, and operating expenses of the central government for the ensuing fiscal year.   The annual budget is prepared by OMB, in coordination with the Planning Board, the Treasury, and other government offices and agencies.   Section 7 of Article VI of the Constitution provides that "The appropriations made for any fiscal year shall not exceed the total revenues, including available surplus, estimated for said fiscal year unless the imposition of taxes sufficient to cover said appropriations is provided by law."

The annual budget, which is developed utilizing elements of program budgeting, includes an estimate of revenues and other resources for the ensuing fiscal year under (i) laws existing at the time the budget is submitted, and (ii) legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four-year investment plan prepared by the Planning Board.

The Legislative Assembly may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes to cover such deficit.   Upon passage by the Legislative Assembly, the budget is referred to the Governor, who may decrease or eliminate any item but may not increase or insert any new item in the budget.   The Governor may also veto the budget in its entirety and return it to the Legislative Assembly with the Governor's objections.   The Legislative Assembly, by a two-thirds majority in each house, may override the Governor's veto.   If a budget is not adopted prior to the commencement of a fiscal year, the budget for such fiscal year shall be the annual budget for the preceding fiscal year as originally approved by the Legislative Assembly and the Governor until a new budget is approved.   This permits the Commonwealth to continue making payments of its operating and other expenses until a new budget is approved.

**Financial Control and Adjustment Procedures**

Revenue estimates for budgetary purposes are prepared by the Treasury, except for estimates of federal grants, which are prepared by OMB based on information received from the various departments and other recipients of such grants. Revenue and federal grant estimates are under continuous review and, if necessary, are revised at least quarterly during the fiscal year. Fiscal control over expenditures is exercised by the Governor, through the Director of OMB, and the Secretary of the Treasury.

During any fiscal year in which the resources available to the Commonwealth are insufficient to cover the appropriations approved for such year, the Governor may take administrative measures to reduce expenses and submit to both houses of the Legislative Assembly a detailed report of any adjustment necessary to balance the budget, or make recommendations to the Legislative Assembly for new taxes or authorize borrowings under provisions of existing legislation or take any other necessary action to meet the estimated deficiency. Any such proposed adjustments shall give effect to the "priority norms" established by law for the disbursement of public funds in the following order of priority; first, the payment of the interest on and amortization requirements for public debt (Commonwealth general obligations and guaranteed debt for which the Commonwealth's guarantee has been exercised); second, the fulfillment of obligations arising out of legally binding contracts, court decisions on eminent domain, and other unavoidable obligations to protect the name, credit and good faith of the Commonwealth; third, current expenditures in the areas of health, protection of persons and property, education, welfare, and retirement systems; and fourth, all other purposes.

A Budgetary Fund was created by Act No. 147 of June 18, 1980, as amended (the "Budgetary Fund"), to cover the appropriations approved in any fiscal year in which the revenues available for such fiscal year are insufficient, to secure the payment of public debt, and to provide for unforeseen circumstances in the provision of public service. An amount equal to one percent of the General Fund net revenues of the preceding fiscal year is required to be deposited annually into the Fund. In addition, other income (not classified as revenues) that is not assigned by law to a specific purpose is also required to be deposited in the Budgetary Fund. The maximum balance of the Budgetary Fund may not exceed 6% of the total appropriations included in the budget for the preceding fiscal year. During the last two fiscal years, the Legislative Assembly approved joint resolutions to halt temporarily the deposit of funds into the Budgetary Fund, and such funds were used instead to cover the budgetary deficits. As of April 30, 2009, the balance in the Budgetary Fund was $0.

An Emergency Fund was created by Act No. 91 of June 21, 1966, as amended (the "Emergency Fund"), to cover unexpected public needs caused by calamities, such as wars, hurricanes, earthquakes, droughts, floods and plagues, and to protect people's lives and property and the public sector credit. The Emergency Fund is capitalized annually with an amount totaling no less than one percent of the General Fund net revenues of the preceding fiscal year. Act No. 91 was amended in 2003 to set an upper limit to the Emergency Fund of $150 million at the beginning of the fiscal year and was further amended in 2005 to authorize the disbursement of funds from the Emergency Fund to cover certain General Fund expenditures and operational costs of the State Emergency Management Agency. The 2005 amendment also authorizes GDB to lend to the Commonwealth up to $150 million to replenish the Emergency Fund to provide funding for emergency and disaster needs. As of April 30, 2009, the balance in the Emergency

Fund was $3.6 million and $31.9 million is still available to be borrowed from GDB pursuant to said 2005 amendment.

