UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR 22 PM 5: 19
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

   Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

----------------------------------------------------------------x

## INFORMATIVE MOTION – APRIL 24, 2019 HEARING

Peter C. Hein, pro se, will attend the April 24-25, 2019 hearing in the New York courtroom (17C),

Peter C. Hein requests the opportunity to speak on the following matters:

(1)    COFINA's Thirteenth Omnibus Objection (Docket#4417) and Response of Peter C. Hein to COFINA's Thirteenth Omnibus Objection to Claim No 10701. *See* Docket#4585, 4595, 4673, 4606-3 (*et seq.*), 4911, 5041 (including Exs. 1 and 2 thereto) and Docket#6283 (Supplement to my Response to Thirteenth Omnibus Objection served 4/10/19).

(2)    Motion of Individual General Obligation Bondholder (i) To Permit Electronic Filing By Pro Se Parties; (ii) (In The Alternative To "(1)") To Set Up A Mechanism To Permit Pro Se Parties To File And Serve Papers By Submission By Email To Prime Clerk; (iii) To Permit Pro Se Parties To Listen Into Proceedings By Telephone; and (iv) To Order The Appointment Of A Committee For Individual And Other Modest-Sized Bondholders. *See* Docket#6128 and Docket#_____ (Reply Memorandum being served 4/16/19).

-2-

(3) Objection of Individual General Obligation Bondholder to Docket#6118 and 6119, Joint Motion to Toll 11 USC §546 Statute of Limitations, filed by FOMB. *See* Docket#6151; see also Docket#4913, 5103, 5377, 5378, 6128 and ____ (Reply Memorandum being served 4/16/19).

(4) Other matters that are on the agenda or that may arise that affect my interests.

Dated: April 16, 2019

Respectfully Submitted,

*/s/ Peter C. Hein*

Peter C. Hein, Pro Se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com

## CERTIFICATE OF SERVICE

I have caused to be served a copy of:

1.  Reply – In Further Support of Motion of Individual General Obligation Bondholder (1) To Permit Electronic Filing By Pro Se Parties; (2) (In the Alternative to "(1)") To Set Up A Mechanism To Permit Pro Se Parties To File and Serve Papers By Submission By Email To Prime Clerk; (3) To Permit Pro Se Parties To Listen Into Proceedings By Telephone; and (4) To Order the Appointment of A Committee For Individual and Other Modest-Sized Bondholders.

2.  Informative Motion – April 24, 2019 Hearing,

by email (or by hand or by U.S. mail, if no email address is listed) to each of the parties or their attorneys on the attached service list.

Dated: April 16, 2019

_____
Peter C. Hein

(i) Chambers of the Honorable Laura Taylor Swain:

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922
ustp.region21@usdoj.gov
Monsita.Lecaroz@usdoj.gov

(iii) Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):

Puerto Rico Fiscal Agency and Financial Advisory Authority
Robert Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn:   Gerardo J. Portela Franco
        Mohammad Yassin, Esq.
E-Mail: Gerado.Portela@aafaf.pr.gov
        Mohammad.Yassin@aafaf.pr.gov

(iv) Counsel for AAFAF:

| O'Melveny & Meyers LLP | Marini Pietrantoni Muñiz LLC |
| 7 Times Square | MCS Plaza, Suite 500 |
| New York, New York 10036 | 255 Ponce de León Ave. |
| Attn: John J. Rapisardi, Esq. | San Juan, PR 00917 |
| Suzzanne Uhland, Esq. | Attn: Luis C. Marini-Biaggi, Esq. |
| Peter Friedman, Esq. | Carolina Velaz-Rivero, Esq. |
| Nancy A. Mitchell, Esq. | María T. Álvarez-Santos, Esq. |
| Maria J. DiConza, Esq. | E-Mail: lmarini@mpmlawpr.com |
| E-Mail: jrapisardi@omm.com | cvelaz@mpmlawpr.com |
| suhland@omm.com | malvarez@mpmlawpr.com |
| pfriedman@omm.com | |
| mitchelln@omm.com | |
| mdiconza@omm.com | |

(v) Counsel for the Oversight Board:

Proskauer Rose LLP                      O'Neill & Borges LLC
Eleven Times Square                     250 Muñoz Rivera Ave., Suite 800
New York, New York 10036-8299           San Juan, PR 00918-1813
Attn:   Martin J. Bienenstock           Attn:   Hermann D. Bauer, Esq.
        Paul V. Possinger               E-Mail: hermann.bauer@oneillborges.com
        Ehud Barak
        Maja Zerjal
E-Mail: mbienenstock@proskauer.com

-2-

        ppossinger@proskauer.com
        ebarak@proskauer.com
        mzerjal@proskauer.com

