Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

RECEIVED & FILED
2019 APR 22 PM 5:20
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.



$7.99
US POSTAGE
04/16/2019
From 10019
0 lbs 8 ozs
Zone 7
Pitney Bowes       022W0001126016
ComBasPrice
                  2076604879

**PRIORITY MAIL 3-DAY™**

Hein, Peter C.                    Estimated Delivery Date: 04/19/2019
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119                          0004

 C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

**USPS TRACKING #**



9405 5098 9864 1511 5638 52

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767


