UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(PART 2 OF 2)

      The attached additional pro se Notices of Participation have been received by the Court[2] for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
(Part 2 of 2)
April 22, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

41. Hanumantha Rao

42. John Summers

43. Cecilia Munger

44. Suzanne K. Pickarts

45. Leslie Gardiner

46. Keith Radermacher

47. Wayne A. Johnson

48. Hal M. Polk

49. Diane A. Younger

50. Harold Aronberg

51. Rodney C. Gaines and Linda S. Gaines

52. Betty S. Walker

53. Lawrence G. Lucas

54. Louis Sterling

55. Mayaguez Cinema, Corp.

56. Rio Hondo Cinema, Corp.

57. Hato Rey Cinema, Corp.

58. Caribbean Cinema of Guaynabo, Corp.

59. Plaza Escorial Cinema, Corp.

60. Catalinas Cinema, Corp.

61. Rodney C. Gaines and Linda S. Gaines

62. Manojkumar Javia

2

Pro Se Notices of Participation Received by the Court
(Part 2 of 2)
April 22, 2019

63. Amy Javia 2011 Trust

64. Sagar 2011 Trust

65. Subhash Javia and Naina Javia

66. Amy Javia

67. Sagar Javia

68. Javia 2011 Grandchildren's Trust

69. Mark Stephen Aquadro

70. Aquadro Family Irrevocable Trust

71. Raymond Leonard

72. Linda Leonard

73. Maurice Michelson

74. Marilyn L. Greenberger

75. Andrea L. Koepke

76. Thomas E. Mattern

77. Jeffrey G. Hipp and Mary A. Hipp

78. Jamisyn R. Hipp

79. Leander G. Hipp

80. Charles Mathnig

81. James H. & Jessica C. Fleming Living Trust

82. Roger R. Oldenburg and Patricia L. Oldenburg

83. Susan E. Schur

84. Jaime B. Fuster Belingeri Estate

85. Jaime J. Fuster Zalduondo and Maria L. Fuster Zalduondo

Dated: April 22, 2019