**✯THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019✯**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22  AM 8: 15

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------X

In re:                                          :

                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
as representative of                            :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
Debtors.                                        :
------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Hanumantha Rao
----------------------------------------             ----------------------------------------
Participant Name                                     Firm Name (if applicable)


Kmhrao @gmail.com
----------------------------------------             ----------------------------------------
Contact Person (if Participant is not an individual)  Contact Person

Email Address                                        Email Address
Kmhrao @gmail.com
----------------------------------------             ----------------------------------------

Address line 1                          Address line 1

_613 Timberlake Dr._
Address line 2                          Address line 2

_Hddresss, mm Ewing, NJ 08618_
City, State Zip Code                    City, State Zip Code

_US_
Country                                 Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        **74514LB89**

    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    _Hanumantha Rao_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _March 10, 2019_
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

6 Lakeside Circle
Andover, MA 01810

RECEIVED & FILED
2019 APR 22 AM 8:1
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.





The Clerk of the United States District
  Court for the District of Puerto
Room 150
Federal Building
150 Carlos Chardon Ave
San Juan, PR   00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*[handwritten: Ken - ?]*

*[handwritten: FILED]*
*2019 APR 22 AM 8: 15* *[handwritten: Re: M-L investment?]*

*[stamp: CLERK'S OFFICE DISTRICT COURT SAN JUAN, P.R.]*

------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

    Debtors.

------------------------------------------------X

   :
   :
   :
   :   PROMESA
   :   Title III
   :
   :   Case No. 17-BK-3283 (LTS)
   :
   :   (Jointly Administered)
   :
   :

*[handwritten: ask Mark E.]*

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*[handwritten: John M Summers]*
Participant Name

Contact Person (if Participant is not an individual)

*[handwritten: jsummers@qc1001.com]*
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____

Address line 1

_1001 Lexington Avenue_

Address line 2

_Rochester, NY 14606_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
           _74514LA56, 74514LD79, 74514LD53_

      (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _John Summers_
    Signature

    _John M. Summers_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _4/15/19_
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR ____-1767.**

2

Summers
1001 Lexington Avenue
Rochester, NY 14606

RECEIVED & FILED
2019 APR 22  AM 8:15
CLERK'S OFFICE
U.S. DISTRICT COU.
SAN JUAN, P.R.

NY 144

15 APR '19

PM 4 L



02 1P
0000864634      APR 15 2019
MAILED FROM ZIP CODE 14606

$ 000.50⁰
PITNEY BOWES

The Clerk of the United States District Court for the
District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

*RECEIVED & FILED
2019 APR 22 AM 8: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.*

-----------------------------------------------------------X

In re:                                               :

THE FINANCIAL OVERSIGHT AND           :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :        Title III

    as representative of                  :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :    (Jointly Administered)

    Debtors.                              :

-----------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>**Participant Name and Contact Information**</u> | <u>**Counsel Contact Information (if any)**</u> |
|---|---|
| *CECILIA MUNGER* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| | |

Case:17-03283-LTS   Doc#:6488-1   Filed:04/22/19   Entered:04/23/19 16:45:39   Desc:
Pro Se Notices of Participation   Page 8 of 156

SRF 31030

| | |
|---|---|
| Address line 1 | Address line 1 |
| *2825 S.E. 27th Terrace* | |
| Address line 2 | Address line 2 |
| *CAPE CORAL, FL 33904* | |
| City, State Zip Code | City, State Zip Code |
| *U.S.A.* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____X_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  YES or ⃝NO⃝ (please **circle one**).

By: *William J Tan*
Signature

*William Huwer   P.O.A.*
Print Name

_____
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

CECILIA MUNGER
7275.E. 10TH PLACE
CAPE CORAL, FL- 33990

15 APR '19
PM 1 1




FOREVER                                USA

RECEIVED & FILED
2019 APR 22 AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
    DISTRICT OF PUERTO
ROOM 150
150 CARLOS CHARDON AVE.
SAN JUAN, PR 0918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO RECEIVED & FILED

2019 APR 22 AM 8: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-----------------------------------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :     Title III

    as representative of                        :     Case No. 17-BK-3283 (LTS)

                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.*,       :     (Jointly Administered)

    Debtors.                                    :
-----------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**        **Counsel Contact Information (if any)**

SUZANNE K. PICKARTS
_____        _____
Participant Name                                     Firm Name (if applicable)

_____        _____
Contact Person (if Participant is not an individual)        Contact Person

rjm-skp@swbell.net
_____        _____
Email Address                                         Email Address

_____        _____

Address line 1

_7302 PAGENT LANE_
Address line 2

_WICHITA, KS 67206_
City, State Zip Code

_USA_
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country
_____

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89 = $20,000 + $5,000 = $25,000_

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Suzanne K. Pickarts_
Signature

_SUZANNE K. PICKARTS_
Print Name

_____
Title (if Participant is not an Individual)

_04/13/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Suzanne Pickens
7302 Pagent Ln
Wichita KS 67206



RECEIVED & FILED
2019 APR 22 AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of Puerto Room 150
Federal Building 150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918$1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :      Title III
                                              :
        as representative of                  :      Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :      (Jointly Administered)
                                              :
        Debtors.                              :
-----------------------------------------------------------------X
```

*RECEIVED & FILED
2019 APR 22  AM 8: 17
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.*

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                **Counsel Contact Information (if any)**

_Leslie Gardiner_
_____                            _____
Participant Name                                           Firm Name (if applicable)


_____                            _____
Contact Person (if Participant is not an individual)       Contact Person

_lesliegardiner4@gmail.com_
_____                            _____
Email Address                                              Email Address


_____                            _____

Address line 1

_1500 E. Ocotillo Ave_

Address line 2

_Palm Springs, CA_

City, State Zip Code   _92264_

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.       If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
_745220JQ7,   74574-LB89_

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Leslie Gardiner_

Signature

_Leslie Gardiner_

Print Name

_____

Title (if Participant is not an Individual)

_04-15-19_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Leslie E. Gardiner
1500 E Ocotillo Ave
Palm Springs, CA 92264-8420



15 APR 2019 PM 7 L

FOREVER / USA

RECEIVED & FILED
2019 APR 22 AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of US District Court for
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, Puerto Rico

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22  AM 8: 17

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
          as representative of                  :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*       :    (Jointly Administered)
                                                :
          Debtors.                              :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in**
**accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,*
*Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,*
*Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by*
*Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

*Keith Raofermahin*                                  _____
Participant Name                                     Firm Name (if applicable)

_____                          _____
Contact Person (if Participant is not an individual) Contact Person

_____                          _____
Email Address                                        Email Address

_____                          _____

Address line 1                                           Address line 1

Address line 2                                           Address line 2

City, State Zip Code                                     City, State Zip Code

Country                                                  Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
    secondary market? **YES** or **NO** (please **circle one**).

By _____
Signature

Dr Keith Raselmaelse
Print Name

_____
Title (if Participant is not an Individual)

3/25/19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



**Wealth Management**

200 Park Avenue, 2nd Floor
Florham Park, NJ 07932

RECEIVED & FILED
2019 APR 22 AM 8:
CLERK OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

U.S. POSTAGE >> PITNEY BOWES
ZIP 07932 $ 000.50
02 4W
0000351774 APR 15 2019

The Clerk of the United States District
Court
  for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22  AM 8: 16
CLERK'S OFFICE
U.S DISTRICT COUR
SAN JUAN, P.R.

---------------------------------------------------------------X

In re:                                            :

                                                  :

THE FINANCIAL OVERSIGHT AND          :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :          Title III

                                                  :

        as representative of                      :          Case No. 17-BK-3283 (LTS)

                                                  :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :          (Jointly Administered)

                                                  :

        Debtors.                                  :
---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

   **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

   The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

Wayne A. Johnson
_____                                _____
Participant Name                                       Firm Name (if applicable)

_____                                _____
Contact Person (if Participant is not an individual)   Contact Person

wmcjohnson@msn.com
_____                                _____
Email Address                                          Email Address

_____                                _____

Address line 1

_6236 Ranier Lane N_
Address line 2

_Maple Grove, MN 55311_
City, State Zip Code

_United States_
Country

Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_# 74514 L B 89_
_# 74514 L P T 8_

(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Wayne A. Johnson_
Signature

_Wayne A Johnson_
Print Name

_____
Title (if Participant is not an Individual)

_April 12, 2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Johnson
12669 Cold Stream Dr.
Ft. Myers, FL

FT. MYERS FL 339

15 APR 2019 PM 1 L

USA
FOREVER

The Clerk of the United States District Court For the Dist. of PR
Room 150 Federal Building
150 Carlos Chardon Ave,
San Juan, PR 00918-1767

Attn. Clerks Office of the District Court in San Juan, PR

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR 22 AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

