UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | PROMESA |
| | : | Title III |
| THE FINANCIAL OVERSIGHT AND | : | |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| as representative of | : | (Jointly Administered) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO et al., | : | |
| | : | |
| Debtors.[1] | : | |

-------------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | PROMESA |
| | : | Title III |
| THE FINANCIAL OVERSIGHT AND | : | |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Case No. 17-BK-3566 (LTS) |
| | : | |
| as representative of | : | (Jointly Administered) |
| | : | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : | |
| GOVERNMENT OF THE COMMONWEALTH OF PUERTO | : | |
| RICO, | : | |
| | : | |
| Debtors. | : | |

-------------------------------------------------------------------------------X

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

## ORDER SETTING DUE DATES

This matter is before the Court on the *Joint Informative Motion Regarding Oversight Board's Production and Privilege Log in Connection with the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Dkt. No. 465 in 17-BK-3566) ("Status Report").  The parties filed the Status Report in response to this Court's order dated April 16, 2019, wherein the Court set a schedule for the Oversight Board's production of documents and a privilege log.  (See Dkt. No. 445 in 17-BK-3566).  After review of the parties' arguments in the Status Report, the Court hereby orders the following:

1. The Oversight Board shall file its final privilege log by **Monday, April 29, 2019 at 3:00 p.m.**

2. The Oversight Board shall have fully completed its production of documents by **Wednesday, May 1, 2019**.

This order resolves Dkt. No. 465 in 17-BK-3566 and Dkt. No. 6469 in 17-BK-3283.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: April 23, 2019