# EXHIBIT A

| Name and Address |
|---|
| |
| AMERICAN ENTERPRISE INVESTMENT SERVICES INC.<br>c/o CT Corporation Systen Inc.<br>1010 Dale St. N<br>St. Paul, MN  55117-5603 |
| APEX CLEARING CORPORATION<br>c/o National Registered Agents, Inc.<br>28 Liberty Street<br>New York, NY 10005 |
| BANK OF AMERICA NA/CLIENT ASSETS<br>c/o Winston & Strawn LLP<br>Attn:  Jennifer L. Malin, Esq.<br>200 Park Avenue<br>New York, NY 10166 |
| BANK OF AMERICA, NA/GWIM TRUST OPERATIONS<br>c/o Winston & Strawn LLP<br>Attn:  Jennifer L. Malin, Esq.<br>200 Park Avenue<br>New York, NY 10166 |
| BARCLAYS CAP / FIXED<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BARCLAYS CAP / LONDON<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BARCLAYS CAPITAL INC./LE<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BB&T SECURITIES, LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BMO HARRIS BANK NA/TRUST<br>99 W. WASHINGTON STREET<br>Chicago, Il  60602<br>ATTN:  LEGAL DEPT. |

| |
|---|
| BNP PARIBAS SECURITIES CORP./PRIME BROKERAGE<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BNP PARIBAS, NEW YORK BRANCH/BNP PARIBAS PRIME BROKERAGE CUSTODIAN<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BNP PARIBAS, NEW YORK BRANCH/BNP PARIBAS PRIME BROKERAGE INTERNATIONAL<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BNP PARIBAS, NEW YORK BRANCH/CUSTODY/CLIENT ASSETS<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BNY MELLON / POP SEC<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer, Esq.<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| BNY MELLON/NOMURA INT'L PLC REPO<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| BNYMELLON/RE DBTC AMERICAS/DEUTSCHE BK LONDON PRIME SEG 15/00<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer, Esq.<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| BNYMELLON/RE MIDCAP SPDRSc/o<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer, Esq.<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |

63356673 v1

| |
|---|
| BNYMELLON/RE OZ OMNIBUS DTC ACCOUNT<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer, Esq.<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| BNYMELLON/RE THE PRUDENTIAL INVESTMENT<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer, Esq.<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| BNYMELLON/WEALTH MANAGEMENT<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer, Esq.<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| BRANCH BANKING AND TRUST COMPANY<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BROWN BROTHERS HARRIMAN & CO.<br>Attn: Office of Gen. Counsel<br>140 Broadway<br>New York, NY 10005 |
| C.L. KING & ASSOCIATES, INC.<br>9 Elk Street<br>Albany, NY 12207-1002<br>Attn:  Legal Dept. |
| CANTOR FITZGERALD & CO. / CANTOR CLEARING SERVICES<br>499 Park Avenue<br>New York, NY  10022<br>Attn:  Legal Dept. |
| CANTOR FITZGERALD & CO. / CANTOR CLEARING SERVICES<br>499 Park Avenue<br>New York, NY  10022<br>Attn:  Legal Dept. |
| CETERA INVESTMENT SERVICES LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207 |

| |
|---|
| CHARLES SCHWAB & CO., INC.<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD  57104<br>Attn:  Legal Dept. |
| CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD  57104<br>Attn:  Legal Dept. |
| CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD  57104<br>Attn:  Legal Dept. |
| CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST<br>111 Huntington Ave.<br>Boston, MA  02199<br>Attn:  Legal Dept. |
| CITIGROUP GLOBAL MARKETS INC.<br>388 Greenwich Street<br>New York, NY 10013<br>Attn:  Legal Dept. |
| CITIGROUP GLOBAL MARKETS INC./SALOMON BROTHERS<br>c/o Citigroup Global Markets Inc.<br>388 Greenwich Street<br>New York, NY 10013<br>Attn:  Legal Dept. |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING<br>c/o Citigroup Global Markets Inc.<br>388 Greenwich Street<br>New York, NY 10013<br>Attn:  Legal Dept. |
| CITY NATIONAL BANK<br>City National Plaza<br>555 South Flower Street<br>Los Angeles, CA  90071<br>Attn:  Legal Dept. |

