United States District Court
District of Puerto Rico

In re:
The Financial Oversight and Management
Board for Puerto Rico
    as representative
        vs.
The Commonwealth of Puerto Rico
        Debtors

Promesa Title III

No. 17-BK 3283-LTS

RECEIVED & FILED
2019 APR 23 AM 9:28
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

<u>Motion In request that paralyzation be lifted in the case DDP2014-0229</u>

The plaintiff appears in his own right and requests:

1- In the present case, which was attended by the tribunal of Bayamón in Puerto Rico, the parties agreed on a transaction agreement, and said agreement was motivated by the state of Puerto Rico and after his petition for bankruptcy before this court and even so they forced an agreement, because they were going to comply with what was agreed between the parties.

2- Is after reaching that agreement where they promised to deposit in court a check for $2,000 dollars to the claimant of cars and $2,000 dollars to another claimant, who could not pay him for debts with assumes that other, it is that these astutely they accept the promise law to paralyze the agreed payment, which was given with these in good faith, as agreed. And then, at their request, I was paralyzed by the $2,000 dollar that was the final thing.

3- Therefore, we request that this court order the E.L.A. of P.R. pay this lower debt that is, $2,000 dollars in my case DDP2014-0229 in favor of the here appellant, since in this case the only thing left to conclude is my payment and not to continue with the ordinary processes of the case, if not the one that I am paid my money owed in this case.

4- Note that the plaintiff is an inmate, subject to transfers at the local level and to E.U. because of the bankruptcy where we are thinking of moving many and recovering my owed amount would be in that very difficult possible scenario yet. So I ask that they be ordered to pay the amount owed here.

For all of which it is requested to declare this motion in place and order the suspension of the payment in this case and order the defendants to pay me what is owed.

Eliezer Santana Baez
50 Carr. 5 unit A-501 Edif-3-J
Ind. Luchetti, Bay-P.R. 00961