Eliezer Santana [illegible]
50 Carr. 5 Unit A-501 Edif 3-J
Ind. Luchetti Bay P.R. 00901

SAN JUAN PR 009
11 APR 2019 PM 1 L

RECEIVED & FILED
2019 APR 23 AM 9:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Corte Federal Quiebras P.R.
Jose V. Toledo Federal Building & Courthouse
300 Recinto Sur
S.J. P.R. 00901