**Dr. Luis H. Rivera González**
ESPECIALISTA EN MEDICINA INTERNA

P. O. Box 5136
Aguadilla, Puerto Rico 00605




CERTIFIED MAIL

7019 0140 0001 1306 0940

1000    10022

U.S. POSTAGE
FCM LETTER
AGUADILLA,
00603
APR 11 19
AMOUNT
$6.8
R2305M1439

RECEIVED & FILED
2019 APR 23 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Prime Clerk LLC
830 Third Avenue 9th Floor
New York, N.Y. 10022

1002287529 C345