JORGE L. TORRES
URB. VENUS GARDENS
756 CALLE PISCIS
SAN JUAN, P.R. - 00924

SAN JUAN · PR 009

22 APR 2019 PM 1 L



FOREVER / USA

RECEIVED
2019 APR 23   PM 5: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE CLERK of the UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO, ROOM 150

FEDERAL BUILDING, 150 CARLOS CHARDON AVE.

SAN JUAN, P.R. - 00918-1767

00918801706