Case:17-03283-LTS Doc#:6506-1 Filed:04/23/19 Entered:04/25/19 13:33:30 Desc:
Case:17-03283-LTS Doc#:5443-3 Filed:02/15/19 Entered:02/15/19 14:28:10 Desc:
Pro Se Notices of Participation Page 2 of 3
Exhibit 3- Notice of Participation Page 1 of 26

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [INSERT DATE THAT IS 60 DAYS AFTER ENTRY OF ORDER GRANTING PROCEDURES MOTION]**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

*RECEIVED & FILED*
*MAR 13 PM 1: 48*
*CLERK'S OFFICE*
*U.S DISTRICT COURT*
*SAN JUAN, P.R.*

-------------------------------------------------------------X

In re:                                                                    :

THE FINANCIAL OVERSIGHT AND                      :         PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :         Title III

     as representative of                                     :         Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :         (Jointly Administered)

     Debtors.                                                        :

-------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION**
**TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN**
**COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than [insert date that is 60 days after entry of order granting Procedures Motion] in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *James & Doris Prate* | *Ameriprise Financial* |
| Participant Name | Firm Name (if applicable) |
| *Edward Gennrich* | *Edward Gennrich* |
| Contact Person (if Participant is not an individual) | Contact Person |
| *egennrich@ampf.com* | *egennrich@ampf.com* |
| Email Address | Email Address |

Case:17-03283-LTS Doc#:5143-3 Filed:02/15/19 Entered:02/15/19 14:28:19 Desc:
Exhibit 3 - Notice of Participation Page 3 of 3
Case:17-03283-LTS Doc#:6506-1 Filed:04/23/19 Entered:04/23/19 13:33:50 Desc:
Part 3 Notices of Participation Page 2 of 26

\* THIS NOTICE MUST BE RECEIVED ON OR BEFORE [INSERT DATE THAT IS 60 DAYS FROM DATE OF ENTRY OF ORDER GRANTING PROCEDURES MOTION]\*

612 Beach Rd
——————————————
Address line 1

Ste 101
——————————————
Address line 2

Sarasota, FL 34242
——————————————
City, State Zip Code

USA
——————————————
Country

32255 Northwestern Hwy
——————————————
Address line 1

Ste 200
——————————————
Address line 2

Farmington Hills, MI 48334
——————————————
City, State Zip Code

USA
——————————————
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

74514 LB89, 74514 LB71

(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _James A Prete_  x _Doris L White_

Signature

_James Prete_
Print Name

_Owner/participant_
Title (if Participant is not an Individual)

_Doris L. PRETE_

_Doris Prete_

Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

SRF 3180

**\* THIS NOTICE REQUIRES ACTION ON OR BEFORE APRIL 16, 2019 \***

tengan preguntas o deseen recibir copia de este aviso, los Procedimientos de Objeción y el Aviso de Participación en español deben enviar una solicitud por escrito a NoticeofParticipation@paulhastings.com

The CUSIP numbers of the general obligation bonds affected by the Objection are:

| Series | CUSIP |
|--------|-------|
| 2012 A | 74514LB89 |
| 2012 A | 74514LB63 |
| 2012 A | 74514LA49 |
| 2012 A | 74514LA56 |
| 2012 A | 74514LC88 |
| 2012 A | 74514LD87 |
| 2012 A | 74514LA80 |
| 2012 A | 74514LC39 |
| 2012 A | 74514LB55 |
| 2012 A | 74514LD46 |
| 2012 A | 74514LB97 |
| 2012 A | 74514LD61 |
| 2012 A | 74514LC96 |
| 2012 A | 74514LD79 |
| 2012 A | 74514LC70 |
| 2012 A | 74514LD53 |
| 2012 A | 74514LA31 |
| 2012 A | 74514LC21 |
| 2012 A | 74514LD20 |
| 2012 A | 74514LB48 |
| 2012 A | 74514LA72 |
| 2012 A | 74514LC62 |
| 2012 A | 74514LB22 |
| 2012 A | 74514LC47 |
| 2012 A | 74514LC54 |
| 2012 A | 74514LD38 |
| 2012 A | 74514LA64 |
| 2012 A | 74514LA98 |
| 2012 A | 74514LB30 |
| 2012 A | 74514LB71 |
| 2012 B | 74514LA23 |
| 2012 B | 74514LZV2 |
| 2012 B | 74514LZW0 |
| 2012 B | 74514LZX8 |
| 2012 B | 74514LZY6 |
| 2012 B | 74514LZZ3 |
| 2014 A | 74514LE86 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |



Claim No. 13455
Initials [RR]



RECEIVED

MAY 15 2018

PRIME CLERK LLC

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1**    Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

¿Quién es el acreedor actual?

James A. Prete

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor    N/A
Otros nombres que el acreedor usó con el deudor

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

James A. Prete
Name / Nombre

612 Beach Rd ste 101
Number / Número    Street / Calle

Sarasota FL 34242
City / Ciudad    State / Estado    ZIP Code / Código postal

304 685 6293
Contact phone / Teléfono de contacto

N/A
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Dr. S L Prete and James A. Prete
Name / Nombre

612 Beach Rd ste 101
Number / Número    Street / Calle

Sarasota, FL 34242
City / Ciudad    State / Estado    ZIP Code / Código postal

304 685 6293
Contact phone / Teléfono de contacto

N/A
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.   Claim number on court claims registry (if known) _____
   Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2   Parte 2:   Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).
   _____
   _____

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

Modified Official Form 410                    Proof of Claim                    page 2

**8. How much is the claim?**   $ 1,158,377.44   Does this amount include interest or other charges?

¿Cuál es el importe de la reclamación?

