

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



EP14F Oct 2018
OD: 12 1/2 x 9 1/2



USPS TRACKING #

9405 5118 9956 0632 4905 83

FROM:
Aurelio Torres Ponsa
300 Stonington Rd
Silver Spring, MD 20902

TO: Clerk of the US District Ct
for District of Puerto Rico
Room 150 Federal Bldg
150 Carlos Chardon Ave.
San Juan, PR
00918-1767

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE