# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

       Debtors.

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

No. 17 BK 3566-LTS

(Jointly Administered)

# INFORMATIVE MOTION OF FINANCIAL OVERSIGHT
# AND MANAGEMENT BOARD REGARDING MAY 1, 2019 HEARING ON
# MOTIONS TO COMPEL AND FOR PROTECTIVE ORDER

To the Honorable United States Magistrate Judge Judith Gail Dein:

Pursuant to the Court's *Order Regarding Procedures for May 1, 2019 Hearing* [ECF No. 6474],

the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Fedaral Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

representative of The Commonwealth of Puerto Rico (the "Commonwealth") and The

Employees Retirement System of the Government of the Commonwealth of Puerto Rico

("ERS"), pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic

Stability Act, codified at 48 U.S.C. §§ 2101–2241 ("PROMESA"), respectfully states as

follows:

1.   The Oversight Board on behalf of the Debtors will be in attendance in Boston to present oral argument on any relevant matters at the hearing on **May 1, 2019 at 1:00 p.m. (AST)**.

2.   Margaret A. Dale and William D. Dalsen will be in attendance in Boston to represent the Oversight Board on any matters relating to Movants' motions to compel and for protective orders.

3.   Party for which counsel will appear:  The Oversight Board.

Dated: April 25, 2019
      New York, NY

Respectfully submitted,

*/s/ Luis F. del Valle-Emmanuelli*
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-826

Martin J. Bienenstock (pro hac vice)
Steven L. Ratner (pro hac vice)
Timothy W. Mungovan (pro hac vice)
Brian S. Rosen  (pro hac vice)
Paul V. Possinger (pro hac vice)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
Email: sratner@proskauer.com
Email: tmungovan@proskauer.com
Email: brosen@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative of the Employees Retirement
System of the Government of the
Commonwealth of Puerto Rico*