UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
    Debtors.[1] :
------------------------------------------------------------------- X

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH
ITS SPECIAL CLAIMS COMMITTEE, REGARDING LIST OF
RECIPIENTS OF CONFIDENTIAL LIST OF THIRD PARTY CLAIMS**

To the Honorable United States District Court Judge Laura Taylor Swain:

    The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Oversight Board"), acting through its Special Claims Committee (the "Special Claims Committee"), hereby submits this informative motion (the "Motion") pursuant to the *Order Authorizing the Filing of the Confidential List of Avoidance Actions Re: Third Party Claims Under Seal* [ECF No. 6471] (the "Sealing Order"), entered by the Court in response to the *Urgent Motion of the Financial Oversight and Management Board of Puerto Rico Acting through its Special Claims Committee, for Entry of an Order Authorizing the Filing of the*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Confidential List of Avoidance Actions Re: Third Party Claims Under Seal* dated April 22, 2019 [ECF No. 6453] (the "Motion to Seal").

1. The Sealing Order directed the Special Claims Committee to file an informative motion by April 26, 2019 at 1:00 p.m. (Atlantic Standard Time) identifying the attorneys who may have access to the material that is under seal,

2. Accordingly, attached hereto as Exhibit A is a list of the attorneys who have been provided with the Third Party Claims List.

| | |
|---|---|
| Dated: April 26, 2019 | */s/ Edward S. Weisfelner*<br>BROWN RUDNICK LLP<br>Edward S. Weisfelner, Esq. (*Pro Hac Vice*)<br>Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>eweisfelner@brownrudnick.com<br>apapalaskaris@brownrudnick.com<br><br>Stephen A. Best, Esq. (*Pro Hac Vice*)<br>601 Thirteenth Street NW, Suite 600<br>Washington, D.C. 20005<br>Tel: (202) 536-1700<br>sbest@brownrudnick.com<br><br>Sunni P. Beville, Esq. (*Pro Hac Vice*)<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>sbeville@brownrudnick.com<br><br>*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*<br>and |

2

*/s/ Kenneth C. Suria*
ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

**Exhibit A**

Isel M. Perez, Esq.
Jones Day
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, FL  33131

Martin A. Sosland, Esq.
Christopher R. Maddux, Esq.
J. Mitchell Carrington II, Esq.
Jason W. Callen, Esq.
Butler Snow LLP
150 3rd Avenue South, Suite 1600
Nashville, TN  37201

Martin J. Bienenstock, Esq.
Brian S. Rosen, Esq.
Jeffrey W. Levitan, Esq.
Stephen L. Ratner, Esq.
Timothy W. Mungovan
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036

David L. Lawton, Esq.
Kurt A. Mayr, Esq.
Shannon Wolf, Esq.
1251 Avenue of the Americas
New York, NY  10020-1100

Andrew Kissner, Esq.
Gary S. Lee, Esq.
James Michael Peck, Esq.
250 West 55th Street
New York, NY  10019

Carl N. Wedoff, Esq.
Jenner & Block
919 Third Avenue
New York, NY  10022

Marc J. Tobac, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY  10017

Peter Friedman, Esq.
Irene Blumberg, Esq.
Ashley Pavel, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Thomas Moyers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Marcia L. Goldstein, Esq.
Gabriel A. Morgan, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119

Grant R. Mainland, Esq.
Milbank
55 Hudson Yards
New York, NY 10001-2163

Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

G. Alexander Bongartz, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

William J. Natbony, Esq.
Thomas Curtin, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York , NY 10281

Andrew N. Rosenberg, Esq.
Karen R. Zeituni, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

2

John K. Cunningham, Esq.
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352

Donald Burke, Esq.
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street NW, 4th Floor
Washington DC 20006