UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | PROMESA |
| | : | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | Case No. 17-BK-3283 (LTS) |
| as representative of | : | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | : | |
| Debtors.[1] | : | |

---------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | PROMESA |
| | : | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | Case No. 17-BK-3566 (LTS) |
| as representative of | : | (Jointly Administered) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | : | |
| Debtors. | : | |

---------------------------------------------------------------------------X

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

## **ORDER MOVING HEARING DATE**

On April 23, 2019, this Court set a hearing date related to pending motions to compel in this case for May 1, 2019. (Dkt. No. 467 in 17-BK-3566). **The Court hereby moves the hearing date to the following day, Thursday, May 2 at 11:00 a.m. in Boston, Massachusetts.**

The hearing will be held in **Courtroom 8** at the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 and by video teleconference at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Avenue, Federal Building, San Juan, Puerto Rico 00918-1767. The courtroom number for the Puerto Rico Courthouse will be provided through later notice.

Judge Dein will be present in the Massachusetts courtroom. **Counsel who intend to present oral argument are required to attend the proceedings in the Massachusetts courtroom.** Counsel who have already submitted notices of appearance do <u>not</u> need to refile them. Those counsel who wish to amend their notices of appearance may do so by informative motion on or before **Tuesday, April 30, 2019**.

Other attorneys, members of the press and the general public may attend and observe the hearing in either the Massachusetts or Puerto Rico courtrooms. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **Tuesday, April 30, 2019** and pay the fee established by CourtSolutions. **Counsel who have already submitted Courtsolutions requests for the prior hearing date must resubmit their requests.**

No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

In addition, the parties to the motions to compel are hereby instructed to meet and confer prior to the hearing and submit a proposed agenda informing the Court who will be speaking from each party on each motion. The proposed agenda should be submitted to deindprcorresp@mad.uscourts.gov by **Wednesday, May 1, 2019**.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: April 26, 2019