In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Fourth Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval | |
|---|---|---|---|---|---|---|---|---|---|
| | *Counsel for Debtors - COFINA* | | | | | | | | |
| 1-a | **Proskauer Rose [Dkt. No. 3571]** | 2/01 - 5/31/2018 | $ 94,488.00 | $ 4,717.80 | $ 4,277.94 | $ 326.11 | $ 89,770.20 | $ 3,951.83 | |
| | *Counsel for Debtors - ERS* | | | | | | | | |
| 1-b | **Proskauer Rose [Dkt. No. 3590]** | 2/01 - 5/31/2018 | $ 445,503.70 | $ 22,244.05 | $ 16,638.88 | $ 1,268.38 | $ 423,259.65 | $ 15,370.50 | |
| | *Counsel for Debtors - HTA* | | | | | | | | |
| 1-c | **Proskauer Rose [Dkt. No. 3576]** | 2/01 - 5/31/2018 | $ 1,219,419.80 | $ 60,885.77 | $ 40,404.55 | $ 3,080.05 | $ 1,158,534.03 | $ 37,324.50 | |
| | *Counsel for Debtors - PREPA* | | | | | | | | |
| 1-d | **Proskauer Rose [Dkt. No. 3582]** | 2/01 - 5/31/2018 | $ 3,246,887.10 | $ 162,117.43 | $ 169,316.96 | $ 12,907.06 | $ 3,084,769.67 | $ 156,409.90 | |
| | *Counsel for Debtors - Commonwealth* | | | | | | | | |
| 1-e | **Proskauer Rose [Dkt. No. 3588]** | 2/01 - 5/31/2018 | $ 5,434,013.80 | $ 271,320.91 | $ 286,122.56 | $ 21,811.17 | $ 5,162,692.89 | $ 264,311.39 | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | | |
| 2 | **O'Neill & Borges LLC [Dkt. No. 4313]** | 6/01 - 9/30/2018 | $ 442,234.80 | $ 1,502.00 | $ 6,001.18 | $ 300.00 | $ 440,732.80 | $ 5,701.18 | |
| | *Puerto Rico Counsel to AAFAF - Commonwealth* | | | | | | | | |
| 3 | **Marini Pietrantoni Muniz LLC [Dkt. No. 4316 -- 17-03284 Dkt. No. 358 -- 17-03567 Dkt. No. 532 -- 17-03566 Dkt. No. 350]** | 6/01 - 9/30/2018 | $ 410,887.45 | $ 2,067.30 | $ 8,725.44 | $ - | $ 408,820.15 | $ 8,725.44 | |
| | *Counsel to AAFAF and Puerto Rico Treasury Department* | | | | | | | | |
| 4 | **DLA Piper [Dkt. No. 4277]** | 6/01 - 9/30/2018 | $ 389,904.00 | $ 19,761.21 | $ 11,379.97 | $ - | $ 370,142.79 | $ 11,379.97 | |
| | *Counsel for PREPA and AAFAF - PREPA* | | | | | | | | |
| 5 | **Greenberg Traurig [Dkt. No. 4297 -- 17-04780 Dkt. No. 1028]** | 6/01 - 9/30/2018 | $ 1,426,499.46 | $ 26,951.58 | $ 27,433.16 | $ 10,943.21 | $ 1,399,547.88 | $ 16,489.95 | |
| | *Advisors to FOMB* | | | | | | | | |
| 6 | **Pension Trustee Advisors, Inc. [Dkt. No. 4823]** | 6/01 - 10/31/2018 | $ 152,620.00 | $ 2,330.27 | $ 4,403.93 | $ 63.95 | $ 150,289.73 | $ 4,339.98 | |
| | *Counsel for COFINA Agent* | | | | | | | | |
| 7 | **Willkie Farr & Gallagher LLP [Dkt. No. 4263]** | 6/01 - 9/30/2018 | $ 730,672.54 | $ 18,610.36 | $ 15,977.71 [FN1] | $ 192.23 | $ 712,062.18 | $ 15,785.48 | [FN2] |
| | *Special Municipal Bankruptcy Counsel for COFINA Agent* | | | | | | | | |
| 8 | **Klee, Tuchin, Bogdanoff & Stern LLP [Dkt. No. 4265]** | 6/01 - 9/30/2018 | $ 343,458.50 | $ 6,591.53 | $ 4,535.89 | $ 23.42 | $ 336,866.97 | $ 4,512.47 | [FN2] |

**FN1** - This expense request excludes $26,325.00 in requested expert witness fees, which have been deferred for consideration and reporting in a subsequent Fee Examiner report.

**FN2** - The Fee Examiner reserves, for consideration and discussion in connection with final fee applications, all rights with respect to the issue of duplication of efforts between the COFINA Agent's two law firms. Final fee applications in the COFINA case are due June 12, 2019.