In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

EXHIBIT B

**FINAL Fee Application Recommended for Approval:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Advisors to FOMB* | | | | | | | |
| 1 | **Pension Trustee Advisors, Inc. [Dkt. No. 4823]** | 7/29/2017 - 10/31/2018 | $ 222,138.25 | $ 4,324.88 | $ 8,438.81 | $ 63.95 | $ 217,813.37 | $ 8,374.86 |