**EXHIBIT A**

## Thirty-Fourth Omnibus Objection
### Exhibit A - Duplicate Bond Claims + Late Filed Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BARTHOLOMEW, THOMAS<br>21 LOST OAK ROAD<br>WEST BOYLSTON, MA 01583 | 1/7/2019 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 168077 | $ 300,000.00 |
| | Reason: Claimant asserts liabilities associated with bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, the claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 2 | BROWN, DONALD J.<br>97 HUNTING RIDGE RD<br>STAMFORD, CT 06903 | 12/14/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 168022 | $ 20,000.00 |
| | Reason: Claimant asserts liabilities associated with bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, the claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 3 | COOPER, PAUL S.<br>12 VICKERS AVE<br>BRIDGETON, NJ 08302 | 3/14/2019 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 168248 | $ 10,175.58 |
| | Reason: Claimant asserts liabilities associated with bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, the claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 4 | COOPERATIVA A/C BARRANQUITAS<br>PO BOX 686<br>BARRANQUITAS, PR 00794 | 1/29/2019 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 168130 | $ 360,000.00 |
| | Reason: Claimant asserts liabilities associated with bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, the claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 5 | COOPERATIVA A/C BARRANQUITAS<br>PO BOX 686<br>BARRANQUITAS, PR 00794 | 1/29/2019 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 168129 | $ 360,000.00 |
| | Reason: Claimant asserts liabilities associated with bond(s) issued by COFINA, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s). In addition, the claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| | | | | | TOTAL | $ 1,050,175.58 |