# **ANEXO A**

Trigèsimo Cuarto Objeción Colectiva
Anexo A: Reclamaciones De Bonos Duplicadas + Reclamaciones Presentadas Tarde

| # | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BARTHOLOMEW, THOMAS<br>21 LOST OAK ROAD<br>WEST BOYLSTON, MA 01583 | 1/7/2019 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 168077 | $ 300,000.00 |
| | Base para: El demandante reclama una obligación asociada a uno o más bonos emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones principales presentadas por el fiduciario de estos bonos. Además, el reclamo no se presentó a tiempo, ya que el reclamante presentó el reclamo después de la fecha límite aplicable establecida por las Órdenes de fecha límite. | | | | | |
| 2 | BROWN, DONALD J.<br>97 HUNTING RIDGE RD<br>STAMFORD, CT 06903 | 12/14/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 168022 | $ 20,000.00 |
| | Base para: El demandante reclama una obligación asociada a uno o más bonos emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones principales presentadas por el fiduciario de estos bonos. Además, el reclamo no se presentó a tiempo, ya que el reclamante presentó el reclamo después de la fecha límite aplicable establecida por las Órdenes de fecha límite. | | | | | |
| 3 | COOPER, PAUL S.<br>12 VICKERS AVE<br>BRIDGETON, NJ 08302 | 3/14/2019 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 168248 | $ 10,175.58 |
| | Base para: El demandante reclama una obligación asociada a uno o más bonos emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones principales presentadas por el fiduciario de estos bonos. Además, el reclamo no se presentó a tiempo, ya que el reclamante presentó el reclamo después de la fecha límite aplicable establecida por las Órdenes de fecha límite. | | | | | |
| 4 | COOPERATIVA A/C BARRANQUITAS<br>PO BOX 686<br>BARRANQUITAS, PR 00794 | 1/29/2019 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 168130 | $ 360,000.00 |
| | Base para: El demandante reclama una obligación asociada a uno o más bonos emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones principales presentadas por el fiduciario de estos bonos. Además, el reclamo no se presentó a tiempo, ya que el reclamante presentó el reclamo después de la fecha límite aplicable establecida por las Órdenes de fecha límite. | | | | | |
| 5 | COOPERATIVA A/C BARRANQUITAS<br>PO BOX 686<br>BARRANQUITAS, PR 00794 | 1/29/2019 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 168129 | $ 360,000.00 |
| | Base para: El demandante reclama una obligación asociada a uno o más bonos emitidos por COFINA, que es un duplicado de una o más evidencias de reclamaciones principales presentadas por el fiduciario de estos bonos. Además, el reclamo no se presentó a tiempo, ya que el reclamante presentó el reclamo después de la fecha límite aplicable establecida por las Órdenes de fecha límite. | | | | | |
| | | | | | TOTAL | $ 1,050,175.58 |