SUSAN E. SCHUR  
76 HIGHLAND AVENUE  
SOMERVILLE, MA 02143



BOSTON MA 021  
16 APR '19  
PM 3 L

RECEIVED & FILED  
2019 APR 25 PM 4: 31  
CLERK'S OFFICE  
U.S. DISTRICT COURT  
SAN JUAN, P.R.

RECEIVED  
APR 19 2019  
PRIME CLERK LLC

Prime Clerk LLC  
830 Third Ave., 9th Floor  
New York, NY 10022

10022-656975