**Prime Clerk**
Grand Central Station, PO Box 4850
New York NY 10163-4850



U.S. POSTAGE >> PITNEY BOWES
ZIP 10022 $ 000.50
02 4W
0000349747 APR 22 2019

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.



Puerto Rico 1845
District Court
Attn: Carmen Tacaronte
Federal Building, Room 150
150 Carlos Chardon Ave.
San Juan PR 00918-1767

0091881706 C018