

Leo O'Connell
8510 W. 10th Ave.
Lakewood, CO 80215



The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767