UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                        Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

SUPPLEMENTAL CASE MANAGEMENT ORDER NO. 1 REGARDING
PROCEDURES IN CONNECTION WITH THE COMMENCEMENT OF ADVERSARY PROCEEDINGS

       The *Eighth Amended Notice, Case Management and Administrative Procedures* (Docket Entry No. 4866 in Case No. 17-3283), applicable in these jointly administered Title III proceedings, are hereby supplemented to include certain requirements related to the commencement of adversary proceedings in these Title III proceedings.

       Effective immediately and until further order of the Court, the number of defendants named in any adversary proceeding complaint or cross- or counterclaim that is filed or amended on or after such date must not exceed one hundred (100). In addition, all adversary proceedings commenced on or after **April 26, 2019**, with fifty (50) parties or more must be filed in compliance with the procedures and technical specifications set forth by the Clerk of Court on the following webpage: **https://www.prd.uscourts.gov/promesa/how-file-ap-case-50-parties-or-more** .

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

Any exceptions from the requirements of this Order must be requested by motion demonstrating good cause for the relief requested.

SO ORDERED.

Dated: April 26, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge