UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                                                    PROMESA
                                                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                                No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                       (Jointly Administered)
et al.,

                     Debtors.[1]

------------------------------------------------------------x

ORDER DENYING FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD OF PUERTO RICO'S MOTION TO EQUITABLY TOLL THE TIME
PRESCRIBED BY 11 U.S.C. § 546 TO BRING CERTAIN AVOIDANCE ACTIONS

       A hearing was held on April 24, 2019 (the "Hearing") on the *Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Equitably Tolling the Time Prescribed by 11 U.S.C. § 546 to Bring Certain Avoidance Actions* (Docket Entry No. 6118 in Case No. 17-3283, the "Motion").

       For the reasons stated on the record at the Hearing, the Motion is denied without prejudice to any party's position regarding the statute of limitations and equitable tolling in the context of any particular adversary proceeding or contested matter of which the Court has jurisdiction.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

This Order resolves Docket Entry No. 6118.

SO ORDERED.

Dated: April 26, 2019

                                                                          /s/ Laura Taylor Swain
                                                                          LAURA TAYLOR SWAIN
                                                                          United States District Judge