UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING MOTION OF PETER HEIN TO ESTABLISH CERTAIN
PROCEDURES REGARDING PARTICIPATION BY *PRO SE* PARTIES AND TO
APPOINT AN OFFICIAL COMMITTEE OF GENERAL OBLIGATION BONDHOLDERS

        A hearing was held on April 24, 2019 (the "Hearing") on the *Motion of Individual General Obligation Bondholder (1) to Permit Electronic Filing by Pro Se Parties; (2) (In the Alternative to "(1)" to Set Up a Mechanism to Permit Pro Se Parties to File and Serve Papers by Submission by e-mail to Prime Clerk; (3) to Permit Pro Se Parties to Listen into Proceedings by Telephone; and (4) to Order the Appointment of a Committee for Individual and Other Modest-Sized Bondholders* (Docket Entry No. 6128 in Case No. 17-3283, the "Motion") filed by Peter Hein.

        For the reasons stated on the record at the Hearing, the Motion is denied in its entirety, except to the extent that Mr. Hein is granted permission to register for listen-only

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

telephonic participation on his own behalf in these Title III cases via Court Solutions, subject to any fees or other requirements to which all Court Solutions users are ordinarily subject.

This Order resolves Docket Entry No. 6128.

SO ORDERED.

Dated: April 26, 2019

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge