UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK-3283 (LTS) |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | |
| Debtors.¹ | |

---

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK-3566 (LTS) |
| as representative of | (Jointly Administered) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtors. | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER CHANGING HEARING TIME

On April 26, 2019, this Court set a hearing date on certain motions to compel for Thursday, May 2, 2019 at 11:00 a.m. in Boston, Massachusetts. (Dkt. No. 479) ("Hearing"). On April 29, 2019, the Financial Oversight and Management Board ("Oversight Board") submitted their *Urgent Unopposed Motion to Reschedule Hearing on Pending Discovery Motions to Afternoon of May 2, 2019* (Dkt. No. 481 in 17-BK-3566; Dkt. No. 6537 in 17-BK-3283). Therein, the Oversight Board requests that the Hearing be moved from 11:00 a.m. to after 12:00 p.m. Finding good cause for the requested relief and noting the lack of objection, the Hearing is now moved to **1:00 p.m. on May 2, 2019**. As noted in this Court's April 26, 2019 order, the hearing will take place in Courtroom 8 of the Boston Courthouse. The hearing will be available by video teleconference in Courtroom 5 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Avenue, Federal Building, San Juan, Puerto Rico 00918-1767. Counsel who intend to present oral argument must appear in the Boston courtroom.

Counsel who have already submitted notices of appearance do <u>not</u> have to refile them. Counsel who intend to listen in on CourtSolutions **must resubmit their request,** in accordance with the Court's previous order (Dkt. No. 479) on or before **Tuesday, April 30, 2019**.

This order resolves Dkt. No. 481 in 17-BK-3566 and Dkt. No. 6537 in 17-BK-3283.

SO ORDERED.

<u>/ s / Judith Gail Dein</u>
Judith Gail Dein
United States Magistrate Judge

DATED: April 29, 2019