23/Abril/2019

A la Honorable Jueza
Gloria Taylor Swain:

Honorable Jueza mi nombre es Daniel Almeida Medina y la presente es para informarle muy respetuosamente de mi caso en el Tribunal de Caguas, el numero de Caso # EAC2010-0753 Salón #402. Donde desde el 1 de agosto de 2012, la Jueza Tomasa Del C. Vázquez en la Sala Superior de Caguas ordenó Al E.L.A. a devolverme un dinero que se me ocupó, y después de Años de mociones al tribunal y distintas Diligencias al Dpto. De Hacienda. Ahora Después de años me informan de la ley promesa y que cualquier cosa que vaya hacer que le escriba a nivel Federal a usted. Honorable Sra. Gloria Taylor Swain llevo años luchando y ese dinero es lo unico

que he ahorrado para mi hijo y ahora 8 años después me dicen que el país está en crisis y la ley promesa, que para el año 2012 no se hablaba nada de la ley promesa.

Honorable Sra. Swain le pido muy respetuosamente que me ayude a mi y a mi familia que lo único que quiero y pido es que se haga justicia y se me entregue mi dinero

Gracias.

Daniel Almeida Medina

Inst. Ponce Adulto 1,000
Modulo 4S #208
3699 Ponce by Pass
Ponce, P.R. 00728-1504