Daniel Almeida
Inst. Ponce 1.000
modulo 45 208
3699 Ponce by pass
Ponce, P.R. 00728-1504

SAN JUAN PR 009
25 APR 2019 PM 1 T

RECEIVED & FILED
2019 APR 29 PM 5:16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

Hon. Gloria Taylor Swain
San Juan P.R. 00918-1767
Clerk's office, United States
District Court. Room 150
Federal Bldg. 150
Carlos Chardon Ave. SAN Juan, P.R.