# EXHIBIT A

EXHIBIT A

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|---|---|
| 1/10/2014 | $5,430.00 |
| 1/10/2014 | $7,064.00 |
| 1/10/2014 | $7,140.00 |
| 1/10/2014 | $7,716.00 |
| 1/10/2014 | $80,012.00 |
| 1/10/2014 | $84,928.00 |
| 1/22/2014 | $79,080.00 |
| 1/30/2014 | $6,244.00 |
| 1/31/2014 | $11,653.00 |
| 1/31/2014 | $13,154.00 |
| 1/31/2014 | $13,621.00 |
| 1/31/2014 | $14,900.00 |
| 1/31/2014 | $16,971.00 |
| 1/31/2014 | $18,838.00 |
| 1/31/2014 | $28,339.00 |
| 2/5/2014 | $11,444.00 |
| 2/5/2014 | $11,794.00 |
| 2/5/2014 | $12,911.00 |
| 2/5/2014 | $15,996.00 |
| 2/5/2014 | $17,377.00 |
| 2/5/2014 | $27,852.00 |
| 2/18/2014 | $8,039.00 |
| 2/18/2014 | $8,879.00 |
| 2/18/2014 | $10,049.00 |
| 2/18/2014 | $10,241.00 |
| 2/18/2014 | $11,906.00 |
| 2/18/2014 | $17,798.00 |
| 2/18/2014 | $17,844.00 |
| 2/18/2014 | $22,655.00 |
| 2/21/2014 | $60,067.00 |
| 2/25/2014 | $181,189.00 |
| 2/26/2014 | $29,715.00 |
| 2/26/2014 | $30,239.00 |
| 3/4/2014 | $57,502.00 |
| 3/6/2014 | $29,793.00 |
| 3/6/2014 | $55,706.00 |
| 3/6/2014 | $58,088.00 |
| 3/12/2014 | $56,190.00 |
| 3/18/2014 | $5,867.00 |
| 3/18/2014 | $10,299.00 |
| 3/18/2014 | $12,911.00 |
| 3/18/2014 | $16,484.00 |
| 3/18/2014 | $17,864.00 |
| 3/18/2014 | $21,274.00 |

A-1

## TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|----------------|
| 3/28/2014 | $178,297.00 |
| 4/8/2014 | $16,276.00 |
| 4/15/2014 | $3,167.00 |
| 4/23/2014 | $16,604.00 |
| 4/28/2014 | $6,868.00 |
| 4/28/2014 | $6,980.00 |
| 4/28/2014 | $7,404.00 |
| 5/1/2014 | $19,632.00 |
| 5/1/2014 | $29,082.00 |
| 5/2/2014 | $45,680.00 |
| 5/2/2014 | $84,326.00 |
| 5/2/2014 | $84,917.00 |
| 5/2/2014 | $93,471.00 |
| 5/13/2014 | $6,009.00 |
| 5/13/2014 | $15,184.00 |
| 5/13/2014 | $15,184.00 |
| 5/13/2014 | $18,920.00 |
| 5/14/2014 | $5,004.00 |
| 5/14/2014 | $8,408.00 |
| 5/14/2014 | $11,440.00 |
| 5/14/2014 | $15,184.00 |
| 5/16/2014 | $113,724.00 |
| 5/28/2014 | $6,821.00 |
| 5/28/2014 | $15,103.00 |
| 5/30/2014 | $25,384.00 |
| 6/2/2014 | $6,821.00 |
| 6/3/2014 | $4,627.00 |
| 6/10/2014 | $2,676.00 |
| 6/10/2014 | $95,953.00 |
| 6/18/2014 | $13,094.00 |
| 6/18/2014 | $14,210.00 |
| 6/18/2014 | $18,503.00 |
| 6/18/2014 | $18,514.00 |
| 6/18/2014 | $28,501.00 |
| 6/20/2014 | $10,912.00 |
| 6/23/2014 | $1,533.00 |
| 6/27/2014 | $29,951.00 |
| 6/27/2014 | $85,214.00 |
| 6/27/2014 | $104,062.00 |
| 7/7/2014 | $6,395.00 |
| 7/7/2014 | $7,552.00 |
| 7/7/2014 | $8,932.00 |
| 7/7/2014 | $10,394.00 |

