UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                    PROMESA
                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                 No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                          (Jointly Administered)
et al.,

        Debtors.[1]

-----------------------------------------------------------x

### NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described below, from interested persons in the above-captioned cases. Although the Court cannot respond individually to all of those who have expressed their thoughts or concerns, the Court is deeply mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the importance of the issues that are raised in these unprecedented cases.

1.     Email dated February 20, 2019 from Russell Stoever
2.     Email dated March 1, 2019 from Joan Lind
3.     Email dated March 7, 2019 from Russell Stoever
4.     Email dated March 13, 2019 from Rafaela Esteves
5.     Email dated March 18, 2019 from Robin Dehayes

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

6.      Email dated March 19, 2019 from Jaime Diaz O'Niell
7.      Email dated March 28, 2019 from Carlos Sumpter
8.      Email dated April 23, 2019 from Adalberto Chevres
9.      Email dated April 23, 2019 from Americo Millet Ramos
10.     Email dated April 23, 2019 from David Calderon
11.     Email dated April 23, 2019 from Nidia Miranda
12.     Email dated April 23, 2019 from Xiomara Sede-Vargas
13.     Email dated April 23, 2019 from Yarina Cruz
14.     Email dated April 23, 2019 from Enrique Ramos Santiago
15.     Email dated April 23, 2019 from Maria Melendez
16.     Email dated April 23, 2019 from Angel Domenech
17.     Email dated April 23, 2019 from Damyr Lopez
18.     Email dated April 23, 2019 from Edna Rivera
19.     Email dated April 23, 2019 from Jose Costa
20.     Email dated April 23, 2019 from Miguel Corchado
21.     Email dated April 23, 2019 from Rafaela Gutirrez
22.     Email dated April 23, 2019 from Jose A. Fraticelli
23.     Email dated April 24, 2019 from Cynthia Manfred Fernandez
24.     Email dated April 25, 2019 from Ely Vallellanes
25.     Email dated April 25, 2019 from Ely Cruz

Dated:  April 30, 2019



**COFINA**
**Russell Stoever**   to: swaindprcorresp@nysd.uscourts.gov          02/20/2019 09:23 AM

From: █████████████████████████

To: "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Honorable Laura Taylor Swain, Stoever, Glass is municipal house servicing the accounts of individual investors for the past 50 years. Many of our clients bought tax exempt income Puerto Rico bonds to supplement their retirement income. We have correctly advised them to hold these bonds rather then sell them to the hedge funds. Now with the conglomeration of zero coupon and taxable  bonds they have gotten from the restructuring, their goal of getting supplemental tax exempt retirement income is completely disrupted. I Hope in the future more attention is given to the characteristic bond previously owned when replacing it during the restructuring of future Puerto Rico bonds. Regards, Russ

**Russell Stoever**



This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.



**Puerto Rico info**
Joan   to: swaindprcorresp                                    02/28/2019 04:45 PM

From: ██████████████████████
To:   swaindprcorresp@nysd.uscourts.gov

Dear Judge Swain,

I wanted to tell you what you have done to some of us senior, "little people" with your ruling in favor of Puerto Rico regarding the COFINA bonds they issued. By this action, you have taken away what little savings on which many of us have depended. I wish that I had known what a corrupt government existed in Puerto Rico prior to my purchasing $25,000 of these bonds, but what could possibly go wrong with sales tax bonds?!   By ruling against the bond holders, you have done something that I believe wars unjust and illegal.  I hope that you truly realize what you have done to the people you have wrongly hurt.

J Lind
████████████████████



**Bond insurance**

**Russell Stoever**   to: swaindprcorresp@nysd.uscourts.gov          03/07/2019 11:37 AM

From:

