UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

<u>ORDER DENYING MOTION OF DANIEL ALMEIDA MEDINA WITHOUT PREJUDICE</u>

On April 29, 2019, Daniel Almeida Medina (the "Movant") filed a motion (Docket Entry No. 6545 in Case No. 17-3283, the "Motion"), which the Court will construe as a motion seeking relief from the automatic stay imposed by these Title III proceedings. The Motion is written in the Spanish language, and no English language translation was provided. Rule 5(g) of the Local Rules for the United States District Court for the District of Puerto Rico provides that "[a]ll documents not in the English language which are presented as filed . . . must be accompanied by a certified translation into English" prepared by a qualified interpreter or

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

translator, unless a certified translation is waived "by stipulation of the parties." The United States Code similarly provides that all pleadings and proceedings in the United States District Court for the District of Puerto Rico shall be conducted in the English language. See 48 U.S.C. § 864.

Because Movant failed to submit the Motion in English or to provide a certified English translation of the Spanish version of the Motion, the Motion is terminated without prejudice to renewal in compliance with Rule 5(g) and all other applicable statutes, procedural rules, and orders of the Court. This Order resolves Docket Entry No. 6545 in Case No. 17-3283.

SO ORDERED.

Dated: April 30, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge