# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO BRISTOL-MYERS SQUIBB PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 5/3/2013 | $6,867.00 |
| 5/6/2013 | $1,629,067.00 |
| 5/7/2013 | $260,930.00 |
| 6/5/2013 | $484.00 |
| 6/10/2013 | $66,724.00 |
| 7/19/2013 | $988,093.00 |
| 8/6/2013 | $19,072.00 |
| 9/10/2013 | $2,119.00 |
| 9/20/2013 | $85,310.00 |
| 10/8/2013 | $6,730.00 |
| 10/8/2013 | $6,730.00 |
| 10/15/2013 | $78.00 |
| 11/7/2013 | $113,924.00 |
| 11/7/2013 | $795,314.00 |
| 12/26/2013 | $113,924.00 |
| 12/26/2013 | $795,314.00 |
| 12/30/2013 | $8,476.00 |
| 12/30/2013 | $14,410.00 |
| 2/14/2014 | $13,179.00 |
| 2/20/2014 | $5,086.00 |
| 2/21/2014 | $13,734.00 |
| 3/12/2014 | $448,799.00 |
| 3/12/2014 | $553,171.00 |
| 3/28/2014 | $33,905.00 |
| 4/14/2014 | $137.00 |
| 5/2/2014 | $886,523.00 |
| 6/26/2014 | $26,234.00 |
| 7/22/2014 | $34,060.00 |
| 8/4/2014 | $15,664.00 |
| 8/18/2014 | $5,303.00 |
| 8/20/2014 | $62,655.00 |
| 8/20/2014 | $1,573,881.00 |
| 9/18/2014 | $4,916.00 |
| 9/23/2014 | $74,050.00 |
| 9/26/2014 | $878.00 |
| 10/3/2014 | $12,199.00 |
| 10/3/2014 | $14,257.00 |
| 11/10/2014 | $10,095.00 |
| 11/10/2014 | $1,384,748.00 |
| 1/16/2015 | $59,100.00 |
| 1/29/2015 | $12,045.00 |
| 1/29/2015 | $538,559.00 |
| 3/11/2015 | $6,730.00 |
| 3/13/2015 | $61,453.00 |
| 3/16/2015 | $529.00 |
| 4/14/2015 | $9,833.00 |

EXHIBIT A

TRANSFERS TO BRISTOL-MYERS SQUIBB PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 4/23/2015 | $284,810.00 |
| 4/23/2015 | $1,165,726.00 |
| 4/28/2015 | $13,830.00 |
| 5/27/2015 | $145,311.00 |
| 6/26/2015 | $26,640.00 |
| 7/9/2015 | $26,640.00 |
| 7/13/2015 | $13,320.00 |
| 7/24/2015 | $275,763.00 |
| 7/24/2015 | $638,756.00 |
| 8/3/2015 | $343.00 |
| 9/17/2015 | $70,707.00 |
| 9/22/2015 | $14,088.00 |
| 10/9/2015 | $1,043,450.00 |
| 10/19/2015 | $76,146.00 |
| 11/25/2015 | $27,195.00 |
| 12/23/2015 | $92,463.00 |
| 2/23/2016 | $97,902.00 |
| 2/23/2016 | $10,301.00 |
| 2/23/2016 | $1,526,433.00 |
| 2/26/2016 | $111,000.00 |
| 5/4/2016 | $781,161.00 |
| 5/4/2016 | $80,100.00 |
| 5/19/2016 | $35,185.00 |
| 5/20/2016 | $10,095.00 |
| 6/9/2016 | $111,000.00 |
| 6/9/2016 | $21,295.00 |
| 6/24/2016 | $2,442.00 |
| 7/25/2016 | $48,326.00 |
| 7/29/2016 | $96,651.00 |
| 9/1/2016 | $1,397,871.00 |
| 9/1/2016 | $96,739.00 |
| 9/29/2016 | $1,998.00 |
| 9/29/2016 | $206.00 |
| 10/3/2016 | $31,152.00 |
| 11/3/2016 | $133,200.00 |
| 11/3/2016 | $1,043,249.00 |
| 11/3/2016 | $133,200.00 |
| 12/12/2016 | $1,758.00 |
| 12/22/2016 | $9,057.00 |
| 12/22/2016 | $17,896.00 |
| 2/2/2017 | $84,366.00 |
| 2/7/2017 | $113,220.00 |
| 2/7/2017 | $84,366.00 |
| 2/7/2017 | $536,770.00 |
| 2/7/2017 | $232,498.00 |
| 2/7/2017 | $6,867.00 |

# EXHIBIT A

## TRANSFERS TO BRISTOL-MYERS SQUIBB PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 2/7/2017 | $392,940.00 |
| 2/9/2017 | $42,183.00 |
| 3/31/2017 | $42,183.00 |
| 4/12/2017 | $42,183.00 |
| 4/12/2017 | $2,983.00 |
| 4/18/2017 | $42,183.00 |
| 4/18/2017 | $504,819.00 |