# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO COMMUNITY CORNERSTONES, INC.

| Date | Payment Amount |
|---|---|
| 2/4/2014 | $403,900.00 |
| 2/4/2014 | $416,500.00 |
| 2/21/2014 | $394,975.00 |
| 3/11/2014 | $412,125.00 |
| 7/24/2014 | $400,925.00 |
| 7/24/2014 | $413,525.00 |
| 7/30/2014 | $370,300.00 |
| 7/31/2014 | $388,675.00 |
| 8/1/2014 | $377,650.00 |
| 11/28/2014 | $223,300.00 |
| 12/31/2014 | $376,250.00 |
| 1/30/2015 | $376,250.00 |
| 3/5/2015 | $398,825.00 |
| 4/10/2015 | $395,500.00 |
| 4/28/2015 | $367,675.00 |
| 6/29/2015 | $386,225.00 |
| 7/27/2015 | $405,825.00 |
| 8/10/2015 | $403,025.00 |
| 10/16/2015 | $379,575.00 |
| 11/12/2015 | $379,925.00 |
| 11/25/2015 | $379,925.00 |
| 12/18/2015 | $367,500.00 |
| 1/25/2016 | $379,750.00 |
| 3/18/2016 | $380,800.00 |
| 4/28/2016 | $367,500.00 |
| 5/13/2016 | $332,428.00 |
| 6/15/2016 | $355,388.00 |
| 7/5/2016 | $157,563.00 |
| 7/13/2016 | $344,400.00 |
| 8/24/2016 | $382,550.00 |
| 8/24/2016 | $356,044.00 |
| 9/1/2016 | $344,728.00 |
| 11/7/2016 | $356,044.00 |
| 12/9/2016 | $355,388.00 |
| 12/19/2016 | $344,072.00 |
| 2/13/2017 | $344,400.00 |
| 3/1/2017 | $355,224.00 |
| 4/20/2017 | $355,880.00 |
| 5/1/2017 | $355,388.00 |
| 5/1/2017 | $355,388.00 |