# EXHIBIT A

EXHIBIT A

TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 5/11/2013 | $2,069,266.00 |
| 5/11/2013 | $4,138,533.00 |
| 5/30/2013 | $43,074.00 |
| 6/1/2013 | $93,149.00 |
| 6/1/2013 | $93,149.00 |
| 6/2/2013 | $135,245.00 |
| 6/13/2013 | $487,351.00 |
| 7/13/2013 | $472,829.00 |
| 7/17/2013 | $39,000.00 |
| 8/2/2013 | $713,503.00 |
| 8/2/2013 | $713,503.00 |
| 8/2/2013 | $713,503.00 |
| 8/16/2013 | $475,219.00 |
| 8/18/2013 | $129,096.00 |
| 8/24/2013 | $44,237.00 |
| 9/19/2013 | $116,112.00 |
| 9/20/2013 | $18,819.00 |
| 9/20/2013 | $31,848.00 |
| 9/20/2013 | $42,085.00 |
| 10/10/2013 | $1,087,085.00 |
| 10/26/2013 | $50,075.00 |
| 10/31/2013 | $9,444.00 |
| 10/31/2013 | $181,600.00 |
| 10/31/2013 | $181,600.00 |
| 12/8/2013 | $170,136.00 |
| 12/29/2013 | $7,686.00 |
| 1/2/2014 | $26,000.00 |
| 1/2/2014 | $26,701.00 |
| 1/2/2014 | $483,637.00 |
| 1/17/2014 | $3,413.00 |
| 1/17/2014 | $42,534.00 |
| 1/29/2014 | $945,216.00 |
| 1/30/2014 | $1,367,404.00 |
| 1/31/2014 | $162,288.00 |
| 2/6/2014 | $2,360.00 |
| 2/12/2014 | $148,598.00 |
| 2/13/2014 | $115,182.00 |
| 2/14/2014 | $45,500.00 |
| 2/15/2014 | $42,534.00 |
| 2/23/2014 | $139,413.00 |
| 2/24/2014 | $1,420.00 |
| 3/4/2014 | $21,775.00 |
| 3/4/2014 | $320,237.00 |
| 3/4/2014 | $749,352.00 |
| 3/6/2014 | $6,303.00 |
| 3/10/2014 | $6,303.00 |

EXHIBIT A

TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 3/11/2014 | $21,448.00 |
| 3/11/2014 | $346,051.00 |
| 3/13/2014 | $169,211.00 |
| 3/14/2014 | $3,864.00 |
| 3/15/2014 | $914,771.00 |
| 3/20/2014 | $85,068.00 |
| 3/27/2014 | $5,259.00 |
| 3/27/2014 | $137,326.00 |
| 3/28/2014 | $129,215.00 |
| 3/31/2014 | $148,963.00 |
| 4/1/2014 | $30,299.00 |
| 4/1/2014 | $35,000.00 |
| 4/3/2014 | $6,303.00 |
| 4/4/2014 | $19,656.00 |
| 4/4/2014 | $149,141.00 |
| 4/7/2014 | $1,289.00 |
| 4/8/2014 | $16,563.00 |
| 4/8/2014 | $24,339.00 |
| 4/8/2014 | $64,847.00 |
| 4/10/2014 | $4,589.00 |
| 4/13/2014 | $42,534.00 |
| 4/14/2014 | $26,600.00 |
| 4/15/2014 | $5,010.00 |
| 4/15/2014 | $297,027.00 |
| 4/16/2014 | $200,300.00 |
| 4/23/2014 | $4,060.00 |
| 4/23/2014 | $23,658.00 |
| 4/25/2014 | $6,303.00 |
| 4/28/2014 | $20,488.00 |
| 4/28/2014 | $24,830.00 |
| 4/28/2014 | $26,065.00 |
| 4/28/2014 | $146,728.00 |
| 5/7/2014 | $11,152.00 |
| 5/7/2014 | $1,261,092.00 |
| 5/8/2014 | $300,450.00 |
| 5/12/2014 | $148,963.00 |
| 5/12/2014 | $1,289.00 |
| 5/14/2014 | $2,350.00 |
| 5/14/2014 | $32,720.00 |
| 5/15/2014 | $100,150.00 |
| 5/19/2014 | $6,303.00 |
| 5/21/2014 | $139,582.00 |
| 5/25/2014 | $145,731.00 |
| 5/28/2014 | $3,794.00 |
| 6/1/2014 | $92,609.00 |
| 6/1/2014 | $92,609.00 |

