# EXHIBIT A

EXHIBIT A

TRANSFERS TO ABACUS EDUCATIONAL SERVICES, CORP.

| Date | Payment Amount |
|---|---|
| 5/3/2013 | $79,965.00 |
| 8/20/2013 | $242,220.00 |
| 1/22/2014 | $98,092.00 |
| 4/7/2014 | $120,170.00 |
| 4/8/2014 | $241,778.00 |
| 4/10/2014 | $441,567.00 |
| 5/8/2014 | $444,777.00 |
| 6/9/2014 | $294,378.00 |
| 8/7/2014 | $441,567.00 |
| 9/8/2014 | $360,510.00 |
| 9/22/2014 | $725,334.00 |
| 9/30/2014 | $215,578.00 |
| 9/30/2014 | $736,380.00 |
| 10/22/2014 | $360,510.00 |
| 11/5/2014 | $725,334.00 |
| 1/27/2015 | $360,510.00 |
| 1/30/2015 | $273,130.00 |
| 4/2/2015 | $273,130.00 |
| 8/4/2015 | $273,130.00 |
| 12/18/2015 | $273,130.00 |
| 3/23/2016 | $190,266.00 |
| 5/17/2016 | $190,266.00 |
| 9/29/2016 | $190,266.00 |
| 10/18/2016 | $190,266.00 |
| 12/12/2016 | $125,499.00 |
| 4/24/2017 | $125,499.00 |