# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO INNOVATIVE SOLUTIONS INC

| Date | Payment Amount |
|---|---|
| 5/14/2013 | $13,875.00 |
| 5/14/2013 | $77,093.00 |
| 5/21/2013 | $8,438.00 |
| 7/3/2013 | $24,000.00 |
| 7/23/2013 | $23,400.00 |
| 7/23/2013 | $24,427.00 |
| 7/23/2013 | $25,638.00 |
| 7/23/2013 | $29,888.00 |
| 8/2/2013 | $69,374.00 |
| 8/2/2013 | $74,599.00 |
| 8/2/2013 | $122,756.00 |
| 8/2/2013 | $125,738.00 |
| 8/6/2013 | $433,872.00 |
| 8/6/2013 | $726,474.00 |
| 8/27/2013 | $26,852.00 |
| 8/27/2013 | $30,734.00 |
| 8/27/2013 | $95,855.00 |
| 8/27/2013 | $126,900.00 |
| 8/27/2013 | $146,288.00 |
| 8/30/2013 | $782,040.00 |
| 9/19/2013 | $687,372.00 |
| 9/20/2013 | $20,006.00 |
| 9/20/2013 | $57,166.00 |
| 9/20/2013 | $118,781.00 |
| 9/20/2013 | $749,112.00 |
| 9/20/2013 | $759,402.00 |
| 10/1/2013 | $27,521.00 |
| 10/22/2013 | $339,116.00 |
| 10/25/2013 | $65,970.00 |
| 10/29/2013 | $77,162.00 |
| 11/6/2013 | $12,356.00 |
| 11/6/2013 | $12,638.00 |
| 11/6/2013 | $13,800.00 |
| 12/10/2013 | $78,791.00 |
| 12/21/2013 | $99,685.00 |
| 1/15/2014 | $23,229.00 |
| 2/6/2014 | $80,585.00 |
| 2/7/2014 | $22,436.00 |
| 2/7/2014 | $128,620.00 |
| 2/11/2014 | $87,099.00 |
| 2/11/2014 | $93,156.00 |
| 2/14/2014 | $108,806.00 |
| 2/24/2014 | $17,675.00 |
| 2/24/2014 | $20,878.00 |
| 2/24/2014 | $84,283.00 |
| 2/26/2014 | $43,586.00 |

EXHIBIT A

TRANSFERS TO INNOVATIVE SOLUTIONS INC

| Date | Payment Amount |
|---|---|
| 2/27/2014 | $65,010.00 |
| 3/6/2014 | $109,631.00 |
| 3/12/2014 | $17,141.00 |
| 3/12/2014 | $304,070.00 |
| 3/15/2014 | $49,588.00 |
| 4/7/2014 | $23,548.00 |
| 4/7/2014 | $120,384.00 |
| 4/9/2014 | $69,295.00 |
| 4/9/2014 | $107,798.00 |
| 4/24/2014 | $24,582.00 |
| 4/28/2014 | $29,152.00 |
| 4/28/2014 | $77,366.00 |
| 6/20/2014 | $35,385.00 |
| 6/20/2014 | $117,786.00 |
| 6/24/2014 | $33,937.00 |
| 6/24/2014 | $97,312.00 |
| 7/21/2014 | $90,645.00 |
| 7/21/2014 | $109,020.00 |
| 7/25/2014 | $532.00 |
| 7/25/2014 | $87,837.00 |
| 7/25/2014 | $120,520.00 |
| 7/25/2014 | $120,687.00 |
| 7/30/2014 | $171,076.00 |
| 8/7/2014 | $118,621.00 |
| 9/16/2014 | $37,310.00 |
| 9/16/2014 | $207,675.00 |
| 9/22/2014 | $72,915.00 |
| 10/15/2014 | $38,153.00 |
| 10/21/2014 | $128,538.00 |
| 11/14/2014 | $49,264.00 |
| 11/16/2014 | $40,827.00 |
| 11/23/2014 | $48,490.00 |
| 11/28/2014 | $34,561.00 |
| 12/5/2014 | $33,635.00 |
| 12/6/2014 | $17,778.00 |
| 12/10/2014 | $6,501.00 |
| 12/10/2014 | $29,911.00 |
| 12/12/2014 | $21,320.00 |
| 12/18/2014 | $4,728.00 |
| 12/18/2014 | $89,901.00 |
| 12/29/2014 | $7,092.00 |
| 1/2/2015 | $126,585.00 |
| 1/8/2015 | $37,287.00 |
| 1/8/2015 | $81,642.00 |
| 1/8/2015 | $707,181.00 |
| 1/23/2015 | $93,028.00 |

