# EXHIBIT A

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|---|---|
| 5/22/2013 | $2,150.00 |
| 5/22/2013 | $2,250.00 |
| 5/22/2013 | $2,900.00 |
| 5/22/2013 | $2,900.00 |
| 5/22/2013 | $2,900.00 |
| 5/22/2013 | $3,775.00 |
| 5/22/2013 | $4,400.00 |
| 5/22/2013 | $4,650.00 |
| 5/22/2013 | $4,650.00 |
| 6/3/2013 | $2,275.00 |
| 6/3/2013 | $2,700.00 |
| 6/3/2013 | $2,700.00 |
| 6/3/2013 | $2,775.00 |
| 6/3/2013 | $3,525.00 |
| 6/3/2013 | $4,400.00 |
| 6/3/2013 | $4,400.00 |
| 6/13/2013 | $302,275.00 |
| 6/13/2013 | $849,786.00 |
| 6/19/2013 | $140,762.00 |
| 6/19/2013 | $224,196.00 |
| 6/21/2013 | $552,908.00 |
| 7/15/2013 | $2,000.00 |
| 7/15/2013 | $2,275.00 |
| 7/15/2013 | $3,025.00 |
| 7/15/2013 | $3,025.00 |
| 7/15/2013 | $3,025.00 |
| 7/15/2013 | $3,025.00 |
| 7/15/2013 | $3,150.00 |
| 7/15/2013 | $3,150.00 |
| 7/15/2013 | $3,400.00 |
| 7/15/2013 | $3,400.00 |
| 7/15/2013 | $3,400.00 |
| 7/15/2013 | $4,200.00 |
| 7/15/2013 | $4,500.00 |
| 7/15/2013 | $6,150.00 |
| 7/15/2013 | $6,500.00 |
| 7/15/2013 | $6,900.00 |
| 7/15/2013 | $480,109.00 |
| 7/15/2013 | $1,900.00 |
| 7/15/2013 | $1,900.00 |
| 7/22/2013 | $980.00 |
| 8/7/2013 | $483,480.00 |
| 8/7/2013 | $1,057,735.00 |
| 8/13/2013 | $19,934.00 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 8/13/2013 | $321,613.00 |
| 8/13/2013 | $478,803.00 |
| 8/21/2013 | $205,929.00 |
| 8/22/2013 | $2,525.00 |
| 8/22/2013 | $3,000.00 |
| 8/22/2013 | $4,650.00 |
| 8/22/2013 | $4,800.00 |
| 8/26/2013 | $2,400.00 |
| 8/26/2013 | $2,900.00 |
| 8/26/2013 | $3,000.00 |
| 8/26/2013 | $3,300.00 |
| 8/26/2013 | $3,650.00 |
| 8/26/2013 | $3,650.00 |
| 8/26/2013 | $4,400.00 |
| 8/26/2013 | $6,600.00 |
| 8/26/2013 | $6,600.00 |
| 8/26/2013 | $6,750.00 |
| 8/26/2013 | $6,900.00 |
| 8/26/2013 | $6,900.00 |
| 8/29/2013 | $2,900.00 |
| 8/29/2013 | $3,400.00 |
| 8/29/2013 | $4,050.00 |
| 8/29/2013 | $6,300.00 |
| 8/29/2013 | $10,650.00 |
| 8/29/2013 | $10,775.00 |
| 8/29/2013 | $10,900.00 |
| 8/29/2013 | $12,025.00 |
| 8/29/2013 | $12,275.00 |
| 9/17/2013 | $1,000.00 |
| 9/30/2013 | $2,400.00 |
| 10/9/2013 | $3,025.00 |
| 10/9/2013 | $3,300.00 |
| 10/9/2013 | $4,650.00 |
| 10/9/2013 | $4,650.00 |
| 10/9/2013 | $11,850.00 |
| 10/11/2013 | $3,025.00 |
| 10/11/2013 | $3,025.00 |
| 10/11/2013 | $3,150.00 |
| 10/11/2013 | $3,150.00 |
| 10/11/2013 | $3,150.00 |
| 10/11/2013 | $3,300.00 |
| 10/11/2013 | $3,525.00 |
| 10/11/2013 | $4,025.00 |

## TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 10/11/2013 | $4,275.00 |
| 10/11/2013 | $4,350.00 |
| 10/11/2013 | $6,025.00 |
| 10/16/2013 | $2,400.00 |
| 10/16/2013 | $2,700.00 |
| 10/16/2013 | $2,850.00 |
| 10/16/2013 | $3,000.00 |
| 10/16/2013 | $3,025.00 |
| 10/16/2013 | $3,025.00 |
| 10/16/2013 | $3,025.00 |
| 10/16/2013 | $3,525.00 |
| 10/16/2013 | $4,350.00 |
| 10/18/2013 | $2,900.00 |
| 10/18/2013 | $3,000.00 |
| 10/18/2013 | $3,000.00 |
| 10/18/2013 | $3,150.00 |
| 10/18/2013 | $7,800.00 |
| 10/21/2013 | $3,525.00 |
| 10/21/2013 | $11,650.00 |
| 1/9/2014 | $2,398.00 |
| 1/9/2014 | $3,275.00 |
| 1/9/2014 | $3,400.00 |
| 1/9/2014 | $5,525.00 |
| 1/9/2014 | $6,300.00 |
| 1/9/2014 | $1,375.00 |
| 1/9/2014 | $1,375.00 |
| 1/9/2014 | $1,375.00 |
| 1/9/2014 | $1,375.00 |
| 1/9/2014 | $1,900.00 |
| 1/9/2014 | $1,900.00 |
| 1/9/2014 | $1,900.00 |
| 1/9/2014 | $1,900.00 |
| 1/13/2014 | $2,150.00 |
| 1/13/2014 | $2,525.00 |
| 1/13/2014 | $2,900.00 |
| 1/13/2014 | $3,150.00 |
| 1/13/2014 | $3,400.00 |
| 1/13/2014 | $3,775.00 |
| 1/13/2014 | $5,025.00 |
| 1/15/2014 | $2,900.00 |
| 1/15/2014 | $3,025.00 |
| 1/15/2014 | $3,150.00 |
| 1/15/2014 | $3,275.00 |

