# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO AMBASSADOR VETERANS SERVICES OF PUERTO RICO L.L.C.

| Date | Payment Amount |
|---|---|
| 6/30/2014 | $78,100.00 |
| 6/30/2014 | $365,933.00 |
| 8/11/2014 | $253,497.00 |
| 8/22/2014 | $77,100.00 |
| 9/8/2014 | $364,950.00 |
| 9/17/2014 | $75,800.00 |
| 10/10/2014 | $78,700.00 |
| 10/10/2014 | $364,395.00 |
| 11/10/2014 | $376,385.00 |
| 11/18/2014 | $77,900.00 |
| 12/11/2014 | $77,700.00 |
| 12/11/2014 | $369,069.00 |
| 1/9/2015 | $380,896.00 |
| 1/21/2015 | $77,200.00 |
| 2/5/2015 | $398,017.00 |
| 2/12/2015 | $74,400.00 |
| 3/5/2015 | $74,000.00 |
| 3/5/2015 | $367,567.00 |
| 3/6/2015 | $16,945.00 |
| 4/3/2015 | $3,395.00 |
| 4/9/2015 | $77,500.00 |
| 4/9/2015 | $424,111.00 |
| 4/22/2015 | $600.00 |
| 4/27/2015 | $14,490.00 |
| 4/27/2015 | $74,700.00 |
| 4/27/2015 | $398,325.00 |
| 5/26/2015 | $32,775.00 |
| 5/28/2015 | $410,123.00 |
| 5/28/2015 | $74,700.00 |
| 5/28/2015 | $90,100.00 |
| 6/29/2015 | $348,281.00 |
| 7/3/2015 | $1,887.00 |
| 7/9/2015 | $103,800.00 |
| 8/4/2015 | $507,939.00 |
| 9/14/2015 | $396,381.00 |
| 9/14/2015 | $79,600.00 |
| 9/25/2015 | $79,600.00 |
| 9/28/2015 | $400,088.00 |
| 10/28/2015 | $409,595.00 |
| 11/9/2015 | $81,000.00 |
| 12/1/2015 | $401,436.00 |
| 12/4/2015 | $13,405.00 |
| 12/18/2015 | $79,400.00 |
| 12/28/2015 | $436,056.00 |

# EXHIBIT A

## TRANSFERS TO AMBASSADOR VETERANS SERVICES OF PUERTO RICO L.L.C.

| Date | Payment Amount |
|---|---|
| 1/14/2016 | $72,076.00 |
| 1/28/2016 | $424,761.00 |
| 2/4/2016 | $79,200.00 |
| 2/4/2016 | $79,400.00 |
| 3/17/2016 | $76,000.00 |
| 3/22/2016 | $288,667.00 |
| 5/20/2016 | $79,700.00 |
| 6/3/2016 | $397,997.00 |
| 6/30/2016 | $81,700.00 |
| 7/1/2016 | $335,347.00 |
| 7/1/2016 | $192,490.00 |
| 7/29/2016 | $399,996.00 |
| 7/29/2016 | $1,100.00 |
| 7/29/2016 | $73,900.00 |
| 7/29/2016 | $300.00 |
| 8/22/2016 | $9,352.00 |
| 8/29/2016 | $74,100.00 |
| 8/30/2016 | $399,996.00 |
| 9/13/2016 | $9,779.00 |
| 10/5/2016 | $390,678.00 |
| 10/14/2016 | $76,600.00 |
| 10/28/2016 | $399,996.00 |
| 10/28/2016 | $75,500.00 |
| 12/2/2016 | $385,922.00 |
| 12/2/2016 | $60,495.00 |
| 12/14/2016 | $13,608.00 |
| 12/29/2016 | $73,900.00 |
| 1/5/2017 | $12,222.00 |
| 1/13/2017 | $386,387.00 |
| 1/26/2017 | $399,997.00 |
| 1/26/2017 | $74,100.00 |
| 2/3/2017 | $23,670.00 |
| 2/21/2017 | $3,030.00 |
| 2/27/2017 | $399,997.00 |
| 2/27/2017 | $49,089.00 |
| 3/31/2017 | $18,533.00 |
| 3/31/2017 | $399,307.00 |
| 3/31/2017 | $10,475.00 |
| 3/31/2017 | $75,800.00 |
| 4/28/2017 | $399,997.00 |
| 4/28/2017 | $77,600.00 |