# EXHIBIT A

EXHIBIT A

TRANSFERS TO TALLER DE DESARROLLO INFANTIL Y PRESCOLAR CHIQUIRIMUNDI INC.

| Date | Payment Amount |
|---|---|
| 5/24/2013 | $400,122.00 |
| 6/19/2013 | $438,603.00 |
| 7/30/2013 | $304,161.00 |
| 11/29/2013 | $413,249.00 |
| 12/12/2013 | $276,822.00 |
| 12/24/2013 | $522,593.00 |
| 2/6/2014 | $379,834.00 |
| 2/26/2014 | $268,217.00 |
| 3/18/2014 | $272,549.00 |
| 4/16/2014 | $469,304.00 |
| 6/12/2014 | $507,050.00 |
| 6/19/2014 | $343,914.00 |
| 7/11/2014 | $116,776.00 |
| 8/1/2014 | $293,813.00 |
| 9/9/2014 | $52,838.00 |
| 11/5/2014 | $191,845.00 |
| 12/9/2014 | $466,772.00 |
| 1/12/2015 | $491,077.00 |
| 2/17/2015 | $351,086.00 |
| 3/19/2015 | $291,284.00 |
| 3/31/2015 | $328,045.00 |
| 5/13/2015 | $460,573.00 |
| 7/20/2015 | $7,866.00 |
| 7/21/2015 | $484,515.00 |
| 7/29/2015 | $26,681.00 |
| 8/19/2015 | $462,173.00 |
| 9/4/2015 | $272,499.00 |
| 10/26/2015 | $27,346.00 |
| 11/27/2015 | $305,095.00 |
| 12/29/2015 | $523,827.00 |
| 1/26/2016 | $513,005.00 |
| 3/21/2016 | $290,067.00 |
| 3/21/2016 | $404,708.00 |
| 5/12/2016 | $343,055.00 |
| 7/13/2016 | $92,093.00 |
| 7/13/2016 | $394,000.00 |
| 7/26/2016 | $357,796.00 |
| 8/4/2016 | $526,250.00 |
| 10/3/2016 | $236,389.00 |
| 10/3/2016 | $163,851.00 |
| 10/11/2016 | $42,895.00 |
| 11/10/2016 | $348,542.00 |
| 11/28/2016 | $445,039.00 |
| 12/30/2016 | $459,645.00 |
| 2/2/2017 | $401,467.00 |
| 2/24/2017 | $248,986.00 |

EXHIBIT A

TRANSFERS TO TALLER DE DESARROLLO INFANTIL Y PRESCOLAR CHIQUIRIMUNDI INC.

| Date | Payment Amount |
|---|---|
| 4/12/2017 | $306,404.00 |
| 4/28/2017 | $357,811.00 |