# EXHIBIT A

EXHIBIT A

TRANSFERS TO TEC CONTRACTORS, LLC

| Date | Payment Amount |
|---|---|
| 10/16/2015 | $289,955.00 |
| 11/12/2015 | $224,235.00 |
| 11/25/2015 | $173,655.00 |
| 2/19/2016 | $126,833.00 |
| 3/16/2016 | $182,030.00 |
| 3/16/2016 | $126,122.00 |
| 6/15/2016 | $294,881.00 |
| 8/2/2016 | $107,829.00 |
| 8/12/2016 | $96,686.00 |
| 8/12/2016 | $157,475.00 |
| 9/20/2016 | $46,186.00 |
| 9/21/2016 | $114,004.00 |
| 9/21/2016 | $18,847.00 |
| 10/26/2016 | $279,235.00 |
| 2/28/2017 | $176,127.00 |
| 2/28/2017 | $449,692.00 |
| 2/28/2017 | $201,319.00 |
| 4/19/2017 | $5,950.00 |
| 4/21/2017 | $180,934.00 |
| 4/21/2017 | $262,465.00 |