# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO CARIBE GROLIER, INC.

| Date | Payment Amount |
|---|---|
| 9/12/2013 | $171,600.00 |
| 9/12/2013 | $308,000.00 |
| 10/22/2013 | $6,900.00 |
| 10/22/2013 | $212,630.00 |
| 10/25/2013 | $215,730.00 |
| 10/30/2013 | $205,259.00 |
| 11/26/2013 | $192,812.00 |
| 1/15/2014 | $20,000.00 |
| 1/15/2014 | $59,100.00 |
| 1/15/2014 | $262,345.00 |
| 7/15/2014 | $83,088.00 |
| 7/23/2014 | $132,782.00 |
| 8/1/2014 | $778,524.00 |
| 8/13/2014 | $236,033.00 |
| 9/10/2014 | $348,739.00 |
| 9/29/2014 | $236,032.00 |
| 10/3/2014 | $544,465.00 |
| 10/24/2014 | $119,894.00 |
| 10/24/2014 | $348,739.00 |
| 10/24/2014 | $778,524.00 |
| 12/4/2014 | $8,500.00 |
| 12/19/2014 | $2,610.00 |
| 12/19/2014 | $1,281.00 |
| 1/21/2015 | $195,587.00 |
| 1/21/2015 | $235,376.00 |
| 2/12/2015 | $108,000.00 |
| 2/20/2015 | $244,224.00 |
| 2/20/2015 | $707,605.00 |
| 6/2/2015 | $70,919.00 |
| 11/5/2015 | $23,000.00 |
| 12/22/2015 | $235,376.00 |
| 12/22/2015 | $235,376.00 |
| 1/12/2016 | $157,839.00 |
| 1/12/2016 | $235,376.00 |
| 5/25/2016 | $157,839.00 |
| 7/13/2016 | $2,955.00 |
| 9/20/2016 | $157,839.00 |
| 10/11/2016 | $157,839.00 |
| 3/6/2017 | $122,616.00 |
| 3/6/2017 | $246,250.00 |
| 3/6/2017 | $246,250.00 |
| 3/17/2017 | $625,350.00 |
| 3/17/2017 | $142,519.00 |
| 3/21/2017 | $60,147.00 |
| 3/21/2017 | $246,250.00 |
| 3/21/2017 | $246,250.00 |

EXHIBIT A

TRANSFERS TO CARIBE GROLIER, INC.

| Date | Payment Amount |
|---|---|
| 3/30/2017 | $124,162.00 |
| 4/18/2017 | $142,519.00 |