# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO ACADEMIA CEIP

| Date | Payment Amount |
|---|---|
| 5/7/2013 | $2,790.00 |
| 5/21/2013 | $2,700.00 |
| 5/21/2013 | $2,790.00 |
| 5/21/2013 | $2,820.00 |
| 5/21/2013 | $3,060.00 |
| 5/21/2013 | $3,060.00 |
| 5/21/2013 | $3,060.00 |
| 5/21/2013 | $3,060.00 |
| 5/21/2013 | $3,060.00 |
| 5/21/2013 | $3,060.00 |
| 5/21/2013 | $3,060.00 |
| 5/21/2013 | $3,180.00 |
| 5/21/2013 | $3,180.00 |
| 5/21/2013 | $3,180.00 |
| 5/21/2013 | $3,300.00 |
| 5/21/2013 | $3,300.00 |
| 5/21/2013 | $3,300.00 |
| 5/21/2013 | $3,540.00 |
| 5/21/2013 | $3,540.00 |
| 5/21/2013 | $3,600.00 |
| 5/21/2013 | $3,660.00 |
| 5/21/2013 | $3,660.00 |
| 5/21/2013 | $3,710.00 |
| 5/21/2013 | $3,780.00 |
| 5/21/2013 | $3,820.00 |
| 5/21/2013 | $3,860.00 |
| 5/21/2013 | $3,980.00 |
| 5/21/2013 | $4,380.00 |
| 5/21/2013 | $5,200.00 |
| 5/21/2013 | $8,760.00 |
| 5/22/2013 | $4,220.00 |
| 5/24/2013 | $2,700.00 |
| 5/24/2013 | $2,790.00 |
| 5/24/2013 | $2,820.00 |
| 5/24/2013 | $3,060.00 |
| 5/24/2013 | $3,060.00 |
| 5/24/2013 | $3,060.00 |
| 5/24/2013 | $3,180.00 |
| 5/24/2013 | $3,300.00 |
| 5/24/2013 | $3,300.00 |
| 5/24/2013 | $3,540.00 |
| 5/24/2013 | $3,540.00 |
| 5/24/2013 | $3,600.00 |
| 5/24/2013 | $3,660.00 |

# EXHIBIT A

## TRANSFERS TO ACADEMIA CEIP

| Date | Payment Amount |
|---|---|
| 5/24/2013 | $3,710.00 |
| 5/24/2013 | $3,780.00 |
| 5/24/2013 | $3,820.00 |
| 5/24/2013 | $3,860.00 |
| 5/24/2013 | $3,980.00 |
| 5/24/2013 | $4,220.00 |
| 5/24/2013 | $4,380.00 |
| 6/4/2013 | $3,660.00 |
| 6/26/2013 | $2,700.00 |
| 6/26/2013 | $2,820.00 |
| 6/26/2013 | $2,940.00 |
| 6/26/2013 | $3,060.00 |
| 6/26/2013 | $3,060.00 |
| 6/26/2013 | $3,060.00 |
| 6/26/2013 | $3,060.00 |
| 6/26/2013 | $3,060.00 |
| 6/26/2013 | $3,180.00 |
| 6/26/2013 | $3,300.00 |
| 6/26/2013 | $3,300.00 |
| 6/26/2013 | $3,540.00 |
| 6/26/2013 | $3,540.00 |
| 6/26/2013 | $3,600.00 |
| 6/26/2013 | $3,660.00 |
| 6/26/2013 | $3,660.00 |
| 6/26/2013 | $3,710.00 |
| 6/26/2013 | $3,780.00 |
| 6/26/2013 | $3,820.00 |
| 6/26/2013 | $3,860.00 |
| 6/26/2013 | $4,220.00 |
| 6/26/2013 | $4,380.00 |
| 6/26/2013 | $4,380.00 |
| 6/27/2013 | $3,980.00 |
| 7/31/2013 | $1,000.00 |
| 10/4/2013 | $2,250.00 |
| 10/4/2013 | $2,910.00 |
| 10/4/2013 | $3,820.00 |
| 10/16/2013 | $2,720.00 |
| 10/16/2013 | $2,730.00 |
| 10/16/2013 | $2,820.00 |
| 10/16/2013 | $2,820.00 |
| 10/16/2013 | $2,820.00 |
| 10/16/2013 | $2,820.00 |
| 10/16/2013 | $2,910.00 |

# EXHIBIT A

## TRANSFERS TO ACADEMIA CEIP

| Date | Payment Amount |
|---|---|
| 10/16/2013 | $3,060.00 |
| 10/16/2013 | $3,180.00 |
| 10/16/2013 | $3,180.00 |
| 10/16/2013 | $3,270.00 |
| 10/16/2013 | $3,270.00 |
| 10/16/2013 | $3,300.00 |
| 10/16/2013 | $3,360.00 |
| 10/16/2013 | $3,390.00 |
| 10/16/2013 | $3,420.00 |
| 10/16/2013 | $3,810.00 |
| 10/16/2013 | $3,810.00 |
| 10/23/2013 | $4,760.00 |
| 10/23/2013 | $4,880.00 |
| 10/23/2013 | $4,960.00 |
| 10/23/2013 | $5,000.00 |
| 10/23/2013 | $5,120.00 |
| 10/23/2013 | $5,120.00 |
| 10/23/2013 | $5,160.00 |
| 10/23/2013 | $5,200.00 |
| 10/23/2013 | $5,320.00 |
| 10/23/2013 | $5,320.00 |
| 10/23/2013 | $5,320.00 |
| 10/23/2013 | $5,480.00 |
| 10/23/2013 | $5,520.00 |
| 10/23/2013 | $5,640.00 |
| 10/23/2013 | $5,660.00 |
| 10/23/2013 | $5,680.00 |
| 10/23/2013 | $5,680.00 |
| 10/23/2013 | $5,700.00 |
| 10/23/2013 | $5,740.00 |
| 10/23/2013 | $5,800.00 |
| 10/23/2013 | $5,840.00 |
| 10/23/2013 | $6,320.00 |
| 10/23/2013 | $6,400.00 |
| 10/23/2013 | $6,520.00 |
| 11/19/2013 | $3,960.00 |
| 11/19/2013 | $4,160.00 |
| 11/19/2013 | $4,160.00 |
| 11/19/2013 | $4,240.00 |
| 11/19/2013 | $4,320.00 |
| 11/19/2013 | $4,360.00 |
| 11/19/2013 | $4,400.00 |
| 11/19/2013 | $4,400.00 |

