# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO CENTRO DE DESARROLLO ACADEMICO, INC.

| Date | Payment Amount |
|---|---|
| 6/17/2013 | $314,749.00 |
| 6/17/2013 | $1,916,884.00 |
| 6/18/2013 | $1,909,836.00 |
| 7/3/2013 | $1,910,253.00 |
| 7/15/2013 | $301,448.00 |
| 7/16/2013 | $41,716.00 |
| 8/21/2013 | $8,339.00 |
| 8/21/2014 | $19,742.00 |
| 11/6/2014 | $54,660.00 |
| 9/28/2016 | $908,492.00 |
| 9/28/2016 | $908,597.00 |
| 10/26/2016 | $873,701.00 |
| 3/23/2017 | $152,572.00 |
| 3/23/2017 | $246,250.00 |
| 3/23/2017 | $246,250.00 |
| 3/23/2017 | $246,250.00 |
| 4/14/2017 | $301,012.00 |
| 4/14/2017 | $500,000.00 |
| 4/28/2017 | $943,465.00 |