# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO CLINICA DE TERAPIAS PEDIATRICAS, INC.

| Date | Payment Amount |
|---|---|
| 5/8/2013 | $5,652.00 |
| 5/8/2013 | $114,762.00 |
| 5/17/2013 | $17,295.00 |
| 5/17/2013 | $190,996.00 |
| 6/7/2013 | $7,089.00 |
| 6/7/2013 | $85,107.00 |
| 6/7/2013 | $364,422.00 |
| 6/21/2013 | $16,005.00 |
| 6/21/2013 | $156,353.00 |
| 7/11/2013 | $112,792.00 |
| 7/18/2013 | $72,029.00 |
| 7/18/2013 | $351,438.00 |
| 8/6/2013 | $12,195.00 |
| 8/6/2013 | $68,334.00 |
| 8/6/2013 | $120,890.00 |
| 8/6/2013 | $126,122.00 |
| 8/6/2013 | $414,734.00 |
| 8/13/2013 | $341,268.00 |
| 8/21/2013 | $11,136.00 |
| 8/21/2013 | $66,042.00 |
| 8/21/2013 | $129,483.00 |
| 8/23/2013 | $109,953.00 |
| 9/10/2013 | $46,988.00 |
| 9/17/2013 | $121,926.00 |
| 9/20/2013 | $7,365.00 |
| 9/20/2013 | $14,049.00 |
| 9/20/2013 | $14,055.00 |
| 9/20/2013 | $16,709.00 |
| 9/20/2013 | $17,418.00 |
| 9/20/2013 | $17,592.00 |
| 9/20/2013 | $35,199.00 |
| 9/20/2013 | $36,554.00 |
| 9/20/2013 | $47,775.00 |
| 9/20/2013 | $51,579.00 |
| 9/20/2013 | $51,711.00 |
| 9/20/2013 | $63,880.00 |
| 9/20/2013 | $67,408.00 |
| 9/20/2013 | $71,702.00 |
| 9/20/2013 | $76,002.00 |
| 9/20/2013 | $77,587.00 |
| 9/20/2013 | $83,111.00 |
| 9/20/2013 | $146,079.00 |
| 9/20/2013 | $147,935.00 |
| 9/20/2013 | $158,328.00 |
| 9/20/2013 | $180,019.00 |
| 9/26/2013 | $17,099.00 |

# EXHIBIT A
## TRANSFERS TO CLINICA DE TERAPIAS PEDIATRICAS, INC.

| Date | Payment Amount |
|---|---|
| 9/26/2013 | $1,530.00 |
| 9/26/2013 | $1,561.00 |
| 9/27/2013 | $5,336.00 |
| 10/16/2013 | $16,437.00 |
| 10/24/2013 | $19,719.00 |
| 10/24/2013 | $1,850.00 |
| 11/4/2013 | $15,971.00 |
| 11/4/2013 | $1,828.00 |
| 11/6/2013 | $3,809.00 |
| 11/6/2013 | $8,280.00 |
| 11/6/2013 | $806.00 |
| 11/12/2013 | $5,334.00 |
| 12/16/2013 | $62,746.00 |
| 12/20/2013 | $5,964.00 |
| 12/20/2013 | $121,744.00 |
| 12/20/2013 | $237,717.00 |
| 12/23/2013 | $100,567.00 |
| 1/15/2014 | $2,108.00 |
| 1/15/2014 | $6,079.00 |
| 1/15/2014 | $43,896.00 |
| 1/15/2014 | $52,494.00 |
| 1/15/2014 | $57,450.00 |
| 1/15/2014 | $76,843.00 |
| 1/15/2014 | $123,451.00 |
| 1/15/2014 | $175,398.00 |
| 1/15/2014 | $320,636.00 |
| 1/15/2014 | $396,520.00 |
| 1/15/2014 | $1,430.00 |
| 1/15/2014 | $1,923.00 |
| 1/23/2014 | $71,396.00 |
| 1/29/2014 | $99,129.00 |
| 1/31/2014 | $303,183.00 |
| 2/18/2014 | $57,116.00 |
| 2/20/2014 | $7,297.00 |
| 2/20/2014 | $93,126.00 |
| 2/26/2014 | $8,534.00 |
| 2/26/2014 | $44,455.00 |
| 2/26/2014 | $224,019.00 |
| 3/3/2014 | $75,433.00 |
| 3/17/2014 | $227,844.00 |
| 4/1/2014 | $5,125.00 |
| 4/3/2014 | $70,658.00 |
| 4/9/2014 | $45,538.00 |
| 4/9/2014 | $167,957.00 |
| 4/9/2014 | $209,916.00 |
| 4/14/2014 | $2,450.00 |

EXHIBIT A

TRANSFERS TO CLINICA DE TERAPIAS PEDIATRICAS, INC.

