# EXHIBIT A

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|---|---|
| 5/17/2013 | $2,535.00 |
| 5/17/2013 | $3,300.00 |
| 5/17/2013 | $3,300.00 |
| 5/17/2013 | $3,900.00 |
| 5/17/2013 | $3,900.00 |
| 5/17/2013 | $5,600.00 |
| 5/17/2013 | $1,560.00 |
| 5/28/2013 | $2,340.00 |
| 5/28/2013 | $3,900.00 |
| 5/28/2013 | $5,600.00 |
| 5/28/2013 | $1,650.00 |
| 5/28/2013 | $1,800.00 |
| 5/30/2013 | $3,360.00 |
| 5/30/2013 | $520.00 |
| 5/30/2013 | $1,980.00 |
| 6/20/2013 | $3,360.00 |
| 6/20/2013 | $69,770.00 |
| 7/25/2013 | $501,967.00 |
| 8/2/2013 | $134,620.00 |
| 8/2/2013 | $137,466.00 |
| 8/21/2013 | $30,390.00 |
| 8/21/2013 | $142,316.00 |
| 9/18/2013 | $16,666.00 |
| 10/9/2013 | $92,955.00 |
| 10/18/2013 | $2,800.00 |
| 10/18/2013 | $3,640.00 |
| 10/18/2013 | $3,900.00 |
| 10/18/2013 | $3,900.00 |
| 10/18/2013 | $8,960.00 |
| 10/21/2013 | $3,300.00 |
| 10/21/2013 | $3,465.00 |
| 10/21/2013 | $3,600.00 |
| 10/21/2013 | $375.00 |
| 10/21/2013 | $7,000.00 |
| 10/21/2013 | $9,750.00 |
| 10/21/2013 | $14,000.00 |
| 10/21/2013 | $15,000.00 |
| 10/21/2013 | $549,148.00 |
| 10/22/2013 | $3,600.00 |
| 10/22/2013 | $3,900.00 |
| 10/22/2013 | $1,365.00 |
| 10/22/2013 | $1,650.00 |
| 10/23/2013 | $17,287.00 |
| 10/30/2013 | $2,463.00 |
| 10/30/2013 | $4,500.00 |
| 10/30/2013 | $273,001.00 |

## TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|---------------|
| 11/4/2013 | $55,125.00 |
| 11/4/2013 | $179,039.00 |
| 11/6/2013 | $75,870.00 |
| 11/27/2013 | $38,337.00 |
| 11/27/2013 | $93,333.00 |
| 11/29/2013 | $239,660.00 |
| 12/20/2013 | $174,657.00 |
| 1/3/2014 | $9,850.00 |
| 1/3/2014 | $1,000,000.00 |
| 1/3/2014 | $1,127,399.00 |
| 2/20/2014 | $421,365.00 |
| 2/21/2014 | $725,334.00 |
| 4/10/2014 | $734,966.00 |
| 4/11/2014 | $773,367.00 |
| 4/16/2014 | $120,170.00 |
| 4/28/2014 | $13,710.00 |
| 4/28/2014 | $13,710.00 |
| 4/28/2014 | $13,710.00 |
| 4/28/2014 | $47,985.00 |
| 4/30/2014 | $2,285.00 |
| 4/30/2014 | $6,855.00 |
| 4/30/2014 | $9,140.00 |
| 5/2/2014 | $4,570.00 |
| 5/2/2014 | $4,570.00 |
| 5/2/2014 | $9,140.00 |
| 5/2/2014 | $73,120.00 |
| 5/2/2014 | $280,910.00 |
| 5/9/2014 | $241,778.00 |
| 5/27/2014 | $25,413.00 |
| 7/24/2014 | $51,959.00 |
| 8/7/2014 | $475,875.00 |
| 8/14/2014 | $317,250.00 |
| 8/14/2014 | $360,510.00 |
| 8/14/2014 | $475,875.00 |
| 9/8/2014 | $725,334.00 |
| 9/15/2014 | $421,365.00 |
| 9/30/2014 | $360,510.00 |
| 10/6/2014 | $736,380.00 |
| 10/17/2014 | $114,600.00 |
| 10/21/2014 | $557,495.00 |
| 10/22/2014 | $317,250.00 |
| 11/4/2014 | $652,792.00 |
| 11/7/2014 | $360,510.00 |
| 11/12/2014 | $1,478.00 |
| 11/12/2014 | $1,478.00 |
| 11/12/2014 | $1,478.00 |

