# EXHIBIT A

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 5/13/2013 | $40,350.00 |
| 5/13/2013 | $46,300.00 |
| 5/14/2013 | $35,954.00 |
| 5/14/2013 | $165,469.00 |
| 5/22/2013 | $20,497.00 |
| 5/22/2013 | $24,464.00 |
| 5/22/2013 | $185,924.00 |
| 5/29/2013 | $17,282.00 |
| 5/29/2013 | $40,146.00 |
| 6/7/2013 | $9,128.00 |
| 6/7/2013 | $12,126.00 |
| 6/7/2013 | $13,094.00 |
| 6/7/2013 | $15,566.00 |
| 6/7/2013 | $23,280.00 |
| 6/7/2013 | $31,013.00 |
| 6/7/2013 | $31,557.00 |
| 6/7/2013 | $76,232.00 |
| 6/7/2013 | $206,622.00 |
| 6/14/2013 | $16,174.00 |
| 6/26/2013 | $205,044.00 |
| 6/28/2013 | $13,907.00 |
| 6/28/2013 | $14,695.00 |
| 7/3/2013 | $9,857.00 |
| 7/22/2013 | $38,354.00 |
| 7/22/2013 | $56,129.00 |
| 7/22/2013 | $143,311.00 |
| 7/22/2013 | $156,692.00 |
| 7/23/2013 | $29,820.00 |
| 7/25/2013 | $12,454.00 |
| 7/25/2013 | $15,888.00 |
| 7/25/2013 | $28,620.00 |
| 8/6/2013 | $25,096.00 |
| 8/7/2013 | $39,500.00 |
| 8/15/2013 | $89,119.00 |
| 8/15/2013 | $162,965.00 |
| 8/21/2013 | $162,662.00 |
| 8/22/2013 | $191,732.00 |
| 9/4/2013 | $42,254.00 |
| 9/12/2013 | $27,855.00 |
| 9/12/2013 | $38,198.00 |
| 9/12/2013 | $40,574.00 |
| 9/17/2013 | $17,468.00 |
| 9/17/2013 | $27,087.00 |
| 9/17/2013 | $28,000.00 |
| 9/17/2013 | $44,047.00 |
| 9/17/2013 | $51,848.00 |

A-1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 9/17/2013 | $150,777.00 |
| 10/7/2013 | $11,247.00 |
| 10/7/2013 | $200,780.00 |
| 10/8/2013 | $22,517.00 |
| 10/8/2013 | $25,417.00 |
| 10/15/2013 | $30,704.00 |
| 10/24/2013 | $7,015.00 |
| 10/24/2013 | $12,278.00 |
| 10/24/2013 | $16,410.00 |
| 10/28/2013 | $21,758.00 |
| 11/1/2013 | $17,885.00 |
| 11/1/2013 | $381,130.00 |
| 11/4/2013 | $12,008.00 |
| 11/4/2013 | $23,460.00 |
| 11/4/2013 | $262,934.00 |
| 11/7/2013 | $10,517.00 |
| 11/7/2013 | $188,044.00 |
| 11/22/2013 | $16,076.00 |
| 11/22/2013 | $17,707.00 |
| 11/25/2013 | $52,227.00 |
| 11/25/2013 | $83,516.00 |
| 12/4/2013 | $27,080.00 |
| 12/6/2013 | $20,210.00 |
| 12/6/2013 | $27,162.00 |
| 12/6/2013 | $81,421.00 |
| 12/9/2013 | $37,032.00 |
| 12/9/2013 | $52,146.00 |
| 12/10/2013 | $551,251.00 |
| 12/13/2013 | $18,116.00 |
| 12/16/2013 | $11,622.00 |
| 12/16/2013 | $203,664.00 |
| 12/20/2013 | $30,615.00 |
| 12/23/2013 | $39,201.00 |
| 12/30/2013 | $29,505.00 |
| 12/30/2013 | $135,695.00 |
| 1/9/2014 | $17,595.00 |
| 1/15/2014 | $16,658.00 |
| 1/16/2014 | $12,970.00 |
| 1/16/2014 | $24,048.00 |
| 1/16/2014 | $28,816.00 |
| 1/30/2014 | $241,989.00 |
| 2/3/2014 | $11,748.00 |
| 2/3/2014 | $12,423.00 |
| 2/3/2014 | $14,000.00 |
| 2/3/2014 | $16,866.00 |
| 2/3/2014 | $17,378.00 |

