# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO A C R SYSTEMS

| Date | Payment Amount |
|---|---|
| 7/9/2013 | $2,495.00 |
| 1/2/2014 | $5,500.00 |
| 1/9/2014 | $1,900.00 |
| 2/4/2014 | $7,590.00 |
| 2/4/2014 | $14,590.00 |
| 2/4/2014 | $23,000.00 |
| 2/13/2014 | $7,125.00 |
| 2/26/2014 | $1,900.00 |
| 3/6/2014 | $1,600.00 |
| 3/19/2014 | $3,180.00 |
| 3/19/2014 | $6,930.00 |
| 3/21/2014 | $8,000.00 |
| 3/21/2014 | $740.00 |
| 3/21/2014 | $1,200.00 |
| 3/25/2014 | $1,900.00 |
| 3/25/2014 | $1,900.00 |
| 4/3/2014 | $9,990.00 |
| 4/3/2014 | $10,900.00 |
| 4/3/2014 | $1,500.00 |
| 4/28/2014 | $6,105.00 |
| 5/5/2014 | $2,325.00 |
| 5/29/2014 | $2,344.00 |
| 6/17/2014 | $1,890.00 |
| 6/23/2014 | $6,700.00 |
| 6/23/2014 | $38,305.00 |
| 6/23/2014 | $174,500.00 |
| 7/1/2014 | $2,800.00 |
| 7/1/2014 | $19,505.00 |
| 7/3/2014 | $950.00 |
| 7/17/2014 | $2,325.00 |
| 7/22/2014 | $17,910.00 |
| 9/11/2014 | $500.00 |
| 9/24/2014 | $10,435.00 |
| 9/29/2014 | $500.00 |
| 9/29/2014 | $8,800.00 |
| 9/29/2014 | $9,880.00 |
| 10/3/2014 | $13,200.00 |
| 10/15/2014 | $1,000.00 |
| 10/20/2014 | $3,350.00 |
| 11/10/2014 | $2,130.00 |
| 11/21/2014 | $2,160.00 |
| 12/5/2014 | $1,080.00 |
| 12/12/2014 | $6,005.00 |
| 12/12/2014 | $11,300.00 |

# EXHIBIT A
## TRANSFERS TO A C R SYSTEMS

| Date | Payment Amount |
|---|---|
| 12/16/2014 | $18,075.00 |
| 12/30/2014 | $1,080.00 |
| 1/14/2015 | $17,450.00 |
| 1/16/2015 | $261,495.00 |
| 1/20/2015 | $19,330.00 |
| 2/3/2015 | $990.00 |
| 2/25/2015 | $2,160.00 |
| 2/25/2015 | $4,000.00 |
| 3/12/2015 | $4,990.00 |
| 3/24/2015 | $1,080.00 |
| 3/25/2015 | $424,750.00 |
| 4/2/2015 | $4,700.00 |
| 4/15/2015 | $18,260.00 |
| 4/20/2015 | $18,190.00 |
| 5/19/2015 | $18,355.00 |
| 5/26/2015 | $2,490.00 |
| 6/10/2015 | $115,634.00 |
| 6/10/2015 | $2,112.00 |
| 6/16/2015 | $18,460.00 |
| 7/27/2015 | $5,900.00 |
| 7/27/2015 | $9,200.00 |
| 8/3/2015 | $6,780.00 |
| 8/3/2015 | $1,600.00 |
| 8/26/2015 | $18,825.00 |
| 8/28/2015 | $1,080.00 |
| 8/28/2015 | $18,460.00 |
| 9/9/2015 | $6,400.00 |
| 10/14/2015 | $1,080.00 |
| 10/20/2015 | $2,500.00 |
| 10/23/2015 | $18,425.00 |
| 10/29/2015 | $10,470.00 |
| 11/13/2015 | $2,160.00 |
| 11/13/2015 | $9,750.00 |
| 12/4/2015 | $1,080.00 |
| 12/4/2015 | $1,080.00 |
| 12/16/2015 | $20,270.00 |
| 12/23/2015 | $2,900.00 |
| 12/23/2015 | $1,250.00 |
| 12/24/2015 | $18,425.00 |
| 12/24/2015 | $19,165.00 |
| 12/30/2015 | $4,170.00 |
| 1/12/2016 | $1,900.00 |
| 1/21/2016 | $2,160.00 |

