# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO AFCG INC. d/b/a ARROYO-FLORES CONSULTING GROUP, INC.

| Date | Payment Amount |
|---|---|
| 1/8/2014 | $38,945.00 |
| 1/8/2014 | $57,963.00 |
| 1/16/2014 | $58,483.00 |
| 3/18/2014 | $71,651.00 |
| 4/14/2014 | $80,982.00 |
| 5/7/2014 | $95,498.00 |
| 6/26/2014 | $93,947.00 |
| 6/26/2014 | $103,233.00 |
| 9/3/2014 | $5,425.00 |
| 9/3/2014 | $6,968.00 |
| 9/11/2014 | $2,331.00 |
| 9/24/2014 | $99,155.00 |
| 9/29/2014 | $105,471.00 |
| 10/31/2014 | $887.00 |
| 11/7/2014 | $7,388.00 |
| 11/7/2014 | $7,388.00 |
| 11/7/2014 | $576.00 |
| 11/17/2014 | $18,395.00 |
| 11/24/2014 | $19,193.00 |
| 12/16/2014 | $7,388.00 |
| 12/31/2014 | $7,388.00 |
| 1/13/2015 | $4,348.00 |
| 1/13/2015 | $22,207.00 |
| 1/13/2015 | $35,859.00 |
| 1/13/2015 | $45,522.00 |
| 1/13/2015 | $72,244.00 |
| 1/26/2015 | $79,275.00 |
| 2/18/2015 | $7,388.00 |
| 3/4/2015 | $6,000.00 |
| 3/11/2015 | $7,388.00 |
| 3/23/2015 | $7,683.00 |
| 3/26/2015 | $56,514.00 |
| 4/10/2015 | $56,625.00 |
| 4/24/2015 | $2,216.00 |
| 4/24/2015 | $38,200.00 |
| 4/24/2015 | $48,580.00 |
| 4/24/2015 | $1,500.00 |
| 5/7/2015 | $7,388.00 |
| 5/7/2015 | $7,388.00 |
| 5/27/2015 | $1,182.00 |
| 5/28/2015 | $50,864.00 |
| 6/3/2015 | $7,388.00 |
| 6/9/2015 | $1,283.00 |
| 7/6/2015 | $7,388.00 |
| 7/22/2015 | $77,303.00 |
| 7/23/2015 | $2,955.00 |

EXHIBIT A

TRANSFERS TO AFCG INC. d/b/a ARROYO-FLORES CONSULTING GROUP, INC.

| Date | Payment Amount |
|---|---|
| 7/23/2015 | $1,478.00 |
| 7/29/2015 | $7,388.00 |
| 8/5/2015 | $17,829.00 |
| 9/2/2015 | $1,478.00 |
| 9/10/2015 | $73,314.00 |
| 9/11/2015 | $7,388.00 |
| 9/24/2015 | $75,729.00 |
| 10/2/2015 | $1,500.00 |
| 10/13/2015 | $108,840.00 |
| 10/13/2015 | $1,455.00 |
| 11/25/2015 | $1,500.00 |
| 12/17/2015 | $800.00 |
| 12/17/2015 | $800.00 |
| 1/25/2016 | $1,968.00 |
| 2/4/2016 | $62,291.00 |
| 2/9/2016 | $7,388.00 |
| 2/9/2016 | $800.00 |
| 2/10/2016 | $89,963.00 |
| 2/10/2016 | $92,537.00 |
| 2/26/2016 | $74,349.00 |
| 3/9/2016 | $800.00 |
| 3/9/2016 | $2,543.00 |
| 3/17/2016 | $12,988.00 |
| 3/17/2016 | $6,644.00 |
| 3/24/2016 | $25,816.00 |
| 3/24/2016 | $27,780.00 |
| 3/31/2016 | $776.00 |
| 4/7/2016 | $88,790.00 |
| 4/7/2016 | $20,679.00 |
| 4/13/2016 | $14,240.00 |
| 4/27/2016 | $79,497.00 |
| 5/2/2016 | $1,624.00 |
| 5/6/2016 | $7,388.00 |
| 5/19/2016 | $21,675.00 |
| 5/19/2016 | $12,322.00 |
| 5/19/2016 | $2,522.00 |
| 5/19/2016 | $776.00 |
| 5/25/2016 | $7,388.00 |
| 6/1/2016 | $7,388.00 |
| 6/1/2016 | $1,624.00 |
| 6/13/2016 | $22,815.00 |
| 6/15/2016 | $1,664.00 |
| 6/28/2016 | $731.00 |
| 6/28/2016 | $2,522.00 |
| 6/28/2016 | $776.00 |
| 7/5/2016 | $34,997.00 |

EXHIBIT A

TRANSFERS TO AFCG INC. d/b/a ARROYO-FLORES CONSULTING GROUP, INC.

| Date | Payment Amount |
|---|---|
| 7/5/2016 | $3,768.00 |
| 7/12/2016 | $2,522.00 |
| 7/12/2016 | $776.00 |
| 7/14/2016 | $7,388.00 |
| 7/15/2016 | $32,025.00 |
| 7/29/2016 | $10,868.00 |
| 8/4/2016 | $7,388.00 |
| 8/10/2016 | $114,557.00 |
| 8/10/2016 | $71,543.00 |
| 8/17/2016 | $776.00 |
| 8/17/2016 | $2,522.00 |
| 8/18/2016 | $29,509.00 |
| 8/18/2016 | $4,521.00 |
| 8/18/2016 | $29,122.00 |
| 8/18/2016 | $5,009.00 |
| 8/18/2016 | $621.00 |
| 9/1/2016 | $7,043.00 |
| 9/21/2016 | $1,389.00 |
| 10/5/2016 | $5,004.00 |
| 10/5/2016 | $7,388.00 |
| 10/6/2016 | $145,891.00 |
| 10/11/2016 | $3,298.00 |
| 10/13/2016 | $51,905.00 |
| 10/31/2016 | $7,388.00 |
| 11/7/2016 | $3,298.00 |
| 11/21/2016 | $7,388.00 |
| 11/29/2016 | $4,153.00 |
| 11/30/2016 | $38,304.00 |
| 12/12/2016 | $2,464.00 |
| 12/12/2016 | $3,298.00 |
| 12/12/2016 | $78,241.00 |
| 12/22/2016 | $7,388.00 |
| 12/28/2016 | $3,298.00 |
| 1/4/2017 | $84,395.00 |
| 1/23/2017 | $2,151.00 |
| 1/30/2017 | $3,343.00 |
| 1/30/2017 | $101,433.00 |
| 1/30/2017 | $7,388.00 |
| 2/17/2017 | $2,046.00 |
| 2/17/2017 | $9,042.00 |
| 2/17/2017 | $84,018.00 |
| 3/13/2017 | $11,679.00 |
| 4/27/2017 | $3,298.00 |
| 4/27/2017 | $3,298.00 |