# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO ALEJANDRO ESTRADA MAISONET

| Date | Payment Amount |
|---|---|
| 9/27/2013 | $3,264.00 |
| 10/10/2014 | $3,842.00 |
| 10/10/2014 | $4,562.00 |
| 1/13/2014 | $4,616.00 |
| 2/19/2014 | $4,721.00 |
| 10/10/2014 | $5,042.00 |
| 3/19/2015 | $5,044.00 |
| 1/20/2015 | $5,044.00 |
| 1/20/2015 | $5,380.00 |
| 5/9/2014 | $5,628.00 |
| 12/11/2014 | $5,762.00 |
| 4/27/2015 | $5,942.00 |
| 9/9/2014 | $6,370.00 |
| 4/9/2015 | $6,389.00 |
| 1/20/2015 | $7,062.00 |
| 3/23/2015 | $7,062.00 |
| 5/1/2014 | $7,360.00 |
| 1/20/2015 | $7,398.00 |
| 5/8/2014 | $9,091.00 |
| 10/10/2014 | $9,310.00 |
| 1/20/2015 | $24,285.00 |
| 2/19/2014 | $25,432.00 |
| 1/13/2014 | $25,432.00 |
| 1/20/2015 | $25,904.00 |
| 10/29/2014 | $25,990.00 |
| 3/19/2015 | $27,958.00 |
| 3/23/2015 | $30,761.00 |
| 10/17/2014 | $30,863.00 |
| 3/19/2015 | $33,999.00 |
| 1/20/2015 | $33,999.00 |
| 10/17/2014 | $34,111.00 |
| 1/20/2015 | $35,618.00 |
| 10/24/2013 | $36,834.00 |
| 12/11/2014 | $38,984.00 |
| 5/12/2014 | $39,338.00 |
| 9/9/2014 | $43,095.00 |
| 2/12/2015 | $45,212.00 |
| 2/19/2015 | $48,227.00 |
| 4/4/2014 | $51,442.00 |
| 9/27/2013 | $58,616.00 |
| 10/10/2014 | $62,985.00 |
| 2/13/2015 | $63,297.00 |
| 4/3/2014 | $63,546.00 |
| 2/17/2015 | $66,311.00 |
| 11/7/2014 | $72,055.00 |
| 1/20/2015 | $79,808.00 |

## EXHIBIT A
## TRANSFERS TO ALEJANDRO ESTRADA MAISONET

| Date | Amount |
|---|---|
| 1/20/2015 | $85,219.00 |
| 11/4/2014 | $85,565.00 |
| 11/3/2014 | $94,572.00 |
| 11/28/2014 | $108,082.00 |
| 10/22/2013 | $110,753.00 |
| 1/20/2015 | $111,584.00 |
| 5/9/2014 | $115,265.00 |
| 1/20/2015 | $116,898.00 |
| 9/9/2014 | $119,479.00 |
| 2/25/2014 | $130,968.00 |
| 1/13/2014 | $130,968.00 |
| 5/1/2014 | $150,721.00 |
| 10/7/2013 | $162,154.00 |
| 10/28/2014 | $174,623.00 |
| 4/29/2014 | $187,681.00 |
| 4/17/2015 | $329,963.00 |
| 9/3/2013 | $417,187.00 |
| 5/14/2013 | $476,483.00 |
| 2/19/2016 | $1,739.00 |
| 2/19/2016 | $102.00 |
| 2/19/2016 | $1,944.00 |
| 2/19/2016 | $1,841.00 |
| 2/19/2016 | $1,742.00 |
| 8/10/2015 | $68,935.00 |
| 8/3/2016 | $8,063.00 |
| 7/31/2015 | $97,782.00 |
| 5/9/2016 | $5,290.00 |
| 5/9/2016 | $5,163.00 |
| 5/9/2016 | $6,087.00 |
| 5/6/2016 | $2,380.00 |
| 5/6/2016 | $921.00 |
| 5/6/2016 | $2,046.00 |
| 5/6/2016 | $1,058.00 |
| 5/6/2016 | $4,855.00 |
| 5/6/2016 | $10,788.00 |
| 5/6/2016 | $3,158.00 |
| 5/6/2016 | $1,421.00 |
| 5/6/2016 | $6,190.00 |
| 5/6/2016 | $8,522.00 |
| 5/6/2016 | $7,840.00 |
| 5/6/2016 | $7,228.00 |
| 5/6/2016 | $2,508.00 |
| 5/6/2016 | $2,726.00 |
| 5/6/2016 | $1,791.00 |
| 5/6/2016 | $2,152.00 |
| 7/24/2015 | $111,348.00 |
| 1/4/2016 | $4,496.00 |

# EXHIBIT A
## TRANSFERS TO ALEJANDRO ESTRADA MAISONET

| Date | Amount |
|---:|---:|
| 1/4/2016 | $264.00 |
| 1/4/2016 | $5,025.00 |
| 1/4/2016 | $9,012.00 |
| 1/4/2016 | $11,867.00 |
| 1/4/2016 | $4,761.00 |
| 1/4/2016 | $8,537.00 |
| 1/4/2016 | $11,867.00 |
| 1/4/2016 | $2,909.00 |
| 1/4/2016 | $306.00 |
| 1/4/2016 | $8,630.00 |
| 12/29/2015 | $539.00 |
| 7/8/2015 | $7,062.00 |
| 6/16/2015 | $33,999.00 |
| 11/13/2015 | $12,122.00 |
| 6/2/2015 | $55,537.00 |
| 5/28/2015 | $30,761.00 |
| 10/27/2015 | $3,026.00 |
| 10/27/2015 | $23,829.00 |
| 10/20/2015 | $33,361.00 |
| 10/16/2015 | $12,602.00 |
| 3/18/2016 | $1,897.00 |
| 3/18/2016 | $3,838.00 |
| 3/18/2016 | $11,165.00 |
| 3/18/2016 | $6,191.00 |
| 3/18/2016 | $12,602.00 |
| 3/18/2016 | $30,236.00 |
| 3/18/2016 | $5,352.00 |
| 3/18/2016 | $3,762.00 |
| 3/18/2016 | $5,263.00 |
| 3/18/2016 | $632.00 |
| 3/18/2016 | $409.00 |
| 3/18/2016 | $2,158.00 |
| 2/26/2016 | $8,630.00 |
| 2/24/2016 | $158.00 |
| 2/24/2016 | $3,001.00 |
| 2/24/2016 | $2,843.00 |