# EXHIBIT A

EXHIBIT A

TRANSFERS TO ENTERPRISE SERVICES CARIBE, LLC

| Date | Payment Amount |
|---|---|
| 4/20/2017 | $2,338,898.00 |