# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO A NEW VISION IN EDUCATIONAL SERVICES AND MATERIALS, INC.

| Date | Payment Amount |
|---|---|
| 7/9/2013 | $4,900.00 |
| 7/25/2013 | $3,395.00 |
| 7/14/2015 | $520,391.00 |
| 5/18/2016 | $849,278.00 |
| 5/18/2016 | $911,490.00 |
| 8/19/2016 | $265,221.00 |
| 4/25/2017 | $59,688.00 |