# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO APEX GENERAL CONTRACTORS LLC

| Date | Payment Amount |
|---|---|
| 5/20/2013 | $4,906.00 |
| 5/20/2013 | $1,158.00 |
| 5/20/2013 | $1,195.00 |
| 5/20/2013 | $1,665.00 |
| 5/20/2013 | $1,856.00 |
| 5/28/2013 | $5,486.00 |
| 5/28/2013 | $40,342.00 |
| 5/28/2013 | $41,492.00 |
| 5/28/2013 | $42,217.00 |
| 7/17/2013 | $40,342.00 |
| 7/24/2013 | $48,240.00 |
| 8/1/2013 | $19,249.00 |
| 8/19/2013 | $40,342.00 |
| 9/16/2013 | $82,984.00 |
| 9/25/2013 | $5,157.00 |
| 9/25/2013 | $9,164.00 |
| 9/25/2013 | $122,152.00 |
| 10/17/2013 | $293.00 |
| 10/17/2013 | $823.00 |
| 10/17/2013 | $209.00 |
| 10/17/2013 | $1,627.00 |
| 10/28/2013 | $40,342.00 |
| 11/1/2013 | $786.00 |
| 11/1/2013 | $41,492.00 |
| 11/5/2013 | $82,471.00 |
| 11/20/2013 | $721.00 |
| 11/20/2013 | $40,342.00 |
| 12/9/2013 | $39,443.00 |
| 12/13/2013 | $641.00 |
| 1/16/2014 | $6,195.00 |
| 1/16/2014 | $41,236.00 |
| 2/5/2014 | $14,381.00 |
| 2/5/2014 | $39,548.00 |
| 2/5/2014 | $40,342.00 |
| 2/24/2014 | $41,236.00 |
| 3/14/2014 | $23,014.00 |
| 3/14/2014 | $40,342.00 |
| 4/1/2014 | $78,886.00 |
| 4/11/2014 | $12,381.00 |
| 4/11/2014 | $40,342.00 |
| 5/8/2014 | $4,710.00 |

# EXHIBIT A

## TRANSFERS TO APEX GENERAL CONTRACTORS LLC

| Date | Payment Amount |
|---|---|
| 5/8/2014 | $40,342.00 |
| 5/8/2014 | $507,992.00 |
| 5/28/2014 | $41,236.00 |
| 6/2/2014 | $630.00 |
| 6/2/2014 | $240,580.00 |
| 6/23/2014 | $3,074.00 |
| 6/24/2014 | $42,774.00 |
| 7/3/2014 | $7,685.00 |
| 7/3/2014 | $41,236.00 |
| 8/14/2014 | $42,774.00 |
| 8/25/2014 | $82,471.00 |
| 9/17/2014 | $39,737.00 |
| 9/17/2014 | $39,737.00 |
| 9/26/2014 | $2,888.00 |
| 9/26/2014 | $6,618.00 |
| 9/26/2014 | $7,361.00 |
| 10/2/2014 | $389.00 |
| 10/2/2014 | $41,236.00 |
| 10/10/2014 | $11,163.00 |
| 10/10/2014 | $42,774.00 |
| 10/27/2014 | $1,135.00 |
| 11/19/2014 | $12,016.00 |
| 11/19/2014 | $1,601.00 |
| 12/12/2014 | $40,342.00 |
| 12/12/2014 | $41,236.00 |
| 12/18/2014 | $41,236.00 |
| 1/12/2015 | $41,236.00 |
| 2/27/2015 | $30,901.00 |
| 2/27/2015 | $39,688.00 |
| 3/30/2015 | $4,152.00 |
| 3/30/2015 | $41,236.00 |
| 4/20/2015 | $2,505.00 |
| 4/20/2015 | $39,692.00 |
| 4/27/2015 | $39,692.00 |
| 5/1/2015 | $39,692.00 |
| 5/15/2015 | $12,558.00 |
| 5/15/2015 | $42,774.00 |
| 5/15/2015 | $79,384.00 |
| 5/15/2015 | $80,790.00 |
| 5/15/2015 | $82,471.00 |
| 5/18/2015 | $39,692.00 |

