# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO GF SOLUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 5/16/2013 | $1,973,585.00 |
| 5/21/2013 | $3,360.00 |
| 5/21/2013 | $6,000.00 |
| 5/21/2013 | $6,000.00 |
| 5/21/2013 | $12,000.00 |
| 5/21/2013 | $18,000.00 |
| 5/21/2013 | $18,000.00 |
| 5/21/2013 | $18,000.00 |
| 5/30/2013 | $1,889,349.00 |
| 6/5/2013 | $21,828.00 |
| 6/11/2013 | $653,588.00 |
| 6/11/2013 | $2,041,109.00 |
| 6/18/2013 | $389,309.00 |
| 7/2/2013 | $12,110.00 |
| 11/1/2013 | $987,933.00 |
| 4/16/2014 | $733,539.00 |
| 9/11/2014 | $394,009.00 |
| 11/24/2014 | $923,712.00 |
| 12/9/2014 | $1,264,674.00 |
| 1/15/2015 | $71,416.00 |
| 2/17/2015 | $19,503.00 |
| 2/17/2015 | $21,276.00 |
| 2/17/2015 | $41,666.00 |
| 2/17/2015 | $50,826.00 |
| 2/23/2015 | $29,255.00 |
| 2/23/2015 | $46,394.00 |
| 3/4/2015 | $265,054.00 |
| 8/7/2015 | $2,512.00 |
| 8/7/2015 | $2,955.00 |
| 8/7/2015 | $1,921.00 |
| 8/7/2015 | $1,478.00 |
| 8/7/2015 | $1,478.00 |
| 8/7/2015 | $1,773.00 |
| 8/7/2015 | $4,654.00 |
| 8/13/2015 | $6,206.00 |
| 8/13/2015 | $6,797.00 |
| 8/13/2015 | $1,478.00 |
| 8/13/2015 | $1,478.00 |
| 8/13/2015 | $4,433.00 |
| 8/13/2015 | $4,285.00 |
| 9/1/2015 | $980,244.00 |
| 10/1/2015 | $1,960,488.00 |
| 10/13/2015 | $573,402.00 |
| 12/15/2015 | $5,496.00 |
| 12/15/2015 | $2,364.00 |
| 12/15/2015 | $1,773.00 |

EXHIBIT A
TRANSFERS TO GF SOLUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 12/15/2015 | $5,260.00 |
| 12/17/2015 | $4,876.00 |
| 12/17/2015 | $3,251.00 |
| 12/17/2015 | $5,467.00 |
| 12/21/2015 | $738,416.00 |
| 12/23/2015 | $2,216.00 |
| 12/23/2015 | $2,512.00 |
| 1/5/2016 | $886.50 |
| 1/5/2016 | $1,108.50 |
| 1/5/2016 | $2,881.50 |
| 1/5/2016 | $1,717.50 |
| 1/5/2016 | $1,773.00 |
| 1/5/2016 | $554.25 |
| 1/5/2016 | $886.50 |
| 1/5/2016 | $886.50 |
| 1/5/2016 | $2,659.50 |
| 1/5/2016 | $1,995.00 |
| 1/5/2016 | $1,884.00 |
| 1/5/2016 | $1,440.75 |
| 1/5/2016 | $332.25 |
| 1/5/2016 | $3,989.25 |
| 1/5/2016 | $1,218.75 |
| 1/5/2016 | $1,108.50 |
| 1/5/2016 | $1,329.75 |
| 1/5/2016 | $2,659.50 |
| 1/5/2016 | $1,108.50 |
| 1/5/2016 | $295.50 |
| 1/5/2016 | $369.50 |
| 1/5/2016 | $960.50 |
| 1/5/2016 | $572.50 |
| 1/5/2016 | $591.00 |
| 1/5/2016 | $184.75 |
| 1/5/2016 | $295.50 |
| 1/5/2016 | $295.50 |
| 1/5/2016 | $886.50 |
| 1/5/2016 | $665.00 |
| 1/5/2016 | $628.00 |
| 1/5/2016 | $480.25 |
| 1/5/2016 | $110.75 |
| 1/5/2016 | $1,329.75 |
| 1/5/2016 | $406.25 |
| 1/5/2016 | $369.50 |
| 1/5/2016 | $443.25 |
| 1/5/2016 | $886.50 |
| 1/5/2016 | $369.50 |
| 3/14/2016 | $2,955.00 |

