# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO 800 PONCE DE LEON CORP.

| Date | Payment Amount |
|---|---|
| 1/17/2014 | $64,331.00 |
| 2/5/2014 | $21,444.00 |
| 2/14/2014 | $85,775.00 |
| 3/7/2014 | $23,119.00 |
| 3/7/2014 | $24,502.00 |
| 3/17/2014 | $82,344.00 |
| 3/31/2014 | $22,012.00 |
| 4/7/2014 | $10,307.00 |
| 4/17/2014 | $82,344.00 |
| 4/30/2014 | $30,921.00 |
| 5/1/2014 | $24,133.00 |
| 5/27/2014 | $24,497.00 |
| 5/27/2014 | $82,344.00 |
| 6/26/2014 | $82,344.00 |
| 7/3/2014 | $25,285.00 |
| 7/22/2014 | $82,344.00 |
| 8/4/2014 | $26,834.00 |
| 8/20/2014 | $82,344.00 |
| 9/8/2014 | $25,854.00 |
| 9/8/2014 | $82,344.00 |
| 10/1/2014 | $30,752.00 |
| 10/27/2014 | $82,339.00 |
| 11/18/2014 | $28,553.00 |
| 11/25/2014 | $82,339.00 |
| 12/15/2014 | $29,068.00 |
| 1/12/2015 | $28,824.00 |
| 1/12/2015 | $82,339.00 |
| 1/28/2015 | $82,339.00 |
| 2/25/2015 | $20,532.00 |
| 3/2/2015 | $19,990.00 |
| 3/5/2015 | $82,339.00 |
| 4/9/2015 | $82,339.00 |
| 4/29/2015 | $30,921.00 |
| 5/13/2015 | $17,959.00 |
| 5/13/2015 | $20,118.00 |
| 5/14/2015 | $10,307.00 |
| 5/14/2015 | $18,834.00 |
| 5/22/2015 | $82,339.00 |
| 6/15/2015 | $17,835.00 |
| 6/19/2015 | $4,929.00 |
| 7/3/2015 | $82,339.00 |
| 7/7/2015 | $82,339.00 |
| 8/7/2015 | $21,136.00 |
| 8/12/2015 | $82,339.00 |

# EXHIBIT A

## TRANSFERS TO 800 PONCE DE LEON CORP.

| Date | Payment Amount |
|---|---|
| 8/31/2015 | $82,339.00 |
| 8/31/2015 | $18,795.00 |
| 10/5/2015 | $20,939.00 |
| 10/8/2015 | $82,339.00 |
| 12/21/2015 | $19,080.00 |
| 2/4/2016 | $21,481.00 |
| 2/4/2016 | $82,339.00 |
| 2/8/2016 | $15,186.00 |
| 2/12/2016 | $82,339.00 |
| 2/12/2016 | $82,339.00 |
| 2/12/2016 | $82,339.00 |
| 2/22/2016 | $14,135.00 |
| 2/25/2016 | $18,032.00 |
| 3/15/2016 | $82,339.00 |
| 4/27/2016 | $82,339.00 |
| 5/4/2016 | $10,307.00 |
| 5/12/2016 | $82,339.00 |
| 5/13/2016 | $30,921.00 |
| 5/13/2016 | $15,085.00 |
| 6/6/2016 | $82,339.00 |
| 7/8/2016 | $13,784.00 |
| 7/11/2016 | $15,781.00 |
| 7/11/2016 | $14,648.00 |
| 7/15/2016 | $82,339.00 |
| 8/3/2016 | $82,339.00 |
| 8/3/2016 | $16,705.00 |
| 8/26/2016 | $82,339.00 |
| 8/30/2016 | $18,763.00 |
| 9/19/2016 | $17,545.00 |
| 10/14/2016 | $82,339.00 |
| 11/16/2016 | $82,339.00 |
| 11/16/2016 | $19,957.00 |
| 12/13/2016 | $82,339.00 |
| 12/27/2016 | $20,510.00 |
| 12/27/2016 | $17,665.00 |
| 1/31/2017 | $82,339.00 |
| 1/31/2017 | $82,339.00 |
| 2/1/2017 | $18,945.00 |
| 2/17/2017 | $19,455.00 |
| 3/21/2017 | $9,891.00 |
| 3/29/2017 | $82,339.00 |
| 3/29/2017 | $82,339.00 |
| 3/30/2017 | $16,771.00 |