# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO HUELLAS THERAPY CORP.

| Date | Payment Amount |
|---|---|
| 5/17/2013 | $114,214.00 |
| 5/17/2013 | $181.00 |
| 5/20/2013 | $4,011.00 |
| 5/20/2013 | $8,023.00 |
| 5/20/2013 | $546.00 |
| 6/5/2013 | $24,615.00 |
| 6/5/2013 | $42,613.00 |
| 6/21/2013 | $165,470.00 |
| 6/21/2013 | $410,476.00 |
| 6/25/2013 | $3,694.00 |
| 6/25/2013 | $3,841.00 |
| 6/25/2013 | $5,359.00 |
| 6/25/2013 | $5,761.00 |
| 6/25/2013 | $75,776.00 |
| 6/25/2013 | $98,591.00 |
| 7/9/2013 | $1,008.00 |
| 7/17/2013 | $196,379.00 |
| 7/18/2013 | $56,932.00 |
| 7/31/2013 | $506,367.00 |
| 8/2/2013 | $672.00 |
| 8/2/2013 | $1,218.00 |
| 8/9/2013 | $135,297.00 |
| 8/20/2013 | $340,573.00 |
| 9/3/2013 | $77,030.00 |
| 9/17/2013 | $38,529.00 |
| 9/20/2013 | $26,154.00 |
| 9/20/2013 | $35,155.00 |
| 9/20/2013 | $35,302.00 |
| 9/20/2013 | $48,744.00 |
| 9/20/2013 | $49,761.00 |
| 9/20/2013 | $56,577.00 |
| 9/20/2013 | $1,481.00 |
| 9/23/2013 | $2,354.00 |
| 9/23/2013 | $6,057.00 |
| 9/23/2013 | $6,262.00 |
| 9/23/2013 | $6,531.00 |
| 9/23/2013 | $7,016.00 |
| 9/23/2013 | $7,828.00 |
| 9/23/2013 | $7,871.00 |
| 9/23/2013 | $8,006.00 |
| 9/23/2013 | $8,539.00 |
| 9/23/2013 | $133,944.00 |
| 9/23/2013 | $143,829.00 |
| 9/23/2013 | $1,283.00 |
| 10/8/2013 | $40,005.00 |
| 10/23/2013 | $25,576.00 |

EXHIBIT A

TRANSFERS TO HUELLAS THERAPY CORP.

| Date | Payment Amount |
|---|---|
| 10/23/2013 | $108,001.00 |
| 10/23/2013 | $147,786.00 |
| 10/28/2013 | $663.00 |
| 10/28/2013 | $768.00 |
| 11/5/2013 | $3,167.00 |
| 11/5/2013 | $3,541.00 |
| 12/2/2013 | $266,845.00 |
| 12/5/2013 | $100,966.00 |
| 12/9/2013 | $33,456.00 |
| 12/16/2013 | $93,596.00 |
| 12/19/2013 | $435,123.00 |
| 1/6/2014 | $161,974.00 |
| 1/14/2014 | $206,349.00 |
| 1/15/2014 | $258.00 |
| 1/15/2014 | $2,782.00 |
| 1/15/2014 | $11,803.00 |
| 1/15/2014 | $16,174.00 |
| 1/15/2014 | $715.00 |
| 1/15/2014 | $140.00 |
| 1/15/2014 | $857.00 |
| 1/15/2014 | $861.00 |
| 1/15/2014 | $891.00 |
| 1/15/2014 | $510,865.00 |
| 1/17/2014 | $52,499.00 |
| 1/17/2014 | $1,706.00 |
| 1/24/2014 | $147,837.00 |
| 2/4/2014 | $398,922.00 |
| 2/11/2014 | $67,346.00 |
| 2/21/2014 | $45,445.00 |
| 2/21/2014 | $180,995.00 |
| 2/26/2014 | $143,208.00 |
| 3/6/2014 | $98,752.00 |
| 3/17/2014 | $268,111.00 |
| 3/19/2014 | $132,339.00 |
| 4/3/2014 | $28,237.00 |
| 4/7/2014 | $280,706.00 |
| 4/8/2014 | $34,611.00 |
| 4/10/2014 | $82,646.00 |
| 4/10/2014 | $102,394.00 |
| 4/30/2014 | $90,940.00 |
| 4/30/2014 | $483,358.00 |
| 5/2/2014 | $172,550.00 |
| 5/8/2014 | $1,241.00 |
| 5/9/2014 | $158,796.00 |
| 5/23/2014 | $56,048.00 |
| 6/19/2014 | $73,340.00 |

