# EXHIBIT A

EXHIBIT A

TRANSFERS TO AMAR EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|---|---|
| 6/17/2013 | $2,657.00 |
| 6/17/2013 | $4,775.00 |
| 6/17/2013 | $5,987.00 |
| 6/17/2013 | $218.00 |
| 8/5/2013 | $4,968.00 |
| 8/5/2013 | $433,320.00 |
| 8/5/2013 | $1,643,918.00 |
| 8/5/2013 | $1,831,808.00 |
| 9/30/2013 | $3,357.00 |
| 9/30/2013 | $125.00 |
| 9/30/2013 | $1,863,346.00 |
| 9/30/2013 | $1,649.00 |
| 11/4/2013 | $6,656.00 |
| 11/4/2013 | $424,695.00 |
| 11/4/2013 | $850,590.00 |
| 1/15/2014 | $3,485.00 |
| 1/15/2014 | $5,962.00 |
| 2/3/2014 | $3,701.00 |
| 2/3/2014 | $784.00 |
| 2/28/2014 | $2,164.00 |
| 2/28/2014 | $1,011.00 |
| 3/5/2014 | $2,733.00 |
| 3/5/2014 | $3,050.00 |
| 3/5/2014 | $844.00 |
| 3/12/2014 | $8,141.00 |
| 3/12/2014 | $1,970.00 |
| 3/19/2014 | $2,539.00 |
| 3/19/2014 | $8,400.00 |
| 4/15/2014 | $1,754.00 |
| 5/15/2014 | $3,600.00 |
| 5/15/2014 | $6,053.00 |
| 5/15/2014 | $6,227.00 |
| 5/15/2014 | $21,766.00 |
| 6/4/2014 | $4,926.00 |
| 6/4/2014 | $228.00 |
| 6/4/2014 | $1,861.00 |
| 6/18/2014 | $3,601.00 |
| 6/18/2014 | $3,645.00 |
| 6/18/2014 | $7,456.00 |
| 6/18/2014 | $918.00 |
| 6/24/2014 | $328,236.00 |
| 7/3/2014 | $6,145.00 |
| 7/3/2014 | $1,420.00 |
| 7/23/2014 | $68.00 |

# EXHIBIT A
## TRANSFERS TO AMAR EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|---|---|
| 8/11/2014 | $1,169.00 |
| 8/11/2014 | $1,358.00 |
| 8/18/2014 | $68.00 |
| 8/21/2014 | $2,748.00 |
| 8/21/2014 | $2,748.00 |
| 9/15/2014 | $10,389.00 |
| 9/19/2014 | $2,137.00 |
| 9/19/2014 | $2,748.00 |
| 10/21/2014 | $1,125,045.00 |
| 10/23/2014 | $214,359.00 |
| 11/5/2014 | $805,656.00 |
| 11/13/2014 | $647,076.00 |
| 11/19/2014 | $351,442.00 |
| 12/5/2014 | $11,135.00 |
| 12/9/2014 | $2,339.00 |
| 12/9/2014 | $667.00 |
| 12/15/2014 | $2,894.00 |
| 12/16/2014 | $7,200.00 |
| 12/16/2014 | $8,006.00 |
| 12/22/2014 | $2,374.00 |
| 12/22/2014 | $667.00 |
| 3/24/2015 | $307,792.00 |
| 4/23/2015 | $739.00 |
| 4/23/2015 | $1,478.00 |
| 8/14/2015 | $739.00 |
| 8/14/2015 | $1,699.00 |
| 8/14/2015 | $1,133.00 |
| 11/18/2015 | $2,124.00 |
| 11/18/2015 | $554.25 |
| 11/18/2015 | $554.25 |
| 11/18/2015 | $708.00 |
| 11/18/2015 | $184.75 |
| 11/18/2015 | $184.75 |
| 11/18/2015 | $591.00 |
| 12/9/2015 | $210,063.00 |
| 1/8/2016 | $7,221.00 |
| 1/8/2016 | $554.25 |
| 1/8/2016 | $2,548.50 |
| 1/8/2016 | $554.25 |
| 1/8/2016 | $3,047.25 |
| 1/8/2016 | $4,248.00 |
| 1/8/2016 | $849.75 |
| 1/8/2016 | $369.75 |

# EXHIBIT A

## TRANSFERS TO AMAR EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|---|---|
| 1/8/2016 | $554.25 |
| 1/8/2016 | $554.25 |
| 1/8/2016 | $2,407.00 |
| 1/8/2016 | $184.75 |
| 1/8/2016 | $849.50 |
| 1/8/2016 | $184.75 |
| 1/8/2016 | $1,015.75 |
| 1/8/2016 | $1,416.00 |
| 1/8/2016 | $283.25 |
| 1/8/2016 | $123.25 |
| 1/8/2016 | $184.75 |
| 1/8/2016 | $184.75 |
| 1/8/2016 | $493.00 |
| 4/4/2016 | $8,643.75 |
| 4/4/2016 | $5,651.25 |
| 4/4/2016 | $2,881.25 |
| 4/4/2016 | $1,883.75 |