# EXHIBIT A

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $109,437.00 |
| 5/15/2013 | $187,088.00 |
| 5/16/2013 | $846,614.00 |
| 5/17/2013 | $515,024.00 |
| 5/21/2013 | $614,267.00 |
| 5/21/2013 | $1,910.00 |
| 5/29/2013 | $23,875.00 |
| 5/30/2013 | $2,075,887.00 |
| 6/3/2013 | $254,133.00 |
| 6/3/2013 | $318,609.00 |
| 6/6/2013 | $149,795.00 |
| 6/6/2013 | $2,063,230.00 |
| 6/10/2013 | $5,857.00 |
| 6/10/2013 | $6,012.00 |
| 6/10/2013 | $96,535.00 |
| 6/20/2013 | $401,586.00 |
| 6/20/2013 | $2,021,757.00 |
| 6/21/2013 | $1,143,297.00 |
| 6/25/2013 | $577,527.00 |
| 6/26/2013 | $45,493.00 |
| 6/26/2013 | $164,604.00 |
| 6/26/2013 | $2,042,910.00 |
| 7/8/2013 | $880,717.00 |
| 7/15/2013 | $77,484.00 |
| 8/5/2013 | $47,213.00 |
| 8/5/2013 | $177,672.00 |
| 8/5/2013 | $216,951.00 |
| 8/5/2013 | $227,210.00 |
| 8/7/2013 | $610,429.00 |
| 8/30/2013 | $44,649.00 |
| 9/16/2013 | $157,607.00 |
| 9/16/2013 | $407,268.00 |
| 9/20/2013 | $348,970.00 |
| 9/20/2013 | $753,730.00 |
| 9/20/2013 | $781,963.00 |
| 9/26/2013 | $56,242.00 |
| 9/26/2013 | $157,910.00 |
| 10/15/2013 | $114,191.00 |
| 1/23/2014 | $628,898.00 |
| 1/28/2014 | $18,241.00 |
| 1/28/2014 | $293,875.00 |
| 2/26/2014 | $1,104,094.00 |
| 3/4/2014 | $202,015.00 |
| 3/5/2014 | $6,808.00 |
| 3/5/2014 | $41,162.00 |
| 4/1/2014 | $538,208.00 |

63379196 v1

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|---|---|
| 4/25/2014 | $3,398.00 |
| 4/25/2014 | $7,553.00 |
| 4/25/2014 | $163,050.00 |
| 4/30/2014 | $198,989.00 |
| 5/8/2014 | $117,643.00 |
| 5/9/2014 | $6,804.00 |
| 5/9/2014 | $1,019.00 |
| 5/12/2014 | $182,212.00 |
| 6/2/2014 | $595,428.00 |
| 6/3/2014 | $77,337.00 |
| 6/12/2014 | $4,521.00 |
| 6/19/2014 | $25,106.00 |
| 6/23/2014 | $144,787.00 |
| 6/26/2014 | $583,307.00 |
| 7/2/2014 | $5,437.00 |
| 7/2/2014 | $473.00 |
| 7/2/2014 | $544.00 |
| 7/2/2014 | $68,245.00 |
| 7/2/2014 | $946.00 |
| 7/3/2014 | $136,467.00 |
| 7/18/2014 | $133,592.00 |
| 7/23/2014 | $617,965.00 |
| 7/30/2014 | $976,173.00 |
| 8/1/2014 | $214,324.00 |
| 8/8/2014 | $263,925.00 |
| 8/11/2014 | $3,000.00 |
| 8/11/2014 | $500.00 |
| 8/11/2014 | $201,565.00 |
| 8/11/2014 | $1,000.00 |
| 8/11/2014 | $1,000.00 |
| 8/11/2014 | $1,250.00 |
| 8/11/2014 | $1,250.00 |
| 8/11/2014 | $1,500.00 |
| 8/11/2014 | $250.00 |
| 8/12/2014 | $5,700.00 |
| 8/12/2014 | $500.00 |
| 8/12/2014 | $9,500.00 |
| 8/12/2014 | $11,400.00 |
| 8/12/2014 | $15,200.00 |
| 8/14/2014 | $3,800.00 |
| 8/14/2014 | $5,700.00 |
| 8/14/2014 | $5,700.00 |
| 8/14/2014 | $5,700.00 |
| 8/14/2014 | $5,700.00 |
| 8/14/2014 | $7,600.00 |
| 8/14/2014 | $11,400.00 |

