# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO INTERVOICE COMMUNICATION OF PUERTO RICO INC.

| Date | Payment Amount |
|---|---|
| 6/5/2013 | $79,752.00 |
| 7/31/2013 | $258,266.00 |
| 9/19/2013 | $370,448.00 |
| 10/3/2013 | $40,477.00 |
| 12/9/2013 | $311,260.00 |
| 3/27/2014 | $150,935.00 |
| 8/15/2014 | $100,406.00 |
| 12/18/2014 | $71,563.00 |
| 1/9/2015 | $96,930.00 |
| 2/2/2015 | $72,945.00 |
| 2/18/2015 | $97,826.00 |
| 4/7/2015 | $88,692.00 |
| 4/22/2015 | $102,362.00 |
| 5/26/2015 | $99,185.00 |
| 8/14/2015 | $846,483.00 |
| 9/14/2015 | $717,984.00 |
| 10/5/2015 | $367,632.00 |
| 10/23/2015 | $620,788.00 |
| 1/11/2016 | $250,670.00 |
| 4/6/2016 | $159,792.00 |
| 5/31/2016 | $195,333.00 |
| 5/31/2016 | $220,918.00 |
| 6/28/2016 | $232,330.00 |
| 8/30/2016 | $216,902.00 |
| 10/5/2016 | $135,961.00 |
| 12/6/2016 | $158,093.00 |
| 12/6/2016 | $158,093.00 |
| 12/6/2016 | $158,093.00 |
| 12/6/2016 | $155,630.00 |
| 2/15/2017 | $423,442.00 |
| 2/15/2017 | $666,570.00 |
| 4/4/2017 | $799,884.00 |