# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO AMERICA APONTE & ASSOC. CORP.

| Date | Payment Amount |
|---|---|
| 6/3/2013 | $559,655.00 |
| 8/1/2013 | $185,743.00 |
| 8/5/2013 | $179,959.00 |
| 10/1/2013 | $194,553.00 |
| 10/22/2013 | $104,384.00 |
| 11/1/2013 | $27,411.00 |
| 1/14/2014 | $120,170.00 |
| 2/14/2014 | $404,687.00 |
| 3/19/2014 | $294,968.00 |
| 3/19/2014 | $778,524.00 |
| 4/7/2014 | $259,508.00 |
| 7/1/2014 | $360,510.00 |
| 9/9/2014 | $778,524.00 |
| 10/3/2014 | $884,904.00 |
| 10/16/2014 | $360,510.00 |
| 10/28/2014 | $252,357.00 |
| 11/5/2014 | $491,614.00 |
| 11/5/2014 | $778,524.00 |
| 1/14/2015 | $2,512.00 |
| 1/14/2015 | $2,512.00 |
| 1/14/2015 | $2,512.00 |
| 1/14/2015 | $2,807.00 |
| 1/14/2015 | $2,955.00 |
| 1/14/2015 | $3,842.00 |
| 1/14/2015 | $4,285.00 |
| 1/14/2015 | $5,615.00 |
| 1/14/2015 | $1,773.00 |
| 2/20/2015 | $1,625.00 |
| 2/27/2015 | $2,807.00 |
| 2/27/2015 | $4,285.00 |
| 2/27/2015 | $5,171.00 |
| 2/27/2015 | $1,478.00 |
| 2/27/2015 | $1,478.00 |
| 4/1/2015 | $2,216.00 |
| 4/1/2015 | $2,512.00 |
| 4/1/2015 | $2,512.00 |
| 4/1/2015 | $2,733.00 |
| 4/1/2015 | $3,694.00 |
| 4/1/2015 | $3,989.00 |
| 4/1/2015 | $4,137.00 |
| 4/1/2015 | $4,137.00 |
| 4/1/2015 | $4,285.00 |
| 4/1/2015 | $4,728.00 |
| 4/1/2015 | $5,171.00 |
| 4/1/2015 | $1,478.00 |

# EXHIBIT A

## TRANSFERS TO AMERICA APONTE & ASSOC. CORP.

| Date | Payment Amount |
|---|---|
| 4/1/2015 | $1,773.00 |
| 4/23/2015 | $2,955.00 |
| 4/28/2015 | $2,364.00 |
| 4/28/2015 | $4,876.00 |
| 4/28/2015 | $1,478.00 |
| 4/28/2015 | $1,478.00 |
| 5/28/2015 | $2,765.00 |
| 5/28/2015 | $2,955.00 |
| 5/28/2015 | $2,364.00 |
| 5/28/2015 | $3,842.00 |
| 5/28/2015 | $1,478.00 |
| 5/28/2015 | $2,807.00 |
| 5/28/2015 | $2,512.00 |
| 8/17/2015 | $2,807.00 |
| 8/17/2015 | $468.00 |
| 8/17/2015 | $468.00 |
| 8/17/2015 | $468.00 |
| 8/17/2015 | $468.00 |
| 8/17/2015 | $2,069.00 |
| 8/17/2015 | $271.00 |
| 8/17/2015 | $271.00 |
| 8/17/2015 | $271.00 |
| 8/17/2015 | $271.00 |
| 8/17/2015 | $468.00 |
| 8/17/2015 | $468.00 |
| 8/17/2015 | $468.00 |
| 8/17/2015 | $468.00 |
| 8/27/2015 | $271.00 |
| 8/27/2015 | $3,546.00 |
| 9/18/2015 | $38,120.00 |
| 10/16/2015 | $351.00 |
| 10/16/2015 | $351.00 |
| 10/16/2015 | $351.00 |
| 10/16/2015 | $117.00 |
| 10/16/2015 | $117.00 |
| 10/16/2015 | $117.00 |
| 10/16/2015 | $468.00 |
| 10/23/2015 | $1,385.25 |
| 10/23/2015 | $461.75 |
| 10/23/2015 | $23,492.00 |
| 11/2/2015 | $74,244.00 |
| 11/2/2015 | $27,186.00 |
| 4/6/2016 | $1,773.00 |

# EXHIBIT A

## TRANSFERS TO AMERICA APONTE & ASSOC. CORP.

| Date | Payment Amount |
|---|---|
| 4/6/2016 | $591.00 |
| 9/9/2016 | $468.00 |

63377501 v1