# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO ARCOS DORADOS PUERTO RICO LLC

| Date | Payment Amount |
|---|---|
| 5/28/2014 | $4,435.00 |
| 6/2/2014 | $27,596.00 |
| 6/16/2014 | $26,811.00 |
| 9/12/2014 | $25,072.00 |
| 9/12/2014 | $27,143.00 |
| 9/29/2014 | $24,529.00 |
| 10/14/2014 | $25,126.00 |
| 11/13/2014 | $23,452.00 |
| 2/2/2015 | $23,357.00 |
| 3/16/2015 | $20,036.00 |
| 3/16/2015 | $21,061.00 |
| 5/11/2015 | $17,111.00 |
| 5/11/2015 | $1,782.00 |
| 5/15/2015 | $265.00 |
| 5/15/2015 | $14,922.00 |
| 5/15/2015 | $18,082.00 |
| 6/22/2015 | $4,829.00 |
| 8/14/2015 | $46,302.00 |
| 9/1/2015 | $84,879.00 |
| 9/1/2015 | $91,920.00 |
| 9/1/2015 | $88,897.00 |
| 9/28/2015 | $82,817.00 |
| 11/2/2015 | $83,861.00 |
| 12/3/2015 | $83,539.00 |
| 12/3/2015 | $78,641.00 |
| 12/18/2015 | $72,439.00 |
| 3/15/2016 | $46,402.00 |
| 4/18/2016 | $26,225.00 |
| 5/23/2016 | $70,256.00 |
| 5/23/2016 | $63,610.00 |
| 5/23/2016 | $57,563.00 |
| 5/31/2016 | $33,727.00 |
| 6/27/2016 | $11,164.00 |
| 6/27/2016 | $36,302.00 |
| 8/9/2016 | $95,875.00 |
| 8/9/2016 | $134,543.00 |
| 9/13/2016 | $136,650.00 |
| 11/8/2016 | $135,459.00 |
| 11/22/2016 | $129,469.00 |
| 12/20/2016 | $126,326.00 |
| 1/24/2017 | $121,849.00 |
| 1/24/2017 | $117,748.00 |
| 1/24/2017 | $115,492.00 |
| 4/3/2017 | $109,275.00 |