# EXHIBIT A

EXHIBIT A

TRANSFERS TO J. JARAMILLO INSURANCE, INC.

| Date | Payment Amount |
|---|---|
| 7/2/2013 | $18,065.00 |
| 8/21/2013 | $21,992.00 |
| 12/5/2013 | $16,474.00 |
| 12/10/2013 | $13,818.00 |
| 1/3/2014 | $3,694.00 |
| 1/27/2014 | $1,871.00 |
| 2/5/2014 | $11,009.00 |
| 2/6/2014 | $6,643.00 |
| 2/6/2014 | $30,457.00 |
| 2/25/2014 | $32,443.00 |
| 3/4/2014 | $4,630.00 |
| 8/27/2014 | $372.00 |
| 9/4/2014 | $372.00 |
| 9/19/2014 | $234,120.00 |
| 9/23/2014 | $14,806.00 |
| 9/26/2014 | $69,375.00 |
| 9/26/2014 | $1,373,976.00 |
| 9/29/2014 | $131,775.00 |
| 10/16/2014 | $7,204.00 |
| 10/16/2014 | $1,302.00 |
| 10/20/2014 | $14,992.00 |
| 10/20/2014 | $54,968.00 |
| 10/28/2014 | $9,162.00 |
| 11/17/2014 | $10,123.00 |
| 12/30/2014 | $4,920.00 |
| 12/30/2014 | $675.00 |
| 1/23/2015 | $34,408.00 |
| 2/11/2015 | $5,825.00 |
| 2/19/2015 | $16,037.00 |
| 2/23/2015 | $4,836.00 |
| 2/23/2015 | $29,814.00 |
| 2/23/2015 | $30,428.00 |
| 2/27/2015 | $556,625.00 |
| 3/2/2015 | $86,709.00 |
| 3/2/2015 | $1,853.00 |
| 5/5/2015 | $7,468.00 |
| 5/15/2015 | $23,114.00 |
| 5/15/2015 | $165,060.00 |
| 6/3/2015 | $2,452.00 |
| 7/27/2015 | $11,912.00 |
| 7/31/2015 | $13,865.00 |
| 9/23/2015 | $73,738.00 |
| 9/30/2015 | $17,622.00 |
| 10/2/2015 | $1,302.00 |
| 10/2/2015 | $7,872.00 |
| 10/7/2015 | $249,315.00 |

EXHIBIT A
TRANSFERS TO J. JARAMILLO INSURANCE, INC.

| Date | Payment Amount |
|---|---|
| 10/9/2015 | $14,772.00 |
| 10/19/2015 | $971,820.00 |
| 11/24/2015 | $44,478.00 |
| 11/24/2015 | $53,010.00 |
| 1/21/2016 | $888.00 |
| 1/21/2016 | $48.00 |
| 3/22/2016 | $650,413.00 |
| 4/29/2016 | $28,641.00 |
| 4/29/2016 | $28,313.00 |
| 5/5/2016 | $162,232.00 |
| 5/5/2016 | $22,537.00 |
| 5/5/2016 | $185.00 |
| 5/5/2016 | $7,468.00 |
| 5/5/2016 | $4,525.00 |
| 5/5/2016 | $1,385.00 |
| 5/12/2016 | $2,032.00 |
| 6/13/2016 | $2,268.00 |
| 7/11/2016 | $1,730.00 |
| 7/11/2016 | $3,078.00 |
| 7/18/2016 | $41,517.00 |
| 7/18/2016 | $102,893.00 |
| 10/17/2016 | $1,170.00 |
| 10/24/2016 | $7,872.00 |
| 10/28/2016 | $1,302.00 |
| 11/21/2016 | $9,566.00 |
| 1/18/2017 | $23,573.00 |
| 2/3/2017 | $268,413.00 |
| 2/3/2017 | $8,182.00 |
| 2/3/2017 | $2,781.00 |
| 3/6/2017 | $1,695.00 |
| 4/3/2017 | $141,827.00 |
| 4/3/2017 | $484,869.00 |
| 4/28/2017 | $162,232.00 |
| 4/28/2017 | $22,424.00 |