# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO BIANCA CONVENTON CENTER, INC.

| Date | Payment Amount |
|---|---|
| 1/10/2014 | $21,198.00 |
| 1/13/2014 | $59,300.00 |
| 4/1/2014 | $21,198.00 |
| 4/1/2014 | $59,300.00 |
| 4/25/2014 | $7,000.00 |
| 4/25/2014 | $52,300.00 |
| 4/28/2014 | $21,198.00 |
| 6/2/2014 | $21,198.00 |
| 6/3/2014 | $59,300.00 |
| 7/3/2014 | $42,396.00 |
| 7/21/2014 | $118,600.00 |
| 7/22/2014 | $21,198.00 |
| 7/22/2014 | $59,300.00 |
| 9/12/2014 | $59,300.00 |
| 9/15/2014 | $21,198.00 |
| 9/22/2014 | $59,300.00 |
| 9/23/2014 | $21,201.00 |
| 12/12/2014 | $21,201.00 |
| 12/12/2014 | $59,300.00 |
| 12/18/2014 | $59,300.00 |
| 12/19/2014 | $21,201.00 |
| 1/2/2015 | $21,201.00 |
| 1/8/2015 | $59,300.00 |
| 1/21/2015 | $21,201.00 |
| 1/26/2015 | $59,300.00 |
| 1/30/2015 | $21,201.00 |
| 1/30/2015 | $59,300.00 |
| 3/2/2015 | $21,201.00 |
| 3/2/2015 | $59,300.00 |
| 4/7/2015 | $21,201.00 |
| 4/7/2015 | $59,300.00 |
| 5/18/2015 | $21,201.00 |
| 5/19/2015 | $59,300.00 |
| 8/10/2015 | $42,402.00 |
| 8/11/2015 | $118,600.00 |
| 9/8/2015 | $21,201.00 |
| 9/9/2015 | $59,300.00 |
| 10/5/2015 | $59,300.00 |
| 10/6/2015 | $21,201.00 |
| 12/7/2015 | $59,300.00 |
| 1/5/2016 | $59,300.00 |
| 1/5/2016 | $21,201.00 |
| 3/15/2016 | $59,300.00 |
| 3/15/2016 | $21,201.00 |
| 4/5/2016 | $59,300.00 |
| 4/5/2016 | $21,201.00 |

EXHIBIT A

TRANSFERS TO BIANCA CONVENTON CENTER, INC.

| Date | Payment Amount |
|---|---|
| 5/2/2016 | $59,300.00 |
| 5/2/2016 | $21,201.00 |
| 5/2/2016 | $59,300.00 |
| 5/2/2016 | $35,000.00 |
| 5/2/2016 | $21,201.00 |
| 5/2/2016 | $24,300.00 |
| 5/2/2016 | $21,201.00 |
| 7/5/2016 | $59,300.00 |
| 7/5/2016 | $21,201.00 |
| 7/5/2016 | $27,299.00 |
| 7/11/2016 | $59,300.00 |
| 7/11/2016 | $21,201.00 |
| 9/19/2016 | $32,002.00 |
| 9/19/2016 | $21,201.00 |
| 10/18/2016 | $59,300.00 |
| 10/18/2016 | $21,201.00 |
| 10/24/2016 | $59,300.00 |
| 10/24/2016 | $21,201.00 |
| 11/10/2016 | $21,201.00 |
| 11/18/2016 | $59,300.00 |
| 11/18/2016 | $21,201.00 |
| 12/16/2016 | $21,201.00 |
| 12/16/2016 | $59,300.00 |
| 12/19/2016 | $21,201.00 |
| 12/19/2016 | $59,300.00 |
| 12/28/2016 | $21,201.00 |
| 12/28/2016 | $59,300.00 |
| 1/5/2017 | $21,201.00 |
| 1/5/2017 | $59,300.00 |
| 4/6/2017 | $59,300.00 |
| 4/6/2017 | $21,201.00 |
| 4/21/2017 | $21,201.00 |
| 4/21/2017 | $59,300.00 |
| 4/27/2017 | $59,300.00 |
| 4/27/2017 | $21,201.00 |