# EXHIBIT A

EXHIBIT A

TRANSFERS TO CAMPOFRESCO, CORP.

| Date | Payment Amount |
|---|---|
| 6/12/2013 | $26,125.00 |
| 6/12/2013 | $442,456.00 |
| 6/17/2013 | $457,218.00 |
| 6/24/2013 | $342,574.00 |
| 6/24/2013 | $370,412.00 |
| 9/19/2013 | $151,600.00 |
| 9/19/2013 | $151,600.00 |
| 9/26/2013 | $43,542.00 |
| 10/31/2013 | $151,600.00 |
| 11/4/2013 | $151,600.00 |
| 11/13/2013 | $151,600.00 |
| 12/26/2013 | $34,834.00 |
| 12/26/2013 | $151,600.00 |
| 1/15/2014 | $20,330.00 |
| 1/15/2014 | $21,400.00 |
| 1/15/2014 | $34,834.00 |
| 1/15/2014 | $438,888.00 |
| 1/16/2014 | $481,913.00 |
| 2/20/2014 | $189,118.00 |
| 2/21/2014 | $227,287.00 |
| 2/26/2014 | $189,500.00 |
| 2/27/2014 | $295,620.00 |
| 3/13/2014 | $53,500.00 |
| 3/13/2014 | $53,500.00 |
| 4/8/2014 | $398,259.00 |
| 4/16/2014 | $189,500.00 |
| 4/17/2014 | $333,520.00 |
| 5/1/2014 | $398,259.00 |
| 5/7/2014 | $524,353.00 |
| 6/18/2014 | $524,353.00 |
| 7/22/2014 | $276,670.00 |
| 9/9/2014 | $565,752.00 |
| 9/12/2014 | $238,770.00 |
| 9/24/2014 | $568,500.00 |
| 10/24/2014 | $26,750.00 |
| 11/21/2014 | $26,750.00 |
| 12/8/2014 | $1,600.00 |
| 2/10/2015 | $2,400.00 |
| 3/16/2015 | $2,560.00 |
| 4/27/2015 | $24,317.00 |
| 5/11/2015 | $2,560.00 |
| 6/16/2015 | $24,317.00 |
| 7/28/2015 | $23,256.00 |
| 8/11/2015 | $16,211.00 |
| 8/14/2015 | $6,075.00 |
| 10/20/2015 | $24,122.00 |

EXHIBIT A

TRANSFERS TO CAMPOFRESCO, CORP.

| Date | Payment Amount |
|---|---|
| 11/3/2015 | $24,317.00 |
| 12/29/2015 | $24,317.00 |
| 3/15/2016 | $37,115.00 |
| 3/17/2016 | $24,317.00 |
| 5/6/2016 | $46,624.00 |
| 5/6/2016 | $36,115.00 |
| 9/7/2016 | $2,100.00 |
| 2/6/2017 | $36,111.00 |
| 4/21/2017 | $49,833.00 |
| 4/21/2017 | $27,086.00 |