# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO ARIETA & SON ASSURANCE CORPORATION

| Date | Payment Amount |
|---|---|
| 5/28/2013 | $323.00 |
| 8/2/2013 | $68,286.00 |
| 10/17/2013 | $288,503.00 |
| 12/9/2013 | $83,700.00 |
| 1/3/2014 | $298.00 |
| 1/3/2014 | $7,077.00 |
| 1/3/2014 | $682.00 |
| 1/3/2014 | $34,483.00 |
| 1/3/2014 | $52,508.00 |
| 1/3/2014 | $179,997.00 |
| 1/3/2014 | $16.00 |
| 1/3/2014 | $16.00 |
| 1/8/2014 | $124,798.00 |
| 1/21/2014 | $38.00 |
| 1/22/2014 | $2,325.00 |
| 1/22/2014 | $206,801.00 |
| 1/22/2014 | $261,847.00 |
| 1/22/2014 | $180.00 |
| 2/28/2014 | $3,984.00 |
| 2/28/2014 | $21.00 |
| 3/18/2014 | $127.00 |
| 4/1/2014 | $3,817.00 |
| 5/12/2014 | $385,114.00 |
| 8/4/2014 | $3,526.00 |
| 8/4/2014 | $4,527.00 |
| 8/4/2014 | $500.00 |
| 8/4/2014 | $205,363.00 |
| 8/4/2014 | $1,324.00 |
| 8/4/2014 | $1,469.00 |
| 8/11/2014 | $12,950.00 |
| 8/11/2014 | $1,500.00 |
| 8/13/2014 | $818.00 |
| 9/15/2014 | $2,105.00 |
| 9/15/2014 | $2,951.00 |
| 9/15/2014 | $836.00 |
| 9/17/2014 | $25,307.00 |
| 9/17/2014 | $56,227.00 |
| 10/6/2014 | $500.00 |
| 10/22/2014 | $59,476.00 |
| 10/24/2014 | $276.00 |
| 10/24/2014 | $3,388.00 |
| 10/24/2014 | $463.00 |
| 10/24/2014 | $1,083.00 |
| 11/5/2014 | $9,000.00 |
| 11/5/2014 | $16,498.00 |
| 11/5/2014 | $25,222.00 |
| 11/5/2014 | $47,340.00 |

# EXHIBIT A

## TRANSFERS TO ARIETA & SON ASSURANCE CORPORATION

| Date | Payment Amount |
|---|---|
| 11/5/2014 | $111,682.00 |
| 11/5/2014 | $1,636.00 |
| 11/7/2014 | $34,172.00 |
| 11/13/2014 | $26,363.00 |
| 11/13/2014 | $148,509.00 |
| 11/13/2014 | $1,204,163.00 |
| 11/18/2014 | $2,325.00 |
| 11/18/2014 | $6,231.00 |
| 11/19/2014 | $1,575,222.00 |
| 12/12/2014 | $1,028.00 |
| 1/23/2015 | $2,141.00 |
| 1/23/2015 | $1,855.00 |
| 1/28/2015 | $204,819.00 |
| 2/9/2015 | $259,347.00 |
| 3/9/2015 | $3,594.00 |
| 4/2/2015 | $690.00 |
| 4/2/2015 | $22,279.00 |
| 4/20/2015 | $11,637.00 |
| 5/11/2015 | $3,685.00 |
| 6/1/2015 | $500.00 |
| 6/1/2015 | $12,450.00 |
| 6/1/2015 | $500.00 |
| 6/1/2015 | $500.00 |
| 6/22/2015 | $11,448.00 |
| 8/3/2015 | $1,693.00 |
| 8/7/2015 | $3,597.00 |
| 8/7/2015 | $259,833.00 |
| 8/7/2015 | $1,500.00 |
| 9/1/2015 | $26,167.00 |
| 9/1/2015 | $355.00 |
| 9/11/2015 | $500.00 |
| 9/15/2015 | $9,121.00 |
| 9/21/2015 | $2,622.00 |
| 9/21/2015 | $7,000.00 |
| 9/29/2015 | $3,664.00 |
| 9/29/2015 | $4,121.00 |
| 9/29/2015 | $2,724.00 |
| 9/29/2015 | $2,938.00 |
| 9/29/2015 | $1,637.00 |
| 9/29/2015 | $4,484.00 |
| 9/29/2015 | $500.00 |
| 10/9/2015 | $58,335.00 |
| 10/15/2015 | $2,121.00 |
| 10/15/2015 | $2,790.00 |
| 10/15/2015 | $1,083.00 |
| 10/22/2015 | $8,914.00 |

