# EXHIBIT A

EXHIBIT A

TRANSFERS TO JOSE SANTIAGO, INC.

| Date | Payment Amount |
|---|---|
| 6/4/2013 | $179,600.00 |
| 6/18/2013 | $227,669.00 |
| 8/5/2013 | $27,927.00 |
| 8/5/2013 | $29,078.00 |
| 8/29/2013 | $83,780.00 |
| 8/29/2013 | $111,535.00 |
| 9/26/2013 | $4,389.00 |
| 9/26/2013 | $179,600.00 |
| 10/22/2013 | $36,831.00 |
| 10/22/2013 | $73,662.00 |
| 10/22/2013 | $179,600.00 |
| 12/5/2013 | $36,794.00 |
| 12/5/2013 | $179,600.00 |
| 12/18/2013 | $83,780.00 |
| 1/8/2014 | $16,753.00 |
| 1/15/2014 | $158,729.00 |
| 2/13/2014 | $73,662.00 |
| 2/27/2014 | $83,780.00 |
| 3/11/2014 | $16,751.00 |
| 3/13/2014 | $101,286.00 |
| 5/5/2014 | $5,134.00 |
| 6/2/2014 | $39,317.00 |
| 6/5/2014 | $27,927.00 |
| 6/5/2014 | $105,820.00 |
| 6/11/2014 | $8,376.00 |
| 7/10/2014 | $16,753.00 |
| 7/10/2014 | $40,704.00 |
| 7/23/2014 | $105,820.00 |
| 8/13/2014 | $116,329.00 |
| 8/28/2014 | $83,780.00 |
| 8/28/2014 | $84,722.00 |
| 9/23/2014 | $232,650.00 |
| 10/6/2014 | $84,722.00 |
| 10/23/2014 | $49,923.00 |
| 11/10/2014 | $1,964.00 |
| 12/15/2014 | $191,549.00 |
| 12/24/2014 | $7,281.00 |
| 1/12/2015 | $16,753.00 |
| 1/15/2015 | $84,722.00 |
| 2/17/2015 | $4,374.00 |
| 2/20/2015 | $84,679.00 |
| 2/23/2015 | $16,753.00 |
| 4/14/2015 | $7,001.00 |
| 4/20/2015 | $1,780.00 |
| 5/8/2015 | $3,620.00 |
| 5/29/2015 | $4,116.00 |

# EXHIBIT A

## TRANSFERS TO JOSE SANTIAGO, INC.

| Date | Payment Amount |
|---|---|
| 5/29/2015 | $1,915.00 |
| 5/29/2015 | $42,361.00 |
| 6/4/2015 | $9,830.00 |
| 6/10/2015 | $333.00 |
| 6/12/2015 | $1,545.00 |
| 6/17/2015 | $6,771.00 |
| 6/22/2015 | $669.00 |
| 6/22/2015 | $1,223.00 |
| 6/22/2015 | $306.00 |
| 6/29/2015 | $3,308.00 |
| 7/3/2015 | $840.00 |
| 7/3/2015 | $123.00 |
| 7/3/2015 | $17,719.00 |
| 7/7/2015 | $10,385.00 |
| 7/7/2015 | $4,233.00 |
| 7/8/2015 | $2,003.00 |
| 7/10/2015 | $1,777.00 |
| 7/20/2015 | $1,678.00 |
| 7/21/2015 | $292,223.00 |
| 7/23/2015 | $1,143.00 |
| 7/23/2015 | $2,872.00 |
| 8/10/2015 | $9,419.00 |
| 8/11/2015 | $95,313.00 |
| 8/25/2015 | $5,962.00 |
| 8/31/2015 | $2,564.00 |
| 8/31/2015 | $6,856.00 |
| 8/31/2015 | $1,581.00 |
| 9/2/2015 | $735.00 |
| 9/2/2015 | $301.00 |
| 9/8/2015 | $275.00 |
| 9/8/2015 | $165.00 |
| 9/8/2015 | $28,651.00 |
| 9/11/2015 | $2,534.00 |
| 9/11/2015 | $10,373.00 |
| 9/16/2015 | $1,765.00 |
| 9/21/2015 | $598.00 |
| 9/21/2015 | $423.00 |
| 9/24/2015 | $2,094.00 |
| 9/25/2015 | $32,257.00 |
| 10/1/2015 | $442,225.00 |
| 10/2/2015 | $5,454.00 |
| 10/2/2015 | $78,597.00 |
| 10/13/2015 | $4,695.00 |
| 10/14/2015 | $409.00 |
| 10/14/2015 | $3,760.00 |
| 10/19/2015 | $6,490.00 |

