# EXHIBIT A

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 5/29/2013 | $269,020.00 |
| 6/5/2013 | $20,945.00 |
| 6/11/2013 | $66,852.00 |
| 7/17/2013 | $37,852.00 |
| 7/17/2013 | $62,558.00 |
| 7/17/2013 | $72,777.00 |
| 8/6/2013 | $204,986.00 |
| 8/8/2013 | $4,590.00 |
| 8/27/2013 | $14,616.00 |
| 9/3/2013 | $5,794.00 |
| 9/16/2013 | $48,547.00 |
| 9/17/2013 | $46,988.00 |
| 9/19/2013 | $174,131.00 |
| 10/29/2013 | $7,253.00 |
| 10/30/2013 | $178,372.00 |
| 11/8/2013 | $2,019.00 |
| 11/15/2013 | $189,342.00 |
| 11/26/2013 | $340,316.00 |
| 1/3/2014 | $47,025.00 |
| 1/10/2014 | $9,970.00 |
| 1/10/2014 | $71,630.00 |
| 1/22/2014 | $308,462.00 |
| 1/28/2014 | $1,129.00 |
| 1/30/2014 | $55,969.00 |
| 2/4/2014 | $41,724.00 |
| 2/7/2014 | $39,337.00 |
| 2/7/2014 | $614,303.00 |
| 2/13/2014 | $164,552.00 |
| 2/13/2014 | $529,411.00 |
| 2/18/2014 | $21,742.00 |
| 2/20/2014 | $47,090.00 |
| 2/20/2014 | $213.00 |
| 2/21/2014 | $1,989.00 |
| 2/21/2014 | $2,235.00 |
| 2/21/2014 | $9.00 |
| 2/27/2014 | $906,404.00 |
| 3/6/2014 | $10,971.00 |
| 3/6/2014 | $15,497.00 |
| 3/6/2014 | $16,652.00 |
| 3/6/2014 | $16,904.00 |
| 3/6/2014 | $18,560.00 |
| 3/6/2014 | $18,917.00 |
| 3/6/2014 | $21,482.00 |
| 3/6/2014 | $21,833.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 3/6/2014 | $22,060.00 |
| 3/6/2014 | $28,665.00 |
| 3/6/2014 | $60,373.00 |
| 3/6/2014 | $60,755.00 |
| 3/10/2014 | $2,105.00 |
| 3/10/2014 | $4,925.00 |
| 3/10/2014 | $4,934.00 |
| 3/10/2014 | $11,108.00 |
| 3/10/2014 | $141,370.00 |
| 3/11/2014 | $358,942.00 |
| 3/13/2014 | $201,189.00 |
| 3/24/2014 | $41,408.00 |
| 3/26/2014 | $68,453.00 |
| 4/4/2014 | $14,083.00 |
| 4/4/2014 | $42,777.00 |
| 4/10/2014 | $20,597.00 |
| 4/10/2014 | $133,562.00 |
| 4/14/2014 | $7,139.00 |
| 4/14/2014 | $1,182.00 |
| 4/16/2014 | $30,915.00 |
| 4/16/2014 | $78,970.00 |
| 4/23/2014 | $4,677.00 |
| 4/23/2014 | $1,951.00 |
| 4/29/2014 | $2,031.00 |
| 4/29/2014 | $275.00 |
| 4/29/2014 | $2,196.00 |
| 4/29/2014 | $2,621.00 |
| 4/29/2014 | $3,288.00 |
| 4/29/2014 | $4,632.00 |
| 4/29/2014 | $92.00 |
| 4/29/2014 | $5,851.00 |
| 4/29/2014 | $7,062.00 |
| 4/29/2014 | $7,247.00 |
| 4/29/2014 | $8,612.00 |
| 4/29/2014 | $522.00 |
| 4/29/2014 | $522.00 |
| 4/29/2014 | $522.00 |
| 4/29/2014 | $522.00 |
| 4/29/2014 | $11,179.00 |
| 4/29/2014 | $5.00 |
| 4/29/2014 | $1,033.00 |
| 4/29/2014 | $178.00 |
| 4/29/2014 | $1,524.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 5/22/2014 | $25,966.00 |
