# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE
[Dkt. # 6580]

I HEREBY certify that, on April 30, 2019, on behalf of Financial Guaranty Insurance Company ("**FGIC**"), I served copies of the *Objection and Reservation of Rights of Financial Guaranty Insurance Company to Urgent Motion For Entry Of An Order Approving Stipulation And Consent Order Between Title III Debtors (Other Than COFINA) And The Puerto Rico Fiscal Agency And Financial Advisory Authority Acting On Behalf Of The Governmental Entities Listed On Appendix "A" Regarding The Tolling Of Statute Of Limitations* [Dkt. # 6580] on the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by e-mail addressed to: swaindprcorresp@nysd.uscourts.gov.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) the Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("PRHTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

47321210.v1

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the *Eighth Amended Case Management Procedures* [Dkt. # 4866, Case No. 17-03283], for whom service is allowed in this matter.

- All parties listed in the *Master Service List as of April 22, 2019* [Dkt. # 6435, Case No. 17-03283], for which an e-mail address has not been provided, by U.S. mail.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: April 30, 2019.

                          BUTLER SNOW LLP

                          By: *Martin A. Sosland*
                              Martin A. Sosland (*pro hac vice*)
                              5430 LBJ Freeway, Suite 1200
                              Dallas, TX 75240
                              Telephone: (469) 680-5502
                              Facsimile: (469) 680-5501
                              E-mail: martin.sosland@butlersnow.com

                          *Attorney for Financial Guaranty Insurance Company*

47321210.v1