# EXHIBIT A

## TRANSFERS TO ASOCIACION AZUCARERA COOPERATIVA LAFAYETTE

| Date | Payment Amount |
|------|---------------|
| 5/22/2013 | $84,609.00 |
| 5/22/2013 | $180,455.00 |
| 6/4/2013 | $87,756.00 |
| 6/4/2013 | $147,180.00 |
| 7/5/2013 | $37,438.00 |
| 7/5/2013 | $80,231.00 |
| 7/5/2013 | $104,070.00 |
| 7/5/2013 | $165,910.00 |
| 7/15/2013 | $131,536.00 |
| 7/15/2013 | $142,049.00 |
| 7/29/2013 | $156,754.00 |
| 8/1/2013 | $360,496.00 |
| 8/5/2013 | $240,419.00 |
| 8/5/2013 | $304,739.00 |
| 8/6/2013 | $93,717.00 |
| 9/20/2013 | $18,202.00 |
| 9/20/2013 | $23,473.00 |
| 9/20/2013 | $37,479.00 |
| 9/20/2013 | $56,400.00 |
| 9/20/2013 | $79,853.00 |
| 9/20/2013 | $88,592.00 |
| 11/18/2013 | $8,794.00 |
| 11/26/2013 | $83,387.00 |
| 11/27/2013 | $6,103.00 |
| 12/4/2013 | $186,866.00 |
| 12/19/2013 | $1,920.00 |
| 12/24/2013 | $286,762.00 |
| 12/31/2013 | $51,079.00 |
| 1/3/2014 | $128,755.00 |
| 1/8/2014 | $158,056.00 |
| 1/10/2014 | $78,950.00 |
| 1/10/2014 | $348,066.00 |
| 1/21/2014 | $95,798.00 |
| 2/4/2014 | $119,773.00 |
| 2/14/2014 | $74,923.00 |
| 2/20/2014 | $266,600.00 |
| 2/24/2014 | $53,526.00 |
| 2/27/2014 | $81,918.00 |
| 3/17/2014 | $201,543.00 |
| 4/4/2014 | $75,735.00 |
| 4/15/2014 | $40,397.00 |
| 4/29/2014 | $174,025.00 |
| 5/7/2014 | $75,971.00 |
| 5/7/2014 | $139,959.00 |
| 5/14/2014 | $313,597.00 |
| 6/26/2014 | $329,738.00 |
| 7/18/2014 | $12,722.00 |

## TRANSFERS TO ASOCIACION AZUCARERA COOPERATIVA LAFAYETTE

| Date | Payment Amount |
|------|---------------|
| 7/30/2014 | $307,369.00 |
| 8/8/2014 | $89,851.00 |
| 8/14/2014 | $83,502.00 |
| 8/20/2014 | $86,100.00 |
| 8/20/2014 | $139,211.00 |
| 8/20/2014 | $151,653.00 |
| 8/26/2014 | $22,049.00 |
| 9/3/2014 | $50,054.00 |
| 9/30/2014 | $13,062.00 |
| 9/30/2014 | $25,500.00 |
| 9/30/2014 | $201,923.00 |
| 12/15/2014 | $114,551.00 |
| 12/19/2014 | $31,862.00 |
| 1/5/2015 | $296,271.00 |
| 1/8/2015 | $48,972.00 |
| 1/8/2015 | $76,889.00 |
| 2/2/2015 | $76,158.00 |
| 2/9/2015 | $135,206.00 |
| 2/10/2015 | $131,353.00 |
| 2/10/2015 | $300,501.00 |
| 2/24/2015 | $65,491.00 |
| 2/24/2015 | $106,088.00 |
| 3/19/2015 | $248,904.00 |
| 3/23/2015 | $82,361.00 |
| 4/13/2015 | $49,898.00 |
| 4/20/2015 | $197,607.00 |
| 4/21/2015 | $82,806.00 |
| 4/28/2015 | $49,840.00 |
| 5/14/2015 | $195,938.00 |
| 5/19/2015 | $128,311.00 |
| 6/16/2015 | $72,329.00 |
| 7/9/2015 | $293,509.00 |
| 8/13/2015 | $325,804.00 |
| 8/20/2015 | $138,017.00 |
| 8/24/2015 | $127,651.00 |
| 9/4/2015 | $299,674.00 |
| 9/11/2015 | $77,983.00 |
| 9/14/2015 | $71,147.00 |
| 10/1/2015 | $71,577.00 |
| 10/20/2015 | $183,890.00 |
| 10/20/2015 | $45,664.00 |
| 10/29/2015 | $3,540.00 |
| 10/30/2015 | $2,686.00 |
| 11/24/2015 | $4,626.00 |
| 12/8/2015 | $35,080.00 |
| 12/8/2015 | $8,021.00 |

## TRANSFERS TO ASOCIACION AZUCARERA COOPERATIVA LAFAYETTE

| Date | Payment Amount |
|---|---|
| 12/15/2015 | $169,450.00 |
| 12/18/2015 | $57,914.00 |
| 12/28/2015 | $169,450.00 |
| 12/31/2015 | $314,920.00 |
| 12/31/2015 | $128,266.00 |
| 12/31/2015 | $81,875.00 |
| 2/18/2016 | $120,644.00 |
| 4/11/2016 | $76,882.00 |
| 5/4/2016 | $240,523.00 |
| 5/4/2016 | $299,447.00 |
| 5/12/2016 | $84,772.00 |
| 5/12/2016 | $56,533.00 |
| 5/17/2016 | $69,453.00 |
| 5/17/2016 | $54,660.00 |
| 5/17/2016 | $33,335.00 |
| 7/13/2016 | $156,859.00 |
| 8/3/2016 | $210,620.00 |
| 8/5/2016 | $229,892.00 |
| 8/5/2016 | $73,921.00 |
| 8/5/2016 | $39,328.00 |
| 8/18/2016 | $54,433.00 |
| 8/22/2016 | $102,727.00 |
| 8/29/2016 | $234,932.00 |
| 9/13/2016 | $60,774.00 |
| 9/13/2016 | $71,813.00 |
| 9/21/2016 | $2,512.00 |
| 9/29/2016 | $241,690.00 |
| 10/6/2016 | $27,260.00 |
| 10/13/2016 | $716.00 |
| 10/19/2016 | $114,490.00 |
| 11/3/2016 | $8,629.00 |
| 11/17/2016 | $54,154.00 |

63377509 v1