# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>                 as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**RESERVATION OF RIGHTS OF AMBAC ASSURANCE CORPORATION TO THE URGENT MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AND CONSENT ORDER BETWEEN TITLE III DEBTORS (OTHER THAN COFINA) AND THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY ACTING ON BEHALF OF THE GOVERNMENTAL ENTITIES LISTED ON APPENDIX "A" REGARDING THE TOLLING OF STATUTE OF LIMITATIONS**

Ambac Assurance Corporation ("Ambac") hereby submits this reservation of rights to the *Urgent Motion For Entry Of An Order Approving Stipulation And Consent Order Between Title III Debtors (Other Than COFINA) And The Puerto Rico Fiscal Agency And Financial Advisory Authority Acting On Behalf Of The Governmental Entities Listed On Appendix "A" Regarding The Tolling Of Statute Of Limitations* [ECF No. 6535] (the "Motion"), and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

## **RESERVATION OF RIGHTS**

1. Ambac hereby reserves rights with respect to the Motion and the stipulation attached thereto (the "Stipulation").

2. The Motion and Stipulation were filed in the afternoon of Sunday, April 28, 2019 with a proposed deadline to object of 5:00 p.m. on April 30, 2019.

3. This self-created emergency is unnecessary and unhelpful. With each new occurrence of the Oversight Board filing a substantive motion on a moment's notice, it is becoming increasingly difficult for creditors and interested parties to meaningfully evaluate what is being presented to the Court, including the interplay, if any, with the scope and limitations of other tolling agreements entered or being negotiated.

4. The statute of limitations has long been known to both the Oversight Board and AAFAF, and creditors and other interested parties should not be prejudiced by the Oversight Board and AAFAF waiting until the eleventh hour to negotiate and publicly disclose this Stipulation.

5. The Stipulation purports to extend the limitations period with respect to, among other things, avoidance claims against the Puerto Rico Infrastructure Finance Authority and the Puerto Rico Convention Center District Authority. Ambac does not believe that there exist any such viable claims, and reserves all rights to object to such claims on any grounds, including based on the effect of the purported tolling of any applicable statute of limitations.

Dated: April 30, 2019
       San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
           scolon@ferraiuoli.com

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ *Atara Miller*
    Dennis F. Dunne
    Andrew M. Leblanc
    Atara Miller
    Grant R. Mainland
    (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Email: ddunne@milbank.com
           aleblanc@milbank.com
           amiller@milbank.com
           gmainland@milbank.com

*Attorneys for Ambac Assurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com