# EXHIBIT A

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 5/6/2013 | $4,040.00 |
| 5/6/2013 | $12,232.00 |
| 5/6/2013 | $18,904.00 |
| 5/6/2013 | $1,322.00 |
| 5/6/2013 | $1,916.00 |
| 5/11/2013 | $454.00 |
| 5/13/2013 | $496.00 |
| 5/15/2013 | $285.00 |
| 5/15/2013 | $22,240.00 |
| 5/15/2013 | $824.00 |
| 5/15/2013 | $111,200.00 |
| 5/15/2013 | $1,348.00 |
| 5/15/2013 | $1,668.00 |
| 5/15/2013 | $1,816.00 |
| 5/20/2013 | $2,874.00 |
| 5/20/2013 | $3,009.00 |
| 5/20/2013 | $595.00 |
| 5/24/2013 | $7,120.00 |
| 5/24/2013 | $594.00 |
| 5/28/2013 | $2,020.00 |
| 5/28/2013 | $2,919.00 |
| 5/28/2013 | $3,120.00 |
| 5/28/2013 | $342.00 |
| 5/28/2013 | $22,120.00 |
| 5/28/2013 | $908.00 |
| 5/28/2013 | $1,112.00 |
| 5/28/2013 | $1,112.00 |
| 6/3/2013 | $885.00 |
| 6/4/2013 | $1,996.00 |
| 6/4/2013 | $2,724.00 |
| 6/4/2013 | $2,850.00 |
| 6/4/2013 | $11,240.00 |
| 6/4/2013 | $14,308.00 |
| 6/4/2013 | $32,248.00 |
| 6/4/2013 | $803.00 |
| 6/4/2013 | $78,952.00 |
| 6/4/2013 | $899.00 |
| 6/4/2013 | $715,016.00 |
| 6/4/2013 | $190.00 |
| 6/4/2013 | $1,816.00 |
| 6/7/2013 | $372,520.00 |
| 6/18/2013 | $238.00 |
| 6/20/2013 | $2,000.00 |
| 6/20/2013 | $4,540.00 |
| 6/20/2013 | $17,252.00 |
| 6/20/2013 | $17,666.00 |

A-1

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 6/20/2013 | $35,412.00 |
| 6/20/2013 | $36,320.00 |
| 6/20/2013 | $1,112.00 |
| 6/20/2013 | $1,322.00 |
| 6/24/2013 | $77.00 |
| 6/24/2013 | $4,000.00 |
| 6/24/2013 | $777.00 |
| 6/24/2013 | $857.00 |
| 6/25/2013 | $1,322.00 |
| 7/3/2013 | $3,966.00 |
| 7/3/2013 | $9,080.00 |
| 7/3/2013 | $17,252.00 |
| 7/3/2013 | $17,252.00 |
| 7/3/2013 | $41,144.00 |
| 7/3/2013 | $908.00 |
| 7/3/2013 | $1,112.00 |
| 7/3/2013 | $1,644.00 |
| 7/10/2013 | $2,724.00 |
| 7/10/2013 | $3,066.00 |
| 7/10/2013 | $3,632.00 |
| 7/10/2013 | $1,112.00 |
| 7/10/2013 | $1,112.00 |
| 7/10/2013 | $1,453.00 |
| 7/12/2013 | $1,996.00 |
| 7/12/2013 | $3,066.00 |
| 7/12/2013 | $352.00 |
| 7/12/2013 | $908.00 |
| 7/15/2013 | $2,853.00 |
| 7/17/2013 | $300.00 |
| 7/17/2013 | $790.00 |
| 7/18/2013 | $1,998.00 |
| 7/18/2013 | $460.00 |
| 7/18/2013 | $711.00 |
| 7/18/2013 | $908.00 |
| 7/18/2013 | $200,160.00 |
| 7/18/2013 | $944.00 |
| 7/18/2013 | $944.00 |
| 7/18/2013 | $854,288.00 |
| 7/18/2013 | $1,782.00 |
| 7/22/2013 | $2,500.00 |
| 7/22/2013 | $3,036.00 |
| 7/22/2013 | $4,500.00 |
| 7/22/2013 | $471.00 |
| 7/22/2013 | $495.00 |
| 7/22/2013 | $8,830.00 |
| 7/22/2013 | $520.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 7/22/2013 | $11,499.00 |
| 7/22/2013 | $20,700.00 |
| 7/22/2013 | $34,055.00 |
| 7/22/2013 | $36,320.00 |
| 7/22/2013 | $1,200.00 |
| 7/22/2013 | $1,322.00 |
| 7/22/2013 | $1,322.00 |
| 7/22/2013 | $1,667.00 |
| 7/24/2013 | $437.00 |
| 7/24/2013 | $1,395.00 |
| 7/25/2013 | $395.00 |
| 7/25/2013 | $11,792.00 |
| 8/5/2013 | $4,740.00 |
| 8/7/2013 | $2,144.00 |
| 8/7/2013 | $1,112.00 |
| 8/8/2013 | $2,224.00 |
| 8/8/2013 | $4,448.00 |
| 8/8/2013 | $23,608.00 |
| 8/8/2013 | $908.00 |
| 8/15/2013 | $3,966.00 |
| 8/15/2013 | $890.00 |
| 8/19/2013 | $3,502.00 |
| 8/19/2013 | $10,720.00 |
| 8/19/2013 | $1,112.00 |
| 8/22/2013 | $2,724.00 |
| 8/22/2013 | $95.00 |
| 8/22/2013 | $594.00 |
| 8/22/2013 | $23,444.00 |
| 8/22/2013 | $1,112.00 |
| 8/22/2013 | $1,112.00 |
| 8/23/2013 | $1,816.00 |
| 8/27/2013 | $4,790.00 |
| 8/27/2013 | $478.00 |
| 8/27/2013 | $908.00 |
| 8/27/2013 | $908.00 |
| 8/27/2013 | $1,000.00 |
| 8/27/2013 | $1,322.00 |
| 8/29/2013 | $1,112.00 |
| 9/15/2013 | $2,276.00 |
| 9/16/2013 | $3,864.00 |
| 9/17/2013 | $2,297.00 |
| 9/17/2013 | $900.00 |
| 9/17/2013 | $444,800.00 |
| 9/19/2013 | $2,724.00 |
| 9/19/2013 | $908.00 |
| 9/19/2013 | $1,337.00 |

A-3

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 9/25/2013 | $520.00 |
| 9/27/2013 | $380.00 |
| 10/7/2013 | $3,216.00 |
| 10/7/2013 | $5,092.00 |
| 10/7/2013 | $8,000.00 |
| 10/7/2013 | $17,252.00 |
| 10/7/2013 | $17,252.00 |
| 10/7/2013 | $17,252.00 |
| 10/7/2013 | $23,482.00 |
| 10/7/2013 | $50,000.00 |
| 10/7/2013 | $240.00 |
| 10/8/2013 | $2,644.00 |
| 10/8/2013 | $2,644.00 |
| 10/8/2013 | $17,252.00 |
| 10/8/2013 | $17,252.00 |
| 10/8/2013 | $17,252.00 |
| 10/8/2013 | $17,252.00 |
| 10/8/2013 | $22,700.00 |
| 10/8/2013 | $36,320.00 |
| 10/8/2013 | $1,322.00 |
| 10/8/2013 | $1,816.00 |
| 10/9/2013 | $2,644.00 |
| 10/9/2013 | $17,252.00 |
| 10/9/2013 | $17,252.00 |
| 10/9/2013 | $22,700.00 |
| 10/9/2013 | $22,700.00 |
| 10/9/2013 | $23,608.00 |
| 10/9/2013 | $35,412.00 |
| 10/9/2013 | $1,322.00 |
| 10/9/2013 | $1,322.00 |
| 10/9/2013 | $1,322.00 |
| 10/9/2013 | $1,322.00 |
| 10/9/2013 | $1,322.00 |
| 10/11/2013 | $3,966.00 |
| 10/11/2013 | $17,252.00 |
| 10/11/2013 | $22,700.00 |
| 10/11/2013 | $908.00 |
| 10/11/2013 | $1,322.00 |
| 10/11/2013 | $1,322.00 |
| 10/11/2013 | $1,322.00 |
| 10/11/2013 | $1,453.00 |
| 10/16/2013 | $3,632.00 |
| 10/16/2013 | $17,252.00 |
| 10/16/2013 | $18,352.00 |
| 10/16/2013 | $1,322.00 |
| 10/16/2013 | $1,322.00 |

