# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO AVANTI TECHNOLOGIES INC.

| Date | Payment Amount |
|---|---|
| 6/2/2013 | $54,146.00 |
| 6/22/2013 | $51,098.00 |
| 8/2/2013 | $63,113.00 |
| 9/13/2013 | $31,737.00 |
| 9/19/2013 | $34,928.00 |
| 10/17/2013 | $33,155.00 |
| 11/10/2013 | $250,622.00 |
| 11/24/2013 | $35,460.00 |
| 11/28/2013 | $17,100.00 |
| 12/29/2013 | $30,396.00 |
| 1/16/2014 | $2,900.00 |
| 1/16/2014 | $11,300.00 |
| 1/16/2014 | $1,950.00 |
| 1/22/2014 | $7,783.00 |
| 2/12/2014 | $3,960.00 |
| 2/12/2014 | $7,783.00 |
| 2/21/2014 | $7,783.00 |
| 2/26/2014 | $37,698.00 |
| 2/27/2014 | $2,177.00 |
| 2/27/2014 | $375.00 |
| 2/28/2014 | $38,879.00 |
| 3/18/2014 | $7,783.00 |
| 3/28/2014 | $3,805.00 |
| 3/28/2014 | $42,777.00 |
| 4/2/2014 | $70,920.00 |
| 4/2/2014 | $136,702.00 |
| 4/14/2014 | $1,225.00 |
| 4/23/2014 | $2,900.00 |
| 5/6/2014 | $1,450.00 |
| 5/8/2014 | $60,650.00 |
| 5/12/2014 | $198,733.00 |
| 5/21/2014 | $43,960.00 |
| 5/22/2014 | $2,508.00 |
| 5/30/2014 | $37,233.00 |
| 6/14/2014 | $1,500.00 |
| 6/20/2014 | $33,687.00 |
| 6/21/2014 | $124,281.00 |
| 7/7/2014 | $23,640.00 |
| 7/15/2014 | $1,450.00 |
| 7/31/2014 | $43,876.00 |
| 8/7/2014 | $45,640.00 |
| 8/12/2014 | $1,450.00 |
| 8/22/2014 | $5,000.00 |
| 8/23/2014 | $22,327.00 |

# EXHIBIT A

## TRANSFERS TO AVANTI TECHNOLOGIES INC.

| Date | Payment Amount |
|---|---|
| 9/9/2014 | $2,500.00 |
| 9/18/2014 | $17,207.00 |
| 9/27/2014 | $36,997.00 |
| 10/23/2014 | $22,112.00 |
| 10/29/2014 | $3,600.00 |
| 10/29/2014 | $5,720.00 |
| 10/29/2014 | $37,152.00 |
| 12/2/2014 | $1,800.00 |
| 12/5/2014 | $39,257.00 |
| 12/20/2014 | $31,079.00 |
| 12/24/2014 | $500.00 |
| 12/24/2014 | $1,800.00 |
| 1/27/2015 | $5,180.00 |
| 2/5/2015 | $23,993.00 |
| 2/6/2015 | $1,200.00 |
| 2/18/2015 | $3,600.00 |
| 2/18/2015 | $4,638.00 |
| 2/20/2015 | $39,652.00 |
| 2/28/2015 | $32,675.00 |
| 3/10/2015 | $1,800.00 |
| 3/21/2015 | $36,677.00 |
| 4/2/2015 | $1,800.00 |
| 5/8/2015 | $60,636.00 |
| 5/28/2015 | $14,916.00 |
| 5/28/2015 | $1,800.00 |
| 6/9/2015 | $1,800.00 |
| 6/10/2015 | $104,496.00 |
| 6/19/2015 | $63,863.00 |
| 7/1/2015 | $1,800.00 |
| 7/10/2015 | $7,281.00 |
| 7/10/2015 | $37,100.00 |
| 7/29/2015 | $636.00 |
| 8/19/2015 | $59.00 |
| 8/20/2015 | $50,144.00 |
| 8/22/2015 | $21,829.00 |
| 8/25/2015 | $59,488.00 |
| 8/25/2015 | $4,760.00 |
| 8/27/2015 | $810.00 |
| 9/3/2015 | $8,954.00 |
| 9/27/2015 | $30,961.00 |
| 9/29/2015 | $3,800.00 |
| 11/12/2015 | $25,000.00 |
| 11/12/2015 | $6,750.00 |

# EXHIBIT A
## TRANSFERS TO AVANTI TECHNOLOGIES INC.

| Date | Payment Amount |
|---|---|
| 11/12/2015 | $1,992.00 |
| 12/19/2015 | $1,167.00 |
| 12/23/2015 | $2,225.00 |
| 12/30/2015 | $263,383.00 |
| 12/30/2015 | $131,692.00 |
| 12/31/2015 | $20,442.00 |
| 1/22/2016 | $1,992.00 |
| 2/5/2016 | $1,891.00 |
| 2/6/2016 | $27,858.00 |
| 2/17/2016 | $2,250.00 |
| 2/18/2016 | $31,781.00 |
| 2/23/2016 | $2,250.00 |
| 3/3/2016 | $27,570.00 |
| 3/29/2016 | $4,500.00 |
| 4/2/2016 | $43,483.00 |
| 4/20/2016 | $1,992.00 |
| 5/1/2016 | $65,313.00 |
| 5/2/2016 | $1,992.00 |
| 5/12/2016 | $711.00 |
| 5/12/2016 | $3,485.00 |
| 5/12/2016 | $708.00 |
| 5/23/2016 | $2,250.00 |
| 5/25/2016 | $55,462.00 |
| 6/9/2016 | $2,250.00 |
| 6/26/2016 | $33,066.00 |
| 6/29/2016 | $2,250.00 |
| 7/13/2016 | $3,925.00 |
| 7/13/2016 | $2,246.00 |
| 7/15/2016 | $1,992.00 |
| 7/15/2016 | $1,992.00 |
| 7/15/2016 | $1,992.00 |
| 7/20/2016 | $1,992.00 |
| 8/10/2016 | $1,992.00 |
| 8/31/2016 | $2,250.00 |
| 9/2/2016 | $1,992.00 |
| 9/15/2016 | $1,973.00 |
| 11/21/2016 | $1,992.00 |
| 12/28/2016 | $24,046.00 |
| 12/29/2016 | $1,992.00 |
| 1/13/2017 | $14,181.00 |
| 2/6/2017 | $1,992.00 |
| 2/9/2017 | $28,856.00 |
| 2/23/2017 | $26,218.00 |

# EXHIBIT A

## TRANSFERS TO AVANTI TECHNOLOGIES INC.

| Date | Payment Amount |
|---|---|
| 4/4/2017 | $9,698.00 |
| 4/6/2017 | $1,992.00 |
| 4/6/2017 | $1,992.00 |
| 4/6/2017 | $1,992.00 |
| 4/12/2017 | $26,063.00 |
| 4/12/2017 | $1,992.00 |