# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO AVANZATEC LLC

| Date | Payment Amount |
|---|---|
| 1/14/2015 | $563,658.00 |
| 6/23/2015 | $563,658.00 |
| 9/1/2015 | $563,658.00 |
| 9/9/2015 | $563,658.00 |
| 1/15/2016 | $438,305.00 |
| 3/21/2016 | $438,305.00 |
| 6/21/2016 | $438,305.00 |
| 8/22/2016 | $438,305.00 |