# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO MANAGEMENT, CONSULTANTS & COMPUTER SERVICES, INCORPORATED

| Date | Payment Amount |
|---|---|
| 5/10/2013 | $532,692.00 |
| 6/10/2013 | $108,762.00 |
| 6/10/2013 | $129,366.00 |
| 7/17/2013 | $391,105.00 |
| 8/19/2013 | $512,364.00 |
| 8/28/2013 | $129,263.00 |
| 9/3/2013 | $698,931.00 |
| 9/11/2013 | $317,945.00 |
| 10/28/2013 | $503,401.00 |
| 11/21/2013 | $3,757.00 |
| 11/21/2013 | $648,381.00 |
| 12/6/2013 | $676,286.00 |
| 12/11/2013 | $29,174.00 |
| 12/30/2013 | $88,077.00 |
| 1/3/2014 | $729,681.00 |
| 1/3/2014 | $803,738.00 |
| 2/6/2014 | $553,233.00 |
| 3/5/2014 | $717,788.00 |
| 3/14/2014 | $155,994.00 |
| 4/7/2014 | $656,104.00 |
| 5/2/2014 | $615,341.00 |
| 5/7/2014 | $250,486.00 |
| 6/18/2014 | $671,788.00 |
| 6/27/2014 | $45,434.00 |
| 8/5/2014 | $1,173,761.00 |
| 8/14/2014 | $16,477.00 |
| 8/14/2014 | $52,168.00 |
| 8/14/2014 | $52,925.00 |
| 10/10/2014 | $1,323,281.00 |
| 11/14/2014 | $772,384.00 |
| 1/20/2015 | $595,566.00 |
| 1/30/2015 | $499,533.00 |
| 2/24/2015 | $618,334.00 |
| 4/8/2015 | $897,320.00 |
| 4/16/2015 | $109,825.00 |
| 4/28/2015 | $222,089.00 |
| 7/6/2015 | $60,711.00 |
| 7/10/2015 | $50,181.00 |
| 7/16/2015 | $723,392.00 |
| 7/16/2015 | $367,096.00 |
| 7/31/2015 | $851,216.00 |
| 8/6/2015 | $283,605.00 |
| 8/17/2015 | $190,157.00 |
| 8/24/2015 | $89,788.00 |
| 9/8/2015 | $450,676.00 |
| 10/1/2015 | $422,010.00 |

EXHIBIT A

TRANSFERS TO MANAGEMENT, CONSULTANTS & COMPUTER SERVICES, INCORPORATED

| Date | Payment Amount |
|---|---|
| 11/9/2015 | $566,994.00 |
| 12/1/2015 | $550,585.00 |
| 12/23/2015 | $510,393.00 |
| 1/19/2016 | $549,323.00 |
| 2/2/2016 | $553,223.00 |
| 2/22/2016 | $24,413.00 |
| 2/22/2016 | $27,317.00 |
| 2/22/2016 | $25,281.00 |
| 2/22/2016 | $28,593.00 |
| 2/22/2016 | $23,112.00 |
| 2/22/2016 | $22,692.00 |
| 2/22/2016 | $21,621.00 |
| 2/23/2016 | $27,449.00 |
| 3/16/2016 | $56,845.00 |
| 3/16/2016 | $635,212.00 |
| 4/22/2016 | $506,943.00 |
| 4/22/2016 | $51,413.00 |
| 4/26/2016 | $561,448.00 |
| 5/27/2016 | $866,600.00 |
| 6/16/2016 | $753,093.00 |
| 7/1/2016 | $572,523.00 |
| 7/19/2016 | $40,896.00 |
| 7/19/2016 | $45,019.00 |
| 7/19/2016 | $46,554.00 |
| 7/19/2016 | $23,890.00 |
| 7/19/2016 | $43,838.00 |
| 7/19/2016 | $27,319.00 |
| 7/19/2016 | $110,943.00 |
| 7/19/2016 | $23,996.00 |
| 7/19/2016 | $63,433.00 |
| 8/19/2016 | $748,518.00 |
| 8/19/2016 | $79,293.00 |
| 9/9/2016 | $45,254.00 |
| 9/30/2016 | $396,289.00 |
| 10/7/2016 | $419,719.00 |
| 10/18/2016 | $580,611.00 |
| 11/21/2016 | $744,072.00 |
| 12/5/2016 | $13,268.00 |
| 12/5/2016 | $23,715.00 |
| 12/5/2016 | $23,895.00 |
| 12/5/2016 | $19,084.00 |
| 12/5/2016 | $31,982.00 |
| 12/5/2016 | $30,714.00 |
| 12/5/2016 | $29,229.00 |
| 12/5/2016 | $30,171.00 |
| 12/5/2016 | $30,183.00 |

EXHIBIT A

TRANSFERS TO MANAGEMENT, CONSULTANTS & COMPUTER SERVICES, INCORPORATED

| Date | Payment Amount |
|---|---|
| 12/5/2016 | $33,290.00 |
| 12/5/2016 | $32,648.00 |
| 12/5/2016 | $31,121.00 |
| 12/6/2016 | $13,374.00 |
| 12/28/2016 | $26,033.00 |
| 12/28/2016 | $30,612.00 |
| 1/27/2017 | $606,046.00 |
| 2/21/2017 | $9,901.00 |
| 2/21/2017 | $612,812.00 |
| 2/24/2017 | $12,220.00 |
| 2/24/2017 | $12,871.00 |
| 3/14/2017 | $12,584.00 |
| 3/21/2017 | $11,028.00 |
| 4/7/2017 | $22,779.00 |
| 4/11/2017 | $525,855.00 |
| 4/28/2017 | $474,644.00 |