# EXHIBIT A

EXHIBIT A

TRANSFERS TO COMPREHENSIVE HEALTH SERVICE, INC.

| Date | Payment Amount |
|---|---|
| 10/19/2015 | $129,242.00 |
| 11/9/2015 | $29,062.00 |
| 11/19/2015 | $7,723.00 |
| 11/19/2015 | $8,225.00 |
| 11/19/2015 | $9,200.00 |
| 12/3/2015 | $31,909.00 |
| 12/3/2015 | $59,400.00 |
| 12/3/2015 | $65,744.00 |
| 12/3/2015 | $55,572.00 |
| 12/4/2015 | $8,872.00 |
| 12/4/2015 | $8,754.00 |
| 12/22/2015 | $9,097.00 |
| 12/22/2015 | $8,539.00 |
| 12/29/2015 | $8,582.00 |
| 1/28/2016 | $8,410.00 |
| 2/4/2016 | $59,926.00 |
| 2/4/2016 | $33,972.00 |
| 2/12/2016 | $8,244.00 |
| 2/12/2016 | $122,385.00 |
| 3/21/2016 | $124,882.00 |
| 3/30/2016 | $8,582.00 |
| 4/26/2016 | $132,129.00 |
| 4/26/2016 | $47,711.00 |
| 4/26/2016 | $126,040.00 |
| 4/26/2016 | $49,196.00 |
| 4/26/2016 | $35,650.00 |
| 4/28/2016 | $17,848.00 |
| 5/27/2016 | $7,724.00 |
| 6/9/2016 | $117,694.00 |
| 6/9/2016 | $33,403.00 |
| 8/11/2016 | $15,692.00 |
| 8/17/2016 | $30,607.00 |
| 8/17/2016 | $60,478.00 |
| 8/17/2016 | $65,955.00 |
| 9/1/2016 | $31,976.00 |
| 9/9/2016 | $58,884.00 |
| 9/9/2016 | $32,362.00 |
| 9/9/2016 | $31,672.00 |
| 10/5/2016 | $122,567.00 |
| 10/5/2016 | $62,613.00 |
| 10/7/2016 | $7,538.00 |
| 10/18/2016 | $25,535.00 |
| 10/31/2016 | $115,565.00 |
| 11/10/2016 | $6,166.00 |
| 11/16/2016 | $30,653.00 |
| 11/23/2016 | $29,894.00 |

EXHIBIT A

TRANSFERS TO COMPREHENSIVE HEALTH SERVICE, INC.

| Date | Payment Amount |
|---|---|
| 11/23/2016 | $63,281.00 |
| 11/23/2016 | $58,344.00 |
| 12/16/2016 | $67,120.00 |
| 12/16/2016 | $56,244.00 |
| 12/16/2016 | $33,580.00 |
| 12/20/2016 | $6,122.00 |
| 12/20/2016 | $6,529.00 |
| 1/3/2017 | $6,193.00 |
| 1/17/2017 | $121,327.00 |
| 2/15/2017 | $28,276.00 |
| 2/24/2017 | $24,944.00 |
| 3/9/2017 | $1,161.00 |
| 3/16/2017 | $130,313.00 |
| 3/16/2017 | $27,771.00 |
| 3/21/2017 | $12,776.00 |
| 4/11/2017 | $126,180.00 |
| 4/11/2017 | $26,418.00 |
| 4/12/2017 | $11,606.00 |