# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO BADILLO SAATCHI & SAATCHI, INC.

| Date | Payment Amount |
|---|---|
| 2/26/2015 | $80,344.00 |
| 2/28/2015 | $14,775.00 |
| 3/7/2015 | $11,278.00 |
| 3/11/2015 | $11,820.00 |
| 3/13/2015 | $29,550.00 |
| 3/20/2015 | $21,276.00 |
| 3/21/2015 | $2,335.00 |
| 3/26/2015 | $40,385.00 |
| 3/29/2015 | $43,032.00 |
| 4/16/2015 | $36,588.00 |
| 4/17/2015 | $16,287.00 |
| 4/19/2015 | $6,166.00 |
| 4/22/2015 | $29,550.00 |
| 4/26/2015 | $11,820.00 |
| 5/1/2015 | $13,883.00 |
| 5/8/2015 | $18,369.00 |
| 5/10/2015 | $90,653.00 |
| 5/10/2015 | $156,516.00 |
| 5/20/2015 | $146,233.00 |
| 5/22/2015 | $61,841.00 |
| 5/24/2015 | $35,295.00 |
| 6/3/2015 | $21,959.00 |
| 6/7/2015 | $463,393.00 |
| 6/14/2015 | $55,637.00 |
| 6/19/2015 | $114,591.00 |
| 6/28/2015 | $150,377.00 |
| 7/4/2015 | $346,335.00 |
| 7/5/2015 | $437,569.00 |
| 7/10/2015 | $64,748.00 |
| 7/16/2015 | $109,672.00 |
| 7/23/2015 | $182,885.00 |
| 7/29/2015 | $30,953.00 |
| 8/1/2015 | $147,454.00 |
| 8/2/2015 | $100,339.00 |
| 8/9/2015 | $8,571.00 |
| 8/16/2015 | $181,709.00 |
| 9/5/2015 | $86,555.00 |
| 9/10/2015 | $38,116.00 |
| 9/11/2015 | $40,361.00 |
| 9/13/2015 | $35,815.00 |
| 9/19/2015 | $29,838.00 |
| 9/23/2015 | $43,215.00 |
| 9/27/2015 | $65,120.00 |
| 10/2/2015 | $31,594.00 |
| 10/7/2015 | $117,579.00 |
| 10/16/2015 | $3,247.00 |

# EXHIBIT A

## TRANSFERS TO BADILLO SAATCHI & SAATCHI, INC.

| Date | Payment Amount |
|---|---|
| 10/16/2015 | $6,495.00 |
| 10/28/2015 | $41,684.00 |
| 10/31/2015 | $80,342.00 |
| 11/1/2015 | $18,980.00 |
| 11/7/2015 | $87,338.00 |
| 11/18/2015 | $154,849.00 |
| 12/9/2015 | $19,375.00 |
| 12/19/2015 | $27,327.00 |
| 12/30/2015 | $51,590.00 |
| 1/27/2016 | $10,640.00 |
| 2/6/2016 | $245,841.00 |
| 2/18/2016 | $50,687.00 |
| 2/18/2016 | $152,061.00 |
| 3/3/2016 | $3,847.00 |
| 3/3/2016 | $15,386.00 |
| 3/10/2016 | $2,067.00 |
| 3/25/2016 | $30,336.00 |
| 4/29/2016 | $213,743.00 |
| 5/15/2016 | $697.00 |
| 6/5/2016 | $64,867.00 |
| 6/26/2016 | $671,898.00 |
| 12/12/2016 | $50,839.00 |
| 12/28/2016 | $76,359.00 |

63377573 v1