# EXHIBIT A

EXHIBIT A
TRANSFERS TO BARRERAS, INC.

| Date | Payment Amount |
|---|---|
| 5/22/2013 | $80,715.00 |
| 5/30/2013 | $3,611.00 |
| 7/17/2013 | $84,326.00 |
| 8/7/2013 | $84,326.00 |
| 10/22/2013 | $84,326.00 |
| 10/22/2013 | $87,286.00 |
| 11/4/2013 | $87,725.00 |
| 12/9/2013 | $87,725.00 |
| 12/30/2013 | $87,725.00 |
| 1/3/2014 | $46,225.00 |
| 1/3/2014 | $46,225.00 |
| 1/3/2014 | $46,241.00 |
| 1/9/2014 | $46,225.00 |
| 2/12/2014 | $46,241.00 |
| 3/10/2014 | $87,725.00 |
| 3/14/2014 | $46,225.00 |
| 3/20/2014 | $87,725.00 |
| 3/24/2014 | $46,241.00 |
| 4/3/2014 | $46,225.00 |
| 4/3/2014 | $46,225.00 |
| 4/24/2014 | $87,725.00 |
| 5/1/2014 | $46,241.00 |
| 5/8/2014 | $87,725.00 |
| 5/14/2014 | $87,725.00 |
| 6/6/2014 | $46,241.00 |
| 6/10/2014 | $46,225.00 |
| 6/10/2014 | $46,225.00 |
| 6/10/2014 | $46,225.00 |
| 6/24/2014 | $46,241.00 |
| 6/26/2014 | $87,725.00 |
| 7/7/2014 | $46,225.00 |
| 7/23/2014 | $46,241.00 |
| 7/23/2014 | $87,725.00 |
| 9/18/2014 | $46,241.00 |
| 10/3/2014 | $46,241.00 |
| 10/9/2014 | $46,225.00 |
| 10/9/2014 | $46,225.00 |
| 10/21/2014 | $87,725.00 |
| 10/23/2014 | $90,093.00 |
| 11/3/2014 | $90,444.00 |
| 11/4/2014 | $46,241.00 |
| 11/24/2014 | $46,225.00 |
| 12/10/2014 | $90,443.00 |
| 12/22/2014 | $46,225.00 |
| 12/30/2014 | $46,241.00 |
| 1/5/2015 | $46,241.00 |

EXHIBIT A

TRANSFERS TO BARRERAS, INC.

| Date | Payment Amount |
|---|---|
| 1/5/2015 | $90,443.00 |
| 2/13/2015 | $90,443.00 |
| 3/26/2015 | $90,443.00 |
| 4/1/2015 | $90,443.00 |
| 4/28/2015 | $90,443.00 |
| 6/2/2015 | $46,241.00 |
| 6/17/2015 | $90,443.00 |
| 7/28/2015 | $90,443.00 |
| 9/9/2015 | $90,443.00 |
| 4/4/2016 | $90,444.00 |