# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO EMPRESAS LOYOLA, INC.

| Date | Payment Amount |
|---|---|
| 1/15/2014 | $90,127.00 |
| 1/29/2014 | $47,953.00 |
| 2/19/2014 | $25,234.00 |
| 2/19/2014 | $33,226.00 |
| 4/23/2014 | $34,182.00 |
| 5/6/2014 | $26,190.00 |
| 5/6/2014 | $55,945.00 |
| 5/9/2014 | $26,190.00 |
| 5/14/2014 | $55,945.00 |
| 5/14/2014 | $55,945.00 |
| 6/16/2014 | $55,945.00 |
| 7/23/2014 | $14,123.00 |
| 7/23/2014 | $14,123.00 |
| 7/23/2014 | $26,190.00 |
| 7/23/2014 | $55,945.00 |
| 8/1/2014 | $56,901.00 |
| 9/4/2014 | $12,067.00 |
| 10/2/2014 | $55,945.00 |
| 10/24/2014 | $55,945.00 |
| 10/28/2014 | $55,945.00 |
| 10/31/2014 | $39,501.00 |
| 12/8/2014 | $55,945.00 |
| 1/15/2015 | $12,067.00 |
| 1/15/2015 | $13,023.00 |
| 1/15/2015 | $13,023.00 |
| 1/16/2015 | $68,012.00 |
| 2/6/2015 | $12,067.00 |
| 2/17/2015 | $55,945.00 |
| 3/27/2015 | $55,945.00 |
| 4/27/2015 | $55,945.00 |
| 4/28/2015 | $14,123.00 |
| 5/5/2015 | $26,190.00 |
| 6/3/2015 | $34,182.00 |
| 7/9/2015 | $26,190.00 |
| 7/14/2015 | $47,953.00 |
| 7/16/2015 | $26,190.00 |
| 7/24/2015 | $530.00 |
| 7/24/2015 | $530.00 |
| 10/30/2015 | $13,503.00 |
| 12/2/2015 | $47,953.00 |
| 1/20/2016 | $55,945.00 |
| 3/2/2016 | $34,182.00 |
| 3/29/2016 | $12,067.00 |
| 3/31/2016 | $26,190.00 |
| 3/31/2016 | $47,953.00 |
| 4/4/2016 | $22,115.00 |

# EXHIBIT A

## TRANSFERS TO EMPRESAS LOYOLA, INC.

| Date | Payment Amount |
|---|---|
| 4/4/2016 | $19,932.00 |
| 4/4/2016 | $12,067.00 |
| 4/4/2016 | $47,953.00 |
| 4/6/2016 | $55,945.00 |
| 4/7/2016 | $26,190.00 |
| 4/8/2016 | $55,945.00 |
| 5/5/2016 | $13,923.00 |
| 5/5/2016 | $12,267.00 |
| 5/5/2016 | $55,945.00 |
| 5/5/2016 | $55,945.00 |
| 5/5/2016 | $26,190.00 |
| 5/5/2016 | $26,190.00 |
| 10/3/2016 | $39,961.00 |
| 10/3/2016 | $47,953.00 |
| 10/3/2016 | $47,953.00 |
| 10/3/2016 | $47,953.00 |
| 10/3/2016 | $25,234.00 |
| 11/23/2016 | $12,267.00 |
| 11/23/2016 | $21,915.00 |
| 11/23/2016 | $34,182.00 |
| 11/25/2016 | $26,190.00 |
| 11/25/2016 | $15,984.00 |
| 1/23/2017 | $55,945.00 |
| 1/23/2017 | $55,945.00 |
| 1/23/2017 | $26,190.00 |
| 1/23/2017 | $26,190.00 |
| 2/3/2017 | $55,945.00 |
| 2/3/2017 | $55,945.00 |
| 3/8/2017 | $55,945.00 |
| 3/8/2017 | $7,992.00 |
| 3/10/2017 | $30,686.00 |
| 3/21/2017 | $34,182.00 |
| 3/28/2017 | $82,135.00 |