# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO BEANSTALK INNOVATION PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 2/24/2014 | $245,460.00 |
| 4/23/2014 | $241,778.00 |
| 6/9/2014 | $725,334.00 |
| 9/4/2014 | $725,334.00 |
| 9/18/2014 | $181,334.00 |
| 9/25/2014 | $181,334.00 |
| 9/29/2014 | $725,334.00 |
| 10/10/2014 | $725,334.00 |
| 10/29/2014 | $181,334.00 |
| 11/13/2014 | $181,334.00 |
| 12/19/2014 | $181,334.00 |
| 1/14/2015 | $181,334.00 |
| 1/23/2015 | $181,334.00 |
| 2/5/2015 | $181,334.00 |
| 4/16/2015 | $591.00 |
| 4/16/2015 | $739.00 |
| 4/21/2015 | $2,266.00 |
| 4/21/2015 | $2,807.00 |
| 4/21/2015 | $2,807.00 |
| 4/21/2015 | $561.00 |
| 4/21/2015 | $739.00 |
| 4/21/2015 | $739.00 |
| 4/21/2015 | $739.00 |
| 4/21/2015 | $1,133.00 |
| 4/21/2015 | $1,133.00 |
| 4/21/2015 | $1,359.00 |
| 4/21/2015 | $1,478.00 |
| 5/5/2015 | $2,610.00 |
| 5/5/2015 | $1,133.00 |
| 5/5/2015 | $1,478.00 |
| 5/5/2015 | $1,872.00 |
| 5/11/2015 | $3,369.00 |
| 5/11/2015 | $739.00 |
| 5/28/2015 | $985.00 |
| 5/28/2015 | $1,133.00 |
| 5/28/2015 | $296.00 |
| 5/28/2015 | $2,807.00 |
| 6/23/2015 | $1,133.00 |
| 6/23/2015 | $1,133.00 |
| 7/14/2015 | $739.00 |
| 7/14/2015 | $4,334.00 |
| 7/14/2015 | $3,369.00 |
| 7/14/2015 | $2,807.00 |
| 8/6/2015 | $2,807.00 |
| 8/6/2015 | $2,610.00 |