# EXHIBIT A

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|---|---|
| 5/7/2013 | $9,562.00 |
| 5/7/2013 | $102,804.00 |
| 5/7/2013 | $104,420.00 |
| 5/14/2013 | $3,516.00 |
| 5/14/2013 | $7,483.00 |
| 5/14/2013 | $8,230.00 |
| 5/14/2013 | $710.00 |
| 5/14/2013 | $36,649.00 |
| 5/14/2013 | $222,685.00 |
| 6/13/2013 | $6,508.00 |
| 6/13/2013 | $15,449.00 |
| 6/13/2013 | $27,791.00 |
| 6/13/2013 | $119,316.00 |
| 6/13/2013 | $215,186.00 |
| 6/18/2013 | $4,174.00 |
| 6/18/2013 | $9,527.00 |
| 6/18/2013 | $33,891.00 |
| 6/18/2013 | $79,104.00 |
| 6/18/2013 | $115,267.00 |
| 6/18/2013 | $186,411.00 |
| 6/25/2013 | $2,415.00 |
| 6/25/2013 | $10,650.00 |
| 6/25/2013 | $10,702.00 |
| 6/25/2013 | $12,421.00 |
| 6/25/2013 | $16,981.00 |
| 6/25/2013 | $30,151.00 |
| 6/25/2013 | $33,553.00 |
| 6/25/2013 | $39,901.00 |
| 6/25/2013 | $47,387.00 |
| 6/25/2013 | $56,142.00 |
| 6/25/2013 | $56,962.00 |
| 6/25/2013 | $59,037.00 |
| 6/25/2013 | $67,286.00 |
| 6/25/2013 | $83,098.00 |
| 6/25/2013 | $265,511.00 |
| 6/25/2013 | $1,004.00 |
| 6/25/2013 | $184.00 |
| 6/27/2013 | $19,506.00 |
| 7/18/2013 | $5,903.00 |
| 7/18/2013 | $5,964.00 |
| 7/18/2013 | $6,276.00 |
| 7/18/2013 | $6,929.00 |
| 7/18/2013 | $7,577.00 |
| 7/18/2013 | $7,595.00 |
| 7/18/2013 | $1,302.00 |
| 7/18/2013 | $227.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|---|---|
| 7/22/2013 | $139,446.00 |
| 8/6/2013 | $9,839.00 |
| 8/6/2013 | $35,353.00 |
| 8/8/2013 | $34,380.00 |
| 8/27/2013 | $6,109.00 |
| 8/27/2013 | $15,426.00 |
| 8/27/2013 | $67,946.00 |
| 9/11/2013 | $123,112.00 |
| 9/11/2013 | $371,886.00 |
| 9/17/2013 | $6,512.00 |
| 9/24/2013 | $17,728.00 |
| 9/24/2013 | $17,730.00 |
| 9/24/2013 | $33,641.00 |
| 9/24/2013 | $33,686.00 |
| 9/24/2013 | $33,989.00 |
| 9/24/2013 | $35,271.00 |
| 9/24/2013 | $90,634.00 |
| 9/24/2013 | $244,529.00 |
| 10/1/2013 | $33,540.00 |
| 10/8/2013 | $3,600.00 |
| 10/8/2013 | $7,791.00 |
| 10/8/2013 | $19,599.00 |
| 10/8/2013 | $20,877.00 |
| 10/8/2013 | $39,179.00 |
| 10/8/2013 | $44,302.00 |
| 10/8/2013 | $74,948.00 |
| 10/8/2013 | $193,780.00 |
| 10/8/2013 | $301,336.00 |
| 10/8/2013 | $1,342.00 |
| 10/29/2013 | $3,022.00 |
| 10/29/2013 | $7,411.00 |
| 10/29/2013 | $35,642.00 |
| 10/29/2013 | $1,121.00 |
| 11/12/2013 | $18,542.00 |
| 11/13/2013 | $10,939.00 |
| 11/13/2013 | $11,072.00 |
| 11/22/2013 | $10,203.00 |
| 11/22/2013 | $25,886.00 |
| 12/4/2013 | $9,041.00 |
| 12/4/2013 | $11,652.00 |
| 12/4/2013 | $34,049.00 |
| 12/23/2013 | $204,032.00 |
| 12/23/2013 | $888,666.00 |
| 12/27/2013 | $74,881.00 |
| 12/27/2013 | $140,543.00 |
| 1/14/2014 | $2,131.00 |

63377627 v1

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 1/14/2014 | $11,233.00 |
| 1/14/2014 | $13,028.00 |
| 1/14/2014 | $14,635.00 |
| 1/14/2014 | $18,493.00 |
| 1/14/2014 | $35,800.00 |
| 1/14/2014 | $1,705.00 |
| 2/5/2014 | $14,690.00 |
| 2/5/2014 | $144,082.00 |
| 2/5/2014 | $22.00 |
| 2/11/2014 | $3,895.00 |
| 2/11/2014 | $27,832.00 |
| 2/11/2014 | $29,311.00 |
| 2/11/2014 | $29,971.00 |
| 2/11/2014 | $30,686.00 |
| 2/11/2014 | $32,324.00 |
| 2/21/2014 | $3,410.00 |
| 2/21/2014 | $35,800.00 |
| 2/21/2014 | $887.00 |
| 2/21/2014 | $246,089.00 |
| 2/25/2014 | $355.00 |
| 2/25/2014 | $13,489.00 |
| 2/25/2014 | $66,804.00 |
| 2/25/2014 | $78,194.00 |
| 3/4/2014 | $20,385.00 |
| 3/4/2014 | $23,052.00 |
| 3/4/2014 | $99,360.00 |
| 3/4/2014 | $1,552.00 |
| 3/4/2014 | $1,832.00 |
| 3/11/2014 | $72,928.00 |
| 3/27/2014 | $5,344.00 |
| 3/27/2014 | $6,751.00 |
| 3/27/2014 | $28,123.00 |
| 4/1/2014 | $6,918.00 |
| 4/7/2014 | $2,039.00 |
| 4/7/2014 | $355.00 |
| 4/7/2014 | $15,308.00 |
| 4/7/2014 | $120,416.00 |
| 4/15/2014 | $3,286.00 |
| 4/15/2014 | $8,175.00 |
| 4/15/2014 | $35,255.00 |
| 4/15/2014 | $51,311.00 |
| 4/15/2014 | $77,829.00 |
| 4/15/2014 | $343,437.00 |
| 4/15/2014 | $1,226.00 |
| 4/18/2014 | $7,280.00 |
| 4/18/2014 | $172,466.00 |

