# EXHIBIT A

EXHIBIT A
TRANSFERS TO BI INCORPORATED

| Date | Payment Amount |
|---|---|
| 1/14/2014 | $68,840.00 |
| 1/15/2014 | $208,111.00 |
| 1/30/2014 | $16,844.00 |
| 1/30/2014 | $17,843.00 |
| 1/30/2014 | $36,813.00 |
| 3/19/2014 | $7,777.00 |
| 3/19/2014 | $8,295.00 |
| 3/19/2014 | $64,719.00 |
| 4/1/2014 | $21,533.00 |
| 4/1/2014 | $66,715.00 |
| 4/7/2014 | $630.00 |
| 4/7/2014 | $23,756.00 |
| 5/20/2014 | $16,499.00 |
| 6/10/2014 | $1,028.00 |
| 6/16/2014 | $189,964.00 |
| 7/8/2014 | $14,791.00 |
| 7/8/2014 | $16,165.00 |
| 7/8/2014 | $22,556.00 |
| 7/8/2014 | $24,757.00 |
| 7/8/2014 | $25,498.00 |
| 7/11/2014 | $4,320.00 |
| 7/11/2014 | $26,726.00 |
| 8/5/2014 | $2,232.00 |
| 8/5/2014 | $130,867.00 |
| 9/9/2014 | $66,122.00 |
| 10/15/2014 | $54,467.00 |
| 10/28/2014 | $69,033.00 |
| 11/3/2014 | $70,619.00 |
| 2/5/2015 | $28,432.00 |
| 2/5/2015 | $31,759.00 |
| 2/5/2015 | $140,746.00 |
| 3/3/2015 | $15,491.00 |
| 3/3/2015 | $15,503.00 |
| 3/3/2015 | $15,586.00 |
| 3/3/2015 | $15,874.00 |
| 3/3/2015 | $17,439.00 |
| 3/3/2015 | $28,551.00 |
| 3/3/2015 | $28,617.00 |
| 3/3/2015 | $31,448.00 |
| 3/10/2015 | $483.00 |
| 3/17/2015 | $16,044.00 |
| 4/21/2015 | $69,381.00 |
| 4/27/2015 | $13,192.00 |
| 4/27/2015 | $19,597.00 |
| 4/27/2015 | $71,031.00 |
| 5/20/2015 | $454.00 |

EXHIBIT A
TRANSFERS TO BI INCORPORATED

| Date | Payment Amount |
|---|---|
| 5/20/2015 | $587.00 |
| 5/20/2015 | $15,626.00 |
| 5/20/2015 | $710.00 |
| 5/20/2015 | $33,997.00 |
| 5/20/2015 | $1.00 |
| 5/28/2015 | $33,434.00 |
| 7/14/2015 | $42,425.00 |
| 9/15/2015 | $39,925.00 |
| 9/15/2015 | $13,658.00 |
| 9/15/2015 | $14,355.00 |
| 9/15/2015 | $13,999.00 |
| 9/15/2015 | $39,821.00 |
| 9/16/2015 | $68,435.00 |
| 9/16/2015 | $62,682.00 |
| 9/24/2015 | $67,707.00 |
| 9/24/2015 | $71,052.00 |
| 9/24/2015 | $42,118.00 |
| 9/28/2015 | $65,017.00 |
| 10/29/2015 | $179.00 |
| 10/29/2015 | $253.00 |
| 10/29/2015 | $312.00 |
| 10/29/2015 | $267.00 |
| 10/29/2015 | $13,459.00 |
| 10/29/2015 | $383.00 |
| 12/22/2015 | $245.00 |
| 2/4/2016 | $67,656.00 |
| 2/4/2016 | $11.00 |
| 2/4/2016 | $43.00 |
| 2/4/2016 | $70,476.00 |
| 2/4/2016 | $70,582.00 |
| 2/4/2016 | $67,166.00 |
| 2/4/2016 | $60.00 |
| 4/4/2016 | $11,454.00 |
| 4/4/2016 | $12,390.00 |
| 4/4/2016 | $42,370.00 |
| 4/4/2016 | $12,927.00 |
| 4/4/2016 | $51,196.00 |
| 4/4/2016 | $47,795.00 |
| 5/5/2016 | $54,004.00 |
| 5/5/2016 | $12,048.00 |
| 5/5/2016 | $56,398.00 |
| 5/5/2016 | $12,419.00 |
| 5/5/2016 | $51,166.00 |
| 5/5/2016 | $53,982.00 |
| 5/5/2016 | $53,678.00 |
| 5/5/2016 | $12,190.00 |

# EXHIBIT A

## TRANSFERS TO BI INCORPORATED

| Date | Payment Amount |
|---|---|
| 5/5/2016 | $12,821.00 |
| 5/5/2016 | $7,258.00 |
| 6/9/2016 | $61,532.00 |
| 6/9/2016 | $703.00 |
| 6/28/2016 | $66,390.00 |
| 8/1/2016 | $9,891.00 |
| 8/1/2016 | $14.00 |
| 8/1/2016 | $11,091.00 |
| 8/1/2016 | $62.00 |
| 8/16/2016 | $67,081.00 |
| 8/16/2016 | $65,139.00 |
| 8/16/2016 | $60,769.00 |
| 8/16/2016 | $62,059.00 |
| 8/16/2016 | $10,835.00 |
| 9/8/2016 | $63,867.00 |
| 9/8/2016 | $66,337.00 |
| 12/22/2016 | $2,119.00 |
| 12/22/2016 | $65,245.00 |
| 12/22/2016 | $170.00 |
| 12/22/2016 | $355.00 |
| 12/22/2016 | $341.00 |
| 12/22/2016 | $7,699.00 |
| 1/31/2017 | $7,666.00 |
| 1/31/2017 | $8,898.00 |
| 2/15/2017 | $10,085.00 |
| 2/15/2017 | $55,729.00 |
| 2/15/2017 | $51,773.00 |
| 2/15/2017 | $54,088.00 |
| 2/15/2017 | $7,300.00 |
| 2/15/2017 | $6,510.00 |
| 3/20/2017 | $47,110.00 |
| 3/20/2017 | $49,568.00 |
| 3/20/2017 | $85,400.00 |
| 3/20/2017 | $84,852.00 |
| 5/2/2017 | $9,941.00 |
| 5/2/2017 | $9,714.00 |
| 5/2/2017 | $9,574.00 |
| 5/2/2017 | $6,846.00 |
| 5/2/2017 | $6,846.00 |
| 5/2/2017 | $6,989.00 |