# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO ESTRADA BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 5/31/2013 | $150,437.00 |
| 8/22/2013 | $191,500.00 |
| 9/23/2013 | $123,900.00 |
| 9/24/2013 | $100,300.00 |
| 12/6/2013 | $130,011.00 |
| 2/13/2014 | $130,116.00 |
| 4/3/2014 | $143,697.00 |
| 5/1/2014 | $116,326.00 |
| 6/6/2014 | $88,955.00 |
| 9/10/2014 | $94,900.00 |
| 10/14/2014 | $141,930.00 |
| 10/21/2014 | $76,403.00 |
| 10/27/2014 | $69,127.00 |
| 11/7/2014 | $58,212.00 |
| 12/4/2014 | $87,318.00 |
| 1/20/2015 | $2,182.00 |
| 1/20/2015 | $2,546.00 |
| 1/20/2015 | $465.00 |
| 1/20/2015 | $6,611.00 |
| 1/20/2015 | $6,611.00 |
| 1/20/2015 | $7,052.00 |
| 1/20/2015 | $7,170.00 |
| 1/20/2015 | $7,170.00 |
| 1/20/2015 | $7,648.00 |
| 1/20/2015 | $7,933.00 |
| 1/20/2015 | $8,604.00 |
| 1/20/2015 | $9,255.00 |
| 1/20/2015 | $10,038.00 |
| 1/20/2015 | $893.00 |
| 1/20/2015 | $1,818.00 |
| 1/20/2015 | $1,923.00 |
| 1/20/2015 | $1,940.00 |
| 2/11/2015 | $13,943.00 |
| 2/13/2015 | $5,208.00 |
| 2/13/2015 | $7,324.00 |
| 2/18/2015 | $2,158.00 |
| 2/18/2015 | $2,427.00 |
| 2/18/2015 | $3,215.00 |
| 2/18/2015 | $4,166.00 |
| 2/18/2015 | $4,687.00 |
| 2/18/2015 | $6,278.00 |
| 2/18/2015 | $809.00 |
| 2/27/2015 | $1,209.00 |
| 3/6/2015 | $5,328.00 |

EXHIBIT A

TRANSFERS TO ESTRADA BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 3/9/2015 | $6,590.00 |
| 3/9/2015 | $7,604.00 |
| 3/11/2015 | $1,576.00 |
| 3/23/2015 | $26,461.00 |
| 3/23/2015 | $35,936.00 |
| 3/27/2015 | $129,692.00 |
| 4/28/2015 | $8,211.00 |
| 5/5/2015 | $8,408.00 |
| 5/5/2015 | $9,004.00 |
| 5/8/2015 | $7,272.00 |
| 5/13/2015 | $2,142.00 |
| 5/13/2015 | $2,477.00 |
| 5/13/2015 | $10,139.00 |
| 5/14/2015 | $4,948.00 |
| 6/2/2015 | $80,947.00 |
| 6/3/2015 | $10,655.00 |
| 6/3/2015 | $2,697.00 |
| 6/3/2015 | $19,893.00 |
| 6/3/2015 | $26,570.00 |
| 6/9/2015 | $54,140.00 |
| 7/28/2015 | $8,815.00 |
| 7/29/2015 | $26,892.00 |
| 7/30/2015 | $3,605.00 |
| 7/30/2015 | $3,225.00 |
| 8/3/2015 | $3,794.00 |
| 8/3/2015 | $3,984.00 |
| 8/6/2015 | $6,082.00 |
| 8/6/2015 | $6,082.00 |
| 8/7/2015 | $7,604.00 |
| 8/10/2015 | $2,023.00 |
| 8/10/2015 | $3,605.00 |
| 8/11/2015 | $2,433.00 |
| 8/11/2015 | $6,912.00 |
| 8/11/2015 | $2,846.00 |
| 8/24/2015 | $2,466.00 |
| 8/26/2015 | $2,846.00 |
| 8/26/2015 | $3,794.00 |
| 9/1/2015 | $5,778.00 |
| 9/4/2015 | $3,953.00 |
| 9/8/2015 | $7,170.00 |
| 9/8/2015 | $3,906.00 |
| 9/8/2015 | $6,611.00 |
| 9/8/2015 | $9,258.00 |

