# EXHIBIT A

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $382.00 |
| 5/6/2013 | $570.00 |
| 5/13/2013 | $2,795.00 |
| 5/13/2013 | $510.00 |
| 5/13/2013 | $799.00 |
| 5/28/2013 | $269.00 |
| 5/28/2013 | $3,845.00 |
| 5/28/2013 | $1,160.00 |
| 5/28/2013 | $184.00 |
| 6/10/2013 | $2,151.00 |
| 6/10/2013 | $432.00 |
| 6/10/2013 | $24,897.00 |
| 6/10/2013 | $165.00 |
| 6/10/2013 | $1,321.00 |
| 6/24/2013 | $463.00 |
| 6/24/2013 | $808.00 |
| 6/24/2013 | $1,800.00 |
| 6/25/2013 | $18,460.00 |
| 6/25/2013 | $67,722.00 |
| 7/1/2013 | $935.00 |
| 7/15/2013 | $1,161.00 |
| 7/15/2013 | $203.00 |
| 7/19/2013 | $9,570.00 |
| 7/19/2013 | $699.00 |
| 7/19/2013 | $39,594.00 |
| 7/19/2013 | $62,103.00 |
| 7/25/2013 | $35.00 |
| 8/5/2013 | $595.00 |
| 8/5/2013 | $1,160.00 |
| 8/19/2013 | $377.00 |
| 8/19/2013 | $11,902.00 |
| 8/19/2013 | $1,311.00 |
| 8/19/2013 | $1,336.00 |
| 8/20/2013 | $11,880.00 |
| 9/3/2013 | $4,878.00 |
| 9/3/2013 | $6,261.00 |
| 9/9/2013 | $1,631.00 |
| 9/16/2013 | $927.00 |
| 9/23/2013 | $315.00 |
| 9/23/2013 | $433.00 |
| 9/23/2013 | $90.00 |
| 9/23/2013 | $489.00 |
| 9/23/2013 | $29,900.00 |
| 9/23/2013 | $1,672.00 |
| 9/25/2013 | $113,290.00 |
| 10/1/2013 | $300.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 10/1/2013 | $4,467.00 |
| 10/21/2013 | $928.00 |
| 10/28/2013 | $2,865.00 |
| 10/30/2013 | $2,653.00 |
| 11/4/2013 | $1,721.00 |
| 11/12/2013 | $3,902.00 |
| 11/12/2013 | $9,000.00 |
| 11/18/2013 | $1,271.00 |
| 11/29/2013 | $9,676.00 |
| 11/29/2013 | $782.00 |
| 12/9/2013 | $2,395.00 |
| 12/9/2013 | $580.00 |
| 12/9/2013 | $74,200.00 |
| 12/30/2013 | $60.00 |
| 12/30/2013 | $1,304.00 |
| 1/3/2014 | $722.00 |
| 1/13/2014 | $3,442.00 |
| 1/13/2014 | $21,447.00 |
| 1/13/2014 | $700.00 |
| 1/13/2014 | $79,975.00 |
| 1/13/2014 | $1,823.00 |
| 1/21/2014 | $50.00 |
| 1/21/2014 | $344.00 |
| 1/21/2014 | $1,109.00 |
| 1/21/2014 | $1,117.00 |
| 1/21/2014 | $226.00 |
| 1/27/2014 | $128.00 |
| 1/27/2014 | $24,750.00 |
| 1/27/2014 | $1,178.00 |
| 2/10/2014 | $60.00 |
| 2/10/2014 | $8,736.00 |
| 2/10/2014 | $610.00 |
| 2/10/2014 | $251.00 |
| 2/18/2014 | $1,979.00 |
| 2/19/2014 | $4,882.00 |
| 2/19/2014 | $847.00 |
| 2/24/2014 | $262.00 |
| 2/24/2014 | $523.00 |
| 2/24/2014 | $1,386.00 |
| 3/3/2014 | $2,273.00 |
| 3/3/2014 | $583.00 |
| 3/11/2014 | $3,008.00 |
| 3/11/2014 | $1,293.00 |
| 3/17/2014 | $18,852.00 |
| 3/17/2014 | $745.00 |
