# EXHIBIT A

EXHIBIT A

TRANSFERS TO FIRST HOSPITAL PANAMERICANO, INC.

| Date | Payment Amount |
|---|---|
| 1/30/2014 | $135,650.00 |
| 2/26/2014 | $149,720.00 |
| 2/27/2014 | $1,650.00 |
| 4/1/2014 | $164,100.00 |
| 4/28/2014 | $45,465.00 |
| 4/30/2014 | $137,830.00 |
| 7/8/2014 | $37,180.00 |
| 7/18/2014 | $194,420.00 |
| 7/24/2014 | $203,960.00 |
| 7/30/2014 | $158,740.00 |
| 8/11/2014 | $137,850.00 |
| 8/18/2014 | $28,820.00 |
| 11/28/2014 | $135,180.00 |
| 12/15/2014 | $177,190.00 |
| 1/14/2015 | $155,540.00 |
| 2/9/2015 | $134,110.00 |
| 3/5/2015 | $119,930.00 |
| 4/29/2015 | $91,350.00 |
| 5/12/2015 | $114,180.00 |
| 6/25/2015 | $150.00 |
| 6/29/2015 | $116,880.00 |
| 8/10/2015 | $153,230.00 |
| 8/13/2015 | $152,910.00 |
| 10/14/2015 | $129,530.00 |
| 11/2/2015 | $152,570.00 |
| 12/16/2015 | $163,880.00 |
| 1/27/2016 | $155,220.00 |
| 2/26/2016 | $120,230.00 |
| 3/24/2016 | $111,900.00 |
| 5/10/2016 | $1,000.00 |
| 5/10/2016 | $8,930.00 |
| 5/17/2016 | $174,500.00 |
| 6/30/2016 | $175,240.00 |
| 7/15/2016 | $189,790.00 |
| 8/1/2016 | $129,800.00 |
| 9/1/2016 | $122,510.00 |
| 10/7/2016 | $150.00 |
| 11/7/2016 | $121,620.00 |
| 12/9/2016 | $91,120.00 |
| 12/19/2016 | $100,100.00 |
| 2/13/2017 | $189,710.00 |
| 2/13/2017 | $193,940.00 |
| 3/1/2017 | $200,120.00 |
| 4/20/2017 | $172,680.00 |