# EXHIBIT A

EXHIBIT A

TRANSFERS TO CABRERA & RAMOS TRANSPORTE, INC.

| Date | Payment Amount |
|---|---|
| 5/23/2013 | $584,040.00 |
| 10/16/2013 | $24,880.00 |
| 10/16/2013 | $37,907.00 |
| 10/16/2013 | $259,216.00 |
| 10/22/2013 | $560,830.00 |
| 10/31/2013 | $43,367.00 |
| 1/3/2014 | $255,877.00 |
| 2/21/2014 | $255,982.00 |
| 3/20/2014 | $1,209.00 |
| 4/7/2014 | $289,215.00 |
| 5/2/2014 | $249,109.00 |
| 5/16/2014 | $196,810.00 |
| 9/11/2014 | $202,813.00 |
| 10/21/2014 | $300,124.00 |
| 11/24/2014 | $124,766.00 |
| 11/24/2014 | $148,159.00 |
| 11/24/2014 | $163,755.00 |
| 12/11/2014 | $187,149.00 |
| 2/23/2015 | $51,235.00 |
| 2/27/2015 | $36,597.00 |
| 2/27/2015 | $36,597.00 |
| 2/27/2015 | $39,036.00 |
| 2/27/2015 | $51,235.00 |
| 4/28/2015 | $78,073.00 |
| 5/18/2015 | $7,646.00 |
| 5/18/2015 | $35,589.00 |
| 7/29/2015 | $48,795.00 |
| 8/14/2015 | $46,356.00 |
| 9/24/2015 | $36,597.00 |
| 10/16/2015 | $2,325.00 |
| 11/23/2015 | $2,420.00 |
| 11/23/2015 | $3,960.00 |
| 2/22/2016 | $3,520.00 |
| 2/22/2016 | $220.00 |
| 2/25/2016 | $2,860.00 |
| 2/25/2016 | $4,180.00 |
| 4/12/2016 | $4,400.00 |
| 4/12/2016 | $2,860.00 |
| 5/13/2016 | $4,400.00 |
| 7/28/2016 | $4,400.00 |
| 7/28/2016 | $3,080.00 |
| 9/13/2016 | $22,154.00 |
| 10/19/2016 | $2,451.00 |
| 10/19/2016 | $2,142.00 |
| 10/19/2016 | $4,918.00 |
| 10/31/2016 | $1,881.00 |

# EXHIBIT A

## TRANSFERS TO CABRERA & RAMOS TRANSPORTE, INC.

| Date | Payment Amount |
|---|---|
| 11/23/2016 | $1,881.00 |
| 12/12/2016 | $12,064.00 |
| 1/11/2017 | $4,274.00 |
| 1/11/2017 | $3,876.00 |
| 1/20/2017 | $1,806.00 |
| 2/23/2017 | $23,586.00 |
| 3/10/2017 | $2,673.00 |
| 4/26/2017 | $34,266.00 |