# EXHIBIT A

## EXHIBIT A

### TRANSFERS TO MMM HEALTHCARE, INC.

| Date | Payment Amount |
|---|---|
| 7/15/2016 | $518,000.00 |
| 7/15/2016 | $1,545,300.00 |
| 7/29/2016 | $521,232.00 |
| 7/29/2016 | $1,557,500.00 |
| 8/26/2016 | $2,092,427.00 |
| 9/2/2016 | $5,440.00 |
| 10/14/2016 | $2,081,377.00 |
| 11/4/2016 | $4,170,177.00 |
| 11/16/2016 | $2,086,200.00 |
| 12/16/2016 | $2,089,000.00 |
| 2/21/2017 | $2,096,950.00 |
| 2/28/2017 | $2,074,600.00 |
| 3/23/2017 | $1,796,432.00 |
| 3/31/2017 | $319,645.00 |
| 3/31/2017 | $1,729,885.00 |

63377853 v1