# EXHIBIT A

EXHIBIT A

TRANSFERS TO FORCELINK CORP.

| Date | Payment Amount |
|---|---|
| 1/22/2014 | $51,990.00 |
| 2/10/2014 | $19,503.00 |
| 2/14/2014 | $103,980.00 |
| 2/28/2014 | $2,167.00 |
| 3/24/2014 | $51,990.00 |
| 4/8/2014 | $47,826.00 |
| 4/24/2014 | $51,990.00 |
| 5/22/2014 | $20,797.00 |
| 5/28/2014 | $58,037.00 |
| 6/2/2014 | $55,891.00 |
| 6/13/2014 | $51,990.00 |
| 7/2/2014 | $51,990.00 |
| 8/6/2014 | $51,990.00 |
| 9/2/2014 | $21,030.00 |
| 9/10/2014 | $51,990.00 |
| 9/29/2014 | $51,990.00 |
| 10/3/2014 | $8,750.00 |
| 10/21/2014 | $8,750.00 |
| 10/30/2014 | $8,750.00 |
| 11/4/2014 | $51,990.00 |
| 12/15/2014 | $51,990.00 |
| 12/24/2014 | $15,711.00 |
| 2/2/2015 | $51,990.00 |
| 2/9/2015 | $26,250.00 |
| 2/23/2015 | $51,990.00 |
| 2/23/2015 | $51,990.00 |
| 3/27/2015 | $51,990.00 |
| 4/21/2015 | $29,649.00 |
| 5/1/2015 | $10,889.00 |
| 5/5/2015 | $51,990.00 |
| 5/21/2015 | $63,434.00 |
| 5/21/2015 | $66,808.00 |
| 6/11/2015 | $51,990.00 |
| 7/20/2015 | $51,990.00 |
| 8/21/2015 | $9,515.00 |
| 8/26/2015 | $35,000.00 |
| 9/18/2015 | $51,990.00 |
| 9/28/2015 | $51,990.00 |
| 9/30/2015 | $15,900.00 |
| 10/8/2015 | $51,990.00 |
| 12/16/2015 | $42,818.00 |
| 1/13/2016 | $7,530.00 |
| 1/13/2016 | $28,545.00 |
| 2/1/2016 | $51,990.00 |
| 2/10/2016 | $10,727.00 |
| 2/11/2016 | $51,990.00 |

EXHIBIT A

TRANSFERS TO FORCELINK CORP.

| Date | Payment Amount |
|---|---|
| 3/9/2016 | $51,990.00 |
| 3/18/2016 | $51,990.00 |
| 5/17/2016 | $69,275.00 |
| 5/23/2016 | $51,990.00 |
| 5/23/2016 | $51,990.00 |
| 6/20/2016 | $51,990.00 |
| 6/21/2016 | $2,946.00 |
| 6/30/2016 | $18,853.00 |
| 7/14/2016 | $51,990.00 |
| 8/25/2016 | $11,700.00 |
| 8/29/2016 | $11,700.00 |
| 9/1/2016 | $51,990.00 |
| 9/8/2016 | $51,990.00 |
| 9/16/2016 | $4,875.00 |
| 10/3/2016 | $3,900.00 |
| 10/3/2016 | $4,875.00 |
| 10/3/2016 | $7,800.00 |
| 10/27/2016 | $51,990.00 |
| 11/7/2016 | $11,700.00 |
| 11/14/2016 | $51,990.00 |
| 11/17/2016 | $24,513.00 |
| 11/17/2016 | $3,900.00 |
| 11/17/2016 | $2,925.00 |
| 1/30/2017 | $51,990.00 |
| 2/22/2017 | $51,990.00 |
| 4/7/2017 | $51,990.00 |

63379066 v1