# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO CARIBBEAN CITY BUILDERS, INC.

| Date | Payment Amount |
|---|---|
| 1/6/2014 | $27,977.00 |
| 1/28/2014 | $27,977.00 |
| 2/24/2014 | $44,467.00 |
| 2/24/2014 | $50,773.00 |
| 4/17/2014 | $24,455.00 |
| 4/17/2014 | $24,455.00 |
| 4/24/2014 | $50,773.00 |
| 5/19/2014 | $54,295.00 |
| 5/27/2014 | $54,295.00 |
| 6/9/2014 | $24,455.00 |
| 6/9/2014 | $24,455.00 |
| 6/27/2014 | $54,295.00 |
| 6/30/2014 | $54,295.00 |
| 7/30/2014 | $23,658.00 |
| 9/5/2014 | $24,455.00 |
| 9/5/2014 | $30,638.00 |
| 9/19/2014 | $24,455.00 |
| 9/30/2014 | $24,455.00 |
| 10/27/2014 | $24,455.00 |
| 11/17/2014 | $35,938.00 |
| 11/18/2014 | $24,455.00 |
| 12/22/2014 | $24,455.00 |
| 1/8/2015 | $42,316.00 |
| 1/8/2015 | $42,316.00 |
| 1/8/2015 | $42,316.00 |
| 1/16/2015 | $55,092.00 |
| 1/22/2015 | $54,295.00 |
| 1/27/2015 | $54,295.00 |
| 2/24/2015 | $24,455.00 |
| 3/27/2015 | $24,455.00 |
| 4/23/2015 | $23,658.00 |
| 4/29/2015 | $24,455.00 |
| 4/29/2015 | $54,295.00 |
| 7/10/2015 | $54,295.00 |
| 7/15/2015 | $54,295.00 |
| 7/15/2015 | $54,295.00 |
| 7/15/2015 | $24,455.00 |
| 9/11/2015 | $24,455.00 |
| 9/15/2015 | $23,658.00 |
| 10/27/2015 | $24,455.00 |
| 10/28/2015 | $54,295.00 |
| 10/28/2015 | $30,638.00 |
| 3/24/2016 | $54,295.00 |
| 3/24/2016 | $17,762.00 |
| 3/24/2016 | $17,762.00 |
| 3/24/2016 | $17,762.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN CITY BUILDERS, INC.

| Date | Payment Amount |
|---|---|
| 4/5/2016 | $60,988.00 |
| 4/7/2016 | $30,350.00 |
| 4/7/2016 | $30,350.00 |
| 4/7/2016 | $24,455.00 |
| 4/28/2016 | $44,640.00 |
| 4/28/2016 | $24,455.00 |
| 4/28/2016 | $24,455.00 |
| 4/28/2016 | $24,455.00 |
| 4/28/2016 | $30,638.00 |
| 4/28/2016 | $24,455.00 |
| 4/28/2016 | $24,455.00 |
| 7/19/2016 | $17,046.00 |
| 8/2/2016 | $54,295.00 |
| 9/13/2016 | $37,136.00 |
| 10/20/2016 | $16,731.00 |
| 12/15/2016 | $42,820.00 |
| 12/15/2016 | $20,930.00 |
| 12/15/2016 | $42,820.00 |
| 12/15/2016 | $20,930.00 |
| 1/4/2017 | $25,790.00 |
| 1/4/2017 | $25,790.00 |
| 2/7/2017 | $5,173.00 |
| 2/17/2017 | $37,960.00 |
| 2/22/2017 | $37,960.00 |
| 2/22/2017 | $63,750.00 |
| 3/3/2017 | $10,004.00 |
| 3/17/2017 | $48,572.00 |
| 3/24/2017 | $48,572.00 |
| 4/24/2017 | $25,790.00 |