# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO CARIBBEAN EDUCATIONAL SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 5/28/2013 | $37,992.00 |
| 8/9/2013 | $20,661.00 |
| 8/9/2013 | $221,425.00 |
| 8/9/2013 | $241,268.00 |
| 8/9/2013 | $246,742.00 |
| 1/3/2014 | $98,160.00 |
| 1/3/2014 | $175,136.00 |
| 1/3/2014 | $223,256.00 |
| 1/16/2014 | $40,699.00 |
| 2/20/2014 | $22,718.00 |
| 7/16/2014 | $5,582.00 |
| 7/16/2014 | $8,594.00 |
| 7/18/2014 | $2,900.00 |
| 7/18/2014 | $8,499.00 |
| 7/18/2014 | $63,174.00 |
| 7/24/2014 | $55,167.00 |
| 7/24/2014 | $80,490.00 |
| 8/1/2014 | $16,363.00 |
| 10/24/2014 | $9,405.00 |
| 10/24/2014 | $11,454.00 |
| 10/28/2014 | $9,599.00 |
| 10/28/2014 | $14,457.00 |
| 3/27/2015 | $10,500.00 |
| 4/8/2015 | $64,562.00 |
| 4/21/2015 | $44,611.00 |
| 6/15/2015 | $4,995.00 |
| 6/15/2015 | $4,967.00 |
| 6/23/2015 | $226,379.00 |
| 7/21/2015 | $4,999.00 |
| 7/21/2015 | $4,990.00 |
| 7/29/2015 | $151,999.00 |
| 8/20/2015 | $60,130.00 |
| 8/20/2015 | $1,656.00 |
| 8/20/2015 | $4,923.00 |
| 11/3/2015 | $49,792.00 |
| 11/5/2015 | $49,792.00 |
| 11/10/2015 | $37,128.00 |
| 11/17/2015 | $47,562.00 |
| 11/23/2015 | $19,694.00 |
| 11/27/2015 | $26,841.00 |
| 12/4/2015 | $26,841.00 |
| 1/5/2016 | $4,074.00 |
| 1/5/2016 | $30,319.00 |
| 1/5/2016 | $8,147.00 |
| 1/13/2016 | $49,946.00 |
| 3/22/2016 | $35,460.00 |

# EXHIBIT A

## TRANSFERS TO CARIBBEAN EDUCATIONAL SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 3/22/2016 | $35,263.00 |
| 4/1/2016 | $49,922.00 |
| 4/1/2016 | $49,792.00 |
| 4/1/2016 | $49,631.00 |
| 4/1/2016 | $39,201.00 |
| 4/1/2016 | $39,420.00 |
| 4/1/2016 | $49,636.00 |
| 4/1/2016 | $43,316.00 |
| 4/1/2016 | $49,704.00 |
| 4/1/2016 | $49,946.00 |
| 5/13/2016 | $26,740.00 |
| 6/8/2016 | $56,942.00 |
| 6/8/2016 | $44,646.00 |
| 7/22/2016 | $10,170.00 |
| 7/22/2016 | $115,206.00 |
| 9/28/2016 | $130,495.00 |
| 1/4/2017 | $12,153.00 |
| 1/4/2017 | $12,153.00 |
| 1/4/2017 | $12,153.00 |
| 1/4/2017 | $12,153.00 |
| 1/4/2017 | $12,153.00 |
| 4/12/2017 | $57,290.00 |