# EXHIBIT A

EXHIBIT A
TRANSFERS TO CARIBBEAN RESTAURANT INC

| Date | Payment Amount |
|---|---|
| 1/23/2014 | $9,055.00 |
| 2/4/2014 | $17,047.00 |
| 2/4/2014 | $19,537.00 |
| 2/4/2014 | $21,833.00 |
| 2/6/2014 | $2,233.00 |
| 2/6/2014 | $3,206.00 |
| 2/6/2014 | $7,683.00 |
| 2/6/2014 | $9,454.00 |
| 2/6/2014 | $16,196.00 |
| 2/6/2014 | $17,538.00 |
| 2/6/2014 | $1,287.00 |
| 2/7/2014 | $317.00 |
| 2/7/2014 | $13,084.00 |
| 2/11/2014 | $6,366.00 |
| 2/11/2014 | $13,220.00 |
| 2/21/2014 | $384.00 |
| 2/21/2014 | $5,653.00 |
| 2/21/2014 | $5,724.00 |
| 2/21/2014 | $9,215.00 |
| 2/21/2014 | $11,877.00 |
| 2/21/2014 | $653.00 |
| 2/21/2014 | $18,971.00 |
| 2/21/2014 | $19,325.00 |
| 2/21/2014 | $22,413.00 |
| 2/21/2014 | $26,125.00 |
| 2/21/2014 | $26,167.00 |
| 2/21/2014 | $141.00 |
| 2/24/2014 | $10,332.00 |
| 2/27/2014 | $8,860.00 |
| 2/27/2014 | $8,999.00 |
| 2/27/2014 | $10,706.00 |
| 2/27/2014 | $14,790.00 |
| 2/27/2014 | $35,434.00 |
| 3/4/2014 | $334.00 |
| 3/4/2014 | $5,008.00 |
| 3/4/2014 | $5,610.00 |
| 3/7/2014 | $4,104.00 |
| 3/7/2014 | $5,218.00 |
| 3/7/2014 | $5,305.00 |
| 3/7/2014 | $6,384.00 |
| 3/7/2014 | $11,475.00 |
| 3/7/2014 | $12,031.00 |
| 3/7/2014 | $26,350.00 |
| 3/7/2014 | $34,265.00 |
| 3/10/2014 | $11,584.00 |
| 3/10/2014 | $17,090.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN RESTAURANT INC

| Date | Payment Amount |
|---|---|
| 3/12/2014 | $20,197.00 |
| 3/31/2014 | $3,310.00 |
| 3/31/2014 | $26,664.00 |
| 4/1/2014 | $446.00 |
| 4/1/2014 | $707.00 |
| 4/1/2014 | $1,796.00 |
| 4/4/2014 | $5,381.00 |
| 4/4/2014 | $479.00 |
| 4/4/2014 | $9,316.00 |
| 4/4/2014 | $14,808.00 |
| 4/4/2014 | $1,738.00 |
| 4/11/2014 | $134,952.00 |
| 4/11/2014 | $152,761.00 |
| 4/28/2014 | $139,907.00 |
| 5/22/2014 | $131,421.00 |
| 5/28/2014 | $254.00 |
| 5/28/2014 | $1,916.00 |
| 6/2/2014 | $122,358.00 |
| 6/2/2014 | $129,084.00 |
| 6/24/2014 | $15,453.00 |
| 7/8/2014 | $5,766.00 |
| 7/8/2014 | $7,859.00 |
| 7/8/2014 | $20,409.00 |
| 7/16/2014 | $119,310.00 |
| 9/8/2014 | $118,434.00 |
| 9/11/2014 | $109,596.00 |
| 9/26/2014 | $105,859.00 |
| 10/31/2014 | $98,939.00 |
| 12/10/2014 | $91,013.00 |
| 2/5/2015 | $13,132.00 |
| 2/5/2015 | $26,626.00 |
| 2/9/2015 | $60,528.00 |
| 3/16/2015 | $68,282.00 |
| 5/13/2015 | $99,494.00 |
| 6/17/2015 | $99,450.00 |
| 6/25/2015 | $91,952.00 |
| 7/23/2015 | $89,815.00 |
| 8/13/2015 | $94,565.00 |
| 9/2/2015 | $86,908.00 |
| 9/29/2015 | $81,344.00 |
| 10/6/2015 | $40,221.00 |
| 10/9/2015 | $38,963.00 |
| 12/17/2015 | $77,374.00 |
| 12/22/2015 | $74,255.00 |
| 2/1/2016 | $61,498.00 |
| 2/1/2016 | $10,996.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN RESTAURANT INC

| Date | Payment Amount |
|---|---|
| 2/23/2016 | $68,502.00 |
| 3/3/2016 | $1,300.00 |
| 3/3/2016 | $29,479.00 |
| 3/3/2016 | $6,826.00 |
| 6/7/2016 | $83,310.00 |
| 6/13/2016 | $94,897.00 |
| 6/13/2016 | $86,117.00 |
| 6/15/2016 | $41,619.00 |
| 6/20/2016 | $82,411.00 |
| 6/29/2016 | $77,508.00 |
| 8/25/2016 | $71,490.00 |
| 8/25/2016 | $74,187.00 |
| 9/8/2016 | $69,098.00 |
| 11/21/2016 | $65,121.00 |
| 12/1/2016 | $62,205.00 |
| 12/1/2016 | $69,007.00 |
| 1/24/2017 | $40,125.00 |
| 2/8/2017 | $152.00 |
| 2/8/2017 | $7,134.00 |
| 2/10/2017 | $37,653.00 |