# EXHIBIT A

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|---|---|
| 12/6/2013 | $28,823.00 |
| 12/23/2013 | $19,875.00 |
| 1/28/2014 | $83,774.00 |
| 2/3/2014 | $78,258.00 |
| 2/10/2014 | $59,637.00 |
| 2/19/2014 | $2,100.00 |
| 2/20/2014 | $159,762.00 |
| 3/24/2014 | $27,275.00 |
| 3/24/2014 | $40,800.00 |
| 4/4/2014 | $24,492.00 |
| 4/14/2014 | $33,080.00 |
| 4/25/2014 | $11,450.00 |
| 5/1/2014 | $2,375.00 |
| 5/1/2014 | $5,000.00 |
| 5/8/2014 | $89,773.00 |
| 5/13/2014 | $34,465.00 |
| 5/14/2014 | $3,000.00 |
| 5/14/2014 | $14,467.00 |
| 5/14/2014 | $174,050.00 |
| 5/20/2014 | $194,045.00 |
| 6/9/2014 | $7,634.00 |
| 6/24/2014 | $17,090.00 |
| 6/30/2014 | $8,250.00 |
| 7/16/2014 | $17,902.00 |
| 7/30/2014 | $18,149.00 |
| 8/1/2014 | $28,368.00 |
| 8/22/2014 | $2,709.00 |
| 8/25/2014 | $130,805.00 |
| 8/28/2014 | $2,200.00 |
| 9/10/2014 | $81,760.00 |
| 10/24/2014 | $3,925.00 |
| 10/30/2014 | $24,231.00 |
| 11/5/2014 | $5,995.00 |
| 11/5/2014 | $67,891.00 |
| 11/26/2014 | $1,867.00 |
| 1/6/2015 | $37,208.00 |
| 2/2/2015 | $1,822.00 |
| 2/13/2015 | $2,167.00 |
| 2/13/2015 | $296.00 |
| 2/13/2015 | $2,463.00 |
| 2/13/2015 | $345.00 |
| 2/13/2015 | $3,448.00 |
| 2/13/2015 | $3,940.00 |
| 2/13/2015 | $3,940.00 |
| 2/13/2015 | $394.00 |
| 2/13/2015 | $394.00 |

A-1

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 2/13/2015 | $394.00 |
| 2/13/2015 | $394.00 |
| 2/13/2015 | $394.00 |
| 2/13/2015 | $394.00 |
| 2/13/2015 | $394.00 |
| 2/13/2015 | $394.00 |
| 2/13/2015 | $394.00 |
| 2/13/2015 | $394.00 |
| 2/13/2015 | $394.00 |
| 2/13/2015 | $493.00 |
| 2/13/2015 | $591.00 |
| 2/13/2015 | $591.00 |
| 2/13/2015 | $591.00 |
| 2/13/2015 | $591.00 |
| 2/13/2015 | $591.00 |
| 2/13/2015 | $690.00 |
| 2/13/2015 | $788.00 |
| 2/13/2015 | $788.00 |
| 2/13/2015 | $887.00 |
| 2/13/2015 | $985.00 |
| 2/13/2015 | $985.00 |
| 2/13/2015 | $985.00 |
| 2/13/2015 | $985.00 |
| 2/13/2015 | $985.00 |
| 2/13/2015 | $1,084.00 |
| 2/27/2015 | $296.00 |
| 2/27/2015 | $296.00 |
| 2/27/2015 | $345.00 |
| 2/27/2015 | $394.00 |
| 2/27/2015 | $394.00 |
| 2/27/2015 | $394.00 |
| 2/27/2015 | $394.00 |
| 2/27/2015 | $493.00 |
| 2/27/2015 | $591.00 |
| 2/27/2015 | $591.00 |
| 2/27/2015 | $690.00 |
| 2/27/2015 | $690.00 |
| 2/27/2015 | $148.00 |
| 2/27/2015 | $197.00 |
| 2/27/2015 | $197.00 |
| 2/27/2015 | $197.00 |
| 2/27/2015 | $197.00 |
| 2/27/2015 | $222.00 |
| 2/27/2015 | $222.00 |
| 2/27/2015 | $1,773.00 |
| 2/27/2015 | $246.00 |

