# EXHIBIT A

EXHIBIT A

TRANSFERS TO EDUCATIONAL DEVELOPMENT GROUP INC.

| Date | Payment Amount |
|---|---|
| 5/17/2013 | $24,880.00 |
| 6/5/2013 | $3,000.00 |
| 6/5/2013 | $9,000.00 |
| 6/5/2013 | $109,230.00 |
| 6/10/2013 | $41,840.00 |
| 6/26/2013 | $3,675.00 |
| 6/26/2013 | $13,805.00 |
| 6/26/2013 | $63,000.00 |
| 7/10/2013 | $3,000.00 |
| 7/18/2013 | $10,360.00 |
| 7/18/2013 | $10,360.00 |
| 9/9/2013 | $21,072.00 |
| 9/16/2013 | $36,408.00 |
| 9/20/2013 | $18,320.00 |
| 9/20/2013 | $52,625.00 |
| 11/1/2013 | $7,995.00 |
| 11/19/2013 | $94,185.00 |
| 11/26/2013 | $16,000.00 |
| 12/3/2013 | $134,310.00 |
| 3/14/2014 | $714,000.00 |
| 4/15/2014 | $8,283.00 |
| 4/24/2014 | $16,346.00 |
| 5/7/2014 | $24,615.00 |
| 5/14/2014 | $71,413.00 |
| 10/7/2014 | $19,651.00 |
| 10/7/2014 | $969.00 |
| 10/7/2014 | $969.00 |
| 10/7/2014 | $969.00 |
| 10/16/2014 | $11,800.00 |
| 10/16/2014 | $19,500.00 |
| 10/16/2014 | $62,000.00 |
| 10/16/2014 | $144,760.00 |
| 10/21/2014 | $137,540.00 |
| 10/23/2014 | $21,355.00 |
| 10/23/2014 | $25,540.00 |
| 10/28/2014 | $29,500.00 |
| 11/4/2014 | $15,832.00 |
| 11/4/2014 | $83,250.00 |
| 11/12/2014 | $110,440.00 |
| 11/26/2014 | $11,687.00 |
| 12/3/2014 | $4,645.00 |
| 12/3/2014 | $5,581.00 |
| 12/5/2014 | $5,250.00 |
| 12/5/2014 | $1,879.00 |
| 12/8/2014 | $16,600.00 |
| 12/9/2014 | $112,840.00 |

EXHIBIT A

TRANSFERS TO EDUCATIONAL DEVELOPMENT GROUP INC.

| Date | Payment Amount |
|---|---|
| 1/27/2015 | $16,548.00 |
| 4/15/2015 | $29,145.00 |
| 4/21/2015 | $5,171.00 |
| 6/12/2015 | $2,294.00 |
| 6/16/2015 | $8,785.00 |
| 6/30/2015 | $17,932.00 |
| 7/24/2015 | $29,850.00 |
| 7/28/2015 | $7,752.00 |
| 7/31/2015 | $7,107.00 |
| 8/3/2015 | $7,875.00 |
| 8/3/2015 | $9,668.00 |
| 8/7/2015 | $969.00 |
| 8/7/2015 | $5,024.00 |
| 8/10/2015 | $76,156.00 |
| 9/2/2015 | $542.00 |
| 9/2/2015 | $2,266.00 |
| 9/2/2015 | $2,266.00 |
| 10/6/2015 | $14,578.00 |
| 10/6/2015 | $4,575.00 |
| 10/15/2015 | $2,700.00 |
| 10/15/2015 | $900.00 |
| 10/26/2015 | $25,055.00 |
| 12/15/2015 | $1,950.00 |
| 12/23/2015 | $475.00 |
| 12/23/2015 | $1,225.00 |
| 12/23/2015 | $475.00 |
| 12/23/2015 | $750.00 |
| 12/23/2015 | $1,225.00 |
| 12/23/2015 | $275.00 |
| 12/23/2015 | $475.00 |
| 12/23/2015 | $750.00 |
| 12/23/2015 | $1,500.00 |
| 1/19/2016 | $562.50 |
| 1/19/2016 | $187.50 |
| 1/19/2016 | $11,785.00 |
| 3/14/2016 | $9,150.00 |
| 3/17/2016 | $475.00 |
| 3/18/2016 | $27,717.00 |
| 3/22/2016 | $475.00 |
| 3/22/2016 | $475.00 |
| 4/5/2016 | $375.00 |
| 4/5/2016 | $125.00 |
| 4/6/2016 | $468.00 |
| 4/7/2016 | $468.00 |
| 5/4/2016 | $1,625.00 |
| 5/5/2016 | $2,381.25 |

