# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO N. HARRIS COMPUTER CORPORATION

| Date | Payment Amount |
|---|---|
| 8/20/2013 | $5,863.00 |
| 10/7/2013 | $1,097,602.00 |
| 5/12/2014 | $1,097,603.00 |
| 1/27/2015 | $1,224,435.00 |
| 8/4/2015 | $1,224,434.00 |
| 4/4/2016 | $310,145.00 |
| 4/4/2016 | $500,000.00 |
| 4/4/2016 | $500,000.00 |
| 9/19/2016 | $1,310,145.00 |
| 2/21/2017 | $1,380,827.00 |