# EXHIBIT A

## EXHIBIT A
## TRANSFERS TO GIRARD MANUFACTURING, INC.

| Date | Payment Amount |
|---|---|
| 6/19/2013 | $289.00 |
| 6/21/2013 | $275.00 |
| 6/21/2013 | $285.00 |
| 6/26/2013 | $30,452.00 |
| 6/26/2013 | $36,498.00 |
| 6/26/2013 | $250.00 |
| 6/26/2013 | $250.00 |
| 7/18/2013 | $366.00 |
| 7/30/2013 | $247,542.00 |
| 8/7/2013 | $2,885.00 |
| 8/21/2013 | $8,156.00 |
| 8/23/2013 | $54,238.00 |
| 8/23/2013 | $54,577.00 |
| 9/24/2013 | $22,900.00 |
| 9/24/2013 | $1,075.00 |
| 9/27/2013 | $234,227.00 |
| 10/18/2013 | $10,549.00 |
| 11/13/2013 | $1,374.00 |
| 11/18/2013 | $52,979.00 |
| 12/11/2013 | $2,175.00 |
| 12/11/2013 | $46,664.00 |
| 12/30/2013 | $289.00 |
| 12/30/2013 | $659.00 |
| 1/9/2014 | $4,995.00 |
| 1/10/2014 | $4,900.00 |
| 1/10/2014 | $229.00 |
| 1/10/2014 | $1,832.00 |
| 2/3/2014 | $11,462.00 |
| 2/14/2014 | $3,750.00 |
| 2/19/2014 | $5,585.00 |
| 2/27/2014 | $10,329.00 |
| 3/12/2014 | $4,058.00 |
| 3/12/2014 | $4,312.00 |
| 4/15/2014 | $6,455.00 |
| 4/25/2014 | $30,160.00 |
| 5/5/2014 | $619.00 |
| 5/13/2014 | $8,900.00 |
| 5/15/2014 | $2,483.00 |
| 5/15/2014 | $16,997.00 |
| 5/15/2014 | $50,555.00 |
| 5/15/2014 | $1,190.00 |
| 5/15/2014 | $1,473.00 |
| 5/20/2014 | $19,338.00 |
| 5/22/2014 | $450.00 |
| 6/2/2014 | $229.00 |
| 6/2/2014 | $250.00 |

EXHIBIT A

TRANSFERS TO GIRARD MANUFACTURING, INC.

| Date | Payment Amount |
|---|---|
| 6/10/2014 | $5,826.00 |
| 6/12/2014 | $32,048.00 |
| 6/17/2014 | $51,605.00 |
| 6/23/2014 | $21,242.00 |
| 7/2/2014 | $687.00 |
| 7/3/2014 | $22,797.00 |
| 7/14/2014 | $229.00 |
| 7/15/2014 | $5,549.00 |
| 8/4/2014 | $8,450.00 |
| 8/6/2014 | $841.00 |
| 8/7/2014 | $12,699.00 |
| 8/27/2014 | $995.00 |
| 9/24/2014 | $6,052.00 |
| 9/24/2014 | $13,000.00 |
| 9/24/2014 | $229.00 |
| 10/23/2014 | $5,721.00 |
| 10/23/2014 | $6,870.00 |
| 10/23/2014 | $36,990.00 |
| 10/23/2014 | $1,059.00 |
| 12/8/2014 | $2,435.00 |
| 12/8/2014 | $13,119.00 |
| 1/13/2015 | $15,603.00 |
| 1/16/2015 | $47,505.00 |
| 1/16/2015 | $1,668.00 |
| 1/20/2015 | $2,987.00 |
| 1/20/2015 | $325.00 |
| 1/20/2015 | $370.00 |
| 1/22/2015 | $36,703.00 |
| 1/28/2015 | $13,485.00 |
| 1/28/2015 | $13,485.00 |
| 1/28/2015 | $62,727.00 |
| 1/28/2015 | $99,784.00 |
| 2/2/2015 | $5,225.00 |
| 2/2/2015 | $99,784.00 |
| 2/12/2015 | $6,528.00 |
| 2/12/2015 | $22,475.00 |
| 2/12/2015 | $105,488.00 |
| 2/17/2015 | $659.00 |
| 2/26/2015 | $4,154.00 |
| 3/10/2015 | $36,990.00 |
| 3/11/2015 | $36,990.00 |
| 3/18/2015 | $15,166.00 |
| 3/18/2015 | $199.00 |
| 3/20/2015 | $9,463.00 |
| 3/20/2015 | $113,659.00 |
| 3/23/2015 | $885.00 |

EXHIBIT A

TRANSFERS TO GIRARD MANUFACTURING, INC.

