# EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $410.00 |
| 5/6/2013 | $60,375.00 |
| 5/6/2013 | $86,625.00 |
| 5/6/2013 | $1,121,827.00 |
| 5/6/2013 | $1,241,654.00 |
| 5/9/2013 | $77,995.00 |
| 5/9/2013 | $978.00 |
| 5/10/2013 | $181,653.00 |
| 5/20/2013 | $26,124.00 |
| 5/20/2013 | $1,364.00 |
| 5/29/2013 | $324.00 |
| 5/29/2013 | $358,403.00 |
| 5/29/2013 | $895,694.00 |
| 5/30/2013 | $881,126.00 |
| 5/30/2013 | $1,421,345.00 |
| 6/3/2013 | $1,180,456.00 |
| 6/4/2013 | $655,413.00 |
| 6/6/2013 | $144,129.00 |
| 6/10/2013 | $9,277.00 |
| 6/13/2013 | $493.00 |
| 6/13/2013 | $66,777.00 |
| 6/14/2013 | $1,452,049.00 |
| 6/17/2013 | $2,821,981.00 |
| 6/18/2013 | $373,715.00 |
| 6/20/2013 | $3,657.00 |
| 6/20/2013 | $388.00 |
| 6/24/2013 | $373,715.00 |
| 6/27/2013 | $501,062.00 |
| 6/27/2013 | $609,763.00 |
| 7/3/2013 | $415.00 |
| 7/3/2013 | $38,567.00 |
| 7/11/2013 | $16,223.00 |
| 7/11/2013 | $23,730.00 |
| 7/11/2013 | $592,823.00 |
| 7/16/2013 | $2,007.00 |
| 7/18/2013 | $39,459.00 |
| 8/1/2013 | $7,568.00 |
| 8/1/2013 | $54,517.00 |
| 8/1/2013 | $259,502.00 |
| 8/2/2013 | $10,472.00 |
| 8/5/2013 | $349.00 |
| 8/5/2013 | $9,494.00 |
| 8/7/2013 | $15,252.00 |
| 8/22/2013 | $26,245.00 |
| 8/22/2013 | $1,004.00 |
| 8/26/2013 | $351,457.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 8/26/2013 | $738,694.00 |
| 8/29/2013 | $84,877.00 |
| 8/29/2013 | $1,475.00 |
| 9/3/2013 | $17,373.00 |
| 9/3/2013 | $218.00 |
| 9/6/2013 | $44,288.00 |
| 9/6/2013 | $46,313.00 |
| 9/6/2013 | $838,799.00 |
| 9/12/2013 | $603,367.00 |
| 9/12/2013 | $230.00 |
| 9/16/2013 | $48,186.00 |
| 9/16/2013 | $899.00 |
| 9/20/2013 | $406,922.00 |
| 9/26/2013 | $409.00 |
| 9/26/2013 | $226,381.00 |
| 9/26/2013 | $249,527.00 |
| 9/26/2013 | $1,142,448.00 |
| 9/26/2013 | $1,482,356.00 |
| 9/26/2013 | $1,637.00 |
| 10/3/2013 | $132,439.00 |
| 10/3/2013 | $199,753.00 |
| 10/10/2013 | $151,017.00 |
| 10/17/2013 | $415.00 |
| 10/17/2013 | $508.00 |
| 10/17/2013 | $298,384.00 |
| 10/24/2013 | $21,538.00 |
| 10/28/2013 | $212,187.00 |
| 11/1/2013 | $11,163.00 |
| 11/1/2013 | $280,897.00 |
| 11/7/2013 | $142,312.00 |
| 11/12/2013 | $1,491.00 |
| 11/14/2013 | $217,654.00 |
| 12/3/2013 | $531,082.00 |
| 12/6/2013 | $520,489.00 |
| 12/16/2013 | $114,409.00 |
| 12/19/2013 | $2,026.00 |
| 12/19/2013 | $203,201.00 |
| 12/31/2013 | $4,641.00 |
| 12/31/2013 | $36,351.00 |
| 1/3/2014 | $698.00 |
| 1/3/2014 | $27,680.00 |
| 1/9/2014 | $720,866.00 |
| 1/16/2014 | $19,268.00 |
| 1/17/2014 | $3,821.00 |
| 1/21/2014 | $6,499.00 |
| 1/21/2014 | $4,963,977.00 |

63377834 v1

