# EXHIBIT A

EXHIBIT A

TRANSFERS TO CARIBE TECNO, INC.

| Date | Payment Amount |
|---|---|
| 12/22/2014 | $2,500,000.00 |
| 2/29/2016 | $1,631,202.00 |