# EXHIBIT A

TRANSFERS TO JOHNJAVI CORPORATION

| Date | Payment Amount |
|---|---|
| 6/3/2013 | $15,000.00 |
| 7/9/2013 | $15,000.00 |
| 7/31/2013 | $15,000.00 |
| 10/23/2013 | $15,000.00 |
| 10/23/2013 | $15,000.00 |
| 11/6/2013 | $15,000.00 |
| 12/12/2013 | $15,000.00 |
| 12/31/2013 | $15,000.00 |
| 1/10/2014 | $19,396.00 |
| 1/21/2014 | $15,000.00 |
| 1/21/2014 | $19,396.00 |
| 1/30/2014 | $6,854.00 |
| 2/7/2014 | $20,677.00 |
| 2/19/2014 | $6,854.00 |
| 2/19/2014 | $55,411.00 |
| 3/11/2014 | $15,000.00 |
| 3/25/2014 | $6,854.00 |
| 3/25/2014 | $18,222.00 |
| 3/25/2014 | $19,396.00 |
| 4/2/2014 | $15,000.00 |
| 4/2/2014 | $26,212.00 |
| 4/9/2014 | $18,221.00 |
| 4/9/2014 | $19,396.00 |
| 4/9/2014 | $1,493.00 |
| 4/9/2014 | $1,493.00 |
| 4/11/2014 | $26,212.00 |
| 4/23/2014 | $6,854.00 |
| 4/23/2014 | $15,000.00 |
| 4/23/2014 | $18,222.00 |
| 5/8/2014 | $1,493.00 |
| 5/15/2014 | $26,212.00 |
| 5/22/2014 | $6,854.00 |
| 5/28/2014 | $1,493.00 |
| 6/2/2014 | $15,000.00 |
| 6/11/2014 | $17,182.00 |
| 6/20/2014 | $19,396.00 |
| 6/20/2014 | $19,396.00 |
| 6/20/2014 | $26,212.00 |
| 6/26/2014 | $15,000.00 |
| 6/26/2014 | $26,212.00 |
| 6/26/2014 | $1,493.00 |
| 6/30/2014 | $6,854.00 |
| 6/30/2014 | $17,182.00 |
| 7/10/2014 | $19,396.00 |
| 7/16/2014 | $6,854.00 |
| 7/16/2014 | $17,182.00 |

TRANSFERS TO JOHNJAVI CORPORATION

| Date | Payment Amount |
|------|----------------|
| 7/16/2014 | $1,493.00 |
| 7/24/2014 | $15,000.00 |
| 8/13/2014 | $6,854.00 |
| 8/21/2014 | $13,864.00 |
| 8/28/2014 | $17,182.00 |
| 9/4/2014 | $12,348.00 |
| 9/4/2014 | $1,493.00 |
| 9/11/2014 | $19,395.00 |
| 9/11/2014 | $19,396.00 |
| 9/17/2014 | $6,854.00 |
| 9/29/2014 | $15,000.00 |
| 9/29/2014 | $15,000.00 |
| 10/21/2014 | $6,854.00 |
| 10/21/2014 | $13,958.00 |
| 10/21/2014 | $1,493.00 |
| 10/30/2014 | $1,700.00 |
| 11/5/2014 | $41,591.00 |
| 11/5/2014 | $1,493.00 |
| 11/13/2014 | $15,000.00 |
| 11/18/2014 | $6,854.00 |
| 11/18/2014 | $13,598.00 |
| 11/26/2014 | $1,493.00 |
| 12/12/2014 | $15,000.00 |
| 12/24/2014 | $14,318.00 |
| 12/31/2014 | $19,396.00 |
| 12/31/2014 | $38,792.00 |
| 1/14/2015 | $6,854.00 |
| 1/14/2015 | $12,348.00 |
| 1/14/2015 | $12,348.00 |
| 1/14/2015 | $12,348.00 |
| 1/14/2015 | $15,000.00 |
| 1/29/2015 | $15,000.00 |
| 2/4/2015 | $6,854.00 |
| 2/4/2015 | $7,621.00 |
| 2/4/2015 | $7,621.00 |
| 2/4/2015 | $7,621.00 |
| 2/4/2015 | $7,621.00 |
| 2/12/2015 | $7,621.00 |
| 2/12/2015 | $13,958.00 |
| 2/18/2015 | $6,854.00 |
| 3/4/2015 | $13,958.00 |
| 3/11/2015 | $6,854.00 |
| 3/11/2015 | $7,621.00 |
| 3/11/2015 | $13,958.00 |
| 3/11/2015 | $27,705.00 |
| 3/26/2015 | $7,621.00 |

