# EXHIBIT A

EXHIBIT A

TRANSFERS TO ABBVIE CORP.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $5,341.00 |
| 5/6/2013 | $1,234.00 |
| 5/14/2013 | $357.00 |
| 5/14/2013 | $4,266.00 |
| 5/30/2013 | $116.00 |
| 5/30/2013 | $654,740.00 |
| 5/30/2013 | $184.00 |
| 5/30/2013 | $199.00 |
| 6/6/2013 | $4,981.00 |
| 6/6/2013 | $33.00 |
| 6/19/2013 | $302,563.00 |
| 6/27/2013 | $61.00 |
| 6/27/2013 | $132.00 |
| 6/27/2013 | $155.00 |
| 6/27/2013 | $25.00 |
| 7/17/2013 | $4,981.00 |
| 7/19/2013 | $40,058.00 |
| 8/1/2013 | $2,777.00 |
| 8/1/2013 | $19,118.00 |
| 8/1/2013 | $302,796.00 |
| 8/22/2013 | $138.00 |
| 8/30/2013 | $4,564.00 |
| 8/30/2013 | $1,627.00 |
| 9/25/2013 | $2,777.00 |
| 9/25/2013 | $463,604.00 |
| 10/7/2013 | $6,543.00 |
| 10/7/2013 | $10.00 |
| 10/8/2013 | $103.00 |
| 10/8/2013 | $856.00 |
| 10/8/2013 | $980.00 |
| 10/8/2013 | $1,980.00 |
| 11/5/2013 | $8,389.00 |
| 11/5/2013 | $120.00 |
| 12/6/2013 | $4,880.00 |
| 12/11/2013 | $544.00 |
| 12/11/2013 | $14,160.00 |
| 1/9/2014 | $2,367.00 |
| 1/9/2014 | $403.00 |
| 1/9/2014 | $470.00 |
| 1/9/2014 | $470.00 |
| 1/9/2014 | $973.00 |
| 1/9/2014 | $546,340.00 |
| 1/14/2014 | $268.00 |
| 1/14/2014 | $285.00 |
| 1/14/2014 | $117.00 |
| 2/12/2014 | $466.00 |
| 2/12/2014 | $4.00 |

TRANSFERS TO ABBVIE CORP.

| Date | Payment Amount |
|---|---|
| 2/27/2014 | $389.00 |
| 3/6/2014 | $23,354.00 |
| 3/6/2014 | $805.00 |
| 3/6/2014 | $11.00 |
| 3/13/2014 | $3,890.00 |
| 3/13/2014 | $28,402.00 |
| 3/17/2014 | $4,735.00 |
| 3/21/2014 | $1,908.00 |
| 5/21/2014 | $285.00 |
| 5/21/2014 | $80.00 |
| 5/21/2014 | $86.00 |
| 5/21/2014 | $106.00 |
| 5/21/2014 | $13,162.00 |
| 5/21/2014 | $189,345.00 |
| 5/21/2014 | $205.00 |
| 5/21/2014 | $240.00 |
| 5/29/2014 | $2,276.00 |
| 6/12/2014 | $193.00 |
| 6/20/2014 | $445.00 |
| 6/26/2014 | $30.00 |
| 7/3/2014 | $4,831.00 |
| 7/3/2014 | $11,275.00 |
| 8/12/2014 | $130.00 |
| 8/27/2014 | $74.00 |
| 8/27/2014 | $134.00 |
| 9/30/2014 | $3,162.00 |
| 9/30/2014 | $106.00 |
| 9/30/2014 | $680.00 |
| 9/30/2014 | $94,236.00 |
| 10/28/2014 | $3,988.00 |
| 10/28/2014 | $26,296.00 |
| 10/28/2014 | $189,989.00 |
| 10/28/2014 | $175.00 |
| 12/9/2014 | $831,884.00 |
| 1/26/2015 | $3,307.00 |
| 1/26/2015 | $3,988.00 |
| 1/26/2015 | $7,102.00 |
| 1/26/2015 | $179,103.00 |
| 3/23/2015 | $592.00 |
| 3/23/2015 | $526,895.00 |
| 6/18/2015 | $6,039.00 |
| 6/18/2015 | $50,047.00 |
| 6/18/2015 | $23,676.00 |
| 8/18/2015 | $577,966.00 |
| 8/18/2015 | $3,972.00 |
| 8/18/2015 | $5,909.00 |

