# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO CARNEGIE LEARNING, INC.

| Date | Payment Amount |
|---|---|
| 8/12/2013 | $137,862.00 |
| 8/12/2013 | $166,986.00 |
| 10/8/2013 | $276,834.00 |
| 10/28/2013 | $77,225.00 |
| 1/2/2014 | $120,170.00 |
| 1/22/2014 | $120,170.00 |
| 2/18/2014 | $580,308.00 |
| 4/1/2014 | $360,510.00 |
| 4/1/2014 | $535,813.00 |
| 4/21/2014 | $360,510.00 |
| 5/12/2014 | $258,532.00 |
| 6/13/2014 | $368,190.00 |
| 6/25/2014 | $360,510.00 |
| 8/20/2014 | $360,510.00 |
| 8/20/2014 | $387,797.00 |
| 9/17/2014 | $360,510.00 |
| 9/29/2014 | $258,532.00 |
| 9/29/2014 | $362,667.00 |
| 10/16/2014 | $366,000.00 |