# EXHIBIT A

EXHIBIT A

TRANSFERS TO KELLY SERVICES PUERTO RICO

| Date | Payment Amount |
|---|---|
| 6/24/2013 | $61,956.00 |
| 7/31/2013 | $4,996.00 |
| 7/31/2013 | $5,947.00 |
| 8/5/2013 | $311.00 |
| 8/5/2013 | $17,406.00 |
| 8/5/2013 | $21,963.00 |
| 8/5/2013 | $60,143.00 |
| 8/5/2013 | $93,272.00 |
| 8/5/2013 | $521,875.00 |
| 8/5/2013 | $1,057,554.00 |
| 8/7/2013 | $32,931.00 |
| 8/7/2013 | $69,486.00 |
| 8/7/2013 | $89,622.00 |
| 8/7/2013 | $170,528.00 |
| 8/12/2013 | $235,802.00 |
| 8/16/2013 | $14,785.00 |
| 8/16/2013 | $76,158.00 |
| 8/21/2013 | $3,303.00 |
| 8/21/2013 | $175,775.00 |
| 8/21/2013 | $298,116.00 |
| 9/5/2013 | $73,166.00 |
| 9/5/2013 | $85,916.00 |
| 9/5/2013 | $159,745.00 |
| 9/5/2013 | $1,145,883.00 |
| 9/5/2013 | $1,847.00 |
| 9/9/2013 | $7,256.00 |
| 9/9/2013 | $24,233.00 |
| 9/9/2013 | $769,919.00 |
| 9/18/2013 | $1,169.00 |
| 9/26/2013 | $595,245.00 |
| 10/7/2013 | $10,274.00 |
| 10/3/2014 | $101.00 |
| 10/3/2014 | $804.00 |
| 10/3/2014 | $140,987.00 |