# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO EDUCREE: CONSULTORES EDUCATIVOS INC.

| Date | Payment Amount |
|---|---|
| 5/7/2013 | $33,613.00 |
| 6/19/2013 | $64,461.00 |
| 6/25/2013 | $45,334.00 |
| 8/14/2013 | $126,367.00 |
| 8/14/2013 | $282,581.00 |
| 8/26/2013 | $534.00 |
| 8/26/2013 | $291,906.00 |
| 10/2/2013 | $3,492.00 |
| 10/2/2013 | $4,244.00 |
| 10/2/2013 | $14,397.00 |
| 10/2/2013 | $36,739.00 |
| 10/2/2013 | $38,376.00 |
| 10/2/2013 | $1,455.00 |
| 11/27/2013 | $39,490.00 |
| 11/27/2013 | $94,662.00 |
| 11/27/2013 | $279,550.00 |
| 12/17/2013 | $47,330.00 |
| 1/21/2014 | $49,712.00 |
| 4/30/2014 | $64,618.00 |
| 6/18/2014 | $1,194.00 |
| 6/30/2014 | $955.00 |
| 7/8/2014 | $26,158.00 |
| 9/24/2014 | $176,739.00 |
| 9/25/2014 | $59,448.00 |
| 10/17/2014 | $142,486.00 |
| 10/17/2014 | $172,016.00 |
| 10/30/2014 | $1,293.00 |
| 11/26/2014 | $17,603.00 |
| 12/2/2014 | $221,604.00 |
| 12/18/2014 | $2,722.00 |
| 12/18/2014 | $3,868.00 |
| 12/18/2014 | $1,433.00 |
| 3/4/2015 | $2,149.00 |
| 3/4/2015 | $3,340.00 |
| 3/4/2015 | $119,845.00 |
| 3/4/2015 | $1,433.00 |
| 3/20/2015 | $2,579.00 |
| 3/20/2015 | $1,433.00 |
| 4/20/2015 | $5,372.00 |
| 4/20/2015 | $1,074.00 |
| 4/20/2015 | $1,576.00 |
| 6/3/2015 | $1,647.00 |
| 6/3/2015 | $1,911.00 |
| 6/3/2015 | $1,074.00 |
| 6/3/2015 | $716.00 |
| 6/3/2015 | $1,845.00 |

EXHIBIT A

TRANSFERS TO EDUCREE: CONSULTORES EDUCATIVOS INC.

| Date | Payment Amount |
|---|---|
| 6/3/2015 | $1,074.00 |
| 6/3/2015 | $1,074.00 |
| 6/3/2015 | $1,862.00 |
| 7/3/2015 | $716.00 |
| 7/3/2015 | $716.00 |
| 7/3/2015 | $716.00 |
| 7/3/2015 | $1,074.00 |
| 7/3/2015 | $716.00 |
| 7/3/2015 | $716.00 |
| 7/3/2015 | $525.00 |
| 7/24/2015 | $1,862.00 |
| 7/24/2015 | $1,576.00 |
| 7/24/2015 | $1,862.00 |
| 7/24/2015 | $1,433.00 |
| 7/24/2015 | $1,576.00 |
| 7/24/2015 | $1,433.00 |
| 7/24/2015 | $1,433.00 |
| 8/7/2015 | $1,433.00 |
| 9/2/2015 | $1,647.00 |
| 9/2/2015 | $716.00 |
| 9/2/2015 | $716.00 |
| 9/2/2015 | $1,098.00 |
| 9/2/2015 | $716.00 |
| 9/2/2015 | $716.00 |
| 9/2/2015 | $1,074.00 |
| 9/2/2015 | $1,098.00 |
| 9/2/2015 | $1,098.00 |
| 9/2/2015 | $1,074.00 |
| 9/14/2015 | $1,433.00 |
| 9/14/2015 | $1,862.00 |
| 9/14/2015 | $1,576.00 |
| 9/14/2015 | $4,727.00 |
| 9/14/2015 | $1,433.00 |
| 9/14/2015 | $1,361.00 |
| 9/14/2015 | $1,576.00 |
| 9/14/2015 | $716.00 |
| 9/14/2015 | $1,074.00 |
| 9/14/2015 | $1,074.00 |
| 9/14/2015 | $1,647.00 |
| 9/14/2015 | $716.00 |
| 9/14/2015 | $716.00 |
| 9/14/2015 | $1,647.00 |
| 9/14/2015 | $1,074.00 |
| 9/14/2015 | $1,074.00 |
| 9/14/2015 | $716.00 |
| 9/14/2015 | $716.00 |

