# EXHIBIT A

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|------|----------------|
| 5/21/2013 | $4,000.00 |
| 6/4/2013 | $3,413.00 |
| 6/7/2013 | $3,406.00 |
| 6/18/2013 | $288.00 |
| 6/18/2013 | $3,109.00 |
| 6/18/2013 | $5,000.00 |
| 6/18/2013 | $450.00 |
| 6/18/2013 | $450.00 |
| 6/18/2013 | $5,752.00 |
| 6/18/2013 | $7,500.00 |
| 6/18/2013 | $7,500.00 |
| 6/18/2013 | $10,000.00 |
| 6/18/2013 | $572.00 |
| 6/18/2013 | $20,000.00 |
| 6/18/2013 | $22,500.00 |
| 6/18/2013 | $35,000.00 |
| 6/18/2013 | $1,596.00 |
| 6/18/2013 | $1,596.00 |
| 6/24/2013 | $2,046.00 |
| 6/24/2013 | $5,000.00 |
| 6/24/2013 | $7,500.00 |
| 6/24/2013 | $10,000.00 |
| 6/27/2013 | $329.00 |
| 6/27/2013 | $1,596.00 |
| 6/27/2013 | $1,596.00 |
| 7/5/2013 | $2,500.00 |
| 7/5/2013 | $5,000.00 |
| 7/5/2013 | $5,000.00 |
| 7/5/2013 | $10,000.00 |
| 7/5/2013 | $10,000.00 |
| 7/5/2013 | $12,500.00 |
| 7/5/2013 | $30,000.00 |
| 7/5/2013 | $30,000.00 |
| 7/5/2013 | $42,500.00 |
| 7/24/2013 | $2,500.00 |
| 8/9/2013 | $285,549.00 |
| 8/27/2013 | $2,300.00 |
| 8/27/2013 | $9,200.00 |
| 8/27/2013 | $9,200.00 |
| 8/27/2013 | $9,200.00 |
| 8/27/2013 | $9,200.00 |
| 8/27/2013 | $10,419.00 |
| 8/27/2013 | $584.00 |
| 8/27/2013 | $41,400.00 |
| 8/27/2013 | $71,300.00 |
| 10/25/2013 | $338.00 |

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|---|---|
| 10/25/2013 | $5,116.00 |
| 10/25/2013 | $808.00 |
| 10/25/2013 | $225.00 |
| 10/25/2013 | $1,912.00 |
| 12/5/2013 | $49.00 |
| 12/5/2013 | $450.00 |
| 12/5/2013 | $450.00 |
| 12/5/2013 | $8,625.00 |
| 12/5/2013 | $19.00 |
| 12/5/2013 | $1,596.00 |
| 12/5/2013 | $1,596.00 |
| 12/5/2013 | $1,596.00 |
| 12/19/2013 | $9,660.00 |
| 12/19/2013 | $12,970.00 |
| 12/19/2013 | $1,000,000.00 |
| 1/8/2014 | $2,300.00 |
| 1/8/2014 | $4,018.00 |
| 1/8/2014 | $4,600.00 |
| 1/8/2014 | $4,600.00 |
| 1/8/2014 | $13,800.00 |
| 1/8/2014 | $21,750.00 |
| 1/8/2014 | $22,950.00 |
| 1/8/2014 | $23,500.00 |
| 1/8/2014 | $26,250.00 |
| 1/8/2014 | $29,900.00 |
| 1/8/2014 | $30,000.00 |
| 1/8/2014 | $35,600.00 |
| 1/8/2014 | $1,125.00 |
| 1/14/2014 | $2,300.00 |
| 1/14/2014 | $2,300.00 |
| 1/14/2014 | $2,300.00 |
| 1/14/2014 | $2,300.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $4,600.00 |
| 1/14/2014 | $6,900.00 |

