# EXHIBIT A

EXHIBIT A

TRANSFERS TO ORACLE CARIBBEAN, INC.

| Date | Payment Amount |
|---|---|
| 5/3/2013 | $88,569.00 |
| 5/8/2013 | $61,344.00 |
| 5/16/2013 | $3,330.00 |
| 5/17/2013 | $241,395.00 |
| 5/21/2013 | $4,608.00 |
| 5/21/2013 | $29,576.00 |
| 5/21/2013 | $228,414.00 |
| 5/23/2013 | $30,713.00 |
| 6/3/2013 | $11,616.00 |
| 6/3/2013 | $63,177.00 |
| 6/3/2013 | $192,369.00 |
| 6/3/2013 | $244,540.00 |
| 6/5/2013 | $41,952.00 |
| 6/5/2013 | $121,661.00 |
| 6/6/2013 | $207,852.00 |
| 6/6/2013 | $241,395.00 |
| 6/13/2013 | $30,713.00 |
| 6/21/2013 | $43,672.00 |
| 6/21/2013 | $294,064.00 |
| 7/3/2013 | $30,713.00 |
| 7/3/2013 | $907.00 |
| 8/2/2013 | $6,760.00 |
| 8/2/2013 | $33,035.00 |
| 8/2/2013 | $71,548.00 |
| 8/2/2013 | $130,771.00 |
| 8/2/2013 | $322,383.00 |
| 8/7/2013 | $241,395.00 |
| 8/8/2013 | $16,256.00 |
| 8/8/2013 | $24,920.00 |
| 8/8/2013 | $71,040.00 |
| 9/18/2013 | $30,713.00 |
| 9/18/2013 | $162,994.00 |
| 9/18/2013 | $241,395.00 |
| 9/24/2013 | $72,016.00 |
| 10/9/2013 | $225,222.00 |
| 10/15/2013 | $175,242.00 |
| 10/17/2013 | $309,740.00 |
| 10/21/2013 | $225,222.00 |
| 10/22/2013 | $8,140.00 |
| 10/22/2013 | $194,847.00 |
| 10/31/2013 | $86,504.00 |
| 11/4/2013 | $62,550.00 |
| 11/4/2013 | $198,059.00 |
| 11/8/2013 | $78,780.00 |
| 11/8/2013 | $78,843.00 |
| 11/13/2013 | $46,880.00 |

# EXHIBIT A

## TRANSFERS TO ORACLE CARIBBEAN, INC.

| Date | Payment Amount |
|---|---|
| 11/13/2013 | $67,900.00 |
| 11/13/2013 | $80,898.00 |
| 11/15/2013 | $20,460.00 |
| 11/15/2013 | $42,818.00 |
| 11/18/2013 | $63,815.00 |
| 11/18/2013 | $65,091.00 |
| 11/19/2013 | $6,501.00 |
| 11/19/2013 | $11,671.00 |
| 11/19/2013 | $18,768.00 |
| 11/26/2013 | $21,331.00 |
| 11/26/2013 | $169,411.00 |
| 12/20/2013 | $189,281.00 |
| 12/21/2013 | $1,763,686.00 |
| 1/6/2014 | $221,844.00 |
| 1/9/2014 | $221,844.00 |
| 1/15/2014 | $26,969.00 |
| 1/15/2014 | $225,222.00 |
| 2/14/2014 | $35,327.00 |
| 2/24/2014 | $31,926.00 |
| 2/27/2014 | $65,965.00 |
| 3/4/2014 | $50,821.00 |
| 3/4/2014 | $221,844.00 |
| 3/11/2014 | $69,186.00 |
| 3/11/2014 | $221,844.00 |
| 3/14/2014 | $57,219.00 |
| 3/20/2014 | $94,705.00 |
| 4/4/2014 | $46,480.00 |
| 4/11/2014 | $27,821.00 |
| 4/15/2014 | $31,983.00 |
| 4/17/2014 | $121,569.00 |
| 4/18/2014 | $68,150.00 |
| 4/22/2014 | $18,865.00 |
| 4/28/2014 | $6,575.00 |
| 4/28/2014 | $12,963.00 |
| 4/28/2014 | $739.00 |
| 4/29/2014 | $22,414.00 |
| 5/1/2014 | $225,222.00 |
| 5/15/2014 | $10,842.00 |
| 5/27/2014 | $58,280.00 |
| 6/11/2014 | $225,222.00 |
| 6/24/2014 | $225,222.00 |
| 7/16/2014 | $10,648.00 |
| 7/21/2014 | $1,995.00 |
| 7/21/2014 | $20,665.00 |
| 7/21/2014 | $26,705.00 |
| 7/23/2014 | $107,830.00 |

EXHIBIT A

TRANSFERS TO ORACLE CARIBBEAN, INC.

