# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO KELLY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 9/5/2013 | $37,476.00 |
| 9/10/2013 | $4,404.00 |
| 9/17/2013 | $12,349.00 |
| 9/20/2013 | $155,503.00 |
| 9/24/2013 | $189,548.00 |
| 9/26/2013 | $131,142.00 |
| 9/30/2013 | $1,408,226.00 |
| 10/1/2013 | $2,178.00 |
| 10/7/2013 | $3,827.00 |
| 10/7/2013 | $156,379.00 |
| 10/7/2013 | $1,243,721.00 |
| 11/1/2013 | $3,409.00 |
| 11/4/2013 | $1,500.00 |
| 11/8/2013 | $2,250,180.00 |
| 11/15/2013 | $112,355.00 |
| 11/15/2013 | $1,606.00 |
| 1/6/2014 | $21,077.00 |
| 1/6/2014 | $1,577.00 |
| 1/14/2014 | $901.00 |
| 1/15/2014 | $5,012.00 |
| 1/15/2014 | $86,695.00 |
| 1/22/2014 | $101,523.00 |
| 1/22/2014 | $218,384.00 |
| 2/18/2014 | $957,937.00 |
| 2/28/2014 | $3,587.00 |
| 2/28/2014 | $79,899.00 |
| 3/3/2014 | $1,181.00 |
| 3/12/2014 | $467,309.00 |
| 3/14/2014 | $1,041,082.00 |
| 3/17/2014 | $8,801.00 |
| 3/17/2014 | $9,963.00 |
| 3/17/2014 | $17,394.00 |
| 3/19/2014 | $152,232.00 |
| 3/21/2014 | $103,534.00 |
| 3/24/2014 | $14,266.00 |
| 3/24/2014 | $857.00 |
| 3/24/2014 | $463,890.00 |
| 4/7/2014 | $10,761.00 |
| 4/7/2014 | $10,810.00 |
| 4/7/2014 | $34,689.00 |
| 4/7/2014 | $421,020.00 |
| 4/11/2014 | $15,577.00 |
| 4/11/2014 | $18,871.00 |
| 4/14/2014 | $134,044.00 |
| 4/29/2014 | $317.00 |
| 4/29/2014 | $76.00 |

# EXHIBIT A
## TRANSFERS TO KELLY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 4/29/2014 | $17,770.00 |
| 4/29/2014 | $25,228.00 |
| 4/29/2014 | $82,912.00 |
| 4/29/2014 | $912.00 |
| 5/2/2014 | $12,826.00 |
| 5/7/2014 | $85,256.00 |
| 5/7/2014 | $95,934.00 |
| 5/14/2014 | $196,004.00 |
| 5/16/2014 | $295,894.00 |
| 5/27/2014 | $616.00 |
| 5/30/2014 | $422.00 |
| 5/30/2014 | $69,409.00 |
| 6/17/2014 | $499,363.00 |
| 6/18/2014 | $406,881.00 |
| 6/18/2014 | $2,376,082.00 |
| 6/25/2014 | $4,867.00 |
| 6/25/2014 | $728,255.00 |
| 7/1/2014 | $329,252.00 |
| 7/7/2014 | $3,658.00 |
| 7/7/2014 | $4,269.00 |
| 7/7/2014 | $842,153.00 |
| 7/7/2014 | $1,455.00 |
| 7/11/2014 | $19,745.00 |
| 7/14/2014 | $8,028.00 |
| 7/14/2014 | $193,726.00 |
| 7/14/2014 | $1,553,809.00 |
| 7/24/2014 | $207,455.00 |
| 8/23/2014 | $1,238.00 |
| 8/28/2014 | $67,684.00 |
| 8/29/2014 | $11,117.00 |
| 9/5/2014 | $416.00 |
| 9/5/2014 | $759.00 |
| 9/10/2014 | $504,320.00 |
| 9/14/2014 | $205,079.00 |
| 9/15/2014 | $149,968.00 |
| 9/19/2014 | $380,763.00 |
| 9/27/2014 | $62,795.00 |
| 10/1/2014 | $202,338.00 |
| 10/1/2014 | $169.00 |
| 10/9/2014 | $385.00 |
| 10/9/2014 | $675.00 |
| 10/9/2014 | $759.00 |
| 10/9/2014 | $127,515.00 |
| 10/9/2014 | $1,181.00 |
| 10/12/2014 | $67,381.00 |
| 10/16/2014 | $1,981.00 |

63379240 v1

EXHIBIT A

TRANSFERS TO KELLY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 10/19/2014 | $178,582.00 |
| 10/24/2014 | $255,693.00 |
| 10/26/2014 | $300,426.00 |
| 10/29/2014 | $120,215.00 |
| 10/31/2014 | $119,302.00 |
| 11/8/2014 | $122,839.00 |
| 11/14/2014 | $43,418.00 |
| 11/16/2014 | $43,698.00 |
| 11/17/2014 | $4,646.00 |
| 11/17/2014 | $675.00 |
| 11/17/2014 | $759.00 |
| 11/17/2014 | $1,097.00 |
| 11/23/2014 | $493,408.00 |
| 11/28/2014 | $39,506.00 |
| 12/5/2014 | $217,864.00 |
| 12/6/2014 | $85,226.00 |
| 12/9/2014 | $1,181.00 |
| 12/12/2014 | $125,766.00 |
| 12/20/2014 | $263,201.00 |
| 12/21/2014 | $177,629.00 |
| 12/23/2014 | $844.00 |
| 12/31/2014 | $126,566.00 |
| 1/11/2015 | $124,896.00 |
| 1/16/2015 | $121,399.00 |
| 1/23/2015 | $125,846.00 |
| 1/24/2015 | $102,685.00 |
| 2/4/2015 | $37,929.00 |
| 2/7/2015 | $6,628.00 |
| 2/13/2015 | $308.00 |
| 2/20/2015 | $387.00 |
| 2/22/2015 | $53,820.00 |
| 2/26/2015 | $1,295.00 |
| 3/5/2015 | $31,892.00 |
| 3/7/2015 | $26,733.00 |
| 3/11/2015 | $17,076.00 |
| 3/13/2015 | $259,807.00 |
| 3/20/2015 | $18,604.00 |
| 3/21/2015 | $111,213.00 |
| 3/26/2015 | $39,825.00 |
| 6/3/2015 | $2,402.00 |
| 6/7/2015 | $906.00 |
| 2/16/2016 | $1,701.00 |
| 2/16/2016 | $6,324.00 |