EXHIBIT A

TRANSFERS TO TOTAL PETROLEUM P. R. CORP

| Date | Payment Amount |
|---|---|
| 1/3/2014 | $17,066.00 |
| 1/22/2014 | $1,000,000.00 |
| 1/28/2014 | $2,500,000.00 |
| 2/3/2014 | $17,287.00 |
| 2/3/2014 | $24,016.00 |
| 2/19/2014 | $1,000,000.00 |
| 2/27/2014 | $3,468.00 |
| 3/3/2014 | $2,500,000.00 |
| 3/12/2014 | $10,037.00 |
| 3/12/2014 | $17,182.00 |
| 3/13/2014 | $13,742.00 |
| 3/14/2014 | $13,805.00 |
| 3/14/2014 | $24,369.00 |
| 3/21/2014 | $1,000,007.00 |
| 3/21/2014 | $1,286.00 |
| 3/21/2014 | $1,584.00 |
| 4/1/2014 | $6,959.00 |
| 4/1/2014 | $2,500,000.00 |
| 4/9/2014 | $3,721.00 |
| 4/15/2014 | $1,000,000.00 |
| 4/29/2014 | $14,181.00 |
| 4/30/2014 | $13,891.00 |
| 5/1/2014 | $7,688.00 |
| 5/1/2014 | $12,157.00 |
| 5/1/2014 | $2,500,000.00 |
| 5/9/2014 | $24,044.00 |
| 5/14/2014 | $1,000,000.00 |
| 5/28/2014 | $17,165.00 |
| 5/29/2014 | $1,000,000.00 |
| 6/10/2014 | $1,000,000.00 |
| 6/11/2014 | $3,680.00 |
| 6/12/2014 | $3,980.00 |
| 6/16/2014 | $10,496.00 |
| 6/17/2014 | $3,558.00 |
| 6/17/2014 | $9,702.00 |
| 6/18/2014 | $24,252.00 |
| 7/10/2014 | $10,280.00 |
| 7/14/2014 | $6,874.00 |
| 7/14/2014 | $9,839.00 |
| 7/15/2014 | $5,608.00 |
| 7/17/2014 | $1,000,000.00 |
| 7/21/2014 | $6,781.00 |
| 7/21/2014 | $13,747.00 |
| 7/22/2014 | $6,780.00 |
| 7/25/2014 | $20,338.00 |
| 7/29/2014 | $1,000,000.00 |

EXHIBIT A

TRANSFERS TO TOTAL PETROLEUM P. R. CORP

| Date | Payment Amount |
|---|---|
| 8/12/2014 | $1,000,000.00 |
| 8/19/2014 | $6,767.00 |
| 8/27/2014 | $3,584.00 |
| 8/29/2014 | $1,000,000.00 |
| 9/9/2014 | $17,725.00 |
| 9/11/2014 | $3,917.00 |
| 9/11/2014 | $1,000,000.00 |
| 9/17/2014 | $1,000,000.00 |
| 9/22/2014 | $3,446.00 |
| 9/22/2014 | $2,500,000.00 |
| 10/1/2014 | $2,500,000.00 |
| 10/6/2014 | $3,187.00 |
| 10/6/2014 | $6,231.00 |
| 10/14/2014 | $2,700.00 |
| 10/15/2014 | $1,400,000.00 |
| 10/24/2014 | $6,610.00 |
| 10/29/2014 | $1,941.00 |
| 10/30/2014 | $1,300,000.00 |
| 11/3/2014 | $19,830.00 |
| 11/10/2014 | $3,305.00 |
| 11/14/2014 | $5,001.00 |
| 11/14/2014 | $1,000,000.00 |
| 11/14/2014 | $1,494.00 |
| 11/14/2014 | $1,496.00 |
| 11/18/2014 | $5,976.00 |
| 11/18/2014 | $8,392.00 |
| 11/18/2014 | $9,978.00 |
| 11/26/2014 | $911.00 |
| 12/8/2014 | $11,957.00 |
| 12/10/2014 | $1,000,000.00 |
| 12/17/2014 | $1,000,000.00 |
| 12/18/2014 | $2,181.00 |
| 12/19/2014 | $16,027.00 |
| 12/29/2014 | $1,908.00 |
| 12/31/2014 | $1,000,000.00 |
| 1/14/2015 | $14,911.00 |
| 1/22/2015 | $2,534.00 |
| 1/23/2015 | $1,000,000.00 |
| 1/30/2015 | $2,038.00 |
| 1/30/2015 | $1,508.00 |
| 2/2/2015 | $1,000,000.00 |
| 2/6/2015 | $3,887.00 |
| 2/6/2015 | $1,000,000.00 |
| 2/11/2015 | $12,155.00 |
| 2/12/2015 | $35,079.00 |
| 2/25/2015 | $1,000,000.00 |

