# EXHIBIT A

EXHIBIT A
TRANSFERS TO CASE SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 10/17/2014 | $305.00 |
| 11/18/2014 | $288.00 |
| 11/21/2014 | $101.00 |
| 12/1/2014 | $2,415.00 |
| 12/2/2014 | $204.00 |
| 12/12/2014 | $488.00 |
| 12/12/2014 | $506.00 |
| 12/12/2014 | $695.00 |
| 1/6/2015 | $80.00 |
| 1/6/2015 | $521.00 |
| 1/6/2015 | $1,380.00 |
| 1/6/2015 | $203.00 |
| 2/2/2015 | $338.00 |
| 2/5/2015 | $303.00 |
| 2/5/2015 | $338.00 |
| 3/11/2015 | $9,999.00 |
| 3/13/2015 | $3,999.00 |
| 3/13/2015 | $5,000.00 |
| 3/17/2015 | $15,996.00 |
| 3/17/2015 | $19,998.00 |
| 3/19/2015 | $25,776.00 |
| 3/24/2015 | $32,220.00 |
| 3/31/2015 | $2,945.00 |
| 3/31/2015 | $12,888.00 |
| 4/10/2015 | $383.00 |
| 4/10/2015 | $12,708.00 |
| 4/28/2015 | $4,332.00 |
| 4/28/2015 | $6,518.00 |
| 4/28/2015 | $7,990.00 |
| 4/28/2015 | $8,460.00 |
| 4/28/2015 | $12,888.00 |
| 4/28/2015 | $18,126.00 |
| 5/6/2015 | $334.00 |
| 5/6/2015 | $3,699.00 |
| 5/6/2015 | $39,996.00 |
| 5/12/2015 | $592.00 |
| 5/12/2015 | $25,776.00 |
| 5/12/2015 | $25,776.00 |
| 5/14/2015 | $41,772.00 |
| 5/19/2015 | $9,724.00 |
| 5/19/2015 | $15,996.00 |
| 5/19/2015 | $1,499.00 |
| 5/19/2015 | $1,796.00 |
| 5/19/2015 | $1,871.00 |
| 5/27/2015 | $3,300.00 |
| 5/27/2015 | $25,008.00 |

# EXHIBIT A
## TRANSFERS TO CASE SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 6/16/2015 | $4,332.00 |
| 6/16/2015 | $840.00 |
| 6/17/2015 | $40,884.00 |
| 6/19/2015 | $14,997.00 |
| 7/2/2015 | $25,776.00 |
| 7/7/2015 | $15,996.00 |
| 7/10/2015 | $2,205.00 |
| 7/10/2015 | $9,999.00 |
| 7/14/2015 | $22,924.00 |
| 7/15/2015 | $3,307.00 |
| 7/22/2015 | $6,000.00 |
| 7/22/2015 | $7,082.00 |
| 7/22/2015 | $6,000.00 |
| 7/22/2015 | $12,849.00 |
| 7/30/2015 | $870.00 |
| 7/30/2015 | $2,495.00 |
| 8/5/2015 | $2,609.00 |
| 8/5/2015 | $2,392.00 |
| 8/5/2015 | $700.00 |
| 8/10/2015 | $2,392.00 |
| 8/10/2015 | $795.00 |
| 8/10/2015 | $2,246.00 |
| 8/14/2015 | $44,806.00 |
| 8/26/2015 | $19,344.00 |
| 8/31/2015 | $6,444.00 |
| 8/31/2015 | $3,249.00 |
| 9/8/2015 | $3,995.00 |
| 9/8/2015 | $31,260.00 |
| 9/8/2015 | $1,348.00 |
| 9/8/2015 | $25,776.00 |
| 9/8/2015 | $2,166.00 |
| 9/8/2015 | $7,998.00 |
| 9/8/2015 | $25,776.00 |
| 9/14/2015 | $3,126.00 |
| 9/14/2015 | $8,610.00 |
| 9/14/2015 | $35,991.00 |
| 9/14/2015 | $44,991.00 |
| 9/14/2015 | $4,332.00 |
| 9/14/2015 | $15,996.00 |
| 9/14/2015 | $6,444.00 |
| 9/14/2015 | $4,332.00 |
| 9/15/2015 | $17,970.00 |
| 9/15/2015 | $4,332.00 |
| 9/21/2015 | $63,562.00 |
| 9/21/2015 | $1,348.00 |
| 9/21/2015 | $7,990.00 |

