# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO CCHPR HOSPITALITY, INC

| Date | Payment Amount |
|---|---|
| 5/31/2013 | $111,254.00 |
| 6/28/2013 | $34,667.00 |
| 7/5/2013 | $58,856.00 |
| 7/24/2013 | $38,303.00 |
| 7/25/2013 | $11,338.00 |
| 7/25/2013 | $80,936.00 |
| 8/6/2013 | $125,787.00 |
| 8/9/2013 | $19,601.00 |
| 8/9/2013 | $23,861.00 |
| 8/9/2013 | $130,420.00 |
| 8/22/2013 | $26,842.00 |
| 8/22/2013 | $61,959.00 |
| 8/22/2013 | $84,484.00 |
| 8/22/2013 | $104,476.00 |
| 8/22/2013 | $116,230.00 |
| 9/24/2013 | $28,385.00 |
| 9/24/2013 | $29,003.00 |
| 9/24/2013 | $40,358.00 |
| 9/27/2013 | $142,238.00 |
| 9/27/2013 | $153,904.00 |
| 10/23/2013 | $18,530.00 |
| 10/23/2013 | $139,108.00 |
| 10/23/2013 | $140,917.00 |
| 11/14/2013 | $107,877.00 |
| 11/29/2013 | $104,788.00 |
| 12/5/2013 | $114,025.00 |
| 12/10/2013 | $142,104.00 |
| 12/17/2013 | $30,810.00 |
| 12/17/2013 | $102,118.00 |
| 12/24/2013 | $111,088.00 |
| 12/24/2013 | $111,639.00 |
| 1/6/2014 | $27,164.00 |
| 1/6/2014 | $34,418.00 |
| 1/6/2014 | $103,476.00 |
| 1/22/2014 | $55,890.00 |
| 2/21/2014 | $11,544.00 |
| 4/1/2014 | $922.00 |
| 5/6/2014 | $16,195.00 |
| 5/6/2014 | $55,144.00 |
| 6/10/2014 | $15,000.00 |
| 6/16/2014 | $216,432.00 |
| 7/14/2014 | $47,829.00 |
| 7/18/2014 | $82,905.00 |
| 7/29/2014 | $18,016.00 |
| 7/29/2014 | $18,086.00 |
| 8/12/2014 | $79,172.00 |

EXHIBIT A

TRANSFERS TO CCHPR HOSPITALITY, INC

| Date | Payment Amount |
|---|---|
| 10/6/2014 | $9,672.00 |
| 10/27/2014 | $59,373.00 |
| 1/27/2015 | $21,224.00 |
| 1/27/2015 | $55,604.00 |
| 2/12/2015 | $26,504.00 |
| 3/16/2015 | $439.00 |
| 5/22/2015 | $1,008.00 |
| 10/6/2015 | $19,119.00 |
| 10/14/2015 | $84,499.00 |
| 10/14/2015 | $20,984.00 |
| 10/14/2015 | $21,231.00 |
| 12/31/2015 | $159,339.00 |
| 2/16/2016 | $78,932.00 |
| 5/4/2016 | $10,000.00 |
| 10/24/2016 | $25,490.00 |
| 10/28/2016 | $119,088.00 |
| 10/28/2016 | $50,814.00 |
| 11/25/2016 | $13,179.00 |
| 2/8/2017 | $29,052.00 |
| 4/11/2017 | $5,294.00 |