# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO PEARSON PEM P.R., INC.

| Date | Payment Amount |
|---|---|
| 5/3/2013 | $519,569.00 |
| 6/19/2013 | $514,818.00 |
| 6/20/2013 | $4,937,301.00 |
| 7/12/2013 | $1,124,643.00 |
| 7/15/2013 | $32,556.00 |
| 8/12/2013 | $957,808.00 |
| 8/19/2013 | $2,591,944.00 |
| 8/19/2013 | $3,983,752.00 |
| 9/23/2013 | $864,063.00 |
| 10/15/2013 | $122.00 |
| 10/25/2013 | $150,932.00 |
| 10/29/2013 | $50,000.00 |
| 10/29/2013 | $354,684.00 |
| 4/21/2014 | $1,354,170.00 |
| 7/9/2014 | $952,523.00 |
| 7/21/2014 | $545,722.00 |
| 7/21/2014 | $973,326.00 |
| 7/28/2014 | $1,309,029.00 |
| 8/4/2014 | $727,520.00 |
| 8/8/2014 | $62,887.00 |
| 10/15/2014 | $590,993.00 |
| 10/20/2014 | $519,412.00 |
| 10/21/2014 | $5,964,302.00 |
| 10/22/2014 | $1,393,740.00 |
| 10/24/2014 | $3,572,127.00 |
| 11/12/2014 | $1,690,920.00 |
| 12/22/2014 | $597,777.00 |
| 1/13/2015 | $821,636.00 |
| 1/20/2015 | $648,343.00 |
| 1/23/2015 | $1,027,291.00 |
| 1/27/2015 | $410,654.00 |
| 2/2/2015 | $5,825.00 |
| 2/2/2015 | $246,250.00 |
| 2/9/2015 | $1,694,591.00 |
| 2/11/2015 | $164,404.00 |
| 2/17/2015 | $17,524.00 |
| 2/18/2015 | $1,136,521.00 |
| 2/23/2015 | $159,309.00 |
| 4/27/2015 | $113,475.00 |
| 5/18/2015 | $965,479.00 |
| 7/7/2015 | $1,707,793.00 |
| 7/27/2015 | $1,321,638.00 |
| 10/5/2015 | $407,412.00 |
| 11/2/2015 | $517,058.00 |
| 11/9/2015 | $282,372.00 |
| 11/18/2015 | $985,000.00 |

EXHIBIT A

TRANSFERS TO PEARSON PEM P.R., INC.

| Date | Payment Amount |
|---|---|
| 11/20/2015 | $985,000.00 |
| 12/14/2015 | $992,476.00 |
| 12/15/2015 | $992,476.00 |
| 12/15/2015 | $992,476.00 |
| 12/15/2015 | $269,507.00 |
| 12/16/2015 | $992,476.00 |
| 1/4/2016 | $755,420.00 |
| 1/8/2016 | $1,887,012.00 |
| 2/19/2016 | $1,156,357.00 |
| 3/23/2016 | $340,249.00 |
| 3/28/2016 | $120,261.00 |
| 4/4/2016 | $302,327.00 |
| 4/4/2016 | $985,000.00 |
| 4/4/2016 | $985,000.00 |
| 4/4/2016 | $985,000.00 |
| 4/4/2016 | $985,000.00 |
| 4/4/2016 | $985,000.00 |
| 4/4/2016 | $985,000.00 |
| 4/4/2016 | $168,209.00 |
| 4/29/2016 | $489,697.00 |
| 4/29/2016 | $485,113.00 |
| 5/16/2016 | $69,992.00 |
| 5/16/2016 | $492,500.00 |
| 5/16/2016 | $383,271.00 |
| 5/17/2016 | $156,992.00 |
| 5/17/2016 | $492,500.00 |
| 5/17/2016 | $414,108.00 |
| 5/17/2016 | $492,500.00 |
| 5/17/2016 | $274,867.00 |
| 5/19/2016 | $371,446.00 |
| 5/19/2016 | $492,500.00 |
| 7/15/2016 | $455,189.00 |
| 7/15/2016 | $477,630.00 |
| 8/15/2016 | $482,407.00 |
| 8/15/2016 | $492,500.00 |
| 8/15/2016 | $482,407.00 |
| 8/16/2016 | $492,500.00 |
| 8/16/2016 | $160,018.00 |
| 8/16/2016 | $492,500.00 |
| 8/16/2016 | $337,326.00 |
| 8/16/2016 | $492,500.00 |
| 8/16/2016 | $337,326.00 |
| 8/16/2016 | $492,500.00 |
| 8/16/2016 | $44,711.00 |
| 8/16/2016 | $492,500.00 |
| 8/16/2016 | $44,711.00 |

# EXHIBIT A

## TRANSFERS TO PEARSON PEM P.R., INC.

| Date | Payment Amount |
|---|---|
| 8/30/2016 | $492,500.00 |
| 8/31/2016 | $455,189.00 |
| 9/20/2016 | $492,500.00 |
| 9/20/2016 | $371,325.00 |
| 9/20/2016 | $492,500.00 |
| 9/20/2016 | $426,132.00 |
| 9/20/2016 | $492,500.00 |
| 9/20/2016 | $257,759.00 |
| 9/20/2016 | $492,500.00 |
| 9/21/2016 | $453,090.00 |
| 9/21/2016 | $492,500.00 |
| 10/3/2016 | $693,149.00 |
| 10/3/2016 | $195,274.00 |
| 10/3/2016 | $318,941.00 |
| 10/3/2016 | $492,500.00 |
| 10/3/2016 | $44,711.00 |
| 10/3/2016 | $98,500.00 |
| 10/3/2016 | $88,739.00 |
| 10/3/2016 | $492,500.00 |
| 10/3/2016 | $492,500.00 |
| 10/3/2016 | $44,711.00 |
| 10/3/2016 | $492,500.00 |
| 10/3/2016 | $492,500.00 |
| 10/12/2016 | $3,701.00 |
| 11/21/2016 | $869,524.00 |
| 11/21/2016 | $261,042.00 |
| 12/28/2016 | $91,491.00 |
| 1/25/2017 | $668,506.00 |
| 2/21/2017 | $362,050.00 |
| 2/21/2017 | $1,258.00 |
| 2/21/2017 | $86,874.00 |
| 2/21/2017 | $246,250.00 |
| 2/21/2017 | $246,250.00 |
| 2/21/2017 | $246,250.00 |
| 2/21/2017 | $246,250.00 |
| 3/20/2017 | $835,070.00 |
| 3/22/2017 | $330,044.00 |
| 4/10/2017 | $492,500.00 |
| 4/10/2017 | $341,010.00 |
| 4/17/2017 | $286,482.00 |
| 4/17/2017 | $492,500.00 |
| 4/17/2017 | $662,191.00 |
| 4/21/2017 | $161,140.00 |
| 5/1/2017 | $500,027.00 |
| 5/1/2017 | $485,113.00 |