# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO CENTRO AVANZADO PATOLOGIA & TERAPIA DEL HABLA, INC.

| Date | Payment Amount |
|---|---|
| 5/16/2013 | $120,003.00 |
| 6/25/2013 | $139,809.00 |
| 6/27/2013 | $56,353.00 |
| 7/29/2013 | $117,742.00 |
| 8/20/2013 | $61,175.00 |
| 9/20/2013 | $13,628.00 |
| 9/20/2013 | $45,320.00 |
| 9/20/2013 | $63,523.00 |
| 10/23/2013 | $7,057.00 |
| 11/27/2013 | $4,656.00 |
| 12/12/2013 | $82,852.00 |
| 12/24/2013 | $118,346.00 |
| 12/24/2013 | $1,491.00 |
| 1/6/2014 | $137,774.00 |
| 1/8/2014 | $42,691.00 |
| 1/21/2014 | $63,765.00 |
| 1/21/2014 | $78,077.00 |
| 1/24/2014 | $117,455.00 |
| 2/6/2014 | $59,272.00 |
| 3/4/2014 | $81,449.00 |
| 3/11/2014 | $40,325.00 |
| 4/8/2014 | $36,753.00 |
| 4/8/2014 | $68,350.00 |
| 5/2/2014 | $134,090.00 |
| 6/10/2014 | $142,238.00 |
| 6/13/2014 | $73,535.00 |
| 7/2/2014 | $134,904.00 |
| 8/5/2014 | $97,847.00 |
| 8/15/2014 | $73,673.00 |
| 8/18/2014 | $65,886.00 |
| 8/19/2014 | $46,718.00 |
| 9/9/2014 | $63,501.00 |
| 9/16/2014 | $12,984.00 |
| 12/18/2014 | $39,180.00 |
| 1/6/2015 | $67,489.00 |
| 1/6/2015 | $72,200.00 |
| 1/9/2015 | $119,135.00 |
| 1/21/2015 | $128,477.00 |
| 1/28/2015 | $66,329.00 |
| 2/17/2015 | $116,328.00 |
| 2/18/2015 | $52,210.00 |
| 3/18/2015 | $95,185.00 |
| 3/26/2015 | $40,048.00 |
| 4/22/2015 | $86,216.00 |
| 4/27/2015 | $41,497.00 |
| 5/8/2015 | $128,276.00 |

# EXHIBIT A

## TRANSFERS TO CENTRO AVANZADO PATOLOGIA & TERAPIA DEL HABLA, INC.

| Date | Payment Amount |
|---|---|
| 6/18/2015 | $61,922.00 |
| 7/27/2015 | $65,794.00 |
| 7/27/2015 | $140,054.00 |
| 8/18/2015 | $127,647.00 |
| 9/8/2015 | $104,662.00 |
| 10/1/2015 | $61,043.00 |
| 10/6/2015 | $35,222.00 |
| 11/3/2015 | $59,127.00 |
| 12/16/2015 | $67,716.00 |
| 12/17/2015 | $72,520.00 |
| 12/22/2015 | $35,175.00 |
| 12/29/2015 | $127,472.00 |
| 12/31/2015 | $129,394.00 |
| 1/13/2016 | $65,326.00 |
| 2/26/2016 | $54,598.00 |
| 3/22/2016 | $41,204.00 |
| 4/6/2016 | $117,862.00 |
| 4/11/2016 | $87,976.00 |
| 4/13/2016 | $43,023.00 |
| 5/5/2016 | $85,377.00 |
| 5/17/2016 | $67,944.00 |
| 5/31/2016 | $133,252.00 |
| 5/31/2016 | $146,279.00 |
| 6/6/2016 | $63,024.00 |
| 7/8/2016 | $160,754.00 |
| 7/22/2016 | $65,889.00 |
| 10/3/2016 | $33,800.00 |
| 10/21/2016 | $83,910.00 |
| 10/28/2016 | $61,652.00 |
| 11/7/2016 | $50,169.00 |
| 11/10/2016 | $93,802.00 |
| 12/19/2016 | $62,704.00 |
| 1/30/2017 | $61,739.00 |
| 2/10/2017 | $47,571.00 |
| 2/28/2017 | $115,406.00 |
| 3/1/2017 | $112,423.00 |
| 3/7/2017 | $126,141.00 |
| 3/24/2017 | $66,751.00 |
| 3/31/2017 | $41,393.00 |
| 4/28/2017 | $184,869.00 |
| 4/28/2017 | $79,993.00 |