# EXHIBIT A

EXHIBIT A

TRANSFERS TO PRINTECH, INC.

| Date | Payment Amount |
|---|---|
| 7/18/2013 | $57,844.00 |
| 8/6/2013 | $947.00 |
| 1/21/2014 | $18,315.00 |
| 3/31/2014 | $100,731.00 |
| 5/6/2014 | $36,630.00 |
| 5/22/2014 | $36,630.00 |
| 6/16/2014 | $36,630.00 |
| 7/25/2014 | $77,729.00 |
| 9/5/2014 | $73,259.00 |
| 9/5/2014 | $479,200.00 |
| 10/1/2014 | $27,472.00 |
| 10/20/2014 | $9,157.00 |
| 10/20/2014 | $18,315.00 |
| 1/22/2015 | $1,578.00 |
| 2/17/2015 | $9,157.00 |
| 3/6/2015 | $26,910.00 |
| 3/11/2015 | $45,787.00 |
| 3/19/2015 | $19,627.00 |
| 4/14/2015 | $35,880.00 |
| 5/1/2015 | $26,910.00 |
| 5/1/2015 | $37,567.00 |
| 5/29/2015 | $17,940.00 |
| 6/3/2015 | $54,913.00 |
| 6/17/2015 | $17,940.00 |
| 6/18/2015 | $4,916.00 |
| 7/30/2015 | $18,964.00 |
| 8/4/2015 | $27,934.00 |
| 9/14/2015 | $17,724.00 |
| 9/14/2015 | $37,929.00 |
| 9/25/2015 | $113,786.00 |
| 10/22/2015 | $18,964.00 |
| 10/29/2015 | $37,929.00 |
| 12/14/2015 | $18,964.00 |
| 1/13/2016 | $9,482.00 |
| 1/13/2016 | $28,447.00 |
| 2/11/2016 | $23,787.00 |
| 2/11/2016 | $28,977.00 |
| 3/18/2016 | $28,977.00 |
| 3/18/2016 | $19,318.00 |
| 5/2/2016 | $57,954.00 |
| 6/3/2016 | $9,659.00 |
| 7/13/2016 | $19,318.00 |
| 7/13/2016 | $9,659.00 |
| 7/13/2016 | $39,957.00 |
| 7/13/2016 | $57,954.00 |
| 7/20/2016 | $2,980.00 |

EXHIBIT A

TRANSFERS TO PRINTECH, INC.

| Date | Payment Amount |
|---|---|
| 8/24/2016 | $9,989.00 |
| 8/24/2016 | $10,805.00 |
| 9/9/2016 | $29,968.00 |
| 9/20/2016 | $678,263.00 |
| 10/26/2016 | $29,968.00 |
| 12/8/2016 | $9,989.00 |
| 12/9/2016 | $99,892.00 |
| 1/20/2017 | $29,968.00 |
| 2/21/2017 | $19,978.00 |
| 2/22/2017 | $1,090,122.00 |