# EXHIBIT A

EXHIBIT A

TRANSFERS TO KID'S THERAPY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $16,087.00 |
| 5/16/2013 | $82,312.00 |
| 6/6/2013 | $79,691.00 |
| 6/13/2013 | $16,039.00 |
| 7/5/2013 | $54,132.00 |
| 7/24/2013 | $13,291.00 |
| 7/24/2013 | $96,454.00 |
| 7/30/2013 | $50,669.00 |
| 8/26/2013 | $72,699.00 |
| 10/23/2013 | $496.00 |
| 10/23/2013 | $1,167.00 |
| 10/25/2013 | $6,700.00 |
| 10/25/2013 | $44,608.00 |
| 1/9/2014 | $7,987.00 |
| 1/9/2014 | $8,057.00 |
| 1/9/2014 | $20,320.00 |
| 1/9/2014 | $41,389.00 |
| 1/9/2014 | $59,739.00 |
| 1/9/2014 | $79,907.00 |
| 1/22/2014 | $31,747.00 |
| 1/22/2014 | $54,781.00 |
| 1/31/2014 | $27,256.00 |
| 2/10/2014 | $97,963.00 |
| 2/24/2014 | $20,701.00 |
| 2/24/2014 | $66,371.00 |
| 2/28/2014 | $76,251.00 |
| 3/12/2014 | $13,782.00 |
| 3/12/2014 | $44,316.00 |
| 3/18/2014 | $56,781.00 |
| 3/28/2014 | $29,381.00 |
| 4/11/2014 | $49,582.00 |
| 5/30/2014 | $29,516.00 |
| 5/30/2014 | $90,684.00 |
| 6/16/2014 | $14,713.00 |
| 6/19/2014 | $26,102.00 |
| 6/30/2014 | $51,266.00 |
| 7/17/2014 | $36,457.00 |
| 7/23/2014 | $61,987.00 |
| 7/29/2014 | $27,737.00 |
| 8/5/2014 | $88,289.00 |
| 8/20/2014 | $64,696.00 |
| 8/25/2014 | $26,321.00 |
| 9/2/2014 | $52,545.00 |
| 9/2/2014 | $55,360.00 |
| 9/15/2014 | $22,382.00 |
| 9/15/2014 | $37,913.00 |

EXHIBIT A

TRANSFERS TO KID'S THERAPY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 9/26/2014 | $4,115.00 |
| 10/22/2014 | $9,769.00 |
| 10/22/2014 | $11,782.00 |
| 12/15/2014 | $21,377.00 |
| 12/15/2014 | $31,921.00 |
| 12/22/2014 | $6,310.00 |
| 1/14/2015 | $83,269.00 |
| 1/20/2015 | $54,439.00 |
| 1/23/2015 | $19,771.00 |
| 2/12/2015 | $58,115.00 |
| 2/12/2015 | $91,389.00 |
| 2/20/2015 | $19,171.00 |
| 3/6/2015 | $66,157.00 |
| 3/11/2015 | $41,622.00 |
| 3/13/2015 | $16,897.00 |
| 4/17/2015 | $53,323.00 |
| 4/22/2015 | $11,790.00 |
| 4/22/2015 | $31,543.00 |
| 7/13/2015 | $33,749.00 |
| 7/13/2015 | $59,554.00 |
| 7/13/2015 | $9,527.00 |
| 8/7/2015 | $87,419.00 |
| 8/11/2015 | $15,802.00 |
| 9/15/2015 | $47,835.00 |
| 10/2/2015 | $50,557.00 |
| 10/9/2015 | $92,421.00 |
| 10/13/2015 | $79,623.00 |
| 10/19/2015 | $42,997.00 |
| 10/19/2015 | $24,484.00 |
| 11/3/2015 | $58,681.00 |
| 11/4/2015 | $12,214.00 |
| 11/4/2015 | $381.00 |
| 11/9/2015 | $25,204.00 |
| 11/19/2015 | $33,072.00 |
| 12/14/2015 | $129.00 |
| 12/14/2015 | $20,834.00 |
| 12/22/2015 | $13,040.00 |
| 1/13/2016 | $42,425.00 |
| 1/13/2016 | $19,885.00 |
| 1/13/2016 | $64,513.00 |
| 1/13/2016 | $17,917.00 |
| 1/13/2016 | $7,554.00 |
| 1/13/2016 | $16,738.00 |
| 2/2/2016 | $61,540.00 |
| 3/8/2016 | $19,241.00 |
| 3/29/2016 | $30,406.00 |

# EXHIBIT A

## TRANSFERS TO KID'S THERAPY SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 3/29/2016 | $16,700.00 |
| 3/29/2016 | $38,737.00 |
| 3/29/2016 | $57,991.00 |
| 3/29/2016 | $47,073.00 |
| 5/12/2016 | $38,514.00 |
| 5/12/2016 | $27,239.00 |
| 5/12/2016 | $9,378.00 |
| 5/16/2016 | $11,763.00 |
| 5/16/2016 | $31,617.00 |
| 5/20/2016 | $49,060.00 |
| 5/20/2016 | $66,903.00 |
| 5/24/2016 | $19,869.00 |
| 6/1/2016 | $62,443.00 |
| 6/6/2016 | $20,214.00 |
| 6/6/2016 | $47,801.00 |
| 8/2/2016 | $21,111.00 |
| 8/22/2016 | $50,500.00 |
| 8/22/2016 | $24,762.00 |
| 8/23/2016 | $22,612.00 |
| 8/29/2016 | $14,237.00 |
| 9/13/2016 | $19,154.00 |
| 10/20/2016 | $4,934.00 |
| 11/14/2016 | $28,189.00 |
| 11/14/2016 | $28,044.00 |
| 11/23/2016 | $12,579.00 |
| 12/1/2016 | $55,481.00 |
| 12/23/2016 | $19,739.00 |
| 1/3/2017 | $42,237.00 |
| 1/3/2017 | $79,058.00 |
| 1/25/2017 | $43,961.00 |
| 2/7/2017 | $53,786.00 |
| 2/7/2017 | $20,578.00 |
| 3/1/2017 | $66,190.00 |
| 3/10/2017 | $45,796.00 |
| 3/10/2017 | $40,507.00 |
| 4/18/2017 | $41,970.00 |
| 4/18/2017 | $14,551.00 |
| 4/25/2017 | $47,408.00 |
| 4/25/2017 | $27,896.00 |