# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO CENTRO DE PATOLOGIA DEL HABLA Y AUDICION LLC

| Date | Payment Amount |
|---|---|
| 5/30/2013 | $26,642.00 |
| 5/30/2013 | $27,378.00 |
| 5/30/2013 | $28,383.00 |
| 6/5/2013 | $36,942.00 |
| 6/5/2013 | $40,468.00 |
| 6/26/2013 | $29,282.00 |
| 6/26/2013 | $43,537.00 |
| 7/5/2013 | $27,211.00 |
| 7/10/2013 | $451,663.00 |
| 7/30/2013 | $31,147.00 |
| 8/23/2013 | $26,334.00 |
| 8/23/2013 | $28,836.00 |
| 9/4/2013 | $388,172.00 |
| 9/9/2013 | $12,631.00 |
| 9/9/2013 | $468,549.00 |
| 9/16/2013 | $323,535.00 |
| 9/19/2013 | $88,149.00 |
| 10/7/2013 | $29,103.00 |
| 10/23/2013 | $51,072.00 |
| 10/24/2013 | $28,879.00 |
| 11/21/2013 | $22,153.00 |
| 12/12/2013 | $21,420.00 |
| 12/18/2013 | $276,530.00 |
| 12/20/2013 | $439,699.00 |
| 1/8/2014 | $35,427.00 |
| 1/8/2014 | $37,037.00 |
| 1/15/2014 | $11,450.00 |
| 1/22/2014 | $516,122.00 |
| 1/23/2014 | $31,982.00 |
| 1/30/2014 | $29,800.00 |
| 2/6/2014 | $382,423.00 |
| 2/7/2014 | $31,703.00 |
| 2/21/2014 | $224,506.00 |
| 2/26/2014 | $17,382.00 |
| 3/7/2014 | $31,356.00 |
| 3/20/2014 | $19,055.00 |
| 3/20/2014 | $30,839.00 |
| 3/28/2014 | $21,201.00 |
| 4/4/2014 | $265,734.00 |
| 4/29/2014 | $34,908.00 |
| 5/2/2014 | $35,267.00 |
| 5/2/2014 | $35,422.00 |
| 5/19/2014 | $33,031.00 |
| 6/2/2014 | $36,047.00 |
| 6/4/2014 | $450,015.00 |
| 6/17/2014 | $40,306.00 |

# EXHIBIT A
## TRANSFERS TO CENTRO DE PATOLOGIA DEL HABLA Y AUDICION LLC

| Date | Payment Amount |
|---|---|
| 6/25/2014 | $36,605.00 |
| 6/30/2014 | $32,869.00 |
| 7/9/2014 | $13,514.00 |
| 8/6/2014 | $499,080.00 |
| 8/11/2014 | $438,024.00 |
| 8/14/2014 | $297,008.00 |
| 8/18/2014 | $11,695.00 |
| 8/18/2014 | $22,143.00 |
| 9/12/2014 | $82,597.00 |
| 10/24/2014 | $9,162.00 |
| 10/24/2014 | $105.00 |
| 10/24/2014 | $34,980.00 |
| 11/6/2014 | $41,793.00 |
| 11/14/2014 | $22,458.00 |
| 11/24/2014 | $18,012.00 |
| 12/4/2014 | $183,920.00 |
| 12/18/2014 | $462,687.00 |
| 12/24/2014 | $15,206.00 |
| 1/21/2015 | $34,741.00 |
| 1/23/2015 | $475,940.00 |
| 2/3/2015 | $37,016.00 |
| 2/9/2015 | $25,864.00 |
| 2/10/2015 | $386,022.00 |
| 2/27/2015 | $24,232.00 |
| 3/5/2015 | $37,115.00 |
| 3/10/2015 | $304,751.00 |
| 3/11/2015 | $30,539.00 |
| 4/21/2015 | $24,586.00 |
| 4/24/2015 | $26,063.00 |
| 5/8/2015 | $307,529.00 |
| 5/12/2015 | $14,134.00 |
| 5/14/2015 | $32,175.00 |
| 5/26/2015 | $20,608.00 |
| 5/26/2015 | $23,279.00 |
| 7/8/2015 | $449,792.00 |
| 7/16/2015 | $32,851.00 |
| 8/11/2015 | $889.00 |
| 8/11/2015 | $24,208.00 |
| 8/11/2015 | $20,746.00 |
| 8/12/2015 | $21,362.00 |
| 8/14/2015 | $20,971.00 |
| 8/17/2015 | $497,736.00 |
| 8/25/2015 | $30,605.00 |
| 9/4/2015 | $20,433.00 |
| 10/1/2015 | $462,116.00 |
| 10/6/2015 | $22,493.00 |

