# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO L.L.A.C., INC.

| Date | Payment Amount |
|---|---|
| 5/3/2013 | $5,382.00 |
| 5/3/2013 | $10,871.00 |
| 5/3/2013 | $19,322.00 |
| 5/10/2013 | $64,002.00 |
| 5/16/2013 | $75,354.00 |
| 5/21/2013 | $100.00 |
| 5/23/2013 | $10,788.00 |
| 5/23/2013 | $25,719.00 |
| 5/28/2013 | $8,660.00 |
| 5/28/2013 | $589.00 |
| 5/28/2013 | $19,763.00 |
| 5/28/2013 | $70,394.00 |
| 6/5/2013 | $4,133.00 |
| 6/6/2013 | $313.00 |
| 6/6/2013 | $6,519.00 |
| 6/10/2013 | $184.00 |
| 6/12/2013 | $9,404.00 |
| 6/14/2013 | $6,194.00 |
| 6/14/2013 | $91,686.00 |
| 6/20/2013 | $1,078.00 |
| 7/1/2013 | $95,545.00 |
| 7/2/2013 | $5,862.00 |
| 7/2/2013 | $768.00 |
| 7/10/2013 | $20,625.00 |
| 7/11/2013 | $11,421.00 |
| 7/12/2013 | $6,053.00 |
| 7/12/2013 | $775.00 |
| 7/12/2013 | $63,793.00 |
| 7/15/2013 | $1,183.00 |
| 7/23/2013 | $80.00 |
| 7/23/2013 | $5,942.00 |
| 7/23/2013 | $11,504.00 |
| 7/23/2013 | $85,558.00 |
| 8/1/2013 | $539.00 |
| 8/1/2013 | $596.00 |
| 8/8/2013 | $810.00 |
| 8/9/2013 | $36,500.00 |
| 8/13/2013 | $67,040.00 |
| 8/20/2013 | $2,342.00 |
| 8/21/2013 | $3,896.00 |
| 8/26/2013 | $5,678.00 |
| 8/28/2013 | $90,899.00 |
| 9/9/2013 | $3,364.00 |
| 9/9/2013 | $181.00 |
| 9/11/2013 | $38,353.00 |
| 9/12/2013 | $331.00 |

EXHIBIT A

TRANSFERS TO L.L.A.C., INC.

| Date | Payment Amount |
|---|---|
| 9/16/2013 | $265.00 |
| 9/16/2013 | $267.00 |
| 9/17/2013 | $66,632.00 |
| 9/17/2013 | $197.00 |
| 9/19/2013 | $2,032.00 |
| 9/19/2013 | $752.00 |
| 9/23/2013 | $34,299.00 |
| 9/24/2013 | $516.00 |
| 9/25/2013 | $62,986.00 |
| 9/27/2013 | $284.00 |
| 10/4/2013 | $31,416.00 |
| 10/8/2013 | $350.00 |
| 10/8/2013 | $452.00 |
| 10/9/2013 | $63,200.00 |
| 10/16/2013 | $5,937.00 |
| 10/17/2013 | $339.00 |
| 10/22/2013 | $36,267.00 |
| 10/25/2013 | $65,097.00 |
| 11/6/2013 | $31,880.00 |
| 11/8/2013 | $6,589.00 |
| 11/8/2013 | $69,784.00 |
| 11/12/2013 | $315.00 |
| 11/12/2013 | $419.00 |
| 11/12/2013 | $458.00 |
| 11/15/2013 | $387.00 |
| 11/15/2013 | $1,187.00 |
| 11/15/2013 | $1,619.00 |
| 11/21/2013 | $33,409.00 |
| 11/27/2013 | $6,576.00 |
| 12/4/2013 | $65,240.00 |
| 12/5/2013 | $29,913.00 |
| 12/11/2013 | $65,240.00 |
| 12/17/2013 | $8,559.00 |
| 12/19/2013 | $309.00 |
| 12/19/2013 | $183.00 |
| 12/19/2013 | $192.00 |
| 12/23/2013 | $98,481.00 |
| 12/26/2013 | $6,611.00 |
| 12/30/2013 | $365.00 |
| 12/30/2013 | $450.00 |
| 12/30/2013 | $555.00 |
| 12/30/2013 | $135.00 |
| 1/3/2014 | $1,081.00 |
| 1/8/2014 | $338.00 |
| 1/8/2014 | $85.00 |
| 1/8/2014 | $86.00 |

