# EXHIBIT A

## EXHIBIT A
## TRANSFERS TO LUZ M. CARRASQUILLO FLORES

| Date | Payment Amount |
|---:|---:|
| 5/21/2013 | $143,681.00 |
| 8/23/2013 | $248,056.00 |
| 10/8/2013 | $19,800.00 |
| 10/8/2013 | $135,366.00 |
| 10/16/2013 | $109,582.00 |
| 10/21/2013 | $20,070.00 |
| 12/11/2013 | $99,745.00 |
| 2/19/2014 | $99,850.00 |
| 4/25/2014 | $110,245.00 |
| 5/8/2014 | $89,246.00 |
| 5/28/2014 | $7,747.00 |
| 6/6/2014 | $166,615.00 |
| 9/11/2014 | $93,509.00 |
| 10/29/2014 | $56,393.00 |
| 10/29/2014 | $66,967.00 |
| 10/29/2014 | $74,016.00 |
| 10/29/2014 | $136,667.00 |
| 12/9/2014 | $84,590.00 |
| 2/4/2015 | $16,896.00 |
| 2/13/2015 | $2,176.00 |
| 2/13/2015 | $6,166.00 |
| 2/18/2015 | $19,091.00 |
| 3/3/2015 | $7,979.00 |
| 3/27/2015 | $218,925.00 |
| 3/30/2015 | $7,315.00 |
| 4/27/2015 | $2,597.00 |
| 4/27/2015 | $2,785.00 |
| 4/27/2015 | $16,666.00 |
| 4/29/2015 | $11,783.00 |
| 4/29/2015 | $11,830.00 |
| 4/29/2015 | $94,677.00 |
| 5/28/2015 | $4,650.00 |
| 6/22/2015 | $5,441.00 |
| 6/23/2015 | $4,650.00 |
| 7/30/2015 | $7,254.00 |
| 8/10/2015 | $8,489.00 |
| 8/13/2015 | $22,005.00 |
| 8/13/2015 | $8,489.00 |
| 8/13/2015 | $7,254.00 |
| 8/27/2015 | $22,005.00 |
| 9/4/2015 | $16,504.00 |
| 9/17/2015 | $11,160.00 |
| 9/17/2015 | $5,581.00 |
| 10/6/2015 | $3,488.00 |
| 10/6/2015 | $5,441.00 |
| 11/19/2015 | $3,001.00 |

# EXHIBIT A
## TRANSFERS TO LUZ M. CARRASQUILLO FLORES

| Date | Payment Amount |
|---|---|
| 11/23/2015 | $2,216.00 |
| 11/30/2015 | $2,908.00 |
| 12/2/2015 | $4,669.00 |
| 12/15/2015 | $233.00 |
| 12/28/2015 | $5,605.00 |
| 12/28/2015 | $4,271.00 |
| 1/4/2016 | $2,908.00 |
| 1/4/2016 | $3,924.00 |
| 1/6/2016 | $2,216.00 |
| 1/12/2016 | $651.00 |
| 1/12/2016 | $138.00 |
| 1/12/2016 | $231.00 |
| 1/12/2016 | $4,386.00 |
| 1/19/2016 | $3,693.00 |
| 2/18/2016 | $4,271.00 |
| 2/18/2016 | $267.00 |
| 2/18/2016 | $5,071.00 |
| 3/1/2016 | $3,232.00 |
| 3/1/2016 | $3,737.00 |
| 4/12/2016 | $3,737.00 |
| 4/12/2016 | $1,939.00 |
| 4/12/2016 | $3,232.00 |
| 4/12/2016 | $2,044.00 |
| 5/9/2016 | $177.00 |
| 5/9/2016 | $2,770.00 |
| 5/9/2016 | $4,617.00 |
| 5/9/2016 | $5,338.00 |
| 5/9/2016 | $2,770.00 |
| 5/9/2016 | $4,617.00 |
| 5/12/2016 | $302.00 |
| 5/12/2016 | $349.00 |
| 5/12/2016 | $516.00 |
| 5/12/2016 | $330.00 |
| 5/12/2016 | $465.00 |
| 5/12/2016 | $233.00 |
| 5/12/2016 | $744.00 |
| 5/12/2016 | $256.00 |
| 7/1/2016 | $628.00 |
| 7/1/2016 | $1,800.00 |
| 7/1/2016 | $349.00 |
| 7/19/2016 | $5,338.00 |
| 7/19/2016 | $8,808.00 |
| 8/3/2016 | $3,001.00 |
| 8/3/2016 | $4,617.00 |
| 8/5/2016 | $335.00 |
| 8/24/2016 | $2,770.00 |

# EXHIBIT A

## TRANSFERS TO LUZ M. CARRASQUILLO FLORES

| Date | Payment Amount |
|---|---|
| 9/12/2016 | $6,315.00 |
| 9/27/2016 | $3,001.00 |
| 10/11/2016 | $2,956.00 |
| 10/25/2016 | $1,182.00 |
| 10/31/2016 | $1,016.00 |
| 10/31/2016 | $2,604.00 |
| 10/31/2016 | $1,985.00 |
| 10/31/2016 | $2,474.00 |
| 11/7/2016 | $2,163.00 |
| 11/7/2016 | $12,603.00 |
| 11/23/2016 | $1,860.00 |
| 12/21/2016 | $2,232.00 |
| 12/21/2016 | $1,101.00 |
| 12/27/2016 | $1,654.00 |
| 2/1/2017 | $1,694.00 |
| 2/1/2017 | $1,186.00 |
| 2/1/2017 | $2,163.00 |
| 2/1/2017 | $1,886.00 |
| 2/13/2017 | $6,394.00 |
| 3/20/2017 | $5,729.00 |
| 4/3/2017 | $3,853.00 |
| 4/5/2017 | $5,487.00 |
| 4/21/2017 | $35,401.00 |
| 4/24/2017 | $2,672.00 |