# EXHIBIT A

EXHIBIT A

TRANSFERS TO NELSON D. ROSARIO GARCIA

| Date | Payment Amount |
|---|---|
| 5/21/2013 | $315,992.00 |
| 8/23/2013 | $235,314.00 |
| 10/4/2013 | $222,241.00 |
| 10/8/2013 | $15,400.00 |
| 10/8/2013 | $145,110.00 |
| 10/8/2013 | $513,737.00 |
| 10/22/2013 | $158,025.00 |
| 1/3/2014 | $251,954.00 |
| 2/19/2014 | $249,938.00 |
| 4/28/2014 | $276,132.00 |
| 5/5/2014 | $223,535.00 |
| 6/10/2014 | $163,243.00 |
| 10/15/2014 | $177,424.00 |
| 10/23/2014 | $259,882.00 |
| 12/12/2014 | $107,236.00 |
| 12/12/2014 | $127,621.00 |
| 12/12/2014 | $140,747.00 |
| 12/12/2014 | $160,973.00 |
| 2/11/2015 | $2,384.00 |
| 2/11/2015 | $2,604.00 |
| 2/11/2015 | $6,836.00 |
| 2/11/2015 | $1,023.00 |
| 2/18/2015 | $5,952.00 |
| 2/18/2015 | $7,812.00 |
| 2/18/2015 | $744.00 |
| 2/18/2015 | $1,488.00 |
| 2/18/2015 | $1,488.00 |
| 2/18/2015 | $1,953.00 |
| 2/18/2015 | $1,953.00 |
| 2/25/2015 | $5,208.00 |
| 5/18/2015 | $7,000.00 |
| 5/19/2015 | $114,310.00 |
| 5/27/2015 | $2,176.00 |
| 5/27/2015 | $2,297.00 |
| 5/27/2015 | $1,572.00 |
| 5/27/2015 | $1,395.00 |
| 5/27/2015 | $967.00 |
| 6/17/2015 | $30,184.00 |
| 6/19/2015 | $4,836.00 |
| 6/19/2015 | $5,580.00 |
| 7/7/2015 | $7,068.00 |
| 7/7/2015 | $7,068.00 |
| 7/7/2015 | $4,836.00 |
| 7/10/2015 | $8,184.00 |
| 7/14/2015 | $5,580.00 |
| 7/14/2015 | $8,184.00 |

EXHIBIT A

TRANSFERS TO NELSON D. ROSARIO GARCIA

| Date | Payment Amount |
|---|---|
| 7/22/2015 | $2,032.00 |
| 7/22/2015 | $1,390.00 |
| 7/22/2015 | $856.00 |
| 7/24/2015 | $967.00 |
| 7/31/2015 | $2,176.00 |
| 8/4/2015 | $2,297.00 |
| 8/4/2015 | $1,572.00 |
| 8/12/2015 | $45,340.00 |
| 10/13/2015 | $8,184.00 |
| 10/13/2015 | $8,184.00 |
| 10/13/2015 | $5,580.00 |
| 10/13/2015 | $5,580.00 |
| 10/29/2015 | $1,767.00 |
| 10/29/2015 | $1,209.00 |
| 10/29/2015 | $1,395.00 |
| 11/6/2015 | $2,046.00 |
| 11/6/2015 | $1,395.00 |
| 11/6/2015 | $2,046.00 |
| 12/29/2015 | $5,054.00 |
| 12/29/2015 | $1,339.00 |
| 12/29/2015 | $223.00 |
| 12/29/2015 | $1,330.00 |
| 1/6/2016 | $4,522.00 |
| 2/18/2016 | $372.00 |
| 2/18/2016 | $893.00 |
| 2/18/2016 | $6,975.00 |
| 2/18/2016 | $8,835.00 |
| 2/18/2016 | $1,414.00 |
| 2/23/2016 | $116.00 |
| 2/23/2016 | $3,724.00 |
| 2/23/2016 | $1,042.00 |
| 2/23/2016 | $1,976.00 |
| 2/23/2016 | $465.00 |
| 2/23/2016 | $1,919.00 |
| 2/29/2016 | $6,510.00 |
| 2/29/2016 | $930.00 |
| 4/11/2016 | $419.00 |
| 4/11/2016 | $3,724.00 |
| 5/10/2016 | $2,790.00 |
| 5/10/2016 | $5,320.00 |
| 5/10/2016 | $2,279.00 |
| 5/10/2016 | $5,320.00 |
| 5/10/2016 | $2,790.00 |
| 5/10/2016 | $9,300.00 |
| 5/10/2016 | $2,790.00 |
| 5/10/2016 | $3,255.00 |

# EXHIBIT A

## TRANSFERS TO NELSON D. ROSARIO GARCIA

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $1,488.00 |
| 5/10/2016 | $9,300.00 |
| 5/10/2016 | $3,255.00 |
| 5/10/2016 | $2,325.00 |
| 5/10/2016 | $6,510.00 |
| 5/10/2016 | $1,042.00 |
| 5/10/2016 | $1,953.00 |
| 5/10/2016 | $1,953.00 |
| 5/10/2016 | $1,953.00 |
| 7/5/2016 | $2,790.00 |
| 7/5/2016 | $1,953.00 |
| 7/5/2016 | $1,628.00 |
| 7/15/2016 | $10,106.00 |
| 7/21/2016 | $5,320.00 |
| 7/21/2016 | $3,255.00 |
| 7/21/2016 | $9,300.00 |
| 8/9/2016 | $6,510.00 |
| 8/9/2016 | $3,724.00 |
| 9/9/2016 | $10,850.00 |
| 10/11/2016 | $8,370.00 |
| 10/20/2016 | $7,533.00 |
| 10/20/2016 | $3,767.00 |
| 10/26/2016 | $3,515.00 |
| 11/3/2016 | $2,487.00 |
| 11/3/2016 | $3,092.00 |
| 11/3/2016 | $2,930.00 |
| 11/3/2016 | $737.00 |
| 11/3/2016 | $7,686.00 |
| 11/3/2016 | $7,952.00 |
| 11/7/2016 | $2,356.00 |
| 12/13/2016 | $22,753.00 |
| 12/20/2016 | $3,557.00 |
| 1/4/2017 | $7,115.00 |
| 1/5/2017 | $3,320.00 |
| 1/11/2017 | $2,505.00 |
| 1/25/2017 | $2,279.00 |
| 1/25/2017 | $2,168.00 |
| 2/2/2017 | $7,692.00 |
| 2/9/2017 | $2,930.00 |
| 2/9/2017 | $2,767.00 |
| 3/3/2017 | $2,225.00 |
| 3/9/2017 | $4,245.00 |
| 3/21/2017 | $29,308.00 |
| 4/4/2017 | $2,116.00 |
| 4/4/2017 | $8,842.00 |
| 4/5/2017 | $3,976.00 |

# EXHIBIT A

## TRANSFERS TO NELSON D. ROSARIO GARCIA

| Date | Payment Amount |
|---|---|
| 4/5/2017 | $3,711.00 |
| 4/24/2017 | $29,805.00 |