# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO ELIAS E HIJOS, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $62,013.00 |
| 5/10/2013 | $25,497.00 |
| 5/10/2013 | $59,242.00 |
| 5/16/2013 | $27,805.00 |
| 5/16/2013 | $72,393.00 |
| 6/11/2013 | $30,341.00 |
| 6/11/2013 | $87,153.00 |
| 6/17/2013 | $69,842.00 |
| 7/19/2013 | $24,562.00 |
| 7/19/2013 | $56,066.00 |
| 7/19/2013 | $70,552.00 |
| 8/26/2013 | $13,050.00 |
| 10/18/2013 | $20,909.00 |
| 10/18/2013 | $60,665.00 |
| 10/18/2013 | $77,202.00 |
| 11/26/2013 | $60,356.00 |
| 12/26/2013 | $20,909.00 |
| 12/26/2013 | $22,010.00 |
| 12/26/2013 | $65,648.00 |
| 12/26/2013 | $77,627.00 |
| 1/15/2014 | $18,708.00 |
| 1/15/2014 | $56,254.00 |
| 1/15/2014 | $71,268.00 |
| 1/15/2014 | $84,978.00 |
| 2/18/2014 | $54,544.00 |
| 2/24/2014 | $14,306.00 |
| 2/25/2014 | $43,018.00 |
| 2/27/2014 | $55,817.00 |
| 2/28/2014 | $14,306.00 |
| 3/4/2014 | $8,329.00 |
| 3/4/2014 | $45,297.00 |
| 4/14/2014 | $81,646.00 |
| 4/17/2014 | $23,294.00 |
| 4/17/2014 | $66,859.00 |
| 5/5/2014 | $17,371.00 |
| 5/5/2014 | $49,181.00 |
| 5/5/2014 | $60,359.00 |
| 6/9/2014 | $16,502.00 |
| 6/11/2014 | $48,945.00 |
| 6/11/2014 | $56,987.00 |
| 7/1/2014 | $13,897.00 |
| 7/1/2014 | $40,370.00 |
| 7/9/2014 | $47,989.00 |
| 9/26/2014 | $2,757.00 |
| 9/26/2014 | $5,579.00 |
| 1/14/2015 | $73,526.00 |

EXHIBIT A

TRANSFERS TO ELIAS E HIJOS, INC.

| Date | Payment Amount |
|---|---|
| 1/14/2015 | $73,571.00 |
| 1/14/2015 | $78,428.00 |
| 1/14/2015 | $93,133.00 |
| 1/14/2015 | $102,936.00 |
| 4/27/2015 | $19,555.00 |
| 4/29/2015 | $63,722.00 |
| 5/13/2015 | $2,852.00 |
| 6/23/2015 | $3,259.00 |
| 7/20/2015 | $93,133.00 |
| 7/23/2015 | $191,167.00 |
| 8/5/2015 | $2,444.00 |
| 9/9/2015 | $73,526.00 |
| 12/30/2015 | $1,687.00 |
| 12/30/2015 | $1,817.00 |
| 12/30/2015 | $1,865.00 |
| 12/30/2015 | $2,169.00 |
| 12/30/2015 | $1,760.00 |
| 12/30/2015 | $5,651.00 |
| 12/30/2015 | $1,749.00 |
| 12/30/2015 | $1,687.00 |
| 12/30/2015 | $1,812.00 |
| 12/30/2015 | $2,348.00 |
| 12/30/2015 | $2,048.00 |
| 12/30/2015 | $1,955.00 |
| 12/30/2015 | $1,833.00 |
| 12/30/2015 | $1,875.00 |
| 12/30/2015 | $1,917.00 |
| 12/30/2015 | $2,169.00 |
| 12/30/2015 | $281.00 |
| 12/30/2015 | $303.00 |
| 12/30/2015 | $311.00 |
| 12/30/2015 | $361.00 |
| 12/30/2015 | $293.00 |
| 12/30/2015 | $623.00 |
| 12/30/2015 | $292.00 |
| 12/30/2015 | $281.00 |
| 12/30/2015 | $302.00 |
| 12/30/2015 | $391.00 |
| 12/30/2015 | $341.00 |
| 12/30/2015 | $326.00 |
| 12/30/2015 | $306.00 |
| 12/30/2015 | $313.00 |
| 12/30/2015 | $293.00 |
| 12/30/2015 | $311.00 |
| 12/30/2015 | $320.00 |
| 12/30/2015 | $361.00 |

