# EXHIBIT A

EXHIBIT A

TRANSFERS TO NEXT LEVEL LEARNING, INC

| Date | Payment Amount |
|---|---|
| 5/17/2013 | $988,825.00 |
| 6/6/2013 | $222,828.00 |
| 6/10/2013 | $1,401,107.00 |
| 6/19/2013 | $1,018,149.00 |
| 6/19/2013 | $1,023,186.00 |
| 7/1/2013 | $270,547.00 |
| 7/22/2013 | $1,085,922.00 |
| 8/2/2013 | $492,823.00 |
| 8/5/2013 | $471,211.00 |
| 8/9/2013 | $1,145,507.00 |
| 9/3/2014 | $27,209.00 |
| 9/18/2014 | $1,953,678.00 |
| 9/23/2014 | $1,105,767.00 |
| 9/26/2014 | $1,185,436.00 |