# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO SEGUROS COLON COLON, INC.

| Date | Payment Amount |
|---|---|
| 2/24/2014 | $335.00 |
| 3/19/2014 | $5,202.00 |
| 3/19/2014 | $955.00 |
| 4/22/2014 | $23,693.00 |
| 6/26/2014 | $52,480.00 |
| 7/10/2014 | $2,451.00 |
| 7/10/2014 | $4,960.00 |
| 7/30/2014 | $1,350.00 |
| 8/8/2014 | $22,846.00 |
| 8/8/2014 | $26,027.00 |
| 8/8/2014 | $39,294.00 |
| 8/21/2014 | $2,269.00 |
| 8/21/2014 | $4,387.00 |
| 8/21/2014 | $5,504.00 |
| 9/12/2014 | $249,199.00 |
| 9/18/2014 | $69,505.00 |
| 9/18/2014 | $69,750.00 |
| 9/24/2014 | $93.00 |
| 9/29/2014 | $5,300.00 |
| 9/29/2014 | $69,750.00 |
| 10/9/2014 | $10,287.00 |
| 10/9/2014 | $93,060.00 |
| 10/9/2014 | $870,248.00 |
| 11/10/2014 | $186.00 |
| 2/23/2015 | $7,057.00 |
| 3/5/2015 | $4,856.00 |
| 3/10/2015 | $4,272.00 |
| 3/10/2015 | $19,760.00 |
| 3/10/2015 | $740.00 |
| 4/7/2015 | $18.00 |
| 4/17/2015 | $12,943.00 |
| 4/27/2015 | $2,562.00 |
| 4/27/2015 | $8,215.00 |
| 5/11/2015 | $2,750.00 |
| 5/11/2015 | $36,211.00 |
| 5/11/2015 | $84,327.00 |
| 5/12/2015 | $232,010.00 |
| 6/30/2015 | $93.00 |
| 7/28/2015 | $93.00 |
| 9/17/2015 | $2,957.00 |
| 9/17/2015 | $5,534.00 |
| 9/17/2015 | $71.00 |
| 9/17/2015 | $416.00 |
| 9/24/2015 | $257,491.00 |
| 9/30/2015 | $11,765.00 |
| 10/2/2015 | $4,291,650.00 |

EXHIBIT A

TRANSFERS TO SEGUROS COLON COLON, INC.

| Date | Payment Amount |
|---|---|
| 10/8/2015 | $20,277.00 |
| 10/8/2015 | $79,943.00 |
| 10/15/2015 | $446.00 |
| 10/15/2015 | $243,813.00 |
| 11/2/2015 | $874,926.00 |
| 11/4/2015 | $17,804.00 |
| 11/12/2015 | $7,167.00 |
| 11/23/2015 | $6,278.00 |
| 12/1/2015 | $77,425.00 |
| 12/17/2015 | $6,567.00 |
| 1/21/2016 | $69,750.00 |
| 2/18/2016 | $6,024.00 |
| 2/24/2016 | $4,883.00 |
| 3/30/2016 | $524,035.00 |
| 4/1/2016 | $683.00 |
| 4/8/2016 | $34,875.00 |
| 4/27/2016 | $18,981.00 |
| 5/4/2016 | $393,977.00 |
| 5/4/2016 | $2,490.00 |
| 5/4/2016 | $94.00 |
| 5/4/2016 | $8,335.00 |
| 5/4/2016 | $253.00 |
| 5/4/2016 | $687.00 |
| 6/23/2016 | $470.00 |
| 8/18/2016 | $93.00 |
| 8/23/2016 | $5,487.00 |
| 9/6/2016 | $5,534.00 |
| 9/6/2016 | $2,958.00 |
| 10/4/2016 | $69,750.00 |
| 10/4/2016 | $152,583.00 |
| 10/7/2016 | $7,167.00 |
| 10/20/2016 | $226,835.00 |
| 10/27/2016 | $864,875.00 |
| 10/27/2016 | $4,291,650.00 |
| 10/27/2016 | $79,475.00 |
| 11/3/2016 | $11,484.00 |
| 12/14/2016 | $8,835.00 |
| 12/14/2016 | $1,183.00 |
| 12/20/2016 | $683.00 |
| 12/20/2016 | $514,735.00 |
| 12/30/2016 | $962,698.00 |
| 1/26/2017 | $395,250.00 |
| 1/26/2017 | $66,263.00 |
| 2/15/2017 | $5,888.00 |
| 2/28/2017 | $33,826.00 |
| 2/28/2017 | $18,138.00 |

EXHIBIT A

TRANSFERS TO SEGUROS COLON COLON, INC.

| Date | Payment Amount |
|---|---|
| 3/10/2017 | $682,472.00 |
| 3/24/2017 | $2,465.00 |
| 4/6/2017 | $4,883.00 |
| 4/28/2017 | $311,036.00 |