# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO NEXVEL CONSULTING LLC

| Date | Payment Amount |
|---|---|
| 5/11/2013 | $55,227.00 |
| 5/16/2013 | $2,594.00 |
| 5/17/2013 | $38,005.00 |
| 5/24/2013 | $17,180.00 |
| 6/3/2013 | $15,418.00 |
| 6/3/2013 | $24,077.00 |
| 6/3/2013 | $24,444.00 |
| 6/3/2013 | $31,428.00 |
| 6/14/2013 | $1,976.00 |
| 6/27/2013 | $32,990.00 |
| 9/13/2013 | $27,291.00 |
| 9/13/2013 | $758,712.00 |
| 10/24/2013 | $58,022.00 |
| 11/1/2013 | $16,883.00 |
| 11/22/2013 | $61,629.00 |
| 12/18/2013 | $4,236.00 |
| 12/18/2013 | $10,577.00 |
| 12/18/2013 | $10,577.00 |
| 12/21/2013 | $66,147.00 |
| 12/24/2013 | $20,943.00 |
| 2/12/2014 | $63,646.00 |
| 2/21/2014 | $13,847.00 |
| 3/20/2014 | $54,204.00 |
| 3/21/2014 | $28,112.00 |
| 3/28/2014 | $57,719.00 |
| 4/14/2014 | $10,633.00 |
| 4/23/2014 | $4,580.00 |
| 5/8/2014 | $40,305.00 |
| 5/15/2014 | $57,269.00 |
| 6/3/2014 | $4,609.00 |
| 6/5/2014 | $1,528.00 |
| 6/6/2014 | $5,610.00 |
| 6/6/2014 | $7,200.00 |
| 6/12/2014 | $936.00 |
| 6/20/2014 | $4,019.00 |
| 6/21/2014 | $51,342.00 |
| 7/3/2014 | $1,005.00 |
| 7/5/2014 | $57,269.00 |
| 7/10/2014 | $3,299.00 |
| 8/22/2014 | $19,294.00 |
| 9/2/2014 | $6,082.00 |
| 9/23/2014 | $23,019.00 |
| 10/8/2014 | $2,386.00 |
| 10/8/2014 | $4,186.00 |
| 10/8/2014 | $419.00 |
| 10/8/2014 | $9,000.00 |

EXHIBIT A

TRANSFERS TO NEXVEL CONSULTING LLC

| Date | Payment Amount |
|---|---|
| 10/8/2014 | $754.00 |
| 10/19/2014 | $19,134.00 |
| 10/30/2014 | $61,549.00 |
| 11/8/2014 | $32,801.00 |
| 12/6/2014 | $35,497.00 |
| 12/20/2014 | $55,185.00 |
| 12/31/2014 | $36,938.00 |
| 2/26/2015 | $9,645.00 |
| 3/5/2015 | $29,107.00 |
| 3/6/2015 | $92,160.00 |
| 3/20/2015 | $9,645.00 |
| 3/20/2015 | $28,737.00 |
| 4/20/2015 | $9,645.00 |
| 4/26/2015 | $27,334.00 |
| 5/15/2015 | $3,726.00 |
| 5/15/2015 | $23,192.00 |
| 5/20/2015 | $22,089.00 |
| 5/22/2015 | $9,850.00 |
| 7/3/2015 | $35,332.00 |
| 7/6/2015 | $17,730.00 |
| 7/6/2015 | $8,939.00 |
| 7/6/2015 | $1,737.00 |
| 7/10/2015 | $34,019.00 |
| 7/17/2015 | $3,990.00 |
| 8/7/2015 | $7,019.00 |
| 8/9/2015 | $24,527.00 |
| 9/11/2015 | $4,507.00 |
| 9/19/2015 | $22,015.00 |
| 10/1/2015 | $567.00 |
| 10/1/2015 | $9,850.00 |
| 10/2/2015 | $20,685.00 |
| 10/22/2015 | $16,733.00 |
| 10/27/2015 | $34,997.00 |
| 10/27/2015 | $80,899.00 |
| 11/23/2015 | $13,790.00 |
| 11/23/2015 | $7,880.00 |
| 12/3/2015 | $34,997.00 |
| 12/9/2015 | $7,683.00 |
| 12/17/2015 | $7,880.00 |
| 12/17/2015 | $18,440.00 |
| 12/19/2015 | $22,901.00 |
| 12/21/2015 | $11,820.00 |
| 12/21/2015 | $11,446.00 |
| 12/21/2015 | $8,865.00 |
| 12/24/2015 | $2,697.00 |
| 2/18/2016 | $28,292.00 |

# EXHIBIT A

## TRANSFERS TO NEXVEL CONSULTING LLC

| Date | Payment Amount |
|---|---|
| 2/25/2016 | $18,420.00 |
| 2/25/2016 | $24,586.00 |
| 2/25/2016 | $73,875.00 |
| 3/3/2016 | $72,575.00 |
| 3/8/2016 | $13,520.00 |
| 3/8/2016 | $6,945.00 |
| 4/26/2016 | $4,858.00 |
| 4/26/2016 | $18,912.00 |
| 4/26/2016 | $28,802.00 |
| 5/4/2016 | $6,354.00 |
| 5/10/2016 | $13,731.00 |
| 5/10/2016 | $19,257.00 |
| 5/10/2016 | $30,643.00 |
| 5/21/2016 | $21,488.00 |
| 5/27/2016 | $27,580.00 |
| 5/27/2016 | $18,912.00 |
| 5/27/2016 | $9,456.00 |
| 6/5/2016 | $69,423.00 |
| 6/13/2016 | $2,291.00 |
| 6/14/2016 | $14,819.00 |
| 6/14/2016 | $24,615.00 |
| 7/7/2016 | $16,075.00 |
| 7/20/2016 | $7,368.00 |
| 7/21/2016 | $4,040.00 |
| 7/21/2016 | $1,773.00 |
| 7/21/2016 | $7,610.00 |
| 8/16/2016 | $6,196.00 |
| 9/12/2016 | $3,620.00 |
| 9/12/2016 | $3,546.00 |
| 9/12/2016 | $9,161.00 |
| 9/19/2016 | $1,626.00 |
| 9/19/2016 | $1,675.00 |
| 9/19/2016 | $6,196.00 |
| 9/19/2016 | $4,040.00 |
| 9/21/2016 | $1,256.00 |
| 10/13/2016 | $8,718.00 |
| 10/20/2016 | $24,625.00 |
| 11/2/2016 | $419.00 |
| 11/2/2016 | $1,005.00 |
| 12/19/2016 | $23,135.00 |
| 12/27/2016 | $335.00 |
| 1/11/2017 | $4,433.00 |
| 1/18/2017 | $25,044.00 |
| 1/18/2017 | $72,250.00 |
| 1/18/2017 | $20,612.00 |
| 1/25/2017 | $28,811.00 |

# EXHIBIT A

## TRANSFERS TO NEXVEL CONSULTING LLC

| Date | Payment Amount |
|---|---|
| 2/21/2017 | $8,865.00 |
| 2/21/2017 | $24,842.00 |
| 2/21/2017 | $3,916.00 |
| 2/21/2017 | $4,876.00 |
| 2/21/2017 | $6,428.00 |
| 2/21/2017 | $19,651.00 |
| 2/21/2017 | $22,754.00 |
| 2/21/2017 | $22,089.00 |
| 3/9/2017 | $10,549.00 |
| 3/31/2017 | $20,685.00 |
| 3/31/2017 | $6,363.00 |

63378128 v1