# EXHIBIT A

EXHIBIT A

TRANSFERS TO ENCANTO RESTAURANTS, INC.

| Date | Payment Amount |
|---|---|
| 2/4/2014 | $8,342.00 |
| 2/19/2014 | $254.00 |
| 2/19/2014 | $2,043.00 |
| 2/19/2014 | $2,418.00 |
| 2/19/2014 | $2,871.00 |
| 2/19/2014 | $3,663.00 |
| 2/19/2014 | $5,663.00 |
| 2/19/2014 | $8,051.00 |
| 2/19/2014 | $9,992.00 |
| 2/19/2014 | $12,828.00 |
| 2/19/2014 | $14,678.00 |
| 2/19/2014 | $22,556.00 |
| 2/19/2014 | $22,953.00 |
| 2/19/2014 | $23,882.00 |
| 2/19/2014 | $1,235.00 |
| 2/19/2014 | $1,618.00 |
| 2/19/2014 | $37.00 |
| 3/18/2014 | $443.00 |
| 3/18/2014 | $9,857.00 |
| 3/18/2014 | $1,442.00 |
| 3/21/2014 | $89,661.00 |
| 4/14/2014 | $115,827.00 |
| 5/14/2014 | $105,856.00 |
| 6/20/2014 | $91,812.00 |
| 6/20/2014 | $93,872.00 |
| 8/1/2014 | $86,922.00 |
| 9/4/2014 | $85,911.00 |
| 10/2/2014 | $86,042.00 |
| 12/5/2014 | $73,995.00 |
| 12/5/2014 | $79,788.00 |
| 3/30/2015 | $5,189.00 |
| 3/30/2015 | $8,995.00 |
| 5/4/2015 | $15,111.00 |
| 5/4/2015 | $20,055.00 |
| 5/4/2015 | $21,702.00 |
| 5/4/2015 | $51,432.00 |
| 5/4/2015 | $69,821.00 |
| 6/1/2015 | $23,257.00 |
| 6/1/2015 | $22,853.00 |
| 6/5/2015 | $63,069.00 |
| 6/15/2015 | $22,073.00 |
| 7/2/2015 | $19,426.00 |
| 7/2/2015 | $18,135.00 |
| 8/27/2015 | $80,485.00 |
| 8/27/2015 | $77,531.00 |
| 8/27/2015 | $84,018.00 |

EXHIBIT A

TRANSFERS TO ENCANTO RESTAURANTS, INC.

| Date | Payment Amount |
|---|---|
| 9/21/2015 | $77,943.00 |
| 9/21/2015 | $19,819.00 |
| 11/12/2015 | $74,890.00 |
| 11/12/2015 | $15,932.00 |
| 11/12/2015 | $17,255.00 |
| 12/1/2015 | $69,521.00 |
| 12/1/2015 | $72,693.00 |
| 12/1/2015 | $16,269.00 |
| 12/1/2015 | $16,113.00 |
| 12/1/2015 | $15,615.00 |
| 12/1/2015 | $57,052.00 |
| 2/8/2016 | $66,600.00 |
| 2/8/2016 | $201.00 |
| 2/22/2016 | $63,320.00 |
| 2/22/2016 | $14,672.00 |
| 2/22/2016 | $55.00 |
| 3/7/2016 | $1,083.00 |
| 3/21/2016 | $50,576.00 |
| 3/30/2016 | $6,821.00 |
| 3/30/2016 | $100,164.00 |
| 3/30/2016 | $59,104.00 |
| 3/30/2016 | $42,392.00 |
| 3/30/2016 | $11,684.00 |
| 3/30/2016 | $6,492.00 |
| 3/30/2016 | $505.00 |
| 6/3/2016 | $151,089.00 |
| 6/9/2016 | $8,872.00 |
| 7/1/2016 | $182,021.00 |
| 8/4/2016 | $218.00 |
| 8/4/2016 | $171,540.00 |
| 8/26/2016 | $166,470.00 |
| 10/18/2016 | $147,338.00 |
| 11/18/2016 | $157,014.00 |
| 12/2/2016 | $141,039.00 |
| 12/2/2016 | $136,441.00 |
| 1/10/2017 | $123,354.00 |
| 1/23/2017 | $116,425.00 |
| 2/16/2017 | $61,254.00 |
| 2/16/2017 | $16,308.00 |
| 3/20/2017 | $33,442.00 |
| 3/20/2017 | $28,416.00 |
| 4/13/2017 | $100,600.00 |