# EXHIBIT A

EXHIBIT A

TRANSFERS TO CENTRO DE TERAPIA INTEGRAL CRECEMOS, CSP

| Date | Payment Amount |
|---|---|
| 5/15/2013 | $68,751.00 |
| 5/28/2013 | $7,909.00 |
| 5/28/2013 | $22,471.00 |
| 5/28/2013 | $27,727.00 |
| 5/29/2013 | $7,909.00 |
| 5/30/2013 | $65,944.00 |
| 6/6/2013 | $2,494.00 |
| 6/6/2013 | $3,024.00 |
| 6/11/2013 | $7,700.00 |
| 6/12/2013 | $31,121.00 |
| 6/20/2013 | $1,405.00 |
| 6/24/2013 | $152,590.00 |
| 7/5/2013 | $7,595.00 |
| 7/5/2013 | $30,238.00 |
| 7/5/2013 | $31,467.00 |
| 8/5/2013 | $2,100.00 |
| 8/5/2013 | $2,990.00 |
| 8/8/2013 | $94,397.00 |
| 8/14/2013 | $7,281.00 |
| 8/21/2013 | $125,965.00 |
| 9/23/2013 | $2,651.00 |
| 9/23/2013 | $2,963.00 |
| 9/23/2013 | $77.00 |
| 9/23/2013 | $21,977.00 |
| 9/23/2013 | $116,523.00 |
| 9/23/2013 | $148,195.00 |
| 9/23/2013 | $191,618.00 |
| 9/23/2013 | $1,986.00 |
| 9/26/2013 | $186,472.00 |
| 10/7/2013 | $307.00 |
| 10/8/2013 | $8,747.00 |
| 10/8/2013 | $35,745.00 |
| 10/8/2013 | $39,920.00 |
| 10/8/2013 | $82,653.00 |
| 10/21/2013 | $8,766.00 |
| 11/5/2013 | $8.00 |
| 11/5/2013 | $217.00 |
| 12/10/2013 | $1,290.00 |
| 12/24/2013 | $16,099.00 |
| 12/24/2013 | $118,598.00 |
| 12/26/2013 | $48,389.00 |
| 1/2/2014 | $2,778.00 |
| 1/13/2014 | $189,520.00 |
| 1/22/2014 | $4,251.00 |
| 2/7/2014 | $8,120.00 |
| 2/7/2014 | $45,780.00 |

EXHIBIT A

TRANSFERS TO CENTRO DE TERAPIA INTEGRAL CRECEMOS, CSP

| Date | Payment Amount |
|---|---|
| 2/7/2014 | $58,245.00 |
| 2/7/2014 | $226,969.00 |
| 2/14/2014 | $3,025.00 |
| 2/19/2014 | $173,100.00 |
| 2/25/2014 | $3,822.00 |
| 2/26/2014 | $2,405.00 |
| 2/26/2014 | $12,736.00 |
| 2/26/2014 | $17,207.00 |
| 3/18/2014 | $2,018.00 |
| 3/28/2014 | $6,463.00 |
| 4/8/2014 | $7,134.00 |
| 4/11/2014 | $2,713.00 |
| 4/11/2014 | $37,707.00 |
| 4/11/2014 | $68,112.00 |
| 4/11/2014 | $69,944.00 |
| 4/24/2014 | $123,016.00 |
| 4/24/2014 | $1,602.00 |
| 5/5/2014 | $105,130.00 |
| 5/12/2014 | $105,234.00 |
| 5/22/2014 | $67,658.00 |
| 6/12/2014 | $111,008.00 |
| 6/23/2014 | $69,315.00 |
| 6/27/2014 | $1,838.00 |
| 7/9/2014 | $2,675.00 |
| 7/9/2014 | $73,855.00 |
| 7/15/2014 | $47,663.00 |
| 7/24/2014 | $116,406.00 |
| 7/29/2014 | $72,441.00 |
| 7/31/2014 | $29,069.00 |
| 7/31/2014 | $937.00 |
| 8/1/2014 | $8,854.00 |
| 8/1/2014 | $108,647.00 |
| 8/14/2014 | $2,860.00 |
| 8/14/2014 | $19,646.00 |
| 8/14/2014 | $53,695.00 |
| 8/15/2014 | $71,669.00 |
| 8/19/2014 | $1,613.00 |
| 8/20/2014 | $110,925.00 |
| 8/28/2014 | $8,870.00 |
| 9/8/2014 | $12,942.00 |
| 9/8/2014 | $53,128.00 |
| 9/8/2014 | $63,091.00 |
| 9/15/2014 | $63,745.00 |
| 10/21/2014 | $8,878.00 |
| 10/24/2014 | $31,866.00 |
| 10/27/2014 | $74,187.00 |

