# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO S.H.V.P. MOTOR CORP.

| Date | Payment Amount |
|---|---|
| 10/9/2013 | $20,477.00 |
| 11/6/2013 | $91,264.00 |
| 3/12/2014 | $22,440.00 |
| 3/25/2014 | $164.00 |
| 4/1/2014 | $18,690.00 |
| 4/30/2014 | $89,760.00 |
| 6/4/2014 | $87.00 |
| 6/30/2014 | $135,792.00 |
| 7/14/2014 | $222.00 |
| 7/22/2014 | $22,440.00 |
| 7/24/2014 | $19,995.00 |
| 7/29/2014 | $41,890.00 |
| 9/5/2014 | $21,991.00 |
| 10/21/2014 | $448,800.00 |
| 11/7/2014 | $5,175,050.00 |
| 11/26/2014 | $404.00 |
| 1/20/2015 | $1,346,400.00 |
| 1/27/2015 | $142,644.00 |
| 3/18/2015 | $630.00 |
| 3/23/2015 | $233.00 |
| 4/22/2015 | $224,400.00 |
| 5/13/2015 | $2,815.00 |
| 5/20/2015 | $527.00 |
| 6/3/2015 | $260.00 |
| 7/3/2015 | $70,686.00 |
| 7/7/2015 | $2,386.00 |
| 7/7/2015 | $2,454.00 |
| 7/22/2015 | $2,587.00 |
| 7/31/2015 | $235,620.00 |
| 8/20/2015 | $333.00 |
| 9/28/2015 | $650.00 |
| 10/9/2015 | $471,240.00 |
| 12/8/2015 | $329,868.00 |
| 1/12/2016 | $23,562.00 |
| 3/4/2016 | $969.00 |
| 3/11/2016 | $67.00 |
| 4/5/2016 | $30,444.00 |
| 4/11/2016 | $135,776.00 |
| 5/3/2016 | $181.00 |
| 5/3/2016 | $213,840.00 |
| 5/24/2016 | $200.00 |
| 5/24/2016 | $88.00 |
| 6/7/2016 | $2,000.00 |
| 6/8/2016 | $117,810.00 |
| 6/22/2016 | $235,620.00 |
| 7/13/2016 | $235,620.00 |

EXHIBIT A

TRANSFERS TO S.H.V.P. MOTOR CORP.

| Date | Payment Amount |
|---|---|
| 7/13/2016 | $267,300.00 |
| 7/13/2016 | $117,810.00 |
| 8/15/2016 | $254.00 |
| 8/15/2016 | $1,498.00 |
| 8/30/2016 | $140.00 |
| 9/2/2016 | $70,686.00 |
| 9/2/2016 | $18,736.00 |
| 9/2/2016 | $64,834.00 |
| 9/2/2016 | $94,248.00 |
| 10/5/2016 | $302,940.00 |
| 10/5/2016 | $356,400.00 |
| 10/13/2016 | $17,820.00 |
| 10/18/2016 | $141,372.00 |
| 10/18/2016 | $117,810.00 |
| 10/18/2016 | $468,400.00 |
| 10/18/2016 | $468,400.00 |
| 10/18/2016 | $468,400.00 |
| 10/18/2016 | $468,400.00 |
| 10/18/2016 | $94,248.00 |
| 11/7/2016 | $612,612.00 |
| 11/15/2016 | $31,249.00 |
| 11/30/2016 | $129,668.00 |
| 12/7/2016 | $2,565.00 |
| 12/27/2016 | $49,480.00 |
| 12/27/2016 | $68.00 |
| 1/6/2017 | $97,251.00 |
| 1/6/2017 | $30,444.00 |
| 1/17/2017 | $60,888.00 |
| 2/6/2017 | $578,776.00 |
| 2/23/2017 | $123,700.00 |
| 2/23/2017 | $24,740.00 |
| 2/23/2017 | $64,834.00 |
| 2/28/2017 | $610.00 |
| 2/28/2017 | $30,444.00 |
| 3/3/2017 | $98,960.00 |
| 3/3/2017 | $452,456.00 |
| 3/17/2017 | $148,440.00 |
| 3/29/2017 | $544,280.00 |
| 4/3/2017 | $197,920.00 |
| 4/25/2017 | $791,680.00 |