# EXHIBIT A

EXHIBIT A

TRANSFERS TO PEOPLE TELEVISION, INC

| Date | Payment Amount |
|---|---|
| 5/14/2013 | $4,000.00 |
| 6/12/2013 | $7,000.00 |
| 7/11/2013 | $10,000.00 |
| 11/14/2013 | $1,750,000.00 |
| 11/21/2013 | $492,500.00 |
| 2/21/2014 | $500,000.00 |
| 4/2/2014 | $37,500.00 |
| 4/4/2014 | $37,500.00 |
| 4/4/2014 | $37,500.00 |
| 8/27/2014 | $37,500.00 |
| 8/27/2014 | $37,500.00 |
| 8/28/2014 | $37,500.00 |
| 8/28/2014 | $37,500.00 |
| 8/28/2014 | $37,500.00 |
| 8/28/2014 | $37,500.00 |
| 8/28/2014 | $500,000.00 |
| 10/22/2014 | $37,500.00 |

A-1

63378517 v1