# EXHIBIT A

EXHIBIT A

TRANSFERS TO CENTRO MEDICO DEL TURABO, INC.

| Date | Payment Amount |
|---|---|
| 7/18/2013 | $300,000.00 |
| 9/24/2013 | $200,000.00 |
| 11/27/2013 | $202,625.00 |
| 12/6/2013 | $100,000.00 |
| 1/22/2014 | $100,000.00 |
| 3/5/2014 | $445,000.00 |
| 3/24/2014 | $3,066.00 |
| 5/5/2014 | $15,982.00 |
| 6/17/2014 | $14,384.00 |
| 6/19/2014 | $5,219.00 |
| 9/8/2014 | $300,000.00 |
| 9/24/2014 | $100,000.00 |
| 10/30/2014 | $139,731.00 |
| 11/18/2014 | $599.00 |
| 11/28/2014 | $15,606.00 |
| 12/17/2014 | $226.00 |
| 12/31/2014 | $400,000.00 |
| 1/16/2015 | $8,099.00 |
| 1/16/2015 | $250,000.00 |
| 1/27/2015 | $11,705.00 |
| 3/26/2015 | $1,691.00 |
| 4/8/2015 | $3,902.00 |
| 5/22/2015 | $100,000.00 |
| 5/26/2015 | $3,902.00 |
| 6/22/2015 | $300,000.00 |
| 7/17/2015 | $57.00 |
| 7/17/2015 | $259.00 |
| 7/17/2015 | $376.00 |
| 7/17/2015 | $127.00 |
| 7/28/2015 | $15,606.00 |
| 8/18/2015 | $721.00 |
| 9/4/2015 | $611,550.00 |
| 10/19/2015 | $7,803.00 |
| 11/5/2015 | $195,000.00 |
| 2/4/2016 | $100,000.00 |
| 2/4/2016 | $200,000.00 |
| 2/24/2016 | $200,000.00 |
| 3/21/2016 | $3,902.00 |
| 3/21/2016 | $3,902.00 |
| 4/11/2016 | $3,902.00 |
| 4/11/2016 | $3,902.00 |
| 5/19/2016 | $800,000.00 |
| 6/8/2016 | $3,902.00 |
| 6/8/2016 | $7,803.00 |
| 6/28/2016 | $300,000.00 |
| 9/22/2016 | $7,803.00 |

EXHIBIT A

TRANSFERS TO CENTRO MEDICO DEL TURABO, INC.

| Date | Payment Amount |
|---|---|
| 10/5/2016 | $200,000.00 |
| 10/13/2016 | $100,000.00 |
| 10/26/2016 | $6,600.00 |
| 11/23/2016 | $200,000.00 |
| 12/16/2016 | $3,902.00 |
| 12/23/2016 | $900.00 |
| 1/6/2017 | $3,902.00 |
| 1/6/2017 | $3,902.00 |
| 1/6/2017 | $11,705.00 |
| 1/6/2017 | $3,902.00 |
| 3/2/2017 | $100,000.00 |
| 3/2/2017 | $200,000.00 |
| 3/31/2017 | $3,902.00 |