# EXHIBIT A

EXHIBIT A

TRANSFERS TO PROVIDENCIA COTTO PEREZ

| Date | Payment Amount |
|---|---|
| 5/24/2013 | $54,450.00 |
| 5/24/2013 | $134,234.00 |
| 8/30/2013 | $130,415.00 |
| 9/20/2013 | $78,049.00 |
| 9/30/2013 | $14,025.00 |
| 9/30/2013 | $17,325.00 |
| 10/15/2013 | $2,975.00 |
| 10/15/2013 | $40,783.00 |
| 10/15/2013 | $49,105.00 |
| 10/21/2013 | $3,675.00 |
| 10/21/2013 | $60,660.00 |
| 10/24/2013 | $3,600.00 |
| 10/24/2013 | $50,379.00 |
| 10/24/2013 | $160,081.00 |
| 12/26/2013 | $15,675.00 |
| 12/26/2013 | $15,675.00 |
| 12/30/2013 | $17,325.00 |
| 12/30/2013 | $45,458.00 |
| 1/6/2014 | $6,211.00 |
| 1/6/2014 | $79,132.00 |
| 2/19/2014 | $79,237.00 |
| 2/25/2014 | $6,211.00 |
| 2/25/2014 | $45,458.00 |
| 3/13/2014 | $24,750.00 |
| 4/29/2014 | $95,439.00 |
| 5/2/2014 | $6,865.00 |
| 5/2/2014 | $50,243.00 |
| 5/6/2014 | $49,084.00 |
| 5/6/2014 | $79,138.00 |
| 5/7/2014 | $10,138.00 |
| 5/13/2014 | $7,753.00 |
| 5/13/2014 | $37,535.00 |
| 5/13/2014 | $60,517.00 |
| 9/10/2014 | $9,750.00 |
| 9/10/2014 | $44,954.00 |
| 9/10/2014 | $61,282.00 |
| 10/22/2014 | $17,480.00 |
| 10/22/2014 | $48,507.00 |
| 10/28/2014 | $89,566.00 |
| 11/7/2014 | $7,566.00 |
| 11/7/2014 | $8,984.00 |
| 11/7/2014 | $9,930.00 |
| 11/7/2014 | $26,400.00 |
| 11/7/2014 | $36,958.00 |
| 11/7/2014 | $43,887.00 |
| 11/7/2014 | $69,122.00 |

EXHIBIT A

TRANSFERS TO PROVIDENCIA COTTO PEREZ

| Date | Payment Amount |
|---|---|
| 11/17/2014 | $29,972.00 |
| 11/17/2014 | $32,340.00 |
| 11/17/2014 | $35,592.00 |
| 11/17/2014 | $39,339.00 |
| 12/2/2014 | $55,437.00 |
| 12/11/2014 | $44,958.00 |
| 12/18/2014 | $11,348.00 |
| 2/10/2015 | $2,093.00 |
| 2/10/2015 | $2,351.00 |
| 2/10/2015 | $2,480.00 |
| 2/10/2015 | $2,480.00 |
| 2/10/2015 | $2,500.00 |
| 2/10/2015 | $2,500.00 |
| 2/10/2015 | $2,930.00 |
| 2/10/2015 | $2,930.00 |
| 2/10/2015 | $2,995.00 |
| 2/10/2015 | $3,314.00 |
| 2/10/2015 | $3,422.00 |
| 2/10/2015 | $4,492.00 |
| 2/10/2015 | $4,492.00 |
| 2/10/2015 | $9,821.00 |
| 2/10/2015 | $116.00 |
| 2/10/2015 | $13,749.00 |
| 2/10/2015 | $13,749.00 |
| 2/10/2015 | $1,772.00 |
| 2/10/2015 | $1,786.00 |
| 2/19/2015 | $2,093.00 |
| 2/19/2015 | $2,194.00 |
| 2/19/2015 | $2,507.00 |
| 2/19/2015 | $3,291.00 |
| 2/19/2015 | $3,291.00 |
| 2/19/2015 | $3,573.00 |
| 2/19/2015 | $9,576.00 |
| 2/19/2015 | $1,772.00 |
| 2/19/2015 | $1,786.00 |
| 2/27/2015 | $2,372.00 |
| 2/27/2015 | $2,530.00 |
| 2/27/2015 | $10,231.00 |
| 2/27/2015 | $1,905.00 |
| 2/27/2015 | $1,890.00 |
| 3/27/2015 | $2,244.00 |
| 3/27/2015 | $2,977.00 |
| 4/27/2015 | $2,651.00 |
| 4/27/2015 | $20,951.00 |
| 4/27/2015 | $1,814.00 |
| 5/18/2015 | $8,813.00 |

