# EXHIBIT A

EXHIBIT A

TRANSFERS TO R CORDOVA TRABAJADORES SOCIALES C S P

| Date | Payment Amount |
|---|---|
| 1/8/2014 | $293,093.00 |
| 1/10/2014 | $393,491.00 |
| 3/14/2014 | $250,820.00 |
| 6/5/2014 | $289,695.00 |
| 8/15/2014 | $159,767.00 |
| 9/23/2014 | $71,288.00 |
| 9/30/2014 | $111,539.00 |
| 11/10/2014 | $86,564.00 |
| 12/23/2014 | $72,500.00 |
| 1/12/2015 | $70,318.00 |
| 3/24/2015 | $89,473.00 |
| 3/24/2015 | $182,584.00 |
| 5/12/2015 | $228,411.00 |
| 5/28/2015 | $247,325.00 |
| 7/13/2015 | $181,614.00 |
| 7/22/2015 | $226,957.00 |
| 10/7/2015 | $378,069.00 |
| 10/8/2015 | $25,167.00 |
| 12/16/2015 | $204,891.00 |
| 12/21/2015 | $211,196.00 |
| 4/28/2016 | $219,925.00 |