# EXHIBIT A

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|---|---|
| 5/7/2013 | $2,999.00 |
| 5/21/2013 | $2,180.00 |
| 5/29/2013 | $5,799.00 |
| 6/4/2013 | $2,600.00 |
| 6/4/2013 | $2,999.00 |
| 6/7/2013 | $7,400.00 |
| 6/7/2013 | $8,798.00 |
| 6/7/2013 | $1,154.00 |
| 6/17/2013 | $2,999.00 |
| 6/19/2013 | $498.00 |
| 6/19/2013 | $577.00 |
| 6/21/2013 | $2,500.00 |
| 7/12/2013 | $2,999.00 |
| 7/12/2013 | $2,999.00 |
| 7/12/2013 | $430.00 |
| 7/12/2013 | $5,586.00 |
| 7/12/2013 | $655.00 |
| 7/17/2013 | $1,051.00 |
| 7/19/2013 | $12,398.00 |
| 7/25/2013 | $2,599.00 |
| 7/25/2013 | $5,699.00 |
| 7/25/2013 | $1,265.00 |
| 8/1/2013 | $1,050.00 |
| 8/1/2013 | $1,050.00 |
| 8/1/2013 | $1,057.00 |
| 8/12/2013 | $2,000.00 |
| 8/12/2013 | $106.00 |
| 8/23/2013 | $5,799.00 |
| 8/23/2013 | $625.00 |
| 9/17/2013 | $399.00 |
| 9/17/2013 | $430.00 |
| 9/17/2013 | $5,000.00 |
| 9/17/2013 | $5,799.00 |
| 9/17/2013 | $864.00 |
| 9/30/2013 | $698.00 |
| 10/4/2013 | $5,799.00 |
| 10/4/2013 | $858.00 |
| 10/7/2013 | $6,629.00 |
| 10/11/2013 | $2,999.00 |
| 10/11/2013 | $8,397.00 |
| 10/24/2013 | $5,799.00 |
| 10/24/2013 | $860.00 |
| 11/12/2013 | $1,164.00 |
| 11/13/2013 | $5,987.00 |
| 11/19/2013 | $700.00 |
| 11/27/2013 | $4,399.00 |

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|------|---------------|
| 11/27/2013 | $8,890.00 |
| 12/3/2013 | $91,356.00 |
| 12/9/2013 | $2,999.00 |
| 12/9/2013 | $1,299.00 |
| 12/10/2013 | $5,923.00 |
| 12/10/2013 | $452,322.00 |
| 1/3/2014 | $26,394.00 |
| 1/8/2014 | $11,598.00 |
| 2/18/2014 | $5,799.00 |
| 2/21/2014 | $2,999.00 |
| 2/21/2014 | $5,139.00 |
| 2/28/2014 | $7,195.00 |
| 3/4/2014 | $4,399.00 |
| 3/10/2014 | $2,999.00 |
| 3/11/2014 | $3,245.00 |
| 3/12/2014 | $2,999.00 |
| 3/12/2014 | $2,999.00 |
| 3/17/2014 | $2,999.00 |
| 3/17/2014 | $2,999.00 |
| 3/17/2014 | $3,902.00 |
| 3/17/2014 | $5,799.00 |
| 3/18/2014 | $2,525.00 |
| 3/18/2014 | $5,500.00 |
| 4/3/2014 | $5,000.00 |
| 4/4/2014 | $4,997.00 |
| 4/8/2014 | $6,499.00 |
| 4/10/2014 | $5,799.00 |
| 4/11/2014 | $2,999.00 |
| 4/23/2014 | $2,498.00 |
| 4/23/2014 | $2,999.00 |
| 4/23/2014 | $2,999.00 |
| 4/23/2014 | $249.00 |
| 4/25/2014 | $3,798.00 |
| 4/25/2014 | $5,799.00 |
| 5/6/2014 | $2,750.00 |
| 5/6/2014 | $2,999.00 |
| 5/14/2014 | $800.00 |
| 5/28/2014 | $2,999.00 |
| 5/28/2014 | $4,593.00 |
| 5/28/2014 | $4,996.00 |
| 5/28/2014 | $7,000.00 |
| 5/29/2014 | $5,799.00 |
| 6/2/2014 | $2,999.00 |
| 6/2/2014 | $2,999.00 |
| 6/3/2014 | $6,058.00 |
| 6/5/2014 | $4,100.00 |

