# EXHIBIT A

EXHIBIT A

TRANSFERS TO CENTRO PSICOLOGICO DEL SUR ESTE P.S.C.

| Date | Payment Amount |
|---|---|
| 5/16/2013 | $357,145.00 |
| 5/28/2013 | $21,097.00 |
| 6/12/2013 | $92,655.00 |
| 6/25/2013 | $17,996.00 |
| 6/27/2013 | $235,957.00 |
| 7/16/2013 | $23,446.00 |
| 7/16/2013 | $25,464.00 |
| 7/16/2013 | $143,545.00 |
| 8/5/2013 | $11,416.00 |
| 8/16/2013 | $19,735.00 |
| 9/3/2013 | $112,946.00 |
| 9/6/2013 | $14,267.00 |
| 9/11/2013 | $117,858.00 |
| 9/12/2013 | $137,770.00 |
| 9/17/2013 | $42,557.00 |
| 9/17/2013 | $300,173.00 |
| 9/19/2013 | $348,195.00 |
| 10/1/2013 | $36,678.00 |
| 10/1/2013 | $171.00 |
| 10/9/2013 | $12,424.00 |
| 10/16/2013 | $312,276.00 |
| 11/4/2013 | $4,402.00 |
| 11/7/2013 | $19,012.00 |
| 11/7/2013 | $23,075.00 |
| 11/13/2013 | $11,895.00 |
| 11/18/2013 | $11,177.00 |
| 12/3/2013 | $59,344.00 |
| 12/20/2013 | $9,114.00 |
| 12/20/2013 | $19,038.00 |
| 12/23/2013 | $3,450.00 |
| 12/23/2013 | $9,754.00 |
| 12/23/2013 | $23,108.00 |
| 12/23/2013 | $24,350.00 |
| 12/23/2013 | $127,813.00 |
| 12/30/2013 | $18,011.00 |
| 1/6/2014 | $305,676.00 |
| 1/9/2014 | $380,788.00 |
| 1/21/2014 | $73,908.00 |
| 1/30/2014 | $155,071.00 |
| 2/10/2014 | $298,013.00 |
| 2/20/2014 | $197,050.00 |
| 2/26/2014 | $18,395.00 |
| 2/28/2014 | $14,672.00 |
| 3/4/2014 | $13,960.00 |
| 3/4/2014 | $17,166.00 |
| 3/12/2014 | $114,993.00 |

EXHIBIT A

TRANSFERS TO CENTRO PSICOLOGICO DEL SUR ESTE P.S.C.

| Date | Payment Amount |
|---|---|
| 3/19/2014 | $9,545.00 |
| 3/26/2014 | $11,404.00 |
| 3/26/2014 | $185,833.00 |
| 4/8/2014 | $76,615.00 |
| 4/22/2014 | $21,428.00 |
| 4/22/2014 | $81,943.00 |
| 5/1/2014 | $365,803.00 |
| 5/7/2014 | $21,862.00 |
| 5/12/2014 | $146,119.00 |
| 6/5/2014 | $26,324.00 |
| 6/5/2014 | $27,148.00 |
| 6/26/2014 | $23,423.00 |
| 7/8/2014 | $22,351.00 |
| 7/9/2014 | $159,128.00 |
| 7/15/2014 | $397,628.00 |
| 7/25/2014 | $142,720.00 |
| 8/4/2014 | $355,011.00 |
| 8/4/2014 | $1,162.00 |
| 8/8/2014 | $19,131.00 |
| 8/18/2014 | $16,281.00 |
| 8/21/2014 | $119,832.00 |
| 8/21/2014 | $251,736.00 |
| 9/9/2014 | $9,264.00 |
| 10/6/2014 | $37,989.00 |
| 10/10/2014 | $53,160.00 |
| 11/3/2014 | $252.00 |
| 11/18/2014 | $178,154.00 |
| 11/25/2014 | $6,550.00 |
| 12/4/2014 | $17,172.00 |
| 12/24/2014 | $12,203.00 |
| 12/26/2014 | $17,106.00 |
| 12/26/2014 | $341,345.00 |
| 12/30/2014 | $69,557.00 |
| 1/21/2015 | $23,040.00 |
| 1/21/2015 | $340,803.00 |
| 1/30/2015 | $157,592.00 |
| 2/3/2015 | $23,377.00 |
| 2/23/2015 | $19,219.00 |
| 2/23/2015 | $275,421.00 |
| 2/24/2015 | $14,950.00 |
| 2/24/2015 | $16,550.00 |
| 2/27/2015 | $163,946.00 |
| 3/3/2015 | $219,115.00 |
| 3/6/2015 | $12,059.00 |
| 3/17/2015 | $126,217.00 |
| 4/10/2015 | $202,999.00 |

