# EXHIBIT A

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|----------------|
| 5/8/2013 | $15,931.00 |
| 5/8/2013 | $678.00 |
| 6/7/2013 | $300.00 |
| 6/7/2013 | $74.00 |
| 6/7/2013 | $76.00 |
| 6/7/2013 | $699.00 |
| 6/7/2013 | $144.00 |
| 6/7/2013 | $47,937.00 |
| 6/7/2013 | $149.00 |
| 6/7/2013 | $62,423.00 |
| 6/7/2013 | $1,450.00 |
| 6/7/2013 | $202.00 |
| 6/7/2013 | $223.00 |
| 7/15/2013 | $78.00 |
| 7/15/2013 | $135.00 |
| 7/15/2013 | $48,011.00 |
| 7/15/2013 | $59,691.00 |
| 7/15/2013 | $908.00 |
| 7/15/2013 | $189.00 |
| 7/15/2013 | $1,407.00 |
| 7/15/2013 | $1,610.00 |
| 7/15/2013 | $216.00 |
| 7/15/2013 | $241.00 |
| 8/7/2013 | $298.00 |
| 8/7/2013 | $62.00 |
| 8/7/2013 | $354.00 |
| 8/7/2013 | $91.00 |
| 8/7/2013 | $96.00 |
| 8/7/2013 | $769.00 |
| 8/7/2013 | $41,049.00 |
| 8/7/2013 | $46,875.00 |
| 8/7/2013 | $149.00 |
| 8/7/2013 | $172.00 |
| 8/7/2013 | $1,510.00 |
| 8/7/2013 | $1,603.00 |
| 9/12/2013 | $74.00 |
| 9/12/2013 | $3,463.00 |
| 9/12/2013 | $3,799.00 |
| 9/12/2013 | $586.00 |
| 9/12/2013 | $33,871.00 |
| 9/12/2013 | $38,031.00 |
| 10/29/2013 | $2,251.00 |
| 10/29/2013 | $1,000.00 |
| 11/1/2013 | $3,237.00 |
| 11/1/2013 | $16,616.00 |
| 11/5/2013 | $2,966.00 |

A-1

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|---------------|
| 11/5/2013 | $15,585.00 |
| 11/21/2013 | $144.00 |
| 11/27/2013 | $1,122.00 |
| 12/19/2013 | $67.00 |
| 12/19/2013 | $70.00 |
| 12/19/2013 | $310.00 |
| 12/19/2013 | $377.00 |
| 12/19/2013 | $446.00 |
| 12/19/2013 | $608.00 |
| 12/19/2013 | $653.00 |
| 12/19/2013 | $47,536.00 |
| 12/19/2013 | $149.00 |
| 12/19/2013 | $53,578.00 |
| 12/19/2013 | $900.00 |
| 12/19/2013 | $154.00 |
| 12/19/2013 | $13.00 |
| 12/19/2013 | $29.00 |
| 12/19/2013 | $234.00 |
| 12/19/2013 | $41.00 |
| 12/19/2013 | $1,920.00 |
| 12/19/2013 | $46.00 |
| 12/31/2013 | $39,038.00 |
| 12/31/2013 | $66,377.00 |
| 1/9/2014 | $305.00 |
| 1/9/2014 | $40,349.00 |
| 1/9/2014 | $144.00 |
| 1/9/2014 | $51,306.00 |
| 1/9/2014 | $161.00 |
| 1/9/2014 | $212.00 |
| 1/15/2014 | $300.00 |
| 1/15/2014 | $300.00 |
| 1/15/2014 | $189.00 |
| 1/15/2014 | $46.00 |
| 2/6/2014 | $149.00 |
| 2/6/2014 | $26.00 |
| 2/6/2014 | $38.00 |
| 2/6/2014 | $228.00 |
| 2/10/2014 | $308.00 |
| 2/10/2014 | $374.00 |
| 2/10/2014 | $488.00 |
| 2/10/2014 | $99.00 |
| 2/10/2014 | $32,549.00 |
| 2/10/2014 | $156.00 |
| 2/10/2014 | $1,195.00 |
| 2/11/2014 | $71.00 |
| 2/11/2014 | $3,261.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|----------------|
| 2/11/2014 | $43,541.00 |
| 2/11/2014 | $1,125.00 |
| 2/18/2014 | $65.00 |
| 2/18/2014 | $88.00 |
| 2/18/2014 | $99.00 |
