# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO CENTRO SICOTERAPEUTICO MULTIDISCIPLINARIO INCORPORADO

| Date | Payment Amount |
|---|---|
| 1/8/2015 | $67.00 |
| 7/23/2014 | $72.00 |
| 7/22/2013 | $3,928.00 |
| 6/30/2014 | $415.00 |
| 3/17/2014 | $87.00 |
| 4/23/2014 | $477.00 |
| 11/27/2013 | $8,158.00 |
| 9/17/2014 | $9,615.00 |
| 5/3/2013 | $10,245.00 |
| 4/14/2015 | $594.00 |
| 5/30/2014 | $635.00 |
| 7/22/2013 | $24,639.00 |
| 12/15/2014 | $24,747.00 |
| 3/3/2015 | $27,351.00 |
| 2/12/2014 | $27,388.00 |
| 8/21/2014 | $27,542.00 |
| 1/10/2014 | $27,794.00 |
| 3/17/2014 | $28,291.00 |
| 4/14/2015 | $30,300.00 |
| 12/19/2014 | $32,120.00 |
| 2/12/2015 | $33,796.00 |
| 9/20/2013 | $34,018.00 |
| 8/18/2014 | $34,902.00 |
| 11/12/2013 | $35,015.00 |
| 8/14/2013 | $37,786.00 |
| 2/18/2014 | $40,280.00 |
| 1/10/2014 | $41,357.00 |
| 7/18/2013 | $42,163.00 |
| 12/23/2014 | $43,516.00 |
| 4/28/2015 | $44,501.00 |
| 1/20/2015 | $44,810.00 |
| 5/5/2014 | $46,923.00 |
| 8/6/2014 | $47,396.00 |
| 1/8/2015 | $804.00 |
| 9/24/2013 | $48,529.00 |
| 6/30/2014 | $49,131.00 |
| 9/16/2014 | $49,402.00 |
| 1/24/2014 | $52,030.00 |
| 5/9/2013 | $54,953.00 |
| 7/23/2014 | $55,661.00 |
| 8/14/2013 | $56,761.00 |
| 12/29/2014 | $70,422.00 |
| 11/25/2014 | $75,778.00 |
| 3/19/2015 | $904.00 |
| 12/19/2013 | $907.00 |
| 11/25/2013 | $99,981.00 |

EXHIBIT A

TRANSFERS TO CENTRO SICOTERAPEUTICO MULTIDISCIPLINARIO INCORPORADO

| Date | Payment Amount |
|---|---|
| 2/28/2014 | $104,075.00 |
| 4/8/2015 | $105,102.00 |
| 4/11/2014 | $109,147.00 |
| 12/3/2013 | $116,917.00 |
| 7/18/2014 | $117,602.00 |
| 4/21/2015 | $118,825.00 |
| 3/24/2014 | $123,152.00 |
| 2/25/2014 | $127,582.00 |
| 8/14/2013 | $129,066.00 |
| 2/19/2015 | $130,435.00 |
| 2/24/2015 | $130,515.00 |
| 4/2/2015 | $138,009.00 |
| 8/20/2014 | $138,840.00 |
| 2/19/2014 | $152.00 |
| 8/21/2014 | $144,232.00 |
| 2/12/2014 | $151,575.00 |
| 8/14/2013 | $153,014.00 |
| 2/12/2015 | $155,178.00 |
| 12/27/2013 | $160,461.00 |
| 8/14/2013 | $166,280.00 |
| 8/14/2013 | $170,870.00 |
| 1/10/2014 | $171,072.00 |
| 5/19/2015 | $172,083.00 |
| 1/5/2015 | $174,257.00 |
| 5/1/2014 | $181,080.00 |
| 1/23/2015 | $183,054.00 |
| 8/14/2013 | $191,302.00 |
| 1/10/2014 | $191,543.00 |
| 8/14/2013 | $193,919.00 |
| 1/10/2014 | $194,401.00 |
| 6/19/2014 | $197,982.00 |
| 2/10/2015 | $201,089.00 |
| 5/15/2015 | $203,677.00 |
| 1/28/2015 | $206,071.00 |
| 8/14/2013 | $208,086.00 |
| 4/23/2014 | $212,082.00 |
| 7/2/2014 | $215,629.00 |
| 1/10/2014 | $230,500.00 |
| 6/9/2014 | $230,760.00 |
| 8/14/2013 | $235,336.00 |
| 1/8/2015 | $1,020.00 |
| 2/12/2015 | $1,278.00 |
| 4/28/2015 | $1,786.00 |
| 11/29/2016 | $553.00 |
| 5/18/2016 | $225,375.00 |
| 5/18/2016 | $186,763.00 |

