# EXHIBIT A

Case:17-03283-LTS Doc#:6658-1 Filed:04/30/19 Entered:04/30/19 19:07:21 Desc: Exhibit A Page 1 of 3

EXHIBIT A

TRANSFERS TO EXPLORA CENTRO ACADEMICO Y TERAPEUTICO LLC

| Date | Payment Amount |
|---|---|
| 11/8/2013 | $43,325.00 |
| 12/3/2013 | $46,843.00 |
| 12/3/2013 | $1,496.00 |
| 12/12/2013 | $62,083.00 |
| 1/16/2014 | $33,603.00 |
| 1/22/2014 | $50,229.00 |
| 2/6/2014 | $32,473.00 |
| 3/11/2014 | $32,796.00 |
| 3/21/2014 | $33,562.00 |
| 4/4/2014 | $39,935.00 |
| 4/15/2014 | $40,571.00 |
| 5/6/2014 | $54,452.00 |
| 6/11/2014 | $58,194.00 |
| 6/16/2014 | $40,708.00 |
| 7/2/2014 | $40,319.00 |
| 7/2/2014 | $54,845.00 |
| 8/8/2014 | $40,617.00 |
| 9/12/2014 | $49,442.00 |
| 9/19/2014 | $42,117.00 |
| 9/23/2014 | $40,068.00 |
| 1/16/2015 | $56,624.00 |
| 1/23/2015 | $42,134.00 |
| 1/23/2015 | $43,011.00 |
| 2/9/2015 | $38,324.00 |
| 3/12/2015 | $37,305.00 |
| 4/20/2015 | $37,354.00 |
| 5/8/2015 | $44,354.00 |
| 7/21/2015 | $43,440.00 |
| 8/13/2015 | $45,836.00 |
| 9/11/2015 | $43,934.00 |
| 10/9/2015 | $45,107.00 |
| 1/12/2016 | $97,932.00 |
| 1/14/2016 | $80,639.00 |
| 2/24/2016 | $79,417.00 |
| 2/24/2016 | $82,922.00 |
| 4/6/2016 | $77,546.00 |
| 4/27/2016 | $70,135.00 |
| 5/18/2016 | $77,212.00 |
| 6/23/2016 | $82,533.00 |
| 7/20/2016 | $81,307.00 |
| 8/12/2016 | $79,129.00 |
| 9/15/2016 | $80,909.00 |
| 11/21/2016 | $107,394.00 |
| 11/21/2016 | $127,702.00 |
| 1/11/2017 | $104,182.00 |
| 3/3/2017 | $103,294.00 |

EXHIBIT A

TRANSFERS TO EXPLORA CENTRO ACADEMICO Y TERAPEUTICO LLC

| Date | Payment Amount |
|---|---|
| 4/7/2017 | $209,100.00 |
| 4/24/2017 | $112,888.00 |
| 4/24/2017 | $3,352.00 |