# EXHIBIT A

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 5/11/2013 | $4,255,892.00 |
| 5/16/2013 | $73,241.00 |
| 5/24/2013 | $4,106.00 |
| 6/7/2013 | $181,732.00 |
| 6/13/2013 | $22,174.00 |
| 6/14/2013 | $173,360.00 |
| 6/19/2013 | $90,189.00 |
| 6/21/2013 | $391,843.00 |
| 6/27/2013 | $1,231,947.00 |
| 7/13/2013 | $804,572.00 |
| 7/14/2013 | $34,217.00 |
| 7/21/2013 | $48,547.00 |
| 8/2/2013 | $123,123.00 |
| 8/4/2013 | $841,543.00 |
| 8/8/2013 | $100,277.00 |
| 8/10/2013 | $583,633.00 |
| 8/16/2013 | $107,135.00 |
| 8/31/2013 | $216,526.00 |
| 9/6/2013 | $346,339.00 |
| 9/19/2013 | $758.00 |
| 9/22/2013 | $669,268.00 |
| 9/25/2013 | $12,193.00 |
| 9/27/2013 | $2,862.00 |
| 9/29/2013 | $16,268.00 |
| 10/10/2013 | $3,392.00 |
| 10/10/2013 | $3,392.00 |
| 10/13/2013 | $802,793.00 |
| 10/17/2013 | $1,911.00 |
| 10/24/2013 | $400,190.00 |
| 10/31/2013 | $226,509.00 |
| 11/3/2013 | $96,249.00 |
| 11/7/2013 | $20,444.00 |
| 11/10/2013 | $13,699.00 |
| 11/14/2013 | $162,498.00 |
| 11/22/2013 | $183,484.00 |
| 11/24/2013 | $324,088.00 |
| 12/4/2013 | $139,519.00 |
| 12/8/2013 | $41,968.00 |
| 12/21/2013 | $615,945.00 |
| 12/29/2013 | $2,056,236.00 |
| 1/1/2014 | $9,420.00 |
| 1/3/2014 | $2,521.00 |
| 1/3/2014 | $13,478.00 |
| 1/3/2014 | $24,147.00 |
| 1/3/2014 | $877.00 |
| 1/8/2014 | $19,377.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 1/17/2014 | $245,918.00 |
| 1/24/2014 | $108,596.00 |
| 1/27/2014 | $2,108.00 |
| 1/29/2014 | $99,572.00 |
| 2/3/2014 | $2,108.00 |
| 2/3/2014 | $2,108.00 |
| 2/3/2014 | $7,488.00 |
| 2/3/2014 | $15,379.00 |
| 2/6/2014 | $2,108.00 |
| 2/6/2014 | $30,864.00 |
| 2/13/2014 | $815,743.00 |
| 2/19/2014 | $862.00 |
| 2/19/2014 | $924.00 |
| 2/20/2014 | $29,808.00 |
| 2/21/2014 | $2,302.00 |
| 2/21/2014 | $15,431.00 |
| 2/21/2014 | $986.00 |
| 2/23/2014 | $948.00 |
| 2/26/2014 | $11,121.00 |
| 2/27/2014 | $569.00 |
| 2/27/2014 | $809.00 |
| 3/4/2014 | $2,108.00 |
| 3/4/2014 | $2,108.00 |
| 3/4/2014 | $2,108.00 |
| 3/4/2014 | $3,492.00 |
| 3/4/2014 | $438.00 |
| 3/4/2014 | $7,488.00 |
| 3/4/2014 | $15,839.00 |
| 3/4/2014 | $18,752.00 |
| 3/8/2014 | $918.00 |
| 3/15/2014 | $1,780,114.00 |
| 3/20/2014 | $204,313.00 |
| 3/21/2014 | $2,108.00 |
| 3/21/2014 | $2,108.00 |
| 3/21/2014 | $2,108.00 |
| 3/21/2014 | $2,411.00 |
| 3/21/2014 | $7,488.00 |
| 3/21/2014 | $986.00 |
| 3/26/2014 | $813.00 |
| 3/28/2014 | $17,894.00 |
| 3/28/2014 | $1,049,776.00 |
| 3/31/2014 | $19,365.00 |
