# EXHIBIT A

## GENOVESE DECLARATION

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------- x
                  :
In re:                :
                  :
THE FINANCIAL OVERSIGHT AND    :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III
                  :
     as representative of       :  Case No. 17-BK-3283 (LTS)
                  :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)
                  :
     Debtors.[1]         :
---------------------------------------------------------------------- x

**DECLARATION OF JOHN H. GENOVESE IN SUPPORT OF APPLICATION FOR
ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1103 AND LOCAL RULE
2014(e) AUTHORIZING EMPLOYMENT AND RETENTION OF GENOVESE,
JOBLOVE & BATTISTA, P.A. AS SPECIAL LITIGATION COUNSEL TO OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF APRIL 16, 2019</u>**

I, John H. Genovese, Esq., hereby declare under penalty of perjury:

       1.     I am an attorney and shareholder of the law firm of Genovese, Joblove & Battista,

P.A. ("<u>GJB</u>") with four offices in Florida located at 100 Southeast Second Street, 44th Floor,

Miami, Florida 33131 ("<u>Miami</u>"); 200 East Broward Boulevard, Suite 1110, Fort Lauderdale,

Florida 33301 ("<u>Ft. Lauderdale</u>"), Edison Theatre Building, 1533 Hendry Street, Suite 301 Fort

Myers, FL 33901 ("<u>Fort Myers</u>"); and 100 N. Tampa Street, Suite 2600, Tampa, Florida

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

("Tampa").  GJB also has an affiliate office in Caracas Venezuela located at  Av. Francisco de

Miranda, Torre Provincial "A" piso 8 oficina 81 y 82 1060 Caracas, Venezuela.

2.      I am admitted to practice in the state of Florida. By order dated April 16, 2019, I

was admitted to appear *Pro Hac Vice* in the Debtors Title III Cases [Docket No. 6330].

3.      I submit this declaration in support of the *Application for Order, Pursuant to*

*Bankruptcy Code Section 1103(a) and Local Bankruptcy Rule 2014-1(e) Authorizing*

*Employment and Retention of Genovese, Joblove & Battista, P.A. as Special Litigation Counsel*

*to Official Committee of Unsecured Creditors, Effective as of April 16, 2019* (the

"Application").[2]

4.      The facts set forth in this declaration are based upon my personal knowledge,

discussions with other GJB attorneys, and the firm's client/matter records that were reviewed by

me or other GJB attorneys acting under my supervision and direction.  To the extent any

information disclosed in this declaration requires amendment or modification upon GJB's

completion of further review or as additional information becomes available, a supplemental

declaration will be submitted to the Court reflecting such amended or modified information.

**GJB's Qualifications**

5.      GJB is particularly well qualified to serve as the Committee's special

litigation counsel in the Title III Cases.  GJB is a leading bankruptcy litigation law firm. More

specifically, GJB has extensive experience in and knowledge of complex litigation on behalf of

trustees, receivers, committees, and other fiduciaries in insolvency-related and business tort

claims in numerous noteworthy matters. GJB's practice includes at least twenty lawyers who

specialize in bankruptcy-related litigation.

---

[2]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

6.      I serve as co-chair of the GJB Restructuring and Bankruptcy practice and, as required by Local Rule 2014-1(a), my *curriculum vitae* is attached hereto as Schedule 1.

### GJB's Disclosure Procedures

7.      GJB has a large and diversified legal practice that encompasses the representation of many businesses, trustee's and committees. In preparing this declaration, I used a set of procedures developed by GJB to ensure compliance with the applicable requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals (the "Firm Disclosure Procedures"). Pursuant to the Firm Disclosure Procedures, I caused to be performed the actions described below to identify GJB's connections to parties in interest in these proceedings.

8.      In preparing this declaration, I caused to be submitted for review under our conflicts check system the names of various parties in interest in the Title III Cases identified on Schedule 2 hereto.[3]  In addition, I caused to be submitted for review under our conflicts check system the names of the parties listed on the schedule of third party claims (the "Confidential Schedule") that was filed with the Court under seal at Docket No. 6472.  The parties identified on Schedule 2 and on the Confidential Schedule are referred to, collectively, as the "Interested Parties."

### GJB's Connections with Interested Parties

9.      The results of our conflict check were compiled and analyzed by GJB attorneys acting under my supervision.  To the extent such searches indicated that GJB has performed any services for any such entity within the last five years, the identity of such entity and the nature of GJB's relationship with such entity are set forth in Schedule 3 hereto. To the best of my

---

[3]     Schedule 2 includes every party on the lists of interested parties attached to Paul Hastings' retention application, as expanded in the Paul Hastings' supplemental declarations in support of its retention application.

knowledge, based on the review procedures described above, GJB does not have any "connections" to the Interested Parties, except as described in this declaration.  Neither the term "connection," as used in Bankruptcy Rule 2014, nor the proper scope of a professional's search for "connection" has been defined, and I am therefore uncertain what this Court may consider a "connection" requiring disclosure.  Out of an abundance of caution, therefore, I am disclosing many representations that are not, to my understanding, disqualifying or problematic under PROMESA, the Bankruptcy Code, or applicable standards of professional ethics.

10.     Neither I, nor any partner, of counsel, or associate of GJB, as far as I have been able to ascertain, has any connection with the Committee, the Oversight Board, the Debtors, or any other Interested Party, except as set forth below or otherwise in this declaration (including the Schedules hereto):

  a. Attached hereto as <u>Schedule 3</u> and incorporated herein by reference is a list of Interested Parties (or their affiliates) whom GJB represents, or has represented in the past, in matters ***unrelated*** to the matters on which the Committee seeks to retain GJB.  Although GJB has represented, currently represents, and may continue to represent certain entities and individuals listed on <u>Schedule 3</u> hereto, GJB will not represent any additional entity or individual in the Title III Cases. GJB currently represents Tradewinds Energy Barceloneta, LLC., a member of the Committee in connection with two (2) proof of claims filed in the PREPA Title III Cases. However, this representation does not prevent the proposed engagement of GJB as special litigation counsel to the Committee.

  b. Certain Interested Parties may be creditors of existing debtor clients of GJB or may have been creditors of former clients of GJB.  In addition, certain Interested Parties may have been members of other official creditors' committees represented by GJB.

  c. GJB may have represented in the past, may currently represent, and may in the future represent certain Interested Parties actually or potentially adverse to the Committee, its members, or other unsecured creditors in matters ***unrelated*** to the Title III Cases.

  d. Except as specified in clause a. hereof, GJB will not represent any entity other than the Committee in the Title III Cases.

e.      No GJB attorneys hold bonds issued by the Commonwealth of Puerto Rico or its instrumentalities.

f.      In matters *unrelated* to the Title III Cases, GJB has worked with professionals that the Oversight Board, the Debtors, or other parties in interest have retained or are seeking to retain in the Title III Cases, including attorneys and financial advisors for such parties.

g.      GJB may have professional or social relationships with firms or professionals at firms that represent clients with interests adverse to the Committee.  In addition, several attorneys at GJB have spouses, parents, children, siblings, fiancés or fiancées who are attorneys at other law firms or companies.  We note that one GJB partner is married to a Greenberg Traurig shareholder who practices in an unrelated area of practice with no involvement in PROMESA matters.  Also, certain attorneys at GJB may have spouses, parents, children, siblings, fiancés or fiancées who are employees of one or more of the Debtors or the Committee members. Notwithstanding, GJB has strict policies against disclosing confidential information to anyone outside of GJB, including spouses, parents, children, siblings, fiancés and fiancées.

h.      It is possible that certain GJB attorneys or employees hold interests in mutual funds or other investment vehicles that may be creditors of the Debtors.

11.     Despite the efforts described above to identify and disclose GJB's connections with parties in interest in the Title III Cases, GJB is unable to state with certainty that every client representation or other connection has been disclosed.  In this regard, if GJB discovers additional information that requires disclosure, GJB will file a supplemental disclosure with the Court.

12.     I am not related to and, to the best of my knowledge, no other attorney at GJB is related to: (a) any United States District Court Judge for the District of Puerto Rico; or (b) the United States Trustee for the District of Puerto Rico, or any person employed by the Office of such United States Trustee.

13.     To the best of my knowledge, information, and belief formed after reasonable inquiry, GJB is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code (made applicable by PROMESA section 301(a) in that GJB:

    a.  is not a creditor, equity security holder, or insider of the Debtors;

    b.  is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

    c.  does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

14.     Based on the foregoing and except as provided herein, to the best of my knowledge, information, and belief formed after reasonable inquiry, GJB does not: (a) represent or hold any interest adverse to the Committee with respect to the matters on which the Committee seeks to employ GJB; or (b) have any connection with the Debtors, any creditors or other parties in interest, their respective attorneys and accountants, the United States Trustee for the District of Puerto Rico, or any person employed by the Office of such United States Trustee.

## <u>Compensation</u>

15.     GJB intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses, incurred in connection with the Title III Cases.  All payments shall not be impacted by the application of any withholding or other applicable taxes, and shall be subject to the Court's approval and in compliance with PROMESA, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and orders of the Court, including any interim compensation order under sections 316 and 317 of PROMESA, and, to the extent required by the foregoing and the Appendix B Guidelines.  In addition, I have reviewed the provisions of Local Rule 2016-1.

16.     The hourly rates and the corresponding rate structure that GJB will use in the Title III Cases (before application of the agreed reduction described in paragraph 19 herein) are the same as the hourly rates and the corresponding rate structure that GJB uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required, and regardless of the location of the bankruptcy case.  GJB's hourly rates are set at a level designed to fairly compensate GJB for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.

17.     GJB operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

18.     The partners presently designated to represent the Committee and their current standard hourly rates are:

| | |
|---|---|
| John Arrastia | $575 per hour |
| John H. Genovese | $765 per hour |
| Jesus M.Suarez | $500 per hour |
| Mariaelena Gayo-Guitian | $575 per hour |

Other attorneys from GJB (whose hourly rates currently range from $285– $795) and paralegals may from time to time also serve the Committee in connection with the matters described herein; (iii) to reflect economic and other conditions, GJB revises its regular hourly rates periodically and requests that, effective as of the date of such revision, the aforementioned rates be revised to the regular hourly rates that will be in effect at that time; and (iv) GJB will only charge its regular hourly rates in effect at the time services are rendered.

19.     I believe GJB's rates are reasonable and commensurate with the hourly rates of other firms of similar size and expertise, as are the terms and conditions of GJB's employment.

Nonetheless,  in light of the unprecedented nature of the Title III Cases and the fact that the Title III Cases do not involve a corporate entity but rather a U.S. territory where residents' access to basic essential services has oftentimes been limited, GJB has agreed to reduce its fees by an amount equal to 20% of the total fees sought to be paid in connection with GJB's final fee application, with the precise fees to be waived to attain the 20% reduction to be designated by GJB (in its sole discretion) in connection with the final fee application process.

20.     In accordance with the Appendix B Guidelines, GJB and the Committee expect to develop a budget and staffing plan for litigation services that will be provided in connection with its engagement.

21.     GJB has not received a retainer in connection with the Title III Cases.

22.     No promises have been received by GJB, nor by any of its partners, counsel, or associates as to compensation in connection with the Title III Cases other than in accordance with the provisions of the Bankruptcy Code made applicable by PROMESA.  GJB has no agreement with any other entity to share with such entity any compensation received by GJB in connection with the Title III Cases.

**<u>Statement Regarding U.S. Trustee Guidelines</u>**

23.     GJB intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and disclosures both in connection with the Application and the interim and final fee applications the firm will file in the course of its engagement.  GJB reserves all rights as to the relevance and substantive legal effect of the Appendix B Guidelines in the Title III Cases.

24.     GJB provides the following response to the request for information set forth in Paragraph D.1. of the Appendix B Guidelines.

| Question: | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
|---|---|
| **Response:** | **No.** |

| Question: | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
|---|---|
| **Response:** | **No.** |

| Question: | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
|---|---|
| **Response:** | **Not Applicable** |

| Question: | Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? |
|---|---|
| **Response:** | **The Committee and GJB expect to work together to develop a budget and staffing plan after consultation with counsel for the Oversight Board and the Special Claims Committee in connection with the allocation of litigation responsibilities for the prosecution of certain causes of action of the Commonwealth against the Financial Party Targets.** |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2019.


/s/ John H. Genovese
John H. Genovese, Esq.

## SCHEDULE 1

## Curriculum Vitae of John H. Genovese

**John H. Genovese** is co-chair of the firm's reorganization and insolvency practice. His areas of practice include troubled loan workouts, bankruptcy litigation in Bankruptcy and U.S. District Courts, insurance insolvencies, and other complex commercial litigation. He acted as co-counsel for the class action shareholders/noteholders in the Enron Chapter 11 proceeding and related matters, which resulted in settlements, in excess of $7.2 billion, the nation's largest securities class action recovery. He recently acted as special litigation counsel to the Chapter 11 Trustee of Rothstein Rosenfeldt Adler, P.A, reported to be the fourth largest Ponzi scheme ever in bankruptcy, settling litigation matters for in excess of $100 million.

Genovese is "AV" rated by Martindale-Hubbell, has been listed in each edition of Woodward/White's "The Best Lawyers in America" since 1989, and has been named to the Legal Media Group's guide to the "World's Leading Insolvency and Restructuring Lawyers." He has also been recognized as one of Florida's top lawyers by *Florida Trend, South Florida Legal Guide, and Florida Super Lawyers*. Genovese has been ranked as a "band 1" Florida bankruptcy attorney in Chambers & Partners USA, who has described him as a "formidably skilled individual," and "tough as nails when fighting to get a solution."

A frequent lecturer on bankruptcy and creditors' rights issues, Genovese was co-chairman of the South Florida Court and U.S. Trustee Liaison Committee. He also served on the Florida Federal Judicial Nominating Commission from 2009-2013. He was elected to the Board of Directors for the Bankruptcy Bar Association for the Southern District of Florida.

Genovese has been named as a Fellow of the Litigation Counsel of America. He co-authored "Rash Ruling Should Not Affect Chapter 11 Valuations" and "Breakout the D&O Policy," in the *National Law Journal*. He is also active with the University of Miami School of Law, Florida International University College of Law, Ohio Northern University, and Siena College in supporting military veterans.

Genovese served as law clerk to former Chief Judge Norman C. Roettger, U.S. District Court for the Southern District of Florida, from 1979-81. He is a member of The Florida Bar and is admitted to practice before the U.S. District Courts for the Southern and Middle Districts of Florida, United States Supreme Court and the U.S. Court of Appeals for the Eleventh Circuit. In 1979, Genovese earned his juris doctor, with distinction, from Ohio Northern University, where he was vice president of the Student Bar Association, Best Oral Advocate and a member of the National Moot Court Team. He earned his bachelor of science in business, *magna cum laude*, from Siena College, in 1976. In 2011, he received the Professor Joseph A. Buff Award for Career Achievement from Siena College. In 2014, he received an Honorary Masters of Laws Degree from Ohio Northern University for professional achievement and support of veterans. Genovese also served in the U.S. Army.



