# EXHIBIT A

EXHIBIT A

TRANSFERS TO CLINICA TERAPEUTICA DEL NORTE INC.

| Date | Payment Amount |
|---|---|
| 5/16/2013 | $9,113.00 |
| 6/26/2013 | $14,579.00 |
| 7/12/2013 | $6,415.00 |
| 7/12/2013 | $13,676.00 |
| 7/12/2013 | $80,591.00 |
| 8/8/2013 | $66,471.00 |
| 8/20/2013 | $15,935.00 |
| 9/5/2013 | $11,496.00 |
| 9/23/2013 | $37,728.00 |
| 9/23/2013 | $46,432.00 |
| 9/23/2013 | $64,760.00 |
| 9/23/2013 | $66,780.00 |
| 9/23/2013 | $73,298.00 |
| 9/23/2013 | $79,439.00 |
| 9/23/2013 | $1,096.00 |
| 11/1/2013 | $2,515.00 |
| 11/1/2013 | $1,483.00 |
| 12/20/2013 | $5,082.00 |
| 12/20/2013 | $56,626.00 |
| 1/22/2014 | $9,875.00 |
| 1/28/2014 | $12,471.00 |
| 2/3/2014 | $7,766.00 |
| 2/3/2014 | $15,790.00 |
| 2/3/2014 | $76,350.00 |
| 2/19/2014 | $11,467.00 |
| 2/21/2014 | $9,496.00 |
| 2/21/2014 | $82,070.00 |
| 3/10/2014 | $6,883.00 |
| 3/19/2014 | $67,050.00 |
| 4/15/2014 | $8,546.00 |
| 5/6/2014 | $15,388.00 |
| 5/6/2014 | $27,526.00 |
| 5/20/2014 | $7,041.00 |
| 5/28/2014 | $14,803.00 |
| 6/3/2014 | $51,956.00 |
| 6/19/2014 | $84,384.00 |
| 7/11/2014 | $8,454.00 |
| 7/22/2014 | $91,906.00 |
| 8/5/2014 | $12,116.00 |
| 8/5/2014 | $1,000.00 |
| 9/22/2014 | $9,086.00 |
| 9/22/2014 | $534.00 |
| 9/22/2014 | $82,059.00 |
| 10/28/2014 | $16,089.00 |
| 10/28/2014 | $63,150.00 |
| 11/21/2014 | $14,602.00 |

EXHIBIT A

TRANSFERS TO CLINICA TERAPEUTICA DEL NORTE INC.

| Date | Payment Amount |
|---|---|
| 12/23/2014 | $7,586.00 |
| 1/8/2015 | $13,795.00 |
| 1/13/2015 | $46,622.00 |
| 1/22/2015 | $83,169.00 |
| 2/18/2015 | $15,979.00 |
| 3/4/2015 | $13,779.00 |
| 3/4/2015 | $85,550.00 |
| 3/9/2015 | $67,686.00 |
| 4/10/2015 | $10,694.00 |
| 4/28/2015 | $10,165.00 |
| 4/28/2015 | $57,649.00 |
| 6/5/2015 | $16,452.00 |
| 7/1/2015 | $51,293.00 |
| 7/17/2015 | $18,823.00 |
| 7/17/2015 | $78,149.00 |
| 8/25/2015 | $18,412.00 |
| 9/18/2015 | $11,677.00 |
| 9/18/2015 | $83,250.00 |
| 10/22/2015 | $29,189.00 |
| 10/22/2015 | $79,967.00 |
| 10/22/2015 | $37,385.00 |
| 12/29/2015 | $72,992.00 |
| 12/29/2015 | $41,384.00 |
| 12/29/2015 | $15,757.00 |
| 12/29/2015 | $10,933.00 |
| 1/15/2016 | $14,452.00 |
| 1/27/2016 | $79,127.00 |
| 3/1/2016 | $13,579.00 |
| 3/22/2016 | $10,757.00 |
| 3/22/2016 | $63,996.00 |
| 5/6/2016 | $8,886.00 |
| 5/6/2016 | $58,020.00 |
| 5/13/2016 | $18,280.00 |
| 5/13/2016 | $54,392.00 |
| 5/17/2016 | $85,613.00 |
| 5/31/2016 | $16,685.00 |
| 6/8/2016 | $81,663.00 |
| 6/21/2016 | $17,178.00 |
| 7/6/2016 | $95,889.00 |
| 10/4/2016 | $51,190.00 |
| 11/10/2016 | $10,078.00 |
| 11/17/2016 | $63,177.00 |
| 11/28/2016 | $12,056.00 |
| 12/28/2016 | $12,174.00 |
| 12/28/2016 | $73,597.00 |
| 1/6/2017 | $73,556.00 |

EXHIBIT A

TRANSFERS TO CLINICA TERAPEUTICA DEL NORTE INC.

| Date | Payment Amount |
|---|---|
| 1/31/2017 | $11,722.00 |
| 2/7/2017 | $61,116.00 |
| 3/9/2017 | $8,908.00 |
| 3/27/2017 | $51,844.00 |
| 4/4/2017 | $10,680.00 |
| 5/2/2017 | $47,843.00 |