# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO COM EST ELEC Y/O FRANCHESKA ORTIZ BONNET

| Date | Payment Amount |
|---|---|
| 1/29/2014 | $2,000.00 |
| 1/29/2014 | $16,500.00 |
| 1/29/2014 | $35,000.00 |
| 1/29/2014 | $192,323.00 |
| 1/31/2014 | $40,050.00 |
| 2/20/2014 | $6,000.00 |
| 2/20/2014 | $6,666.00 |
| 3/17/2014 | $8,000.00 |
| 4/11/2014 | $4,365.00 |
| 5/19/2014 | $65,000.00 |
| 6/18/2014 | $139.00 |
| 6/18/2014 | $832.00 |
| 8/1/2014 | $2,000.00 |
| 8/1/2014 | $15,500.00 |
| 8/1/2014 | $153,415.00 |
| 8/1/2014 | $187,973.00 |
| 10/20/2014 | $2,010.00 |
| 10/20/2014 | $5,000.00 |
| 10/20/2014 | $1,139.00 |
| 12/12/2014 | $661.00 |
| 1/13/2015 | $15,000.00 |
| 1/27/2015 | $5,300.00 |
| 1/27/2015 | $17,846.00 |
| 1/27/2015 | $223,125.00 |
| 2/5/2015 | $120,000.00 |
| 3/19/2015 | $2,000.00 |
| 4/27/2015 | $20,000.00 |
| 5/12/2015 | $69.00 |
| 5/12/2015 | $13,465.00 |
| 6/15/2015 | $26,536.00 |
| 6/17/2015 | $796.00 |
| 7/24/2015 | $203,166.00 |
| 7/24/2015 | $2,000.00 |
| 8/14/2015 | $117,225.00 |
| 8/25/2015 | $1,000.00 |
| 9/10/2015 | $50,000.00 |
| 10/19/2015 | $1,000.00 |
| 10/23/2015 | $30,000.00 |
| 1/25/2016 | $4,075.00 |
| 2/1/2016 | $90,000.00 |
| 2/18/2016 | $675.00 |
| 2/18/2016 | $67,060.00 |
| 2/18/2016 | $136,174.00 |
| 5/20/2016 | $5,000.00 |
| 5/24/2016 | $51,329.00 |
| 5/24/2016 | $190,850.00 |

EXHIBIT A

TRANSFERS TO COM EST ELEC Y/O FRANCHESKA ORTIZ BONNET

| Date | Payment Amount |
|---|---|
| 8/2/2016 | $5,150.00 |
| 8/2/2016 | $8.00 |
| 8/9/2016 | $79,987.00 |
| 8/9/2016 | $31,350.00 |
| 8/9/2016 | $187,346.00 |
| 9/19/2016 | $879,152.00 |
| 9/19/2016 | $26,660.00 |
| 10/27/2016 | $2,806,000.00 |
| 3/30/2017 | $4,000.00 |
| 4/21/2017 | $122,329.00 |