# EXHIBIT A

EXHIBIT A

TRANSFERS TO FP + 1, LLC

| Date | Payment Amount |
|---|---|
| 8/15/2016 | $6,518.00 |
| 8/15/2016 | $19,892.00 |
| 8/17/2016 | $2,028.00 |
| 8/30/2016 | $5,475.00 |
| 9/13/2016 | $9,500.00 |
| 9/27/2016 | $4,690.00 |
| 9/28/2016 | $54,542.00 |
| 9/29/2016 | $4,260.00 |
| 9/29/2016 | $2,000.00 |
| 9/29/2016 | $1,500.00 |
| 9/29/2016 | $2,375.00 |
| 9/29/2016 | $4,688.00 |
| 10/4/2016 | $2,800.00 |
| 10/7/2016 | $10,213.00 |
| 10/7/2016 | $17,040.00 |
| 10/7/2016 | $9,900.00 |
| 10/7/2016 | $5,200.00 |
| 10/7/2016 | $7,200.00 |
| 10/14/2016 | $4,413.00 |
| 10/14/2016 | $27,638.00 |
| 10/14/2016 | $30,044.00 |
| 10/17/2016 | $5,750.00 |
| 10/21/2016 | $2,205.00 |
| 10/21/2016 | $525.00 |
| 10/21/2016 | $5,875.00 |
| 10/21/2016 | $4,275.00 |
| 10/21/2016 | $936.00 |
| 10/21/2016 | $48,422.00 |
| 10/21/2016 | $47,050.00 |
| 10/21/2016 | $16,759.00 |
| 10/21/2016 | $3,200.00 |
| 10/21/2016 | $2,000.00 |
| 10/21/2016 | $7,600.00 |
| 10/21/2016 | $7,100.00 |
| 10/21/2016 | $7,250.00 |
| 10/21/2016 | $5,425.00 |
| 10/21/2016 | $5,000.00 |
| 10/21/2016 | $1,177.00 |
| 10/24/2016 | $4,292.00 |
| 10/24/2016 | $13,750.00 |
| 10/24/2016 | $31,382.00 |
| 10/24/2016 | $520.00 |
| 10/24/2016 | $9,750.00 |
| 10/24/2016 | $704.00 |
| 10/24/2016 | $1,300.00 |
| 10/24/2016 | $7,384.00 |

EXHIBIT A

TRANSFERS TO FP + 1, LLC

| Date | Payment Amount |
|---|---|
| 10/24/2016 | $25,042.00 |
| 10/24/2016 | $1,850.00 |
| 10/24/2016 | $6,300.00 |
| 10/24/2016 | $2,350.00 |
| 10/24/2016 | $8,850.00 |
| 10/27/2016 | $4,180.00 |
| 10/27/2016 | $4,368.00 |
| 10/27/2016 | $84,650.00 |
| 10/27/2016 | $5,259.00 |
| 10/27/2016 | $5,425.00 |
| 10/27/2016 | $7,250.00 |
| 10/27/2016 | $15,750.00 |
| 10/27/2016 | $80,358.00 |
| 10/27/2016 | $7,600.00 |
| 10/27/2016 | $5,983.00 |
| 10/27/2016 | $2,300.00 |
| 10/27/2016 | $2,700.00 |
| 10/27/2016 | $1,683.00 |
| 10/27/2016 | $4,550.00 |
| 10/27/2016 | $540.00 |
| 11/1/2016 | $4,805.00 |
| 11/1/2016 | $6,530.00 |
| 11/1/2016 | $7,200.00 |
| 11/1/2016 | $40,240.00 |
| 11/1/2016 | $3,775.00 |
| 11/1/2016 | $1,380.00 |
| 11/1/2016 | $1,625.00 |
| 11/1/2016 | $1,300.00 |
| 11/1/2016 | $200.00 |
| 11/1/2016 | $4,590.00 |
| 11/1/2016 | $5,500.00 |
| 11/1/2016 | $5,540.00 |
| 11/1/2016 | $5,600.00 |
| 11/1/2016 | $6,715.00 |
| 11/1/2016 | $8,115.00 |
| 11/1/2016 | $1,100.00 |
| 11/1/2016 | $1,710.00 |
| 11/1/2016 | $1,575.00 |
| 11/1/2016 | $2,436.00 |
| 11/1/2016 | $3,240.00 |
| 11/1/2016 | $16,500.00 |
| 11/1/2016 | $7,500.00 |
| 11/1/2016 | $12,028.00 |
| 11/1/2016 | $16,759.00 |
| 11/1/2016 | $3,125.00 |
| 11/1/2016 | $11,500.00 |

