# EXHIBIT A

TRANSFERS TO CORPORATE RESEARCH AND TRAINING, INC.

| Date | Payment Amount |
|------|----------------|
| 8/14/2013 | $74,400.00 |
| 8/14/2013 | $158,100.00 |
| 8/21/2013 | $1,953.00 |
| 8/29/2013 | $55,800.00 |
| 8/29/2013 | $158,100.00 |
| 9/26/2013 | $5,580.00 |
| 10/24/2013 | $104,160.00 |
| 10/24/2013 | $130,200.00 |
| 10/28/2013 | $150,660.00 |
| 12/13/2013 | $213,900.00 |
| 1/15/2014 | $107,700.00 |
| 2/7/2014 | $201,405.00 |
| 3/5/2014 | $82,292.00 |
| 3/5/2014 | $141,451.00 |
| 3/14/2014 | $52,712.00 |
| 4/9/2014 | $41,292.00 |
| 4/30/2014 | $29,959.00 |
| 4/30/2014 | $102,012.00 |
| 6/4/2014 | $402,874.00 |
| 8/15/2014 | $16,740.00 |
| 8/15/2014 | $23,018.00 |
| 8/15/2014 | $402,874.00 |
| 9/8/2014 | $375,015.00 |
| 9/18/2014 | $4,883.00 |
| 9/18/2014 | $375,015.00 |
| 9/22/2014 | $250,010.00 |
| 9/23/2014 | $268,583.00 |
| 9/25/2014 | $16,740.00 |
| 9/25/2014 | $268,583.00 |
| 11/4/2014 | $250,009.00 |
| 11/7/2014 | $3,720.00 |
| 12/7/2016 | $46,723.00 |
| 12/9/2016 | $39,676.00 |
| 12/20/2016 | $52,205.00 |
| 12/27/2016 | $80,657.00 |
| 3/28/2017 | $90,443.00 |

63378888 v1