# EXHIBIT A

EXHIBIT A

TRANSFERS TO CREATIVE EDUCATIONAL & PSYCHOLOGICAL SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 5/14/2013 | $2,615,971.00 |
| 6/3/2013 | $171,554.00 |
| 6/3/2013 | $317,446.00 |
| 8/30/2013 | $11,948.00 |
| 9/4/2013 | $4,700,105.00 |
| 9/16/2013 | $1,587,064.00 |
| 9/23/2013 | $168,006.00 |
| 9/26/2013 | $468,160.00 |
| 2/18/2014 | $2,419,272.00 |
| 3/11/2015 | $2,122,152.00 |
| 3/13/2015 | $442,215.00 |
| 5/13/2015 | $2,146,404.00 |
| 7/9/2015 | $2,127,387.00 |