# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO CSA ARCHITECTS & ENGINEERS, LLP

| Date | Payment Amount |
|---|---|
| 5/17/2013 | $287,253.00 |
| 6/3/2013 | $301,929.00 |
| 6/19/2013 | $640.00 |
| 6/25/2013 | $107,135.00 |
| 7/5/2013 | $14,820.00 |
| 7/5/2013 | $257,108.00 |
| 7/19/2013 | $95,684.00 |
| 9/16/2013 | $147,278.00 |
| 9/23/2013 | $366,794.00 |
| 9/24/2013 | $296,571.00 |
| 1/9/2014 | $252,837.00 |
| 1/14/2014 | $63,356.00 |
| 1/14/2014 | $123,782.00 |
| 2/7/2014 | $73,595.00 |
| 3/19/2014 | $75,452.00 |
| 5/12/2014 | $83,746.00 |
| 6/26/2014 | $79,673.00 |
| 7/16/2014 | $97,890.00 |
| 7/22/2014 | $74,918.00 |
| 10/27/2014 | $67,300.00 |
| 11/7/2014 | $86,277.00 |
| 12/17/2014 | $82,714.00 |
| 1/15/2015 | $63,349.00 |
| 1/22/2015 | $83,692.00 |
| 2/23/2015 | $65,221.00 |
| 4/9/2015 | $65,215.00 |
| 5/19/2015 | $69,060.00 |
| 7/7/2015 | $68,930.00 |
| 7/16/2015 | $76,851.00 |
| 7/20/2015 | $13,605.00 |
| 9/21/2015 | $62,694.00 |
| 11/27/2015 | $70,227.00 |
| 1/19/2016 | $69,648.00 |
| 3/1/2016 | $36,478.00 |
| 3/14/2016 | $65,187.00 |
| 5/2/2016 | $65,970.00 |
| 5/11/2016 | $19,882.00 |
| 5/20/2016 | $55,181.00 |
| 8/26/2016 | $66,186.00 |
| 8/26/2016 | $64,162.00 |
| 8/26/2016 | $54,968.00 |
| 9/19/2016 | $65,622.00 |
| 9/29/2016 | $63,909.00 |
| 2/28/2017 | $105,847.00 |
| 3/15/2017 | $69,747.00 |
| 3/24/2017 | $83,686.00 |