# EXHIBIT A

Case:17-03283-LTS Doc#:6670-1 Filed:04/30/19 Entered:04/30/19 19:38:21 Desc:
Exhibit A Page 1 of 6

# EXHIBIT A
## TRANSFERS TO FUSION WORKS, INC.

| Date | Payment Amount |
|---|---|
| 3/31/2015 | $2,152.00 |
| 4/24/2015 | $2,246.00 |
| 8/25/2014 | $2,714.00 |
| 4/30/2014 | $2,737.00 |
| 3/26/2014 | $2,931.00 |
| 7/24/2014 | $2,994.00 |
| 6/26/2014 | $3,176.00 |
| 6/2/2014 | $3,223.00 |
| 8/1/2014 | $3,309.00 |
| 2/13/2014 | $3,509.00 |
| 4/24/2015 | $3,790.00 |
| 10/23/2014 | $374.00 |
| 3/25/2015 | $3,953.00 |
| 2/10/2015 | $4,146.00 |
| 11/12/2014 | $4,273.00 |
| 2/23/2015 | $4,352.00 |
| 12/24/2014 | $4,382.00 |
| 12/26/2014 | $4,445.00 |
| 6/11/2014 | $4,445.00 |
| 2/9/2015 | $4,959.00 |
| 3/10/2015 | $4,959.00 |
| 4/24/2015 | $468.00 |
| 4/24/2015 | $468.00 |
| 9/26/2014 | $6,737.00 |
| 2/24/2014 | $6,737.00 |
| 2/24/2014 | $6,737.00 |
| 3/10/2015 | $7,018.00 |
| 10/8/2014 | $7,789.00 |
| 6/30/2014 | $8,113.00 |
| 6/30/2014 | $8,281.00 |
| 4/24/2015 | $8,328.00 |
| 4/10/2015 | $8,451.00 |
| 2/24/2014 | $8,983.00 |
| 11/13/2014 | $9,732.00 |
| 6/30/2014 | $10,592.00 |
| 8/1/2014 | $12,765.00 |
| 3/10/2015 | $608.00 |
| 3/10/2015 | $13,522.00 |
| 2/13/2014 | $17,732.00 |
| 1/13/2014 | $20,615.00 |
| 12/31/2014 | $23,750.00 |
| 5/8/2015 | $24,653.00 |
| 2/19/2015 | $24,700.00 |
| 10/23/2014 | $24,890.00 |
| 9/19/2014 | $24,890.00 |
| 1/14/2015 | $25,175.00 |

EXHIBIT A

TRANSFERS TO FUSION WORKS, INC.

| Date | Payment Amount |
|---|---|
| 8/1/2014 | $25,805.00 |
| 2/21/2014 | $26,069.00 |
| 11/13/2014 | $26,950.00 |
| 12/30/2014 | $27,740.00 |
| 11/4/2014 | $30,225.00 |
| 3/19/2015 | $32,775.00 |
| 7/7/2014 | $34,153.00 |
| 8/5/2014 | $35,184.00 |
| 8/26/2014 | $36,307.00 |
| 4/30/2014 | $36,385.00 |
| 3/26/2014 | $36,813.00 |
| 9/10/2014 | $37,525.00 |
| 2/13/2015 | $37,620.00 |
| 2/24/2015 | $37,810.00 |
| 9/10/2014 | $39,045.00 |
| 3/26/2014 | $39,140.00 |
| 1/27/2015 | $39,395.00 |
| 3/26/2014 | $39,544.00 |
| 6/2/2014 | $39,568.00 |
| 6/2/2014 | $39,900.00 |
| 7/7/2014 | $40,138.00 |
| 4/30/2014 | $40,233.00 |
| 12/26/2014 | $41,922.00 |
| 8/1/2014 | $41,990.00 |
| 10/23/2014 | $42,296.00 |
| 1/13/2014 | $43,619.00 |
| 2/23/2015 | $44,822.00 |
| 6/30/2014 | $801.00 |
| 5/8/2015 | $49,305.00 |
| 4/28/2015 | $53,759.00 |
| 2/3/2015 | $55,630.00 |
| 11/12/2014 | $55,765.00 |
| 10/21/2014 | $58,140.00 |
| 2/26/2014 | $66,625.00 |
| 5/15/2015 | $75,525.00 |
| 2/21/2014 | $106,023.00 |
| 9/10/2014 | $936.00 |
| 8/21/2014 | $983.00 |
| 4/11/2014 | $187.00 |
| 5/27/2014 | $1,357.00 |
| 3/10/2015 | $1,404.00 |
| 11/19/2014 | $234.00 |
| 9/8/2015 | $3,837.00 |
| 9/8/2015 | $7,533.00 |
| 9/8/2015 | $19,760.00 |
| 9/3/2015 | $14,665.00 |

EXHIBIT A
TRANSFERS TO FUSION WORKS, INC.

