# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO RODRIGUEZ-PARISSI & CO., C.S.P.

| Date | Payment Amount |
|---|---|
| 5/8/2013 | $32,240.00 |
| 5/8/2013 | $64,583.00 |
| 5/8/2013 | $69,213.00 |
| 5/8/2013 | $1,649.00 |
| 5/11/2013 | $16,840.00 |
| 5/17/2013 | $47,655.00 |
| 5/20/2013 | $195,920.00 |
| 5/29/2013 | $4,290.00 |
| 5/29/2013 | $18,083.00 |
| 5/29/2013 | $220,715.00 |
| 5/29/2013 | $291,780.00 |
| 6/1/2013 | $57,300.00 |
| 6/21/2013 | $24,830.00 |
| 6/24/2013 | $11,505.00 |
| 7/5/2013 | $30,390.00 |
| 7/22/2013 | $375,038.00 |
| 8/24/2013 | $96,580.00 |
| 9/13/2013 | $56,500.00 |
| 9/24/2013 | $14,205.00 |
| 9/24/2013 | $36,095.00 |
| 9/24/2013 | $536,951.00 |
| 10/10/2013 | $30,745.00 |
| 10/10/2013 | $51,383.00 |
| 10/26/2013 | $55,749.00 |
| 10/31/2013 | $316,389.00 |
| 11/14/2013 | $19,124.00 |
| 11/26/2013 | $12,835.00 |
| 11/26/2013 | $85,794.00 |
| 11/26/2013 | $475,800.00 |
| 12/17/2013 | $62,567.00 |
| 12/21/2013 | $85,035.00 |
| 1/3/2014 | $3,083.00 |
| 1/3/2014 | $179,319.00 |
| 1/3/2014 | $263,185.00 |
| 1/22/2014 | $2,453.00 |
| 1/22/2014 | $43,473.00 |
| 1/22/2014 | $203,728.00 |
| 1/29/2014 | $76,970.00 |
| 1/31/2014 | $12,899.00 |
| 1/31/2014 | $18,247.00 |
| 1/31/2014 | $724.00 |
| 1/31/2014 | $26,753.00 |
| 1/31/2014 | $1,399.00 |
| 2/11/2014 | $91,627.00 |
| 2/13/2014 | $12,450.00 |
| 2/13/2014 | $12,450.00 |

EXHIBIT A

TRANSFERS TO RODRIGUEZ-PARISSI & CO., C.S.P.

| Date | Payment Amount |
|---|---|
| 2/25/2014 | $9,628.00 |
| 2/25/2014 | $18,456.00 |
| 2/25/2014 | $42,552.00 |
| 3/4/2014 | $8,722.00 |
| 3/4/2014 | $35,746.00 |
| 3/4/2014 | $70,017.00 |
| 3/15/2014 | $111,556.00 |
| 3/18/2014 | $26,000.00 |
| 3/18/2014 | $26,759.00 |
| 3/20/2014 | $133,054.00 |
| 3/27/2014 | $42,545.00 |
| 3/27/2014 | $57,625.00 |
| 3/31/2014 | $40,878.00 |
| 4/5/2014 | $138,269.00 |
| 4/8/2014 | $4,630.00 |
| 4/8/2014 | $18,000.00 |
| 4/14/2014 | $3,654.00 |
| 4/14/2014 | $8,176.00 |
| 4/14/2014 | $102,231.00 |
| 4/25/2014 | $42,948.00 |
| 5/7/2014 | $23,384.00 |
| 5/7/2014 | $34,706.00 |
| 5/21/2014 | $29,530.00 |
| 5/21/2014 | $85,794.00 |
| 5/30/2014 | $5,112.00 |
| 6/1/2014 | $103,235.00 |
| 6/12/2014 | $22,458.00 |
| 6/12/2014 | $30,146.00 |
| 6/12/2014 | $1,241.00 |
| 6/14/2014 | $67,953.00 |
| 6/26/2014 | $17,016.00 |
| 7/5/2014 | $14,047.00 |
| 7/12/2014 | $26,792.00 |
| 7/14/2014 | $473.00 |
| 7/14/2014 | $177,140.00 |
| 7/17/2014 | $694.00 |
| 7/17/2014 | $308,037.00 |
| 7/30/2014 | $4,511.00 |
| 7/30/2014 | $7,486.00 |
| 7/30/2014 | $19,321.00 |
| 7/30/2014 | $53,003.00 |
| 7/30/2014 | $191,422.00 |
| 8/12/2014 | $52,722.00 |
| 8/19/2014 | $2,410.00 |
| 9/5/2014 | $8,525.00 |
| 9/5/2014 | $26,164.00 |

