# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO DATAS ACCESS COMMUNICATION INC

| Date | Payment Amount |
|---|---|
| 7/17/2013 | $84,618.00 |
| 7/22/2013 | $15,002.00 |
| 10/28/2013 | $15,057.00 |
| 12/18/2013 | $328.00 |
| 1/6/2014 | $17,734.00 |
| 1/17/2014 | $39,562.00 |
| 1/27/2014 | $7,239.00 |
| 2/3/2014 | $17,519.00 |
| 2/3/2014 | $247.00 |
| 2/4/2014 | $39,198.00 |
| 2/4/2014 | $1,730.00 |
| 2/14/2014 | $3,039.00 |
| 2/14/2014 | $7,235.00 |
| 2/20/2014 | $93.00 |
| 2/21/2014 | $66,138.00 |
| 3/4/2014 | $17,222.00 |
| 3/13/2014 | $8,799.00 |
| 3/13/2014 | $859.00 |
| 3/17/2014 | $39,163.00 |
| 3/17/2014 | $59,660.00 |
| 3/25/2014 | $93.00 |
| 3/26/2014 | $7,243.00 |
| 4/2/2014 | $17,426.00 |
| 4/9/2014 | $103,245.00 |
| 4/14/2014 | $7,257.00 |
| 4/23/2014 | $1,997.00 |
| 4/23/2014 | $4,750.00 |
| 4/28/2014 | $43,604.00 |
| 4/28/2014 | $54,775.00 |
| 4/28/2014 | $56,083.00 |
| 5/9/2014 | $15,886.00 |
| 5/13/2014 | $40,019.00 |
| 5/29/2014 | $39,477.00 |
| 5/30/2014 | $17,742.00 |
| 6/2/2014 | $1,997.00 |
| 6/5/2014 | $867.00 |
| 6/5/2014 | $868.00 |
| 6/12/2014 | $196.00 |
| 6/18/2014 | $3,261.00 |
| 6/18/2014 | $7,291.00 |
| 6/20/2014 | $1,886.00 |
| 6/25/2014 | $2,305.00 |
| 6/25/2014 | $49,066.00 |
| 7/1/2014 | $3,957.00 |
| 7/8/2014 | $887.00 |
| 7/8/2014 | $909.00 |

# EXHIBIT A
## TRANSFERS TO DATAS ACCESS COMMUNICATION INC

| Date | Payment Amount |
|---|---|
| 7/10/2014 | $58,918.00 |
| 7/21/2014 | $3,066.00 |
| 7/21/2014 | $5,021.00 |
| 7/21/2014 | $675.00 |
| 7/25/2014 | $103.00 |
| 7/30/2014 | $103.00 |
| 8/14/2014 | $878.00 |
| 8/20/2014 | $6,668.00 |
| 8/25/2014 | $3,046.00 |
| 8/25/2014 | $22,416.00 |
| 8/27/2014 | $40,643.00 |
| 9/2/2014 | $41,105.00 |
| 9/4/2014 | $8,645.00 |
| 9/8/2014 | $2,890.00 |
| 9/8/2014 | $4,333.00 |
| 9/8/2014 | $24,926.00 |
| 9/8/2014 | $40,691.00 |
| 9/8/2014 | $62,672.00 |
| 9/11/2014 | $77,912.00 |
| 9/17/2014 | $15,260.00 |
| 9/17/2014 | $48,655.00 |
| 9/22/2014 | $103.00 |
| 9/26/2014 | $17,723.00 |
| 9/26/2014 | $35,396.00 |
| 9/29/2014 | $40,739.00 |
| 9/29/2014 | $40,862.00 |
| 10/2/2014 | $2,880.00 |
| 10/14/2014 | $103.00 |
| 10/14/2014 | $40,706.00 |
| 10/20/2014 | $6,095.00 |
| 10/20/2014 | $7,312.00 |
| 10/23/2014 | $30,997.00 |
| 10/27/2014 | $89,309.00 |
| 10/29/2014 | $7,306.00 |
| 10/29/2014 | $90,725.00 |
| 11/12/2014 | $103.00 |
| 11/25/2014 | $2,032.00 |
| 11/25/2014 | $1,012.00 |
| 12/2/2014 | $5,875.00 |
| 12/2/2014 | $7,303.00 |
| 12/12/2014 | $17,371.00 |
| 12/15/2014 | $509.00 |
| 12/15/2014 | $81,484.00 |
| 12/19/2014 | $103.00 |
| 12/31/2014 | $7,022.00 |
| 1/21/2015 | $17,132.00 |

