# EXHIBIT A

Case:17-03283-LTS Doc#:6673-1 Filed:04/30/19 Entered:04/30/19 19:44:03 Desc: Exhibit A Page 1 of 2

# EXHIBIT A
## TRANSFERS TO TRIPLE - S SALUD, INC.

| Date | Payment Amount |
|---|---|
| 3/27/2017 | $2,939,531.00 |