# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO DESARROLLO COMUNICOLOGICO DE ARECIBO INC.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $15,900.00 |
| 5/9/2013 | $45,833.00 |
| 5/15/2013 | $91,682.00 |
| 5/28/2013 | $46,920.00 |
| 6/4/2013 | $136,589.00 |
| 6/5/2013 | $12,307.00 |
| 6/5/2013 | $44,641.00 |
| 6/19/2013 | $5,855.00 |
| 6/19/2013 | $6,246.00 |
| 6/19/2013 | $76,616.00 |
| 6/26/2013 | $3,780.00 |
| 6/26/2013 | $19,021.00 |
| 6/26/2013 | $50,176.00 |
| 7/15/2013 | $38,658.00 |
| 7/15/2013 | $135,406.00 |
| 7/22/2013 | $31,662.00 |
| 7/22/2013 | $41,698.00 |
| 7/29/2013 | $4,515.00 |
| 7/29/2013 | $7,049.00 |
| 7/29/2013 | $15,073.00 |
| 8/9/2013 | $161,050.00 |
| 8/21/2013 | $7,507.00 |
| 8/21/2013 | $67,535.00 |
| 9/10/2013 | $61,286.00 |
| 9/17/2013 | $6,374.00 |
| 9/17/2013 | $116,138.00 |
| 9/25/2013 | $5,820.00 |
| 9/25/2013 | $5,990.00 |
| 9/25/2013 | $8,054.00 |
| 9/25/2013 | $14,048.00 |
| 9/25/2013 | $14,329.00 |
| 9/25/2013 | $51,488.00 |
| 9/25/2013 | $74,923.00 |
| 9/25/2013 | $76,667.00 |
| 9/25/2013 | $101,260.00 |
| 9/25/2013 | $123,688.00 |
| 9/25/2013 | $131,702.00 |
| 9/25/2013 | $150,508.00 |
| 10/1/2013 | $97,487.00 |
| 10/8/2013 | $8,099.00 |
| 10/8/2013 | $666.00 |
| 10/18/2013 | $13,788.00 |
| 11/4/2013 | $10,570.00 |
| 11/4/2013 | $637.00 |
| 11/4/2013 | $15,394.00 |
| 12/18/2013 | $2,303.00 |

# EXHIBIT A
## TRANSFERS TO DESARROLLO COMUNICOLOGICO DE ARECIBO INC.

| Date | Payment Amount |
|---|---|
| 12/18/2013 | $4,458.00 |
| 12/18/2013 | $11,890.00 |
| 12/18/2013 | $31,401.00 |
| 12/19/2013 | $45,391.00 |
| 12/24/2013 | $46,100.00 |
| 12/30/2013 | $10,306.00 |
| 12/30/2013 | $18,489.00 |
| 12/30/2013 | $77,125.00 |
| 12/30/2013 | $1,496.00 |
| 1/6/2014 | $6,255.00 |
| 1/22/2014 | $9,158.00 |
| 1/22/2014 | $23,184.00 |
| 1/22/2014 | $90,793.00 |
| 1/22/2014 | $97,419.00 |
| 1/22/2014 | $128,976.00 |
| 1/22/2014 | $153,258.00 |
| 2/6/2014 | $6,855.00 |
| 2/6/2014 | $51,077.00 |
| 2/12/2014 | $41,550.00 |
| 2/19/2014 | $16,944.00 |
| 2/19/2014 | $115,692.00 |
| 3/21/2014 | $4,191.00 |
| 3/21/2014 | $14,466.00 |
| 3/21/2014 | $32,964.00 |
| 3/21/2014 | $78,570.00 |
| 3/21/2014 | $81,816.00 |
| 4/16/2014 | $5,820.00 |
| 4/16/2014 | $32,150.00 |
| 4/16/2014 | $60,779.00 |
| 5/9/2014 | $19,084.00 |
| 5/9/2014 | $52,658.00 |
| 5/9/2014 | $84,882.00 |
| 5/14/2014 | $11,954.00 |
| 5/14/2014 | $103,438.00 |
| 5/28/2014 | $8,681.00 |
| 5/28/2014 | $53,639.00 |
| 6/19/2014 | $9,679.00 |
| 6/19/2014 | $20,572.00 |
| 6/24/2014 | $57,564.00 |
| 6/24/2014 | $115,755.00 |
| 6/27/2014 | $149,887.00 |
| 7/22/2014 | $49,611.00 |
| 7/30/2014 | $21,044.00 |
| 8/5/2014 | $107,446.00 |
| 8/12/2014 | $8,207.00 |
| 8/12/2014 | $34,301.00 |

