# EXHIBIT A

EXHIBIT A

TRANSFERS TO GAM REALTY, LLC

| Date | Payment Amount |
|---|---|
| 1/9/2014 | $4,695.00 |
| 1/9/2014 | $15,822.00 |
| 1/9/2014 | $81,111.00 |
| 2/3/2014 | $14,390.00 |
| 2/3/2014 | $81,111.00 |
| 2/24/2014 | $5,356.00 |
| 2/24/2014 | $9,887.00 |
| 3/5/2014 | $81,111.00 |
| 3/11/2014 | $3,155.00 |
| 3/11/2014 | $4,481.00 |
| 3/11/2014 | $5,563.00 |
| 4/3/2014 | $81,111.00 |
| 4/17/2014 | $14,092.00 |
| 5/2/2014 | $81,111.00 |
| 5/6/2014 | $12,720.00 |
| 6/3/2014 | $81,111.00 |
| 6/18/2014 | $12,243.00 |
| 7/18/2014 | $12,392.00 |
| 8/27/2014 | $2,386.00 |
| 8/27/2014 | $6,908.00 |
| 8/27/2014 | $162,222.00 |
| 9/12/2014 | $10,406.00 |
| 9/12/2014 | $77,639.00 |
| 10/2/2014 | $77,639.00 |
| 10/17/2014 | $16,220.00 |
| 11/7/2014 | $77,636.00 |
| 12/5/2014 | $8,278.00 |
| 12/8/2014 | $5,964.00 |
| 12/10/2014 | $5,350.00 |
| 12/11/2014 | $3,938.00 |
| 12/11/2014 | $77,639.00 |
| 1/12/2015 | $2,237.00 |
| 1/12/2015 | $3,231.00 |
| 1/12/2015 | $3,951.00 |
| 1/13/2015 | $77,639.00 |
| 2/5/2015 | $9,600.00 |
| 2/6/2015 | $77,639.00 |
| 2/27/2015 | $77,639.00 |
| 3/5/2015 | $3,964.00 |
| 3/5/2015 | $5,461.00 |
| 3/17/2015 | $300.00 |
| 4/2/2015 | $77,639.00 |
| 4/10/2015 | $8,547.00 |
| 5/4/2015 | $77,639.00 |
| 5/6/2015 | $2,010.00 |
| 5/6/2015 | $2,557.00 |

EXHIBIT A
TRANSFERS TO GAM REALTY, LLC

| Date | Payment Amount |
|---|---|
| 5/6/2015 | $2,623.00 |
| 5/6/2015 | $3,279.00 |
| 6/11/2015 | $9,302.00 |
| 6/17/2015 | $77,642.00 |
| 7/8/2015 | $2,980.00 |
| 7/8/2015 | $2,346.00 |
| 7/8/2015 | $3,619.00 |
| 8/7/2015 | $77,639.00 |
| 8/12/2015 | $77,639.00 |
| 9/9/2015 | $3,456.00 |
| 9/9/2015 | $4,223.00 |
| 9/9/2015 | $2,595.00 |
| 9/9/2015 | $2,259.00 |
| 9/9/2015 | $3,043.00 |
| 9/9/2015 | $3,585.00 |
| 9/9/2015 | $77,639.00 |
| 10/7/2015 | $2,363.00 |
| 10/7/2015 | $3,641.00 |
| 10/7/2015 | $2,994.00 |
| 11/6/2015 | $2,572.00 |
| 11/6/2015 | $4,027.00 |
| 11/6/2015 | $3,358.00 |
| 11/18/2015 | $77,639.00 |
| 12/10/2015 | $750.00 |
| 12/23/2015 | $2,697.00 |
| 12/23/2015 | $4,337.00 |
| 12/23/2015 | $3,637.00 |
| 1/13/2016 | $77,639.00 |
| 1/28/2016 | $3,540.00 |
| 1/28/2016 | $2,183.00 |
| 1/28/2016 | $2,970.00 |
| 1/28/2016 | $77,639.00 |
| 2/11/2016 | $2,855.00 |
| 2/11/2016 | $1,801.00 |
| 2/11/2016 | $2,302.00 |
| 2/23/2016 | $1,250.00 |
| 2/23/2016 | $75,324.00 |
| 3/11/2016 | $2,610.00 |
| 3/11/2016 | $3,232.00 |
| 3/11/2016 | $2,038.00 |
| 3/31/2016 | $6,518.00 |
| 4/27/2016 | $75,324.00 |
| 4/27/2016 | $75,324.00 |
| 5/9/2016 | $2,199.00 |
| 5/9/2016 | $1,877.00 |
| 5/9/2016 | $2,854.00 |

EXHIBIT A
TRANSFERS TO GAM REALTY, LLC

| Date | Payment Amount |
|---|---|
| 5/24/2016 | $75,324.00 |
| 6/14/2016 | $3,235.00 |
| 6/14/2016 | $2,541.00 |
| 6/14/2016 | $2,085.00 |
| 6/23/2016 | $75,324.00 |
| 7/1/2016 | $8,295.00 |
| 8/22/2016 | $3,236.00 |
| 8/22/2016 | $2,344.00 |
| 8/22/2016 | $3,765.00 |
| 8/23/2016 | $75,324.00 |
| 9/2/2016 | $2,621.00 |
| 9/2/2016 | $3,114.00 |
| 9/2/2016 | $3,970.00 |
| 9/6/2016 | $75,324.00 |
| 10/11/2016 | $375.00 |
| 10/12/2016 | $4,403.00 |
| 10/12/2016 | $3,696.00 |
| 10/12/2016 | $2,803.00 |
| 10/21/2016 | $75,324.00 |
| 11/4/2016 | $3,572.00 |
| 11/4/2016 | $2,650.00 |
| 11/4/2016 | $4,237.00 |
| 11/15/2016 | $75,324.00 |
| 11/22/2016 | $2,261.00 |
| 12/12/2016 | $2,236.00 |
| 12/12/2016 | $75,324.00 |
| 12/12/2016 | $3,542.00 |
| 12/12/2016 | $2,912.00 |
| 12/21/2016 | $75,324.00 |
| 1/9/2017 | $4,253.00 |
| 1/9/2017 | $2,648.00 |
| 1/9/2017 | $3,601.00 |
| 2/17/2017 | $2,696.00 |
| 2/17/2017 | $2,088.00 |
| 2/17/2017 | $3,319.00 |
| 3/7/2017 | $75,324.00 |
| 3/7/2017 | $75,324.00 |
| 3/29/2017 | $3,782.00 |
| 3/29/2017 | $2,434.00 |
| 3/29/2017 | $869.00 |
| 3/29/2017 | $3,031.00 |
| 4/20/2017 | $2,643.00 |
| 4/20/2017 | $1,805.00 |
| 4/20/2017 | $1,506.00 |
| 4/21/2017 | $2,082.00 |
| 4/26/2017 | $75,324.00 |

EXHIBIT A

TRANSFERS TO GAM REALTY, LLC

| Date | Payment Amount |
|---|---|
| 4/26/2017 | $75,324.00 |