# EXHIBIT A

EXHIBIT A

TRANSFERS TO TRUENORTH CORP.

| Date | Payment Amount |
|---|---|
| 5/14/2013 | $21,810.00 |
| 5/16/2013 | $20,586.00 |
| 5/20/2013 | $63,700.00 |
| 6/6/2013 | $16,356.00 |
| 6/6/2013 | $16,604.00 |
| 6/20/2013 | $58,178.00 |
| 7/5/2013 | $79,094.00 |
| 7/15/2013 | $108,239.00 |
| 8/6/2013 | $75,279.00 |
| 8/6/2013 | $110,764.00 |
| 8/8/2013 | $180,631.00 |
| 9/25/2013 | $83,404.00 |
| 10/23/2013 | $107,512.00 |
| 10/25/2013 | $19,776.00 |
| 10/25/2013 | $34,453.00 |
| 11/5/2013 | $28,768.00 |
| 11/13/2013 | $11,406.00 |
| 11/21/2013 | $83,552.00 |
| 12/4/2013 | $10,108.00 |
| 12/4/2013 | $31,870.00 |
| 12/19/2013 | $150,893.00 |
| 1/17/2014 | $150,355.00 |
| 1/27/2014 | $17,325.00 |
| 1/30/2014 | $104,972.00 |
| 2/10/2014 | $34,226.00 |
| 2/10/2014 | $88,643.00 |
| 2/24/2014 | $5,854.00 |
| 2/24/2014 | $12,521.00 |
| 2/24/2014 | $20,860.00 |
| 3/12/2014 | $2,094.00 |
| 3/12/2014 | $59,931.00 |
| 3/21/2014 | $7,884.00 |
| 3/21/2014 | $17,233.00 |
| 3/21/2014 | $717.00 |
| 3/21/2014 | $31,240.00 |
| 3/21/2014 | $41,652.00 |
| 3/21/2014 | $76,277.00 |
| 3/21/2014 | $85,404.00 |
| 4/7/2014 | $23,407.00 |
| 4/9/2014 | $18,892.00 |
| 4/23/2014 | $82,687.00 |
| 4/23/2014 | $1,955.00 |
| 4/29/2014 | $45,740.00 |
| 5/16/2014 | $798.00 |
| 6/2/2014 | $39,444.00 |
| 6/20/2014 | $11,580.00 |

EXHIBIT A
TRANSFERS TO TRUENORTH CORP.

| Date | Payment Amount |
|---|---|
| 6/26/2014 | $29,206.00 |
| 6/30/2014 | $66,705.00 |
| 7/3/2014 | $73,964.00 |
| 7/7/2014 | $994,346.00 |
| 7/23/2014 | $271.00 |
| 7/23/2014 | $19,554.00 |
| 7/23/2014 | $47,402.00 |
| 8/1/2014 | $41,610.00 |
| 9/5/2014 | $6,725.00 |
| 9/11/2014 | $70,512.00 |
| 9/12/2014 | $13,000.00 |
| 9/16/2014 | $43,339.00 |
| 9/17/2014 | $79,113.00 |
| 9/17/2014 | $224,498.00 |
| 9/17/2014 | $267,708.00 |
| 9/17/2014 | $441,313.00 |
| 9/19/2014 | $74,393.00 |
| 9/19/2014 | $213,159.00 |
| 9/22/2014 | $24,946.00 |
| 9/23/2014 | $16,745.00 |
| 9/23/2014 | $486,853.00 |
| 9/26/2014 | $121,714.00 |
| 9/26/2014 | $943,095.00 |
| 10/6/2014 | $12,575.00 |
| 10/6/2014 | $26,223.00 |
| 10/6/2014 | $67,389.00 |
| 10/10/2014 | $67,559.00 |
| 10/10/2014 | $128,302.00 |
| 10/14/2014 | $30,143.00 |
| 10/15/2014 | $11,088.00 |
| 10/21/2014 | $33,458.00 |
| 10/21/2014 | $151,091.00 |
| 10/28/2014 | $6,456.00 |
| 10/30/2014 | $3,450.00 |
| 11/6/2014 | $5,463.00 |
| 11/13/2014 | $41,017.00 |
| 11/24/2014 | $12,720.00 |
| 11/24/2014 | $19,163.00 |
| 11/24/2014 | $23,930.00 |
| 11/25/2014 | $22,187.00 |
| 12/3/2014 | $112,446.00 |
| 12/15/2014 | $3,476.00 |
| 12/15/2014 | $16,846.00 |
| 12/15/2014 | $23,894.00 |
| 12/15/2014 | $29,710.00 |
| 12/15/2014 | $141,961.00 |

