# EXHIBIT A

EXHIBIT A
TRANSFERS TO DIDACTICOS, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $2,399.00 |
| 5/6/2013 | $499.00 |
| 5/6/2013 | $200.00 |
| 5/15/2013 | $168.00 |
| 5/17/2013 | $49,992.00 |
| 8/20/2013 | $3,556.00 |
| 8/20/2013 | $63,180.00 |
| 8/20/2013 | $88,250.00 |
| 8/20/2013 | $110,484.00 |
| 10/31/2013 | $4,720.00 |
| 11/4/2013 | $3,125.00 |
| 12/10/2013 | $80,160.00 |
| 12/10/2013 | $299,390.00 |
| 12/12/2013 | $43,855.00 |
| 12/20/2013 | $13,162.00 |
| 1/15/2014 | $4,470.00 |
| 1/15/2014 | $42,901.00 |
| 1/15/2014 | $43,057.00 |
| 1/17/2014 | $799.00 |
| 4/29/2014 | $41,160.00 |
| 4/29/2014 | $49,714.00 |
| 5/1/2014 | $48,438.00 |
| 6/26/2014 | $250.00 |
| 7/30/2014 | $18,810.00 |
| 7/30/2014 | $36,036.00 |
| 7/30/2014 | $49,720.00 |
| 8/4/2014 | $69,168.00 |
| 10/16/2014 | $21,094.00 |
| 10/16/2014 | $38,054.00 |
| 10/16/2014 | $44,944.00 |
| 10/16/2014 | $48,336.00 |
| 10/21/2014 | $40,386.00 |
| 10/21/2014 | $40,386.00 |
| 12/19/2014 | $21,843.00 |
| 1/12/2015 | $13,079.00 |
| 4/3/2015 | $2,970.00 |
| 4/3/2015 | $500.00 |
| 4/15/2015 | $42,070.00 |
| 4/15/2015 | $43,875.00 |
| 4/28/2015 | $33,768.00 |
| 4/28/2015 | $35,073.00 |
| 4/28/2015 | $38,220.00 |
| 4/30/2015 | $46,683.00 |
| 5/7/2015 | $42,471.00 |
| 5/12/2015 | $16,680.00 |
| 5/12/2015 | $28,440.00 |

EXHIBIT A
TRANSFERS TO DIDACTICOS, INC.

| Date | Payment Amount |
|---|---|
| 5/21/2015 | $27,340.00 |
| 6/17/2015 | $30,154.00 |
| 7/23/2015 | $1,722.00 |
| 8/11/2015 | $4,790.00 |
| 9/11/2015 | $84,832.00 |
| 9/11/2015 | $55,680.00 |
| 9/14/2015 | $40,480.00 |
| 9/21/2015 | $6,688.00 |
| 9/21/2015 | $46,112.00 |
| 10/22/2015 | $23,335.00 |
| 10/22/2015 | $8,265.00 |
| 10/22/2015 | $8,265.00 |
| 12/15/2015 | $46,670.00 |
| 12/15/2015 | $6,755.00 |
| 12/16/2015 | $10,770.00 |
| 12/16/2015 | $34,496.00 |
| 12/28/2015 | $28,720.00 |
| 12/28/2015 | $7,800.00 |
| 12/28/2015 | $344.00 |
| 12/28/2015 | $89.00 |
| 12/29/2015 | $198.00 |
| 12/29/2015 | $445.00 |
| 12/29/2015 | $89.00 |
| 12/29/2015 | $932.00 |
| 12/29/2015 | $356.00 |
| 12/29/2015 | $79.00 |
| 12/29/2015 | $237.00 |
| 12/29/2015 | $223.00 |
| 12/29/2015 | $395.00 |
| 12/29/2015 | $316.00 |
| 12/29/2015 | $445.00 |
| 12/29/2015 | $652.00 |
| 12/29/2015 | $659.00 |
| 1/26/2016 | $500.00 |
| 1/26/2016 | $430.00 |
| 1/26/2016 | $8,988.00 |
| 1/26/2016 | $31,316.00 |
| 1/26/2016 | $6,879.00 |
| 1/26/2016 | $50,575.00 |
| 1/26/2016 | $31,325.00 |
| 1/26/2016 | $69,825.00 |
| 1/26/2016 | $62,913.00 |
| 1/26/2016 | $7,225.00 |
| 1/26/2016 | $9,975.00 |
| 1/26/2016 | $338.00 |
| 1/26/2016 | $393.00 |

