# EXHIBIT A

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---:|---:|
| 5/8/2013 | $1,395.00 |
| 5/28/2013 | $438.00 |
| 5/29/2013 | $32,226.00 |
| 6/5/2013 | $5,378.00 |
| 6/12/2013 | $438.00 |
| 6/14/2013 | $7,974.00 |
| 6/25/2013 | $597.00 |
| 6/25/2013 | $51,938.00 |
| 6/26/2013 | $975.00 |
| 7/22/2013 | $1,165.00 |
| 7/23/2013 | $11,990.00 |
| 8/7/2013 | $41,675.00 |
| 8/27/2013 | $4,475.00 |
| 8/29/2013 | $38,380.00 |
| 9/5/2013 | $4,520.00 |
| 9/11/2013 | $3,763.00 |
| 9/16/2013 | $1,075.00 |
| 9/19/2013 | $3,705.00 |
| 9/19/2013 | $5,222.00 |
| 9/19/2013 | $10,000.00 |
| 9/25/2013 | $5,316.00 |
| 9/25/2013 | $12,079.00 |
| 10/1/2013 | $258,571.00 |
| 10/9/2013 | $455.00 |
| 10/17/2013 | $787.00 |
| 11/22/2013 | $5,825.00 |
| 12/5/2013 | $30,492.00 |
| 12/5/2013 | $1,250.00 |
| 12/10/2013 | $3,510.00 |
| 12/10/2013 | $435.00 |
| 12/11/2013 | $3,536.00 |
| 12/11/2013 | $6,881.00 |
| 12/17/2013 | $69,628.00 |
| 12/18/2013 | $32,704.00 |
| 12/20/2013 | $7,677.00 |
| 12/30/2013 | $1,594.00 |
| 1/16/2014 | $25,587.00 |
| 1/17/2014 | $32,704.00 |
| 1/29/2014 | $330.00 |
| 2/20/2014 | $1,350.00 |
| 2/24/2014 | $2,700.00 |
| 3/4/2014 | $4,841.00 |
| 3/10/2014 | $390,464.00 |
| 3/13/2014 | $228.00 |
| 3/19/2014 | $10,170.00 |
| 3/26/2014 | $16,963.00 |

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---:|---:|
| 4/8/2014 | $4,660.00 |
| 4/11/2014 | $895.00 |
| 5/8/2014 | $3,811.00 |
| 5/21/2014 | $6,945.00 |
| 6/9/2014 | $9,995.00 |
| 6/20/2014 | $4,433.00 |
| 7/1/2014 | $97.00 |
| 7/1/2014 | $110,143.00 |
| 7/8/2014 | $7,189.00 |
| 7/11/2014 | $1,150.00 |
| 8/7/2014 | $20,167.00 |
| 8/12/2014 | $3,624.00 |
| 9/2/2014 | $23,720.00 |
| 9/16/2014 | $3,795.00 |
| 9/16/2014 | $691.00 |
| 9/24/2014 | $3,574.00 |
| 10/2/2014 | $3,989.00 |
| 10/2/2014 | $4,508.00 |
| 10/22/2014 | $8,590.00 |
| 12/3/2014 | $586.00 |
| 12/15/2014 | $5,512.00 |
| 1/8/2015 | $3,241.00 |
| 1/20/2015 | $7,593.00 |
| 2/11/2015 | $14,627.00 |
| 2/20/2015 | $9,185.00 |
| 2/20/2015 | $21,180.00 |
| 3/3/2015 | $3,525.00 |
| 3/5/2015 | $2,350.00 |
| 3/5/2015 | $980.00 |
| 3/27/2015 | $975.00 |
| 4/22/2015 | $398.00 |
| 4/30/2015 | $1,898.00 |
| 5/19/2015 | $2,654.00 |
| 5/22/2015 | $18,949.00 |
| 5/27/2015 | $219.00 |
| 5/29/2015 | $2,685.00 |
| 5/29/2015 | $695.00 |
| 5/29/2015 | $895.00 |
| 5/29/2015 | $5,995.00 |
| 6/4/2015 | $2,340.00 |
| 6/4/2015 | $21,023.00 |
| 6/12/2015 | $38,240.00 |
| 6/22/2015 | $3,445.00 |
| 6/22/2015 | $15,337.00 |
| 6/22/2015 | $21,892.00 |
| 7/3/2015 | $129.00 |

