# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO VIIV HEALTHCARE PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 5/21/2013 | $1,374,102.00 |
| 6/28/2013 | $586,995.00 |
| 6/28/2013 | $983,323.00 |
| 7/19/2013 | $140,361.00 |
| 10/9/2013 | $95,646.00 |
| 10/9/2013 | $669,704.00 |
| 11/27/2013 | $83,971.00 |
| 11/27/2013 | $209,951.00 |
| 11/27/2013 | $483,856.00 |
| 11/27/2013 | $499,004.00 |
| 2/11/2014 | $595,450.00 |
| 2/27/2014 | $269,978.00 |
| 2/27/2014 | $335,850.00 |
| 3/17/2014 | $170,174.00 |
| 3/17/2014 | $387,704.00 |
| 3/21/2014 | $2,466.00 |
| 5/1/2014 | $3,263.00 |
| 5/1/2014 | $1,372,133.00 |
| 6/23/2014 | $339,552.00 |
| 8/22/2014 | $51,450.00 |
| 8/22/2014 | $603,943.00 |
| 8/27/2014 | $1,028,199.00 |
| 9/3/2014 | $8,784.00 |
| 9/11/2014 | $308,700.00 |
| 9/12/2014 | $17,262.00 |
| 9/15/2014 | $11,807.00 |
| 9/16/2014 | $6,165.00 |
| 10/30/2014 | $1,007,635.00 |
| 11/17/2014 | $249,897.00 |
| 2/4/2015 | $232,050.00 |
| 2/4/2015 | $714,854.00 |
| 2/23/2015 | $134,669.00 |
| 2/24/2015 | $279,159.00 |
| 3/9/2015 | $13,978.00 |
| 4/1/2015 | $82,950.00 |
| 4/1/2015 | $131,975.00 |
| 4/1/2015 | $400,344.00 |
| 4/17/2015 | $760,484.00 |
| 5/1/2015 | $346,839.00 |
| 5/27/2015 | $777,900.00 |
| 5/27/2015 | $2,330.00 |
| 5/27/2015 | $2,175.00 |
| 8/26/2015 | $873,637.00 |
| 9/30/2015 | $525,000.00 |
| 9/30/2015 | $420,000.00 |
| 9/30/2015 | $268,032.00 |

EXHIBIT A

TRANSFERS TO VIIV HEALTHCARE PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 10/28/2015 | $119,520.00 |
| 10/30/2015 | $351,389.00 |
| 11/4/2015 | $815,228.00 |
| 11/4/2015 | $251,280.00 |
| 11/25/2015 | $747,162.00 |
| 12/23/2015 | $310,124.00 |
| 1/20/2016 | $309,381.00 |
| 2/24/2016 | $6,843.00 |
| 2/24/2016 | $640,280.00 |
| 2/24/2016 | $78,928.00 |
| 2/24/2016 | $640,280.00 |
| 2/24/2016 | $438,208.00 |
| 3/9/2016 | $190,628.00 |
| 4/7/2016 | $2,239,339.00 |
| 4/7/2016 | $3,179.00 |
| 5/23/2016 | $26,686.00 |
| 5/27/2016 | $196,752.00 |
| 5/27/2016 | $195,120.00 |
| 6/7/2016 | $50,613.00 |
| 6/13/2016 | $109,893.00 |
| 6/13/2016 | $170,780.00 |
| 6/13/2016 | $174,500.00 |
| 6/13/2016 | $46,250.00 |
| 6/13/2016 | $193,343.00 |
| 6/13/2016 | $141,100.00 |
| 6/13/2016 | $199,200.00 |
| 8/3/2016 | $98,527.00 |
| 8/3/2016 | $169,257.00 |
| 8/3/2016 | $124,500.00 |
| 8/3/2016 | $190,900.00 |
| 8/3/2016 | $183,750.00 |
| 8/3/2016 | $53,314.00 |
| 8/17/2016 | $262,550.00 |
| 9/1/2016 | $120,350.00 |
| 9/1/2016 | $186,750.00 |
| 9/1/2016 | $186,750.00 |
| 9/1/2016 | $186,750.00 |
| 9/1/2016 | $105,000.00 |
| 9/13/2016 | $33,600.00 |
| 9/13/2016 | $199,500.00 |
| 9/13/2016 | $199,500.00 |
| 9/13/2016 | $21,000.00 |
| 9/13/2016 | $115,976.00 |
| 10/3/2016 | $102,061.00 |
| 11/4/2016 | $58,100.00 |
| 11/4/2016 | $188,441.00 |

