# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO SUCN OSCAR RODRIGUEZ CRESPO

| Date | Payment Amount |
|---:|---:|
| 1/2/2014 | $116,453.00 |
| 1/8/2014 | $11,912.00 |
| 1/8/2014 | $19,496.00 |
| 1/8/2014 | $116,453.00 |
| 3/26/2014 | $11,912.00 |
| 3/28/2014 | $19,496.00 |
| 4/2/2014 | $116,453.00 |
| 4/16/2014 | $13,773.00 |
| 4/29/2014 | $11,912.00 |
| 4/29/2014 | $102,680.00 |
| 5/15/2014 | $19,496.00 |
| 5/30/2014 | $11,912.00 |
| 5/30/2014 | $19,496.00 |
| 6/5/2014 | $116,453.00 |
| 7/7/2014 | $116,453.00 |
| 7/16/2014 | $38,992.00 |
| 7/18/2014 | $23,824.00 |
| 7/18/2014 | $232,907.00 |
| 7/21/2014 | $11,912.00 |
| 7/21/2014 | $19,496.00 |
| 9/9/2014 | $7,487.00 |
| 9/11/2014 | $11,912.00 |
| 9/11/2014 | $19,496.00 |
| 9/11/2014 | $116,453.00 |
| 9/19/2014 | $11,912.00 |
| 9/19/2014 | $12,009.00 |
| 9/19/2014 | $116,453.00 |
| 11/14/2014 | $7,138.00 |
| 12/11/2014 | $11,912.00 |
| 12/11/2014 | $12,358.00 |
| 12/12/2014 | $116,453.00 |
| 12/17/2014 | $11,912.00 |
| 1/2/2015 | $11,912.00 |
| 1/2/2015 | $19,496.00 |
| 1/5/2015 | $19,496.00 |
| 1/12/2015 | $116,453.00 |
| 1/12/2015 | $116,453.00 |
| 1/21/2015 | $11,912.00 |
| 1/21/2015 | $19,496.00 |
| 1/23/2015 | $116,453.00 |
| 1/29/2015 | $11,912.00 |
| 1/29/2015 | $19,496.00 |
| 1/29/2015 | $116,453.00 |
| 2/17/2015 | $116,453.00 |
| 3/2/2015 | $11,912.00 |
| 3/2/2015 | $19,496.00 |

EXHIBIT A

TRANSFERS TO SUCN OSCAR RODRIGUEZ CRESPO

| Date | Payment Amount |
|---|---|
| 4/7/2015 | $116,453.00 |
| 4/21/2015 | $11,912.00 |
| 4/21/2015 | $19,496.00 |
| 5/14/2015 | $19,496.00 |
| 5/19/2015 | $116,453.00 |
| 7/6/2015 | $11,912.00 |
| 8/10/2015 | $232,907.00 |
| 8/12/2015 | $38,992.00 |
| 8/12/2015 | $23,824.00 |
| 9/4/2015 | $11,912.00 |
| 9/4/2015 | $116,453.00 |
| 9/8/2015 | $17,942.00 |
| 10/2/2015 | $116,453.00 |
| 10/6/2015 | $19,496.00 |
| 10/6/2015 | $11,912.00 |
| 12/4/2015 | $19,496.00 |
| 12/4/2015 | $11,912.00 |
| 12/4/2015 | $116,453.00 |
| 3/15/2016 | $19,496.00 |
| 3/15/2016 | $11,912.00 |
| 3/15/2016 | $116,453.00 |
| 4/4/2016 | $116,453.00 |
| 4/4/2016 | $19,496.00 |
| 4/4/2016 | $11,912.00 |
| 4/5/2016 | $11,912.00 |
| 4/5/2016 | $116,453.00 |
| 4/5/2016 | $19,496.00 |
| 4/27/2016 | $116,453.00 |
| 4/27/2016 | $19,496.00 |
| 4/27/2016 | $11,912.00 |
| 4/27/2016 | $116,453.00 |
| 4/27/2016 | $19,496.00 |
| 4/27/2016 | $11,912.00 |
| 5/16/2016 | $11,912.00 |
| 5/16/2016 | $116,453.00 |
| 5/16/2016 | $19,496.00 |
| 6/30/2016 | $11,912.00 |
| 6/30/2016 | $116,453.00 |
| 6/30/2016 | $19,496.00 |
| 8/29/2016 | $116,453.00 |
| 10/13/2016 | $19,496.00 |
| 10/13/2016 | $11,912.00 |
| 10/13/2016 | $19,496.00 |
| 10/13/2016 | $11,912.00 |
| 10/14/2016 | $116,453.00 |
| 10/21/2016 | $19,496.00 |

EXHIBIT A

TRANSFERS TO SUCN OSCAR RODRIGUEZ CRESPO

| Date | Payment Amount |
|---|---|
| 10/21/2016 | $11,912.00 |
| 10/21/2016 | $116,453.00 |
| 11/4/2016 | $19,496.00 |
| 11/4/2016 | $11,912.00 |
| 11/4/2016 | $116,453.00 |
| 11/15/2016 | $116,453.00 |
| 11/15/2016 | $11,912.00 |
| 11/15/2016 | $19,496.00 |
| 12/12/2016 | $116,453.00 |
| 12/12/2016 | $11,912.00 |
| 12/12/2016 | $19,496.00 |
| 12/14/2016 | $11,912.00 |
| 12/14/2016 | $19,496.00 |
| 12/14/2016 | $116,453.00 |
| 1/30/2017 | $19,496.00 |
| 1/30/2017 | $11,912.00 |
| 3/6/2017 | $116,453.00 |
| 5/1/2017 | $19,496.00 |
| 5/1/2017 | $116,453.00 |
| 5/1/2017 | $19,496.00 |
| 5/1/2017 | $24,557.00 |
| 5/1/2017 | $19,496.00 |
| 5/1/2017 | $11,912.00 |