# EXHIBIT A

EXHIBIT A

TRANSFERS TO VMC MOTOR CORP.

| Date | Payment Amount |
|---|---|
| 9/3/2014 | $2,429.00 |
| 9/3/2014 | $2,429.00 |
| 9/3/2014 | $2,429.00 |
| 9/3/2014 | $2,429.00 |
| 9/3/2014 | $2,429.00 |
| 9/3/2014 | $2,646.00 |
| 9/3/2014 | $2,646.00 |
| 9/3/2014 | $2,706.00 |
| 9/3/2014 | $37.00 |
| 1/25/2017 | $31,413.00 |
| 1/30/2017 | $502,608.00 |
| 2/3/2017 | $471,195.00 |
| 2/16/2017 | $62,826.00 |
| 2/16/2017 | $219,891.00 |
| 2/27/2017 | $62,826.00 |
| 2/27/2017 | $502,608.00 |
| 4/26/2017 | $659,673.00 |
| 4/26/2017 | $36,863.00 |

63378931 v1