**Appropriations**

Appropriations in the central government budget of Puerto Rico consist of the following:

(i)      General Fund appropriations for recurring ordinary operating expenses of the central government and of the Legislative Assembly are made by a single annual law known as the Joint Resolution of the General Budget.

(ii)     General Fund appropriations for special operating expenses, for contributions to municipalities, the University of Puerto Rico and the Judicial Branch and for capital expenditures are authorized by separate law for one or more years for special programs or activities, which may be permanent or transitory.

(iii)    Disbursements of Special Funds for operating purposes and for capital improvements. For the most part, such disbursements do not require annual legislative authorization, because they are authorized by previous legislation or by the United States Congress.  Federal grants constitute the major part of the resources of the Special Funds.

(iv)     Bond Fund appropriations for capital expenditures financed by bonds. Such expenditures occur in one or more years.

In Puerto Rico, the central government performs many functions, which in the fifty states are the responsibility of local governments, such as providing public education, police and fire protection.  The central government also provides significant annual grants to the University of Puerto Rico and to the municipalities.  In addition, the Commonwealth appropriates annually to the Judicial Branch an amount equal to 4% of the average annual revenue from internal sources for each of the two preceding fiscal years.  This percentage may be increased upon review, with scheduled reviews every five years.

For each of fiscal years 2008 and 2009, approximately 23% of the General Fund was committed to the payment of fixed charges such as municipal subsidies, grants to the University of Puerto Rico, mandated funding for the Judicial Branch, rent payments to the Public Buildings Authority, and debt service on the direct debt of the Commonwealth. This proportion will increase to 36% in fiscal year 2010 since the Government of Puerto Rico is pledging additional resources to cover outstanding debts.

For fiscal years 2008 and 2009, over 60% of the controllable funds portion of the General Fund was committed for the payment of the central government payroll (not including the University of Puerto Rico and the Judicial Branch).  Commencing with fiscal year 2010, the Commonwealth expects to reduce this proportion to 46% due mainly to the savings in operational expenses of $2.0 billion expected from the implementation of the Fiscal Plan.  The following table shows a breakdown between controllable and non-controllable General Fund expenses.

## General Fund Expenses Breakdown
### (in millions)

|  | 2008 | 2009* | 2010+ |
|---|---|---|---|
| **Non-Controllable Expenses** |  |  |  |
| Mandated Expenses (Formula) |  |  |  |
| Contributions to Municipalities | $    350 | $    368 | $    308 |
| University of Puerto Rico | 808 | 835 | 729 |
| Judicial Branch | 323 | 348 | 348 |
| Rent Payments to Public Buildings Authority | 259 | 206 | 312 |
| General Obligation Debt Service | 203 | 288 | 521 |
| Other Debt Service | 103 | 105 | 566 |
| Total of Non-Controllable Expenses | $  2,046 | $  2,150 | $  2,784 |
| Percent of Total General Fund Expenses | 23% | 23% | 36% |
| **Controllable Expenses** | $  7,041 | $  7,334 | $  4,903 |
| Payroll and Related Costs[1] | 4,244 | 4,695 | 2,260 |
| Payroll as a Percentage of Controllable Expenses | 60% | 64% | 46% |
| **Total General Fund Expenses** | $  9,087 | $  9,484 | $  7,670 |

_____

\* Estimated.

+ Projected.

(1) Excludes University of Puerto Rico and Judicial Branch.

*Source*:  *Office of Management and Budget*

## Projected Budget for Fiscal Year 2010

On April 29, 2009, the Governor of Puerto Rico submitted a proposed budget for fiscal year 2010 to the Legislative Assembly.  The administration expects the budget to be approved before June 30, 2009.  The following table presents a summary of the Commonwealth's central government proposed budget for fiscal year 2010.