(vi)    Counsel for the Creditors' Committee:

| Paul Hastings LLP | Casillas, Santiago & Torres LLC |
|---|---|
| 200 Park Avenue | El Caribe Office Building |
| New York, New York 10166 | 53 Palmeras Street, Ste. 1601 |
| Attn: Luc. A. Despins | San Juan, Puerto Rico 00901-2419 |
|      James Bliss | Attn: Juan J. Casillas Ayala |
|      James Worthington |      Diana M. Batlle-Barasorda |
|      G. Alexander Bongartz |      Alberto J. E. Añeses Negrón |
| E-Mail: lucdespins@paulhastings.com |      Ericka C. Montull-Novoa |
|      jamesbliss@paulhastings.com | E-Mail: jcasillas@cstlawpr.com |
|      jamesworthington@paulhastings.com |      dbatlle@cstlawpr.com |
|      alexbongartz@paulhastings.com |      aaneses@cstlawpr.com |
| |      emontull@cstlawpr.com |

(vii)    Counsel for the Retiree Committee:

| Jenner & Block LLP | Bennazar, Garcia & Milián, C.S.P. |
|---|---|
| 919 Third Avenue | Edificio Union Plaza PH-A piso 18 |
| New York, New York 10022 | Avenida Ponce de León #416 |
| Attn: Robert Gordon | Hato Rey, San Juan, Puerto Rico 00918 |
|      Richard Levin | Attn: A.J. Bennazar-Zequeira |
|      Catherine Steege | E-Mail: ajb@bennazar.org |
| E-Mail: rgordon@jenner.com | |
|      rlevin@jenner.com | |
|      csteege@jenner.com | |

(viii)    Counsel listed on the attachments hereto, by email:

**Peter C. Hein**

| | |
|---|---|
| **From:** | Peter C. Hein <petercheinsr@gmail.com> |
| **Sent:** | Tuesday, April 16, 2019 10:34 AM |
| **To:** | petercheinsr@gmail.com |
| **Subject:** | 17 BK 3283-LTS and 17 BK 3284-LTS 4/16/19 service 1 |

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**To:** Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; mitchelln@omm.com; mdiconza@omm.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; mbienenstock@proskauer.com; ppossinger@proskauer.com; herman.bauer@oneillborges.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov
**Cc:** petercheinsr@gmail.com

1

**Peter C. Hein**

**From:** Peter C. Hein <petercheinsr@gmail.com>
**Sent:** Tuesday, April 16, 2019 10:34 AM
**To:** petercheinsr@gmail.com
**Subject:** 17 BK 3283-LTS and 17 BK 3284-LTS service 2

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**To:** 'Goldstein, Irena'; 'Bassett, Nicholas A. (Paul Hastings LLP)'; 'Burke, Donald'; 'Stancil, Mark T. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP)'; 'Bernstein, Donald S. (Davis Polk & Wardwell LLP)'; 'Resnick, Brian M. (Davis Polk & Wardwell LLP)'; 'Libby, Angela (Davis Polk & Wardwell LLP)'; 'Peck, James M. (Morrison & Foerster, LLP)'; 'Lee, Gary S. (Morrison & Foerster, LLP)'; 'Fioccola, David J. (Morrison & Foerster, LLP)'; 'Esposito, Grant J. (Morrison & Foerster, LLP)'; 'Ellenberg, Mark C. (Cadwalader, Wickersham & Taft LLP)'; 'Caton, Amy (Kramer Levin Naftalis & Frankel LLP)'; 'Mayer, Thomas Moers (Kramer Levin Naftalis & Frankel LLP)'; 'Bello, Nancy M. (Kramer Levin Naftalis & Frankel LLP)'; 'O'Neill, P. Bradley (Kramer Levin Naftalis & Frankel LLP)'; 'Zeituni, Karen (Paul, Weiss, Rifkind, Wharton & Garrison LLP)'; 'Rosenberg, Andrew N. (Paul, Weiss, Rifkind, Wharton & Garrison LLP)'; 'Buckley, Douglas (Kramer Levin Naftalis & Frankel LLP)'; 'Bjork, Jeffrey E. (Latham & Watkins LLP)'; 'Harris, Christopher (Latham & Watkins LLP)'; 'Goldberg, Adam J. (Latham & Watkins LLP)'; 'Burton, Liza L. (Latham & Watkins LLP)'; 'Servais, Casey'; 'Esposito, Grant J. (Morrison & Foerster, LLP)'; 'Fioccola, David J. (Morrison & Foerster, LLP)'; 'Massman, Stephanie'; 'Despins, Luc A. (Paul Hastings LLP)'; 'Bliss, James R. (Paul Hastings LLP)'; 'Weisfelner, Edward S. (Brown Rudnick Berlack Israels LLP)'; 'Papalaskaris, Angela (Brown Rudnick Berlack Israels LLP)'; 'Beville, Sunni P. (Brown Rudnick Berlack Israels LLP)'
**Cc:** petercheinsr@gmail.com

1

## Peter C. Hein

**From:** Peter C. Hein <petercheinsr@gmail.com>
**Sent:** Tuesday, April 16, 2019 10:33 AM
**To:** petercheinsr@gmail.com
**Subject:** 17 BK 3283-LTS and 17 BK 3284-LTS service 3

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**To:** mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com
**Cc:** petercheinsr@gmail.com

1