```
-------------------------------------------------X
                                                 :
In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :   Title III
                                                 :
         as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO et al.,          :   (Jointly Administered)
                                                 :
              Debtors.                           :
-------------------------------------------------X
```

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Hal M Polk* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *halmpolk@bellsouth.net* | |
| Email Address | Email Address |

Address line 1

*109 Claudia Dr*

Address line 2

*Starkville, MS 39754*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___L___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bond's, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   *74574 LB89*

   (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *Hal M. Polk*
   Signature

*Hal M. Polk*
Print Name

_____
Title (if Participant is not an Individual)

*04/13/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Polk
109 Claudia Dr.
Starkville, MS 39759

15 APR 2019 PM 1 1

RECEIVED & FILED
2019 APR 22 AM 8: 16

Clerk of US District Court District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

00918-170399

SRE.31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22  AM 8: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------X

In re:                                                  :

THE FINANCIAL OVERSIGHT AND          :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :        Title III

    as representative of                     :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)

    Debtors.                                    :

-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *DIANE A YOUNGER* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *diane_adair2003@yahoo.com* | |
| Email Address | Email Address |
| *3021 NW 87th St* | |

Address line 1                                              Address line 1

_____                                    _____
Address line 2                                             Address line 2

*KANSAS  CITY,  MO  64154*
City, State Zip Code                                        City, State Zip Code

*USA*
Country                                                    Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
                *74514LB89*

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: *Diane A. Younger*
Signature

*Diane A Younger*
Print Name

_____
Title (if Participant is not an Individual)

*04/11/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Diane A. Younger
3021 NW 87th St.
Kansas City, MO 64154



15 APR 2019 PM 7 L

RECEIVED & FILED
2019 APR 22 AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court for the
District of Puerto Rico

Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:                                          :          RECEIVED & FILED
                                                :
                                                :          2019 APR 22  AM 8: 16
THE FINANCIAL OVERSIGHT AND                     :    PROMESA CLERK'S OFFICE
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III   U.S. DISTRICT COURT
                                                :             SAN JUAN, P.
          as representative of                  :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*       :    (Jointly Administered)
                                                :
          Debtors.                              :
---------------------------------------------------------------X

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

Harold Aronberg
Participant Name                                               Firm Name (if applicable)


Contact Person (if Participant is not an individual)           Contact Person

havonberg@aol.com
Email Address                                                  Email Address

Address line 1
16511 Maddalena Place
Address line 2
Delray Beach, FL 33446
City, State Zip Code
USA
Country

Address line 1

Address line 2

City, State Zip Code

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    ___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

         74514LC39

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    Harold Aronberg
    Print Name

    _____
    Title (if Participant is not an Individual)

    4/11/19
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

16511 Madden [?]
Delray Beach, FL
33446

WEST PALM BCH FL 334

12 APR 2019 PM 4 L

PEACE ROSE

RECEIVED & FILED
2019 APR 22   PM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of US District Court
for District of Puerto Rico, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22 AM 8 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
-----------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
        as representative of                   :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                               :
        Debtors.                               :
-----------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| RODNEY C. & LINDA S. GAINES | |
| Participant Name | Firm Name (if applicable) |
| RODNEY C. GAINES | |
| Contact Person (if Participant is not an individual) | Contact Person |
| LSG12345 @ AOL.COM | |
| Email Address | Email Address |

Address line 1

_22 PieR AVe_

Address line 2

_FAiRHoPe AL 36532_

City, State Zip Code

_U.S.A._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      ___✓___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Rodney Gaines_

Signature

_RoDNey GAiNes_

Print Name

_____

Title (if Participant is not an Individual)

_4-15-19_

Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Rodney C. Gaines
22 Pier Ave
Fairhope, AL 36532



15 APR 2019 PM 2 L

RECEIVED & FILED
2019 APR 22 AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR       00918-1767

00918#1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 APR 22  AM 8: 16

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------------X
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
        Debtors.                                :
------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| BETTY S WALKER | EXCHANGE INVESTMENT SERVICES Inc |
| Participant Name | Firm Name (if applicable) |
| | LAURA THOMPSON |
| Contact Person (if Participant is not an individual) | Contact Person |
| | Lthompson@infinexgroup.com |
| Email Address | Email Address |

Address line 1

P.O. BOX 5489

Address line 2

CORDELE GA 31010

City, State Zip Code

US

Country

Address line 1

250 W HANCOCK ST

Address line 2

MILLEDGEVILLE GA

City, State Zip Code

US

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LC21  ,  29216MACA

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Betty S. Walker*

Signature

BETTY S WALKER

Print Name

_____

Title (if Participant is not an Individual)

04/15/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

# Exchange
## Investment Services, Inc.

P.O. Box 580, Milledgeville, GA 31059-0580

FIRST-CLASS MAIL
Hasler
04/15/2019
US POSTAGE $000.50⁰



ZIP 31061
011E12650881

RECEIVED & FILED
2019 APR 22  AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the US District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918$1706 C018

**. \*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT** RECEIVED & FILED
**FOR THE DISTRICT OF PUERTO RICO** 2019 APR 22 AM 8: 16

------------------------------------------------------------X
                                                            :    CLERK'S OFFICE
In re:                                                      :    U.S.DISTRICT COURT
                                                            :    SAN JUAN, PR
THE FINANCIAL OVERSIGHT AND                                 :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :    Title III
                                                            :
    as representative of                :    Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                   :    (Jointly Administered)
                                                            :
    Debtors.                             :
------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Lawrence G. Lucas* | *STIPG* |
| Participant Name | Firm Name (if applicable) |
| | *Jim T / Larry* |
| Contact Person (if Participant is not an individual) | Contact Person |
| *connielouis2009@hotmail.com* | *LSLucas2927@gmail.com* |
| Email Address | Email Address |

Address line 1

_4601 Hydes Rd._

Address line 2

_Hydes, MD 21082_

City, State Zip Code

_US_

Country

Address line 1

_2417 Emerald Lake Dr. #104_

Address line 2

_Sun City Center, FL 33573_

City, State Zip Code

_US_

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

    __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____

Signature

_Lawrence G. Lucas_

Print Name

_____

Title (if Participant is not an Individual)

_4/15/2019_

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Mr. Larry Lucas
2417 Emerald Lake Drive #104
Sun City Center, FL 33573





RECEIVED & FILED
2019 APR 22 AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States Disrict Court for the District of Puerto Rico
Room 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE, SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22  AM 8: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
       as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
    Debtors. :
------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *LOUIS STERLING* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *beau-ti-teeth@yahoo.com* | |
| Email Address | Email Address |
| | |

Address line 1

*59 BOLAND Dr*

Address line 2

*W.ORANGE NJ 07052*

City, State Zip Code

*USA*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*745190 L22*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
     Signature

*Louis Sterling*

Print Name

_____

Title (if Participant is not an Individual)

*4-12-79*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**Skurnick**
59 Boland Dr
West Orange, NJ 07052



15 APR 2019 PM 5 L

RECEIVED & FILED
2019 APR 22 AM 8:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERK of the US District Court for Dist of Puerto
Room 150 Federal Bldg
150 Carlos Chardon Ave
San Juan PR 00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22  AM 8: 17

-------------------------------------------------------------------X
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND           :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :        Title III
                                                        :
            as representative of                  :        Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                                        :
            Debtors.                              :
-------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Mayagüez Cinema, Corp.
Participant Name

Robert Carrady
Contact Person (if Participant is not an individual)

finance@caribbeancinemas.com
Email Address

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

Po Box 19116

Address line 2

San Juan, PR 00910-9116

City, State Zip Code

Puerto Rico

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LZW0

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

Robert Carrady

Print Name

President

Title (if Participant is not an Individual)

4/15/2019

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.







**Caribbean Cinemas**

*Cinemas Management of P.R., Inc.*

PO Box 19116
San Juan PR 00910-9116

TO: The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR 22   AM 8: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22  AM 8: 17

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-----------------------------------------------------------------------X
                                                        :
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :    Title III
                                                        :
            as representative of                        :    Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.,*               :    (Jointly Administered)
                                                        :
            Debtors.                                    :
-----------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Rio Hondo Cinema, Corp. | |
| Participant Name | Firm Name (if applicable) |
| Robert Carrady | |
| Contact Person (if Participant is not an individual) | Contact Person |
| finance@caribbeancinemas.com | |
| Email Address | Email Address |
| | |

Address line 1

PO Box 19116

Address line 2

San Juan PR, 00910-9116

City, State Zip Code

Puerto Rico

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L2WO

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _____
      Signature

Robert Carrady

Print Name

President

Title (if Participant is not an Individual)

4/15/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2







**Cinemas Management of P.R., Inc.**

PO Box 19116
San Juan PR 00910-9116

TO: The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

RECEIVED & FILED

2019 APR 22 AM 8:17

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22  AM 8: 17

U.S. CLERK'S OFFICE
U.S. DISTRICT COURT
AN JUAN P.R.

-------------------------------------------------------------------X

In re:                                                                  :
                                                                        :
THE FINANCIAL OVERSIGHT AND                    :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :        Title III
                                                                        :
            as representative of                               :        Case No. 17-BK-3283 (LTS)
                                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)
                                                                        :
            Debtors.                                                :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

Hato Rey Cinema, Corp.
-----------------------------------                            -----------------------------------
Participant Name                                               Firm Name (if applicable)

Robert Carrady
-----------------------------------                            -----------------------------------
Contact Person (if Participant is not an individual)          Contact Person

finance@caribbeancinemas.com
-----------------------------------                            -----------------------------------
Email Address                                                 Email Address


-----------------------------------                            -----------------------------------

Address line 1

*PO Box 19116*

Address line 2

*San Juan, PR 00910-9116*

City, State Zip Code

*Puerto Rico*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

    __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    *74514LZV2*

    (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *(signature)*

Signature

*Robert Carrady*

Print Name

*President*

Title (if Participant is not an Individual)

*4/15/2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2







**Cinemas Management of P.R., Inc.**
PO Box 19116
San Juan PR 00910-9116

TO: The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

SAN JUAN P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2019 APR 22  AM 8: 17
RECEIVED & FILED

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO** 22  AM 8: 17

CLERK'S OFFICE
DISTRICT OF
SAN JUAN, P.

```
--------------------------------------------------------------------X
                                         :
In re:                                   :
                                         :
THE FINANCIAL OVERSIGHT AND              :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :     Title III
                                         :
          as representative of           :     Case No. 17-BK-3283 (LTS)
                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,  :     (Jointly Administered)
                                         :
          Debtors.                       :
--------------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Caribbean Cinema of Guaynabo, Corp.
Participant Name

Robert Carrady
Contact Person (if Participant is not an individual)

finance@caribbeancinemas.com
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

| | |
|---|---|
| Address line 1 | Address line 1 |
| PO Box 19116 | |
| Address line 2 | Address line 2 |
| San Juan  00910-9116 | |
| City, State Zip Code | City, State Zip Code |
| Puerto Rico | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514L2WO

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Andrew_____
     Signature

Robert Carrady
Print Name

President
Title (if Participant is not an Individual)

4/15/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2







**Cinemas Management of P.R., Inc.**
PO Box 19116
San Juan PR 00910-9116

TO: The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR 22  AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

        Debtors.

-----------------------------------------------------------------------X

RECEIVED & FILED

2019 APR 22  AM 8: 17

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

:

:

: PROMESA
: Title III

:

: Case No. 17-BK-3283 (LTS)

:

: (Jointly Administered)

:

:

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

    **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

    The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

    To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Plaza Escorial Cinema, Corp.* | |
| Participant Name | Firm Name (if applicable) |
| *Robert Carrady* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *finance@caribbeancinemas.com* | |
| Email Address | Email Address |

Address line 1

PO Box 19116

Address line 2

San Juan, PR, 009116

City, State Zip Code

Puerto Rico

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

   74514L2V2

   (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

Robert Carrady

Print Name

President

Title (if Participant is not an Individual)

4/15/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2







**Caribbean Cinemas**

*Cinemas Management of P.R., Inc.*

PO Box 19116
San Juan PR 00910-9116

TO: The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR 22  AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22  AM 8: 17