| |
|---|
| COMERICA BANK<br>c/o Corporate Creations Network Inc.<br>15 North Mill Street<br>Nyack, NY 10960 |
| COMMERCE BANK<br>c/o Stephen C. Funk, Resident Agent<br>100 N. Main<br>El Dorado, KS 67042 |
| COMPASS BANK/TRUST DIVISION<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| COR CLEARING LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| CREDIT SUISSE SECURITIES (USA) LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| CREWS AND ASSOCIATES, INC.<br>c/o CT Corporation System<br>100 Cummings Circle, Suite 427A<br>Beverly, MA 01915 |
| CROWELL WEEDON & CO<br>c/o National Registered Agents, Inc.<br>155 Federal Street, Suite 700<br>Boston, MA 02110 |
| D LERNER ASSOCIATES<br>c/o David Lerner Associates, Inc.<br>477 Jericho Turnpike<br>Syosset, NY 11791-9006<br>Attn: Legal Dept. |
| D. A. DAVIDSON & CO.<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| DAVENPORT & COMPANY LLC<br>One James Center<br>901 East Cary Street, Suite 1100<br>Richmond, VA 23219<br>Attn: Legal Dept. |

| |
|---|
| DEUTSCHE BANK SECURITIES INC.<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| E*TRADE SECURITIES LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| EDWARD D. JONES & CO.<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br>8200 Jones Branch Dr.<br>McLean, VA  22102<br>Attn:  Legal Dept. |
| FIDUCIARY SSB<br>c/o State Street Bank & Trust Company<br>Attn: Legal Dept.<br>1 Lincoln Street, FL 1<br>Boston, MA 02111 |
| FIFTH THIRD BANK<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| FIRST SOUTHWEST COMPANY<br>c/o Don Campbell, Registered Agent<br>325 North Saint Paul Street, Suite 800<br>Dallas, TX  75201 |
| GEORGE K. BAUM & COMPANY<br>c/o National Registered Agents, Inc.<br>28 Liberty Street<br>New York, NY 10005 |
| GOLDMAN SACHS & CO. LLC<br>c/o McDermott Will & Emery LLP<br>Attn: William P. Smith, Esq.<br>444 West Lake Street, Suite 400<br>Chicago, IL  60606 |
| GOLDMAN SACHS BANK USA<br>c/o McDermott Will & Emery LLP<br>Attn:  William P. Smith, Esq.<br>444 West Lake Street, Suite 4000<br>Chicago, IL  60606 |

| |
|---|
| GOLDMAN SACHS BANK USA/#2 <br> c/o McDermott Will & Emery LLP <br> Attn: William P. Smith, Esq. <br> 444 West Lake Street, Suite 4000 <br> Chicago, IL 60606 |
| GOLDMAN SACHS EXECUT <br> c/o McDermott Will & Emery LLP <br> Attn: William P. Smith, Esq. <br> 444 West Lake Street, Suite 4000 <br> Chicago, IL 60606 |
| HILLIARD, LYONS LLC <br> 500 West Jefferson Street, Suite 700 <br> Louisville, KY 40202 <br> Attn: Legal Dept. |
| HILLTOP SECURITIES INC. <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |
| INTERACTIVE BROKERS RETAIL EQUITY CLEARING <br> c/o Interactive Brokers <br> One Pickwick Plaza <br> Greenwich, CT 06830 <br> Attn: Legal Dept. |
| INTL FCSTONE FINANCIAL INC. <br> c/o Corporate Creations Network Inc. <br> 15 North Mill Street <br> Nyack, NY 10960 |
| J.P. MORGAN SECURITIES LLC <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |
| J.P. MORGAN SECURITIES LLC/JPMC AKA OR FKA J.P. MORGAN CLEARING <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |
| JANNEY MONTGOMERY SCOTT LLC <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |
| JEFFERIES LLC <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |

| |
|---|
| JPMORGAN CHASE BANK, N.A./CUSTODIAL TRUST COMPANY <br> c/o Simpson Thacher & Bartlett LLP <br> Attn: David Elbaum, Esq. <br> 425 Lexington Avenue <br> New York, NY 10017 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION <br> c/o Simpson Thacher & Bartlett LLP <br> Attn: David Elbaum, Esq. <br> 425 Lexington Avenue <br> New York, NY 10017 |
| JPMORGAN CHASE BANK/CORRESPONDENCE CLEARING SERVICES 2 <br> c/o Simpson Thacher & Bartlett LLP <br> Attn: David Elbaum, Esq. <br> 425 Lexington Avenue <br> New York, NY 10017 |
| KEYBANC CAP MKTS INC. <br> c/o Corporation Service Company <br> 80 State Street <br> Albany, NY 12207-2543 |
| KEYBANK NATIONAL ASSOCIATION <br> Attn: Legal Department <br> 127 Public Square <br> Cleveland, OH 44114 |
| LAZARD CAP MKTS LLC <br> c/o Lazard <br> 4 Embarcadero Center, 24th Floor <br> San Francisco, CA 94111 <br> Attn: Legal Dept. |
| LPL FINANCIAL CORPORATION <br> c/o Stephanie L. Brown <br> 155 Federal Street, 14th Floor <br> Boston, MA 02110 |
| Manufacturers and Traders Trust Company <br> Attn: Legal Dept. <br> One M and T Plaza <br> Buffalo, NY 14203 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |

| |
|---|
| MERRILL LYNCH, PIERCE FENNER & SMITH SAFEKEEPING<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| MESIROW FINANCIAL<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| MITSUBISHI UFJ TRUST & BANKING CORPORATION, NEW YORK BRANCH<br>420 Fifth Avenue, 6th Floor<br>New York, NY 10018<br>Attn: Legal Dept. |
| MORGAN KEEGAN & CO<br>Morgan Keegan Tower<br>50 North Front Street<br>Memphis, TN 38103<br>Attn: Legal Dept. |
| MORGAN STANLEY & CO. LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| MORGAN STANLEY SMITH BARNEY LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| NATIONAL FINANCIAL SERVICES LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS<br>Attn: Legal Dept.<br>50 South LaSalle Street<br>Chicago, IL 60603 |

| |
|---|
| OPPENHEIMER & CO. INC.<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| OPTIONSXPRESS, INC.<br>150 South Wacker, 12th Floor<br>Chicago, IL  60606<br>Attn:  Legal Dept. |
| PERSHING LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| PIPER JAFFREY & CO<br>800 Nicollet Mall, Suite 1000<br>Minneapolis, MN  55402-7020<br>Attn:  Legal Dept. |
| PNC BANK, NATIONAL ASSOCIATION<br>Attn: Legal Dept.<br>222 Delaware Avenue<br>Wilmington, DE 19899 |
| RAYMOND JAMES & ASSOCIATES, INC.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL  33324 |
| RAYMOND JAMES & ASSOCIATES, INC/FI<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL  33324 |
| RBC CAPITAL MARKETS, LLC<br>c/o Corporate Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| RBC DOMINION SECURITIES INC./CDS**<br>c/o CT Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02110 |
| REGIONS BANK<br>Attn: Legal Dept.<br>1900 Fifth Avenue North<br>Birmingham, AL 35203 |

| |
|---|
| RELIANCE TRUST COMPANY<br>1100 Abernathy Road North East<br>Suite 400<br>Atlanta, GA  30328<br>Attn:  Legal Dept. |
| RELIANCE TRUST COMPANY/SWMS1<br>1100 Abernathy Road North East<br>Suite 400<br>Atlanta, GA  30328<br>Attn:  Legal Dept. |
| RELIANCE TRUST COMPANY/SWMS2<br>1100 Abernathy Road North East<br>Suite 400<br>Atlanta, GA  30328<br>Attn:  Legal Dept. |
| ROBERT W. BAIRD & CO. INCORPORATED<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| ROOSEVELT & CROSS<br>Attn: Thomas Vigorito<br>One Exchange Place<br>55 Broadway, 22nd Floor<br>New York, NY 10006 |
| SANFORD C. BERNSTEIN & CO., LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| SCOTTRADE, INC.<br>c/o Incorporating Services, LTD.<br>3500 South Dupont Highway<br>Dover, Delaware 19901 |
| SEI PRIVATE TRUST COMPANY<br>Attn: Legal Dept.<br>1 Freedom Valley Drive<br>Oaks, PA 19456 |
| SEI PRIVATE TRUST COMPANY/C/O GWP<br>Attn: Legal Dept.<br>1 Freedom Valley Drive<br>Oaks, PA 19456 |