¿Este importe incluye intereses u otros cargos?

☐ No / No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:

☐ Motor vehicle / Vehículos

☐ Other. Describe:

Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien:   $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410                     Proof of Claim                     page 3

12  Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien _____

13  Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received     $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

## Part 3 / Parte 3:     Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004 / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005 / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   5/10/18   (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name    _____
             First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo    _____

Company / Compañía _____
                              Identify the corporate servicer as the company if the authorized agent is a servicer
                              Identifique al recaudador corporativo como la compañía si al agente autorizado es un recaudador

Address / Dirección    _____
                                Number / Número          Street / Calle

_____
City / Ciudad                                    State / Estado          ZIP Code / Código postal

Contact phone / Teléfono de contacto _____  Email / Correo electrónico _____

Apr 30, 2018 10:12 AM EDT



**Ameriprise** Financial

Net - Investment Group

Prepared For:
REDACTED 7059

BOT8 GENNRICH EDWARD

JAMES A PRETE &
DORIS L PRETE JTWROS
1136 MUNSEY AVE
MORGANTOWN WV 26505-3343

| Quantity | Name | Security | Open Date | Mkt Price | Unit Cost | Cost Amount | Value | Unrealized | % Gain Loss | Income | Curr Yield | % of Port |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** | | | | | | | | | | | | |
| 50,000 | PUERTO RICO COMMWLTH HWY & TRANS AUTH REV UNREF SER G B/E OID @96.661 CPN 5.000% DUE 07/01/42 DTD 04/29/03 FC 07/01/03 CALL 1 05/30/18 @ 100.000 MAND SINK FUND 07/01/34 | 745190-2T-4 | 02/14/2013 | 20.0000 | 98.7098 | 49,354.94 | 10,000.00 | -39,354.94 | -79.84 | | | 0.07 |
| 270,000 | PUERTO RICO COMMWLTH PR COMMWLTH RFDG PUB IMPT G7 CONV 07/01/08 NPFG B/E CPN 6.000% DUE 07/01/28 DTD 05/06/03 FC 01/01/09 CALL 1 07/01/18 @ 100.000 | 74514L-US4 | 10/16/2006 | 100.1610 | 92.9696 | 251,018.17 | 270,434.70 | 19,416.53 | 8.03 | 16,200.00 | 6.0 | 1.97 |
| 350,000 | PUERTO RICO COMMWLTH RFDG PUB IMPT SER A B/E CPN 5.500% DUE 07/01/39 DTD 04/03/12 FC 01/01/13 CALL 1 07/01/22 @ 100.000 MAND SINK FUND 07/01/38 | 74514L-B7-1 | 03/21/2012 | 43.1250 | 101.9325 | 356,763.93 | 150,937.50 | -205,826.43 | -57.13 | | | 1.10 |
| 260,000 | PUERTO RICO ELEC PWR AUTH PWR REV SER A B/E OID @98.764 5.06% CPN 5.000% DUE 07/01/42 DTD 05/01/12 FC 07/01/12 CALL 1 07/01/22 @ 100.000 MAND SINK FUND 07/01/41 | 74526Q-A2-8 | 09/19/2012 | 40.5000 | 99.9288 | 259,814.97 | 105,300.00 | -154,514.97 | -59.46 | | | 0.77 |
| 250,000 | PUERTO RICO ELEC PWR AUTH PWR REV SER A B/E OID @99.532 5.08% CPN 5.050% DUE 07/01/42 DTD 05/01/12 FC 07/01/12 CALL 1 07/01/22 @ 100.000 | 74526Q-ZY-1 | 05/15/2012 | 40.5000 | 101.7265 | 254,316.49 | 101,250.00 | -153,066.49 | -59.18 | | | 0.74 |
| 165,000 | PUERTO RICO ELEC PWR AUTH PWR REV SER XX B/E OID @97.768 5.4% CPN 5.250% DUE 07/01/40 DTD 04/07/10 FC 07/01/10 CALL 1 07/01/20 @ 100.000 MAND SINK FUND 07/01/36 | 74526Q-VX-7 | 02/27/2013 | 40.5000 | 100.8723 | 166,439.42 | 66,825.00 | -99,614.42 | -59.25 | | | 0.49 |
| 100,000 | PUERTO RICO ELEC PWR AUTH REV RFDG SER VV NPFG B/E TECH DFT CPN 5.250% DUE 07/01/32 DTD 05/30/07 FC 07/01/07 | 74526Q-PQ-9 | 05/20/2013 | 98.3220 | 99.5410 | 99,541.00 | 98,322.00 | -1,219.00 | -1.22 | 5,250.00 | 5.3 | 0.72 |

Apr 30, 2018 10:12 AM EDT

Case:17-03283-LTS   Doc#:6506-1   Filed:04/23/19   Entered:04/25/19 13:33:30   Desc:
Pro Se Notices of Participation Page 9 of 26

Page 6 of 13

Net - Investment Group

# Ameriprise Financial

Prepared For:

REDACTED 7059

JAMES A PRETE &
DORIS L PRETE JTWROS
1136 MUNSEY AVE
MORGANTOWN WV 26505-3343

BOT8 GENNRICH  EDWARD

| Quantity | Name | Security | Open Date | Mkt Price | Unit Cost | Cost Amount | Value | Unrealized | % Gain Loss | Income | Curr Yield | % of Port |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** | | | | | | | | | | | | |
| 75.000 | PUERTO RICO CMNWLH INFRA FING AUTH SPL TAX REV SER B B/E CPN 5.000% DUE 07/01/27 DTD 06/16/05 FC 01/01/06 CALL1 05/31/18 @ 100.000 | 745220-EY-5 | 01/09/2013 | 8.0750 | 96.0610 | 72,045.75 | 6,056.25 | 65,989.50 | 91.59 | | | 0.04 |
| 200.000 | PUERTO RICO CMNWLTH PUB IMPT SER A B/E CPN 5.000% DUE 07/01/34 DTD 10/07/04 FC 01/01/05 CALL1 05/31/18 @ 100.000 MAND SINK FUND 07/01/30 | 74514L-PX-9 | 12/13/2011 | 44.6250 | 99.8280 | 199,656.00 | 89,250.00 | 110,406.00 | 55.30 | | | 0.65 |
| 200.000 | PUERTO RICO CMWLTH A&S AUTH REV SR LIEN SER A B/E OID @97.476 5.42% CPN 5.250% DUE 07/01/42 DTD 02/29/12 FC 07/01/12 CALL1 07/01/22 @ 100.000 MAND SINK FUND 07/01/38 | 745160-RC-7 | 02/17/2012 | 80.0000 | 100.3127 | 200,625.52 | 160,000.00 | 40,625.52 | 20.14 | 10,500.00 | 6.6 | 1.17 |
| 300.000 | PUERTO RICO CMWLTH A&S AUTH REV SR LIEN SER A B/E OID @98.446 5.12% CPN 5.000% DUE 07/01/33 DTD 02/29/12 FC 07/01/12 CALL1 07/01/22 @ 100.000 MAND SINK FUND 07/01/30 | 745160-RR-4 | 02/22/2012 | 80.0000 | 99.9264 | 299,779.48 | 240,000.00 | 59,779.48 | 19.94 | 15,000.00 | 6.3 | 1.75 |
| 20.000 | PUERTO RICO CMWLTH HWY & TRANSN AUTH REV SER J NPFG B/E PTC CPN 5.000% DUE 07/01/29 DTD 04/20/04 FC 07/01/04 CALL1 05/31/18 @ 100.000 MAND SINK FUND 07/01/25 | 745190-3P-1 | 05/07/2004 | 97.8190 | 100.0000 | 20,000.00 | 19,563.80 | 436.20 | 2.18 | 1,000.00 | 5.1 | 0.14 |
| 70.000 | PUERTO RICO CMWLTH HWY & TRANSN AUTH SER A REV B/E OID @92.118 5.22% CPN 4.750% DUE 07/01/38 DTD 02/15/96 FC 07/01/96 CALL1 07/01/18 @ 100.000 MAND SINK FUND 07/01/29 | 745190-AY-4 | 12/17/2012 | 20.0000 | 96.9337 | 67,853.61 | 14,000.00 | 53,853.61 | 79.70 | | | 0.10 |
| 350.000 | PUERTO RICO CMWLTH RFDG PUB IMPT SER A B/E OID @95.272 5.32% CPN 5.000% DUE 07/01/41 DTD 04/03/12 FC 01/01/13 CALL1 07/01/22 @ 100.000 MAND SINK FUND 07/01/40 | 74514L-B8-9 | 03/09/2012 | 42.1250 | 97.4673 | 341,135.65 | 147,437.50 | 193,698.15 | 56.95 | | | 1.07 |

**HP ENVY 7640 e-All-in-One Printer  Series**          **Fax Log for**

Apr 26 2018 4:29PM

NOTE:  Blocked calls are not displayed on this report.

For more information, see Junk Fax Report and the Caller ID Report.

**Last 30 Transactions**

| Date | Time | Type | Station ID / Caller ID | Duration / Digital Fax | Pages | Result |
|------|------|------|------|------|------|------|
| Mar 22 | 1:30AM | Received | 3237273946 | 0:00 / N/A | 0 | No fax |
| Mar 22 | 11:52AM | Received | 7345425602 | 0:00 / N/A | 0 | No fax |
| Mar 28 | 12:40PM | Received | 3049742163 | 1:48 / N/A | 3 | OK |
| Mar 28 | 3:09PM | Received | 3045948050 | 0:00 / N/A | 0 | No fax |
| Apr 6 | 11:55AM | Received | | 0:00 / N/A | 0 | No fax |
| Apr 6 | 3:29PM | Fax Sent | 13045998076 | 1:06 / N/A | 2 | OK |
| Apr 11 | 9:32AM | Received | | 0:29 / N/A | 1 | OK |
| Apr 11 | 3:45PM | Received | 3042050190 | 0:00 / N/A | 0 | No fax |
| Apr 11 | 3:54PM | Received | 7345425602 | 0:00 / N/A | 0 | No fax |
| Apr 11 | 4:28PM | Received | 3046856293 | 0:00 / N/A | 0 | No fax |
| Apr 12 | 9:35AM | Received | 9416507437 | 0:00 / N/A | 0 | No fax |
| Apr 13 | 10:50AM | Received | 5108680975 | 0:00 / N/A | 0 | No fax |
| Apr 18 | 11:24AM | Received | 2027548102 | 0:00 / N/A | 0 | No fax |
| Apr 19 | 8:53AM | Received | 9416507437 | 0:00 / N/A | 0 | No fax |
| Apr 19 | 1:06PM | Received | 2027548102 | 0:00 / N/A | 0 | No fax |
| Apr 21 | 3:09PM | Received | 3042050190 | 0:00 / N/A | 0 | No fax |
| Apr 22 | 1:37PM | Received | 5153617659 | 0:00 / N/A | 0 | No fax |
| Apr 23 | 11:16AM | Received | 941 923 8788 / 9419238788 | 0:26 / N/A | 1 | OK |
| Apr 23 | 11:18AM | Received | 941 923 8788 | 1:22 | 4 | OK |

**HP ENVY 7640 e-All-in-One Printer Series**          **Fax Log for**

Apr 26 2018 4:23PM

NOTE: Blocked calls are not displayed on this report.

For more information, see Junk Fax Report and the Caller ID Report.

**Last 30 Transactions**

| Date | Time | Type | Station ID / Caller ID | Duration / Digital Fax | Pages | Result |
|------|------|------|------------------------|------------------------|-------|--------|
| Mar 22 | 1:30AM | Received | 3237273946 | 0:00 / N/A | 0 | No fax |
| Mar 22 | 11:52AM | Received | 7345425602 | 0:00 / N/A | 0 | No fax |
| Mar 28 | 12:40PM | Received | 3049742163 | 1:48 / N/A | 3 | OK |
| Mar 28 | 3:09PM | Received | 3045948050 | 0:00 / N/A | 0 | No fax |
| Apr 6 | 11:55AM | Received | | 0:00 / N/A | 0 | No fax |
| Apr 6 | 3:29PM | Fax Sent | 13045998076 | 1:06 / N/A | 2 | OK |
| Apr 11 | 9:32AM | Received | | 0:29 / N/A | 1 | OK |
| Apr 11 | 3:45PM | Received | 3042050190 | 0:00 / N/A | 0 | No fax |
| Apr 11 | 3:54PM | Received | 7345425602 | 0:00 / N/A | 0 | No fax |
| Apr 11 | 4:28PM | Received | 3046856293 | 0:00 / N/A | 0 | No fax |
| Apr 12 | 9:35AM | Received | 9416507437 | 0:00 / N/A | 0 | No fax |
| Apr 13 | 10:50AM | Received | 5108680975 | 0:00 / N/A | 0 | No fax |
| Apr 18 | 11:24AM | Received | 2027548102 | 0:00 / N/A | 0 | No fax |
| Apr 19 | 8:53AM | Received | 9416507437 | 0:00 / N/A | 0 | No fax |
| Apr 19 | 1:06PM | Received | 2027548102 | 0:00 / N/A | 0 | No fax |
| Apr 21 | 3:09PM | Received | 3042050190 | 0:00 / N/A | 0 | No fax |
| Apr 22 | 1:37PM | Received | 5153617659 | 0:00 / N/A | 0 | No fax |
| Apr 23 | 11:16AM | Received | 941 923 8788 / 9419238788 | 0:26 / N/A | 1 | OK |
| Apr 23 | 11:18AM | Received | 941 923 8788 | 1:22 | 4 | OK |

|  |  |  | N/A |  |  |
|---|---|---|---|---|---|
|  |  | 9419238788 | N/A |  |  |
| Apr 23 1:07PM | Fax Sent | 13 | 0:18 | 0 | Cancel |
|  |  |  | N/A |  |  |
| Apr 23 1:07PM | Fax Sent | 13 | 0:00 | 0 | Cancel |
|  |  |  | N/A |  |  |
| Apr 23 1:11PM | Fax Sent | 13045998076 | 0:35 | 1 | OK |
|  |  |  | N/A |  |  |
| Apr 23 1:13PM | Fax Sent | 13045998076 | 0:39 | 1 | OK |
|  |  |  | N/A |  |  |
| Apr 25 12:08PM | Received |  | 0:00 | 0 | No fax |
|  |  | 6507286562 | N/A |  |  |
| Apr 25 1:07PM | Received |  | 0:00 | 0 | No fax |
|  |  | 5617638565 | N/A |  |  |
| Apr 26 12:57PM | Received |  | 0:00 | 0 | No fax |
|  |  | 4242803668 | N/A |  |  |
| Apr 26 3:17PM | Received |  | 0:00 | 0 | No fax |
|  |  | 7345425602 | N/A |  |  |
| Apr 26 3:57PM | Received |  | 0:00 | 0 | No fax |
|  |  | 3046856302 | N/A |  |  |
| Apr 26 3:59PM | Received |  | 0:41 | 0 | Cancel |
|  |  |  | N/A |  |  |
| Apr 26 4:09PM | Received |  | 0:00 | 0 | No fax |
|  |  |  | N/A |  |  |

| | | | N/A | | |
|---|---|---|---|---|---|
| | | 9419238788 | | | |
| Apr 23 1:07PM | Fax Sent | 13 | 0:18 | 0 | Cancel |
| | | | N/A | | |
| Apr 23 1:07PM | Fax Sent | 13 | 0:00 | 0 | Cancel |
| | | | N/A | | |
| Apr 23 1:11PM | Fax Sent | 13045998076 | 0:35 | 1 | OK |
| | | | N/A | | |
| Apr 23 1:13PM | Fax Sent | 13045998076 | 0:39 | 1 | OK |
| | | | N/A | | |
| Apr 25 12:08PM | Received | | 0:00 | 0 | No fax |
| | | 6507286562 | N/A | | |
| Apr 25 1:07PM | Received | | 0:00 | 0 | No fax |
| | | 5617638565 | N/A | | |
| Apr 26 12:57PM | Received | | 0:00 | 0 | No fax |
| | | 4242803668 | N/A | | |
| Apr 26 3:17PM | Received | | 0:00 | 0 | No fax |
| | | 7345425602 | N/A | | |
| Apr 26 3:57PM | Received | | 0:00 | 0 | No fax |
| | | 3046856302 | N/A | | |
| Apr 26 3:59PM | Received | | 0:41 | 0 | Cancel |
| | | | N/A | | |
| Apr 26 4:09PM | Received | | 0:00 | 0 | No fax |
| | | | N/A | | |



**H&R BLOCK'**
financial advisors

## Account Activity by Date continued

| Date | Transaction | Description | Symbol/Cusip | Price | Quantity | Amount |
|---|---|---|---|---|---|---|
| 10/13 | SALE | CALGON CARBON CORP | CCC | $18.9800 | (1,500.000) | 28,469.84 |
| 10/13 | SALE | CALGON CARBON CORP | CCC | $19.6100 | (1,500.000) | 29,414.83 |
| 10/13 | SALE | CALGON CARBON CORP | CCC | $18.0000 | (1,452.000) | 26,130.35 |
| 10/13 | SALE | CALGON CARBON CORP | CCC | $18.0016 | (48.000) | 864.07 |
| 10/13 | SALE | MYLAN INC | MYL | $8.0000 | (1,500.000) | 11,994.43 |
| 10/13 | SALE | PRICELINE.COM INC NEW | PCLN | $62.3784 | (1,000.000) | 62,372.55 |
| 10/14 | SALE | HUNTINGTON BANCSHRES INC | HBAN | $9.0200 | (1,500.000) | 13,524.42 |
| 10/14 | SALE | HUNTINGTON BANCSHRES INC | HBAN | $9.5000 | (1,500.000) | 14,249.92 |
| 10/15 | PURCHASE | CALGON CARBON CORP | CCC | $16.5000 | 3,000.000 | (49,505.50) |
| 10/16 | SALE | AMBAC FINANCIAL GROUP INC | ABK | $2.2500 | (10,000.000) | 22,294.37 |
| 10/16 | SALE | PRICELINE.COM INC NEW | PCLN | $58.0020 | (1,000.000) | 57,998.17 |
| 10/16 | PURCHASE | PRICELINE.COM INC NEW | PCLN | $53.5100 | 1,000.000 | (53,515.50) |
| 10/16 | PURCHASE | PUERTO RICO COMWLTH PR COMWLTH RFDG PUB IMPT C7 CONV 07/01/08 MBIA B/E CPN 6.000% DUE 07/01/28 DTD 05/08/03 FC 01/01/09 CALL 07/01/18 @ 100.000 | 74514LUS4 | $89.8070 | 270,000.000 | (246,894.40) |
| 10/17 | SALE | HUNTINGTON BANCSHRES INC | HBAN | $9.7500 | (2,000.000) | 19,494.39 |
| 10/17 | SALE | HUNTINGTON BANCSHRES INC | HBAN | $10.0000 | (2,000.000) | 19,999.88 |
| 10/17 | PURCHASE | PMC-SIERRA INC | PMCS | $4.9700 | 5,000.000 | (25,080.50) |
| 10/20 | EXPIRED | CALL CALGON CARBON CORP $22.50  EXP 10/18/08 | CCCJX | - | 50.000 | - |
| 10/20 | SALE | CALGON CARBON CORP | CCC | $18.2560 | (1,500.000) | 27,378.34 |
| 10/20 | SALE | CALGON CARBON CORP | CCC | $18.7500 | (1,500.000) | 28,124.84 |

**Website**
hrblock.com

**Service Center**
1-866-295-7912

**Account Number**
REDACTED

**Statement Period**
10/01/2008 to 10/31/2008

**Page**
12 of 19



# Ameriprise
*Financial*

**ACTIVITY CONFIRMATION**



**BUY**

**Account Number:** REDACTED 1 133
**Account Type:** CASH
**Owner:** James A Prete &
Doris L Prete Jtwros

005518

James A Prete
Doris L Prete
PO Box 4205
Morgantown WV 26504-4205

**Financial Advisor:** Edward Gennrich
(734) 542-5602

We are pleased to confirm the following **BUY** transaction for your account:

| 200,000 | 74514LB71 | 103.713 | 06/27/12 | 07/02/12 |
|---|---|---|---|---|

| | | Security Description |
|---|---|---|
| **Gross Transaction Amount** | $207,426.00 | PUERTO RICO COMWLTH RFDG |
| **Interest** | $2,719.44 | PUB IMPT SER A B/E AGM |
| **Handling Fee** | $6.00 | CPN 5.500% DUE 07/01/39 |
| **Net Transaction Amount** | $210,151.44 | DTD 04/03/12 FC 01/01/13 |
| | | CALL 07/01/22 @ 100.000 |

**Exchange:** We are acting as principal for this trade. The price shown may include a profit or loss to Ameriprise
Financial in addition to any disclosed markup/markdown. Ameriprise Financial's trading account may have a
long or short position in this security.

| | |
|---|---|
| UNSOLICITED | NEXT CALL: 07/01/2022 @ 100.000 |
| CALL FEATURES EXIST AND MAY AFFECT YIELD | RATINGS: MOODY BAA1 AND S&P BBB |
| INFORMATION AVAILABLE UPON REQUEST | 5.023% YIELD TO CALL/YIELD TO WORST |
| BOOK ENTRY ONLY | 07/01/2022 AT 100.00 |
| MANDATORY SINKING FUND *07/01/2038 | |

**PLEASE SEE TERMS AND CONDITIONS FOR IMPORTANT INFORMATION**
Thank you for giving Ameriprise Financial the opportunity to service your investment needs. Payment for, or delivery of,
securities must be made on, or prior to, the settlement date indicated above. If funds have not been sent, or are not
available in your account, immediately contact your financial institution to have funds wired (see terms and conditions for
instructions). If your securities are not held in your account and you have not delivered them, you must do so immediately.
**1-866-295-7912**



0627 I#    S# 1-1 #005518 MRDF# BX6SE



**ACTIVITY CONFIRMATION**



**BUY**

**Account Number:**  REDACTED  1 133
**Account Type:**  CASH
Owner: James A Prete &
        Doris L Prete Jtwros

James A Prete
Doris L Prete
6512 Midnight Pass Rd Ste 505
Sarasota FL 34242-2565

005243
74514

Financial Advisor: Edward Gennrich
      (734) 542-5602

We are pleased to confirm the following **BUY** transaction for your account:

| You Bought | Cusip | Price | Trade Date | Settlement Date |
|---|---|---|---|---|
| 150,000 | 74514LB71 | 101.909 | 03/21/12 | 04/03/12 |

| | |
|---|---|
| **Gross Transaction Amount** | $152,863.50 |
| **Handling Fee** | $6.00 |
| **Net Transaction Amount** | $152,869.50 |

**Security Description**
PUERTO RICO COMWLTH RFDG
PUB IMPT SER A B/E AGM
CPN 5.500% DUE 07/01/39
DTD 04/03/12 FC 01/01/13
CALL 07/01/22 @ 100.000

**Exchange:**  We are acting as principal for this trade. The price shown may include a profit or loss to Ameriprise
Financial in addition to any disclosed markup/markdown. Ameriprise Financial's trading account may have a
long or short position in this security.

**Special Remarks for this Transaction**

SOLICITED
INTEREST FLAT
PROSPECTUS MAILED UNDER SEPARATE COVER
CALL FEATURES EXIST AND MAY AFFECT YIELD
INFORMATION AVAILABLE UPON REQUEST
BOOK ENTRY ONLY

NEXT CALL: 07/01/2022 @ 100.000
RATINGS: MOODY BAA1 AND S&P BBB
5.255%  YIELD TO CALL/YIELD TO WORST
07/01/2022 AT 100.00

**PLEASE SEE TERMS AND CONDITIONS FOR IMPORTANT INFORMATION**
Thank you for giving Ameriprise Financial the opportunity to service your investment needs. Payment for, or delivery of,
securities must be made on, or prior to, the settlement date indicated above. If funds have not been sent, or are not
available in your account, immediately contact your financial institution to have funds wired (see terms and conditions for
instructions). If your securities are not held in your account and you have not delivered them, you must do so immediately.
1-866-295-7912



0321 I#    S# 1-1 #005243 MRDF# BX3ME



## Ameriprise Financial

**ACTIVITY CONFIRMATION**



### BUY

James A Prete
Doris L Prete
6512 Midnight Pass Rd Ste 505
Sarasota FL 34242-2565

**Account Number:** REDACTED 1 133
**Account Type:** CASH
Owner: James A Prete &
       Doris L Prete Jtwros

004374

**Financial Advisor:** Edward Gennrich
       (734) 542-5602

We are pleased to confirm the following **BUY** transaction for your account:

| You Bought | Cusip | Price | Trade Date | Settlement Date |
|---|---|---|---|---|
| 150,000 | 74514LB89 | 97.3 | 03/09/12 | 04/03/12 |

| | |
|---|---|
| **Gross Transaction Amount** | $145,950.00 |
| **Handling Fee** | $6.00 |
| **Net Transaction Amount** | $145,956.00 |

**Security Description**
PUERTO RICO CMWLTH RFDG
PUB IMPT SER A B/E
OID @95.272 5.32%
CPN 5.000% DUE 07/01/41
DTD 04/03/12 FC 01/01/13
CALL 07/01/22 @ 100.000

**Exchange:** We are acting as principal for this trade. The price shown may include a profit or loss to Ameriprise Financial in addition to any disclosed markup/markdown. Ameriprise Financial's trading account may have a long or short position in this security.

**Special Remarks for this Transaction**

SOLICITED
INTEREST FLAT
PROSPECTUS MAILED UNDER SEPARATE COVER
CALL FEATURES EXIST AND MAY AFFECT YIELD
INFORMATION AVAILABLE UPON REQUEST
BOOK ENTRY ONLY

ORIGINAL ISSUE DISCOUNT
NEXT CALL: 07/01/2022 @ 100.000
RATINGS: MOODY BAA1 AND S&P BBB
YIELD TO MATURITY  5.180%

**PLEASE SEE TERMS AND CONDITIONS FOR IMPORTANT INFORMATION**
Thank you for giving Ameriprise Financial the opportunity to service your investment needs. Payment for, or delivery of, securities must be made on, or prior to, the settlement date indicated above. If funds have not been sent, or are not available in your account, immediately contact your financial institution to have funds wired (see terms and conditions for instructions). If your securities are not held in your account and you have not delivered them, you must do so immediately.
**1-866-295-7912**



0309 I#     S# 1-1 #004374 MRDF# BX3AE



**Ameriprise**
*Financial*

**ACTIVITY CONFIRMATION**



**BUY**

**Account Number:** REDACTED  1 133
**Account Type:**   CASH
**Owner:** James A Prete &
        Doris L Prete Jtwros

James A Prete
Doris L Prete
6512 Midnight Pass Rd Ste 505
Sarasota FL 34242-2565

007011

**Financial Advisor:** Edward Gennrich
            (734) 542-5602

We are pleased to confirm the following **BUY** transaction for your account:

| 100,000 | 74514LB89 | 95.98 | | 03/15/12 | 04/03/12 |
|---|---|---|---|---|---|

| | |
|---|---|
| **Gross Transaction Amount** | $95,980.00 |
| **Handling Fee** | $6.00 |
| **Net Transaction Amount** | $95,986.00 |

**Security Description**
PUERTO RICO CMWLTH RFDG
PUB IMPT SER A B/E
OID @95.272 5.32%
CPN 5.000% DUE 07/01/41
DTD 04/03/12 FC 01/01/13
CALL 07/01/22 @ 100.000

**Exchange:** We are acting as principal for this trade. The price shown may include a profit or loss to Ameriprise Financial in addition to any disclosed markup/markdown. Ameriprise Financial's trading account may have a long or short position in this security.

UNSOLICITED
INTEREST FLAT
PROSPECTUS MAILED UNDER SEPARATE COVER
CALL FEATURES EXIST AND MAY AFFECT YIELD
INFORMATION AVAILABLE UPON REQUEST
BOOK ENTRY ONLY

ORIGINAL ISSUE DISCOUNT
NEXT CALL: 07/01/2022 @ 100.000
RATINGS: MOODY BAA1 AND S&P BBB
YIELD TO MATURITY  5.271%

**PLEASE SEE TERMS AND CONDITIONS FOR IMPORTANT INFORMATION**
Thank you for giving Ameriprise Financial the opportunity to service your investment needs. Payment for, or delivery of, securities must be made on, or prior to, the settlement date indicated above. If funds have not been sent, or are not available in your account, immediately contact your financial institution to have funds wired (see terms and conditions for instructions). If your securities are not held in your account and you have not delivered them, you must do so immediately.
1-866-295-7912



0315 I#   S# 1-1 #007011 MRDF# 8X3GE



**Ameriprise**
*Financial*

**ACTIVITY CONFIRMATION**

▼

**BUY**

**Account Number:** REDACTED  |1 133
**Account Type:**   CASH
**Owner:** James A Prete &
                Doris L Prete Jtwros

James A Prete
Doris L Prete
6512 Midnight Pass Rd Ste 505
Sarasota FL 34242-2565

**Financial Advisor:** Edward Gennrich
                 (734) 542-5602

We are pleased to confirm the following **BUY** transaction for your account:

| 100,000 | 74514LB89 | 98.151 | 03/12/12 | 04/03/12 |
|---|---|---|---|---|
| **Gross Transaction Amount** | | $98,151.00 | | |
| **Handling Fee** | | $6.00 | | |
| **Net Transaction Amount** | | $98,157.00 | | |

**Security Description**
PUERTO RICO CMWLTH RFDG
PUB IMPT SER A B/E
OID @95.272 5.32%
CPN 5.000% DUE 07/01/41
DTD 04/03/12 FC 01/01/13
CALL 07/01/22 @ 100.000

**Exchange:** We are acting as principal for this trade. The price shown may include a profit or loss to Ameriprise Financial in addition to any disclosed markup/markdown. Ameriprise Financial's trading account may have a long or short position in this security.

SOLICITED
INTEREST FLAT
PROSPECTUS MAILED UNDER SEPARATE COVER
CALL FEATURES EXIST AND MAY AFFECT YIELD
INFORMATION AVAILABLE UPON REQUEST
BOOK ENTRY ONLY

ORIGINAL ISSUE DISCOUNT
NEXT CALL: 07/01/2022 @ 100.000
RATINGS: MOODY BAA1 AND S&P BBB
YIELD TO MATURITY  5.122%

**PLEASE SEE TERMS AND CONDITIONS FOR IMPORTANT INFORMATION**
Thank you for giving Ameriprise Financial the opportunity to service your investment needs. Payment for, or delivery of, securities must be made on, or prior to, the settlement date indicated above. If funds have not been sent, or are not available in your account, immediately contact your financial institution to have funds wired (see terms and conditions for instructions). If your securities are not held in your account and you have not delivered them, you must do so immediately.
**1-866-295-7912**



0312 I#    S# 1- 1 #004798 MRDF# BX3DE

0% Recycled fiber
% Post-Consumer

**Extremely Urgent**

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

**Insert shipping documents
under window from the top.**

Do not use this envelope for:

RECEIVED & FILED

2019 APR

U.S. DISTRICT COURT
SAN JUAN, P.R.

**Domestic Shipments**
· To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. those listed

**International**
· The UPS Exp value. Certa ups.com/im

**Note:** Express containing se or cash equiv
UPS Express

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877)
to schedule a pickup or find a drop off location near you.

· To qualify for UPS Express

https://www.campusship.ups.com/cship/create?ActionOriginPair=default__PrintWindow....   4/18/2019

Win
Use thi
or inkje



```
ATTN: AMY BOLDA
734-542-4506
AMERIPRISE FINANCIAL
32255 NORTHWESTERN HWY
FARMINGTON HILLS  MI 483341574
UNITED STATES
```
0.0 LBS   LTR       1 OF 1
SHP#: AE83 61TD CHQ

**SHIP TO:**
FOR DISTRICT OF PUERTO RICO
2123186690
THE CLERK OF THE US DISTRICT COURT
FEDERAL BUILDING ROOM 150
150 CARLOS CHARDON AVE
**SAN JUAN    00918-1767**
**PUERTO RICO**



**PRI 008 9-25**



**UPS NEXT DAY AIR**          **1**
TRACKING #: 1Z AE8 361 01 9266 8852



```
BILLING: P/P
DESC: Document                          EDI-DOC
```

Charge Unit (5 Digits): 03089

CS 21.0.21.   WNTNV50 09.0A 01/2019





**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

RECEIVED & FILED
2019 APR 23 PM 1: 20
CLERK'S OFFICE
JUAN P.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------X
|  | : |
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
|  | : |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : | (Jointly Administered) |
|  | : |
| Debtors. | : |
---------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Good Hill Master Fund LP | |
| Participant Name | Firm Name (if applicable) |
| Brendan Doyle | |
| Contact Person (if Participant is not an individual) | Contact Person |
| bdoyle@goodhillpartners.com | |
| Email Address | Email Address |
| | |

| | |
|---|---|
| Address line 1 | Address line 1 |
| One Greenwich Office Park | |
| Address line 2 | Address line 2 |
| Greenwich, CT 06831 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

   X    intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.      If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:
74514LE86

(b)      Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____
Signature

William Hauf
Print Name
COO/CFO of the investment manager,
Good Hill Partners LP
Title (if Participant is not an Individual)

April 16, 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

Align top of FedEx Express® shipping label here.

ORIGIN ID:CTXA   (203) 610-8800
GOOD HILL PARTNERS LP
ONE GREENWICH OFFICE PARK
GREENWICH, CT 06831 US
SIGN:

SHIP DATE: 18APR19
ACTWGT: 0.10 LB
CAD: 6992801/SSF02002

BILL CREDIT CARD
NO EEI 30.37(a)

TO **THE CLERK OF THE US
DISTRICT COURT OF PUERTO RICO
150 CARLOS CHARDON AVE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918**

(203) 610-8800        REF:
PO:                          DEPT:

(US)

**FedEx**
Express

E

REL#

TRK#  7867 3209 0637
0430

MON – 22 APR A5
INTL ** 2DAY **

**SH SIGA**

NSR
00918
PR-US   SJU





TUE        B
0637
01  22Apr
FZ


RECEIVED & FILED
2019 APR 23  PM 1: 20
CLERK'S OFFICE
SAN JUAN, P.R.

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------X

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered) |
| | : |
| Debtors. | : |

---------------------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Good Hill Municipal Bond Opportunity Master Fund LP | |
| Participant Name | Firm Name (if applicable) |
| Brendan Doyle | |
| Contact Person (if Participant is not an individual) | Contact Person |
| bdoyle@goodhillpartners.com | |
| Email Address | Email Address |

| Address line 1 | Address line 1 |
| --- | --- |
| One Greenwich Office Park | |
| Address line 2 | Address line 2 |
| Greenwich, CT 06831 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     _____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

      X      intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.     If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)     Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

             74514LB89     74514LZX8     74514LE86
             74514LZV2     74514LZY6
             74514LZW0     74514LZZ3

     (b)     Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
     Signature

     William Hauf
     Print Name
     COO/CFO of the investment manager,
     Good Hill Partners LP
             Title (if Participant is not an Individual)

     April 16, 2019
     Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Align top of FedEx Express® shipping label here.

ORIGIN ID:CTXA   (203) 610-8800
GOOD HILL PARTNERS LP
ONE GREENWICH OFFICE PARK
GREENWICH, CT 06831 US
SIGN:

SHIP DATE: 18APR19
ACTWGT: 0.10 LB
CAD: 6992081/SSFO2002

BILL CREDIT CARD
NO EEI 30.37(a)

TO THE CLERK OF THE US
DISTRICT COURT OF PUERTO RICO
150 CARLOS CHARDON AVE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918

(US)

(203) 610-8800          REF:
PO:                     DEPT:



FedEx
Express

E

REL#

TRK# 7867 3209 0637
0430

MON – 22 APR A5
INTL ** 2DAY **

NSR
00918
PR-US   SJU

SH SIGA





TUE          B
                0637
01  22Apr
FZ



RECEIVED & FILED
2019 APR 23  PM 1:20
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.