63377492 v1

## TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|---------------|
| 7/7/2014 | $16,154.00 |
| 7/7/2014 | $17,702.00 |
| 7/7/2014 | $19,123.00 |
| 7/7/2014 | $21,924.00 |
| 7/7/2014 | $103,122.00 |
| 7/10/2014 | $20,153.00 |
| 7/23/2014 | $10,937.00 |
| 7/23/2014 | $10,957.00 |
| 7/23/2014 | $13,094.00 |
| 7/23/2014 | $14,169.00 |
| 7/23/2014 | $18,514.00 |
| 7/23/2014 | $28,501.00 |
| 7/24/2014 | $2,132.00 |
| 7/24/2014 | $7,308.00 |
| 7/24/2014 | $7,552.00 |
| 7/30/2014 | $16,826.00 |
| 7/30/2014 | $61,620.00 |
| 7/30/2014 | $64,231.00 |
| 8/5/2014 | $2,676.00 |
| 8/5/2014 | $2,765.00 |
| 8/5/2014 | $30,657.00 |
| 8/7/2014 | $57,378.00 |
| 8/7/2014 | $89,051.00 |
| 8/11/2014 | $111,368.00 |
| 8/20/2014 | $18,394.00 |
| 8/22/2014 | $10,718.00 |
| 8/22/2014 | $12,413.00 |
| 8/22/2014 | $13,941.00 |
| 8/22/2014 | $18,453.00 |
| 8/22/2014 | $27,527.00 |
| 8/27/2014 | $15,363.00 |
| 8/27/2014 | $102,164.00 |
| 8/27/2014 | $1,949.00 |
| 9/8/2014 | $2,765.00 |
| 9/8/2014 | $29,347.00 |
| 9/11/2014 | $10,124.00 |
| 9/18/2014 | $104,829.00 |
| 10/2/2014 | $16,220.00 |
| 10/6/2014 | $5,014.00 |
| 10/6/2014 | $6,131.00 |
| 10/6/2014 | $12,171.00 |
| 10/6/2014 | $16,621.00 |
| 10/6/2014 | $16,646.00 |

## TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|---------------|
| 10/6/2014 | $21,112.00 |
| 10/7/2014 | $42,600.00 |
| 10/14/2014 | $10,962.00 |
| 10/14/2014 | $12,464.00 |
| 10/14/2014 | $16,798.00 |
| 10/14/2014 | $20,950.00 |
| 10/15/2014 | $7,552.00 |
| 10/15/2014 | $10,962.00 |
| 10/15/2014 | $12,632.00 |
| 10/15/2014 | $16,646.00 |
| 10/15/2014 | $18,940.00 |
| 10/21/2014 | $2,765.00 |
| 10/21/2014 | $16,565.00 |
| 10/21/2014 | $19,650.00 |
| 10/23/2014 | $4,815.00 |
| 10/23/2014 | $30,619.00 |
| 10/23/2014 | $91,858.00 |
| 10/31/2014 | $95,334.00 |
| 11/4/2014 | $20,893.00 |
| 11/13/2014 | $16,547.00 |
| 11/14/2014 | $93,194.00 |
| 11/17/2014 | $4,880.00 |
| 11/17/2014 | $16,526.00 |
| 11/17/2014 | $49,578.00 |
| 11/25/2014 | $16,542.00 |
| 12/12/2014 | $6,350.00 |
| 12/15/2014 | $2,765.00 |
| 12/18/2014 | $2,676.00 |
| 12/19/2014 | $62,265.00 |
| 12/26/2014 | $95,973.00 |
| 12/31/2014 | $5,086.00 |
| 1/8/2015 | $10,718.00 |
| 1/8/2015 | $10,718.00 |
| 1/8/2015 | $10,718.00 |
| 1/8/2015 | $12,261.00 |
| 1/8/2015 | $16,301.00 |
| 1/8/2015 | $16,321.00 |
| 1/8/2015 | $20,209.00 |
| 1/15/2015 | $49,756.00 |
| 1/15/2015 | $56,374.00 |
| 1/23/2015 | $2,676.00 |
| 1/23/2015 | $28,996.00 |
| 1/23/2015 | $58,368.00 |

EXHIBIT A

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|----------------|
| 1/28/2015 | $3,821.00 |
| 1/28/2015 | $1,811.00 |
| 1/29/2015 | $9,429.00 |
| 1/29/2015 | $12,911.00 |
| 1/29/2015 | $13,337.00 |
| 1/29/2015 | $14,494.00 |
| 1/29/2015 | $18,666.00 |
| 1/29/2015 | $27,106.00 |
| 1/30/2015 | $10,881.00 |
| 2/5/2015 | $8,587.00 |
| 2/5/2015 | $9,906.00 |
| 2/5/2015 | $9,906.00 |
| 2/5/2015 | $15,915.00 |
| 2/5/2015 | $15,915.00 |
| 2/5/2015 | $19,001.00 |
| 2/5/2015 | $56,907.00 |
| 2/6/2015 | $59,560.00 |
| 2/9/2015 | $30,211.00 |
| 2/9/2015 | $30,774.00 |
| 2/10/2015 | $63,494.00 |
| 2/12/2015 | $67,206.00 |
| 2/19/2015 | $10,383.00 |
| 2/19/2015 | $10,391.00 |
| 2/19/2015 | $10,749.00 |
| 2/19/2015 | $11,713.00 |
| 2/19/2015 | $12,180.00 |
| 2/19/2015 | $16,565.00 |
| 2/19/2015 | $19,366.00 |
| 2/23/2015 | $2,765.00 |
| 3/4/2015 | $19,065.00 |
| 3/5/2015 | $79,099.00 |
| 3/5/2015 | $83,966.00 |
| 3/10/2015 | $4,324.00 |
| 3/10/2015 | $11,084.00 |
| 3/10/2015 | $16,397.00 |
| 3/10/2015 | $19,488.00 |
| 3/12/2015 | $9,988.00 |
| 3/12/2015 | $10,231.00 |
| 3/12/2015 | $10,277.00 |
| 3/12/2015 | $11,936.00 |
| 3/12/2015 | $73,933.00 |
| 3/16/2015 | $4,549.00 |
| 3/20/2015 | $30,462.00 |

## EXHIBIT A

### TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|---|---|
| 3/20/2015 | $59,443.00 |
| 3/25/2015 | $4,197.00 |
| 3/27/2015 | $82,375.00 |
| 3/31/2015 | $4,662.00 |
| 3/31/2015 | $5,278.00 |
| 4/8/2015 | $21,604.00 |
| 4/9/2015 | $6,422.00 |
| 4/9/2015 | $30,952.00 |
| 4/10/2015 | $61,326.00 |
| 4/15/2015 | $4,176.00 |
| 4/15/2015 | $4,395.00 |
| 4/23/2015 | $65,873.00 |
| 4/27/2015 | $73,319.00 |
| 4/28/2015 | $5,309.00 |
| 4/28/2015 | $9,825.00 |
| 4/28/2015 | $9,886.00 |
| 4/28/2015 | $11,754.00 |
| 4/28/2015 | $12,799.00 |
| 4/28/2015 | $16,717.00 |
| 4/28/2015 | $24,116.00 |
| 4/29/2015 | $85,898.00 |
| 5/12/2015 | $5,542.00 |
| 5/12/2015 | $10,881.00 |
| 5/12/2015 | $10,929.00 |
| 5/12/2015 | $12,413.00 |
| 5/12/2015 | $16,798.00 |
| 5/12/2015 | $16,808.00 |
| 5/12/2015 | $19,163.00 |
| 5/13/2015 | $15,288.00 |
| 5/14/2015 | $16,426.00 |
| 5/20/2015 | $4,853.00 |
| 5/20/2015 | $7,203.00 |
| 5/20/2015 | $1,705.00 |
| 5/22/2015 | $78,961.00 |
| 6/9/2015 | $2,132.00 |
| 6/9/2015 | $5,275.00 |
| 6/10/2015 | $4,834.00 |
| 6/11/2015 | $4,626.00 |
| 6/16/2015 | $5,684.00 |
| 6/19/2015 | $25,913.00 |
| 6/23/2015 | $6,161.00 |
| 6/23/2015 | $10,475.00 |
| 6/23/2015 | $10,779.00 |

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|----------------|
| 6/23/2015 | $8,932.00 |
| 6/23/2015 | $20,138.00 |
| 6/23/2015 | $16,148.00 |
| 7/8/2015 | $12,992.00 |
| 7/8/2015 | $5,026.00 |
| 7/8/2015 | $79,984.00 |
| 7/13/2015 | $71,587.00 |
| 7/13/2015 | $33,561.00 |
| 7/17/2015 | $14,701.00 |
| 7/21/2015 | $83,910.00 |
| 7/24/2015 | $29,202.00 |
| 7/27/2015 | $4,755.00 |
| 7/27/2015 | $3,776.00 |
| 7/31/2015 | $63,514.00 |
| 8/3/2015 | $5,694.00 |
| 8/4/2015 | $16,538.00 |
| 8/5/2015 | $24,522.00 |
| 8/7/2015 | $14,169.00 |
| 8/7/2015 | $16,717.00 |
| 8/11/2015 | $10,800.00 |
| 8/11/2015 | $9,176.00 |
| 8/11/2015 | $10,800.00 |
| 8/11/2015 | $3,228.00 |
| 8/11/2015 | $16,727.00 |
| 8/11/2015 | $12,221.00 |
| 8/11/2015 | $19,326.00 |
| 8/11/2015 | $11,206.00 |
| 8/11/2015 | $4,626.00 |
| 8/12/2015 | $16,387.00 |
| 8/12/2015 | $12,505.00 |
| 8/12/2015 | $10,881.00 |
| 8/12/2015 | $11,327.00 |
| 8/12/2015 | $10,881.00 |
| 8/12/2015 | $10,881.00 |
| 8/12/2015 | $18,351.00 |
| 8/17/2015 | $96,345.00 |
| 8/20/2015 | $87,082.00 |
| 8/20/2015 | $73,135.00 |
| 8/24/2015 | $8,128.00 |
| 8/24/2015 | $5,522.00 |
| 8/28/2015 | $1,786.00 |
| 9/3/2015 | $5,710.00 |
| 9/4/2015 | $9,419.00 |

EXHIBIT A

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|----------------|
| 9/4/2015 | $9,419.00 |
| 9/4/2015 | $5,907.00 |
| 9/14/2015 | $75,782.00 |
| 9/22/2015 | $16,808.00 |
| 9/28/2015 | $16,411.00 |
| 9/28/2015 | $5,248.00 |
| 9/28/2015 | $4,793.00 |
| 9/28/2015 | $2,676.00 |
| 9/28/2015 | $6,958.00 |
| 10/1/2015 | $5,105.00 |
| 10/1/2015 | $9,094.00 |
| 10/1/2015 | $7,225.00 |
| 10/6/2015 | $7,572.00 |
| 10/6/2015 | $86,314.00 |
| 10/8/2015 | $20,549.00 |
| 10/8/2015 | $14,313.00 |
| 10/14/2015 | $4,263.00 |
| 10/14/2015 | $9,388.00 |
| 10/15/2015 | $18,473.00 |
| 10/16/2015 | $58,581.00 |
| 10/20/2015 | $14,941.00 |
| 10/20/2015 | $6,958.00 |
| 10/27/2015 | $683.00 |
| 11/2/2015 | $10,708.00 |
| 11/2/2015 | $10,718.00 |
| 11/2/2015 | $11,145.00 |
| 11/2/2015 | $12,424.00 |
| 11/2/2015 | $16,321.00 |
| 11/2/2015 | $12,165.00 |
| 11/2/2015 | $18,432.00 |
| 11/3/2015 | $22,316.00 |
| 11/3/2015 | $6,244.00 |
| 11/19/2015 | $83,445.00 |
| 11/23/2015 | $10,688.00 |
| 11/23/2015 | $20,950.00 |
| 11/23/2015 | $3,919.00 |
| 11/23/2015 | $95,520.00 |
| 11/24/2015 | $16,707.00 |
| 11/24/2015 | $10,703.00 |
| 12/1/2015 | $2,381.00 |
| 12/1/2015 | $2,911.00 |
| 12/3/2015 | $28,176.00 |
| 12/22/2015 | $6,806.00 |

A-8

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|----------------|
| 12/22/2015 | $13,560.00 |
| 12/22/2015 | $16,808.00 |
| 12/23/2015 | $5,531.00 |
| 12/24/2015 | $5,542.00 |
| 12/24/2015 | $18,514.00 |
| 12/24/2015 | $18,514.00 |
| 12/24/2015 | $4,163.00 |
| 12/24/2015 | $41,963.00 |
| 1/25/2016 | $119,060.00 |
| 1/27/2016 | $16,646.00 |
| 2/9/2016 | $11,444.00 |
| 2/9/2016 | $21,924.00 |
| 2/9/2016 | $12,677.00 |
| 2/9/2016 | $17,377.00 |
| 2/9/2016 | $11,794.00 |
| 2/9/2016 | $3,820.00 |
| 2/10/2016 | $2,558.00 |
| 2/10/2016 | $1,516.00 |
| 2/17/2016 | $21,203.00 |
| 2/17/2016 | $10,429.00 |
| 2/17/2016 | $5,501.00 |
| 2/17/2016 | $16,565.00 |
| 2/17/2016 | $10,751.00 |
| 2/17/2016 | $12,175.00 |
| 2/17/2016 | $12,129.00 |
| 2/17/2016 | $1,786.00 |
| 2/22/2016 | $1,424.00 |
| 2/22/2016 | $2,542.00 |
| 2/22/2016 | $624.00 |
| 2/22/2016 | $9,460.00 |
| 2/22/2016 | $1,705.00 |
| 2/24/2016 | $5,235.00 |
| 2/24/2016 | $5,603.00 |
| 2/26/2016 | $31,831.00 |
| 2/26/2016 | $3,733.00 |
| 2/26/2016 | $28,455.00 |
| 2/26/2016 | $82,163.00 |
| 2/26/2016 | $47,307.00 |
| 2/26/2016 | $27,182.00 |
| 2/26/2016 | $86,168.00 |
| 2/29/2016 | $49,217.00 |
| 3/1/2016 | $83,966.00 |
| 3/1/2016 | $18,299.00 |

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|----------------|
| 3/1/2016 | $139,286.00 |
| 3/9/2016 | $5,988.00 |
| 3/9/2016 | $1,380.00 |
| 3/9/2016 | $1,786.00 |
| 3/11/2016 | $118,387.00 |
| 3/15/2016 | $24,305.00 |
| 3/15/2016 | $700.00 |
| 3/15/2016 | $1,624.00 |
| 3/18/2016 | $25,723.00 |
| 3/24/2016 | $4,659.00 |
| 3/24/2016 | $16,402.00 |
| 3/24/2016 | $10,383.00 |
| 3/24/2016 | $11,530.00 |
| 3/24/2016 | $21,356.00 |
| 3/24/2016 | $10,069.00 |
| 3/29/2016 | $4,626.00 |
| 4/1/2016 | $11,774.00 |
| 4/1/2016 | $10,282.00 |
| 4/1/2016 | $15,753.00 |
| 4/1/2016 | $10,312.00 |
| 4/1/2016 | $10,718.00 |
| 4/1/2016 | $11,816.00 |
| 4/27/2016 | $66,234.00 |
| 4/27/2016 | $83,603.00 |
| 4/27/2016 | $77,634.00 |
| 4/27/2016 | $201,151.00 |
| 4/29/2016 | $14,635.00 |
| 4/29/2016 | $27,892.00 |
| 5/4/2016 | $21,193.00 |
| 5/4/2016 | $10,465.00 |
| 5/4/2016 | $5,714.00 |
| 5/4/2016 | $16,565.00 |
| 5/4/2016 | $4,649.00 |
| 5/4/2016 | $10,718.00 |
| 5/4/2016 | $10,404.00 |
| 5/6/2016 | $2,436.00 |
| 5/6/2016 | $1,786.00 |
| 5/18/2016 | $4,327.00 |
| 5/23/2016 | $5,720.00 |
| 5/24/2016 | $4,698.00 |
| 5/24/2016 | $18,529.00 |
| 6/1/2016 | $8,061.00 |
| 6/8/2016 | $6,364.00 |

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|----------------|
| 6/8/2016 | $16,159.00 |
| 6/8/2016 | $5,461.00 |
| 6/8/2016 | $16,240.00 |
| 6/8/2016 | $20,229.00 |
| 6/8/2016 | $10,637.00 |
| 6/14/2016 | $5,826.00 |
| 6/14/2016 | $1,624.00 |
| 6/29/2016 | $20,578.00 |
| 6/29/2016 | $45,794.00 |
| 6/29/2016 | $12,149.00 |
| 6/29/2016 | $5,837.00 |
| 6/30/2016 | $4,897.00 |
| 6/30/2016 | $1,786.00 |
| 7/8/2016 | $2,984.00 |
| 7/8/2016 | $2,548.00 |
| 7/8/2016 | $2,842.00 |
| 7/8/2016 | $1,873.00 |
| 7/8/2016 | $1,768.00 |
| 7/12/2016 | $42,498.00 |
| 7/12/2016 | $52,212.00 |
| 7/12/2016 | $21,330.00 |
| 7/12/2016 | $40,595.00 |
| 7/12/2016 | $30,417.00 |
| 7/12/2016 | $10,262.00 |
| 7/12/2016 | $24,708.00 |
| 7/12/2016 | $82,777.00 |
| 7/22/2016 | $11,804.00 |
| 7/22/2016 | $3,360.00 |
| 7/22/2016 | $11,388.00 |
| 7/22/2016 | $10,950.00 |
| 7/22/2016 | $12,495.00 |
| 7/22/2016 | $16,565.00 |
| 7/22/2016 | $10,952.00 |
| 7/27/2016 | $4,877.00 |
| 8/2/2016 | $20,473.00 |
| 8/2/2016 | $16,402.00 |
| 8/2/2016 | $10,871.00 |
| 8/2/2016 | $5,846.00 |
| 8/9/2016 | $1,786.00 |
| 8/9/2016 | $1,705.00 |
| 8/9/2016 | $11,774.00 |
| 8/9/2016 | $10,881.00 |
| 8/9/2016 | $6,907.00 |

63377492 v1

## TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|----------------|
| 8/9/2016 | $5,795.00 |
| 8/11/2016 | $95,364.00 |
| 8/19/2016 | $2,558.00 |
| 8/24/2016 | $4,804.00 |
| 9/1/2016 | $3,774.00 |
| 9/1/2016 | $1,962.00 |
| 9/1/2016 | $1,137.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $3,774.00 |
| 9/1/2016 | $1,962.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $1,056.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/1/2016 | $893.00 |
| 9/2/2016 | $5,698.00 |
| 9/2/2016 | $5,391.00 |
| 9/2/2016 | $98,824.00 |
| 9/15/2016 | $101,264.00 |
| 9/26/2016 | $17,572.00 |
| 9/26/2016 | $80,249.00 |
| 9/26/2016 | $30,856.00 |
| 10/7/2016 | $3,778.00 |
| 10/13/2016 | $1,543.00 |
| 10/13/2016 | $5,055.00 |
| 10/13/2016 | $4,848.00 |
| 10/14/2016 | $10,475.00 |
| 10/14/2016 | $16,646.00 |
| 10/14/2016 | $11,490.00 |
| 10/14/2016 | $22,576.00 |
| 10/17/2016 | $10,637.00 |
| 10/27/2016 | $81,029.00 |

63377492 v1

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|---|---|
| 10/28/2016 | $65,739.00 |
| 11/2/2016 | $77,606.00 |
| 11/4/2016 | $1,868.00 |
| 11/4/2016 | $16,971.00 |
| 11/4/2016 | $6,064.00 |
| 11/4/2016 | $11,277.00 |
| 11/4/2016 | $6,430.00 |
| 11/7/2016 | $5,681.00 |
| 11/7/2016 | $12,190.00 |
| 11/7/2016 | $22,655.00 |
| 11/7/2016 | $11,274.00 |
| 11/8/2016 | $83,418.00 |
| 11/8/2016 | $79,289.00 |
| 11/8/2016 | $44,899.00 |
| 11/8/2016 | $24,920.00 |
| 11/10/2016 | $4,408.00 |
| 11/14/2016 | $5,057.00 |
| 11/29/2016 | $2,737.00 |
| 11/30/2016 | $81,164.00 |
| 11/30/2016 | $44,792.00 |
| 11/30/2016 | $26,593.00 |
| 12/8/2016 | $82,704.00 |
| 12/12/2016 | $27,830.00 |
| 12/12/2016 | $6,351.00 |
| 12/12/2016 | $5,273.00 |
| 12/12/2016 | $9,176.00 |
| 12/12/2016 | $13,165.00 |
| 12/12/2016 | $16,240.00 |
| 12/12/2016 | $11,997.00 |
| 12/12/2016 | $10,693.00 |
| 12/12/2016 | $10,629.00 |
| 12/12/2016 | $11,114.00 |
| 12/16/2016 | $50,095.00 |
| 12/16/2016 | $24,513.00 |
| 12/16/2016 | $42,386.00 |
| 12/16/2016 | $88,997.00 |
| 12/19/2016 | $47,426.00 |
| 12/19/2016 | $22,411.00 |
| 12/19/2016 | $10,800.00 |
| 12/19/2016 | $16,727.00 |
| 12/19/2016 | $11,398.00 |
| 12/22/2016 | $4,795.00 |
| 12/28/2016 | $6,983.00 |

63377492 v1

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|----------------|
| 1/5/2017 | $45,198.00 |
| 1/5/2017 | $81,442.00 |
| 1/5/2017 | $1,705.00 |
| 1/23/2017 | $1,594.00 |
| 1/23/2017 | $4,615.00 |
| 1/23/2017 | $8,688.00 |
| 1/23/2017 | $4,080.00 |
| 2/2/2017 | $10,038.00 |
| 2/2/2017 | $21,274.00 |
| 2/2/2017 | $15,834.00 |
| 2/2/2017 | $10,383.00 |
| 2/8/2017 | $1,462.00 |
| 2/8/2017 | $1,624.00 |
| 2/8/2017 | $6,364.00 |
| 2/8/2017 | $5,507.00 |
| 2/8/2017 | $1,380.00 |
| 2/21/2017 | $4,315.00 |
| 2/21/2017 | $4,995.00 |
| 2/21/2017 | $24,624.00 |
| 2/21/2017 | $7,552.00 |
| 3/1/2017 | $76,377.00 |
| 3/1/2017 | $73,151.00 |
| 3/1/2017 | $67,435.00 |
| 3/1/2017 | $71,718.00 |
| 3/1/2017 | $22,163.00 |
| 3/1/2017 | $10,962.00 |
| 3/1/2017 | $16,676.00 |
| 3/1/2017 | $12,962.00 |
| 3/2/2017 | $47,137.00 |
| 3/2/2017 | $26,085.00 |
| 3/15/2017 | $6,709.00 |
| 3/15/2017 | $3,268.00 |
| 3/15/2017 | $7,220.00 |
| 3/15/2017 | $4,220.00 |
| 3/15/2017 | $5,968.00 |
| 3/15/2017 | $1,488.00 |
| 3/15/2017 | $2,314.00 |
| 3/15/2017 | $2,497.00 |
| 3/15/2017 | $5,723.00 |
| 3/16/2017 | $7,552.00 |
| 3/16/2017 | $5,388.00 |
| 3/16/2017 | $4,926.00 |
| 3/16/2017 | $9,176.00 |

63377492 v1

EXHIBIT A

TRANSFERS TO ALPHA GUARDS MANAGEMENT INC

| Date | Payment Amount |
|------|---------------|
| 4/6/2017 | $1,570.00 |
| 4/6/2017 | $7,552.00 |
| 4/6/2017 | $7,552.00 |
| 4/7/2017 | $10,332.00 |
| 4/11/2017 | $5,045.00 |
| 4/17/2017 | $9,094.00 |
| 4/17/2017 | $8,364.00 |
| 4/17/2017 | $5,983.00 |
| 4/17/2017 | $6,821.00 |
| 4/20/2017 | $5,464.00 |
| 4/20/2017 | $78,148.00 |
| 4/20/2017 | $51,466.00 |
| 4/20/2017 | $165.00 |
| 4/20/2017 | $28,276.00 |
| 4/20/2017 | $63,899.00 |
| 4/21/2017 | $71,842.00 |
| 4/21/2017 | $25,154.00 |
| 4/21/2017 | $48,174.00 |
| 4/24/2017 | $12,748.00 |
| 4/26/2017 | $2,680.00 |
| 4/27/2017 | $11,723.00 |
| 4/27/2017 | $6,455.00 |
| 4/27/2017 | $6,821.00 |
| 5/1/2017 | $1,962.00 |
| 5/1/2017 | $1,962.00 |

63377492 v1