To:          "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Honorable Laura Taylor Swain, The figures for the insured bonds in the Plan of Adjustment for the Puerto Rico COFINA bonds are now available. The par value number of bonds that AMBAC does not have to insure because people did not vote to maintain their insurance is 603 million and for National insurance it is 1.3 billion, giving a total of 1.903 billion. I assume all or most of these bonds were in the hands of older individuals who for one reason or another did not vote to maintain their insurance. The process did not entail mailing in a coupon but they had to call their broker to make sure the vote went in, making it that much more cumbersome.  Since these are zero coupon bonds, they had various market values but a conservative estimate is about 20 per cent of par meaning the bonds had an average market value of about 380 million dollars. The bonds that maintained their insurance are trading at about the same level as they were before the Plan of Adjustment and the uninsured bonds are down about 10%. This means that the people who lost their insured bonds have now lost about 38 million dollars in market value to the insurance companies credit. If Puerto Rico goes through bankruptcy again in the future the figure will be larger. I firmly believe that an insurance company should not be allowed to make bond holders vote to maintain insurance they paid for when they bought the bonds and if the insurance companies have a substitute you should have to vote for it. If you have any questions please contact me at your convenience. Regards, Russ

**Russell Stoever**



This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.



**Request to cancel $6 Billion PR Dept**

Rafaela Esteves    to: Swaindprcorresp                    03/13/2019 01:16 PM

Cc: ▮▮▮▮▮▮▮▮▮▮

From:     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To:       Swaindprcorresp@nysd.uscourts.gov

Cc:       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Judge Swain,

Here we are, again, after two months of additional austerity measures, power
plays between the Fiscal Control Board and the Central Puerto Rican
Government, scandals of corruption and a national protest.  It was incredibly
unsatisfactory to me when the COFINA agreement was approved since the Puerto
Rican people don't really have options when it comes to our own financial
security. I testified before you on January 17, 2019, and I am writing to you,
now, to take into consideration how this government has operated, behind the
backs of the people.  We are on the precipice of a depression so great that we
may never recover.  Experts state that Puerto Rico will default much earlier
than the Fiscal Control Board anticipates because they do not take into
consideration the mass amounts of people seeking a way out of such dire
circumstances we are being obligated to face.  Not only do I stand with a
Puerto Rican people in our request for you to cancel this debt, I urge you to
consider how it was created in the first place. I urge you to take into
consideration measures to criminally charge the banks and other financial
institutions involved in its issuance and a full financial audit should be
performed to investigate who stands to gain from our suffering.
Local government and the Fiscal Control Board states that we can't pay $6MM
for the audit but this administration has given away over $38MM in contracts
to public relations agencies for its shady services, and they have also
provided over $530MM in tax exemptions to companies not local to Puerto Rico.
Simply put, priorities are not being met, and I humbly urge you to audit this
public debt and I assure you that you have more than enough grounds to
classify it illegal and unconstitutional.  I also implore Your Honor to
criminally charge the individuals involved in the legalization of this fraud.
Thank you, again, for the opportunity to contact you regarding this matter.

Sincerely,

Rafaela Esteves
Citizen of San Juan, PR.

Sent from my iPhone



**Avoiding Future Harm to Retail Holders : Design & Execution of Bond
Exchange**

Robin Deshayes     to: swaindprcorresp@nysd.uscourts.gov          03/18/2019 03:07 PM
Cc:  Alejandra Folguera

From:        Robin Deshayes ███████████
To:          "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>
Cc:          ████████████████████████████

March 18, 2019


The Honorable Laura Taylor Swain

          **Re:** Avoid Future Harm to Retail Holders: Flawed Design & Execution of COFINA Bond
Exchange

Your Honor:

I am writing because I am concerned that, at your recent Omnibus hearing, the problems with the
COFINA exchange, and the damage to small bondholders, were not adequately nor truthfully discussed.


The design and execution of the exchange caused permanent damage and unfairly impacted thousands
small bondholders.  On their behalf, and on behalf of my clients, I am asking that you ensure that future
exchanges are fair.

Our firm had many accounts with small odd lots of COFINA.  On average, these clients received 2-2.5%
less recovery on their COFINA exchange bonds than round lot holders, and less than was promised in the
Plan of Adjustment.  I believe this is typical of thousands of retail accounts in the U.S.

On its face, the plan appears to treat all bondholders equally. However, both in design and execution, it
was easy to see in retrospect how it would fail small odd lot holders.

My firm custodies its accounts at Charles R. Schwab, a very large retail brokerage firm.  Here are their
comments on the exchange:

          "These payments have been a moving target and I wish we (Schwab along with all the other
          brokerage firms on the street) had the exact details in the beginning, but we didn't. We all were
          getting the information one piece at a time and as DTCC allocations were made. Additional
          allocations have been processed into client accounts since [my firm's] letter was sent.


          "Rounding: all bonds were rounded down. In order for Schwab to round up we would need a
          way to get additional bonds for our clients, but no additional bonds could be requested so we
          had to round down. It is possible that other firms could have rounded up if they had sufficient
          inventory. DTCC, our custodian doesn't know if we have one client or 5K clients.  Prime Clerk
          gave flexibility to participants to handle the rounding in house.  ..."

*Flaws in the Design & Execution*

In my opinion, the exchange had the following flaws:

- *Too many tranches*, and several very small tranches – too many tranches/small tranches meant that bonds would be rounded down, and the fractions sold on the open market. Would have been fine, except that the bonds traded down on issue. See below.

- *Taxable Bonds were mispriced due to hurry to get approval* and traded down 15% or more on break.  Taxable bonds traded down on issue because they lacked the taxable exemption.  The coupon on the bonds was designed for a nontaxable bond. But due to the government shutdown, the IRS had not opined prior to the date of the Confirmation Hearing.  Instead of waiting for the IRS to determine whether these tranches were eligible for exemption, the exchange went ahead with a coupon price that would be far too low – below market – for such tranches.  This resulted in the bonds trading down 15% after the break.

- *Additional bonds were not made available to custodians*.  Custodians such as Schwab were forced to round all bonds down because bonds were not made available, even though supplemental instructions received issued by Prime Clerk to DTCC *a week after the exchange date* said that DTCC could in fact issue more bonds.

- *Rounding cash was inadequate to serve any but the very largest holders*.  Most who read the Plan of Adjustment assumed that rounding cash was available to make up shortfalls from rounding.  What no one expected is that custodians would round down all odd lots and then sell the fractions on the open market, in a market in which the strip was trading down an average of 7%.  To be clear, custodians had authority to do what they did. But they should not have had to make that choice.

*Damage to Small Holders*

Small holders were damaged in the following ways:

- They received less cash for their rounded bonds than they were entitled to because the bonds traded down dramatically on the break.
- They received less cash for their rounded bonds because no additional bonds were made available for bonds that should have been rounded up.
- They were forced to realized a gain/loss on the fractions that were sold.  Had they been allowed to hold either fractions or bonds, they could have held the bonds until the IRS determination, until the market stabilized, etc.  Instead, they not only received a taxable event but they lost the ability to wait for recovery.
- Large holders undoubtedly knew that this avalanche of fractions would flood the market, and they were in a position to take advantage of this flood.  Indeed, now a month after the exchange, the bonds have traded up.

The Oversight Board and large holders designed an exchange that worked for them and didn't really care whether it worked for anyone else.  Attorney Brian Rosen referred to retail holders as "unwashed masses" before you in open court (November 20, 2018). This underscores the outright disdain that these attorneys have for all but elite participants.  The attorney for the Oversight Board Special Claims Committee recently represented that it is not necessary to include small bondholders in upcoming GO dispute actions (January 29, 2019 hearing).

*All of this could have been avoided by issuing fractional bonds, additional bonds, cash, or both*.  Our firm has participated in a number of municipal distressed exchanges.  It is typical to receive fractional bonds, or perhaps CABs, plus cash, as a way to make sure all bondholders receive what they are due.  We have

never seen this happen before, nor has anyone else who I have spoken with, including people with 30 or more years in this business.

Upcoming hearings and eventual Plan of Adjustment will focus upon General Obligations and other bonds.  These bonds are also widely held by retail in odd lots.  I would like to suggest that you hire your own consultant to review these deals before you approve them, so that small bondholders can be protected from this happening again.  It is a black mark on this process and indeed on the entire municipal market.

Thank you for your time and consideration of this matter.

Sincerely,


Robin Deshayes

Managing Member


Robin L. Deshayes





**17-cv-2340 District Court of Puerto Rico / 19-1167 United States Court of Appeals for the First Circuit**

**Jaime A Diaz Oneill**    to:  lucdespins, jamesbliss, jamesworthington, alexbongartz, jcasillas, dbatlle, aaneses, emontull,    03/19/2019 10:51 AM

Cc:  Jaime A Diaz Oneill

From:    Jaime A Diaz Oneill ███████████████

To:    ████████████████████████████████,
████████████████████████████

Cc:    ████████████████████



IMG_6887.jpg



IMG_6890.jpg

Sent from my iPhone

# United States Court of Appeals
## For the First Circuit

No. 19-1167

JAIME A. DIAZ-O'NEILL,

Plaintiff, Appellant,

v.

ELI DIAZ-ATIENZA, Executive Director Autoridad de Acueductos y Alcantarillados de PR;
PEDRO IRENE-MAYMI, President Union Independiente Autentica; ST. JAMES SECURITY,
INC.; UNITED STATES OF AMERICA; PRESIDENT DONALD J. TRUMP; UNION
INDEPENDIENTE AUTENTICA,

Defendants, Appellees,

GOVERNOR RICARDO ROSSELLO-NEVARES, Governor Estado Libre Asociado de Puerto
Rico; NORMA WINSETTE MENDEZ-SILVAGNOLI, Interim President Junta de Relaciones
del Trabajo de Puerto Rico; SIGFRIDO STEIDEL FIGUEROA, Administrative Director Oficina
Administracion de los Tribunales; POLICIA DE PUERTO RICO; MICHELLE FRALEY,
Superintendent Policia de Puerto Rico; DEPARTAMENTO DEL TRABAJO Y RECURSOS
HUMANOS DE PUERTO RICO; CARLOS SAAVEDRA; AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS DE PUERTO RICO; JUNTA DE RELACIONES DEL TRABAJO
DE PUERTO RICO; OFICINA DE ADMINISTRACION DE LOS TRIBUNALES DE
PUERTO RICO,

Defendants.

## ORDER OF COURT

Entered: March 13, 2019
Pursuant to 1st Cir. R. 27.0(d)

This is an appeal from a judgment of the district court. On May 3, 2017, the Commonwealth
of Puerto Rico filed a petition under Title III of PROMESA, 48 U.S.C. §§ 2161, et seq., for
adjustment of its debts. Under section 2161(a), the bankruptcy stay provisions of 11 U.S.C. § 362
and 922 are incorporated into PROMESA. In light of the Commonwealth's PROMESA filing, we
direct the parties to show cause within fourteen days of the date of this order whether the automatic
stay applies to all or any part of this appeal. The parties directed to state with specificity the
reasoning behind their conclusion one way or the other.

Case:17-03283-LTS Doc#:6551 Filed:04/30/19 Entered:04/30/19 12:05:05 Desc: Main Document Page 12 of 32

# Arrastra la AAA demanda por subastas

## El caso está en el Tribunal Apelativo

**POR JAVIER COLÓN DÁVILA**
Em12zzzon@elnuevodia.com

**LA AUTORIDAD** de Acueductos y Alcantarillados (AAA) y dos compañías de seguridad incurrieron en falsa representación, temeridad y fraude al tribunal en relación al otorgamiento ilegal de una subasta en 1994, reza una sentencia de la juez Leticia Ortiz.

El fallo promulgado en abril del 2006 revoca la adjudicación de tres subastas por servicios de seguridad 12 años después de otorgadas.

La AAA, Saint James Security Services y Camiones Blindados se exponen a tener que desembolsar hasta $35 millones en daños, según Nicolás Medina, uno de los abogados de la demandante Scotland Guard Service.

La AAA y las empresas llevaron el caso al Tribunal Apelativo. Allí está ante la consideración de los jueces Migdalia Fraticelli, Zadette Bajandas y Eric Ramírez Nazario. Por esta razón ningún funcionario de la AAA hará comentarios sobre el caso, indicó Maru Quintero, portavoz de la AAA.

Las empresas que actualmente ofrecen servicios de seguridad en la AAA son Capitol y Saint James.

La sentencia concluye que los demandados ocultaron a Scotland Guard y a los tribunales información que apuntaba a que los demandados incumplieron con una fianza de 5% en una su-



NINGÚN FUNCIONARIO de la AAA estuvo disponible para comentar sobre el futuro caso.

**UN PLEITO QUE LLEVA 13 AÑOS**

Un fallo del 2006 -actualmente en apelación- revocó la adjudicación de tres subastas por servicios de seguridad 12 años después de otorgadas. La AAA y dos empresas privadas se exponen a tener que desembolsar hasta $35 millones en daños.

basta en 1994.

La subasta se convocó en noviembre de 1993 y fueron seleccionadas Saint James y Camiones Blindados.

Sin embargo, se establece que las empresas incumplieron con la fianza, por lo que debieron ser descalificadas.

En la sentencia se establece un patrón que apunta a que Saint James y Camiones Blindados conspiraron con la AAA para ocultar información y alterar montos de licitación para que fueran favorecidas, dejando fuera a Scotland Guard, que según la sentencia, fue la empresa con las cotizaciones más bajas. El pleito se ha extendido por 13 años y 11 recursos de apelación, con la participación de varios bufetes de

abogados en representación de la AAA y el gasto de miles de dólares en honorarios de abogados para el propietario de Scotland Guard, Héctor Morales.



MALDONADO

La empresa del demandante no presta servicios actualmente, aunque tampoco se ha declarado en quiebra, manifestó Medina.

Los otros tres abogados de la compañía son Frank Torres Viada, Gaspar Martínez y David Noriega.

Entre las irregularidades figuran: comunicación para enmendar los términos de licitación entre Camiones Blin-

dados y Esteban Cátala, al día de hoy jefe de la División de Seguridad Interna de la AAA y presidente del comité evaluador de la subasta; la alteración de las partidas por pago de horas de guardias para "cuadrar" las fianzas y la violación del Reglamento de Subastas de la propia AAA y los pliegos de licitación.

En el caso de la empresa Saint James, aunque la AAA reconoció que no cumplió con la fianza, optó por contratarle en mercado abierto, lo que constituyó una ilegalidad.

Ortiz subrayó que Cátala testificó que era "posible" que Luis Maldonado Trinidad, propietario de Saint James y ex superintendente de la Policía, se haya comunicado con él para sugerirle que se cancelara la subasta que se le había adjudicado y que su compañía fuera contratada en mercado abierto.

Así las cosas, la AAA pagó por los servicios rendidos por Saint James en ocasiones hasta el triple de lo que había establecido la empresa en sus licitaciones de subasta.

**ORDEN DE LA SENTENCIA**

En la sentencia se establece que el 6 de abril de 1994, la Junta de Subastas rindió un informe a Colón señalando que las dos empresas que impugnaban las subastas tenían razón al señalar que Saint James no había cumplido con la fianza. Al también señalar que la cotización para una de las regiones otorgadas a Camiones Blindados era muy alta, la Junta recomendó la cancelación de los contratos y la celebración de una nueva subasta.

Esto no fue notificado a Scotland Guard ni al juez Ángel González Román, que luego de fallar a favor de las empresas demandantes, anuló su propio fallo y declaró viciada la subasta.



**STATEHOOD A POTEMKIN VILLAGE**

Carlos Sumpter    to:                                                    03/28/2019 08:39 PM

From:     Carlos Sumpter

To:

Hon. Ricardo Rosello

Mr. Governor,

In politics a Potemkin village is any construction literal or figurative built solely to deceive others into thinking that a situation is better than what it is -

Giving false hope to real statehood  believers, only proves to me, that the length of our recovery process is longer than your political carreer Sir -

Back in September of 2017 a few days before hurricane María I flew into DCA and visited Puerto Rico's Residents Comissioner Office with the following sugestion, create a decolonization plan for Puerto Rico and bring it to the table -

If statehood is really desired, asking for a seat at the table, might be possible -

Sir your plan has to be compatible with the actual administration's agenda -

President Trump changed the Republican party by adding to its foundation a larger and diverse base of Americans -

Your depopulation process will benefit Trump in 2020 -

This administration will keep you on a short leash, through federal funding -

Slow enough to delay any real opportunity for a statehood endeavor -

If we want to be a state, we will have to act in compliance with American politics not boricua -

I believe you chose the loosing side -

The upcomming DOJ Clinton Foundation investigation will prove me right -

To achieve a vibrant economy under a financial servitude from those too big to fail, you need the President on ypur side -

True statehood leaders will have to come to DC and act on FOX news so POTUS could pay atention -

Talking on fake news will paralyze your cause for the next 6 years -

You will have to speak in plain American english, in order to understand the levels of audience and adapt your message to a simple public who dont care and convince the american taxpayer to pay more taxes - When taxpayers already absorbed the losess of our AAA ponzi scheme bonds causing many of them to loose their pensions and life savings.

A new state with a billionaire debt load, a huricane devastation reconstruction expense, under an executive newly appointed  PROMESA board and supervised by those billionaires enjoying the benefits of Act 20 islandwide -

They have much to say -

As we have no credibility with the Trump administration due to decades of federal funds mishandling -

Why would President Trump support statehood for Puerto Rico ?

Sir this bill is just a Pomtekin Village -

Respectfully,

Carlos Sumpter



**JUSTICIA PARA PUERTO RICO**

chevresdiazadalberto    to: swaindprcorresp                    04/23/2019 12:58 PM

From:  ██████████████████████████████

To:    swaindprcorresp@nysd.uscourts.gov

Mi nombre es Adalberto Chevres y soy pensionado. Le pido que como un acto de justicia al pueblo de Puerto Rico no le permita a la Junta de Control Fiscal radicar causa de acción contra terceros mediante acción sellada. NOSOTROS TENEMOS DERECHO A SABER QUIEN NOS DEFRAUDÓ...

Sent from my T-Mobile 4G LTE Device



**Peticion sobre Junta de Control Fiscal**
Americo Millet   to: swaindprcorresp                    04/23/2019 01:07 PM

From:

To:       swaindprcorresp@nysd.uscourts.gov

Honorable Jueza Taylor Swain,

Saludos. Le escribe el Prof. Américo Millet Ramos. Llevo 21 años trabajando para el
Departamento de Educacion de Puerto Rico. Al igual que yo, todos mis compañeros de trabajo y
colegas del magisterio estamos sumamente preocupados por la falta de informacion sobre las
causas de la inmensa deuda publica que amenaza nuestras pensiones de retiro.

Por tal motivo, respetuosamente le solicito que no le permita a la Junta de Control Fiscal radicar
causas de accion contra terceros mediante mocion sellada.

Gracias Anticipadas,

Prof. Americo Millet Ramos



**JCF**
Angel Domenech   to: swaindprcorresp          04/23/2019 02:44 PM

From:   ████████████████████████████

To:     swaindprcorresp@nysd.uscourts.gov

Judge Swain,

I'm Angel Domenech,

Do not allow the "Junta de Control Fiscal" file the cause of action against
third parties through sealed motion. I left the islands for job and I have the
opportunity to go back but for bad decisions in the administration, (the
government in this case) is hard for me and my family return, PLEASE help our
families and island.

Thanks
God bless you and bless America

Soy Angel Domenech,

No permitas a la Junta de Control Fiscal radicar la causa de acción contra
terceros mediante moción sellada. Salí de la isla por trabajo y he tenido
oportunidades para regresar pero por la mala administración (en este caso el
gobierno) is fuerte para mi y mi familia regresar, POR FAVOR ayuda a nuestras
familias e isla.

Gracias
Dios la Bendiga y Bendiga America


Sent from my iPhone



**petición**
Damyr López    to: swaindprcorresp                              04/23/2019 01:35 PM

From:    ████████████████████████████████
To:      swaindprcorresp@nysd.uscourts.gov

```
Honorable jueza Swain:
Mi nombre es Damyr I. López, residente de San Juan, Puerto Rico. Por este
medio deseo pedirle que no le permita a la Junta de Control Fiscal radicar las
causas de acción contra terceros mediante moción sellada. Es nuestro derecho
conocer quienes son los responsables de la emisión de la deuda ilegal de
Puerto Rico.
Respetuosamente

Sent from my iPhone
```



**Audit the Puerto Rico Debt**
David Calderon   to: swainDPRCorresp                        04/23/2019 06:11 AM

From:    ████████████████████████

To:      swainDPRCorresp@nysd.uscourts.gov

Honorable Judge,
Blessings and Salutations,

My Voice is one in the wind but is the Cry of All the People of Puerto Rico.
Please audit the debt.  Puerto Rico needs to know why We are where We are.
I am 52 years old, had a great job but with new labor laws signed by the
current government, (after my position was closed within the company), I have
to work 2 jobs with no benefits, there is no future because all laws benefit
the Companies and not the People.  At least if You Honorable One order a debt
audit, We will be at peace by knowing Who stole all that money because not a
cent of it went or was given to Us the People of Puerto Rico.  Why must We pay
for something that We did not see or had in Our pockets.

Honorable Madam do what is correct, uphold the Law, that is why You are there
because You believe in the Law and in what is wright.  Don't hesitate, We are
suffering, our pockets are suffering, My Mom is 76 years old and now with no
future but what I can give Her.  She worked but never completed the points
needed to be given Social Security Benefits, thus I am her benefit.

Please Help Us....

Blessings

David Calderon

Sent from my iPhone



**Jueza Swain ¡por favor!**
Edna Rivera   to: swaindprcorresp@nysd.uscourts.gov                04/23/2019 02:10 PM

From:   ███████████████████████

To:     "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Mi nombre es Edna Ivette Rivera Escobar
Soy comerciante, nacida y residente en Puerto Rico.

Jueza Swain: Le solicito por este medio que NO permita que la junta de control
fiscal en Puerto Rico radique las causas de acción contra terceros selladas.

Puerto Rico tiene el derecho a saber quienes son los responsables que crearon
deuda ilegítima  que nos ha llevado a la miseria.



**Junta de Spervision Fiscal de Puerto Rico**

Enrique Ramos Santiago    to:  swainDPRcorresp@nysd.uscourts
.gov                                         04/23/2019 01:17 PM

From:    ███████████████████████████

To:      "swainDPRcorresp@nysd.uscourts.gov" <swainDPRcorresp@nysd.uscourts.gov>

Honorable Juez,
Mi nombre es Enrique Ramos, empleado asalariado de PR, por favor no permita que la Junta
entregue la Moción Sellada de los causantes del endeudamiento ilegal de Puerto Rico.
Gracias,
Enrique Ramos

Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone



**Acción contra terceros Junta de Control Fiscal . PR**

Jose A. Fraticelli   to: Swaindprcorresp                              04/23/2019 10:01 PM

From:

To:          Swaindprcorresp@nysd.uscourts.gov

Honorable Jueza Swain

Con su permiso, yo, José  A. Fraticell ciudadano residente en Juana Díaz,
Puerto Rico,
Estoy solicitando que NO le permita a la Junta de Supervisión Fiscal (PROMESA)
radical la accion contra tercero mediante moción sellada.
El pueblo de Puerto Rico se merece por dignidad el saber quiénes llevaron a la
quiebra económica.
La deuda deber ser auditada y que los culpables paguen.
La situación a la cual la Junta ha llevado a la Universidad de Puerto Rico,
una situación pecraria, más a un atentar contra el retiro de nuestros
pensionados del servicio público debe ser atendido con prontitud.

Muchas gracias por su atención,

José A. Fraticelli

Sent from my iPhone



**Jose Costa**
Jose Costa    to: swaindprcorresp                          04/23/2019 02:19 PM

From:    ███████████████████

To:      swaindprcorresp@nysd.uscourts.gov

Judge Swain:
Please do not allow the sealed envelope with names of those that brought
Puerto Rico to this debacle. We need to know all those names and entities that
stole and continue to steal our country.
Thanks in advance,
Jose L. Costa


Sent from my iPhone



**Control Fiscal of PR**
Maria Melendez   to: swaindprcorresp                    04/23/2019 02:25 PM

From:  ██████████████████████████

To:    swaindprcorresp@nysd.uscourts.gov

Hello I am María Melendez
The following statement is made since it is the judge who is in charge and fiscal control of
Puerto Rico, as notification that we are not in agreement with the process being behind closed
doors. The fiscal control board hurt me because of the following:
  - Loss of acquired rights
- Lost of Acquired benefits (regular licenses, sick leave, funeral license)
- Employer contribution of medical plan
- Christmas bonuses, summer bonus, productivity bonus, dress bonus and old-fashioned voucher
- Salary increases for 14 years
- Layoffs and reduction of personnel
-uniform
- Economic renumbering by academic preparation
- We lost the bonuses for pre-school day care centers
- Bonus for summer camp
- Recognition for years of services
- Differential due to labor risk conditions
Enter many others so we want you to evaluate how all the processes are carried out.
Thank you

Enviado desde mi iPhone



**Motion against third party**
Miguel Corchado    to: swaindprcorresp@nysd.uscourts.gov                04/23/2019 03:51 PM

From:    ███████████████

To:      "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

>
> My name is Miguel Corhado and I am a proud Puerto rican. Please don't allow
the PR Oversight Board to file a seal motion against third party to hide from
the people of Puerto Rico the names of who brought Puerto Rico to file for
Bankruptcy. The people of Puerto Rico have the right to know who brought them
to the situation we are now.
>
> Sincerely,
>
> Miguel Corchado
>
> Sent from my iPhone



**Puerto Rico**
Nidia Miranda    to: swaindprcorresp                                    04/23/2019 01:06 PM

From:   ███████████████████████

To:      swaindprcorresp@nysd.uscourts.gov

Honorable jueza Swain:

Con mucho respeto le solicito que NO declare con lugar la solicitud de la Junta de
Control Fiscal para informarle las causas de acción contra tercero en moción
sellada.  Los puertorriqueños tenemos derecho a conocer quienes nos llevaron a
esta desesperante situación económica.  De igual forma, esperamos que esos
individuos que se enriquecieron a costa del sufrimiento de las personas más
desventajadas de este país, respondan por sus acciones.

Reciba mis deseos de bienestar y paz,

Nidia Miranda



**Acción contra terceros**
Rafaela Gutierrez   to: swaindprcorresp                    04/23/2019 03:56 PM

From: ████████████████████████████

To: swaindprcorresp@nysd.uscourts.gov

```
No permita a la JCF radicar las causas de acción contra terceros en moción
sellada.  Le agradeceremos profundamente el interés que demuestre en la
evaluación de este asunto.

Sent from my iPhone
```

**PUERTO RICO DEBT**
Xiomara   to: Swaindprcorresp                                    04/23/2019 01:04 PM

From:   ████████████████
To:     Swaindprcorresp@nysd.uscourts.gov

Judge Swain,

No le permita a la junta control fiscal radicar causas de acción contra terceros mediante moción cellada. Nosotros tenemos el derecho a saber!!

We, the people of Puerto Rico have the right to know who and how the debt was issued.

Thank you for your time,

Xiomara Seda-Vargas

**Sent from my iPhone**



**Yarina E. Cruz**   to: swaindprcorresp@nysd.uscourts.gov                    04/23/2019 01:07 PM

From: ██████████████████

To:     "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Mi nombre es Yarina E. Cruz. Vivo en Toa baja. Me gustaría por este medio que rechace que la
Junta de control fiscal someta información en forma sellada. Nos merecemos saber quienes son
las instituciones que nos llevaron a la debacle financiera actual y que podamos demandarlos para
pagar esa deuda.  Dios la llene de sabiduría para tomar la decisión correcta.



**Request to maintain transparency @ investigation Puerto Rico's Debt . Do not approve the privacy motion by the Junta !**

Cynthia    to: swaindprcorresp@nysd.uscourts.gov                    04/24/2019 01:25 PM

From:       ████████████████████

To:         "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

To: The Honorable Judge Laura Taylor Swain
From: Concerned Citizen of the U.S.

We have been disempowered in so many ways, that the lack of transparency from our government and from the Control Fiscal Board has become especially crucial to our survival as citizens. It is imperative that we know how we have been governed;  who is behind the measures leading to our non payable debt, how and by whom  we have been wronged. Only by  accessing to knowledge can we begin to think of building saner governance.

I respectfully request that you reject the plea by the Junta de Control Fiscal to keep the results of the investigation secret. I request you may uphold our moral right to know.

   Cynthia Manfred Fernandez
   ████████████████████████████████████

Sent from Mail for Windows 10



**Ely Cruz**   to: swainDPRcorresp@nysd.uscourts.gov                04/25/2019 06:40 PM

From:   ████████████████████████

To:     "swainDPRcorresp@nysd.uscourts.gov" <swainDPRcorresp@nysd.uscourts.gov>
        ████████████████████████████████████████

Por favor no le de ese privilegios a esos corruptos que salgan a la luz pública esos nombres. El
pueblo debe saberlo.

Enviado desde Yahoo Mail para Android



**Request to mantain transparency  @ investigation Puerto Rico's Debt.**

elyvallellanes    to: swaindprcorresp                              04/25/2019 12:21 PM

From: ███████████████████████

To:    swaindprcorresp@nysd.uscourts.gov

Do Not Approve
the privacy motion
by the Junta.
Thank you.

Sent on my Boost Mobile Phone.