EXHIBIT A

TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 6/2/2014 | $360,320.00 |
| 6/4/2014 | $57,350.00 |
| 6/6/2014 | $691,138.00 |
| 6/10/2014 | $23,588.00 |
| 6/10/2014 | $37,305.00 |
| 6/12/2014 | $546.00 |
| 6/14/2014 | $1,869,556.00 |
| 6/16/2014 | $356,680.00 |
| 6/23/2014 | $6,303.00 |
| 6/26/2014 | $455,126.00 |
| 6/27/2014 | $2,316.00 |
| 6/27/2014 | $2,505.00 |
| 6/27/2014 | $4,575.00 |
| 6/27/2014 | $316,251.00 |
| 6/30/2014 | $301,778.00 |
| 7/1/2014 | $310,353.00 |
| 7/2/2014 | $20,040.00 |
| 7/2/2014 | $20,488.00 |
| 7/9/2014 | $17,220.00 |
| 7/9/2014 | $18,294.00 |
| 7/9/2014 | $27,394.00 |
| 7/9/2014 | $310,132.00 |
| 7/9/2014 | $312,459.00 |
| 7/13/2014 | $454,575.00 |
| 7/15/2014 | $26,616.00 |
| 7/15/2014 | $28,061.00 |
| 7/19/2014 | $473,997.00 |
| 7/20/2014 | $42,534.00 |
| 7/21/2014 | $19,208.00 |
| 7/21/2014 | $19,672.00 |
| 7/21/2014 | $20,488.00 |
| 7/21/2014 | $20,488.00 |
| 7/21/2014 | $148,963.00 |
| 7/21/2014 | $1,289.00 |
| 7/23/2014 | $3,794.00 |
| 7/24/2014 | $72,043.00 |
| 7/24/2014 | $72,043.00 |
| 7/25/2014 | $471,058.00 |
| 7/25/2014 | $1,068,625.00 |
| 7/31/2014 | $143,219.00 |
| 8/1/2014 | $6,303.00 |
| 8/7/2014 | $28,289.00 |
| 8/10/2014 | $5,775.00 |
| 8/12/2014 | $3,794.00 |
| 8/14/2014 | $6,363.00 |
| 8/19/2014 | $1,123.00 |

EXHIBIT A

TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 8/22/2014 | $2,099.00 |
| 8/27/2014 | $6,303.00 |
| 9/8/2014 | $20,488.00 |
| 9/9/2014 | $7,369.00 |
| 9/11/2014 | $2,177.00 |
| 9/16/2014 | $20,488.00 |
| 9/16/2014 | $1,289.00 |
| 9/22/2014 | $19,976.00 |
| 9/26/2014 | $6,303.00 |
| 9/27/2014 | $122,635.00 |
| 10/6/2014 | $4,421.00 |
| 10/6/2014 | $955.00 |
| 10/7/2014 | $2,579.00 |
| 10/9/2014 | $71,053.00 |
| 10/9/2014 | $148,963.00 |
| 10/17/2014 | $11,229.00 |
| 10/17/2014 | $303,871.00 |
| 10/21/2014 | $734,850.00 |
| 10/24/2014 | $33,094.00 |
| 10/30/2014 | $2,439.00 |
| 10/30/2014 | $130.00 |
| 10/31/2014 | $130,041.00 |
| 11/4/2014 | $28,737.00 |
| 11/4/2014 | $148,963.00 |
| 11/4/2014 | $270,587.00 |
| 11/4/2014 | $1,835.00 |
| 11/6/2014 | $26,170.00 |
| 11/6/2014 | $27,313.00 |
| 11/8/2014 | $35,598.00 |
| 11/12/2014 | $2,620.00 |
| 11/12/2014 | $25,536.00 |
| 11/12/2014 | $1,289.00 |
| 11/13/2014 | $13,340.00 |
| 11/14/2014 | $50,075.00 |
| 11/16/2014 | $78,589.00 |
| 11/17/2014 | $6,303.00 |
| 11/17/2014 | $83,612.00 |
| 11/21/2014 | $35,000.00 |
| 11/23/2014 | $12,000.00 |
| 11/28/2014 | $455,872.00 |
| 12/3/2014 | $6,303.00 |
| 12/12/2014 | $17,927.00 |
| 12/12/2014 | $30,590.00 |
| 12/15/2014 | $87.00 |
| 12/16/2014 | $286,863.00 |
| 12/18/2014 | $1,289.00 |

EXHIBIT A
TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 12/19/2014 | $616,130.00 |
| 12/20/2014 | $135,481.00 |
| 12/30/2014 | $21,614.00 |
| 12/31/2014 | $132,020.00 |
| 12/31/2014 | $266,959.00 |
| 12/31/2014 | $279,222.00 |
| 12/31/2014 | $283,244.00 |
| 1/5/2015 | $15,075.00 |
| 1/5/2015 | $18,605.00 |
| 1/6/2015 | $2,144.00 |
| 1/6/2015 | $2,228.00 |
| 1/6/2015 | $13,124.00 |
| 1/6/2015 | $23,108.00 |
| 1/6/2015 | $1,555.00 |
| 1/9/2015 | $267,732.00 |
| 1/13/2015 | $486,166.00 |
| 1/15/2015 | $6,303.00 |
| 1/16/2015 | $148,963.00 |
| 1/16/2015 | $522,900.00 |
| 1/21/2015 | $158,695.00 |
| 1/21/2015 | $367,281.00 |
| 1/21/2015 | $386,638.00 |
| 1/30/2015 | $43,074.00 |
| 1/31/2015 | $43,074.00 |
| 2/4/2015 | $43,074.00 |
| 2/4/2015 | $43,074.00 |
| 2/10/2015 | $6,644.00 |
| 2/17/2015 | $6,835.00 |
| 2/17/2015 | $12,821.00 |
| 2/18/2015 | $16,951.00 |
| 2/19/2015 | $296,345.00 |
| 2/23/2015 | $2,313.00 |
| 2/25/2015 | $6,363.00 |
| 2/28/2015 | $130,313.00 |
| 3/10/2015 | $3,868.00 |
| 3/12/2015 | $12,606.00 |
| 3/20/2015 | $140,806.00 |
| 3/20/2015 | $541,541.00 |
| 3/21/2015 | $462,254.00 |
| 3/23/2015 | $17,927.00 |
| 3/23/2015 | $169,250.00 |
| 3/29/2015 | $493,071.00 |
| 3/29/2015 | $493,071.00 |
| 3/30/2015 | $11,521.00 |
| 3/30/2015 | $1,289.00 |
| 3/31/2015 | $363,635.00 |

EXHIBIT A

TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 4/2/2015 | $6,303.00 |
| 4/2/2015 | $604.00 |
| 4/7/2015 | $2,000.00 |
| 4/7/2015 | $2,000.00 |
| 4/7/2015 | $14,314.00 |
| 4/10/2015 | $2,000.00 |
| 4/10/2015 | $278,454.00 |
| 4/10/2015 | $299,126.00 |
| 4/10/2015 | $455,996.00 |
| 4/10/2015 | $548,760.00 |
| 4/14/2015 | $15,030.00 |
| 4/16/2015 | $103,260.00 |
| 4/17/2015 | $457,944.00 |
| 4/19/2015 | $111,026.00 |
| 4/20/2015 | $5,287.00 |
| 4/20/2015 | $394,254.00 |
| 4/22/2015 | $33,094.00 |
| 4/24/2015 | $2,000.00 |
| 4/24/2015 | $17,927.00 |
| 4/26/2015 | $33,094.00 |
| 4/28/2015 | $4,632.00 |
| 4/28/2015 | $699,701.00 |
| 5/1/2015 | $449,423.00 |
| 5/4/2015 | $2,051.00 |
| 5/4/2015 | $1,627.00 |
| 5/8/2015 | $6,303.00 |
| 5/8/2015 | $42,428.00 |
| 5/10/2015 | $42,428.00 |
| 5/10/2015 | $127,493.00 |
| 5/20/2015 | $106,648.00 |
| 5/22/2015 | $2,000.00 |
| 5/22/2015 | $33,094.00 |
| 5/24/2015 | $42,428.00 |
| 6/2/2015 | $300,681.00 |
| 6/2/2015 | $290,883.00 |
| 6/2/2015 | $306,300.00 |
| 6/3/2015 | $42,428.00 |
| 6/5/2015 | $67,684.00 |
| 6/7/2015 | $33,598.00 |
| 6/9/2015 | $4,398.00 |
| 6/19/2015 | $142,500.00 |
| 6/22/2015 | $3,794.00 |
| 6/24/2015 | $6,303.00 |
| 6/24/2015 | $6,303.00 |
| 6/26/2015 | $2,000.00 |
| 6/30/2015 | $529,232.00 |

EXHIBIT A

TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 6/30/2015 | $295,987.00 |
| 7/5/2015 | $440,318.00 |
| 7/6/2015 | $5,310.00 |
| 7/7/2015 | $170,305.00 |
| 7/7/2015 | $17,927.00 |
| 7/8/2015 | $17,799.00 |
| 7/10/2015 | $441,850.00 |
| 7/13/2015 | $1,888.00 |
| 7/14/2015 | $283.00 |
| 7/16/2015 | $133,493.00 |
| 7/17/2015 | $378,116.00 |
| 7/20/2015 | $11,309.00 |
| 7/21/2015 | $2,000.00 |
| 7/23/2015 | $42,428.00 |
| 7/24/2015 | $7,790.00 |
| 7/28/2015 | $170,227.00 |
| 7/29/2015 | $32,590.00 |
| 8/3/2015 | $17,927.00 |
| 8/3/2015 | $2,505.00 |
| 8/3/2015 | $671.00 |
| 8/4/2015 | $20,654.00 |
| 8/4/2015 | $658,000.00 |
| 8/9/2015 | $130,623.00 |
| 8/10/2015 | $17,927.00 |
| 8/18/2015 | $543,284.00 |
| 8/18/2015 | $4,538.00 |
| 8/18/2015 | $17,927.00 |
| 8/20/2015 | $17,927.00 |
| 8/20/2015 | $190,887.00 |
| 8/22/2015 | $118,825.00 |
| 8/28/2015 | $7,416.00 |
| 8/28/2015 | $1,289.00 |
| 8/28/2015 | $35,000.00 |
| 9/10/2015 | $6,303.00 |
| 9/11/2015 | $2,934.00 |
| 9/14/2015 | $1,523.00 |
| 9/14/2015 | $1,532.00 |
| 9/14/2015 | $1,825.00 |
| 9/14/2015 | $1,586.00 |
| 9/17/2015 | $1,996.00 |
| 9/22/2015 | $376,471.00 |
| 9/22/2015 | $674,022.00 |
| 9/27/2015 | $445,405.00 |
| 10/2/2015 | $42,610.00 |
| 10/6/2015 | $869,468.00 |
| 10/7/2015 | $42,610.00 |

TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 10/7/2015 | $42,610.00 |
| 10/8/2015 | $296,954.00 |
| 10/8/2015 | $290,293.00 |
| 10/8/2015 | $303,985.00 |
| 10/9/2015 | $42,610.00 |
| 10/16/2015 | $37,613.00 |
| 10/22/2015 | $128,965.00 |
| 10/27/2015 | $20,888.00 |
| 10/27/2015 | $2,439.00 |
| 10/28/2015 | $493.00 |
| 10/30/2015 | $23,033.00 |
| 10/31/2015 | $442,069.00 |
| 11/1/2015 | $123,904.00 |
| 11/2/2015 | $8,281.00 |
| 11/5/2015 | $9,928.00 |
| 11/7/2015 | $436,668.00 |
| 11/13/2015 | $2,478.00 |
| 11/13/2015 | $6,245.00 |
| 11/18/2015 | $92,609.00 |
| 11/18/2015 | $92,609.00 |
| 11/19/2015 | $15,440.25 |
| 11/19/2015 | $5,146.75 |
| 11/23/2015 | $380.00 |
| 11/27/2015 | $5,159.00 |
| 12/1/2015 | $2,259.00 |
| 12/1/2015 | $2,187.00 |
| 12/1/2015 | $2,192.00 |
| 12/11/2015 | $1,744.00 |
| 12/18/2015 | $12,486.00 |
| 12/18/2015 | $10,464.00 |
| 12/19/2015 | $193,165.00 |
| 12/19/2015 | $772,660.00 |
| 12/22/2015 | $14,673.00 |
| 12/22/2015 | $2,478.00 |
| 12/22/2015 | $1,290.00 |
| 12/29/2015 | $17,927.00 |
| 12/30/2015 | $433,706.00 |
| 12/30/2015 | $433,706.00 |
| 1/4/2016 | $15,333.00 |
| 1/4/2016 | $374,906.00 |
| 1/5/2016 | $374,932.00 |
| 1/5/2016 | $20,744.00 |
| 1/9/2016 | $1,124,331.00 |
| 1/14/2016 | $376,533.00 |
| 1/17/2016 | $437,131.00 |
| 2/6/2016 | $745,995.00 |

EXHIBIT A

TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 2/6/2016 | $372,998.00 |
| 2/8/2016 | $17,799.00 |
| 2/12/2016 | $2,171.00 |
| 2/16/2016 | $17,927.00 |
| 2/17/2016 | $2,478.00 |
| 2/17/2016 | $1,290.00 |
| 2/18/2016 | $741,951.00 |
| 2/22/2016 | $148,963.00 |
| 2/23/2016 | $6,246.00 |
| 3/1/2016 | $2,331.00 |
| 3/2/2016 | $148,963.00 |
| 3/3/2016 | $375,036.00 |
| 3/3/2016 | $2,630.00 |
| 3/3/2016 | $2,319.00 |
| 3/3/2016 | $76,465.00 |
| 3/10/2016 | $444,506.00 |
| 3/11/2016 | $3,041.00 |
| 3/11/2016 | $17,927.00 |
| 3/15/2016 | $17,927.00 |
| 3/17/2016 | $395,184.00 |
| 3/17/2016 | $2,224.00 |
| 3/17/2016 | $1,966.00 |
| 3/17/2016 | $2,165.00 |
| 3/24/2016 | $291,621.00 |
| 3/25/2016 | $3,132,547.00 |
| 3/25/2016 | $6,265,095.00 |
| 3/29/2016 | $373,265.00 |
| 3/29/2016 | $20,787.00 |
| 4/2/2016 | $494,973.00 |
| 4/4/2016 | $17,914.00 |
| 4/5/2016 | $115,178.00 |
| 4/29/2016 | $14,507.00 |
| 4/29/2016 | $31,571.00 |
| 4/29/2016 | $728,549.00 |
| 4/29/2016 | $364,275.00 |
| 4/29/2016 | $364,275.00 |
| 5/6/2016 | $20,212.00 |
| 5/9/2016 | $295,568.00 |
| 5/11/2016 | $14,673.00 |
| 5/12/2016 | $72,796.00 |
| 5/12/2016 | $17,927.00 |
| 5/18/2016 | $1,290.00 |
| 5/18/2016 | $3,135.00 |
| 5/18/2016 | $570.00 |
| 5/20/2016 | $5,130.00 |
| 6/5/2016 | $557,748.00 |

# EXHIBIT A
## TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 6/5/2016 | $557,748.00 |
| 6/5/2016 | $557,748.00 |
| 6/8/2016 | $2,478.00 |
| 6/13/2016 | $374,715.00 |
| 6/21/2016 | $5,577.00 |
| 6/21/2016 | $613.00 |
| 6/21/2016 | $1,716.00 |
| 6/22/2016 | $3,649.00 |
| 6/22/2016 | $2,620.00 |
| 6/22/2016 | $3,768.00 |
| 6/22/2016 | $3,220.00 |
| 6/23/2016 | $1,793.00 |
| 6/26/2016 | $200,391.00 |
| 6/26/2016 | $200,391.00 |
| 6/27/2016 | $55,529.00 |
| 6/27/2016 | $711.00 |
| 6/27/2016 | $729.00 |
| 6/27/2016 | $1,255.00 |
| 6/27/2016 | $684.00 |
| 6/30/2016 | $2,277.00 |
| 6/30/2016 | $4,538.00 |
| 6/30/2016 | $5,334.00 |
| 6/30/2016 | $17,927.00 |
| 6/30/2016 | $17,927.00 |
| 7/5/2016 | $56,162.00 |
| 7/7/2016 | $323,681.00 |
| 7/7/2016 | $1,981.00 |
| 7/7/2016 | $1,659.00 |
| 7/18/2016 | $17,927.00 |
| 7/22/2016 | $74,284.00 |
| 7/22/2016 | $74,701.00 |
| 7/22/2016 | $77,110.00 |
| 7/22/2016 | $69,280.00 |
| 7/22/2016 | $75,859.00 |
| 8/1/2016 | $1,357.00 |
| 8/1/2016 | $2,339.00 |
| 8/1/2016 | $2,082.00 |
| 8/5/2016 | $33,822.00 |
| 8/8/2016 | $247,681.00 |
| 8/24/2016 | $3,768.00 |
| 8/29/2016 | $1,569.00 |
| 8/29/2016 | $2,260.00 |
| 8/29/2016 | $17,927.00 |
| 9/1/2016 | $4,448.00 |
| 9/2/2016 | $40,718.00 |
| 9/6/2016 | $5,708.00 |

EXHIBIT A
TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 9/8/2016 | $919.00 |
| 9/9/2016 | $374,715.00 |
| 9/12/2016 | $42,761.00 |
| 9/12/2016 | $22,557.00 |
| 9/12/2016 | $17,927.00 |
| 9/14/2016 | $395,762.00 |
| 9/14/2016 | $786.00 |
| 9/15/2016 | $148,963.00 |
| 9/16/2016 | $193.00 |
| 9/16/2016 | $197.00 |
| 9/21/2016 | $377,087.00 |
| 9/29/2016 | $73,867.00 |
| 9/29/2016 | $50,444.00 |
| 10/14/2016 | $40,403.00 |
| 10/14/2016 | $36,305.00 |
| 10/20/2016 | $47,070.00 |
| 10/20/2016 | $326,967.00 |
| 10/24/2016 | $10,860.00 |
| 10/24/2016 | $3,620.00 |
| 10/27/2016 | $2,067.00 |
| 10/27/2016 | $398,863.00 |
| 11/2/2016 | $306,891.00 |
| 11/2/2016 | $34,595.00 |
| 11/2/2016 | $29,397.00 |
| 11/3/2016 | $4,477.00 |
| 11/3/2016 | $20,402.00 |
| 11/3/2016 | $19,733.00 |
| 11/4/2016 | $731.00 |
| 11/15/2016 | $267,324.00 |
| 11/15/2016 | $259,516.00 |
| 11/15/2016 | $278,607.00 |
| 11/15/2016 | $36,052.00 |
| 11/17/2016 | $286,122.00 |
| 11/17/2016 | $3,058.00 |
| 11/17/2016 | $8,714.00 |
| 11/21/2016 | $425,968.00 |
| 11/30/2016 | $20,166.00 |
| 12/7/2016 | $77,192.25 |
| 12/7/2016 | $25,730.75 |
| 12/12/2016 | $2,427.00 |
| 12/12/2016 | $1,793.00 |
| 12/12/2016 | $575,287.00 |
| 12/15/2016 | $8,964.00 |
| 12/15/2016 | $592.00 |
| 12/19/2016 | $790,794.00 |
| 12/19/2016 | $19,846.00 |

EXHIBIT A
TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 12/28/2016 | $1,174,149.00 |
| 12/28/2016 | $385,108.00 |
| 1/3/2017 | $17,927.00 |
| 1/5/2017 | $380,537.00 |
| 1/5/2017 | $20,166.00 |
| 1/5/2017 | $20,166.00 |
| 1/5/2017 | $94.00 |
| 1/5/2017 | $17,927.00 |
| 1/18/2017 | $40,088.00 |
| 1/23/2017 | $1,834.00 |
| 1/23/2017 | $198.00 |
| 1/25/2017 | $51,549.00 |
| 1/25/2017 | $40,418.00 |
| 1/25/2017 | $257,854.00 |
| 1/27/2017 | $255,442.00 |
| 1/27/2017 | $45,160.00 |
| 2/1/2017 | $40,359.00 |
| 2/1/2017 | $507,328.00 |
| 2/2/2017 | $19,582.00 |
| 2/8/2017 | $187.00 |
| 2/9/2017 | $101,301.00 |
| 2/9/2017 | $17,927.00 |
| 2/21/2017 | $20,166.00 |
| 2/23/2017 | $86,496.00 |
| 2/28/2017 | $533,103.00 |
| 3/6/2017 | $892.00 |
| 3/10/2017 | $2,208.00 |
| 3/15/2017 | $386.00 |
| 3/15/2017 | $1,805.00 |
| 3/16/2017 | $9,886.00 |
| 3/20/2017 | $374,715.00 |
| 3/20/2017 | $35,301.00 |
| 3/20/2017 | $32,891.00 |
| 3/20/2017 | $15,946.00 |
| 3/20/2017 | $11,609.00 |
| 3/28/2017 | $897,986.00 |
| 3/28/2017 | $1,883.00 |
| 3/28/2017 | $1,999.00 |
| 3/31/2017 | $153,994.00 |
| 4/4/2017 | $88.00 |
| 4/4/2017 | $1,612.00 |
| 4/6/2017 | $12,033.00 |
| 4/6/2017 | $3,220.00 |
| 4/6/2017 | $860.00 |
| 4/6/2017 | $1,398.00 |
| 4/6/2017 | $842.00 |

EXHIBIT A

TRANSFERS TO EVERTEC, INC.

| Date | Payment Amount |
|---|---|
| 4/11/2017 | $2,482.00 |
| 4/12/2017 | $756,236.00 |
| 4/12/2017 | $146,688.00 |
| 4/20/2017 | $57,576.00 |
| 4/24/2017 | $824.00 |
| 4/25/2017 | $573,711.00 |
| 4/27/2017 | $74,278.00 |