EXHIBIT A

TRANSFERS TO INNOVATIVE SOLUTIONS INC

| Date | Payment Amount |
|---|---|
| 1/23/2015 | $175,573.00 |
| 1/28/2015 | $25,819.00 |
| 1/30/2015 | $19,997.00 |
| 2/5/2015 | $38,653.00 |
| 2/26/2015 | $9,087.00 |
| 2/26/2015 | $14,381.00 |
| 2/26/2015 | $35,523.00 |
| 2/28/2015 | $25,821.00 |
| 3/3/2015 | $51,055.00 |
| 3/6/2015 | $215,341.00 |
| 3/12/2015 | $148.00 |
| 3/12/2015 | $187,902.00 |
| 3/18/2015 | $25,201.00 |
| 4/26/2015 | $25,217.00 |
| 5/8/2015 | $22,848.00 |
| 5/18/2015 | $78,051.00 |
| 5/26/2015 | $33,041.00 |
| 6/10/2015 | $2,745.00 |
| 6/17/2015 | $79,991.00 |
| 6/17/2015 | $9,781.00 |
| 6/19/2015 | $38,009.00 |
| 6/26/2015 | $79,991.00 |
| 6/28/2015 | $34,930.00 |
| 7/10/2015 | $33,343.00 |
| 7/28/2015 | $22,422.00 |
| 8/1/2015 | $37,744.00 |
| 8/13/2015 | $119,158.00 |
| 8/13/2015 | $132,286.00 |
| 8/19/2015 | $113,061.00 |
| 8/19/2015 | $50,191.00 |
| 9/10/2015 | $42,574.50 |
| 9/10/2015 | $14,191.50 |
| 9/10/2015 | $36,647.00 |
| 10/2/2015 | $25,602.00 |
| 10/7/2015 | $22,978.00 |
| 10/7/2015 | $52,686.00 |
| 10/14/2015 | $11,035.00 |
| 10/20/2015 | $63,156.00 |
| 10/20/2015 | $21,052.00 |
| 10/23/2015 | $600.00 |
| 10/27/2015 | $84,233.25 |
| 10/27/2015 | $28,077.75 |
| 11/3/2015 | $19,335.00 |
| 11/3/2015 | $56,475.75 |
| 11/3/2015 | $6,445.00 |
| 11/3/2015 | $18,825.25 |

# EXHIBIT A

## TRANSFERS TO INNOVATIVE SOLUTIONS INC

| Date | Payment Amount |
|---|---|
| 11/6/2015 | $99,723.00 |
| 11/6/2015 | $33,241.00 |
| 11/18/2015 | $47,534.00 |
| 11/30/2015 | $184,867.00 |
| 11/30/2015 | $89,202.00 |
| 12/30/2015 | $201,369.00 |
| 1/9/2016 | $46,958.00 |
| 1/14/2016 | $5,463.00 |
| 3/3/2016 | $56,039.00 |
| 3/9/2016 | $30,488.00 |
| 3/17/2016 | $9,406.00 |
| 3/21/2016 | $13,396.50 |
| 3/21/2016 | $25,752.75 |
| 3/21/2016 | $166.50 |
| 3/21/2016 | $15,288.75 |
| 3/21/2016 | $11,459.25 |
| 3/21/2016 | $23,757.00 |
| 3/21/2016 | $4,465.50 |
| 3/21/2016 | $8,584.25 |
| 3/21/2016 | $55.50 |
| 3/21/2016 | $5,096.25 |
| 3/21/2016 | $3,819.75 |
| 3/21/2016 | $7,919.00 |
| 3/28/2016 | $1,615.00 |
| 4/2/2016 | $51,030.00 |
| 4/8/2016 | $16,031.25 |
| 4/8/2016 | $14,065.50 |
| 4/8/2016 | $20,721.00 |
| 4/8/2016 | $5,343.75 |
| 4/8/2016 | $4,688.50 |
| 4/8/2016 | $6,907.00 |
| 4/11/2016 | $37,820.25 |
| 4/11/2016 | $63,495.75 |
| 4/11/2016 | $47,416.50 |
| 4/11/2016 | $12,606.75 |
| 4/11/2016 | $21,165.25 |
| 4/11/2016 | $15,805.50 |
| 4/29/2016 | $64,947.00 |
| 5/9/2016 | $59,993.25 |
| 5/9/2016 | $8,126.25 |
| 5/9/2016 | $31,378.50 |
| 5/9/2016 | $22,118.25 |
| 5/9/2016 | $45,865.50 |
| 5/9/2016 | $49,038.00 |
| 5/9/2016 | $28,342.50 |
| 5/9/2016 | $21,279.75 |

EXHIBIT A
TRANSFERS TO INNOVATIVE SOLUTIONS INC

| Date | Payment Amount |
|---|---|
| 5/9/2016 | $5,485.50 |
| 5/9/2016 | $4,930.50 |
| 5/9/2016 | $2,799.75 |
| 5/9/2016 | $1,218.75 |
| 5/9/2016 | $1,551.75 |
| 5/9/2016 | $2,160.75 |
| 5/9/2016 | $755.25 |
| 5/9/2016 | $12,636.00 |
| 5/9/2016 | $16,320.75 |
| 5/9/2016 | $50,877.75 |
| 5/9/2016 | $19,997.75 |
| 5/9/2016 | $2,708.75 |
| 5/9/2016 | $10,459.50 |
| 5/9/2016 | $7,372.75 |
| 5/9/2016 | $15,288.50 |
| 5/9/2016 | $16,346.00 |
| 5/9/2016 | $9,447.50 |
| 5/9/2016 | $7,093.25 |
| 5/9/2016 | $1,828.50 |
| 5/9/2016 | $1,643.50 |
| 5/9/2016 | $933.25 |
| 5/9/2016 | $406.25 |
| 5/9/2016 | $517.25 |
| 5/9/2016 | $720.25 |
| 5/9/2016 | $251.75 |
| 5/9/2016 | $4,212.00 |
| 5/9/2016 | $5,440.25 |
| 5/9/2016 | $16,959.25 |
| 5/9/2016 | $5,164.00 |
| 5/18/2016 | $1,449.75 |
| 5/18/2016 | $738.75 |
| 5/18/2016 | $788.00 |
| 5/18/2016 | $18,965.00 |
| 5/18/2016 | $20,055.75 |
| 5/18/2016 | $17,738.50 |
| 5/18/2016 | $22,480.25 |
| 5/18/2016 | $2,438.00 |
| 5/18/2016 | $7,314.00 |
| 5/18/2016 | $67,440.75 |
| 5/18/2016 | $53,215.50 |
| 5/18/2016 | $60,167.25 |
| 5/18/2016 | $56,895.00 |
| 5/18/2016 | $2,364.00 |
| 5/18/2016 | $2,216.25 |
| 5/18/2016 | $4,349.25 |
| 5/25/2016 | $8,842.50 |

EXHIBIT A

TRANSFERS TO INNOVATIVE SOLUTIONS INC

| Date | Payment Amount |
|---|---|
| 5/25/2016 | $36,394.50 |
| 5/25/2016 | $2,947.50 |
| 5/25/2016 | $12,131.50 |
| 5/25/2016 | $113,585.00 |
| 6/5/2016 | $150,095.00 |
| 7/7/2016 | $4,223.00 |
| 7/7/2016 | $7,567.00 |
| 7/13/2016 | $114,829.50 |
| 7/13/2016 | $38,276.50 |
| 8/15/2016 | $7,127.25 |
| 8/15/2016 | $9,836.25 |
| 8/15/2016 | $13,716.75 |
| 8/15/2016 | $7,794.75 |
| 8/15/2016 | $2,375.75 |
| 8/15/2016 | $3,278.75 |
| 8/15/2016 | $4,572.25 |
| 8/15/2016 | $2,598.25 |
| 8/18/2016 | $7,503.00 |
| 9/8/2016 | $14,505.00 |
| 9/8/2016 | $4,835.00 |
| 10/4/2016 | $6,737.25 |
| 10/4/2016 | $2,364.00 |
| 10/4/2016 | $5,433.75 |
| 10/4/2016 | $43,340.25 |
| 10/4/2016 | $2,245.75 |
| 10/4/2016 | $788.00 |
| 10/4/2016 | $1,811.25 |
| 10/4/2016 | $14,446.75 |
| 10/7/2016 | $34,307.25 |
| 10/7/2016 | $11,435.75 |
| 10/12/2016 | $107,509.00 |
| 10/12/2016 | $95,341.00 |
| 12/15/2016 | $2,364.00 |
| 12/15/2016 | $788.00 |
| 12/27/2016 | $17,432.25 |
| 12/27/2016 | $73,686.00 |
| 12/27/2016 | $20,354.25 |
| 12/27/2016 | $73,850.00 |
| 12/27/2016 | $5,810.75 |
| 12/27/2016 | $24,562.00 |
| 12/27/2016 | $6,784.75 |
| 1/12/2017 | $20,143.50 |
| 1/12/2017 | $13,557.75 |
| 1/12/2017 | $6,714.50 |
| 1/12/2017 | $4,519.25 |
| 1/25/2017 | $195,882.00 |

EXHIBIT A

TRANSFERS TO INNOVATIVE SOLUTIONS INC

| Date | Payment Amount |
|---|---|
| 2/1/2017 | $157,228.00 |
| 2/23/2017 | $148,683.00 |
| 2/28/2017 | $127,336.00 |
| 2/28/2017 | $48,900.00 |
| 2/28/2017 | $45,939.00 |
| 2/28/2017 | $35,364.00 |
| 2/28/2017 | $16,300.00 |
| 2/28/2017 | $15,313.00 |
| 2/28/2017 | $11,788.00 |
| 3/24/2017 | $9,781.50 |
| 3/24/2017 | $9,099.00 |
| 3/24/2017 | $3,260.50 |
| 3/24/2017 | $3,033.00 |
| 4/13/2017 | $8,703.00 |
| 4/13/2017 | $75,016.50 |
| 4/13/2017 | $91,761.00 |
| 4/13/2017 | $60,481.50 |
| 4/13/2017 | $2,901.00 |
| 4/13/2017 | $25,005.50 |
| 4/13/2017 | $30,587.00 |
| 4/13/2017 | $20,160.50 |
| 4/24/2017 | $40,629.75 |
| 4/24/2017 | $43,010.25 |
| 4/24/2017 | $13,397.25 |
| 4/24/2017 | $13,543.25 |
| 4/24/2017 | $14,336.75 |
| 4/24/2017 | $4,465.75 |
| 4/25/2017 | $73,843.00 |
| 5/1/2017 | $47,616.00 |
| 5/1/2017 | $8,904.75 |
| 5/1/2017 | $8,279.25 |
| 5/1/2017 | $15,872.00 |
| 5/1/2017 | $2,968.25 |
| 5/1/2017 | $2,759.75 |