## EXHIBIT A
### TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|---------------|
| 1/15/2014 | $3,900.00 |
| 3/17/2014 | $3,150.00 |
| 3/17/2014 | $3,275.00 |
| 3/17/2014 | $4,950.00 |
| 3/17/2014 | $1,375.00 |
| 3/17/2014 | $1,900.00 |
| 5/9/2014 | $3,694.00 |
| 5/9/2014 | $6,058.00 |
| 5/9/2014 | $1,872.00 |
| 5/12/2014 | $5,935.00 |
| 5/12/2014 | $6,673.00 |
| 5/13/2014 | $2,487.00 |
| 5/13/2014 | $2,610.00 |
| 5/13/2014 | $2,980.00 |
| 5/14/2014 | $2,487.00 |
| 5/14/2014 | $2,610.00 |
| 5/14/2014 | $3,226.00 |
| 5/14/2014 | $3,842.00 |
| 5/14/2014 | $5,319.00 |
| 5/14/2014 | $5,615.00 |
| 5/14/2014 | $6,797.00 |
| 5/16/2014 | $2,364.00 |
| 5/16/2014 | $2,807.00 |
| 5/16/2014 | $2,955.00 |
| 5/16/2014 | $5,812.00 |
| 5/16/2014 | $1,872.00 |
| 5/19/2014 | $2,216.00 |
| 5/19/2014 | $2,364.00 |
| 5/19/2014 | $2,487.00 |
| 5/19/2014 | $2,980.00 |
| 5/19/2014 | $6,304.00 |
| 5/22/2014 | $739.00 |
| 5/22/2014 | $1,872.00 |
| 5/27/2014 | $2,487.00 |
| 5/27/2014 | $2,857.00 |
| 5/27/2014 | $3,103.00 |
| 6/13/2014 | $985.00 |
| 6/16/2014 | $4,285.00 |
| 6/17/2014 | $812.00 |
| 6/19/2014 | $2,145.00 |
| 6/30/2014 | $2,364.00 |
| 6/30/2014 | $837.00 |
| 7/3/2014 | $73,875.00 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|---|---|
| 7/3/2014 | $985.00 |
| 7/7/2014 | $812.00 |
| 7/7/2014 | $837.00 |
| 7/7/2014 | $837.00 |
| 7/7/2014 | $837.00 |
| 7/7/2014 | $837.00 |
| 7/7/2014 | $837.00 |
| 7/11/2014 | $49,250.00 |
| 7/11/2014 | $985.00 |
| 7/11/2014 | $985.00 |
| 8/1/2014 | $804,126.00 |
| 8/12/2014 | $985.00 |
| 10/16/2014 | $707.00 |
| 10/16/2014 | $707.00 |
| 10/16/2014 | $717,573.00 |
| 10/17/2014 | $4,393.00 |
| 10/17/2014 | $4,728.00 |
| 10/21/2014 | $428,851.00 |
| 10/27/2014 | $792,075.00 |
| 12/18/2014 | $9,208.00 |
| 12/30/2014 | $707.00 |
| 1/5/2015 | $16,134.00 |
| 1/6/2015 | $6,206.00 |
| 1/8/2015 | $3,768.00 |
| 1/8/2015 | $5,615.00 |
| 1/8/2015 | $7,388.00 |
| 1/8/2015 | $10,047.00 |
| 1/8/2015 | $12,293.00 |
| 1/8/2015 | $14,775.00 |
| 1/8/2015 | $21,040.00 |
| 1/8/2015 | $33,569.00 |
| 1/13/2015 | $38,238.00 |
| 1/15/2015 | $18,203.00 |
| 2/18/2015 | $2,807.00 |
| 2/18/2015 | $1,773.00 |
| 3/13/2015 | $6,462.00 |
| 3/31/2015 | $1,354.00 |
| 3/31/2015 | $1,478.00 |
| 5/11/2015 | $2,807.00 |
| 5/11/2015 | $1,773.00 |
| 5/15/2015 | $2,807.00 |
| 5/15/2015 | $1,921.00 |
| 5/19/2015 | $1,478.00 |

EXHIBIT A

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 5/26/2015 | $2,586.00 |
| 5/26/2015 | $4,433.00 |
| 5/28/2015 | $1,061,113.00 |
| 5/28/2015 | $388.00 |
| 5/28/2015 | $1,116.00 |
| 5/28/2015 | $1,116.00 |
| 5/28/2015 | $728.00 |
| 5/28/2015 | $1,116.00 |
| 5/28/2015 | $728.00 |
| 5/28/2015 | $1,116.00 |
| 5/28/2015 | $728.00 |
| 5/28/2015 | $728.00 |
| 5/28/2015 | $1,116.00 |
| 5/28/2015 | $2,512.00 |
| 5/28/2015 | $2,364.00 |
| 5/28/2015 | $1,478.00 |
| 6/9/2015 | $1,133.00 |
| 6/9/2015 | $739.00 |
| 6/9/2015 | $739.00 |
| 6/12/2015 | $728.00 |
| 6/12/2015 | $728.00 |
| 6/12/2015 | $1,116.00 |
| 6/12/2015 | $1,116.00 |
| 6/12/2015 | $728.00 |
| 6/17/2015 | $1,133.00 |
| 6/17/2015 | $1,133.00 |
| 6/17/2015 | $1,116.00 |
| 6/17/2015 | $1,116.00 |
| 6/17/2015 | $268.00 |
| 6/17/2015 | $1,116.00 |
| 6/17/2015 | $728.00 |
| 6/17/2015 | $1,116.00 |
| 6/17/2015 | $1,116.00 |
| 6/17/2015 | $728.00 |
| 6/17/2015 | $1,746.00 |
| 6/17/2015 | $1,116.00 |
| 6/17/2015 | $728.00 |
| 6/18/2015 | $728.00 |
| 6/18/2015 | $728.00 |
| 6/18/2015 | $437.00 |
| 6/19/2015 | $437.00 |
| 6/19/2015 | $1,116.00 |
| 6/19/2015 | $388.00 |

## TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|---|---|
| 6/19/2015 | $388.00 |
| 6/19/2015 | $1,116.00 |
| 6/19/2015 | $1,116.00 |
| 6/19/2015 | $728.00 |
| 6/23/2015 | $1,133.00 |
| 6/23/2015 | $739.00 |
| 6/24/2015 | $1,099.00 |
| 6/24/2015 | $443.00 |
| 6/29/2015 | $1,478.00 |
| 6/29/2015 | $1,478.00 |
| 7/1/2015 | $1,478.00 |
| 7/1/2015 | $1,478.00 |
| 7/13/2015 | $1,478.00 |
| 7/13/2015 | $1,478.00 |
| 7/13/2015 | $739.00 |
| 7/21/2015 | $1,478.00 |
| 7/21/2015 | $2,955.00 |
| 7/21/2015 | $2,955.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $739.00 |
| 7/23/2015 | $739.00 |
| 7/23/2015 | $408.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $544.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $1,133.00 |
| 7/23/2015 | $739.00 |
| 7/27/2015 | $1,133.00 |
| 7/27/2015 | $739.00 |
| 7/27/2015 | $739.00 |
| 7/27/2015 | $739.00 |
| 7/27/2015 | $1,541.00 |
| 7/27/2015 | $1,405.00 |
| 7/27/2015 | $739.00 |
| 7/27/2015 | $1,773.00 |
| 7/27/2015 | $1,133.00 |
| 7/27/2015 | $739.00 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 7/27/2015 | $739.00 |
| 7/27/2015 | $542.00 |
| 7/27/2015 | $739.00 |
| 7/28/2015 | $591.00 |
| 7/28/2015 | $542.00 |
| 7/28/2015 | $739.00 |
| 7/28/2015 | $739.00 |
| 7/28/2015 | $1,133.00 |
| 7/28/2015 | $1,133.00 |
| 7/28/2015 | $739.00 |
| 7/29/2015 | $1,478.00 |
| 7/29/2015 | $1,921.00 |
| 7/30/2015 | $739.00 |
| 7/30/2015 | $1,133.00 |
| 7/30/2015 | $739.00 |
| 7/30/2015 | $739.00 |
| 7/30/2015 | $1,478.00 |
| 7/30/2015 | $1,478.00 |
| 8/3/2015 | $408.00 |
| 8/3/2015 | $493.00 |
| 8/3/2015 | $739.00 |
| 8/3/2015 | $1,133.00 |
| 8/3/2015 | $1,133.00 |
| 8/3/2015 | $394.00 |
| 8/3/2015 | $739.00 |
| 8/3/2015 | $739.00 |
| 8/3/2015 | $394.00 |
| 8/3/2015 | $739.00 |
| 8/3/2015 | $591.00 |
| 8/3/2015 | $2,069.00 |
| 8/3/2015 | $739.00 |
| 8/3/2015 | $739.00 |
| 8/3/2015 | $408.00 |
| 8/3/2015 | $394.00 |
| 8/3/2015 | $739.00 |
| 8/3/2015 | $739.00 |
| 8/3/2015 | $1,133.00 |
| 8/3/2015 | $739.00 |
| 8/5/2015 | $739.00 |
| 8/5/2015 | $739.00 |
| 8/5/2015 | $739.00 |
| 8/5/2015 | $1,133.00 |
| 8/5/2015 | $739.00 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|---|---|
| 8/5/2015 | $739.00 |
| 8/5/2015 | $1,133.00 |
| 8/5/2015 | $1,133.00 |
| 8/5/2015 | $1,773.00 |
| 8/5/2015 | $739.00 |
| 8/5/2015 | $1,133.00 |
| 8/5/2015 | $739.00 |
| 8/6/2015 | $739.00 |
| 8/6/2015 | $271.00 |
| 8/6/2015 | $739.00 |
| 8/6/2015 | $1,133.00 |
| 8/6/2015 | $1,133.00 |
| 8/6/2015 | $1,133.00 |
| 8/6/2015 | $542.00 |
| 8/6/2015 | $1,133.00 |
| 8/6/2015 | $1,133.00 |
| 8/6/2015 | $1,133.00 |
| 8/6/2015 | $1,133.00 |
| 8/7/2015 | $1,133.00 |
| 8/7/2015 | $1,133.00 |
| 8/7/2015 | $1,133.00 |
| 8/7/2015 | $1,133.00 |
| 8/7/2015 | $739.00 |
| 8/7/2015 | $1,133.00 |
| 8/7/2015 | $408.00 |
| 8/7/2015 | $739.00 |
| 8/11/2015 | $1,773.00 |
| 8/11/2015 | $1,773.00 |
| 8/11/2015 | $1,921.00 |
| 8/11/2015 | $1,773.00 |
| 8/11/2015 | $739.00 |
| 8/11/2015 | $1,133.00 |
| 8/11/2015 | $1,133.00 |
| 8/11/2015 | $1,133.00 |
| 8/11/2015 | $1,133.00 |
| 8/11/2015 | $1,133.00 |
| 8/18/2015 | $739.00 |
| 8/18/2015 | $1,133.00 |
| 8/18/2015 | $1,478.00 |
| 8/18/2015 | $2,807.00 |
| 8/19/2015 | $1,478.00 |
| 8/19/2015 | $1,773.00 |
| 8/19/2015 | $493.00 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 8/19/2015 | $1,133.00 |
| 8/19/2015 | $1,133.00 |
| 8/19/2015 | $739.00 |
| 10/15/2015 | $2,331.00 |
| 10/30/2015 | $554.25 |
| 10/30/2015 | $554.25 |
| 10/30/2015 | $554.25 |
| 10/30/2015 | $369.75 |
| 10/30/2015 | $369.75 |
| 10/30/2015 | $849.75 |
| 10/30/2015 | $554.25 |
| 10/30/2015 | $554.25 |
| 10/30/2015 | $554.25 |
| 10/30/2015 | $849.75 |
| 10/30/2015 | $849.75 |
| 10/30/2015 | $406.50 |
| 10/30/2015 | $295.50 |
| 10/30/2015 | $369.75 |
| 10/30/2015 | $849.75 |
| 10/30/2015 | $849.75 |
| 10/30/2015 | $849.75 |
| 10/30/2015 | $237.75 |
| 10/30/2015 | $554.25 |
| 10/30/2015 | $204.00 |
| 10/30/2015 | $849.75 |
| 10/30/2015 | $554.25 |
| 10/30/2015 | $443.25 |
| 10/30/2015 | $184.75 |
| 10/30/2015 | $184.75 |
| 10/30/2015 | $184.75 |
| 10/30/2015 | $123.25 |
| 10/30/2015 | $123.25 |
| 10/30/2015 | $283.25 |
| 10/30/2015 | $184.75 |
| 10/30/2015 | $184.75 |
| 10/30/2015 | $184.75 |
| 10/30/2015 | $283.25 |
| 10/30/2015 | $283.25 |
| 10/30/2015 | $135.50 |
| 10/30/2015 | $98.50 |
| 10/30/2015 | $123.25 |
| 10/30/2015 | $283.25 |
| 10/30/2015 | $283.25 |

A-10

## TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 10/30/2015 | $283.25 |
| 10/30/2015 | $79.25 |
| 10/30/2015 | $184.75 |
| 10/30/2015 | $68.00 |
| 10/30/2015 | $283.25 |
| 10/30/2015 | $184.75 |
| 10/30/2015 | $147.75 |
| 11/2/2015 | $775.50 |
| 11/2/2015 | $1,329.75 |
| 11/2/2015 | $1,662.00 |
| 11/2/2015 | $554.25 |
| 11/2/2015 | $554.25 |
| 11/2/2015 | $1,108.50 |
| 11/2/2015 | $849.75 |
| 11/2/2015 | $849.75 |
| 11/2/2015 | $369.75 |
| 11/2/2015 | $1,218.75 |
| 11/2/2015 | $1,218.75 |
| 11/2/2015 | $1,108.50 |
| 11/2/2015 | $1,108.50 |
| 11/2/2015 | $849.75 |
| 11/2/2015 | $554.25 |
| 11/2/2015 | $258.50 |
| 11/2/2015 | $443.25 |
| 11/2/2015 | $554.00 |
| 11/2/2015 | $184.75 |
| 11/2/2015 | $184.75 |
| 11/2/2015 | $369.50 |
| 11/2/2015 | $283.25 |
| 11/2/2015 | $283.25 |
| 11/2/2015 | $123.25 |
| 11/2/2015 | $406.25 |
| 11/2/2015 | $406.25 |
| 11/2/2015 | $369.50 |
| 11/2/2015 | $369.50 |
| 11/2/2015 | $283.25 |
| 11/2/2015 | $184.75 |
| 11/2/2015 | $1,133.00 |
| 11/3/2015 | $849.75 |
| 11/3/2015 | $554.25 |
| 11/3/2015 | $554.25 |
| 11/3/2015 | $554.25 |
| 11/3/2015 | $443.25 |

EXHIBIT A

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|---------------|
| 11/3/2015 | $849.75 |
| 11/3/2015 | $369.75 |
| 11/3/2015 | $554.25 |
| 11/3/2015 | $554.25 |
| 11/3/2015 | $554.25 |
| 11/3/2015 | $554.25 |
| 11/3/2015 | $406.50 |
| 11/3/2015 | $554.25 |
| 11/3/2015 | $1,329.75 |
| 11/3/2015 | $849.75 |
| 11/3/2015 | $849.75 |
| 11/3/2015 | $1,551.75 |
| 11/3/2015 | $283.25 |
| 11/3/2015 | $184.75 |
| 11/3/2015 | $184.75 |
| 11/3/2015 | $184.75 |
| 11/3/2015 | $147.75 |
| 11/3/2015 | $283.25 |
| 11/3/2015 | $123.25 |
| 11/3/2015 | $184.75 |
| 11/3/2015 | $184.75 |
| 11/3/2015 | $184.75 |
| 11/3/2015 | $184.75 |
| 11/3/2015 | $135.50 |
| 11/3/2015 | $184.75 |
| 11/3/2015 | $443.25 |
| 11/3/2015 | $283.25 |
| 11/3/2015 | $283.25 |
| 11/3/2015 | $517.25 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $406.50 |
| 11/4/2015 | $554.25 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $849.75 |
| 11/4/2015 | $554.25 |

63377482 v1

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|---------------|
| 11/4/2015 | $554.25 |
| 11/4/2015 | $332.25 |
| 11/4/2015 | $554.25 |
| 11/4/2015 | $443.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $135.50 |
| 11/4/2015 | $184.75 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $283.25 |
| 11/4/2015 | $184.75 |
| 11/4/2015 | $184.75 |
| 11/4/2015 | $110.75 |
| 11/4/2015 | $184.75 |
| 11/4/2015 | $147.75 |
| 11/19/2015 | $1,108.50 |
| 11/19/2015 | $1,108.50 |
| 11/19/2015 | $1,108.50 |
| 11/19/2015 | $554.25 |
| 11/19/2015 | $849.75 |
| 11/19/2015 | $240.00 |
| 11/19/2015 | $849.75 |
| 11/19/2015 | $554.25 |
| 11/19/2015 | $369.50 |
| 11/19/2015 | $369.50 |
| 11/19/2015 | $369.50 |
| 11/19/2015 | $184.75 |
| 11/19/2015 | $283.25 |
| 11/19/2015 | $80.00 |
| 11/19/2015 | $283.25 |
| 11/19/2015 | $184.75 |
| 11/24/2015 | $1,440.75 |
| 11/24/2015 | $1,662.00 |
| 11/24/2015 | $1,662.00 |
| 11/24/2015 | $1,440.75 |
| 11/24/2015 | $2,105.25 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 11/24/2015 | $480.25 |
| 11/24/2015 | $554.00 |
| 11/24/2015 | $554.00 |
| 11/24/2015 | $480.25 |
| 11/24/2015 | $701.75 |
| 11/24/2015 | $2,955.00 |
| 11/30/2015 | $554.25 |
| 11/30/2015 | $849.75 |
| 11/30/2015 | $849.75 |
| 11/30/2015 | $184.75 |
| 11/30/2015 | $283.25 |
| 11/30/2015 | $283.25 |
| 11/30/2015 | $2,142.00 |
| 11/30/2015 | $2,955.00 |
| 12/14/2015 | $1,133.00 |
| 12/14/2015 | $1,133.00 |
| 12/24/2015 | $2,090,392.00 |
| 12/24/2015 | $2,128.00 |
| 1/5/2016 | $849.75 |
| 1/5/2016 | $849.75 |
| 1/5/2016 | $849.75 |
| 1/5/2016 | $849.75 |
| 1/5/2016 | $849.75 |
| 1/5/2016 | $554.25 |
| 1/5/2016 | $849.75 |
| 1/5/2016 | $849.75 |
| 1/5/2016 | $849.75 |
| 1/5/2016 | $849.75 |
| 1/5/2016 | $283.25 |
| 1/5/2016 | $283.25 |
| 1/5/2016 | $283.25 |
| 1/5/2016 | $283.25 |
| 1/5/2016 | $283.25 |
| 1/5/2016 | $184.75 |
| 1/5/2016 | $283.25 |
| 1/5/2016 | $283.25 |
| 1/5/2016 | $283.25 |
| 1/5/2016 | $283.25 |
| 1/11/2016 | $1,440.75 |
| 1/11/2016 | $1,108.50 |
| 1/11/2016 | $849.75 |
| 1/11/2016 | $1,108.50 |
| 1/11/2016 | $554.25 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|---------------|
| 1/11/2016 | $1,218.75 |
| 1/11/2016 | $554.25 |
| 1/11/2016 | $554.25 |
| 1/11/2016 | $554.25 |
| 1/11/2016 | $849.75 |
| 1/11/2016 | $849.75 |
| 1/11/2016 | $849.75 |
| 1/11/2016 | $554.25 |
| 1/11/2016 | $554.25 |
| 1/11/2016 | $480.25 |
| 1/11/2016 | $369.50 |
| 1/11/2016 | $283.25 |
| 1/11/2016 | $369.50 |
| 1/11/2016 | $184.75 |
| 1/11/2016 | $406.25 |
| 1/11/2016 | $184.75 |
| 1/11/2016 | $184.75 |
| 1/11/2016 | $184.75 |
| 1/11/2016 | $283.25 |
| 1/11/2016 | $283.25 |
| 1/11/2016 | $283.25 |
| 1/11/2016 | $184.75 |
| 1/11/2016 | $184.75 |
| 1/14/2016 | $849.75 |
| 1/14/2016 | $554.25 |
| 1/14/2016 | $554.25 |
| 1/14/2016 | $510.00 |
| 1/14/2016 | $849.75 |
| 1/14/2016 | $849.75 |
| 1/14/2016 | $283.25 |
| 1/14/2016 | $184.75 |
| 1/14/2016 | $184.75 |
| 1/14/2016 | $170.00 |
| 1/14/2016 | $283.25 |
| 1/14/2016 | $283.25 |
| 1/14/2016 | $2,955.00 |
| 1/14/2016 | $2,807.00 |
| 3/16/2016 | $849.75 |
| 3/16/2016 | $283.25 |
| 3/16/2016 | $1,387.00 |
| 3/16/2016 | $2,773.00 |
| 3/17/2016 | $554.25 |
| 3/17/2016 | $1,662.00 |

A-15

EXHIBIT A
TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 3/17/2016 | $1,995.00 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $204.00 |
| 3/17/2016 | $554.25 |
| 3/17/2016 | $1,773.00 |
| 3/17/2016 | $1,662.00 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $1,108.50 |
| 3/17/2016 | $1,329.75 |
| 3/17/2016 | $554.25 |
| 3/17/2016 | $554.25 |
| 3/17/2016 | $369.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $1,662.00 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $1,329.75 |
| 3/17/2016 | $554.25 |
| 3/17/2016 | $554.25 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $849.75 |
| 3/17/2016 | $184.75 |
| 3/17/2016 | $554.00 |
| 3/17/2016 | $665.00 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $68.00 |
| 3/17/2016 | $184.75 |
| 3/17/2016 | $591.00 |
| 3/17/2016 | $554.00 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $369.50 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 3/17/2016 | $443.25 |
| 3/17/2016 | $184.75 |
| 3/17/2016 | $184.75 |
| 3/17/2016 | $123.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $554.00 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $443.25 |
| 3/17/2016 | $184.75 |
| 3/17/2016 | $184.75 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/17/2016 | $283.25 |
| 3/25/2016 | $1,133.00 |
| 3/25/2016 | $1,133.00 |
| 3/25/2016 | $1,133.00 |
| 3/25/2016 | $408.00 |
| 3/25/2016 | $1,625.00 |
| 3/30/2016 | $1,108.50 |
| 3/30/2016 | $369.50 |
| 3/30/2016 | $1,551.00 |
| 3/30/2016 | $1,478.00 |
| 4/5/2016 | $369.75 |
| 4/5/2016 | $1,108.50 |
| 4/5/2016 | $123.25 |
| 4/5/2016 | $369.50 |
| 4/8/2016 | $554.25 |
| 4/8/2016 | $554.25 |
| 4/8/2016 | $554.25 |
| 4/8/2016 | $554.25 |
| 4/8/2016 | $554.25 |
| 4/8/2016 | $554.25 |
| 4/8/2016 | $554.25 |
| 4/8/2016 | $332.25 |
| 4/8/2016 | $295.50 |
| 4/8/2016 | $554.25 |
| 4/8/2016 | $554.25 |
| 4/8/2016 | $369.75 |
| 4/8/2016 | $554.25 |

A-17

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 4/8/2016 | $554.25 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $110.75 |
| 4/8/2016 | $98.50 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $123.25 |
| 4/8/2016 | $184.75 |
| 4/8/2016 | $184.75 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $203.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $67.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 5/9/2016 | $1,478.00 |
| 5/9/2016 | $3,694.00 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|---------------|
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $1,662.00 |
| 5/11/2016 | $1,662.00 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $1,329.75 |
| 5/11/2016 | $1,662.00 |
| 5/11/2016 | $1,606.50 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $1,662.00 |
| 5/11/2016 | $2,770.50 |
| 5/11/2016 | $2,216.25 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $2,216.25 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $1,329.75 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $1,218.75 |
| 5/11/2016 | $1,551.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $2,105.25 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $1,884.00 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $1,496.25 |
| 5/11/2016 | $1,551.75 |
| 5/11/2016 | $849.75 |

A-19

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 5/11/2016 | $1,329.75 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $2,105.25 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $1,440.75 |
| 5/11/2016 | $849.75 |
| 5/11/2016 | $2,105.25 |
| 5/11/2016 | $2,105.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $554.00 |
| 5/11/2016 | $554.00 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $443.25 |
| 5/11/2016 | $554.00 |
| 5/11/2016 | $535.50 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $554.00 |
| 5/11/2016 | $923.50 |
| 5/11/2016 | $738.75 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $738.75 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $443.25 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $406.25 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 5/11/2016 | $517.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $701.75 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $628.00 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $498.75 |
| 5/11/2016 | $517.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $443.25 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $701.75 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $480.25 |
| 5/11/2016 | $283.25 |
| 5/11/2016 | $701.75 |
| 5/11/2016 | $701.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $1,551.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |

## TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 5/12/2016 | $1,218.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $1,995.00 |
| 5/12/2016 | $1,108.50 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $2,216.25 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $951.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $2,105.25 |
| 5/12/2016 | $2,105.25 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $554.25 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $2,105.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $517.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $406.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $665.00 |
| 5/12/2016 | $369.50 |
| 5/12/2016 | $184.75 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|---------------:|
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $738.75 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $317.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $701.75 |
| 5/12/2016 | $701.75 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $701.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $739.00 |
| 5/25/2016 | $1,977,028.00 |
| 6/1/2016 | $1,478.00 |
| 6/7/2016 | $1,359.00 |
| 6/7/2016 | $1,478.00 |
| 6/7/2016 | $1,921.00 |
| 6/7/2016 | $1,625.00 |
| 6/8/2016 | $3,666.00 |
| 6/8/2016 | $5,568.00 |
| 6/9/2016 | $1,133.00 |
| 6/9/2016 | $739.00 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $917.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $222.00 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $306.00 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $1,108.50 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $1,108.50 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
| --- | --- |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $1,108.50 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $1,108.50 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $441.75 |
| 6/29/2016 | $332.25 |
| 6/29/2016 | $258.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $332.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $443.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $111.00 |
| 6/29/2016 | $1,108.50 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 6/29/2016 | $369.75 |
| 6/29/2016 | $1,019.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $1,075.50 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $849.75 |
| 6/29/2016 | $554.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $305.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $74.00 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $102.00 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |

A-27

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $369.50 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $369.50 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $369.50 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $369.50 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $147.25 |
| 6/29/2016 | $110.75 |
| 6/29/2016 | $86.25 |
| 6/29/2016 | $184.75 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $110.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $147.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $37.00 |
| 6/29/2016 | $369.50 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $123.25 |
| 6/29/2016 | $339.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $358.50 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $283.25 |
| 6/29/2016 | $184.75 |
| 6/29/2016 | $1,478.00 |
| 6/29/2016 | $1,478.00 |
| 7/11/2016 | $1,108.50 |
| 7/11/2016 | $849.75 |
| 7/11/2016 | $849.75 |
| 7/11/2016 | $849.75 |
| 7/11/2016 | $1,108.50 |
| 7/11/2016 | $1,108.50 |

63377482 v1

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 7/11/2016 | $849.75 |
| 7/11/2016 | $1,218.75 |
| 7/11/2016 | $737.25 |
| 7/11/2016 | $554.25 |
| 7/11/2016 | $369.75 |
| 7/11/2016 | $369.75 |
| 7/11/2016 | $554.25 |
| 7/11/2016 | $1,440.75 |
| 7/11/2016 | $849.75 |
| 7/11/2016 | $849.75 |
| 7/11/2016 | $554.25 |
| 7/11/2016 | $1,995.00 |
| 7/11/2016 | $849.75 |
| 7/11/2016 | $849.75 |
| 7/11/2016 | $1,108.50 |
| 7/11/2016 | $203.25 |
| 7/11/2016 | $1,108.50 |
| 7/11/2016 | $1,108.50 |
| 7/11/2016 | $1,884.00 |
| 7/11/2016 | $203.25 |
| 7/11/2016 | $1,662.00 |
| 7/11/2016 | $1,662.00 |
| 7/11/2016 | $1,662.00 |
| 7/11/2016 | $886.50 |
| 7/11/2016 | $2,758.00 |
| 7/11/2016 | $369.50 |
| 7/11/2016 | $283.25 |
| 7/11/2016 | $283.25 |
| 7/11/2016 | $283.25 |
| 7/11/2016 | $369.50 |
| 7/11/2016 | $369.50 |
| 7/11/2016 | $283.25 |
| 7/11/2016 | $406.25 |
| 7/11/2016 | $245.75 |
| 7/11/2016 | $184.75 |
| 7/11/2016 | $123.25 |
| 7/11/2016 | $123.25 |
| 7/11/2016 | $184.75 |
| 7/11/2016 | $480.25 |
| 7/11/2016 | $283.25 |
| 7/11/2016 | $283.25 |
| 7/11/2016 | $184.75 |
| 7/11/2016 | $665.00 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 7/11/2016 | $283.25 |
| 7/11/2016 | $283.25 |
| 7/11/2016 | $369.50 |
| 7/11/2016 | $67.75 |
| 7/11/2016 | $369.50 |
| 7/11/2016 | $369.50 |
| 7/11/2016 | $628.00 |
| 7/11/2016 | $67.75 |
| 7/11/2016 | $554.00 |
| 7/11/2016 | $554.00 |
| 7/11/2016 | $554.00 |
| 7/11/2016 | $295.50 |
| 7/14/2016 | $3,827.00 |
| 7/18/2016 | $1,625.00 |
| 7/18/2016 | $1,133.00 |
| 7/19/2016 | $849.75 |
| 7/19/2016 | $849.75 |
| 7/19/2016 | $849.75 |
| 7/19/2016 | $554.25 |
| 7/19/2016 | $849.75 |
| 7/19/2016 | $849.75 |
| 7/19/2016 | $849.75 |
| 7/19/2016 | $849.75 |
| 7/19/2016 | $554.25 |
| 7/19/2016 | $12,687.75 |
| 7/19/2016 | $849.75 |
| 7/19/2016 | $554.25 |
| 7/19/2016 | $7,506.00 |
| 7/19/2016 | $283.25 |
| 7/19/2016 | $283.25 |
| 7/19/2016 | $283.25 |
| 7/19/2016 | $184.75 |
| 7/19/2016 | $283.25 |
| 7/19/2016 | $283.25 |
| 7/19/2016 | $283.25 |
| 7/19/2016 | $283.25 |
| 7/19/2016 | $184.75 |
| 7/19/2016 | $4,229.25 |
| 7/19/2016 | $283.25 |
| 7/19/2016 | $184.75 |
| 7/25/2016 | $492,500.00 |
| 7/25/2016 | $276,413.00 |
| 7/29/2016 | $3,501.75 |

EXHIBIT A
TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|---------------|
| 7/29/2016 | $1,551.75 |
| 7/29/2016 | $1,662.00 |
| 7/29/2016 | $1,167.25 |
| 7/29/2016 | $517.25 |
| 7/29/2016 | $554.00 |
| 8/15/2016 | $849.75 |
| 8/15/2016 | $849.75 |
| 8/15/2016 | $849.75 |
| 8/15/2016 | $2,069.00 |
| 8/15/2016 | $283.25 |
| 8/15/2016 | $283.25 |
| 8/15/2016 | $283.25 |
| 8/30/2016 | $1,773.00 |
| 8/30/2016 | $1,440.75 |
| 8/30/2016 | $1,218.75 |
| 8/30/2016 | $2,105.25 |
| 8/30/2016 | $849.75 |
| 8/30/2016 | $849.75 |
| 8/30/2016 | $2,216.25 |
| 8/30/2016 | $554.25 |
| 8/30/2016 | $849.75 |
| 8/30/2016 | $554.25 |
| 8/30/2016 | $554.25 |
| 8/30/2016 | $554.25 |
| 8/30/2016 | $769,672.00 |
| 8/30/2016 | $99.00 |
| 8/30/2016 | $591.00 |
| 8/30/2016 | $480.25 |
| 8/30/2016 | $406.25 |
| 8/30/2016 | $701.75 |
| 8/30/2016 | $283.25 |
| 8/30/2016 | $283.25 |
| 8/30/2016 | $738.75 |
| 8/30/2016 | $184.75 |
| 8/30/2016 | $283.25 |
| 8/30/2016 | $184.75 |
| 8/30/2016 | $184.75 |
| 8/30/2016 | $184.75 |
| 9/15/2016 | $32,522.25 |
| 9/15/2016 | $10,840.75 |
| 9/23/2016 | $1,108.50 |
| 9/23/2016 | $1,218.75 |
| 9/23/2016 | $1,218.75 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|---|---|
| 9/23/2016 | $1,329.75 |
| 9/23/2016 | $1,108.50 |
| 9/23/2016 | $1,440.75 |
| 9/23/2016 | $554.25 |
| 9/23/2016 | $1,329.75 |
| 9/23/2016 | $1,108.50 |
| 9/23/2016 | $554.25 |
| 9/23/2016 | $849.75 |
| 9/23/2016 | $554.25 |
| 9/23/2016 | $554.25 |
| 9/23/2016 | $554.25 |
| 9/23/2016 | $406.50 |
| 9/23/2016 | $1,218.75 |
| 9/23/2016 | $849.75 |
| 9/23/2016 | $2,105.25 |
| 9/23/2016 | $1,478.00 |
| 9/23/2016 | $148.00 |
| 9/23/2016 | $768,355.00 |
| 9/23/2016 | $369.50 |
| 9/23/2016 | $406.25 |
| 9/23/2016 | $406.25 |
| 9/23/2016 | $443.25 |
| 9/23/2016 | $369.50 |
| 9/23/2016 | $480.25 |
| 9/23/2016 | $184.75 |
| 9/23/2016 | $443.25 |
| 9/23/2016 | $369.50 |
| 9/23/2016 | $184.75 |
| 9/23/2016 | $283.25 |
| 9/23/2016 | $184.75 |
| 9/23/2016 | $184.75 |
| 9/23/2016 | $184.75 |
| 9/23/2016 | $135.50 |
| 9/23/2016 | $406.25 |
| 9/23/2016 | $283.25 |
| 9/23/2016 | $701.75 |
| 10/3/2016 | $769,282.00 |
| 10/13/2016 | $769,688.00 |
| 10/24/2016 | $203.25 |
| 10/24/2016 | $1,773.00 |
| 10/24/2016 | $67.75 |
| 12/12/2016 | $2,955.00 |
| 12/12/2016 | $4,433.00 |

A-33

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|---|---|
| 12/20/2016 | $3,820.00 |
| 12/27/2016 | $6,492.00 |
| 1/4/2017 | $3,775.00 |
| 1/5/2017 | $6,501.00 |
| 1/5/2017 | $16,511.25 |
| 1/5/2017 | $2,167.00 |
| 1/5/2017 | $5,503.75 |
| 1/25/2017 | $271.50 |
| 1/25/2017 | $90.50 |
| 2/16/2017 | $849.75 |
| 2/16/2017 | $8,310.75 |
| 2/16/2017 | $849.75 |
| 2/16/2017 | $10,602.75 |
| 2/16/2017 | $554.25 |
| 2/16/2017 | $406.50 |
| 2/16/2017 | $849.75 |
| 2/16/2017 | $849.75 |
| 2/16/2017 | $283.25 |
| 2/16/2017 | $2,770.25 |
| 2/16/2017 | $283.25 |
| 2/16/2017 | $3,534.25 |
| 2/16/2017 | $184.75 |
| 2/16/2017 | $135.50 |
| 2/16/2017 | $283.25 |
| 2/16/2017 | $283.25 |
| 2/22/2017 | $1,404.00 |
| 2/22/2017 | $468.00 |
| 2/28/2017 | $923.25 |
| 2/28/2017 | $307.75 |
| 3/6/2017 | $154,790.00 |
| 3/6/2017 | $246,250.00 |
| 3/6/2017 | $246,250.00 |
| 3/6/2017 | $739.00 |
| 3/15/2017 | $2,604.00 |
| 3/15/2017 | $5,946.75 |
| 3/15/2017 | $27,333.75 |
| 3/15/2017 | $868.00 |
| 3/15/2017 | $1,982.25 |
| 3/15/2017 | $9,111.25 |
| 3/20/2017 | $2,432.00 |
| 3/20/2017 | $2,523.00 |
| 3/20/2017 | $2,476.00 |
| 3/27/2017 | $8,891.25 |

63377482 v1

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|---------------|
| 3/27/2017 | $2,963.75 |
| 4/10/2017 | $3,636.00 |
| 4/10/2017 | $1,212.00 |
| 4/14/2017 | $9,530.25 |
| 4/14/2017 | $739.00 |
| 4/14/2017 | $3,176.75 |
| 4/20/2017 | $739.00 |
| 4/24/2017 | $849.75 |
| 4/24/2017 | $849.75 |
| 4/24/2017 | $849.75 |
| 4/24/2017 | $849.75 |
| 4/24/2017 | $849.75 |
| 4/24/2017 | $849.75 |
| 4/24/2017 | $554.25 |
| 4/24/2017 | $849.75 |
| 4/24/2017 | $554.25 |
| 4/24/2017 | $283.25 |
| 4/24/2017 | $283.25 |
| 4/24/2017 | $283.25 |
| 4/24/2017 | $283.25 |
| 4/24/2017 | $283.25 |
| 4/24/2017 | $283.25 |
| 4/24/2017 | $184.75 |
| 4/24/2017 | $283.25 |
| 4/24/2017 | $184.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $1,108.50 |
| 4/28/2017 | $554.25 |
| 4/28/2017 | $203.25 |
| 4/28/2017 | $203.25 |
| 4/28/2017 | $203.25 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $554.25 |
| 4/28/2017 | $554.25 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |

63377482 v1

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $1,108.50 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $554.25 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $554.25 |
| 4/28/2017 | $554.25 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $554.25 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $849.75 |
| 4/28/2017 | $554.25 |
| 4/28/2017 | $4,433.00 |
| 4/28/2017 | $2,610.00 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $369.50 |
| 4/28/2017 | $184.75 |
| 4/28/2017 | $67.75 |
| 4/28/2017 | $67.75 |
| 4/28/2017 | $67.75 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $184.75 |
| 4/28/2017 | $184.75 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |

TRANSFERS TO ACTION TO BUILD CHANGES CORP.

| Date | Payment Amount |
|------|----------------|
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $369.50 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $184.75 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $184.75 |
| 4/28/2017 | $184.75 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $184.75 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $283.25 |
| 4/28/2017 | $184.75 |
| 5/2/2017 | $645,386.00 |

63377482 v1