# EXHIBIT A
## TRANSFERS TO ACADEMIA CEIP

| Date | Payment Amount |
|---|---|
| 11/19/2013 | $4,400.00 |
| 11/19/2013 | $4,440.00 |
| 11/19/2013 | $4,480.00 |
| 11/19/2013 | $4,640.00 |
| 11/19/2013 | $4,680.00 |
| 11/19/2013 | $4,720.00 |
| 11/19/2013 | $4,760.00 |
| 11/19/2013 | $4,800.00 |
| 11/19/2013 | $4,800.00 |
| 11/19/2013 | $4,920.00 |
| 11/19/2013 | $5,040.00 |
| 11/19/2013 | $5,360.00 |
| 11/19/2013 | $5,460.00 |
| 11/19/2013 | $5,480.00 |
| 11/19/2013 | $5,560.00 |
| 11/19/2013 | $6,520.00 |
| 12/11/2013 | $4,120.00 |
| 12/11/2013 | $5,000.00 |
| 12/11/2013 | $5,760.00 |
| 1/13/2014 | $3,940.00 |
| 1/13/2014 | $4,000.00 |
| 1/13/2014 | $4,100.00 |
| 1/13/2014 | $4,180.00 |
| 1/13/2014 | $4,200.00 |
| 1/13/2014 | $4,260.00 |
| 1/13/2014 | $4,300.00 |
| 1/13/2014 | $4,460.00 |
| 1/13/2014 | $4,540.00 |
| 1/13/2014 | $4,540.00 |
| 1/13/2014 | $4,620.00 |
| 1/13/2014 | $4,700.00 |
| 1/13/2014 | $4,760.00 |
| 1/13/2014 | $4,860.00 |
| 1/13/2014 | $4,920.00 |
| 1/13/2014 | $4,960.00 |
| 1/13/2014 | $4,960.00 |
| 1/13/2014 | $5,000.00 |
| 1/13/2014 | $5,040.00 |
| 1/13/2014 | $5,080.00 |
| 1/13/2014 | $5,080.00 |
| 1/13/2014 | $5,140.00 |
| 1/13/2014 | $5,160.00 |
| 1/13/2014 | $5,200.00 |

# EXHIBIT A

## TRANSFERS TO ACADEMIA CEIP

| Date | Payment Amount |
|---|---|
| 1/13/2014 | $5,300.00 |
| 1/13/2014 | $5,440.00 |
| 1/13/2014 | $5,600.00 |
| 1/13/2014 | $5,800.00 |
| 1/13/2014 | $5,920.00 |
| 1/13/2014 | $6,240.00 |
| 1/15/2014 | $4,640.00 |
| 3/13/2014 | $115,010.00 |
| 3/20/2014 | $119,040.00 |
| 4/8/2014 | $5,240.00 |
| 4/8/2014 | $134,390.00 |
| 5/12/2014 | $139,910.00 |
| 7/7/2014 | $138,115.00 |
| 7/9/2014 | $140,440.00 |
| 8/26/2014 | $142,540.00 |
| 9/30/2014 | $141,270.00 |
| 11/7/2014 | $107,440.00 |
| 12/17/2014 | $167,557.00 |
| 12/17/2014 | $190,763.00 |
| 1/20/2015 | $176,596.00 |
| 2/17/2015 | $165,974.00 |
| 3/16/2015 | $164,498.00 |
| 6/3/2015 | $155,381.00 |
| 6/12/2015 | $171,013.00 |
| 7/27/2015 | $177,239.00 |
| 9/9/2015 | $179,657.00 |
| 10/5/2015 | $184,475.00 |
| 10/22/2015 | $180,087.00 |
| 12/29/2015 | $216,075.00 |
| 1/14/2016 | $148,706.00 |
| 1/15/2016 | $13,277.00 |
| 1/15/2016 | $187,780.00 |
| 1/25/2016 | $190,095.00 |
| 3/24/2016 | $185,007.00 |
| 4/26/2016 | $187,224.00 |
| 5/19/2016 | $200,409.00 |
| 5/19/2016 | $165,462.00 |
| 8/4/2016 | $15,462.00 |
| 8/4/2016 | $6,453.00 |
| 8/4/2016 | $5,760.00 |
| 8/4/2016 | $216,141.00 |
| 8/4/2016 | $5,661.00 |
| 8/4/2016 | $6,039.00 |

EXHIBIT A

TRANSFERS TO ACADEMIA CEIP

| Date | Payment Amount |
|---|---|
| 8/4/2016 | $4,842.00 |
| 8/8/2016 | $10,062.00 |
| 9/1/2016 | $210,426.00 |
| 10/4/2016 | $205,158.00 |
| 10/4/2016 | $213,183.00 |
| 10/4/2016 | $167,859.00 |
| 11/30/2016 | $239,474.00 |
| 1/18/2017 | $210,044.00 |
| 3/14/2017 | $219,936.00 |
| 3/14/2017 | $224,736.00 |
| 3/14/2017 | $11,184.00 |