| Date | Payment Amount |
|---|---|
| 4/14/2014 | $56,893.00 |
| 4/14/2014 | $66,846.00 |
| 4/14/2014 | $1,905.00 |
| 4/17/2014 | $7,349.00 |
| 4/23/2014 | $130,215.00 |
| 5/7/2014 | $120,336.00 |
| 5/8/2014 | $108,979.00 |
| 5/14/2014 | $348,725.00 |
| 5/20/2014 | $2,002.00 |
| 5/23/2014 | $52,986.00 |
| 5/29/2014 | $1,682.00 |
| 5/30/2014 | $165,568.00 |
| 6/13/2014 | $5,828.00 |
| 6/13/2014 | $112,583.00 |
| 6/19/2014 | $3,968.00 |
| 6/19/2014 | $72,466.00 |
| 6/23/2014 | $120,730.00 |
| 6/25/2014 | $9,030.00 |
| 7/1/2014 | $384,967.00 |
| 7/16/2014 | $5,914.00 |
| 7/16/2014 | $356,667.00 |
| 7/21/2014 | $69,036.00 |
| 7/21/2014 | $114,637.00 |
| 7/21/2014 | $174,558.00 |
| 8/11/2014 | $7,448.00 |
| 8/11/2014 | $57,422.00 |
| 8/11/2014 | $75,744.00 |
| 8/15/2014 | $65,235.00 |
| 8/15/2014 | $171,052.00 |
| 8/15/2014 | $343,659.00 |
| 9/3/2014 | $53,323.00 |
| 9/3/2014 | $146,435.00 |
| 9/12/2014 | $3,583.00 |
| 9/12/2014 | $5,384.00 |
| 9/12/2014 | $110,752.00 |
| 9/18/2014 | $57,805.00 |
| 9/24/2014 | $119,761.00 |
| 10/15/2014 | $107,199.00 |
| 10/17/2014 | $5,208.00 |
| 10/17/2014 | $97,927.00 |
| 10/22/2014 | $3,261.00 |
| 11/7/2014 | $27,931.00 |
| 11/12/2014 | $4,197.00 |
| 12/23/2014 | $37,261.00 |
| 1/8/2015 | $2,125.00 |
| 1/8/2015 | $37,976.00 |

EXHIBIT A

TRANSFERS TO CLINICA DE TERAPIAS PEDIATRICAS, INC.

| Date | Payment Amount |
|---|---|
| 1/8/2015 | $48,013.00 |
| 1/8/2015 | $63,758.00 |
| 1/8/2015 | $215,782.00 |
| 1/21/2015 | $95,616.00 |
| 1/21/2015 | $104,987.00 |
| 1/21/2015 | $158,188.00 |
| 1/21/2015 | $1,336.00 |
| 2/4/2015 | $17,843.00 |
| 2/13/2015 | $62,305.00 |
| 2/13/2015 | $345,003.00 |
| 2/13/2015 | $366,615.00 |
| 2/18/2015 | $4,110.00 |
| 2/18/2015 | $61,415.00 |
| 2/18/2015 | $75,462.00 |
| 2/18/2015 | $98,407.00 |
| 2/18/2015 | $282,830.00 |
| 2/24/2015 | $2,271.00 |
| 2/24/2015 | $48,507.00 |
| 2/24/2015 | $75,078.00 |
| 2/24/2015 | $172,154.00 |
| 3/3/2015 | $3,064.00 |
| 3/3/2015 | $5,033.00 |
| 3/3/2015 | $82,432.00 |
| 3/13/2015 | $4,300.00 |
| 3/13/2015 | $69,318.00 |
| 3/18/2015 | $66,441.00 |
| 3/18/2015 | $124,803.00 |
| 3/23/2015 | $43,528.00 |
| 3/23/2015 | $233,118.00 |
| 4/17/2015 | $2,074.00 |
| 4/17/2015 | $3,722.00 |
| 4/17/2015 | $61,272.00 |
| 4/20/2015 | $1,801.00 |
| 4/24/2015 | $45,980.00 |
| 4/28/2015 | $63,162.00 |
| 5/8/2015 | $233,968.00 |
| 5/13/2015 | $2,846.00 |
| 5/13/2015 | $57,045.00 |
| 5/19/2015 | $118,675.00 |
| 5/19/2015 | $1,549.00 |
| 5/26/2015 | $109,524.00 |
| 6/16/2015 | $87,943.00 |
| 7/2/2015 | $338,074.00 |
| 7/13/2015 | $64,972.00 |
| 7/24/2015 | $366,883.00 |
| 8/12/2015 | $94,367.00 |

EXHIBIT A

TRANSFERS TO CLINICA DE TERAPIAS PEDIATRICAS, INC.

| Date | Payment Amount |
|---|---|
| 8/12/2015 | $163,573.00 |
| 8/14/2015 | $167,986.00 |
| 8/31/2015 | $330,763.00 |
| 8/31/2015 | $68,863.00 |
| 9/2/2015 | $92,874.00 |
| 9/9/2015 | $89,217.00 |
| 9/9/2015 | $14,972.00 |
| 9/14/2015 | $100,340.00 |
| 9/14/2015 | $175,707.00 |
| 9/24/2015 | $87,992.00 |
| 10/6/2015 | $63,711.00 |
| 10/9/2015 | $68,451.00 |
| 10/9/2015 | $299,717.00 |
| 10/15/2015 | $17,951.00 |
| 10/20/2015 | $37,073.00 |
| 10/29/2015 | $131,570.00 |
| 10/29/2015 | $43,666.00 |
| 11/2/2015 | $7,992.00 |
| 11/3/2015 | $33,728.00 |
| 11/3/2015 | $3,484.00 |
| 11/3/2015 | $33,620.00 |
| 11/6/2015 | $1,955.00 |
| 11/6/2015 | $753.00 |
| 11/6/2015 | $32,077.00 |
| 11/27/2015 | $30,960.00 |
| 12/15/2015 | $86,979.00 |
| 12/18/2015 | $50,872.00 |
| 12/23/2015 | $35,419.00 |
| 12/23/2015 | $183,842.00 |
| 1/8/2016 | $69,433.00 |
| 1/8/2016 | $5,373.00 |
| 1/8/2016 | $332,816.00 |
| 1/8/2016 | $69,569.00 |
| 1/8/2016 | $94,783.00 |
| 1/8/2016 | $2,158.00 |
| 1/8/2016 | $36,128.00 |
| 1/29/2016 | $5,629.00 |
| 1/29/2016 | $69,415.00 |
| 1/29/2016 | $334,183.00 |
| 1/29/2016 | $153,013.00 |
| 1/29/2016 | $99,958.00 |
| 1/29/2016 | $155,813.00 |
| 2/16/2016 | $27,096.00 |
| 3/21/2016 | $83,648.00 |
| 3/21/2016 | $4,181.00 |
| 3/21/2016 | $57,520.00 |

EXHIBIT A

TRANSFERS TO CLINICA DE TERAPIAS PEDIATRICAS, INC.

| Date | Payment Amount |
|---|---|
| 3/21/2016 | $270,900.00 |
| 3/21/2016 | $125,827.00 |
| 3/24/2016 | $48,745.00 |
| 3/24/2016 | $213,165.00 |
| 3/24/2016 | $3,710.00 |
| 3/24/2016 | $47,175.00 |
| 3/24/2016 | $105,320.00 |
| 4/11/2016 | $68,704.00 |
| 4/13/2016 | $60,850.00 |
| 5/9/2016 | $68,314.00 |
| 5/9/2016 | $102,799.00 |
| 5/9/2016 | $65,162.00 |
| 5/9/2016 | $3,290.00 |
| 5/13/2016 | $43,373.00 |
| 5/13/2016 | $224,936.00 |
| 5/13/2016 | $52,360.00 |
| 5/17/2016 | $329,086.00 |
| 5/17/2016 | $151,588.00 |
| 5/17/2016 | $82,903.00 |
| 5/17/2016 | $78,712.00 |
| 5/18/2016 | $100,975.00 |
| 6/21/2016 | $89,070.00 |
| 6/28/2016 | $104,300.00 |
| 7/8/2016 | $68,576.00 |
| 7/8/2016 | $8,728.00 |
| 8/3/2016 | $110,980.00 |
| 8/3/2016 | $89,950.00 |
| 8/9/2016 | $86,256.00 |
| 8/9/2016 | $235,202.00 |
| 8/9/2016 | $345,850.00 |
| 8/16/2016 | $157,347.00 |
| 9/19/2016 | $48,765.00 |
| 9/26/2016 | $9,465.00 |
| 10/6/2016 | $45,746.00 |
| 10/6/2016 | $81,011.00 |
| 10/6/2016 | $82,928.00 |
| 10/6/2016 | $109,500.00 |
| 10/6/2016 | $230,471.00 |
| 10/6/2016 | $64,628.00 |
| 10/7/2016 | $158,798.00 |
| 10/17/2016 | $1,924.00 |
| 10/17/2016 | $31,864.00 |
| 10/20/2016 | $15,297.00 |
| 11/15/2016 | $60,591.00 |
| 11/22/2016 | $95,390.00 |
| 11/29/2016 | $47,366.00 |

EXHIBIT A

TRANSFERS TO CLINICA DE TERAPIAS PEDIATRICAS, INC.

| Date | Payment Amount |
|---|---|
| 11/29/2016 | $36,139.00 |
| 12/6/2016 | $197,914.00 |
| 12/6/2016 | $47,858.00 |
| 12/22/2016 | $212,370.00 |
| 12/23/2016 | $73,406.00 |
| 1/11/2017 | $142,333.00 |
| 1/11/2017 | $294,345.00 |
| 1/11/2017 | $85,596.00 |
| 2/8/2017 | $81,816.00 |
| 2/14/2017 | $5,782.00 |
| 2/14/2017 | $69,512.00 |
| 2/14/2017 | $387,599.00 |
| 2/21/2017 | $139,563.00 |
| 2/28/2017 | $91,924.00 |
| 3/7/2017 | $275,450.00 |
| 3/7/2017 | $83,928.00 |
| 3/23/2017 | $55,120.00 |
| 3/28/2017 | $156,754.00 |
| 4/3/2017 | $51,398.00 |
| 4/25/2017 | $314,242.00 |