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|---|---|
| 11/12/2014 | $1,478.00 |
| 11/12/2014 | $1,478.00 |
| 11/12/2014 | $1,478.00 |
| 11/14/2014 | $148.00 |
| 11/14/2014 | $1,478.00 |
| 11/14/2014 | $1,478.00 |
| 11/14/2014 | $1,478.00 |
| 12/12/2014 | $20,479.00 |
| 12/12/2014 | $966,841.00 |
| 1/5/2015 | $1,478.00 |
| 1/5/2015 | $1,921.00 |
| 1/6/2015 | $1,478.00 |
| 1/22/2015 | $1,625.00 |
| 2/12/2015 | $2,216.00 |
| 2/12/2015 | $2,807.00 |
| 2/12/2015 | $5,024.00 |
| 2/12/2015 | $542.00 |
| 2/12/2015 | $1,478.00 |
| 2/12/2015 | $1,478.00 |
| 2/12/2015 | $1,478.00 |
| 2/12/2015 | $1,478.00 |
| 2/13/2015 | $24,379.00 |
| 2/13/2015 | $1,478.00 |
| 2/13/2015 | $1,478.00 |
| 2/17/2015 | $1,478.00 |
| 2/17/2015 | $1,478.00 |
| 2/17/2015 | $1,478.00 |
| 2/17/2015 | $1,478.00 |
| 2/17/2015 | $1,478.00 |
| 2/17/2015 | $1,478.00 |
| 2/17/2015 | $1,478.00 |
| 2/17/2015 | $1,478.00 |
| 2/19/2015 | $1,478.00 |
| 2/19/2015 | $1,478.00 |
| 2/19/2015 | $1,478.00 |
| 2/19/2015 | $1,478.00 |
| 2/19/2015 | $1,478.00 |
| 2/23/2015 | $4,500.00 |
| 2/23/2015 | $267,310.00 |
| 2/23/2015 | $1,478.00 |
| 2/23/2015 | $1,478.00 |
| 2/23/2015 | $1,478.00 |
| 2/23/2015 | $1,478.00 |
| 2/23/2015 | $1,478.00 |
| 2/24/2015 | $11,519.00 |
| 2/25/2015 | $2,069.00 |

A-3

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 2/25/2015 | $1,478.00 |
| 2/25/2015 | $1,478.00 |
| 2/25/2015 | $1,921.00 |
| 3/20/2015 | $243,520.00 |
| 3/26/2015 | $560,978.00 |
| 3/31/2015 | $8,865.00 |
| 4/3/2015 | $13,298.00 |
| 4/10/2015 | $11,820.00 |
| 4/14/2015 | $11,820.00 |
| 4/17/2015 | $468.00 |
| 4/17/2015 | $267,310.00 |
| 4/17/2015 | $1,478.00 |
| 4/20/2015 | $2,069.00 |
| 4/20/2015 | $1,478.00 |
| 4/21/2015 | $243,520.00 |
| 4/27/2015 | $1,478.00 |
| 5/7/2015 | $8,865.00 |
| 6/30/2015 | $1,478.00 |
| 7/8/2015 | $1,294.00 |
| 7/8/2015 | $5,000.00 |
| 7/15/2015 | $739.00 |
| 7/15/2015 | $739.00 |
| 7/24/2015 | $886,264.00 |
| 7/28/2015 | $1,478.00 |
| 7/28/2015 | $1,478.00 |
| 7/28/2015 | $1,478.00 |
| 7/28/2015 | $1,478.00 |
| 7/28/2015 | $1,478.00 |
| 7/28/2015 | $1,478.00 |
| 7/28/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/4/2015 | $1,478.00 |
| 8/12/2015 | $167,148.00 |
| 8/19/2015 | $1,625.00 |
| 8/19/2015 | $1,921.00 |
| 8/19/2015 | $1,478.00 |
| 8/19/2015 | $1,625.00 |

63378863 v1

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|---------------|
| 8/19/2015 | $1,478.00 |
| 8/19/2015 | $739.00 |
| 8/19/2015 | $542.00 |
| 8/26/2015 | $2,955.00 |
| 8/26/2015 | $2,955.00 |
| 8/26/2015 | $2,955.00 |
| 8/26/2015 | $2,955.00 |
| 8/26/2015 | $2,955.00 |
| 9/4/2015 | $4,876.00 |
| 9/4/2015 | $1,478.00 |
| 9/4/2015 | $3,694.00 |
| 9/4/2015 | $813.00 |
| 9/4/2015 | $2,216.00 |
| 9/4/2015 | $1,478.00 |
| 9/4/2015 | $2,364.00 |
| 9/4/2015 | $2,955.00 |
| 9/4/2015 | $2,955.00 |
| 9/4/2015 | $2,955.00 |
| 9/4/2015 | $2,955.00 |
| 9/4/2015 | $2,955.00 |
| 9/11/2015 | $1,772,527.00 |
| 9/16/2015 | $267,310.00 |
| 10/1/2015 | $10,343.00 |
| 10/8/2015 | $4,433.00 |
| 10/8/2015 | $4,433.00 |
| 10/8/2015 | $4,433.00 |
| 10/8/2015 | $243,520.00 |
| 10/13/2015 | $1,772,527.00 |
| 10/27/2015 | $4,433.00 |
| 10/27/2015 | $4,433.00 |
| 10/27/2015 | $4,433.00 |
| 10/27/2015 | $5,910.00 |
| 10/27/2015 | $2,955.00 |
| 11/2/2015 | $4,433.00 |
| 11/2/2015 | $4,433.00 |
| 11/2/2015 | $2,955.00 |
| 11/2/2015 | $5,910.00 |
| 11/2/2015 | $2,955.00 |
| 11/2/2015 | $4,433.00 |
| 11/2/2015 | $23,490.00 |
| 11/4/2015 | $11,000.00 |
| 11/5/2015 | $478,083.00 |
| 11/10/2015 | $4,876.00 |
| 11/23/2015 | $4,580.00 |
| 11/23/2015 | $4,580.00 |
| 11/23/2015 | $4,433.00 |

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 12/3/2015 | $46,664.00 |
| 12/14/2015 | $57,426.00 |
| 12/14/2015 | $13,544.00 |
| 12/14/2015 | $4,876.00 |
| 12/15/2015 | $789,409.00 |
| 12/16/2015 | $3,398.00 |
| 12/18/2015 | $51,195.00 |
| 12/18/2015 | $2,955.00 |
| 12/18/2015 | $2,955.00 |
| 12/18/2015 | $2,955.00 |
| 12/18/2015 | $2,955.00 |
| 12/18/2015 | $2,955.00 |
| 12/18/2015 | $1,921.00 |
| 12/18/2015 | $2,955.00 |
| 12/18/2015 | $2,955.00 |
| 12/18/2015 | $2,955.00 |
| 12/18/2015 | $2,955.00 |
| 1/6/2016 | $554.25 |
| 1/6/2016 | $1,385.25 |
| 1/6/2016 | $1,218.75 |
| 1/6/2016 | $554.25 |
| 1/6/2016 | $1,329.75 |
| 1/6/2016 | $554.25 |
| 1/6/2016 | $2,216.25 |
| 1/6/2016 | $184.75 |
| 1/6/2016 | $461.75 |
| 1/6/2016 | $406.25 |
| 1/6/2016 | $184.75 |
| 1/6/2016 | $443.25 |
| 1/6/2016 | $184.75 |
| 1/6/2016 | $738.75 |
| 3/18/2016 | $185,112.00 |
| 3/22/2016 | $4,270.00 |
| 3/22/2016 | $5,230.00 |
| 3/22/2016 | $185,112.00 |
| 3/23/2016 | $158,312.00 |
| 3/23/2016 | $269,512.00 |
| 4/4/2016 | $2,216.25 |
| 4/4/2016 | $2,216.25 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $1,773.00 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $1,995.00 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $3,213.75 |

63378863 v1

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 4/4/2016 | $554.25 |
| 4/4/2016 | $665.25 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $4,211.25 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $1,773.00 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $1,551.75 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $1,108.50 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $1,218.75 |
| 4/4/2016 | $387.75 |
| 4/4/2016 | $203.25 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $1,218.75 |
| 4/4/2016 | $3,657.00 |
| 4/4/2016 | $369.75 |
| 4/4/2016 | $1,828.50 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $554.25 |
| 4/4/2016 | $738.75 |
| 4/4/2016 | $738.75 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $591.00 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $665.00 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $1,071.25 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $221.75 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $1,403.75 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $591.00 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $517.25 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $369.50 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $406.25 |
| 4/4/2016 | $129.25 |
| 4/4/2016 | $67.75 |

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 4/4/2016 | $184.75 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $406.25 |
| 4/4/2016 | $1,219.00 |
| 4/4/2016 | $123.25 |
| 4/4/2016 | $609.50 |
| 4/4/2016 | $184.75 |
| 4/4/2016 | $184.75 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $351.00 |
| 4/12/2016 | $702.00 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $554.25 |
| 4/12/2016 | $258.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $117.00 |
| 4/12/2016 | $234.00 |
| 4/12/2016 | $184.75 |

63378863 v1

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $184.75 |
| 4/12/2016 | $86.25 |
| 5/5/2016 | $158,312.00 |
| 5/6/2016 | $2,807.00 |
| 5/12/2016 | $369.75 |
| 5/12/2016 | $2,216.25 |
| 5/12/2016 | $351.00 |
| 5/12/2016 | $203.25 |
| 5/12/2016 | $1,884.00 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $2,105.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $1,995.00 |
| 5/12/2016 | $3,213.75 |
| 5/12/2016 | $2,438.25 |
| 5/12/2016 | $1,773.00 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $1,884.00 |
| 5/12/2016 | $1,773.00 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $1,108.50 |
| 5/12/2016 | $1,108.50 |
| 5/12/2016 | $1,606.50 |
| 5/12/2016 | $1,773.00 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $2,770.50 |
| 5/12/2016 | $2,770.50 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $1,329.75 |
| 5/12/2016 | $1,329.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $1,551.75 |
| 5/12/2016 | $1,385.25 |
| 5/12/2016 | $2,105.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $2,548.50 |

A-9

63378863 v1

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 5/12/2016 | $775.50 |
| 5/12/2016 | $1,218.75 |
| 5/12/2016 | $351.00 |
| 5/12/2016 | $1,773.00 |
| 5/12/2016 | $2,105.25 |
| 5/12/2016 | $3,878.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $3,379.50 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $1,329.75 |
| 5/12/2016 | $1,329.75 |
| 5/12/2016 | $2,216.25 |
| 5/12/2016 | $3,102.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $184.50 |
| 5/12/2016 | $184.50 |
| 5/12/2016 | $731.25 |
| 5/12/2016 | $147.75 |
| 5/12/2016 | $2,991.75 |
| 5/12/2016 | $443.25 |
| 5/12/2016 | $1,218.75 |
| 5/12/2016 | $554.25 |
| 5/12/2016 | $123.25 |
| 5/12/2016 | $738.75 |
| 5/12/2016 | $117.00 |
| 5/12/2016 | $67.75 |
| 5/12/2016 | $628.00 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $701.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $665.00 |
| 5/12/2016 | $1,071.25 |

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 5/12/2016 | $812.75 |
| 5/12/2016 | $591.00 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $628.00 |
| 5/12/2016 | $591.00 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $369.50 |
| 5/12/2016 | $369.50 |
| 5/12/2016 | $535.50 |
| 5/12/2016 | $591.00 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $923.50 |
| 5/12/2016 | $923.50 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $443.25 |
| 5/12/2016 | $443.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $517.25 |
| 5/12/2016 | $461.75 |
| 5/12/2016 | $701.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $849.50 |
| 5/12/2016 | $258.50 |
| 5/12/2016 | $406.25 |
| 5/12/2016 | $117.00 |
| 5/12/2016 | $591.00 |
| 5/12/2016 | $701.75 |
| 5/12/2016 | $1,292.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $1,126.50 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 5/12/2016 | $184.75 |
| 5/12/2016 | $443.25 |
| 5/12/2016 | $443.25 |
| 5/12/2016 | $738.75 |
| 5/12/2016 | $1,034.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $61.50 |
| 5/12/2016 | $61.50 |
| 5/12/2016 | $243.75 |
| 5/12/2016 | $49.25 |
| 5/12/2016 | $997.25 |
| 5/12/2016 | $147.75 |
| 5/12/2016 | $406.25 |
| 5/12/2016 | $184.75 |
| 5/12/2016 | $887.00 |
| 5/12/2016 | $5,024.00 |
| 5/13/2016 | $554.25 |
| 5/13/2016 | $184.75 |
| 5/19/2016 | $4,580.00 |
| 5/19/2016 | $4,876.00 |
| 6/2/2016 | $1,921.00 |
| 6/2/2016 | $7,092.00 |
| 6/6/2016 | $267,310.00 |
| 6/6/2016 | $247,228.00 |
| 6/8/2016 | $2,364.00 |
| 6/27/2016 | $1,478.00 |
| 6/28/2016 | $158,312.00 |
| 7/11/2016 | $185,112.00 |
| 7/20/2016 | $3,435.00 |
| 7/20/2016 | $1,145.00 |
| 7/25/2016 | $2,167.00 |
| 8/2/2016 | $748,370.00 |
| 8/16/2016 | $492,500.00 |
| 8/16/2016 | $254,747.00 |
| 8/19/2016 | $158,312.00 |
| 9/1/2016 | $255,644.00 |
| 9/1/2016 | $492,500.00 |
| 9/1/2016 | $255,333.00 |
| 9/1/2016 | $492,500.00 |
| 9/9/2016 | $18,505.50 |
| 9/9/2016 | $32,597.25 |
| 9/9/2016 | $6,168.50 |
| 9/9/2016 | $10,865.75 |
| 9/26/2016 | $1,551.75 |
| 9/26/2016 | $554.25 |

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 9/26/2016 | $997.50 |
| 9/26/2016 | $554.25 |
| 9/26/2016 | $1,884.00 |
| 9/26/2016 | $775.50 |
| 9/26/2016 | $1,773.00 |
| 9/26/2016 | $554.25 |
| 9/26/2016 | $3,546.00 |
| 9/26/2016 | $351.00 |
| 9/26/2016 | $1,218.75 |
| 9/26/2016 | $997.50 |
| 9/26/2016 | $3,213.75 |
| 9/26/2016 | $2,438.25 |
| 9/26/2016 | $111.00 |
| 9/26/2016 | $554.25 |
| 9/26/2016 | $184.50 |
| 9/26/2016 | $570,284.00 |
| 9/26/2016 | $517.25 |
| 9/26/2016 | $184.75 |
| 9/26/2016 | $332.50 |
| 9/26/2016 | $184.75 |
| 9/26/2016 | $628.00 |
| 9/26/2016 | $258.50 |
| 9/26/2016 | $591.00 |
| 9/26/2016 | $184.75 |
| 9/26/2016 | $1,182.00 |
| 9/26/2016 | $117.00 |
| 9/26/2016 | $406.25 |
| 9/26/2016 | $332.50 |
| 9/26/2016 | $1,071.25 |
| 9/26/2016 | $812.75 |
| 9/26/2016 | $37.00 |
| 9/26/2016 | $184.75 |
| 9/26/2016 | $61.50 |
| 9/30/2016 | $7,240.00 |
| 9/30/2016 | $493,983.00 |
| 10/19/2016 | $748,538.00 |
| 10/27/2016 | $185,112.00 |
| 10/31/2016 | $1,921.00 |
| 11/8/2016 | $1,478.00 |
| 11/8/2016 | $3,421.00 |
| 11/8/2016 | $1,625.00 |
| 11/8/2016 | $9,922.00 |
| 11/8/2016 | $1,773.00 |
| 11/15/2016 | $3,103.00 |
| 11/15/2016 | $3,398.00 |
| 11/15/2016 | $1,625.00 |

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 11/23/2016 | $1,478.00 |
| 12/15/2016 | $17,607.00 |
| 12/22/2016 | $21,916.00 |
| 12/28/2016 | $23,640.00 |
| 12/28/2016 | $6,353.00 |
| 12/28/2016 | $81,263.00 |
| 12/28/2016 | $17,730.00 |
| 12/29/2016 | $26,004.00 |
| 1/25/2017 | $8,925.00 |
| 1/25/2017 | $30,732.00 |
| 2/6/2017 | $205,695.00 |
| 2/6/2017 | $196,706.00 |
| 2/6/2017 | $196,706.00 |
| 2/14/2017 | $2,438.25 |
| 2/14/2017 | $554.25 |
| 2/14/2017 | $554.25 |
| 2/14/2017 | $1,108.50 |
| 2/14/2017 | $3,768.00 |
| 2/14/2017 | $1,329.75 |
| 2/14/2017 | $1,218.75 |
| 2/14/2017 | $1,218.75 |
| 2/14/2017 | $1,218.75 |
| 2/14/2017 | $554.25 |
| 2/14/2017 | $10,749.00 |
| 2/14/2017 | $5,651.25 |
| 2/14/2017 | $1,773.00 |
| 2/14/2017 | $3,657.00 |
| 2/14/2017 | $812.75 |
| 2/14/2017 | $184.75 |
| 2/14/2017 | $184.75 |
| 2/14/2017 | $369.50 |
| 2/14/2017 | $1,256.00 |
| 2/14/2017 | $443.25 |
| 2/14/2017 | $406.25 |
| 2/14/2017 | $406.25 |
| 2/14/2017 | $406.25 |
| 2/14/2017 | $184.75 |
| 2/14/2017 | $3,583.00 |
| 2/14/2017 | $1,883.75 |
| 2/14/2017 | $591.00 |
| 2/14/2017 | $1,219.00 |
| 2/21/2017 | $851.50 |
| 2/21/2017 | $5,239.00 |
| 2/21/2017 | $2,554.50 |
| 3/7/2017 | $997.50 |
| 3/7/2017 | $25,856.25 |

63378863 v1

TRANSFERS TO COMPUTER LEARNING CENTERS, INC.

| Date | Payment Amount |
|------|----------------|
| 3/7/2017 | $29,310.00 |
| 3/7/2017 | $332.50 |
| 3/7/2017 | $8,618.75 |
| 3/7/2017 | $9,770.00 |
| 3/24/2017 | $107,048.00 |
| 4/13/2017 | $113,815.00 |
| 4/20/2017 | $142,730.00 |
| 4/20/2017 | $637,101.00 |
| 4/25/2017 | $1,773.00 |
| 4/25/2017 | $480.25 |
| 4/25/2017 | $135.50 |
| 4/25/2017 | $5,319.00 |
| 4/25/2017 | $1,440.75 |
| 4/25/2017 | $406.50 |
| 4/25/2017 | $151,753.00 |
| 4/25/2017 | $642,102.00 |

63378863 v1