A-2

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 2/3/2014 | $33,278.00 |
| 2/3/2014 | $33,427.00 |
| 2/4/2014 | $244,346.00 |
| 2/7/2014 | $27,735.00 |
| 2/7/2014 | $61,569.00 |
| 2/7/2014 | $64,154.00 |
| 2/7/2014 | $67,802.00 |
| 2/7/2014 | $18.00 |
| 2/14/2014 | $191,254.00 |
| 2/14/2014 | $208,592.00 |
| 2/18/2014 | $22,475.00 |
| 2/18/2014 | $38,376.00 |
| 2/25/2014 | $33,585.00 |
| 2/25/2014 | $39,729.00 |
| 3/3/2014 | $95,059.00 |
| 3/7/2014 | $15,888.00 |
| 3/7/2014 | $25,656.00 |
| 3/7/2014 | $34,820.00 |
| 3/7/2014 | $133,820.00 |
| 3/7/2014 | $182,917.00 |
| 3/13/2014 | $20,214.00 |
| 3/13/2014 | $41,801.00 |
| 3/13/2014 | $65,640.00 |
| 3/24/2014 | $18,152.00 |
| 3/24/2014 | $22,644.00 |
| 3/24/2014 | $53,996.00 |
| 3/26/2014 | $357,142.00 |
| 3/28/2014 | $113.00 |
| 3/28/2014 | $13,771.00 |
| 3/28/2014 | $26,059.00 |
| 3/28/2014 | $27,151.00 |
| 3/28/2014 | $27,357.00 |
| 3/28/2014 | $27,816.00 |
| 3/28/2014 | $29,872.00 |
| 3/28/2014 | $67,457.00 |
| 4/3/2014 | $66,014.00 |
| 4/3/2014 | $199,979.00 |
| 4/4/2014 | $24,411.00 |
| 4/4/2014 | $26,246.00 |
| 4/4/2014 | $279,586.00 |
| 4/8/2014 | $11,276.00 |
| 4/8/2014 | $30,638.00 |
| 4/30/2014 | $27,698.00 |
| 5/1/2014 | $14,024.00 |
| 5/1/2014 | $15,759.00 |
| 5/6/2014 | $15,350.00 |

A-3

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|------|----------------|
| 5/6/2014 | $17,421.00 |
| 5/6/2014 | $25,889.00 |
| 5/6/2014 | $30,764.00 |
| 5/6/2014 | $34,541.00 |
| 5/6/2014 | $36,286.00 |
| 5/12/2014 | $38,944.00 |
| 5/12/2014 | $184,242.00 |
| 5/29/2014 | $6,174.00 |
| 5/29/2014 | $11,139.00 |
| 5/29/2014 | $11,627.00 |
| 5/29/2014 | $14,973.00 |
| 5/29/2014 | $25,161.00 |
| 5/29/2014 | $51,823.00 |
| 5/29/2014 | $70,299.00 |
| 5/29/2014 | $72,452.00 |
| 6/2/2014 | $14,307.00 |
| 6/2/2014 | $49,201.00 |
| 6/4/2014 | $2,964.00 |
| 6/4/2014 | $14,643.00 |
| 6/6/2014 | $33,443.00 |
| 6/6/2014 | $156,395.00 |
| 6/17/2014 | $228,317.00 |
| 6/19/2014 | $11,881.00 |
| 6/19/2014 | $177,686.00 |
| 6/25/2014 | $8,114.00 |
| 6/25/2014 | $14,289.00 |
| 6/26/2014 | $38,550.00 |
| 6/26/2014 | $176,847.00 |
| 6/30/2014 | $17,806.00 |
| 6/30/2014 | $37,913.00 |
| 6/30/2014 | $55,180.00 |
| 7/2/2014 | $10,194.00 |
| 7/2/2014 | $21,580.00 |
| 7/2/2014 | $31,381.00 |
| 7/2/2014 | $781.00 |
| 7/2/2014 | $37,291.00 |
| 7/2/2014 | $37,882.00 |
| 7/2/2014 | $49,837.00 |
| 7/10/2014 | $12,461.00 |
| 7/21/2014 | $33,351.00 |
| 7/29/2014 | $106,778.00 |
| 7/31/2014 | $4,266.00 |
| 7/31/2014 | $7,388.00 |
| 8/1/2014 | $130,368.00 |
| 8/1/2014 | $130,438.00 |
| 8/1/2014 | $132,484.00 |

A-4

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 8/1/2014 | $133,981.00 |
| 8/4/2014 | $12,972.00 |
| 8/4/2014 | $31,715.00 |
| 8/8/2014 | $16,297.00 |
| 8/8/2014 | $180,369.00 |
| 8/19/2014 | $30,911.00 |
| 8/21/2014 | $17,612.00 |
| 8/28/2014 | $17,079.00 |
| 8/28/2014 | $28,131.00 |
| 8/28/2014 | $40,435.00 |
| 9/8/2014 | $13,583.00 |
| 9/8/2014 | $51,861.00 |
| 9/8/2014 | $51,981.00 |
| 9/8/2014 | $98,547.00 |
| 9/15/2014 | $27,001.00 |
| 9/15/2014 | $34,050.00 |
| 9/15/2014 | $417,318.00 |
| 9/18/2014 | $11,483.00 |
| 9/18/2014 | $17,126.00 |
| 9/18/2014 | $29,169.00 |
| 9/25/2014 | $6,785.00 |
| 9/25/2014 | $38,949.00 |
| 9/29/2014 | $11,297.00 |
| 9/29/2014 | $11,393.00 |
| 9/29/2014 | $15,309.00 |
| 9/29/2014 | $27,321.00 |
| 9/29/2014 | $29,181.00 |
| 9/29/2014 | $32,437.00 |
| 9/29/2014 | $33,227.00 |
| 10/1/2014 | $33,174.00 |
| 10/9/2014 | $28,985.00 |
| 10/14/2014 | $32,855.00 |
| 10/14/2014 | $108,600.00 |
| 10/23/2014 | $215,559.00 |
| 10/27/2014 | $13,828.00 |
| 10/29/2014 | $130,190.00 |
| 11/3/2014 | $12,735.00 |
| 11/10/2014 | $10,904.00 |
| 11/10/2014 | $27,816.00 |
| 11/13/2014 | $30,744.00 |
| 11/18/2014 | $30,583.00 |
| 11/18/2014 | $31,882.00 |
| 11/18/2014 | $33,399.00 |
| 11/26/2014 | $12,787.00 |
| 11/26/2014 | $15,353.00 |
| 12/9/2014 | $141,313.00 |

63379001 v1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 12/15/2014 | $66,526.00 |
| 12/15/2014 | $94,373.00 |
| 12/23/2014 | $11,234.00 |
| 12/23/2014 | $12,235.00 |
| 12/23/2014 | $12,797.00 |
| 12/23/2014 | $13,278.00 |
| 12/23/2014 | $15,302.00 |
| 12/23/2014 | $29,097.00 |
| 12/23/2014 | $32,663.00 |
| 12/23/2014 | $33,032.00 |
| 12/23/2014 | $47,309.00 |
| 12/23/2014 | $63,621.00 |
| 12/23/2014 | $102,121.00 |
| 12/29/2014 | $30,036.00 |
| 12/29/2014 | $30,446.00 |
| 12/29/2014 | $31,675.00 |
| 12/29/2014 | $31,914.00 |
| 12/29/2014 | $48,715.00 |
| 12/29/2014 | $53,516.00 |
| 12/29/2014 | $76,367.00 |
| 12/31/2014 | $17,099.00 |
| 12/31/2014 | $17,144.00 |
| 12/31/2014 | $17,436.00 |
| 12/31/2014 | $19,508.00 |
| 12/31/2014 | $61,306.00 |
| 1/5/2015 | $78,547.00 |
| 1/5/2015 | $82,485.00 |
| 1/12/2015 | $213,134.00 |
| 1/14/2015 | $146,131.00 |
| 1/22/2015 | $263,677.00 |
| 1/26/2015 | $1,024.00 |
| 1/26/2015 | $1,024.00 |
| 1/28/2015 | $36,336.00 |
| 1/30/2015 | $4,981.00 |
| 1/30/2015 | $5,961.00 |
| 1/30/2015 | $11,245.00 |
| 1/30/2015 | $13,253.00 |
| 1/30/2015 | $18,088.00 |
| 1/30/2015 | $24,723.00 |
| 1/30/2015 | $28,339.00 |
| 1/30/2015 | $29,158.00 |
| 1/30/2015 | $31,390.00 |
| 1/30/2015 | $32,721.00 |
| 1/30/2015 | $46,837.00 |
| 2/2/2015 | $168,800.00 |
| 2/3/2015 | $239,167.00 |

A-6

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 2/4/2015 | $16,429.00 |
| 2/4/2015 | $16,429.00 |
| 2/9/2015 | $12,339.00 |
| 2/18/2015 | $5,797.00 |
| 2/18/2015 | $8,732.00 |
| 2/18/2015 | $34,349.00 |
| 2/19/2015 | $30,051.00 |
| 2/19/2015 | $51,837.00 |
| 2/26/2015 | $6,448.00 |
| 2/26/2015 | $11,523.00 |
| 2/26/2015 | $120,790.00 |
| 3/2/2015 | $248,194.00 |
| 3/5/2015 | $11,450.00 |
| 3/5/2015 | $21,743.00 |
| 3/5/2015 | $31,139.00 |
| 3/5/2015 | $31,652.00 |
| 3/5/2015 | $32,195.00 |
| 3/5/2015 | $32,693.00 |
| 3/5/2015 | $50,716.00 |
| 3/6/2015 | $14,659.00 |
| 3/6/2015 | $51,458.00 |
| 3/6/2015 | $70,601.00 |
| 3/9/2015 | $70,800.00 |
| 3/11/2015 | $13,984.00 |
| 3/11/2015 | $14,441.00 |
| 3/11/2015 | $14,635.00 |
| 3/11/2015 | $67,329.00 |
| 3/11/2015 | $68,664.00 |
| 3/11/2015 | $71,356.00 |
| 3/11/2015 | $281,853.00 |
| 3/13/2015 | $48,353.00 |
| 3/13/2015 | $48,942.00 |
| 3/13/2015 | $49,148.00 |
| 3/13/2015 | $59,943.00 |
| 3/17/2015 | $11,812.00 |
| 3/17/2015 | $145,151.00 |
| 3/26/2015 | $31,548.00 |
| 3/27/2015 | $9,931.00 |
| 3/27/2015 | $26,968.00 |
| 4/2/2015 | $5,146.00 |
| 4/2/2015 | $8,861.00 |
| 4/2/2015 | $17,603.00 |
| 4/2/2015 | $48,475.00 |
| 4/2/2015 | $93,966.00 |
| 4/13/2015 | $79,576.00 |
| 4/13/2015 | $280,828.00 |

A-7

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
| --- | --- |
| 4/14/2015 | $13,321.00 |
| 4/15/2015 | $112,188.00 |
| 4/27/2015 | $29,113.00 |
| 4/27/2015 | $29,336.00 |
| 4/27/2015 | $29,880.00 |
| 4/27/2015 | $30,183.00 |
| 4/27/2015 | $32,105.00 |
| 5/5/2015 | $4,800.00 |
| 5/5/2015 | $9,246.00 |
| 5/5/2015 | $32,424.00 |
| 5/11/2015 | $17,460.00 |
| 5/11/2015 | $19,595.00 |
| 5/11/2015 | $20,842.00 |
| 5/11/2015 | $28,409.00 |
| 5/11/2015 | $222,472.00 |
| 5/14/2015 | $262.00 |
| 5/14/2015 | $22,834.00 |
| 5/14/2015 | $26,715.00 |
| 5/15/2015 | $23,763.00 |
| 5/15/2015 | $38,829.00 |
| 5/22/2015 | $164,187.00 |
| 5/22/2015 | $61,350.00 |
| 5/22/2015 | $76,304.00 |
| 5/22/2015 | $13,771.00 |
| 5/22/2015 | $150,780.00 |
| 6/1/2015 | $41,938.00 |
| 6/1/2015 | $11,297.00 |
| 6/1/2015 | $29,837.00 |
| 6/1/2015 | $35,344.00 |
| 6/1/2015 | $12,745.00 |
| 6/1/2015 | $146,190.00 |
| 6/1/2015 | $8,528.00 |
| 6/1/2015 | $4,682.00 |
| 6/8/2015 | $87,627.00 |
| 6/8/2015 | $50,005.00 |
| 6/8/2015 | $16,133.00 |
| 6/8/2015 | $51,697.00 |
| 6/8/2015 | $16,245.00 |
| 6/8/2015 | $97,868.00 |
| 6/8/2015 | $30,269.00 |
| 6/24/2015 | $56,605.00 |
| 6/24/2015 | $226,256.00 |
| 6/24/2015 | $11,360.00 |
| 6/24/2015 | $10,904.00 |
| 6/24/2015 | $30,089.00 |
| 6/24/2015 | $30,626.00 |

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|------|----------------|
| 6/24/2015 | $29,286.00 |
| 6/26/2015 | $30,136.00 |
| 6/26/2015 | $33,839.00 |
| 6/26/2015 | $46,034.00 |
| 6/26/2015 | $170,554.00 |
| 6/26/2015 | $10,736.00 |
| 6/26/2015 | $5,486.00 |
| 7/7/2015 | $47,777.00 |
| 7/7/2015 | $35,174.00 |
| 7/7/2015 | $43,249.00 |
| 7/7/2015 | $39,356.00 |
| 7/10/2015 | $167,999.00 |
| 7/10/2015 | $15,921.00 |
| 7/10/2015 | $15,073.00 |
| 7/10/2015 | $9,640.00 |
| 7/10/2015 | $13,308.00 |
| 7/10/2015 | $15,095.00 |
| 7/10/2015 | $29,490.00 |
| 7/10/2015 | $56,328.00 |
| 7/10/2015 | $16,695.00 |
| 7/10/2015 | $21,390.00 |
| 7/10/2015 | $18,461.00 |
| 7/16/2015 | $15,798.00 |
| 7/16/2015 | $17,055.00 |
| 7/16/2015 | $86,103.00 |
| 7/16/2015 | $79,657.00 |
| 7/16/2015 | $51,728.00 |
| 7/16/2015 | $44,823.00 |
| 7/22/2015 | $36,200.00 |
| 7/22/2015 | $30,307.00 |
| 7/23/2015 | $28,463.00 |
| 7/23/2015 | $41,802.00 |
| 7/23/2015 | $184,633.00 |
| 7/29/2015 | $37,941.00 |
| 7/29/2015 | $52,258.00 |
| 7/29/2015 | $29,734.00 |
| 8/14/2015 | $32,056.00 |
| 8/14/2015 | $38,577.00 |
| 8/14/2015 | $17,053.00 |
| 8/14/2015 | $73,003.00 |
| 8/14/2015 | $47,643.00 |
| 8/14/2015 | $97,300.00 |
| 8/14/2015 | $51,524.00 |
| 8/14/2015 | $17,651.00 |
| 8/14/2015 | $15,124.00 |
| 8/14/2015 | $11,036.00 |

63379001 v1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|------|---------------|
| 8/20/2015 | $3,262.00 |
| 8/20/2015 | $29,908.00 |
| 8/20/2015 | $5,072.00 |
| 8/24/2015 | $172,541.00 |
| 8/24/2015 | $14,231.00 |
| 8/24/2015 | $5,191.00 |
| 8/24/2015 | $11,003.00 |
| 8/26/2015 | $38,206.00 |
| 8/26/2015 | $74,795.00 |
| 8/26/2015 | $39,565.00 |
| 8/26/2015 | $31,286.00 |
| 8/26/2015 | $10,773.00 |
| 8/26/2015 | $30,118.00 |
| 9/1/2015 | $28,960.00 |
| 9/10/2015 | $75,267.00 |
| 9/10/2015 | $178,195.00 |
| 9/10/2015 | $92,044.00 |
| 9/21/2015 | $19,323.00 |
| 9/21/2015 | $57,786.00 |
| 9/25/2015 | $77,815.00 |
| 9/25/2015 | $110,759.00 |
| 9/25/2015 | $11,218.00 |
| 9/25/2015 | $30,716.00 |
| 9/25/2015 | $40,074.00 |
| 9/25/2015 | $45,754.00 |
| 9/25/2015 | $44,491.00 |
| 9/25/2015 | $4,705.00 |
| 10/1/2015 | $12,179.00 |
| 10/1/2015 | $11,823.00 |
| 10/5/2015 | $34,880.00 |
| 10/6/2015 | $13,471.00 |
| 10/13/2015 | $189,067.00 |
| 10/20/2015 | $9,657.00 |
| 10/20/2015 | $84,769.00 |
| 10/20/2015 | $143,786.00 |
| 10/20/2015 | $13,793.00 |
| 10/20/2015 | $4,942.00 |
| 10/26/2015 | $45,218.00 |
| 10/26/2015 | $13,287.00 |
| 10/26/2015 | $132,110.00 |
| 10/28/2015 | $45,495.00 |
| 10/29/2015 | $11,064.00 |
| 10/29/2015 | $28,948.00 |
| 10/29/2015 | $42,600.00 |
| 10/29/2015 | $53,391.00 |
| 11/4/2015 | $32,148.00 |

63379001 v1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 11/4/2015 | $33,408.00 |
| 11/5/2015 | $200,968.00 |
| 11/5/2015 | $17,272.00 |
| 11/5/2015 | $49,909.00 |
| 11/13/2015 | $199,265.00 |
| 11/13/2015 | $38,017.00 |
| 12/2/2015 | $13,019.00 |
| 12/4/2015 | $159,816.00 |
| 12/22/2015 | $46,539.00 |
| 12/22/2015 | $9,317.00 |
| 12/22/2015 | $5,630.00 |
| 12/29/2015 | $33,688.00 |
| 12/29/2015 | $36,732.00 |
| 12/29/2015 | $11,837.00 |
| 12/29/2015 | $11,165.00 |
| 12/29/2015 | $34,515.00 |
| 12/29/2015 | $37,370.00 |
| 12/29/2015 | $31,553.00 |
| 12/29/2015 | $29,675.00 |
| 12/29/2015 | $41,504.00 |
| 12/29/2015 | $40,947.00 |
| 12/29/2015 | $42,733.00 |
| 12/29/2015 | $38,339.00 |
| 12/29/2015 | $11,633.00 |
| 1/8/2016 | $17,495.00 |
| 1/8/2016 | $47,274.00 |
| 1/8/2016 | $17,868.00 |
| 1/8/2016 | $48,172.00 |
| 1/8/2016 | $87,940.00 |
| 2/2/2016 | $13,060.00 |
| 2/2/2016 | $11,128.00 |
| 2/2/2016 | $32,907.00 |
| 2/2/2016 | $11,421.00 |
| 2/2/2016 | $37,996.00 |
| 2/2/2016 | $114,839.00 |
| 2/2/2016 | $37,793.00 |
| 2/2/2016 | $36,435.00 |
| 2/2/2016 | $93,889.00 |
| 2/2/2016 | $217,379.00 |
| 2/4/2016 | $48,089.00 |
| 2/16/2016 | $31,465.00 |
| 2/16/2016 | $43,534.00 |
| 2/26/2016 | $13,240.00 |
| 2/26/2016 | $170,028.00 |
| 2/26/2016 | $7,220.00 |
| 2/26/2016 | $11,979.00 |

A-11

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 2/26/2016 | $4,979.00 |
| 2/26/2016 | $5,086.00 |
| 3/8/2016 | $17,064.00 |
| 3/8/2016 | $46,422.00 |
| 3/8/2016 | $106,390.00 |
| 3/8/2016 | $45,393.00 |
| 3/11/2016 | $11,526.00 |
| 3/14/2016 | $45,988.00 |
| 3/14/2016 | $5,035.00 |
| 3/15/2016 | $45,324.00 |
| 3/15/2016 | $17,278.00 |
| 3/15/2016 | $74,567.00 |
| 3/15/2016 | $38,861.00 |
| 3/21/2016 | $48,143.00 |
| 3/21/2016 | $31,919.00 |
| 3/21/2016 | $35,234.00 |
| 3/21/2016 | $49,834.00 |
| 3/21/2016 | $157,300.00 |
| 3/21/2016 | $204,970.00 |
| 3/21/2016 | $221,748.00 |
| 3/22/2016 | $14,061.00 |
| 3/22/2016 | $171,460.00 |
| 4/5/2016 | $31,773.00 |
| 4/5/2016 | $30,324.00 |
| 4/5/2016 | $44,717.00 |
| 4/5/2016 | $12,964.00 |
| 4/11/2016 | $17,461.00 |
| 4/11/2016 | $48,580.00 |
| 4/11/2016 | $108,618.00 |
| 4/11/2016 | $28,635.00 |
| 4/11/2016 | $27,575.00 |
| 4/11/2016 | $36,204.00 |
| 4/11/2016 | $160,115.00 |
| 4/11/2016 | $177,809.00 |
| 4/26/2016 | $42,825.00 |
| 4/26/2016 | $15,543.00 |
| 4/26/2016 | $32,888.00 |
| 4/26/2016 | $14,175.00 |
| 4/26/2016 | $44,301.00 |
| 4/26/2016 | $80,751.00 |
| 4/26/2016 | $3,830.00 |
| 4/26/2016 | $11,137.00 |
| 4/26/2016 | $11,376.00 |
| 4/26/2016 | $22,114.00 |
| 4/26/2016 | $32,024.00 |
| 4/26/2016 | $41,079.00 |

63379001 v1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 4/26/2016 | $13,740.00 |
| 4/26/2016 | $42,114.00 |
| 4/26/2016 | $43,177.00 |
| 4/26/2016 | $111,285.00 |
| 4/26/2016 | $102,911.00 |
| 4/26/2016 | $109,593.00 |
| 4/26/2016 | $100,231.00 |
| 4/26/2016 | $198,507.00 |
| 4/26/2016 | $207,395.00 |
| 4/26/2016 | $10,811.00 |
| 4/26/2016 | $33,386.00 |
| 5/5/2016 | $9,332.00 |
| 5/5/2016 | $4,577.00 |
| 5/11/2016 | $43,090.00 |
| 5/16/2016 | $17,685.00 |
| 5/16/2016 | $49,403.00 |
| 5/16/2016 | $49,557.00 |
| 5/16/2016 | $16,506.00 |
| 5/16/2016 | $104,583.00 |
| 5/17/2016 | $49,304.00 |
| 5/17/2016 | $29,846.00 |
| 5/17/2016 | $40,867.00 |
| 5/17/2016 | $40,338.00 |
| 5/17/2016 | $34,304.00 |
| 5/24/2016 | $107,810.00 |
| 5/24/2016 | $114,417.00 |
| 5/27/2016 | $11,741.00 |
| 6/1/2016 | $14,527.00 |
| 6/1/2016 | $46,085.00 |
| 6/3/2016 | $30,863.00 |
| 6/9/2016 | $105,539.00 |
| 6/9/2016 | $52,307.00 |
| 6/9/2016 | $16,951.00 |
| 6/9/2016 | $114,269.00 |
| 6/16/2016 | $43,609.00 |
| 6/16/2016 | $10,647.00 |
| 6/16/2016 | $28,948.00 |
| 6/20/2016 | $4,859.00 |
| 6/20/2016 | $209,848.00 |
| 6/28/2016 | $30,430.00 |
| 6/28/2016 | $30,022.00 |
| 6/28/2016 | $13,590.00 |
| 6/28/2016 | $30,591.00 |
| 7/1/2016 | $182,001.00 |
| 7/5/2016 | $33,878.00 |
| 7/5/2016 | $50,553.00 |

63379001 v1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|------|----------------|
| 7/5/2016 | $78,843.00 |
| 7/5/2016 | $53,836.00 |
| 7/6/2016 | $11,518.00 |
| 7/6/2016 | $29,659.00 |
| 7/6/2016 | $13,100.00 |
| 7/6/2016 | $184,776.00 |
| 7/7/2016 | $44,228.00 |
| 7/15/2016 | $45,633.00 |
| 7/15/2016 | $16,454.00 |
| 7/15/2016 | $102,114.00 |
| 7/15/2016 | $47,504.00 |
| 7/19/2016 | $37,548.00 |
| 7/19/2016 | $172,819.00 |
| 7/19/2016 | $45,505.00 |
| 7/19/2016 | $9,402.00 |
| 7/19/2016 | $4,956.00 |
| 7/19/2016 | $4,599.00 |
| 7/19/2016 | $8,859.00 |
| 8/5/2016 | $94,764.00 |
| 8/10/2016 | $47,008.00 |
| 8/10/2016 | $49,238.00 |
| 8/10/2016 | $17,055.00 |
| 8/10/2016 | $17,415.00 |
| 8/10/2016 | $100,983.00 |
| 8/15/2016 | $13,351.00 |
| 8/15/2016 | $32,990.00 |
| 8/15/2016 | $208,091.00 |
| 8/15/2016 | $205,995.00 |
| 8/15/2016 | $228,134.00 |
| 8/15/2016 | $116,334.00 |
| 8/15/2016 | $111,030.00 |
| 8/15/2016 | $49,115.00 |
| 8/15/2016 | $45,588.00 |
| 8/15/2016 | $2,485.00 |
| 8/15/2016 | $4,293.00 |
| 8/19/2016 | $30,765.00 |
| 8/22/2016 | $10,506.00 |
| 8/22/2016 | $28,502.00 |
| 8/22/2016 | $15,892.00 |
| 8/22/2016 | $43,771.00 |
| 8/25/2016 | $182,536.00 |
| 8/25/2016 | $13,959.00 |
| 8/25/2016 | $42,780.00 |
| 9/2/2016 | $7,603.00 |
| 9/6/2016 | $103,384.00 |
| 9/6/2016 | $112,261.00 |

63379001 v1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 9/6/2016 | $7,737.00 |
| 9/8/2016 | $94,771.00 |
| 9/12/2016 | $44,536.00 |
| 9/12/2016 | $43,269.00 |
| 9/12/2016 | $54,584.00 |
| 9/19/2016 | $31,699.00 |
| 9/19/2016 | $11,181.00 |
| 9/19/2016 | $26,489.00 |
| 9/19/2016 | $19,896.00 |
| 9/19/2016 | $45,264.00 |
| 9/19/2016 | $52,583.00 |
| 9/23/2016 | $228,914.00 |
| 9/23/2016 | $23,172.00 |
| 10/3/2016 | $106,190.00 |
| 10/3/2016 | $110,568.00 |
| 10/6/2016 | $117,822.00 |
| 10/6/2016 | $107,756.00 |
| 10/6/2016 | $118,828.00 |
| 10/14/2016 | $16,428.00 |
| 10/14/2016 | $12,821.00 |
| 10/14/2016 | $8,235.00 |
| 10/14/2016 | $47,899.00 |
| 10/14/2016 | $10,569.00 |
| 10/14/2016 | $5,035.00 |
| 10/19/2016 | $31,324.00 |
| 10/19/2016 | $46,524.00 |
| 10/25/2016 | $16,841.00 |
| 10/25/2016 | $8,315.00 |
| 10/28/2016 | $105,363.00 |
| 10/28/2016 | $54,715.00 |
| 10/31/2016 | $46,876.00 |
| 11/4/2016 | $10,970.00 |
| 11/4/2016 | $16,719.00 |
| 11/4/2016 | $90,547.00 |
| 11/4/2016 | $98,903.00 |
| 11/4/2016 | $7,408.00 |
| 11/4/2016 | $8,129.00 |
| 11/4/2016 | $7,825.00 |
| 11/10/2016 | $228,838.00 |
| 11/10/2016 | $191,222.00 |
| 11/10/2016 | $49,427.00 |
| 11/10/2016 | $22,978.00 |
| 11/16/2016 | $32,416.00 |
| 11/16/2016 | $17,279.00 |
| 11/16/2016 | $17,455.00 |
| 11/16/2016 | $48,692.00 |

63379001 v1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 11/16/2016 | $45,507.00 |
| 11/16/2016 | $18,610.00 |
| 11/16/2016 | $39,887.00 |
| 11/16/2016 | $79,090.00 |
| 11/16/2016 | $46,017.00 |
| 11/16/2016 | $4,435.00 |
| 11/16/2016 | $3,540.00 |
| 11/21/2016 | $23,469.00 |
| 11/21/2016 | $79,094.00 |
| 11/21/2016 | $7,457.00 |
| 11/21/2016 | $44,075.00 |
| 11/21/2016 | $8,917.00 |
| 11/22/2016 | $45,187.00 |
| 11/22/2016 | $23,398.00 |
| 11/23/2016 | $105,350.00 |
| 11/23/2016 | $16,146.00 |
| 12/8/2016 | $17,847.00 |
| 12/8/2016 | $135,869.00 |
| 12/8/2016 | $116,464.00 |
| 12/8/2016 | $50,739.00 |
| 12/8/2016 | $17,075.00 |
| 12/8/2016 | $110,365.00 |
| 12/8/2016 | $18,764.00 |
| 12/8/2016 | $38,500.00 |
| 12/8/2016 | $7,895.00 |
| 12/8/2016 | $6,948.00 |
| 12/16/2016 | $111,358.00 |
| 12/16/2016 | $107,197.00 |
| 12/20/2016 | $82,490.00 |
| 12/20/2016 | $62,679.00 |
| 12/20/2016 | $9,260.00 |
| 12/20/2016 | $3,177.00 |
| 12/23/2016 | $107,511.00 |
| 12/23/2016 | $22,454.00 |
| 12/23/2016 | $8,639.00 |
| 12/23/2016 | $15,721.00 |
| 12/23/2016 | $16,146.00 |
| 1/17/2017 | $46,965.00 |
| 1/17/2017 | $133,140.00 |
| 1/18/2017 | $78,139.00 |
| 1/18/2017 | $9,896.00 |
| 1/19/2017 | $10,772.00 |
| 1/19/2017 | $15,102.00 |
| 1/19/2017 | $14,284.00 |
| 1/24/2017 | $212,665.00 |
| 1/24/2017 | $42,174.00 |

63379001 v1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 1/24/2017 | $22,504.00 |
| 1/26/2017 | $86,756.00 |
| 1/26/2017 | $83,857.00 |
| 1/31/2017 | $7,687.00 |
| 2/2/2017 | $67,519.00 |
| 2/3/2017 | $16,146.00 |
| 2/7/2017 | $17,084.00 |
| 2/7/2017 | $143,061.00 |
| 2/7/2017 | $17,181.00 |
| 2/7/2017 | $50,549.00 |
| 2/7/2017 | $46,413.00 |
| 2/7/2017 | $3,113.00 |
| 2/15/2017 | $32,416.00 |
| 2/15/2017 | $110,727.00 |
| 2/15/2017 | $105,906.00 |
| 2/15/2017 | $17,877.00 |
| 2/15/2017 | $18,615.00 |
| 2/15/2017 | $41,719.00 |
| 2/16/2017 | $15,364.00 |
| 2/16/2017 | $39,176.00 |
| 2/16/2017 | $101,203.00 |
| 2/21/2017 | $60,463.00 |
| 2/21/2017 | $61,341.00 |
| 2/23/2017 | $4,348.00 |
| 2/23/2017 | $5,488.00 |
| 2/23/2017 | $21,995.00 |
| 2/23/2017 | $4,567.00 |
| 2/23/2017 | $6,061.00 |
| 2/28/2017 | $103,657.00 |
| 2/28/2017 | $22,424.00 |
| 3/3/2017 | $2,196.00 |
| 3/3/2017 | $4,759.00 |
| 3/7/2017 | $221,157.00 |
| 3/7/2017 | $68,270.00 |
| 3/7/2017 | $7,311.00 |
| 3/16/2017 | $11,165.00 |
| 3/16/2017 | $17,289.00 |
| 3/16/2017 | $78,883.00 |
| 3/16/2017 | $61,135.00 |
| 3/16/2017 | $2,873.00 |
| 3/16/2017 | $59,115.00 |
| 3/16/2017 | $5,197.00 |
| 3/16/2017 | $9,905.00 |
| 3/16/2017 | $14,308.00 |
| 3/20/2017 | $5,006.00 |
| 3/20/2017 | $114,481.00 |

63379001 v1

EXHIBIT A

TRANSFERS TO E. CARDONA & ASOCIADOS, INC.

| Date | Payment Amount |
|---|---|
| 3/20/2017 | $8,251.00 |
| 3/20/2017 | $15,721.00 |
| 3/24/2017 | $18,494.00 |
| 3/28/2017 | $31,831.00 |
| 3/28/2017 | $32,535.00 |
| 3/28/2017 | $69,119.00 |
| 3/30/2017 | $140,322.00 |
| 3/30/2017 | $50,942.00 |
| 4/4/2017 | $42,151.00 |
| 4/6/2017 | $5,006.00 |
| 4/6/2017 | $10,249.00 |
| 4/6/2017 | $16,777.00 |
| 4/6/2017 | $13,924.00 |
| 4/6/2017 | $36,981.00 |
| 4/6/2017 | $71,376.00 |
| 4/6/2017 | $7,570.00 |
| 4/6/2017 | $4,654.00 |
| 4/7/2017 | $3,641.00 |
| 4/7/2017 | $75,458.00 |
| 4/7/2017 | $5,982.00 |
| 4/10/2017 | $16,633.00 |
| 4/10/2017 | $16,146.00 |
| 4/11/2017 | $17,133.00 |
| 4/11/2017 | $50,992.00 |
| 4/11/2017 | $17,498.00 |
| 4/12/2017 | $128,129.00 |
| 4/12/2017 | $51,294.00 |
| 4/12/2017 | $140,739.00 |
| 4/12/2017 | $103,391.00 |
| 4/24/2017 | $14,906.00 |
| 4/25/2017 | $225,738.00 |
| 4/25/2017 | $215,781.00 |
| 5/2/2017 | $5,006.00 |
| 5/2/2017 | $1,821.00 |
| 5/2/2017 | $3,641.00 |
| 5/2/2017 | $27,188.00 |
| 5/2/2017 | $6,851.00 |
| 5/2/2017 | $19,859.00 |
| 5/2/2017 | $70,855.00 |
| 5/2/2017 | $67,766.00 |
| 5/2/2017 | $58,448.00 |
| 5/2/2017 | $1,173.00 |
| 5/2/2017 | $4,856.00 |

63379001 v1