# EXHIBIT A

## TRANSFERS TO A C R SYSTEMS

| Date | Payment Amount |
|---|---|
| 2/16/2016 | $1,200.00 |
| 2/16/2016 | $1,620.00 |
| 2/16/2016 | $2,160.00 |
| 2/16/2016 | $2,000.00 |
| 3/7/2016 | $6,700.00 |
| 3/11/2016 | $6,800.00 |
| 3/15/2016 | $18,355.00 |
| 3/15/2016 | $18,355.00 |
| 3/22/2016 | $18,425.00 |
| 5/2/2016 | $80,494.00 |
| 5/4/2016 | $3,800.00 |
| 5/9/2016 | $1,900.00 |
| 5/9/2016 | $18,320.00 |
| 5/9/2016 | $18,215.00 |
| 5/12/2016 | $14,500.00 |
| 5/17/2016 | $18,390.00 |
| 5/17/2016 | $1,200.00 |
| 5/17/2016 | $1,080.00 |
| 5/27/2016 | $7,400.00 |
| 5/27/2016 | $9,000.00 |
| 6/2/2016 | $1,064.00 |
| 6/2/2016 | $1,064.00 |
| 6/9/2016 | $98,500.00 |
| 6/10/2016 | $13,900.00 |
| 6/17/2016 | $1,775.00 |
| 6/21/2016 | $200,000.00 |
| 7/11/2016 | $2,160.00 |
| 7/11/2016 | $18,425.00 |
| 7/13/2016 | $5,700.00 |
| 7/20/2016 | $5,500.00 |
| 7/29/2016 | $17,955.00 |
| 8/16/2016 | $3,095.00 |
| 8/31/2016 | $20,990.00 |
| 9/2/2016 | $7,300.00 |
| 9/15/2016 | $1,080.00 |
| 9/15/2016 | $500.00 |
| 9/15/2016 | $12,385.00 |
| 9/21/2016 | $17,300.00 |
| 9/22/2016 | $19,700.00 |
| 9/22/2016 | $8,312.00 |
| 9/22/2016 | $59,026.00 |
| 10/17/2016 | $1,064.00 |
| 10/17/2016 | $1,064.00 |

# EXHIBIT A
## TRANSFERS TO A C R SYSTEMS

| Date | Payment Amount |
|---|---|
| 10/17/2016 | $1,064.00 |
| 10/17/2016 | $1,064.00 |
| 11/7/2016 | $715.00 |
| 11/7/2016 | $1,000.00 |
| 11/7/2016 | $8,900.00 |
| 11/7/2016 | $1,200.00 |
| 11/7/2016 | $200.00 |
| 11/7/2016 | $3,900.00 |
| 11/7/2016 | $8,000.00 |
| 11/7/2016 | $22,420.00 |
| 11/17/2016 | $8,080.00 |
| 11/28/2016 | $600.00 |
| 11/28/2016 | $3,000.00 |
| 12/12/2016 | $3,900.00 |
| 12/12/2016 | $18,225.00 |
| 12/19/2016 | $5,900.00 |
| 12/27/2016 | $31,700.00 |
| 12/27/2016 | $18,000.00 |
| 12/27/2016 | $45,000.00 |
| 12/27/2016 | $10,490.00 |
| 1/9/2017 | $11,050.00 |
| 1/9/2017 | $15,842.00 |
| 1/10/2017 | $52,328.00 |
| 2/24/2017 | $639.00 |
| 2/24/2017 | $680.00 |
| 3/20/2017 | $2,495.00 |
| 3/27/2017 | $4,190.00 |
| 4/5/2017 | $2,529.00 |
| 4/7/2017 | $11,800.00 |
| 4/11/2017 | $8,000.00 |
| 4/18/2017 | $3,490.00 |
| 4/18/2017 | $4,190.00 |
| 4/24/2017 | $4,190.00 |
| 5/2/2017 | $11,830.00 |