EXHIBIT A

TRANSFERS TO APEX GENERAL CONTRACTORS LLC

| Date | Payment Amount |
|---|---|
| 5/18/2015 | $39,692.00 |
| 5/26/2015 | $39,692.00 |
| 5/26/2015 | $39,692.00 |
| 6/2/2015 | $39,692.00 |
| 6/2/2015 | $1,972.00 |
| 6/2/2015 | $640.00 |
| 6/18/2015 | $9,010.00 |
| 6/18/2015 | $38,054.00 |
| 6/24/2015 | $41,236.00 |
| 6/24/2015 | $49,998.00 |
| 8/6/2015 | $39,692.00 |
| 8/6/2015 | $25,926.00 |
| 8/6/2015 | $82,471.00 |
| 8/6/2015 | $15,785.00 |
| 8/6/2015 | $2,794.00 |
| 10/1/2015 | $285.00 |
| 10/1/2015 | $1,107.00 |
| 10/22/2015 | $41,236.00 |
| 10/22/2015 | $4,232.00 |
| 10/22/2015 | $6,591.00 |
| 10/26/2015 | $1,812.00 |
| 10/26/2015 | $709.00 |
| 10/26/2015 | $1,107.00 |
| 11/5/2015 | $39,692.00 |
| 11/23/2015 | $41,236.00 |
| 12/3/2015 | $39,692.00 |
| 12/9/2015 | $39,692.00 |
| 12/9/2015 | $39,692.00 |
| 1/5/2016 | $1,456.00 |
| 1/5/2016 | $675.00 |
| 1/19/2016 | $82,471.00 |
| 2/16/2016 | $39,692.00 |
| 2/16/2016 | $39,692.00 |
| 2/23/2016 | $82,576.00 |
| 3/9/2016 | $11,559.00 |
| 3/10/2016 | $2,336.00 |
| 3/14/2016 | $6,032.00 |
| 3/14/2016 | $3,079.00 |
| 4/1/2016 | $10,500.00 |
| 4/11/2016 | $82,471.00 |
| 4/27/2016 | $5,473.00 |

# EXHIBIT A
## TRANSFERS TO APEX GENERAL CONTRACTORS LLC

| Date | Payment Amount |
|---|---|
| 4/27/2016 | $6,042.00 |
| 4/28/2016 | $41,236.00 |
| 4/28/2016 | $455.00 |
| 4/28/2016 | $11,205.00 |
| 5/11/2016 | $39,692.00 |
| 5/12/2016 | $39,692.00 |
| 5/12/2016 | $39,692.00 |
| 5/18/2016 | $39,692.00 |
| 5/18/2016 | $39,692.00 |
| 5/27/2016 | $980.00 |
| 5/27/2016 | $892.00 |
| 6/17/2016 | $14,935.00 |
| 6/17/2016 | $3,257.00 |
| 6/23/2016 | $82,471.00 |
| 6/23/2016 | $2,850.00 |
| 6/23/2016 | $867.00 |
| 8/1/2016 | $3,572.00 |
| 8/5/2016 | $39,692.00 |
| 8/24/2016 | $265.00 |
| 8/24/2016 | $4,337.00 |
| 8/24/2016 | $1,335.00 |
| 8/24/2016 | $670.00 |
| 8/24/2016 | $233.00 |
| 9/1/2016 | $39,692.00 |
| 9/9/2016 | $9,661.00 |
| 9/9/2016 | $12,662.00 |
| 9/9/2016 | $4,665.00 |
| 9/9/2016 | $82,471.00 |
| 9/9/2016 | $389.00 |
| 10/4/2016 | $1,601.00 |
| 10/4/2016 | $2,928.00 |
| 10/4/2016 | $329.00 |
| 10/14/2016 | $5,856.00 |
| 10/24/2016 | $905.00 |
| 10/24/2016 | $41,236.00 |
| 11/3/2016 | $39,692.00 |
| 11/21/2016 | $264.00 |
| 11/21/2016 | $5,580.00 |
| 11/23/2016 | $3,088.00 |
| 11/28/2016 | $41,236.00 |
| 12/6/2016 | $39,692.00 |

EXHIBIT A

TRANSFERS TO APEX GENERAL CONTRACTORS LLC

| Date | Payment Amount |
|---|---|
| 12/7/2016 | $39,692.00 |
| 12/9/2016 | $2,720.00 |
| 12/9/2016 | $1,688.00 |
| 12/9/2016 | $2,567.00 |
| 12/9/2016 | $7,998.00 |
| 12/9/2016 | $2,243.00 |
| 12/12/2016 | $2,575.00 |
| 12/21/2016 | $686.00 |
| 1/11/2017 | $2,309.00 |
| 1/27/2017 | $1,175.00 |
| 2/6/2017 | $31,923.00 |
| 2/7/2017 | $41,236.00 |
| 2/21/2017 | $5,124.00 |
| 2/21/2017 | $9,813.00 |
| 2/22/2017 | $42,728.00 |
| 2/27/2017 | $9,140.00 |
| 2/28/2017 | $42,431.00 |
| 3/1/2017 | $75,589.00 |
| 3/23/2017 | $778.00 |
| 3/23/2017 | $1,542.00 |
| 3/23/2017 | $721.00 |
| 4/3/2017 | $41,236.00 |
| 4/7/2017 | $39,692.00 |
| 4/12/2017 | $39,692.00 |
| 4/27/2017 | $23,055.00 |
| 5/2/2017 | $351.00 |
| 5/2/2017 | $8,087.00 |