EXHIBIT A
TRANSFERS TO GF SOLUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 3/18/2016 | $2,438.25 |
| 3/18/2016 | $812.75 |
| 3/24/2016 | $3,989.25 |
| 3/24/2016 | $2,105.25 |
| 3/24/2016 | $3,546.00 |
| 3/24/2016 | $1,329.75 |
| 3/24/2016 | $701.75 |
| 3/24/2016 | $1,182.00 |
| 3/31/2016 | $3,989.25 |
| 3/31/2016 | $424.50 |
| 3/31/2016 | $424.50 |
| 3/31/2016 | $424.50 |
| 3/31/2016 | $424.50 |
| 3/31/2016 | $424.50 |
| 3/31/2016 | $3,324.75 |
| 3/31/2016 | $1,551.75 |
| 3/31/2016 | $2,659.50 |
| 3/31/2016 | $1,329.75 |
| 3/31/2016 | $1,218.75 |
| 3/31/2016 | $1,108.50 |
| 3/31/2016 | $1,773.00 |
| 3/31/2016 | $2,105.25 |
| 3/31/2016 | $3,102.75 |
| 3/31/2016 | $997.50 |
| 3/31/2016 | $1,995.00 |
| 3/31/2016 | $1,995.00 |
| 3/31/2016 | $1,108.50 |
| 3/31/2016 | $997.50 |
| 3/31/2016 | $2,216.25 |
| 3/31/2016 | $3,435.00 |
| 3/31/2016 | $1,329.75 |
| 3/31/2016 | $141.50 |
| 3/31/2016 | $141.50 |
| 3/31/2016 | $141.50 |
| 3/31/2016 | $141.50 |
| 3/31/2016 | $141.50 |
| 3/31/2016 | $1,108.25 |
| 3/31/2016 | $517.25 |
| 3/31/2016 | $886.50 |
| 3/31/2016 | $443.25 |
| 3/31/2016 | $406.25 |
| 3/31/2016 | $369.50 |
| 3/31/2016 | $591.00 |
| 3/31/2016 | $701.75 |
| 3/31/2016 | $1,034.25 |
| 3/31/2016 | $332.50 |

## EXHIBIT A
### TRANSFERS TO GF SOLUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 3/31/2016 | $665.00 |
| 3/31/2016 | $665.00 |
| 3/31/2016 | $369.50 |
| 3/31/2016 | $332.50 |
| 3/31/2016 | $738.75 |
| 3/31/2016 | $1,145.00 |
| 4/1/2016 | $2,659.50 |
| 4/1/2016 | $2,438.25 |
| 4/1/2016 | $886.50 |
| 4/1/2016 | $812.75 |
| 4/7/2016 | $356.25 |
| 4/7/2016 | $675.00 |
| 4/7/2016 | $665.25 |
| 4/7/2016 | $118.75 |
| 4/7/2016 | $225.00 |
| 4/7/2016 | $221.75 |
| 4/8/2016 | $424.50 |
| 4/8/2016 | $141.50 |
| 5/5/2016 | $310,655.00 |
| 5/9/2016 | $2,400.00 |
| 5/11/2016 | $1,551.75 |
| 5/11/2016 | $1,329.75 |
| 5/11/2016 | $1,329.75 |
| 5/11/2016 | $1,329.75 |
| 5/11/2016 | $1,218.75 |
| 5/11/2016 | $1,773.00 |
| 5/11/2016 | $2,216.25 |
| 5/11/2016 | $3,324.75 |
| 5/11/2016 | $2,770.50 |
| 5/11/2016 | $2,327.25 |
| 5/11/2016 | $2,770.50 |
| 5/11/2016 | $1,884.00 |
| 5/11/2016 | $1,995.00 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $1,329.75 |
| 5/11/2016 | $886.50 |
| 5/11/2016 | $1,329.75 |
| 5/11/2016 | $886.50 |
| 5/11/2016 | $886.50 |
| 5/11/2016 | $2,105.25 |
| 5/11/2016 | $1,125.00 |
| 5/11/2016 | $1,995.00 |
| 5/11/2016 | $2,687.25 |
| 5/11/2016 | $1,773.00 |

EXHIBIT A
TRANSFERS TO GF SOLUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 5/11/2016 | $5,208.00 |
| 5/11/2016 | $997.50 |
| 5/11/2016 | $2,105.25 |
| 5/11/2016 | $997.50 |
| 5/11/2016 | $517.25 |
| 5/11/2016 | $443.25 |
| 5/11/2016 | $443.25 |
| 5/11/2016 | $443.25 |
| 5/11/2016 | $406.25 |
| 5/11/2016 | $591.00 |
| 5/11/2016 | $738.75 |
| 5/11/2016 | $1,108.25 |
| 5/11/2016 | $923.50 |
| 5/11/2016 | $775.75 |
| 5/11/2016 | $923.50 |
| 5/11/2016 | $628.00 |
| 5/11/2016 | $665.00 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $443.25 |
| 5/11/2016 | $295.50 |
| 5/11/2016 | $443.25 |
| 5/11/2016 | $295.50 |
| 5/11/2016 | $295.50 |
| 5/11/2016 | $701.75 |
| 5/11/2016 | $375.00 |
| 5/11/2016 | $665.00 |
| 5/11/2016 | $895.75 |
| 5/11/2016 | $591.00 |
| 5/11/2016 | $1,736.00 |
| 5/11/2016 | $332.50 |
| 5/11/2016 | $701.75 |
| 5/11/2016 | $332.50 |
| 5/17/2016 | $1,551.75 |
| 5/17/2016 | $6,018.75 |
| 5/17/2016 | $3,150.00 |
| 5/17/2016 | $1,108.50 |
| 5/17/2016 | $1,125.00 |
| 5/17/2016 | $517.25 |
| 5/17/2016 | $2,006.25 |
| 5/17/2016 | $1,050.00 |
| 5/17/2016 | $369.50 |
| 5/17/2016 | $375.00 |
| 5/17/2016 | $1,625.00 |
| 5/17/2016 | $1,478.00 |

EXHIBIT A
TRANSFERS TO GF SOLUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 5/17/2016 | $2,807.00 |
| 5/23/2016 | $3,213.75 |
| 5/23/2016 | $1,551.75 |
| 5/23/2016 | $1,662.00 |
| 5/23/2016 | $1,108.50 |
| 5/23/2016 | $1,108.50 |
| 5/23/2016 | $1,108.50 |
| 5/23/2016 | $1,440.75 |
| 5/23/2016 | $1,551.75 |
| 5/23/2016 | $2,105.25 |
| 5/23/2016 | $351.00 |
| 5/23/2016 | $351.00 |
| 5/23/2016 | $2,105.25 |
| 5/23/2016 | $665.25 |
| 5/23/2016 | $2,216.25 |
| 5/23/2016 | $2,770.50 |
| 5/23/2016 | $1,108.50 |
| 5/23/2016 | $1,440.75 |
| 5/23/2016 | $2,659.50 |
| 5/23/2016 | $1,108.50 |
| 5/23/2016 | $3,435.00 |
| 5/23/2016 | $3,324.75 |
| 5/23/2016 | $2,216.25 |
| 5/23/2016 | $997.50 |
| 5/23/2016 | $1,071.25 |
| 5/23/2016 | $517.25 |
| 5/23/2016 | $554.00 |
| 5/23/2016 | $369.50 |
| 5/23/2016 | $369.50 |
| 5/23/2016 | $369.50 |
| 5/23/2016 | $480.25 |
| 5/23/2016 | $517.25 |
| 5/23/2016 | $701.75 |
| 5/23/2016 | $117.00 |
| 5/23/2016 | $117.00 |
| 5/23/2016 | $701.75 |
| 5/23/2016 | $221.75 |
| 5/23/2016 | $738.75 |
| 5/23/2016 | $923.50 |
| 5/23/2016 | $369.50 |
| 5/23/2016 | $480.25 |
| 5/23/2016 | $886.50 |
| 5/23/2016 | $369.50 |
| 5/23/2016 | $1,145.00 |
| 5/23/2016 | $1,108.25 |
| 5/23/2016 | $738.75 |

EXHIBIT A
TRANSFERS TO GF SOLUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 5/23/2016 | $332.50 |
| 6/20/2016 | $1,931,323.00 |
| 7/15/2016 | $2,881.50 |
| 7/15/2016 | $960.50 |
| 8/23/2016 | $2,387.00 |
| 9/12/2016 | $13,408.50 |
| 9/12/2016 | $4,469.50 |
| 9/22/2016 | $2,362.50 |
| 9/22/2016 | $1,125.00 |
| 9/22/2016 | $1,790.25 |
| 9/22/2016 | $1,125.00 |
| 9/22/2016 | $1,012.50 |
| 9/22/2016 | $2,343.75 |
| 9/22/2016 | $356.25 |
| 9/22/2016 | $787.50 |
| 9/22/2016 | $1,457.25 |
| 9/22/2016 | $1,347.00 |
| 9/22/2016 | $356.25 |
| 9/22/2016 | $2,122.50 |
| 9/22/2016 | $1,347.00 |
| 9/22/2016 | $787.50 |
| 9/22/2016 | $375.00 |
| 9/22/2016 | $596.75 |
| 9/22/2016 | $375.00 |
| 9/22/2016 | $337.50 |
| 9/22/2016 | $781.25 |
| 9/22/2016 | $118.75 |
| 9/22/2016 | $262.50 |
| 9/22/2016 | $485.75 |
| 9/22/2016 | $449.00 |
| 9/22/2016 | $118.75 |
| 9/22/2016 | $707.50 |
| 9/22/2016 | $449.00 |
| 9/26/2016 | $673,557.00 |
| 9/29/2016 | $673,523.00 |
| 10/19/2016 | $6,759.75 |
| 10/19/2016 | $2,253.25 |
| 10/24/2016 | $673,321.00 |
| 10/24/2016 | $673,488.00 |
| 10/27/2016 | $2,659.50 |
| 10/27/2016 | $886.50 |
| 11/14/2016 | $673,278.00 |
| 11/15/2016 | $1,108.50 |
| 11/15/2016 | $2,025.00 |
| 11/15/2016 | $369.50 |
| 11/15/2016 | $675.00 |

EXHIBIT A

TRANSFERS TO GF SOLUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 12/29/2016 | $3,989.00 |
| 1/3/2017 | $15,402.75 |
| 1/3/2017 | $5,134.25 |
| 1/11/2017 | $90,159.00 |
| 3/20/2017 | $51,768.00 |
| 3/20/2017 | $246,250.00 |
| 3/20/2017 | $246,250.00 |
| 4/27/2017 | $648,620.00 |

63379095 v1