EXHIBIT A

TRANSFERS TO HUELLAS THERAPY CORP.

| Date | Payment Amount |
|---|---|
| 7/7/2014 | $352.00 |
| 7/23/2014 | $163,428.00 |
| 7/31/2014 | $662.00 |
| 7/31/2014 | $745.00 |
| 7/31/2014 | $146,089.00 |
| 8/5/2014 | $56,716.00 |
| 8/6/2014 | $662.00 |
| 8/7/2014 | $461,908.00 |
| 8/7/2014 | $500,726.00 |
| 8/14/2014 | $107,126.00 |
| 8/14/2014 | $345,277.00 |
| 8/20/2014 | $184,697.00 |
| 8/28/2014 | $172,149.00 |
| 8/28/2014 | $1,117.00 |
| 9/3/2014 | $32,253.00 |
| 9/3/2014 | $57,702.00 |
| 9/4/2014 | $41,242.00 |
| 9/4/2014 | $133,175.00 |
| 9/11/2014 | $111,888.00 |
| 9/15/2014 | $8,690.00 |
| 9/24/2014 | $46,693.00 |
| 12/9/2014 | $220,545.00 |
| 1/5/2015 | $84,921.00 |
| 1/5/2015 | $459,195.00 |
| 1/6/2015 | $1,226.00 |
| 1/20/2015 | $495,592.00 |
| 1/21/2015 | $148,420.00 |
| 1/21/2015 | $175,844.00 |
| 1/22/2015 | $556.00 |
| 1/22/2015 | $80,881.00 |
| 1/29/2015 | $27,675.00 |
| 2/6/2015 | $3,278.00 |
| 2/6/2015 | $194,213.00 |
| 2/12/2015 | $290.00 |
| 2/12/2015 | $248.00 |
| 2/13/2015 | $351,238.00 |
| 2/19/2015 | $140,247.00 |
| 2/23/2015 | $2,873.00 |
| 3/2/2015 | $51,522.00 |
| 3/3/2015 | $155,204.00 |
| 3/11/2015 | $58,232.00 |
| 3/20/2015 | $293,961.00 |
| 3/23/2015 | $111,301.00 |
| 3/30/2015 | $2,604.00 |
| 4/13/2015 | $109,007.00 |
| 4/20/2015 | $2,668.00 |

EXHIBIT A

TRANSFERS TO HUELLAS THERAPY CORP.

| Date | Payment Amount |
|---|---|
| 4/20/2015 | $120,269.00 |
| 4/27/2015 | $85,193.00 |
| 4/28/2015 | $302,317.00 |
| 4/30/2015 | $40,369.00 |
| 5/11/2015 | $32,591.00 |
| 5/13/2015 | $470,913.00 |
| 5/18/2015 | $94,648.00 |
| 5/19/2015 | $182,673.00 |
| 5/26/2015 | $3,891.00 |
| 6/17/2015 | $31,844.00 |
| 7/7/2015 | $46,265.00 |
| 7/15/2015 | $498,881.00 |
| 8/6/2015 | $186,208.00 |
| 8/12/2015 | $455.00 |
| 8/17/2015 | $139,483.00 |
| 8/19/2015 | $409,640.00 |
| 8/26/2015 | $170,783.00 |
| 8/26/2015 | $4,381.00 |
| 9/8/2015 | $50,268.00 |
| 9/11/2015 | $621.00 |
| 9/14/2015 | $44,618.00 |
| 9/16/2015 | $227,982.00 |
| 9/22/2015 | $148,900.00 |
| 10/1/2015 | $6,017.00 |
| 10/8/2015 | $120,254.00 |
| 10/13/2015 | $24,911.00 |
| 10/27/2015 | $496.00 |
| 11/2/2015 | $63,284.00 |
| 11/4/2015 | $6,186.00 |
| 11/4/2015 | $3,402.00 |
| 11/5/2015 | $132,697.00 |
| 11/12/2015 | $103,580.00 |
| 11/23/2015 | $23,554.00 |
| 12/15/2015 | $23,848.00 |
| 12/16/2015 | $46,730.00 |
| 12/18/2015 | $171,976.00 |
| 12/29/2015 | $173,642.00 |
| 12/29/2015 | $5,711.00 |
| 12/29/2015 | $387,994.00 |
| 12/29/2015 | $3,142.00 |
| 12/29/2015 | $69,973.00 |
| 12/31/2015 | $392,925.00 |
| 12/31/2015 | $4,470.00 |
| 1/8/2016 | $172,689.00 |
| 1/8/2016 | $111,334.00 |
| 1/13/2016 | $43,063.00 |

# EXHIBIT A

## TRANSFERS TO HUELLAS THERAPY CORP.

| Date | Payment Amount |
|---|---|
| 1/25/2016 | $46,245.00 |
| 3/18/2016 | $326,591.00 |
| 3/18/2016 | $124,775.00 |
| 3/22/2016 | $141,707.00 |
| 3/23/2016 | $5,383.00 |
| 3/24/2016 | $27,190.00 |
| 3/24/2016 | $41,166.00 |
| 4/8/2016 | $97,838.00 |
| 5/5/2016 | $31,695.00 |
| 5/5/2016 | $67,097.00 |
| 5/5/2016 | $209,742.00 |
| 5/5/2016 | $95,108.00 |
| 5/5/2016 | $3,485.00 |
| 5/6/2016 | $4,438.00 |
| 5/9/2016 | $4,754.00 |
| 5/11/2016 | $29,306.00 |
| 5/12/2016 | $99,642.00 |
| 5/12/2016 | $66,166.00 |
| 5/17/2016 | $168,207.00 |
| 5/17/2016 | $113,984.00 |
| 5/17/2016 | $365,115.00 |
| 5/19/2016 | $46,509.00 |
| 6/3/2016 | $344,712.00 |
| 6/3/2016 | $4,006.00 |
| 6/28/2016 | $118,244.00 |
| 8/9/2016 | $3,908.00 |
| 8/9/2016 | $351,398.00 |
| 8/9/2016 | $159,004.00 |
| 8/9/2016 | $155,950.00 |
| 8/12/2016 | $45,918.00 |
| 9/14/2016 | $3,957.00 |
| 9/14/2016 | $143,318.00 |
| 9/14/2016 | $3,579.00 |
| 9/29/2016 | $97,051.00 |
| 10/3/2016 | $25,793.00 |
| 10/3/2016 | $28,483.00 |
| 10/3/2016 | $67,927.00 |
| 10/3/2016 | $80,609.00 |
| 10/4/2016 | $31,389.00 |
| 10/7/2016 | $2,430.00 |
| 10/11/2016 | $21,914.00 |
| 10/11/2016 | $43,916.00 |
| 11/14/2016 | $112,105.00 |
| 11/25/2016 | $39,999.00 |
| 11/30/2016 | $214,248.00 |
| 12/5/2016 | $20,966.00 |

EXHIBIT A

TRANSFERS TO HUELLAS THERAPY CORP.

| Date | Payment Amount |
|---|---|
| 12/8/2016 | $60,640.00 |
| 12/27/2016 | $70,248.00 |
| 12/30/2016 | $435,275.00 |
| 1/5/2017 | $29,602.00 |
| 1/11/2017 | $2,008.00 |
| 1/12/2017 | $30,728.00 |
| 2/1/2017 | $3,214.00 |
| 2/3/2017 | $131,704.00 |
| 2/13/2017 | $211,318.00 |
| 2/21/2017 | $2,535.00 |
| 2/21/2017 | $77,219.00 |
| 2/28/2017 | $109,826.00 |
| 3/2/2017 | $207.00 |
| 3/8/2017 | $15,378.00 |
| 3/10/2017 | $1,859.00 |
| 3/17/2017 | $135,697.00 |
| 3/17/2017 | $49,497.00 |
| 4/11/2017 | $69,640.00 |
| 4/20/2017 | $156,372.00 |
| 4/20/2017 | $217,423.00 |
| 4/21/2017 | $1,412.00 |
| 4/21/2017 | $22,761.00 |
| 4/24/2017 | $2,537.00 |