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|---------------|
| 8/14/2014 | $11,400.00 |
| 8/14/2014 | $20,900.00 |
| 8/14/2014 | $28,500.00 |
| 8/14/2014 | $1,630,526.00 |
| 8/14/2014 | $1,900.00 |
| 8/14/2014 | $1,900.00 |
| 8/18/2014 | $7,600.00 |
| 8/18/2014 | $20,900.00 |
| 8/18/2014 | $122,807.00 |
| 8/18/2014 | $1,900.00 |
| 8/28/2014 | $3,800.00 |
| 8/28/2014 | $3,800.00 |
| 8/28/2014 | $5,700.00 |
| 8/28/2014 | $7,600.00 |
| 8/28/2014 | $7,600.00 |
| 8/28/2014 | $9,500.00 |
| 8/28/2014 | $17,100.00 |
| 8/28/2014 | $30,400.00 |
| 9/26/2014 | $1,569,705.00 |
| 10/20/2014 | $4,042.00 |
| 10/20/2014 | $132,288.00 |
| 11/6/2014 | $362,383.00 |
| 11/17/2014 | $80,636.00 |
| 12/3/2014 | $142,021.00 |
| 12/8/2014 | $75,698.00 |
| 12/8/2014 | $324,162.00 |
| 12/18/2014 | $482,530.00 |
| 12/23/2014 | $34,184.00 |
| 12/23/2014 | $588,558.00 |
| 1/8/2015 | $197,426.00 |
| 2/24/2015 | $43,386.00 |
| 2/24/2015 | $58,928.00 |
| 2/25/2015 | $13,445.00 |
| 2/25/2015 | $80,111.00 |
| 3/2/2015 | $4,681.00 |
| 3/2/2015 | $5,213.00 |
| 3/2/2015 | $813,305.00 |
| 4/8/2015 | $440,467.00 |
| 4/10/2015 | $5,832.00 |
| 4/10/2015 | $12,657.00 |
| 4/17/2015 | $96,727.00 |
| 4/22/2015 | $63,272.00 |
| 4/22/2015 | $632,721.00 |
| 4/28/2015 | $57,623.00 |
| 4/28/2015 | $67,794.00 |
| 4/30/2015 | $7,860.00 |

63379196 v1

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|---|---|
| 4/30/2015 | $96,316.00 |
| 5/1/2015 | $96,283.00 |
| 5/7/2015 | $688,261.00 |
| 5/11/2015 | $41,666.00 |
| 5/19/2015 | $2,660.00 |
| 5/19/2015 | $26,595.00 |
| 5/19/2015 | $153,828.00 |
| 5/19/2015 | $1,108.00 |
| 5/19/2015 | $1,625.00 |
| 5/19/2015 | $1,699.00 |
| 5/21/2015 | $72,151.00 |
| 5/21/2015 | $732,501.00 |
| 5/21/2015 | $1,478.00 |
| 6/15/2015 | $2,069.00 |
| 6/17/2015 | $1,773.00 |
| 6/17/2015 | $2,069.00 |
| 6/17/2015 | $1,478.00 |
| 6/19/2015 | $881,103.00 |
| 7/1/2015 | $99,873.00 |
| 7/10/2015 | $10,691.00 |
| 7/22/2015 | $752,479.00 |
| 8/3/2015 | $104,280.00 |
| 8/5/2015 | $5,097.00 |
| 8/5/2015 | $1,699.00 |
| 8/5/2015 | $2,216.00 |
| 8/5/2015 | $1,699.00 |
| 8/5/2015 | $1,699.00 |
| 8/5/2015 | $5,319.00 |
| 8/21/2015 | $74,119.00 |
| 8/25/2015 | $123,475.00 |
| 8/25/2015 | $82,657.00 |
| 8/25/2015 | $30,453.00 |
| 9/10/2015 | $18,878.00 |
| 9/10/2015 | $146,716.00 |
| 9/10/2015 | $21,070.00 |
| 9/14/2015 | $1,232,480.00 |
| 9/23/2015 | $24,042.00 |
| 10/7/2015 | $1,108.50 |
| 10/7/2015 | $831.00 |
| 10/7/2015 | $2,105.25 |
| 10/7/2015 | $831.00 |
| 10/7/2015 | $2,493.00 |
| 10/7/2015 | $831.00 |
| 10/7/2015 | $369.50 |
| 10/7/2015 | $277.00 |
| 10/7/2015 | $701.75 |

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|---|---|
| 10/7/2015 | $277.00 |
| 10/7/2015 | $831.00 |
| 10/7/2015 | $277.00 |
| 10/13/2015 | $699,263.00 |
| 10/13/2015 | $132,263.00 |
| 10/20/2015 | $155,917.00 |
| 10/20/2015 | $116,018.00 |
| 10/28/2015 | $387,365.00 |
| 11/3/2015 | $99,061.00 |
| 11/3/2015 | $72,926.00 |
| 11/3/2015 | $5,266.00 |
| 11/5/2015 | $1,478.00 |
| 11/5/2015 | $1,478.00 |
| 11/5/2015 | $222.00 |
| 11/5/2015 | $222.00 |
| 11/5/2015 | $591.00 |
| 11/5/2015 | $1,478.00 |
| 11/5/2015 | $149,451.00 |
| 11/5/2015 | $600.00 |
| 11/10/2015 | $134,240.00 |
| 11/16/2015 | $2,216.00 |
| 11/16/2015 | $1,478.00 |
| 11/16/2015 | $1,625.00 |
| 11/16/2015 | $178,395.00 |
| 11/23/2015 | $1,500.00 |
| 11/23/2015 | $2,807.00 |
| 11/23/2015 | $900.00 |
| 11/23/2015 | $1,943.00 |
| 11/23/2015 | $116,630.00 |
| 12/1/2015 | $2,105.25 |
| 12/1/2015 | $701.75 |
| 12/1/2015 | $1,921.00 |
| 12/1/2015 | $2,091.00 |
| 12/1/2015 | $887.00 |
| 12/1/2015 | $1,478.00 |
| 12/1/2015 | $1,625.00 |
| 12/1/2015 | $2,807.00 |
| 12/1/2015 | $138,655.00 |
| 12/1/2015 | $132,658.00 |
| 12/8/2015 | $13,067.00 |
| 12/15/2015 | $1,478.00 |
| 12/15/2015 | $1,773.00 |
| 12/15/2015 | $1,478.00 |
| 12/15/2015 | $1,625.00 |
| 12/15/2015 | $887.00 |
| 12/15/2015 | $1,921.00 |

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 12/15/2015 | $1,773.00 |
| 12/15/2015 | $1,773.00 |
| 12/15/2015 | $1,478.00 |
| 12/15/2015 | $1,625.00 |
| 12/15/2015 | $1,478.00 |
| 12/15/2015 | $2,660.00 |
| 12/15/2015 | $887.00 |
| 12/15/2015 | $2,069.00 |
| 12/15/2015 | $468.00 |
| 12/15/2015 | $2,364.00 |
| 12/15/2015 | $2,069.00 |
| 12/15/2015 | $4,285.00 |
| 12/15/2015 | $2,069.00 |
| 12/15/2015 | $2,512.00 |
| 12/15/2015 | $887.00 |
| 12/15/2015 | $2,069.00 |
| 12/15/2015 | $1,478.00 |
| 12/15/2015 | $1,478.00 |
| 12/15/2015 | $2,216.00 |
| 12/16/2015 | $1,921.00 |
| 12/16/2015 | $1,478.00 |
| 12/16/2015 | $1,921.00 |
| 12/16/2015 | $1,478.00 |
| 12/16/2015 | $1,921.00 |
| 12/16/2015 | $1,478.00 |
| 12/16/2015 | $1,478.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $887.00 |
| 12/17/2015 | $1,625.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $2,512.00 |
| 12/17/2015 | $1,625.00 |
| 12/17/2015 | $2,512.00 |
| 12/17/2015 | $2,364.00 |
| 12/17/2015 | $2,807.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $739.00 |
| 12/17/2015 | $1,773.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $2,069.00 |
| 12/17/2015 | $1,625.00 |
| 12/17/2015 | $296.00 |
| 12/17/2015 | $1,478.00 |

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|---------------|
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,773.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,773.00 |
| 12/17/2015 | $468.00 |
| 12/17/2015 | $468.00 |
| 12/17/2015 | $468.00 |
| 12/17/2015 | $468.00 |
| 12/17/2015 | $468.00 |
| 12/17/2015 | $320.00 |
| 12/17/2015 | $320.00 |
| 12/17/2015 | $2,660.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $468.00 |
| 12/17/2015 | $2,069.00 |
| 12/17/2015 | $2,660.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $887.00 |
| 12/17/2015 | $320.00 |
| 12/17/2015 | $1,773.00 |
| 12/17/2015 | $468.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,773.00 |
| 12/17/2015 | $271.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $2,216.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,625.00 |
| 12/17/2015 | $1,625.00 |
| 12/17/2015 | $1,625.00 |
| 12/17/2015 | $1,773.00 |
| 12/17/2015 | $1,625.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $2,216.00 |
| 12/17/2015 | $1,773.00 |
| 12/17/2015 | $2,660.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $2,069.00 |
| 12/17/2015 | $2,216.00 |

A-7

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|---------------|
| 12/17/2015 | $2,216.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $739.00 |
| 12/17/2015 | $739.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $2,069.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $887.00 |
| 12/17/2015 | $2,216.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,773.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $443.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $739.00 |
| 12/23/2015 | $271.00 |
| 12/23/2015 | $468.00 |
| 12/23/2015 | $1,478.00 |
| 12/23/2015 | $1,478.00 |
| 12/23/2015 | $1,478.00 |
| 12/23/2015 | $1,478.00 |
| 12/23/2015 | $1,478.00 |
| 12/23/2015 | $1,478.00 |
| 12/23/2015 | $148.00 |
| 12/23/2015 | $271.00 |
| 12/23/2015 | $591.00 |
| 12/23/2015 | $1,921.00 |
| 12/23/2015 | $1,625.00 |
| 12/23/2015 | $1,478.00 |
| 12/23/2015 | $1,773.00 |
| 12/23/2015 | $2,069.00 |
| 12/24/2015 | $10,707.00 |
| 12/24/2015 | $283,314.00 |
| 12/28/2015 | $1,041,526.00 |
| 12/29/2015 | $1,625.00 |
| 12/29/2015 | $739.00 |
| 12/29/2015 | $271.00 |
| 12/29/2015 | $1,478.00 |
| 12/29/2015 | $1,921.00 |

63379196 v1

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 12/29/2015 | $271.00 |
| 12/29/2015 | $468.00 |
| 12/29/2015 | $739.00 |
| 12/29/2015 | $1,921.00 |
| 1/4/2016 | $468.00 |
| 1/4/2016 | $468.00 |
| 1/4/2016 | $271.00 |
| 1/4/2016 | $443.00 |
| 1/4/2016 | $468.00 |
| 1/4/2016 | $468.00 |
| 1/4/2016 | $1,625.00 |
| 1/4/2016 | $2,216.00 |
| 1/4/2016 | $468.00 |
| 1/4/2016 | $468.00 |
| 1/4/2016 | $468.00 |
| 1/5/2016 | $468.00 |
| 1/5/2016 | $1,478.00 |
| 1/5/2016 | $468.00 |
| 1/5/2016 | $468.00 |
| 1/13/2016 | $1,478.00 |
| 1/15/2016 | $591.00 |
| 1/15/2016 | $739.00 |
| 1/15/2016 | $739.00 |
| 1/15/2016 | $443.00 |
| 1/15/2016 | $591.00 |
| 1/19/2016 | $96,076.00 |
| 3/16/2016 | $71,693.00 |
| 3/16/2016 | $727,851.00 |
| 3/16/2016 | $271.00 |
| 3/16/2016 | $271.00 |
| 3/16/2016 | $271.00 |
| 3/16/2016 | $1,921.00 |
| 3/16/2016 | $2,512.00 |
| 3/16/2016 | $2,364.00 |
| 3/16/2016 | $28,362.00 |
| 3/16/2016 | $287,940.00 |
| 3/16/2016 | $1,773.00 |
| 3/16/2016 | $468.00 |
| 3/16/2016 | $394.00 |
| 3/16/2016 | $1,478.00 |
| 3/16/2016 | $271.00 |
| 3/16/2016 | $1,921.00 |
| 3/16/2016 | $271.00 |
| 3/16/2016 | $468.00 |
| 3/16/2016 | $271.00 |
| 3/22/2016 | $997.50 |

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 3/22/2016 | $332.50 |
| 3/22/2016 | $271.00 |
| 3/22/2016 | $2,660.00 |
| 3/22/2016 | $2,069.00 |
| 3/22/2016 | $1,625.00 |
| 3/22/2016 | $6,314.00 |
| 3/22/2016 | $1,921.00 |
| 3/22/2016 | $887.00 |
| 3/22/2016 | $1,478.00 |
| 3/22/2016 | $1,625.00 |
| 3/22/2016 | $1,625.00 |
| 3/22/2016 | $1,625.00 |
| 3/22/2016 | $1,478.00 |
| 3/22/2016 | $1,478.00 |
| 4/4/2016 | $271.00 |
| 4/4/2016 | $172.00 |
| 4/4/2016 | $1,625.00 |
| 4/4/2016 | $887.00 |
| 4/4/2016 | $1,108.00 |
| 4/8/2016 | $222.00 |
| 4/8/2016 | $74.00 |
| 4/8/2016 | $172.00 |
| 4/8/2016 | $1,478.00 |
| 4/8/2016 | $2,069.00 |
| 4/8/2016 | $2,216.00 |
| 4/8/2016 | $172.00 |
| 4/8/2016 | $271.00 |
| 4/8/2016 | $1,478.00 |
| 4/8/2016 | $148.00 |
| 4/8/2016 | $468.00 |
| 4/8/2016 | $443.00 |
| 4/12/2016 | $1,440.75 |
| 4/12/2016 | $2,105.25 |
| 4/12/2016 | $480.25 |
| 4/12/2016 | $701.75 |
| 5/6/2016 | $1,746.75 |
| 5/6/2016 | $1,965.00 |
| 5/6/2016 | $831.00 |
| 5/6/2016 | $831.00 |
| 5/6/2016 | $2,105.25 |
| 5/6/2016 | $831.00 |
| 5/6/2016 | $1,274.25 |
| 5/6/2016 | $831.00 |
| 5/6/2016 | $831.00 |
| 5/6/2016 | $1,274.25 |
| 5/6/2016 | $1,995.00 |

63379196 v1

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|---------------|
| 5/6/2016 | $1,274.25 |
| 5/6/2016 | $831.00 |
| 5/6/2016 | $1,274.25 |
| 5/6/2016 | $831.00 |
| 5/6/2016 | $582.25 |
| 5/6/2016 | $655.00 |
| 5/6/2016 | $277.00 |
| 5/6/2016 | $277.00 |
| 5/6/2016 | $701.75 |
| 5/6/2016 | $277.00 |
| 5/6/2016 | $424.75 |
| 5/6/2016 | $277.00 |
| 5/6/2016 | $277.00 |
| 5/6/2016 | $424.75 |
| 5/6/2016 | $665.00 |
| 5/6/2016 | $424.75 |
| 5/6/2016 | $277.00 |
| 5/6/2016 | $424.75 |
| 5/6/2016 | $277.00 |
| 5/9/2016 | $240.00 |
| 5/9/2016 | $129.00 |
| 5/9/2016 | $240.00 |
| 5/9/2016 | $240.00 |
| 5/9/2016 | $240.00 |
| 5/9/2016 | $1,773.00 |
| 5/9/2016 | $1,773.00 |
| 5/9/2016 | $1,884.00 |
| 5/9/2016 | $2,105.25 |
| 5/9/2016 | $831.00 |
| 5/9/2016 | $1,773.00 |
| 5/9/2016 | $1,662.00 |
| 5/9/2016 | $1,662.00 |
| 5/9/2016 | $1,274.25 |
| 5/9/2016 | $1,274.25 |
| 5/9/2016 | $1,274.25 |
| 5/9/2016 | $1,108.50 |
| 5/9/2016 | $1,274.25 |
| 5/9/2016 | $55.50 |
| 5/9/2016 | $222.00 |
| 5/9/2016 | $831.00 |
| 5/9/2016 | $831.00 |
| 5/9/2016 | $831.00 |
| 5/9/2016 | $1,773.00 |
| 5/9/2016 | $1,440.75 |
| 5/9/2016 | $1,218.75 |
| 5/9/2016 | $775.50 |

63379196 v1

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 5/9/2016 | $609.75 |
| 5/9/2016 | $443.25 |
| 5/9/2016 | $609.75 |
| 5/9/2016 | $80.00 |
| 5/9/2016 | $43.00 |
| 5/9/2016 | $80.00 |
| 5/9/2016 | $80.00 |
| 5/9/2016 | $80.00 |
| 5/9/2016 | $591.00 |
| 5/9/2016 | $591.00 |
| 5/9/2016 | $628.00 |
| 5/9/2016 | $701.75 |
| 5/9/2016 | $277.00 |
| 5/9/2016 | $591.00 |
| 5/9/2016 | $554.00 |
| 5/9/2016 | $554.00 |
| 5/9/2016 | $424.75 |
| 5/9/2016 | $424.75 |
| 5/9/2016 | $424.75 |
| 5/9/2016 | $369.50 |
| 5/9/2016 | $424.75 |
| 5/9/2016 | $18.50 |
| 5/9/2016 | $74.00 |
| 5/9/2016 | $277.00 |
| 5/9/2016 | $277.00 |
| 5/9/2016 | $277.00 |
| 5/9/2016 | $591.00 |
| 5/9/2016 | $480.25 |
| 5/9/2016 | $406.25 |
| 5/9/2016 | $258.50 |
| 5/9/2016 | $203.25 |
| 5/9/2016 | $147.75 |
| 5/9/2016 | $203.25 |
| 5/9/2016 | $1,478.00 |
| 5/9/2016 | $468.00 |
| 5/9/2016 | $566.00 |
| 5/9/2016 | $1,625.00 |
| 5/9/2016 | $3,738.00 |
| 5/9/2016 | $172.00 |
| 5/9/2016 | $1,478.00 |
| 5/9/2016 | $2,512.00 |
| 5/9/2016 | $1,478.00 |
| 5/9/2016 | $2,069.00 |
| 5/9/2016 | $2,512.00 |
| 5/9/2016 | $2,364.00 |
| 5/9/2016 | $2,216.00 |

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 5/9/2016 | $1,921.00 |
| 5/9/2016 | $1,773.00 |
| 5/9/2016 | $887.00 |
| 5/9/2016 | $1,478.00 |
| 5/9/2016 | $443.00 |
| 5/11/2016 | $2,105.25 |
| 5/11/2016 | $1,662.00 |
| 5/11/2016 | $1,773.00 |
| 5/11/2016 | $2,105.25 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $1,551.75 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $1,108.50 |
| 5/11/2016 | $1,440.75 |
| 5/11/2016 | $701.75 |
| 5/11/2016 | $554.00 |
| 5/11/2016 | $591.00 |
| 5/11/2016 | $701.75 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $517.25 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $369.50 |
| 5/11/2016 | $480.25 |
| 5/12/2016 | $96,726.00 |
| 5/12/2016 | $38,858.00 |
| 5/12/2016 | $1,648.00 |
| 5/12/2016 | $1,478.00 |
| 5/13/2016 | $975,680.00 |
| 5/13/2016 | $12,755.00 |
| 5/13/2016 | $15,662.00 |
| 5/24/2016 | $468.00 |
| 5/24/2016 | $108,028.00 |
| 5/24/2016 | $13,276.00 |
| 5/24/2016 | $949,990.00 |
| 5/27/2016 | $2,364.00 |
| 5/27/2016 | $468.00 |
| 5/27/2016 | $2,069.00 |
| 5/27/2016 | $160,544.00 |
| 5/27/2016 | $2,364.00 |
| 5/27/2016 | $1,478.00 |
| 5/27/2016 | $172.00 |
| 5/27/2016 | $1,478.00 |
| 5/27/2016 | $2,512.00 |
| 5/27/2016 | $2,216.00 |
| 5/27/2016 | $222.00 |
| 6/1/2016 | $1,108.50 |

## TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|---------------|
| 6/1/2016 | $1,108.50 |
| 6/1/2016 | $369.50 |
| 6/1/2016 | $369.50 |
| 6/3/2016 | $1,478.00 |
| 6/3/2016 | $2,660.00 |
| 6/3/2016 | $271.00 |
| 6/3/2016 | $2,364.00 |
| 6/8/2016 | $49,090.00 |
| 6/15/2016 | $822,820.00 |
| 6/15/2016 | $81,048.00 |
| 6/15/2016 | $2,719.00 |
| 6/15/2016 | $120,200.00 |
| 6/21/2016 | $468.00 |
| 6/21/2016 | $271.00 |
| 6/21/2016 | $1,625.00 |
| 6/21/2016 | $468.00 |
| 6/21/2016 | $271.00 |
| 6/21/2016 | $271.00 |
| 6/21/2016 | $1,478.00 |
| 6/21/2016 | $271.00 |
| 6/21/2016 | $468.00 |
| 6/21/2016 | $1,773.00 |
| 6/21/2016 | $1,478.00 |
| 6/21/2016 | $1,478.00 |
| 6/22/2016 | $1,478.00 |
| 6/22/2016 | $105,675.00 |
| 6/22/2016 | $73,691.00 |
| 6/22/2016 | $109,081.00 |
| 6/23/2016 | $748,132.00 |
| 6/23/2016 | $1,478.00 |
| 6/27/2016 | $1,748.00 |
| 6/27/2016 | $271.00 |
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $8,865.00 |
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $887.00 |
| 6/27/2016 | $739.00 |
| 6/27/2016 | $1,625.00 |
| 6/27/2016 | $739.00 |
| 6/27/2016 | $468.00 |
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $271.00 |
| 6/27/2016 | $1,625.00 |

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $1,773.00 |
| 6/27/2016 | $1,478.00 |
| 6/27/2016 | $1,478.00 |
| 6/28/2016 | $240.00 |
| 6/28/2016 | $240.00 |
| 6/28/2016 | $240.00 |
| 6/28/2016 | $332.25 |
| 6/28/2016 | $332.25 |
| 6/28/2016 | $332.25 |
| 6/28/2016 | $831.00 |
| 6/28/2016 | $831.00 |
| 6/28/2016 | $1,108.50 |
| 6/28/2016 | $1,108.50 |
| 6/28/2016 | $831.00 |
| 6/28/2016 | $831.00 |
| 6/28/2016 | $831.00 |
| 6/28/2016 | $240.00 |
| 6/28/2016 | $609.75 |
| 6/28/2016 | $831.00 |
| 6/28/2016 | $332.25 |
| 6/28/2016 | $80.00 |
| 6/28/2016 | $80.00 |
| 6/28/2016 | $80.00 |
| 6/28/2016 | $110.75 |
| 6/28/2016 | $110.75 |
| 6/28/2016 | $110.75 |
| 6/28/2016 | $277.00 |
| 6/28/2016 | $277.00 |
| 6/28/2016 | $369.50 |
| 6/28/2016 | $369.50 |
| 6/28/2016 | $277.00 |
| 6/28/2016 | $277.00 |
| 6/28/2016 | $277.00 |
| 6/28/2016 | $80.00 |
| 6/28/2016 | $203.25 |
| 6/28/2016 | $277.00 |
| 6/28/2016 | $110.75 |
| 6/28/2016 | $566.00 |
| 6/28/2016 | $271.00 |
| 6/28/2016 | $271.00 |
| 6/28/2016 | $394.00 |
| 6/28/2016 | $591.00 |
| 6/29/2016 | $1,218.75 |

63379196 v1

## TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 6/29/2016 | $2,105.25 |
| 6/29/2016 | $1,329.75 |
| 6/29/2016 | $406.25 |
| 6/29/2016 | $701.75 |
| 6/29/2016 | $443.25 |
| 6/29/2016 | $1,921.00 |
| 6/29/2016 | $1,404.00 |
| 7/7/2016 | $126,991.00 |
| 7/8/2016 | $468.00 |
| 7/14/2016 | $831.00 |
| 7/14/2016 | $1,274.25 |
| 7/14/2016 | $1,274.25 |
| 7/14/2016 | $1,274.25 |
| 7/14/2016 | $831.00 |
| 7/14/2016 | $498.75 |
| 7/14/2016 | $498.75 |
| 7/14/2016 | $277.00 |
| 7/14/2016 | $424.75 |
| 7/14/2016 | $424.75 |
| 7/14/2016 | $424.75 |
| 7/14/2016 | $277.00 |
| 7/14/2016 | $166.25 |
| 7/14/2016 | $166.25 |
| 7/20/2016 | $271.00 |
| 7/20/2016 | $1,478.00 |
| 7/20/2016 | $1,478.00 |
| 7/20/2016 | $172.00 |
| 7/20/2016 | $320.00 |
| 7/20/2016 | $16,253.00 |
| 7/22/2016 | $12,633.00 |
| 7/27/2016 | $240.00 |
| 7/27/2016 | $240.00 |
| 7/27/2016 | $129.00 |
| 7/27/2016 | $129.00 |
| 7/27/2016 | $831.00 |
| 7/27/2016 | $831.00 |
| 7/27/2016 | $831.00 |
| 7/27/2016 | $3,379.50 |
| 7/27/2016 | $80.00 |
| 7/27/2016 | $80.00 |
| 7/27/2016 | $43.00 |
| 7/27/2016 | $43.00 |
| 7/27/2016 | $277.00 |
| 7/27/2016 | $277.00 |
| 7/27/2016 | $277.00 |
| 7/27/2016 | $1,126.50 |

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 8/2/2016 | $6,230.00 |
| 8/4/2016 | $387.75 |
| 8/4/2016 | $129.25 |
| 8/9/2016 | $76,033.00 |
| 8/9/2016 | $732,198.00 |
| 8/9/2016 | $115,611.00 |
| 8/9/2016 | $139,858.00 |
| 8/9/2016 | $156,348.00 |
| 8/9/2016 | $722,756.00 |
| 8/9/2016 | $28,132.00 |
| 8/11/2016 | $995.00 |
| 8/11/2016 | $2,364.00 |
| 8/11/2016 | $1,478.00 |
| 8/18/2016 | $76,439.00 |
| 8/18/2016 | $86,261.00 |
| 8/18/2016 | $99,834.00 |
| 8/18/2016 | $271.00 |
| 8/18/2016 | $271.00 |
| 8/18/2016 | $271.00 |
| 8/18/2016 | $2,216.00 |
| 8/18/2016 | $468.00 |
| 8/18/2016 | $320.00 |
| 8/18/2016 | $394.00 |
| 8/19/2016 | $320.00 |
| 8/22/2016 | $320.00 |
| 8/22/2016 | $85,142.00 |
| 8/23/2016 | $105,185.00 |
| 8/23/2016 | $1,478.00 |
| 8/25/2016 | $1,921.00 |
| 8/25/2016 | $1,478.00 |
| 8/25/2016 | $1,921.00 |
| 8/25/2016 | $180,491.00 |
| 8/25/2016 | $1,108.00 |
| 8/25/2016 | $1,108.00 |
| 8/26/2016 | $831.00 |
| 8/26/2016 | $831.00 |
| 8/26/2016 | $1,274.25 |
| 8/26/2016 | $1,274.25 |
| 8/26/2016 | $831.00 |
| 8/26/2016 | $831.00 |
| 8/26/2016 | $831.00 |
| 8/26/2016 | $831.00 |
| 8/26/2016 | $277.00 |
| 8/26/2016 | $277.00 |
| 8/26/2016 | $424.75 |
| 8/26/2016 | $424.75 |

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|---|---|
| 8/26/2016 | $277.00 |
| 8/26/2016 | $277.00 |
| 8/26/2016 | $277.00 |
| 8/26/2016 | $277.00 |
| 9/8/2016 | $1,440.75 |
| 9/8/2016 | $480.25 |
| 9/22/2016 | $2,137.50 |
| 9/22/2016 | $118,492.00 |
| 9/22/2016 | $415,533.00 |
| 9/22/2016 | $195,600.00 |
| 9/22/2016 | $1,478.00 |
| 9/22/2016 | $712.50 |
| 9/26/2016 | $95,160.00 |
| 9/28/2016 | $1,773.00 |
| 9/28/2016 | $1,440.75 |
| 9/28/2016 | $2,105.25 |
| 9/28/2016 | $831.00 |
| 9/28/2016 | $2,105.25 |
| 9/28/2016 | $271.00 |
| 9/28/2016 | $271.00 |
| 9/28/2016 | $271.00 |
| 9/28/2016 | $161,654.00 |
| 9/28/2016 | $591.00 |
| 9/28/2016 | $480.25 |
| 9/28/2016 | $701.75 |
| 9/28/2016 | $277.00 |
| 9/28/2016 | $701.75 |
| 10/4/2016 | $19,577.25 |
| 10/4/2016 | $6,525.75 |
| 10/5/2016 | $1,051,845.00 |
| 10/11/2016 | $271.00 |
| 10/11/2016 | $271.00 |
| 10/11/2016 | $271.00 |
| 10/11/2016 | $394.00 |
| 10/13/2016 | $831.00 |
| 10/13/2016 | $675.00 |
| 10/13/2016 | $271.00 |
| 10/13/2016 | $271.00 |
| 10/13/2016 | $271.00 |
| 10/13/2016 | $813.00 |
| 10/13/2016 | $271.00 |
| 10/13/2016 | $277.00 |
| 10/13/2016 | $225.00 |
| 10/18/2016 | $39,034.00 |
| 10/18/2016 | $320.00 |
| 10/20/2016 | $271.00 |

## TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|---------------|
| 10/20/2016 | $546.00 |
| 10/28/2016 | $468.00 |
| 11/7/2016 | $1,478.00 |
| 11/14/2016 | $19,736.00 |
| 11/15/2016 | $380,670.00 |
| 11/22/2016 | $1,173,941.00 |
| 11/28/2016 | $38,006.00 |
| 11/29/2016 | $145,409.00 |
| 11/29/2016 | $3,669.00 |
| 12/14/2016 | $1,748.00 |
| 12/14/2016 | $4,137.00 |
| 12/14/2016 | $812,108.00 |
| 12/22/2016 | $640.00 |
| 12/27/2016 | $5,984.25 |
| 12/27/2016 | $1,662.00 |
| 12/27/2016 | $7,957.00 |
| 12/27/2016 | $1,994.75 |
| 12/27/2016 | $554.00 |
| 12/29/2016 | $8,325.00 |
| 1/5/2017 | $1,034.00 |
| 1/24/2017 | $2,684.00 |
| 2/3/2017 | $7,314.00 |
| 2/10/2017 | $5,762.25 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $554.25 |
| 2/10/2017 | $1,108.50 |
| 2/10/2017 | $1,108.50 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $1,884.00 |
| 2/10/2017 | $1,551.75 |
| 2/10/2017 | $1,329.75 |
| 2/10/2017 | $1,551.75 |
| 2/10/2017 | $1,274.25 |
| 2/10/2017 | $2,105.25 |
| 2/10/2017 | $2,105.25 |
| 2/10/2017 | $2,105.25 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $831.00 |
| 2/10/2017 | $831.00 |

63379196 v1

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 2/10/2017 | $2,105.25 |
| 2/10/2017 | $203.25 |
| 2/10/2017 | $1,662.00 |
| 2/10/2017 | $887.00 |
| 2/10/2017 | $1,920.75 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $184.75 |
| 2/10/2017 | $369.50 |
| 2/10/2017 | $369.50 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $628.00 |
| 2/10/2017 | $517.25 |
| 2/10/2017 | $443.25 |
| 2/10/2017 | $517.25 |
| 2/10/2017 | $424.75 |
| 2/10/2017 | $701.75 |
| 2/10/2017 | $701.75 |
| 2/10/2017 | $701.75 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $277.00 |
| 2/10/2017 | $701.75 |
| 2/10/2017 | $67.75 |
| 2/10/2017 | $554.00 |
| 2/17/2017 | $3,768.00 |
| 2/24/2017 | $38,046.00 |
| 2/24/2017 | $12,682.00 |
| 3/3/2017 | $1,182.00 |
| 3/7/2017 | $148,980.00 |
| 3/17/2017 | $2,216.00 |
| 3/17/2017 | $197,606.00 |
| 3/17/2017 | $250,166.00 |
| 3/17/2017 | $124,785.00 |
| 3/17/2017 | $250,000.00 |
| 3/17/2017 | $250,000.00 |
| 3/17/2017 | $250,000.00 |
| 3/20/2017 | $468.00 |
| 3/20/2017 | $2,069.00 |
| 3/31/2017 | $2,660.00 |

63379196 v1

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|---------------|
| 4/10/2017 | $5,485.50 |
| 4/10/2017 | $1,921.00 |
| 4/10/2017 | $1,108.00 |
| 4/10/2017 | $1,828.50 |
| 4/13/2017 | $500,000.00 |
| 4/18/2017 | $25,671.75 |
| 4/18/2017 | $8,557.25 |
| 4/20/2017 | $13,174.00 |
| 4/25/2017 | $960.50 |
| 4/25/2017 | $369.50 |
| 4/25/2017 | $67.75 |
| 4/25/2017 | $117.00 |
| 4/25/2017 | $369.50 |
| 4/25/2017 | $369.50 |
| 4/25/2017 | $369.50 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $424.75 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $554.00 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $424.75 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $80.00 |
| 4/25/2017 | $517.25 |
| 4/25/2017 | $554.00 |
| 4/25/2017 | $701.75 |
| 4/25/2017 | $43.00 |
| 4/25/2017 | $424.75 |
| 4/25/2017 | $424.75 |
| 4/25/2017 | $424.75 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $591.00 |
| 4/25/2017 | $424.75 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $277.00 |
| 4/25/2017 | $554.00 |
| 4/25/2017 | $2,881.50 |
| 4/25/2017 | $1,108.50 |
| 4/25/2017 | $203.25 |

63379196 v1

TRANSFERS TO INSTITUCION EDUCATIVA NETS, LLC

| Date | Payment Amount |
|------|----------------|
| 4/25/2017 | $351.00 |
| 4/25/2017 | $1,108.50 |
| 4/25/2017 | $1,108.50 |
| 4/25/2017 | $1,108.50 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $1,274.25 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $1,662.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $1,274.25 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $240.00 |
| 4/25/2017 | $1,551.75 |
| 4/25/2017 | $1,662.00 |
| 4/25/2017 | $2,105.25 |
| 4/25/2017 | $129.00 |
| 4/25/2017 | $1,274.25 |
| 4/25/2017 | $1,274.25 |
| 4/25/2017 | $1,274.25 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $1,773.00 |
| 4/25/2017 | $1,274.25 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $1,662.00 |
| 4/25/2017 | $80,252.00 |
| 4/25/2017 | $161,993.00 |
| 4/25/2017 | $93,896.00 |
| 4/25/2017 | $953,261.00 |
| 4/25/2017 | $1,625.00 |
| 5/2/2017 | $4,945.00 |
| 5/2/2017 | $129,864.00 |