# EXHIBIT A

## TRANSFERS TO ARIETA & SON ASSURANCE CORPORATION

| Date | Payment Amount |
|---:|---:|
| 11/4/2015 | $49,532.00 |
| 11/18/2015 | $186.00 |
| 11/27/2015 | $2,325.00 |
| 11/27/2015 | $6,231.00 |
| 11/27/2015 | $8,996.00 |
| 11/27/2015 | $13,485.00 |
| 11/27/2015 | $25,222.00 |
| 12/29/2015 | $1,536,434.00 |
| 12/29/2015 | $1,698.00 |
| 12/31/2015 | $1,155,764.00 |
| 1/28/2016 | $110,050.00 |
| 2/19/2016 | $3,784.00 |
| 2/22/2016 | $105,069.00 |
| 2/22/2016 | $47,137.00 |
| 3/18/2016 | $3,593.00 |
| 3/18/2016 | $3,411.00 |
| 4/5/2016 | $204,819.00 |
| 4/5/2016 | $9,960.00 |
| 4/7/2016 | $694.00 |
| 4/11/2016 | $250,469.00 |
| 4/11/2016 | $38,788.00 |
| 4/11/2016 | $149,312.00 |
| 4/11/2016 | $34,357.00 |
| 4/11/2016 | $22,279.00 |
| 4/27/2016 | $26,505.00 |
| 5/16/2016 | $2,186.00 |
| 5/19/2016 | $8,095.00 |
| 5/20/2016 | $500.00 |
| 5/26/2016 | $17,450.00 |
| 6/7/2016 | $3,859.00 |
| 7/8/2016 | $82,874.00 |
| 7/19/2016 | $8,842.00 |
| 7/27/2016 | $500.00 |
| 8/5/2016 | $11,448.00 |
| 8/5/2016 | $24,843.00 |
| 8/15/2016 | $242,750.00 |
| 8/17/2016 | $3,395.00 |
| 8/17/2016 | $2,683.00 |
| 8/26/2016 | $180.00 |
| 8/26/2016 | $757.00 |
| 9/12/2016 | $500.00 |
| 9/12/2016 | $500.00 |
| 10/5/2016 | $4,080.00 |
| 10/5/2016 | $1,620.00 |
| 10/5/2016 | $2,908.00 |
| 10/5/2016 | $56,100.00 |

# EXHIBIT A
## TRANSFERS TO ARIETA & SON ASSURANCE CORPORATION

| Date | Payment Amount |
|---|---|
| 10/26/2016 | $157.00 |
| 10/26/2016 | $8,914.00 |
| 10/28/2016 | $1,083.00 |
| 10/28/2016 | $2,790.00 |
| 10/28/2016 | $47,137.00 |
| 10/28/2016 | $105,255.00 |
| 10/28/2016 | $13,950.00 |
| 10/28/2016 | $25,222.00 |
| 11/3/2016 | $34,357.00 |
| 11/9/2016 | $49,532.00 |
| 11/14/2016 | $107,774.00 |
| 11/21/2016 | $2,186.00 |
| 12/8/2016 | $1,799.00 |
| 12/8/2016 | $3,618.00 |
| 12/21/2016 | $949.00 |
| 12/21/2016 | $22,279.00 |
| 1/11/2017 | $29,349.00 |
| 1/11/2017 | $15,624.00 |
| 1/25/2017 | $1,542,351.00 |
| 2/10/2017 | $500.00 |
| 2/10/2017 | $500.00 |
| 2/13/2017 | $2,802.00 |
| 2/13/2017 | $3,539.00 |
| 2/13/2017 | $3,739.00 |
| 2/13/2017 | $748.00 |
| 2/15/2017 | $9,960.00 |
| 2/15/2017 | $694.00 |
| 2/15/2017 | $199,239.00 |
| 2/23/2017 | $229,345.00 |