63379235 v1

EXHIBIT A

TRANSFERS TO JOSE SANTIAGO, INC.

| Date | Payment Amount |
|---|---|
| 10/23/2015 | $3,164.00 |
| 10/27/2015 | $441.00 |
| 10/27/2015 | $21,488.00 |
| 10/30/2015 | $1,290.00 |
| 11/2/2015 | $3,796.00 |
| 11/2/2015 | $3,847.00 |
| 11/2/2015 | $87.00 |
| 11/2/2015 | $59,896.00 |
| 11/3/2015 | $602,035.00 |
| 11/5/2015 | $476.00 |
| 11/5/2015 | $3,862.00 |
| 11/12/2015 | $1,499.00 |
| 11/12/2015 | $9,693.00 |
| 11/17/2015 | $3,802.00 |
| 11/19/2015 | $661.00 |
| 11/25/2015 | $2,301.00 |
| 11/25/2015 | $4,604.00 |
| 12/17/2015 | $11,713.00 |
| 12/17/2015 | $606.00 |
| 12/17/2015 | $2,704.00 |
| 12/17/2015 | $2,375.00 |
| 12/24/2015 | $5,401.00 |
| 12/28/2015 | $85,566.00 |
| 1/5/2016 | $765.00 |
| 1/5/2016 | $3,966.00 |
| 1/14/2016 | $11,161.00 |
| 1/14/2016 | $89,535.00 |
| 1/21/2016 | $436,703.00 |
| 1/21/2016 | $71,652.00 |
| 1/25/2016 | $18,921.00 |
| 2/1/2016 | $546,894.00 |
| 2/2/2016 | $7,324.00 |
| 2/2/2016 | $1,827.00 |
| 2/2/2016 | $28,460.00 |
| 2/2/2016 | $7,324.00 |
| 2/2/2016 | $1,290.00 |
| 2/2/2016 | $1,221.00 |
| 2/9/2016 | $1,467.00 |
| 2/9/2016 | $928.00 |
| 2/9/2016 | $223.00 |
| 2/9/2016 | $2,390.00 |
| 2/9/2016 | $990.00 |
| 2/17/2016 | $3,735.00 |
| 2/17/2016 | $6,108.00 |
| 2/22/2016 | $1,740.00 |
| 2/22/2016 | $1,886.00 |

EXHIBIT A

TRANSFERS TO JOSE SANTIAGO, INC.

| Date | Payment Amount |
|---|---|
| 3/2/2016 | $11,435.00 |
| 3/3/2016 | $433.00 |
| 3/9/2016 | $6,933.00 |
| 3/17/2016 | $1,362.00 |
| 3/17/2016 | $1,017.00 |
| 3/22/2016 | $3,392.00 |
| 3/28/2016 | $858.00 |
| 3/28/2016 | $367.00 |
| 3/28/2016 | $9,438.00 |
| 3/28/2016 | $3,870.00 |
| 3/28/2016 | $3,344.00 |
| 3/28/2016 | $17,907.00 |
| 3/28/2016 | $22,836.00 |
| 3/31/2016 | $479.00 |
| 3/31/2016 | $2,336.00 |
| 3/31/2016 | $993.00 |
| 4/1/2016 | $4,755.00 |
| 4/1/2016 | $33.00 |
| 4/26/2016 | $261,762.00 |
| 4/29/2016 | $652.00 |
| 5/6/2016 | $4,840.00 |
| 5/6/2016 | $23,663.00 |
| 5/6/2016 | $625.00 |
| 5/6/2016 | $1,007.00 |
| 5/6/2016 | $4,057.00 |
| 5/6/2016 | $21,488.00 |
| 5/6/2016 | $35,814.00 |
| 5/6/2016 | $2,587.00 |
| 5/6/2016 | $2,587.00 |
| 5/12/2016 | $157,885.00 |
| 5/12/2016 | $71,652.00 |
| 5/19/2016 | $3,583.00 |
| 5/19/2016 | $1,862.00 |
| 5/19/2016 | $727.00 |
| 5/19/2016 | $2,250.00 |
| 5/19/2016 | $484.00 |
| 5/19/2016 | $13,898.00 |
| 5/19/2016 | $51,339.00 |
| 5/25/2016 | $505.00 |
| 5/25/2016 | $3,753.00 |
| 5/26/2016 | $23,178.00 |
| 6/1/2016 | $4,713.00 |
| 6/1/2016 | $1,096.00 |
| 6/1/2016 | $8,223.00 |
| 6/1/2016 | $1,824.00 |
| 6/1/2016 | $4,298.00 |

## EXHIBIT A
### TRANSFERS TO JOSE SANTIAGO, INC.

| Date | Payment Amount |
|---|---|
| 6/1/2016 | $228.00 |
| 6/1/2016 | $3,982.00 |
| 6/9/2016 | $71,652.00 |
| 6/15/2016 | $10,846.00 |
| 6/15/2016 | $65,727.00 |
| 6/20/2016 | $46,133.00 |
| 6/28/2016 | $779.00 |
| 7/7/2016 | $7,516.00 |
| 7/7/2016 | $1,706.00 |
| 7/14/2016 | $724.00 |
| 7/14/2016 | $40,896.00 |
| 7/14/2016 | $12,788.00 |
| 7/14/2016 | $307.00 |
| 7/20/2016 | $61,915.00 |
| 7/20/2016 | $736.00 |
| 7/20/2016 | $507.00 |
| 7/20/2016 | $380.00 |
| 7/20/2016 | $35,072.00 |
| 7/29/2016 | $328.00 |
| 7/29/2016 | $3,571.00 |
| 7/29/2016 | $3,117.00 |
| 7/29/2016 | $886.00 |
| 8/4/2016 | $31,775.00 |
| 8/4/2016 | $431.00 |
| 8/4/2016 | $2,595.00 |
| 8/4/2016 | $1,270.00 |
| 8/4/2016 | $1,657.00 |
| 8/4/2016 | $2,113.00 |
| 8/17/2016 | $5,776.00 |
| 8/17/2016 | $410.00 |
| 8/17/2016 | $4,929.00 |
| 8/17/2016 | $3,516.00 |
| 8/18/2016 | $282.00 |
| 8/22/2016 | $48,759.00 |
| 8/25/2016 | $71,652.00 |
| 8/25/2016 | $122,801.00 |
| 9/1/2016 | $7,551.00 |
| 9/1/2016 | $778.00 |
| 9/12/2016 | $2,284.00 |
| 9/12/2016 | $5,250.00 |
| 9/19/2016 | $5,571.00 |
| 9/19/2016 | $2,276.00 |
| 9/19/2016 | $155.00 |
| 9/28/2016 | $43,360.00 |
| 9/28/2016 | $35,826.00 |
| 9/28/2016 | $161,845.00 |

EXHIBIT A

TRANSFERS TO JOSE SANTIAGO, INC.

| Date | Payment Amount |
|---|---|
| 10/5/2016 | $28,955.00 |
| 10/5/2016 | $674.00 |
| 10/5/2016 | $11,075.00 |
| 10/5/2016 | $474.00 |
| 10/5/2016 | $3,464.00 |
| 10/5/2016 | $9,441.00 |
| 10/5/2016 | $70,302.00 |
| 10/5/2016 | $5,155.00 |
| 10/5/2016 | $6,436.00 |
| 10/11/2016 | $20,103.00 |
| 10/11/2016 | $2,570.00 |
| 10/11/2016 | $216.00 |
| 10/11/2016 | $1,744.00 |
| 10/11/2016 | $1,228.00 |
| 10/24/2016 | $4,835.00 |
| 10/24/2016 | $599.00 |
| 10/24/2016 | $5,488.00 |
| 10/24/2016 | $4,525.00 |
| 10/27/2016 | $90,484.00 |
| 10/27/2016 | $36,193.00 |
| 10/31/2016 | $36,193.00 |
| 11/2/2016 | $52.00 |
| 11/4/2016 | $71,652.00 |
| 11/7/2016 | $16,696.00 |
| 11/21/2016 | $9,120.00 |
| 11/21/2016 | $427.00 |
| 11/21/2016 | $296,935.00 |
| 11/22/2016 | $17,042.00 |
| 11/29/2016 | $7,767.00 |
| 11/29/2016 | $1,778.00 |
| 12/2/2016 | $43,818.00 |
| 12/2/2016 | $11,828.00 |
| 12/12/2016 | $8,663.00 |
| 12/12/2016 | $3,194.00 |
| 12/15/2016 | $2,579.00 |
| 12/15/2016 | $247.00 |
| 12/15/2016 | $3,957.00 |
| 12/15/2016 | $203.00 |
| 12/19/2016 | $17,079.00 |
| 12/19/2016 | $4,200.00 |
| 12/19/2016 | $2,643.00 |
| 12/19/2016 | $25,314.00 |
| 12/22/2016 | $1,518.00 |
| 12/22/2016 | $533.00 |
| 12/22/2016 | $872.00 |
| 12/22/2016 | $26,140.00 |

63379235 v1

EXHIBIT A

TRANSFERS TO JOSE SANTIAGO, INC.

| Date | Payment Amount |
|---|---|
| 12/29/2016 | $456,610.00 |
| 1/5/2017 | $1,342.00 |
| 1/18/2017 | $90,484.00 |
| 1/18/2017 | $7,473.00 |
| 1/23/2017 | $125.00 |
| 1/23/2017 | $4,307.00 |
| 1/23/2017 | $8,856.00 |
| 1/23/2017 | $39,227.00 |
| 1/30/2017 | $3,106.00 |
| 2/2/2017 | $6,786.00 |
| 2/8/2017 | $1,611.00 |
| 2/8/2017 | $155.00 |
| 2/8/2017 | $159.00 |
| 2/8/2017 | $3,308.00 |
| 2/8/2017 | $1,318.00 |
| 2/8/2017 | $4,106.00 |
| 2/8/2017 | $4,496.00 |
| 2/8/2017 | $831.00 |
| 2/8/2017 | $1,349.00 |
| 2/9/2017 | $35,826.00 |
| 2/10/2017 | $1,539.00 |
| 2/21/2017 | $4,342.00 |
| 2/21/2017 | $1,932.00 |
| 2/23/2017 | $19.00 |
| 2/27/2017 | $71,652.00 |
| 2/27/2017 | $26,140.00 |
| 2/27/2017 | $36,198.00 |
| 2/27/2017 | $250,000.00 |
| 3/1/2017 | $111,510.00 |
| 3/1/2017 | $7,309.00 |
| 3/2/2017 | $15,747.00 |
| 3/15/2017 | $2,991.00 |
| 3/15/2017 | $446.00 |
| 3/16/2017 | $1,633.00 |
| 3/16/2017 | $4,989.00 |
| 3/23/2017 | $41,085.00 |
| 3/23/2017 | $41,862.00 |
| 4/5/2017 | $7,275.00 |
| 4/5/2017 | $9,122.00 |
| 4/5/2017 | $5,951.00 |
| 4/6/2017 | $3,295.00 |
| 4/6/2017 | $6,512.00 |
| 4/6/2017 | $3,248.00 |
| 4/6/2017 | $7,750.00 |
| 4/7/2017 | $450.00 |
| 4/7/2017 | $43,883.00 |

EXHIBIT A

TRANSFERS TO JOSE SANTIAGO, INC.

| Date | Payment Amount |
|---|---|
| 4/10/2017 | $8,213.00 |
| 4/10/2017 | $229.00 |
| 4/10/2017 | $206.00 |
| 4/11/2017 | $576.00 |
| 4/11/2017 | $126.00 |
| 4/11/2017 | $180.00 |
| 4/11/2017 | $10,023.00 |
| 4/11/2017 | $94.00 |
| 4/12/2017 | $189.00 |
| 4/17/2017 | $1,832.00 |
| 4/20/2017 | $72,387.00 |
| 4/20/2017 | $90,484.00 |
| 4/20/2017 | $18,858.00 |
| 4/21/2017 | $26,140.00 |
| 4/25/2017 | $2,133.00 |
| 4/28/2017 | $89,113.00 |