| 5/22/2014 | $306,493.00 |
| 5/23/2014 | $78,351.00 |
| 5/27/2014 | $16,359.00 |
| 5/30/2014 | $2,019.00 |
| 5/30/2014 | $14,943.00 |
| 6/3/2014 | $230,007.00 |
| 6/4/2014 | $11,778.00 |
| 6/12/2014 | $4,925.00 |
| 6/18/2014 | $5,155.00 |
| 6/18/2014 | $853.00 |
| 6/18/2014 | $945.00 |
| 6/18/2014 | $254,703.00 |
| 6/18/2014 | $1,545.00 |
| 6/18/2014 | $1,891.00 |
| 6/19/2014 | $4,477.00 |
| 6/19/2014 | $111,728.00 |
| 7/9/2014 | $76,786.00 |
| 7/14/2014 | $4,925.00 |
| 7/16/2014 | $4,107.00 |
| 7/16/2014 | $608.00 |
| 7/18/2014 | $3,756.00 |
| 7/18/2014 | $6.00 |
| 7/31/2014 | $4,159.00 |
| 7/31/2014 | $4,860.00 |
| 7/31/2014 | $1,418.00 |
| 8/1/2014 | $137,377.00 |
| 8/4/2014 | $2,349.00 |
| 8/4/2014 | $2,824.00 |
| 8/8/2014 | $4,500.00 |
| 8/8/2014 | $8,334.00 |
| 8/14/2014 | $2,181.00 |
| 8/14/2014 | $325.00 |
| 8/14/2014 | $673.00 |
| 8/14/2014 | $114,489.00 |
| 8/14/2014 | $45.00 |
| 8/20/2014 | $35.00 |
| 8/21/2014 | $314,285.00 |
| 8/21/2014 | $1,874.00 |
| 8/25/2014 | $3,037.00 |
| 8/27/2014 | $63.00 |
| 9/2/2014 | $7,824.00 |
| 9/8/2014 | $5,186.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 9/9/2014 | $29,511.00 |
| 9/10/2014 | $3,805.00 |
| 9/15/2014 | $91,435.00 |
| 9/16/2014 | $32,346.00 |
| 9/18/2014 | $21,281.00 |
| 9/18/2014 | $26,005.00 |
| 9/22/2014 | $23,168.00 |
| 9/22/2014 | $39,881.00 |
| 9/23/2014 | $706.00 |
| 9/25/2014 | $3,090.00 |
| 9/25/2014 | $3,220.00 |
| 9/25/2014 | $3,950.00 |
| 9/25/2014 | $566.00 |
| 9/25/2014 | $718.00 |
| 9/25/2014 | $768.00 |
| 9/25/2014 | $153.00 |
| 9/25/2014 | $1,179.00 |
| 9/25/2014 | $198.00 |
| 10/1/2014 | $126,923.00 |
| 10/15/2014 | $3,689.00 |
| 10/15/2014 | $4,654.00 |
| 10/15/2014 | $975.00 |
| 10/20/2014 | $2,683.00 |
| 10/20/2014 | $706.00 |
| 10/20/2014 | $724.00 |
| 10/20/2014 | $1,244.00 |
| 10/20/2014 | $1,416.00 |
| 10/20/2014 | $1,856.00 |
| 10/23/2014 | $2,464.00 |
| 10/23/2014 | $3,132.00 |
| 10/23/2014 | $3,623.00 |
| 10/23/2014 | $4,185.00 |
| 10/23/2014 | $399.00 |
| 10/23/2014 | $8,093.00 |
| 10/23/2014 | $8,410.00 |
| 10/23/2014 | $14,003.00 |
| 10/23/2014 | $26,240.00 |
| 10/23/2014 | $800.00 |
| 10/23/2014 | $1,273.00 |
| 10/23/2014 | $1,338.00 |
| 10/24/2014 | $4,174.00 |
| 10/24/2014 | $5,321.00 |
| 10/24/2014 | $194.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---:|---:|
| 10/28/2014 | $2,464.00 |
| 10/28/2014 | $2,828.00 |
| 10/28/2014 | $1,760.00 |
| 10/30/2014 | $18,627.00 |
| 11/3/2014 | $282.00 |
| 11/3/2014 | $2,480.00 |
| 11/3/2014 | $5,443.00 |
| 11/3/2014 | $5,573.00 |
| 11/3/2014 | $6,336.00 |
| 11/3/2014 | $10,005.00 |
| 11/3/2014 | $788.00 |
| 11/4/2014 | $90.00 |
| 11/7/2014 | $33,757.00 |
| 11/10/2014 | $869.00 |
| 11/13/2014 | $2,241.00 |
| 11/13/2014 | $18,323.00 |
| 11/13/2014 | $21,452.00 |
| 11/14/2014 | $2,770.00 |
| 11/14/2014 | $7,384.00 |
| 11/14/2014 | $8,048.00 |
| 11/17/2014 | $2,226.00 |
| 11/17/2014 | $7,885.00 |
| 11/17/2014 | $1,048.00 |
| 11/17/2014 | $1,495.00 |
| 11/24/2014 | $15,243.00 |
| 12/4/2014 | $184,153.00 |
| 12/9/2014 | $1,478.00 |
| 12/12/2014 | $2,000.00 |
| 12/16/2014 | $3,955.00 |
| 12/16/2014 | $18,359.00 |
| 12/16/2014 | $33,326.00 |
| 12/23/2014 | $7,484.00 |
| 12/23/2014 | $46,578.00 |
| 1/5/2015 | $20,061.00 |
| 1/21/2015 | $18,696.00 |
| 1/23/2015 | $2,156.00 |
| 1/29/2015 | $7,576.00 |
| 2/5/2015 | $585.00 |
| 2/5/2015 | $48,880.00 |
| 2/10/2015 | $4,425.00 |
| 2/10/2015 | $12,188.00 |
| 2/11/2015 | $40,760.00 |
| 2/12/2015 | $7,194.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 2/17/2015 | $8,795.00 |
| 2/17/2015 | $15,030.00 |
| 2/17/2015 | $19,901.00 |
| 2/20/2015 | $124,695.00 |
| 2/25/2015 | $15,758.00 |
| 3/2/2015 | $45,227.00 |
| 3/2/2015 | $47,816.00 |
| 3/2/2015 | $72,037.00 |
| 3/5/2015 | $2,748.00 |
| 3/5/2015 | $15,080.00 |
| 3/5/2015 | $16,033.00 |
| 3/5/2015 | $16,517.00 |
| 3/5/2015 | $20,322.00 |
| 3/5/2015 | $22,410.00 |
| 3/5/2015 | $26,430.00 |
| 3/5/2015 | $1,369.00 |
| 3/16/2015 | $14,040.00 |
| 3/17/2015 | $8,616.00 |
| 3/18/2015 | $6,694.00 |
| 3/23/2015 | $3,820.00 |
| 3/23/2015 | $9.00 |
| 3/27/2015 | $197.00 |
| 4/8/2015 | $2,048.00 |
| 4/10/2015 | $9,858.00 |
| 4/10/2015 | $13,526.00 |
| 4/10/2015 | $16,004.00 |
| 4/10/2015 | $17,402.00 |
| 4/10/2015 | $20,790.00 |
| 4/10/2015 | $25,697.00 |
| 4/10/2015 | $119,590.00 |
| 4/13/2015 | $10,172.00 |
| 4/13/2015 | $14,423.00 |
| 4/14/2015 | $59,768.00 |
| 4/14/2015 | $90,920.00 |
| 4/14/2015 | $1,862.00 |
| 4/15/2015 | $13,519.00 |
| 4/15/2015 | $1,780.00 |
| 5/6/2015 | $37,925.00 |
| 5/12/2015 | $2,865.00 |
| 5/12/2015 | $851,677.00 |
| 5/13/2015 | $18,172.00 |
| 5/13/2015 | $18,172.00 |
| 5/18/2015 | $60.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 5/22/2015 | $626.00 |
| 5/26/2015 | $71,979.00 |
| 5/26/2015 | $738,408.00 |
| 5/27/2015 | $4,082.00 |
| 6/8/2015 | $8,764.00 |
| 6/9/2015 | $2,297.00 |
| 6/11/2015 | $1,890.00 |
| 6/11/2015 | $785.00 |
| 6/12/2015 | $42,469.00 |
| 6/16/2015 | $442.00 |
| 6/17/2015 | $105,241.00 |
| 6/18/2015 | $11,074.00 |
| 6/18/2015 | $11,230.00 |
| 6/24/2015 | $82,208.00 |
| 6/24/2015 | $11,937.00 |
| 7/7/2015 | $16,264.00 |
| 7/7/2015 | $10,317.00 |
| 7/13/2015 | $3,820.00 |
| 7/13/2015 | $29,683.00 |
| 7/13/2015 | $328.00 |
| 7/22/2015 | $2,943.00 |
| 7/28/2015 | $17,919.00 |
| 7/31/2015 | $34,113.00 |
| 8/18/2015 | $4,112.00 |
| 8/18/2015 | $1,657.00 |
| 8/18/2015 | $395.00 |
| 8/18/2015 | $2,259.00 |
| 8/18/2015 | $1,129.00 |
| 8/18/2015 | $12,724.00 |
| 8/19/2015 | $28,645.00 |
| 8/24/2015 | $20,386.00 |
| 8/27/2015 | $75,275.00 |
| 8/28/2015 | $98,931.00 |
| 8/31/2015 | $1,009.00 |
| 8/31/2015 | $986.00 |
| 8/31/2015 | $10,654.00 |
| 8/31/2015 | $376.00 |
| 8/31/2015 | $2,770.00 |
| 8/31/2015 | $1,369.00 |
| 8/31/2015 | $1,056.00 |
| 9/2/2015 | $3,609.00 |
| 9/2/2015 | $27,842.00 |
| 9/3/2015 | $9,448.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 9/3/2015 | $11,757.00 |
| 9/3/2015 | $8,190.00 |
| 9/15/2015 | $785.00 |
| 9/15/2015 | $13,697.00 |
| 9/28/2015 | $33,164.00 |
| 10/8/2015 | $79.00 |
| 10/16/2015 | $890.00 |
| 10/16/2015 | $1,083.00 |
| 10/16/2015 | $6,601.00 |
| 10/16/2015 | $5,798.00 |
| 10/19/2015 | $9.00 |
| 10/19/2015 | $27,564.00 |
| 10/20/2015 | $25,254.00 |
| 10/20/2015 | $30,365.00 |
| 10/20/2015 | $1,745.00 |
| 10/27/2015 | $993.00 |
| 11/2/2015 | $27,574.00 |
| 11/3/2015 | $18,910.00 |
| 11/3/2015 | $15,741.00 |
| 11/3/2015 | $7,739.00 |
| 11/3/2015 | $255.00 |
| 11/3/2015 | $6.00 |
| 11/3/2015 | $9,399.00 |
| 11/4/2015 | $4,342.00 |
| 11/6/2015 | $3,718.00 |
| 11/6/2015 | $2,762.00 |
| 11/6/2015 | $15,060.00 |
| 11/6/2015 | $30.00 |
| 11/9/2015 | $5,075.00 |
| 11/12/2015 | $2,148.00 |
| 11/12/2015 | $10,356.00 |
| 11/16/2015 | $14,517.00 |
| 11/16/2015 | $16,899.00 |
| 11/18/2015 | $8,610.00 |
| 11/24/2015 | $13,158.00 |
| 11/24/2015 | $10,468.00 |
| 11/24/2015 | $19,583.00 |
| 11/24/2015 | $1,290.00 |
| 11/24/2015 | $4,162.00 |
| 11/24/2015 | $99.00 |
| 11/24/2015 | $9,061.00 |
| 11/24/2015 | $1,880.00 |
| 11/24/2015 | $963.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 11/24/2015 | $3,131.00 |
| 11/24/2015 | $570.00 |
| 11/24/2015 | $2,850.00 |
| 11/24/2015 | $599.00 |
| 11/24/2015 | $1,140.00 |
| 11/24/2015 | $3,354.00 |
| 11/24/2015 | $3,924.00 |
| 11/24/2015 | $7,353.00 |
| 11/25/2015 | $6,762.00 |
| 12/3/2015 | $15.00 |
| 12/3/2015 | $906.00 |
| 12/3/2015 | $1,123.00 |
| 12/3/2015 | $5,562.00 |
| 12/24/2015 | $834.00 |
| 12/24/2015 | $842.00 |
| 12/24/2015 | $7,873.00 |
| 12/24/2015 | $2,455.00 |
| 12/24/2015 | $1,259.00 |
| 12/24/2015 | $2,785.00 |
| 12/24/2015 | $6,870.00 |
| 12/24/2015 | $2,845.00 |
| 12/24/2015 | $16,763.00 |
| 12/24/2015 | $10,182.00 |
| 12/30/2015 | $5,514.00 |
| 1/8/2016 | $3,073.00 |
| 1/11/2016 | $15,121.00 |
| 1/11/2016 | $13,642.00 |
| 1/11/2016 | $27,195.00 |
| 1/11/2016 | $16,114.00 |
| 1/11/2016 | $1,384.00 |
| 1/11/2016 | $5,535.00 |
| 1/11/2016 | $34,749.00 |
| 1/11/2016 | $6,112.00 |
| 1/11/2016 | $32,218.00 |
| 1/11/2016 | $25,255.00 |
| 1/11/2016 | $26,024.00 |
| 1/11/2016 | $3,727.00 |
| 1/11/2016 | $7,487.00 |
| 1/11/2016 | $1,472.00 |
| 1/11/2016 | $4,342.00 |
| 1/11/2016 | $17,572.00 |
| 1/11/2016 | $39,537.00 |
| 1/11/2016 | $988.00 |

# EXHIBIT A

## TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 1/11/2016 | $18,819.00 |
| 1/15/2016 | $5,940.00 |
| 1/15/2016 | $5,304.00 |
| 2/22/2016 | $1,409.00 |
| 2/23/2016 | $4,314.00 |
| 2/23/2016 | $8,646.00 |
| 2/23/2016 | $10,059.00 |
| 2/23/2016 | $35,869.00 |
| 2/23/2016 | $18,301.00 |
| 2/23/2016 | $51,188.00 |
| 2/23/2016 | $111,148.00 |
| 2/23/2016 | $186,013.00 |
| 2/23/2016 | $6,740.00 |
| 2/23/2016 | $66,000.00 |
| 3/9/2016 | $34,639.00 |
| 3/9/2016 | $9,774.00 |
| 3/9/2016 | $17,572.00 |
| 3/9/2016 | $8,402.00 |
| 3/11/2016 | $6,277.00 |
| 3/11/2016 | $607.00 |
| 3/11/2016 | $5,456.00 |
| 3/11/2016 | $7,693.00 |
| 3/11/2016 | $10,765.00 |
| 3/11/2016 | $18,061.00 |
| 3/14/2016 | $587.00 |
| 3/17/2016 | $9,008.00 |
| 4/5/2016 | $12,070.00 |
| 4/6/2016 | $13,457.00 |
| 4/6/2016 | $22,126.00 |
| 4/8/2016 | $942.00 |
| 4/8/2016 | $680.00 |
| 4/21/2016 | $3,756.00 |
| 4/27/2016 | $49,239.00 |
| 4/27/2016 | $5,559.00 |
| 4/28/2016 | $39,697.00 |
| 4/28/2016 | $30,722.00 |
| 5/2/2016 | $9,532.00 |
| 5/2/2016 | $17,675.00 |
| 5/2/2016 | $16,525.00 |
| 5/2/2016 | $20,597.00 |
| 5/2/2016 | $14,007.00 |
| 5/2/2016 | $19,891.00 |
| 5/10/2016 | $1,896.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $1,448.00 |
| 5/10/2016 | $2,219.00 |
| 5/10/2016 | $1,515.00 |
| 5/10/2016 | $8,767.00 |
| 5/12/2016 | $43,607.00 |
| 5/12/2016 | $63,023.00 |
| 5/12/2016 | $113,354.00 |
| 5/12/2016 | $32,002.00 |
| 5/12/2016 | $7,953.00 |
| 5/27/2016 | $30,187.00 |
| 5/27/2016 | $148,600.00 |
| 5/27/2016 | $20,908.00 |
| 5/27/2016 | $69,133.00 |
| 5/27/2016 | $25,436.00 |
| 5/27/2016 | $100,327.00 |
| 5/27/2016 | $52,880.00 |
| 5/31/2016 | $779.00 |
| 5/31/2016 | $984.00 |
| 5/31/2016 | $8,102.00 |
| 5/31/2016 | $6,375.00 |
| 5/31/2016 | $31,794.00 |
| 5/31/2016 | $520.00 |
| 5/31/2016 | $13,794.00 |
| 5/31/2016 | $8,429.00 |
| 5/31/2016 | $14,892.00 |
| 6/3/2016 | $353.00 |
| 6/7/2016 | $16.00 |
| 6/7/2016 | $12,046.00 |
| 6/7/2016 | $3,434.00 |
| 6/7/2016 | $3,841.00 |
| 6/7/2016 | $10,465.00 |
| 6/7/2016 | $11,098.00 |
| 6/7/2016 | $35,139.00 |
| 6/7/2016 | $20,794.00 |
| 6/7/2016 | $60,169.00 |
| 6/7/2016 | $761.00 |
| 6/7/2016 | $51,355.00 |
| 6/7/2016 | $372.00 |
| 6/7/2016 | $5,560.00 |
| 6/7/2016 | $372.00 |
| 6/7/2016 | $576.00 |
| 6/7/2016 | $16,471.00 |
| 6/7/2016 | $2,716.00 |

# EXHIBIT A

## TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 6/7/2016 | $3,615.00 |
| 6/7/2016 | $372.00 |
| 6/28/2016 | $4,229.00 |
| 7/1/2016 | $570.00 |
| 7/1/2016 | $2,190.00 |
| 7/26/2016 | $40,816.00 |
| 8/4/2016 | $29,907.00 |
| 8/4/2016 | $24,933.00 |
| 8/4/2016 | $32,433.00 |
| 8/4/2016 | $44,410.00 |
| 8/8/2016 | $60,000.00 |
| 8/8/2016 | $100,000.00 |
| 8/9/2016 | $512.00 |
| 8/9/2016 | $142.00 |
| 8/9/2016 | $7,711.00 |
| 8/9/2016 | $1,343.00 |
| 8/9/2016 | $7,160.00 |
| 8/9/2016 | $6,388.00 |
| 8/12/2016 | $15,000.00 |
| 8/18/2016 | $8,000.00 |
| 8/18/2016 | $3,853.00 |
| 8/22/2016 | $1,991.00 |
| 8/22/2016 | $29,700.00 |
| 8/22/2016 | $2,400.00 |
| 8/31/2016 | $5,258.00 |
| 8/31/2016 | $2,825.00 |
| 9/6/2016 | $26,000.00 |
| 9/19/2016 | $7,779.00 |
| 9/19/2016 | $3,841.00 |
| 9/19/2016 | $1,343.00 |
| 9/19/2016 | $7,367.00 |
| 9/19/2016 | $7,973.00 |
| 9/19/2016 | $5,144.00 |
| 9/19/2016 | $6,516.00 |
| 9/19/2016 | $6,421.00 |
| 9/27/2016 | $33,915.00 |
| 9/27/2016 | $33,805.00 |
| 9/27/2016 | $29,907.00 |
| 9/27/2016 | $31,166.00 |
| 9/27/2016 | $42,941.00 |
| 9/27/2016 | $24,933.00 |
| 9/27/2016 | $33,720.00 |
| 9/27/2016 | $29,907.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 9/28/2016 | $10,000.00 |
| 9/28/2016 | $100,000.00 |
| 9/28/2016 | $11,932.00 |
| 9/30/2016 | $18,394.00 |
| 10/5/2016 | $113,500.00 |
| 10/13/2016 | $100,000.00 |
| 10/14/2016 | $65,000.00 |
| 10/14/2016 | $1,343.00 |
| 10/14/2016 | $33,805.00 |
| 10/14/2016 | $38,543.00 |
| 10/14/2016 | $24,933.00 |
| 10/14/2016 | $7,374.00 |
| 10/14/2016 | $8,323.00 |
| 10/14/2016 | $11,985.00 |
| 10/14/2016 | $640.00 |
| 10/20/2016 | $120,000.00 |
| 10/24/2016 | $52,233.00 |
| 10/27/2016 | $41,000.00 |
| 10/27/2016 | $120,000.00 |
| 10/27/2016 | $200,000.00 |
| 10/31/2016 | $32,154.00 |
| 10/31/2016 | $35,369.00 |
| 11/1/2016 | $9,762.00 |
| 11/1/2016 | $7,329.00 |
| 11/1/2016 | $23,208.00 |
| 11/1/2016 | $1,637.00 |
| 11/1/2016 | $17,926.00 |
| 11/1/2016 | $1,343.00 |
| 11/2/2016 | $300,000.00 |
| 11/3/2016 | $150,000.00 |
| 11/29/2016 | $974.00 |
| 11/29/2016 | $6,007.00 |
| 11/29/2016 | $170.00 |
| 11/29/2016 | $50.00 |
| 12/7/2016 | $23,528.00 |
| 12/8/2016 | $4,518.00 |
| 12/8/2016 | $15.00 |
| 12/8/2016 | $1,343.00 |
| 12/14/2016 | $31,768.00 |
| 12/14/2016 | $26,889.00 |
| 12/14/2016 | $18,566.00 |
| 12/14/2016 | $7,837.00 |
| 12/29/2016 | $20,713.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 12/29/2016 | $9,385.00 |
| 12/29/2016 | $29,281.00 |
| 1/3/2017 | $87,290.00 |
| 1/3/2017 | $32,723.00 |
| 1/3/2017 | $75,961.00 |
| 1/3/2017 | $7,133.00 |
| 1/3/2017 | $2,043.00 |
| 1/3/2017 | $30,910.00 |
| 1/4/2017 | $21,738.00 |
| 1/18/2017 | $64,775.00 |
| 1/23/2017 | $7,508.00 |
| 1/23/2017 | $35,965.00 |
| 1/23/2017 | $38,185.00 |
| 1/23/2017 | $38,115.00 |
| 1/23/2017 | $28,219.00 |
| 1/23/2017 | $30,501.00 |
| 1/23/2017 | $29,212.00 |
| 1/24/2017 | $3,503.00 |
| 1/24/2017 | $7,268.00 |
| 1/24/2017 | $2,680.00 |
| 1/24/2017 | $11,944.00 |
| 1/24/2017 | $4,520.00 |
| 1/24/2017 | $1,840.00 |
| 1/25/2017 | $19,683.00 |
| 2/22/2017 | $23,109.00 |
| 2/22/2017 | $5,711.00 |
| 3/1/2017 | $1,219.00 |
| 3/1/2017 | $4,518.00 |
| 3/1/2017 | $692.00 |
| 3/1/2017 | $590.00 |
| 3/1/2017 | $406.00 |
| 3/6/2017 | $3,769.00 |
| 3/15/2017 | $3,298.00 |
| 3/16/2017 | $2,012.00 |
| 3/16/2017 | $2,687.00 |
| 3/16/2017 | $23,423.00 |
| 3/16/2017 | $13,099.00 |
| 3/16/2017 | $8,999.00 |
| 3/16/2017 | $6,617.00 |
| 3/16/2017 | $33,764.00 |
| 3/16/2017 | $51,830.00 |
| 3/16/2017 | $46,289.00 |
| 3/16/2017 | $4,573.00 |

EXHIBIT A

TRANSFERS TO ARMADA PRODUCTIONS CORP.

| Date | Payment Amount |
|---|---|
| 3/16/2017 | $3,061.00 |
| 3/16/2017 | $1,665.00 |
| 3/21/2017 | $8,703.00 |
| 3/23/2017 | $10,001.00 |
| 3/24/2017 | $14,131.00 |
| 3/24/2017 | $17,045.00 |
| 3/24/2017 | $13,868.00 |
| 3/24/2017 | $11,833.00 |
| 3/27/2017 | $21,639.00 |
| 3/28/2017 | $58,231.00 |
| 3/29/2017 | $17,364.00 |
| 3/29/2017 | $29,200.00 |
| 3/29/2017 | $48,559.00 |
| 3/29/2017 | $32,447.00 |
| 3/29/2017 | $71,222.00 |
| 3/29/2017 | $54,640.00 |
| 3/29/2017 | $78,221.00 |
| 3/31/2017 | $26,622.00 |
| 3/31/2017 | $32,583.00 |
| 3/31/2017 | $47,926.00 |
| 3/31/2017 | $38,943.00 |
| 3/31/2017 | $25,355.00 |
| 3/31/2017 | $29,757.00 |
| 4/10/2017 | $1,239.00 |