63377795 v1

## TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 10/16/2013 | $1,322.00 |
| 10/16/2013 | $1,816.00 |
| 10/17/2013 | $4,288.00 |
| 10/17/2013 | $15,038.00 |
| 10/17/2013 | $938.00 |
| 10/17/2013 | $174.00 |
| 10/21/2013 | $6,620.00 |
| 10/21/2013 | $10,680.00 |
| 10/21/2013 | $1,816.00 |
| 10/23/2013 | $5,560.00 |
| 10/25/2013 | $55,600.00 |
| 10/25/2013 | $111,200.00 |
| 10/30/2013 | $281.00 |
| 10/30/2013 | $1,095.00 |
| 10/30/2013 | $1,120.00 |
| 10/30/2013 | $1,200.00 |
| 10/30/2013 | $1,815.00 |
| 10/31/2013 | $5,420.00 |
| 10/31/2013 | $6,741.00 |
| 10/31/2013 | $976.00 |
| 11/1/2013 | $2,906.00 |
| 11/1/2013 | $510.00 |
| 11/1/2013 | $1,200.00 |
| 11/8/2013 | $36,921.00 |
| 11/8/2013 | $976.00 |
| 11/12/2013 | $49,324.00 |
| 11/12/2013 | $1,141.00 |
| 11/12/2013 | $1,250.00 |
| 11/12/2013 | $1,525.00 |
| 11/13/2013 | $2,224.00 |
| 11/13/2013 | $2,465.00 |
| 11/13/2013 | $908.00 |
| 11/13/2013 | $940.00 |
| 11/20/2013 | $1,167,480.00 |
| 11/28/2013 | $818.00 |
| 11/29/2013 | $80.00 |
| 12/5/2013 | $2,644.00 |
| 12/5/2013 | $5,834.00 |
| 12/9/2013 | $3,356.00 |
| 12/9/2013 | $6,356.00 |
| 12/9/2013 | $8,896.00 |
| 12/9/2013 | $250.00 |
| 12/11/2013 | $3,216.00 |
| 12/11/2013 | $79,365.00 |
| 12/13/2013 | $3,108.00 |
| 12/17/2013 | $457.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 12/17/2013 | $1,091.00 |
| 12/18/2013 | $19,081.00 |
| 12/18/2013 | $30,810.00 |
| 12/19/2013 | $2,126.00 |
| 12/19/2013 | $315.00 |
| 12/23/2013 | $2,000.00 |
| 12/23/2013 | $70.00 |
| 12/23/2013 | $541.00 |
| 12/24/2013 | $520.00 |
| 12/24/2013 | $525.00 |
| 12/24/2013 | $1,040.00 |
| 12/24/2013 | $1,200.00 |
| 12/26/2013 | $2,724.00 |
| 12/26/2013 | $3,219.00 |
| 12/26/2013 | $6,750.00 |
| 12/26/2013 | $1,835.00 |
| 1/8/2014 | $2,080.00 |
| 1/8/2014 | $3,336.00 |
| 1/8/2014 | $6,834.00 |
| 1/8/2014 | $12,030.00 |
| 1/8/2014 | $130.00 |
| 1/8/2014 | $36,320.00 |
| 1/8/2014 | $1,112.00 |
| 1/8/2014 | $1,200.00 |
| 1/8/2014 | $1,272.00 |
| 1/8/2014 | $1,644.00 |
| 1/8/2014 | $1,816.00 |
| 1/14/2014 | $3,071.00 |
| 1/16/2014 | $2,795.00 |
| 1/27/2014 | $239.00 |
| 1/28/2014 | $2,117.00 |
| 1/28/2014 | $562.00 |
| 1/31/2014 | $978.00 |
| 2/20/2014 | $1,518.00 |
| 2/27/2014 | $257.00 |
| 3/11/2014 | $4,120.00 |
| 3/12/2014 | $338.00 |
| 3/12/2014 | $824.00 |
| 3/14/2014 | $2,040.00 |
| 3/14/2014 | $13,307.00 |
| 3/18/2014 | $4,759.00 |
| 3/25/2014 | $93,888.00 |
| 4/1/2014 | $4,258.00 |
| 4/1/2014 | $4,540.00 |
| 4/1/2014 | $426.00 |
| 4/1/2014 | $680.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 4/1/2014 | $908.00 |
| 4/4/2014 | $6,119.00 |
| 4/4/2014 | $680.00 |
| 4/8/2014 | $11,120.00 |
| 4/8/2014 | $1,785.00 |
| 4/9/2014 | $338.00 |
| 4/9/2014 | $14,490.00 |
| 4/11/2014 | $1,040.00 |
| 4/15/2014 | $11,995.00 |
| 4/15/2014 | $680.00 |
| 4/15/2014 | $1,762.00 |
| 4/23/2014 | $680.00 |
| 4/24/2014 | $3,584.00 |
| 4/24/2014 | $48,417.00 |
| 4/28/2014 | $618.00 |
| 5/5/2014 | $395.00 |
| 5/5/2014 | $11,558.00 |
| 5/7/2014 | $2,446.00 |
| 5/7/2014 | $2,803.00 |
| 5/7/2014 | $2,869.00 |
| 5/7/2014 | $12,372.00 |
| 5/8/2014 | $275.00 |
| 5/8/2014 | $595.00 |
| 5/8/2014 | $680.00 |
| 5/8/2014 | $1,325.00 |
| 5/9/2014 | $11,840.00 |
| 5/12/2014 | $395.00 |
| 5/12/2014 | $11,804.00 |
| 5/12/2014 | $680.00 |
| 5/12/2014 | $824.00 |
| 5/12/2014 | $880.00 |
| 5/16/2014 | $998.00 |
| 5/22/2014 | $160.00 |
| 5/28/2014 | $888.00 |
| 5/28/2014 | $172.00 |
| 5/28/2014 | $1,668.00 |
| 6/2/2014 | $1,112.00 |
| 6/2/2014 | $1,360.00 |
| 6/3/2014 | $3,399.00 |
| 6/3/2014 | $680.00 |
| 6/3/2014 | $1,620.00 |
| 6/6/2014 | $4,079.00 |
| 6/6/2014 | $680.00 |
| 6/9/2014 | $4,079.00 |
| 6/9/2014 | $450.00 |
| 6/9/2014 | $595.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 6/10/2014 | $9,875.00 |
| 6/11/2014 | $1,580.00 |
| 6/11/2014 | $1,740.00 |
| 6/12/2014 | $467.00 |
| 6/12/2014 | $680.00 |
| 6/12/2014 | $680.00 |
| 6/12/2014 | $998.00 |
| 6/16/2014 | $1,760.00 |
| 6/19/2014 | $393.00 |
| 6/19/2014 | $1,672.00 |
| 6/20/2014 | $2,119.00 |
| 6/20/2014 | $24,750.00 |
| 6/24/2014 | $546.00 |
| 6/30/2014 | $3,244.00 |
| 7/1/2014 | $268.00 |
| 7/1/2014 | $2,265.00 |
| 7/1/2014 | $3,399.00 |
| 7/1/2014 | $425.00 |
| 7/1/2014 | $11,210.00 |
| 7/1/2014 | $770.00 |
| 7/8/2014 | $395.00 |
| 7/8/2014 | $448.00 |
| 7/8/2014 | $465.00 |
| 7/9/2014 | $3,399.00 |
| 7/9/2014 | $121.00 |
| 7/9/2014 | $680.00 |
| 7/9/2014 | $699.00 |
| 7/9/2014 | $193.00 |
| 7/9/2014 | $43.00 |
| 7/16/2014 | $3,399.00 |
| 7/16/2014 | $3,399.00 |
| 7/16/2014 | $680.00 |
| 7/16/2014 | $1,360.00 |
| 7/16/2014 | $1,360.00 |
| 7/17/2014 | $680.00 |
| 7/17/2014 | $1,360.00 |
| 7/18/2014 | $2,040.00 |
| 7/18/2014 | $680.00 |
| 7/18/2014 | $680.00 |
| 7/18/2014 | $680.00 |
| 7/18/2014 | $680.00 |
| 7/18/2014 | $680.00 |
| 7/18/2014 | $1,916.00 |
| 7/22/2014 | $2,511.00 |
| 7/24/2014 | $11,044.00 |
| 7/30/2014 | $680.00 |

63377795 v1

## TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 8/6/2014 | $2,930.00 |
| 8/6/2014 | $4,500.00 |
| 8/6/2014 | $129.00 |
| 8/8/2014 | $1,360.00 |
| 8/11/2014 | $896.00 |
| 8/13/2014 | $395.00 |
| 8/13/2014 | $605.00 |
| 8/13/2014 | $790.00 |
| 8/13/2014 | $1,002.00 |
| 8/13/2014 | $1,360.00 |
| 8/18/2014 | $2,040.00 |
| 8/21/2014 | $1,125.00 |
| 8/28/2014 | $681.00 |
| 9/10/2014 | $321.00 |
| 9/10/2014 | $14,970.00 |
| 9/10/2014 | $1,250.00 |
| 9/11/2014 | $6,119.00 |
| 9/11/2014 | $680.00 |
| 9/15/2014 | $2,040.00 |
| 9/15/2014 | $3,021.00 |
| 9/15/2014 | $5,988.00 |
| 9/15/2014 | $14.00 |
| 9/15/2014 | $1,442.00 |
| 9/16/2014 | $2,040.00 |
| 9/16/2014 | $395.00 |
| 9/16/2014 | $14,000.00 |
| 9/16/2014 | $124.00 |
| 9/16/2014 | $1,360.00 |
| 9/16/2014 | $249.00 |
| 9/17/2014 | $1,996.00 |
| 9/17/2014 | $340.00 |
| 9/17/2014 | $595.00 |
| 9/17/2014 | $700.00 |
| 9/17/2014 | $881.00 |
| 9/17/2014 | $1,360.00 |
| 9/17/2014 | $1,360.00 |
| 9/17/2014 | $1,360.00 |
| 9/17/2014 | $1,360.00 |
| 9/17/2014 | $29.00 |
| 9/18/2014 | $8,924.00 |
| 9/19/2014 | $390.00 |
| 9/19/2014 | $680.00 |
| 9/22/2014 | $2,040.00 |
| 9/22/2014 | $3,399.00 |
| 9/22/2014 | $395.00 |
| 9/22/2014 | $618.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 9/22/2014 | $680.00 |
| 9/22/2014 | $680.00 |
| 9/22/2014 | $1,360.00 |
| 9/23/2014 | $1,392.00 |
| 9/26/2014 | $2,040.00 |
| 9/26/2014 | $57.00 |
| 9/26/2014 | $680.00 |
| 9/26/2014 | $1,057.00 |
| 9/26/2014 | $1,442.00 |
| 10/8/2014 | $2,473.00 |
| 10/8/2014 | $2,719.00 |
| 10/8/2014 | $315.00 |
| 10/8/2014 | $1,360.00 |
| 10/10/2014 | $395.00 |
| 10/10/2014 | $680.00 |
| 10/10/2014 | $680.00 |
| 10/10/2014 | $1,360.00 |
| 10/16/2014 | $680.00 |
| 10/16/2014 | $1,360.00 |
| 10/16/2014 | $1,360.00 |
| 10/20/2014 | $881.00 |
| 10/22/2014 | $2,040.00 |
| 10/22/2014 | $395.00 |
| 10/22/2014 | $395.00 |
| 10/22/2014 | $680.00 |
| 10/22/2014 | $680.00 |
| 10/22/2014 | $724.00 |
| 10/22/2014 | $1,236.00 |
| 10/23/2014 | $2,305.00 |
| 10/23/2014 | $3,336.00 |
| 10/23/2014 | $395.00 |
| 10/23/2014 | $7,088.00 |
| 10/23/2014 | $680.00 |
| 10/27/2014 | $680.00 |
| 10/27/2014 | $680.00 |
| 10/27/2014 | $690.00 |
| 10/27/2014 | $1,360.00 |
| 10/28/2014 | $4,345.00 |
| 10/31/2014 | $680.00 |
| 10/31/2014 | $1,518.00 |
| 11/3/2014 | $2,030.00 |
| 11/6/2014 | $301.00 |
| 11/6/2014 | $495.00 |
| 11/6/2014 | $577.00 |
| 11/6/2014 | $1,360.00 |
| 11/6/2014 | $1,360.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 11/12/2014 | $3,344.00 |
| 11/12/2014 | $3,344.00 |
| 11/12/2014 | $4,345.00 |
| 11/12/2014 | $618.00 |
| 11/12/2014 | $619.00 |
| 11/12/2014 | $1,360.00 |
| 11/12/2014 | $1,553.00 |
| 11/13/2014 | $3,338.00 |
| 11/13/2014 | $3,483.00 |
| 11/13/2014 | $1,300.00 |
| 11/13/2014 | $1,590.00 |
| 11/14/2014 | $2,719.00 |
| 11/18/2014 | $2,078.00 |
| 11/18/2014 | $4,475.00 |
| 11/18/2014 | $1,300.00 |
| 11/21/2014 | $419.00 |
| 11/21/2014 | $618.00 |
| 11/21/2014 | $1,360.00 |
| 11/21/2014 | $1,380.00 |
| 11/25/2014 | $2,719.00 |
| 11/25/2014 | $336.00 |
| 11/25/2014 | $420.00 |
| 11/25/2014 | $534.00 |
| 11/25/2014 | $111.00 |
| 11/25/2014 | $224.00 |
| 11/28/2014 | $4,995.00 |
| 12/2/2014 | $2,040.00 |
| 12/2/2014 | $2,440.00 |
| 12/2/2014 | $333.00 |
| 12/2/2014 | $448.00 |
| 12/2/2014 | $680.00 |
| 12/2/2014 | $680.00 |
| 12/2/2014 | $1,275.00 |
| 12/2/2014 | $1,360.00 |
| 12/2/2014 | $1,855.00 |
| 12/4/2014 | $680.00 |
| 12/4/2014 | $680.00 |
| 12/4/2014 | $1,855.00 |
| 12/9/2014 | $4,079.00 |
| 12/10/2014 | $680.00 |
| 12/10/2014 | $1,360.00 |
| 12/10/2014 | $1,974.00 |
| 12/16/2014 | $520.00 |
| 12/17/2014 | $594.00 |
| 12/17/2014 | $680.00 |
| 12/17/2014 | $876.00 |

63377795 v1

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 12/17/2014 | $1,322.00 |
| 12/17/2014 | $1,475.00 |
| 12/18/2014 | $2,950.00 |
| 12/22/2014 | $618.00 |
| 12/22/2014 | $680.00 |
| 12/22/2014 | $22,025.00 |
| 12/22/2014 | $1,185.00 |
| 12/23/2014 | $1,279.00 |
| 12/24/2014 | $1,050.00 |
| 12/30/2014 | $2,040.00 |
| 12/30/2014 | $3,028.00 |
| 12/30/2014 | $5,439.00 |
| 12/30/2014 | $500.00 |
| 12/30/2014 | $15,115.00 |
| 12/30/2014 | $680.00 |
| 12/30/2014 | $680.00 |
| 12/30/2014 | $680.00 |
| 12/30/2014 | $1,723.00 |
| 12/31/2014 | $3,588.00 |
| 12/31/2014 | $13,499.00 |
| 12/31/2014 | $664.00 |
| 12/31/2014 | $680.00 |
| 12/31/2014 | $680.00 |
| 12/31/2014 | $680.00 |
| 12/31/2014 | $1,360.00 |
| 12/31/2014 | $1,360.00 |
| 1/8/2015 | $17,252.00 |
| 1/9/2015 | $3,548.00 |
| 1/9/2015 | $17,252.00 |
| 1/12/2015 | $680.00 |
| 1/12/2015 | $680.00 |
| 1/12/2015 | $1,185.00 |
| 1/12/2015 | $1,360.00 |
| 1/15/2015 | $618.00 |
| 1/15/2015 | $680.00 |
| 1/15/2015 | $1,800.00 |
| 1/20/2015 | $310.00 |
| 1/20/2015 | $7,104.00 |
| 1/20/2015 | $618.00 |
| 1/20/2015 | $680.00 |
| 1/21/2015 | $4,079.00 |
| 1/21/2015 | $894.00 |
| 1/23/2015 | $679.00 |
| 1/23/2015 | $680.00 |
| 1/30/2015 | $1,475.00 |
| 2/3/2015 | $37,883.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 2/6/2015 | $28,942.00 |
| 2/10/2015 | $2,040.00 |
| 2/10/2015 | $4,079.00 |
| 2/10/2015 | $430.00 |
| 2/10/2015 | $900.00 |
| 2/10/2015 | $1,360.00 |
| 2/10/2015 | $1,475.00 |
| 2/17/2015 | $5,439.00 |
| 2/18/2015 | $2,120.00 |
| 2/18/2015 | $2,288.00 |
| 2/18/2015 | $2,719.00 |
| 2/18/2015 | $3,950.00 |
| 2/18/2015 | $395.00 |
| 2/18/2015 | $474.00 |
| 2/18/2015 | $680.00 |
| 2/18/2015 | $790.00 |
| 2/18/2015 | $790.00 |
| 2/18/2015 | $1,185.00 |
| 2/27/2015 | $2,040.00 |
| 2/27/2015 | $9,000.00 |
| 2/27/2015 | $218.00 |
| 3/2/2015 | $2,077.00 |
| 3/3/2015 | $216.00 |
| 3/6/2015 | $618.00 |
| 3/10/2015 | $618.00 |
| 3/10/2015 | $680.00 |
| 3/31/2015 | $3,399.00 |
| 3/31/2015 | $9,950.00 |
| 3/31/2015 | $680.00 |
| 4/7/2015 | $680.00 |
| 4/16/2015 | $299.00 |
| 4/27/2015 | $2,040.00 |
| 4/28/2015 | $680.00 |
| 4/28/2015 | $680.00 |
| 4/30/2015 | $3,795.00 |
| 4/30/2015 | $595.00 |
| 4/30/2015 | $1,060.00 |
| 5/5/2015 | $456.00 |
| 5/5/2015 | $456.00 |
| 5/5/2015 | $680.00 |
| 5/5/2015 | $680.00 |
| 5/5/2015 | $680.00 |
| 5/5/2015 | $680.00 |
| 5/8/2015 | $1,996.00 |
| 5/8/2015 | $2,719.00 |
| 5/8/2015 | $2,760.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 5/8/2015 | $680.00 |
| 5/8/2015 | $680.00 |
| 5/8/2015 | $990.00 |
| 5/8/2015 | $1,060.00 |
| 5/12/2015 | $6,119.00 |
| 5/12/2015 | $17,964.00 |
| 5/12/2015 | $699.00 |
| 5/13/2015 | $2,040.00 |
| 5/14/2015 | $2,040.00 |
| 5/14/2015 | $2,240.00 |
| 5/14/2015 | $320.00 |
| 5/14/2015 | $618.00 |
| 5/14/2015 | $618.00 |
| 5/14/2015 | $618.00 |
| 5/14/2015 | $680.00 |
| 5/18/2015 | $395.00 |
| 5/18/2015 | $680.00 |
| 5/18/2015 | $680.00 |
| 5/18/2015 | $680.00 |
| 5/18/2015 | $1,185.00 |
| 5/20/2015 | $2,950.00 |
| 5/20/2015 | $680.00 |
| 5/20/2015 | $881.00 |
| 5/20/2015 | $1,880.00 |
| 5/22/2015 | $680.00 |
| 5/26/2015 | $2,473.00 |
| 5/26/2015 | $1,475.00 |
| 5/26/2015 | $2,700.00 |
| 5/27/2015 | $680.00 |
| 5/27/2015 | $2,719.00 |
| 5/29/2015 | $486.00 |
| 5/29/2015 | $4,913.00 |
| 5/29/2015 | $32,763.00 |
| 5/29/2015 | $1,213.00 |
| 5/29/2015 | $308.00 |
| 5/29/2015 | $556.00 |
| 6/5/2015 | $625.00 |
| 6/5/2015 | $680.00 |
| 6/5/2015 | $680.00 |
| 6/5/2015 | $881.00 |
| 6/5/2015 | $434.00 |
| 6/8/2015 | $1,240.00 |
| 6/9/2015 | $690.00 |
| 6/9/2015 | $680.00 |
| 6/9/2015 | $680.00 |
| 6/9/2015 | $890.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 6/9/2015 | $618.00 |
| 6/9/2015 | $1,236.00 |
| 6/12/2015 | $105.00 |
| 6/12/2015 | $2,040.00 |
| 6/12/2015 | $74.00 |
| 6/16/2015 | $618.00 |
| 6/16/2015 | $2,473.00 |
| 6/16/2015 | $1,360.00 |
| 6/16/2015 | $3,600.00 |
| 6/16/2015 | $2,200.00 |
| 6/16/2015 | $2,719.00 |
| 6/16/2015 | $632.00 |
| 6/16/2015 | $690.00 |
| 6/16/2015 | $8,514.00 |
| 6/18/2015 | $650.00 |
| 6/18/2015 | $1,996.00 |
| 6/22/2015 | $95.00 |
| 6/22/2015 | $9,540.00 |
| 6/22/2015 | $6,332.00 |
| 6/22/2015 | $594.00 |
| 6/22/2015 | $9,994.00 |
| 6/23/2015 | $680.00 |
| 6/23/2015 | $881.00 |
| 6/23/2015 | $1,800.00 |
| 6/23/2015 | $1,706.00 |
| 6/23/2015 | $900.00 |
| 6/29/2015 | $950.00 |
| 6/29/2015 | $255.00 |
| 6/29/2015 | $974.00 |
| 6/29/2015 | $1,035.00 |
| 6/29/2015 | $4,110.00 |
| 6/29/2015 | $680.00 |
| 6/29/2015 | $1,944.00 |
| 6/30/2015 | $3,314.00 |
| 6/30/2015 | $1,762.00 |
| 6/30/2015 | $881.00 |
| 6/30/2015 | $881.00 |
| 6/30/2015 | $680.00 |
| 6/30/2015 | $680.00 |
| 7/3/2015 | $19,973.00 |
| 7/3/2015 | $591.00 |
| 7/3/2015 | $13,600.00 |
| 7/7/2015 | $325.00 |
| 7/7/2015 | $2,415.00 |
| 7/7/2015 | $2,875.00 |
| 7/7/2015 | $20,846.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 7/7/2015 | $17,896.00 |
| 7/8/2015 | $2,072.00 |
| 7/8/2015 | $2,635.00 |
| 7/8/2015 | $1,600.00 |
| 7/8/2015 | $1,142.00 |
| 7/8/2015 | $680.00 |
| 7/8/2015 | $680.00 |
| 7/8/2015 | $7,000.00 |
| 7/10/2015 | $4,327.00 |
| 7/10/2015 | $170.00 |
| 7/10/2015 | $2,040.00 |
| 7/14/2015 | $4,740.00 |
| 7/14/2015 | $900.00 |
| 7/15/2015 | $688.00 |
| 7/15/2015 | $5,039.00 |
| 7/15/2015 | $627.00 |
| 7/20/2015 | $3,009.00 |
| 7/20/2015 | $2,387.00 |
| 7/20/2015 | $7,269.00 |
| 7/20/2015 | $19,550.00 |
| 7/20/2015 | $63,764.00 |
| 7/20/2015 | $991.00 |
| 7/20/2015 | $5,955.00 |
| 7/20/2015 | $680.00 |
| 7/21/2015 | $7,200.00 |
| 7/23/2015 | $5,665.00 |
| 7/23/2015 | $1,080.00 |
| 7/23/2015 | $2,588.00 |
| 7/23/2015 | $3,897.00 |
| 7/28/2015 | $165.00 |
| 7/28/2015 | $285.00 |
| 7/28/2015 | $6,200.00 |
| 7/28/2015 | $680.00 |
| 7/28/2015 | $520.00 |
| 7/28/2015 | $690.00 |
| 7/28/2015 | $1,782.00 |
| 7/28/2015 | $618.00 |
| 7/28/2015 | $387.00 |
| 7/28/2015 | $231.00 |
| 7/30/2015 | $10,603.00 |
| 7/31/2015 | $2,162.00 |
| 8/3/2015 | $788.00 |
| 8/4/2015 | $1,360.00 |
| 8/5/2015 | $250.00 |
| 8/5/2015 | $2,053.00 |
| 8/6/2015 | $2,719.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 8/6/2015 | $1,190.00 |
| 8/6/2015 | $680.00 |
| 8/6/2015 | $1,035.00 |
| 8/6/2015 | $680.00 |
| 8/6/2015 | $680.00 |
| 8/10/2015 | $3,940.00 |
| 8/10/2015 | $795.00 |
| 8/10/2015 | $285.00 |
| 8/10/2015 | $4,561.00 |
| 8/10/2015 | $4,305.00 |
| 8/10/2015 | $1,360.00 |
| 8/12/2015 | $38,080.00 |
| 8/17/2015 | $10,050.00 |
| 8/17/2015 | $140,878.00 |
| 8/19/2015 | $320,376.00 |
| 8/19/2015 | $2,040.00 |
| 8/19/2015 | $875.00 |
| 8/19/2015 | $881.00 |
| 8/19/2015 | $595.00 |
| 8/19/2015 | $680.00 |
| 8/24/2015 | $376.00 |
| 8/26/2015 | $1,465.00 |
| 8/26/2015 | $390.00 |
| 8/26/2015 | $825.00 |
| 8/26/2015 | $3,183.00 |
| 8/26/2015 | $1,551.00 |
| 8/27/2015 | $650.00 |
| 8/31/2015 | $1,466.00 |
| 8/31/2015 | $680.00 |
| 8/31/2015 | $6,119.00 |
| 9/2/2015 | $3,950.00 |
| 9/2/2015 | $1,388.00 |
| 9/2/2015 | $47,009.00 |
| 9/4/2015 | $17,999.00 |
| 9/8/2015 | $5,318.00 |
| 9/8/2015 | $6,525.00 |
| 9/8/2015 | $90.00 |
| 9/8/2015 | $1,360.00 |
| 9/8/2015 | $680.00 |
| 9/8/2015 | $2,040.00 |
| 9/8/2015 | $1,200.00 |
| 9/8/2015 | $572.00 |
| 9/8/2015 | $2,133.00 |
| 9/9/2015 | $9,000.00 |
| 9/9/2015 | $13,499.00 |
| 9/11/2015 | $1,112.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 9/14/2015 | $947.00 |
| 9/14/2015 | $680.00 |
| 9/14/2015 | $8,995.00 |
| 9/15/2015 | $618.00 |
| 9/15/2015 | $520.00 |
| 9/16/2015 | $20,490.00 |
| 9/16/2015 | $1,980.00 |
| 9/21/2015 | $7,663.00 |
| 9/25/2015 | $386.00 |
| 9/25/2015 | $1,293.00 |
| 9/25/2015 | $53,240.00 |
| 9/25/2015 | $14,914.00 |
| 10/2/2015 | $258.75 |
| 10/2/2015 | $86.25 |
| 10/2/2015 | $2,626.00 |
| 10/2/2015 | $1,629.00 |
| 10/2/2015 | $395.00 |
| 10/2/2015 | $203.00 |
| 10/2/2015 | $3,900.00 |
| 10/6/2015 | $510.00 |
| 10/6/2015 | $399.75 |
| 10/6/2015 | $299.25 |
| 10/6/2015 | $1,035.00 |
| 10/6/2015 | $1,530.00 |
| 10/6/2015 | $330.00 |
| 10/6/2015 | $510.00 |
| 10/6/2015 | $1,012.50 |
| 10/6/2015 | $888.75 |
| 10/6/2015 | $170.00 |
| 10/6/2015 | $133.25 |
| 10/6/2015 | $99.75 |
| 10/6/2015 | $345.00 |
| 10/6/2015 | $510.00 |
| 10/6/2015 | $110.00 |
| 10/6/2015 | $170.00 |
| 10/6/2015 | $337.50 |
| 10/6/2015 | $296.25 |
| 10/6/2015 | $9,000.00 |
| 10/6/2015 | $1,475.00 |
| 10/6/2015 | $680.00 |
| 10/6/2015 | $1,664.00 |
| 10/8/2015 | $6,307.00 |
| 10/8/2015 | $15,756.00 |
| 10/13/2015 | $3,985.00 |
| 10/13/2015 | $4,050.00 |
| 10/13/2015 | $2,951.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 10/13/2015 | $1,901.00 |
| 10/13/2015 | $2,950.00 |
| 10/13/2015 | $2,000.00 |
| 10/13/2015 | $495.00 |
| 10/14/2015 | $2,738.00 |
| 10/14/2015 | $20,580.00 |
| 10/20/2015 | $1,106.25 |
| 10/20/2015 | $660.75 |
| 10/20/2015 | $660.75 |
| 10/20/2015 | $368.75 |
| 10/20/2015 | $220.25 |
| 10/20/2015 | $220.25 |
| 10/20/2015 | $287.00 |
| 10/20/2015 | $761.00 |
| 10/20/2015 | $208.00 |
| 10/23/2015 | $714.00 |
| 10/23/2015 | $1,334.00 |
| 10/23/2015 | $1,427.00 |
| 10/23/2015 | $4,159.00 |
| 10/26/2015 | $8,668.50 |
| 10/26/2015 | $1,020.00 |
| 10/26/2015 | $2,889.50 |
| 10/26/2015 | $340.00 |
| 10/26/2015 | $13,499.00 |
| 10/27/2015 | $344.00 |
| 10/29/2015 | $2,210.00 |
| 10/30/2015 | $1,570.00 |
| 11/2/2015 | $17,999.00 |
| 11/2/2015 | $9,000.00 |
| 11/3/2015 | $9,000.00 |
| 11/3/2015 | $17,999.00 |
| 11/6/2015 | $21,599.00 |
| 11/10/2015 | $9,000.00 |
| 11/10/2015 | $9,000.00 |
| 11/10/2015 | $9,000.00 |
| 11/10/2015 | $9,000.00 |
| 11/10/2015 | $422.00 |
| 11/12/2015 | $5,604.00 |
| 11/12/2015 | $416.00 |
| 11/12/2015 | $2,830.00 |
| 11/17/2015 | $4,069.00 |
| 11/17/2015 | $9,000.00 |
| 11/17/2015 | $9,000.00 |
| 11/17/2015 | $2,109.00 |
| 11/17/2015 | $4,426.00 |
| 11/19/2015 | $9,000.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 11/23/2015 | $35,998.00 |
| 11/24/2015 | $9,000.00 |
| 11/24/2015 | $9,000.00 |
| 11/24/2015 | $2,761.00 |
| 11/24/2015 | $1,099.00 |
| 11/24/2015 | $358.00 |
| 11/25/2015 | $640.00 |
| 11/25/2015 | $368.00 |
| 11/25/2015 | $1,521.00 |
| 11/25/2015 | $373.00 |
| 11/25/2015 | $6,537.00 |
| 12/4/2015 | $9,000.00 |
| 12/4/2015 | $9,000.00 |
| 12/10/2015 | $576.00 |
| 12/10/2015 | $25,640.00 |
| 12/15/2015 | $680.00 |
| 12/15/2015 | $9,000.00 |
| 12/15/2015 | $9,000.00 |
| 12/15/2015 | $9,000.00 |
| 12/15/2015 | $1,986.00 |
| 12/15/2015 | $9,000.00 |
| 12/15/2015 | $13,499.00 |
| 12/15/2015 | $2,581.00 |
| 12/15/2015 | $2,719.00 |
| 12/17/2015 | $2,880.00 |
| 12/17/2015 | $909.00 |
| 12/17/2015 | $4,098.00 |
| 12/17/2015 | $438.00 |
| 12/17/2015 | $4,098.00 |
| 12/17/2015 | $1,198.00 |
| 12/18/2015 | $9,000.00 |
| 12/18/2015 | $1,360.00 |
| 12/18/2015 | $5,128.00 |
| 12/23/2015 | $14,399.00 |
| 12/23/2015 | $680.00 |
| 12/23/2015 | $4,141.00 |
| 12/28/2015 | $19,365.00 |
| 12/29/2015 | $2,040.00 |
| 12/29/2015 | $2,040.00 |
| 12/29/2015 | $3,399.00 |
| 12/29/2015 | $1,986.00 |
| 12/29/2015 | $1,986.00 |
| 12/29/2015 | $2,697.00 |
| 12/29/2015 | $20,497.00 |
| 12/29/2015 | $9,000.00 |
| 12/29/2015 | $17,737.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 12/29/2015 | $1,360.00 |
| 12/29/2015 | $1,360.00 |
| 12/29/2015 | $1,360.00 |
| 12/29/2015 | $9,000.00 |
| 12/29/2015 | $18,215.00 |
| 12/29/2015 | $1,360.00 |
| 12/29/2015 | $1,360.00 |
| 12/29/2015 | $9,000.00 |
| 12/29/2015 | $493.00 |
| 12/29/2015 | $1,986.00 |
| 12/29/2015 | $9,000.00 |
| 12/29/2015 | $2,719.00 |
| 12/29/2015 | $8,810.00 |
| 12/29/2015 | $1,986.00 |
| 12/29/2015 | $1,986.00 |
| 12/29/2015 | $1,986.00 |
| 12/29/2015 | $2,581.00 |
| 12/29/2015 | $2,426.00 |
| 12/29/2015 | $10,572.00 |
| 12/29/2015 | $1,762.00 |
| 12/29/2015 | $80,225.00 |
| 12/29/2015 | $680.00 |
| 12/29/2015 | $2,697.00 |
| 12/29/2015 | $881.00 |
| 12/29/2015 | $1,360.00 |
| 12/31/2015 | $10,198.00 |
| 12/31/2015 | $1,762.00 |
| 12/31/2015 | $618.00 |
| 12/31/2015 | $618.00 |
| 12/31/2015 | $30,835.00 |
| 12/31/2015 | $3,010.00 |
| 12/31/2015 | $18,608.00 |
| 12/31/2015 | $1,762.00 |
| 12/31/2015 | $1,986.00 |
| 12/31/2015 | $1,762.00 |
| 12/31/2015 | $1,360.00 |
| 12/31/2015 | $680.00 |
| 12/31/2015 | $1,677.00 |
| 12/31/2015 | $680.00 |
| 12/31/2015 | $899.00 |
| 12/31/2015 | $1,798.00 |
| 12/31/2015 | $899.00 |
| 12/31/2015 | $680.00 |
| 1/8/2016 | $495.00 |
| 1/8/2016 | $674.25 |
| 1/8/2016 | $748.50 |

## TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 1/8/2016 | $449.25 |
| 1/8/2016 | $1,106.25 |
| 1/8/2016 | $165.00 |
| 1/8/2016 | $224.75 |
| 1/8/2016 | $249.50 |
| 1/8/2016 | $149.75 |
| 1/8/2016 | $368.75 |
| 1/8/2016 | $9,000.00 |
| 1/14/2016 | $2,394.00 |
| 1/14/2016 | $53,366.00 |
| 1/25/2016 | $2,899.00 |
| 1/25/2016 | $5,676.00 |
| 1/25/2016 | $132.00 |
| 1/25/2016 | $194.00 |
| 1/25/2016 | $355.00 |
| 2/2/2016 | $235.00 |
| 2/5/2016 | $5,235.00 |
| 2/9/2016 | $933.00 |
| 2/9/2016 | $1,465.00 |
| 2/9/2016 | $14,811.00 |
| 2/9/2016 | $247,890.00 |
| 2/9/2016 | $1,938.00 |
| 2/9/2016 | $66,805.00 |
| 2/9/2016 | $1,464.00 |
| 2/9/2016 | $1,475.00 |
| 2/9/2016 | $1,640.00 |
| 2/9/2016 | $55.00 |
| 2/9/2016 | $10,325.00 |
| 2/22/2016 | $719.00 |
| 2/22/2016 | $1,600.00 |
| 2/22/2016 | $175,637.00 |
| 2/26/2016 | $680.00 |
| 3/3/2016 | $1,625.00 |
| 3/3/2016 | $17,700.00 |
| 3/9/2016 | $1,820.00 |
| 3/9/2016 | $1,208.00 |
| 3/9/2016 | $1,336.00 |
| 3/11/2016 | $19,725.00 |
| 3/11/2016 | $1,360.00 |
| 3/11/2016 | $345.00 |
| 3/15/2016 | $1,321.50 |
| 3/15/2016 | $635.25 |
| 3/15/2016 | $440.50 |
| 3/15/2016 | $211.75 |
| 3/15/2016 | $2,950.00 |
| 3/15/2016 | $680.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 3/15/2016 | $680.00 |
| 3/15/2016 | $1,444.00 |
| 3/16/2016 | $377.00 |
| 3/17/2016 | $5,716.00 |
| 3/17/2016 | $551.00 |
| 3/17/2016 | $2,339.00 |
| 3/17/2016 | $26.00 |
| 3/17/2016 | $2,972.00 |
| 3/17/2016 | $5,291.00 |
| 3/17/2016 | $20,631.00 |
| 3/17/2016 | $2,818.00 |
| 3/17/2016 | $15,964.00 |
| 3/17/2016 | $48,934.00 |
| 3/17/2016 | $1,180.00 |
| 3/18/2016 | $5,592.00 |
| 3/18/2016 | $2,473.00 |
| 3/22/2016 | $134.00 |
| 3/22/2016 | $798.00 |
| 3/22/2016 | $899.00 |
| 3/28/2016 | $9,052.00 |
| 3/28/2016 | $636.00 |
| 3/28/2016 | $3,609.00 |
| 3/28/2016 | $2,797.00 |
| 3/28/2016 | $44,871.00 |
| 3/28/2016 | $148.00 |
| 3/28/2016 | $153,098.00 |
| 3/30/2016 | $1,384.00 |
| 3/31/2016 | $1,158.00 |
| 3/31/2016 | $1,469.00 |
| 3/31/2016 | $1,150.00 |
| 3/31/2016 | $2,125.00 |
| 3/31/2016 | $5,114.00 |
| 3/31/2016 | $8,347.00 |
| 3/31/2016 | $11,200.00 |
| 4/1/2016 | $510.00 |
| 4/1/2016 | $170.00 |
| 4/5/2016 | $510.00 |
| 4/5/2016 | $598.50 |
| 4/5/2016 | $170.00 |
| 4/5/2016 | $199.50 |
| 4/5/2016 | $861.00 |
| 4/7/2016 | $531.75 |
| 4/7/2016 | $463.50 |
| 4/7/2016 | $177.25 |
| 4/7/2016 | $154.50 |
| 4/7/2016 | $680.00 |

63377795 v1

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 4/8/2016 | $660.75 |
| 4/8/2016 | $220.25 |
| 4/8/2016 | $680.00 |
| 4/8/2016 | $798.00 |
| 4/11/2016 | $748.50 |
| 4/11/2016 | $268.50 |
| 4/11/2016 | $748.50 |
| 4/11/2016 | $463.50 |
| 4/11/2016 | $510.00 |
| 4/11/2016 | $249.50 |
| 4/11/2016 | $89.50 |
| 4/11/2016 | $249.50 |
| 4/11/2016 | $154.50 |
| 4/11/2016 | $170.00 |
| 4/11/2016 | $2,697.00 |
| 4/11/2016 | $680.00 |
| 4/11/2016 | $1,360.00 |
| 4/11/2016 | $798.00 |
| 4/11/2016 | $680.00 |
| 4/11/2016 | $3,596.00 |
| 4/11/2016 | $2,697.00 |
| 4/11/2016 | $680.00 |
| 4/29/2016 | $1,820.00 |
| 5/2/2016 | $1,951.00 |
| 5/2/2016 | $216.00 |
| 5/2/2016 | $36,332.00 |
| 5/2/2016 | $15,888.00 |
| 5/2/2016 | $25,418.00 |
| 5/2/2016 | $10,050.00 |
| 5/2/2016 | $10,949.00 |
| 5/2/2016 | $45,743.00 |
| 5/2/2016 | $7,661.00 |
| 5/2/2016 | $1,188.00 |
| 5/3/2016 | $1,895.00 |
| 5/6/2016 | $1,465.00 |
| 5/6/2016 | $3,360.00 |
| 5/6/2016 | $1,236.00 |
| 5/6/2016 | $2,040.00 |
| 5/6/2016 | $1,798.00 |
| 5/6/2016 | $506.00 |
| 5/9/2016 | $1,197.00 |
| 5/9/2016 | $1,020.00 |
| 5/9/2016 | $1,197.00 |
| 5/9/2016 | $2,992.50 |
| 5/9/2016 | $1,197.00 |
| 5/9/2016 | $1,020.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 5/9/2016 | $1,498.50 |
| 5/9/2016 | $2,549.25 |
| 5/9/2016 | $1,197.00 |
| 5/9/2016 | $2,245.50 |
| 5/9/2016 | $399.00 |
| 5/9/2016 | $340.00 |
| 5/9/2016 | $399.00 |
| 5/9/2016 | $997.50 |
| 5/9/2016 | $399.00 |
| 5/9/2016 | $340.00 |
| 5/9/2016 | $499.50 |
| 5/9/2016 | $849.75 |
| 5/9/2016 | $399.00 |
| 5/9/2016 | $748.50 |
| 5/9/2016 | $2,473.00 |
| 5/9/2016 | $2,473.00 |
| 5/10/2016 | $4,624.00 |
| 5/10/2016 | $7,980.00 |
| 5/10/2016 | $679.00 |
| 5/10/2016 | $680.00 |
| 5/10/2016 | $1,360.00 |
| 5/10/2016 | $798.00 |
| 5/10/2016 | $1,360.00 |
| 5/19/2016 | $216.00 |
| 5/19/2016 | $20.00 |
| 5/19/2016 | $105.00 |
| 5/19/2016 | $279.00 |
| 5/19/2016 | $5,675.00 |
| 5/19/2016 | $48.00 |
| 5/19/2016 | $1,535.00 |
| 5/19/2016 | $1,535.00 |
| 5/19/2016 | $680.00 |
| 5/19/2016 | $680.00 |
| 5/19/2016 | $2,040.00 |
| 5/19/2016 | $1,125.00 |
| 5/19/2016 | $325.00 |
| 5/19/2016 | $10,427.00 |
| 5/19/2016 | $1,428.00 |
| 5/24/2016 | $680.00 |
| 5/24/2016 | $254.00 |
| 5/24/2016 | $2,981.00 |
| 5/25/2016 | $11,844.00 |
| 6/1/2016 | $11,990.00 |
| 6/1/2016 | $12,894.00 |
| 6/1/2016 | $3,520.00 |
| 6/1/2016 | $25,788.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 6/1/2016 | $2,810.00 |
| 6/1/2016 | $22,474.00 |
| 6/1/2016 | $44,820.00 |
| 6/1/2016 | $3,841.00 |
| 6/1/2016 | $607.00 |
| 6/1/2016 | $3,280.00 |
| 6/1/2016 | $1,466.00 |
| 6/10/2016 | $271.00 |
| 6/15/2016 | $1,133.00 |
| 6/15/2016 | $91.00 |
| 6/21/2016 | $9,000.00 |
| 6/28/2016 | $1,100.00 |
| 6/28/2016 | $3,215.00 |
| 6/28/2016 | $1,890.00 |
| 6/28/2016 | $935.00 |
| 6/28/2016 | $699.00 |
| 6/28/2016 | $1,013.00 |
| 6/28/2016 | $214.00 |
| 6/28/2016 | $220.00 |
| 7/7/2016 | $1,535.00 |
| 7/7/2016 | $238.00 |
| 7/7/2016 | $7,490.00 |
| 7/7/2016 | $1,393.00 |
| 7/7/2016 | $1,625.00 |
| 7/12/2016 | $40,698.00 |
| 7/12/2016 | $2,154.00 |
| 7/14/2016 | $140.00 |
| 7/14/2016 | $443.00 |
| 7/14/2016 | $75.00 |
| 7/14/2016 | $605.00 |
| 7/14/2016 | $288.00 |
| 7/14/2016 | $210.00 |
| 7/14/2016 | $155.00 |
| 7/14/2016 | $617.00 |
| 7/14/2016 | $155.00 |
| 7/14/2016 | $4,353.00 |
| 7/14/2016 | $2,507.00 |
| 7/20/2016 | $227.00 |
| 7/29/2016 | $629.00 |
| 7/29/2016 | $348.00 |
| 7/29/2016 | $4,960.00 |
| 7/29/2016 | $13,395.00 |
| 7/29/2016 | $4,884.00 |
| 8/1/2016 | $32,468.00 |
| 8/4/2016 | $243.00 |
| 8/4/2016 | $515.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 8/4/2016 | $2,861.00 |
| 8/4/2016 | $170.00 |
| 8/4/2016 | $5,484.00 |
| 8/4/2016 | $13,570.00 |
| 8/4/2016 | $4,228.00 |
| 8/4/2016 | $56.00 |
| 8/5/2016 | $1,125.00 |
| 8/9/2016 | $680.00 |
| 8/12/2016 | $8,810.00 |
| 8/17/2016 | $1,740.00 |
| 8/17/2016 | $5,200.00 |
| 8/17/2016 | $145.00 |
| 8/17/2016 | $4,797.00 |
| 8/17/2016 | $3,460.00 |
| 8/17/2016 | $710.00 |
| 8/17/2016 | $3,728.00 |
| 8/18/2016 | $935.00 |
| 8/18/2016 | $518.00 |
| 8/18/2016 | $656.00 |
| 8/18/2016 | $1,163.00 |
| 8/18/2016 | $88.00 |
| 8/18/2016 | $8,406.00 |
| 8/18/2016 | $9,490.00 |
| 8/22/2016 | $17,656.00 |
| 9/1/2016 | $1,064.00 |
| 9/1/2016 | $3,100.00 |
| 9/1/2016 | $9,100.00 |
| 9/1/2016 | $1,245.00 |
| 9/1/2016 | $1,154.00 |
| 9/1/2016 | $132.00 |
| 9/1/2016 | $4,889.00 |
| 9/1/2016 | $4,220.00 |
| 9/1/2016 | $3,801.00 |
| 9/1/2016 | $2,040.00 |
| 9/1/2016 | $272.00 |
| 9/1/2016 | $1,654.00 |
| 9/1/2016 | $1,336.00 |
| 9/1/2016 | $295.00 |
| 9/1/2016 | $3,470.00 |
| 9/12/2016 | $75.00 |
| 9/12/2016 | $1,475.00 |
| 9/12/2016 | $468.00 |
| 9/12/2016 | $216.00 |
| 9/12/2016 | $758.00 |
| 9/12/2016 | $1,487.00 |
| 9/12/2016 | $7,352.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 9/12/2016 | $750.00 |
| 9/12/2016 | $2,206.00 |
| 9/12/2016 | $2,049.00 |
| 9/12/2016 | $715.00 |
| 9/12/2016 | $2,950.00 |
| 9/14/2016 | $1,484.00 |
| 9/19/2016 | $1,997.00 |
| 9/19/2016 | $1,742.00 |
| 9/19/2016 | $9,130.00 |
| 9/19/2016 | $2,975.00 |
| 9/19/2016 | $454.00 |
| 9/19/2016 | $1,465.00 |
| 9/21/2016 | $3,342.00 |
| 9/21/2016 | $6,768.00 |
| 9/26/2016 | $66,405.00 |
| 9/26/2016 | $146,598.00 |
| 9/26/2016 | $10,887.00 |
| 9/26/2016 | $48,339.00 |
| 9/26/2016 | $48,339.00 |
| 10/4/2016 | $4,895.00 |
| 10/4/2016 | $137.00 |
| 10/5/2016 | $20,813.00 |
| 10/5/2016 | $942.00 |
| 10/5/2016 | $3,900.00 |
| 10/5/2016 | $840.00 |
| 10/5/2016 | $1,533.00 |
| 10/5/2016 | $7,084.00 |
| 10/5/2016 | $4,519.00 |
| 10/5/2016 | $7,240.00 |
| 10/5/2016 | $6,372.00 |
| 10/5/2016 | $162.00 |
| 10/5/2016 | $2,170.00 |
| 10/11/2016 | $639.00 |
| 10/11/2016 | $2,500.00 |
| 10/11/2016 | $80,746.00 |
| 10/11/2016 | $27,375.00 |
| 10/11/2016 | $1,465.00 |
| 10/14/2016 | $1,322.00 |
| 10/14/2016 | $2,260.00 |
| 10/14/2016 | $23,940.00 |
| 10/14/2016 | $3,500.00 |
| 10/14/2016 | $3,500.00 |
| 10/14/2016 | $4,759.00 |
| 10/14/2016 | $715.00 |
| 10/14/2016 | $547.00 |
| 10/14/2016 | $4,200.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 10/14/2016 | $4,200.00 |
| 10/14/2016 | $99.00 |
| 10/14/2016 | $502.00 |
| 10/21/2016 | $36,955.00 |
| 10/24/2016 | $689.00 |
| 10/24/2016 | $275.00 |
| 10/24/2016 | $213.00 |
| 10/24/2016 | $95.00 |
| 10/24/2016 | $204.00 |
| 10/24/2016 | $1,284.00 |
| 10/24/2016 | $1,589.00 |
| 10/24/2016 | $1,464.00 |
| 10/24/2016 | $1,464.00 |
| 10/24/2016 | $2,932.00 |
| 10/24/2016 | $2,858.00 |
| 10/25/2016 | $19,976.00 |
| 10/31/2016 | $89,850.00 |
| 10/31/2016 | $189,800.00 |
| 10/31/2016 | $277.00 |
| 11/1/2016 | $4,740.00 |
| 11/2/2016 | $552.00 |
| 11/2/2016 | $12,625.00 |
| 11/2/2016 | $155.00 |
| 11/2/2016 | $121,398.00 |
| 11/2/2016 | $146.00 |
| 11/2/2016 | $52,033.00 |
| 11/7/2016 | $3,720.00 |
| 11/7/2016 | $840.00 |
| 11/7/2016 | $4,167.00 |
| 11/7/2016 | $3,340.00 |
| 11/14/2016 | $570.00 |
| 11/14/2016 | $3,282.00 |
| 11/14/2016 | $463.00 |
| 11/16/2016 | $441.00 |
| 11/16/2016 | $776.00 |
| 11/21/2016 | $761.00 |
| 11/21/2016 | $1,942.00 |
| 11/21/2016 | $3,433.00 |
| 11/22/2016 | $1,779.00 |
| 11/29/2016 | $1,385.00 |
| 11/29/2016 | $955.00 |
| 11/29/2016 | $744.00 |
| 11/29/2016 | $438.00 |
| 11/29/2016 | $2,066.00 |
| 12/2/2016 | $12,020.00 |
| 12/2/2016 | $786.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|----------------|
| 12/9/2016 | $385.00 |
| 12/9/2016 | $5,175.00 |
| 12/9/2016 | $6,377.00 |
| 12/9/2016 | $2,316.00 |
| 12/9/2016 | $2,223.00 |
| 12/9/2016 | $39,280.00 |
| 12/12/2016 | $453.00 |
| 12/12/2016 | $2,550.00 |
| 12/12/2016 | $105.00 |
| 12/12/2016 | $165.00 |
| 12/12/2016 | $189.00 |
| 12/12/2016 | $445.00 |
| 12/12/2016 | $341.00 |
| 12/12/2016 | $390.00 |
| 12/12/2016 | $4,799.00 |
| 12/12/2016 | $226.00 |
| 12/12/2016 | $308.00 |
| 12/12/2016 | $213.00 |
| 12/12/2016 | $7,204.00 |
| 12/12/2016 | $1,338.00 |
| 12/12/2016 | $5,558.00 |
| 12/12/2016 | $567.00 |
| 12/12/2016 | $277.00 |
| 12/12/2016 | $365.00 |
| 12/12/2016 | $2,964.00 |
| 12/12/2016 | $1,476.00 |
| 12/15/2016 | $8,540.00 |
| 12/15/2016 | $7,032.00 |
| 12/15/2016 | $848.00 |
| 12/15/2016 | $1,056.00 |
| 12/15/2016 | $4,398.00 |
| 12/15/2016 | $1,080.00 |
| 12/15/2016 | $2,324.00 |
| 12/15/2016 | $840.00 |
| 12/15/2016 | $1,469.00 |
| 12/15/2016 | $3,086.00 |
| 12/19/2016 | $38,445.00 |
| 12/19/2016 | $19,789.00 |
| 12/19/2016 | $10,151.00 |
| 12/22/2016 | $582.00 |
| 12/22/2016 | $665.00 |
| 12/22/2016 | $1,841.00 |
| 12/22/2016 | $2,855.00 |
| 12/22/2016 | $1,465.00 |
| 12/22/2016 | $3,014.00 |
| 12/27/2016 | $1,639.00 |

63377795 v1

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 1/5/2017 | $665.00 |
| 1/5/2017 | $955.00 |
| 1/5/2017 | $539.00 |
| 1/5/2017 | $4,896.00 |
| 1/5/2017 | $265.00 |
| 1/5/2017 | $667.00 |
| 1/5/2017 | $429.00 |
| 1/18/2017 | $15,245.00 |
| 1/19/2017 | $8,208.00 |
| 1/23/2017 | $2,550.00 |
| 1/23/2017 | $148.00 |
| 1/23/2017 | $262.00 |
| 1/23/2017 | $300.00 |
| 1/23/2017 | $3,500.00 |
| 1/23/2017 | $1,602.00 |
| 1/23/2017 | $200.00 |
| 1/23/2017 | $964.00 |
| 1/23/2017 | $4,435.00 |
| 1/24/2017 | $586.00 |
| 1/30/2017 | $1,950.00 |
| 1/30/2017 | $206.00 |
| 1/30/2017 | $2,909.00 |
| 1/30/2017 | $980.00 |
| 1/30/2017 | $1,128.00 |
| 1/30/2017 | $2,582.00 |
| 1/30/2017 | $951.00 |
| 2/2/2017 | $449.00 |
| 2/2/2017 | $5,711.00 |
| 2/2/2017 | $2,859.00 |
| 2/2/2017 | $1,982.00 |
| 2/2/2017 | $1,311.00 |
| 2/2/2017 | $10,357.00 |
| 2/7/2017 | $2,558.00 |
| 2/8/2017 | $3,606.00 |
| 2/8/2017 | $2,500.00 |
| 2/8/2017 | $3,100.00 |
| 2/8/2017 | $4,004.00 |
| 2/8/2017 | $3,086.00 |
| 2/9/2017 | $34,835.00 |
| 2/17/2017 | $1,475.00 |
| 2/17/2017 | $1,778.00 |
| 2/21/2017 | $1,475.00 |
| 2/21/2017 | $350.00 |
| 2/21/2017 | $201.00 |
| 2/23/2017 | $32,600.00 |
| 2/23/2017 | $31,326.00 |

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|---|---|
| 2/23/2017 | $30,246.00 |
| 2/23/2017 | $74,998.00 |
| 3/1/2017 | $10,350.00 |
| 3/1/2017 | $77,729.00 |
| 3/1/2017 | $21,550.00 |
| 3/1/2017 | $1,596.00 |
| 3/1/2017 | $274.00 |
| 3/1/2017 | $861.00 |
| 3/2/2017 | $66,532.00 |
| 3/7/2017 | $2,080.00 |
| 3/13/2017 | $4,251.00 |
| 3/13/2017 | $2,633.00 |
| 3/15/2017 | $120.00 |
| 3/15/2017 | $515.00 |
| 3/15/2017 | $1,213.00 |
| 3/15/2017 | $2,234.00 |
| 3/15/2017 | $595.00 |
| 3/15/2017 | $1,500.00 |
| 3/15/2017 | $200.00 |
| 3/15/2017 | $3,987.00 |
| 3/15/2017 | $3,182.00 |
| 3/15/2017 | $287.00 |
| 3/15/2017 | $268.00 |
| 3/15/2017 | $857.00 |
| 3/15/2017 | $262.00 |
| 3/15/2017 | $7,647.00 |
| 3/16/2017 | $8,781.00 |
| 3/16/2017 | $230.00 |
| 3/16/2017 | $3,498.00 |
| 3/16/2017 | $5,965.00 |
| 3/16/2017 | $2,745.00 |
| 3/16/2017 | $920.00 |
| 3/16/2017 | $70.00 |
| 3/16/2017 | $9,668.00 |
| 3/20/2017 | $32,453.00 |
| 3/20/2017 | $48,339.00 |
| 3/20/2017 | $20,544.00 |
| 3/24/2017 | $2,580.00 |
| 3/24/2017 | $860.00 |
| 3/27/2017 | $48,339.00 |
| 3/28/2017 | $1,465.00 |
| 3/28/2017 | $125.00 |
| 3/28/2017 | $225.00 |
| 3/31/2017 | $7,380.00 |
| 4/3/2017 | $2,202.00 |
| 4/3/2017 | $142.00 |

63377795 v1

TRANSFERS TO CARIBBEAN DATA SYSTEM, INC.

| Date | Payment Amount |
|------|---------------|
| 4/5/2017 | $990.00 |
| 4/5/2017 | $1,221.00 |
| 4/6/2017 | $563.00 |
| 4/6/2017 | $51.00 |
| 4/6/2017 | $290.00 |
| 4/6/2017 | $4,413.00 |
| 4/6/2017 | $2,473.00 |
| 4/6/2017 | $450.00 |
| 4/6/2017 | $1,071.00 |
| 4/10/2017 | $135.00 |
| 4/10/2017 | $750.00 |
| 4/10/2017 | $317.00 |
| 4/11/2017 | $296.00 |
| 4/12/2017 | $4,481.00 |
| 4/12/2017 | $299.00 |
| 4/17/2017 | $308.00 |
| 4/17/2017 | $95.00 |
| 4/17/2017 | $262.00 |
| 4/17/2017 | $349.00 |
| 4/20/2017 | $26,000.00 |
| 4/20/2017 | $27,795.00 |
| 4/20/2017 | $2,450.00 |
| 4/21/2017 | $48,339.00 |
| 4/21/2017 | $375.00 |
| 4/24/2017 | $595.00 |
| 4/24/2017 | $390.00 |
| 4/25/2017 | $18,584.00 |
| 4/28/2017 | $6,918.00 |
| 5/1/2017 | $521.25 |
| 5/1/2017 | $1,197.00 |
| 5/1/2017 | $598.50 |
| 5/1/2017 | $295.00 |
| 5/1/2017 | $370.00 |
| 5/1/2017 | $813.00 |
| 5/1/2017 | $3,922.00 |
| 5/1/2017 | $173.75 |
| 5/1/2017 | $399.00 |
| 5/1/2017 | $199.50 |