A-3

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 4/30/2014 | $56,142.00 |
| 4/30/2014 | $165,480.00 |
| 5/20/2014 | $688,715.00 |
| 5/20/2014 | $1,659.00 |
| 5/28/2014 | $2,394.00 |
| 5/28/2014 | $5,826.00 |
| 5/28/2014 | $16,230.00 |
| 5/28/2014 | $159,005.00 |
| 5/28/2014 | $366,828.00 |
| 6/10/2014 | $6,200.00 |
| 6/10/2014 | $7,183.00 |
| 6/10/2014 | $621.00 |
| 6/10/2014 | $26,087.00 |
| 6/10/2014 | $781.00 |
| 6/17/2014 | $27,747.00 |
| 6/17/2014 | $42,940.00 |
| 6/17/2014 | $66,166.00 |
| 6/24/2014 | $26,105.00 |
| 6/24/2014 | $26,981.00 |
| 6/24/2014 | $96,060.00 |
| 6/24/2014 | $407,993.00 |
| 6/24/2014 | $527,607.00 |
| 7/1/2014 | $14,525.00 |
| 7/1/2014 | $142.00 |
| 7/1/2014 | $275,434.00 |
| 7/8/2014 | $10,424.00 |
| 7/22/2014 | $2,238.00 |
| 7/22/2014 | $9,140.00 |
| 7/22/2014 | $11,398.00 |
| 7/22/2014 | $19,656.00 |
| 7/22/2014 | $1,710.00 |
| 8/12/2014 | $417.00 |
| 8/12/2014 | $10,844.00 |
| 8/12/2014 | $33,182.00 |
| 8/12/2014 | $1,575.00 |
| 8/20/2014 | $28,804.00 |
| 8/20/2014 | $55,675.00 |
| 8/20/2014 | $352,502.00 |
| 8/26/2014 | $4,418.00 |
| 8/26/2014 | $11,741.00 |
| 8/26/2014 | $22,075.00 |
| 9/9/2014 | $4,665.00 |
| 9/9/2014 | $9,593.00 |
| 9/9/2014 | $28,921.00 |
| 9/16/2014 | $3,520.00 |
| 9/16/2014 | $7,987.00 |

## TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 9/16/2014 | $10,394.00 |
| 9/16/2014 | $11,446.00 |
| 9/16/2014 | $16,504.00 |
| 9/16/2014 | $22,032.00 |
| 9/16/2014 | $29,363.00 |
| 9/16/2014 | $206,969.00 |
| 9/16/2014 | $254,457.00 |
| 9/16/2014 | $267,494.00 |
| 9/16/2014 | $419,900.00 |
| 9/23/2014 | $6,706.00 |
| 9/23/2014 | $58,135.00 |
| 9/23/2014 | $155,944.00 |
| 9/30/2014 | $8,871.00 |
| 9/30/2014 | $9,484.00 |
| 9/30/2014 | $10,066.00 |
| 9/30/2014 | $72,137.00 |
| 9/30/2014 | $138,137.00 |
| 9/30/2014 | $288,005.00 |
| 9/30/2014 | $1,093.00 |
| 10/7/2014 | $693,134.00 |
| 10/14/2014 | $3,370.00 |
| 10/14/2014 | $27,335.00 |
| 10/14/2014 | $65,524.00 |
| 10/14/2014 | $109,203.00 |
| 10/14/2014 | $1,254.00 |
| 10/21/2014 | $81,486.00 |
| 10/28/2014 | $428.00 |
| 10/28/2014 | $30,815.00 |
| 11/4/2014 | $15,621.00 |
| 11/4/2014 | $211,594.00 |
| 11/12/2014 | $2,291.00 |
| 11/13/2014 | $321,413.00 |
| 11/19/2014 | $427.00 |
| 11/19/2014 | $10,124.00 |
| 11/19/2014 | $16,370.00 |
| 11/26/2014 | $195,388.00 |
| 11/26/2014 | $1,350.00 |
| 12/16/2014 | $21,049.00 |
| 12/16/2014 | $21,583.00 |
| 12/16/2014 | $145,849.00 |
| 12/16/2014 | $278,259.00 |
| 12/19/2014 | $172,354.00 |
| 1/5/2015 | $5,558.00 |
| 1/5/2015 | $298,325.00 |
| 1/5/2015 | $364,819.00 |
| 1/5/2015 | $1,253.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|---|---|
| 1/9/2015 | $20,832.00 |
| 1/16/2015 | $2,906.00 |
| 1/16/2015 | $4,565.00 |
| 1/16/2015 | $599.00 |
| 1/16/2015 | $17,048.00 |
| 1/16/2015 | $57,435.00 |
| 1/16/2015 | $63,924.00 |
| 1/16/2015 | $79,774.00 |
| 1/16/2015 | $97,198.00 |
| 1/27/2015 | $5,134.00 |
| 1/27/2015 | $7,530.00 |
| 1/27/2015 | $20,096.00 |
| 2/6/2015 | $10,433.00 |
| 2/6/2015 | $21,920.00 |
| 2/6/2015 | $51,280.00 |
| 2/17/2015 | $9,669.00 |
| 2/17/2015 | $394,012.00 |
| 2/24/2015 | $23,731.00 |
| 2/24/2015 | $214,809.00 |
| 2/27/2015 | $52,973.00 |
| 2/27/2015 | $176,024.00 |
| 2/27/2015 | $202,810.00 |
| 3/2/2015 | $180,466.00 |
| 3/2/2015 | $195,474.00 |
| 3/2/2015 | $245,507.00 |
| 3/10/2015 | $4,174.00 |
| 3/10/2015 | $8,067.00 |
| 3/10/2015 | $13,648.00 |
| 3/10/2015 | $30,047.00 |
| 3/18/2015 | $672,534.00 |
| 3/20/2015 | $329,930.00 |
| 3/24/2015 | $7,620.00 |
| 3/24/2015 | $11,918.00 |
| 3/24/2015 | $15,552.00 |
| 3/31/2015 | $22,420.00 |
| 3/31/2015 | $24,305.00 |
| 3/31/2015 | $74,242.00 |
| 4/7/2015 | $22,414.00 |
| 4/7/2015 | $166,086.00 |
| 4/14/2015 | $10,280.00 |
| 4/14/2015 | $46,664.00 |
| 4/14/2015 | $101,828.00 |
| 4/14/2015 | $188.00 |
| 4/21/2015 | $706.00 |
| 4/21/2015 | $45,416.00 |
| 4/28/2015 | $4,986.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------:|
| 4/28/2015 | $6,094.00 |
| 4/28/2015 | $6,933.00 |
| 4/28/2015 | $13,963.00 |
| 4/28/2015 | $29,547.00 |
| 5/13/2015 | $10,648.00 |
| 5/13/2015 | $10,706.00 |
| 5/13/2015 | $187,146.00 |
| 5/19/2015 | $6,548.00 |
| 5/19/2015 | $6,842.00 |
| 5/19/2015 | $12,818.00 |
| 5/19/2015 | $14,143.00 |
| 5/19/2015 | $15,364.00 |
| 5/19/2015 | $16,200.00 |
| 5/19/2015 | $20,726.00 |
| 5/19/2015 | $41,983.00 |
| 5/19/2015 | $91,126.00 |
| 5/19/2015 | $348,538.00 |
| 5/27/2015 | $3,645.00 |
| 5/27/2015 | $5,922.00 |
| 5/27/2015 | $207,420.00 |
| 5/27/2015 | $18,833.00 |
| 5/27/2015 | $1,762.00 |
| 6/4/2015 | $238,523.00 |
| 6/10/2015 | $139,357.00 |
| 6/10/2015 | $2,595.00 |
| 6/10/2015 | $9,895.00 |
| 6/10/2015 | $8,141.00 |
| 6/16/2015 | $303,175.00 |
| 6/16/2015 | $200,610.00 |
| 6/16/2015 | $8,387.00 |
| 6/16/2015 | $4,041.00 |
| 6/16/2015 | $12,449.00 |
| 6/16/2015 | $92,648.00 |
| 6/16/2015 | $8,371.00 |
| 6/16/2015 | $83,795.00 |
| 6/16/2015 | $8,656.00 |
| 6/23/2015 | $9,590.00 |
| 6/23/2015 | $3,775.00 |
| 6/23/2015 | $17,660.00 |
| 7/1/2015 | $8,873.00 |
| 7/1/2015 | $45,423.00 |
| 7/14/2015 | $5,609.00 |
| 7/14/2015 | $5,161.00 |
| 7/14/2015 | $65,013.00 |
| 7/14/2015 | $1,917.00 |
| 7/14/2015 | $8,294.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|----------------|
| 7/20/2015 | $184,765.00 |
| 7/20/2015 | $179,195.00 |
| 7/20/2015 | $178,671.00 |
| 7/20/2015 | $360,784.00 |
| 7/20/2015 | $57,291.00 |
| 7/20/2015 | $94,109.00 |
| 7/20/2015 | $186,258.00 |
| 7/20/2015 | $87,455.00 |
| 7/20/2015 | $8,430.00 |
| 7/20/2015 | $99,608.00 |
| 7/30/2015 | $220,569.00 |
| 7/30/2015 | $4,318.00 |
| 7/30/2015 | $9,247.00 |
| 7/30/2015 | $87,121.00 |
| 8/4/2015 | $32,673.00 |
| 8/4/2015 | $55,596.00 |
| 8/4/2015 | $193,537.00 |
| 8/4/2015 | $50,375.00 |
| 8/4/2015 | $91,235.00 |
| 8/11/2015 | $7,999.00 |
| 8/11/2015 | $267,726.00 |
| 8/11/2015 | $139,879.00 |
| 8/11/2015 | $57,382.00 |
| 8/11/2015 | $63,684.00 |
| 8/11/2015 | $65,307.00 |
| 8/11/2015 | $11,324.00 |
| 8/11/2015 | $3,576.00 |
| 8/18/2015 | $164,286.00 |
| 8/18/2015 | $443,667.00 |
| 8/18/2015 | $221,503.00 |
| 8/18/2015 | $261,968.00 |
| 8/18/2015 | $29,300.00 |
| 8/28/2015 | $4,874.00 |
| 9/11/2015 | $30,453.00 |
| 9/11/2015 | $7,828.00 |
| 9/11/2015 | $182,928.00 |
| 9/11/2015 | $16,446.00 |
| 9/11/2015 | $167,137.00 |
| 9/11/2015 | $181,185.00 |
| 9/16/2015 | $9,480.00 |
| 9/16/2015 | $28,709.00 |
| 9/16/2015 | $8,268.00 |
| 9/22/2015 | $9,967.00 |
| 9/22/2015 | $11,371.00 |
| 9/22/2015 | $1,248.00 |
| 9/22/2015 | $2,352.00 |

63377627 v1

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 9/22/2015 | $4,266.00 |
| 9/22/2015 | $187,796.00 |
| 9/22/2015 | $6,727.00 |
| 9/22/2015 | $1,097.00 |
| 9/22/2015 | $202.00 |
| 9/29/2015 | $14,946.00 |
| 9/29/2015 | $2,120.00 |
| 9/29/2015 | $1,300.00 |
| 9/29/2015 | $24,891.00 |
| 9/29/2015 | $24,730.00 |
| 9/29/2015 | $6,523.00 |
| 10/7/2015 | $5,634.00 |
| 10/7/2015 | $248,876.00 |
| 10/7/2015 | $7,723.00 |
| 10/7/2015 | $3,014.00 |
| 10/7/2015 | $7,164.00 |
| 10/13/2015 | $940.00 |
| 10/13/2015 | $1,745.00 |
| 10/13/2015 | $6,634.00 |
| 10/13/2015 | $8,212.00 |
| 10/13/2015 | $74.00 |
| 10/13/2015 | $355.00 |
| 10/23/2015 | $3,330.00 |
| 10/23/2015 | $158,651.00 |
| 10/23/2015 | $249,615.00 |
| 10/23/2015 | $4,295.00 |
| 10/27/2015 | $8,593.00 |
| 10/27/2015 | $37,430.00 |
| 10/27/2015 | $10,991.00 |
| 10/27/2015 | $14,391.00 |
| 10/27/2015 | $45,817.00 |
| 10/27/2015 | $26.00 |
| 11/3/2015 | $3,688.00 |
| 11/3/2015 | $8,276.00 |
| 11/3/2015 | $1,964.00 |
| 11/3/2015 | $5,612.00 |
| 11/3/2015 | $13,332.00 |
| 11/3/2015 | $8,752.00 |
| 11/12/2015 | $43,822.00 |
| 11/12/2015 | $21,372.00 |
| 11/17/2015 | $243,443.00 |
| 11/17/2015 | $2,582.00 |
| 11/17/2015 | $8,261.00 |
| 12/17/2015 | $228,198.00 |
| 12/17/2015 | $84,213.00 |
| 12/17/2015 | $243,374.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 12/17/2015 | $179,165.00 |
| 12/22/2015 | $6,344.00 |
| 12/22/2015 | $1,330.00 |
| 12/22/2015 | $238,697.00 |
| 12/22/2015 | $399.00 |
| 12/22/2015 | $2,972.00 |
| 12/22/2015 | $820.00 |
| 12/22/2015 | $6,416.00 |
| 12/22/2015 | $1,840.00 |
| 12/22/2015 | $13,521.00 |
| 12/22/2015 | $7,303.00 |
| 12/22/2015 | $669.00 |
| 12/22/2015 | $55,260.00 |
| 12/22/2015 | $4,016.00 |
| 12/22/2015 | $20,433.00 |
| 1/12/2016 | $4,091.00 |
| 1/12/2016 | $13,652.00 |
| 1/20/2016 | $33,999.00 |
| 2/3/2016 | $11,634.00 |
| 2/3/2016 | $4,226.00 |
| 2/3/2016 | $51,908.00 |
| 2/3/2016 | $42,452.00 |
| 2/3/2016 | $12,539.00 |
| 2/3/2016 | $11,960.00 |
| 2/3/2016 | $6,873.00 |
| 2/3/2016 | $15,950.00 |
| 2/3/2016 | $7,392.00 |
| 2/3/2016 | $5,628.00 |
| 2/3/2016 | $21,446.00 |
| 2/10/2016 | $183,467.00 |
| 2/16/2016 | $183,476.00 |
| 2/16/2016 | $14,007.00 |
| 2/16/2016 | $53,945.00 |
| 2/16/2016 | $5,405.00 |
| 2/16/2016 | $86.00 |
| 2/16/2016 | $5,889.00 |
| 2/16/2016 | $5,618.00 |
| 2/16/2016 | $6,132.00 |
| 2/16/2016 | $5,676.00 |
| 2/16/2016 | $11,851.00 |
| 2/16/2016 | $5,913.00 |
| 2/16/2016 | $11,510.00 |
| 2/16/2016 | $6,186.00 |
| 3/1/2016 | $14,407.00 |
| 3/1/2016 | $18,038.00 |
| 3/1/2016 | $665.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|---|---|
| 3/1/2016 | $5,845.00 |
| 3/1/2016 | $3,247.00 |
| 3/1/2016 | $6,237.00 |
| 3/1/2016 | $1,285.00 |
| 3/1/2016 | $14,585.00 |
| 3/1/2016 | $1,229.00 |
| 3/1/2016 | $576.00 |
| 3/1/2016 | $4,991.00 |
| 3/1/2016 | $34,534.00 |
| 3/1/2016 | $188,547.00 |
| 3/7/2016 | $282,390.00 |
| 3/7/2016 | $206,171.00 |
| 3/7/2016 | $146,971.00 |
| 3/7/2016 | $54,652.00 |
| 3/7/2016 | $42,930.00 |
| 3/7/2016 | $148,413.00 |
| 3/10/2016 | $53,394.00 |
| 3/10/2016 | $2,969.00 |
| 3/10/2016 | $3,812.00 |
| 3/10/2016 | $108,855.00 |
| 3/10/2016 | $10,901.00 |
| 3/17/2016 | $30,527.00 |
| 3/17/2016 | $35,818.00 |
| 3/17/2016 | $46,980.00 |
| 3/17/2016 | $9,543.00 |
| 3/22/2016 | $33,611.00 |
| 3/22/2016 | $1,360.00 |
| 3/22/2016 | $1,115.00 |
| 3/22/2016 | $2,040.00 |
| 3/22/2016 | $21,571.00 |
| 3/22/2016 | $3,401.00 |
| 3/22/2016 | $1,160.00 |
| 3/22/2016 | $1,205.00 |
| 3/22/2016 | $5,544.00 |
| 4/6/2016 | $99,463.00 |
| 4/6/2016 | $5,484.00 |
| 4/6/2016 | $30,952.00 |
| 4/7/2016 | $20,831.00 |
| 4/7/2016 | $5,815.00 |
| 4/7/2016 | $1,684.00 |
| 4/7/2016 | $8,036.00 |
| 4/7/2016 | $15,413.00 |
| 4/7/2016 | $17,652.00 |
| 4/7/2016 | $37,339.00 |
| 4/7/2016 | $176,034.00 |
| 4/7/2016 | $16,749.00 |

63377627 v1

## TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 5/2/2016 | $8,124.00 |
| 5/2/2016 | $3,361.00 |
| 5/2/2016 | $329,996.00 |
| 5/2/2016 | $417.00 |
| 5/2/2016 | $6,843.00 |
| 5/2/2016 | $6,624.00 |
| 5/2/2016 | $105,742.00 |
| 5/2/2016 | $2,261.00 |
| 5/2/2016 | $56,441.00 |
| 5/2/2016 | $10,478.00 |
| 5/2/2016 | $13,833.00 |
| 5/2/2016 | $252,510.00 |
| 5/2/2016 | $286,296.00 |
| 5/2/2016 | $3,635.00 |
| 5/2/2016 | $4,174.00 |
| 5/2/2016 | $6,435.00 |
| 5/2/2016 | $26,706.00 |
| 5/2/2016 | $18,731.00 |
| 5/2/2016 | $3,905.00 |
| 5/2/2016 | $53,968.00 |
| 5/2/2016 | $2,792.00 |
| 5/2/2016 | $11,620.00 |
| 5/2/2016 | $7,475.00 |
| 5/2/2016 | $293,775.00 |
| 5/2/2016 | $8,412.00 |
| 5/2/2016 | $79,034.00 |
| 5/2/2016 | $14,546.00 |
| 5/2/2016 | $89,479.00 |
| 5/2/2016 | $100,735.00 |
| 5/2/2016 | $32,543.00 |
| 5/2/2016 | $14,923.00 |
| 5/2/2016 | $26,415.00 |
| 5/2/2016 | $27,816.00 |
| 5/2/2016 | $14,703.00 |
| 5/2/2016 | $79,790.00 |
| 5/2/2016 | $6,811.00 |
| 5/2/2016 | $119,510.00 |
| 5/2/2016 | $13,122.00 |
| 5/2/2016 | $12,847.00 |
| 5/2/2016 | $96,368.00 |
| 5/2/2016 | $30,386.00 |
| 5/2/2016 | $18,192.00 |
| 5/2/2016 | $16,139.00 |
| 5/18/2016 | $95.00 |
| 5/18/2016 | $10,941.00 |
| 5/18/2016 | $11,404.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 5/18/2016 | $184.00 |
| 5/18/2016 | $142.00 |
| 5/18/2016 | $9,855.00 |
| 5/24/2016 | $16,872.00 |
| 5/24/2016 | $50,565.00 |
| 5/24/2016 | $20,984.00 |
| 6/3/2016 | $3,678.00 |
| 6/7/2016 | $10,379.00 |
| 6/7/2016 | $6,548.00 |
| 6/7/2016 | $8,264.00 |
| 6/7/2016 | $674.00 |
| 6/7/2016 | $2,467.00 |
| 6/7/2016 | $168,924.00 |
| 6/7/2016 | $12,526.00 |
| 6/7/2016 | $181,885.00 |
| 6/7/2016 | $2,588.00 |
| 6/7/2016 | $8,275.00 |
| 6/7/2016 | $28,667.00 |
| 6/14/2016 | $174,849.00 |
| 6/14/2016 | $121,831.00 |
| 6/14/2016 | $6,504.00 |
| 6/14/2016 | $92,485.00 |
| 6/14/2016 | $54,506.00 |
| 6/14/2016 | $1,078.00 |
| 6/14/2016 | $19,842.00 |
| 6/20/2016 | $8,571.00 |
| 6/20/2016 | $4,186.00 |
| 6/20/2016 | $5,556.00 |
| 6/28/2016 | $268.00 |
| 6/28/2016 | $22,512.00 |
| 6/28/2016 | $2,139.00 |
| 6/28/2016 | $25,201.00 |
| 6/28/2016 | $2,021.00 |
| 6/28/2016 | $6,140.00 |
| 6/29/2016 | $220,959.00 |
| 6/29/2016 | $319,510.00 |
| 6/29/2016 | $119,889.00 |
| 6/29/2016 | $8,861.00 |
| 6/29/2016 | $298,548.00 |
| 6/29/2016 | $260,604.00 |
| 7/6/2016 | $4,525.00 |
| 7/6/2016 | $4,933.00 |
| 7/6/2016 | $12,241.00 |
| 7/6/2016 | $1,831.00 |
| 7/6/2016 | $13,109.00 |
| 7/6/2016 | $924.00 |

63377627 v1

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 7/6/2016 | $290.00 |
| 7/6/2016 | $8,838.00 |
| 7/6/2016 | $6,741.00 |
| 7/6/2016 | $670.00 |
| 7/6/2016 | $13,067.00 |
| 7/6/2016 | $5,499.00 |
| 7/8/2016 | $31,392.00 |
| 7/8/2016 | $17,481.00 |
| 7/8/2016 | $33,838.00 |
| 7/8/2016 | $68,642.00 |
| 7/8/2016 | $28,209.00 |
| 7/12/2016 | $9,425.00 |
| 7/12/2016 | $9,556.00 |
| 7/12/2016 | $9,222.00 |
| 7/12/2016 | $6,939.00 |
| 7/18/2016 | $44,451.00 |
| 7/19/2016 | $17,202.00 |
| 8/4/2016 | $53,070.00 |
| 8/4/2016 | $65,589.00 |
| 8/4/2016 | $44,557.00 |
| 8/9/2016 | $2,947.00 |
| 8/9/2016 | $17,016.00 |
| 8/9/2016 | $63,904.00 |
| 8/9/2016 | $3,283.00 |
| 8/9/2016 | $1,706.00 |
| 8/19/2016 | $127,639.00 |
| 8/19/2016 | $124,242.00 |
| 8/19/2016 | $7,581.00 |
| 8/19/2016 | $13,320.00 |
| 8/23/2016 | $775.00 |
| 8/23/2016 | $4,961.00 |
| 9/13/2016 | $34,827.00 |
| 9/13/2016 | $30,771.00 |
| 9/13/2016 | $44,916.00 |
| 9/13/2016 | $41,115.00 |
| 9/13/2016 | $19,451.00 |
| 9/13/2016 | $25,520.00 |
| 9/13/2016 | $25,315.00 |
| 9/13/2016 | $28,735.00 |
| 9/15/2016 | $66,240.00 |
| 9/15/2016 | $68,712.00 |
| 9/20/2016 | $50,018.00 |
| 9/20/2016 | $2,665.00 |
| 9/20/2016 | $6,190.00 |
| 9/20/2016 | $134,999.00 |
| 9/20/2016 | $188,788.00 |

## TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 9/20/2016 | $38,345.00 |
| 9/27/2016 | $4,759.00 |
| 9/27/2016 | $6,091.00 |
| 9/27/2016 | $2,693.00 |
| 9/27/2016 | $10,991.00 |
| 10/4/2016 | $20,021.00 |
| 10/4/2016 | $208,128.00 |
| 10/4/2016 | $25,125.00 |
| 10/4/2016 | $9,343.00 |
| 10/4/2016 | $26,227.00 |
| 10/4/2016 | $17,304.00 |
| 10/4/2016 | $7,979.00 |
| 10/4/2016 | $43,038.00 |
| 10/4/2016 | $9,473.00 |
| 10/4/2016 | $643.00 |
| 10/4/2016 | $7,535.00 |
| 10/4/2016 | $73,074.00 |
| 10/4/2016 | $265,948.00 |
| 10/4/2016 | $7,195.00 |
| 10/4/2016 | $128,541.00 |
| 10/4/2016 | $505.00 |
| 10/4/2016 | $59,637.00 |
| 10/4/2016 | $67,328.00 |
| 10/4/2016 | $45,302.00 |
| 10/11/2016 | $8,929.00 |
| 10/11/2016 | $345,152.00 |
| 10/11/2016 | $74,842.00 |
| 10/11/2016 | $267,399.00 |
| 10/19/2016 | $384.00 |
| 10/19/2016 | $205,247.00 |
| 10/19/2016 | $22,882.00 |
| 10/19/2016 | $23,342.00 |
| 10/19/2016 | $96,604.00 |
| 10/19/2016 | $70,627.00 |
| 10/26/2016 | $29,061.00 |
| 11/2/2016 | $42,076.00 |
| 11/2/2016 | $14,428.00 |
| 11/7/2016 | $1,558.00 |
| 11/7/2016 | $1,054.00 |
| 11/7/2016 | $40,372.00 |
| 11/7/2016 | $71,831.00 |
| 11/7/2016 | $4,184.00 |
| 11/7/2016 | $536.00 |
| 11/7/2016 | $1,706.00 |
| 11/7/2016 | $478.00 |
| 11/7/2016 | $2,704.00 |

## TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 11/7/2016 | $4,125.00 |
| 11/14/2016 | $28,137.00 |
| 11/14/2016 | $22,731.00 |
| 11/14/2016 | $40,791.00 |
| 11/14/2016 | $20,331.00 |
| 11/14/2016 | $22,581.00 |
| 11/23/2016 | $74,843.00 |
| 11/23/2016 | $9,986.00 |
| 11/28/2016 | $1,924.00 |
| 11/28/2016 | $35,000.00 |
| 11/28/2016 | $48,234.00 |
| 11/28/2016 | $75,144.00 |
| 11/28/2016 | $5,477.00 |
| 11/28/2016 | $2,261.00 |
| 11/28/2016 | $61,674.00 |
| 11/28/2016 | $19,877.00 |
| 12/9/2016 | $3,480.00 |
| 12/9/2016 | $11,514.00 |
| 12/9/2016 | $7,642.00 |
| 12/9/2016 | $7,848.00 |
| 12/9/2016 | $583.00 |
| 12/9/2016 | $817.00 |
| 12/9/2016 | $200,448.00 |
| 12/9/2016 | $70,005.00 |
| 12/9/2016 | $438.00 |
| 12/13/2016 | $1,271.00 |
| 12/13/2016 | $476.00 |
| 12/13/2016 | $377.00 |
| 12/13/2016 | $3,967.00 |
| 12/13/2016 | $2,096.00 |
| 12/13/2016 | $1,108.00 |
| 12/13/2016 | $1,108.00 |
| 12/13/2016 | $171.00 |
| 12/13/2016 | $532.00 |
| 12/13/2016 | $4,700.00 |
| 12/13/2016 | $887.00 |
| 12/13/2016 | $4,910.00 |
| 12/13/2016 | $665.00 |
| 12/13/2016 | $3,057.00 |
| 12/13/2016 | $1,508.00 |
| 12/13/2016 | $2,401.00 |
| 12/13/2016 | $59,286.00 |
| 12/13/2016 | $73,065.00 |
| 12/13/2016 | $60,886.00 |
| 12/13/2016 | $73,131.00 |
| 12/13/2016 | $56,909.00 |

63377627 v1

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 12/28/2016 | $1,309.00 |
| 12/28/2016 | $11,686.00 |
| 12/28/2016 | $21,666.00 |
| 12/28/2016 | $12,187.00 |
| 12/28/2016 | $4,120.00 |
| 12/28/2016 | $4,556.00 |
| 12/28/2016 | $22,763.00 |
| 12/28/2016 | $22,959.00 |
| 12/28/2016 | $2,081.00 |
| 12/28/2016 | $14,285.00 |
| 12/28/2016 | $14,410.00 |
| 12/28/2016 | $26,628.00 |
| 12/28/2016 | $19,169.00 |
| 12/28/2016 | $9,355.00 |
| 12/28/2016 | $6,654.00 |
| 12/28/2016 | $6,529.00 |
| 12/28/2016 | $3,645.00 |
| 12/28/2016 | $5,083.00 |
| 12/28/2016 | $74,719.00 |
| 12/28/2016 | $45,505.00 |
| 12/28/2016 | $12,180.00 |
| 12/28/2016 | $26,244.00 |
| 12/28/2016 | $31,046.00 |
| 12/28/2016 | $42,730.00 |
| 1/12/2017 | $9,588.00 |
| 1/12/2017 | $8,155.00 |
| 1/12/2017 | $476.00 |
| 1/12/2017 | $236.00 |
| 1/12/2017 | $12,525.00 |
| 1/12/2017 | $2,631.00 |
| 1/12/2017 | $13,254.00 |
| 1/12/2017 | $794.00 |
| 1/12/2017 | $12,534.00 |
| 1/12/2017 | $631.00 |
| 1/12/2017 | $12,565.00 |
| 1/12/2017 | $11,447.00 |
| 1/12/2017 | $12,939.00 |
| 1/12/2017 | $315.00 |
| 1/12/2017 | $8,338.00 |
| 1/12/2017 | $12,472.00 |
| 1/12/2017 | $639.00 |
| 1/12/2017 | $4,550.00 |
| 1/12/2017 | $10,567.00 |
| 1/17/2017 | $3,841.00 |
| 1/17/2017 | $257,788.00 |
| 1/17/2017 | $15,538.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 1/17/2017 | $60,172.00 |
| 1/17/2017 | $221,431.00 |
| 1/17/2017 | $220,537.00 |
| 1/17/2017 | $31,645.00 |
| 1/17/2017 | $35,913.00 |
| 1/17/2017 | $15,125.00 |
| 1/17/2017 | $5,037.00 |
| 1/17/2017 | $59,542.00 |
| 1/17/2017 | $69,284.00 |
| 1/24/2017 | $39,064.00 |
| 1/24/2017 | $255.00 |
| 1/24/2017 | $7,524.00 |
| 1/24/2017 | $4,541.00 |
| 1/24/2017 | $612.00 |
| 1/24/2017 | $77,317.00 |
| 1/24/2017 | $4,753.00 |
| 1/27/2017 | $7,355.00 |
| 1/27/2017 | $49,130.00 |
| 1/27/2017 | $23,232.00 |
| 2/6/2017 | $2,529.00 |
| 2/6/2017 | $49,885.00 |
| 2/13/2017 | $46,328.00 |
| 2/13/2017 | $172.00 |
| 2/13/2017 | $207.00 |
| 2/13/2017 | $2,353.00 |
| 2/21/2017 | $71,804.00 |
| 2/21/2017 | $1,596.00 |
| 2/21/2017 | $1,596.00 |
| 2/21/2017 | $5,120.00 |
| 2/21/2017 | $3,047.00 |
| 2/21/2017 | $1,093.00 |
| 2/21/2017 | $1,596.00 |
| 2/21/2017 | $1,524.00 |
| 2/21/2017 | $15,766.00 |
| 2/21/2017 | $97,865.00 |
| 2/21/2017 | $32,431.00 |
| 2/21/2017 | $9,268.00 |
| 2/21/2017 | $31,064.00 |
| 2/28/2017 | $110,831.00 |
| 2/28/2017 | $79,255.00 |
| 2/28/2017 | $66,346.00 |
| 2/28/2017 | $17,846.00 |
| 2/28/2017 | $358,555.00 |
| 2/28/2017 | $49,870.00 |
| 2/28/2017 | $75,075.00 |
| 2/28/2017 | $76,399.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------:|
| 2/28/2017 | $12,343.00 |
| 3/6/2017 | $1,596.00 |
| 3/6/2017 | $1,594.00 |
| 3/6/2017 | $3,088.00 |
| 3/6/2017 | $1,341.00 |
| 3/6/2017 | $1,596.00 |
| 3/6/2017 | $1,506.00 |
| 3/6/2017 | $831.00 |
| 3/6/2017 | $1,596.00 |
| 3/6/2017 | $79,245.00 |
| 3/6/2017 | $77,763.00 |
| 3/6/2017 | $1,596.00 |
| 3/6/2017 | $1,596.00 |
| 3/6/2017 | $1,182.00 |
| 3/6/2017 | $709.00 |
| 3/6/2017 | $111.00 |
| 3/6/2017 | $79,563.00 |
| 3/6/2017 | $1,596.00 |
| 3/6/2017 | $1,759.00 |
| 3/6/2017 | $2,663.00 |
| 3/6/2017 | $3,402.00 |
| 3/6/2017 | $3,195.00 |
| 3/6/2017 | $1,329.00 |
| 3/6/2017 | $1,596.00 |
| 3/6/2017 | $1,182.00 |
| 3/6/2017 | $3,491.00 |
| 3/6/2017 | $1,596.00 |
| 3/6/2017 | $6,453.00 |
| 3/6/2017 | $9,884.00 |
| 3/6/2017 | $35,067.00 |
| 3/6/2017 | $38,326.00 |
| 3/6/2017 | $43,607.00 |
| 3/6/2017 | $5,940.00 |
| 3/6/2017 | $1,276.00 |
| 3/6/2017 | $1,252.00 |
| 3/6/2017 | $19,219.00 |
| 3/14/2017 | $23,156.00 |
| 3/14/2017 | $295,442.00 |
| 3/14/2017 | $27,250.00 |
| 3/14/2017 | $60,030.00 |
| 3/14/2017 | $50,409.00 |
| 3/14/2017 | $236,531.00 |
| 3/14/2017 | $20,748.00 |
| 3/14/2017 | $21,247.00 |
| 3/14/2017 | $17,091.00 |
| 3/14/2017 | $59,613.00 |

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------|
| 3/14/2017 | $15,662.00 |
| 3/21/2017 | $1,968.00 |
| 3/21/2017 | $11,056.00 |
| 3/21/2017 | $2,119.00 |
| 3/21/2017 | $5,334.00 |
| 3/21/2017 | $6,075.00 |
| 3/21/2017 | $6,508.00 |
| 3/21/2017 | $231.00 |
| 3/21/2017 | $38.00 |
| 3/21/2017 | $948.00 |
| 3/21/2017 | $1,372.00 |
| 3/21/2017 | $5,315.00 |
| 3/21/2017 | $2,248.00 |
| 3/21/2017 | $109.00 |
| 3/21/2017 | $131.00 |
| 3/21/2017 | $7,404.00 |
| 3/21/2017 | $782.00 |
| 3/21/2017 | $563.00 |
| 3/21/2017 | $547.00 |
| 3/21/2017 | $5,957.00 |
| 3/21/2017 | $6,044.00 |
| 3/21/2017 | $459.00 |
| 3/21/2017 | $6,547.00 |
| 3/21/2017 | $809.00 |
| 3/21/2017 | $4,488.00 |
| 3/21/2017 | $1,317.00 |
| 3/21/2017 | $4,291.00 |
| 3/21/2017 | $1,618.00 |
| 3/21/2017 | $1,406.00 |
| 3/21/2017 | $167.00 |
| 3/21/2017 | $5,367.00 |
| 3/21/2017 | $1,718.00 |
| 3/21/2017 | $831.00 |
| 3/21/2017 | $572.00 |
| 3/21/2017 | $5,700.00 |
| 3/21/2017 | $7,794.00 |
| 3/21/2017 | $551.00 |
| 3/28/2017 | $26,723.00 |
| 3/28/2017 | $65,014.00 |
| 3/28/2017 | $5,964.00 |
| 3/28/2017 | $58,468.00 |
| 3/28/2017 | $28,683.00 |
| 3/28/2017 | $19,631.00 |
| 3/28/2017 | $18,320.00 |
| 3/28/2017 | $56,937.00 |
| 3/28/2017 | $62,593.00 |

## TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|---------------:|
| 3/28/2017 | $11,565.00 |
| 4/4/2017 | $875.00 |
| 4/4/2017 | $897.00 |
| 4/4/2017 | $667.00 |
| 4/4/2017 | $74,052.00 |
| 4/4/2017 | $3,247.00 |
| 4/4/2017 | $15,622.00 |
| 4/4/2017 | $7,712.00 |
| 4/4/2017 | $1,367.00 |
| 4/4/2017 | $14,256.00 |
| 4/11/2017 | $13,041.00 |
| 4/11/2017 | $15,891.00 |
| 4/11/2017 | $39,307.00 |
| 4/11/2017 | $49,642.00 |
| 4/11/2017 | $1,756.00 |
| 4/11/2017 | $6,616.00 |
| 4/11/2017 | $765.00 |
| 4/11/2017 | $107.00 |
| 4/11/2017 | $688.00 |
| 4/11/2017 | $6,418.00 |
| 4/11/2017 | $5,791.00 |
| 4/11/2017 | $1,531.00 |
| 4/11/2017 | $612.00 |
| 4/11/2017 | $6,508.00 |
| 4/11/2017 | $17,337.00 |
| 4/11/2017 | $109.00 |
| 4/11/2017 | $1,509.00 |
| 4/11/2017 | $4,433.00 |
| 4/11/2017 | $6,208.00 |
| 4/11/2017 | $2,204.00 |
| 4/11/2017 | $1,350.00 |
| 4/11/2017 | $20,104.00 |
| 4/17/2017 | $62,055.00 |
| 4/17/2017 | $47,214.00 |
| 4/17/2017 | $37,181.00 |
| 4/17/2017 | $29,469.00 |
| 4/17/2017 | $23,422.00 |
| 4/17/2017 | $110,680.00 |
| 4/17/2017 | $16,530.00 |
| 4/17/2017 | $132,572.00 |
| 4/25/2017 | $59.00 |
| 4/25/2017 | $1,596.00 |
| 4/25/2017 | $499.00 |
| 4/25/2017 | $399.00 |
| 4/25/2017 | $709.00 |
| 4/25/2017 | $709.00 |

## TRANSFERS TO MANPOWER

| Date | Payment Amount |
|------|----------------|
| 4/25/2017 | $2,238.00 |
| 4/25/2017 | $1,619.00 |
| 4/25/2017 | $399.00 |
| 4/25/2017 | $2,013.00 |
| 4/25/2017 | $2,013.00 |
| 4/25/2017 | $1,596.00 |
| 4/25/2017 | $1,596.00 |
| 4/25/2017 | $6,636.00 |
| 4/25/2017 | $1,182.00 |
| 4/25/2017 | $3,324.00 |
| 4/25/2017 | $3,861.00 |
| 4/25/2017 | $166.00 |
| 4/25/2017 | $10,284.00 |
| 4/25/2017 | $946.00 |
| 4/25/2017 | $3,324.00 |
| 4/25/2017 | $110.00 |
| 4/25/2017 | $831.00 |
| 4/25/2017 | $71.00 |
| 4/25/2017 | $1,596.00 |
| 4/25/2017 | $2,013.00 |
| 4/25/2017 | $1,461.00 |
| 4/25/2017 | $11,644.00 |
| 4/25/2017 | $1,182.00 |
| 4/25/2017 | $106.00 |
| 4/25/2017 | $10,360.00 |
| 4/25/2017 | $1,182.00 |
| 4/25/2017 | $8,805.00 |
| 4/25/2017 | $946.00 |
| 4/25/2017 | $949.00 |
| 4/25/2017 | $1,271.00 |
| 4/25/2017 | $709.00 |
| 4/25/2017 | $11,362.00 |
| 4/25/2017 | $1,182.00 |
| 4/25/2017 | $4,711.00 |
| 4/25/2017 | $946.00 |
| 4/25/2017 | $10,975.00 |
| 4/25/2017 | $9,892.00 |
| 4/25/2017 | $10,044.00 |
| 4/25/2017 | $5,186.00 |
| 4/25/2017 | $3,416.00 |
| 4/25/2017 | $1,485.00 |
| 4/25/2017 | $2,045.00 |
| 4/25/2017 | $1,596.00 |
| 4/25/2017 | $3,827.00 |
| 4/25/2017 | $33,700.00 |
| 4/25/2017 | $45,358.00 |

EXHIBIT A

TRANSFERS TO MANPOWER

| Date | Payment Amount |
|---|---|
| 4/25/2017 | $27,294.00 |
| 4/25/2017 | $266,275.00 |
| 4/25/2017 | $144,757.00 |
| 4/25/2017 | $75,882.00 |
| 4/25/2017 | $1,912.00 |
| 4/25/2017 | $2,292.00 |

A-23