# EXHIBIT A

## TRANSFERS TO ESTRADA BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 9/8/2015 | $4,562.00 |
| 9/8/2015 | $4,866.00 |
| 9/8/2015 | $6,082.00 |
| 9/8/2015 | $6,386.00 |
| 9/18/2015 | $9,084.00 |
| 9/24/2015 | $3,478.00 |
| 9/24/2015 | $2,558.00 |
| 10/2/2015 | $17,677.00 |
| 10/6/2015 | $20,641.00 |
| 10/7/2015 | $9,486.00 |
| 10/9/2015 | $1,395.00 |
| 10/9/2015 | $186.00 |
| 10/9/2015 | $1,674.00 |
| 11/19/2015 | $460.00 |
| 11/19/2015 | $1,572.00 |
| 11/19/2015 | $2,660.00 |
| 11/19/2015 | $3,615.00 |
| 11/19/2015 | $3,615.00 |
| 11/19/2015 | $1,801.00 |
| 11/19/2015 | $2,116.00 |
| 11/19/2015 | $2,418.00 |
| 11/19/2015 | $1,532.00 |
| 11/19/2015 | $2,042.00 |
| 11/19/2015 | $2,042.00 |
| 11/19/2015 | $1,940.00 |
| 11/19/2015 | $1,532.00 |
| 11/30/2015 | $1,221.00 |
| 11/30/2015 | $2,660.00 |
| 11/30/2015 | $1,209.00 |
| 12/29/2015 | $1,739.00 |
| 12/29/2015 | $2,356.00 |
| 12/29/2015 | $1,330.00 |
| 12/29/2015 | $1,430.00 |
| 12/30/2015 | $139.00 |
| 12/30/2015 | $2,297.00 |
| 12/30/2015 | $1,944.00 |
| 12/30/2015 | $2,055.00 |
| 12/31/2015 | $2,633.00 |
| 1/5/2016 | $1,934.00 |
| 1/5/2016 | $121.00 |
| 1/5/2016 | $102.00 |
| 1/5/2016 | $2,217.00 |
| 1/8/2016 | $186.00 |

# EXHIBIT A

## TRANSFERS TO ESTRADA BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 1/8/2016 | $3,092.00 |
| 1/8/2016 | $1,637.00 |
| 1/20/2016 | $2,633.00 |
| 1/20/2016 | $5,283.00 |
| 1/20/2016 | $3,534.00 |
| 1/20/2016 | $1,597.00 |
| 1/20/2016 | $3,478.00 |
| 1/20/2016 | $1,581.00 |
| 1/20/2016 | $3,478.00 |
| 1/20/2016 | $4,727.00 |
| 1/20/2016 | $2,356.00 |
| 1/20/2016 | $4,727.00 |
| 1/20/2016 | $3,162.00 |
| 1/20/2016 | $1,801.00 |
| 1/20/2016 | $2,604.00 |
| 1/20/2016 | $2,767.00 |
| 1/20/2016 | $2,232.00 |
| 1/20/2016 | $2,651.00 |
| 1/20/2016 | $2,372.00 |
| 2/16/2016 | $1,013.00 |
| 2/16/2016 | $552.00 |
| 2/16/2016 | $3,274.00 |
| 2/16/2016 | $205.00 |
| 2/16/2016 | $1,488.00 |
| 2/16/2016 | $93.00 |
| 2/16/2016 | $3,274.00 |
| 2/16/2016 | $205.00 |
| 2/16/2016 | $4,449.00 |
| 2/16/2016 | $4,449.00 |
| 2/16/2016 | $278.00 |
| 2/16/2016 | $2,217.00 |
| 2/16/2016 | $139.00 |
| 2/16/2016 | $278.00 |
| 2/16/2016 | $2,976.00 |
| 2/16/2016 | $1,785.00 |
| 2/16/2016 | $1,749.00 |
| 2/16/2016 | $3,887.00 |
| 2/16/2016 | $1,767.00 |
| 2/16/2016 | $3,887.00 |
| 2/16/2016 | $5,283.00 |
| 2/17/2016 | $4,449.00 |
| 2/29/2016 | $2,322.00 |
| 3/3/2016 | $163.00 |

# EXHIBIT A
## TRANSFERS TO ESTRADA BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 4/1/2016 | $1,524.00 |
| 4/1/2016 | $2,633.00 |
| 4/1/2016 | $1,432.00 |
| 4/1/2016 | $1,767.00 |
| 4/1/2016 | $278.00 |
| 4/1/2016 | $4,727.00 |
| 4/1/2016 | $1,524.00 |
| 4/1/2016 | $1,488.00 |
| 4/1/2016 | $5,283.00 |
| 4/1/2016 | $1,674.00 |
| 4/1/2016 | $1,524.00 |
| 4/1/2016 | $3,059.00 |
| 4/1/2016 | $1,801.00 |
| 4/1/2016 | $1,023.00 |
| 4/1/2016 | $2,251.00 |
| 4/1/2016 | $1,790.00 |
| 4/1/2016 | $1,033.00 |
| 4/1/2016 | $1,330.00 |
| 4/1/2016 | $1,674.00 |
| 4/1/2016 | $2,083.00 |
| 4/1/2016 | $139.00 |
| 4/1/2016 | $130.00 |
| 4/1/2016 | $1,013.00 |
| 4/8/2016 | $5,561.00 |
| 4/8/2016 | $4,092.00 |
| 4/8/2016 | $3,059.00 |
| 4/8/2016 | $2,251.00 |
| 4/8/2016 | $1,860.00 |
| 4/8/2016 | $93.00 |
| 4/8/2016 | $1,023.00 |
| 4/8/2016 | $3,337.00 |
| 4/8/2016 | $2,771.00 |
| 4/8/2016 | $5,561.00 |
| 4/8/2016 | $2,046.00 |
| 4/8/2016 | $2,771.00 |
| 4/8/2016 | $3,255.00 |
| 4/8/2016 | $1,879.00 |
| 4/8/2016 | $1,860.00 |
| 4/8/2016 | $4,092.00 |
| 4/8/2016 | $2,418.00 |
| 4/8/2016 | $1,841.00 |
| 4/8/2016 | $1,125.00 |
| 5/6/2016 | $2,474.00 |

# EXHIBIT A
## TRANSFERS TO ESTRADA BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2016 | $1,302.00 |
| 5/6/2016 | $1,860.00 |
| 5/6/2016 | $2,781.00 |
| 5/6/2016 | $921.00 |
| 5/6/2016 | $1,386.00 |
| 5/6/2016 | $1,386.00 |
| 5/6/2016 | $2,213.00 |
| 5/6/2016 | $2,790.00 |
| 5/6/2016 | $1,693.00 |
| 5/6/2016 | $2,604.00 |
| 5/6/2016 | $5,561.00 |
| 5/6/2016 | $3,720.00 |
| 5/6/2016 | $3,337.00 |
| 6/2/2016 | $930.00 |
| 6/2/2016 | $2,046.00 |
| 6/2/2016 | $939.00 |
| 6/27/2016 | $1,409.00 |
| 6/29/2016 | $1,395.00 |
| 6/29/2016 | $1,381.00 |
| 6/29/2016 | $1,023.00 |
| 6/29/2016 | $1,228.00 |
| 6/30/2016 | $1,386.00 |
| 7/5/2016 | $2,046.00 |
| 7/5/2016 | $2,781.00 |
| 7/5/2016 | $2,781.00 |
| 7/12/2016 | $3,464.00 |
| 7/14/2016 | $36,827.00 |
| 7/18/2016 | $3,069.00 |
| 7/22/2016 | $1,628.00 |
| 7/22/2016 | $3,893.00 |
| 7/22/2016 | $3,069.00 |
| 7/22/2016 | $4,171.00 |
| 8/17/2016 | $4,976.00 |
| 9/20/2016 | $939.00 |
| 10/7/2016 | $2,093.00 |
| 10/7/2016 | $1,386.00 |
| 10/7/2016 | $1,395.00 |
| 10/7/2016 | $2,079.00 |
| 10/7/2016 | $1,395.00 |
| 10/7/2016 | $2,325.00 |
| 10/11/2016 | $2,356.00 |
| 10/14/2016 | $2,192.00 |
| 10/14/2016 | $2,301.00 |

# EXHIBIT A
## TRANSFERS TO ESTRADA BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 10/14/2016 | $9,702.00 |
| 10/26/2016 | $1,881.00 |
| 10/28/2016 | $2,441.00 |
| 10/28/2016 | $2,149.00 |
| 10/31/2016 | $5,638.00 |
| 11/4/2016 | $1,625.00 |
| 11/4/2016 | $2,131.00 |
| 11/4/2016 | $1,437.00 |
| 11/8/2016 | $845.00 |
| 12/12/2016 | $5,622.00 |
| 12/19/2016 | $2,659.00 |
| 1/18/2017 | $8,127.00 |
| 2/2/2017 | $1,503.00 |
| 2/2/2017 | $1,127.00 |
| 2/2/2017 | $2,746.00 |
| 2/2/2017 | $2,418.00 |
| 2/2/2017 | $1,691.00 |
| 2/7/2017 | $5,712.00 |
| 3/9/2017 | $11,330.00 |