| 3/17/2014 | $1,186.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 3/17/2014 | $1,900.00 |
| 3/25/2014 | $330.00 |
| 3/25/2014 | $8,942.00 |
| 3/25/2014 | $9,000.00 |
| 3/25/2014 | $41.00 |
| 3/31/2014 | $1,318.00 |
| 3/31/2014 | $1,490.00 |
| 4/3/2014 | $480.00 |
| 4/3/2014 | $123,000.00 |
| 4/3/2014 | $1,001.00 |
| 4/3/2014 | $1,573.00 |
| 4/8/2014 | $1,481.00 |
| 4/14/2014 | $561.00 |
| 4/14/2014 | $244.00 |
| 4/17/2014 | $570.00 |
| 4/17/2014 | $50,629.00 |
| 4/17/2014 | $95,938.00 |
| 4/28/2014 | $63,953.00 |
| 4/28/2014 | $1,532.00 |
| 4/28/2014 | $1,766.00 |
| 5/1/2014 | $7,196.00 |
| 5/1/2014 | $71,338.00 |
| 5/12/2014 | $58.00 |
| 5/20/2014 | $11.00 |
| 5/27/2014 | $105.00 |
| 5/27/2014 | $165.00 |
| 6/2/2014 | $817.00 |
| 6/2/2014 | $33.00 |
| 6/4/2014 | $2,495.00 |
| 6/4/2014 | $543.00 |
| 6/9/2014 | $9,161.00 |
| 6/9/2014 | $1,027.00 |
| 6/9/2014 | $1,573.00 |
| 6/13/2014 | $95,471.00 |
| 6/13/2014 | $1,933.00 |
| 6/23/2014 | $3,636.00 |
| 6/23/2014 | $9,810.00 |
| 6/23/2014 | $15,966.00 |
| 6/23/2014 | $25.00 |
| 6/30/2014 | $2,235.00 |
| 6/30/2014 | $61.00 |
| 7/2/2014 | $2,224.00 |
| 7/2/2014 | $4,794.00 |
| 7/14/2014 | $73,608.00 |
| 7/21/2014 | $989.00 |
| 7/21/2014 | $1,381.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 7/25/2014 | $1,963.00 |
| 8/1/2014 | $3,182.00 |
| 8/1/2014 | $1,386.00 |
| 8/1/2014 | $240.00 |
| 8/18/2014 | $3,720.00 |
| 8/26/2014 | $17.00 |
| 8/26/2014 | $1,582.00 |
| 9/8/2014 | $1,155.00 |
| 9/15/2014 | $2,085.00 |
| 9/15/2014 | $57.00 |
| 9/15/2014 | $2,558.00 |
| 9/15/2014 | $465.00 |
| 9/15/2014 | $48.00 |
| 9/22/2014 | $57.00 |
| 9/22/2014 | $87.00 |
| 9/22/2014 | $5,997.00 |
| 9/22/2014 | $200.00 |
| 9/29/2014 | $22,376.00 |
| 9/29/2014 | $140.00 |
| 9/29/2014 | $46,875.00 |
| 10/15/2014 | $90.00 |
| 10/15/2014 | $1,495.00 |
| 10/22/2014 | $6,415.00 |
| 10/22/2014 | $1,369.00 |
| 10/22/2014 | $240.00 |
| 11/3/2014 | $494.00 |
| 11/3/2014 | $28,841.00 |
| 11/10/2014 | $13,631.00 |
| 11/10/2014 | $57,803.00 |
| 11/17/2014 | $3,982.00 |
| 11/17/2014 | $480.00 |
| 11/17/2014 | $7,940.00 |
| 11/17/2014 | $603.00 |
| 11/17/2014 | $21,090.00 |
| 11/24/2014 | $473.00 |
| 11/24/2014 | $20,650.00 |
| 12/9/2014 | $2,358.00 |
| 12/9/2014 | $3,576.00 |
| 12/9/2014 | $465.00 |
| 12/16/2014 | $6,344.00 |
| 12/16/2014 | $28,840.00 |
| 12/16/2014 | $1,040.00 |
| 12/22/2014 | $271.00 |
| 12/22/2014 | $2,145.00 |
| 12/22/2014 | $5,087.00 |
| 12/22/2014 | $455.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 12/22/2014 | $5,900.00 |
| 12/22/2014 | $27,885.00 |
| 12/22/2014 | $146.00 |
| 12/22/2014 | $40.00 |
| 12/22/2014 | $48.00 |
| 1/12/2015 | $385.00 |
| 1/12/2015 | $9,816.00 |
| 1/12/2015 | $680.00 |
| 1/12/2015 | $27,409.00 |
| 1/12/2015 | $38,352.00 |
| 1/12/2015 | $1,587.00 |
| 2/2/2015 | $258.00 |
| 2/2/2015 | $288.00 |
| 2/2/2015 | $403.00 |
| 2/2/2015 | $127.00 |
| 2/2/2015 | $251.00 |
| 2/9/2015 | $1,467.00 |
| 2/17/2015 | $464.00 |
| 2/17/2015 | $7,186.00 |
| 2/17/2015 | $14,298.00 |
| 2/23/2015 | $1,721.00 |
| 3/2/2015 | $5,421.00 |
| 3/2/2015 | $6,599.00 |
| 3/2/2015 | $1,950.00 |
| 3/9/2015 | $3,963.00 |
| 3/9/2015 | $4,023.00 |
| 3/9/2015 | $9,460.00 |
| 3/16/2015 | $4,691.00 |
| 3/16/2015 | $6,717.00 |
| 3/23/2015 | $302.00 |
| 3/23/2015 | $22,140.00 |
| 3/23/2015 | $94,670.00 |
| 3/23/2015 | $198.00 |
| 3/30/2015 | $459.00 |
| 3/30/2015 | $15,736.00 |
| 3/30/2015 | $1,514.00 |
| 3/30/2015 | $1,959.00 |
| 4/2/2015 | $3,561.00 |
| 4/2/2015 | $201.00 |
| 4/10/2015 | $2,250.00 |
| 4/10/2015 | $34,235.00 |
| 4/10/2015 | $227.00 |
| 4/13/2015 | $115,125.00 |
| 4/13/2015 | $154,500.00 |
| 4/20/2015 | $5,280.00 |
| 4/20/2015 | $1,530.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 5/4/2015 | $480.00 |
| 5/4/2015 | $24,930.00 |
| 5/7/2015 | $202.00 |
| 5/18/2015 | $257.00 |
| 5/18/2015 | $263.00 |
| 5/18/2015 | $53.00 |
| 5/18/2015 | $2,362.00 |
| 5/18/2015 | $348.00 |
| 5/18/2015 | $380.00 |
| 5/18/2015 | $550.00 |
| 5/18/2015 | $11,420.00 |
| 5/18/2015 | $137.00 |
| 5/26/2015 | $369.00 |
| 5/26/2015 | $55,997.00 |
| 5/26/2015 | $9,161.00 |
| 5/26/2015 | $852.00 |
| 6/1/2015 | $1,536.00 |
| 6/15/2015 | $7,809.00 |
| 6/15/2015 | $2,995.00 |
| 6/15/2015 | $2,151.00 |
| 6/15/2015 | $1,545.00 |
| 6/22/2015 | $768.00 |
| 6/22/2015 | $2,018.00 |
| 7/13/2015 | $841.00 |
| 7/13/2015 | $385.00 |
| 7/13/2015 | $802.00 |
| 7/13/2015 | $17,124.00 |
| 7/17/2015 | $4,820.00 |
| 7/20/2015 | $16.00 |
| 7/20/2015 | $690.00 |
| 7/20/2015 | $29,392.00 |
| 7/20/2015 | $139.00 |
| 7/20/2015 | $13,638.00 |
| 7/23/2015 | $1,138.00 |
| 7/27/2015 | $45.00 |
| 8/3/2015 | $94,670.00 |
| 8/3/2015 | $56,095.00 |
| 8/3/2015 | $7,696.00 |
| 8/10/2015 | $62,307.00 |
| 8/17/2015 | $4,313.00 |
| 8/17/2015 | $984.00 |
| 8/18/2015 | $94.00 |
| 8/18/2015 | $57.00 |
| 8/18/2015 | $16.00 |
| 8/18/2015 | $3,907.00 |
| 8/18/2015 | $157.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 8/18/2015 | $796.00 |
| 8/18/2015 | $6,338.00 |
| 8/27/2015 | $6,211.00 |
| 8/27/2015 | $870.00 |
| 8/27/2015 | $215.00 |
| 9/1/2015 | $244.00 |
| 9/1/2015 | $308.00 |
| 9/3/2015 | $65.00 |
| 9/4/2015 | $150,904.00 |
| 9/4/2015 | $13,194.00 |
| 9/14/2015 | $166.00 |
| 9/14/2015 | $618.00 |
| 9/14/2015 | $3,660.00 |
| 9/14/2015 | $5,280.00 |
| 9/14/2015 | $2,043.00 |
| 9/18/2015 | $383.00 |
| 9/18/2015 | $680.00 |
| 9/21/2015 | $1,145.00 |
| 9/21/2015 | $100.00 |
| 9/21/2015 | $963.00 |
| 9/22/2015 | $142.00 |
| 9/22/2015 | $1,914.00 |
| 9/24/2015 | $4,115.00 |
| 9/28/2015 | $29,700.00 |
| 9/28/2015 | $317.00 |
| 9/28/2015 | $607.00 |
| 10/6/2015 | $527.00 |
| 10/6/2015 | $180.00 |
| 10/6/2015 | $1,005.00 |
| 10/9/2015 | $50.00 |
| 10/13/2015 | $185.00 |
| 10/19/2015 | $2,830.00 |
| 10/26/2015 | $1,008.00 |
| 10/26/2015 | $3,218.00 |
| 10/26/2015 | $3,494.00 |
| 10/29/2015 | $45.00 |
| 11/10/2015 | $186.00 |
| 11/10/2015 | $124.00 |
| 11/23/2015 | $2,138.00 |
| 11/23/2015 | $571.00 |
| 12/7/2015 | $260.00 |
| 12/7/2015 | $915.00 |
| 12/24/2015 | $389.00 |
| 12/24/2015 | $119.00 |
| 12/24/2015 | $60,000.00 |
| 12/24/2015 | $14,095.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 12/24/2015 | $993.00 |
| 12/24/2015 | $2,178.00 |
| 12/24/2015 | $4,091.00 |
| 12/29/2015 | $148.00 |
| 12/31/2015 | $597.00 |
| 1/5/2016 | $1,244.00 |
| 1/5/2016 | $197.00 |
| 1/5/2016 | $153.00 |
| 1/15/2016 | $81,030.00 |
| 1/27/2016 | $15,210.00 |
| 2/19/2016 | $4,985.00 |
| 2/19/2016 | $1,664.00 |
| 2/23/2016 | $1,968.00 |
| 2/25/2016 | $1,867.00 |
| 2/25/2016 | $285.00 |
| 2/25/2016 | $55.00 |
| 2/25/2016 | $174.00 |
| 2/25/2016 | $295.00 |
| 2/25/2016 | $150.00 |
| 2/25/2016 | $106.00 |
| 2/25/2016 | $5,623.00 |
| 2/25/2016 | $2,646.00 |
| 2/25/2016 | $3,023.00 |
| 2/25/2016 | $21,938.00 |
| 2/25/2016 | $14,140.00 |
| 2/25/2016 | $1,606.00 |
| 2/25/2016 | $8,773.00 |
| 2/25/2016 | $50.00 |
| 2/25/2016 | $847.00 |
| 2/25/2016 | $94.00 |
| 2/25/2016 | $31,112.00 |
| 3/3/2016 | $777.00 |
| 3/11/2016 | $502.00 |
| 3/15/2016 | $1,586.00 |
| 3/17/2016 | $964.00 |
| 3/23/2016 | $74.00 |
| 3/23/2016 | $1,721.00 |
| 3/23/2016 | $1,348.00 |
| 3/31/2016 | $232.00 |
| 4/6/2016 | $235.00 |
| 4/6/2016 | $5,642.00 |
| 4/6/2016 | $190.00 |
| 4/6/2016 | $13,585.00 |
| 4/6/2016 | $384.00 |
| 4/6/2016 | $737.00 |
| 4/6/2016 | $378.00 |

EXHIBIT A
TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 4/6/2016 | $305.00 |
| 4/6/2016 | $7,900.00 |
| 4/7/2016 | $4,113.00 |
| 4/7/2016 | $303.00 |
| 4/7/2016 | $230.00 |
| 4/7/2016 | $470.00 |
| 4/7/2016 | $297.00 |
| 4/7/2016 | $60.00 |
| 4/28/2016 | $9,161.00 |
| 4/28/2016 | $4,265.00 |
| 4/28/2016 | $60,920.00 |
| 4/28/2016 | $4,194.00 |
| 4/28/2016 | $27,181.00 |
| 4/28/2016 | $107,009.00 |
| 4/28/2016 | $111,282.00 |
| 5/6/2016 | $1,410.00 |
| 5/11/2016 | $774.00 |
| 5/12/2016 | $10,200.00 |
| 5/17/2016 | $1,060.00 |
| 5/17/2016 | $1,398.00 |
| 5/17/2016 | $1,398.00 |
| 6/3/2016 | $1,060.00 |
| 6/3/2016 | $375.00 |
| 6/3/2016 | $1,410.00 |
| 6/3/2016 | $1,777.00 |
| 6/3/2016 | $115.00 |
| 6/3/2016 | $1,398.00 |
| 6/8/2016 | $4,094.00 |
| 6/13/2016 | $27,855.00 |
| 6/13/2016 | $407.00 |
| 6/20/2016 | $5,165.00 |
| 6/20/2016 | $4,009.00 |
| 6/23/2016 | $322.00 |
| 6/30/2016 | $82.00 |
| 6/30/2016 | $532.00 |
| 6/30/2016 | $530.00 |
| 6/30/2016 | $1,398.00 |
| 6/30/2016 | $14,034.00 |
| 6/30/2016 | $3,200.00 |
| 6/30/2016 | $196.00 |
| 6/30/2016 | $416.00 |
| 6/30/2016 | $3,317.00 |
| 6/30/2016 | $60.00 |
| 6/30/2016 | $258.00 |
| 6/30/2016 | $12,903.00 |
| 7/7/2016 | $21,938.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 7/22/2016 | $75.00 |
| 7/22/2016 | $10,050.00 |
| 8/4/2016 | $1,630.00 |
| 8/8/2016 | $2,586.00 |
| 8/8/2016 | $1,234.00 |
| 8/8/2016 | $1,925.00 |
| 8/8/2016 | $150.00 |
| 8/22/2016 | $2,040.00 |
| 8/22/2016 | $1,633.00 |
| 8/22/2016 | $1,982.00 |
| 8/22/2016 | $945.00 |
| 8/22/2016 | $672.00 |
| 8/22/2016 | $1,271.00 |
| 8/22/2016 | $1,162.00 |
| 8/22/2016 | $113.00 |
| 8/22/2016 | $285.00 |
| 8/22/2016 | $1,980.00 |
| 8/22/2016 | $2,200.00 |
| 8/22/2016 | $746.00 |
| 9/15/2016 | $53,544.00 |
| 9/15/2016 | $37,500.00 |
| 9/15/2016 | $9,375.00 |
| 9/20/2016 | $7,706.00 |
| 9/20/2016 | $373.00 |
| 9/20/2016 | $5,795.00 |
| 9/20/2016 | $1,060.00 |
| 9/20/2016 | $5,483.00 |
| 9/30/2016 | $569.00 |
| 9/30/2016 | $2,579.00 |
| 10/11/2016 | $18.00 |
| 10/14/2016 | $2,796.00 |
| 10/14/2016 | $37,500.00 |
| 10/14/2016 | $2,016.00 |
| 10/14/2016 | $375.00 |
| 10/14/2016 | $1,853.00 |
| 10/14/2016 | $180.00 |
| 10/24/2016 | $15,000.00 |
| 10/24/2016 | $825.00 |
| 10/26/2016 | $3,893.00 |
| 10/28/2016 | $1,611.00 |
| 10/28/2016 | $105.00 |
| 10/28/2016 | $9,840.00 |
| 11/3/2016 | $2,095.00 |
| 11/3/2016 | $233.00 |
| 11/3/2016 | $178.00 |
| 11/3/2016 | $1,385.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 11/3/2016 | $1,523.00 |
| 11/9/2016 | $1,700.00 |
| 11/17/2016 | $1,529.00 |
| 11/23/2016 | $837.00 |
| 11/30/2016 | $548.00 |
| 12/5/2016 | $16,615.00 |
| 12/5/2016 | $17,472.00 |
| 12/5/2016 | $21,840.00 |
| 12/5/2016 | $19,975.00 |
| 12/5/2016 | $25,516.00 |
| 12/5/2016 | $4,104.00 |
| 12/5/2016 | $19,975.00 |
| 12/6/2016 | $96,688.00 |
| 12/8/2016 | $3,294.00 |
| 12/8/2016 | $867.00 |
| 12/8/2016 | $1,235.00 |
| 12/8/2016 | $2,869.00 |
| 12/8/2016 | $1,398.00 |
| 12/8/2016 | $329.00 |
| 12/8/2016 | $954.00 |
| 12/8/2016 | $31,875.00 |
| 12/8/2016 | $72,289.00 |
| 12/13/2016 | $1,343.00 |
| 12/21/2016 | $390.00 |
| 12/21/2016 | $201.00 |
| 12/21/2016 | $3,106.00 |
| 12/21/2016 | $10,341.00 |
| 12/21/2016 | $12,903.00 |
| 12/21/2016 | $164.00 |
| 12/21/2016 | $4,357.00 |
| 12/21/2016 | $140.00 |
| 12/21/2016 | $9,948.00 |
| 12/21/2016 | $133.00 |
| 12/21/2016 | $15,991.00 |
| 12/21/2016 | $27.00 |
| 12/23/2016 | $14,625.00 |
| 12/29/2016 | $2,179.00 |
| 12/29/2016 | $30,000.00 |
| 12/30/2016 | $28,322.00 |
| 1/4/2017 | $5,902.00 |
| 1/17/2017 | $91.00 |
| 1/17/2017 | $32.00 |
| 1/18/2017 | $1,108.00 |
| 1/18/2017 | $16,490.00 |
| 1/20/2017 | $10,695.00 |
| 1/23/2017 | $372.00 |

EXHIBIT A

TRANSFERS TO BIO-NUCLEAR OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 1/23/2017 | $35,458.00 |
| 1/23/2017 | $1,462.00 |
| 1/23/2017 | $9,393.00 |
| 1/23/2017 | $1,147.00 |
| 2/10/2017 | $1,992.00 |
| 2/10/2017 | $182.00 |
| 2/16/2017 | $9,039.00 |
| 2/16/2017 | $569.00 |
| 2/16/2017 | $331.00 |
| 2/16/2017 | $122.00 |
| 2/16/2017 | $4,610.00 |
| 2/28/2017 | $1,411.00 |
| 2/28/2017 | $803.00 |
| 2/28/2017 | $1,398.00 |
| 2/28/2017 | $10,065.00 |
| 3/10/2017 | $3,621.00 |
| 3/10/2017 | $34,880.00 |
| 3/16/2017 | $5,064.00 |
| 3/21/2017 | $10,565.00 |
| 3/21/2017 | $2,796.00 |
| 3/24/2017 | $11,385.00 |
| 3/28/2017 | $530.00 |
| 3/29/2017 | $96,688.00 |
| 4/4/2017 | $18,280.00 |
| 4/5/2017 | $910.00 |
| 4/5/2017 | $4,906.00 |
| 4/5/2017 | $568.00 |
| 4/5/2017 | $32.00 |
| 4/5/2017 | $149.00 |
| 4/5/2017 | $64.00 |
| 4/10/2017 | $10,600.00 |
| 4/17/2017 | $49,725.00 |
| 4/21/2017 | $5,633.00 |
| 4/21/2017 | $2,647.00 |
| 5/1/2017 | $73,125.00 |
| 5/2/2017 | $403.00 |
| 5/2/2017 | $276.00 |