A-2

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 2/27/2015 | $246.00 |
| 3/6/2015 | $296.00 |
| 3/6/2015 | $296.00 |
| 3/6/2015 | $394.00 |
| 3/6/2015 | $394.00 |
| 3/6/2015 | $443.00 |
| 3/6/2015 | $591.00 |
| 3/6/2015 | $739.00 |
| 3/6/2015 | $172.00 |
| 3/6/2015 | $197.00 |
| 3/6/2015 | $197.00 |
| 3/6/2015 | $1,576.00 |
| 3/6/2015 | $1,576.00 |
| 3/10/2015 | $2,955.00 |
| 3/20/2015 | $296.00 |
| 3/20/2015 | $296.00 |
| 3/20/2015 | $296.00 |
| 3/20/2015 | $296.00 |
| 3/20/2015 | $2,463.00 |
| 3/20/2015 | $394.00 |
| 3/20/2015 | $394.00 |
| 3/20/2015 | $394.00 |
| 3/20/2015 | $394.00 |
| 3/20/2015 | $443.00 |
| 3/20/2015 | $591.00 |
| 3/20/2015 | $591.00 |
| 3/20/2015 | $15,745.00 |
| 3/20/2015 | $739.00 |
| 3/20/2015 | $148.00 |
| 3/20/2015 | $172.00 |
| 3/20/2015 | $1,281.00 |
| 3/20/2015 | $197.00 |
| 3/20/2015 | $197.00 |
| 3/20/2015 | $197.00 |
| 3/20/2015 | $197.00 |
| 3/20/2015 | $1,576.00 |
| 3/20/2015 | $1,576.00 |
| 3/20/2015 | $222.00 |
| 3/20/2015 | $1,773.00 |
| 3/20/2015 | $246.00 |
| 3/20/2015 | $246.00 |
| 3/23/2015 | $14,378.00 |
| 4/1/2015 | $360.00 |
| 4/1/2015 | $540.00 |
| 4/1/2015 | $700.00 |
| 4/3/2015 | $345.00 |

A-3

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 4/3/2015 | $394.00 |
| 4/3/2015 | $493.00 |
| 4/3/2015 | $9,865.00 |
| 4/3/2015 | $690.00 |
| 4/3/2015 | $197.00 |
| 4/10/2015 | $2,364.00 |
| 4/10/2015 | $4,088.00 |
| 4/10/2015 | $591.00 |
| 4/10/2015 | $690.00 |
| 4/10/2015 | $1,281.00 |
| 4/15/2015 | $360.00 |
| 4/15/2015 | $540.00 |
| 4/15/2015 | $700.00 |
| 4/16/2015 | $4,777.00 |
| 4/24/2015 | $2,463.00 |
| 4/28/2015 | $29,205.00 |
| 4/29/2015 | $296.00 |
| 4/29/2015 | $296.00 |
| 4/29/2015 | $296.00 |
| 4/29/2015 | $296.00 |
| 4/29/2015 | $345.00 |
| 4/29/2015 | $394.00 |
| 4/29/2015 | $394.00 |
| 4/29/2015 | $394.00 |
| 4/29/2015 | $394.00 |
| 4/29/2015 | $394.00 |
| 4/29/2015 | $443.00 |
| 4/29/2015 | $493.00 |
| 4/29/2015 | $591.00 |
| 4/29/2015 | $591.00 |
| 4/29/2015 | $591.00 |
| 4/29/2015 | $690.00 |
| 4/29/2015 | $690.00 |
| 4/29/2015 | $739.00 |
| 4/29/2015 | $172.00 |
| 4/29/2015 | $197.00 |
| 4/29/2015 | $197.00 |
| 4/29/2015 | $197.00 |
| 4/29/2015 | $197.00 |
| 4/29/2015 | $197.00 |
| 4/29/2015 | $1,576.00 |
| 4/29/2015 | $1,576.00 |
| 4/29/2015 | $222.00 |
| 4/29/2015 | $1,773.00 |
| 4/29/2015 | $246.00 |
| 4/29/2015 | $246.00 |

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 5/18/2015 | $1,281.00 |
| 5/18/2015 | $1,546.00 |
| 5/20/2015 | $148.00 |
| 5/20/2015 | $197.00 |
| 5/20/2015 | $197.00 |
| 5/20/2015 | $222.00 |
| 5/20/2015 | $222.00 |
| 5/28/2015 | $2,463.00 |
| 5/29/2015 | $493.00 |
| 5/29/2015 | $345.00 |
| 5/29/2015 | $296.00 |
| 5/29/2015 | $739.00 |
| 5/29/2015 | $1,576.00 |
| 5/29/2015 | $1,281.00 |
| 5/29/2015 | $690.00 |
| 5/29/2015 | $394.00 |
| 5/29/2015 | $394.00 |
| 5/29/2015 | $296.00 |
| 5/29/2015 | $197.00 |
| 5/29/2015 | $296.00 |
| 5/29/2015 | $444.00 |
| 5/29/2015 | $690.00 |
| 5/29/2015 | $222.00 |
| 5/29/2015 | $394.00 |
| 5/29/2015 | $197.00 |
| 5/29/2015 | $173.00 |
| 5/29/2015 | $197.00 |
| 5/29/2015 | $1,576.00 |
| 5/29/2015 | $591.00 |
| 5/29/2015 | $591.00 |
| 5/29/2015 | $591.00 |
| 5/29/2015 | $247.00 |
| 5/29/2015 | $394.00 |
| 5/29/2015 | $394.00 |
| 5/29/2015 | $296.00 |
| 6/19/2015 | $493.00 |
| 6/19/2015 | $296.00 |
| 6/19/2015 | $345.00 |
| 6/19/2015 | $739.00 |
| 6/19/2015 | $1,576.00 |
| 6/19/2015 | $690.00 |
| 6/19/2015 | $394.00 |
| 6/19/2015 | $394.00 |
| 6/19/2015 | $961.00 |
| 6/19/2015 | $690.00 |
| 6/19/2015 | $197.00 |

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 6/19/2015 | $394.00 |
| 6/19/2015 | $197.00 |
| 6/19/2015 | $173.00 |
| 6/19/2015 | $2,463.00 |
| 6/19/2015 | $1,576.00 |
| 6/19/2015 | $1,434.00 |
| 6/19/2015 | $591.00 |
| 6/19/2015 | $591.00 |
| 6/19/2015 | $247.00 |
| 6/19/2015 | $591.00 |
| 6/19/2015 | $394.00 |
| 6/29/2015 | $444.00 |
| 6/29/2015 | $197.00 |
| 6/29/2015 | $296.00 |
| 6/29/2015 | $197.00 |
| 6/29/2015 | $247.00 |
| 6/29/2015 | $222.00 |
| 6/29/2015 | $222.00 |
| 6/29/2015 | $1,773.00 |
| 6/29/2015 | $15,664.00 |
| 6/29/2015 | $296.00 |
| 6/29/2015 | $148.00 |
| 7/16/2015 | $14,705.00 |
| 7/24/2015 | $2,709.00 |
| 7/31/2015 | $6,772.00 |
| 7/31/2015 | $1,281.00 |
| 7/31/2015 | $1,670.00 |
| 8/4/2015 | $1,398.00 |
| 8/10/2015 | $1,776.00 |
| 8/10/2015 | $1,776.00 |
| 8/10/2015 | $1,776.00 |
| 8/18/2015 | $296.00 |
| 8/18/2015 | $1,576.00 |
| 8/18/2015 | $690.00 |
| 8/18/2015 | $394.00 |
| 8/18/2015 | $394.00 |
| 8/18/2015 | $690.00 |
| 8/18/2015 | $296.00 |
| 8/18/2015 | $296.00 |
| 8/18/2015 | $197.00 |
| 8/18/2015 | $197.00 |
| 8/18/2015 | $370.00 |
| 8/18/2015 | $394.00 |
| 8/18/2015 | $247.00 |
| 8/18/2015 | $197.00 |
| 8/18/2015 | $591.00 |

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|---------------|
| 8/18/2015 | $2,809.00 |
| 8/18/2015 | $394.00 |
| 8/19/2015 | $1,281.00 |
| 8/19/2015 | $197.00 |
| 8/19/2015 | $444.00 |
| 8/19/2015 | $222.00 |
| 8/19/2015 | $222.00 |
| 8/19/2015 | $197.00 |
| 8/19/2015 | $173.00 |
| 8/19/2015 | $1,576.00 |
| 8/19/2015 | $591.00 |
| 8/19/2015 | $296.00 |
| 8/19/2015 | $148.00 |
| 8/26/2015 | $46,626.00 |
| 8/26/2015 | $46,626.00 |
| 8/26/2015 | $46,626.00 |
| 8/26/2015 | $2,463.00 |
| 8/26/2015 | $1,375.00 |
| 8/26/2015 | $1,064.00 |
| 8/31/2015 | $341.00 |
| 8/31/2015 | $7,163.00 |
| 9/9/2015 | $540.00 |
| 9/9/2015 | $360.00 |
| 9/9/2015 | $700.00 |
| 9/9/2015 | $341.00 |
| 9/14/2015 | $7,031.00 |
| 9/17/2015 | $296.00 |
| 9/17/2015 | $394.00 |
| 9/17/2015 | $394.00 |
| 9/17/2015 | $296.00 |
| 9/17/2015 | $394.00 |
| 9/21/2015 | $197.00 |
| 9/21/2015 | $222.00 |
| 9/21/2015 | $8,784.00 |
| 9/21/2015 | $148.00 |
| 9/23/2015 | $2,463.00 |
| 10/6/2015 | $1,773.00 |
| 10/6/2015 | $197.00 |
| 10/6/2015 | $2,463.00 |
| 10/14/2015 | $360.00 |
| 10/14/2015 | $700.00 |
| 10/14/2015 | $540.00 |
| 10/14/2015 | $360.00 |
| 10/14/2015 | $540.00 |
| 10/14/2015 | $700.00 |
| 10/19/2015 | $7,485.00 |

## TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|---|---|
| 10/21/2015 | $493.00 |
| 10/21/2015 | $1,247.00 |
| 10/21/2015 | $493.00 |
| 10/21/2015 | $345.00 |
| 10/21/2015 | $345.00 |
| 10/21/2015 | $739.00 |
| 10/21/2015 | $690.00 |
| 10/21/2015 | $394.00 |
| 10/21/2015 | $690.00 |
| 10/21/2015 | $197.00 |
| 10/21/2015 | $296.00 |
| 10/21/2015 | $444.00 |
| 10/21/2015 | $197.00 |
| 10/21/2015 | $173.00 |
| 10/21/2015 | $197.00 |
| 10/21/2015 | $222.00 |
| 10/21/2015 | $1,576.00 |
| 10/21/2015 | $591.00 |
| 10/21/2015 | $296.00 |
| 10/21/2015 | $148.00 |
| 10/21/2015 | $591.00 |
| 10/26/2015 | $296.00 |
| 10/26/2015 | $690.00 |
| 10/26/2015 | $394.00 |
| 10/26/2015 | $296.00 |
| 10/26/2015 | $197.00 |
| 10/26/2015 | $690.00 |
| 10/26/2015 | $394.00 |
| 10/26/2015 | $394.00 |
| 10/26/2015 | $591.00 |
| 10/26/2015 | $247.00 |
| 10/26/2015 | $394.00 |
| 10/29/2015 | $1,576.00 |
| 10/29/2015 | $3,632.00 |
| 11/3/2015 | $1,281.00 |
| 11/3/2015 | $1,839.00 |
| 11/6/2015 | $5,025.00 |
| 11/6/2015 | $2,463.00 |
| 11/12/2015 | $6,500.00 |
| 11/16/2015 | $6,625.00 |
| 12/7/2015 | $296.00 |
| 12/7/2015 | $739.00 |
| 12/7/2015 | $1,576.00 |
| 12/7/2015 | $394.00 |
| 12/7/2015 | $394.00 |
| 12/7/2015 | $197.00 |

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 12/7/2015 | $197.00 |
| 12/7/2015 | $4,713.00 |
| 12/7/2015 | $197.00 |
| 12/7/2015 | $173.00 |
| 12/7/2015 | $173.00 |
| 12/7/2015 | $197.00 |
| 12/7/2015 | $222.00 |
| 12/7/2015 | $1,773.00 |
| 12/7/2015 | $197.00 |
| 12/7/2015 | $1,773.00 |
| 12/7/2015 | $1,576.00 |
| 12/7/2015 | $591.00 |
| 12/7/2015 | $148.00 |
| 12/7/2015 | $247.00 |
| 12/7/2015 | $148.00 |
| 12/10/2015 | $493.00 |
| 12/10/2015 | $296.00 |
| 12/10/2015 | $345.00 |
| 12/10/2015 | $739.00 |
| 12/10/2015 | $1,576.00 |
| 12/10/2015 | $394.00 |
| 12/10/2015 | $394.00 |
| 12/10/2015 | $690.00 |
| 12/10/2015 | $444.00 |
| 12/10/2015 | $370.00 |
| 12/10/2015 | $296.00 |
| 12/10/2015 | $222.00 |
| 12/10/2015 | $394.00 |
| 12/10/2015 | $1,576.00 |
| 12/10/2015 | $591.00 |
| 12/10/2015 | $247.00 |
| 12/10/2015 | $591.00 |
| 12/24/2015 | $591.00 |
| 12/24/2015 | $591.00 |
| 12/24/2015 | $296.00 |
| 12/24/2015 | $296.00 |
| 12/24/2015 | $394.00 |
| 12/24/2015 | $394.00 |
| 12/24/2015 | $394.00 |
| 12/24/2015 | $394.00 |
| 12/29/2015 | $326.00 |
| 12/30/2015 | $493.00 |
| 12/30/2015 | $690.00 |
| 12/30/2015 | $690.00 |
| 12/30/2015 | $444.00 |
| 12/30/2015 | $197.00 |

63379070 v1

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 12/30/2015 | $197.00 |
| 12/30/2015 | $591.00 |
| 12/30/2015 | $296.00 |
| 12/30/2015 | $296.00 |
| 12/31/2015 | $394.00 |
| 2/3/2016 | $296.00 |
| 2/3/2016 | $1,576.00 |
| 2/3/2016 | $394.00 |
| 2/3/2016 | $197.00 |
| 2/3/2016 | $296.00 |
| 2/3/2016 | $197.00 |
| 2/3/2016 | $444.00 |
| 2/3/2016 | $222.00 |
| 2/3/2016 | $173.00 |
| 2/3/2016 | $1,576.00 |
| 2/3/2016 | $247.00 |
| 2/8/2016 | $394.00 |
| 2/8/2016 | $1,773.00 |
| 2/11/2016 | $148.00 |
| 2/16/2016 | $1,600.00 |
| 2/16/2016 | $1,600.00 |
| 2/19/2016 | $355.00 |
| 2/19/2016 | $493.00 |
| 2/19/2016 | $296.00 |
| 2/19/2016 | $345.00 |
| 2/19/2016 | $1,576.00 |
| 2/19/2016 | $394.00 |
| 2/19/2016 | $394.00 |
| 2/19/2016 | $394.00 |
| 2/19/2016 | $444.00 |
| 2/19/2016 | $296.00 |
| 2/19/2016 | $690.00 |
| 2/19/2016 | $197.00 |
| 2/19/2016 | $197.00 |
| 2/19/2016 | $173.00 |
| 2/19/2016 | $1,773.00 |
| 2/19/2016 | $197.00 |
| 2/19/2016 | $197.00 |
| 2/19/2016 | $1,576.00 |
| 2/19/2016 | $591.00 |
| 3/8/2016 | $1,281.00 |
| 3/15/2016 | $1,281.00 |
| 3/15/2016 | $2,463.00 |
| 3/15/2016 | $2,463.00 |
| 3/16/2016 | $739.00 |
| 3/16/2016 | $197.00 |

63379070 v1

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 3/16/2016 | $744.00 |
| 3/16/2016 | $330.00 |
| 3/16/2016 | $222.00 |
| 3/16/2016 | $247.00 |
| 3/16/2016 | $784.00 |
| 3/16/2016 | $148.00 |
| 3/16/2016 | $262.00 |
| 3/16/2016 | $591.00 |
| 3/16/2016 | $296.00 |
| 3/18/2016 | $8,861.00 |
| 3/21/2016 | $296.00 |
| 3/21/2016 | $252.00 |
| 3/21/2016 | $143.00 |
| 3/21/2016 | $394.00 |
| 3/21/2016 | $394.00 |
| 3/21/2016 | $1,351.00 |
| 3/21/2016 | $350.00 |
| 3/29/2016 | $468.00 |
| 4/1/2016 | $7,195.00 |
| 4/5/2016 | $493.00 |
| 4/5/2016 | $296.00 |
| 4/5/2016 | $345.00 |
| 4/5/2016 | $739.00 |
| 4/5/2016 | $468.00 |
| 4/5/2016 | $394.00 |
| 4/5/2016 | $394.00 |
| 4/5/2016 | $690.00 |
| 4/5/2016 | $197.00 |
| 4/5/2016 | $444.00 |
| 4/5/2016 | $197.00 |
| 4/5/2016 | $222.00 |
| 4/5/2016 | $222.00 |
| 4/5/2016 | $394.00 |
| 4/5/2016 | $197.00 |
| 4/5/2016 | $173.00 |
| 4/5/2016 | $754.00 |
| 4/5/2016 | $197.00 |
| 4/5/2016 | $591.00 |
| 4/5/2016 | $591.00 |
| 4/5/2016 | $591.00 |
| 4/5/2016 | $394.00 |
| 4/5/2016 | $148.00 |
| 4/5/2016 | $148.00 |
| 4/5/2016 | $488.00 |
| 4/5/2016 | $394.00 |
| 4/5/2016 | $296.00 |

## TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 4/5/2016 | $247.00 |
| 4/5/2016 | $591.00 |
| 4/6/2016 | $1,576.00 |
| 4/6/2016 | $1,281.00 |
| 4/6/2016 | $1,773.00 |
| 4/6/2016 | $2,463.00 |
| 4/6/2016 | $1,576.00 |
| 4/6/2016 | $1,163.00 |
| 4/7/2016 | $296.00 |
| 4/29/2016 | $493.00 |
| 4/29/2016 | $493.00 |
| 4/29/2016 | $345.00 |
| 4/29/2016 | $345.00 |
| 4/29/2016 | $296.00 |
| 4/29/2016 | $739.00 |
| 4/29/2016 | $739.00 |
| 4/29/2016 | $690.00 |
| 4/29/2016 | $394.00 |
| 4/29/2016 | $394.00 |
| 4/29/2016 | $197.00 |
| 4/29/2016 | $690.00 |
| 4/29/2016 | $197.00 |
| 4/29/2016 | $444.00 |
| 4/29/2016 | $197.00 |
| 4/29/2016 | $444.00 |
| 4/29/2016 | $197.00 |
| 4/29/2016 | $690.00 |
| 4/29/2016 | $247.00 |
| 4/29/2016 | $222.00 |
| 4/29/2016 | $173.00 |
| 4/29/2016 | $173.00 |
| 4/29/2016 | $197.00 |
| 4/29/2016 | $591.00 |
| 4/29/2016 | $591.00 |
| 4/29/2016 | $296.00 |
| 4/29/2016 | $591.00 |
| 4/29/2016 | $247.00 |
| 4/29/2016 | $296.00 |
| 4/29/2016 | $247.00 |
| 4/29/2016 | $591.00 |
| 5/2/2016 | $1,576.00 |
| 5/2/2016 | $394.00 |
| 5/2/2016 | $197.00 |
| 5/2/2016 | $197.00 |
| 5/2/2016 | $419.00 |
| 5/2/2016 | $247.00 |

## TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|---------------|
| 5/2/2016 | $247.00 |
| 5/2/2016 | $222.00 |
| 5/2/2016 | $1,773.00 |
| 5/2/2016 | $197.00 |
| 5/2/2016 | $591.00 |
| 5/2/2016 | $591.00 |
| 5/5/2016 | $1,600.00 |
| 5/5/2016 | $1,600.00 |
| 5/5/2016 | $1,600.00 |
| 5/5/2016 | $1,600.00 |
| 5/6/2016 | $296.00 |
| 5/6/2016 | $1,576.00 |
| 5/6/2016 | $1,773.00 |
| 5/6/2016 | $2,463.00 |
| 5/6/2016 | $1,576.00 |
| 5/6/2016 | $2,463.00 |
| 5/11/2016 | $43,145.00 |
| 5/12/2016 | $3,879.00 |
| 5/23/2016 | $394.00 |
| 5/23/2016 | $1,823.00 |
| 5/25/2016 | $1,600.00 |
| 6/1/2016 | $1,281.00 |
| 6/1/2016 | $2,148.00 |
| 6/1/2016 | $296.00 |
| 6/1/2016 | $394.00 |
| 6/1/2016 | $148.00 |
| 6/1/2016 | $394.00 |
| 6/1/2016 | $394.00 |
| 6/13/2016 | $281.00 |
| 6/16/2016 | $296.00 |
| 6/16/2016 | $296.00 |
| 6/16/2016 | $394.00 |
| 6/16/2016 | $394.00 |
| 6/16/2016 | $394.00 |
| 6/16/2016 | $148.00 |
| 6/16/2016 | $148.00 |
| 6/20/2016 | $1,600.00 |
| 6/20/2016 | $1,281.00 |
| 6/20/2016 | $1,281.00 |
| 6/20/2016 | $394.00 |
| 6/29/2016 | $739.00 |
| 6/29/2016 | $690.00 |
| 6/29/2016 | $690.00 |
| 6/29/2016 | $591.00 |
| 6/29/2016 | $591.00 |
| 6/29/2016 | $591.00 |

63379070 v1

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 7/1/2016 | $493.00 |
| 7/1/2016 | $345.00 |
| 7/1/2016 | $394.00 |
| 7/1/2016 | $394.00 |
| 7/1/2016 | $197.00 |
| 7/1/2016 | $296.00 |
| 7/1/2016 | $296.00 |
| 7/1/2016 | $222.00 |
| 7/1/2016 | $173.00 |
| 7/1/2016 | $247.00 |
| 7/1/2016 | $197.00 |
| 7/1/2016 | $296.00 |
| 7/1/2016 | $247.00 |
| 7/7/2016 | $10,350.00 |
| 7/8/2016 | $1,276.00 |
| 7/8/2016 | $493.00 |
| 7/8/2016 | $345.00 |
| 7/8/2016 | $296.00 |
| 7/8/2016 | $739.00 |
| 7/8/2016 | $1,576.00 |
| 7/8/2016 | $1,576.00 |
| 7/8/2016 | $690.00 |
| 7/8/2016 | $394.00 |
| 7/8/2016 | $394.00 |
| 7/8/2016 | $197.00 |
| 7/8/2016 | $296.00 |
| 7/8/2016 | $444.00 |
| 7/8/2016 | $197.00 |
| 7/8/2016 | $222.00 |
| 7/8/2016 | $173.00 |
| 7/8/2016 | $197.00 |
| 7/8/2016 | $1,773.00 |
| 7/8/2016 | $1,576.00 |
| 7/8/2016 | $2,463.00 |
| 7/8/2016 | $591.00 |
| 7/8/2016 | $247.00 |
| 7/8/2016 | $591.00 |
| 7/8/2016 | $394.00 |
| 7/8/2016 | $394.00 |
| 7/12/2016 | $6,601.00 |
| 7/19/2016 | $34,989.00 |
| 7/22/2016 | $10,535.00 |
| 7/29/2016 | $72,422.00 |
| 8/1/2016 | $247.00 |
| 8/1/2016 | $591.00 |
| 8/1/2016 | $296.00 |

63379070 v1

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|---------------|
| 8/11/2016 | $345.00 |
| 8/11/2016 | $296.00 |
| 8/11/2016 | $394.00 |
| 8/11/2016 | $197.00 |
| 8/11/2016 | $222.00 |
| 8/11/2016 | $222.00 |
| 8/11/2016 | $222.00 |
| 8/11/2016 | $247.00 |
| 8/11/2016 | $173.00 |
| 8/11/2016 | $197.00 |
| 8/11/2016 | $197.00 |
| 8/11/2016 | $296.00 |
| 8/11/2016 | $247.00 |
| 8/15/2016 | $493.00 |
| 8/15/2016 | $1,576.00 |
| 8/15/2016 | $690.00 |
| 8/15/2016 | $591.00 |
| 8/15/2016 | $591.00 |
| 8/15/2016 | $591.00 |
| 8/22/2016 | $1,600.00 |
| 8/26/2016 | $1,600.00 |
| 9/9/2016 | $493.00 |
| 9/9/2016 | $345.00 |
| 9/9/2016 | $296.00 |
| 9/9/2016 | $739.00 |
| 9/9/2016 | $690.00 |
| 9/9/2016 | $394.00 |
| 9/9/2016 | $394.00 |
| 9/9/2016 | $197.00 |
| 9/9/2016 | $296.00 |
| 9/9/2016 | $690.00 |
| 9/9/2016 | $197.00 |
| 9/9/2016 | $197.00 |
| 9/9/2016 | $222.00 |
| 9/9/2016 | $173.00 |
| 9/9/2016 | $247.00 |
| 9/9/2016 | $222.00 |
| 9/9/2016 | $197.00 |
| 9/9/2016 | $222.00 |
| 9/9/2016 | $1,773.00 |
| 9/9/2016 | $197.00 |
| 9/9/2016 | $784.00 |
| 9/9/2016 | $591.00 |
| 9/9/2016 | $591.00 |
| 9/9/2016 | $296.00 |
| 9/9/2016 | $247.00 |

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 9/12/2016 | $1,576.00 |
| 9/12/2016 | $1,576.00 |
| 9/12/2016 | $2,463.00 |
| 9/20/2016 | $296.00 |
| 9/20/2016 | $739.00 |
| 9/20/2016 | $394.00 |
| 9/20/2016 | $394.00 |
| 9/20/2016 | $444.00 |
| 9/20/2016 | $197.00 |
| 9/20/2016 | $296.00 |
| 9/20/2016 | $173.00 |
| 9/20/2016 | $197.00 |
| 9/20/2016 | $2,463.00 |
| 9/20/2016 | $591.00 |
| 9/21/2016 | $2,463.00 |
| 9/21/2016 | $2,463.00 |
| 9/28/2016 | $1,576.00 |
| 9/28/2016 | $1,773.00 |
| 9/28/2016 | $1,576.00 |
| 9/28/2016 | $296.00 |
| 9/28/2016 | $394.00 |
| 9/28/2016 | $394.00 |
| 9/28/2016 | $148.00 |
| 9/28/2016 | $148.00 |
| 10/3/2016 | $444.00 |
| 10/3/2016 | $197.00 |
| 10/3/2016 | $197.00 |
| 10/3/2016 | $444.00 |
| 10/3/2016 | $296.00 |
| 10/3/2016 | $394.00 |
| 10/3/2016 | $394.00 |
| 10/3/2016 | $394.00 |
| 10/3/2016 | $394.00 |
| 10/3/2016 | $148.00 |
| 10/7/2016 | $1,600.00 |
| 10/21/2016 | $493.00 |
| 10/21/2016 | $197.00 |
| 10/21/2016 | $197.00 |
| 10/21/2016 | $222.00 |
| 10/21/2016 | $6,530.00 |
| 10/21/2016 | $296.00 |
| 10/21/2016 | $247.00 |
| 10/21/2016 | $591.00 |
| 10/24/2016 | $690.00 |
| 10/24/2016 | $690.00 |
| 10/28/2016 | $296.00 |

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 10/28/2016 | $394.00 |
| 11/1/2016 | $789.00 |
| 11/1/2016 | $53,590.00 |
| 11/7/2016 | $5,319.00 |
| 11/15/2016 | $4,429.00 |
| 11/17/2016 | $296.00 |
| 11/17/2016 | $345.00 |
| 11/17/2016 | $690.00 |
| 11/17/2016 | $690.00 |
| 11/17/2016 | $394.00 |
| 11/17/2016 | $197.00 |
| 11/17/2016 | $690.00 |
| 11/17/2016 | $197.00 |
| 11/17/2016 | $247.00 |
| 11/17/2016 | $591.00 |
| 11/17/2016 | $591.00 |
| 11/17/2016 | $296.00 |
| 11/17/2016 | $394.00 |
| 11/17/2016 | $394.00 |
| 11/17/2016 | $394.00 |
| 11/17/2016 | $148.00 |
| 11/18/2016 | $1,281.00 |
| 11/18/2016 | $1,281.00 |
| 11/18/2016 | $1,281.00 |
| 11/18/2016 | $1,281.00 |
| 11/21/2016 | $16,746.00 |
| 11/21/2016 | $1,600.00 |
| 11/22/2016 | $1,576.00 |
| 11/22/2016 | $7,440.00 |
| 12/5/2016 | $355.00 |
| 12/5/2016 | $296.00 |
| 12/5/2016 | $394.00 |
| 12/5/2016 | $394.00 |
| 12/5/2016 | $394.00 |
| 12/19/2016 | $1,600.00 |
| 12/19/2016 | $7,472.00 |
| 12/20/2016 | $16,416.00 |
| 12/29/2016 | $4,802.00 |
| 1/3/2017 | $345.00 |
| 1/3/2017 | $296.00 |
| 1/3/2017 | $394.00 |
| 1/3/2017 | $394.00 |
| 1/3/2017 | $197.00 |
| 1/3/2017 | $197.00 |
| 1/3/2017 | $197.00 |
| 1/3/2017 | $222.00 |

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|---------------|
| 1/3/2017 | $173.00 |
| 1/3/2017 | $197.00 |
| 1/3/2017 | $247.00 |
| 1/3/2017 | $296.00 |
| 1/3/2017 | $394.00 |
| 1/3/2017 | $148.00 |
| 1/3/2017 | $394.00 |
| 1/4/2017 | $2,463.00 |
| 1/4/2017 | $1,600.00 |
| 1/13/2017 | $4,463.00 |
| 1/17/2017 | $1,773.00 |
| 1/17/2017 | $1,576.00 |
| 1/17/2017 | $2,463.00 |
| 1/17/2017 | $2,463.00 |
| 1/20/2017 | $493.00 |
| 1/20/2017 | $739.00 |
| 1/20/2017 | $1,576.00 |
| 1/20/2017 | $690.00 |
| 1/20/2017 | $690.00 |
| 1/20/2017 | $591.00 |
| 1/20/2017 | $591.00 |
| 1/20/2017 | $1,281.00 |
| 1/20/2017 | $1,281.00 |
| 1/24/2017 | $493.00 |
| 1/24/2017 | $493.00 |
| 1/24/2017 | $345.00 |
| 1/24/2017 | $345.00 |
| 1/24/2017 | $296.00 |
| 1/24/2017 | $394.00 |
| 1/24/2017 | $394.00 |
| 1/24/2017 | $197.00 |
| 1/24/2017 | $444.00 |
| 1/24/2017 | $197.00 |
| 1/24/2017 | $197.00 |
| 1/24/2017 | $444.00 |
| 1/24/2017 | $197.00 |
| 1/24/2017 | $296.00 |
| 1/24/2017 | $296.00 |
| 1/24/2017 | $197.00 |
| 1/24/2017 | $247.00 |
| 1/24/2017 | $173.00 |
| 1/24/2017 | $222.00 |
| 1/24/2017 | $222.00 |
| 1/24/2017 | $247.00 |
| 1/24/2017 | $173.00 |
| 1/24/2017 | $197.00 |

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|------|----------------|
| 1/24/2017 | $296.00 |
| 1/24/2017 | $247.00 |
| 1/24/2017 | $247.00 |
| 1/24/2017 | $296.00 |
| 1/24/2017 | $394.00 |
| 1/24/2017 | $394.00 |
| 1/24/2017 | $394.00 |
| 1/24/2017 | $394.00 |
| 1/24/2017 | $394.00 |
| 1/24/2017 | $394.00 |
| 1/25/2017 | $12,267.00 |
| 2/8/2017 | $1,773.00 |
| 2/8/2017 | $1,600.00 |
| 2/16/2017 | $8,126.00 |
| 2/21/2017 | $296.00 |
| 2/21/2017 | $739.00 |
| 2/21/2017 | $1,576.00 |
| 2/21/2017 | $690.00 |
| 2/21/2017 | $690.00 |
| 2/21/2017 | $2,463.00 |
| 2/21/2017 | $1,576.00 |
| 2/21/2017 | $1,576.00 |
| 2/21/2017 | $591.00 |
| 2/21/2017 | $591.00 |
| 2/21/2017 | $591.00 |
| 2/21/2017 | $591.00 |
| 2/21/2017 | $591.00 |
| 2/27/2017 | $2,709.00 |
| 3/1/2017 | $2,463.00 |
| 3/3/2017 | $77,860.00 |
| 3/9/2017 | $345.00 |
| 3/9/2017 | $296.00 |
| 3/9/2017 | $739.00 |
| 3/9/2017 | $1,576.00 |
| 3/9/2017 | $394.00 |
| 3/9/2017 | $394.00 |
| 3/9/2017 | $444.00 |
| 3/9/2017 | $197.00 |
| 3/9/2017 | $296.00 |
| 3/9/2017 | $173.00 |
| 3/9/2017 | $197.00 |
| 3/9/2017 | $1,576.00 |
| 3/9/2017 | $591.00 |
| 3/9/2017 | $296.00 |
| 3/9/2017 | $247.00 |
| 3/10/2017 | $1,773.00 |

A-19

TRANSFERS TO FRIDMA CORPORATION

| Date | Payment Amount |
|---|---|
| 3/10/2017 | $1,773.00 |
| 3/20/2017 | $14,672.00 |
| 3/21/2017 | $1,250.00 |
| 3/21/2017 | $1,600.00 |
| 3/27/2017 | $493.00 |
| 3/27/2017 | $690.00 |
| 3/27/2017 | $197.00 |
| 3/27/2017 | $197.00 |
| 3/27/2017 | $222.00 |
| 3/27/2017 | $222.00 |
| 3/27/2017 | $247.00 |
| 3/27/2017 | $591.00 |
| 3/27/2017 | $242.00 |
| 3/27/2017 | $296.00 |
| 3/27/2017 | $394.00 |
| 3/27/2017 | $394.00 |
| 3/27/2017 | $394.00 |
| 3/27/2017 | $394.00 |
| 3/28/2017 | $1,281.00 |
| 3/28/2017 | $1,281.00 |
| 4/5/2017 | $5,319.00 |
| 4/5/2017 | $197.00 |
| 4/5/2017 | $222.00 |
| 4/5/2017 | $6,490.00 |
| 4/5/2017 | $591.00 |
| 4/5/2017 | $148.00 |
| 4/11/2017 | $23,491.00 |
| 4/14/2017 | $10,993.00 |
| 5/2/2017 | $2,709.00 |
| 5/2/2017 | $1,600.00 |