EXHIBIT A

TRANSFERS TO EDUCATIONAL DEVELOPMENT GROUP INC.

| Date | Payment Amount |
|---|---|
| 5/5/2016 | $793.75 |
| 5/12/2016 | $1,108.50 |
| 5/12/2016 | $1,461.75 |
| 5/12/2016 | $849.75 |
| 5/12/2016 | $369.50 |
| 5/12/2016 | $487.25 |
| 5/12/2016 | $283.25 |
| 5/12/2016 | $320.00 |
| 5/12/2016 | $2,502.00 |
| 5/26/2016 | $475.00 |
| 5/26/2016 | $39,378.00 |
| 6/2/2016 | $18,045.00 |
| 6/6/2016 | $7,752.00 |
| 6/6/2016 | $36,090.00 |
| 6/16/2016 | $9,846.00 |
| 7/1/2016 | $1,108.50 |
| 7/1/2016 | $369.50 |
| 7/7/2016 | $106,921.00 |
| 7/8/2016 | $739.00 |
| 7/22/2016 | $10,873.50 |
| 7/22/2016 | $12,248.00 |
| 7/22/2016 | $3,624.50 |
| 7/27/2016 | $2,898.00 |
| 7/27/2016 | $1,515.75 |
| 7/27/2016 | $2,216.00 |
| 7/27/2016 | $966.00 |
| 7/27/2016 | $505.25 |
| 8/11/2016 | $468.00 |
| 8/11/2016 | $475.00 |
| 8/11/2016 | $468.00 |
| 8/11/2016 | $475.00 |
| 8/18/2016 | $320.00 |
| 8/22/2016 | $2,825.00 |
| 9/21/2016 | $28,860.00 |
| 9/21/2016 | $5,953.00 |
| 9/21/2016 | $7,559.00 |
| 9/21/2016 | $4,842.00 |
| 9/21/2016 | $13,598.00 |
| 9/21/2016 | $31,918.00 |
| 9/21/2016 | $1,100.00 |
| 9/21/2016 | $3,758.00 |
| 9/28/2016 | $51,358.00 |
| 10/12/2016 | $11,608.00 |
| 10/13/2016 | $206.25 |
| 10/13/2016 | $7,087.50 |
| 10/13/2016 | $2,122.50 |

# EXHIBIT A
## TRANSFERS TO EDUCATIONAL DEVELOPMENT GROUP INC.

| Date | Payment Amount |
|---|---|
| 10/13/2016 | $68.75 |
| 10/13/2016 | $2,362.50 |
| 10/13/2016 | $707.50 |
| 10/26/2016 | $475.00 |
| 10/26/2016 | $10,000.00 |
| 11/15/2016 | $41,929.00 |
| 11/15/2016 | $35,164.00 |
| 11/15/2016 | $35,164.00 |
| 11/15/2016 | $35,164.00 |
| 11/15/2016 | $35,164.00 |
| 11/18/2016 | $3,897.00 |
| 11/21/2016 | $19,146.00 |
| 1/23/2017 | $106,375.00 |
| 3/6/2017 | $67,266.00 |
| 3/15/2017 | $271.00 |
| 3/17/2017 | $4,536.00 |
| 3/30/2017 | $1,274.00 |
| 4/5/2017 | $7,471.50 |
| 4/5/2017 | $2,490.50 |
| 4/28/2017 | $1,182.00 |