| Date | Payment Amount |
|---|---|
| 4/7/2015 | $3,475.00 |
| 4/7/2015 | $13,997.00 |
| 4/7/2015 | $229.00 |
| 4/8/2015 | $6,122.00 |
| 4/8/2015 | $26,880.00 |
| 4/13/2015 | $11,118.00 |
| 4/13/2015 | $21,689.00 |
| 4/13/2015 | $310,951.00 |
| 4/27/2015 | $3,125.00 |
| 4/27/2015 | $3,686.00 |
| 4/30/2015 | $36,990.00 |
| 5/18/2015 | $4,375.00 |
| 5/18/2015 | $19,997.00 |
| 5/18/2015 | $899.00 |
| 5/19/2015 | $138,240.00 |
| 5/21/2015 | $20,951.00 |
| 5/21/2015 | $1,152.00 |
| 5/26/2015 | $199.00 |
| 5/26/2015 | $199.00 |
| 5/26/2015 | $2,786.00 |
| 5/26/2015 | $168.00 |
| 5/26/2015 | $89.00 |
| 5/26/2015 | $356.00 |
| 5/26/2015 | $199.00 |
| 5/26/2015 | $4,597.00 |
| 5/28/2015 | $50,077.00 |
| 5/29/2015 | $92,077.00 |
| 6/2/2015 | $3,250.00 |
| 6/4/2015 | $203,735.00 |
| 6/4/2015 | $178,359.00 |
| 6/18/2015 | $26,902.00 |
| 6/24/2015 | $174,282.00 |
| 6/24/2015 | $36,990.00 |
| 6/25/2015 | $209,644.00 |
| 7/3/2015 | $216,141.00 |
| 7/8/2015 | $36,990.00 |
| 7/16/2015 | $174,282.00 |
| 7/28/2015 | $1,149.00 |
| 8/3/2015 | $766.00 |
| 8/3/2015 | $10,997.00 |
| 8/3/2015 | $4,500.00 |
| 8/3/2015 | $4,545.00 |
| 8/13/2015 | $174,282.00 |
| 8/13/2015 | $36,990.00 |
| 8/21/2015 | $1,350.00 |
| 8/28/2015 | $32,369.00 |

EXHIBIT A

TRANSFERS TO GIRARD MANUFACTURING, INC.

| Date | Payment Amount |
|---|---|
| 8/28/2015 | $101,247.00 |
| 9/4/2015 | $134,815.00 |
| 9/9/2015 | $30,756.00 |
| 9/14/2015 | $4,000.00 |
| 9/16/2015 | $1,775.00 |
| 9/23/2015 | $9,235.00 |
| 9/30/2015 | $2,086.00 |
| 9/30/2015 | $353.00 |
| 9/30/2015 | $295.00 |
| 9/30/2015 | $3,900.00 |
| 10/7/2015 | $1,592.00 |
| 10/7/2015 | $232,944.00 |
| 10/7/2015 | $2,592.00 |
| 10/13/2015 | $11,820.00 |
| 10/28/2015 | $3,850.00 |
| 10/28/2015 | $2,936.00 |
| 10/28/2015 | $589.00 |
| 10/28/2015 | $9,656.00 |
| 10/28/2015 | $4,943.00 |
| 11/24/2015 | $170,614.00 |
| 11/27/2015 | $4,925.00 |
| 11/27/2015 | $24,944.00 |
| 11/27/2015 | $1,267.00 |
| 11/27/2015 | $3,205.00 |
| 11/27/2015 | $150,019.00 |
| 12/4/2015 | $17,254.00 |
| 12/4/2015 | $4,750.00 |
| 12/15/2015 | $21,002.00 |
| 12/23/2015 | $2,875.00 |
| 12/23/2015 | $400.00 |
| 1/14/2016 | $495.00 |
| 1/20/2016 | $2,539.00 |
| 2/3/2016 | $10,910.00 |
| 3/29/2016 | $20,714.00 |
| 3/29/2016 | $1,650.00 |
| 5/12/2016 | $1,065.00 |
| 5/12/2016 | $259,186.00 |
| 5/17/2016 | $32,074.00 |
| 5/18/2016 | $4,297.00 |
| 5/18/2016 | $36,990.00 |
| 5/23/2016 | $887.00 |
| 6/9/2016 | $18,053.00 |
| 6/9/2016 | $2,871.00 |
| 6/14/2016 | $2,580.00 |
| 7/13/2016 | $458.00 |
| 7/13/2016 | $4,500.00 |

EXHIBIT A
TRANSFERS TO GIRARD MANUFACTURING, INC.

| Date | Payment Amount |
|---|---|
| 7/18/2016 | $2,020.00 |
| 7/29/2016 | $73,471.00 |
| 8/1/2016 | $19,851.00 |
| 8/12/2016 | $34,914.00 |
| 9/13/2016 | $375.00 |
| 9/13/2016 | $375.00 |
| 10/6/2016 | $2,755.00 |
| 10/6/2016 | $11,970.00 |
| 10/6/2016 | $5,989.00 |
| 10/6/2016 | $8,742.00 |
| 10/11/2016 | $41,612.00 |
| 10/11/2016 | $19,946.00 |
| 10/24/2016 | $88,885.00 |
| 10/24/2016 | $3,660.00 |
| 12/13/2016 | $31,888.00 |
| 12/23/2016 | $10,812.00 |
| 12/23/2016 | $16,200.00 |
| 12/23/2016 | $9,600.00 |
| 1/17/2017 | $29,879.00 |
| 3/7/2017 | $509.00 |
| 3/7/2017 | $295.00 |
| 3/29/2017 | $21,375.00 |
| 4/6/2017 | $1,500.00 |
| 4/12/2017 | $49,997.00 |
| 4/12/2017 | $1,330.00 |
| 4/12/2017 | $665.00 |
| 4/26/2017 | $18,589.00 |