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 1/22/2014 | $397.00 |
| 1/24/2014 | $7,091.00 |
| 1/27/2014 | $11,984.00 |
| 1/28/2014 | $3,428.00 |
| 1/29/2014 | $409,473.00 |
| 1/31/2014 | $16,544.00 |
| 2/3/2014 | $14,470.00 |
| 2/4/2014 | $3,055.00 |
| 2/5/2014 | $3,848.00 |
| 2/13/2014 | $4,803.00 |
| 2/14/2014 | $2,593.00 |
| 2/18/2014 | $393.00 |
| 2/20/2014 | $1,532.00 |
| 2/25/2014 | $6,015.00 |
| 2/26/2014 | $5,738.00 |
| 2/26/2014 | $1,166.00 |
| 3/3/2014 | $269,316.00 |
| 3/4/2014 | $28,977.00 |
| 3/7/2014 | $3,298.00 |
| 3/10/2014 | $5,877,124.00 |
| 3/10/2014 | $1,180.00 |
| 3/11/2014 | $14,874.00 |
| 3/11/2014 | $19,974.00 |
| 3/17/2014 | $14,725.00 |
| 3/19/2014 | $8,872.00 |
| 3/21/2014 | $10,575.00 |
| 3/24/2014 | $276,679.00 |
| 3/24/2014 | $564,944.00 |
| 3/25/2014 | $2,578.00 |
| 3/25/2014 | $6,658.00 |
| 3/26/2014 | $4,237.00 |
| 3/27/2014 | $8,779.00 |
| 3/31/2014 | $17,243.00 |
| 4/4/2014 | $4,910.00 |
| 4/8/2014 | $621.00 |
| 4/8/2014 | $38,610.00 |
| 4/8/2014 | $567,796.00 |
| 4/9/2014 | $19,825.00 |
| 4/10/2014 | $14,828.00 |
| 4/10/2014 | $1,009,024.00 |
| 4/14/2014 | $2,518.00 |
| 4/14/2014 | $6,788.00 |
| 4/15/2014 | $1,495.00 |
| 4/22/2014 | $9,841.00 |
| 4/22/2014 | $12,131.00 |
| 4/22/2014 | $44.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 4/28/2014 | $64,471.00 |
| 4/29/2014 | $15,783.00 |
| 4/30/2014 | $393.00 |
| 5/1/2014 | $1,556.00 |
| 5/2/2014 | $10,144.00 |
| 5/6/2014 | $3,284.00 |
| 5/6/2014 | $250,357.00 |
| 5/8/2014 | $393.00 |
| 5/8/2014 | $18,254.00 |
| 5/12/2014 | $5,306.00 |
| 5/27/2014 | $13,126.00 |
| 5/28/2014 | $8,556.00 |
| 5/29/2014 | $8,000.00 |
| 5/30/2014 | $28,474.00 |
| 6/3/2014 | $22,870.00 |
| 6/3/2014 | $41,925.00 |
| 6/4/2014 | $12,475.00 |
| 6/9/2014 | $1,032.00 |
| 6/11/2014 | $39,300.00 |
| 6/12/2014 | $10,985.00 |
| 6/16/2014 | $168,815.00 |
| 6/16/2014 | $277,029.00 |
| 6/17/2014 | $537,346.00 |
| 6/17/2014 | $1,530,923.00 |
| 6/26/2014 | $551.00 |
| 6/26/2014 | $30,914.00 |
| 7/1/2014 | $236.00 |
| 7/2/2014 | $2,051.00 |
| 7/2/2014 | $113,765.00 |
| 7/2/2014 | $304,816.00 |
| 7/2/2014 | $1,024,564.00 |
| 7/7/2014 | $3,767.00 |
| 7/8/2014 | $7,985.00 |
| 7/9/2014 | $65,243.00 |
| 7/14/2014 | $770.00 |
| 7/14/2014 | $107,984.00 |
| 7/18/2014 | $393.00 |
| 7/18/2014 | $7,568.00 |
| 7/21/2014 | $2,289.00 |
| 7/25/2014 | $11,943.00 |
| 7/29/2014 | $5,492.00 |
| 7/29/2014 | $24,285.00 |
| 7/29/2014 | $254,505.00 |
| 7/31/2014 | $1,810.00 |
| 8/1/2014 | $14,135.00 |
| 8/1/2014 | $38,214.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 8/5/2014 | $11,607.00 |
| 8/6/2014 | $18,271.00 |
| 8/12/2014 | $4,855.00 |
| 8/12/2014 | $7,619.00 |
| 8/13/2014 | $281.00 |
| 8/15/2014 | $79.00 |
| 8/15/2014 | $211.00 |
| 8/18/2014 | $143,491.00 |
| 8/18/2014 | $22.00 |
| 8/21/2014 | $281,190.00 |
| 8/25/2014 | $1,873.00 |
| 9/2/2014 | $86,696.00 |
| 9/4/2014 | $22,418.00 |
| 9/11/2014 | $44,857.00 |
| 9/16/2014 | $10,195.00 |
| 9/18/2014 | $11,207.00 |
| 9/19/2014 | $102,530.00 |
| 9/25/2014 | $58,341.00 |
| 9/25/2014 | $64,636.00 |
| 9/25/2014 | $312,151.00 |
| 9/26/2014 | $785.00 |
| 9/26/2014 | $157.00 |
| 9/30/2014 | $218,773.00 |
| 10/6/2014 | $4,352.00 |
| 10/7/2014 | $5,016.00 |
| 10/14/2014 | $3,681.00 |
| 10/14/2014 | $121,256.00 |
| 10/14/2014 | $141,906.00 |
| 10/15/2014 | $7,954.00 |
| 10/16/2014 | $8,947.00 |
| 10/20/2014 | $284,026.00 |
| 10/21/2014 | $4,275.00 |
| 10/22/2014 | $16,172.00 |
| 10/23/2014 | $780.00 |
| 10/28/2014 | $3,103.00 |
| 10/28/2014 | $4,595.00 |
| 10/28/2014 | $10,199.00 |
| 10/29/2014 | $52,065.00 |
| 10/30/2014 | $2,010.00 |
| 10/30/2014 | $150,866.00 |
| 11/3/2014 | $6,471.00 |
| 11/3/2014 | $10,280.00 |
| 11/3/2014 | $94,763.00 |
| 11/5/2014 | $18,221.00 |
| 11/6/2014 | $14,563.00 |
| 11/8/2014 | $4,453.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 11/12/2014 | $6,281.00 |
| 11/12/2014 | $29,086.00 |
| 11/14/2014 | $8,491.00 |
| 11/16/2014 | $11,256.00 |
| 11/23/2014 | $23,260.00 |
| 12/2/2014 | $8,997.00 |
| 12/2/2014 | $9,743.00 |
| 12/5/2014 | $58,388.00 |
| 12/6/2014 | $29,313.00 |
| 12/12/2014 | $14,909.00 |
| 12/12/2014 | $374,253.00 |
| 12/18/2014 | $16,318.00 |
| 12/19/2014 | $18,176.00 |
| 12/20/2014 | $100,535.00 |
| 12/21/2014 | $26,577.00 |
| 12/22/2014 | $5,021.00 |
| 12/24/2014 | $6,855.00 |
| 12/26/2014 | $3,933.00 |
| 12/30/2014 | $26,615.00 |
| 12/31/2014 | $85,395.00 |
| 1/9/2015 | $3,560.00 |
| 1/9/2015 | $5,039.00 |
| 1/9/2015 | $7,013.00 |
| 1/11/2015 | $75,433.00 |
| 1/16/2015 | $10,839.00 |
| 1/20/2015 | $14,443.00 |
| 1/21/2015 | $4,270.00 |
| 1/23/2015 | $21,423.00 |
| 1/27/2015 | $6,487.00 |
| 1/29/2015 | $327.00 |
| 1/29/2015 | $5,291.00 |
| 1/30/2015 | $156,769.00 |
| 1/31/2015 | $28,894.00 |
| 2/4/2015 | $5,997.00 |
| 2/4/2015 | $12,141.00 |
| 2/5/2015 | $2,209.00 |
| 2/5/2015 | $6,986.00 |
| 2/9/2015 | $5,174.00 |
| 2/12/2015 | $465,453.00 |
| 2/13/2015 | $18,998.00 |
| 2/13/2015 | $125,330.00 |
| 2/15/2015 | $60,704.00 |
| 2/17/2015 | $4,017.00 |
| 2/17/2015 | $6,306.00 |
| 2/19/2015 | $96,451.00 |
| 2/20/2015 | $29,107.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 2/22/2015 | $54,294.00 |
| 2/23/2015 | $11,863.00 |
| 2/25/2015 | $23,822.00 |
| 2/26/2015 | $112,115.00 |
| 2/27/2015 | $909.00 |
| 2/28/2015 | $115,386.00 |
| 3/2/2015 | $20,778.00 |
| 3/3/2015 | $4,091.00 |
| 3/3/2015 | $5,548.00 |
| 3/5/2015 | $93,349.00 |
| 3/6/2015 | $5,389.00 |
| 3/7/2015 | $19,517.00 |
| 3/9/2015 | $4,107.00 |
| 3/10/2015 | $536.00 |
| 3/11/2015 | $128,471.00 |
| 3/12/2015 | $5,581.00 |
| 3/13/2015 | $28,458.00 |
| 3/16/2015 | $245.00 |
| 3/19/2015 | $4,519.00 |
| 3/19/2015 | $7,851.00 |
| 3/20/2015 | $108,200.00 |
| 3/21/2015 | $27,685.00 |
| 3/23/2015 | $9,823.00 |
| 3/26/2015 | $8,012.00 |
| 3/26/2015 | $86,118.00 |
| 3/29/2015 | $297,309.00 |
| 4/7/2015 | $11,723.00 |
| 4/9/2015 | $17,960.00 |
| 4/9/2015 | $34,319.00 |
| 4/10/2015 | $161,134.00 |
| 4/14/2015 | $1,123.00 |
| 4/16/2015 | $71,697.00 |
| 4/17/2015 | $12,619.00 |
| 4/19/2015 | $28,181.00 |
| 4/22/2015 | $331,254.00 |
| 4/26/2015 | $36,536.00 |
| 4/28/2015 | $3,841.00 |
| 5/1/2015 | $46,637.00 |
| 5/6/2015 | $9,421.00 |
| 5/7/2015 | $4,395.00 |
| 5/8/2015 | $104,130.00 |
| 5/10/2015 | $20,297.00 |
| 5/10/2015 | $37,923.00 |
| 5/11/2015 | $2,289.00 |
| 5/12/2015 | $2,676.00 |
| 5/15/2015 | $7,121.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 5/15/2015 | $7,824.00 |
| 5/19/2015 | $3,591.00 |
| 5/19/2015 | $4,721.00 |
| 5/20/2015 | $465,745.00 |
| 5/22/2015 | $178,741.00 |
| 5/24/2015 | $182,442.00 |
| 5/26/2015 | $1,097.00 |
| 5/28/2015 | $4,845.00 |
| 5/29/2015 | $409.00 |
| 6/1/2015 | $8,424.00 |
| 6/2/2015 | $4,964.00 |
| 6/3/2015 | $66,131.00 |
| 6/7/2015 | $117,201.00 |
| 6/8/2015 | $2,601.00 |
| 6/12/2015 | $7,125.00 |
| 6/14/2015 | $86,034.00 |
| 6/16/2015 | $13,654.00 |
| 6/19/2015 | $409.00 |
| 6/19/2015 | $123,644.00 |
| 6/22/2015 | $7,918.00 |
| 6/28/2015 | $121,448.00 |
| 6/30/2015 | $420.00 |
| 7/4/2015 | $13,447.00 |
| 7/5/2015 | $33,241.00 |
| 7/7/2015 | $18,596.00 |
| 7/7/2015 | $12,679.00 |
| 7/10/2015 | $850,996.00 |
| 7/16/2015 | $79,794.00 |
| 7/17/2015 | $20,755.00 |
| 7/20/2015 | $20,026.00 |
| 7/21/2015 | $16,157.00 |
| 7/23/2015 | $230,500.00 |
| 7/28/2015 | $13,574.00 |
| 7/29/2015 | $138,106.00 |
| 8/1/2015 | $186,215.00 |
| 8/2/2015 | $81,109.00 |
| 8/3/2015 | $6,395.00 |
| 8/4/2015 | $13,051.00 |
| 8/6/2015 | $31,021.00 |
| 8/7/2015 | $15,745.00 |
| 8/9/2015 | $64,527.00 |
| 8/11/2015 | $1,390.00 |
| 8/16/2015 | $380,493.00 |
| 8/20/2015 | $2,383,859.00 |
| 8/22/2015 | $21,696.00 |
| 9/3/2015 | $79,804.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 9/5/2015 | $9,356.00 |
| 9/10/2015 | $22,465.00 |
| 9/11/2015 | $61,561.00 |
| 9/13/2015 | $187,864.00 |
| 9/14/2015 | $26,638.00 |
| 9/18/2015 | $12,127.00 |
| 9/19/2015 | $93,678.00 |
| 9/23/2015 | $20,830.00 |
| 9/27/2015 | $3,554.00 |
| 10/2/2015 | $37,763.00 |
| 10/5/2015 | $10,206.00 |
| 10/7/2015 | $37,815.00 |
| 10/9/2015 | $20,430.00 |
| 10/13/2015 | $2,576.00 |
| 10/14/2015 | $12,064.00 |
| 10/16/2015 | $3,354.00 |
| 10/21/2015 | $8,504.00 |
| 10/22/2015 | $9,383.00 |
| 11/3/2015 | $245.00 |
| 11/13/2015 | $4,881.00 |
| 11/18/2015 | $32,506.00 |
| 11/20/2015 | $6,212.00 |
| 12/1/2015 | $5,012.00 |
| 12/9/2015 | $103,757.00 |
| 12/19/2015 | $85,795.00 |
| 12/29/2015 | $4,735.00 |
| 12/30/2015 | $70,270.00 |
| 12/31/2015 | $6,612.00 |
| 1/9/2016 | $1,743.00 |
| 1/17/2016 | $5,947.00 |
| 1/20/2016 | $409.00 |
| 1/22/2016 | $2,842.00 |
| 1/25/2016 | $2,341.00 |
| 1/27/2016 | $18,942.00 |
| 2/2/2016 | $6,494.00 |
| 2/2/2016 | $809.00 |
| 2/6/2016 | $31,785.00 |
| 2/10/2016 | $494.00 |
| 2/16/2016 | $4,624.00 |
| 2/17/2016 | $1,991.00 |
| 2/18/2016 | $9,950.00 |
| 2/22/2016 | $245.00 |
| 3/2/2016 | $210.00 |
| 3/3/2016 | $38,316.00 |
| 3/8/2016 | $3,668.00 |
| 3/10/2016 | $17,815.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 3/11/2016 | $1,276.00 |
| 3/14/2016 | $8,286.00 |
| 3/15/2016 | $11,919.00 |
| 3/18/2016 | $3,582.00 |
| 3/22/2016 | $5,496.00 |
| 3/25/2016 | $221,705.00 |
| 3/29/2016 | $9,786.00 |
| 4/1/2016 | $35,167.00 |
| 4/2/2016 | $15.00 |
| 4/5/2016 | $25,598.00 |
| 4/28/2016 | $25,157.00 |
| 4/29/2016 | $47,025.00 |
| 5/15/2016 | $143,613.00 |
| 5/21/2016 | $979,712.00 |
| 5/24/2016 | $12,901.00 |
| 5/27/2016 | $4,497.00 |
| 6/1/2016 | $7,026.00 |
| 6/3/2016 | $4,112.00 |
| 6/5/2016 | $373,709.00 |
| 6/8/2016 | $1,145.00 |
| 6/9/2016 | $9,297.00 |
| 6/10/2016 | $1,998.00 |
| 6/13/2016 | $3,048.00 |
| 6/15/2016 | $409.00 |
| 6/21/2016 | $3,324.00 |
| 6/24/2016 | $1,145.00 |
| 6/24/2016 | $455.00 |
| 6/24/2016 | $4,294.00 |
| 6/26/2016 | $63,217.00 |
| 6/28/2016 | $2,243.00 |
| 7/1/2016 | $2,742.00 |
| 7/1/2016 | $2,088.00 |
| 7/1/2016 | $1,476.00 |
| 7/6/2016 | $2,194.00 |
| 7/6/2016 | $7,638.00 |
| 7/11/2016 | $200.00 |
| 7/11/2016 | $409.00 |
| 7/12/2016 | $3,852.00 |
| 7/18/2016 | $4,737.00 |
| 7/22/2016 | $6,653.00 |
| 7/27/2016 | $3,714.00 |
| 8/18/2016 | $6,760.00 |
| 8/24/2016 | $680.00 |
| 8/29/2016 | $480.00 |
| 8/30/2016 | $1,120.00 |
| 9/2/2016 | $90.00 |

EXHIBIT A

TRANSFERS TO CARIBBEAN TEMPORARY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 9/12/2016 | $1,584.00 |
| 11/2/2016 | $9,423.00 |
| 12/12/2016 | $9,146.00 |
| 12/19/2016 | $24,980.00 |
| 12/28/2016 | $14,849.00 |
| 1/18/2017 | $46,624.00 |
| 2/28/2017 | $1,390.00 |
| 3/28/2017 | $93,144.00 |
| 3/31/2017 | $10,133.00 |
| 4/12/2017 | $46,036.00 |
| 4/12/2017 | $12,710.00 |