A-2

## TRANSFERS TO JOHNJAVI CORPORATION

| Date | Payment Amount |
|------|----------------|
| 4/2/2015 | $6,854.00 |
| 4/2/2015 | $13,842.00 |
| 4/2/2015 | $15,000.00 |
| 4/2/2015 | $1,493.00 |
| 4/15/2015 | $13,958.00 |
| 4/15/2015 | $15,000.00 |
| 4/15/2015 | $1,493.00 |
| 4/21/2015 | $26,212.00 |
| 4/23/2015 | $13,864.00 |
| 4/23/2015 | $13,958.00 |
| 4/29/2015 | $26,212.00 |
| 5/5/2015 | $15,000.00 |
| 5/13/2015 | $6,854.00 |
| 5/13/2015 | $7,621.00 |
| 5/13/2015 | $19,396.00 |
| 5/13/2015 | $19,396.00 |
| 5/13/2015 | $19,396.00 |
| 5/13/2015 | $19,396.00 |
| 5/13/2015 | $19,396.00 |
| 5/21/2015 | $7,621.00 |
| 6/1/2015 | $26,212.00 |
| 6/1/2015 | $13,958.00 |
| 6/1/2015 | $6,854.00 |
| 6/1/2015 | $1,493.00 |
| 6/1/2015 | $19,396.00 |
| 6/11/2015 | $13,958.00 |
| 6/22/2015 | $15,000.00 |
| 7/1/2015 | $7,621.00 |
| 7/10/2015 | $13,958.00 |
| 7/10/2015 | $26,212.00 |
| 7/10/2015 | $7,621.00 |
| 7/23/2015 | $6,854.00 |
| 7/30/2015 | $15,000.00 |
| 8/3/2015 | $1,493.00 |
| 8/4/2015 | $1,200.00 |
| 8/7/2015 | $19,396.00 |
| 8/20/2015 | $6,854.00 |
| 8/24/2015 | $15,000.00 |
| 9/9/2015 | $6,854.00 |
| 9/14/2015 | $13,864.00 |
| 9/14/2015 | $19,396.00 |
| 9/14/2015 | $19,396.00 |
| 9/30/2015 | $6,854.00 |
| 10/9/2015 | $7,621.00 |
| 10/9/2015 | $7,621.00 |
| 10/15/2015 | $12,279.00 |

A-3

TRANSFERS TO JOHNJAVI CORPORATION

| Date | Payment Amount |
|------|----------------|
| 10/28/2015 | $12,348.00 |
| 10/28/2015 | $15,327.00 |
| 11/3/2015 | $13,958.00 |
| 11/19/2015 | $12,279.00 |
| 11/23/2015 | $6,854.00 |
| 12/11/2015 | $12,279.00 |
| 12/28/2015 | $6,854.00 |
| 12/28/2015 | $7,621.00 |
| 12/30/2015 | $12,279.00 |
| 1/14/2016 | $12,279.00 |
| 1/14/2016 | $6,854.00 |
| 1/29/2016 | $7,621.00 |
| 2/11/2016 | $15,000.00 |
| 2/11/2016 | $15,000.00 |
| 2/11/2016 | $15,000.00 |
| 2/11/2016 | $15,000.00 |
| 2/11/2016 | $15,000.00 |
| 2/11/2016 | $15,000.00 |
| 2/23/2016 | $6,854.00 |
| 3/2/2016 | $6,854.00 |
| 3/4/2016 | $7,621.00 |
| 3/11/2016 | $12,279.00 |
| 3/23/2016 | $6,854.00 |
| 3/24/2016 | $7,621.00 |
| 4/29/2016 | $12,279.00 |
| 5/17/2016 | $12,279.00 |
| 5/17/2016 | $6,854.00 |
| 5/17/2016 | $15,000.00 |
| 5/17/2016 | $15,000.00 |
| 5/17/2016 | $15,000.00 |
| 5/17/2016 | $15,000.00 |
| 5/17/2016 | $7,621.00 |
| 6/8/2016 | $12,279.00 |
| 6/8/2016 | $7,621.00 |
| 6/14/2016 | $6,854.00 |
| 7/6/2016 | $7,621.00 |
| 7/6/2016 | $12,279.00 |
| 8/11/2016 | $19,396.00 |
| 8/11/2016 | $19,396.00 |
| 8/24/2016 | $7,621.00 |
| 8/24/2016 | $6,854.00 |
| 9/1/2016 | $15,000.00 |
| 9/8/2016 | $15,000.00 |
| 9/8/2016 | $6,854.00 |
| 10/17/2016 | $12,279.00 |
| 10/17/2016 | $15,000.00 |

A-4

## TRANSFERS TO JOHNJAVI CORPORATION

| Date | Payment Amount |
|------|----------------|
| 10/17/2016 | $6,854.00 |
| 10/21/2016 | $19,396.00 |
| 10/21/2016 | $12,279.00 |
| 10/27/2016 | $15,000.00 |
| 10/27/2016 | $15,000.00 |
| 11/1/2016 | $19,396.00 |
| 11/16/2016 | $12,279.00 |
| 11/16/2016 | $6,854.00 |
| 12/5/2016 | $19,396.00 |
| 12/7/2016 | $15,000.00 |
| 12/8/2016 | $12,279.00 |
| 12/28/2016 | $15,000.00 |
| 12/28/2016 | $6,854.00 |
| 1/5/2017 | $7,621.00 |
| 1/5/2017 | $12,279.00 |
| 1/10/2017 | $12,279.00 |
| 1/23/2017 | $19,396.00 |
| 1/31/2017 | $6,854.00 |
| 2/6/2017 | $19,396.00 |
| 2/17/2017 | $15,000.00 |
| 2/21/2017 | $6,854.00 |
| 3/1/2017 | $19,396.00 |
| 3/15/2017 | $6,854.00 |
| 3/27/2017 | $12,279.00 |
| 3/27/2017 | $15,000.00 |
| 3/27/2017 | $15,000.00 |
| 4/7/2017 | $7,309.00 |
| 4/10/2017 | $6,854.00 |
| 4/27/2017 | $12,279.00 |
| 5/2/2017 | $15,000.00 |