TRANSFERS TO ABBVIE CORP.

| Date | Payment Amount |
|---|---|
| 8/18/2015 | $7,245.00 |
| 8/18/2015 | $8,707.00 |
| 1/21/2016 | $61,215.00 |
| 1/21/2016 | $76,076.00 |
| 1/21/2016 | $166,865.00 |
| 1/21/2016 | $41,660.00 |
| 2/25/2016 | $20,544.00 |
| 2/25/2016 | $227,504.00 |
| 2/25/2016 | $770.00 |
| 2/25/2016 | $3,471.00 |
| 2/25/2016 | $8,098.00 |
| 2/25/2016 | $28,002.00 |
| 2/25/2016 | $122,479.00 |
| 2/25/2016 | $16,880.00 |
| 2/25/2016 | $122,479.00 |
| 2/25/2016 | $122,479.00 |
| 3/1/2016 | $2,415.00 |
| 3/10/2016 | $65,611.00 |
| 3/10/2016 | $93,787.00 |
| 3/11/2016 | $267,273.00 |
| 3/11/2016 | $87,553.00 |
| 3/11/2016 | $124,979.00 |
| 4/19/2016 | $2,416.00 |
| 4/19/2016 | $291,617.00 |
| 4/19/2016 | $449.00 |
| 4/19/2016 | $760.00 |
| 5/5/2016 | $2,644.00 |
| 5/24/2016 | $563.00 |
| 6/1/2016 | $1,773.00 |
| 6/20/2016 | $34.00 |
| 6/20/2016 | $2,279.00 |
| 6/20/2016 | $19,876.00 |
| 6/20/2016 | $1,079.00 |
| 6/20/2016 | $416,595.00 |
| 6/30/2016 | $67,623.00 |
| 6/30/2016 | $144,907.00 |
| 6/30/2016 | $130,416.00 |
| 6/30/2016 | $167,673.00 |
| 6/30/2016 | $1,208.00 |
| 6/30/2016 | $1,208.00 |
| 6/30/2016 | $12,309.00 |
| 6/30/2016 | $30,816.00 |
| 6/30/2016 | $22,541.00 |
| 8/30/2016 | $90.00 |
| 8/30/2016 | $1,208.00 |
| 9/8/2016 | $69,433.00 |

EXHIBIT A

TRANSFERS TO ABBVIE CORP.

| Date | Payment Amount |
|---|---|
| 9/8/2016 | $9,258.00 |
| 9/8/2016 | $154,970.00 |
| 9/8/2016 | $41,660.00 |
| 9/22/2016 | $156,402.00 |
| 10/17/2016 | $25,360.00 |
| 10/17/2016 | $30,816.00 |
| 1/17/2017 | $76,150.00 |
| 1/30/2017 | $248,795.00 |
| 4/3/2017 | $38,743.00 |
| 4/3/2017 | $12,484.00 |
| 4/7/2017 | $33,328.00 |
| 4/7/2017 | $136,857.00 |
| 4/10/2017 | $2,226.00 |
| 4/18/2017 | $33,328.00 |
| 4/18/2017 | $97.00 |
| 4/18/2017 | $3,525.00 |
| 4/25/2017 | $44,803.00 |
| 4/25/2017 | $30,799.00 |
| 4/25/2017 | $3,623.00 |
| 4/27/2017 | $1,305.00 |
| 4/27/2017 | $94,190.00 |