EXHIBIT A

TRANSFERS TO EDUCREE: CONSULTORES EDUCATIVOS INC.

| Date | Payment Amount |
|---|---|
| 9/14/2015 | $1,074.00 |
| 10/13/2015 | $167,230.00 |
| 11/25/2015 | $2,041.50 |
| 11/25/2015 | $805.50 |
| 11/25/2015 | $680.50 |
| 11/25/2015 | $268.50 |
| 12/2/2015 | $221,766.00 |
| 1/14/2016 | $537.00 |
| 1/14/2016 | $805.50 |
| 1/14/2016 | $805.50 |
| 1/14/2016 | $805.50 |
| 1/14/2016 | $1,289.25 |
| 1/14/2016 | $1,606.50 |
| 1/14/2016 | $805.50 |
| 1/14/2016 | $1,235.25 |
| 1/14/2016 | $1,504.50 |
| 1/14/2016 | $537.00 |
| 1/14/2016 | $179.00 |
| 1/14/2016 | $268.50 |
| 1/14/2016 | $268.50 |
| 1/14/2016 | $268.50 |
| 1/14/2016 | $429.75 |
| 1/14/2016 | $535.50 |
| 1/14/2016 | $268.50 |
| 1/14/2016 | $411.75 |
| 1/14/2016 | $501.50 |
| 1/14/2016 | $179.00 |
| 1/14/2016 | $716.00 |
| 1/14/2016 | $1,433.00 |
| 3/24/2016 | $1,074.75 |
| 3/24/2016 | $358.25 |
| 3/24/2016 | $1,433.00 |
| 3/24/2016 | $1,455.00 |
| 4/11/2016 | $537.00 |
| 4/11/2016 | $537.00 |
| 4/11/2016 | $179.00 |
| 4/11/2016 | $179.00 |
| 4/13/2016 | $546.00 |
| 4/13/2016 | $546.00 |
| 4/13/2016 | $182.00 |
| 4/13/2016 | $182.00 |
| 4/13/2016 | $2,006.00 |
| 4/13/2016 | $716.00 |
| 4/28/2016 | $61,250.00 |
| 5/6/2016 | $823.50 |
| 5/6/2016 | $2,471.25 |

63378996 v1

EXHIBIT A
TRANSFERS TO EDUCREE: CONSULTORES EDUCATIVOS INC.

| Date | Payment Amount |
|---|---|
| 5/6/2016 | $2,471.25 |
| 5/6/2016 | $2,148.75 |
| 5/6/2016 | $2,148.75 |
| 5/6/2016 | $1,826.25 |
| 5/6/2016 | $1,773.00 |
| 5/6/2016 | $1,235.25 |
| 5/6/2016 | $1,235.25 |
| 5/6/2016 | $3,760.50 |
| 5/6/2016 | $805.50 |
| 5/6/2016 | $1,826.25 |
| 5/6/2016 | $805.50 |
| 5/6/2016 | $805.50 |
| 5/6/2016 | $1,396.50 |
| 5/6/2016 | $805.50 |
| 5/6/2016 | $1,289.25 |
| 5/6/2016 | $1,289.25 |
| 5/6/2016 | $1,235.25 |
| 5/6/2016 | $274.50 |
| 5/6/2016 | $823.75 |
| 5/6/2016 | $823.75 |
| 5/6/2016 | $716.25 |
| 5/6/2016 | $716.25 |
| 5/6/2016 | $608.75 |
| 5/6/2016 | $591.00 |
| 5/6/2016 | $411.75 |
| 5/6/2016 | $411.75 |
| 5/6/2016 | $1,253.50 |
| 5/6/2016 | $268.50 |
| 5/6/2016 | $608.75 |
| 5/6/2016 | $268.50 |
| 5/6/2016 | $268.50 |
| 5/6/2016 | $465.50 |
| 5/6/2016 | $268.50 |
| 5/6/2016 | $429.75 |
| 5/6/2016 | $429.75 |
| 5/6/2016 | $411.75 |
| 5/6/2016 | $1,433.00 |
| 5/6/2016 | $1,433.00 |
| 5/10/2016 | $1,235.25 |
| 5/10/2016 | $805.50 |
| 5/10/2016 | $537.00 |
| 5/10/2016 | $823.50 |
| 5/10/2016 | $537.00 |
| 5/10/2016 | $537.00 |
| 5/10/2016 | $537.00 |
| 5/10/2016 | $537.00 |

EXHIBIT A

TRANSFERS TO EDUCREE: CONSULTORES EDUCATIVOS INC.

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $537.00 |
| 5/10/2016 | $537.00 |
| 5/10/2016 | $537.00 |
| 5/10/2016 | $805.50 |
| 5/10/2016 | $537.00 |
| 5/10/2016 | $537.00 |
| 5/10/2016 | $537.00 |
| 5/10/2016 | $805.50 |
| 5/10/2016 | $411.75 |
| 5/10/2016 | $268.50 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $274.50 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $268.50 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $179.00 |
| 5/10/2016 | $268.50 |
| 5/10/2016 | $1,098.00 |
| 5/10/2016 | $1,098.00 |
| 5/10/2016 | $1,098.00 |
| 6/3/2016 | $1,235.25 |
| 6/3/2016 | $1,074.75 |
| 6/3/2016 | $805.50 |
| 6/3/2016 | $411.75 |
| 6/3/2016 | $358.25 |
| 6/3/2016 | $268.50 |
| 7/5/2016 | $537.00 |
| 7/5/2016 | $537.00 |
| 7/5/2016 | $1,074.75 |
| 7/5/2016 | $805.50 |
| 7/5/2016 | $823.50 |
| 7/5/2016 | $1,504.50 |
| 7/5/2016 | $537.00 |
| 7/5/2016 | $537.00 |
| 7/5/2016 | $805.50 |
| 7/5/2016 | $1,074.75 |
| 7/5/2016 | $1,289.25 |
| 7/5/2016 | $805.50 |
| 7/5/2016 | $805.50 |

EXHIBIT A

TRANSFERS TO EDUCREE: CONSULTORES EDUCATIVOS INC.

| Date | Payment Amount |
|---|---|
| 7/5/2016 | $2,148.75 |
| 7/5/2016 | $537.00 |
| 7/5/2016 | $1,182.00 |
| 7/5/2016 | $179.00 |
| 7/5/2016 | $179.00 |
| 7/5/2016 | $358.25 |
| 7/5/2016 | $268.50 |
| 7/5/2016 | $274.50 |
| 7/5/2016 | $501.50 |
| 7/5/2016 | $179.00 |
| 7/5/2016 | $179.00 |
| 7/5/2016 | $268.50 |
| 7/5/2016 | $358.25 |
| 7/5/2016 | $429.75 |
| 7/5/2016 | $268.50 |
| 7/5/2016 | $268.50 |
| 7/5/2016 | $716.25 |
| 7/5/2016 | $179.00 |
| 7/5/2016 | $394.00 |
| 7/29/2016 | $1,289.25 |
| 7/29/2016 | $2,364.00 |
| 7/29/2016 | $1,396.50 |
| 7/29/2016 | $1,074.75 |
| 7/29/2016 | $429.75 |
| 7/29/2016 | $788.00 |
| 7/29/2016 | $465.50 |
| 7/29/2016 | $358.25 |
| 8/8/2016 | $537.00 |
| 8/8/2016 | $537.00 |
| 8/8/2016 | $7,413.00 |
| 8/8/2016 | $537.00 |
| 8/8/2016 | $179.00 |
| 8/8/2016 | $179.00 |
| 8/8/2016 | $2,471.00 |
| 8/8/2016 | $179.00 |
| 8/16/2016 | $1,433.00 |
| 8/30/2016 | $1,235.25 |
| 8/30/2016 | $1,235.25 |
| 8/30/2016 | $411.75 |
| 8/30/2016 | $411.75 |
| 9/26/2016 | $138,773.00 |
| 9/26/2016 | $161,245.00 |
| 10/14/2016 | $537.00 |
| 10/14/2016 | $537.00 |
| 10/14/2016 | $537.00 |
| 10/14/2016 | $1,235.25 |

EXHIBIT A

TRANSFERS TO EDUCREE: CONSULTORES EDUCATIVOS INC.

| Date | Payment Amount |
|---|---|
| 10/14/2016 | $1,235.25 |
| 10/14/2016 | $1,235.25 |
| 10/14/2016 | $805.50 |
| 10/14/2016 | $537.00 |
| 10/14/2016 | $823.50 |
| 10/14/2016 | $537.00 |
| 10/14/2016 | $823.50 |
| 10/14/2016 | $179.00 |
| 10/14/2016 | $179.00 |
| 10/14/2016 | $179.00 |
| 10/14/2016 | $411.75 |
| 10/14/2016 | $411.75 |
| 10/14/2016 | $411.75 |
| 10/14/2016 | $268.50 |
| 10/14/2016 | $179.00 |
| 10/14/2016 | $274.50 |
| 10/14/2016 | $179.00 |
| 10/14/2016 | $274.50 |
| 11/7/2016 | $2,148.75 |
| 11/7/2016 | $716.25 |
| 11/30/2016 | $1,361.00 |
| 12/20/2016 | $3,062.25 |
| 12/20/2016 | $1,020.75 |
| 12/28/2016 | $15,811.50 |
| 12/28/2016 | $9,222.00 |
| 12/28/2016 | $716.00 |
| 12/28/2016 | $5,270.50 |
| 12/28/2016 | $3,074.00 |
| 1/12/2017 | $3,778.50 |
| 1/12/2017 | $1,259.50 |
| 1/26/2017 | $5,372.25 |
| 1/26/2017 | $1,790.75 |
| 2/14/2017 | $1,538.25 |
| 2/14/2017 | $19,088.25 |
| 2/14/2017 | $512.75 |
| 2/14/2017 | $6,362.75 |
| 3/1/2017 | $6,607.50 |
| 3/1/2017 | $2,685.75 |
| 3/1/2017 | $1,898.25 |
| 3/1/2017 | $2,202.50 |
| 3/1/2017 | $895.25 |
| 3/1/2017 | $632.75 |
| 3/10/2017 | $7,341.75 |
| 3/10/2017 | $2,447.25 |
| 4/5/2017 | $33,642.00 |
| 4/13/2017 | $11,066.25 |

EXHIBIT A

TRANSFERS TO EDUCREE: CONSULTORES EDUCATIVOS INC.

| Date | Payment Amount |
|---|---|
| 4/13/2017 | $3,688.75 |
| 5/2/2017 | $537.00 |
| 5/2/2017 | $823.50 |
| 5/2/2017 | $823.50 |
| 5/2/2017 | $537.00 |
| 5/2/2017 | $537.00 |
| 5/2/2017 | $537.00 |
| 5/2/2017 | $537.00 |
| 5/2/2017 | $537.00 |
| 5/2/2017 | $2,041.50 |
| 5/2/2017 | $1,826.25 |
| 5/2/2017 | $1,182.00 |
| 5/2/2017 | $179.00 |
| 5/2/2017 | $274.50 |
| 5/2/2017 | $274.50 |
| 5/2/2017 | $179.00 |
| 5/2/2017 | $179.00 |
| 5/2/2017 | $179.00 |
| 5/2/2017 | $179.00 |
| 5/2/2017 | $179.00 |
| 5/2/2017 | $680.50 |
| 5/2/2017 | $608.75 |
| 5/2/2017 | $394.00 |