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|------|---------------|
| 1/14/2014 | $6,900.00 |
| 1/14/2014 | $6,900.00 |
| 1/14/2014 | $9,200.00 |
| 1/14/2014 | $9,200.00 |
| 1/14/2014 | $9,200.00 |
| 1/14/2014 | $9,200.00 |
| 1/14/2014 | $11,500.00 |
| 1/14/2014 | $13,800.00 |
| 1/14/2014 | $13,800.00 |
| 1/14/2014 | $23,000.00 |
| 1/14/2014 | $43,700.00 |
| 1/14/2014 | $92,000.00 |
| 1/24/2014 | $1,155.00 |
| 1/27/2014 | $9,200.00 |
| 1/27/2014 | $20,700.00 |
| 1/29/2014 | $2,300.00 |
| 1/29/2014 | $2,300.00 |
| 1/29/2014 | $4,600.00 |
| 1/29/2014 | $4,600.00 |
| 1/29/2014 | $9,200.00 |
| 2/3/2014 | $4,600.00 |
| 2/3/2014 | $4,600.00 |
| 2/3/2014 | $4,600.00 |
| 2/3/2014 | $11,500.00 |
| 2/3/2014 | $16,100.00 |
| 2/3/2014 | $16,100.00 |
| 2/3/2014 | $945.00 |
| 2/11/2014 | $2,300.00 |
| 2/11/2014 | $2,300.00 |
| 2/11/2014 | $2,300.00 |
| 2/11/2014 | $2,300.00 |
| 2/11/2014 | $4,600.00 |
| 2/11/2014 | $4,600.00 |
| 2/11/2014 | $4,600.00 |
| 2/11/2014 | $4,600.00 |
| 2/11/2014 | $6,900.00 |
| 2/11/2014 | $9,200.00 |
| 2/11/2014 | $11,500.00 |
| 2/11/2014 | $18,400.00 |
| 2/11/2014 | $43,700.00 |
| 2/11/2014 | $43,700.00 |
| 2/11/2014 | $57,500.00 |
| 2/11/2014 | $75,900.00 |
| 2/11/2014 | $112,700.00 |
| 2/18/2014 | $4,600.00 |
| 2/18/2014 | $6,900.00 |

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|------|---------------|
| 2/18/2014 | $6,900.00 |
| 2/18/2014 | $6,900.00 |
| 2/18/2014 | $25,300.00 |
| 2/18/2014 | $85,100.00 |
| 2/26/2014 | $2,133.00 |
| 2/26/2014 | $2,971.00 |
| 2/26/2014 | $4,600.00 |
| 2/26/2014 | $6,127.00 |
| 2/26/2014 | $9,200.00 |
| 2/26/2014 | $96,600.00 |
| 5/14/2014 | $2,074.00 |
| 5/14/2014 | $125.00 |
| 6/9/2014 | $3,739.00 |
| 6/9/2014 | $39,100.00 |
| 6/17/2014 | $6,688.00 |
| 6/17/2014 | $9,200.00 |
| 6/17/2014 | $34,500.00 |
| 7/16/2014 | $2,300.00 |
| 7/16/2014 | $4,600.00 |
| 7/16/2014 | $13,800.00 |
| 7/17/2014 | $6,900.00 |
| 7/17/2014 | $9,200.00 |
| 7/23/2014 | $64.00 |
| 8/5/2014 | $554.00 |
| 9/2/2014 | $3,120.00 |
| 9/23/2014 | $2,300.00 |
| 9/23/2014 | $2,300.00 |
| 9/23/2014 | $2,300.00 |
| 9/23/2014 | $2,300.00 |
| 9/23/2014 | $2,300.00 |
| 9/23/2014 | $2,300.00 |
| 9/23/2014 | $4,600.00 |
| 9/23/2014 | $4,600.00 |
| 9/23/2014 | $4,600.00 |
| 9/23/2014 | $9,200.00 |
| 9/26/2014 | $2,300.00 |
| 9/26/2014 | $13,800.00 |
| 10/1/2014 | $18,400.00 |
| 10/23/2014 | $693.00 |
| 10/23/2014 | $1,284.00 |
| 10/23/2014 | $1,658.00 |
| 10/29/2014 | $2,300.00 |
| 10/29/2014 | $6,900.00 |
| 11/10/2014 | $29,900.00 |
| 11/10/2014 | $848.00 |
| 11/19/2014 | $202.00 |

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|---|---|
| 11/28/2014 | $27,600.00 |
| 12/2/2014 | $62,100.00 |
| 1/21/2015 | $2,300.00 |
| 1/21/2015 | $2,300.00 |
| 2/4/2015 | $578.00 |
| 2/10/2015 | $4,050.00 |
| 2/10/2015 | $1,500.00 |
| 2/25/2015 | $2,625.00 |
| 2/25/2015 | $3,000.00 |
| 3/4/2015 | $2,100.00 |
| 3/4/2015 | $1,650.00 |
| 4/1/2015 | $2,700.00 |
| 4/22/2015 | $2,519.00 |
| 4/22/2015 | $955.00 |
| 4/22/2015 | $1,090.00 |
| 4/29/2015 | $2,115.00 |
| 4/29/2015 | $960.00 |
| 5/18/2015 | $494.00 |
| 5/22/2015 | $947.00 |
| 8/25/2015 | $2,550.00 |
| 9/15/2015 | $600.00 |
| 9/15/2015 | $4,500.00 |
| 9/15/2015 | $1,800.00 |
| 9/15/2015 | $4,500.00 |
| 9/15/2015 | $3,750.00 |
| 9/15/2015 | $1,500.00 |
| 9/15/2015 | $2,400.00 |
| 9/15/2015 | $1,500.00 |
| 10/1/2015 | $2,100.00 |
| 10/1/2015 | $2,250.00 |
| 10/1/2015 | $2,250.00 |
| 10/1/2015 | $1,500.00 |
| 10/1/2015 | $1,800.00 |
| 10/1/2015 | $1,500.00 |
| 10/1/2015 | $2,100.00 |
| 10/1/2015 | $2,100.00 |
| 10/1/2015 | $1,500.00 |
| 10/1/2015 | $2,550.00 |
| 10/26/2015 | $2,700.00 |
| 10/26/2015 | $900.00 |
| 10/26/2015 | $3,938.00 |
| 11/2/2015 | $2,700.00 |
| 11/2/2015 | $1,500.00 |
| 11/3/2015 | $4,980.00 |
| 11/3/2015 | $4,500.00 |
| 11/3/2015 | $4,500.00 |

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|------|----------------|
| 11/3/2015 | $1,950.00 |
| 11/3/2015 | $1,500.00 |
| 11/10/2015 | $1,800.00 |
| 11/10/2015 | $3,150.00 |
| 11/10/2015 | $1,650.00 |
| 11/10/2015 | $3,150.00 |
| 11/10/2015 | $4,500.00 |
| 11/10/2015 | $4,500.00 |
| 11/19/2015 | $1,784.00 |
| 11/19/2015 | $4,118.00 |
| 11/23/2015 | $1,373.00 |
| 11/23/2015 | $3,020.00 |
| 11/23/2015 | $2,100.00 |
| 11/23/2015 | $2,196.00 |
| 11/23/2015 | $1,510.00 |
| 11/23/2015 | $1,373.00 |
| 11/23/2015 | $1,373.00 |
| 11/23/2015 | $2,333.00 |
| 11/23/2015 | $2,700.00 |
| 11/23/2015 | $4,118.00 |
| 11/23/2015 | $4,500.00 |
| 12/11/2015 | $2,250.00 |
| 12/15/2015 | $1,500.00 |
| 12/15/2015 | $2,938.00 |
| 12/15/2015 | $4,500.00 |
| 12/15/2015 | $4,557.00 |
| 12/15/2015 | $1,650.00 |
| 12/21/2015 | $2,700.00 |
| 12/22/2015 | $412.00 |
| 12/31/2015 | $2,608.00 |
| 12/31/2015 | $297.00 |
| 12/31/2015 | $2,608.00 |
| 12/31/2015 | $1,373.00 |
| 12/31/2015 | $1,500.00 |
| 12/31/2015 | $1,510.00 |
| 12/31/2015 | $1,373.00 |
| 12/31/2015 | $1,373.00 |
| 12/31/2015 | $1,510.00 |
| 1/19/2016 | $297.00 |
| 3/11/2016 | $892.00 |
| 3/11/2016 | $252.00 |
| 3/11/2016 | $2,059.00 |
| 3/11/2016 | $137.00 |
| 3/11/2016 | $2,059.00 |
| 3/11/2016 | $526.00 |
| 3/11/2016 | $3,020.00 |

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|------|---------------|
| 3/11/2016 | $2,196.00 |
| 3/11/2016 | $1,052.00 |
| 3/15/2016 | $2,550.00 |
| 3/15/2016 | $252.00 |
| 3/15/2016 | $4,500.00 |
| 3/15/2016 | $892.00 |
| 3/15/2016 | $892.00 |
| 3/15/2016 | $252.00 |
| 3/15/2016 | $2,333.00 |
| 3/15/2016 | $1,052.00 |
| 3/15/2016 | $297.00 |
| 3/17/2016 | $3,294.00 |
| 3/17/2016 | $297.00 |
| 3/17/2016 | $3,843.00 |
| 3/17/2016 | $1,052.00 |
| 3/17/2016 | $892.00 |
| 3/17/2016 | $3,020.00 |
| 3/17/2016 | $1,052.00 |
| 3/17/2016 | $3,271.00 |
| 3/17/2016 | $3,376.00 |
| 3/21/2016 | $320.00 |
| 3/21/2016 | $320.00 |
| 3/21/2016 | $1,373.00 |
| 3/21/2016 | $320.00 |
| 3/22/2016 | $2,807.00 |
| 3/22/2016 | $2,364.00 |
| 3/22/2016 | $640.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $640.00 |
| 3/22/2016 | $640.00 |
| 3/22/2016 | $640.00 |
| 3/22/2016 | $640.00 |
| 3/22/2016 | $640.00 |
| 3/22/2016 | $1,478.00 |
| 3/22/2016 | $1,921.00 |
| 3/22/2016 | $1,601.00 |
| 3/22/2016 | $1,601.00 |
| 3/22/2016 | $960.00 |
| 3/22/2016 | $960.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $1,921.00 |
| 3/22/2016 | $1,921.00 |
| 3/22/2016 | $1,921.00 |

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|------|----------------|
| 3/22/2016 | $1,601.00 |
| 3/22/2016 | $1,601.00 |
| 3/22/2016 | $1,601.00 |
| 3/22/2016 | $960.00 |
| 3/22/2016 | $960.00 |
| 3/22/2016 | $1,478.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $2,660.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $640.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $1,478.00 |
| 3/22/2016 | $1,478.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $1,478.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $640.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $813.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $320.00 |
| 3/22/2016 | $4,500.00 |
| 3/22/2016 | $1,773.00 |
| 3/22/2016 | $960.00 |
| 4/12/2016 | $813.00 |
| 4/12/2016 | $542.00 |
| 4/12/2016 | $960.00 |
| 4/12/2016 | $640.00 |
| 4/12/2016 | $542.00 |
| 4/12/2016 | $813.00 |
| 4/12/2016 | $813.00 |
| 4/12/2016 | $813.00 |
| 5/10/2016 | $2,660.00 |

A-8

63378174 v1

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|------|---------------|
| 5/10/2016 | $1,601.00 |
| 5/10/2016 | $2,216.00 |
| 5/10/2016 | $813.00 |
| 5/10/2016 | $813.00 |
| 5/10/2016 | $813.00 |
| 5/10/2016 | $2,660.00 |
| 5/10/2016 | $1,478.00 |
| 5/10/2016 | $1,478.00 |
| 5/10/2016 | $2,807.00 |
| 5/10/2016 | $640.00 |
| 5/10/2016 | $1,773.00 |
| 5/10/2016 | $4,620.00 |
| 5/10/2016 | $1,950.00 |
| 5/13/2016 | $1,921.00 |
| 5/13/2016 | $178.00 |
| 5/23/2016 | $1,601.00 |
| 5/23/2016 | $813.00 |
| 6/1/2016 | $813.00 |
| 6/1/2016 | $813.00 |
| 6/1/2016 | $320.00 |
| 6/1/2016 | $320.00 |
| 6/1/2016 | $320.00 |
| 6/1/2016 | $320.00 |
| 6/1/2016 | $320.00 |
| 6/1/2016 | $813.00 |
| 6/1/2016 | $3,103.00 |
| 6/1/2016 | $2,807.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $1,921.00 |
| 6/3/2016 | $813.00 |
| 6/3/2016 | $2,660.00 |
| 6/3/2016 | $813.00 |
| 6/3/2016 | $813.00 |
| 6/3/2016 | $813.00 |
| 6/3/2016 | $813.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $1,921.00 |
| 6/3/2016 | $1,921.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $2,216.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $1,625.00 |

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|------|---------------|
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $640.00 |
| 6/3/2016 | $1,478.00 |
| 6/3/2016 | $1,478.00 |
| 6/7/2016 | $960.00 |
| 6/7/2016 | $813.00 |
| 6/7/2016 | $960.00 |
| 6/23/2016 | $2,241.00 |
| 6/23/2016 | $2,241.00 |
| 6/23/2016 | $960.00 |
| 6/23/2016 | $960.00 |
| 6/23/2016 | $960.00 |
| 6/23/2016 | $960.00 |
| 6/23/2016 | $960.00 |
| 6/23/2016 | $1,773.00 |
| 6/23/2016 | $1,281.00 |
| 6/23/2016 | $1,281.00 |
| 6/23/2016 | $813.00 |
| 6/23/2016 | $960.00 |
| 6/23/2016 | $640.00 |
| 6/23/2016 | $640.00 |
| 6/23/2016 | $640.00 |
| 6/23/2016 | $640.00 |
| 6/23/2016 | $1,281.00 |
| 6/23/2016 | $1,921.00 |
| 6/23/2016 | $2,364.00 |
| 6/23/2016 | $813.00 |
| 6/23/2016 | $813.00 |
| 6/23/2016 | $813.00 |
| 6/23/2016 | $813.00 |
| 6/23/2016 | $813.00 |
| 6/23/2016 | $2,512.00 |
| 6/28/2016 | $813.00 |
| 7/1/2016 | $3,201.00 |
| 7/1/2016 | $640.00 |
| 7/1/2016 | $640.00 |

TRANSFERS TO CARVAJAL EDUCACION, INC.

| Date | Payment Amount |
|------|---------------|
| 7/1/2016 | $640.00 |
| 7/22/2016 | $320.00 |
| 7/22/2016 | $640.00 |
| 7/22/2016 | $640.00 |
| 7/22/2016 | $640.00 |
| 7/22/2016 | $9,013.00 |
| 7/27/2016 | $1,773.00 |
| 7/27/2016 | $6,403.00 |
| 8/17/2016 | $4,728.00 |
| 8/22/2016 | $1,921.00 |
| 8/22/2016 | $1,773.00 |
| 8/22/2016 | $320.00 |
| 8/22/2016 | $640.00 |
| 8/22/2016 | $1,478.00 |
| 8/22/2016 | $1,478.00 |
| 8/22/2016 | $1,478.00 |
| 8/22/2016 | $960.00 |
| 8/22/2016 | $1,281.00 |
| 8/22/2016 | $1,281.00 |
| 8/22/2016 | $960.00 |
| 8/22/2016 | $813.00 |
| 8/22/2016 | $640.00 |
| 8/22/2016 | $640.00 |
| 8/22/2016 | $1,921.00 |
| 8/22/2016 | $2,167.00 |
| 8/23/2016 | $813.00 |
| 8/23/2016 | $813.00 |
| 8/23/2016 | $813.00 |
| 8/23/2016 | $813.00 |
| 8/23/2016 | $813.00 |
| 8/30/2016 | $813.00 |
| 8/30/2016 | $1,921.00 |
| 10/14/2016 | $542.00 |
| 10/14/2016 | $640.00 |
| 10/14/2016 | $640.00 |
| 10/14/2016 | $640.00 |
| 10/14/2016 | $1,921.00 |
| 10/28/2016 | $1,921.00 |
| 11/14/2016 | $1,921.00 |
| 12/19/2016 | $1,478.00 |
| 1/23/2017 | $1,773.00 |
| 1/26/2017 | $7,954.00 |
| 3/15/2017 | $1,331.00 |