| Date | Payment Amount |
|---|---|
| 7/25/2014 | $29,156.00 |
| 7/30/2014 | $43,431.00 |
| 7/30/2014 | $63,796.00 |
| 7/30/2014 | $1,436.00 |
| 8/1/2014 | $17,692.00 |
| 8/12/2014 | $225,222.00 |
| 8/18/2014 | $225,222.00 |
| 8/27/2014 | $24,512.00 |
| 9/3/2014 | $10,902.00 |
| 9/23/2014 | $7,613,957.00 |
| 10/6/2014 | $151,681.00 |
| 11/7/2014 | $225,222.00 |
| 11/18/2014 | $225,222.00 |
| 1/12/2015 | $225,222.00 |
| 1/22/2015 | $225,222.00 |
| 2/6/2015 | $60,877.00 |
| 2/13/2015 | $225,222.00 |
| 2/24/2015 | $225,222.00 |
| 3/26/2015 | $1,741,888.00 |
| 4/14/2015 | $225,222.00 |
| 4/21/2015 | $71,506.00 |
| 5/8/2015 | $91,158.00 |
| 5/19/2015 | $1,588.00 |
| 7/10/2015 | $30,386.00 |
| 7/22/2015 | $221,844.00 |
| 8/11/2015 | $225,222.00 |
| 8/18/2015 | $30,386.00 |
| 8/18/2015 | $30,386.00 |
| 9/14/2015 | $225,222.00 |
| 10/21/2015 | $15,203.25 |
| 10/21/2015 | $5,067.75 |
| 10/21/2015 | $435,472.00 |
| 10/23/2015 | $332.25 |
| 10/23/2015 | $3,324.75 |
| 10/23/2015 | $110.75 |
| 10/23/2015 | $1,108.25 |
| 10/27/2015 | $500,000.00 |
| 10/28/2015 | $435,472.00 |
| 11/1/2015 | $435,472.00 |
| 11/6/2015 | $225,222.00 |
| 11/17/2015 | $225,222.00 |
| 11/18/2015 | $435,472.00 |
| 12/7/2015 | $225,151.00 |
| 1/25/2016 | $500,000.00 |
| 2/19/2016 | $185,724.00 |
| 2/19/2016 | $225,151.00 |

EXHIBIT A

TRANSFERS TO ORACLE CARIBBEAN, INC.

| Date | Payment Amount |
|---|---|
| 3/18/2016 | $500,000.00 |
| 4/1/2016 | $225,151.00 |
| 4/1/2016 | $225,151.00 |
| 4/1/2016 | $225,151.00 |
| 4/6/2016 | $500,000.00 |
| 4/6/2016 | $500,000.00 |
| 4/6/2016 | $6,716.00 |
| 5/3/2016 | $500,000.00 |
| 5/3/2016 | $500,000.00 |
| 5/3/2016 | $500,000.00 |
| 5/3/2016 | $500,000.00 |
| 5/3/2016 | $500,000.00 |
| 5/3/2016 | $500,000.00 |
| 5/3/2016 | $500,000.00 |
| 5/3/2016 | $500,000.00 |
| 5/3/2016 | $31,759.00 |
| 5/3/2016 | $36,207.00 |
| 5/3/2016 | $42,923.00 |
| 5/3/2016 | $31,759.00 |
| 5/3/2016 | $91,819.00 |
| 5/3/2016 | $31,759.00 |
| 5/3/2016 | $31,759.00 |
| 5/26/2016 | $225,151.00 |
| 6/2/2016 | $225,151.00 |
| 6/14/2016 | $500,000.00 |
| 6/14/2016 | $500,000.00 |
| 6/23/2016 | $325,426.00 |
| 7/13/2016 | $225,151.00 |
| 7/19/2016 | $225,151.00 |
| 7/29/2016 | $225,151.00 |
| 10/3/2016 | $225,151.00 |
| 10/3/2016 | $225,151.00 |
| 10/12/2016 | $31,759.00 |
| 10/12/2016 | $31,759.00 |
| 10/12/2016 | $1,636.00 |
| 10/26/2016 | $221,773.00 |
| 11/2/2016 | $1,588.00 |
| 11/3/2016 | $225,151.00 |
| 11/18/2016 | $225,151.00 |
| 11/22/2016 | $43,946.00 |
| 11/22/2016 | $43,946.00 |
| 12/12/2016 | $435,472.00 |
| 12/19/2016 | $435,472.00 |
| 12/28/2016 | $435,472.00 |
| 1/24/2017 | $221,773.00 |
| 1/25/2017 | $435,472.00 |

EXHIBIT A

TRANSFERS TO ORACLE CARIBBEAN, INC.

| Date | Payment Amount |
|---|---|
| 2/3/2017 | $500,000.00 |
| 2/21/2017 | $500,000.00 |
| 2/23/2017 | $500,000.00 |
| 3/3/2017 | $225,151.00 |
| 3/9/2017 | $80,627.00 |
| 3/22/2017 | $225,151.00 |
| 4/6/2017 | $500,000.00 |
| 4/6/2017 | $500,000.00 |
| 4/13/2017 | $221,773.00 |
| 4/13/2017 | $500,000.00 |
| 4/13/2017 | $500,000.00 |
| 4/13/2017 | $79,418.00 |
| 4/26/2017 | $500,000.00 |
| 5/1/2017 | $500,000.00 |
| 5/2/2017 | $443,547.00 |