EXHIBIT A

TRANSFERS TO TOTAL PETROLEUM P. R. CORP

| Date | Payment Amount |
|---|---|
| 3/2/2015 | $1,505.00 |
| 3/4/2015 | $1,778.00 |
| 3/9/2015 | $4,144.00 |
| 3/20/2015 | $3,913.00 |
| 3/26/2015 | $1,000,000.00 |
| 3/31/2015 | $10,440.00 |
| 3/31/2015 | $1,000,000.00 |
| 4/24/2015 | $5,129.00 |
| 5/7/2015 | $2,583.00 |
| 5/14/2015 | $1,000,000.00 |
| 5/18/2015 | $16,672.00 |
| 5/18/2015 | $500,000.00 |
| 5/21/2015 | $1,000,000.00 |
| 5/26/2015 | $4,024.00 |
| 5/26/2015 | $1,000,000.00 |
| 5/28/2015 | $1,195.00 |
| 5/28/2015 | $2,992.00 |
| 5/28/2015 | $1,494.00 |
| 5/28/2015 | $1,126.00 |
| 5/29/2015 | $1,519.00 |
| 5/29/2015 | $1,495.00 |
| 5/29/2015 | $2,987.00 |
| 5/29/2015 | $1,497.00 |
| 5/29/2015 | $3,097.00 |
| 5/29/2015 | $1,131.00 |
| 5/29/2015 | $376.00 |
| 5/29/2015 | $1,966.00 |
| 5/29/2015 | $2,244.00 |
| 5/29/2015 | $1,059.00 |
| 5/29/2015 | $1,000,000.00 |
| 6/1/2015 | $2,325.00 |
| 6/5/2015 | $1,496.00 |
| 6/5/2015 | $1,942.00 |
| 6/10/2015 | $2,579.00 |
| 6/11/2015 | $1,000,000.00 |
| 6/17/2015 | $27,629.00 |
| 6/17/2015 | $19,745.00 |
| 6/22/2015 | $2,929.00 |
| 6/22/2015 | $10,970.00 |
| 7/3/2015 | $1,000,000.00 |
| 7/3/2015 | $1,000,000.00 |
| 7/8/2015 | $1,287.00 |
| 7/8/2015 | $7,427.00 |
| 7/9/2015 | $1,813.00 |
| 7/14/2015 | $1,585.00 |
| 7/14/2015 | $2,020.00 |

A-3

EXHIBIT A

TRANSFERS TO TOTAL PETROLEUM P. R. CORP

| Date | Payment Amount |
|---|---|
| 7/17/2015 | $9,377.00 |
| 7/17/2015 | $11,155.00 |
| 7/17/2015 | $12,185.00 |
| 7/20/2015 | $1,000,000.00 |
| 7/21/2015 | $1,000,000.00 |
| 7/22/2015 | $7,034.00 |
| 7/22/2015 | $2,646.00 |
| 7/22/2015 | $1,497.00 |
| 7/27/2015 | $1,000,000.00 |
| 7/30/2015 | $665.00 |
| 7/30/2015 | $1,557.00 |
| 7/30/2015 | $4,375.00 |
| 8/3/2015 | $1,000,000.00 |
| 8/4/2015 | $12,378.00 |
| 8/11/2015 | $228.00 |
| 8/11/2015 | $604.00 |
| 8/13/2015 | $14,856.00 |
| 8/24/2015 | $3,800.00 |
| 8/26/2015 | $1,000,000.00 |
| 9/2/2015 | $4,452.00 |
| 9/2/2015 | $1,481.00 |
| 9/8/2015 | $1,000,000.00 |
| 9/10/2015 | $14,276.00 |
| 9/17/2015 | $5,556.00 |
| 9/21/2015 | $3,085.00 |
| 9/21/2015 | $2,990.00 |
| 9/21/2015 | $456.00 |
| 9/21/2015 | $299.00 |
| 9/21/2015 | $1,791.00 |
| 9/21/2015 | $527.00 |
| 9/21/2015 | $1,424.00 |
| 9/21/2015 | $2,542.00 |
| 9/21/2015 | $599.00 |
| 9/21/2015 | $227.00 |
| 9/21/2015 | $1,496.00 |
| 9/21/2015 | $1,654.00 |
| 9/21/2015 | $2,991.00 |
| 9/21/2015 | $826.00 |
| 9/21/2015 | $1,281.00 |
| 9/21/2015 | $2,692.00 |
| 9/21/2015 | $677.00 |
| 9/21/2015 | $826.00 |
| 9/21/2015 | $1,058.00 |
| 9/21/2015 | $4,339.00 |
| 9/21/2015 | $2,340.00 |
| 9/22/2015 | $1,000,000.00 |

EXHIBIT A
TRANSFERS TO TOTAL PETROLEUM P. R. CORP

| Date | Payment Amount |
|---|---|
| 9/28/2015 | $1,496.00 |
| 9/28/2015 | $603.00 |
| 9/29/2015 | $4,051.00 |
| 10/2/2015 | $38,166.00 |
| 10/2/2015 | $2,695.00 |
| 10/2/2015 | $1,209.00 |
| 10/7/2015 | $93,378.00 |
| 10/7/2015 | $96,964.00 |
| 10/7/2015 | $1,000,000.00 |
| 10/13/2015 | $1,282.00 |
| 10/16/2015 | $1,041.00 |
| 10/16/2015 | $597.00 |
| 10/16/2015 | $64,036.00 |
| 10/16/2015 | $24,740.00 |
| 10/20/2015 | $1,056.00 |
| 10/20/2015 | $1,517.00 |
| 10/22/2015 | $1,000,000.00 |
| 10/23/2015 | $3,834.00 |
| 10/23/2015 | $2,292.00 |
| 10/27/2015 | $5,310.00 |
| 10/27/2015 | $1,792.00 |
| 10/27/2015 | $1,195.00 |
| 11/2/2015 | $6,428.00 |
| 11/3/2015 | $8,029.00 |
| 11/10/2015 | $25,415.00 |
| 11/13/2015 | $5,942.00 |
| 11/17/2015 | $12,147.00 |
| 12/2/2015 | $1,000,000.00 |
| 12/4/2015 | $2,131.00 |
| 12/4/2015 | $4,311.00 |
| 12/4/2015 | $454.00 |
| 12/4/2015 | $896.00 |
| 12/4/2015 | $457.00 |
| 12/4/2015 | $490.00 |
| 12/21/2015 | $1,746.00 |
| 12/21/2015 | $7,607.00 |
| 12/29/2015 | $1,000,000.00 |
| 1/6/2016 | $1,000,000.00 |
| 1/13/2016 | $1,000,000.00 |
| 1/13/2016 | $1,000,000.00 |
| 1/13/2016 | $1,000,000.00 |
| 1/15/2016 | $15,613.00 |
| 1/19/2016 | $47,224.00 |
| 1/19/2016 | $88,912.00 |
| 1/19/2016 | $38,343.00 |
| 1/19/2016 | $10,891.00 |

EXHIBIT A

TRANSFERS TO TOTAL PETROLEUM P. R. CORP

| Date | Payment Amount |
|---|---|
| 1/28/2016 | $1,000,000.00 |
| 1/28/2016 | $1,000,000.00 |
| 1/28/2016 | $1,000,000.00 |
| 1/28/2016 | $1,000,000.00 |
| 2/11/2016 | $2,052.00 |
| 2/26/2016 | $41,143.00 |
| 3/1/2016 | $746,367.00 |
| 3/14/2016 | $14,800.00 |
| 3/15/2016 | $1,066.00 |
| 3/17/2016 | $1,445.00 |
| 3/24/2016 | $3,076.00 |
| 3/24/2016 | $1,706.00 |
| 3/24/2016 | $3,299.00 |
| 3/24/2016 | $1,438.00 |
| 4/4/2016 | $746,367.00 |
| 4/5/2016 | $815,000.00 |
| 4/20/2016 | $815,000.00 |
| 4/29/2016 | $22,510.00 |
| 5/4/2016 | $685,939.00 |
| 5/10/2016 | $515,000.00 |
| 5/16/2016 | $2,510.00 |
| 5/17/2016 | $1,746.00 |
| 5/18/2016 | $13,538.00 |
| 5/18/2016 | $515,000.00 |
| 5/20/2016 | $6,787.00 |
| 5/27/2016 | $5,512.00 |
| 5/27/2016 | $582,000.00 |
| 6/7/2016 | $705,193.00 |
| 6/15/2016 | $1,746.00 |
| 6/15/2016 | $600,094.00 |
| 6/28/2016 | $610,000.00 |
| 7/6/2016 | $150,610.00 |
| 7/6/2016 | $650,000.00 |
| 7/8/2016 | $4,994.00 |
| 7/19/2016 | $600,000.00 |
| 7/25/2016 | $650,067.00 |
| 7/25/2016 | $650,000.00 |
| 8/1/2016 | $1,859.00 |
| 8/1/2016 | $349.00 |
| 8/8/2016 | $3,175.00 |
| 8/8/2016 | $650,000.00 |
| 8/10/2016 | $29.00 |
| 8/11/2016 | $8,002.00 |
| 8/16/2016 | $650,000.00 |
| 8/19/2016 | $9,763.00 |
| 8/19/2016 | $5,858.00 |

A-6

EXHIBIT A

TRANSFERS TO TOTAL PETROLEUM P. R. CORP

| Date | Payment Amount |
|---|---|
| 8/19/2016 | $13,876.00 |
| 8/23/2016 | $2,309.00 |
| 8/23/2016 | $700,000.00 |
| 8/30/2016 | $5,327.00 |
| 9/2/2016 | $450,000.00 |
| 9/7/2016 | $7,392.00 |
| 9/9/2016 | $500,000.00 |
| 9/12/2016 | $3,163.00 |
| 9/16/2016 | $500,000.00 |
| 9/21/2016 | $1,853.00 |
| 9/27/2016 | $500,000.00 |
| 9/27/2016 | $500,000.00 |
| 10/3/2016 | $2,525.00 |
| 10/6/2016 | $4,771.00 |
| 10/7/2016 | $500,000.00 |
| 10/14/2016 | $500,000.00 |
| 10/19/2016 | $5,799.00 |
| 10/20/2016 | $500,000.00 |
| 10/20/2016 | $19,524.00 |
| 10/26/2016 | $4,211.00 |
| 10/28/2016 | $500,000.00 |
| 10/31/2016 | $1,933.00 |
| 10/31/2016 | $5,800.00 |
| 11/4/2016 | $500,000.00 |
| 11/4/2016 | $3,915.00 |
| 11/10/2016 | $500,000.00 |
| 11/14/2016 | $9,665.00 |
| 11/16/2016 | $2,139.00 |
| 11/17/2016 | $4,507.00 |
| 11/22/2016 | $500,000.00 |
| 11/29/2016 | $500,000.00 |
| 11/30/2016 | $8,365.00 |
| 11/30/2016 | $3,867.00 |
| 12/2/2016 | $500,000.00 |
| 12/9/2016 | $6,220.00 |
| 12/13/2016 | $500,000.00 |
| 12/14/2016 | $19,579.00 |
| 12/19/2016 | $500,000.00 |
| 12/27/2016 | $8,034.00 |
| 12/28/2016 | $500,000.00 |
| 1/6/2017 | $500,000.00 |
| 1/19/2017 | $494,931.00 |
| 1/27/2017 | $4,323.00 |
| 1/27/2017 | $4,325.00 |
| 2/2/2017 | $1,000,000.00 |
| 2/10/2017 | $2,162.00 |

EXHIBIT A

TRANSFERS TO TOTAL PETROLEUM P. R. CORP

| Date | Payment Amount |
|---|---|
| 2/10/2017 | $7,830.00 |
| 2/10/2017 | $6,554.00 |
| 2/13/2017 | $500,000.00 |
| 2/17/2017 | $500,000.00 |
| 2/24/2017 | $500,000.00 |
| 3/3/2017 | $500,000.00 |
| 3/6/2017 | $6,552.00 |
| 3/9/2017 | $7,203.00 |
| 3/14/2017 | $500,000.00 |
| 3/16/2017 | $5,086.00 |
| 3/16/2017 | $1,758.00 |
| 3/16/2017 | $6,476.00 |
| 3/22/2017 | $500,000.00 |
| 3/27/2017 | $500,000.00 |
| 3/27/2017 | $11,427.00 |
| 3/27/2017 | $994.00 |
| 3/27/2017 | $2,279.00 |
| 3/27/2017 | $4,534.00 |
| 4/3/2017 | $500,000.00 |
| 4/7/2017 | $500,000.00 |
| 4/11/2017 | $6,476.00 |
| 4/11/2017 | $8,605.00 |
| 4/12/2017 | $500,000.00 |
| 4/21/2017 | $500,000.00 |
| 4/25/2017 | $12,413.00 |
| 4/25/2017 | $6,096.00 |
| 4/25/2017 | $10,351.00 |
| 4/28/2017 | $500,000.00 |
| 5/1/2017 | $6,097.00 |