EXHIBIT A

TRANSFERS TO CASE SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 9/21/2015 | $11,415.00 |
| 10/2/2015 | $23,966.00 |
| 10/2/2015 | $1,042.00 |
| 10/2/2015 | $1,008.00 |
| 10/2/2015 | $3,999.00 |
| 10/2/2015 | $19,727.00 |
| 10/2/2015 | $6,800.00 |
| 10/2/2015 | $19,332.00 |
| 10/2/2015 | $9,998.00 |
| 10/8/2015 | $15,996.00 |
| 10/8/2015 | $19,332.00 |
| 10/8/2015 | $6,444.00 |
| 10/8/2015 | $6,444.00 |
| 10/13/2015 | $24,414.00 |
| 10/13/2015 | $10,443.00 |
| 10/16/2015 | $19,996.00 |
| 10/16/2015 | $49,990.00 |
| 10/16/2015 | $10,443.00 |
| 10/27/2015 | $12,504.00 |
| 10/27/2015 | $15,630.00 |
| 10/27/2015 | $4,211.00 |
| 11/10/2015 | $1,800.00 |
| 11/10/2015 | $36,062.00 |
| 11/13/2015 | $12,504.00 |
| 11/27/2015 | $1,305.00 |
| 11/27/2015 | $3,999.00 |
| 11/27/2015 | $9,378.00 |
| 11/27/2015 | $6,323.00 |
| 11/27/2015 | $3,999.00 |
| 11/27/2015 | $3,126.00 |
| 11/27/2015 | $17,714.00 |
| 11/27/2015 | $48,252.00 |
| 11/27/2015 | $1,827.00 |
| 11/27/2015 | $1,197.00 |
| 12/16/2015 | $14,180.00 |
| 12/16/2015 | $6,495.00 |
| 12/16/2015 | $6,495.00 |
| 12/16/2015 | $6,495.00 |
| 12/16/2015 | $6,444.00 |
| 12/16/2015 | $910.00 |
| 12/16/2015 | $25,689.00 |
| 12/16/2015 | $1,422.00 |
| 12/16/2015 | $4,440.00 |
| 12/16/2015 | $2,700.00 |
| 12/16/2015 | $1,768.00 |
| 12/16/2015 | $2,712.00 |

EXHIBIT A

TRANSFERS TO CASE SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 12/16/2015 | $668.00 |
| 12/16/2015 | $6,495.00 |
| 12/16/2015 | $12,990.00 |
| 12/16/2015 | $25,980.00 |
| 12/21/2015 | $6,240.00 |
| 12/31/2015 | $973.00 |
| 12/31/2015 | $47,976.00 |
| 12/31/2015 | $1,558.00 |
| 12/31/2015 | $11,792.00 |
| 12/31/2015 | $3,000.00 |
| 12/31/2015 | $1,083.00 |
| 1/6/2016 | $19,485.00 |
| 1/21/2016 | $1,191.00 |
| 1/21/2016 | $1,191.00 |
| 1/21/2016 | $397.00 |
| 1/21/2016 | $397.00 |
| 3/16/2016 | $4,295.00 |
| 3/16/2016 | $19,485.00 |
| 3/16/2016 | $26,209.00 |
| 3/16/2016 | $17,577.00 |
| 3/16/2016 | $45,949.00 |
| 3/16/2016 | $9,999.00 |
| 3/22/2016 | $7,578.00 |
| 4/12/2016 | $3,374.25 |
| 4/12/2016 | $1,124.75 |
| 5/9/2016 | $184,800.00 |
| 5/9/2016 | $351,912.00 |
| 5/9/2016 | $6,495.00 |
| 5/9/2016 | $12,990.00 |
| 5/9/2016 | $18,994.00 |
| 5/9/2016 | $46,218.00 |
| 5/9/2016 | $9,100.00 |
| 5/11/2016 | $2,999.25 |
| 5/11/2016 | $142.50 |
| 5/11/2016 | $2,999.25 |
| 5/11/2016 | $999.75 |
| 5/11/2016 | $47.50 |
| 5/11/2016 | $999.75 |
| 5/11/2016 | $7,700.00 |
| 5/11/2016 | $4,990.00 |
| 5/11/2016 | $8,762.00 |
| 5/11/2016 | $6,500.00 |
| 5/13/2016 | $648,410.00 |
| 5/20/2016 | $62,520.00 |
| 5/20/2016 | $10,392.00 |
| 6/3/2016 | $62,460.00 |

EXHIBIT A

TRANSFERS TO CASE SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 6/3/2016 | $1,625.00 |
| 6/3/2016 | $417.00 |
| 6/3/2016 | $9,990.00 |
| 7/18/2016 | $500.00 |
| 7/18/2016 | $58,630.00 |
| 7/18/2016 | $43,960.00 |
| 7/18/2016 | $24,340.00 |
| 7/18/2016 | $14,920.00 |
| 7/18/2016 | $506.00 |
| 7/18/2016 | $11,780.00 |
| 7/18/2016 | $42,400.00 |
| 7/18/2016 | $3,081.00 |
| 7/18/2016 | $3,660.00 |
| 8/3/2016 | $471.00 |
| 8/3/2016 | $2,060.00 |
| 8/3/2016 | $3,168.00 |
| 8/3/2016 | $3,168.00 |
| 8/17/2016 | $12,504.00 |
| 8/29/2016 | $7,695.00 |
| 8/29/2016 | $25,980.00 |
| 8/29/2016 | $25,980.00 |
| 8/29/2016 | $2,166.00 |
| 8/29/2016 | $13,879.00 |
| 8/29/2016 | $19,998.00 |
| 8/29/2016 | $1,190.00 |
| 9/12/2016 | $1,917.00 |
| 10/21/2016 | $7,498.50 |
| 10/21/2016 | $12,504.00 |
| 10/21/2016 | $7,143.00 |
| 10/21/2016 | $9,999.00 |
| 10/21/2016 | $3,249.00 |
| 10/21/2016 | $21,179.00 |
| 10/21/2016 | $29,649.00 |
| 10/21/2016 | $23,574.00 |
| 10/21/2016 | $26,959.00 |
| 10/21/2016 | $15,630.00 |
| 10/21/2016 | $23,966.00 |
| 10/21/2016 | $27,483.00 |
| 10/21/2016 | $19,998.00 |
| 10/21/2016 | $1,005.00 |
| 10/21/2016 | $10,457.00 |
| 10/21/2016 | $11,997.00 |
| 10/21/2016 | $12,504.00 |
| 10/21/2016 | $6,495.00 |
| 10/21/2016 | $16,414.00 |
| 10/21/2016 | $25,008.00 |

EXHIBIT A

TRANSFERS TO CASE SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 10/21/2016 | $2,499.50 |
| 10/28/2016 | $24,725.00 |
| 10/28/2016 | $1,750.00 |
| 10/28/2016 | $1,597.00 |
| 10/28/2016 | $3,500.00 |
| 11/2/2016 | $2,000.00 |
| 11/2/2016 | $24,972.00 |
| 11/2/2016 | $19,485.00 |
| 11/2/2016 | $10,498.00 |
| 11/2/2016 | $9,744.00 |
| 11/2/2016 | $29,957.00 |
| 11/2/2016 | $19,998.00 |
| 11/2/2016 | $5,431.00 |
| 11/2/2016 | $25,980.00 |
| 11/2/2016 | $38,554.00 |
| 11/8/2016 | $4,262.00 |
| 11/8/2016 | $4,871.25 |
| 11/8/2016 | $1,623.75 |
| 11/25/2016 | $37,930.00 |
| 11/25/2016 | $23,845.00 |
| 1/11/2017 | $7,033.50 |
| 1/11/2017 | $7,663.00 |
| 1/11/2017 | $2,236.00 |
| 1/11/2017 | $2,344.50 |
| 3/15/2017 | $8,250.00 |
| 4/6/2017 | $4,000.00 |
| 4/26/2017 | $3,500.00 |
| 4/26/2017 | $4,166.00 |