EXHIBIT A

TRANSFERS TO CENTRO DE PATOLOGIA DEL HABLA Y AUDICION LLC

| Date | Payment Amount |
|---|---|
| 10/6/2015 | $2,527.00 |
| 10/19/2015 | $74,490.00 |
| 10/20/2015 | $280,426.00 |
| 10/20/2015 | $8,274.00 |
| 11/19/2015 | $4,308.00 |
| 11/19/2015 | $3,859.00 |
| 12/7/2015 | $22,600.00 |
| 12/15/2015 | $12,644.00 |
| 12/15/2015 | $184,984.00 |
| 12/29/2015 | $29,786.00 |
| 12/29/2015 | $476,610.00 |
| 1/12/2016 | $29,393.00 |
| 1/26/2016 | $476,881.00 |
| 2/9/2016 | $22,773.00 |
| 3/10/2016 | $4,763.00 |
| 3/10/2016 | $18,993.00 |
| 3/10/2016 | $18,842.00 |
| 3/10/2016 | $21,387.00 |
| 3/10/2016 | $5,428.00 |
| 3/10/2016 | $24,591.00 |
| 3/10/2016 | $4,939.00 |
| 3/10/2016 | $5,213.00 |
| 3/10/2016 | $4,779.00 |
| 3/10/2016 | $20,394.00 |
| 4/6/2016 | $401,725.00 |
| 4/6/2016 | $25,845.00 |
| 4/28/2016 | $299,290.00 |
| 5/13/2016 | $18,814.00 |
| 5/13/2016 | $16,859.00 |
| 5/16/2016 | $320,263.00 |
| 5/16/2016 | $27,925.00 |
| 5/16/2016 | $25,140.00 |
| 5/18/2016 | $5,596.00 |
| 5/18/2016 | $943.00 |
| 5/18/2016 | $18,753.00 |
| 5/31/2016 | $394,734.00 |
| 6/2/2016 | $4,976.00 |
| 6/2/2016 | $465.00 |
| 6/2/2016 | $18,006.00 |
| 7/11/2016 | $26,358.00 |
| 7/11/2016 | $61,725.00 |
| 8/4/2016 | $389,239.00 |
| 8/5/2016 | $5,168.00 |
| 8/9/2016 | $88,261.00 |
| 8/17/2016 | $6,207.00 |
| 8/17/2016 | $931.00 |

EXHIBIT A

TRANSFERS TO CENTRO DE PATOLOGIA DEL HABLA Y AUDICION LLC

| Date | Payment Amount |
|---|---|
| 8/17/2016 | $16,906.00 |
| 8/17/2016 | $6,425.00 |
| 8/17/2016 | $17,572.00 |
| 8/23/2016 | $954.00 |
| 9/29/2016 | $471,075.00 |
| 9/29/2016 | $1,686.00 |
| 9/29/2016 | $1,041.00 |
| 9/29/2016 | $7,083.00 |
| 9/29/2016 | $17,019.00 |
| 9/29/2016 | $16,938.00 |
| 10/3/2016 | $267,815.00 |
| 10/13/2016 | $8,025.00 |
| 10/13/2016 | $16,258.00 |
| 11/9/2016 | $261,942.00 |
| 12/5/2016 | $12,141.00 |
| 12/8/2016 | $7,482.00 |
| 12/8/2016 | $1,729.00 |
| 12/8/2016 | $17,967.00 |
| 12/8/2016 | $1,323.00 |
| 12/22/2016 | $23,379.00 |
| 1/3/2017 | $9,874.00 |
| 1/3/2017 | $1,181.00 |
| 1/3/2017 | $17,813.00 |
| 1/3/2017 | $25,514.00 |
| 1/12/2017 | $432,971.00 |
| 1/17/2017 | $738.00 |
| 1/17/2017 | $10,684.00 |
| 1/17/2017 | $17,950.00 |
| 1/19/2017 | $960.00 |
| 1/19/2017 | $10,749.00 |
| 1/19/2017 | $19,229.00 |
| 1/30/2017 | $442,944.00 |
| 2/1/2017 | $23,310.00 |
| 2/3/2017 | $398,486.00 |
| 2/27/2017 | $17,584.00 |
| 3/6/2017 | $16,708.00 |
| 4/6/2017 | $10,136.00 |
| 4/6/2017 | $439.00 |
| 4/7/2017 | $19,477.00 |
| 4/27/2017 | $1,554.00 |
| 4/27/2017 | $10,443.00 |
| 4/27/2017 | $19,520.00 |