EXHIBIT A

TRANSFERS TO L.L.A.C., INC.

| Date | Payment Amount |
|---|---|
| 1/13/2014 | $128.00 |
| 1/14/2014 | $410.00 |
| 1/17/2014 | $97,389.00 |
| 1/21/2014 | $90.00 |
| 1/21/2014 | $466.00 |
| 1/21/2014 | $826.00 |
| 1/24/2014 | $64,172.00 |
| 1/27/2014 | $18,168.00 |
| 1/27/2014 | $130.00 |
| 1/31/2014 | $349.00 |
| 1/31/2014 | $21,988.00 |
| 2/4/2014 | $2,326.00 |
| 2/5/2014 | $2,079.00 |
| 2/7/2014 | $315.00 |
| 2/7/2014 | $378.00 |
| 2/7/2014 | $724.00 |
| 2/10/2014 | $340.00 |
| 2/10/2014 | $102,802.00 |
| 2/14/2014 | $2,330.00 |
| 2/18/2014 | $1,350.00 |
| 2/18/2014 | $238.00 |
| 2/20/2014 | $3,000.00 |
| 2/20/2014 | $6,082.00 |
| 2/20/2014 | $1,327.00 |
| 2/21/2014 | $31,409.00 |
| 2/21/2014 | $1,030.00 |
| 2/21/2014 | $1,470.00 |
| 2/28/2014 | $4,589.00 |
| 2/28/2014 | $6,810.00 |
| 3/4/2014 | $72,369.00 |
| 3/5/2014 | $300.00 |
| 3/5/2014 | $195.00 |
| 3/6/2014 | $233.00 |
| 3/7/2014 | $720.00 |
| 3/11/2014 | $87,614.00 |
| 3/11/2014 | $155.00 |
| 3/13/2014 | $637.00 |
| 3/14/2014 | $84.00 |
| 3/14/2014 | $5,355.00 |
| 3/14/2014 | $515.00 |
| 3/18/2014 | $274.00 |
| 3/18/2014 | $525.00 |
| 3/18/2014 | $792.00 |
| 3/18/2014 | $1,268.00 |
| 3/20/2014 | $124.00 |
| 3/20/2014 | $670.00 |

## EXHIBIT A
## TRANSFERS TO L.L.A.C., INC.

| Date | Payment Amount |
|---|---|
| 3/20/2014 | $147.00 |
| 3/21/2014 | $1,512.00 |
| 3/27/2014 | $17,441.00 |
| 3/28/2014 | $68.00 |
| 3/31/2014 | $297.00 |
| 3/31/2014 | $66,888.00 |
| 4/1/2014 | $2,975.00 |
| 4/7/2014 | $2,930.00 |
| 4/7/2014 | $494.00 |
| 4/7/2014 | $546.00 |
| 4/7/2014 | $586.00 |
| 4/7/2014 | $620.00 |
| 4/9/2014 | $61.00 |
| 4/9/2014 | $3,089.00 |
| 4/11/2014 | $511.00 |
| 4/11/2014 | $103.00 |
| 4/11/2014 | $74,257.00 |
| 4/11/2014 | $47.00 |
| 4/14/2014 | $55,207.00 |
| 4/17/2014 | $6,125.00 |
| 4/18/2014 | $368.00 |
| 4/18/2014 | $798.00 |
| 4/24/2014 | $11,531.00 |
| 4/25/2014 | $340.00 |
| 4/25/2014 | $21,826.00 |
| 4/28/2014 | $71,931.00 |
| 4/28/2014 | $879.00 |
| 5/1/2014 | $6,284.00 |
| 5/5/2014 | $1,374.00 |
| 5/8/2014 | $100,725.00 |
| 5/12/2014 | $175.00 |
| 5/13/2014 | $894.00 |
| 5/13/2014 | $193.00 |
| 5/15/2014 | $4,842.00 |
| 5/15/2014 | $721.00 |
| 5/16/2014 | $209.00 |
| 5/20/2014 | $312.00 |
| 5/20/2014 | $441.00 |
| 5/22/2014 | $33,817.00 |
| 5/28/2014 | $69,876.00 |
| 5/30/2014 | $359.00 |
| 6/6/2014 | $255.00 |
| 6/9/2014 | $521.00 |
| 6/9/2014 | $30,480.00 |
| 6/10/2014 | $135.00 |
| 6/13/2014 | $5,665.00 |

EXHIBIT A

TRANSFERS TO L.L.A.C., INC.

| Date | Payment Amount |
|---|---|
| 6/16/2014 | $355.00 |
| 6/16/2014 | $1,166.00 |
| 6/16/2014 | $1,517.00 |
| 6/19/2014 | $90,753.00 |
| 6/24/2014 | $85,234.00 |
| 6/30/2014 | $881.00 |
| 7/10/2014 | $536.00 |
| 7/15/2014 | $421.00 |
| 7/15/2014 | $95,229.00 |
| 7/18/2014 | $8,119.00 |
| 7/21/2014 | $352.00 |
| 7/21/2014 | $357.00 |
| 7/21/2014 | $357.00 |
| 7/21/2014 | $589.00 |
| 7/23/2014 | $365.00 |
| 7/23/2014 | $493.00 |
| 8/1/2014 | $794.00 |
| 8/1/2014 | $67,229.00 |
| 8/4/2014 | $28,510.00 |
| 8/7/2014 | $75,352.00 |
| 8/7/2014 | $916.00 |
| 8/8/2014 | $29,758.00 |
| 8/11/2014 | $189.00 |
| 8/12/2014 | $67.00 |
| 8/12/2014 | $477.00 |
| 8/12/2014 | $119.00 |
| 8/13/2014 | $463.00 |
| 8/13/2014 | $507.00 |
| 8/13/2014 | $597.00 |
| 8/13/2014 | $742.00 |
| 8/13/2014 | $1,873.00 |
| 8/18/2014 | $257.00 |
| 8/18/2014 | $280.00 |
| 8/27/2014 | $10,741.00 |
| 8/27/2014 | $27,177.00 |
| 9/3/2014 | $76,365.00 |
| 9/10/2014 | $105,627.00 |
| 9/24/2014 | $513.00 |
| 9/25/2014 | $111,982.00 |
| 10/1/2014 | $392.00 |
| 10/7/2014 | $71,296.00 |
| 10/8/2014 | $28,414.00 |
| 10/15/2014 | $405.00 |
| 10/15/2014 | $527.00 |
| 10/15/2014 | $249.00 |
| 10/16/2014 | $5,009.00 |

EXHIBIT A

TRANSFERS TO L.L.A.C., INC.

| Date | Payment Amount |
|---|---|
| 10/27/2014 | $374.00 |
| 11/3/2014 | $776.00 |
| 11/14/2014 | $209.00 |
| 11/17/2014 | $367.00 |
| 11/17/2014 | $422.00 |
| 11/17/2014 | $174.00 |
| 11/18/2014 | $71.00 |
| 11/18/2014 | $698.00 |
| 11/21/2014 | $261.00 |
| 12/1/2014 | $365.00 |
| 12/10/2014 | $2,593.00 |
| 12/19/2014 | $768.00 |
| 12/24/2014 | $318.00 |
| 12/24/2014 | $142.00 |
| 12/24/2014 | $1,578.00 |
| 1/30/2015 | $552.00 |
| 2/5/2015 | $489.00 |
| 3/16/2015 | $325.00 |
| 8/21/2015 | $168.00 |