# EXHIBIT A

## TRANSFERS TO ELIAS E HIJOS, INC.

| Date | Payment Amount |
|---|---|
| 12/31/2015 | $757.00 |
| 12/31/2015 | $703.00 |
| 12/31/2015 | $755.00 |
| 12/31/2015 | $815.00 |
| 12/31/2015 | $764.00 |
| 12/31/2015 | $777.00 |
| 12/31/2015 | $904.00 |
| 12/31/2015 | $3,180.00 |
| 12/31/2015 | $3,269.00 |
| 12/31/2015 | $1,817.00 |
| 12/31/2015 | $303.00 |
| 12/31/2015 | $311.00 |
| 12/31/2015 | $2,952.00 |
| 12/31/2015 | $3,180.00 |
| 12/31/2015 | $3,263.00 |
| 12/31/2015 | $3,795.00 |
| 12/31/2015 | $3,080.00 |
| 12/31/2015 | $9,890.00 |
| 12/31/2015 | $3,062.00 |
| 12/31/2015 | $2,952.00 |
| 12/31/2015 | $3,172.00 |
| 12/31/2015 | $4,108.00 |
| 12/31/2015 | $3,583.00 |
| 12/31/2015 | $3,422.00 |
| 12/31/2015 | $3,208.00 |
| 12/31/2015 | $3,282.00 |
| 12/31/2015 | $3,080.00 |
| 12/31/2015 | $3,263.00 |
| 12/31/2015 | $3,355.00 |
| 12/31/2015 | $3,795.00 |
| 12/31/2015 | $1,760.00 |
| 12/31/2015 | $1,865.00 |
| 1/15/2016 | $2,031.00 |
| 1/15/2016 | $2,574.00 |
| 1/15/2016 | $8,006.00 |
| 1/15/2016 | $2,478.00 |
| 1/15/2016 | $2,389.00 |
| 1/15/2016 | $2,567.00 |
| 1/15/2016 | $2,901.00 |
| 1/15/2016 | $2,770.00 |
| 1/15/2016 | $2,597.00 |
| 1/15/2016 | $2,574.00 |
| 1/15/2016 | $2,646.00 |
| 1/15/2016 | $2,642.00 |
| 1/15/2016 | $3,072.00 |
| 1/15/2016 | $1,868.00 |

EXHIBIT A
TRANSFERS TO ELIAS E HIJOS, INC.

| Date | Payment Amount |
|---|---|
| 1/15/2016 | $2,120.00 |
| 1/15/2016 | $2,179.00 |
| 1/15/2016 | $757.00 |
| 1/15/2016 | $778.00 |
| 1/15/2016 | $2,389.00 |
| 1/15/2016 | $2,642.00 |
| 1/15/2016 | $2,493.00 |
| 1/15/2016 | $2,657.00 |
| 1/15/2016 | $2,493.00 |
| 1/15/2016 | $1,968.00 |
| 1/15/2016 | $2,176.00 |
| 1/15/2016 | $2,530.00 |
| 1/15/2016 | $2,053.00 |
| 1/15/2016 | $6,593.00 |
| 1/15/2016 | $2,041.00 |
| 1/15/2016 | $2,739.00 |
| 1/15/2016 | $2,389.00 |
| 1/15/2016 | $2,053.00 |
| 1/15/2016 | $2,237.00 |
| 1/15/2016 | $703.00 |
| 1/15/2016 | $777.00 |
| 1/15/2016 | $904.00 |
| 1/15/2016 | $733.00 |
| 1/15/2016 | $2,355.00 |
| 1/15/2016 | $729.00 |
| 1/15/2016 | $978.00 |
| 1/15/2016 | $853.00 |
| 1/15/2016 | $781.00 |
| 1/15/2016 | $733.00 |
| 1/15/2016 | $799.00 |
| 1/15/2016 | $2,120.00 |
| 1/15/2016 | $1,968.00 |
| 1/15/2016 | $2,114.00 |
| 1/15/2016 | $2,281.00 |
| 1/15/2016 | $2,139.00 |
| 1/15/2016 | $2,176.00 |
| 1/15/2016 | $2,530.00 |
| 2/22/2016 | $3,072.00 |
| 2/22/2016 | $3,326.00 |
| 2/22/2016 | $2,716.00 |
| 2/26/2016 | $2,389.00 |
| 2/26/2016 | $2,188.00 |
| 2/26/2016 | $2,575.00 |
| 3/14/2016 | $1,968.00 |
| 3/14/2016 | $6,593.00 |
| 3/14/2016 | $2,176.00 |

EXHIBIT A

TRANSFERS TO ELIAS E HIJOS, INC.

| Date | Payment Amount |
|---|---|
| 3/14/2016 | $2,053.00 |
| 3/14/2016 | $2,237.00 |
| 3/14/2016 | $2,041.00 |
| 3/14/2016 | $2,530.00 |
| 3/14/2016 | $2,114.00 |
| 3/14/2016 | $2,739.00 |
| 3/14/2016 | $1,968.00 |
| 3/14/2016 | $2,120.00 |
| 3/14/2016 | $2,176.00 |
| 3/14/2016 | $2,139.00 |
| 3/14/2016 | $2,281.00 |
| 5/6/2016 | $3,035.00 |
| 5/6/2016 | $2,671.00 |
| 5/6/2016 | $3,242.00 |
| 5/6/2016 | $8,948.00 |
| 5/6/2016 | $2,952.00 |
| 5/6/2016 | $2,787.00 |
| 5/6/2016 | $2,770.00 |
| 5/6/2016 | $2,787.00 |
| 5/6/2016 | $2,671.00 |
| 5/6/2016 | $3,717.00 |
| 5/6/2016 | $2,877.00 |
| 5/6/2016 | $2,952.00 |
| 5/6/2016 | $2,903.00 |
| 5/6/2016 | $3,028.00 |
| 5/6/2016 | $2,120.00 |
| 5/6/2016 | $2,958.00 |
| 5/6/2016 | $3,434.00 |
| 5/6/2016 | $2,870.00 |
| 5/6/2016 | $3,114.00 |
| 5/6/2016 | $2,877.00 |
| 5/6/2016 | $3,434.00 |
| 5/6/2016 | $2,752.00 |
| 5/6/2016 | $2,024.00 |
| 5/6/2016 | $3,096.00 |
| 5/6/2016 | $2,969.00 |
| 5/6/2016 | $2,179.00 |
| 5/6/2016 | $1,968.00 |
| 5/6/2016 | $3,108.00 |
| 5/6/2016 | $3,125.00 |
| 5/6/2016 | $2,811.00 |
| 5/6/2016 | $3,614.00 |
| 5/6/2016 | $3,913.00 |
| 5/6/2016 | $2,811.00 |
| 5/6/2016 | $3,028.00 |
| 5/6/2016 | $3,021.00 |

EXHIBIT A

TRANSFERS TO ELIAS E HIJOS, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2016 | $3,108.00 |
| 5/6/2016 | $3,195.00 |
| 5/6/2016 | $3,413.00 |
| 5/6/2016 | $3,259.00 |
| 5/6/2016 | $3,056.00 |
| 5/6/2016 | $2,916.00 |
| 5/6/2016 | $9,419.00 |
| 5/6/2016 | $2,933.00 |
| 5/6/2016 | $2,933.00 |
| 5/6/2016 | $3,614.00 |
| 5/6/2016 | $2,031.00 |
| 5/6/2016 | $2,053.00 |
| 5/6/2016 | $1,827.00 |
| 5/6/2016 | $1,895.00 |
| 5/6/2016 | $2,077.00 |
| 5/6/2016 | $6,122.00 |
| 5/6/2016 | $2,020.00 |
| 5/6/2016 | $1,963.00 |
| 5/6/2016 | $1,968.00 |
| 5/6/2016 | $1,827.00 |
| 5/6/2016 | $2,118.00 |
| 5/6/2016 | $2,543.00 |
| 5/6/2016 | $1,907.00 |
| 5/6/2016 | $1,986.00 |
| 5/6/2016 | $1,907.00 |
| 5/6/2016 | $2,020.00 |
| 5/6/2016 | $2,349.00 |
| 5/6/2016 | $2,218.00 |
| 5/6/2016 | $2,349.00 |
| 6/1/2016 | $2,770.00 |
| 6/1/2016 | $3,434.00 |
| 6/1/2016 | $3,035.00 |
| 7/8/2016 | $2,877.00 |
| 7/8/2016 | $2,958.00 |
| 7/8/2016 | $2,120.00 |
| 7/8/2016 | $2,237.00 |
| 7/8/2016 | $2,053.00 |
| 7/8/2016 | $2,188.00 |
| 7/8/2016 | $2,176.00 |
| 7/8/2016 | $2,530.00 |
| 7/8/2016 | $2,176.00 |
| 7/8/2016 | $2,139.00 |
| 7/8/2016 | $2,114.00 |
| 7/8/2016 | $2,028.00 |
| 7/8/2016 | $2,281.00 |
| 7/8/2016 | $1,968.00 |

EXHIBIT A

TRANSFERS TO ELIAS E HIJOS, INC.

| Date | Payment Amount |
|---|---|
| 7/8/2016 | $2,671.00 |
| 7/8/2016 | $2,969.00 |
| 7/8/2016 | $2,877.00 |
| 7/8/2016 | $2,903.00 |
| 7/8/2016 | $2,870.00 |
| 7/8/2016 | $2,952.00 |
| 7/29/2016 | $8,948.00 |
| 7/29/2016 | $3,242.00 |
| 7/29/2016 | $2,787.00 |
| 7/29/2016 | $23,128.00 |
| 7/29/2016 | $2,952.00 |
| 7/29/2016 | $3,096.00 |
| 8/12/2016 | $8,634.00 |
| 8/26/2016 | $2,752.00 |
| 8/26/2016 | $1,883.00 |
| 8/26/2016 | $2,787.00 |
| 8/26/2016 | $2,671.00 |
| 9/15/2016 | $2,028.00 |
| 9/15/2016 | $724.00 |
| 9/15/2016 | $2,897.00 |
| 10/14/2016 | $4,541.00 |
| 10/14/2016 | $2,060.00 |
| 10/14/2016 | $3,097.00 |
| 10/14/2016 | $2,541.00 |
| 10/14/2016 | $2,187.00 |
| 10/14/2016 | $2,175.00 |
| 10/14/2016 | $2,467.00 |
| 10/14/2016 | $2,195.00 |
| 10/14/2016 | $2,682.00 |
| 10/14/2016 | $4,912.00 |
| 10/14/2016 | $2,046.00 |
| 10/14/2016 | $2,180.00 |
| 10/14/2016 | $2,120.00 |
| 10/14/2016 | $4,333.00 |
| 10/14/2016 | $2,240.00 |
| 10/14/2016 | $2,281.00 |
| 11/1/2016 | $4,842.00 |
| 11/1/2016 | $2,308.00 |
| 11/1/2016 | $2,180.00 |
| 11/1/2016 | $2,702.00 |
| 11/1/2016 | $2,120.00 |
| 11/1/2016 | $4,794.00 |
| 11/1/2016 | $2,302.00 |
| 11/1/2016 | $2,238.00 |
| 11/1/2016 | $6,857.00 |
| 11/1/2016 | $2,604.00 |

EXHIBIT A

TRANSFERS TO ELIAS E HIJOS, INC.

| Date | Payment Amount |
|---|---|
| 11/1/2016 | $2,408.00 |
| 11/1/2016 | $2,365.00 |
| 11/1/2016 | $2,604.00 |
| 11/1/2016 | $4,540.00 |
| 11/1/2016 | $2,467.00 |
| 11/1/2016 | $4,574.00 |
| 11/1/2016 | $5,184.00 |
| 11/1/2016 | $2,560.00 |
| 11/1/2016 | $4,301.00 |
| 11/1/2016 | $2,934.00 |
| 11/1/2016 | $2,541.00 |
| 11/28/2016 | $31,826.00 |
| 12/12/2016 | $9,568.00 |
| 12/15/2016 | $11,272.00 |
| 12/15/2016 | $2,541.00 |
| 12/23/2016 | $46,630.00 |
| 1/10/2017 | $2,400.00 |
| 1/19/2017 | $5,171.00 |
| 1/25/2017 | $1,591.00 |
| 1/25/2017 | $2,282.00 |
| 1/25/2017 | $1,976.00 |
| 1/25/2017 | $1,701.00 |
| 1/25/2017 | $3,532.00 |
| 1/25/2017 | $2,036.00 |
| 2/3/2017 | $1,919.00 |
| 2/3/2017 | $17,192.00 |
| 2/9/2017 | $1,602.00 |
| 2/9/2017 | $3,820.00 |
| 2/9/2017 | $1,708.00 |
| 2/9/2017 | $1,649.00 |
| 2/9/2017 | $1,696.00 |
| 2/9/2017 | $1,976.00 |
| 4/21/2017 | $124,546.00 |