63378604 v1

EXHIBIT A

TRANSFERS TO CENTRO DE TERAPIA INTEGRAL CRECEMOS, CSP

| Date | Payment Amount |
|------|----------------|
| 12/10/2014 | $29,034.00 |
| 12/15/2014 | $17,611.00 |
| 2/5/2015 | $54,561.00 |
| 2/5/2015 | $54,902.00 |
| 2/10/2015 | $112,037.00 |
| 2/11/2015 | $114,106.00 |
| 2/25/2015 | $34,004.00 |
| 3/2/2015 | $80,057.00 |
| 3/25/2015 | $108,633.00 |
| 3/25/2015 | $114,275.00 |
| 4/10/2015 | $16,555.00 |
| 4/16/2015 | $73,914.00 |
| 4/21/2015 | $83,983.00 |
| 4/28/2015 | $69,735.00 |
| 6/12/2015 | $75,463.00 |
| 6/29/2015 | $9,747.00 |
| 6/29/2015 | $597.00 |
| 6/30/2015 | $53,712.00 |
| 7/1/2015 | $108,967.00 |
| 7/10/2015 | $454.00 |
| 7/14/2015 | $6,756.00 |
| 7/17/2015 | $48,685.00 |
| 7/17/2015 | $6,807.00 |
| 7/17/2015 | $215.00 |
| 7/17/2015 | $9,402.00 |
| 7/17/2015 | $530.00 |
| 7/20/2015 | $47,330.00 |
| 7/20/2015 | $54,004.00 |
| 7/20/2015 | $48,877.00 |
| 7/21/2015 | $8,303.00 |
| 7/21/2015 | $296.00 |
| 8/6/2015 | $110,410.00 |
| 8/7/2015 | $49,671.00 |
| 8/10/2015 | $7,642.00 |
| 8/14/2015 | $396.00 |
| 8/25/2015 | $74,659.00 |
| 8/26/2015 | $117,281.00 |
| 9/11/2015 | $109,792.00 |
| 9/23/2015 | $296.00 |
| 9/23/2015 | $6,986.00 |
| 10/7/2015 | $51,464.00 |
| 10/8/2015 | $58,915.00 |
| 10/14/2015 | $11,202.00 |
| 10/21/2015 | $8,264.00 |
| 10/30/2015 | $19.00 |
| 11/16/2015 | $51,127.00 |

63378604 v1

EXHIBIT A

TRANSFERS TO CENTRO DE TERAPIA INTEGRAL CRECEMOS, CSP

| Date | Payment Amount |
|------|---------------|
| 11/17/2015 | $113,118.00 |
| 11/17/2015 | $611.00 |
| 11/17/2015 | $7,220.00 |
| 11/25/2015 | $102,846.00 |
| 12/1/2015 | $11,716.00 |
| 12/1/2015 | $66,700.00 |
| 12/24/2015 | $57,937.00 |
| 12/24/2015 | $52.00 |
| 12/29/2015 | $58,613.00 |
| 12/29/2015 | $55,086.00 |
| 12/29/2015 | $1,310.00 |
| 12/31/2015 | $119,015.00 |
| 1/13/2016 | $112,486.00 |
| 1/28/2016 | $103,385.00 |
| 1/28/2016 | $116,071.00 |
| 2/10/2016 | $6,374.00 |
| 3/18/2016 | $102,324.00 |
| 3/21/2016 | $91,513.00 |
| 4/28/2016 | $20,991.00 |
| 4/28/2016 | $32,761.00 |
| 4/28/2016 | $53,444.00 |
| 4/28/2016 | $8,267.00 |
| 4/28/2016 | $433.00 |
| 4/28/2016 | $690.00 |
| 4/28/2016 | $7,632.00 |
| 4/28/2016 | $16,990.00 |
| 4/28/2016 | $7,661.00 |
| 5/9/2016 | $56,779.00 |
| 5/9/2016 | $60,085.00 |
| 5/16/2016 | $73,935.00 |
| 5/18/2016 | $115,751.00 |
| 5/18/2016 | $80,117.00 |
| 5/18/2016 | $122,983.00 |
| 5/20/2016 | $7,787.00 |
| 5/20/2016 | $7,375.00 |
| 5/20/2016 | $1,337.00 |
| 5/20/2016 | $1,182.00 |
| 5/20/2016 | $8,794.00 |
| 5/20/2016 | $1,273.00 |
| 5/20/2016 | $52,742.00 |
| 5/26/2016 | $1,389.00 |
| 5/26/2016 | $7,787.00 |
| 6/3/2016 | $123,306.00 |
| 6/20/2016 | $22,622.00 |
| 7/5/2016 | $1,016.00 |
| 8/12/2016 | $98,372.00 |

A-4

EXHIBIT A

TRANSFERS TO CENTRO DE TERAPIA INTEGRAL CRECEMOS, CSP

| Date | Payment Amount |
|---|---|
| 8/16/2016 | $1,083.00 |
| 8/16/2016 | $8,013.00 |
| 8/16/2016 | $44,238.00 |
| 8/16/2016 | $44,029.00 |
| 8/16/2016 | $46,520.00 |
| 8/26/2016 | $1,031.00 |
| 8/26/2016 | $2,277.00 |
| 9/9/2016 | $73,047.00 |
| 9/22/2016 | $1,300.00 |
| 9/22/2016 | $7,117.00 |
| 9/27/2016 | $44,966.00 |
| 9/27/2016 | $42,419.00 |
| 9/29/2016 | $6,272.00 |
| 9/29/2016 | $49,038.00 |
| 10/3/2016 | $62,049.00 |
| 10/4/2016 | $126,382.00 |
| 10/12/2016 | $25,674.00 |
| 11/30/2016 | $98,571.00 |
| 12/2/2016 | $93,149.00 |
| 12/9/2016 | $45,554.00 |
| 12/9/2016 | $14,400.00 |
| 12/9/2016 | $29,687.00 |
| 12/9/2016 | $45,829.00 |
| 12/9/2016 | $5,982.00 |
| 12/9/2016 | $44,503.00 |
| 12/9/2016 | $2,090.00 |
| 12/9/2016 | $6,240.00 |
| 12/9/2016 | $45,626.00 |
| 12/12/2016 | $2,265.00 |
| 12/12/2016 | $7,271.00 |
| 12/12/2016 | $2,098.00 |
| 12/12/2016 | $1,389.00 |
| 12/12/2016 | $7,684.00 |
| 12/14/2016 | $1,686.00 |
| 12/23/2016 | $114,882.00 |
| 12/27/2016 | $6,653.00 |
| 12/27/2016 | $129,922.00 |
| 12/30/2016 | $130,883.00 |
| 1/23/2017 | $113,641.00 |
| 2/9/2017 | $106,490.00 |
| 2/10/2017 | $120,370.00 |
| 3/6/2017 | $66,544.00 |
| 3/17/2017 | $77,943.00 |
| 3/30/2017 | $1,365.00 |
| 3/30/2017 | $5,510.00 |
| 3/30/2017 | $49,692.00 |

63378604 v1

EXHIBIT A

TRANSFERS TO CENTRO DE TERAPIA INTEGRAL CRECEMOS, CSP

| Date | Payment Amount |
|------|----------------|
| 4/10/2017 | $5,426.00 |
| 4/10/2017 | $1,598.00 |
| 4/21/2017 | $1,674.00 |
| 4/21/2017 | $5,157.00 |
| 4/21/2017 | $48,518.00 |
| 4/21/2017 | $48,115.00 |
| 4/25/2017 | $44.00 |
| 5/1/2017 | $77,142.00 |
| 5/2/2017 | $1,444.00 |
| 5/2/2017 | $5,312.00 |
| 5/2/2017 | $41,911.00 |