EXHIBIT A

TRANSFERS TO PROVIDENCIA COTTO PEREZ

| Date | Payment Amount |
|---|---|
| 5/18/2015 | $79,641.00 |
| 5/22/2015 | $29,152.00 |
| 5/27/2015 | $16,229.00 |
| 6/10/2015 | $2,362.00 |
| 7/9/2015 | $4,947.00 |
| 7/22/2015 | $14,296.00 |
| 7/22/2015 | $2,790.00 |
| 7/28/2015 | $2,846.00 |
| 7/28/2015 | $1,724.00 |
| 8/3/2015 | $1,654.00 |
| 8/3/2015 | $3,162.00 |
| 8/3/2015 | $1,916.00 |
| 8/3/2015 | $3,004.00 |
| 8/3/2015 | $2,055.00 |
| 8/11/2015 | $4,064.00 |
| 8/11/2015 | $2,781.00 |
| 8/11/2015 | $949.00 |
| 8/27/2015 | $3,850.00 |
| 8/27/2015 | $4,278.00 |
| 9/10/2015 | $9,166.00 |
| 9/10/2015 | $2,353.00 |
| 9/10/2015 | $1,535.00 |
| 9/15/2015 | $1,054.00 |
| 9/22/2015 | $2,372.00 |
| 9/22/2015 | $3,320.00 |
| 9/22/2015 | $3,320.00 |
| 11/2/2015 | $1,309.00 |
| 11/2/2015 | $2,262.00 |
| 11/2/2015 | $2,381.00 |
| 11/2/2015 | $2,262.00 |
| 11/2/2015 | $1,548.00 |
| 12/28/2015 | $626.00 |
| 12/28/2015 | $1,496.00 |
| 12/28/2015 | $1,512.00 |
| 12/28/2015 | $1,172.00 |
| 12/28/2015 | $840.00 |
| 12/28/2015 | $502.00 |
| 12/28/2015 | $1,739.00 |
| 12/31/2015 | $183.00 |
| 12/31/2015 | $1,490.00 |
| 12/31/2015 | $828.00 |
| 12/31/2015 | $1,878.00 |
| 12/31/2015 | $1,148.00 |
| 12/31/2015 | $914.00 |
| 1/6/2016 | $1,061.00 |
| 1/6/2016 | $1,330.00 |

EXHIBIT A

TRANSFERS TO PROVIDENCIA COTTO PEREZ

| Date | Payment Amount |
|---|---|
| 1/6/2016 | $83.00 |
| 1/6/2016 | $1,256.00 |
| 1/6/2016 | $1,579.00 |
| 1/6/2016 | $298.00 |
| 1/6/2016 | $1,190.00 |
| 1/6/2016 | $1,656.00 |
| 1/6/2016 | $833.00 |
| 2/18/2016 | $1,191.00 |
| 2/18/2016 | $1,428.00 |
| 2/18/2016 | $56.00 |
| 2/18/2016 | $893.00 |
| 2/18/2016 | $83.00 |
| 2/18/2016 | $1,076.00 |
| 2/18/2016 | $1,596.00 |
| 2/18/2016 | $1,318.00 |
| 2/18/2016 | $565.00 |
| 2/18/2016 | $1,007.00 |
| 2/18/2016 | $1,556.00 |
| 2/23/2016 | $1,176.00 |
| 2/23/2016 | $781.00 |
| 2/23/2016 | $84.00 |
| 2/23/2016 | $104.00 |
| 2/23/2016 | $1,670.00 |
| 2/23/2016 | $2,192.00 |
| 2/26/2016 | $1,042.00 |
| 2/26/2016 | $1,007.00 |
| 3/1/2016 | $879.00 |
| 3/1/2016 | $1,159.00 |
| 3/1/2016 | $63.00 |
| 3/1/2016 | $1,164.00 |
| 3/1/2016 | $1,461.00 |
| 3/1/2016 | $774.00 |
| 3/1/2016 | $833.00 |
| 3/7/2016 | $816.00 |
| 3/7/2016 | $60.00 |
| 4/11/2016 | $774.00 |
| 4/11/2016 | $816.00 |
| 4/12/2016 | $967.00 |
| 4/12/2016 | $726.00 |
| 4/12/2016 | $841.00 |
| 5/6/2016 | $1,116.00 |
| 5/6/2016 | $1,830.00 |
| 5/6/2016 | $1,680.00 |
| 5/6/2016 | $2,087.00 |
| 5/6/2016 | $1,190.00 |
| 5/6/2016 | $1,830.00 |

# EXHIBIT A

## TRANSFERS TO PROVIDENCIA COTTO PEREZ

| Date | Payment Amount |
|---|---|
| 5/6/2016 | $1,488.00 |
| 5/6/2016 | $1,656.00 |
| 5/6/2016 | $1,256.00 |
| 5/6/2016 | $1,076.00 |
| 5/6/2016 | $1,662.00 |
| 5/6/2016 | $1,116.00 |
| 5/6/2016 | $1,680.00 |
| 5/6/2016 | $1,092.00 |
| 5/6/2016 | $1,190.00 |
| 5/6/2016 | $1,357.00 |
| 5/6/2016 | $1,080.00 |
| 6/27/2016 | $833.00 |
| 6/27/2016 | $1,488.00 |
| 6/27/2016 | $1,461.00 |
| 6/27/2016 | $1,042.00 |
| 6/29/2016 | $1,131.00 |
| 6/29/2016 | $1,414.00 |
| 6/29/2016 | $1,061.00 |
| 6/29/2016 | $1,281.00 |
| 6/29/2016 | $781.00 |
| 6/30/2016 | $1,176.00 |
| 7/1/2016 | $2,087.00 |
| 7/1/2016 | $1,983.00 |
| 7/14/2016 | $1,164.00 |
| 7/29/2016 | $3,976.00 |
| 7/29/2016 | $2,143.00 |
| 7/29/2016 | $1,739.00 |
| 7/29/2016 | $1,662.00 |
| 7/29/2016 | $1,596.00 |
| 8/9/2016 | $6,515.00 |
| 8/23/2016 | $1,190.00 |
| 8/23/2016 | $1,579.00 |
| 9/23/2016 | $626.00 |
| 10/17/2016 | $954.00 |
| 10/17/2016 | $703.00 |
| 10/17/2016 | $1,004.00 |
| 10/21/2016 | $2,185.00 |
| 10/21/2016 | $197.00 |
| 10/21/2016 | $2,591.00 |
| 10/21/2016 | $452.00 |
| 10/21/2016 | $1,177.00 |
| 10/21/2016 | $2,139.00 |
| 10/21/2016 | $2,307.00 |
| 10/21/2016 | $1,070.00 |
| 10/21/2016 | $2,582.00 |
| 10/21/2016 | $1,632.00 |

EXHIBIT A
TRANSFERS TO PROVIDENCIA COTTO PEREZ

| Date | Payment Amount |
|---|---|
| 10/28/2016 | $4,900.00 |
| 11/3/2016 | $4,997.00 |
| 11/3/2016 | $1,573.00 |
| 11/3/2016 | $1,193.00 |
| 11/3/2016 | $879.00 |
| 11/3/2016 | $1,159.00 |
| 11/3/2016 | $1,739.00 |
| 11/3/2016 | $1,318.00 |
| 11/3/2016 | $4,406.00 |
| 12/15/2016 | $8,795.00 |
| 12/21/2016 | $8,227.00 |
| 12/21/2016 | $8,113.00 |
| 12/23/2016 | $1,307.00 |
| 1/19/2017 | $1,470.00 |
| 1/31/2017 | $1,630.00 |
| 1/31/2017 | $99.00 |
| 1/31/2017 | $963.00 |
| 1/31/2017 | $1,562.00 |
| 2/22/2017 | $7,660.00 |
| 3/8/2017 | $1,507.00 |
| 3/10/2017 | $1,357.00 |
| 4/25/2017 | $57,212.00 |