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|------|----------------|
| 6/5/2014 | $1,548.00 |
| 6/6/2014 | $11,499.00 |
| 6/11/2014 | $11,598.00 |
| 6/12/2014 | $2,999.00 |
| 6/12/2014 | $5,110.00 |
| 6/12/2014 | $5,799.00 |
| 6/16/2014 | $2,999.00 |
| 6/16/2014 | $40,593.00 |
| 6/17/2014 | $4,397.00 |
| 6/17/2014 | $6,996.00 |
| 6/17/2014 | $1,600.00 |
| 6/18/2014 | $5,000.00 |
| 6/20/2014 | $2,999.00 |
| 6/20/2014 | $65,772.00 |
| 6/24/2014 | $2,999.00 |
| 6/24/2014 | $3,248.00 |
| 6/24/2014 | $4,500.00 |
| 6/26/2014 | $4,607.00 |
| 6/26/2014 | $5,799.00 |
| 6/27/2014 | $2,999.00 |
| 6/27/2014 | $4,450.00 |
| 7/1/2014 | $2,999.00 |
| 7/1/2014 | $3,649.00 |
| 7/1/2014 | $4,810.00 |
| 7/1/2014 | $5,500.00 |
| 7/1/2014 | $577.00 |
| 7/8/2014 | $4,849.00 |
| 7/8/2014 | $11,598.00 |
| 7/8/2014 | $1,296.00 |
| 7/8/2014 | $1,548.00 |
| 7/15/2014 | $6,198.00 |
| 7/17/2014 | $3,248.00 |
| 7/18/2014 | $2,999.00 |
| 7/18/2014 | $53,901.00 |
| 7/23/2014 | $2,999.00 |
| 7/23/2014 | $4,795.00 |
| 7/23/2014 | $5,799.00 |
| 7/24/2014 | $5,000.00 |
| 7/24/2014 | $5,799.00 |
| 7/24/2014 | $577.00 |
| 7/24/2014 | $798.00 |
| 7/25/2014 | $3,898.00 |
| 7/25/2014 | $798.00 |
| 7/30/2014 | $4,499.00 |
| 7/30/2014 | $8,997.00 |
| 8/4/2014 | $2,999.00 |

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|------|----------------|
| 8/4/2014 | $5,000.00 |
| 8/4/2014 | $6,496.00 |
| 8/5/2014 | $5,997.00 |
| 8/6/2014 | $5,799.00 |
| 8/12/2014 | $5,799.00 |
| 8/12/2014 | $8,000.00 |
| 8/13/2014 | $3,693.00 |
| 9/11/2014 | $260.00 |
| 9/11/2014 | $5,249.00 |
| 9/11/2014 | $168.00 |
| 9/23/2014 | $4,850.00 |
| 9/23/2014 | $17,397.00 |
| 9/25/2014 | $2,200.00 |
| 9/29/2014 | $1,366.00 |
| 10/3/2014 | $700.00 |
| 10/20/2014 | $83,190.00 |
| 10/21/2014 | $5,799.00 |
| 10/24/2014 | $3,693.00 |
| 10/28/2014 | $2,495.00 |
| 11/12/2014 | $10,390.00 |
| 11/12/2014 | $1,949.00 |
| 11/13/2014 | $2,999.00 |
| 11/13/2014 | $34,188.00 |
| 11/17/2014 | $2,334.00 |
| 11/17/2014 | $14,372.00 |
| 11/17/2014 | $976.00 |
| 11/17/2014 | $1,045.00 |
| 11/19/2014 | $6,460.00 |
| 11/21/2014 | $5,998.00 |
| 11/25/2014 | $2,999.00 |
| 11/25/2014 | $1,039.00 |
| 12/15/2014 | $5,799.00 |
| 12/17/2014 | $5,799.00 |
| 12/17/2014 | $5,799.00 |
| 12/19/2014 | $4,431.00 |
| 12/19/2014 | $450.00 |
| 12/19/2014 | $5,799.00 |
| 12/26/2014 | $5,799.00 |
| 12/26/2014 | $802.00 |
| 1/5/2015 | $4,499.00 |
| 1/5/2015 | $9,047.00 |
| 1/5/2015 | $798.00 |
| 1/12/2015 | $2,999.00 |
| 1/12/2015 | $2,999.00 |
| 1/12/2015 | $4,038.00 |
| 1/12/2015 | $5,799.00 |

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|---|---|
| 1/12/2015 | $1,552.00 |
| 1/21/2015 | $3,248.00 |
| 1/21/2015 | $3,575.00 |
| 1/21/2015 | $525.00 |
| 2/3/2015 | $3,248.00 |
| 2/10/2015 | $2,999.00 |
| 2/10/2015 | $3,248.00 |
| 2/10/2015 | $3,654.00 |
| 2/20/2015 | $2,793.00 |
| 2/20/2015 | $5,999.00 |
| 2/24/2015 | $318.00 |
| 3/20/2015 | $3,575.00 |
| 3/31/2015 | $2,758.00 |
| 3/31/2015 | $7,370.00 |
| 4/10/2015 | $5,799.00 |
| 4/13/2015 | $798.00 |
| 4/15/2015 | $3,737.00 |
| 4/15/2015 | $8,997.00 |
| 4/21/2015 | $2,999.00 |
| 4/21/2015 | $2,999.00 |
| 4/21/2015 | $2,999.00 |
| 4/24/2015 | $2,999.00 |
| 4/24/2015 | $2,999.00 |
| 4/24/2015 | $5,799.00 |
| 4/28/2015 | $5,799.00 |
| 5/11/2015 | $6,299.00 |
| 5/13/2015 | $6,299.00 |
| 5/15/2015 | $13,972.00 |
| 5/15/2015 | $1,596.00 |
| 5/20/2015 | $2,999.00 |
| 5/26/2015 | $2,400.00 |
| 5/27/2015 | $2,999.00 |
| 6/10/2015 | $249.00 |
| 6/15/2015 | $2,999.00 |
| 6/15/2015 | $2,999.00 |
| 6/15/2015 | $5,799.00 |
| 6/17/2015 | $6,099.00 |
| 6/17/2015 | $14,995.00 |
| 6/19/2015 | $5,799.00 |
| 6/29/2015 | $4,721.00 |
| 6/30/2015 | $1,310.00 |
| 6/30/2015 | $5,000.00 |
| 7/8/2015 | $2,999.00 |
| 7/10/2015 | $983.00 |
| 7/10/2015 | $3,112.00 |
| 7/23/2015 | $318.00 |

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|------|---------------|
| 7/23/2015 | $356.00 |
| 7/23/2015 | $5,799.00 |
| 7/28/2015 | $3,799.00 |
| 8/3/2015 | $2,659.00 |
| 8/5/2015 | $4,721.00 |
| 8/7/2015 | $1,318.00 |
| 8/18/2015 | $2,999.00 |
| 8/18/2015 | $5,799.00 |
| 8/18/2015 | $3,248.00 |
| 8/18/2015 | $4,229.00 |
| 8/24/2015 | $2,999.00 |
| 8/24/2015 | $3,248.00 |
| 8/26/2015 | $9,744.00 |
| 8/26/2015 | $3,248.00 |
| 8/26/2015 | $6,000.00 |
| 8/26/2015 | $2,499.00 |
| 9/1/2015 | $9,744.00 |
| 9/8/2015 | $5,000.00 |
| 9/8/2015 | $3,192.00 |
| 9/9/2015 | $2,249.25 |
| 9/9/2015 | $2,249.25 |
| 9/9/2015 | $749.75 |
| 9/9/2015 | $749.75 |
| 9/9/2015 | $1,999.00 |
| 9/9/2015 | $10,049.00 |
| 9/9/2015 | $4,229.00 |
| 9/9/2015 | $4,229.00 |
| 9/9/2015 | $3,100.00 |
| 9/9/2015 | $2,499.00 |
| 9/11/2015 | $5,799.00 |
| 9/11/2015 | $6,299.00 |
| 9/16/2015 | $583.50 |
| 9/16/2015 | $194.50 |
| 9/25/2015 | $125.00 |
| 9/29/2015 | $1,554.00 |
| 10/2/2015 | $2,286.00 |
| 10/14/2015 | $7,498.50 |
| 10/14/2015 | $2,499.50 |
| 10/14/2015 | $2,500.00 |
| 10/14/2015 | $4,229.00 |
| 10/20/2015 | $7,999.00 |
| 10/21/2015 | $543.75 |
| 10/21/2015 | $553.50 |
| 10/21/2015 | $181.25 |
| 10/21/2015 | $184.50 |
| 10/21/2015 | $7,815.00 |

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|------|----------------|
| 10/30/2015 | $1,687.50 |
| 10/30/2015 | $562.50 |
| 10/30/2015 | $9,980.00 |
| 11/2/2015 | $2,999.00 |
| 11/2/2015 | $1,538.00 |
| 11/9/2015 | $787.50 |
| 11/9/2015 | $262.50 |
| 11/9/2015 | $10,332.00 |
| 11/9/2015 | $725.00 |
| 11/9/2015 | $1,586.00 |
| 11/12/2015 | $13,654.00 |
| 11/23/2015 | $5,799.00 |
| 11/23/2015 | $5,799.00 |
| 11/24/2015 | $1,418.00 |
| 11/24/2015 | $2,127.00 |
| 11/24/2015 | $2,127.00 |
| 11/24/2015 | $709.00 |
| 11/24/2015 | $709.00 |
| 11/24/2015 | $5,799.00 |
| 11/25/2015 | $19,743.00 |
| 12/15/2015 | $13,596.00 |
| 12/15/2015 | $5,799.00 |
| 12/15/2015 | $2,980.00 |
| 12/15/2015 | $5,680.00 |
| 12/15/2015 | $5,799.00 |
| 12/15/2015 | $5,799.00 |
| 12/15/2015 | $1,980.00 |
| 12/15/2015 | $5,799.00 |
| 12/15/2015 | $5,799.00 |
| 12/15/2015 | $5,799.00 |
| 12/15/2015 | $5,799.00 |
| 12/15/2015 | $5,799.00 |
| 12/15/2015 | $5,000.00 |
| 12/15/2015 | $709.00 |
| 12/17/2015 | $558.00 |
| 12/22/2015 | $3,744.00 |
| 12/22/2015 | $725.00 |
| 12/22/2015 | $725.00 |
| 12/22/2015 | $725.00 |
| 12/22/2015 | $5,799.00 |
| 12/22/2015 | $2,175.00 |
| 12/22/2015 | $2,175.00 |
| 12/22/2015 | $745.00 |
| 12/29/2015 | $4,799.00 |
| 12/29/2015 | $5,799.00 |
| 12/29/2015 | $5,799.00 |

63379036 v1

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|------|----------------|
| 12/29/2015 | $5,799.00 |
| 12/29/2015 | $5,799.00 |
| 12/29/2015 | $725.00 |
| 12/29/2015 | $5,799.00 |
| 12/29/2015 | $5,799.00 |
| 12/29/2015 | $5,799.00 |
| 12/29/2015 | $5,799.00 |
| 12/29/2015 | $5,000.00 |
| 12/29/2015 | $5,000.00 |
| 12/29/2015 | $4,899.00 |
| 12/29/2015 | $5,799.00 |
| 12/29/2015 | $608.00 |
| 12/29/2015 | $17,393.00 |
| 1/5/2016 | $390.75 |
| 1/5/2016 | $186.75 |
| 1/5/2016 | $2,249.25 |
| 1/5/2016 | $130.25 |
| 1/5/2016 | $62.25 |
| 1/5/2016 | $749.75 |
| 1/5/2016 | $2,999.00 |
| 2/9/2016 | $2,777.00 |
| 2/22/2016 | $399.00 |
| 2/22/2016 | $5,799.00 |
| 2/22/2016 | $5,799.00 |
| 2/22/2016 | $5,799.00 |
| 2/22/2016 | $5,799.00 |
| 2/22/2016 | $5,799.00 |
| 2/22/2016 | $5,799.00 |
| 2/22/2016 | $5,799.00 |
| 2/22/2016 | $5,799.00 |
| 2/22/2016 | $5,799.00 |
| 2/22/2016 | $5,799.00 |
| 3/8/2016 | $1,481.00 |
| 3/15/2016 | $6,299.00 |
| 3/15/2016 | $5,799.00 |
| 3/15/2016 | $15,900.00 |
| 3/22/2016 | $4,499.25 |
| 3/22/2016 | $4,530.00 |
| 3/22/2016 | $1,499.75 |
| 3/22/2016 | $1,510.00 |
| 3/22/2016 | $1,481.00 |
| 3/22/2016 | $6,299.00 |
| 3/22/2016 | $2,999.00 |
| 3/22/2016 | $5,799.00 |
| 3/22/2016 | $5,799.00 |
| 3/22/2016 | $6,299.00 |

A-8

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|------|----------------|
| 3/28/2016 | $1,111.00 |
| 4/1/2016 | $1,874.25 |
| 4/1/2016 | $2,249.25 |
| 4/1/2016 | $4,349.25 |
| 4/1/2016 | $2,249.25 |
| 4/1/2016 | $624.75 |
| 4/1/2016 | $749.75 |
| 4/1/2016 | $1,449.75 |
| 4/1/2016 | $749.75 |
| 4/7/2016 | $672.75 |
| 4/7/2016 | $224.25 |
| 4/11/2016 | $447.00 |
| 5/5/2016 | $1,458.00 |
| 5/5/2016 | $486.00 |
| 5/5/2016 | $1,481.00 |
| 5/5/2016 | $1,480.00 |
| 5/5/2016 | $1,480.00 |
| 5/5/2016 | $6,199.00 |
| 5/5/2016 | $6,199.00 |
| 5/6/2016 | $204.00 |
| 5/9/2016 | $4,349.25 |
| 5/9/2016 | $2,171.25 |
| 5/9/2016 | $2,436.00 |
| 5/9/2016 | $4,498.50 |
| 5/9/2016 | $2,249.25 |
| 5/9/2016 | $4,349.25 |
| 5/9/2016 | $4,498.50 |
| 5/9/2016 | $2,249.25 |
| 5/9/2016 | $2,171.25 |
| 5/9/2016 | $4,349.25 |
| 5/9/2016 | $2,249.25 |
| 5/9/2016 | $4,642.50 |
| 5/9/2016 | $2,249.25 |
| 5/9/2016 | $1,449.75 |
| 5/9/2016 | $723.75 |
| 5/9/2016 | $812.00 |
| 5/9/2016 | $1,499.50 |
| 5/9/2016 | $749.75 |
| 5/9/2016 | $1,449.75 |
| 5/9/2016 | $1,499.50 |
| 5/9/2016 | $749.75 |
| 5/9/2016 | $723.75 |
| 5/9/2016 | $1,449.75 |
| 5/9/2016 | $749.75 |
| 5/9/2016 | $1,547.50 |
| 5/9/2016 | $749.75 |

63379036 v1

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|------|---------------|
| 5/9/2016 | $1,481.00 |
| 5/9/2016 | $1,480.00 |
| 5/9/2016 | $1,480.00 |
| 5/9/2016 | $1,481.00 |
| 5/18/2016 | $5,999.00 |
| 5/18/2016 | $6,299.00 |
| 5/19/2016 | $4,991.00 |
| 5/25/2016 | $1,481.00 |
| 5/25/2016 | $1,481.00 |
| 6/3/2016 | $1,481.00 |
| 6/3/2016 | $1,481.00 |
| 6/3/2016 | $5,799.00 |
| 6/3/2016 | $2,899.00 |
| 6/8/2016 | $2,246.00 |
| 6/15/2016 | $1,111.00 |
| 6/20/2016 | $1,911.00 |
| 6/28/2016 | $670.50 |
| 6/28/2016 | $1,110.00 |
| 6/28/2016 | $223.50 |
| 6/28/2016 | $370.00 |
| 6/28/2016 | $6,059.00 |
| 6/28/2016 | $1,051.00 |
| 6/28/2016 | $1,500.00 |
| 6/30/2016 | $787.50 |
| 6/30/2016 | $2,174.25 |
| 6/30/2016 | $2,174.25 |
| 6/30/2016 | $262.50 |
| 6/30/2016 | $724.75 |
| 6/30/2016 | $724.75 |
| 6/30/2016 | $2,961.00 |
| 6/30/2016 | $2,233.00 |
| 7/8/2016 | $7,403.00 |
| 7/12/2016 | $4,638.00 |
| 7/14/2016 | $1,015.00 |
| 7/18/2016 | $13,619.00 |
| 7/20/2016 | $555.00 |
| 7/27/2016 | $3,480.00 |
| 7/27/2016 | $2,808.00 |
| 7/27/2016 | $936.00 |
| 7/29/2016 | $555.00 |
| 8/4/2016 | $577.00 |
| 8/4/2016 | $2,659.00 |
| 8/8/2016 | $1,490.25 |
| 8/8/2016 | $8,698.50 |
| 8/8/2016 | $4,349.25 |
| 8/8/2016 | $4,477.50 |

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|------|----------------|
| 8/8/2016 | $496.75 |
| 8/8/2016 | $2,899.50 |
| 8/8/2016 | $1,449.75 |
| 8/8/2016 | $1,492.50 |
| 8/12/2016 | $5,696.00 |
| 8/18/2016 | $2,823.00 |
| 8/22/2016 | $21,403.00 |
| 8/24/2016 | $3,266.00 |
| 8/26/2016 | $2,249.25 |
| 8/26/2016 | $2,249.25 |
| 8/26/2016 | $2,174.25 |
| 8/26/2016 | $1,481.00 |
| 8/26/2016 | $6,597.00 |
| 8/26/2016 | $5,799.00 |
| 8/26/2016 | $749.75 |
| 8/26/2016 | $749.75 |
| 8/26/2016 | $724.75 |
| 9/1/2016 | $577.00 |
| 9/9/2016 | $11,598.00 |
| 9/9/2016 | $5,799.00 |
| 9/9/2016 | $5,799.00 |
| 9/21/2016 | $299.25 |
| 9/21/2016 | $2,246.25 |
| 9/21/2016 | $3,674.25 |
| 9/21/2016 | $2,174.25 |
| 9/21/2016 | $4,349.25 |
| 9/21/2016 | $4,499.25 |
| 9/21/2016 | $3,374.25 |
| 9/21/2016 | $2,061.00 |
| 9/21/2016 | $99.75 |
| 9/21/2016 | $748.75 |
| 9/21/2016 | $1,224.75 |
| 9/21/2016 | $724.75 |
| 9/21/2016 | $1,449.75 |
| 9/21/2016 | $1,499.75 |
| 9/21/2016 | $1,124.75 |
| 9/21/2016 | $687.00 |
| 9/23/2016 | $2,543.00 |
| 9/23/2016 | $5,799.00 |
| 9/23/2016 | $1,182.00 |
| 9/23/2016 | $1,000.00 |
| 9/23/2016 | $5,799.00 |
| 9/23/2016 | $150.00 |
| 9/23/2016 | $962.00 |
| 9/23/2016 | $593.00 |
| 9/29/2016 | $1,481.00 |

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|---|---|
| 9/29/2016 | $1,481.00 |
| 9/29/2016 | $1,481.00 |
| 9/29/2016 | $12,295.00 |
| 9/29/2016 | $1,051.00 |
| 9/29/2016 | $5,799.00 |
| 10/11/2016 | $14,281.00 |
| 10/13/2016 | $2,961.00 |
| 10/14/2016 | $4,498.50 |
| 10/14/2016 | $1,874.25 |
| 10/14/2016 | $1,499.50 |
| 10/14/2016 | $624.75 |
| 10/25/2016 | $769.00 |
| 10/25/2016 | $9,296.00 |
| 11/4/2016 | $2,249.25 |
| 11/4/2016 | $15,909.00 |
| 11/4/2016 | $749.75 |
| 11/7/2016 | $4,050.00 |
| 11/7/2016 | $1,577.00 |
| 11/21/2016 | $6,299.00 |
| 11/21/2016 | $7,747.00 |
| 11/28/2016 | $5,198.00 |
| 11/29/2016 | $6,743.00 |
| 12/2/2016 | $11,996.00 |
| 12/12/2016 | $1,051.00 |
| 12/12/2016 | $1,190.00 |
| 12/12/2016 | $9,525.00 |
| 12/19/2016 | $487.00 |
| 12/19/2016 | $4,626.75 |
| 12/19/2016 | $1,542.25 |
| 12/23/2016 | $4,435.50 |
| 12/23/2016 | $14,768.00 |
| 12/23/2016 | $2,999.00 |
| 12/23/2016 | $1,478.50 |
| 12/28/2016 | $555.00 |
| 1/5/2017 | $1,388.00 |
| 1/5/2017 | $14,083.00 |
| 1/5/2017 | $31,541.00 |
| 1/23/2017 | $16,937.00 |
| 2/2/2017 | $278.00 |
| 2/2/2017 | $519.00 |
| 2/8/2017 | $6,655.00 |
| 2/9/2017 | $2,999.00 |
| 2/14/2017 | $499.00 |
| 2/14/2017 | $2,249.25 |
| 2/14/2017 | $2,249.25 |
| 2/14/2017 | $299.25 |

TRANSFERS TO EXCALIBUR TECHNOLOGIES CORP.

| Date | Payment Amount |
|---|---|
| 2/14/2017 | $749.75 |
| 2/14/2017 | $749.75 |
| 2/14/2017 | $99.75 |
| 2/16/2017 | $66,788.00 |
| 2/21/2017 | $20,295.00 |
| 2/21/2017 | $674.75 |
| 2/21/2017 | $2,024.25 |
| 3/6/2017 | $1,587.00 |
| 3/7/2017 | $2,100.00 |
| 3/21/2017 | $11,598.00 |
| 3/24/2017 | $11,022.00 |
| 3/24/2017 | $3,674.00 |
| 4/5/2017 | $802.00 |
| 4/7/2017 | $566.25 |
| 4/7/2017 | $3,825.00 |
| 4/7/2017 | $2,999.00 |
| 4/7/2017 | $188.75 |
| 4/7/2017 | $1,275.00 |
| 4/17/2017 | $2,858.00 |
| 4/21/2017 | $2,329.00 |
| 4/21/2017 | $121,779.00 |
| 4/24/2017 | $399.00 |
| 4/24/2017 | $2,101.00 |
| 4/24/2017 | $2,116.00 |
| 4/24/2017 | $2,249.25 |
| 4/24/2017 | $2,249.25 |
| 4/24/2017 | $749.75 |
| 4/24/2017 | $749.75 |
| 4/28/2017 | $8,130.00 |
| 4/28/2017 | $11,057.00 |

63379036 v1