EXHIBIT A

TRANSFERS TO CENTRO PSICOLOGICO DEL SUR ESTE P.S.C.

| Date | Payment Amount |
|---|---|
| 4/15/2015 | $9,750.00 |
| 4/16/2015 | $103,875.00 |
| 4/20/2015 | $12,378.00 |
| 5/14/2015 | $19,352.00 |
| 5/18/2015 | $16,238.00 |
| 5/19/2015 | $76,971.00 |
| 5/27/2015 | $329,459.00 |
| 7/14/2015 | $18,057.00 |
| 7/14/2015 | $24,048.00 |
| 7/21/2015 | $350,030.00 |
| 8/11/2015 | $133,893.00 |
| 8/11/2015 | $11,774.00 |
| 8/13/2015 | $153,815.00 |
| 8/13/2015 | $20,386.00 |
| 8/18/2015 | $10,586.00 |
| 8/18/2015 | $298,616.00 |
| 9/3/2015 | $134,408.00 |
| 9/10/2015 | $6,166.00 |
| 9/22/2015 | $170,757.00 |
| 10/19/2015 | $10,926.00 |
| 10/19/2015 | $4,192.00 |
| 10/20/2015 | $99,789.00 |
| 11/2/2015 | $18,608.00 |
| 11/2/2015 | $326.00 |
| 11/10/2015 | $84,403.00 |
| 11/25/2015 | $28,763.00 |
| 12/4/2015 | $5,060.00 |
| 12/10/2015 | $266,780.00 |
| 12/15/2015 | $11,236.00 |
| 12/15/2015 | $20,873.00 |
| 12/28/2015 | $9,618.00 |
| 12/29/2015 | $116,002.00 |
| 1/12/2016 | $19,369.00 |
| 1/12/2016 | $10,442.00 |
| 1/25/2016 | $134,217.00 |
| 1/25/2016 | $266,839.00 |
| 3/18/2016 | $107,510.00 |
| 3/22/2016 | $17,221.00 |
| 3/29/2016 | $6,764.00 |
| 4/5/2016 | $10,219.00 |
| 4/6/2016 | $206,817.00 |
| 4/8/2016 | $153,337.00 |
| 5/5/2016 | $7,719.00 |
| 5/5/2016 | $3,907.00 |
| 5/5/2016 | $5,951.00 |
| 5/9/2016 | $70,225.00 |

EXHIBIT A

TRANSFERS TO CENTRO PSICOLOGICO DEL SUR ESTE P.S.C.

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $148,232.00 |
| 5/12/2016 | $63,985.00 |
| 5/12/2016 | $15,768.00 |
| 5/18/2016 | $10,220.00 |
| 5/18/2016 | $13,613.00 |
| 5/18/2016 | $260,564.00 |
| 5/23/2016 | $132,975.00 |
| 6/1/2016 | $8,559.00 |
| 6/6/2016 | $229,481.00 |
| 6/23/2016 | $122,303.00 |
| 7/7/2016 | $10,087.00 |
| 7/8/2016 | $13,915.00 |
| 8/9/2016 | $234,131.00 |
| 8/10/2016 | $127,212.00 |
| 8/19/2016 | $5,072.00 |
| 8/30/2016 | $6,165.00 |
| 9/21/2016 | $7,485.00 |
| 9/21/2016 | $1,842.00 |
| 9/21/2016 | $523.00 |
| 10/3/2016 | $107,853.00 |
| 10/7/2016 | $61,995.00 |
| 10/12/2016 | $4,364.00 |
| 11/9/2016 | $129,155.00 |
| 11/21/2016 | $7,465.00 |
| 11/29/2016 | $62,594.00 |
| 12/5/2016 | $199,557.00 |
| 12/6/2016 | $7,496.00 |
| 12/9/2016 | $12,313.00 |
| 12/19/2016 | $107,901.00 |
| 12/22/2016 | $7,966.00 |
| 1/3/2017 | $108,038.00 |
| 1/3/2017 | $11,875.00 |
| 1/31/2017 | $209,371.00 |
| 2/2/2017 | $6,387.00 |
| 2/3/2017 | $91,930.00 |
| 2/3/2017 | $178,600.00 |
| 2/27/2017 | $113,019.00 |
| 2/28/2017 | $3,825.00 |
| 3/3/2017 | $7,875.00 |
| 3/31/2017 | $7,818.00 |
| 4/6/2017 | $5,053.00 |
| 4/7/2017 | $58,416.00 |
| 4/19/2017 | $116,718.00 |
| 4/20/2017 | $7,684.00 |
| 4/28/2017 | $271,580.00 |
| 5/1/2017 | $16,875.00 |