| 2/18/2014 | $38.00 |
| 3/7/2014 | $137.00 |
| 3/7/2014 | $139.00 |
| 3/7/2014 | $194.00 |
| 3/17/2014 | $283.00 |
| 3/17/2014 | $2,446.00 |
| 3/17/2014 | $81.00 |
| 3/17/2014 | $104.00 |
| 3/17/2014 | $837.00 |
| 3/17/2014 | $12.00 |
| 3/17/2014 | $46.00 |
| 3/18/2014 | $82.00 |
| 3/18/2014 | $41,934.00 |
| 3/25/2014 | $122.00 |
| 3/25/2014 | $40,818.00 |
| 3/25/2014 | $149.00 |
| 3/25/2014 | $202.00 |
| 4/7/2014 | $264.00 |
| 4/7/2014 | $78.00 |
| 4/7/2014 | $123.00 |
| 4/7/2014 | $126.00 |
| 4/7/2014 | $138.00 |
| 4/7/2014 | $12.00 |
| 4/14/2014 | $9,745.00 |
| 4/15/2014 | $90.00 |
| 4/15/2014 | $33,491.00 |
| 4/15/2014 | $1,534.00 |
| 4/28/2014 | $11,322.00 |
| 4/28/2014 | $662.00 |
| 4/28/2014 | $46.00 |
| 4/29/2014 | $44,319.00 |
| 5/29/2014 | $2,051.00 |
| 5/29/2014 | $298.00 |
| 5/29/2014 | $3,360.00 |
| 5/29/2014 | $3,599.00 |
| 5/29/2014 | $572.00 |
| 5/29/2014 | $149.00 |
| 5/29/2014 | $150.00 |
| 5/29/2014 | $1,005.00 |
| 5/29/2014 | $13.00 |
| 5/29/2014 | $211.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|----------------|
| 5/29/2014 | $215.00 |
| 5/29/2014 | $235.00 |
| 6/12/2014 | $63.00 |
| 6/12/2014 | $70.00 |
| 6/12/2014 | $74.00 |
| 6/12/2014 | $120.00 |
| 6/12/2014 | $23,074.00 |
| 6/12/2014 | $1,054.00 |
| 6/12/2014 | $38.00 |
| 6/12/2014 | $46.00 |
| 6/16/2014 | $15,688.00 |
| 6/16/2014 | $891.00 |
| 6/16/2014 | $1,479.00 |
| 6/16/2014 | $231.00 |
| 6/17/2014 | $15.00 |
| 6/17/2014 | $48.00 |
| 6/20/2014 | $135.00 |
| 6/30/2014 | $19,259.00 |
| 7/1/2014 | $271.00 |
| 7/1/2014 | $423.00 |
| 7/1/2014 | $865.00 |
| 7/1/2014 | $1,105.00 |
| 7/1/2014 | $1,140.00 |
| 7/8/2014 | $261.00 |
| 7/8/2014 | $290.00 |
| 7/8/2014 | $341.00 |
| 7/8/2014 | $395.00 |
| 7/8/2014 | $22,227.00 |
| 7/8/2014 | $156.00 |
| 7/8/2014 | $207.00 |
| 7/11/2014 | $72.00 |
| 7/21/2014 | $58.00 |
| 7/21/2014 | $326.00 |
| 7/21/2014 | $82.00 |
| 7/21/2014 | $507.00 |
| 8/18/2014 | $63.00 |
| 8/18/2014 | $65.00 |
| 8/18/2014 | $372.00 |
| 8/18/2014 | $95.00 |
| 8/18/2014 | $505.00 |
| 8/18/2014 | $511.00 |
| 8/18/2014 | $9,411.00 |
| 8/18/2014 | $570.00 |
| 8/18/2014 | $13,289.00 |
| 8/18/2014 | $135.00 |
| 8/18/2014 | $922.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|----------------|
| 8/18/2014 | $152.00 |
| 8/18/2014 | $943.00 |
| 8/18/2014 | $1,261.00 |
| 9/11/2014 | $65.00 |
| 9/11/2014 | $1,879.00 |
| 9/24/2014 | $302.00 |
| 9/24/2014 | $302.00 |
| 9/24/2014 | $390.00 |
| 9/24/2014 | $4,749.00 |
| 9/24/2014 | $14,463.00 |
| 9/24/2014 | $18,310.00 |
| 9/25/2014 | $2,384.00 |
| 9/25/2014 | $620.00 |
| 9/25/2014 | $1,503.00 |
| 11/4/2014 | $4,807.00 |
| 11/14/2014 | $5,252.00 |
| 11/14/2014 | $818.00 |
| 11/14/2014 | $1,138.00 |
| 11/19/2014 | $257.00 |
| 11/19/2014 | $72.00 |
| 11/19/2014 | $4,571.00 |
| 11/19/2014 | $124.00 |
| 11/19/2014 | $718.00 |
| 11/19/2014 | $172.00 |
| 11/24/2014 | $98.00 |
| 11/26/2014 | $55.00 |
| 11/26/2014 | $70.00 |
| 11/26/2014 | $456.00 |
| 11/26/2014 | $1,512.00 |
| 12/3/2014 | $272.00 |
| 12/3/2014 | $174.00 |
| 12/3/2014 | $1,176.00 |
| 12/3/2014 | $1,243.00 |
| 12/4/2014 | $454.00 |
| 12/4/2014 | $624.00 |
| 12/4/2014 | $878.00 |
| 12/4/2014 | $1,144.00 |
| 12/5/2014 | $351.00 |
| 12/5/2014 | $107.00 |
| 12/5/2014 | $129.00 |
| 12/5/2014 | $781.00 |
| 12/8/2014 | $860.00 |
| 12/9/2014 | $306.00 |
| 12/9/2014 | $325.00 |
| 12/9/2014 | $4,394.00 |
| 12/9/2014 | $5,380.00 |

63378629 v1

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|---|---|
| 12/9/2014 | $6,985.00 |
| 12/9/2014 | $571.00 |
| 12/9/2014 | $845.00 |
| 12/9/2014 | $865.00 |
| 12/9/2014 | $189.00 |
| 12/10/2014 | $311.00 |
| 12/10/2014 | $100.00 |
| 12/10/2014 | $580.00 |
| 12/23/2014 | $225.00 |
| 12/26/2014 | $385.00 |
| 12/26/2014 | $5,525.00 |
| 12/26/2014 | $116.00 |
| 12/26/2014 | $130.00 |
| 12/26/2014 | $169.00 |
| 12/30/2014 | $254.00 |
| 12/30/2014 | $54.00 |
| 12/30/2014 | $70.00 |
| 12/30/2014 | $356.00 |
| 12/30/2014 | $142.00 |
| 12/30/2014 | $142.00 |
| 12/30/2014 | $14.00 |
| 12/30/2014 | $193.00 |
| 12/30/2014 | $21.00 |
| 12/30/2014 | $238.00 |
| 1/2/2015 | $135.00 |
| 1/6/2015 | $2,640.00 |
| 1/6/2015 | $3,302.00 |
| 1/6/2015 | $4,452.00 |
| 1/12/2015 | $2,470.00 |
| 1/12/2015 | $2,505.00 |
| 1/12/2015 | $3,042.00 |
| 1/12/2015 | $3,993.00 |
| 1/12/2015 | $4,029.00 |
| 1/14/2015 | $50.00 |
| 1/14/2015 | $55.00 |
| 1/14/2015 | $55.00 |
| 1/14/2015 | $63.00 |
| 1/14/2015 | $66.00 |
| 1/14/2015 | $70.00 |
| 1/14/2015 | $71.00 |
| 1/14/2015 | $315.00 |
| 1/14/2015 | $3,701.00 |
| 1/14/2015 | $431.00 |
| 1/14/2015 | $432.00 |
| 1/14/2015 | $91.00 |
| 1/14/2015 | $94.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|---------------|
| 1/14/2015 | $507.00 |
| 1/14/2015 | $107.00 |
| 1/14/2015 | $116.00 |
| 1/14/2015 | $123.00 |
| 1/14/2015 | $144.00 |
| 1/14/2015 | $10.00 |
| 1/14/2015 | $10.00 |
| 1/14/2015 | $10.00 |
| 1/14/2015 | $16.00 |
| 1/14/2015 | $192.00 |
| 1/14/2015 | $200.00 |
| 1/14/2015 | $213.00 |
| 1/14/2015 | $36.00 |
| 1/14/2015 | $227.00 |
| 1/14/2015 | $44.00 |
| 1/21/2015 | $3,304.00 |
| 1/21/2015 | $5,432.00 |
| 1/21/2015 | $14,196.00 |
| 1/21/2015 | $18,349.00 |
| 1/21/2015 | $23,465.00 |
| 1/27/2015 | $9,898.00 |
| 1/29/2015 | $4,654.00 |
| 2/3/2015 | $50.00 |
| 2/3/2015 | $78.00 |
| 2/3/2015 | $80.00 |
| 2/3/2015 | $38.00 |
| 2/6/2015 | $10.00 |
| 2/6/2015 | $10.00 |
| 2/6/2015 | $10.00 |
| 2/6/2015 | $30.00 |
| 2/17/2015 | $4,378.00 |
| 2/17/2015 | $6,775.00 |
| 2/18/2015 | $7,002.00 |
| 2/24/2015 | $266.00 |
| 2/24/2015 | $364.00 |
| 2/24/2015 | $458.00 |
| 2/24/2015 | $6,282.00 |
| 2/24/2015 | $6,658.00 |
| 2/24/2015 | $139.00 |
| 2/24/2015 | $10.00 |
| 2/24/2015 | $35.00 |
| 3/17/2015 | $8,911.00 |
| 3/20/2015 | $6,822.00 |
| 3/25/2015 | $2,720.00 |
| 3/25/2015 | $6,620.00 |
| 3/25/2015 | $9,833.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|----------------|
| 3/30/2015 | $1,470.00 |
| 3/31/2015 | $348.00 |
| 3/31/2015 | $120.00 |
| 3/31/2015 | $202.00 |
| 4/14/2015 | $6,211.00 |
| 4/14/2015 | $9,134.00 |
| 4/14/2015 | $162.00 |
| 4/15/2015 | $9,115.00 |
| 4/21/2015 | $446.00 |
| 4/21/2015 | $7,694.00 |
| 4/21/2015 | $10,085.00 |
| 4/21/2015 | $140.00 |
| 4/21/2015 | $195.00 |
| 4/22/2015 | $2,111.00 |
| 4/22/2015 | $3,108.00 |
| 4/22/2015 | $3,115.00 |
| 4/22/2015 | $9,151.00 |
| 4/22/2015 | $10,585.00 |
| 4/22/2015 | $189.00 |
| 4/22/2015 | $191.00 |
| 4/22/2015 | $1,736.00 |
| 4/27/2015 | $255.00 |
| 4/27/2015 | $60.00 |
| 4/27/2015 | $308.00 |
| 4/27/2015 | $105.00 |
| 4/27/2015 | $15,369.00 |
| 4/27/2015 | $668.00 |
| 4/27/2015 | $128.00 |
| 4/27/2015 | $984.00 |
| 4/27/2015 | $168.00 |
| 4/27/2015 | $199.00 |
| 4/27/2015 | $21.00 |
| 4/27/2015 | $29.00 |
| 4/27/2015 | $32.00 |
| 4/27/2015 | $215.00 |
| 4/27/2015 | $242.00 |
| 4/28/2015 | $3,304.00 |
| 4/28/2015 | $7,223.00 |
| 4/30/2015 | $49.00 |
| 4/30/2015 | $49.00 |
| 4/30/2015 | $97.00 |
| 4/30/2015 | $97.00 |
| 4/30/2015 | $126.00 |
| 4/30/2015 | $151.00 |
| 4/30/2015 | $1,665.00 |
| 4/30/2015 | $48.00 |

63378629 v1

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|---|---|
| 5/1/2015 | $288.00 |
| 5/1/2015 | $3,383.00 |
| 5/6/2015 | $3,915.00 |
| 5/12/2015 | $3,572.00 |
| 5/12/2015 | $5,373.00 |
| 5/12/2015 | $6,028.00 |
| 5/12/2015 | $6,668.00 |
| 5/12/2015 | $930.00 |
| 5/14/2015 | $327.00 |
| 5/14/2015 | $86.00 |
| 5/18/2015 | $255.00 |
| 5/18/2015 | $334.00 |
| 5/18/2015 | $423.00 |
| 5/18/2015 | $500.00 |
| 5/18/2015 | $519.00 |
| 5/18/2015 | $523.00 |
| 5/18/2015 | $821.00 |
| 5/19/2015 | $2,230.00 |
| 5/19/2015 | $7,722.00 |
| 5/21/2015 | $299.00 |
| 5/21/2015 | $6,121.00 |
| 5/26/2015 | $10,322.00 |
| 6/16/2015 | $7,140.00 |
| 6/16/2015 | $558.00 |
| 6/16/2015 | $4,558.00 |
| 6/22/2015 | $3,623.00 |
| 6/24/2015 | $44.00 |
| 6/24/2015 | $55.00 |
| 6/30/2015 | $1,110.00 |
| 7/14/2015 | $8,448.00 |
| 7/14/2015 | $102.00 |
| 7/14/2015 | $10.00 |
| 7/14/2015 | $30.00 |
| 7/14/2015 | $31.00 |
| 7/14/2015 | $39.00 |
| 7/14/2015 | $40.00 |
| 7/14/2015 | $48.00 |
| 7/14/2015 | $48.00 |
| 7/14/2015 | $48.00 |
| 7/14/2015 | $57.00 |
| 7/14/2015 | $77.00 |
| 7/14/2015 | $94.00 |
| 7/14/2015 | $95.00 |
| 7/14/2015 | $136.00 |
| 7/14/2015 | $143.00 |
| 7/14/2015 | $186.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|---------------|
| 7/14/2015 | $190.00 |
| 7/20/2015 | $1,090.00 |
| 7/21/2015 | $1,779.00 |
| 7/21/2015 | $4,325.00 |
| 7/22/2015 | $151.00 |
| 7/22/2015 | $393.00 |
| 7/22/2015 | $44.00 |
| 7/22/2015 | $48.00 |
| 7/22/2015 | $48.00 |
| 7/22/2015 | $2,176.00 |
| 7/22/2015 | $2,489.00 |
| 7/22/2015 | $7,171.00 |
| 7/22/2015 | $217.00 |
| 7/22/2015 | $294.00 |
| 7/22/2015 | $411.00 |
| 7/22/2015 | $476.00 |
| 7/22/2015 | $525.00 |
| 7/22/2015 | $915.00 |
| 7/27/2015 | $1,649.00 |
| 7/27/2015 | $406.00 |
| 7/27/2015 | $6,252.00 |
| 7/27/2015 | $5,077.00 |
| 7/29/2015 | $5,924.00 |
| 7/31/2015 | $370.00 |
| 7/31/2015 | $6,276.00 |
| 8/10/2015 | $125.00 |
| 8/10/2015 | $190.00 |
| 8/10/2015 | $169.00 |
| 8/10/2015 | $533.00 |
| 8/11/2015 | $2,727.00 |
| 8/11/2015 | $867.00 |
| 8/19/2015 | $381.00 |
| 8/19/2015 | $5,449.00 |
| 8/19/2015 | $5,811.00 |
| 8/21/2015 | $3,231.00 |
| 8/21/2015 | $1,056.00 |
| 8/24/2015 | $1,989.00 |
| 8/24/2015 | $379.00 |
| 8/24/2015 | $4,783.00 |
| 8/25/2015 | $2,952.00 |
| 8/25/2015 | $4,489.00 |
| 8/25/2015 | $6,520.00 |
| 8/25/2015 | $233.00 |
| 8/26/2015 | $7,327.00 |
| 8/27/2015 | $203.00 |
| 8/27/2015 | $63.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|---|---|
| 8/27/2015 | $227.00 |
| 9/9/2015 | $468.00 |
| 9/9/2015 | $108.00 |
| 9/9/2015 | $1,365.00 |
| 9/9/2015 | $2,097.00 |
| 9/9/2015 | $2,180.00 |
| 9/9/2015 | $2,141.00 |
| 9/9/2015 | $175.00 |
| 9/14/2015 | $116.00 |
| 9/14/2015 | $2,014.00 |
| 9/23/2015 | $113.00 |
| 10/7/2015 | $1,367.00 |
| 10/7/2015 | $1,454.00 |
| 10/7/2015 | $642.00 |
| 10/7/2015 | $1,777.00 |
| 10/7/2015 | $3,979.00 |
| 10/7/2015 | $5,841.00 |
| 10/7/2015 | $920.00 |
| 10/7/2015 | $1,629.00 |
| 10/7/2015 | $466.00 |
| 10/15/2015 | $1,534.00 |
| 10/19/2015 | $518.00 |
| 10/19/2015 | $366.00 |
| 10/19/2015 | $173.00 |
| 10/19/2015 | $120.00 |
| 10/19/2015 | $190.00 |
| 10/19/2015 | $480.00 |
| 10/19/2015 | $30.00 |
| 10/19/2015 | $448.00 |
| 10/19/2015 | $120.00 |
| 10/19/2015 | $269.00 |
| 10/19/2015 | $95.00 |
| 10/19/2015 | $477.00 |
| 10/19/2015 | $175.00 |
| 10/20/2015 | $1,040.00 |
| 10/21/2015 | $8,205.00 |
| 10/26/2015 | $1,530.00 |
| 10/26/2015 | $161.00 |
| 10/26/2015 | $77.00 |
| 10/26/2015 | $4,438.00 |
| 11/2/2015 | $284.00 |
| 11/2/2015 | $218.00 |
| 11/2/2015 | $2,523.00 |
| 11/2/2015 | $55.00 |
| 11/2/2015 | $1,396.00 |
| 11/3/2015 | $89.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|---|---|
| 11/9/2015 | $212.00 |
| 11/9/2015 | $161.00 |
| 11/9/2015 | $751.00 |
| 11/23/2015 | $233.00 |
| 11/23/2015 | $2,089.00 |
| 11/23/2015 | $3,664.00 |
| 12/15/2015 | $568.00 |
| 12/15/2015 | $390.00 |
| 12/15/2015 | $1,918.00 |
| 12/15/2015 | $2,686.00 |
| 12/15/2015 | $2,459.00 |
| 12/15/2015 | $808.00 |
| 12/15/2015 | $5,214.00 |
| 12/15/2015 | $5,935.00 |
| 12/15/2015 | $774.00 |
| 12/15/2015 | $2,214.00 |
| 12/16/2015 | $2,077.00 |
| 12/16/2015 | $67.00 |
| 12/18/2015 | $2,279.00 |
| 12/18/2015 | $75.00 |
| 12/21/2015 | $723.00 |
| 12/22/2015 | $44.00 |
| 12/22/2015 | $1,110.00 |
| 12/29/2015 | $1,101.00 |
| 12/29/2015 | $4,209.00 |
| 12/29/2015 | $878.00 |
| 12/29/2015 | $295.00 |
| 12/29/2015 | $1,955.00 |
| 12/29/2015 | $2,168.00 |
| 12/30/2015 | $3,402.00 |
| 12/30/2015 | $1,836.00 |
| 1/4/2016 | $2,670.00 |
| 1/4/2016 | $4,315.00 |
| 1/4/2016 | $1,818.00 |
| 1/4/2016 | $216.00 |
| 1/5/2016 | $263.00 |
| 1/11/2016 | $4,455.00 |
| 1/11/2016 | $4,518.00 |
| 1/11/2016 | $238.00 |
| 1/11/2016 | $350.00 |
| 1/11/2016 | $48.00 |
| 1/11/2016 | $48.00 |
| 1/11/2016 | $48.00 |
| 1/11/2016 | $60.00 |
| 1/11/2016 | $63.00 |
| 1/11/2016 | $74.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|---------------|
| 1/11/2016 | $124.00 |
| 1/11/2016 | $250.00 |
| 1/11/2016 | $169.00 |
| 1/11/2016 | $610.00 |
| 1/11/2016 | $441.00 |
| 1/11/2016 | $466.00 |
| 1/11/2016 | $467.00 |
| 1/11/2016 | $385.00 |
| 1/11/2016 | $994.00 |
| 1/11/2016 | $343.00 |
| 1/11/2016 | $383.00 |
| 1/11/2016 | $154.00 |
| 1/11/2016 | $74.00 |
| 1/11/2016 | $11.00 |
| 3/17/2016 | $4,164.00 |
| 3/17/2016 | $3,298.00 |
| 3/17/2016 | $6,390.00 |
| 3/17/2016 | $2,987.00 |
| 3/17/2016 | $1,956.00 |
| 3/17/2016 | $1,460.00 |
| 3/17/2016 | $4,128.00 |
| 3/17/2016 | $820.00 |
| 3/17/2016 | $3,269.00 |
| 3/17/2016 | $5,918.00 |
| 3/17/2016 | $976.00 |
| 3/17/2016 | $906.00 |
| 3/17/2016 | $3,091.00 |
| 3/17/2016 | $689.00 |
| 3/17/2016 | $1,488.00 |
| 3/17/2016 | $918.00 |
| 3/17/2016 | $5,042.00 |
| 3/17/2016 | $670.00 |
| 3/17/2016 | $1,250.00 |
| 3/21/2016 | $177.00 |
| 3/21/2016 | $1,254.00 |
| 3/21/2016 | $2,007.00 |
| 4/4/2016 | $1,517.00 |
| 4/4/2016 | $993.00 |
| 4/4/2016 | $16.00 |
| 4/4/2016 | $90.00 |
| 4/4/2016 | $475.00 |
| 4/4/2016 | $1,122.00 |
| 4/4/2016 | $968.00 |
| 4/4/2016 | $84.00 |
| 4/4/2016 | $985.00 |
| 4/4/2016 | $905.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|---------------|
| 4/4/2016 | $1,055.00 |
| 4/4/2016 | $721.00 |
| 4/4/2016 | $1,917.00 |
| 4/4/2016 | $35.00 |
| 4/4/2016 | $103.00 |
| 4/4/2016 | $200.00 |
| 4/4/2016 | $506.00 |
| 4/4/2016 | $139.00 |
| 4/4/2016 | $183.00 |
| 4/4/2016 | $35.00 |
| 4/8/2016 | $502.00 |
| 4/8/2016 | $592.00 |
| 4/8/2016 | $736.00 |
| 4/8/2016 | $804.00 |
| 4/8/2016 | $918.00 |
| 4/12/2016 | $1,757.00 |
| 4/12/2016 | $1,680.00 |
| 4/12/2016 | $1,337.00 |
| 4/12/2016 | $2,766.00 |
| 4/12/2016 | $2,128.00 |
| 4/12/2016 | $611.00 |
| 4/12/2016 | $298.00 |
| 4/12/2016 | $2,077.00 |
| 4/12/2016 | $204.00 |
| 4/12/2016 | $1,974.00 |
| 4/12/2016 | $2,674.00 |
| 4/12/2016 | $1,065.00 |
| 4/12/2016 | $1,397.00 |
| 4/12/2016 | $284.00 |
| 4/12/2016 | $2,332.00 |
| 5/5/2016 | $5,761.00 |
| 5/5/2016 | $4,283.00 |
| 5/5/2016 | $4,971.00 |
| 5/5/2016 | $4,289.00 |
| 5/5/2016 | $2,307.00 |
| 5/5/2016 | $3,461.00 |
| 5/5/2016 | $1,728.00 |
| 5/5/2016 | $3,008.00 |
| 5/5/2016 | $1,132.00 |
| 5/5/2016 | $1,394.00 |
| 5/5/2016 | $1,792.00 |
| 5/5/2016 | $1,837.00 |
| 5/5/2016 | $2,615.00 |
| 5/5/2016 | $2,788.00 |
| 5/5/2016 | $3,248.00 |
| 5/5/2016 | $1,591.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|----------------|
| 5/5/2016 | $1,184.00 |
| 5/5/2016 | $2,160.00 |
| 5/5/2016 | $2,263.00 |
| 5/5/2016 | $1,504.00 |
| 5/5/2016 | $1,335.00 |
| 5/5/2016 | $1,607.00 |
| 5/6/2016 | $1,972.00 |
| 5/6/2016 | $1,020.00 |
| 5/10/2016 | $2,394.00 |
| 5/10/2016 | $2,714.00 |
| 5/10/2016 | $4,428.00 |
| 5/10/2016 | $933.00 |
| 5/10/2016 | $4,432.00 |
| 5/10/2016 | $5,621.00 |
| 5/10/2016 | $2,237.00 |
| 5/10/2016 | $4,973.00 |
| 5/10/2016 | $2,619.00 |
| 5/10/2016 | $817.00 |
| 5/10/2016 | $611.00 |
| 5/11/2016 | $1,213.00 |
| 5/11/2016 | $1,980.00 |
| 5/24/2016 | $66.00 |
| 5/24/2016 | $92.00 |
| 5/24/2016 | $512.00 |
| 5/24/2016 | $3,043.00 |
| 5/24/2016 | $3,162.00 |
| 5/24/2016 | $125.00 |
| 5/24/2016 | $4,788.00 |
| 5/24/2016 | $1,146.00 |
| 5/24/2016 | $2,945.00 |
| 5/24/2016 | $1,259.00 |
| 5/24/2016 | $637.00 |
| 5/24/2016 | $2,165.00 |
| 5/24/2016 | $3,994.00 |
| 5/24/2016 | $2,727.00 |
| 5/24/2016 | $1,774.00 |
| 5/24/2016 | $1,725.00 |
| 5/24/2016 | $428.00 |
| 5/24/2016 | $399.00 |
| 5/24/2016 | $2,640.00 |
| 5/24/2016 | $1,441.00 |
| 5/24/2016 | $4,380.00 |
| 5/24/2016 | $3,935.00 |
| 5/24/2016 | $5,043.00 |
| 5/24/2016 | $3,522.00 |
| 6/20/2016 | $5,930.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
| --- | --- |
| 6/20/2016 | $4,234.00 |
| 6/20/2016 | $2,499.00 |
| 6/20/2016 | $2,484.00 |
| 6/20/2016 | $5,085.00 |
| 6/20/2016 | $5,246.00 |
| 6/20/2016 | $2,564.00 |
| 6/20/2016 | $3,203.00 |
| 6/24/2016 | $125.00 |
| 6/24/2016 | $614.00 |
| 7/11/2016 | $22,052.00 |
| 7/12/2016 | $40.00 |
| 7/21/2016 | $464.00 |
| 7/21/2016 | $117.00 |
| 7/21/2016 | $2,671.00 |
| 7/21/2016 | $1,801.00 |
| 7/21/2016 | $4,315.00 |
| 7/21/2016 | $31,573.00 |
| 8/15/2016 | $390.00 |
| 8/15/2016 | $2,109.00 |
| 8/15/2016 | $443.00 |
| 8/15/2016 | $2,564.00 |
| 8/15/2016 | $4,670.00 |
| 8/15/2016 | $663.00 |
| 8/15/2016 | $851.00 |
| 8/15/2016 | $1,243.00 |
| 8/16/2016 | $1,669.00 |
| 8/16/2016 | $478.00 |
| 8/24/2016 | $1,484.00 |
| 9/12/2016 | $1,562.00 |
| 9/23/2016 | $904.00 |
| 9/29/2016 | $4,650.00 |
| 9/29/2016 | $592.00 |
| 9/29/2016 | $3,130.00 |
| 9/29/2016 | $112.00 |
| 9/29/2016 | $368.00 |
| 9/29/2016 | $734.00 |
| 10/12/2016 | $10,611.00 |
| 10/12/2016 | $6,754.00 |
| 10/12/2016 | $8,877.00 |
| 10/12/2016 | $35.00 |
| 10/12/2016 | $432.00 |
| 11/7/2016 | $7,068.00 |
| 11/7/2016 | $6,372.00 |
| 11/7/2016 | $234.00 |
| 11/7/2016 | $1,826.00 |
| 11/22/2016 | $16,920.00 |

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|----------------|
| 12/16/2016 | $200.00 |
| 12/21/2016 | $288.00 |
| 12/30/2016 | $70.00 |
| 1/4/2017 | $1,963.00 |
| 1/4/2017 | $19,936.00 |
| 1/4/2017 | $3,464.00 |
| 1/31/2017 | $42,168.00 |
| 2/7/2017 | $9,414.00 |
| 2/7/2017 | $2,490.00 |
| 2/10/2017 | $1,725.00 |
| 2/10/2017 | $4,120.00 |
| 2/10/2017 | $216.00 |
| 2/10/2017 | $285.00 |
| 2/10/2017 | $376.00 |
| 2/21/2017 | $2,751.00 |
| 2/21/2017 | $8,638.00 |
| 2/21/2017 | $12,374.00 |
| 3/2/2017 | $115.00 |
| 3/6/2017 | $21,604.00 |
| 3/9/2017 | $8,713.00 |
| 3/9/2017 | $284.00 |
| 3/17/2017 | $524.00 |
| 3/17/2017 | $524.00 |
| 3/17/2017 | $786.00 |
| 3/17/2017 | $524.00 |
| 3/17/2017 | $524.00 |
| 3/17/2017 | $10,660.00 |
| 3/23/2017 | $6,603.00 |
| 3/23/2017 | $113.00 |
| 4/4/2017 | $12,794.00 |
| 4/4/2017 | $775.00 |
| 4/20/2017 | $8,049.00 |
| 4/21/2017 | $2,911.00 |
| 4/21/2017 | $2,725.00 |
| 4/21/2017 | $3,318.00 |
| 4/24/2017 | $257.00 |
| 4/24/2017 | $653.00 |
| 4/24/2017 | $2,778.00 |
| 4/24/2017 | $3,258.00 |
| 4/24/2017 | $2,920.00 |
| 4/24/2017 | $5,701.00 |
| 4/24/2017 | $7,484.00 |
| 4/24/2017 | $3,521.00 |
| 4/24/2017 | $2,150.00 |
| 4/24/2017 | $20.00 |
| 4/24/2017 | $5,954.00 |

63378629 v1

TRANSFERS TO RAMON E. MORALES dba MORALES DISTRIBUTORS

| Date | Payment Amount |
|------|---------------|
| 4/24/2017 | $77.00 |
| 4/24/2017 | $524.00 |
| 4/24/2017 | $273.00 |
| 4/24/2017 | $2,707.00 |
| 4/24/2017 | $3,505.00 |
| 4/24/2017 | $3,118.00 |
| 4/24/2017 | $3,873.00 |
| 5/2/2017 | $726.00 |
| 5/2/2017 | $3,029.00 |

63378629 v1