EXHIBIT A

TRANSFERS TO CENTRO SICOTERAPEUTICO MULTIDISCIPLINARIO INCORPORADO

| Date | Payment Amount |
|---|---|
| 5/18/2016 | $54,411.00 |
| 5/18/2016 | $202,982.00 |
| 5/18/2016 | $52,052.00 |
| 9/9/2015 | $122,343.00 |
| 2/17/2017 | $585.00 |
| 5/13/2016 | $114,424.00 |
| 5/13/2016 | $133,413.00 |
| 5/13/2016 | $33,030.00 |
| 5/13/2016 | $138,228.00 |
| 8/26/2015 | $152,511.00 |
| 8/25/2015 | $196,213.00 |
| 5/12/2016 | $461.00 |
| 4/20/2017 | $1,034.00 |
| 11/16/2016 | $117,445.00 |
| 11/16/2016 | $166,970.00 |
| 8/11/2016 | $57,824.00 |
| 8/11/2016 | $44,550.00 |
| 8/11/2016 | $56,541.00 |
| 1/27/2016 | $168,404.00 |
| 1/27/2016 | $36,180.00 |
| 1/27/2016 | $1,933.00 |
| 8/17/2015 | $46,899.00 |
| 2/10/2017 | $182,492.00 |
| 4/13/2017 | $120,641.00 |
| 11/7/2016 | $640.00 |
| 4/11/2017 | $29,663.00 |
| 1/12/2016 | $178,884.00 |
| 1/12/2016 | $208,596.00 |
| 2/6/2017 | $152,850.00 |
| 2/3/2017 | $249,479.00 |
| 7/27/2015 | $181,498.00 |
| 1/5/2016 | $50,381.00 |
| 1/5/2016 | $1,082.00 |
| 1/5/2016 | $219,166.00 |
| 1/5/2016 | $1,059.00 |
| 7/21/2015 | $212,817.00 |
| 12/29/2015 | $26,127.00 |
| 12/29/2015 | $119,395.00 |
| 12/21/2015 | $102,181.00 |
| 12/21/2015 | $1,497.00 |
| 7/11/2016 | $212,471.00 |
| 12/18/2015 | $184,745.00 |
| 12/18/2015 | $50,503.00 |
| 7/11/2016 | $123,207.00 |
| 6/29/2015 | $1,333.00 |
| 4/12/2016 | $810.00 |

# EXHIBIT A
## TRANSFERS TO CENTRO SICOTERAPEUTICO MULTIDISCIPLINARIO INCORPORADO

| Date | Payment Amount |
|---|---|
| 3/27/2017 | $603.00 |
| 4/12/2016 | $98,259.00 |
| 4/12/2016 | $30,780.00 |
| 4/11/2016 | $177.00 |
| 1/5/2017 | $176,776.00 |
| 10/4/2016 | $28,451.00 |
| 10/4/2016 | $19,853.00 |
| 10/4/2016 | $28,810.00 |
| 10/4/2016 | $92,559.00 |
| 10/4/2016 | $106,256.00 |
| 10/4/2016 | $129,014.00 |
| 12/30/2016 | $201,028.00 |
| 11/6/2015 | $23,132.00 |
| 9/27/2016 | $1,012.00 |
| 9/22/2016 | $497.00 |
| 3/7/2017 | $573.00 |
| 3/25/2016 | $443.00 |
| 10/22/2015 | $97,333.00 |
| 10/21/2015 | $4,235.00 |
| 10/21/2015 | $30,142.00 |
| 12/19/2016 | $167,672.00 |
| 9/14/2016 | $497.00 |
| 10/13/2015 | $25,400.00 |
| 2/27/2017 | $104,692.00 |
| 2/27/2017 | $38,186.00 |
| 3/1/2016 | $132,675.00 |
| 2/26/2016 | $100.00 |
| 2/26/2016 | $1,068.00 |
| 9/15/2015 | $43,567.00 |
| 5/19/2016 | $993.00 |