| 4/1/2014 | $30,036.00 |
| 4/5/2014 | $69,133.00 |
| 4/9/2014 | $22,555.00 |
| 4/13/2014 | $104,504.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 4/14/2014 | $7,664.00 |
| 4/15/2014 | $7,774.00 |
| 4/17/2014 | $227,109.00 |
| 4/18/2014 | $691,651.00 |
| 4/26/2014 | $51,244.00 |
| 4/28/2014 | $2,108.00 |
| 4/28/2014 | $2,108.00 |
| 4/28/2014 | $2,108.00 |
| 4/28/2014 | $7,488.00 |
| 4/29/2014 | $869.00 |
| 4/29/2014 | $950.00 |
| 5/8/2014 | $81,133.00 |
| 5/15/2014 | $1,906,191.00 |
| 5/21/2014 | $264,965.00 |
| 5/23/2014 | $378,933.00 |
| 5/25/2014 | $65,856.00 |
| 5/28/2014 | $20,570.00 |
| 5/28/2014 | $29,245.00 |
| 6/1/2014 | $178,277.00 |
| 6/4/2014 | $2,108.00 |
| 6/4/2014 | $2,108.00 |
| 6/4/2014 | $2,108.00 |
| 6/4/2014 | $7,488.00 |
| 6/7/2014 | $69,761.00 |
| 6/7/2014 | $1,259,270.00 |
| 6/10/2014 | $16,755.00 |
| 6/14/2014 | $431,367.00 |
| 6/17/2014 | $22,665.00 |
| 6/26/2014 | $18,000.00 |
| 6/27/2014 | $3,675.00 |
| 6/27/2014 | $1,195.00 |
| 7/5/2014 | $691,650.00 |
| 7/10/2014 | $2,108.00 |
| 7/10/2014 | $2,108.00 |
| 7/10/2014 | $2,108.00 |
| 7/10/2014 | $7,488.00 |
| 7/12/2014 | $83,710.00 |
| 7/13/2014 | $497,292.00 |
| 7/18/2014 | $615,760.00 |
| 7/19/2014 | $379,256.00 |
| 7/20/2014 | $94,190.00 |
| 7/22/2014 | $21,999.00 |
| 7/23/2014 | $29,489.00 |
| 7/24/2014 | $33,018.00 |
| 7/25/2014 | $26,767.00 |
| 7/29/2014 | $6,175.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 8/5/2014 | $2,108.00 |
| 8/5/2014 | $2,108.00 |
| 8/5/2014 | $2,108.00 |
| 8/5/2014 | $7,488.00 |
| 8/7/2014 | $14,913.00 |
| 8/7/2014 | $22,697.00 |
| 8/11/2014 | $1,666.00 |
| 8/16/2014 | $333,337.00 |
| 8/18/2014 | $15,745.00 |
| 8/19/2014 | $2,227.00 |
| 8/19/2014 | $4,920.00 |
| 8/19/2014 | $10,052.00 |
| 8/19/2014 | $24,660.00 |
| 8/22/2014 | $475,749.00 |
| 8/23/2014 | $108,091.00 |
| 8/28/2014 | $67,279.00 |
| 8/29/2014 | $71,241.00 |
| 9/2/2014 | $22,040.00 |
| 9/10/2014 | $140,744.00 |
| 9/14/2014 | $52,936.00 |
| 9/19/2014 | $61,778.00 |
| 9/19/2014 | $61,778.00 |
| 9/19/2014 | $986.00 |
| 9/20/2014 | $62,463.00 |
| 9/20/2014 | $374,777.00 |
| 9/25/2014 | $876,603.00 |
| 9/26/2014 | $22,655.00 |
| 9/27/2014 | $124,741.00 |
| 9/27/2014 | $276,779.00 |
| 9/29/2014 | $1,802.00 |
| 10/1/2014 | $98,943.00 |
| 10/2/2014 | $2,108.00 |
| 10/2/2014 | $2,108.00 |
| 10/2/2014 | $2,108.00 |
| 10/2/2014 | $2,108.00 |
| 10/2/2014 | $2,108.00 |
| 10/2/2014 | $2,108.00 |
| 10/2/2014 | $7,488.00 |
| 10/2/2014 | $7,488.00 |
| 10/9/2014 | $3,395.00 |
| 10/9/2014 | $56,726.00 |
| 10/9/2014 | $170,177.00 |
| 10/10/2014 | $449,510.00 |
| 10/19/2014 | $24,970.00 |
| 10/21/2014 | $8,801.00 |
| 10/23/2014 | $2,108.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 10/23/2014 | $2,108.00 |
| 10/23/2014 | $2,108.00 |
| 10/23/2014 | $6,938.00 |
| 10/23/2014 | $1,078.00 |
| 10/24/2014 | $128,787.00 |
| 10/24/2014 | $1,896.00 |
| 10/26/2014 | $14,832.00 |
| 10/30/2014 | $7,488.00 |
| 11/4/2014 | $27,475.00 |
| 11/6/2014 | $22,774.00 |
| 11/8/2014 | $17,495.00 |
| 11/14/2014 | $29,161.00 |
| 11/16/2014 | $24,104.00 |
| 11/17/2014 | $3,541.00 |
| 11/23/2014 | $138,066.00 |
| 11/28/2014 | $58,923.00 |
| 12/5/2014 | $91,239.00 |
| 12/6/2014 | $18,035.00 |
| 12/12/2014 | $77,364.00 |
| 12/18/2014 | $2,108.00 |
| 12/18/2014 | $2,108.00 |
| 12/18/2014 | $2,108.00 |
| 12/18/2014 | $7,488.00 |
| 12/19/2014 | $31,174.00 |
| 12/20/2014 | $144,331.00 |
| 12/21/2014 | $12,445.00 |
| 12/22/2014 | $21,744.00 |
| 12/31/2014 | $113,462.00 |
| 1/11/2015 | $35,300.00 |
| 1/12/2015 | $2,108.00 |
| 1/12/2015 | $2,108.00 |
| 1/12/2015 | $2,108.00 |
| 1/12/2015 | $7,488.00 |
| 1/16/2015 | $32,057.00 |
| 1/21/2015 | $32,042.00 |
| 1/23/2015 | $46,104.00 |
| 1/24/2015 | $107,867.00 |
| 1/25/2015 | $24,619.00 |
| 1/26/2015 | $20,923.00 |
| 1/27/2015 | $23,371.00 |
| 1/28/2015 | $74,317.00 |
| 1/30/2015 | $136,131.00 |
| 1/31/2015 | $79,156.00 |
| 2/4/2015 | $64,918.00 |
| 2/4/2015 | $122,516.00 |
| 2/6/2015 | $2,108.00 |

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 2/6/2015 | $2,108.00 |
| 2/6/2015 | $2,108.00 |
| 2/6/2015 | $7,488.00 |
| 2/7/2015 | $122,271.00 |
| 2/8/2015 | $81,512.00 |
| 2/9/2015 | $22,766.00 |
| 2/12/2015 | $79,605.00 |
| 2/13/2015 | $111,126.00 |
| 2/15/2015 | $67,486.00 |
| 2/18/2015 | $4,943.00 |
| 2/19/2015 | $58,910.00 |
| 2/20/2015 | $56,907.00 |
| 2/22/2015 | $40,691.00 |
| 3/3/2015 | $2,108.00 |
| 3/3/2015 | $2,108.00 |
| 3/3/2015 | $2,108.00 |
| 3/3/2015 | $4,652.00 |
| 3/3/2015 | $7,488.00 |
| 3/7/2015 | $22,509.00 |
| 3/11/2015 | $27,792.00 |
| 3/13/2015 | $22,040.00 |
| 3/13/2015 | $24,441.00 |
| 3/13/2015 | $27,889.00 |
| 3/20/2015 | $47,796.00 |
| 3/21/2015 | $38,282.00 |
| 3/24/2015 | $22,763.00 |
| 3/26/2015 | $19,258.00 |
| 3/29/2015 | $181,896.00 |
| 3/31/2015 | $5,616.00 |
| 3/31/2015 | $1,581.00 |
| 3/31/2015 | $1,581.00 |
| 3/31/2015 | $1,581.00 |
| 4/1/2015 | $1,188.00 |
| 4/9/2015 | $87,559.00 |
| 4/10/2015 | $12,668.00 |
| 4/10/2015 | $74,395.00 |
| 4/13/2015 | $5,106.00 |
| 4/16/2015 | $64,915.00 |
| 4/17/2015 | $46,719.00 |
| 4/19/2015 | $40,197.00 |
| 4/20/2015 | $16,520.00 |
| 4/21/2015 | $15,039.00 |
| 4/21/2015 | $22,732.00 |
| 4/22/2015 | $15,133.00 |
| 4/26/2015 | $74,284.00 |
| 4/27/2015 | $5,616.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 4/27/2015 | $1,581.00 |
| 4/27/2015 | $1,581.00 |
| 4/27/2015 | $1,581.00 |
| 5/1/2015 | $17,096.00 |
| 5/1/2015 | $132,308.00 |
| 5/5/2015 | $17,096.00 |
| 5/8/2015 | $25,473.00 |
| 5/10/2015 | $38,386.00 |
| 5/10/2015 | $42,439.00 |
| 5/20/2015 | $20,542.00 |
| 5/20/2015 | $29,176.00 |
| 5/22/2015 | $205,339.00 |
| 5/24/2015 | $36,901.00 |
| 5/28/2015 | $5,616.00 |
| 5/28/2015 | $1,581.00 |
| 5/28/2015 | $1,581.00 |
| 5/28/2015 | $1,581.00 |
| 6/3/2015 | $215,843.00 |
| 6/4/2015 | $3,673.00 |
| 6/7/2015 | $17,424.00 |
| 6/14/2015 | $99,610.00 |
| 6/16/2015 | $29,041.00 |
| 6/19/2015 | $1,581.00 |
| 6/19/2015 | $1,581.00 |
| 6/19/2015 | $1,581.00 |
| 6/19/2015 | $5,616.00 |
| 6/19/2015 | $40,586.00 |
| 6/22/2015 | $4,306.00 |
| 6/26/2015 | $19,236.00 |
| 6/28/2015 | $260,488.00 |
| 7/4/2015 | $69,960.00 |
| 7/5/2015 | $104,813.00 |
| 7/6/2015 | $9,210.00 |
| 7/7/2015 | $7,369.00 |
| 7/10/2015 | $14,336.00 |
| 7/16/2015 | $126,153.00 |
| 7/20/2015 | $16,936.00 |
| 7/21/2015 | $14,694.00 |
| 7/23/2015 | $246,594.00 |
| 7/24/2015 | $22,761.00 |
| 7/27/2015 | $1,581.00 |
| 7/27/2015 | $1,581.00 |
| 7/27/2015 | $5,616.00 |
| 7/27/2015 | $1,581.00 |
| 7/29/2015 | $54,989.00 |
| 8/1/2015 | $161,427.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 8/2/2015 | $39,029.00 |
| 8/5/2015 | $22,033.00 |
| 8/9/2015 | $63,356.00 |
| 8/12/2015 | $16,622.00 |
| 8/16/2015 | $143,827.00 |
| 8/20/2015 | $636,245.00 |
| 8/22/2015 | $24,768.00 |
| 8/25/2015 | $1,830.00 |
| 8/31/2015 | $6,423.00 |
| 9/3/2015 | $15,650.00 |
| 9/4/2015 | $1,581.00 |
| 9/4/2015 | $1,581.00 |
| 9/4/2015 | $2,453.00 |
| 9/4/2015 | $2,453.00 |
| 9/4/2015 | $5,616.00 |
| 9/4/2015 | $1,581.00 |
| 9/5/2015 | $82,833.00 |
| 9/10/2015 | $23,461.00 |
| 9/11/2015 | $15,300.00 |
| 9/13/2015 | $41,589.00 |
| 9/14/2015 | $14,619.00 |
| 9/14/2015 | $2,317.00 |
| 9/14/2015 | $2,453.00 |
| 9/14/2015 | $22,746.00 |
| 9/19/2015 | $17,772.00 |
| 9/21/2015 | $3,529.00 |
| 9/23/2015 | $40,437.00 |
| 9/27/2015 | $40,898.00 |
| 10/2/2015 | $87,450.00 |
| 10/6/2015 | $983.00 |
| 10/6/2015 | $1,422.00 |
| 10/7/2015 | $146,636.00 |
| 10/9/2015 | $1,581.00 |
| 10/9/2015 | $1,581.00 |
| 10/9/2015 | $1,581.00 |
| 10/9/2015 | $5,616.00 |
| 10/9/2015 | $224,364.00 |
| 10/14/2015 | $1,398.00 |
| 10/14/2015 | $4,165.00 |
| 10/14/2015 | $33,007.00 |
| 10/16/2015 | $83,592.00 |
| 10/20/2015 | $17,096.00 |
| 10/20/2015 | $2,204.00 |
| 10/20/2015 | $3,685.00 |
| 10/20/2015 | $22,040.00 |
| 10/21/2015 | $28,161.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 10/22/2015 | $17,096.00 |
| 10/22/2015 | $2,080.00 |
| 10/22/2015 | $2,080.00 |
| 10/22/2015 | $2,080.00 |
| 10/22/2015 | $1,647.00 |
| 10/22/2015 | $246,246.00 |
| 10/28/2015 | $163,009.00 |
| 10/31/2015 | $71,321.00 |
| 11/1/2015 | $142,159.00 |
| 11/3/2015 | $17,096.00 |
| 11/4/2015 | $341.00 |
| 11/4/2015 | $1,748.00 |
| 11/4/2015 | $2,364.00 |
| 11/4/2015 | $3,982.00 |
| 11/4/2015 | $5,616.00 |
| 11/4/2015 | $1,581.00 |
| 11/4/2015 | $1,581.00 |
| 11/4/2015 | $1,581.00 |
| 11/4/2015 | $2,302.00 |
| 11/7/2015 | $273,038.00 |
| 11/12/2015 | $2,115.00 |
| 11/12/2015 | $2,240.00 |
| 11/12/2015 | $2,240.00 |
| 11/12/2015 | $2,240.00 |
| 11/13/2015 | $437.00 |
| 11/18/2015 | $142,016.00 |
| 11/19/2015 | $5,616.00 |
| 11/19/2015 | $1,581.00 |
| 11/19/2015 | $1,581.00 |
| 11/19/2015 | $1,581.00 |
| 11/19/2015 | $3,288.00 |
| 11/24/2015 | $22,885.00 |
| 11/24/2015 | $22,697.00 |
| 12/1/2015 | $2,471.00 |
| 12/1/2015 | $3,982.00 |
| 12/9/2015 | $425,748.00 |
| 12/19/2015 | $4,486,600.00 |
| 12/21/2015 | $2,115.00 |
| 12/21/2015 | $2,240.00 |
| 12/21/2015 | $2,240.00 |
| 12/22/2015 | $1,581.00 |
| 12/22/2015 | $5,616.00 |
| 12/22/2015 | $1,581.00 |
| 12/22/2015 | $1,581.00 |
| 12/22/2015 | $2,240.00 |
| 12/30/2015 | $604,330.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 12/31/2015 | $4,142.00 |
| 12/31/2015 | $1,209.00 |
| 12/31/2015 | $1,209.00 |
| 12/31/2015 | $1,209.00 |
| 12/31/2015 | $1,209.00 |
| 12/31/2015 | $1,209.00 |
| 12/31/2015 | $1,612.00 |
| 12/31/2015 | $2,181.00 |
| 12/31/2015 | $1,209.00 |
| 12/31/2015 | $1,138.00 |
| 12/31/2015 | $1,209.00 |
| 12/31/2015 | $1,209.00 |
| 12/31/2015 | $107.00 |
| 12/31/2015 | $2,127.00 |
| 12/31/2015 | $3,253.00 |
| 1/9/2016 | $157,938.00 |
| 1/17/2016 | $45,448.00 |
| 1/26/2016 | $683.00 |
| 2/1/2016 | $3,398.00 |
| 2/5/2016 | $3,413.00 |
| 2/5/2016 | $1,581.00 |
| 2/5/2016 | $1,581.00 |
| 2/5/2016 | $5,616.00 |
| 2/5/2016 | $1,581.00 |
| 2/10/2016 | $2,376.00 |
| 2/10/2016 | $1,813.00 |
| 2/10/2016 | $1,712.00 |
| 2/16/2016 | $1,000.00 |
| 2/18/2016 | $168,677.00 |
| 2/22/2016 | $2,927.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $2,228.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $249.00 |
| 2/22/2016 | $267.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $1,256.00 |
| 2/22/2016 | $1,256.00 |
| 2/29/2016 | $2,631.00 |
| 2/29/2016 | $1,138.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 2/29/2016 | $1,067.00 |
| 2/29/2016 | $1,138.00 |
| 2/29/2016 | $1,126.00 |
| 2/29/2016 | $261.00 |
| 2/29/2016 | $1,138.00 |
| 2/29/2016 | $1,138.00 |
| 2/29/2016 | $1,138.00 |
| 2/29/2016 | $1,138.00 |
| 2/29/2016 | $1,138.00 |
| 2/29/2016 | $1,138.00 |
| 2/29/2016 | $1,517.00 |
| 2/29/2016 | $2,086.00 |
| 3/1/2016 | $3,288.00 |
| 3/1/2016 | $3,398.00 |
| 3/3/2016 | $4,209,066.00 |
| 3/4/2016 | $1,581.00 |
| 3/4/2016 | $5,616.00 |
| 3/4/2016 | $1,866.00 |
| 3/8/2016 | $1,581.00 |
| 3/8/2016 | $1,581.00 |
| 3/8/2016 | $2,775.00 |
| 3/8/2016 | $1,813.00 |
| 3/8/2016 | $1,866.00 |
| 3/8/2016 | $1,973.00 |
| 3/10/2016 | $38,009.00 |
| 3/11/2016 | $15,488.00 |
| 3/11/2016 | $1,706.00 |
| 3/11/2016 | $1,706.00 |
| 3/11/2016 | $1,706.00 |
| 3/11/2016 | $634.00 |
| 3/11/2016 | $65.00 |
| 3/11/2016 | $1,775.00 |
| 3/11/2016 | $1,866.00 |
| 3/14/2016 | $1,120.00 |
| 3/14/2016 | $1,612.00 |
| 3/14/2016 | $1,813.00 |
| 3/22/2016 | $27,690.00 |
| 3/25/2016 | $33,338.00 |
| 4/1/2016 | $1,422.00 |
| 4/1/2016 | $1,369.00 |
| 4/1/2016 | $1,422.00 |
| 4/1/2016 | $1,398.00 |
| 4/1/2016 | $356.00 |
| 4/1/2016 | $1,422.00 |
| 4/1/2016 | $1,422.00 |
| 4/1/2016 | $1,398.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 4/1/2016 | $2,607.00 |
| 4/1/2016 | $1,422.00 |
| 4/1/2016 | $1,422.00 |
| 4/1/2016 | $1,422.00 |
| 4/1/2016 | $1,422.00 |
| 4/1/2016 | $1,754.00 |
| 4/2/2016 | $1,112,531.00 |
| 4/4/2016 | $23,007.00 |
| 4/4/2016 | $19,815.00 |
| 4/4/2016 | $26,894.00 |
| 4/6/2016 | $51,268.00 |
| 4/29/2016 | $17,089.00 |
| 4/29/2016 | $31,268.00 |
| 4/29/2016 | $27,857.00 |
| 4/29/2016 | $27,022.00 |
| 4/29/2016 | $27,871.00 |
| 4/29/2016 | $302,278.00 |
| 5/4/2016 | $300.00 |
| 5/4/2016 | $2,601.00 |
| 5/4/2016 | $3,490.00 |
| 5/6/2016 | $995.00 |
| 5/6/2016 | $995.00 |
| 5/6/2016 | $1,280.00 |
| 5/6/2016 | $267.00 |
| 5/6/2016 | $995.00 |
| 5/6/2016 | $2,542.00 |
| 5/11/2016 | $2,133.00 |
| 5/11/2016 | $2,133.00 |
| 5/11/2016 | $2,015.00 |
| 5/11/2016 | $2,133.00 |
| 5/13/2016 | $1,280.00 |
| 5/24/2016 | $7,466.00 |
| 5/24/2016 | $284.00 |
| 5/25/2016 | $218,522.00 |
| 5/27/2016 | $15,897.00 |
| 6/5/2016 | $8,991,686.00 |
| 6/16/2016 | $2,240.00 |
| 6/16/2016 | $2,240.00 |
| 6/16/2016 | $2,737.00 |
| 6/16/2016 | $3,608.00 |
| 6/22/2016 | $5,616.00 |
| 6/22/2016 | $1,581.00 |
| 6/22/2016 | $1,581.00 |
| 6/22/2016 | $1,581.00 |
| 6/24/2016 | $2,240.00 |
| 6/24/2016 | $2,115.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 6/26/2016 | $1,947,791.00 |
| 7/5/2016 | $11,548.00 |
| 7/6/2016 | $23,357.00 |
| 7/11/2016 | $2,240.00 |
| 7/13/2016 | $2,240.00 |
| 7/13/2016 | $3,608.00 |
| 7/13/2016 | $2,737.00 |
| 7/13/2016 | $1,581.00 |
| 7/13/2016 | $1,581.00 |
| 7/13/2016 | $1,581.00 |
| 7/13/2016 | $5,616.00 |
| 7/22/2016 | $2,240.00 |
| 7/22/2016 | $2,115.00 |
| 7/27/2016 | $10,949.00 |
| 8/4/2016 | $4,274.00 |
| 8/4/2016 | $1,564.00 |
| 8/4/2016 | $11,818.00 |
| 8/8/2016 | $31,268.00 |
| 8/10/2016 | $17,089.00 |
| 8/30/2016 | $1,581.00 |
| 8/30/2016 | $1,581.00 |
| 8/30/2016 | $5,616.00 |
| 8/30/2016 | $1,581.00 |
| 8/30/2016 | $18,683.00 |
| 9/7/2016 | $3,762.00 |
| 9/7/2016 | $249.00 |
| 9/7/2016 | $2,868.00 |
| 9/12/2016 | $9,864.00 |
| 9/14/2016 | $17,089.00 |
| 9/14/2016 | $2,465.00 |
| 9/14/2016 | $2,216.00 |
| 9/14/2016 | $1,698.00 |
| 9/16/2016 | $30,260.00 |
| 9/20/2016 | $2,346.00 |
| 9/20/2016 | $2,346.00 |
| 9/20/2016 | $2,346.00 |
| 9/21/2016 | $31,268.00 |
| 9/21/2016 | $10,193.00 |
| 9/26/2016 | $1,798.00 |
| 9/26/2016 | $1,798.00 |
| 9/26/2016 | $1,798.00 |
| 9/26/2016 | $2,896.00 |
| 10/3/2016 | $1,581.00 |
| 10/3/2016 | $1,581.00 |
| 10/3/2016 | $21,858.00 |
| 10/4/2016 | $59.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 10/4/2016 | $2,998.00 |
| 10/4/2016 | $5,616.00 |
| 10/4/2016 | $2,453.00 |
| 10/4/2016 | $3,899.00 |
| 10/4/2016 | $353.00 |
| 10/11/2016 | $1,581.00 |
| 10/11/2016 | $2,973.00 |
| 10/12/2016 | $124.00 |
| 10/20/2016 | $17,089.00 |
| 10/20/2016 | $17,089.00 |
| 10/20/2016 | $2,317.00 |
| 10/20/2016 | $2,453.00 |
| 10/20/2016 | $2,453.00 |
| 10/20/2016 | $31,919.00 |
| 10/31/2016 | $15,490.00 |
| 11/1/2016 | $599.00 |
| 11/3/2016 | $43,374.00 |
| 11/15/2016 | $1,581.00 |
| 11/15/2016 | $1,581.00 |
| 11/15/2016 | $5,616.00 |
| 11/15/2016 | $1,581.00 |
| 11/15/2016 | $176.00 |
| 11/17/2016 | $2,714.00 |
| 11/17/2016 | $3,578.00 |
| 11/29/2016 | $2,221.00 |
| 11/29/2016 | $2,221.00 |
| 12/1/2016 | $5,517.00 |
| 12/9/2016 | $21,644.00 |
| 12/12/2016 | $160,929.00 |
| 12/14/2016 | $1,581.00 |
| 12/14/2016 | $5,616.00 |
| 12/14/2016 | $1,581.00 |
| 12/14/2016 | $1,581.00 |
| 12/14/2016 | $353.00 |
| 12/19/2016 | $136,758.00 |
| 12/22/2016 | $100.00 |
| 12/22/2016 | $106.00 |
| 12/22/2016 | $47.00 |
| 12/22/2016 | $112.00 |
| 12/22/2016 | $18.00 |
| 12/22/2016 | $2,221.00 |
| 12/22/2016 | $2,585.00 |
| 12/22/2016 | $2,045.00 |
| 12/22/2016 | $29.00 |
| 12/28/2016 | $1,581.00 |
| 12/28/2016 | $5,616.00 |

# EXHIBIT A
## TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 12/28/2016 | $1,581.00 |
| 12/28/2016 | $1,581.00 |
| 12/28/2016 | $1,581.00 |
| 12/28/2016 | $42,740.00 |
| 1/5/2017 | $16,858.00 |
| 1/17/2017 | $1,269.00 |
| 1/18/2017 | $1,581.00 |
| 1/18/2017 | $5,616.00 |
| 1/18/2017 | $1,581.00 |
| 1/18/2017 | $2,115.00 |
| 1/18/2017 | $3,408.00 |
| 1/18/2017 | $2,115.00 |
| 1/18/2017 | $2,115.00 |
| 1/18/2017 | $1,269.00 |
| 2/1/2017 | $131,981.00 |
| 2/8/2017 | $1,904.00 |
| 2/8/2017 | $1,798.00 |
| 2/8/2017 | $2,197.00 |
| 2/8/2017 | $1,581.00 |
| 2/8/2017 | $1,904.00 |
| 2/8/2017 | $2,896.00 |
| 2/9/2017 | $144,964.00 |
| 2/17/2017 | $2,515.00 |
| 2/17/2017 | $376.00 |
| 2/17/2017 | $3,067.00 |
| 2/17/2017 | $46,918.00 |
| 2/17/2017 | $19,488.00 |
| 2/21/2017 | $17,089.00 |
| 2/21/2017 | $51,268.00 |
| 2/21/2017 | $17,089.00 |
| 2/21/2017 | $1,904.00 |
| 2/21/2017 | $84,874.00 |
| 2/21/2017 | $41,583.00 |
| 2/23/2017 | $86,921.00 |
| 3/1/2017 | $42,927.00 |
| 3/2/2017 | $5,616.00 |
| 3/13/2017 | $1,581.00 |
| 3/15/2017 | $750.00 |
| 3/15/2017 | $5,616.00 |
| 3/15/2017 | $1,581.00 |
| 3/15/2017 | $2,068.00 |
| 3/15/2017 | $106.00 |
| 3/15/2017 | $1,798.00 |
| 3/15/2017 | $1,698.00 |
| 3/15/2017 | $1,956.00 |
| 3/15/2017 | $47.00 |

EXHIBIT A

TRANSFERS TO ST. JAMES SECURITY SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 3/15/2017 | $3,067.00 |
| 3/28/2017 | $109,317.00 |
| 4/4/2017 | $1,581.00 |
| 4/4/2017 | $1,013.00 |
| 4/6/2017 | $1,692.00 |
| 4/6/2017 | $2,726.00 |
| 4/6/2017 | $1,692.00 |
| 4/6/2017 | $106.00 |
| 4/6/2017 | $1,598.00 |
| 4/6/2017 | $1,692.00 |
| 4/6/2017 | $1,798.00 |
| 4/6/2017 | $2,456.00 |
| 4/6/2017 | $5,616.00 |
| 4/6/2017 | $37,961.00 |
| 4/11/2017 | $1,581.00 |
| 4/11/2017 | $1,898.00 |
| 4/11/2017 | $2,009.00 |
| 4/11/2017 | $150.00 |
| 4/11/2017 | $1,581.00 |
| 4/12/2017 | $120,170.00 |
| 4/25/2017 | $139,556.00 |
| 4/26/2017 | $2,009.00 |
| 4/26/2017 | $3,237.00 |
| 4/28/2017 | $20,430.00 |
| 5/1/2017 | $38,830.00 |
| 5/1/2017 | $38,830.00 |
| 5/1/2017 | $1,269.00 |
| 5/1/2017 | $1,269.00 |