**John H. Genovese**
Shareholder, Reorganization and
Insolvency Department
100 SE Second Street, 44th Floor
Miami, Florida 33131
Phone: 305-372-2462
Fax: 305.428.8802
jgenovese@gjb-law.com

## SCHEDULE 2

### Interested Parties as of March 13, 2019

## Interested Parties as of March 13, 2019

**Representative of Debtors**
The Financial Oversight and Management Board for
Puerto Rico

**Debtors**
Commonwealth of Puerto Rico (Primary
Government)
Employees' Retirement System (ERS) of the
Government of the Commonwealth of Puerto Rico
PR Electric Power Authority (PREPA)
PR Highways and Transportation Authority (HTA)
PR Sales Tax Financing Corporation (COFINA)

**Official Committee of Unsecured Creditors
Members**
Drivetrain, LLC, as Creditors' Trustee of DFC
Genesis Security Services, Inc.
Puerto Rico Hospital Supply, Inc.
Service Employees International Union
The American Federation of Teachers (AFT)
The Unitech Engineering Group, S.E.
Total Petroleum Puerto Rico Corp

**Official Committee of Unsecured Creditors-
Related Professionals**
Cancio, Nadal, Rivera & Diaz, P.S.C. (Attorneys for
AFT)
Casillas Santiago & Torres, LLC (Attorneys for
Genesis Security)
Cohen, Weiss and Simon LLP (Attorneys for Service
Employees International Union)
Monserrate Simonet & Gierbolini, LLC (Attorneys
for Service Employees International Union)
O'Neill & Gilmore Attorneys at Law (Local Counsel
to Committee)
O'Neill & Gilmore PSC (Attorneys for PR Hospital
Supply)
Salichs Pou & Associates PSC (Attorneys for
Drivetrain)
Schulte Roth & Zabel LLP (Attorneys for Drivetrain)
Sepulvado & Maldonado (Attorneys for Total
Petroleum PC Corp.)
Zolfo Cooper LLP (Financial Advisor to Committee)

**Official Committee of Retirees**
Acevedo, Milagros
Fabre, Miguel
Lopez, Marcos A
Marin, Jose
Nunez, Carmen
Ortiz, Juan
Pacheco, Rosario
Paniagua, Blanca
Pellot, Lydia

**Parties Identified in the PrimeClerk and Epiq
Retention Applications**

**Oversight Board Members and Professionals**
9-1-1 Service Governing Board
Biggs, Andrew G., Member of the Board
Carrión III, Jose B., Member of the Board
El Koury, Jaime A., General Counsel of the Board
Garcia, Carlos M., Member of the Board
Gonzalez, Arthur J., Member of the Board
González, José R., Member of the Board
Matosantos, Ana J., Member of the Board
Padilla, Gov. Alejandro García, Ex-Officio Member
of the Board
Ravitch, Richard, *Ex Officio* Member of the Board
Ruiz, Ramón M., Interim Executive Director of the
Board
Skeel Jr., David A., Member of the Board

**Other Parties Identified in the PrimeClerk and
Epiq Retention Applications**
Additional (Electronic) Lottery
Agricultural Enterprises Development Administration
Automobile Accidents Compensation Administration
Cardiovascular Center Corporation of Puerto Rico
and the Caribbean
Commonwealth of Puerto Rico Regional Center
Corporation
Company for the Integral Development of the
"Península de Cantera"
Corporation for the "Caño Martin Peña" Project
(ENLACE)
Corporation of Industries for the Blind and Mentally
Retarded and Incapacitated Persons of
    Puerto Rico
Culebra Conservation and Development Authority
Economic Development Bank for Puerto Rico
Employment and Training Enterprises Corporation
Farm Insurance Corporation of Puerto Rico
Fine Arts Center Corporation
Fiscal Agency and Financial Advisory Authority
(AAFAF)
Governmental Development Bank for PR (GDB)
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of Puerto
Rico
Judiciary Retirement System (JRS)
Land Authority of Puerto Rico
Local Redevelopment Authority of the Lands and
Facilities of Naval Station Roosevelt Roads
Model Forest
Municipal Revenue Collection Center (CRIM)
Musical Arts Corporation

Port of the Americas Authority
PR Aqueduct and Sewer Authority (PRASA)
PR Infrastructure Finance Authority (PRIFA)
PR Maritime Shipping Authority
PR Medical Services Administration (ASEM)
Public Building Authority (PBA)
Public Corporation for the Supervision and Deposit
Insurance of Puerto Rico Cooperatives
    (COSSEC)
Puerto Rico and Municipal Islands Transport
Authority
Puerto Rico Conservatory of Music Corporation
Puerto Rico Convention Center District Authority
(PRCCDA)
Puerto Rico Council on Education
Puerto Rico Health Insurance Administration (HIA /
ASES)
Puerto Rico Industrial Development Company
(PRIDCO)
Puerto Rico Industrial, Tourist, Educational, Medical,
and Environmental Control Facilities
    Financing Authority (AFICA)
Puerto Rico Integrated Transit Authority (PRITA)
Puerto Rico Land Administration
Puerto Rico Metropolitan Bus Authority (AMA)
Puerto Rico Municipal Finance Agency (MFA)
Puerto Rico Ports Authority
Puerto Rico Public Broadcasting Corporation
Puerto Rico Public Private Partnerships Authority
(PPP)
Puerto Rico School of Plastic Arts
Puerto Rico Telephone Authority
Puerto Rico Tourism Company
Puerto Rico Trade and Export Company
Solid Waste Authority
Special Communities Perpetual Trust
State Insurance Fund Corporation (SIF)
Teachers' Retirement System (TRS)
The Children's Trust Fund (CTF)
Traditional Lottery
Unemployment Insurance Fund
University of Puerto Rico (UPR)
University of Puerto Rico Comprehensive Cancer
Center

**Additional Parties Identified by Paul Hastings**

**Puerto Rico Officials**
Arbona, Rafael Rovira
Bague, Alberto Baco
Batista, Luis F. Cruz
Diaz, Miguel A. Torres
Febo, Melba Acosta
Franco, Gerardo José Portela
Galarza, Juan Flores
Gomez, Juan C. Zaragoza

Gonzalez, Celeste Freytes
Magraner, Gabriel Olivera
Gautier, Raúl Maldonado
Meléndez, Víctor A. Suárez
Morales, Jose A. Sierra
Nevares, Ricardo Antonio Rosello
Perez, Alberto C. Rodriguez
Prados, Carmen Villar
Ramos, Jose Santiago
Rocafort, Ingrid Rivera
Rodríguez, César A. Miranda
Rosado, José Iván Marrero
Santos, Hector Ivan
Sifonte, Elias Sanchez
Sobrino-Vega, Christian
Vaquer, Juan

**U.S. Officials**
McCarthy, Regina
Mnuchin, Steven

**20 Largest Unsecured Creditors**
Baxter Sales & Distribution PR Corp.
Braxton School of Puerto Rico
Cardinal Health PR
Cesar Castillo Inc.
Corporacion de Servicios Educativos de Yabucoa
COSALL
Ediciones Santillana, Inc.
Ediciones SM
EVERTEC Inc.
IKON Solutions, Inc.
Institucion Educativa NETS, LLC
Kirkland & Ellis LLP
Manpower
MC&CS
Microsoft
Puerto Rico Telephone Company (dba Claro)
Total Petroleum Corps.
U.S. Army Corps of Engineers
Workforce Training and Employment Center, Inc.

**Litigation Parties**
322 De Diego Holdings, LLC
419 Ponce de Leon, Inc.
A Fund of Permal Managed Account Platform ICAV
Abasolo, María Palou
ACP Master, Ltd.
AG Financial Solutions
AG Financial Solutions Funds
Altair Global Credit Opportunities Fund (A), LLC
Ambac Assurance Corporation
Ambac Financial Group
Andalusian Global Designated Activity Company
Aponte-Dalmau, Javier
Aristeia Horizons, L.P.

Artau Feliciano Conjugal Property Partnership
Arzuaga, Federico M. Stubbe
Asociación de Inspectores de Juegos de Azar
Asociación de Jubilados de la Autoridad de Energía
Eléctrica
Asociacion de Salud Primaria de Puerto Rico
Asociación Puertorriqueña De La Judicatura, Inc.
Assured Guaranty Corp.
Assured Guaranty Municipal Corp. f/k/a Financial
Security Assurance Corporation
Atienza, Elí Díaz
Atlantic Medical Center, Inc.
Aurelius Capital Management LP
Aurelius Capital Master, Ltd.
Aurelius Convergence Master, Ltd.
Aurelius Investment, LLC
Aurelius Opportunities Fund, LLC
Autonomy Capital (Jersey) LP
Autonomy Master Fund Limited
Baldr Mason Fund
Banco Popular de Puerto Rico
Banco Santander Puerto Rico
Bank of New York Mellon
Bank of Nova Scotia
Bayles, Charles
Beatriz Nieves-López et al v. Bhatia-Gautier et al,
Civil No. 14-1220 (JAG-BJM)
Bianchi-Angleró, Carlos A.
Bielenberg, Aaron C.
Blue Mountain Capital Management LLC
BMW Financial Services NA, LLC
Bonistas del Patio, Inc.
Brigade Capital Management
Buckeye Partners
Camino Cipres LLC
Camino Roble LLC
Camuy Health Center, Inc.
Camuy Health Services, Inc.
Canary SC Master Fund, L.P
Canyon Balanced Master Fund, Ltd.
Canyon Funds
Canyon Value Realization Fund, L.P.
Capellán-Rosa, Adelina and her minor son
Caraballo-Caraballo, Vilmarie
Carlos M. Benitez, Inc.
Castro, Carlos Reyes
Centerbridge Partners
Centro de Medicina Familiar Julio Palmieri Ferri,
Inc.
Centro de Salud de Lares, Inc.
Centro de Salud Familiar Dr. Julio Palmieri Ferri,
Inc.
Centro de Servicios Primarios de Salud de Patillas,
Inc.
Ciales Primary Health Care Services, Inc.
Ciales Primary Health Center, Inc.

Claren Road and Avenue
Claren Road Asset Management
Colon, Gloria
Colón-Rosario, Glorymar and her minor special
needs'son
Concilio de Salud Integral de Loiza, Inc.
Conjugal Partnership Gonzalez-Simounet
Conjugal Partnership Hermida-Colon
Conjugal Partnership Hess-Trigo
Conjugal Partnership Martinez-Martinez
Conjugal Partnership Smith-Smith
Conjugal Partnership Trigo-Suarez
Conjugal Partnership Trigo-Zapata
Conjugal Partnership Valdes-Muentes
Consejo de Salud de la Comunidad de la Playa de
Ponce, Inc.
Cooperativa de Ahorro y Crédito de Ciales
Corbin Opportunity Fund L.P.
Corporacion de Servicios Integrales de Salud Area de
Barranquitas, Comerio, Corozal Naranjito y
Orocovis, Inc.
Corporacion de Servicios Medicos Primarios y
Prevencion de Hatillo, Inc.
COSSMA
Costa Salud, Inc.
Covalent Partners LLC
Crescent 1, L.P.
CRS Master Fund, L.P.
Cruz-Burgos, Ramón L
Cruz-Molina, Marcos
Cruz-Rodriguez, Natalia
Cruz-Rodríquez, Christopher
Cyrus Funds
Davidson Kempner Capital Management LP
de Hess, Regina Trigo
Decagon Holdings
Delgado-Altieri, Carlos
Díaz-Collazo, José A.
EJF
Excelerate Energy
FCO Advisors LP
FCO Special Opportunities (A1) LP
FCO Special Opportunities (D1) LP
FCO Special Opportunities (E1) LLC – Master Series
1
Fernandez-Jorge, Emmanuel
Fidelity And Deposit Co. of Maryland
Financial Guaranty Insurance Co.
First Medical Health Plan, Inc.
Fore Research & Management
Fore Solus Alternative Asset Management
Franklin Advisors Inc.
Franklin Templeton Inc.
FSA Investments, LLC
FT Opportunistic Distressed Fund
Fundamental

Fundamental Credit Opportunities Master Fund LP
Garced, Wanda Vázquez
García-Figueroa, Pedro J.
Gaudier, Luis R. Santini
GDB Debt Recovery Authority
GDB Public Entity Trust
Glendon Opportunities Fund, L.P.
GoldenTree
GoldenTree Asset Management LP
Goldman Sachs
Goldman Sachs Asset Management, L.P.
Gomez, Eduardo Artau
Gonzalez, Federico Stubbe
Gonzalez, Jose
Gonzalez, William
Gonzalez-Cordero, Ramon
González-Damudt, Ángel
González-Otero, Jorge L.
Government Development Bank for Puerto Rico
Heirs of The Estate of Rosario Ferre Ramirez De Arellano Comp by BTF-RLTF-LATF
Hermida-Ceda, Gustavo
Hernández, Ernesto Sgroi
Hernández-Montañez, Rafael
Hernández-Torres, Ramón A.
Hess, Jorge
Hillman, Darrel
Hospital General Castaner, Inc.
Irizarry, Jorge
Jacana Holdings
Jacana Holdings I LLC
Jacana Holdings II LLC
Jacana Holdings III LLC
Jacana Holdings IV LLC
Jacana Holdings V LLC
Jaramillo, Angel R. Figueroa
Jaresko, Natalie
Jorge, Lidia
Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.
Karp, Matthew
Kempner, Davidson
King Street
Knighthead
Kreil, Ralph A.
KTRS Credit Fund LP
Laurido, Juan
Leon, Rossana Lopez
Lex Claims, LLC
LMA SPC
LMAP 903 Limited
Long En-Tech Puerto Rico, Inc.
Longo-Ravelo, Adriel
López, Erasto Zayas
López-De Ararrás, Brenda
López-León, Rossana

Lugo, René Pinto
M.L. & R.E. Law Firm
Maldonado, Carmen
Marathon
Márquez-Rodríguez, Jesús
Martinez, Guillermo L.
Martínez, Rafael Rentas
Martinez-Martinez, Bertita
MassMutual
Master SIF SICAV SIF
Matos-García, Ángel
MBIA
MC Holdings Master LP
MCP Holdings Master LP
Méndez-Silva, Lydia
Merced Capital LP
Migrant Health Center, Inc.
Monarch
Monarch Alternative Capital LP
Monarch Alternative Solutions Master Fund Ltd
Monarch Capital Master Partners II LP
Monarch Capital Master Partners III LP
Monarch Capital Master Partners IV LP
Monarch Debt Recovery Master Fund Ltd
Monarch Special Opportunities Master Fund Ltd
Montilla-Rojo, Ceci
Morales-Rivera, Nelson
Morovis Community Health Center, Inc.
Movimiento de Concentración Ciudadana Inc.
MPR Investors, LLC
Muentes-Ortiz, Adrienne
Municipality of San Juan
Municipio Autonomo de Ponce
Natal-Albelo, Manuel
National Public Finance Guarantee Corp.
Nazario-Fuentes, Julia M.
Negrón-Irizarry, Isidro
Nokota Capital Master Fund, L.P.
Northshore Management, Corp.
Nunez, Carlos J. Mendez
Nutmeg Partners
Ocher Rose LLC
Old Bellows Partners LP
Oppenheimer Funds Inc.
Oriental Bank
Ortiz, José
Ortiz-Lugo, Luis R.
Owens, David K.
P Monarch Recovery Ltd
P Stone Lion IE
Padilla, Jorge L.
Pandora Select Partners, L.P.
Pauker, David
Peaje Investments LLC
Pentagon Federal Credit Union
Penteli Master Fund

4

Pereira-Castillo, Miguel A.
Perelló, José F. Rodríguez
Pérez, Juan A. Meléndez
Permal Stone Lion Fund Ltd.
Pinehurst Partners, L.P.
Popular Auto
Popular Democratic Party House of Representatives Delegation
Popular Inc.
Popular Securities LLC
Pou, Robert
Prisma SPC Holdings Ltd. – Segregated Portfolio AG
Puerto Rico Energy Commission
Puerto Rico Funds and Portfolios
Puerto Rico GNMA & U.S. Government Target Maturity Fund
Ramírez-Kurtz, Roberto
Ramos, Miguel Angel Ortiz
Ramos, Ricardo
Rincon Health Center, Inc.
Rio Grande Community Health Center, Inc.
Rivera, Jose Enrique Ortiz
Rivera, José Ramón Rivera
Rivera, Ralphi E. [Sic] Dominicci
Rivera-Delgado, Melba
Rivera-Marcucci, Elena and her minor special needs' son
Riveraruiz-De-Porras, Roberto
Rivera-Schatz, Thomas
Rodríguez Rosa, Jesús M.
Rojo, Rafael
ROLSG LLC
Roque-Torres, Jose
RRW I LLC
Ruiz, Maria de Lourdes Rodriguez
Rullan, Johnny
San Rafael Holdings, LLC
Sánchez, Elías
Santander Asset Management Corporation
Santander Asset Management LLC
Santander BanCorp
Santander Financial Services, Island Insurance Corporation
Santander Insurance Agency, Inc.
Santander International Bank of Puerto Rico, Inc.
Santander PR Capital Trust I
Santander Securities Corporation
Santander Securities, LLC
Santa-Rodríguez, Jusús
Santiago, Magaly Cosme
Santiago, Oscar
Santiago, Sandra Pacheco
Santiago-Rivera, José A.
SB Special Situation Master Fund SPC, Segregated Portfolio D
Scoggin Funds

Scotiabank de Puerto Rico
Senator Global Opportunity Master Fund L.P.
Servidores Publicos Unidos Council 95 of The American Federation of State, County and Municipal Employees
SIimounet de Gonzalez, Ketty
SL Funds
SL Liquidation Fund L.P.
SL Puerto Rico Fund II L.P.
SL Puerto Rico Fund L.P.
Smith, Ernesto A.
Smith, Saress E.
Sola Ltd.
Stone Lion Capital Partners LP
Stugo, LLC
Suarez-Sein, Carmen Regina
SV Credit LP
Syncora
Taconic Master Fund 1.5 LP / Taconic Opportunity Master Fund
Tasman Fund LP
The Canyon Value Realization Master Fund, L.P.
Tilden Park Capital Management LP
Tirado-Rivera, Cirilo
Torres, Justo Gonzalez
Torres, Marianne
Torres-Cruz, Luis Raúl
Torres-Torres, Sergio
Trigo Corp.
Trigo-Gonzalez, Benigno
Trigo-Gonzalez, Dionisio
Trimar Investments Corp.
U.S. Bank Trust National Association
UBS IRA Select Growth and Income Puerto Rico Fund
Ultra Master Ltd.
Unión de Empleados de Oficina Comercio y Ramas Anexas, Puertos
Unión de Empleados de Oficina y Profesionales de la Autoridad de Edificios Públicos
Unión de Empleados del Banco de la Vivienda
Unión de Empleados Profesionales Independientes
Union De Trabajadores De La Industria Electrica y Riego, Inc. (UTIER)
Unión Independiente de Empleados de la Autoridad de Acueductos y Alcantarillados
Unión Insular de Trabajadores Industriales y Construcciones Eléctricas Inc.
Unión Nacional de Educadores y Trabajadores de la Educación
Valdes-Mazaurieta, Jose A.
Valmu Trust 2015, LLC
Varde Partners
Varela-Fernández, José
Vargas, Carmen Feliciano
Vega, Christian Sobrino

5

Vega-Ramos, Luis R.
Vélez-Vélez, Heriberto
Vitol, Inc.
Vitol, S.A.
Voya Institutional Trust Company
Whitebox Advisors LLC
Wilmington Trust
Zapata-Bird, Teresa

**Federal Agencies**
AmeriCorps
Department of Defense (DOD)
Department of Energy (DOE)
Department of Homeland Security (DHS)
Department of Housing and Urban Development
(HUD)
Department of Human and Health Services
Department of the Interior (DOI)
Department of Transportation (DOT)
Department of Veterans Affairs (VA)
Economic and Statistics Administrations
Environmental Protection Agency (EPA)
Federal Communications Commission (FCC)
Federal Emergency Management Agency (FEMA)
Small Business Administration (SBA)
US Department of Agriculture
US Department of Commerce
US Department of Education (ED)
US Department of Health and Services
US Department of Justice (DOJ)
US Department of Labor (DOL)

**Parties Filing Notice of Appearance**
65 Infanteria Shopping Center, LLC
Abengoa, S.A.
Abraham-Díaz et al, Jeanette
Abril, Jeronimo Esteve
Ad Hoc Committee for the Protection of Accrued
    Retirement Benefits of Puerto Rico's Public
    Employees and Retirees
Ad Hoc Group of Constitutional Debtholders:
        BlackRock Financial Management, Inc.
        Deutsche Bank Securities, Inc.
Ad Hoc Group of General Obligation Bondholders:
        Franklin Mutual Advisers LLC
        Senator Investment Group LP
        Stone Lion L.P.
Ad Hoc Group of PREPA Bondholders:
        AG Capital Recovery Partners VIII, L.P.
        AG Centre Street Partnership, L.P.
        AG Eleven Partners, L.P.
        AG MM, L.P.
        AG Princess, LP
        AG Super Fund International Partners, L.P.
        AG Super Fund, L.P.
        Angelo, Gordon & Co., L.P.

AS Marathon Credit
BlueMountain Capital Management, LLC
BlueMountain Credit Alternatives Master
    Fund L.P.
BlueMountain Credit Opportunities Master
    Fund I L.P.
BlueMountain Distressed Master Fund L.P.
BlueMountain Foinaven Master Fund L.P.
BlueMountain Guadalupe Peak Fund L.P.
BlueMountain Kicking Horse Fund L.P.
BlueMountain Logan Opportunities Master
    Fund L.P.
BlueMountain Montenvers Master Fund
    SCA SICAV-SIF
BlueMountain Strategic Credit Master Fund
    L.P.
BlueMountain Timberline Ltd.
BSF Multi-Manager Alternative Strategies
    Fund
California High Yield Municipal Bond Fund
California Intermediate Term Tax Free
    Income Fund
California Tax Free Income Fund
Colorado Tax Free Income Fund
Double Tax Free Income Fund
FDP Series FT Total Return FDP Fund
Federación Central de Trabajadores,
    U.F.C.W., Local 481
Federal Tax Free Income Fund
Fist-Franklin Total Return Fund
Florida Tax Free Income Fund
Franklin Strategic Income Fund
Franklin Strategic Income Fund Canada
Franklin Strategic Income Fund United
    States
Franklin Strategic Income VIP Fund
Franklin US Total Return Fund
Georgia Tax Free Income Fund
Goldman Sachs Dynamic Municipal Income
    Fund, a Series of the Goldman Sachs
    Trust
Goldman Sachs High Yield Municipal Fund,
    a Series of the Goldman Sachs Trust
Goldman Sachs Short Duration Tax Free
    Fund, a Series of the Goldman Sachs
    Trust
High Yield Tax Free Income Fund
Knighthead (NY) Fund, L.P.
Knighthead Annuity & Life Assurance
    Company
Knighthead Capital Management, LLC
Knighthead Master Fund, L.P.
Louisiana Tax Free Income Fund
Marathon Asset Management, LP
Marathon Blue Grass Credit Fund LP
Marathon Centre Street Partnership, L.P.

Marathon Court Square, LP
Marathon Credit Dislocation Fund, LP
Marathon Credit Opportunity Fund, Ltd.
Marathon Currituck Fund, LP, Series C
Marathon Currituck Fund, LP, Series D
Marathon Les Grandes Jorasses Master
    Fund
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunity Fund, Ltd
Marathon Strategic Opportunities Program,
    LP
Maryland Tax Free Income Fund
MassMutual International Holding MSC
MassMutual Unified Traditional Separate
    Account
Missouri Tax Free Income Fund
New Jersey Tax Free Income Fund
New York Tax Free Income Fund
North Carolina Tax Free Income Fund
Oppenheimer Multi-State Municipal Trust)
Oppenheimer Rochester AMT-Free
    Municipal Fund
Oppenheimer Rochester AMT-Free New
    York Municipal Fund
Oppenheimer Rochester Arizona Municipal
    Fund
Oppenheimer Rochester California
    Municipal Fund
Oppenheimer Rochester Fund Municipals
Oppenheimer Rochester High Yield
    Municipal Fund (A Series of
    Oppenheimer Multi-State Municipal
    Trust)
Oppenheimer Rochester Limited Term
    California Municipal Fund
Oppenheimer Rochester Limited Term
    Municipal Fund (a Series of
    Oppenheimer Municipal Fund)
Oppenheimer Rochester Limited Term New
    York Municipal Fund (a Series of
    Rochester Portfolio Series)
Oppenheimer Rochester Maryland
    Municipal Fund
Oppenheimer Rochester Massachusetts
    Municipal Fund
Oppenheimer Rochester Michigan
    Municipal Fund
Oppenheimer Rochester Minnesota
    Municipal Fund
Oppenheimer Rochester New Jersey
    Municipal Fund (a Series of
    Oppenheimer Multi-State Municipal
    Trust)
Oppenheimer Rochester North Carolina
    Municipal Fund

Oppenheimer Rochester Ohio Municipal
    Fund
Oppenheimer Rochester Pennsylvania
Municipal Fund (a Series of Oppenheimer Multi-
State Municipal Trust)
    Oppenheimer Rochester Virginia Municipal
Fund
    Oregon Tax Free Income Fund
    Pennsylvania Tax Free Income Fund
    Silver Point Capital, L.P.
    Tennessee Municipal Bond Fund
    Virginia Tax Free Income Fund
Ad Hoc Municipalities Committee:
    Adjuntas
    Añasco
    Barceloneta
    Cabo Rojo
    Guanica
    Guayama
    Guayanilla
    Isabela
    Mayagüez
    Quebradillas
    San Germán
Aguirre Offshore Gasport, LLC
AIG Insurance Company - Puerto Rico
Alcohol and Tobacco Tax and Trade Bureau
American Federation of State, County and Municipal
Employees
American Federation of Teachers as Agent of
Asociacion de Maestros de Puerto Rico Local
Sindical
AmeriNational Community Services, LLC
Amicus Curiae the Autonomous Municipality of San
Juan
Andino-Gaudín, Javier Plaintiff in the Civil Case No.
K AC2002-5558
Antilles Power Depot, Inc
Aponte, Hon. Carlos Contreras
Aponte-Pagán, Angely M., Plaintiff in the Civil Case
No. CC-2016-1153
Appaloosa Management LP
Arc American, Inc.
Arocho et al, Prudencio Acevedo
Arroyo, Carmen Lydia Ríos
Arroyo, Edgordo Seda
Arroyo, Pablo Juan Ríos
Arvelo, Milagros Méndez
Asociación de Empleados Gerenciales del Fondo del
Seguro del Estado Corp.
Asociación de Jubilados de la Judicatura de Puerto
Rico, Inc.
Asociación de Profesores y Profesoras del Recinto
Universitario de Mayagüez, Inc.
Asociasion de Empleados del Estado Libre Asociado
de Puerto Rico

Autonomous Municipality of San Jua
Autopistas de PR, LLC
Autopistas Metropolitanas de Puerto Rico, LLC
Avilés, Jaime Rodríguez
Backyard Bondholders
Balado, Pedro L. Casasnovas
Balado, Raúl E. Casasnovas
Bank of America Merrill Lynch
Bard Shannon Limited
Bec Co Inc. d/b/a Empacadora Hill Brothers
Bella Export Corporation
Bella International, LLC
Bella Retail Group, LLC
Bernard, Félix Omar Colón
Berrios, Germán Torres
Berrios, Juan Alberto Torres
Berrios, Orlando Torres
Berríos, Ruth Rosado
Caballero, María Elena García
Calderón, Sonia Ivette Carrasquillo
Camacho et al, Madeline Acevedo
Canyon Capital Advisors, LLC
Cardinal Health PR 120, Inc.
Caribbean Airport Facilities, Inc.
Caribbean Hospital Corporation
Cartagena, Hilda O.
Cartagena, Jose W.
Casanova, Norma Bernier
Castrodad, Fideicomiso Hernandez
Centro del Sur Mall LLC
Cintrón et al, Francisco Beltrán
Claudio, Samuel Rodriguez
Clemente, Aida Rossy
CMA Architects & Engineers LLC
COFINA Senior Bondholders' Coalition:
    Aristeia Capital, L.L.C.
    Cyrus Capital Partners, L.P.
    Cyrus Opportunities Master Fund II, Ltd.
    Cyrus Select Opportunities Master Fund,
      Ltd.
    Cyrus Special Strategies Master Fund, L.P.
    Decagon Holdings 1, L.L.C.
    Decagon Holdings 10, L.L.C.
    Decagon Holdings 2, L.L.C.
    Decagon Holdings 3, L.L.C.
    Decagon Holdings 4, L.L.C.
    Decagon Holdings 5, L.L.C.
    Decagon Holdings 6, L.L.C.
    Decagon Holdings 7, L.L.C.
    Decagon Holdings 8, L.L.C.
    Decagon Holdings 9, L.L.C.
    Fideicomiso Plaza
    Merced Partners IV, L.P.;
    Merced Partners Limited Partnership;
    Merced Partners V, L.P.;

River Canyon Fund Management LLC (on
    behalf of its participating clients)
Scoggin International Fund Ltd.;
Scoggin Management LP
Scoggin Worldwide Fund Ltd.;
Taconic Capital Advisors L.P.
Taconic Master Fund 1.5 L.P.;
Taconic Opportunity Master Fund L.P.;
The Värde Skyway Master Fund, L.P.
Tilden Park Investment Master Fund LP;
Värde Credit Partners Master, L.P.;
Värde Investment Partners (Offshore)
    Master, L.P.; and
Värde Investment Partners, L.P.;
Collazo, Emmanuel Rodriguez
Colón, Ana Figueroa
Commonwealth Bondholder Group:
    Constellation Capital Management, LLC
Constructora Santiago II, Corp.
Continental Casualty Company
Cooperativa A/C
Cooperativa A/C Aguas Buenas
Cooperativa A/C De Cabo Rojo
Cooperativa A/C De Caguas Coopaca
Cooperativa A/C De La Asociacion De Maestros
(EDUCOOP)
Cooperativa A/C De La Federacion De Maestros De
PR
Cooperativa A/C Gerenciales Autoridad De Energia
Electrica
Cooperativa A/C La Comerieña
Cooperativa A/C Las Piedras
Cooperativa A/C Lomas Verdes
Cooperativa A/C Los Hermanos
Cooperativa A/C Obrero, Jesus
Cooperativa A/C Rodriguez, Saulo D.
Cooperativa A/C Roosevelt Roads
Cooperativa A/C San Jose
Cooperativa A/C Vegabajeña
Cooperativa A/C Yauco
Cooperativa de Ahorro y Crédito de Aguada
Cooperativa de Ahorro y Crédito de Barranquitas
Cooperativa De Ahorro y Credito de Diaz, Juana
Cooperativa de Ahorro y Crédito de Empleados
Municipales Guaynabo
Cooperativa de Ahorro y Crédito de Gandía, Manuel
Zeno
Cooperativa de Ahorro Y Crédito de Isabela
Cooperativa de Ahorro y Crédito de Lares y Región
Central
Cooperativa de Ahorro y Crédito de Rincón
Cooperativa de Ahorro y Crédito de Santa Isabel
Cooperativa de Ahorro y Crédito de Vega Alta
Cooperativa de Ahorro y Crédito del Valenciano
Cooperativa de Ahorro y Crédito Jayucoop
Cooperativa de Ahorro y Crédito Rosa, Abraham

Cooperativa de Seguros Múltiples de Puerto Rico
Corporacion de Servicios de Salud y Medicina De
Avanzada
Corporacion de Servicios Integrales de Salud del
Area de Barranquitas, Comero, Corozal, Naranjito y
Orocovis
Corporacion Marcaribe Investment
Corporación Publica para la Supervisión y Seguro de
Cooperativas de Puerto Rico
Cruz-Ybarra, Helvia
Cuerpo Organizado De La Policia, Inc.
Data Access Communication Inc.
Davidson Kempner Distressed Opportunities Fund
LP
Davidson Kempner Distressed Opportunities
International Ltd.
Davidson Kempner Institutional Partners, L.P.
Davidson Kempner International, Ltd.
Davidson Kempner Partners
de Casasnovas, Lolita Gandarilla
De Pablo, Deianeira Martínez
De Pablo, Lauren
Delgado, Joel Isander Cuadrado
Delgado, Virginia Díaz
Depository Trust Company
Doral Financial Corporation
Echeandia, Ricardo Levy
Escudero, Julie I.
Federación de Maestros
Feliciano, José Vázquez
Fernández, María Y. Viguie
Ferrer, Mercedes Irizarry
Ferrovial Agroman, LLC
Ferrovial Agroman, S.A.
Finale, Olga Martínez
Finale, Ondina
Finca Perseverancia, Inc.
First Transit of Puerto Rico, Inc.
Fondo de Inversión y Desarrollo Cooperativo, Inc.
Francisco Levy Hijo, Inc.
Fuentes, María Elena Alonso
Garcia, Laura E. Climent
Gautier, Eduardo Bhatia
Gil-Caraballo, Marcia
Giménez et al, Jorge Abraham
GMO Credit Opportunities Fund, L.P.
GMO Global Real Return (UCITS) Fund, a sub-fund
of GMO Funds plc
GMO Implementation Fund, a series of GMO Trust
GMS Group, LLC
Gomez, Carlos Ifarraguerri
González, Antonio Fuentes
Gonzalez, Freddie Perez
Grau, Ismael Rivera

Group of Creditors of the Consolidated CFI
Judgment dated April 22, 2016, Arroyo, et al.,
Armando Vazquez
Hermandad de Empleados del Fondo del Seguro del
Estado, Inc. /aka Unión de Empleados de la
Corporación        del Fondo del Seguro del Estado
Hermanos Torres Torres, Inc.
HPM Foundation, Inc.
Inmobiliaria Levy, Inc.
Insight Management Group, Inc.
Instituto De Competitividad Y Sostenibilidad
Economica De Puerto Rico
Insurance Commissioner of Puerto Rico as
Liquidator of National Insurance Company &
Preferred Health, Inc.        & Agro Industrias del
Este, Corp
Integrand Assurance Company
Interamerican Turnkey Development Co. Inc.
Interamericas Turnkey, Inc.
Internal Revenue Service
International Automotive Distributors Group, LLC
International Union, United Automobile, Aerospace
and Agricultural Implement Workers of America
Iron Mountain Information Management, LLC
IRS Insolvency Section
Isla Del Rio, Inc.
Jetstream Federal Credit Union
Jones, Anne Catesby
Kanoso Auto Sales Inc.
KDC Solar LLC
Kobre & Kim, LLP
Lawful Constitutional Debt Coalition
Leandry-Hernández, Julio E.
Legal Partners, PSC
Lehman Brothers Holdings Inc.
León, Hon. Rosanna López
Levy Echeandia Trust
Levy, Laura
Liberty Cablevision of Puerto Rico LLC
Llauger, Jorge Valdes
López, Julio Rancel
López, Raymond Armando Negrón
López, Vilma Teresa Torres
Lopez-Lay, Carlos
Lord Electric Company of Puerto Rico
Lumar Development Corp
M Solar Generating, LLC
M.H. Davidson & Co.
Management Consultants & Computer Services Inc.
Mangiaracina, Stephen T.
Marrero, Dariana Liz Marrero
Marrero, Deborah Marie Santana
Marrero, Erick Joel Santana
Martinez II, Fideicomiso Del Valle
Martinez, Maria A.
Martinez, Ramon A. Bonilla

Martínez, Rolando
Mason Capital Management, LLC
Mason Capital Master Fund LP
MCS Advantage, Inc.
MCS Health Management Options, Inc.
MCS Life Insurance Company
Medical Card System, Inc.
Meléndez, Juan Alberto Santiago
Mercado, Javier Mandry
Mercado, Viviana Ortiz
Metric Engineering Inc
Mitsubishi Motor Sales of Caribbean Inc.
Molina, Carlos Pérez
Morales, Nydia M.
Municipality of San Sebastian
Mutual Fund Group
Neomed Center, Inc.
Netwave Equipment Corp.
Nieves, Olga I. Trinidad
Noguera, Juan E.
Núñez, Luis Enrique Pacheco
Nustream Communications Corp
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Opportunities Fund IX Delaware, L.P.
Oaktree Opportunities Fund IX, L.P.
Oaktree Opportunities Fund X Holdings (Delaware), L.P.
Oaktree Opps X Holdo Ltd.
Oaktree Value Opportunities Fund Holdings, L.P.
Oaktree Value Opportunities Fund, L.P.
Oaktree-Forrest Multi-Strategy, LLC (Series B)
Official Committee of Retired Employees of Puerto Rico
Oficina de Etica Gubernamental (Office of Government Ethics of Puerto Rico)
Opps Culebra Holdings, L.P.
Oracle America, Inc.
Oracle Caribbean, Inc.
Ortiz-Santiago, Ileana
Osorio, Yesenia Inés López
OZ Management II LP
OZ Management LP
P. R. Used Oil Collectors, Inc.
Pagan, Carmen Gloria Acevedo
Pagan, Hector Acevedo
Pattern Santa Isabel LLC
PBA Funds:
        Candlewood Investment Group, L.P.
        Fir Tree Partners
        First Pacific Advisors, LLC
        Inglesea Capital LLC
Perez-Acevedo, Vicente
Pérez-Colón et al, Juan
PFZ Properties, Inc.
Ponce, Kathiria Janisse Santana
PROSOL-UTIER

Puerto Rico Department of Justice
Puerto Rico Legal Advocates PSC
PV Properties, Inc
Quality Equipment, Inc.
Ramos, César Caminero
Reliable Equipment Corporation
Reparto Metropolitano Shopping Center LLC
Rexach Hermanos, Inc
Rey, Jose Angel
Reyes, Lourdes Morales
Reyes, Rey Reyes
Ríos, Elena Marie Marrero
Ríos, Lorna Lee Marrero
Rivera, Angel Ruiz
Rivera, Héctor Cesario Santiago
Rivera, Lourdes Arce
Rivera, Luis Modesto Rodríguez
Rivera, Pablo Del Valle
Rivera, Rafael Bonilla
Rivera, Virgilio Fernando Acevedo
Roche Diagnostics Corporation
Rodríguez, Felix
Rodriguez, Salvador Rovira
Rodriguez-Alviles, Jaime
Rodriguez-Colon, Carmen
Rosado, Janzel Daniel Quintana
Rosario et al, Delfina López
Sala, Jorge
Santana, Alondra Janisse Negrón
Santos et al, Alejo Cruz
Sastre, William Santiago
Securities & Exchange Commission
Siaca, Luis A. Rivera
Sistema de Retiro de la Universidad de Puerto Rico
Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica
Softek, Inc.
Solus Alternative Asset Management LP
Solus Opportunities Fund 5 LP
South Parcel of Puerto Rico, S.E.
Stericycle of Puerto Rico, Inc.
Suarez-Cobo, Juan M
Sucesión Pastor Mandry Nones
Sucesion Sastre Wirshing
Syncora Capital Assurance Inc.
Syncora Guarantee Inc.
TEC General Contractors, Corp.
Torres, Maritza Nieves
Torres, Marta Vázquez
Torres, Pedro Rolando Martínez
Torres, Rolando Martínez
Trinity Services I, LLC
U.S. Bank, National Association, as trustee for various bond issues
UBS Family of Funds and Puerto Rico Family of Funds:

Puerto Rico AAA Portfolio Bond Fund II,
    Inc.
Puerto Rico AAA Portfolio Bond Fund, Inc.
Puerto Rico AAA Portfolio Target Maturity
    Fund, Inc.
Puerto Rico Fixed Income Fund II, Inc.
Puerto Rico Fixed Income Fund III, Inc.
Puerto Rico Fixed Income Fund IV, Inc.
Puerto Rico Fixed Income Fund V, Inc.
Puerto Rico Fixed Income Fund VI, Inc.
Puerto Rico Fixed Income Fund, Inc.
Puerto Rico GNMA & U.S. Government
    Target Maturity Fund, Inc.
Puerto Rico Investors Bond Fund I
Puerto Rico Investors Tax-Free Fund II, Inc.
Puerto Rico Investors Tax-Free Fund III,
    Inc.
Puerto Rico Investors Tax-Free Fund IV,
    Inc.
Puerto Rico Investors Tax-Free Fund V, Inc.
Puerto Rico Investors Tax-Free Fund VI,
    Inc.
Puerto Rico Investors Tax-Free Fund, Inc.
Puerto Rico Mortgage-Backed & U.S.
    Government Securities Fund, Inc.
Tax-Free Puerto Rico Fund II, Inc.
Tax-Free Puerto Rico Fund, Inc.
Tax-Free Puerto Rico Target Maturity Fund,
    Inc.
Unión de Médicos de la Corporación del Fondo del
Seguro del Estado Corp.
United Auto Workers International Union
United Surety & Indemnity Company
Universidad Central del Caribe, Inc
Universidad Interamericana, Inc.
Vargas-Fontánez, Pedro A.
Vázquez, Armando Negrón
Vázquez, Elena Arroyo
Vázquez, Joseph Negrón
Vázquez, Neftaly Méndez
Voz Activa, Inc.
VR Global Partners, L.P.
Western Surety Company
Whitebox Asymmetric Partners, L.P.
Whitebox Institutional Partners, L.P.
Whitebox Multi-Strategy Partners, L.P.
Whitebox Term Credit Fund I L.P.
Whitefish Energy Holdings, LLC
Whyte, Bettina
WorldNet Telecommunications Inc.

**Professionals**
Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C.
Alvarez & Marsal North America, LLC
Ankura Consulting Group, LLC
Bennazar, García & Milián, C.S.P.

Bracewell LLP
Butler Snow LLP
Cadwalader, Wickersham & Taft LLP
Casellas Alcover & Burgos P.S.C.
Citigroup Global Markets Inc.
Conway MacKenzie, Inc.
CST Law
Debevoise & Plimpton LLP
Dechert LLP
Deloitte Financial Advisory Services
Development & Construction Law Group, LLC
DLA Piper LLP
EDGE Legal Strategies, PSC
Ferraiuoli LLC
Filsinger Energy Partners, Inc.
Filsinger, Todd W.
Fortuño Law
Francisco González Law Office
FTI Consulting, Inc.
Garffer & Jusino Attorneys at Law
Godfrey & Kahn, S.C.
Goldman Antonetti & Cordova, LLC
Greenberg Traurig, LLP
Hogan Lovells US LLP
Holland & Knight LLP
Indiano & Williams, P.S.C.
Jenner & Block LLP
Jiménez, Graffam & Lausell
Kasowitz Benson Torres LLP
Klee, Tuchin, Bogdanoff & Stern LLP
Kramer Levin Naftalis & Frankel LLP
Kroma Advertising, Inc.
Law Offices of Andrés W. López, Esq.
López Sánchez & Pirillo LLC
Luskin, Stern & Eisler LLP
Marchand ICS Group
Marini Pietrantoni Muiz LLC
McDermott Will and Emery
McKinsey & Company, Inc.
Milbank, Tweed, Hadley & McCloy LLP
Morell, Bauzá, Cartagena & Dapena
Munger, Tolles & Olson LLP
Nilda M. Navarro-Cabrer
Nixon Peabody
Norton Rose Fulbright US LLP
O'Neill & Borges LLC
O'Melveny & Myers LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Pension Trustee Advisors, Inc.
Phoenix Management Services, LLC
Proskauer Rose LLP
Quinn Emanuel Urquhart & Sullivan, LLP
Reed Smith LLP
Reichard & Escalera
Rexach & Picó, CSP
Rivera Tulla & Ferrer, LLC

Robbins, Russell, Englert, Orseck, Untereiner &
Sauber LLP
Rothschild & Co US Inc.
Rothschild Inc.
Saldaña, Carvajal & Vélez-Rivé, PSC
Seda & Perez Ochoa PSC
Seda, Diana Perez
Segal Consulting
Toro, Colon, Mullet, Rivera & Sifre, P.S.C.
Weil, Gotshal & Manges LLP
White & Case LLP
Williamson, Brady C.
Willkie Farr & Gallagher LLP
Wolfe, Andrew
Zequeria, A.J. Bennazar

**Top 20 Unsecured Creditors, Commonwealth of
Puerto Rico**
Cede & Co., as nominee of the Depositary Trust
Company
KPMG, LLC

**Top 20 Unsecured Creditors, Employee
Retirement System**
Air Chiller Mechanical Const.Inc.
Alpha Guards Mgt Inc.
Arroyo Flores Consulting Group Inc.
Autoridad Financiamiento Vivienda
Beltran Beltran and Assoc PSC
Chicago Equity Partners
Database Marketing Services
Hernandez Gutierrez Law
Mainline Information Systems
Mesirow Financial Investment Mgt Inc.
Netwave Equipment Corp.
Ol Maintenance
Popular Asset Management
Puerto Rico Attorneys and Counselors at Law PSC
State Street Global Advisors
Taplin, Canida and Habacht

**Top 20 Unsecured Creditors, Highways and
Transportation Authority**
Aci-Herzog a Joint Venture
Administracion Sistema De Retiro Del Gobierno
Aut Edificios Públicos
Autoridad De Energia Electrica
Bermudez, Longo, Diaz- Masso, S.E.
Betterrecycling Corp.
CD Builders, Inc.
Constructora I. Meléndez
Del Valle Group, S.P.
Ferrovial Agroman
First Transit, Inc.
Gila LLC
Global Insurance Agency Inc.

L.P.C.& D., Inc.
Peerless Oil & Chemicals, Inc.
Secretario Tribunal De San Juan
Super Asphalt Pavement Corp.
Tamrio Inc.
The Eniac Corporation

**Top 20 Unsecured Creditors, PREPA**
Abengoa Puerto Rico, S.E.
AES Puerto Rico
Aguas Puros
EcoEléctrica, L.P.
Freepoint Commodities LLC
JP Morgan Libor Fixed/Floating
KDC Solar PRSI LLC
Lawes, Grandville T.
Marrero, Ismael
Méndez, Pedro J. Santiago
PBJL Energy Corporation
Puma Energy Caribe, LLC
Ramirez, Myrna Rodriguez
Resto, Hector Carmona
Rivera, Ana Teresa
Sistema Retiro Empleados AEE Aportación Patronal
Tradewinds Energy Barcelona LLC

**Other**
A&S Legal Studio, PSC
Abbott, Luis
Acevedo, Arturo
Acevedo, Juan
Acosta, Jacqueline
Acosta, Ricardo
Administración De Seguros De Salud De Puerto Rico
Agosto, Adalina
Aguirre, Marlon Jijon
Aja, Carlos
Alamo, Rosa Rivera
Aleman, Marina
Alfonzo, Veronica
Alicea, Carlos
Alicea, Robert
Almedina, Eugenio
Alvarado, Jackeline
Alvarez, Natalia Calderon
Alvarez, Nelson
Andujar, Omayra
Aponte, Claudia
Arbona, Joseph Pousada
Arce, Yulissa
Aron, Douglas
Arons, Elenor
Asencio, Joan
Azalia, Vivian
Babbitt, Larkin E.
Badger, Will

Baez, Julio
Ball, Aida
Balwada, Seema
Barbosa, Benny
Barrios, Abraham Rivera
Barsy, Marina
Belville, Aixa
Benitez, Lin
Bigas, Lianabel Oliver
Bigay, Manuel Velez Calle Arquiteto Pedro
Bird, Jose E.
Blondet-Passalacqua, Cecille
Booth, Harry and Lois
Boyer, Doris
Brana, Zoraida
Brockoff, David
Bruno, Nicole Torress
Buchalter, A Professional Corporation
Burgos, Alexander
Burgos, Luis
C & A, S.E.
Caban, Carissa
Cabanillas, Francisco
Cabanillas, Monica Rios
Caffey, Keila
Calderon, Claudio Putnam
Calderon, David
Camacho, Zaida
Campos, Ginna Malley
Candelaria, Cindy
Caraviello, Armand
Carbia, Luis
Cardona, Nyra
Carrasquillo, Lucy
Carrasquillo, Marilu
Carrasquillo, Narielys Marquez
Carrasquillo, Sonia
Carrion, Guillermo
Casanova, Minirka Caban
Casellas, Detyari
Casillas, Diane
Casillas, Luis
Castellanos, Iliana Paz
Castillo, Vilmarie
Castro, Amanda
Caylor, Vivian
Centro Educativo Para Ciegos E Impedidos, Inc.
Cerama, Monica
Cherry, Paul
Cidraz, Juan Carlos Vega
Cintron-Marrero, Zinnia M.
Civil Rights Commission of Puerto Rico
Clemente, Mara
Collazo, Rosa
Colon, Adriana De Persia
Colón, Rubén

Colon, Vivien Mattei
Colvin, Dr. Gerald
Compliance and Research, Inc.
Conde, Pedro
Consobre, Robin Gail Garland
Conty, Myrna
Cook, Thomas
Corby, Alexander
Cordero, Michael
Correa, Maria De Lourdes Garica
Cortes, Christine
Coto Laurel Solar Farm, Inc.
Cotto, Mario
Crespo, Angel
Crespo, Kathleen
Crespo, Katia Garcia
Crespo-Kebler, Elizabeth
Cruet, Juan
Cruz, Dayra Cruz
Cruz, Maria
Cruz, Maria Victoria
Cruz, Mariel
Cruz, Olivier David Perrinjaquet
Cruz, Yarina E.
Cruz-Torres, Elisa
Cuadra, Cruz Miguel Ortiz
Cueto, Jose Caraballo
Cuevas, Christopher
Curiel, Libby
Dalmau, Camille Alexandra Padilla
Darko, Akwai
Davila, Angel Berrios
Davila, Diana
Davret, Donald
Day, Clifford
De Jesus, Benito
De Jesus, David
De La Luz, Caridad
De Leon, Mayra
De Los Santos, Sylvia
de Rodriguez, Iraida Munoz Viuda
Dein, Judith Gail
Delamancha, Donquijote
Delgado, Laura
Delgado, Lina
Delgado, Sarah
Diaz, Felicita Rodriguez
Diaz, Jean G. Vega
Diaz, Jean Pierre Vega
Diaz, Jean Vega
Diaz, Melinda
Diaz, Nelson
DiMarco, John
Echavarry, Cynthia
Echevarria, Elizabeth
Eduardo, Eduard

Elias, Ivan
Elias, Rafael
Elias, Salvador de le Cruz
Elliot, Mark Daniel
Emanuelli, Christine
Erickson, James and Elizabeth
Escobar, Joe
Estrada, Stephanie
Evangelista, Chris
Falk, Leona
Falu, Georgina
Febo, Luz Diaz
Feinberg, Marian
Feldman, Melvin
Feliciano, Hector Cruz
Fernandez, Gradissa
Fernandez, Luis
Fernandez, Margarita
Fernandez-Zavala, Margarita
Ferrandi, Albert
Ferrer-Gonzalez, Edgar
Figueroa, Beatriz Llenin
Figueroa, Elizabeth
Figueroa, Marta Amaral
Figueroa, Marta Elsa
Figueroa, Yadira
Finder, Seymour
Firsty, Jerome E.
Fischer, Alex
Flores, Samantha Correa
Font, Jose R.
Fonteboa, Manuel Garcia
Forteza, Hugo Arenas
Fracheshi, Jose
Francisco, Alejandro
Franqui, Sonita
Freedman, Maria
Frontera, Rene
Fuentes, Agustin Lopez
Fuentes, Marinilda
Gallardo, Miriam
Gallon, Jose
Gamaliel, Aaron
Garcia, Arlene
Garcia, Evelyn E. Gonzalez
Garcia, Frances Figarella
Garcia, Gilda
Garcia, Izabelle
Garcia, William
Garriga-Lopez, Adriana
Gavillan-Suarez, Jannette
Gaztambide, Basilio
Gaztambide, Miriam Basilio
Geigel, Luis
George, Michael B.
Gestamp Asetym Solar North America, Inc.

Gestamp Wind North America
Gillis, Robin
Ginese, Stephanie
Godoy, Mario
Gonzalez, Abel
Gonzalez, Ashley
Gonzalez, Brenda
Gonzalez, Carmen
Gonzalez, German
Gonzalez, Gilberto
Gonzalez, Ingrid
Gonzalez, Miriam
Gonzalez, Saul
Gonzalez-Sparks, Raquel
Greenberg, Bonnie
Guerra, Hipolita
Guiterrez, Gerardo
Guzman, Carlos M.
Guzman, Maria de L.
Hagens Berman Sobol Shapiro LLP
Haland, Olga
Halpern, Marcia
Hart, William
Hernandez, Andreina
Hernandez, Andres
Hernandez, Nelson
Herron, Antonio
Hidalgo, Michelle
Hildago, Janice
Homar, Susan
Hood, Meralis
Inoa, Oswald
Inserni, Frank
Irizarry, Beatriz
Irizarry, Maria
Irizarry, Maria De Mar
Irizarry, Maria del Mar
Jacobs, Adam
Jacobs, Eli
Jimenez, Adrian Mercado
Jimenez, Brianna
Jimenez, Karina
Jimenez, Marisol
Jones, Jennifer
Jones, Shannon
Jose-Basurto, Aaron
Karon LLC
Katz, Alan
Kearney, Kathy
Keating, Giselle
Knadle, Travis
Konigsberg, Frederic
Konsig, Paul
Lamont, Jennifer
Lang, Rafael Castro
Laricchia, Saskia

Latorre, Jose A.
Lazo, Katherine
Leibowitz, Howard
Lewis, Lisa
Lillo, Javier
Llompart, Ana
Llorens, Eileen
Lombardi, Vanessa
Long, Cate
Lopategui, Heraclio A. Amadeo
Lopez, Adalberto Nunez
Lopez, Alana
Lopez, Alejandro
Lopez, Angel M. Pineiro
Lopez, Arlene
Lopez, Carlos Vega
Lopez, Damaris
Lopez, Glorimar
Lopez, Irvis M.
Lopez, Jacob Soto
Lopez, Mari
Lopez, Neshma
Lopez, Sandra
Lopez-Leon, Roxana
Lora, Jezmina
Lucena, Dr. Josue Segarra
Luciano, Adolfo
Lugo Jr., Benjamin
Lugo-Rivera, Aida
Machado, Teodoro
Malave, Monserrate
Maldonado, Edward
Maldonado, Haydee Seijo
Maldonado, Jennifer
Maldonado, Jose
Maldonado, Sai
Maldonado-Medina, Lucia
Manley
Marantz, Lila
Maria, Flor
Marquez, Maribel Ortiz
Marquez, Rosa Luisa
Martin, David
Martinez II, Joseph
Martinez, Bianca
Martinez, Carlos F. Rosado
Martinez, Christopher Soto
Martinez, Jason
Martinez, Nelson
Martorell, Alejandra
Marvel, Lucilla Fuller
Matias, Wilfred
Matos, Jose
Medina, Frances
Medina, Jose Luis
Medina, Minerva

Medina, Osvaldo Quinones
Medina, Raquel
Mejia, Lilah
Melendez, Eduardo
Melendez, Juan Carlos Shannon
Melendez, Michelle
Melendez, Nitza
Mendez, Bertha
Mendez, Maribel Jimenez
Mercado, Astrid Flores
Mercado, Luis
Mercedes, Maria
Metro Pavia Health System
Mieles, Jeanice
Miguel, Felix Tomas
Miguel, Melanie
Molina, Desiree Michelle
Molinelli, Mariana Nogales
Monila-Dapena, Jose
Monserrat, Edwin Navarro
Monserrate, Carlos
Montanez, David
Montgomery, Aram
Morales, Ailed
Morales, Irma
Morales, Jose
Morales, Justin
Morales, Liliana Cotto
Morales, Marisol
Morales, Mirka
Morales, Otilo
Muniz-Otero, Mariel
Muriente-Pastrana, Gabriel
Myers, Leigh
Nagy, Daniel
NaraBemi, Jeshanah
Navedo, Manuel
Navia, Maria Mercedes
Negron, Milca
Negron, Rafael Fuentes
Negron, Walter
Nereida Feliciano
Nieves, Carina Marie
Nieves, Esteban
Nieves, Felipe A. Morales
Nin, Eduardo
Nin, Eduardo A.
Noble, George
Noriega, Reyna
Nunez, Jose Mercado
O'Ferrall, Ingrid
Ocasio, Francisco
Odasso, Chris
Ofarrill, Adryanna Muller
Office of the United States Attorney for the District
of Puerto Rico

Hall, Christopher R.
Lin, Jean
Lopez-Morales, Cesar A.
Ricketts, Jennifer D.
Rodriguez-Velez, Rosa E.
Ward, Thomas G.
Office of the United States Trustee for the District of
Puerto Rico:
Gebhardt, Guy G.
Lecaroz-Arribas, Monsita
Olivencia, Ramon
Olmedo, Jose
Onda Virtual LLC
Oneill, Jaime Diaz
Ordonez, Maria Antonia
Oritz, Yexsaira
Ortega, Mara Maritza
Ortega, Susan Ackoff
Ortiz, Cruz M.
Ortiz, Cruz Miguel
Ortiz, Erik
Ortiz, Griselle M. Robles
Ortiz, Isaias
Ortiz, Maribel
Ortiz, Maru
Ortiz, Nellie Zambrana
Ortiz, Sofia Sierra
Orum, Shyama
Oruna, Maria Cristina
Otero, Alexavier
Otero, Evelyn
Otero, Nilsa
Otero, Rafael
Padovani, Andre
Padro, Tania
Pagan, Frank
Pagan, Luis
Pagan, Mildred
Pagan, Odniel
Pena, Thomas
Perales, Iris
Pereles, Libia
Perez, Carlos Muniz
Perez, Debbie
Perez, Eduardo
Perez, Felix
Perez, Hon. Jorge L. Marquez
Perez, Luis
Perez, Priscilla
Perez, Solmari
Perez-Gatell, Ramon
Perry, Matthew
Persichilli, Georgiana
Peterson, Mark
Planas, Noel Pineiro
Plancarte, Rodolfo

Popular Democratic Party Caucus of the Puerto Rico
Senate
Portnoy, Arturo
Prados-Rodriguez, Eva
Prieto, Jose
Prime Clerk LLC
Puerto Ricans in Action
Puerto Rico Transparency Network
Quiles, Reyner Cruz
Quinones, Martha
Ragusa Jr., Michael
Rakouskas, Michael
Ramirez, Elyssa
Ramirez, Joyce
Ramos, Luis
Ramos, Rafael
Renta, Jose Rafael
Resistance, Chicago Boricua
Reyes, Ana Maria Serrano
Reyes, Ana Serrano
Reyes, Edna
Reyes, Olga Del Mar
Reyes, Pedro
Ribo, John
Rios, Alexandra Rivera
Rios, Jose R.
Rios, Robert Ramos
Rios, Yasmara
Rivera, Carmen Gonzalez
Rivera, Denise
Rivera, Elba
Rivera, Emanuel Pacheco
Rivera, Gabriela
Rivera, Ilia
Rivera, Jesus
Rivera, Jomar
Rivera, Jorge
Rivera, Maritza
Rivera, Myra
Rivera, Nahiri
Rivera, Omayra
Rivera, Sonia
Rivera, Vivianette
Robles, Pedro
Robles, Sonia Feliciano
Rodriguez, Anthony
Rodriguez, Apolonia Gonzalez
Rodriguez, Camaro
Rodriguez, Chabela
Rodriguez, Cynthia
Rodriguez, Diandra
Rodriguez, Elisabet
Rodriguez, Elvin
Rodriguez, Gilberto
Rodriguez, Gloria
Rodriguez, Grace

Rodriguez, Helga
Rodriguez, Iran
Rodriguez, Jose S.
Rodriguez, Luis Alexis
Rodriguez, Norma
Rodriguez, Nylia
Rodriguez, Samuel
Rodriguez, Vivian
Rodriguez, Wil
Rodriguez-Fernandez, Gabriel A.
Rodriguez-Rosario, Isabel
Roldan, Jaeson
Roldan-Flores, Alfredo
Rosa, Alanis
Rosa, Alessandra
Rosado, Gabriela
Rosado, Tayra Walle
Rosario, Frank
Rosario, Rosana
Rose, Amelia
Rose, Rebeca Agosto
Rose, Yadira Rivera
Ruiz, Elisa
Ruiz, Heriberto Ortiz
Ruiz, John Lugo
Ruiz, Michelle
Ruiz-Irizarry, Mabel
Rullan, John
Ryhanyc, Glenn
Saez, Luis Raul
Samodaovtiz, Arthur
Samodovitz, Arthur
Sanchez, Norma Jimenez
Sanchez, Peter
Sanjurjo, Kristi
Santana, Deborah
Santiago, Camille
Santiago, Eugenio
Santiago, Jerry
Santiago, Julio
Santiago, Larissa
Santiago, Luis
Santiago, Magaly
Santiago, Ricardo
Santiago, Waldemar
Santiago, Wilfredo Burgos
Santiago, Zelideth
Santiago-Fernandez, Myrtha Rose
Santos, Sergio
Sastre, Katherine
Sauto, Juan Gonzalez
Schacter, Kathy and Richard
Schmidt, Jorge
Schott, Robert
Schummer, Nicole
Seale-Collazo, James

Seary, Sean
Seary, Sean
Seiders, Sandra Enriquez
Seijo, Delia
Seijo, Luisa Rosado
Sepúlveda, Jose
Serrano, Reinaldo Torres
Siemens Corporation
Siemens Transportation Partnership Puerto Rico, S.E.
Sierra, Rosannie
Sigal, Richard
Smith, Donna Marie
Sonnedix Solar L.P.
Soto, Aileen
Soto, Jovanna Garcia
Soto, Juan Carlos Cotto
Soto, Linda
Soto, Luz Cuadrado
Soto, Omar
Soto, Tania Delgado
Soto-Gonzalez, Maria de Mar
Sotomayor, Diana Isabel
Spartako, Flandes
Stern, Eva
Stern, Robert
Stockman, William
Stoever, Russell
Suarez, Luz Celeste
Suarez, Oscar Marcelo
Sumpter, Carlos
Susko, Steven
Swain, Hon. Laura Taylor
Swany, Teresa Volmar
Taverso, Marcos Martinez
Teich, Stanley J.
The Democratic Socialists of American - Palm Beach Chapter
The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System:
      Adrover, Juan Carlos
      Ramírez, Sammy
      Román, Alvin
Tiangco, Juana
Timoney, Adriana
Tina H
Tio, Patrica Trigo
Tirado, Jose Jimenez
Toapanta, Grace
Toldeo, Delia
Torres, Andrew
Torres, Awilda Santos
Torres, Edwin
Torres, Javier Smith
Torres, Ramon
Torres-Lopez, Maria J.
Torres-Rodriguez, Laura Juliana

Troche, Madeline
Truesdell, Lee Ann
Tucci, Joanne
U.S. District Court for the District of Puerto Rico
United States Attorney for the Southern District of
New York
Urbina, Xavier Cruz
Uribe, German
Valentin, Martiza
Vargas, Grace
Vasquez, Felix
Vasquez-Berrios, Dr. Carlos J.
Vazquez, Julissa
Vazquez, Leonardo
Vazquez, Nancy Matos
Vazquez, Nashalie
Velazquez, Rafael
Velez, Mayra
Velez, Sandra
Vessels, Stephen
Vidal, Arturo Pico
Vila, Anibal Acevedo
Villegas y Asociados-Ingenieros, C.S.P.
Vives, Carlos
Vivoni, Edric
Von Huben, Ana
Washington, Lydia Gilligan
Wasserman, Jeffery
Weinstein, David
Windmar Renewable Energy, Inc
Winkis, Anita
Wright, Donna
Yudkin, Anita
Zamudio, Miguel
Zaya, Fred
Zayas, Lisa
Ziegler, Ellen


**Mediation Team**
Ambro, Hon. Thomas
Atlas, Hon. Nancy
Colton, Hon. Roberta A.
Houser, Hon. Barbara
Klein, Hon. Christopher
Marrero, Hon. Victor

**Parties that filed Lift Stay Motions**
Abreu, Ana Rivas
Aguiar, Consuelo Ramos
Alicea, Ángel M. Pérez
Alicea, Felícita Martínez
Alicea, José L. Rivera
Alicea, Rafael Reyes
Alomar, Mayra Mercado
Alvarez, Juliana Michelle Luciano

Alvarez, Julitza Luciano
Alvarez, Julysbeth Thali Luciano
Álvarez, Ricardo Rivera
Andino, Edna Medina
Andujar, Alejandro Rodríguez
Aponte-Colon, Emmanuel
Aquasur Corporation
Aquino-Colon, Josue
Arroyo- Jiménez, Janelly
Arroyo, Herminia Casado
Arroyo, María Del C. González
Arroyo-Morales, Orlando
B.P. S.E.
Babilonia, Gerardo V. González
Baez, Eliezer Santana
Baez-Figueroa, Sammy
Bahia Park S.E.
Batista, Annette Mary Blasini
Batista, Antonia Rita Blasini
Batista, Silvia Consuelo Blasini
Beauchamp-Velazquez, Bernice
Benejam-Otero, Evangelina
Benero, Victor Centeno
Benítez, Olga I. Marcano
Berdecia, Marta De Los A.
Bermudez, Perfecto Crespo
Berríos, Carmen J. Rodríguez
Bonefont, Marta Rosado
Bonilla- Rivera, Carmen and her minor daughter,
FTB
Briales-Verdejo, Luisa and her minor son, SLB
Burgos, Naira D. Ríos
Burgos, Roxannie Casillas
Caballero, Miguel Aguayo
Cabán, Celines Maldonado
Cabán, Héctor N. González
Cabán, Wandaly Irizarry
Cabrera, Sandra Rivera
Caldero, Victor Rosa
Calderon, Jose Gonzalez
Calixto, Madeline Solís
Camacho, Omayra Torres
Candelaria, Gilberto Ares, et al:
    Collazo, Evelyn Pratts
    Colón, Arnaldo Colón
    Cruz, Maribel García
    De Jesús, Julia T. Pena
    Fernández, Angel L. De Jesús
    Guzmán, Ana E. Collazo
    Hernández, Carmen D. López
    Incle, Manuel F. Sánchez
    Juarbe, Carlos González
    Nieves, Norma I. Rivera
    Ortega, Juan D. Sierra
    Rodriguez, Nilda P. Barbosa
    Rosado, Tomás Montañez

Sánchez, Edna Sáez
Santiago, Marilyn Hernández
Vélez, Melvin Colón
Cano-Angeles, Yolanda
Carrión, Felix Flores
Carrión, Félix M. Álvarez
Casiano, Vanessa Torres
Castresana, Silvia Batista
Castro Business Enterprises, Inc.
Centro de Periodismo Investigativo, Inc.
Charón, Mario Alejandro
Chiappardi-Berríos, María and her minor daughter,
BRC
Cintrón-Marzán, Evelyn and her minor daughter,
KRC
Claudio-Casiano, Pablo
Claudio-Ramírez, José
CMA Builders Corp.
Collazo-Bougeois, Alys
Colon, Javier A.
Colon, Lcdo. Luis F. Aviles
Colon, Lelis Villafaña
Colón, María S. Veguilla
Colon, Milagros Ayala
Colon, Nelson Cruz
Colon-Figueroa, Glenda
Colon-Velez, Janice Vanessa
Concilio Naciona de Policias (National Council of
Police Offiers)
Conjugal Partnership Crespo-Colon
Cordero, Georgina Cortes
Cordova, Sonia Santos
Cortes-Rosado, Moisés
Cosme, Angel L. Rios
Cosme, Carmen Iris Rivera
Cosme-Calderon, Antonio
Cotto, Gerardo González
Cotto, Joel Vega
Crespo, Luz M. Lugo
Cruz, Judith Garcia
Cuadrado, Ana M. Flores
Cuarterola, Inc.
Cuevas-Rodríguez, Grisell
De Berrios, Ana L. Ortiz
De Jesus, Enid Bermudez
De Jesús, José García
de Jesus, Ruth Jiménez
de la Fuente, Mabelis Rodríguez
Del Río, Agustín Rodríguez
Del Valle, Alexis Alvarez
Delbrey, Luis A. Andino
Delgado, Lucynette Arroyo and her minor son,
A.G.A.
Delgado, Ruth Maldonado
Diaz, Maria Judith
Diaz, Maria Rodriguez

Díaz, Mario Meléndez
Díaz-Cambier, Aida and her minor daughter, VSD
Dieppa, Ángel L. Flores
Dimario, Dino
Dones, Elizabeth Dones
Dragados USA, Inc.
Echavarria, Janet Rivera
Edificio Bula Inc.
Estate of Alicea, Onelia
Febres, María de F. Rivera
Febus, Raúl Rodríguez
Fernandez, Ruth Rios
Figueroa, Carlos Feliciano
Figueroa, Cialdy Rodriguez
Figueroa, Keila Robles
Figueroa-Torres, José G.
Flores-Perez, Rose Marie
Fonseca, Gloria M. Rivera
Fortes-Cortes, Nilda mother andlegalguardian
ofDRF, andDRF
Frau, Estate of Yesmin Galib
Frente Unido de Policias Organizados (United Front
of Organized Police Officers)
Fuentes, Carmen Ortiz
Fuentes-Benejam, Gabriel
Fuentes-Benejam, Jorge L.
Fuentes-Benejam, José Ricardo
Galarza, Dinaris Vega
Galarza, Zoraida Fraticelli
Galib, Lucas
Galib, Maria Cristina Valdivieso
Galib, Maria Teresa
Galib, Yesmin Marie Valdivieso
Galicia, Iris M. Galloza
GAM Realty LLC
Garcia, Fiori Vilella
García, Jeanette Vega
Garcia, Jose A. Rodriguez
García, Raúl Zambrana
Garcia, Zoe Blasini
Garcia, Zulma Vilella
García-Cabeza, María
Garcia-Rubiera, Gladys
Generas, Natividad Vargas
Ginés, Yudelka
Gómez, Carmen I. Márquez
Gomez, Maribel Boria
Gómez, Sandra L. Carmona
Gonzalez, Daniel Miranda
Gonzalez, Judith Castro
González, Karoline Maldonado
González, Linda González
González, Luis F.
González, Nilsa Aquino
Gonzalez, Ruddy S. Reyes
Gonzalez-Colon, Luis F.

González-Joy, Manuel
Gonzalez-Ricano, Gerson
Gotay, María Del C. Bonano
Great Lakes Dredge and Dock Co., LLC
Guerrero, Amado Ravelo
Guzmán, José Luis
Guzman-Nieves, Carlos
Guzmán-Rodriguez, Jonathan
Hernández, Daniel Matos
Hernández-Rodríguez, Gabriel
Hospital San Juan Capestrano, Inc
Huertas-Marrero, Yomaira, for herself and in
representation of her minor daughters ASH and GSH
Iglesias-Sepúlveda, Roger
Jaquez, Henessy Ravelo
Jiménez, Janet
Jimenez, Yolanda Nieves
Juaza, Inc.
Justiniano, Felipa Justiniano
Justiniano, Javier Soto
La Quinta Shopping Center, Corp.
Las Monjas Realty II, SE
Lebrón-De Jesús, Julio, and their minor special
needs' son, ELG
Lopez, Edwin Reyes
López, Hilda Avila
Lopez, Jesus M.
López, Maribel Martínez
Lopez, Roberto Colon
López,Yoely Acevedo
Lorenzo, Vanessa Feliciano
Lortu-Ta Ltd., Inc.
Luis-Zayas, Jose
Maisonet, Marisol Ocasio
Maldonado, Angel Tolentino
Maldonado, Antonia López
Maldonado, Eileen Garrastegui
Maldonado-Velez, Roberto
Managerial HTA Employees:
    Abril, Rafael A. López
    Acevedo, et al., Osvaldo Acevedo
    Adorno, Blanca I. Santiago
    Álamo, Juan A. Sánchez
    Álvarez, Jorge A. Ruiz
    Baranda, Magdalene
    Camacho, Ramón Ramos
    Carrero, Brenda Torres
    Carrión, Lourdes I. Pérez
    Cartagena, Héctor Alvarado
    Castillo, María del C. Rolón
    Cintrón, William Cintrón
    Class, Carmen I. González
    Collazo, Haydée Rivera
    Colón, Edgardo B. Marrero
    Correa, Félix Hernández
    Correa, Isaac Colón

Cortés, Juan A. Valdés
Cristóbal, Lilliam Miranda
Cruz, José A. Colón
Cruz, José Colón
Cruz, Miguel E. Torres
De Luis, Edgar A. Quiñones
Díaz, Hiram A. Stella
Durant, et al, José Malavé
Esquilín, Milisa Adorno
Estrada, Aleria M. Villegas
Fabré, Andrés Nazario
Figueroa, Evelyn Marrero
Figueroa, Hariel Travieso
Gelabert, Micky Santiago
Gómez, Carlos Céspedes
Guillermety, Irma Pérez
Guzmán, Merari Santiago
Irizarry, Ángel L. Caraballo
Irizarry, Nemesio
Irizarry, Ramón Colón
Levis, Noelis Villegas
López, María del M. Santiago
López, María J. Haddock
López, William Vega
Maldonado, Miguel A. Siberón
Marrero, Denis M. Rivera
Martínez, Aarón L. Hernández
Martínez, Josué Cruz
Martínez, Nancy Borges
Martínez, Rafael Morales
Méndez, José R. Arzón
Merced, Giovanna Ferreira
Miranda, Alba Iris Rivera
Miranda, Edwin Flores
Morales et al, Ángel
Morales, Carmelo Hernández
Muñoz, Héctor Velázquez
Nieves, José M. Arocho
Oliveros, Eduardo Da Silva
Olmo, Pamela Ortiz
Olmo, Sonia I. Morales
Oropeza, Gisela Collazo
Ortiz, Wanda I. Ortiz
Padilla, et al., José A. Negrón
Pérez, Javier E. Domínguez
Pérez, Lisbeth Miranda
Pérez, Nurys A. Molina
Peterson, Victor H. Morales
Pitre, Daisy Ramos
Quiles, Edwin Ramos
Quiñonez, Luis A. Cordero
Quirindongo, Orlando Díaz
Ramirez, Luz I. Pérez
Ramírez, Ricardo Romero
Rivera, Bernice Núñez
Rivera, Carlos I. Vázquez

Rivera, Gloria S. Fernández
Rivera, Gonzalo Aponte
Rivera, Heriberto Cosme
Rivera, Higinio Calderón
Rivera, Ivonne M. Seda
Rivera, Juan Hernández
Rivera-Muñoz, Cynthia
Rivera-Quiñones, Widallys and AVR (a minor)
Robles, Carmen E. Serrano
Rodríguez Et al, Myrna L. Santiago
Rodríguez, Regis Deglans
Rosario, Javier Arroyo
Ruiz, José Márquez
Sánchez, Coraly M. Ortiz
Santiago et al., William Rosado
Serrano, Samuel Sostre
Soto, Iván Maldonado
Tejera, Gustavo Román
Torres, Ricardo C. Valentín
Vargas et al., Celia Tamariz
Vázquez, Carlos M. Santana
Vázquez, Carlos Santana
Velázquez, Janet Vázquez
Vélez, Cecilia Barbosa
Vélez, Richard Negrón
Vélez, Sonia I. Vélez
Vera, Mildred Andino
MAO & Associates Investments, Inc
Marchand-Sanchez, Maria Judith
Marques, Gloria M. Esteva
Marrero, Cynthia Bojito
Marrero, Roberto Rolón
Marrero-Mendez, Alvin
Martami, Inc.
Martinez, Angel L. Ferrer
Martinez, Luis A. Torres
Martínez, María Díaz
Martínez, Nathanael Arroyo
Martinez, Roberto Negron
Martínez, Rolando E. Cruz
Martinez, Thamari Gonzalez
Martinez, Vilmarie Quijano, and their minor son S.D.J.Q.
Martinez-Alvarez, Angel L
Master Link Corporation
Matos, Edgardo Jusino
Maysonet, María D. Rosa
Meléndez, Michael
Méndez, Carmen Méndez
Méndez, Mayrelis Cerezo
Mercado-Nieves, Lirisbeth and her minor daughter, I.V.M.
Mercedes-Benz Financial Services
Miranda, Zulma I. Rivera
MMM Healthcare, Inc.

Molina, Carlos Gonzalez
Molina, Daisy Maralet
Molinari, Grisselle Pereira
Montalvo, Jose Pagan
Montes-Valentin, Luis
Monzón, Nieves
Morales, Damaris Esquilón
Morales, Jose Calderon
Morales, Jose Pedroza
Morales-Ayala, Verónica
Morán-Loubriel, Ana
Morán-Loubriel, Rafael
Morán-Loubriel, Ramón
Morell, Emelda Ruiz
Moya, David Vargas
Moyet, Sylvia Serrano
Mudafort, Astir B. Rivera
Muñiz, Zaida Padilla
Navedo, Amnerie Santiago
Nieves-Dominguez, Heriberto
Nuñez, Lourdes M. Ocasio
Ocasio, Nilda Ruiz
Olivera-Meléndez, Lymarie andher minor daughter, MAO
Oliveras, Wilkins Rodríguez
One Alliance Insurance Corporation
Ortiz, Carmen Y. Berrios
Ortiz, Hiram Del Valle
Ortiz, Rosa Soto
Ortiz-Ortiz, Arnaldo
Osorio, Roberto Rios
Oyola, Héctor Santana
Oyola-Meléndez, Chinese
Padilla, Julian Emanuel Pabon
Padilla, Milton M. Rodríguez
Padilla, Miriam Rivera
Pagán, Marisel Santos
Pagán-Ramírez, Orlando
Pan American Grain Co., Inc.
Perdigon, Lourdes
Perdomo, Soribel Pérez
Perez, Alfredo Ruiz
Perez, Anibal Gonzalez
Pérez, Ann Soto
Perez, Cruz M. Garcia
Perez, Ismael Alvarez, and the Minors
Perez, Luis A. Rivera
Pérez, Marangeli Cruz
Pérez, Sandra Ramírez
Pérez-Irene, Juan Carlos
Pérez-Padilla, Ismael
Perez-Rivera, Javier
Pizarro-Correa, Luz
Plaza Las Americas, Inc.
PMC Medicare Choice, Inc.
Ponce, Juana Maldonado

Quiles, Roberto
Quintana, Ibis E. Vazquez
Quiñones, Nilda Sánchez
Quiñones, Zaida I. Matos
Quiñones, Zoraida Matias
Ramírez-Salinas, María Judith
Ramos, Aileen Rodríguez
Ramos, Benito Rodriguez
Ramos, Flora González
Ramos, Francheska Molina, and their minor son Y.R.M
Ramos, Jose A. Serrano
Ramos, Nydia Pacheco
Ramos-García, Wilfredo
Real Legacy Assurance Company, Inc.
Redondo-Santana, Ángel
RESUN (Barceloneta) LLC
Reyes, Bárbara Alicea
Reyes, José Aponte
Reyes, Michael E. Danuz
Reyes, Saharis Muñiz
Rivera, Alberto Gonzalez
Rivera, Hector L. Martinez
Rivera, Ingrid Ortiz
Rivera, Karen Odalys Fuentes
Rivera, Luciano Caceres
Rivera, Margie Ortiz
Rivera, Maria Del C. Robles
Rivera, Myrta Aguirre
Rivera, Orlando
Rivera, Ramón Torres
Rivera, Xiomara Burgos
Elizaida Rivera-Carrasquillo, et. al. v. Eduardo Bhatia-Gautier, et. al., and Janice Torres-Torres, et. al. v. Jaime Perell-Borrs, et. al (191 plaintiffs in Civil Case Nos. 13-1296 and 13-1560 and consolidated cases)
Rivera-Rivera, Betsy
Robles, Elsa I. Montalvo
Rodriguez, Brunilda Marrero
Rodríguez, Carlos Lasanta
Rodriguez, Fernando Chardon
Rodríguez, Frank E. Torres
Rodríguez, Fransico Rosario
Rodríguez, Idalys Concepción
Rodríguez, Jun Martínez
Rodriguez, Lisa Marie
Rodríguez, Luis Calzado
Rodríguez, Maria De Los A
Rodríguez, María Hernández and her minor son, A.L.H.
Rodriguez, Marisol Ramos
Rodríguez, Mitzy Viera
Rodríguez, Saraí González
Rodríguez, Yamiris Figueroa
Rodríguez-Rodriguez, Waleska

Rojas, Iris M. Colón
Roldan, Yazaris Rosado
Roman, Rodolfo Roman
Romero, Carmen Rivera
Romero, Evelyn Sanchez
Romero, Mayra Rosa
Romeu, Obed Sanoguet
Rosa, Carmelo Cardona
Rosado, Gerardo Caussade
Rosado, José A. González
Rosado, Miriam Lopez
Rosario, Carlos M. Crespo
Rosario, Ismael Lugo
Rosario, Myrna Torres, and her minor daughter, AOT
Rosario, Norma I. Roldan
Ruiz, Elizabeth Rivera
Ruíz, Jennifer Negrón
Ruiz, María Menay
Ruiz, Raul Rivera
Sabater, Ideliza Castro
Salas, Jorge A. Román
Saldaña, Angel López
Salgado, Jarinette Morales
Salgado, Rodrigo Matta
Sánchez, Enery Laboy
Sanchez, Javier Blanco
Sanchez, Luz E. Garcia
Sanchez, Sheila M. Ayala
Sánchez-Coriano, Carlos Manuel
Sánchez-Rivera, Carlos Javier
Santiago, María Morales
Santos, Denise González
Sastre-Fernández, Pablo
Sauder, Leslie Jay Bonilla
Segarra, Franciso Sola
Sepúlveda, Jesus Rodríguez
Serrano, Annie De Jesus
Serrano, Gladys Pérez
Shanchez, Javier Blanco
Sierra, Jose Diaz
Smith et al., Consuelo Navarro
Soler, Ismael L. Purcell
Soto, Luisa Murray
Soto, Mitchell de Jesús
Soto, Victor Hernandez
Southern Horizons, Inc
Steele, Cheryl
Stuart-Villanueva, Elizabeth
Sun and Sand Investment Corp.
Tallaboa Industrial Development, Inc.
Tolentino, Hector Sanchez
Toro, David Jimenez
Torres, Aida I. Gonzalez
Torres, Carmen C. Feliciano
Torres, Eva
Torres, Evelyn Soto

Torres, Jazmine Hernández
Torres, Maria Suarez
Torres, Milagros Trinidad
Torres, Roberto Rivera
Torres-De La Torre, Karen
Torres-Seguí, Evelyn
Torruella, Lucas Pérez Valdivieso
Urea, Marlene Jaquez
Valdivieso-Torruell, Jorge L.P.
Valentín, Rosa V. Soto
Valle, Wydisberto Torres
Vargas, Joel González
Vargas, Rafael A. Rodríguez
Vargas, Rafael Rivera
Vázquez, Celimar Ramos
Vázquez, Gabriel Fuentes
Vazquez, Ivan Fuentes
Vazquez, James Mendez
Vega, Deisha Rodriguez
Vega, Lourdes E. Vega
Vega, Yasmin
Vega-Díaz, Leslianne and her minor son, DEV
Vega-Fernandez, Antonio
Velázquez, Liznel Velázquez
Velez, Alicia Lopez
Vélez, Alicia Soto
Velez, Aníbal Padilla
Vélez, Aracelis Castro
Velez, Idsa Figueroa
Velez, Isda Figueroa
Vélez, Jesús Padilla
Vélez, Victoria Pérez
Vera, Josue Ismael Saavedra
Vilella, Alejandro Juan Jose Santos
Vilella, Fabiola Cristina Maria Santos
Viñales, Dora N. Canino
Wide Range Corporation
Zayas-Álvarez, Senni

**Additional Parties in Interest from the
Commonwealth's List of Creditors**
Adm De Asuntos Energeticos
Adm De Servicios Medicos De PR
Administracion Servicios Y Desarrollo Ag
Aut Para Financiamiento Infraestructura
Autoridad De Acueducto Y Alcantarillado
Autoridad De Edificios Publicos
Banco Gub De Fomento
Berkshire Hathaway Assurance Corporation
Caribe Techno
Centro De Patologia Del Habla Y Audicion
Ciudad Educativa Dr Roque Diaz/Cosey
Clinica De Terapias Pediatrica
Computer Learning Center dba Eurobank
Corp Servicios Ama De Llaves Inc
Damexco Inc.

Departamento De Justicia
Departamento Del Trabajo Y Recursos Humanos
Division Caribe Grolier Inc
Edwin Cardona & Asoc
Ernst & Young LLP
Finca Matilde, Inc.
Firstbank
Hospital UPR Sistema De Salud De Upr
Institucion Educativa Nets Inc
InterVoice Communications PR, Inc.
Invoice_Cosey
Maruz Real Estate
Netxar Technologies
Northwest Security Management Inc
Puerto Rico Hospital
Salud Integral En La Montana Inc
Scotiabank
Sistema Universidad Ana G Mendez
United States Geological Survey
Universidad De PR
Universidad Interamericana
UPR Recinto De Ciencias Medicas
US Army Corps of Engineers
US Bank Global Corporate Trust Services

**Additional Interested Parties from ERS's List of
Creditors**
Andino, Dennise Paris
Barreto, Hiram Jimenez
Boria, Jose Pizarro
Caballero, Magaly Cruz
Cooperativa Centro Gubernamental
Cooperativa De Ahorro y Credito
Cooperativa De Ahorro y Credito Yabucoena
Courage Credit Opportunities Offshore Fund III LP
Cruz, Norma Pedraza
De Diego, Vilma Morales
De Villa, Joanel Lugo Cima
Fontan, Nancy Morales
Gerardo Rivera Martinez
Goyena, Carmen Cortijo
Guayacan Fund of Funds LP-II
Guayacan Private Fund of Funds LP-I
Guayacan Private Fund of Funds LP-II
Hernandez, Juan Nieves
Martinez, Pedro Balestier
Medley Credit Opportunity Cayman Fund LP
Mendez, Brenda Vargas
Mercado, Maritza Jimenez
Montes, Elena Garcia
Morales, Carmen Alvarado
Morales, Javier Selles
Morales, Luis Leon
Morales, Maria Rodriguez
Ortiz, Jose Lopez

Pereda, Teresa Meaux
Puerto Rico Department of Treasury
Quintana, Danixia Ramos
Rivas, Aida Garcia
Rivera, Carmen Figueroa
Rivera, Cyntia Martinez
Rivera, Hector Perez
Rivera, Ivette Torres
Rivera, Magaly Ruiz
Rodriguez, Caselin Ramos
Rodriguez, Marta Vazquez
Rosa, Melvin Lopez
Soler, Elymar Aviles
Ventura, Neida Ramirez

**Assumption of Agreements/Leases**
Casal, Luca Casas
Mercado, Eduardo Jose Mandry
Carolina Shopping Court, Inc.
Municipality of Dorado

**Additional Interested Parties from PREPA's List of Creditors**
Antares Solutions Group Inc.
Gas Natural Aprovisionamientos SDG S.A.
MHPS Puerto Rico LLC
Municipio De Adjuntas
Municipio De Aguada
Municipio De Aguadilla
Municipio De Aguas Buenas
Municipio De Aibonito
Municipio De Añasco
Municipio De Arecibo
Municipio De Arroyo
Municipio De Barceloneta
Municipio De Barranquitas
Municipio De Bayamon
Municipio De Cabo Rojo
Municipio De Caguas
Municipio De Camuy
Municipio De Canovanas
Municipio De Carolina
Municipio De Catano
Municipio De Cayey
Municipio De Ceiba
Municipio De Ciales
Municipio De Cidra
Municipio De Coamo
Municipio De Comerio
Municipio De Corozal
Municipio De Culebra
Municipio De Dorado
Municipio De Fajardo
Municipio De Florida
Municipio De Guanica
Municipio De Guayama

Municipio De Guayanilla
Municipio De Guaynabo
Municipio De Gurabo
Municipio De Hatillo
Municipio De Hormigueros
Municipio De Humacao
Municipio De Isabela
Municipio De Jayuya
Municipio De Juana Diaz
Municipio De Juncos
Municipio De Lajas
Municipio De Lares
Municipio De Las Marias
Municipio De Las Piedras
Municipio De Loiza
Municipio De Luquillo
Municipio De Manati
Municipio De Maricao
Municipio De Maunabo
Municipio De Mayaguez
Municipio De Moca
Municipio De Morovis
Municipio De Naguabo
Municipio De Naranjito
Municipio De Orocovis
Municipio De Patillas
Municipio De Penuelas
Municipio De Ponce
Municipio De Quebradillas
Municipio De Rincon
Municipio De Rio Grande
Municipio De Sabana Grande
Municipio De Salinas
Municipio De San German
Municipio De San Juan
Municipio De San Lorenzo
Municipio De San Sebastian
Municipio De Santa Isabel
Municipio De Toa Alta
Municipio De Toa Baja
Municipio De Trujillo Alto
Municipio De Utuado
Municipio De Vega Alta
Municipio De Vega Baja
Municipio De Vieques
Municipio De Villalba
Municipio De Yabucoa
Municipio De Yauco
Puerto Rico Infrastructure Financing Authority
Treasury Department Of Puerto Rico

**Additional Interested Parties from HTA's List of Creditors**
Adorno, Alfonso Almodovar
Arocho, Hugo E. Da Silva
Autopistas Metropolitanas

Baez, Luis Zayas
BCO Gubernamental De Fomento
Berlingeri, Evelyn S. Colón
Bermudez, Longo, Diaz-Masso, LLC
Carrion, Lourdes Perez
Claro Telephone Company
Collazo, Luis F. Rivera
Constructora Jose Carro
Cortes, Griselle Rolon
De Jesús, Fabio A. De León
Delgado, Maribel Class
Desarrolladora J.A. Inc
Diaz, Priscilla E Quiles
DMJM Harris Inc.
Figuerea, Luis Santos
Flores, Ida Mary Pedroza
Gentillon, Reginald Ledain
Gonzalez, Angel Cabrera
González, Ángel Morales
Hernández, Wilfredo Castro
Leon, Hector Miranda
Lopez, Damaris Sebastian
Maldonado, Anselmo Santiago
Marrero, Adolfo Cuevas
Martinez, Hiram Melendez
Mojica, Deliris Ramos
Montañez, Marilú De La Cruz
New Star Acquisition
Oliver, Edgardo San Miguel
Padilla, Jorge A.Negrón
Phillips, Peter Perez
Piñeiro, Isvan A. Pérez
Puerto Rico Autoridad De Transporte Maritimo
(Atm)
PVH Motors Corp
Rivera, Bengy O. González
Rivera, Heriberto Del Valle
Rivera, Ivonne M. González
Rodríguez, José M. Orozco
Rodríguez, Nereida Ortiz
Rolón, Santiago L. Burgos
Rosario, Francisco Rivera
Rosario, Nancy Vázquez
Ruiz, Arnaldo Ruiz
Santiago, Brenda I. Gomila
Santini, Sherry Lee Van Sant
Santos, Ramón Rey
Secretario De Hacienda
Soto, José R. Dávila
Toledo, Daisy I. Juarbe
Torres, Aldio Alvarado
Transcore Atlantic Inc.
Traverso, Mayda E. Avilés
Vazquez, Caleb Santiago
Vázquez, Odette Bengochea
Vázquez, Wanda I. Collazo

Velázquez, José W. Granado
Velez, Licy Flores

**Administrative Claims**
Ponce Real Estate Corporation
Romero, Arcadio Bigio

**Transfer of Claims**
Whitebox Caja Blanca Fund, LP
Whitebox GT Fund, LP
Herrera, Carlos A. Rodriguez

**Responses to Omnibus Objections to Claims**
Auletta, Hedwig M.
Berrios-Perez, Edilberto
Bird, Linda W.
Bracero, Rafael E.
Cardona, Mirta Vincenty
Casasnovas, Maria Emilia
Cebollero-De Dragoni, Carmen R.
Cooperativa de Ahorro y Credito Caribecoop.
Correa-Acevedo, Tomas
Costas, Carlos A
Criado, Jose R.
De Osuna, Francisco de A. Toro
de Vincenty, Margarita Guzman
Dragoni, Lorenzo
Estate of Pedro Vicenty
Farmacia La Ventana, Inc.
Funeraria Shalom Memorial Inc.
Gambino, Keith
Hein, Peter C.
Jorge L. Catala Monge
Kaye, Linda A.
Leavitt JT TEN, Olga Stavros
Leavitt, Peter
Lebron, Miriam Sanchez
Lowery, Joseph T.
Muriel, June C. Andrade
Ocampo, Marie E.
Perez, Reinaldo Vincenty
Pons-Pagan, Doris Zoe
Quesada, Alexandra Marini
Quesada, Victor Marini
Quintana, Rafael Rodriguez
Ramirez-Rivera, Francisco M.
Rodriguez, Juan Cruz
Rodriguez-Colón, Lilia M.
Rovira, Carmen Ana
UBS Trust Company of Puerto Rico

**Objections to COFINA Plan**
Dvores, Lawrence B.

**Bondholders**
ASM BLMIS Claims LLC

Crown/PW SP
First Puerto Rico Family of Funds
FPA Crescent Fund
Franklin Funds
Laguna Ray, L.L.C.
LS Strategic Income Fund
Map 98 Segregated Portfolio
Oaktree Opportunities Fund IX, L.P.
Oceana Master Fund Ltd.
Pentwater Merger Arbitrage Master Fund Ltd.
PWCM Master Fund Ltd
Silver Point Capital Fund, L.P.

**Notice of Participation**
Adams, Lawrence M.
Adorno, Luis I. Figueroa
Alex, Elsie
Alex, William F.
Alvarez, Ethel
Antonucci, Shirley Maria
Armstrong, James J.
Ashinoff, Craig
Aul Jr., Edward F.
Ayyar, Mani
Bader, Ghassan N.
Badillo, Maria Del Rocio
Baerga, Luis
Baker Jr, Norman D.
Barbour, Edward
Barros, Ulises
Bateman, John Robert
Bender, Sheldon
Bentivegna, Louise
Bergman, John
Berrong, David
Binkley, Sheila A.
Bordin, Charles
Boston Trust & Investment Management Company
Bottey, Angel Blanco
Bowhay, Michael
Branch, Veronica M.
Brilliantine, Bruce R.
Brinn, Louis
Brinn, Rosalie
Brita, Joseph
Brown, Alan R.
Brown, Irene G.
Brown, Joel Barry
Brown, Mabel C.
Bruce, Wilodyne
Brusca, Kerry
Cafaro, Rosario
Cannilla, Maryanne
Carlson, Dean L.
Caro, Efrain Gonzalez
Carswell, Bruce

Castro, Miguel Pomales
Cervera, Antonio Martin
Chaiken, Marsie
Chaiken, Marvin
Chang, Sandra K.
Chanin Family Limited Partnership
Chisenhall, Wayne
Christensen, David M.
Christensen, Irvin
Chudow Family Trust 2015
Claffey, Lewis L.
Clopper, Herschel
Coblentz, Adrien
Cogliano, Kenneth
Cohen, Steven
Collotta, Peter
Coop Las Piedras
Cooper, Paul S.
Corey, Edwin
Crowfoot, Nancy
Daniels, Barbara
Daniels, Timothy
David, Allan
David, Carolyn
DeFabbio, Alan
DeFranco, Jr, James P.
del Toro, Sven Comas
Delaney, Leo T.
Devore, Archie L.
Dienstbach, Ute
Doroszka, Arlene H.
Dougan, Rae Marie
Dougan, William D.
Dreyfuss, David J.
Duncan, Adam
Dusza, Maryann
Earl, William
Elconin, Howard
Elias, Judith
Encody Inc.
Estabrook, Mary B.C.
Estate of Rose W. David
Esteves, Carmel
F & J Tanzer Family Limited Partnership
Farley, Anne
Farrant Jr, James
Farraro, Arminda de Choudens
Feder, Mel
Feder, Sybil
Feigenbaum, Eleanor
Feit, Betty
Feit, Renee
Feltgen, Thomas E.
Fennell, Jacqueline
Fennell, Robert Lee
Ferman, John E.

Fernandez, Rafael
Fernandez, Ramona
Fideicomiso Plaza
Finkel, Myron
Foschetti, Jean
Frank, Martin L.
G.R. y Asociados, S.E.
Gabai, Joseph
Gabai, Michele
Galbraith, Jason
Garcia, Elfa
Garcia, Herminio Perez
Garcia, Jose F. Lluch
Garcia, Manuel Mendez
Garuccio, Thomas
Gaynor, David J.
Giraud, Manuel B. Martinez
Glaser, Gunther G.
Glassman, Alyson H.
Goldstein, Bernard
Goldstein, Gloria
Goldstein, Laurie B.
Goldstein, Marilyn
Gonzalez, Josefina Varela
Goodman, Caroline
Goodman, Wendy
Gossels, Bonnie
Gossels, Elaine
Gregory, Fred A.
Gutfleish, Phyllis
Hall, Duncan M.
Hamitton, Sharon Lucille
Handelsman, Linda B.
Harding, Edmund K.
Held, Miriam Z.
Hernandez, Griselle
Himmelstein, Matthew
Hindi, Moneer
Holm, Kenton B.
Holt, James D.
Horowitz, Gerald
Hover, John
Howard, Walter J.
Hughes, R.J.
Hughes, Robert B.
Incopero, Vincent J.
Isroff Family LLC
Iturrondo, Angeles Molina
Izquierdo, Hilda
Jacklin, Nancy P.
Jacobs, Natalie
Jacoby, Jayne
James, Bruce W.
Japp, Theodore
Jezouit, Lawrence S.
KDR LLC

Keith, Maxwell
Keleher, Beatrice
Keleher, Joseph D.
Kessler, Diane
Klasky Trust
Klein, Leon
Kline, Carol A.
Knopf Family Trust
Kobrin, Fanny
Kobrin, Nathan
Kock, Angel A.
Komornik, Caryl
Koory, Joseph
Krokar, Marie V.
Kullas, Robert H.
Kurtz, Craig
Kurtz, Hugo E.
Laboratorios Ramirez, Inc.
Lansford, Marlene N.
Lawrence, Lee A.
Lawton, Cheryl
Leggett, James F.
Levy, Abe
Lewis, Arnold C.
Link, Rex C.
Lipow, Jules B.
Liu, Shen Tai
Liu, Tammy T.
Living, Devine
Loev, Gerard
Lopez, Maritza Maldonado
Loring, Susan D.
Loubriel, Jose M. Bonnin
Lugardo, Ruben Nieves
Lukin, Seymour
Ma, Yan-Chow
Malave, Angel B.
Malin, Douglas H.
Mandalaovi, Mauricio
Manor, Roslyn
Martin, Maria Teresita
Martinez,  Francisco A. Fernandez
Marty, Nestor Rodriguez
McCormack, Susan
MCT Limited Partnership
Meath, Margaret M.
Medina, Cordelia B.
Medina, David C.
Medina, Laura
Mendelson, Helene
Mendelson, Herbert J.
Mendez, Carmen Felix
Mendez-Bonnin, Jose R.
Messer, Robert
Meyers, Alvin
Meyers, Linda S.

27

Michael Franceschini
Miguel, Maria T. San
Milano, Deborah
Miller, Robert J.
Min, Warren
Minutoli, Anthony
Minutoli, Rose
Moadel, Yahya
Molina, Myrta Lopez
Molinari, Kermit A. Perez
Moliterno, Valerie
Moskin, Donald H.
Muhando, Charles
Nagel, Marie R
Negron, Ivonne Laborde
Nowie, Robert S.
Olian, Matthew
Ostroff, Jeffrey L.
Oursler Sr, Steven M.
Pacheco, Carmen I. Garcia
Pacini, Maureen
Paddock Investment Trust
Patti, Anthony
Pfisterer, Gary S.
Phillip Hamitton, Lawrence
Pisecki, Jerry
Pollak, John
Preciado, Angel Miguel Ezquerro
Probst, Kathleen
Ramirez, Raul
RCG PR Investments LLC
Reyes, Carmen M. Reyes
Rivera, Feliz Maldonado
Rodriguez, Edwin
Rosario, Rufo E. Gonzalez
Rosello, Maria
Rosen, Steven
Rosin, Linda
Rosso, Jorge L.
Rothman, Rona Iris
Russo, Lawrence
RWK CS Trust
Sabater, Enrique Alfonso
Salla, Steven Della
Santiago, Edwin Maldonado
Scher, Sherry
Schimel, William
Schott, Robert F.
Schrier-Behler, Lynn
Scully, Brian
Scully, Ellen
Searle and Company
Seifert, Richard D.
Sellers, Jeffrey
Shabato, John

Shang, Nora
Shanovich, Peter
Sheeler, Paul D.
Sheikholeslam, Shahab
Shelton, Edward
Silber, Judy G.
Silverstein, Lorraine
Sipics, Diane
Skidell, Grace
Smith, Gladys
Snyder, Irvin J.
Solis, Ruy
Solomon, Carl
Solomon, Lawrence
Spencer, Jean
Stein, Bernard
Stein, Marlene S.
Struletz, Donna
Suarez, Moises
Suatoni, Marie M.
Suatoni, Richard A.
Sussman, Stephen
Tanzer, Floyd R.
Tanzer, Shoshannah D.
Teller, Izak
The McKenzie Family Trust
Thompson, Dennis
Toerey-Curvino, Eva Maria
Torres, Myrna Y. Soto
Tracy, Richard
Trombadore, John J.
Urbanski, Kathleen V.
Valentine, Jan
Varela, Yvonne Baerga
Vassey, Bradford C.
Velazquez, Edwin Vargas
Velez, Radames Ruiz
Vidal, Arturo Pico
Viera, Eva Judith
Virella, Amilda J. Avila
Weiss, William
Westercamp, Fred
Whiting, Jeffrey M.
Wiatrowski, James
Wiederspiel, Bruce
Winkler, Charlotte
Winslow, Jeffrey S.
Winslow, Mitchell F.
Winter, Fred
Wolf, Sheila
Wolstencroft, John Michael
Zaretsky, Michael
Zaretsky, Rose
Zois, Konstantin W.

**SCHEDULE 3**

**Interested Parties or Their Affiliates Whom GJB Represents
or Has Represented in the Past in Matters _Unrelated_ to the Title III Cases**

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| Cardinal Health | Unsecured Creditor | Current client. |
| Fiddler Gonzalez & Rodriguez | Litigation Party | GJB is presently special litigation and conflicts counsel to the Chapter 7 Trustee, Noreen Wiscovitch Rentas, in the Chapter 7 bankruptcy case of _Fiddler Gonzalez & Rodriguez_ Case No.17-13404-MCF pending in U.S. Bankruptcy Court, District of Puerto Rico. |
| Fidelity and Deposit of Maryland | Litigation Party | Former client. |
| Lehman Brother Holdings | Party Filing Notice of Appearance | An affiliate by the name of Lehman Brothers Bank is a former client of the firm. |
| MBIA | Litigation Party | Former client. |
| Mesirow Financial Investment Mgt Inc. | Unsecured Creditor | Former client. |
| Phoenix Management Services, LLC | Professional | Former client. |
| Ramirez, Myrna | Unsecured Creditor | An individual by this name is a former client of GJB. We are unable to confirm whether it is the same Myrna Rodriguez appears in the interested parties list. |
| Tradewinds Energy Barceloneta, LLC. | Creditors Committee Member | Current client. |

| Tradewinds Energy Vega Baja, LLC | Creditor, Affiliate of Tradewinds Energy Barceloneta, LLC | Current client. |
|---|---|---|