EXHIBIT A

TRANSFERS TO FP + 1, LLC

| Date | Payment Amount |
|---|---|
| 11/1/2016 | $1,250.00 |
| 11/1/2016 | $2,813.00 |
| 11/1/2016 | $6,920.00 |
| 11/3/2016 | $14,850.00 |
| 11/3/2016 | $900.00 |
| 11/3/2016 | $9,000.00 |
| 11/3/2016 | $2,846.00 |
| 11/3/2016 | $1,440.00 |
| 11/3/2016 | $1,200.00 |
| 11/3/2016 | $11,462.00 |
| 11/3/2016 | $3,080.00 |
| 11/3/2016 | $4,500.00 |
| 11/3/2016 | $975.00 |
| 11/3/2016 | $2,358.00 |
| 11/3/2016 | $18,900.00 |
| 11/3/2016 | $25,000.00 |
| 11/3/2016 | $1,440.00 |
| 11/3/2016 | $980.00 |
| 11/3/2016 | $8,117.00 |
| 11/3/2016 | $11,470.00 |
| 11/3/2016 | $12,920.00 |
| 11/3/2016 | $3,000.00 |
| 11/3/2016 | $3,120.00 |
| 11/3/2016 | $3,600.00 |
| 11/3/2016 | $2,000.00 |
| 11/3/2016 | $840.00 |
| 11/3/2016 | $1,365.00 |
| 11/3/2016 | $1,400.00 |
| 11/3/2016 | $1,438.00 |
| 11/3/2016 | $1,875.00 |
| 11/3/2016 | $2,280.00 |
| 11/3/2016 | $3,450.00 |
| 11/4/2016 | $56,850.00 |
| 11/4/2016 | $1,800.00 |
| 11/4/2016 | $2,300.00 |
| 11/4/2016 | $3,900.00 |
| 11/4/2016 | $1,020.00 |
| 11/4/2016 | $2,550.00 |
| 11/4/2016 | $1,800.00 |
| 11/4/2016 | $10,270.00 |
| 11/4/2016 | $12,233.00 |
| 11/4/2016 | $5,156.00 |
| 11/4/2016 | $13,962.00 |
| 11/4/2016 | $13,560.00 |
| 11/4/2016 | $11,600.00 |
| 11/4/2016 | $4,750.00 |

EXHIBIT A
TRANSFERS TO FP + 1, LLC

| Date | Payment Amount |
|---|---|
| 11/4/2016 | $59,788.00 |
| 11/9/2016 | $14,403.00 |
| 11/9/2016 | $34,125.00 |
| 11/9/2016 | $44,331.00 |
| 11/9/2016 | $1,050.00 |
| 11/9/2016 | $11,250.00 |
| 11/9/2016 | $588.00 |
| 11/9/2016 | $1,008.00 |
| 11/9/2016 | $1,176.00 |
| 11/9/2016 | $13,054.00 |
| 11/9/2016 | $7,625.00 |
| 11/9/2016 | $16,788.00 |
| 11/9/2016 | $7,605.00 |
| 11/9/2016 | $4,320.00 |
| 11/9/2016 | $5,000.00 |
| 11/9/2016 | $31,876.00 |
| 11/9/2016 | $20,459.00 |
| 11/9/2016 | $65,515.00 |
| 11/9/2016 | $840.00 |
| 11/9/2016 | $6,724.00 |
| 11/9/2016 | $4,500.00 |
| 11/9/2016 | $3,600.00 |
| 11/9/2016 | $3,500.00 |
| 11/9/2016 | $1,500.00 |
| 11/9/2016 | $7,280.00 |
| 11/9/2016 | $46,375.00 |
| 11/9/2016 | $10,168.00 |
| 11/9/2016 | $7,933.00 |
| 11/9/2016 | $660.00 |
| 11/10/2016 | $1,200.00 |
| 11/10/2016 | $1,440.00 |
| 11/10/2016 | $12,480.00 |
| 11/10/2016 | $11,400.00 |
| 11/10/2016 | $15,760.00 |
| 11/10/2016 | $7,075.00 |
| 11/10/2016 | $20,000.00 |
| 11/10/2016 | $12,608.00 |
| 11/10/2016 | $7,000.00 |
| 11/10/2016 | $18,403.00 |
| 11/10/2016 | $1,500.00 |
| 11/10/2016 | $1,680.00 |
| 11/10/2016 | $840.00 |
| 11/10/2016 | $13,500.00 |
| 11/10/2016 | $5,840.00 |
| 11/10/2016 | $2,000.00 |
| 11/15/2016 | $100,715.00 |

EXHIBIT A

TRANSFERS TO FP + 1, LLC

| Date | Payment Amount |
|---|---|
| 11/15/2016 | $3,840.00 |
| 11/15/2016 | $4,200.00 |
| 11/15/2016 | $1,200.00 |
| 11/15/2016 | $420.00 |
| 11/15/2016 | $1,420.00 |
| 11/15/2016 | $625.00 |
| 11/15/2016 | $840.00 |
| 11/15/2016 | $8,840.00 |
| 11/15/2016 | $11,712.00 |
| 11/15/2016 | $22,592.00 |
| 11/15/2016 | $5,800.00 |
| 11/15/2016 | $32,175.00 |
| 11/15/2016 | $59,325.00 |
| 11/15/2016 | $13,440.00 |
| 11/15/2016 | $2,460.00 |
| 11/15/2016 | $7,520.00 |
| 11/15/2016 | $7,360.00 |
| 11/15/2016 | $3,188.00 |
| 11/15/2016 | $1,900.00 |
| 11/15/2016 | $2,600.00 |
| 11/15/2016 | $840.00 |
| 11/15/2016 | $1,750.00 |
| 11/15/2016 | $1,500.00 |
| 11/15/2016 | $2,000.00 |
| 11/22/2016 | $3,450.00 |
| 11/22/2016 | $5,000.00 |
| 11/22/2016 | $35,434.00 |
| 11/22/2016 | $38,200.00 |
| 11/22/2016 | $2,775.00 |
| 11/22/2016 | $16,138.00 |
| 11/22/2016 | $1,406.00 |
| 11/22/2016 | $420.00 |
| 11/22/2016 | $710.00 |
| 11/22/2016 | $630.00 |
| 11/22/2016 | $284.00 |
| 11/22/2016 | $6,250.00 |
| 11/22/2016 | $14,450.00 |
| 11/22/2016 | $37,031.00 |
| 11/29/2016 | $2,039.00 |
| 11/29/2016 | $2,746.00 |
| 11/29/2016 | $6,177.00 |
| 11/29/2016 | $3,000.00 |
| 11/29/2016 | $9,412.00 |
| 11/29/2016 | $1,075.00 |
| 11/29/2016 | $7,250.00 |
| 12/6/2016 | $5,400.00 |

EXHIBIT A

TRANSFERS TO FP + 1, LLC

| Date | Payment Amount |
|---|---|
| 12/6/2016 | $7,150.00 |
| 12/6/2016 | $3,600.00 |
| 12/6/2016 | $3,300.00 |
| 12/6/2016 | $2,941.00 |
| 12/6/2016 | $1,632.00 |
| 12/6/2016 | $4,000.00 |
| 12/6/2016 | $9,900.00 |
| 12/6/2016 | $600.00 |
| 12/6/2016 | $1,800.00 |
| 12/6/2016 | $1,260.00 |
| 12/6/2016 | $2,250.00 |
| 12/6/2016 | $8,600.00 |
| 12/6/2016 | $10,500.00 |
| 12/12/2016 | $20,767.00 |
| 12/12/2016 | $25,638.00 |
| 12/12/2016 | $10,500.00 |
| 12/12/2016 | $1,650.00 |
| 12/12/2016 | $2,775.00 |
| 12/12/2016 | $120,200.00 |
| 12/12/2016 | $27,000.00 |
| 12/12/2016 | $11,400.00 |
| 12/12/2016 | $15,000.00 |
| 12/12/2016 | $45,325.00 |
| 12/12/2016 | $15,580.00 |
| 12/12/2016 | $3,600.00 |
| 12/12/2016 | $4,381.00 |
| 12/12/2016 | $4,000.00 |
| 12/12/2016 | $10,500.00 |
| 12/12/2016 | $127,667.00 |
| 12/12/2016 | $125,088.00 |
| 12/12/2016 | $115,900.00 |
| 1/10/2017 | $1,420.00 |
| 1/10/2017 | $1,250.00 |
| 1/10/2017 | $5,600.00 |
| 1/10/2017 | $1,000.00 |
| 1/10/2017 | $562.00 |
| 1/10/2017 | $647.00 |
| 1/10/2017 | $6,035.00 |
| 1/10/2017 | $2,059.00 |
| 1/10/2017 | $5,000.00 |
| 1/10/2017 | $825.00 |
| 1/10/2017 | $6,550.00 |
| 1/10/2017 | $3,353.00 |
| 1/10/2017 | $4,706.00 |
| 1/10/2017 | $1,250.00 |
| 1/10/2017 | $3,360.00 |

# EXHIBIT A

## TRANSFERS TO FP + 1, LLC

| Date | Payment Amount |
|---|---|
| 1/23/2017 | $900.00 |
| 1/23/2017 | $4,500.00 |
| 1/23/2017 | $2,764.00 |
| 1/23/2017 | $6,800.00 |
| 1/23/2017 | $3,485.00 |