| Date | Payment Amount |
|---|---|
| 2/16/2016 | $3,967.00 |
| 9/2/2015 | $57,455.00 |
| 4/21/2017 | $26,600.00 |
| 4/21/2017 | $46,360.00 |
| 2/10/2016 | $4,099.00 |
| 11/18/2016 | $21,660.00 |
| 11/18/2016 | $12,588.00 |
| 11/18/2016 | $42,188.00 |
| 5/12/2016 | $24,605.00 |
| 2/3/2016 | $782.00 |
| 8/20/2015 | $4,053.00 |
| 5/12/2016 | $4,242.00 |
| 8/11/2016 | $95,950.00 |
| 8/18/2015 | $37,715.00 |
| 1/29/2016 | $76,404.00 |
| 1/29/2016 | $56,288.00 |
| 11/14/2016 | $695.00 |
| 8/13/2015 | $16,142.00 |
| 8/13/2015 | $11,557.00 |
| 8/9/2016 | $9,030.00 |
| 1/25/2016 | $4,185.00 |
| 4/11/2017 | $584.00 |
| 8/5/2015 | $889.00 |
| 8/5/2015 | $1,965.00 |
| 8/5/2015 | $5,895.00 |
| 8/5/2015 | $889.00 |
| 8/5/2015 | $4,092.00 |
| 8/5/2015 | $4,067.00 |
| 1/14/2016 | $7,220.00 |
| 1/14/2016 | $7,220.00 |
| 8/1/2016 | $17,290.00 |
| 8/3/2015 | $17,592.00 |
| 10/31/2016 | $39,995.00 |
| 7/20/2015 | $25,460.00 |
| 7/17/2015 | $37,905.00 |
| 7/13/2016 | $4,275.00 |
| 7/13/2016 | $2,807.00 |
| 5/2/2016 | $2,695.00 |
| 7/13/2016 | $10,668.00 |
| 12/19/2015 | $43,376.00 |
| 4/27/2016 | $50,778.00 |
| 4/27/2016 | $64,529.00 |
| 4/27/2016 | $68,115.00 |
| 4/27/2016 | $90,464.00 |
| 4/27/2016 | $18,810.00 |
| 4/27/2016 | $37,525.00 |

EXHIBIT A
TRANSFERS TO FUSION WORKS, INC.

| Date | Payment Amount |
|---|---|
| 4/27/2016 | $60,230.00 |
| 4/27/2016 | $78,019.00 |
| 6/30/2015 | $64,941.00 |
| 6/29/2015 | $55,396.00 |
| 3/27/2017 | $42,560.00 |
| 3/27/2017 | $28,263.00 |
| 3/27/2017 | $34,913.00 |
| 3/27/2017 | $34,485.00 |
| 12/1/2015 | $69,968.00 |
| 6/16/2015 | $468.00 |
| 1/5/2017 | $1,739.00 |
| 11/25/2015 | $2,608.00 |
| 11/25/2015 | $2,173.00 |
| 6/30/2016 | $85,999.00 |
| 6/2/2015 | $4,150.00 |
| 9/30/2016 | $14,995.00 |
| 11/10/2015 | $4,142.00 |
| 5/26/2015 | $6,925.00 |
| 4/4/2016 | $69,255.00 |
| 4/4/2016 | $2,304.00 |
| 6/27/2016 | $3,040.00 |
| 6/26/2016 | $22,645.00 |
| 4/1/2016 | $4,167.00 |
| 12/22/2016 | $2,869.00 |
| 6/17/2016 | $1,608.00 |
| 10/20/2015 | $522.00 |
| 10/20/2015 | $5,433.00 |
| 9/19/2016 | $7,149.00 |
| 9/15/2016 | $26,101.00 |
| 9/15/2016 | $27,241.00 |
| 9/15/2016 | $32,775.00 |
| 6/6/2016 | $435.00 |
| 6/6/2016 | $5,389.00 |
| 9/12/2016 | $4,178.00 |
| 10/8/2015 | $8,308.00 |
| 5/1/2017 | $26,790.00 |
| 5/1/2017 | $46,360.00 |
| 5/1/2017 | $26,838.00 |
| 5/1/2017 | $46,313.00 |
| 5/1/2017 | $26,790.00 |
| 5/1/2017 | $46,360.00 |
| 5/1/2017 | $26,838.00 |
| 5/1/2017 | $46,313.00 |
| 12/12/2016 | $3,283.00 |
| 10/6/2015 | $55,127.25 |
| 12/12/2016 | $32,533.00 |

EXHIBIT A

TRANSFERS TO FUSION WORKS, INC.

| Date | Payment Amount |
|---|---|
| 3/15/2016 | $4,134.00 |
| 10/6/2015 | $18,375.75 |
| 12/12/2016 | $998.00 |
| 12/12/2016 | $1,045.00 |
| 12/12/2016 | $3,848.00 |
| 9/8/2016 | $5,737.00 |
| 6/2/2016 | $4,166.00 |
| 3/11/2016 | $367.00 |
| 10/2/2015 | $25,904.00 |
| 12/9/2016 | $41,468.00 |
| 12/9/2016 | $37,573.00 |
| 3/3/2016 | $30,981.00 |
| 9/23/2015 | $37,240.00 |
| 9/23/2015 | $24,890.00 |
| 9/21/2015 | $25,318.00 |
| 9/21/2015 | $26,173.00 |
| 9/21/2015 | $38,760.00 |
| 2/21/2017 | $4,696.00 |
| 11/29/2016 | $151,974.00 |