EXHIBIT A

TRANSFERS TO RODRIGUEZ-PARISSI & CO., C.S.P.

| Date | Payment Amount |
|---|---|
| 9/5/2014 | $47,812.00 |
| 9/5/2014 | $245,474.00 |
| 9/15/2014 | $26,307.00 |
| 9/15/2014 | $36,800.00 |
| 9/15/2014 | $38,287.00 |
| 9/15/2014 | $38,898.00 |
| 9/23/2014 | $3,467.00 |
| 9/23/2014 | $4,905.00 |
| 9/23/2014 | $7,501.00 |
| 9/23/2014 | $184,463.00 |
| 9/25/2014 | $60,656.00 |
| 10/12/2014 | $57,682.00 |
| 10/20/2014 | $8,432.00 |
| 11/8/2014 | $70,211.00 |
| 11/20/2014 | $31,057.00 |
| 11/24/2014 | $8,451.00 |
| 11/24/2014 | $74,875.00 |
| 12/12/2014 | $80,691.00 |
| 12/15/2014 | $25,216.00 |
| 12/16/2014 | $294,320.00 |
| 1/20/2015 | $19,562.00 |
| 1/20/2015 | $32,357.00 |
| 1/20/2015 | $33,963.00 |
| 1/20/2015 | $1,812.00 |
| 1/27/2015 | $8,944.00 |
| 1/27/2015 | $17,484.00 |
| 2/4/2015 | $8,983.00 |
| 2/4/2015 | $14,007.00 |
| 2/4/2015 | $24,900.00 |
| 2/4/2015 | $38,903.00 |
| 2/13/2015 | $9,340.00 |
| 2/13/2015 | $79,352.00 |
| 2/18/2015 | $29,629.00 |
| 2/22/2015 | $53,190.00 |
| 2/23/2015 | $94,496.00 |
| 3/5/2015 | $36,356.00 |
| 3/5/2015 | $58,444.00 |
| 3/5/2015 | $88,648.00 |
| 3/20/2015 | $39,636.00 |
| 3/23/2015 | $19,976.00 |
| 4/1/2015 | $35,059.00 |
| 4/13/2015 | $4,152.00 |
| 4/13/2015 | $27,664.00 |
| 4/16/2015 | $35,953.00 |
| 4/16/2015 | $44,955.00 |
| 4/26/2015 | $57,524.00 |

EXHIBIT A

TRANSFERS TO RODRIGUEZ-PARISSI & CO., C.S.P.

| Date | Payment Amount |
|---|---|
| 4/27/2015 | $15,829.00 |
| 5/6/2015 | $67,445.00 |
| 5/20/2015 | $5,980.00 |
| 5/20/2015 | $10,185.00 |
| 5/20/2015 | $44,524.00 |
| 5/20/2015 | $50,424.00 |
| 5/20/2015 | $118,808.00 |
| 5/21/2015 | $10,751.00 |
| 6/4/2015 | $10,816.00 |
| 6/4/2015 | $46,537.00 |
| 6/7/2015 | $58,548.00 |
| 6/11/2015 | $32,451.00 |
| 6/11/2015 | $42,188.00 |
| 6/30/2015 | $11,011.00 |
| 7/9/2015 | $14,410.00 |
| 7/10/2015 | $81,164.00 |
| 7/20/2015 | $26,595.00 |
| 7/20/2015 | $12,214.00 |
| 7/20/2015 | $146,686.00 |
| 7/21/2015 | $64,195.00 |
| 7/30/2015 | $42,611.00 |
| 8/2/2015 | $36,642.00 |
| 8/11/2015 | $5,240.00 |
| 8/11/2015 | $7,914.00 |
| 8/11/2015 | $2,467.00 |
| 8/11/2015 | $1,622.00 |
| 8/18/2015 | $21,212.00 |
| 8/18/2015 | $51,744.00 |
| 8/21/2015 | $41,679.00 |
| 9/1/2015 | $5,452.00 |
| 9/1/2015 | $16,036.00 |
| 9/1/2015 | $56,667.00 |
| 9/3/2015 | $85,616.00 |
| 9/16/2015 | $4,802.00 |
| 9/28/2015 | $7,358.00 |
| 9/28/2015 | $8,193.00 |
| 9/28/2015 | $35,854.00 |
| 10/1/2015 | $3,413.00 |
| 10/7/2015 | $32,860.00 |
| 10/16/2015 | $5,543.00 |
| 10/16/2015 | $7,161.00 |
| 10/20/2015 | $41,609.25 |
| 10/20/2015 | $13,869.75 |
| 10/20/2015 | $3,289.00 |
| 10/20/2015 | $12,859.00 |
| 10/28/2015 | $23,719.00 |

EXHIBIT A

TRANSFERS TO RODRIGUEZ-PARISSI & CO., C.S.P.

| Date | Payment Amount |
|---:|---:|
| 11/2/2015 | $4,019.00 |
| 11/2/2015 | $13,834.00 |
| 11/12/2015 | $19,336.00 |
| 11/12/2015 | $10,796.00 |
| 11/19/2015 | $29,940.75 |
| 11/19/2015 | $9,980.25 |
| 11/19/2015 | $46,886.00 |
| 12/4/2015 | $34,613.00 |
| 12/19/2015 | $49,723.00 |
| 12/22/2015 | $1,163.00 |
| 1/14/2016 | $14,027.00 |
| 2/3/2016 | $7,634.00 |
| 2/3/2016 | $28,447.00 |
| 2/10/2016 | $4,058.00 |
| 2/10/2016 | $13,869.00 |
| 2/19/2016 | $17,321.00 |
| 2/26/2016 | $18,542.25 |
| 2/26/2016 | $6,180.75 |
| 2/26/2016 | $4,788.00 |
| 2/26/2016 | $4,004.00 |
| 2/26/2016 | $13,652.00 |
| 2/26/2016 | $10,466.00 |
| 2/26/2016 | $8,635.00 |
| 2/26/2016 | $13,775.00 |
| 2/29/2016 | $14,617.50 |
| 2/29/2016 | $17,020.50 |
| 2/29/2016 | $21,276.00 |
| 2/29/2016 | $14,845.50 |
| 2/29/2016 | $18,345.00 |
| 2/29/2016 | $23,418.75 |
| 2/29/2016 | $23,418.75 |
| 2/29/2016 | $22,444.50 |
| 2/29/2016 | $8,325.75 |
| 2/29/2016 | $4,872.50 |
| 2/29/2016 | $5,673.50 |
| 2/29/2016 | $7,092.00 |
| 2/29/2016 | $4,948.50 |
| 2/29/2016 | $6,115.00 |
| 2/29/2016 | $7,806.25 |
| 2/29/2016 | $7,806.25 |
| 2/29/2016 | $7,481.50 |
| 2/29/2016 | $2,775.25 |
| 3/3/2016 | $79,273.00 |
| 3/8/2016 | $2,031.00 |
| 3/10/2016 | $19,542.00 |
| 3/17/2016 | $13,762.00 |

EXHIBIT A

TRANSFERS TO RODRIGUEZ-PARISSI & CO., C.S.P.

| Date | Payment Amount |
|---|---|
| 3/23/2016 | $9,987.00 |
| 4/1/2016 | $7,092.00 |
| 4/1/2016 | $6,403.00 |
| 4/1/2016 | $10,244.00 |
| 4/11/2016 | $12,111.00 |
| 4/11/2016 | $2,199.00 |
| 4/28/2016 | $19,459.00 |
| 4/28/2016 | $17,602.00 |
| 4/28/2016 | $12,539.00 |
| 4/28/2016 | $14,972.00 |
| 4/28/2016 | $26,506.00 |
| 4/29/2016 | $44,478.00 |
| 4/29/2016 | $32,884.00 |
| 4/29/2016 | $32,850.00 |
| 4/29/2016 | $14,539.00 |
| 5/5/2016 | $37,272.00 |
| 5/5/2016 | $15,011.00 |
| 5/5/2016 | $13,130.00 |
| 5/10/2016 | $7,495.00 |
| 5/11/2016 | $9,338.00 |
| 5/11/2016 | $11,687.00 |
| 5/11/2016 | $14,839.00 |
| 5/19/2016 | $23,455.50 |
| 5/19/2016 | $15,999.75 |
| 5/19/2016 | $16,492.50 |
| 5/19/2016 | $1,985.25 |
| 5/19/2016 | $7,818.50 |
| 5/19/2016 | $5,333.25 |
| 5/19/2016 | $5,497.50 |
| 5/19/2016 | $661.75 |
| 5/19/2016 | $6,974.00 |
| 5/19/2016 | $8,894.00 |
| 5/21/2016 | $36,484.00 |
| 5/27/2016 | $6,615.00 |
| 6/5/2016 | $19,621.00 |
| 6/6/2016 | $8,353.00 |
| 6/13/2016 | $9,101.00 |
| 6/13/2016 | $8,481.00 |
| 6/13/2016 | $7,794.00 |
| 6/20/2016 | $29,905.00 |
| 6/20/2016 | $39,321.00 |
| 6/20/2016 | $7,860.00 |
| 6/20/2016 | $9,702.00 |
| 6/26/2016 | $136,935.00 |
| 6/29/2016 | $9,018.00 |
| 7/7/2016 | $5,949.00 |

EXHIBIT A

TRANSFERS TO RODRIGUEZ-PARISSI & CO., C.S.P.

| Date | Payment Amount |
|---|---|
| 7/12/2016 | $9,806.00 |
| 7/12/2016 | $8,412.00 |
| 7/12/2016 | $34,997.00 |
| 8/5/2016 | $44,680.00 |
| 8/5/2016 | $28,870.00 |
| 8/5/2016 | $34,111.00 |
| 8/16/2016 | $13,559.00 |
| 9/2/2016 | $49,427.00 |
| 9/2/2016 | $8,348.00 |
| 9/2/2016 | $24,331.50 |
| 9/2/2016 | $8,110.50 |
| 9/14/2016 | $24,845.25 |
| 9/14/2016 | $8,281.75 |
| 9/19/2016 | $38,848.00 |
| 9/27/2016 | $24,051.00 |
| 9/27/2016 | $8,017.00 |
| 9/29/2016 | $6,787.00 |
| 9/29/2016 | $3,034.00 |
| 10/11/2016 | $8,291.00 |
| 10/11/2016 | $14,356.00 |
| 10/11/2016 | $17,957.00 |
| 10/11/2016 | $1,533.00 |
| 10/11/2016 | $25,611.00 |
| 10/11/2016 | $8,537.00 |
| 10/14/2016 | $44,810.00 |
| 10/14/2016 | $9,210.00 |
| 10/20/2016 | $5,171.00 |
| 10/31/2016 | $21,581.00 |
| 10/31/2016 | $24,866.00 |
| 10/31/2016 | $9,745.00 |
| 10/31/2016 | $22,083.00 |
| 10/31/2016 | $7,361.00 |
| 11/3/2016 | $2,458.00 |
| 11/3/2016 | $15,208.00 |
| 11/3/2016 | $49,895.00 |
| 11/4/2016 | $27,286.00 |
| 11/28/2016 | $232.00 |
| 12/7/2016 | $3,763.00 |
| 12/7/2016 | $9,397.00 |
| 12/19/2016 | $39,242.00 |
| 12/23/2016 | $17,474.00 |
| 12/23/2016 | $32,527.00 |
| 12/23/2016 | $2,333.00 |
| 12/28/2016 | $41,390.00 |
| 12/30/2016 | $3,920.00 |
| 12/30/2016 | $23,812.00 |

# EXHIBIT A
## TRANSFERS TO RODRIGUEZ-PARISSI & CO., C.S.P.

| Date | Payment Amount |
|---|---|
| 12/30/2016 | $14,997.00 |
| 12/30/2016 | $18,173.00 |
| 12/30/2016 | $4,999.00 |
| 1/10/2017 | $10,244.00 |
| 1/10/2017 | $25,906.00 |
| 1/10/2017 | $16,864.00 |
| 1/10/2017 | $21,473.00 |
| 1/10/2017 | $39,380.00 |
| 1/10/2017 | $6,876.00 |
| 1/10/2017 | $4,137.00 |
| 1/10/2017 | $9,120.00 |
| 1/25/2017 | $37,108.00 |
| 1/27/2017 | $8,530.00 |
| 2/3/2017 | $7,890.00 |
| 2/6/2017 | $45,118.00 |
| 2/6/2017 | $33,282.00 |
| 2/6/2017 | $11,094.00 |
| 3/2/2017 | $7,474.00 |
| 3/6/2017 | $25,241.00 |
| 3/6/2017 | $8,358.00 |
| 3/6/2017 | $10,362.00 |
| 3/8/2017 | $25,880.25 |
| 3/8/2017 | $8,626.75 |
| 3/9/2017 | $37,046.00 |
| 3/9/2017 | $38,188.00 |
| 3/9/2017 | $11,667.00 |
| 3/27/2017 | $10,732.00 |
| 3/30/2017 | $34,162.00 |
| 3/31/2017 | $3,880.00 |
| 4/5/2017 | $14,509.00 |
| 4/5/2017 | $1,271.00 |
| 4/5/2017 | $18,843.00 |
| 4/5/2017 | $1,241.00 |
| 4/12/2017 | $28,987.00 |
| 4/13/2017 | $15,287.00 |
| 4/13/2017 | $2,719.00 |
| 4/14/2017 | $26,785.50 |
| 4/14/2017 | $8,928.50 |
| 4/25/2017 | $54,475.00 |
| 4/26/2017 | $4,270.00 |
| 4/28/2017 | $18,200.25 |
| 4/28/2017 | $6,066.75 |
| 5/2/2017 | $6,680.00 |

63378676 v1