EXHIBIT A
TRANSFERS TO DATAS ACCESS COMMUNICATION INC

| Date | Payment Amount |
|---|---|
| 1/21/2015 | $82,698.00 |
| 1/22/2015 | $521.00 |
| 1/23/2015 | $6,103.00 |
| 1/23/2015 | $1,763.00 |
| 1/30/2015 | $2,862.00 |
| 2/3/2015 | $35,886.00 |
| 2/3/2015 | $38,349.00 |
| 2/3/2015 | $38,562.00 |
| 2/3/2015 | $81,468.00 |
| 2/9/2015 | $2,021.00 |
| 2/11/2015 | $103.00 |
| 2/11/2015 | $854.00 |
| 2/11/2015 | $867.00 |
| 2/11/2015 | $874.00 |
| 2/11/2015 | $878.00 |
| 2/11/2015 | $894.00 |
| 2/11/2015 | $894.00 |
| 2/11/2015 | $898.00 |
| 2/11/2015 | $1,009.00 |
| 2/23/2015 | $86,457.00 |
| 2/25/2015 | $103.00 |
| 2/25/2015 | $17,173.00 |
| 3/2/2015 | $2,014.00 |
| 3/2/2015 | $2,566.00 |
| 3/17/2015 | $868.00 |
| 3/19/2015 | $103.00 |
| 3/25/2015 | $7,041.00 |
| 3/30/2015 | $143,504.00 |
| 4/10/2015 | $550.00 |
| 4/22/2015 | $14,056.00 |
| 4/22/2015 | $27,073.00 |
| 4/24/2015 | $2,884.00 |
| 4/24/2015 | $2,884.00 |
| 4/24/2015 | $6,811.00 |
| 4/24/2015 | $9,914.00 |
| 4/24/2015 | $1,115.00 |
| 4/24/2015 | $1,870.00 |
| 4/24/2015 | $1,976.00 |
| 4/28/2015 | $7,060.00 |
| 5/13/2015 | $104.00 |
| 5/14/2015 | $24,078.00 |
| 5/18/2015 | $3,049.00 |
| 5/18/2015 | $23,238.00 |
| 5/18/2015 | $215.00 |
| 5/18/2015 | $1,976.00 |
| 5/19/2015 | $22,995.00 |

EXHIBIT A
TRANSFERS TO DATAS ACCESS COMMUNICATION INC

| Date | Payment Amount |
|---|---|
| 5/19/2015 | $868.00 |
| 5/26/2015 | $41,916.00 |
| 5/26/2015 | $41,748.00 |
| 6/1/2015 | $7,052.00 |
| 6/8/2015 | $86,734.00 |
| 6/9/2015 | $104.00 |
| 6/12/2015 | $90,477.00 |
| 6/17/2015 | $24,624.00 |
| 6/23/2015 | $1,970.00 |
| 6/23/2015 | $1,120.00 |
| 6/23/2015 | $2,008.00 |
| 6/23/2015 | $1,115.00 |
| 6/24/2015 | $41,019.00 |
| 6/26/2015 | $103.00 |
| 6/26/2015 | $103.00 |
| 7/2/2015 | $913.00 |
| 7/2/2015 | $902.00 |
| 7/2/2015 | $894.00 |
| 7/7/2015 | $2,947.00 |
| 7/7/2015 | $2,894.00 |
| 7/9/2015 | $1,115.00 |
| 7/9/2015 | $104.00 |
| 7/15/2015 | $37,947.00 |
| 7/17/2015 | $23,587.00 |
| 7/23/2015 | $104,559.00 |
| 7/31/2015 | $7,044.00 |
| 8/3/2015 | $41,058.00 |
| 8/12/2015 | $39,794.00 |
| 8/13/2015 | $2,904.00 |
| 8/13/2015 | $6,175.00 |
| 8/13/2015 | $1,116.00 |
| 8/13/2015 | $89,809.00 |
| 8/13/2015 | $2,012.00 |
| 8/18/2015 | $25,769.00 |
| 8/25/2015 | $905.00 |
| 8/28/2015 | $6,183.00 |
| 8/28/2015 | $40,393.00 |
| 9/14/2015 | $585.00 |
| 9/16/2015 | $43,402.00 |
| 9/24/2015 | $39,714.00 |
| 9/29/2015 | $905.00 |
| 10/6/2015 | $889.00 |
| 10/8/2015 | $38,153.00 |
| 10/9/2015 | $850.00 |
| 10/9/2015 | $18,013.00 |
| 10/14/2015 | $2,911.00 |

# EXHIBIT A

## TRANSFERS TO DATAS ACCESS COMMUNICATION INC

| Date | Payment Amount |
|---|---|
| 10/14/2015 | $2,900.00 |
| 10/14/2015 | $1,114.00 |
| 10/14/2015 | $1,119.00 |
| 10/14/2015 | $2,023.00 |
| 10/14/2015 | $92.00 |
| 10/20/2015 | $6,455.00 |
| 10/30/2015 | $901.00 |
| 10/30/2015 | $14,250.00 |
| 11/3/2015 | $89,638.00 |
| 11/4/2015 | $6,468.00 |
| 11/17/2015 | $90,879.00 |
| 11/19/2015 | $44,989.00 |
| 12/21/2015 | $38,229.00 |
| 12/21/2015 | $455.00 |
| 12/21/2015 | $648.00 |
| 12/29/2015 | $6,485.00 |
| 12/29/2015 | $5,750.00 |
| 1/5/2016 | $19,110.00 |
| 1/5/2016 | $6,459.00 |
| 1/29/2016 | $6,481.00 |
| 2/3/2016 | $96,911.00 |
| 2/3/2016 | $96,434.00 |
| 2/10/2016 | $83,718.00 |
| 2/11/2016 | $4,612.00 |
| 2/11/2016 | $1,272.00 |
| 2/11/2016 | $5,172.00 |
| 2/18/2016 | $14,250.00 |
| 2/18/2016 | $14,250.00 |
| 3/4/2016 | $6,473.00 |
| 3/4/2016 | $16,250.00 |
| 3/4/2016 | $32,500.00 |
| 3/8/2016 | $30.00 |
| 3/8/2016 | $73,575.00 |
| 3/9/2016 | $2,000.00 |
| 3/9/2016 | $2,000.00 |
| 3/9/2016 | $2,000.00 |
| 3/9/2016 | $19,110.00 |
| 3/9/2016 | $38,010.00 |
| 3/14/2016 | $1,664.00 |
| 3/15/2016 | $12,105.00 |
| 3/16/2016 | $95,336.00 |
| 3/29/2016 | $94,472.00 |
| 3/30/2016 | $7,665.00 |
| 4/1/2016 | $6,424.00 |
| 4/29/2016 | $11,600.00 |
| 4/29/2016 | $16,250.00 |

# EXHIBIT A

## TRANSFERS TO DATAS ACCESS COMMUNICATION INC

| Date | Payment Amount |
|---|---|
| 5/2/2016 | $23,074.00 |
| 5/2/2016 | $15,273.00 |
| 5/3/2016 | $95,441.00 |
| 5/4/2016 | $5,527.00 |
| 5/5/2016 | $876.00 |
| 5/5/2016 | $884.00 |
| 5/5/2016 | $901.00 |
| 5/5/2016 | $883.00 |
| 5/12/2016 | $95,688.00 |
| 5/13/2016 | $34,441.00 |
| 5/16/2016 | $5,769.00 |
| 5/25/2016 | $5,480.00 |
| 5/27/2016 | $1,800.00 |
| 6/1/2016 | $95,157.00 |
| 6/6/2016 | $285.00 |
| 6/10/2016 | $16,250.00 |
| 6/10/2016 | $41,989.00 |
| 6/15/2016 | $5,799.00 |
| 6/16/2016 | $2,075.00 |
| 6/17/2016 | $1,065.00 |
| 6/28/2016 | $5,776.00 |
| 6/28/2016 | $5,474.00 |
| 7/1/2016 | $42,083.00 |
| 7/11/2016 | $875.00 |
| 7/12/2016 | $7,567.00 |
| 7/12/2016 | $1,085.00 |
| 7/12/2016 | $2,899.00 |
| 7/12/2016 | $30,424.00 |
| 7/12/2016 | $23,074.00 |
| 7/14/2016 | $5,475.00 |
| 7/18/2016 | $74,693.00 |
| 7/19/2016 | $515.00 |
| 8/5/2016 | $4,460.00 |
| 8/10/2016 | $5,776.00 |
| 8/23/2016 | $5,475.00 |
| 8/29/2016 | $79,782.00 |
| 8/30/2016 | $5,766.00 |
| 9/19/2016 | $16,250.00 |
| 9/19/2016 | $11,603.00 |
| 9/19/2016 | $26,477.00 |
| 9/22/2016 | $5,447.00 |
| 9/22/2016 | $15,320.00 |
| 9/23/2016 | $72,883.00 |
| 9/26/2016 | $5,781.00 |
| 9/26/2016 | $59,528.00 |
| 9/26/2016 | $22,100.00 |

EXHIBIT A

TRANSFERS TO DATAS ACCESS COMMUNICATION INC

| Date | Payment Amount |
|---|---|
| 10/13/2016 | $5,475.00 |
| 10/28/2016 | $32,500.00 |
| 11/4/2016 | $76,644.00 |
| 11/8/2016 | $5,734.00 |
| 11/16/2016 | $5,452.00 |
| 11/22/2016 | $34,346.00 |
| 11/29/2016 | $5,455.00 |
| 12/6/2016 | $16,250.00 |
| 12/9/2016 | $83,834.00 |
| 12/9/2016 | $84,166.00 |
| 12/19/2016 | $14,250.00 |
| 12/19/2016 | $84,584.00 |
| 12/19/2016 | $42,106.00 |
| 12/19/2016 | $42,372.00 |
| 12/22/2016 | $5,707.00 |
| 12/22/2016 | $2,000.00 |
| 12/22/2016 | $5,650.00 |
| 12/28/2016 | $16,950.00 |
| 1/5/2017 | $4,861.00 |
| 1/5/2017 | $15,750.00 |
| 1/5/2017 | $18,870.00 |
| 1/5/2017 | $42,043.00 |
| 1/10/2017 | $16,250.00 |
| 1/23/2017 | $5,465.00 |
| 1/23/2017 | $125.00 |
| 1/30/2017 | $5,707.00 |
| 2/8/2017 | $5,707.00 |
| 2/21/2017 | $5,718.00 |
| 2/23/2017 | $15,750.00 |
| 3/1/2017 | $6,429.00 |
| 3/1/2017 | $1,075.00 |
| 3/2/2017 | $91,209.00 |
| 3/15/2017 | $5,450.00 |
| 3/16/2017 | $6,500.00 |
| 3/20/2017 | $42,045.00 |
| 3/27/2017 | $175,641.00 |
| 3/28/2017 | $50,872.00 |
| 3/28/2017 | $8,847.00 |
| 4/5/2017 | $5,750.00 |
| 4/6/2017 | $5,452.00 |
| 4/11/2017 | $50,923.00 |
| 4/24/2017 | $625.00 |
| 4/25/2017 | $5,449.00 |
| 5/1/2017 | $5,749.00 |
| 5/1/2017 | $5,749.00 |