# EXHIBIT A

## TRANSFERS TO DESARROLLO COMUNICOLOGICO DE ARECIBO INC.

| Date | Payment Amount |
|---|---|
| 8/12/2014 | $65,270.00 |
| 9/3/2014 | $21,863.00 |
| 9/17/2014 | $7,140.00 |
| 9/17/2014 | $19,530.00 |
| 9/17/2014 | $118,341.00 |
| 9/30/2014 | $3,344.00 |
| 9/30/2014 | $7,597.00 |
| 9/30/2014 | $16,818.00 |
| 9/30/2014 | $25,320.00 |
| 9/30/2014 | $104,613.00 |
| 9/30/2014 | $158,368.00 |
| 12/9/2014 | $337.00 |
| 12/9/2014 | $30,347.00 |
| 1/13/2015 | $13,391.00 |
| 1/13/2015 | $52,081.00 |
| 1/13/2015 | $54,827.00 |
| 1/13/2015 | $81,094.00 |
| 1/23/2015 | $4,269.00 |
| 1/23/2015 | $20,349.00 |
| 1/23/2015 | $59,310.00 |
| 1/23/2015 | $143,415.00 |
| 2/24/2015 | $8,974.00 |
| 2/24/2015 | $20,062.00 |
| 2/24/2015 | $94,828.00 |
| 2/24/2015 | $101,122.00 |
| 2/24/2015 | $144,221.00 |
| 3/5/2015 | $11,932.00 |
| 3/5/2015 | $16,221.00 |
| 3/5/2015 | $44,097.00 |
| 3/5/2015 | $89,008.00 |
| 4/9/2015 | $37,624.00 |
| 4/9/2015 | $109,973.00 |
| 4/24/2015 | $9,547.00 |
| 4/24/2015 | $16,596.00 |
| 4/24/2015 | $67,567.00 |
| 4/24/2015 | $98,843.00 |
| 5/22/2015 | $5,971.00 |
| 5/22/2015 | $95,454.00 |
| 5/22/2015 | $70,835.00 |
| 5/22/2015 | $8,793.00 |
| 5/22/2015 | $42,791.00 |
| 6/18/2015 | $19,650.00 |
| 6/18/2015 | $13,817.00 |
| 7/1/2015 | $62,110.00 |
| 7/1/2015 | $142,451.00 |
| 7/31/2015 | $147,439.00 |

63378941 v1

EXHIBIT A

TRANSFERS TO DESARROLLO COMUNICOLOGICO DE ARECIBO INC.

| Date | Payment Amount |
|---|---|
| 7/31/2015 | $16,871.00 |
| 7/31/2015 | $109,565.00 |
| 8/13/2015 | $65,356.00 |
| 8/13/2015 | $22,678.00 |
| 9/17/2015 | $136,810.00 |
| 9/17/2015 | $118,418.00 |
| 10/1/2015 | $85,865.00 |
| 10/1/2015 | $63,793.00 |
| 10/8/2015 | $34,790.00 |
| 10/8/2015 | $19,000.00 |
| 10/8/2015 | $105,690.00 |
| 10/23/2015 | $4,894.00 |
| 10/23/2015 | $22,192.00 |
| 10/23/2015 | $60,562.00 |
| 10/23/2015 | $20,072.00 |
| 11/9/2015 | $9,069.00 |
| 11/9/2015 | $20,069.00 |
| 11/27/2015 | $4,768.00 |
| 11/27/2015 | $10,145.00 |
| 12/22/2015 | $14,634.00 |
| 12/22/2015 | $67,323.00 |
| 12/22/2015 | $8,512.00 |
| 12/22/2015 | $49,102.00 |
| 12/22/2015 | $33,396.00 |
| 12/22/2015 | $8,479.00 |
| 1/5/2016 | $17,335.00 |
| 1/5/2016 | $101,714.00 |
| 1/5/2016 | $20,836.00 |
| 1/5/2016 | $72,196.00 |
| 1/5/2016 | $143,152.00 |
| 1/19/2016 | $71,640.00 |
| 2/1/2016 | $20,232.00 |
| 2/1/2016 | $135,008.00 |
| 2/1/2016 | $106,370.00 |
| 2/1/2016 | $10,000.00 |
| 3/15/2016 | $108,051.00 |
| 3/24/2016 | $18,549.00 |
| 3/24/2016 | $15,184.00 |
| 3/24/2016 | $55,682.00 |
| 3/24/2016 | $19,635.00 |
| 5/18/2016 | $12,788.00 |
| 5/18/2016 | $13,300.00 |
| 5/18/2016 | $21,401.00 |
| 5/18/2016 | $73,893.00 |
| 5/18/2016 | $143,549.00 |
| 5/18/2016 | $13,760.00 |

# EXHIBIT A

## TRANSFERS TO DESARROLLO COMUNICOLOGICO DE ARECIBO INC.

| Date | Payment Amount |
|---|---|
| 5/18/2016 | $92,229.00 |
| 5/18/2016 | $79,147.00 |
| 5/18/2016 | $46,805.00 |
| 5/18/2016 | $75,945.00 |
| 5/18/2016 | $14,297.00 |
| 5/18/2016 | $92,481.00 |
| 5/18/2016 | $40,908.00 |
| 5/18/2016 | $96,534.00 |
| 6/6/2016 | $14,305.00 |
| 8/1/2016 | $19,842.00 |
| 8/1/2016 | $4,529.00 |
| 8/11/2016 | $4,520.00 |
| 8/11/2016 | $87,676.00 |
| 8/11/2016 | $126,519.00 |
| 8/11/2016 | $139,045.00 |
| 8/11/2016 | $133,758.00 |
| 8/11/2016 | $120,697.00 |
| 8/11/2016 | $60,575.00 |
| 8/11/2016 | $21,897.00 |
| 9/6/2016 | $10,273.00 |
| 9/23/2016 | $7,090.00 |
| 9/23/2016 | $3,316.00 |
| 9/23/2016 | $8,352.00 |
| 9/23/2016 | $19,715.00 |
| 10/4/2016 | $61,270.00 |
| 10/4/2016 | $60,218.00 |
| 10/4/2016 | $123,793.00 |
| 10/4/2016 | $25,986.00 |
| 10/4/2016 | $12,529.00 |
| 10/21/2016 | $12,016.00 |
| 11/16/2016 | $89,353.00 |
| 11/16/2016 | $48,268.00 |
| 11/30/2016 | $89,197.00 |
| 12/16/2016 | $124,209.00 |
| 12/16/2016 | $64,223.00 |
| 12/16/2016 | $14,269.00 |
| 12/29/2016 | $136,720.00 |
| 1/18/2017 | $299,024.00 |
| 2/7/2017 | $21,544.00 |
| 2/7/2017 | $117,225.00 |
| 2/7/2017 | $54,863.00 |
| 2/7/2017 | $13,867.00 |
| 2/21/2017 | $98,339.00 |
| 2/21/2017 | $32,653.00 |
| 3/15/2017 | $8,192.00 |
| 3/15/2017 | $82,131.00 |

EXHIBIT A

TRANSFERS TO DESARROLLO COMUNICOLOGICO DE ARECIBO INC.

| Date | Payment Amount |
|---|---|
| 3/15/2017 | $35,358.00 |
| 4/6/2017 | $12,161.00 |
| 4/12/2017 | $55,401.00 |
| 4/19/2017 | $62,347.00 |