EXHIBIT A

TRANSFERS TO TRUENORTH CORP.

| Date | Payment Amount |
|---|---|
| 12/18/2014 | $36,901.00 |
| 12/18/2014 | $53,763.00 |
| 12/22/2014 | $122,484.00 |
| 12/30/2014 | $11,517.00 |
| 12/30/2014 | $63,747.00 |
| 1/5/2015 | $4,469.00 |
| 1/5/2015 | $8,452.00 |
| 1/5/2015 | $407,110.00 |
| 1/13/2015 | $77,494.00 |
| 1/20/2015 | $14,749.00 |
| 2/3/2015 | $462,256.00 |
| 2/13/2015 | $4,962.00 |
| 2/23/2015 | $66,306.00 |
| 2/26/2015 | $16,814.00 |
| 3/2/2015 | $281,775.00 |
| 3/10/2015 | $10,515.00 |
| 3/10/2015 | $14,386.00 |
| 3/12/2015 | $109,862.00 |
| 3/17/2015 | $3,450.00 |
| 3/25/2015 | $3,073.00 |
| 4/8/2015 | $4,098.00 |
| 4/8/2015 | $12,198.00 |
| 4/8/2015 | $25,436.00 |
| 4/13/2015 | $16,386.00 |
| 4/15/2015 | $68,819.00 |
| 4/16/2015 | $55,850.00 |
| 4/28/2015 | $3,450.00 |
| 4/28/2015 | $10,727.00 |
| 4/28/2015 | $17,562.00 |
| 4/28/2015 | $477,227.00 |
| 5/1/2015 | $5,890.00 |
| 5/14/2015 | $11,089.00 |
| 5/14/2015 | $14,804.00 |
| 5/18/2015 | $57,907.00 |
| 5/18/2015 | $335,362.00 |
| 5/20/2015 | $11,876.00 |
| 5/20/2015 | $12,611.00 |
| 5/20/2015 | $69,748.00 |
| 5/28/2015 | $62,783.00 |
| 6/3/2015 | $3,842.00 |
| 6/23/2015 | $90,057.00 |
| 7/7/2015 | $2,881.00 |
| 7/10/2015 | $66,335.00 |
| 7/13/2015 | $405,794.00 |
| 7/16/2015 | $14,482.00 |
| 7/29/2015 | $20,362.00 |

# EXHIBIT A

## TRANSFERS TO TRUENORTH CORP.

| Date | Payment Amount |
|---|---|
| 8/7/2015 | $272,490.00 |
| 8/10/2015 | $10,692.75 |
| 8/10/2015 | $3,564.25 |
| 8/10/2015 | $63,685.00 |
| 8/14/2015 | $85,026.00 |
| 8/19/2015 | $81,559.00 |
| 8/24/2015 | $12,346.00 |
| 8/24/2015 | $14,738.00 |
| 9/3/2015 | $2,209.00 |
| 9/3/2015 | $7,516.00 |
| 9/8/2015 | $192,837.00 |
| 9/9/2015 | $75,279.00 |
| 9/15/2015 | $102,514.00 |
| 9/21/2015 | $89,650.00 |
| 10/6/2015 | $6,900.00 |
| 10/8/2015 | $92,282.00 |
| 10/8/2015 | $17,851.00 |
| 10/8/2015 | $90,840.00 |
| 10/29/2015 | $75,224.00 |
| 11/3/2015 | $3,450.00 |
| 11/5/2015 | $5,890.00 |
| 11/25/2015 | $67,978.00 |
| 11/27/2015 | $19,533.75 |
| 11/27/2015 | $6,511.25 |
| 12/8/2015 | $3,450.00 |
| 12/29/2015 | $7,587.00 |
| 2/10/2016 | $3,450.00 |
| 2/23/2016 | $16,814.00 |
| 2/23/2016 | $21,178.00 |
| 2/24/2016 | $81,735.00 |
| 2/24/2016 | $9,796.00 |
| 2/24/2016 | $3,970.00 |
| 2/29/2016 | $11,279.25 |
| 2/29/2016 | $3,759.75 |
| 3/4/2016 | $16,659.00 |
| 3/8/2016 | $3,970.00 |
| 3/8/2016 | $8,067.00 |
| 3/22/2016 | $19,951.50 |
| 3/22/2016 | $6,650.50 |
| 3/22/2016 | $84,185.00 |
| 3/30/2016 | $12,966.00 |
| 3/30/2016 | $4,322.00 |
| 4/6/2016 | $3,970.00 |
| 4/6/2016 | $11,877.00 |
| 4/6/2016 | $15,270.00 |
| 4/6/2016 | $14,154.00 |

63378804 v1

EXHIBIT A

TRANSFERS TO TRUENORTH CORP.

| Date | Payment Amount |
|---|---|
| 4/6/2016 | $23,463.00 |
| 4/6/2016 | $15,690.00 |
| 4/6/2016 | $54,028.00 |
| 4/6/2016 | $121,639.00 |
| 4/6/2016 | $74,906.00 |
| 4/6/2016 | $137,301.00 |
| 4/8/2016 | $8,947.00 |
| 5/3/2016 | $41,621.00 |
| 5/10/2016 | $367,014.00 |
| 5/10/2016 | $62,905.00 |
| 5/10/2016 | $80,963.00 |
| 5/10/2016 | $62,005.00 |
| 5/10/2016 | $78,839.00 |
| 5/10/2016 | $52,991.00 |
| 5/10/2016 | $52,378.00 |
| 5/10/2016 | $186,835.00 |
| 5/10/2016 | $221,349.00 |
| 5/11/2016 | $85,270.00 |
| 5/11/2016 | $97,843.00 |
| 5/11/2016 | $97,261.00 |
| 5/19/2016 | $3,970.00 |
| 5/19/2016 | $8,419.00 |
| 6/2/2016 | $99,620.00 |
| 6/2/2016 | $101,918.00 |
| 7/5/2016 | $91,809.00 |
| 7/5/2016 | $82,213.00 |
| 7/5/2016 | $26,036.00 |
| 7/5/2016 | $38,809.00 |
| 7/5/2016 | $55,458.00 |
| 7/7/2016 | $14,236.00 |
| 7/13/2016 | $3,970.00 |
| 7/13/2016 | $3,970.00 |
| 7/13/2016 | $9,348.00 |
| 8/8/2016 | $6,640.00 |
| 8/12/2016 | $43,658.00 |
| 8/12/2016 | $391,849.00 |
| 8/12/2016 | $54,268.00 |
| 8/12/2016 | $14,568.75 |
| 8/12/2016 | $20,394.75 |
| 8/12/2016 | $4,856.25 |
| 8/12/2016 | $6,798.25 |
| 9/2/2016 | $53,193.00 |
| 9/2/2016 | $15,690.00 |
| 9/9/2016 | $13,997.25 |
| 9/9/2016 | $4,665.75 |
| 9/14/2016 | $16,216.00 |

EXHIBIT A

TRANSFERS TO TRUENORTH CORP.

| Date | Payment Amount |
|---|---|
| 9/23/2016 | $13,105.00 |
| 9/23/2016 | $16,482.00 |
| 9/23/2016 | $332,679.00 |
| 9/23/2016 | $47,535.00 |
| 9/23/2016 | $606,526.00 |
| 10/3/2016 | $87,818.00 |
| 10/3/2016 | $394,311.00 |
| 10/3/2016 | $19,034.25 |
| 10/3/2016 | $6,344.75 |
| 10/4/2016 | $37,743.00 |
| 10/5/2016 | $10,340.00 |
| 10/5/2016 | $50,482.00 |
| 10/11/2016 | $4,042.00 |
| 10/11/2016 | $4,042.00 |
| 10/11/2016 | $7,731.00 |
| 10/11/2016 | $3,450.00 |
| 10/11/2016 | $3,450.00 |
| 10/11/2016 | $12,740.25 |
| 10/11/2016 | $4,246.75 |
| 10/20/2016 | $83,404.00 |
| 10/20/2016 | $51,426.00 |
| 10/20/2016 | $68,082.00 |
| 10/20/2016 | $2,854.00 |
| 10/20/2016 | $1,965.00 |
| 10/20/2016 | $33,630.00 |
| 10/28/2016 | $20,470.00 |
| 10/31/2016 | $8,579.00 |
| 11/2/2016 | $4,042.00 |
| 11/17/2016 | $10,564.00 |
| 11/23/2016 | $26,802.00 |
| 11/30/2016 | $85,965.00 |
| 12/6/2016 | $3,450.00 |
| 12/16/2016 | $3,970.00 |
| 12/16/2016 | $3,970.00 |
| 12/16/2016 | $3,970.00 |
| 12/16/2016 | $3,970.00 |
| 12/16/2016 | $20,051.25 |
| 12/16/2016 | $6,683.75 |
| 12/21/2016 | $17,398.00 |
| 12/29/2016 | $3,970.00 |
| 12/29/2016 | $3,745.00 |
| 12/29/2016 | $4,496.00 |
| 12/29/2016 | $4,016.00 |
| 12/29/2016 | $19,124.25 |
| 12/29/2016 | $17,877.00 |
| 12/29/2016 | $21,218.00 |

EXHIBIT A

TRANSFERS TO TRUENORTH CORP.

| Date | Payment Amount |
|---|---|
| 12/29/2016 | $6,374.75 |
| 12/29/2016 | $5,959.00 |
| 1/4/2017 | $7,939.00 |
| 1/4/2017 | $4,042.00 |
| 1/4/2017 | $15,990.00 |
| 1/4/2017 | $17,170.50 |
| 1/4/2017 | $5,723.50 |
| 1/5/2017 | $13,069.00 |
| 1/5/2017 | $17,191.00 |
| 1/5/2017 | $15,130.00 |
| 1/25/2017 | $63,478.00 |
| 1/25/2017 | $72,985.00 |
| 1/25/2017 | $71,341.00 |
| 1/30/2017 | $152,943.00 |
| 1/30/2017 | $15,603.00 |
| 1/30/2017 | $5,201.00 |
| 2/13/2017 | $3,450.00 |
| 2/16/2017 | $4,911.00 |
| 2/16/2017 | $9,431.00 |
| 2/23/2017 | $7,159.00 |
| 2/23/2017 | $4,042.00 |
| 2/23/2017 | $4,523.00 |
| 3/1/2017 | $14,313.00 |
| 3/1/2017 | $4,771.00 |
| 3/7/2017 | $55,321.00 |
| 3/7/2017 | $13,785.00 |
| 3/9/2017 | $4,418.00 |
| 3/9/2017 | $4,042.00 |
| 3/14/2017 | $13,418.00 |
| 3/14/2017 | $15,850.50 |
| 3/14/2017 | $5,283.50 |
| 3/27/2017 | $2,937.00 |
| 3/27/2017 | $15,912.00 |
| 3/27/2017 | $14,756.25 |
| 3/27/2017 | $14,103.00 |
| 3/27/2017 | $4,918.75 |
| 3/27/2017 | $4,701.00 |
| 3/29/2017 | $11,419.00 |
| 3/29/2017 | $15,301.00 |
| 3/30/2017 | $4,042.00 |
| 3/30/2017 | $10,177.00 |
| 3/30/2017 | $20,483.00 |
| 3/31/2017 | $67,835.00 |
| 4/18/2017 | $83,770.00 |
| 4/18/2017 | $21,054.00 |
| 4/18/2017 | $13,471.00 |

EXHIBIT A
TRANSFERS TO TRUENORTH CORP.

| Date | Payment Amount |
|---|---|
| 4/18/2017 | $7,018.00 |
| 4/21/2017 | $81,514.00 |
| 4/21/2017 | $85,415.00 |
| 4/25/2017 | $71,932.00 |
| 5/2/2017 | $293,357.00 |