EXHIBIT A

TRANSFERS TO DIDACTICOS, INC.

| Date | Payment Amount |
|---|---|
| 1/26/2016 | $128.00 |
| 1/26/2016 | $1,030.00 |
| 1/26/2016 | $54.00 |
| 1/26/2016 | $418.00 |
| 1/26/2016 | $269.00 |
| 1/26/2016 | $79.00 |
| 1/26/2016 | $109.00 |
| 1/26/2016 | $348.00 |
| 1/26/2016 | $426.00 |
| 1/26/2016 | $348.00 |
| 1/26/2016 | $348.00 |
| 1/26/2016 | $223.00 |
| 1/26/2016 | $119.00 |
| 1/26/2016 | $1,882.00 |
| 1/26/2016 | $142.00 |
| 1/26/2016 | $338.00 |
| 1/26/2016 | $538.00 |
| 1/26/2016 | $89.00 |
| 1/26/2016 | $267.00 |
| 3/1/2016 | $78.00 |
| 3/1/2016 | $38,025.00 |
| 3/15/2016 | $4,475.00 |
| 3/15/2016 | $13,302.00 |
| 3/15/2016 | $20,979.00 |
| 3/15/2016 | $26,566.00 |
| 3/24/2016 | $7,312.50 |
| 3/24/2016 | $3,881.25 |
| 3/24/2016 | $696.00 |
| 3/24/2016 | $2,137.50 |
| 3/24/2016 | $2,437.50 |
| 3/24/2016 | $1,293.75 |
| 3/24/2016 | $232.00 |
| 3/24/2016 | $712.50 |
| 4/12/2016 | $768.00 |
| 4/12/2016 | $3,742.50 |
| 4/12/2016 | $1,023.75 |
| 4/12/2016 | $256.00 |
| 4/12/2016 | $1,247.50 |
| 4/12/2016 | $341.25 |
| 4/12/2016 | $924.00 |
| 4/12/2016 | $158.00 |
| 4/12/2016 | $9,180.00 |
| 5/4/2016 | $603.00 |
| 5/17/2016 | $2,137.50 |
| 5/17/2016 | $712.50 |
| 5/17/2016 | $48,750.00 |

EXHIBIT A
TRANSFERS TO DIDACTICOS, INC.

| Date | Payment Amount |
|---|---|
| 5/17/2016 | $166,320.00 |
| 5/17/2016 | $910.00 |
| 5/17/2016 | $279.00 |
| 5/25/2016 | $598.00 |
| 5/25/2016 | $515.00 |
| 5/25/2016 | $1,441.00 |
| 6/6/2016 | $28,720.00 |
| 6/6/2016 | $28,720.00 |
| 6/6/2016 | $303.00 |
| 6/6/2016 | $138.00 |
| 6/6/2016 | $247.00 |
| 6/8/2016 | $57,380.00 |
| 6/8/2016 | $42,332.00 |
| 6/8/2016 | $30,248.00 |
| 7/11/2016 | $76,320.00 |
| 7/11/2016 | $100,668.00 |
| 7/19/2016 | $27,000.00 |
| 7/19/2016 | $10,800.00 |
| 7/19/2016 | $181,440.00 |
| 8/15/2016 | $25,483.00 |
| 8/15/2016 | $36,400.00 |
| 8/15/2016 | $247.00 |
| 8/24/2016 | $704.00 |
| 9/8/2016 | $116.00 |
| 9/29/2016 | $152.00 |
| 9/29/2016 | $409.00 |
| 9/29/2016 | $1,215.00 |
| 9/29/2016 | $756.00 |
| 10/28/2016 | $358.00 |
| 10/31/2016 | $1,342.00 |
| 11/7/2016 | $547.00 |
| 11/7/2016 | $1,199.00 |
| 12/13/2016 | $1,439.00 |
| 12/13/2016 | $377.00 |
| 12/19/2016 | $161.00 |
| 12/19/2016 | $297.00 |
| 2/1/2017 | $4,689.75 |
| 2/1/2017 | $2,428.00 |
| 2/1/2017 | $371.00 |
| 2/1/2017 | $1,563.25 |
| 3/20/2017 | $269.00 |
| 4/6/2017 | $88,296.00 |
| 4/20/2017 | $194,480.00 |
| 4/24/2017 | $24,390.00 |
| 5/1/2017 | $256,061.00 |