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 7/7/2015 | $92,925.00 |
| 7/8/2015 | $67,934.00 |
| 7/10/2015 | $3,279.00 |
| 7/10/2015 | $5,945.00 |
| 7/10/2015 | $35,200.00 |
| 7/14/2015 | $1,648.00 |
| 7/15/2015 | $3,690.00 |
| 7/15/2015 | $4,845.00 |
| 7/15/2015 | $2,414.00 |
| 7/23/2015 | $345.00 |
| 7/28/2015 | $1,349.00 |
| 8/5/2015 | $1,366.00 |
| 8/5/2015 | $3,118.00 |
| 8/10/2015 | $77,740.00 |
| 8/12/2015 | $7,050.00 |
| 8/26/2015 | $1,628.00 |
| 9/11/2015 | $1,119.00 |
| 9/21/2015 | $1,089.00 |
| 9/25/2015 | $60,695.00 |
| 10/2/2015 | $2,758.00 |
| 10/2/2015 | $7,310.00 |
| 10/8/2015 | $1,937.00 |
| 10/13/2015 | $13,607.00 |
| 10/14/2015 | $19,958.00 |
| 10/23/2015 | $1,299.00 |
| 10/23/2015 | $5,599.00 |
| 10/27/2015 | $8,721.00 |
| 10/27/2015 | $5,971.00 |
| 10/27/2015 | $5,143.00 |
| 11/2/2015 | $911.00 |
| 11/5/2015 | $795.00 |
| 11/5/2015 | $9,690.00 |
| 11/12/2015 | $576.00 |
| 11/12/2015 | $9,690.00 |
| 11/12/2015 | $80,620.00 |
| 11/16/2015 | $1,076.00 |
| 11/17/2015 | $791.00 |
| 11/17/2015 | $7,112.00 |
| 11/25/2015 | $3,759.00 |
| 11/25/2015 | $4,397.00 |
| 11/25/2015 | $37,280.00 |
| 11/25/2015 | $10,889.00 |
| 12/8/2015 | $413.00 |
| 12/8/2015 | $366.00 |
| 12/8/2015 | $138.00 |
| 12/8/2015 | $1,418.00 |

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 12/8/2015 | $229.00 |
| 12/10/2015 | $47,680.00 |
| 12/17/2015 | $698.00 |
| 12/22/2015 | $183.00 |
| 12/22/2015 | $183.00 |
| 12/22/2015 | $183.00 |
| 12/22/2015 | $183.00 |
| 12/22/2015 | $412.00 |
| 1/12/2016 | $412.00 |
| 1/12/2016 | $229.00 |
| 1/12/2016 | $137.00 |
| 1/12/2016 | $413.00 |
| 1/12/2016 | $1,419.00 |
| 1/12/2016 | $230.00 |
| 1/14/2016 | $59,355.00 |
| 1/14/2016 | $37,280.00 |
| 1/14/2016 | $161,935.00 |
| 1/21/2016 | $413.00 |
| 1/25/2016 | $14,680.00 |
| 1/25/2016 | $564.00 |
| 1/25/2016 | $13,045.00 |
| 2/2/2016 | $198.00 |
| 2/2/2016 | $16,523.00 |
| 2/2/2016 | $1,110.00 |
| 2/2/2016 | $2,686.00 |
| 2/9/2016 | $612.00 |
| 2/9/2016 | $2,100.00 |
| 2/9/2016 | $3,980.00 |
| 2/25/2016 | $222.00 |
| 2/25/2016 | $222.00 |
| 2/25/2016 | $222.00 |
| 3/3/2016 | $6,700.00 |
| 3/9/2016 | $6,553.00 |
| 3/10/2016 | $444.00 |
| 3/10/2016 | $444.00 |
| 3/10/2016 | $222.00 |
| 3/10/2016 | $222.00 |
| 3/10/2016 | $222.00 |
| 3/10/2016 | $222.00 |
| 3/11/2016 | $74.00 |
| 3/11/2016 | $74.00 |
| 3/11/2016 | $74.00 |
| 3/11/2016 | $74.00 |
| 3/15/2016 | $197.00 |
| 3/15/2016 | $197.00 |
| 3/15/2016 | $197.00 |

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 3/15/2016 | $197.00 |
| 3/15/2016 | $197.00 |
| 3/15/2016 | $124.00 |
| 3/15/2016 | $124.00 |
| 3/15/2016 | $124.00 |
| 3/15/2016 | $124.00 |
| 3/15/2016 | $197.00 |
| 3/15/2016 | $197.00 |
| 3/17/2016 | $2,976.00 |
| 3/17/2016 | $83,161.00 |
| 3/31/2016 | $13,280.00 |
| 3/31/2016 | $3,358.00 |
| 4/6/2016 | $124.00 |
| 4/6/2016 | $124.00 |
| 4/6/2016 | $124.00 |
| 4/6/2016 | $124.00 |
| 4/6/2016 | $444.00 |
| 4/6/2016 | $444.00 |
| 4/6/2016 | $444.00 |
| 4/6/2016 | $444.00 |
| 4/6/2016 | $444.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $197.00 |
| 4/6/2016 | $197.00 |
| 4/6/2016 | $197.00 |
| 4/6/2016 | $197.00 |
| 4/6/2016 | $148.00 |
| 4/6/2016 | $148.00 |
| 4/6/2016 | $444.00 |
| 4/6/2016 | $444.00 |
| 4/6/2016 | $1,527.00 |
| 4/6/2016 | $1,527.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $247.00 |
| 4/6/2016 | $247.00 |
| 4/8/2016 | $364.00 |
| 4/8/2016 | $22,875.00 |
| 4/11/2016 | $1,898.00 |
| 4/11/2016 | $222.00 |

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 4/28/2016 | $197.00 |
| 4/28/2016 | $124.00 |
| 4/28/2016 | $5,854.00 |
| 4/28/2016 | $444.00 |
| 4/28/2016 | $444.00 |
| 4/28/2016 | $444.00 |
| 4/28/2016 | $444.00 |
| 4/28/2016 | $247.00 |
| 4/28/2016 | $247.00 |
| 4/28/2016 | $247.00 |
| 4/28/2016 | $247.00 |
| 4/28/2016 | $197.00 |
| 4/28/2016 | $197.00 |
| 4/28/2016 | $394.00 |
| 4/28/2016 | $148.00 |
| 4/28/2016 | $394.00 |
| 4/28/2016 | $74.00 |
| 4/28/2016 | $74.00 |
| 4/28/2016 | $148.00 |
| 4/28/2016 | $394.00 |
| 4/28/2016 | $74.00 |
| 4/28/2016 | $74.00 |
| 4/28/2016 | $74.00 |
| 4/28/2016 | $74.00 |
| 4/28/2016 | $444.00 |
| 4/28/2016 | $444.00 |
| 4/28/2016 | $1,527.00 |
| 4/28/2016 | $1,527.00 |
| 4/28/2016 | $247.00 |
| 4/28/2016 | $247.00 |
| 4/28/2016 | $222.00 |
| 4/28/2016 | $222.00 |
| 4/28/2016 | $247.00 |
| 4/28/2016 | $247.00 |
| 4/29/2016 | $7,586.00 |
| 5/2/2016 | $2,055.00 |
| 5/2/2016 | $50.00 |
| 5/2/2016 | $12,094.00 |
| 5/2/2016 | $84,435.00 |
| 5/13/2016 | $1,454.00 |
| 5/13/2016 | $5,788.00 |
| 5/19/2016 | $3,836.00 |
| 5/19/2016 | $3,075.00 |
| 5/19/2016 | $8,499.00 |
| 5/25/2016 | $197.00 |
| 5/25/2016 | $124.00 |

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 5/25/2016 | $197.00 |
| 5/25/2016 | $444.00 |
| 5/25/2016 | $74.00 |
| 5/25/2016 | $4,341.00 |
| 5/25/2016 | $222.00 |
| 6/1/2016 | $15,378.00 |
| 6/1/2016 | $566.00 |
| 6/3/2016 | $4,759.00 |
| 6/8/2016 | $197.00 |
| 6/8/2016 | $148.00 |
| 6/8/2016 | $444.00 |
| 6/8/2016 | $3,939.00 |
| 6/16/2016 | $124.00 |
| 6/16/2016 | $124.00 |
| 6/16/2016 | $444.00 |
| 6/16/2016 | $444.00 |
| 6/16/2016 | $247.00 |
| 6/16/2016 | $247.00 |
| 6/16/2016 | $74.00 |
| 6/16/2016 | $394.00 |
| 6/16/2016 | $1,527.00 |
| 6/16/2016 | $247.00 |
| 6/23/2016 | $247.00 |
| 6/23/2016 | $24,568.00 |
| 6/29/2016 | $222.00 |
| 7/7/2016 | $566.00 |
| 7/11/2016 | $4,285.00 |
| 7/11/2016 | $247.00 |
| 7/12/2016 | $4,367.00 |
| 7/12/2016 | $2,098.00 |
| 7/12/2016 | $3,152.00 |
| 7/12/2016 | $197.00 |
| 7/12/2016 | $197.00 |
| 7/12/2016 | $124.00 |
| 7/12/2016 | $197.00 |
| 7/12/2016 | $197.00 |
| 7/12/2016 | $444.00 |
| 7/12/2016 | $74.00 |
| 7/12/2016 | $222.00 |
| 7/12/2016 | $222.00 |
| 7/14/2016 | $3,990.00 |
| 7/20/2016 | $222.00 |
| 7/29/2016 | $338.00 |
| 8/4/2016 | $31,643.00 |
| 8/15/2016 | $222.00 |
| 8/17/2016 | $3,303.00 |

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 8/17/2016 | $6,403.00 |
| 8/17/2016 | $395.00 |
| 8/22/2016 | $41,180.00 |
| 8/22/2016 | $29,375.00 |
| 8/26/2016 | $494.00 |
| 9/1/2016 | $1,580.00 |
| 9/8/2016 | $39,042.00 |
| 9/12/2016 | $790.00 |
| 9/19/2016 | $804.00 |
| 9/21/2016 | $124.00 |
| 9/21/2016 | $444.00 |
| 9/21/2016 | $444.00 |
| 9/21/2016 | $247.00 |
| 9/21/2016 | $247.00 |
| 9/21/2016 | $197.00 |
| 9/21/2016 | $74.00 |
| 9/21/2016 | $394.00 |
| 9/21/2016 | $148.00 |
| 9/21/2016 | $444.00 |
| 9/21/2016 | $444.00 |
| 9/21/2016 | $1,527.00 |
| 9/21/2016 | $247.00 |
| 9/21/2016 | $222.00 |
| 9/21/2016 | $222.00 |
| 9/21/2016 | $247.00 |
| 9/21/2016 | $689.00 |
| 9/22/2016 | $739.00 |
| 9/22/2016 | $197.00 |
| 9/22/2016 | $197.00 |
| 9/22/2016 | $74.00 |
| 9/22/2016 | $74.00 |
| 9/22/2016 | $444.00 |
| 9/22/2016 | $444.00 |
| 9/22/2016 | $1,961.00 |
| 9/26/2016 | $197.00 |
| 9/26/2016 | $197.00 |
| 9/26/2016 | $124.00 |
| 9/26/2016 | $222.00 |
| 9/29/2016 | $124.00 |
| 9/29/2016 | $444.00 |
| 9/29/2016 | $444.00 |
| 9/29/2016 | $247.00 |
| 9/29/2016 | $247.00 |
| 9/29/2016 | $197.00 |
| 9/29/2016 | $148.00 |
| 9/29/2016 | $1,527.00 |

EXHIBIT A
TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 9/29/2016 | $247.00 |
| 9/29/2016 | $247.00 |
| 9/29/2016 | $197.00 |
| 9/29/2016 | $197.00 |
| 9/29/2016 | $197.00 |
| 9/29/2016 | $124.00 |
| 9/29/2016 | $197.00 |
| 9/29/2016 | $197.00 |
| 9/29/2016 | $74.00 |
| 9/29/2016 | $74.00 |
| 9/29/2016 | $444.00 |
| 9/29/2016 | $222.00 |
| 9/30/2016 | $124.00 |
| 9/30/2016 | $444.00 |
| 9/30/2016 | $444.00 |
| 9/30/2016 | $247.00 |
| 9/30/2016 | $247.00 |
| 9/30/2016 | $197.00 |
| 9/30/2016 | $148.00 |
| 9/30/2016 | $1,527.00 |
| 9/30/2016 | $247.00 |
| 9/30/2016 | $247.00 |
| 9/30/2016 | $197.00 |
| 9/30/2016 | $197.00 |
| 9/30/2016 | $124.00 |
| 9/30/2016 | $197.00 |
| 9/30/2016 | $74.00 |
| 9/30/2016 | $444.00 |
| 9/30/2016 | $222.00 |
| 10/5/2016 | $7,628.00 |
| 10/6/2016 | $247.00 |
| 10/6/2016 | $74.00 |
| 10/6/2016 | $148.00 |
| 10/6/2016 | $74.00 |
| 10/6/2016 | $197.00 |
| 10/6/2016 | $247.00 |
| 10/11/2016 | $12,318.00 |
| 10/11/2016 | $27,255.00 |
| 10/11/2016 | $1,485.00 |
| 10/21/2016 | $197.00 |
| 10/21/2016 | $124.00 |
| 10/21/2016 | $444.00 |
| 10/21/2016 | $444.00 |
| 10/21/2016 | $247.00 |
| 10/21/2016 | $247.00 |
| 10/21/2016 | $197.00 |

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 10/21/2016 | $394.00 |
| 10/21/2016 | $148.00 |
| 10/21/2016 | $444.00 |
| 10/21/2016 | $1,527.00 |
| 10/21/2016 | $247.00 |
| 10/21/2016 | $247.00 |
| 10/24/2016 | $6,775.00 |
| 10/24/2016 | $6,831.00 |
| 10/24/2016 | $2,550.00 |
| 10/26/2016 | $778.00 |
| 10/31/2016 | $197.00 |
| 10/31/2016 | $124.00 |
| 10/31/2016 | $444.00 |
| 10/31/2016 | $444.00 |
| 10/31/2016 | $247.00 |
| 10/31/2016 | $247.00 |
| 10/31/2016 | $197.00 |
| 10/31/2016 | $1,232.00 |
| 10/31/2016 | $148.00 |
| 10/31/2016 | $394.00 |
| 10/31/2016 | $444.00 |
| 10/31/2016 | $1,527.00 |
| 10/31/2016 | $247.00 |
| 10/31/2016 | $222.00 |
| 10/31/2016 | $247.00 |
| 11/1/2016 | $882.00 |
| 11/2/2016 | $8,896.00 |
| 11/2/2016 | $1,475.00 |
| 11/10/2016 | $197.00 |
| 11/10/2016 | $124.00 |
| 11/10/2016 | $124.00 |
| 11/10/2016 | $444.00 |
| 11/10/2016 | $74.00 |
| 11/10/2016 | $222.00 |
| 11/14/2016 | $1,000.00 |
| 11/15/2016 | $197.00 |
| 11/21/2016 | $2,160.00 |
| 11/23/2016 | $493.00 |
| 11/29/2016 | $6,336.00 |
| 12/2/2016 | $11,375.00 |
| 12/15/2016 | $5,472.00 |
| 12/20/2016 | $247.00 |
| 12/20/2016 | $247.00 |
| 12/20/2016 | $7,698.00 |
| 12/20/2016 | $143,633.00 |
| 12/21/2016 | $197.00 |

# EXHIBIT A
## TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 12/21/2016 | $124.00 |
| 12/21/2016 | $444.00 |
| 12/21/2016 | $247.00 |
| 12/21/2016 | $247.00 |
| 12/21/2016 | $197.00 |
| 12/21/2016 | $148.00 |
| 12/21/2016 | $394.00 |
| 12/21/2016 | $444.00 |
| 12/21/2016 | $1,527.00 |
| 12/21/2016 | $222.00 |
| 12/23/2016 | $390.00 |
| 12/28/2016 | $566.00 |
| 12/28/2016 | $2,832.00 |
| 1/3/2017 | $68,169.00 |
| 1/5/2017 | $566.00 |
| 1/5/2017 | $3,372.00 |
| 1/10/2017 | $222.00 |
| 1/12/2017 | $197.00 |
| 1/12/2017 | $124.00 |
| 1/12/2017 | $247.00 |
| 1/12/2017 | $197.00 |
| 1/12/2017 | $74.00 |
| 1/12/2017 | $444.00 |
| 1/12/2017 | $222.00 |
| 1/23/2017 | $2,220.00 |
| 1/25/2017 | $11,525.00 |
| 1/25/2017 | $4,498.00 |
| 2/2/2017 | $41,640.00 |
| 2/8/2017 | $3,080.00 |
| 2/8/2017 | $690.00 |
| 2/13/2017 | $230,068.00 |
| 2/17/2017 | $222.00 |
| 2/17/2017 | $222.00 |
| 2/17/2017 | $222.00 |
| 2/21/2017 | $566.00 |
| 2/21/2017 | $990.00 |
| 3/8/2017 | $247.00 |
| 3/8/2017 | $247.00 |
| 3/8/2017 | $247.00 |
| 3/8/2017 | $247.00 |
| 3/16/2017 | $8,280.00 |
| 3/16/2017 | $4,606.00 |
| 3/22/2017 | $197.00 |
| 3/22/2017 | $444.00 |
| 3/22/2017 | $444.00 |
| 3/22/2017 | $247.00 |

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 3/22/2017 | $197.00 |
| 3/22/2017 | $394.00 |
| 3/22/2017 | $148.00 |
| 3/22/2017 | $444.00 |
| 3/22/2017 | $1,527.00 |
| 3/22/2017 | $247.00 |
| 4/5/2017 | $124.00 |
| 4/5/2017 | $197.00 |
| 4/5/2017 | $444.00 |
| 4/5/2017 | $222.00 |
| 4/7/2017 | $197.00 |
| 4/7/2017 | $197.00 |
| 4/7/2017 | $197.00 |
| 4/7/2017 | $124.00 |
| 4/7/2017 | $124.00 |
| 4/7/2017 | $124.00 |
| 4/7/2017 | $444.00 |
| 4/7/2017 | $444.00 |
| 4/7/2017 | $444.00 |
| 4/7/2017 | $444.00 |
| 4/7/2017 | $444.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $197.00 |
| 4/7/2017 | $197.00 |
| 4/7/2017 | $394.00 |
| 4/7/2017 | $148.00 |
| 4/7/2017 | $394.00 |
| 4/7/2017 | $444.00 |
| 4/7/2017 | $444.00 |
| 4/7/2017 | $1,527.00 |
| 4/7/2017 | $7,388.00 |
| 4/7/2017 | $1,527.00 |
| 4/7/2017 | $27,685.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $247.00 |
| 4/7/2017 | $444.00 |

63378716 v1

EXHIBIT A

TRANSFERS TO SESCO TECHNOLOGY SOLUTIONS, LLC

| Date | Payment Amount |
|---|---|
| 4/7/2017 | $74.00 |
| 4/7/2017 | $222.00 |
| 4/10/2017 | $5,875.00 |
| 4/10/2017 | $566.00 |
| 4/12/2017 | $197.00 |
| 4/17/2017 | $526.00 |
| 4/18/2017 | $3,033.00 |
| 4/25/2017 | $197.00 |
| 4/25/2017 | $197.00 |
| 4/25/2017 | $124.00 |
| 4/25/2017 | $124.00 |
| 4/25/2017 | $124.00 |
| 4/25/2017 | $124.00 |
| 4/25/2017 | $197.00 |
| 4/25/2017 | $197.00 |
| 4/25/2017 | $247.00 |
| 4/25/2017 | $74.00 |
| 4/25/2017 | $444.00 |
| 4/25/2017 | $640.00 |
| 4/25/2017 | $222.00 |
| 4/25/2017 | $222.00 |
| 4/25/2017 | $12,925.00 |
| 4/25/2017 | $222.00 |
| 4/25/2017 | $222.00 |