EXHIBIT A

TRANSFERS TO VIIV HEALTHCARE PUERTO RICO, LLC

| Date | Payment Amount |
|---:|---:|
| 11/4/2016 | $199,500.00 |
| 11/4/2016 | $199,500.00 |
| 11/4/2016 | $199,200.00 |
| 11/4/2016 | $199,200.00 |
| 11/4/2016 | $46,390.00 |
| 11/4/2016 | $26,250.00 |
| 12/5/2016 | $186,620.00 |
| 12/5/2016 | $105,000.00 |
| 12/5/2016 | $79,009.00 |
| 12/5/2016 | $25,823.00 |
| 12/5/2016 | $167,520.00 |
| 12/5/2016 | $195,050.00 |
| 12/5/2016 | $224,930.00 |
| 12/12/2016 | $187,988.00 |
| 12/14/2016 | $149,400.00 |
| 12/14/2016 | $149,400.00 |
| 12/14/2016 | $149,400.00 |
| 12/14/2016 | $167,520.00 |
| 1/3/2017 | $105,000.00 |
| 1/3/2017 | $197,618.00 |
| 1/3/2017 | $173,250.00 |
| 1/25/2017 | $126,160.00 |
| 2/6/2017 | $83,000.00 |
| 2/9/2017 | $199,200.00 |
| 2/9/2017 | $199,200.00 |
| 2/9/2017 | $21,000.00 |
| 2/9/2017 | $126,000.00 |
| 2/9/2017 | $126,000.00 |
| 2/16/2017 | $123,708.00 |
| 2/16/2017 | $174,500.00 |
| 2/16/2017 | $51,415.00 |
| 2/16/2017 | $123,949.00 |
| 3/1/2017 | $198,500.00 |
| 3/1/2017 | $124,114.00 |
| 3/1/2017 | $161,393.00 |
| 3/13/2017 | $126,000.00 |
| 3/13/2017 | $126,000.00 |
| 3/13/2017 | $198,500.00 |
| 3/13/2017 | $197,500.00 |
| 3/13/2017 | $184,272.00 |
| 3/13/2017 | $183,800.00 |
| 3/13/2017 | $184,272.00 |
| 3/13/2017 | $149,400.00 |
| 3/13/2017 | $183,750.00 |
| 3/20/2017 | $126,000.00 |
| 3/20/2017 | $126,000.00 |

EXHIBIT A

TRANSFERS TO VIIV HEALTHCARE PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 3/20/2017 | $126,000.00 |
| 3/20/2017 | $126,000.00 |
| 3/20/2017 | $126,000.00 |
| 3/20/2017 | $126,000.00 |
| 3/20/2017 | $199,200.00 |
| 3/20/2017 | $33,200.00 |
| 3/20/2017 | $195,880.00 |
| 3/20/2017 | $195,880.00 |
| 3/20/2017 | $69,300.00 |
| 3/20/2017 | $29,316.00 |
| 3/20/2017 | $174,500.00 |
| 3/20/2017 | $174,500.00 |
| 3/20/2017 | $63,971.00 |
| 3/20/2017 | $78,151.00 |
| 3/21/2017 | $195,880.00 |
| 3/23/2017 | $199,200.00 |
| 3/23/2017 | $183,750.00 |
| 4/14/2017 | $33,200.00 |
| 4/14/2017 | $190,900.00 |
| 4/14/2017 | $190,900.00 |
| 4/14/2017 | $151,200.00 |
| 4/14/2017 | $151,200.00 |
| 4/14/2017 | $151,200.00 |
| 4/17/2017 | $190,900.00 |