**Commonwealth of Puerto Rico**
**Summary of Central Government Annual Budget**
**Fiscal Year Ending June 30, 2010**
**(in thousands)***

| | General Fund | Bond Fund | Special Funds | Total |
|---|---|---|---|---|
| Revenues from internal sources: | | | | |
| Property taxes | $ 230,000 | $ - | $ 121,585 | $ 351,585 |
| Personal income taxes | 2,614,000 | - | - | 2,614,000 |
| Retained non-resident income tax | 836,000 | - | - | 836,000 |
| Corporate income taxes | 1,541,000 | - | - | 1,541,000 |
| Partnership income taxes | 2,000 | - | - | 2,000 |
| Tollgate taxes | 5,000 | - | - | 5,000 |
| 17% withholding tax on interest | 11,000 | - | - | 11,000 |
| 10% withholding tax on dividends | 49,000 | - | - | 49,000 |
| Inheritance and gift taxes | 5,000 | - | - | 5,000 |
| Sales and use taxes | 606,000 | - | - | 606,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 288,000 | - | - | 288,000 |
| Motor vehicles and accessories | 334,000 | - | - | 334,000 |
| Cigarettes | 163,000 | - | - | 163,000 |
| Other (excise taxes) | 89,000 | - | 670,082 | 759,082 |
| Licenses | 94,000 | - | - | 94,000 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 63,000 | - | - | 63,000 |
| Electronic lottery | 95,000 | - | - | 95,000 |
| Registration and document certification fees | 143,000 | - | - | 143,000 |
| Other | 143,000 | - | 331,308 | 474,308 |
| Total revenues from internal sources | 7,311,000 | - | 1,122,975 | 8,433,975 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 356,000 | - | - | 356,000 |
| Federal grants[1] | 0 | - | 5,750,173 | 5,750,173 |
| Customs | 3,000 | - | - | 3,000 |
| Total revenues from non-Commonwealth sources | 359,000 | - | 5,750,173 | 6,109,173 |
| Total revenues | 7,670,000 | - | 6,873,148 | 14,543,148 |
| Other: | | | | |
| Balance from previous year | 0 | - | 556,629 | 556,629 |
| Bonds authorized | 0 | 0 | - | - |
| Total other sources | 0 | 0 | 556,629 | 556,629 |
| Total resources | 7,670,000 | 0 | 7,429,777 | 15,099,777 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 807,739 | - | 69,952 | 877,691 |
| Education | 2,907,209 | - | 2,045,171 | 4,952,380 |
| Health | 1,341,463 | - | 573,049 | 1,914,512 |
| Welfare | 239,678 | - | 2,808,173 | 3,047,851 |
| Economic development | 119,244 | - | 131,078 | 250,322 |
| Public safety and protection | 424,076 | - | 127,827 | 551,903 |
| Transportation and communication | 53,166 | - | 80,823 | 133,989 |
| Housing | 7,982 | - | 481,542 | 489,524 |
| Contributions to municipalities | 369,277 | - | 13,693 | 382,970 |
| Special pension contributions | 313,626 | - | 0 | 313,626 |
| Debt service | 520,600 | - | 121,585 | 642,185 |
| Other debt service (appropriations) | 565,940 | - | 609,000 | 1,174,940 |
| Total appropriations – current expenses | 7,670,000 | - | 7,061,893 | 14,731,893 |
| Capital improvements | 0 | - | 84,480 | 84,480 |
| Total appropriations | 7,670,000 | - | 7,146,373 | 14,816,373 |
| Year-end balance | 0 | - | 283,404 | 283,404 |
| Total appropriations and year-end balance | $ 7,670,000 | - | $ 7,429,777 | $15,099,777 |

*   Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.

*Sources:  Department of the Treasury and Office of Management and Budget*

Projected revenues for fiscal year 2010 total $15.1 billion and projected General Fund Revenues total $7.7 billion. The major changes in general fund revenues are accounted mainly by increases in property taxes (up $230.6 million), corporate income tax (up $129 million), personal income taxes (up $59 million), and excise taxes on cigarettes and alcoholic beverages (up $50 million) and decreases in the sales and use tax (down $305 million, due principally to the increase in the portion of the tax transferred to COFINA), retained non-resident income tax (down $55 million), federal excise tax on offshore shipments (down $38 million), interest on dividends subject to tax (down $9 million), and excise tax on motor vehicles and accessories (down $5 million).

Estimated expenses for the central government of all budgetary funds total $14.8 billion, a decrease of $66.8 million from fiscal year 2009.  The major changes in general fund expenditures by program in fiscal year 2010 are mainly due to increases in general obligation bonds debt service (up $232.6 million) and other debt service appropriations (up $450.9 million) and decreases in public safety and protection (down $1.273 billion), education (down $527.2 million), health (down $217.5 million), general government (down $88.1 million), welfare (down $255.5 million), economic development (down $61.2 million), transportation and communication (down $44.3 million), housing (down $21.2 million), and contributions to municipalities (down $9.1 million).

For fiscal year 2010, the government expects to incur an additional $2.5 billion in expenses, for a total of $10.1 billion in expenses.  Approximately $2 billion of this amount is related to (i) transitory expenses related to the implementation of the expense-reduction measures in the Fiscal Plan ($1 billion) and (ii) additional expenses ($1 billion) which will be incurred in fiscal year 2010 but will not be incurred in subsequent fiscal years as a result of the expense reduction plan being implemented under Act 7.  This additional amount of expenses is included in the consolidated budget of the Commonwealth and expected to be covered from the proceeds of COFINA bond issues.

**Budget for Fiscal Year 2009**

The consolidated budget for fiscal year 2009 totals $27.4 billion.  Of this amount, $14.9 billion is assigned to the central government.  This includes General Fund total resources and appropriations of $9.484 billion, which represents an increase of $396.5 million over approved expenditures for fiscal year 2008.  The increase in expenditures is mainly due to University of Puerto Rico, judiciary, and municipal formula increases and salary increases mandated by law or collective bargaining agreements.  Due to the fact that general elections were held in November 2008, which fell within fiscal year 2009, an additional $42.3 million was budgeted for the State Elections Commission.

The General Fund revenue projection for fiscal year 2009 was $8.488 billion, an increase of $235 million, or 2.8%, from estimated net revenues for fiscal year 2008 of $8.253 billion.  The Commonwealth's budgeted expenditures for fiscal year 2009 of $9.484 billion exceed projected revenues of $8.488 billion by approximately $1 billion.  The gap was covered by a $1.0 billion loan from GDB to the Commonwealth secured by certain tax receivables.  This loan is expected to be repaid during fiscal year 2009 from COFINA bond issues.

Estimated expenses and capital improvements of all budgetary funds for fiscal year 2009 total $14.9 billion, an increase of $713.8 million from fiscal year 2008.  The major changes in General Fund expenditures by program in fiscal year 2009 are mainly due to increases in welfare (up $112.6 million), education (up $92.9 million), debt service on Commonwealth's general obligation and guaranteed debt (up $85.0 million), general government (up $75.1 million), health (up $46.3 million), special pension contribution (up $17.5 million), other debt service (up $12.1 million), contributions to municipalities (up $3.7 million), transportation and communication (up $2.1 million), public safety and protection (up $1.2 million), housing (up $0.6 million) and a decrease in economic development expenses of $28.5 million.

The following table presents a summary of the Commonwealth's central government budget appropriations for the fiscal year ending June 30, 2009.

### Commonwealth of Puerto Rico
### Summary of Central Government Annual Budget
### Fiscal Year Ending June 30, 2009
### (in thousands)*

| | General Fund | Bond Fund | Special Funds | Total |
|---|---|---|---|---|
| Revenues from internal sources: | | | | |
| Property taxes | $        - | $        - | $   120,981 | $   120,981 |
| Personal income taxes | 2,555,000 | - | - | 2,555,000 |
| Retained non-resident income tax | 891,000 | - | - | 891,000 |
| Corporate income taxes | 1,412,000 | - | - | 1,412,000 |
| Partnership income taxes | 3,000 | - | - | 3,000 |
| Tollgate taxes | 5,000 | - | - | 5,000 |
| 17% withholding tax on interest | 12,000 | - | - | 12,000 |
| 10% withholding tax on dividends | 57,000 | - | - | 57,000 |
| Inheritance and gift taxes | 5,000 | - | - | 5,000 |
| Sales and use taxes | 911,000 | - | - | 911,000 |
| Excise taxes: | | | | |
| Alcoholic beverages | 282,000 | - | - | 282,000 |
| Motor vehicles and accessories | 339,000 | - | - | 339,000 |
| Cigarettes | 119,000 | - | - | 119,000 |
| Other (excise taxes) | 90,000 | - | 41,605 | 131,605 |
| Licenses | 94,000 | - | - | 94,000 |
| Miscellaneous non-tax revenues: | | | | |
| Contributions from lottery fund | 59,000 | - | - | 59,000 |
| Electronic lottery | 89,000 | - | - | 89,000 |
| Registration and document certification fees | 137,000 | - | - | 137,000 |
| Other | 143,000 | - | 320,552 | 463,552 |
| Total revenues from internal sources | 7,203,000 | - | 483,138 | 7,686,138 |
| Revenues from non-Commonwealth sources: | | | | |
| Federal excise taxes on off-shore shipments | 394,000 | - | - | 394,000 |
| Federal grants[1] | 0 | - | 4,653,255 | 4,653,255 |
| Customs | 3,000 | - | - | 3,000 |
| Total revenues from non-Commonwealth sources | 397,000 | - | 4,653,255 | 5,050,255 |
| Total revenues | 7,600,000 | - | 5,136,393 | 12,736,393 |
| Other: | | | | |
| Other Income | 1,000,000 | - | - | 1,000,000 |
| Balance from previous year | 0 | - | 819,573 | 819,573 |
| Bonds authorized | 0 | - | - | 0 |
| Total other sources | 1,000,000 | - | 819,573 | 1,819,573 |
| Total resources | 8,600,000 | - | 5,955,966 | 14,555,966 |
| Appropriations: | | | | |
| Current expenses: | | | | |
| General government | 896,345 | - | 65,934 | 962,279 |
| Education | 3,434,366 | - | 1,277,693 | 4,712,059 |
| Health | 1,558,940 | - | 562,478 | 2,121,418 |
| Welfare | 495,172 | - | 2,550,514 | 3,045,686 |
| Economic development | 180,454 | - | 103,089 | 283,543 |
| Public safety and protection | 1,696,771 | - | 78,456 | 1,775,227 |
| Transportation and communication | 97,515 | - | 69,289 | 166,804 |
| Housing | 29,240 | - | 473,418 | 502,658 |
| Contributions to municipalities | 378,342 | - | 1,764 | 380,106 |
| Special pension contributions | 313,641 | - | 0 | 313,641 |
| Debt service | 288,000 | - | 120,981 | 408,981 |
| Other debt service (appropriations) | 115,006 | - | 0 | 115,006 |
| Total appropriations – current expenses | 9,483,792 | - | 5,303,616 | 14,787,408 |
| Capital improvements | 0 | - | 95,721 | 95,721 |
| Total appropriations | 9,483,792 | - | 5,399,337 | 14,883,129 |
| Year-end balance | (883,792) | - | 556,629 | (327,163) |
| Total appropriations and year-end balance | $8,600,000 | - | $ 5,955,966 | $14,555,966 |

---

\* Totals may not add due to rounding.
(1) Does not include grants received by agencies whose accounting systems are not centralized in the Treasury.

*Sources*: Department of the Treasury and Office of Management and Budget

Given the expected reduction in revenues due to current economic conditions, the General Fund revenue projection for fiscal year 2009 was adjusted in January 2009 to $7.6 billion, a reduction of $884 million from the original budgeted revenues.  For fiscal year 2009, in order to cover a budgetary imbalance between projected revenues of $8.5 billion and budgeted expenditures of $9.5 billion, the original budget included a $1 billion loan from GDB to the Commonwealth secured by an assignment of tax receivables.   In addition, non-budgeted expenses in the amount of $1.349 billion were identified in the government transition process.  The projected revenue shortfall of $884 million, plus the $1 billion GDB financing and the additional non-budgeted expenditures of $1.349 billion result in an aggregate structural deficit for fiscal year 2009 of approximately $3.233 billion.  These are preliminary figures and are subject to final revision by OMB.

The following table shows a breakdown of these non-budgeted expenses:

**Budgeted and Non-Budgeted Expenses for Fiscal Year 2009**

|  | **Fiscal Year 2009 Expenses** (in millions) |
|---|---|
| Budgeted Expense Base | $    9,484 |
|  |  |
| Non-Budgeted Expenses |  |
| Public Health Plan and Education Department Deficit | 500 |
| Non-budgeted debt service of Public Improvement Fund payable to GDB | 175 |
| Non-budgeted debt service of other entities payable to GDB | 174 |
| Non-budgeted rent payable to PBA | 145 |
| Financing and collateral expenses related to swap transactions | 111 |
| Deficits attributed to other agencies | 88 |
| Non-budgeted utilities payments | 60 |
| Non-budgeted financing expenses related to TRANs | 54 |
| Interest payments for Treasury line of credit | 27 |
| Environmental Quality Board Early Retirement Plan without repayment source | 15 |
| Total of Non-Budgeted Expenses | $    1,349 |
|  |  |
| **Total Expenses** | **$   10,833** |

Act 7, in conjunction with Act 91 and Act 1, allocates to COFINA, commencing on July 1, 2009, a total of one-half of the 5.5% Commonwealth Sales Tax (the equivalent of a 2.75% tax), thus expanding COFINA's capacity to issue bonds.  These laws allow for the use of these funds to cover operational expenses of the Commonwealth between fiscal years 2009 and 2012.

During the second half of fiscal year 2009, the Governor of Puerto Rico has issued several Executive Orders to implement measures of austerity, fiscal control and expense reduction.  Among these initiatives, the Governor ordered government agencies to reduce their operational costs by an amount equal to ten percent (10%) of half of their total budgeted expenses for fiscal year 2009, eliminate thirty percent (30%) of authorized government non-career positions, institute a hiring freeze of government employees, eliminate government credit cards, strictly control travel expenses, and impose limitations on the use of cellular phones and PDAs, agency vehicles, and electric power usage.  These measures are currently being implemented by every agency and firmly monitored by OMB.

**Expense Reduction Plan to Achieve Fiscal Balance**

The Commonwealth's economic team is working together to enforce spending control measures that have been established to attempt to minimize the budget risk.  Payroll expense reduction measures already implemented include: salary reduction of non-career employees and agency heads, salary freezes, ban of new positions, and the elimination of vacant positions.  The executive and legislative branches also worked together to approve the legal framework for implementing the expense-reduction plan.  As described above, Act 7 established a multiphase, mandatory expense-reduction program of $2 billion from the General Fund for fiscal year 2010.  These expense-reduction measures are an important component of the Fiscal Plan and are expected to play a significant part in balancing the budget for subsequent fiscal years.  Act 7 also provides for additional tax revenue generation and tax revenue enforcement measures and provides for a number of financial measures intended to eliminate the Commonwealth's recurring structural budget deficit on or before fiscal year 2013.  See "Fiscal Stabilization and Economic Reconstruction — Fiscal Stabilization Plan" under *The Economy*.

OMB will also establish a "Continuous Government Reform Agenda" with the objective of reducing Government's size through the implementation of a zero-based budgeting approach for fiscal year 2010.  OMB plans to review programs and activities with a "grassroots" approach, rank activities by priority and social impact, and find synergies and efficiencies between programs as the Government merges activities in order to eliminate duplicative efforts.

**Differences between Budget and Basic Financial Statements**

Revenues and expenditures, as reported by the Treasury in its Basic Financial Statements, may differ substantially from resources and appropriations in the annual budget for a number of reasons, including the following:

(i)   The budgetary accounts are on a cash basis, while financial statements prepared by the Treasury include accruals and other adjustments as required by government accounting standards.

(ii)  Expenditures for current purposes in a particular fiscal year may include amounts appropriated for earlier periods but not previously expended and, conversely, may exclude amounts appropriated for such fiscal year but not expended until later periods.

(iii) Bonds are authorized by the Commonwealth in accordance with a four-year capital improvement program.  Since bond sales are determined by bond market conditions and other

factors, the amounts of bonds sold for these improvements are financed by advances from the General Fund to the Capital Projects Fund, which are later reimbursed from proceeds of bond or notes sales.

## LITIGATION

The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended ("Act 104"), persons are authorized to sue the Commonwealth only for causes of actions specified in said Act. The Commonwealth may be liable under Act 104 for damages up to a maximum amount of $75,000, or $150,000 if the suit involves actions for damages to more than one person or where a single injured party is entitled to several causes of action.

Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended, the Commonwealth may provide its officers and employees, including directors of public corporations and government instrumentalities and mayors of the municipalities of the Commonwealth, with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the amount of the judgment that may be paid under the act in cases before federal court, but in all other cases the Puerto Rico Secretary of Justice may determine whether, and to what extent, the Commonwealth will assume payment of such judgment.

With respect to pending and threatened litigation, as of June 30, 2007, the Commonwealth has included in its financial statements reported liabilities of approximately $950 million for awarded and anticipated unfavorable judgments. While amounts claimed exceed $6 billion, such amount represents the amount estimated at the time as a probable liability or a liability with a fixed or expected due date, which would require future available financial resources for its payment. The Commonwealth believes that the ultimate liability in excess of amounts provided in the financial statements, if any, would not be significant.

On April 13, 2009, a group of government employees along with labor organizations that represent governmental employees filed a complaint in the U.S. District Court for the District of Puerto Rico against the Governor of Puerto Rico and several agency heads. In the Complaint, the plaintiffs seek, among other relief, an injunction to stop the Government of Puerto Rico from implementing the cost-cutting provisions of Act 7, described above in "Fiscal and Economic Reconstruction—Expense Reduction Measures" under "The Economy."

The main legal basis to seek the injunction is that the referenced Act 7 provisions allegedly violate United States and Puerto Rico law prohibitions on impairment of contracts and retroactive application of laws. Plaintiffs are seeking to have such provisions declared unconstitutional and thus legally unenforceable. The administration intends to defend vigorously the constitutionality of Act 7 and continues with its implementation.

The Commonwealth is a defendant in two lawsuits filed, one in Commonwealth court and one in the U.S. District Court for the District of Puerto Rico, by an association of primary care health centers seeking to recover from the Commonwealth $800 million of Medicaid funds retained by the Department of Health since 1997. In June 2004, the Superior Court of the

94

Commonwealth in San Juan determined that the Commonwealth must return those funds. The Supreme Court of Puerto Rico, however, upheld a partial ruling allowing the Commonwealth to deduct from the payments due to the centers certain of the payments received by the centers from the federal government. Currently, audits are being carried out on the plaintiff centers. As of June 30, 2007, the Commonwealth has accrued $50 million for this legal contingency. With respect to the federal case, the Commonwealth disbursed approximately $18 million between April 2004 and January 2007 in compliance with a preliminary injunction issued by the U.S. District Court for the District of Puerto Rico.

The Commonwealth is also a defendant in a class action presented by parents of special-education students before Commonwealth courts alleging that the Puerto Rico Department of Education had failed to provide legally required special education and related services. In October 2006, the San Juan Court of Appeals decided in favor of the parents' request to include damage claims in the same class-action case, and the court may now award damages to the members of the class. When awarding damages, the court may consider the claims in groups or each case individually, and the parents must have proven the damages suffered. The Commonwealth plans to defend vigorously each case. As of June 30, 2007, the Commonwealth had accrued $450 million for this legal contingency.

In addition, the Commonwealth is a defendant in a lawsuit filed by a group of vehicle owners in Commonwealth courts, which suit questions the legitimacy of Act No. 42 of August 1, 2005, as amended ("Act 42"). Act 42 imposes additional annual motor-vehicle fees on all "luxury" motor vehicles that are used for private purposes. On March 15, 2007, the First Circuit Court of San Juan ruled against the Commonwealth and ordered the Commonwealth to return the funds collected. The Commonwealth appealed this decision to the Court of Appeals. On January 29, 2008, the Court of Appeals upheld the decision of the First Circuit Court of San Juan. The Supreme Court of Puerto Rico has granted the Commonwealth's application for certiorari and will hear an appeal of the decision of the Court of Appeals. As of June 30, 2007, the Commonwealth had accrued $450 million for this legal contingency

The Commonwealth and various component units are defendants in other lawsuits alleging violations of civil rights, breach of contract, and other damage claims. Preliminary hearings and discovery proceedings are in progress. The amounts claimed exceed $5 billion; however, the ultimate liability cannot be presently determined. It is the opinion of the Commonwealth that the claims are excessive. No provision for any liability that may result upon adjudication of these lawsuits has been recognized by the Commonwealth. The Commonwealth believes that the ultimate liability, if any, would not be significant.