CLERK'S OFFICE
S.DIST. ... COURT
SAN JUAN, P.R.

```
----------------------------------------------------------------------X
                                               :
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :     Title III
                                               :
          as representative of                 :     Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :     (Jointly Administered)
                                               :
          Debtors.                             :
----------------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Catalinas Cinema, Corp. | |
| Participant Name | Firm Name (if applicable) |
| Robert Carrady | |
| Contact Person (if Participant is not an individual) | Contact Person |
| finance@caribbeancinemas.com | |
| Email Address | Email Address |
| | |

Address line 1

_PO Box 19116_

Address line 2

_San Juan, PR 00910-9116_

City, State Zip Code

_Puerto Rico_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LZWO_

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Mccarry_
Signature

_Robert Carrady_
Print Name

_President_
Title (if Participant is not an Individual)

_4/15/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2







**Cinemas Management of P.R., Inc.**
PO Box 19116
San Juan PR 00910-9116

TO: The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building,
150 Carlos Chardon Avenue,
San Juan, PR 00918-1767

Case:17-03283-LTS Doc#:6488-1 Filed:04/22/19 Entered:04/23/19 16:45:39 Desc:
Pro Se Notices of Participation Page 2 of 3
Exhibit 5- Notice of Participation Page 61 of 156

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 APR 22 AM 8: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, :
:
     as representative of :
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, :
:
    Debtors. :
-------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

      This Notice of Participation must be served and filed no later than [insert date that is 60 days after entry of order granting Procedures Motion] in accordance with the instructions set forth at the end of this document.

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| RODNey C & LiNDA S. GAiNes | |
| Participant Name | Firm Name (if applicable) |
| RODNey C. GAiNes | |
| Contact Person (if Participant is not an individual) | Contact Person |
| LSG12345 @ AOL.Com | |
| Email Address | Email Address |

Case:17-03283-LTS Doc#:6488-1 Filed:04/22/19 Entered:04/23/19 16:45:39 Desc:
Case:17-03283-LTS Doc#:5143-3 Filed:02/15/19 Entered:02/15/19 14:28:10 Desc:
Pro Se Notices of Participation Page 92 of 156
Exhibit 3- Notice of Participation Page 3 of 3

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE [INSERT DATE THAT IS 60
DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\***

*22 PierAve*

Address line 1            Address line 1

 

Address line 2            Address line 2

*FAiRHOPe, AL 36532*

City, State Zip Code        City, State Zip Code

*USA*

Country                 Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        __✓__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Rodne Gaines*

Signature

*RODNey GAiNes*

Print Name

_____

Title (if Participant is not an Individual)

*4-15-2019*

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Rodney C. Gaines
22 Pier Ave
Fairhope, AL 36532

MOBILE AL 366

15 APR 2019 PM 2 L

RECEIVED & FILED
2019 APR 22 AM 8: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR      00918-1767

00918$1706 C018

Address line 1

3804 Tiffany Drive
Address line 2

Easton PA 18045
City, State Zip Code

US.
Country

Address line 1   RECEIVED & FILED
2019 APR 22  PM 5: 21
Address line 2   CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
City, State Zip Code

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     **X**      intends to **support** the relief requested in the Objection (i.e., Participant
     believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

     _____   intends to **oppose** the relief requested in the Objection (i.e., Participant
     believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
     sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
     the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

           - 745190 NA2
           - 74526 Q XP2

     (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
           secondary market? (YES) or **NO** (please circle one).

By: _M. Jarvia_____
    Signature

    Manojkumar Javia
    Print Name

    Trustee
    Title (if Participant is not an Individual)

    4/12/2019
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand**
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

Remark: Only 2nd page of NOP was
received at USDCPR Clerk's Office
on 4/22/2019.



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: **www.mymerrill.com**

Account Number: Redacted-15B16

MANOJKUMAR J JAVIYA TTEE
U/A DTD 02/11/2005
BY SUBHASHCHANDRA JAVIA ET AL
3804 TIFFANY DR
EASTON PA 18045-3047

**24-Hour Assistance: (800) MERRILL**
Access Code: Redacted-15216

**Total Value:** **$1,863,221.83**

**Your Financial Advisor:**
SEYLE HICKEY & ASSOCIATES
600 HAMILTON ST, TOWER 6
ALLENTOWN PA    18101
1-800-937-0626

# ◼ 2005 Trust- Custom

March 01, 2019 - March 29, 2019

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (03/01) | **$1,844,238.32** | |
| Total Credits | 12,933.43 | 15,488.91 |
| Total Debits | - | (30,000.00) |
| Securities You Transferred In/Out | - | 39,033.00 |
| Market Gains/(Losses) | 6,050.08 | 62,247.89 |
| **Closing Value** (03/29) | **$1,863,221.83** | |

## ASSETS

| | March 29 | February 28 |
|---|---|---|
| Cash/Money Accounts | 177,296.87 | 170,822.93 |
| Fixed Income | 162,199.25 | 159,306.25 |
| Equities | 247,643.00 | 237,928.00 |
| Mutual Funds | 330,393.64 | 333,062.22 |
| Options | - | - |
| Other | - | - |
| Alternative Investments (1) | 517,063.89 | 513,464.35 |
| *Subtotal (Long Portfolio)* | *1,434,596.65* | *1,414,583.75* |
| Estimated Accrued Interest | 565.28 | 1,492.36 |
| **TOTAL ASSETS** | **$1,435,161.93** | **$1,416,076.11** |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | **-** |
| **NET PORTFOLIO VALUE** | **$1,435,161.93** | **$1,416,076.11** |
| Assets Not Held/Valued By MLPF&S (2) | $428,059.90 | $428,162.21 |
| **TOTAL VALUE** | **$1,863,221.83** | **$1,844,238.32** |

*Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

(1)Amount includes alternative investments. Unless otherwise noted, alternative investments are not registered in the name of nor held by MLPF&S or its nominees and alternative investment amounts are provided for informational purposes only.
(2)Please see Assets Not Held/Valued By MLPF&S section for an important disclosure.

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
*Investment products:*

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

2005 Trust- Custom                              Account Number: Redacted -15B16                **24-Hour Assistance:** (800) MERRILL
                                                                                                Access Code: Redacted -15216

## YOUR CMA FOR TRUST ASSETS                                                                    March 01, 2019 - March 29, 2019

| MUNICIPAL BONDS<br>Description | Acquired | Quantity | Adjusted/Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income | Current<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|
| SACRAMENTO CNTY CALIF | 05/15/13 | 25,000 | 25,000.00 | 100.2930 | **25,073.25** | 73.25 | 409.72 | **1,250** | 4.98 |
| *CTFS PARTN COPS AMBAC  JUN03 05.000%DEC01 2019* | | | | | | | | | |
| *MOODY'S: A2  S&P: A+  CUSIP: 786110MR4* | | | | | | | | | |
| *PAR CALL DATE: 04/28/19  PAR CALL PRICE: 100.00* | | | | | | | | | |
| PUERTO RICO HWY-TRANSN | 05/28/08 | 40,000 | 40,000.00 | 77.6250 | **31,050.00** | (8,950.00) | | **2,300** | 7.40 |
| *AUTH RV REV REF BDS FGIC  APR03 05.750%JUL01 2020* | | | | | | | | | |
| *MOODY'S: C  S&P: ***  CUSIP: 745190NA2* | | | | | | | | | |
| *PAR CALL DATE: 05/01/19  PAR CALL PRICE: 100.00* | | | | | | | | | |
| Δ PUERTO RICO ELEC PWR | 09/24/12 | 40,000 | 40,478.03 | 70.7500 | **28,300.00** | (12,178.03) | | **2,100** | 7.42 |
| *AUTH PWR REV POWER ZZ  MAY10 05.250%JUL01 2024* | | | | | | | | | |
| *MOODY'S: CA  S&P: ***  CUSIP: 74526QXP2* | | | | | | | | | |
| *PAR CALL DATE: 07/01/20  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST:  105.2802/42,112.08* | | | | | | | | | |
| Δ PENNSYLVANIA ST GO BDS | 12/16/16 | 25,000 | 25,753.84 | 109.8480 | **27,462.00** | 1,708.16 | 38.89 | **1,000** | 3.64 |
| *2016  AUG16 04.000%SEP15 2030* | | | | | | | | | |
| *MOODY'S: AA3  S&P: A+  CUSIP: 70914PE65* | | | | | | | | | |
| *PAR CALL DATE: 09/15/26  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST:  103.7894/25,947.35* | | | | | | | | | |
| PITTSBURGH PA SCH DIST | 11/27/17 | 50,000 | 49,710.75 | 100.6280 | **50,314.00** | 603.25 | 116.67 | **1,500** | 2.98 |
| *GO BDS LT A SCH GTD OID  DEC17 03.000%SEP01 2033* | | | | | | | | | |
| *MOODY'S: AA2  S&P: ***  CUSIP: 725277MD6* | | | | | | | | | |
| *PAR CALL DATE: 03/01/26  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST:  99.3970/49,698.50* | | | | | | | | | |
| **TOTAL** | | 180,000 | 180,942.62 | | **162,199.25** | (18,743.37) | 565.28 | **8,150** | 5.02 |

**PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.**

 **Merrill Lynch**
Bank of America Corporation

PA9-430-12-00
600 Hamilton Street, Allentown, PA 18101

RECEIVED & FILED
2019 APR 22 PM 5:21
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767



**UNITED STATES POSTAL SERVICE**  ·  *Retail*

**P** | US POSTAGE PAID **$8.60** | Origin: 18101
04/15/19
4101280951-05

**PRIORITY MAIL 3-Day ®**

0 Lb 5.40 Oz
**1006**

EXPECTED DELIVERY DAY:  04/18/19

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR  00918-1706

**USPS TRACKING NUMBER**

9505 5105 5041 9105 2468 74



PRIORITY ★ MAIL ★ | TRACKED ★★★ INSURED ★

UNITED STATES POSTAL SERVICE®
For Domestic Use Only

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 APR 22   PM 5: 21

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------------X

In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :      Title III
                                                    :
        as representative of                        :      Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :      (Jointly Administered)
                                                    :
        Debtors.                                    :
------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

Amy Javia 2011 Trust                                   _____
Participant Name                                       Firm Name (if applicable)

Subhash Javia                                          _____
Contact Person (if Participant is not an individual)   Contact Person

Nsjavia@yahoo.com                                      _____
Email Address                                          Email Address

_____                       _____

Address line 1

3804 Tiffany Drive

Address line 2

Easton PA 18045

City, State Zip Code

US.

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      **X**____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

            91481 1NM2

      (b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: M Javia

      Signature

Manojkumar Javia

Print Name

Trustee

Title (if Participant is not an Individual)

4/12/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



# MERRILL
### A BANK OF AMERICA COMPANY

Online at: **www.mymerrill.com**

Account Number: ~~Redacted~~·11423

**24-Hour Assistance: (800) MERRILL**
Access Code: ~~Redacted~~11423

MANOJKUMAR J JAVIYA TTEE
U/A DTD 12/28/2011
BY SUBHASCHANDRA JAVIA ET AL
3804 TIFFANY DR
EASTON PA 18045-3047

**Net Portfolio Value:**                  **$1,298,368.86**

**Your Financial Advisor:**
SEYLE HICKEY & ASSOCIATES
600 HAMILTON ST, TOWER 6
ALLENTOWN PA    18101
1-800-937-0626

# Amy's 2011 Trust

March 01, 2019 - March 29, 2019

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (03/01) | **$1,272,102.30** | |
| Total Credits | 2,619.41 | 14,241.08 |
| Total Debits | (41,000.00) | (53,000.00) |
| Securities You Transferred In/Out | 47,276.00 | 63,088.00 |
| Market Gains/(Losses) | 17,371.15 | 44,103.52 |
| **Closing Value** (03/29) | **$1,298,368.86** | |

## ASSETS

| | March 29 | February 28 |
|---|---|---|
| Cash/Money Accounts | 52,520.11 | 66,097.60 |
| Fixed Income | 143,099.20 | 167,113.30 |
| Equities | 148,694.00 | 96,948.00 |
| Mutual Funds | 415,072.67 | 407,640.24 |
| Options | - | - |
| Other | - | - |
| Alternative Investments ☆ | 537,271.00 | 532,148.38 |
| *Subtotal (Long Portfolio)* | *1,296,656.98* | *1,269,947.52* |
| Estimated Accrued Interest | 1,711.88 | 2,154.78 |
| **TOTAL ASSETS** | **$1,298,368.86** | $1,272,102.30 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | - |
| **NET PORTFOLIO VALUE** | **$1,298,368.86** | $1,272,102.30 |

☆Amount includes alternative investments. Unless otherwise noted, alternative investments are not registered in the name of nor held by MLPF&S or its nominees and alternative investment amounts are provided for informational purposes only.

*Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
Investment products:    | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

+

Amy's 2011 Trust

Account Number:  Redcted  1-11423

**24-Hour Assistance:** (800) MERRILL
Access Code: Redacted 11423

## YOUR CMA FOR TRUST ASSETS

March 01, 2019 - March 29, 2019

| MUNICIPAL BONDS<br>Description | Acquired | Quantity | Adjusted/Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income | Current<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|
| △ UNIVERSITY P R UNIV REVS | 12/11/12 | 25,000 | 25,000.00 | 99.7500 | 24,937.50 | (62.50) | 409.72 | 1,250 | 5.01 |
| *REV BDS SERIES SER P  DEC06  05.000%JUN01 2020* | | | | | | | | | |
| *MOODY'S: C  S&P: CC  CUSIP: 914811NM2* | | | | | | | | | |
| *PAR CALL DATE: 04/28/19  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST: 101.3115/25,327.88* | | | | | | | | | |
| △ DOLTON ILL GO BDS | 01/16/14 | 25,000 | 25,023.75 | 101.1920 | 25,298.00 | 274.25 | 348.26 | 1,063 | 4.19 |
| *SER A AGC EBD  SEP09  04.250%DEC01 2021* | | | | | | | | | |
| *MOODY'S: ***  S&P: AA  CUSIP: 257003KD4* | | | | | | | | | |
| *PAR CALL DATE: 12/01/19  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST: 100.4030/25,100.75* | | | | | | | | | |
| △ CHICAGO ILL WTR RV REV | 07/19/11 | 10,000 | 10,122.19 | 104.4750 | 10,447.50 | 325.31 | 205.56 | 500 | 4.78 |
| *BDS SECOND LIEN WTR A  NOV10  05.000%NOV01 2022* | | | | | | | | | |
| *MOODY'S: BAA2  S&P: A  CUSIP: 167736YS0* | | | | | | | | | |
| *PAR CALL DATE: 11/01/20  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST: 102.8587/10,285.87* | | | | | | | | | |
| △ BIRMINGHAM ALA ARPT AUTH | 05/11/11 | 30,000 | 30,556.47 | 105.2390 | 31,571.70 | 1,015.23 | 440.00 | 1,800 | 5.70 |
| *ARPT REV AIRPORT REV AGM  DEC10  06.000%JUL01 2023* | | | | | | | | | |
| *MOODY'S: A2  S&P: AA  CUSIP: 090888GE2* | | | | | | | | | |
| *PAR CALL DATE: 07/01/20  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST: 107.6007/32,280.21* | | | | | | | | | |
| △ COUNCIL ROCK PA SCH DIST | 03/29/16 | 25,000 | 25,208.89 | 101.8280 | 25,457.00 | 248.11 | 279.17 | 750 | 2.94 |
| *GO BDS LT SER A SCH GTD  FEB16  03.000%NOV15 2030* | | | | | | | | | |
| *MOODY'S: ***  S&P: AA  CUSIP: 222263YJ8* | | | | | | | | | |
| *PAR CALL DATE: 05/15/24  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST: 101.2714/25,317.85* | | | | | | | | | |
| △ LOWER MERION PA SCH DIST | 02/17/16 | 25,000 | 25,060.79 | 101.5500 | 25,387.50 | 326.71 | 29.17 | 750 | 2.95 |
| *GO BDS LT SCH GTD OID  MAR16  03.000%SEP15 2032* | | | | | | | | | |
| *MOODY'S: AAA  S&P: ***  CUSIP: 548246KF3* | | | | | | | | | |





**Merrill Lynch**
Bank of America Corporation

PA9-430-12-00
600 Hamilton Street, Allentown, PA 18101

RECEIVED & FILED
2019 APR 22 PM 5:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767





| Retail |
|---|

**UNITED STATES POSTAL SERVICE**

**US POSTAGE PAID**
**$8.60**
Origin: 18101
04/15/19
4101280951-05

**PRIORITY MAIL 3-Day ®**

0 Lb 5.40 Oz
1006

EXPECTED DELIVERY DAY: 04/18/19

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS TRACKING NUMBER**



9505 5105 5041 9105 2468 74



**PRIORITY MAIL**
**TRACKED INSURED**
**UNITED STATES POSTAL SERVICE**
For Domestic Use Only

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

APR 22  PM 5: 21

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X

In re:                                                        :
                                                              :
THE FINANCIAL OVERSIGHT AND                                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                             :   Title III
                                                              :
         as representative of                                :   Case No. 17-BK-3283 (LTS)
                                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                     :   (Jointly Administered)
                                                              :
         Debtors.                                             :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Sagan  2011  Trust
_____             _____
Participant Name                                     Firm Name (if applicable)

Subhash  Jovia
_____             _____
Contact Person (if Participant is not an individual)  Contact Person

NSjavia@ yahoo.Com
_____             _____
Email Address                                        Email Address

_____             _____

Address line 1

3804 Tiffany Drive

Address line 2

Easton PA 18045

City, State Zip Code

U.S

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    __X__ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); or

    _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        – 9148 11NM2
        – 745145R53

    (b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _____
    Signature

Manojkumar Javia
Print Name

Trustee
Title (if Participant is not an Individual)

4/12/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



# MERRILL
### A BANK OF AMERICA COMPANY

Online at: **www.mymerrill.com**

Account Number: ~~Redacted~~ 11424

MANOJKUMAR J JAVIYA TTEE
U/A DTD 12/28/2011
BY SUBHASCHANDRA JAVIA ET AL
3804 TIFFANY DR
EASTON PA 18045-3047

**24-Hour Assistance: (800) MERRILL**
Access Code: ~~Redacted~~ 11424

**Net Portfolio Value:**  **$1,233,188.51**

**Your Financial Advisor:**
SEYLE HICKEY & ASSOCIATES
600 HAMILTON ST, TOWER 6
ALLENTOWN PA    18101
1-800-937-0626

## Sagar's 2011 Trust

March 01, 2019 - March 29, 2019

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (03/01) | **$1,200,839.48** | |
| Total Credits | 2,171.16 | 12,091.36 |
| Total Debits | (38,000.00) | (50,000.00) |
| Securities You Transferred In/Out | 47,276.00 | 63,088.00 |
| Market Gains/(Losses) | 20,901.87 | 44,753.69 |
| **Closing Value** (03/29) | **$1,233,188.51** | |

## ASSETS

| | March 29 | February 28 |
|---|---|---|
| Cash/Money Accounts | 2,383.98 | 38,458.95 |
| Fixed Income | 209,610.70 | 208,651.10 |
| Equities | 108,694.00 | 53,648.00 |
| Mutual Funds | 468,376.63 | 459,989.73 |
| Options | - | - |
| Other | - | - |
| Alternative Investments ☆ | 442,404.10 | 438,670.34 |
| *Subtotal (Long Portfolio)* | *1,231,469.41* | *1,199,418.12* |
| Estimated Accrued Interest | 1,719.10 | 1,421.36 |
| **TOTAL ASSETS** | **$1,233,188.51** | $1,200,839.48 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | - |
| **NET PORTFOLIO VALUE** | **$1,233,188.51** | $1,200,839.48 |

☆Amount includes alternative investments. Unless otherwise noted, alternative investments are not registered in the name of nor held by MLPF&S or its nominees and alternative investment amounts are provided for informational purposes only.

*Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

Sagar's 2011 Trust

Account Number: <span style="color:red">Redacted</span> 11424

**24-Hour Assistance:** (800) MERRILL
Access Code: <span style="color:red">Redacted</span>11424

## *YOUR CMA FOR TRUST ASSETS*

March 01, 2019 - March 29, 2019

| MUNICIPAL BONDS<br>Description | Acquired | Quantity | Adjusted/Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income | Current<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|
| Δ UNIVERSITY P R UNIV REVS<br>*REV BDS SERIES SER P  DEC06  05.000%JUN01 2020*<br>*MOODY'S: C  S&P: CC  CUSIP: 914811NM2*<br>*PAR CALL DATE: 04/28/19  PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:  101.3115/15,196.73* | 12/11/12 | 15,000 | 15,000.00 | 99.7500 | **14,962.50** | (37.50) | 245.83 | **750** | 5.01 |
| Δ DOLTON ILL GO BDS<br>*SER A AGC EBD  SEP09  04.250%DEC01 2021*<br>*MOODY'S: ***  S&P: AA  CUSIP: 257003KD4*<br>*PAR CALL DATE: 12/01/19  PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:  100.4030/25,100.75* | 01/16/14 | 25,000 | 25,023.75 | 101.1920 | **25,298.00** | 274.25 | 348.26 | **1,063** | 4.19 |
| Δ PUERTO RICO COMWLTH PUB<br>*IMPT BDS SER A FGIC  AUG02  05.500%JUL01 2022*<br>*MOODY'S: CA  S&P: ***  CUSIP: 745145R53*<br>*ORIGINAL UNIT/TOTAL COST:  102.6544/46,194.49* | 09/09/08 | 45,000 | 45,564.92 | 78.6250 | **35,381.25** | (10,183.67) | | **2,475** | 6.99 |
| Δ ILLINOIS ST GO BDS 2010<br>*AGM  MAR10  05.000%JAN01 2023*<br>*MOODY'S: A2  S&P: AA  CUSIP: 452152CJ8*<br>*PAR CALL DATE: 01/01/20  PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:  100.0464/25,011.61* | 11/19/10 | 25,000 | 25,001.88 | 102.1590 | **25,539.75** | 537.87 | 305.56 | **1,250** | 4.89 |
| ILLINOIS ST GO REF BDS<br>*MAY 2012  MAY12  05.000%AUG01 2025*<br>*MOODY'S: BAA3  S&P: BBB-  CUSIP: 452152MR9*<br>*PAR CALL DATE: 08/01/22  PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:  99.9940/49,997.00* | 09/09/13 | 50,000 | 49,997.00 | 105.4270 | **52,713.50** | 2,716.50 | 402.78 | **2,500** | 4.74 |
| Δ COOK CNTY ILL SCH DIST<br>*NO 144 LTD GO LT A AGM  JUL10  05.000%DEC01 2025*<br>*MOODY'S: A2  S&P: ***  CUSIP: 215021NB8*<br>*PAR CALL DATE: 12/01/20  PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:  102.5640/5,128.20* | 10/26/10 | 5,000 | 5,038.87 | 105.3090 | **5,265.45** | 226.58 | 81.94 | **250** | 4.74 |

+



**Merrill Lynch**
Bank of America Corporation

PA9-430-12-00
600 Hamilton Street, Allentown, PA 18101

RECEIVED & FILED
2019 APR 22 PM 5:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767





| Retail |
|---|

**US POSTAGE PAID**
**$8.60**
Origin: 18101
04/15/19
4101280951-05

**PRIORITY MAIL 3-Day ®**

0 Lb 5.40 Oz
**1006**

EXPECTED DELIVERY DAY:  04/18/19

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR  00918-1706

**USPS TRACKING NUMBER**



9505 5105 5041 9105 2468 74



PRIORITY MAIL ★★
TRACKED INSURED
UNITED STATES POSTAL SERVICE®
For Domestic Use Only

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

UNITED STATES DISTRICT COURT 2019 APR 22 PM 5: 20
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO.         :    Title III
                                          :
          as representative of            :    Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :    (Jointly Administered)
                                          :
          Debtors.                        :
------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds, dated January 14, 2019 [Docket No. 4784]* (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection. Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>          <u>**Counsel Contact Information (if any)**</u>

Subhash + Naina Javia
Participant Name                                            Firm Name (if applicable)

_____                            _____
Contact Person (if Participant is not an individual)       Contact Person

Nsjavia @ yahoo.Com
Email Address                                              Email Address

_____                            _____

Address line 1                                    Address line 1

3804 Tiffany Drive                                _____

Address line 2                                    Address line 2

Easton  PA  18045                                 _____

City, State Zip Code                              City, State Zip Code

U.S                                               _____

Country                                           Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        X _____ intends to **support** the relief requested in the Objection (i.e., Participant
believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant
believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        - 9148 11 NM 2
        - 745 266 AV 0

    (b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
secondary market? **YES** or **NO** (please **circle one**).

By: _____    Naina Javia

    Signature

Subhash Javia / Naina Javia

Print Name

_____

Title (if Participant is not an Individual)

4/12/2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



# MERRILL
## A BANK OF AMERICA COMPANY

Online at: **www.mymerrill.com**

Account Number: Redacted -10P10

NAINA JAVIA AND
SUBHASCHANDRA JAVIA JTWROS
3804 TIFFANY DR
EASTON PA 18045-3047

**24-Hour Assistance: (800) MERRILL**
Access Code: Redacted 10710

**Net Portfolio Value:** **$2,713,621.42**

**Your Financial Advisor:**
SEYLE HICKEY & ASSOCIATES
600 HAMILTON ST, TOWER 6
ALLENTOWN PA   18101
1-800-937-0626

## ■ Joint Account
This account is enrolled in the Master Financial Service

March 01, 2019 - March 29, 2019

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (03/01) | **$2,650,609.74** | |
| Total Credits | 6,824.35 | 41,706.75 |
| Total Debits | (64,000.00) | (64,017.09) |
| Securities You Transferred In/Out | 72,776.00 | 72,776.00 |
| Market Gains/(Losses) | 47,411.33 | 161,878.67 |
| **Closing Value** (03/29) | **$2,713,621.42** | |

## ASSETS

| | March 29 | February 28 |
|---|---|---|
| Cash/Money Accounts | 276,843.76 | 365,446.64 |
| Fixed Income | 411,607.00 | 382,886.75 |
| Equities | 869,761.00 | 752,872.00 |
| Mutual Funds | 327,540.40 | 330,800.94 |
| Options | - | - |
| Other | - | - |
| Alternative Investments ☆ | 824,760.23 | 816,153.06 |
| *Subtotal (Long Portfolio)* | *2,710,512.39* | *2,648,159.39* |
| Estimated Accrued Interest | 3,109.03 | 2,450.35 |
| **TOTAL ASSETS** | **$2,713,621.42** | $2,650,609.74 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | - |
| **NET PORTFOLIO VALUE** | **$2,713,621.42** | $2,650,609.74 |

☆Amount includes alternative investments. Unless otherwise noted, alternative investments are not registered in the name of nor held by MLPF&S or its nominees and alternative investment amounts are provided for informational purposes only.

*Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill")  makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.
Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

Joint Account

Account Number: Redacted 10P10

**24-Hour Assistance:** (800) MERRILL
Access Code: Redacted 10710

## YOUR CMA ASSETS

March 01, 2019 - March 29, 2019

| MUNICIPAL BONDS<br>Description | Acquired | Quantity | Adjusted/Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income | Current<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|
| △ RHODE ISL HLTH-ED BLDG<br>CRP REV PUB E AGC PRF19  NOV09  05.000%MAY15 2022<br>MOODY'S: A3  S&P: AA  CUSIP: 762243N33<br>CALL DT:05/15/19 CALL PR:100<br>ORIGINAL UNIT/TOTAL COST:  101.7803/50,890.16 | 01/02/14 | 50,000 | 50,047.70 | 100.4080 | **50,204.00** | 156.30 | 930.56 | **2,500** | 4.97 |
| △ UNIVERSITY P R UNIV REVS<br>REV BDS SERIES SER P  DEC06  05.000%JUN01 2020<br>MOODY'S: C  S&P: CC  CUSIP: 914811NM2<br>PAR CALL DATE: 04/28/19  PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST:  101.6977/25,424.44 | 12/11/12 | 25,000 | 25,000.00 | 99.7500 | **24,937.50** | (62.50) | 409.72 | **1,250** | 5.01 |
| △ PR CCD AUTH HOTEL OCCPY<br>TAX RV HOTEL FGIC  MAR06  05.000%JUL01 2021<br>MOODY'S: C  S&P: ***  CUSIP: 745266AU0<br>PAR CALL DATE: 04/28/19  PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST: 102.7062/35,947.19 | 05/17/12 | 35,000 | 35,000.00 | 76.3750 | **26,731.25** | (8,268.75) | | **1,750** | 6.54 |
| △ DOLTON ILL GO BDS<br>SER A AGC EBD  SEP09  04.250%DEC01 2021<br>MOODY'S: ***  S&P: AA  CUSIP: 257003KD4<br>PAR CALL DATE: 12/01/19  PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST:  100.4030/50,201.52 | 01/16/14 | 50,000 | 50,047.49 | 101.1920 | **50,596.00** | 548.51 | 696.53 | **2,125** | 4.19 |
| △ PARKLAND PA SCH DIST GO<br>BDS LT A SCH GTD OID EBD  MAY18  03.000%JAN15 2028<br>MOODY'S: ***  S&P: AA  CUSIP: 701383XD8<br>PAR CALL DATE: 07/15/23  PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST:  100.6220/100,622.00 | 05/08/18 | 100,000 | 100,521.52 | 102.5660 | **102,566.00** | 2,044.48 | 616.67 | **3,000** | 2.92 |
| △ UPPER SAUCON TWP PA GO<br>BDS 2019 EBD  MAR19  03.000%DEC01 2029<br>MOODY'S: AA2  S&P: ***  CUSIP: 916549KB3 | 02/25/19 | 25,000 | 25,454.27 | 102.3170 | **25,579.25** | 124.98 | 50.00 | **750** | 2.93 |



+



**Merrill Lynch**
Bank of America Corporation

PA9-430-12-00
600 Hamilton Street, Allentown, PA 18101

RECEIVED & FILED
2019 APR 22  PM 5:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767



| UNITED STATES POSTAL SERVICE | Retail |
|---|---|

| **P** | US POSTAGE PAID |
|---|---|
| | **$8.60** Origin: 18101 |
| | 04/15/19 |
| | 4101280951-05 |

**PRIORITY MAIL 3-Day ®**

0 Lb 5.40 Oz

**1006**

EXPECTED DELIVERY DAY:  04/18/19

C018

SHIP
TO:
  150 AVE CARLOS CHARDON
  STE 150
  SAN JUAN PR  00918-1706

**USPS TRACKING NUMBER**



9505 5105 5041 9105 2468 74



PRIORITY ★ MAIL ★

TRACKED ★★★ INSURED ★★

UNITED STATES POSTAL SERVICE®

For Domestic Use Only

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
2019 APR 22 PM 5: 20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------------X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III
                                                    :
            as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :    (Jointly Administered)
                                                    :
            Debtors.                                :
---------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds.* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

Amy Javia
_____                      _____
Participant Name                                     Firm Name (if applicable)


_____                      _____
Contact Person (if Participant is not an individual)  Contact Person

NSjavia @ yahoo. com
_____                      _____
Email Address                                        Email Address


_____                      _____

Address line 1

_3804 Tiffany Drive_

Address line 2

_Easton PA 18045_

City, State Zip Code

_U.S._

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _X___ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

        _745 220JK0_

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _Amy Javia_

Signature

_Amy Javia_

Print Name

_____

Title (if Participant is not an Individual)

_4/12/2019_

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: **www.mymerrill.com**

Account Number:   Redacted  15Y85

AMY JAVIA
TOD BENEFICIARIES ON FILE
3804 TIFFANY DR
EASTON PA 18045-3047

24-Hour Assistance: **(800) MERRILL**
Access Code: Redacted 5985

**Net Portfolio Value:**                    **$1,290,244.97**

**Your Financial Advisor:**
SEYLE HICKEY & ASSOCIATES
600 HAMILTON ST, TOWER 6
ALLENTOWN PA   18101
1-800-937-0626

# ■ Amy's Custom CMA

This account is enrolled in the Master Financial Service

March 01, 2019 - March 29, 2019

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (03/01) | **$1,256,815.91** | |
| Total Credits | 2,911.75 | 14,595.23 |
| Total Debits | (24,000.00) | (24,034.17) |
| Securities You Transferred In/Out | 25,500.00 | 25,500.00 |
| Market Gains/(Losses) | 29,017.31 | 106,245.45 |
| **Closing Value** (03/29) | **$1,290,244.97** | |

## ASSETS

| | March 29 | February 28 |
|---|---|---|
| Cash/Money Accounts | 8,200.79 | 31,372.56 |
| Fixed Income | 66,362.90 | 65,516.45 |
| Equities | 631,961.00 | 579,766.00 |
| Mutual Funds | 80,488.10 | 81,141.58 |
| Options | - | - |
| Other | - | - |
| Alternative Investments ☆ | 502,213.64 | 498,023.11 |
| *Subtotal (Long Portfolio)* | *1,289,226.43* | *1,255,819.70* |
| Estimated Accrued Interest | 1,018.54 | 996.21 |
| **TOTAL ASSETS** | **$1,290,244.97** | $1,256,815.91 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | - |
| **NET PORTFOLIO VALUE** | **$1,290,244.97** | $1,256,815.91 |

☆Amount includes alternative investments. Unless otherwise noted, alternative investments are not registered in the name of nor held by MLPF&S or its nominees and alternative investment amounts are provided for informational purposes only.

*Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
Investment products:     | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

+

001                                        7131                                *21 of 247*

Amy's Custom CMA

Redacted
Account Number:    -15Y85

**24-Hour Assistance:** (800) MERRILL
Access Code: Redacted-15985

## YOUR CMA SUBACCOUNT ASSETS

March 01, 2019 - March 29, 2019

| MUNICIPAL BONDS Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| △ FOLEY ALA PUB FACS COOP | 06/18/13 | 10,000 | 10,078.93 | 101.4120 | **10,141.20** | 62.27 | 38.89 | **500** | 4.93 |
| *DIST REV AGC EBD PRF19  SEP09 05.000%SEP01 2026* | | | | | | | | | |
| *MOODY'S: *** S&P: AA  CUSIP: 344241BK9* | | | | | | | | | |
| *CALL DT:09/01/19 CALL PR:100* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST:  109.0035/10,900.35* | | | | | | | | | |
| △ PENNSYLVANIA ECON DFA | 02/28/12 | 10,000 | 10,091.03 | 102.4120 | **10,241.20** | 150.17 | 284.72 | **625** | 6.10 |
| *HLTH REV REV A OID PRF19  JUN09 06.250%OCT15 2023* | | | | | | | | | |
| *MOODY'S: *** S&P: ***  CUSIP: 70868WAJ2* | | | | | | | | | |
| *CALL DT:10/15/19 CALL PR:100* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST:  108.1673/10,816.73* | | | | | | | | | |
| △ SOUTHERN ILL UNIV REVS | 05/18/11 | 15,000 | 15,200.52 | 105.4650 | **15,819.75** | 619.23 | 389.37 | **788** | 4.97 |
| *HSG AUX FAC SYS A NPFG  MAY06 05.250%APR01 2021* | | | | | | | | | |
| *MOODY'S: BAA2 S&P: BB+  CUSIP: 843146U90* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST:  102.7315/15,409.73* | | | | | | | | | |
| △ ILLINOIS ST GO BDS 2010 | 11/19/10 | 25,000 | 25,001.88 | 102.1590 | **25,539.75** | 537.87 | 305.56 | **1,250** | 4.89 |
| *AGM  MAR10 05.000%JAN01 2023* | | | | | | | | | |
| *MOODY'S: A2 S&P: AA  CUSIP: 452152CJ8* | | | | | | | | | |
| *PAR CALL DATE: 01/01/20  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST:  100.0468/25,011.71* | | | | | | | | | |
| △ PR INFRSTRUCTURE FNG SPL | 11/22/11 | 25,000 | 25,000.00 | 18.4840 | **4,621.00** | (20,379.00) | | | |
| *TX RV SPL TAX REV BDS  SEP06 05.000%JUL01 2025* | | | | | | | | | |
| *MOODY'S: C  S&P: ***  CUSIP: 745220JK0* | | | | | | | | | |
| *PAR CALL DATE: 04/28/19  PAR CALL PRICE: 100.00* | | | | | | | | | |
| *ORIGINAL UNIT/TOTAL COST:  100.1800/25,045.01* | | | | | | | | | |
| **TOTAL** | | 85,000 | 85,372.36 | | **66,362.90** | (19,009.46) | 1,018.54 | **3,163** | 4.77 |



**PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.**

+

001                                                                7131                                    *24 of 247*



**Merrill Lynch**
Bank of America Corporation

PA9-430-12-00
600 Hamilton Street, Allentown, PA 18101

RECEIVED & FILED
2019 APR 22  PM 5:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.D.

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767



| UNITED STATES POSTAL SERVICE. | Retail |
|---|---|

| **P** | US POSTAGE PAID |
|---|---|
| | **$8.60**   Origin: 18101   04/15/19   4101280951-05 |

**PRIORITY MAIL 3-Day ®**

0 Lb 5.40 Oz
**1006**

EXPECTED DELIVERY DAY:  04/18/19

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS TRACKING NUMBER**



9505 5105 5041 9105 2468 74



PRIORITY ★ MAIL ★
TRACKED ★★★ INSURED
UNITED STATES POSTAL SERVICE®
For Domestic Use Only

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO    2019 APR 23   PM 5: 20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :    Title III
                                                          :
         as representative of                             :    Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,                   :    (Jointly Administered)
                                                          :
         Debtors.                                         :
-------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

SAJAR  JAVIA
---------------------------                              ---------------------------
Participant Name                                        Firm Name (if applicable)


---------------------------                              ---------------------------
Contact Person (if Participant is not an individual)    Contact Person

NSJAVIA @ yahoo. Com
---------------------------                              ---------------------------
Email Address                                          Email Address


---------------------------                              ---------------------------

Address line 1

_3804 Tiffany Drive_

Address line 2

_Easton PA 18045_

City, State Zip Code

_U.S_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745220JKO_

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _Sagar Javia_
Signature

_Sagar Javia_
Print Name

_____
Title (if Participant is not an Individual)

_4/12/19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: **www.mymerrill.com**

Account Number: ~~Redacted~~ 15Y86

SAGAR JAVIA
TOD BENEFICIARIES ON FILE
3804 TIFFANY DR
EASTON PA 18045-3047

**24-Hour Assistance: (800) MERRILL**
Access Code: ~~Redacted~~ 15986

**Net Portfolio Value:**          **$1,406,188.98**

**Your Financial Advisor:**
SEYLE HICKEY & ASSOCIATES
600 HAMILTON ST, TOWER 6
ALLENTOWN PA   18101
1-800-937-0626

# ◼ Sagar's Custom CMA

This account is enrolled in the Master Financial Service

March 01, 2019 - March 29, 2019

|  | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (03/01) | **$1,369,181.70** |  |
| Total Credits | 2,929.98 | 16,717.63 |
| Total Debits | (21,800.00) | (21,834.17) |
| Securities You Transferred In/Out | 25,500.00 | 25,500.00 |
| Market Gains/(Losses) | 30,377.30 | 105,289.87 |
| **Closing Value** (03/29) | **$1,406,188.98** |  |

## ASSETS

|  | March 29 | February 28 |
|---|---|---|
| Cash/Money Accounts | 97.58 | 21,448.94 |
| Fixed Income | 55,609.15 | 54,774.50 |
| Equities | 640,181.00 | 587,362.00 |
| Mutual Funds | 100,610.13 | 101,426.98 |
| Options | - | - |
| Other | - | - |
| Alternative Investments ☆ | 609,042.51 | 603,371.71 |
| *Subtotal (Long Portfolio)* | *1,405,540.37* | *1,368,384.13* |
| Estimated Accrued Interest | 648.61 | 797.57 |
| **TOTAL ASSETS** | **$1,406,188.98** | $1,369,181.70 |

## LIABILITIES

|  |  |  |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | - |
| **NET PORTFOLIO VALUE** | **$1,406,188.98** | $1,369,181.70 |

☆Amount includes alternative investments. Unless otherwise noted, alternative investments are not registered in the name of nor held by MLPF&S or its nominees and alternative investment amounts are provided for informational purposes only.

🌱 *Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
*Investment products:*

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

Sagar's Custom CMA

Account Number: Redacted -15Y86

**24-Hour Assistance:** (800) MERRILL
Access Code: Redacted 15986

## *YOUR CMA SUBACCOUNT ASSETS*

March 01, 2019 - March 29, 2019

| MUNICIPAL BONDS<br>Description | Acquired | Quantity | Adjusted/Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income | Current<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|
| △ PENNSYLVANIA ECON DFA<br>  *HLTH REV REV A OID PRF19  JUN09  06.250%OCT15 2023*<br>  *MOODY'S: *** S&P: ***  CUSIP: 70868WAJ2*<br>  *CALL DT:10/15/19 CALL PR:100*<br>  *ORIGINAL UNIT/TOTAL COST:  108.1673/10,816.73* | 02/28/12 | 10,000 | 10,091.03 | 102.4120 | **10,241.20** | 150.17 | 284.72 | **625** | 6.10 |
| △ ILLINOIS ST GO BDS 2010<br>  *AGM  MAR10  05.000%JAN01 2023*<br>  *MOODY'S: A2  S&P: AA   CUSIP: 452152CJ8*<br>  *PAR CALL DATE: 01/01/20  PAR CALL PRICE: 100.00*<br>  *ORIGINAL UNIT/TOTAL COST:  100.0468/25,011.71* | 11/19/10 | 25,000 | 25,001.88 | 102.1590 | **25,539.75** | 537.87 | 305.56 | **1,250** | 4.89 |
| △ PR INFRSTRUCTURE FNG SPL<br>  *TX RV SPL TAX REV BDS  SEP06  05.000%JUL01 2025*<br>  *MOODY'S: C  S&P: ***   CUSIP: 745220JK0*<br>  *PAR CALL DATE: 04/28/19  PAR CALL PRICE: 100.00*<br>  *ORIGINAL UNIT/TOTAL COST:  100.1800/25,045.01* | 11/22/11 | 25,000 | 25,000.00 | 18.4840 | **4,621.00** | (20,379.00) | | | |
| FOLEY ALA PUB FACS COOP<br>  *DIST REV AGC EBD PRF19  SEP09  05.000%SEP01 2026*<br>  *MOODY'S: *** S&P: AA   CUSIP: 344241BK9* | N/A | 10,000 | N/A | 101.4120 | **10,141.20** | N/A | 38.89 | **500** | 4.93 |
| FOLEY ALA PUB FACS COOP<br>  *DIST REV REV BDS AGC EBD  SEP09  05.000%SEP01 2026*<br>  *MOODY'S: *** S&P: AA   CUSIP: 344241BL7*<br>  *PAR CALL DATE: 09/01/19  PAR CALL PRICE: 100.00* | N/A | 5,000 | N/A | 101.3200 | **5,066.00** | N/A | 19.44 | **250** | 4.93 |
| **TOTAL** | | 75,000 | 60,092.91 | | **55,609.15** | (19,690.96) | 648.61 | **2,625** | 4.72 |

**PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.**



**Merrill Lynch**
Bank of America Corporation

PA9-430-12-00
600 Hamilton Street, Allentown, PA 18101

RECEIVED & FILED
2019 APR 22 PM 5:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767



Retail



**P**

**US POSTAGE PAID**

**$8.60**

Origin: 18101
04/15/19
4101280951-05

**PRIORITY MAIL 3-Day ®**

0 Lb 5.40 Oz

**1006**

EXPECTED DELIVERY DAY:  04/18/19

**C018**

SHIP
TO:
   150 AVE CARLOS CHARDON
   STE 150
   SAN JUAN PR  00918-1706

**USPS TRACKING NUMBER**



9505 5105 5041 9105 2468 74



Case:17-03283-LTS   Doc#:6488-1   Filed:04/22/19   Entered:04/23/19 16:45:39   Desc:
Pro Se Notices of Participation   Page 93 of 156

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2019 APR 22  PM 5: 20

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------------------X
                    :

In re:                    :

                    :

THE FINANCIAL OVERSIGHT AND     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :    Title III

                    :

     as representative of       :    Case No. 17-BK-3283 (LTS)

                    :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :    (Jointly Administered)

                    :

     Debtors.         :
------------------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**           **Counsel Contact Information (if any)**

Javia 2011 Grandch.ldw's Trust
_____          _____
Participant Name                                 Firm Name (if applicable)

Subhash Javia
_____          _____
Contact Person (if Participant is not an individual)       Contact Person

NSjavia@ yahoo.com
_____          _____
Email Address                                    Email Address

_____          _____

Address line 1                          Address line 1
_3804 Tiffany Drive_                    _____
Address line 2                          Address line 2
_Easton PA 18045_                       _____
City, State Zip Code                    City, State Zip Code
_US_                                    _____
Country                                 Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _X_ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

         _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
            - 745235TG6    - 914811NM2    - 745266ALO    - 74526QLY6   -745262
            - 914811NL4    - 745235K91    - 745220FMO    - 74220EE9                YQ9

      (b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _Manojkumar Javia_
     Signature
_Manojkumar Javia_
Print Name
_Trustee_
Title (if Participant is not an individual)
_4|12|2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: **www.mymerrill.com**

Account Number: Redacted ·10999

24-Hour Assistance: (800) MERRILL
Access Code: Redacted 10999

**Net Portfolio Value:** $2,454,846.00

MANOJKUMAR J JAVIYA TTEE
U/A DTD 12/28/2011
BY SUBHASCHANDRA JAVIA ET AL
3804 TIFFANY DR
EASTON PA 18045-3047

Your Financial Advisor:
SEYLE HICKEY & ASSOCIATES
600 HAMILTON ST, TOWER 6
ALLENTOWN PA    18101
1-800-937-0626

# ◼ GChildren 2011 Trust

March 01, 2019 - March 29, 2019

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (03/01) | **$2,430,989.75** | |
| Total Credits | 13,906.30 | 24,118.81 |
| Total Debits | - | (43,000.00) |
| Securities You Transferred In/Out | - | 54,845.00 |
| Market Gains/(Losses) | 9,949.95 | 51,491.64 |
| **Closing Value** (03/29) | **$2,454,846.00** | |

## ASSETS

| | March 29 | February 28 |
|---|---|---|
| Cash/Money Accounts | 292,175.53 | 283,678.95 |
| Fixed Income | 828,279.41 | 816,297.12 |
| Equities | 56,765.00 | 57,050.00 |
| Mutual Funds | 609,523.54 | 611,320.60 |
| Options | - | - |
| Other | - | - |
| Alternative Investments ☆ | 660,501.94 | 654,936.43 |
| *Subtotal (Long Portfolio)* | *2,447,245.42* | *2,423,283.10* |
| Estimated Accrued Interest | 7,600.58 | 7,706.65 |
| **TOTAL ASSETS** | **$2,454,846.00** | $2,430,989.75 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | - |
| **NET PORTFOLIO VALUE** | **$2,454,846.00** | $2,430,989.75 |

☆Amount includes alternative investments. Unless otherwise noted, alternative investments are not registered in the name of nor held by MLPF&S or its nominees and alternative investment amounts are provided for informational purposes only.

*Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
Investment products:  | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |



**MERRILL**
A BANK OF AMERICA COMPANY

GChildren 2011 Trust

Account Number: Redacted ·10999

# ACCOUNT INVESTMENT OBJECTIVE

March 01, 2019 - March 29, 2019

**TOTAL RETURN:** Objective is to strike a balance between current income and growth. Despite the relatively balanced nature of the portfolio, the investor should be willing to assume the risk of price volatility and principal loss.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## YOUR CMA FOR TRUST BANK DEPOSIT INTEREST SUMMARY

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 246,140 | 246,004 | .75 | 146.08 | **246,145** |
| Bank of America CA, N.A. | 37,538 | 39,696 | .75 | 23.57 | **41,028** |
| **TOTAL** ML Bank Deposit Program | 283,678 | | | 169.65 | **287,173** |

## YOUR CMA FOR TRUST ASSETS

| **CASH/MONEY ACCOUNTS** Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 5,002.53 | 5,002.53 | | **5,002.53** | | |
| ✚ML BANK DEPOSIT PROGRAM ✚FDIC INSURED NOT SIPC COVERED | 287,173.00 | 287,173.00 | 1.0000 | **287,173.00** | **2,154** | .75 |
| **TOTAL** | | 292,175.53 | | **292,175.53** | **2,154** | **.75** |

| **MUNICIPAL BONDS** Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO PUB BLDGS *AUTH REV GTD H GUAR FGIC  REMAIN PRN VAL* *MOODY'S: *** S&P: D  CUSIP: 745235TG6* | 04/22/09 | 50,000 *9023* | 8,859.97 | 75.8750 | **6,846.56** | (2,013.41) | | **497** | 7.24 |
| Δ UNIVERSITY P R UNIV REVS *REV BDS SERIES SER P  DEC06 05.000%JUN01 2019* *MOODY'S: C  S&P: CC  CUSIP: 914811NL4* | 11/29/11 | 25,000 | 25,000.00 | 99.7500 | **24,937.50** | (62.50) | 409.72 | **1,250** | 5.01 |



001

7131

*124 of 247*

GChildren 2011 Trust

Account Number Redacted0999

**24-Hour Assistance:** (800) MERRILL
Access Code:Redacted10999

## *YOUR CMA FOR TRUST ASSETS*

March 01, 2019 - March 29, 2019

| MUNICIPAL BONDS (continued)<br>Description | Acquired | Quantity | Adjusted/Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income | Current<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|
| *PAR CALL DATE: 04/28/19   PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:   101.5379/25,384.48* | | | | | | | | | |
| SACRAMENTO CNTY CALIF<br>*CTFS PARTN COPS AMBAC   JUN03  05.000%DEC01 2019*<br>*MOODY'S: A2  S&P: A+   CUSIP: 786110MR4*<br>*PAR CALL DATE: 04/28/19   PAR CALL PRICE: 100.00* | 05/15/13 | 40,000 | 40,000.00 | 100.2930 | **40,117.20** | 117.20 | 655.56 | **2,000** | 4.98 |
| Δ UNIVERSITY P R UNIV REVS<br>*REV BDS SERIES SER P  DEC06  05.000%JUN01 2020*<br>*MOODY'S: C  S&P: CC   CUSIP: 914811NM2*<br>*PAR CALL DATE: 04/28/19   PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:   101.6977/30,509.33* | 12/11/12 | 30,000 | 30,000.00 | 99.7500 | **29,925.00** | (75.00) | 491.67 | **1,500** | 5.01 |
| Δ PUERTO RICO PUB BLDGS<br>*AUTH REV GTD P GUAR OID   JUL09  06.000%JUL01 2020*<br>*MOODY'S: CA  S&P: ***   CUSIP: 745235K91*<br>*PAR CALL DATE: 07/01/19   PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:   105.6247/26,406.19* | 06/06/11 | 25,000 | 25,077.33 | 73.2500 | **18,312.50** | (6,764.83) | | **1,500** | 8.19 |
| Δ PR CCD AUTH HOTEL OCCPY<br>*TAX RV HOTEL FGIC  MAR06  05.000%JUL01 2021*<br>*MOODY'S: C  S&P: ***   CUSIP: 745266AU0*<br>*PAR CALL DATE: 04/28/19   PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:   101.7315/15,259.73* | 02/28/12 | 15,000 | 15,000.00 | 76.3750 | **11,456.25** | (3,543.75) | | **750** | 6.54 |
| Δ DOLTON ILL GO BDS<br>*SER A AGC EBD   SEP09  04.250%DEC01 2021*<br>*MOODY'S: ***  S&P: AA   CUSIP: 257003KD4*<br>*PAR CALL DATE: 12/01/19   PAR CALL PRICE: 100.00*<br>*ORIGINAL UNIT/TOTAL COST:   100.4030/50,201.52* | 01/16/14 | 50,000 | 50,047.49 | 101.1920 | **50,596.00** | 548.51 | 696.53 | **2,125** | 4.19 |

+

7131



**MERRILL**
A BANK OF AMERICA COMPANY

GChildren 2011 Trust

Account Number:   Redacted   :10999

## *YOUR CMA FOR TRUST ASSETS*

March 01, 2019 - March 29, 2019

| MUNICIPAL BONDS (continued) Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| Δ PR INFRSTRUCTURE FNG SPL TX RV SPECIAL TAX C FGIC  JUN08  05.500%JUL01 2022 MOODY'S: C  S&P: ***  CUSIP: 745220FM0 ORIGINAL UNIT/TOTAL COST:  103.6218/36,267.65 | 05/02/13 | 35,000 | 35,569.22 | 78.0000 | 27,300.00 | (8,269.22) | | 1,925 | 7.05 |
| Δ PUERTO RICO ELEC PWR AUTH PWR REV PWR REV  JUN08  05.375%JUL01 2022 MOODY'S: CA  S&P: ***  CUSIP: 74526QUY6 PAR CALL DATE: 04/28/19   PAR CALL PRICE: 100.00 ORIGINAL UNIT/TOTAL COST:  103.1735/41,269.42 | 08/04/11 | 40,000 | 40,000.00 | 70.8750 | 28,350.00 | (11,650.00) | | 2,150 | 7.58 |
| DOLTON ILL GO BDS SER A AGC EBD  SEP09  04.250%DEC01 2022 MOODY'S: ***  S&P: AA  CUSIP: 257003KE2 PAR CALL DATE: 12/01/19   PAR CALL PRICE: 100.00 ORIGINAL UNIT/TOTAL COST:  99.2500/24,812.50 | 01/17/14 | 25,000 | 24,812.50 | 101.0270 | 25,256.75 | 444.25 | 348.26 | 1,063 | 4.20 |
| Δ PUBLIC AT COLO EGY NAT GAS REV NATURAL GAS OID  JUN08  06.125%NOV15 2023 MOODY'S: A2  S&P: A-  CUSIP: 744387AB7 ORIGINAL UNIT/TOTAL COST:  106.7061/37,347.16 | 02/12/10 | 35,000 | 36,332.62 | 111.6930 | 39,092.55 | 2,759.93 | 797.95 | 2,144 | 5.48 |
| Δ PR INFRSTRUCTURE FNG SPL TX RV SPECIAL TAX A FGIC  JUN05  05.500%JUL01 2024 MOODY'S: C  S&P: ***  CUSIP: 745220EE9 ORIGINAL UNIT/TOTAL COST:  103.1198/10,311.98 | 03/19/13 | 10,000 | 10,181.71 | 77.7500 | 7,775.00 | (2,406.71) | | 550 | 7.07 |
| Δ PUERTO RICO ELEC PWR AUTH PWR REV PWR REV CCC  MAY10  05.000%JUL01 2025 MOODY'S: CA  S&P: ***  CUSIP: 74526QYQ9 PAR CALL DATE: 04/28/19   PAR CALL PRICE: 100.00 ORIGINAL UNIT/TOTAL COST:  100.3285/25,082.14 | 06/11/10 | 25,000 | 25,000.00 | 70.3750 | 17,593.75 | (7,406.25) | | 1,250 | 7.10 |



**Merrill Lynch**
Bank of America Corporation

PA9-430-12-00
600 Hamilton Street, Allentown, PA 18101

RECEIVED & FILED
2019 APR 22 PM 5:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
District Court for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767



Retail



P

US POSTAGE PAID
**$8.60**
Origin: 18101
04/15/19
4101280951-05

PRIORITY MAIL 3-Day ®

0 Lb 5.40 Oz
**1006**

EXPECTED DELIVERY DAY:  04/18/19

C018

SHIP
TO:
    150 AVE CARLOS CHARDON
    STE 150
    SAN JUAN PR  00918-1706

**USPS TRACKING NUMBER**



9505 5105 5041 9105 2468 74



*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22  PM 5: 23
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

-----------------------------------X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :    Title III

　　　　as representative of               :    Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :    (Jointly Administered)
                                              :
　　　　Debtors.                           :
-----------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.　　Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _MARK STEPHEN AQUADRO_<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual)<br>_mark.aquadro@gmail.com_<br>~~maqu~~<br>Email Address | _____<br>Contact Person |
| | _____<br>Email Address |
| _____ | _____ |

Address line 1                                          Address line 1

_4584 CENTER HILL ROAD_
Address line 2                                          Address line 2

_OLIVE BRANCH, MS 38654_
City, State Zip Code                                    City, State Zip Code

_U.S.A._
Country                                                 Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89_

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _____
Signature

_MARK STEPHEN AQUADRO_
Print Name

_____
Title (if Participant is not an Individual)

_4/16/19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**MARTIN, TATE, MORROW & MARSTON, P.C.**

**ATTORNEYS AND COUNSELORS**

INTERNATIONAL PLACE, TOWER II
SUITE 1000
6410 POPLAR AVENUE
MEMPHIS, TENNESSEE 38119-4839

MEMPHIS
TN 380

NEOPOST       FIRST-CLASS MAIL
04/16/2019
US POSTAGE  $000.50⁰



ZIP 38119
041M11452074

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT CO
SAN JUAN P
2019 APR 22  PM 5: 23

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22  PM 5: 23

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
-------------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :    Title III
                                                  :
        as representative of                      :    Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :    (Jointly Administered)
                                                  :
        Debtors.                                  :
-------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| AQUADRO FAMILY IRREVOCABLE TRUST | |
| Participant Name | Firm Name (if applicable) |
| MARK S. AQUADRO | |
| Contact Person (if Participant is not an individual) | Contact Person |
| mark.aquadro@gmail.com | |
| Email Address | Email Address |

Address line 1

_4584 CENTER HILL RD._
Address line 2

_OLIVE BRANCH, MS 38654_
City, State Zip Code

_U.S.A._
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

____✓____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB 63_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____
Signature

_MARK S. AQUADRO_
Print Name

_TRUSTEE_
Title (if Participant is not an Individual)

_4/16/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**MARTIN, TATE, MORROW & MARSTON, P.C.**

**ATTORNEYS AND COUNSELORS**

INTERNATIONAL PLACE, TOWER II
SUITE 1000
6410 POPLAR AVENUE
MEMPHIS, TENNESSEE 38119-4839

MEMPHIS
TN 380

NEOPOST
04/16/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 38119
041M11452074

The Clerk of the United States District Court
for the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR  00918-1767

00918-170625

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

2019 APR 22 PM 5: 21

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
-----------------------------------------------------------------X
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :     Title III
                                          :
         as representative of             :     Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :     (Jointly Administered)
                                          :
         Debtors.                         :
-----------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Raymond Leonard | Pratt Vreeland Kennelly Martin & White |
| Participant Name | Firm Name (if applicable) |
| | John J. Kennelly |
| Contact Person (if Participant is not an individual) | Contact Person |
| n/a | kennelly@vermontcounsel.com |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
|---|---|
| PO BOX 215 | PO BOX 280 |
| Address line 2 | Address line 2 |
| Center Rutland, VT 05736 | Rutland, VT 05701 |
| City, State Zip Code | City, State Zip Code |
| USA | USA |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　　_____  intends to **support** the relief requested in the Objection (i.e., Participant
　　　　believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

　　　　___X___  intends to **oppose** the relief requested in the Objection (i.e., Participant
　　　　believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　(a)  Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
　　　　Bond (CUSIP 74514LUD7)

　　(b)  Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
　　　　secondary market? **YES** or **NO** (please **circle one**).

By: _____
　　Signature

　　John J. Kennelly, Esq.
　　Print Name

　　Attorney
　　Title (if Participant is not an Individual)

　　04/18/2019
　　Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22  PM 5: 22

CLERK S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

In re:                                              )
                                                    )
THE FINANCIAL OVERSIGHT AND                         )    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   )    Title III
                                                    )
            as representative of                    )    Case No. 17-BK-3283 (LTS)
                                                    )
THE COMMON WEALTH OF PUERTO RICO, *et al.,*         )
                                                    )    (Jointly Administered)
            Debtors.                                )

**CERTIFICATE OF SERVICE**

NOW COMES John J. Kennelly, Esq., Counsel for Raymond and Linda Leonard.,

and hereby certifies that on today's date I caused to be served PDF copies of the *Notice*

*Of Participation In Omnibus Objection To Claims Filed Or Asserted By Holders Of*

*Certain Commonwealth General Obligations Bonds for Raymond and Linda Leonard*

and this *Certificate of Service* via email or U.S. Mail, Postage Prepaid to the following

parties of record:

**Brown Rudnick LLP**
Attn: Edward S. Weisfelner, Esq.
Angela M. Papalaskaris, Esq.
7 Times Square
New York, NY  10036
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq.
601 Thirteen Street NW, Suite 600
Washington DC 2005
sbest@brownrudnick.com

Sunni P. Beville, Esq.
One Financial Center
Boston, MA  02111
sbeville@brownrudnick.com

**Paul Hastings LLP**
Attn: Luc A. Depins, Esq.
James R. Bliss, Esq.
Nicholas A. Basset, Esq.
200 Park Avenue
lucdepins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com

**Estrella, LLC**
Attn: Alberto Estrella, Esq.
Kenneth C. Suria, Esq.
PO BOX BOX 9023596
San Juan, Puerto Rico 00902-3596
agestrella@estrellallc.com
ksuria@estrellalla.com

**Casillas, Santiago & Torres, LLC**
Attn: Juan J. Casillas Ayala, Esq.
Diana M. Batlle-Barsorda, Esq.
Alberto J. E. Aneses Negron, Esq.
Ericka C. Montull-Novoa, Esq.
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

DATED at Rutland, Vermont this 18th day of April, 2019

**PRATT VREELAND KENNELLY MARTIN & WHITE, LTD**

John J. Kennelly
P.O. Box 280
Rutland, VT 05702-0280
Telephone:  (802) 775-7141 (ext. 216)
Email:  kennelly@vermontcounsel.com

*Attorneys for Raymond and Linda Leonard*

LAW OFFICE
# PRATT VREELAND KENNELLY MARTIN & WHITE, LTD.
### P. O. Box 280
### RUTLAND, VT  05702-0280

MATTHEW D. ANDERSON
JOHN J. KENNELLY
TIMOTHY U. MARTIN
ROBERT S. PRATT
NEAL C. VREELAND
JEFFREY P. WHITE
———
JEFFREY P. GUEVIN
SHANNON E. LAMB

2019 APR 22  PM 5: 21

TELEPHONE: (802) 775-7141
FACSIMILE: (802) 775-6483
E-MAIL:  lawyers@vermontcounsel.com
Website:   www.vermontcounsel.com

OFFICE LOCATION:
64 NORTH MAIN STREET
RUTLAND, VT  05701

Writer's Direct E-mail:
kennelly@vermontcounsel.com

April 18, 2019

United States District Court
District of Puerto, Federal Building
150 Carlos Chardon Avenue, Room 150
San Juan, PR  00918-1767
Attn: The Clerk

Re:   *Notice of Participation*
      *Linda and Raymond Leonard*
      *Case No. 17-bk-03283*

Dear Sirs,

Enclosed please find the Notice of Participation for Linda Leonard and Raymond
Leonard and a Certificate of Service for the above referenced case number.  Mr. and
Mrs. Leonard intend to oppose the Omnibus Objection.

Thank you for your attention to this matter.  In the event you have any questions,
please do not hesitate to contact me.

Very truly yours,

John J. Kennelly

Encl.
JJK:jdd

cc:   Linda and Raymond Leonard (via mail)

PRATT VREELAND KENNELLY MARTIN & WHITE, LTD.
P. O. Box 280
RUTLAND, VT 05702–0280

United States District Court
District of Puerto, Federal Building
150 Carlos Chardon Avenue, Room 150
San Juan, PR  00918-1767
Attn: The Clerk

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILE

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**  APR 22  PM 5: 22

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------------X
:
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :        Title III
                                                    :
        as representative of                        :        Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*           :        (Jointly Administered)
                                                    :
        Debtors.                                    :
------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

   Linda Leonard                                         Pratt Vreeland Kennelly Martin & White
Participant Name                                     Firm Name (if applicable)

                                                        John J. Kennelly
Contact Person (if Participant is not an individual)  Contact Person

   n/a                                                  kennelly@vermontcounsel.com
Email Address                                        Email Address

Address line 1
PO BOX 215
_____
Address line 2
Center Rutland, VT  05736
_____
City, State Zip Code
USA
_____
Country

Address line 1
PO BOX 280
_____
Address line 2
Rutland, VT  05701
_____
City, State Zip Code
USA
_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

Bond (CUSIP 745145ZD7)

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

John J. Kennelly, Esq.
_____
Print Name

Attorney
_____
Title (if Participant is not an Individual)

04/18/2019
_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22   PM 5: 22

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMON WEALTH OF PUERTO RICO, *et al.,*

    Debtors.

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

)
)
)
)
)
)
)
)
)
)
)

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**CERTIFICATE OF SERVICE**

NOW COMES John J. Kennelly, Esq., Counsel for Raymond and Linda Leonard.,

and hereby certifies that on today's date I caused to be served PDF copies of the *Notice*

*Of Participation In Omnibus Objection To Claims Filed Or Asserted By Holders Of*

*Certain Commonwealth General Obligations Bonds for Raymond and Linda Leonard*

and this *Certificate of Service* via email or U.S. Mail, Postage Prepaid to the following

parties of record:

**Brown Rudnick LLP**
Attn: Edward S. Weisfelner, Esq.
Angela M. Papalaskaris, Esq.
7 Times Square
New York, NY 10036
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq.
601 Thirteen Street NW, Suite 600
Washington DC 2005
sbest@brownrudnick.com

Sunni P. Beville, Esq.
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com

**Paul Hastings LLP**
Attn: Luc A. Depins, Esq.
James R. Bliss, Esq.
Nicholas A. Basset, Esq.
200 Park Avenue
lucdepins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com

**Estrella, LLC**
Attn: Alberto Estrella, Esq.
Kenneth C. Suria, Esq.
PO BOX BOX 9023596
San Juan, Puerto Rico 00902-3596
agestrella@estrellallc.com
ksuria@estrellalla.com

**Casillas, Santiago & Torres, LLC**
Attn: Juan J. Casillas Ayala, Esq.
Diana M. Batlle-Barsorda, Esq.
Alberto J. E. Aneses Negron, Esq.
Ericka C. Montull-Novoa, Esq.
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

DATED at Rutland, Vermont this 18th day of April, 2019

**PRATT VREELAND KENNELLY MARTIN & WHITE, LTD**

John J. Kennelly
P.O. Box 280
Rutland, VT 05702-0280
Telephone:  (802) 775-7141 (ext. 216)
Email:  kennelly@vermontcounsel.com

*Attorneys for Raymond and Linda Leonard*

LAW OFFICE
## PRATT VREELAND KENNELLY MARTIN & WHITE, LTD.
P. O. Box 280
RUTLAND, VT  05702-0280

MATTHEW D. ANDERSON
JOHN J. KENNELLY
TIMOTHY U. MARTIN
ROBERT S. PRATT
NEAL C. VREELAND
JEFFREY P. WHITE

———

JEFFREY P. GUEVIN
SHANNON E. LAMB

2019 APR 22  PM 5: 21

TELEPHONE: (802) 775-7141
FACSIMILE: (802) 775-6483
E-MAIL: lawyers@vermontcounsel.com
Website: www.vermontcounsel.com

OFFICE LOCATION:
64 NORTH MAIN STREET
RUTLAND, VT  05701

*Writer's Direct E-mail:*
*kennelly@vermontcounsel.com*

April 18, 2019

United States District Court
District of Puerto, Federal Building
150 Carlos Chardon Avenue, Room 150
San Juan, PR  00918-1767
Attn: The Clerk

Re:     *Notice of Participation*
        *Linda and Raymond Leonard*
        *Case No. 17-bk-03283*

Dear Sirs,

Enclosed please find the Notice of Participation for Linda Leonard and Raymond Leonard and a Certificate of Service for the above referenced case number.  Mr. and Mrs. Leonard intend to oppose the Omnibus Objection.

Thank you for your attention to this matter.  In the event you have any questions, please do not hesitate to contact me.

Very truly yours,

John J. Kennelly

Encl.
JJK:jdd

cc:     Linda and Raymond Leonard (via mail)

PRATT VREELAND KENNELLY MARTIN & WHITE, LTD.

P. O. Box 280
RUTLAND, VT 05702-0280



United States District Court
District of Puerto, Federal Building
150 Carlos Chardon Avenue, Room 150
San Juan, PR 00918-1767
Attn: The Clerk

00918@1703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X
:  
In re:   :
:  
THE FINANCIAL OVERSIGHT AND   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
:  
      as representative of   :   Case No. 17-BK-3283 (LTS)
:  
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
:  
      Debtors.   :  
-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

_Maurice Michelson_
Participant Name                         Firm Name (if applicable)

_____       _____
Contact Person (if Participant is not an individual)       Contact Person

_mbm1736 @msn. Com_
Email Address                              Email Address

_____       _____

Address line 1                                    Address line 1

_1 6 9 Kyle ct_

Address line 2                                    Address line 2

_Monroe Twp NJ 08831_

City, State Zip Code                              City, State Zip Code

_USA_

Country                                           Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

       _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

       __X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             — 74514 LB71 —

       (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Maurice Michelson_
    Signature

    _Maurice B. Michelson_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _3/13/19_
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**THE JEFFREY MATTHEWS**
F I N A N C I A L   G R O U P ,   L L C

30 B Vreeland Road, Suite 210 • Florham Park, NJ 07932-0128

U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 07932
02 4W
0000355832 APR 16 2019

$ 000.50⁰

RECEIVED
2019 APR 22
CLERKS OFFICE
U.S. DISTRICT
SAN JUAN

US DISTRICT COURT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR    00918

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILE

2019 APR 22 PM 5: 21

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

-------------------------------------------------X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND               :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :        Title III
                                                                :
        as representative of                          :        Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                                                                :
        Debtors.                                        :
-------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**            **Counsel Contact Information (if any)**

Marilyn L Greenberger
Participant Name                                              Firm Name (if applicable)


Contact Person (if Participant is not an individual)        Contact Person

maraaron @ concentric.net
Email Address                                                    Email Address

Case:17-03283-LTS   Doc#:6488-1   Filed:04/22/19   Entered:04/23/19 16:45:39   Desc:
Pro Se Notices of Participation   Page 122 of 156

SRF 31030

Address line 1                                      Address line 1

820 Ocean Parkway, Apt. 509

Address line 2                                      Address line 2

Brooklyn, New York 11230

City, State Zip Code                               City, State Zip Code

USA

Country                                            Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

745142 LB 89

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Marilyn Greenberger_
    Signature

_Marilyn Greenberger_
Print Name

_____
Title (if Participant is not an Individual)

_4/1/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

0049&§1703 C018

U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 07932
02 4W
0000355832 APR 16 2019
$ 000.50⁰



THE JEFFREY MATTHEWS
FINANCIAL GROUP, LLC
30 B Vreeland Road, Suite 210 • Florham Park, NJ 07932-0128



RECEIVED
2019 APR 22
CLERK S
U.S. DIST
SAN JUAN

US DISTRICT COURT OF PUERTO
ROOM 150  FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR    00918

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X

In re:                                             :

THE FINANCIAL OVERSIGHT AND          :
MANAGEMENT BOARD FOR PUERTO RICO,    :

      as representative of                     :
                                                   :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :

      Debtors.                               :

-------------------------------------------------------------X

2019 APR 22 PM 5: 24

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

*ANDREA L. KOEPKE*
Participant Name

Contact Person (if Participant is not an individual)

*Andreakoepke1@aol.com*
Email Address (No Caps)

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

525 W. HAWTHORNE Pl.

Address line 1

~~UNIT 1601~~ error

Address line 2

~~Chicago, IL 60657~~

City, State Zip Code

~~USA~~

Country

Address line 1

P.O. 146

Address line 2

Syracuse, IN. 46567

City, State Zip Code

USA

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LA56
74514LB89

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Andrea L. Koepke*

Signature

ANDREA L. KOEPKE

Print Name

_____

Title (if Participant is not an Individual)

4-13-19

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



Koepke
P.O. Box 146
Syracuse, IN
46567

CAROL STREAM IL 601

17 APR 2019 PM 10 L

USA FOREVER

RECEIVED & FILED
2019 APR 22   PM 5: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

THE Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos CHARdon Ave
San Juan, PR      00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------X
                                                     :    2019 APR 22  PM 5: 24
In re:                                               :
                                                     :    CLERK'S OFFICE
THE FINANCIAL OVERSIGHT AND                          :    U.S. DISTRICT COURT
MANAGEMENT BOARD FOR PUERTO RICO,                    :    SAN JUAN P.R.
                                                     :    PROMESA
                                                     :    Title III
            as representative of                     :
                                                     :    Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,              :
                                                     :    (Jointly Administered)
            Debtors.                                 :
-----------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

THOMAS E. MATTERN
_____                      _____
Participant Name                                     Firm Name (if applicable)


_____                      _____
Contact Person (if Participant is not an individual) Contact Person


_____                      _____
Email Address                                        Email Address


Case:17-03283-LTS   Doc#:6488-1   Filed:04/22/19   Entered:04/23/19 16:45:39   Desc:
Pro Se Notices of Participation   Page 128 of 156

SRF 31030

Address line 1

_624 BELVEDERE DR._

Address line 1

_____

Address line 2

_BELLEVILLE IL, 62223_

Address line 2

_____

City, State Zip Code

_St. CLAIRE_

City, State Zip Code

_____

Country

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514LB89_

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Thomas E. Mattern_
Signature

_THOMAS E. MATTERN_
Print Name

_____
Title (if Participant is not an Individual)

_April H / 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Thomas Mattern
624 Belvedere Drive
Belleville, IL. 62223-3208



1,19

RECEIVED & FILED
2019 APR 22  PM 5: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
For the District of Puerto - Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

0091881706 C018

SRF 3096

Case:17-03283-LTS   Doc#:6488-1   Filed:04/22/19   Entered:04/23/19 16:45:39   Desc:
Pro Se Notices of Participation   Page 130 of 156

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22  PM 5: 24
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

---------------------------------------------------------------X

In re:                                                :

THE FINANCIAL OVERSIGHT AND              :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :        Title III

     as representative of                       :        Case No. 17-BK-3283 (LTS)

                                        :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :        (Jointly Administered)
                                       :

     Debtors.                                      :

---------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JEFFREY G HIPP   MARY A. HIPP | _____ |
| Participant Name | Firm Name (if applicable) |
| JEFFREY G. HIPP | _____ |
| Contact Person (if Participant is not an individual) | Contact Person |
| SKINNHIPP@ NEO. RR.COM | _____ |
| Email Address | Email Address |
| _____ | _____ |

Address line 1

_5 JAMIE WAY_

Address line 2

_NORWALK OHIO 44857_

City, State Zip Code

_USA_

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_745 14L B 89_

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Jeffrey G. Hipp & Mary Ann Hipp_
Signature

_JEFFREY G. HIPP    MARY ANN HIPP_
Print Name

_____
Title (if Participant is not an Individual)

Date _4-15-19_

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

HIPP
5 JAMIE WAY
NORWALK, OH.
44857

CLEVELAND OH 440

15 APR 2019 PM 6 L



RECEIVED & ENTERED
2019 APR 22  PM 3: 24
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, P.R. 00918 — 1767

00918-170625

SRF 30961

Case:17-03283-LTS   Doc#:6488-1   Filed:04/22/19   Entered:04/23/19 16:45:39   Desc:
Pro Se Notices of Participation   Page 133 of 156

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22  PM 5: 24
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
--------------------------------------------------------X
                                            :
In re:                                      :
                                            :
THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,           :   Title III
                                            :
        as representative of                :   Case No. 17-BK-3283 (LTS)
                                            :
THE COMMONWEALTH OF PUERTO RICO et al.,     :   (Jointly Administered)
                                            :
        Debtors.                            :
--------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JAMISYN R. HIPP | |
| Participant Name | Firm Name (if applicable) |
| JEFFREY G HIPP | |
| Contact Person (if Participant is not an individual) | Contact Person |
| SKINNHIPP @ NEO. RR. COM | |
| Email Address | Email Address |
| | |

Address line 1

5 JAMES WAY
Address line 2

NORWALK OHIO 44857
City, State Zip Code

USA
Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country
_____

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514L R89

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

JAMISYN HIND
Print Name

_____
Title (if Participant is not an Individual)

4-15-19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

HIPP
5 JAMIE WAY
NORWALK, OH.
44857

CLEVELAND OH 440

15 APR 2019 PM 6 L



RECEIVED & FILED
2019 APR 22  PM 2: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, P.R. 00918-1767

00918-170625

SRF 3096

Case:17-03283-LTS   Doc#:6488-1   Filed:04/22/19   Entered:04/23/19 16:45:39   Desc:
Pro Se Notices of Participation   Page 136 of 156
**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED*
*2019 APR 22  PM 5: 24*
*CLERK'S OFFICE*
*U.S DISTRICT COURT*
*SAN JUAN P.R.*

```
-------------------------------------------------------------X
                                                        :
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :     Title III
                                                        :
            as representative of                        :     Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO et al.,                 :     (Jointly Administered)
                                                        :
            Debtors.                                    :
-------------------------------------------------------------X
```

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *LEANDER G. HIPP* | |
| Participant Name | Firm Name (if applicable) |
| *JEFFREY G. HIPP* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *SKINNHIPP @ NEO.RR. COM* | |
| Email Address | Email Address |

Address line 1

_5 JAMIE WAY_
Address line 2

_NORWALK OHIO 44857_
City, State Zip Code

_USA_
Country

Address line 1
_____
Address line 2
_____
City, State Zip Code
_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

_74514L B89_

(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: _Leander Hipp_
Signature

_LEANDER HIPP_
Print Name

_____
Title (if Participant is not an Individual)

_4-15-19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

HIPP
5 JAMIE WAY
NORWALK, OH.
    44857

CLEVELAND OH 440

15 APR 2019 PM 6 1



THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF PUERTO
         ROOM 150 FEDERAL BUILDING
         150 CARLOS CHARDON AVE.
         SAN JUAN , P.R. 00918-1767

RECEIVED & FILED
2019 APR 22  PM 12: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :      Title III
                                                      :
        as representative of                          :      Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO *et al.*,             :      (Jointly Administered)
                                                      :
        Debtors.                                      :
------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "Objection"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "Challenged GO Bonds") are invalid.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

CHARLES MATHWIG
_____                    _____
Participant Name                                     Firm Name (if applicable)

_____                    _____
Contact Person (if Participant is not an individual) Contact Person

bjn @ fiduciarypartners. com
_____                    _____
Email Address                                        Email Address

_____                    _____

Address line 1

3265 WHITE TAIL LANE #F

Address line 2

OSHKOSH WI 54904

City, State Zip Code

USA

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.   If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)   Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

CHARLES MATHWIG
Print Name

_____
Title (if Participant is not an Individual)

4/9/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**FIDUCIARY PARTNERS**®

INDEPENDENT TRUST SERVICES

3913 W PROSPECT AVE STE 201
APPLETON WI 54914-8797

MILWAUKEE
WI 532
15 APR '19
PM 6 L



UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 000.50⁰
0001806354   APR 15 2019
MAILED FROM ZIP CODE 54914

RECEIVED & FILED
2019 APR 22  PM 5:...
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States
For the District of Puerto
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan  PR  00918-1767

00918-170625

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22  PM 5: 24
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

        Debtors.

:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

-------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

       **This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| James H & Jessica C. Fleming Living Trust dated August 23, 1995 | |
| ~~Participant Name~~ | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| jameshfleming@gmail.com | |
| Email Address | Email Address |
| James H Fleming, Trustee | |
| Jessica c fleming @yahoo.com | |
| Jessica C. Fleming, Trustee | |

Address line 1
*11 Snow Court*

Address line 2
*Orinda CA 94563*

City, State Zip Code
*USA*

Country

Address line 1
_____

Address line 2
_____

City, State Zip Code
_____

Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*7514LB 89*

(b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *James H. Davis*
Signature

Print Name *James H. Fleming*
*Trustee*

Title (if Participant is not an Individual)

*April 15, 2019*
Date

*Jessica C Fleming*

*Jessica C. Fleming*
*Trustee*

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

11 Snow Court
Orinda, CA 94563

RECEIVED
2019 APR 22  PM 5: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

OAKLAND CA 945

15 APR 2019 PM 5 L

Justice
FOREVER



The Clerk of the United States District Court
    for the District of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

SRF 31030

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2019 APR 22 PM 5: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.

------------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| ROGER R. OLDENBURG<br>PATRICIA L. OLDENBURG<br>Participant Name | <br>Firm Name (if applicable) |
| <br>Contact Person (if Participant is not an individual) | <br>Contact Person |
| NONE<br>Email Address | <br>Email Address |
| | |

Address line 1

2311 W. TRIPOLI AVE
MILWAUKEE WI. 53221
Address line 2

SAME
City, State Zip Code

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

$\times$ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514LC88            5,000  BO-00

(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Roger R. Oldenburg*
    *Patricia L. Oldenburg*
Signature

ROGER R. OLDENBURG
Patricia L. Oldenburg
Print Name

_____
Title (if Participant is not an Individual)

3 - 27 - 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**STIFEL** | Stifel, Nicolaus & Company, Incorporated
W233 N2080 Ridgeview Parkway
Suite 202
Waukesha, Wisconsin 53188



MILWAUKEE
WI 532
16 APR '19
PM 11

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰
02 1P
0004744795   APR 16 2019
MAILED FROM ZIP CODE 53188

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918

00918$1706 C018

SRF 3096

Case:17-03283-LTS   Doc#:6488-1   Filed:04/22/19   Entered:04/23/19 16:45:39   Desc:
Pro Se Notices of Participation   Page 148 of 156

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2019 APR 22  PM 5:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
----------------------------------------------------------------X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
        as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :   (Jointly Administered)
                                                  :
        Debtors.                                  :
----------------------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *SUSAN E. SCHUR* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *ses_tec_con@msn.com* | |
| Email Address | Email Address |
| *UNDERSCORE MARKS (NOT HYPHENS)* | |

Address line 1

*76 HIGHLAND AVENUE*

Address line 2

*SOMERVILLE MA 02143*

City, State Zip Code

*U.S.A.*

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

*X*_____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

*74514LDD6*

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

*SUSAN E. SCHUR*

Print Name

_____
Title (if Participant is not an Individual)

*APRIL 15, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go 2400710144-58 postageonline

PRIORITY MAIL
POSTAGE REQUIRED.

**PLEASE PRESS FIRMLY**

PRIORITY MAIL 3-Day ®

0 Lb 1.40 Oz
**1006**

EXPECTED DELIVERY DAY: 04/19/19

C018

SHIP
TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

**USPS TRACKING NUMBER**



9505 5121 5626 9106 4103 21

**4-POUND WEIGHT LIMIT ON
INTERNATIONAL APPLIES**

Customs forms are required. Consult the
*International Mail Manual* (IMM) at *pe.usps.gov*
or ask a retail associate for details.

USPS packaging products have been awarded Cradle
to Cradle Certification℠ for their ecologically-intelligent
design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

# PRIORITY® ★ MAIL ★

**UNITED STATES
POSTAL SERVICE ®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



FROM:

Susan E. Schur
76 Highland Avenue
Somerville, MA 02143

**TO:**   The Clerk of the United States
District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 APR 22  PM 5: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Label 228, March 2016**     **FOR DOMESTIC AND INTERNATIONAL USE**

EP14F

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILE

2019 APR 22  PM 5: 2

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------------X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    Title III
                                                :
          as representative of                  :    Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :    (Jointly Administered)
                                                :
          Debtors.                              :
------------------------------------------------X
```

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *Jaime B. Fuster Berlingeri Estate* | |
| Participant Name | Firm Name (if applicable) |
| *Maria L. Fuster Zalduondo* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *mlj.fuster@gmail.com* | |
| Email Address | Email Address |

Address line 1

_PO Box 363101_

Address line 2

_San Juan PR 00936_

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____

Signature

_Maria L Fuster Zalduondo_

Print Name

_Executor_

Title (if Participant is not an Individual)

_April 16, 2019_

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Maria Luisa Fuster
PO BOX 363101
San Juan, PR 00936






CERTIFIED MAIL®

7018 2290 0002 0212 7607

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
APR 16, 19
AMOUNT
$7.30
R2303S101896-34




APR 16 2019
00936-USPS

The Clerk of the United States District Court
for the District of Puerto Rico

Rm. 150 Federal Building
150 Carlos Chardon Ave.
San Juan, Puerto Rico  00918-1767

RECEIVED & FILED
2019 APR 22  PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Case:17-03283-LTS   Doc#:6488-1   Filed:04/22/19   Entered:04/23/19 16:45:39   Desc:
Pro Se Notices of Participation   Page 154 of 156

SRF 30961

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

2019 APR 22   PM 5: 28

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

-----------------------------------------------------------------X
:
In re:                                                           :
:
THE FINANCIAL OVERSIGHT AND                                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :   Title III
:
      as representative of                                     :   Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*,                        :   (Jointly Administered)
:
      Debtors.                                            :
-----------------------------------------------------------------X

### NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
### TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
### COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Jaime J. Fuster Zalduondo
& Maria L. Fuster Zalduondo
Participant Name

Maria L. Fuster Zalduondo
Contact Person (if Participant is not an individual)

mlj.fuster@gmail.com
Email Address

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

Address line 1

PO Box 363101

Address line 2

San Juan PR 00936

City, State Zip Code

_____

Country

Address line 1

_____

Address line 2

_____

City, State Zip Code

_____

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3. If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b) Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

Maria L. Fuster Zaldvondo

Print Name

_____

Title (if Participant is not an Individual)

April 16, 2019

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

2

Maria Luisa Fuste
PO Box 363101
San Juan, PR 00936

RECEIVED & FILED
2019 APR 22  PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR




CERTIFIED MAIL

7018 2290 0002 0212 7614

UNITED STATES POSTAL SERVICE

1000    00918

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
APR 16, 19
AMOUNT
**$7.30**
R2303S101896-34

APR 16 2019
00936-USPS



The Clerk of the United States District Court
for the District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Ave.

San Juan, Puerto Rico 00918-1767