| |
|---|
| SSB - BLACKROCK INSTITUTIONAL TRUST <br> c/o State Street Bank & Trust Company <br> Attn: Legal Dept. <br> 1 Lincoln Street, FL 1 <br> Boston, MA 02111 |
| SSB - TRUST CUSTODY <br> c/o State Street Bank & Trust Company <br> Attn: Legal Dept. <br> 1 Lincoln Street, FL 1 <br> Boston, MA 02111 |
| SSB&T CO/CLIENT CUSTODY SERVICES <br> c/o State Street Bank & Trust Company <br> Attn: Legal Dept. <br> 1 Lincoln Street, FL 1 <br> Boston, MA 02111 |
| STATE STREET BANK & TRUST/STATE STREET TOTALETF <br> Attn: Legal Dept. <br> 1 Lincoln Street, FL 1 <br> Boston, MA 02111 |
| STATE STREET BANK AND TRUST COMPANY <br> Attn: Legal Dept. <br> 1 Lincoln Street, FL 1 <br> Boston, MA 02111 |
| STEPHENS INC. <br> c/o CT Corporation System <br> 155 Federal Street, Suite 700 <br> Boston, MA 02110 |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |
| STOCKCROSS FINANCIAL SERVICES, INC. <br> Attn: Legal Dept. <br> 77 Summer Street <br> Boston, MA 02110 |
| STOEVER GLASS & CO. <br> 30 Wall Street, New York, NY 10005 <br> Attn: Legal Dept. |
| SWENEY CARTWRIGHT CO <br> 17 South High Street, Suite 300 <br> Columbus, OH 43215 <br> Attn: Legal Dept. |

| |
|---|
| TD AMERITRADE CLEARING, INC.<br>C/O TD Ameritrade<br>200 South 108th Avenue<br>Omaha, NE 68154<br>Attn: Legal Dept. |
| TD PRIME SERVICES LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| THE BANK OF NEW YORK MELLON<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| THE BANK OF NEW YORK MELLON/FMSBONDS, INC.<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| THE BANK OF NEW YORK MELLON/MELLON TRUST OF NEW ENGLAND, NATIONAL ASSOCIATION<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| THE BANK OF NEW YORK MELLON/NOMURA BANK INT'L PLC<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| THE BANK OF NOVA SCOTIA/CLIENT A<br>Banque Scotia<br>40 King St. West<br>Scotia Plaza<br>Toronto, ON M5H 1H1<br>Canada<br>Attn: Legal Dept. |
| THE HUNTINGTON NATIONAL BANK<br>17 South High Street<br>Columbus, OH 43216<br>Attn: Legal Dept. |

| |
|---|
| THE NORTHERN TRUST COMPANY <br> Attn: Legal Dept. <br> 50 South LaSalle Street <br> Chicago, IL 60603 |
| U.S. BANCORP INVESTMENTS, INC. <br> Attn: Kenneth S. Cameraneski <br> 60 Livingston Ave <br> EP-MN-WN3C <br> St. Paul, MN 55107 |
| U.S. BANK N.A. <br> c/o Hogan Lovells US LLP <br> Attn: Robin E. Keller, Esq. <br> 875 Third Avenue <br> New York, NY 10022 |
| U.S. BANK N.A./CP <br> c/o Hogan Lovells US LLP <br> Attn: Robin E. Keller, Esq. <br> 875 Third Avenue <br> New York, NY 10022 |
| UBS FINANCIAL SERVICES INC. <br> c/o Corporation Services Company <br> 80 State Street <br> Albany, NY 12207 |
| UMB Bank, National Association <br> Attn: Legal Dept. <br> 1010 Grand Boulevard <br> Kansas City, MO 64106 |
| USAA INVEST MGMT CO <br> c/o Corporation Service Company <br> 84 State Street <br> Boston, MA 02109 |
| USAA INVEST MGMT CO <br> c/o Corporation Service Company <br> 84 State Street <br> Boston, MA 02109 |
| VISION FINANCIAL MARKETS LLC <br> Attn: Legal Dept. <br> 120 Long Ridge Road <br> 3 North <br> Stamford, CT 06902 |

| |
|---|
| WEDBUSH SECURITIES INC. |
| Attn: President |
| 610 Newport Centre Drive |
| Suite 1300 |
| Newport Beach, CA 92660 |
| WELLS FARGO / SAFEKEEP |
| Attn: Legal Dept. |
| 101 N. Phillips Avenue |
| Sioux Falls, SD 57104 |
| WELLS FARGO BANK, N.A./SIG |
| Attn: Legal Dept. |
| 101 N. Phillips Avenue |
| Sioux Falls, SD 57104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION |
| Attn: Legal Dept. |
| 101 N. Phillips Avenue |
| Sioux Falls, SD 57104 |
| WELLS FARGO CLEARING SERVICES LLC AKA OR FKA FIRST CLEARING LLC |
| c/o Corporation Services Company |
| 80 State Street |
| Albany, NY 12207 |
| WELLS FARGO SECURITIES, LLC |
| c/o Corporation Services Company |
| 80 State Street |
| Albany, NY 12207 |
| WESBANCO BANK, INC. |
| Attn: Legal Dept. |
| One Bank Plaza |
| Wheeling, WV 26003 |
| WILLIAM BLAIR & COMPANY, L.L.C. |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |