# EXHIBIT A

EXHIBIT A

TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 5/23/2013 | $673.00 |
| 6/3/2013 | $6,793.00 |
| 6/14/2013 | $24,383.00 |
| 6/27/2013 | $1,173.00 |
| 7/15/2013 | $3,268.00 |
| 7/15/2013 | $34,321.00 |
| 7/22/2013 | $7,317.00 |
| 7/22/2013 | $9,992.00 |
| 8/1/2013 | $6,763.00 |
| 8/9/2013 | $3,304.00 |
| 9/3/2013 | $2,240.00 |
| 9/3/2013 | $2,601.00 |
| 9/3/2013 | $4,168.00 |
| 9/11/2013 | $6,447.00 |
| 9/26/2013 | $17,774.00 |
| 10/15/2013 | $10,297.00 |
| 11/12/2013 | $7,830.00 |
| 11/12/2013 | $1,554.00 |
| 11/29/2013 | $47,230.00 |
| 12/2/2013 | $3,461.00 |
| 12/12/2013 | $5,497.00 |
| 12/12/2013 | $1,120.00 |
| 12/13/2013 | $2,998.00 |
| 12/24/2013 | $744.00 |
| 1/2/2014 | $3,505.00 |
| 1/2/2014 | $7,847.00 |
| 1/2/2014 | $8,605.00 |
| 1/17/2014 | $329.00 |
| 1/24/2014 | $3,094.00 |
| 1/24/2014 | $183.00 |
| 2/3/2014 | $346.00 |
| 2/3/2014 | $10,955.00 |
| 2/3/2014 | $734.00 |
| 2/3/2014 | $1,590.00 |
| 2/14/2014 | $341.00 |
| 2/14/2014 | $4,926.00 |
| 2/14/2014 | $17,866.00 |
| 3/3/2014 | $2,284.00 |
| 3/3/2014 | $2,585.00 |
| 3/3/2014 | $2,789.00 |
| 3/3/2014 | $7,206.00 |
| 3/3/2014 | $9,227.00 |
| 3/3/2014 | $652.00 |
| 3/3/2014 | $920.00 |
| 3/3/2014 | $1,922.00 |
| 3/12/2014 | $6,970.00 |

EXHIBIT A
TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 3/12/2014 | $1,469.00 |
| 3/27/2014 | $6,966.00 |
| 3/27/2014 | $509.00 |
| 3/27/2014 | $511.00 |
| 3/27/2014 | $11,824.00 |
| 3/27/2014 | $840.00 |
| 3/27/2014 | $1,236.00 |
| 3/27/2014 | $1,267.00 |
| 4/1/2014 | $258.00 |
| 4/1/2014 | $2,243.00 |
| 4/1/2014 | $286.00 |
| 4/1/2014 | $4,282.00 |
| 4/1/2014 | $712.00 |
| 4/1/2014 | $739.00 |
| 4/18/2014 | $2,685.00 |
| 4/18/2014 | $3,468.00 |
| 4/18/2014 | $5,038.00 |
| 4/18/2014 | $5,785.00 |
| 4/18/2014 | $516.00 |
| 4/18/2014 | $10,232.00 |
| 4/18/2014 | $144.00 |
| 4/18/2014 | $868.00 |
| 4/18/2014 | $1,624.00 |
| 4/18/2014 | $1,659.00 |
| 5/1/2014 | $3,712.00 |
| 5/1/2014 | $11,870.00 |
| 5/1/2014 | $127.00 |
| 5/16/2014 | $439.00 |
| 5/16/2014 | $628.00 |
| 5/16/2014 | $688.00 |
| 5/16/2014 | $901.00 |
| 5/16/2014 | $1,000.00 |
| 5/28/2014 | $31.00 |
| 6/4/2014 | $296.00 |
| 6/4/2014 | $3,738.00 |
| 6/4/2014 | $3,827.00 |
| 6/4/2014 | $4,319.00 |
| 6/4/2014 | $8,351.00 |
| 6/18/2014 | $3,516.00 |
| 6/18/2014 | $3,780.00 |
| 6/18/2014 | $6,368.00 |
| 6/18/2014 | $108.00 |
| 6/18/2014 | $658.00 |
| 6/18/2014 | $833.00 |
| 6/23/2014 | $10,969.00 |
| 6/23/2014 | $14,465.00 |

EXHIBIT A

TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 6/23/2014 | $796.00 |
| 6/23/2014 | $913.00 |
| 7/2/2014 | $2,706.00 |
| 7/2/2014 | $4,343.00 |
| 7/2/2014 | $7,403.00 |
| 7/2/2014 | $130.00 |
| 7/8/2014 | $5,954.00 |
| 7/17/2014 | $3,064.00 |
| 7/17/2014 | $16,962.00 |
| 7/17/2014 | $194.00 |
| 7/17/2014 | $1,946.00 |
| 8/1/2014 | $2,816.00 |
| 8/1/2014 | $4,028.00 |
| 8/1/2014 | $401.00 |
| 8/1/2014 | $4,725.00 |
| 8/1/2014 | $5,197.00 |
| 8/1/2014 | $6,231.00 |
| 8/1/2014 | $914.00 |
| 8/1/2014 | $992.00 |
| 8/1/2014 | $1,278.00 |
| 8/27/2014 | $2,289.00 |
| 8/27/2014 | $2,860.00 |
| 8/27/2014 | $4,376.00 |
| 8/27/2014 | $759.00 |
| 9/2/2014 | $281.00 |
| 9/2/2014 | $5,164.00 |
| 9/2/2014 | $1,255.00 |
| 9/25/2014 | $2,080.00 |
| 9/25/2014 | $3,830.00 |
| 9/25/2014 | $3,846.00 |
| 9/25/2014 | $4,318.00 |
| 9/25/2014 | $6,537.00 |
| 9/25/2014 | $7,828.00 |
| 9/25/2014 | $21,049.00 |
| 9/25/2014 | $26,373.00 |
| 9/25/2014 | $205.00 |
| 10/1/2014 | $2,173.00 |
| 10/1/2014 | $3,330.00 |
| 10/1/2014 | $4,880.00 |
| 10/20/2014 | $2,023.00 |
| 10/20/2014 | $3,847.00 |
| 10/20/2014 | $4,145.00 |
| 10/20/2014 | $8,527.00 |
| 10/20/2014 | $1,514.00 |
| 10/30/2014 | $1,784.00 |
| 10/30/2014 | $1,792.00 |

EXHIBIT A

TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 10/31/2014 | $2,659.00 |
| 11/10/2014 | $2,136.00 |
| 11/10/2014 | $4,302.00 |
| 11/19/2014 | $2,169.00 |
| 12/1/2014 | $825.00 |
| 12/17/2014 | $259.00 |
| 12/17/2014 | $300.00 |
| 12/17/2014 | $3,810.00 |
| 12/17/2014 | $4,102.00 |
| 12/17/2014 | $5,235.00 |
| 12/17/2014 | $12,561.00 |
| 12/17/2014 | $1,122.00 |
| 12/17/2014 | $1,537.00 |
| 12/17/2014 | $1,692.00 |
| 12/23/2014 | $3,410.00 |
| 12/29/2014 | $1,111.00 |
| 12/29/2014 | $1,446.00 |
| 1/2/2015 | $2,496.00 |
| 1/2/2015 | $1,734.00 |
| 1/20/2015 | $2,325.00 |
| 1/20/2015 | $558.00 |
| 1/20/2015 | $24,518.00 |
| 1/20/2015 | $1,573.00 |
| 1/23/2015 | $3,186.00 |
| 1/27/2015 | $3,658.00 |
| 2/2/2015 | $2,020.00 |
| 2/2/2015 | $2,345.00 |
| 2/2/2015 | $4,368.00 |
| 2/4/2015 | $4,074.00 |
| 2/13/2015 | $2,089.00 |
| 2/13/2015 | $2,670.00 |
| 2/13/2015 | $4,480.00 |
| 2/13/2015 | $4,793.00 |
| 2/13/2015 | $523.00 |
| 2/13/2015 | $540.00 |
| 2/13/2015 | $680.00 |
| 2/13/2015 | $753.00 |
| 2/13/2015 | $1,237.00 |
| 2/13/2015 | $1,367.00 |
| 2/13/2015 | $1,780.00 |
| 2/13/2015 | $1,802.00 |
| 2/18/2015 | $2,260.00 |
| 2/18/2015 | $337.00 |
| 2/18/2015 | $3,377.00 |
| 2/18/2015 | $4,158.00 |
| 2/18/2015 | $8,588.00 |

EXHIBIT A
TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 2/18/2015 | $560.00 |
| 2/18/2015 | $617.00 |
| 2/18/2015 | $732.00 |
| 2/25/2015 | $2,340.00 |
| 2/25/2015 | $3,397.00 |
| 2/25/2015 | $8,941.00 |
| 2/25/2015 | $596.00 |
| 2/25/2015 | $695.00 |
| 2/25/2015 | $720.00 |
| 2/25/2015 | $1,076.00 |
| 3/9/2015 | $316.00 |
| 3/9/2015 | $5,516.00 |
| 3/9/2015 | $533.00 |
| 3/9/2015 | $592.00 |
| 3/9/2015 | $725.00 |
| 3/9/2015 | $205.00 |
| 3/9/2015 | $1,838.00 |
| 3/13/2015 | $78.00 |
| 3/13/2015 | $370.00 |
| 3/13/2015 | $5,284.00 |
| 3/13/2015 | $476.00 |
| 3/13/2015 | $508.00 |
| 3/13/2015 | $611.00 |
| 3/13/2015 | $909.00 |
| 3/13/2015 | $1,068.00 |
| 3/30/2015 | $2,001.00 |
| 3/30/2015 | $2,680.00 |
| 3/30/2015 | $2,727.00 |
| 3/30/2015 | $33,902.00 |
| 3/30/2015 | $167.00 |
| 3/30/2015 | $1,249.00 |
| 3/30/2015 | $30.00 |
| 4/23/2015 | $25,972.00 |
| 4/24/2015 | $2,710.00 |
| 4/24/2015 | $2,837.00 |
| 4/24/2015 | $3,297.00 |
| 4/24/2015 | $3,849.00 |
| 4/24/2015 | $4,462.00 |
| 4/24/2015 | $4,809.00 |
| 4/24/2015 | $699.00 |
| 4/24/2015 | $1,166.00 |
| 4/24/2015 | $1,240.00 |
| 4/24/2015 | $1,459.00 |
| 4/24/2015 | $1,841.00 |
| 4/29/2015 | $2,026.00 |
| 4/29/2015 | $276.00 |

EXHIBIT A

TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 4/29/2015 | $420.00 |
| 4/29/2015 | $461.00 |
| 4/29/2015 | $849.00 |
| 5/1/2015 | $1,458.00 |
| 5/8/2015 | $6,687.00 |
| 5/8/2015 | $549.00 |
| 5/8/2015 | $953.00 |
| 5/18/2015 | $73,610.00 |
| 5/19/2015 | $2,045.00 |
| 5/19/2015 | $2,299.00 |
| 5/19/2015 | $976.00 |
| 5/19/2015 | $1,464.00 |
| 5/29/2015 | $990.00 |
| 5/29/2015 | $1,618.00 |
| 5/29/2015 | $379.00 |
| 5/29/2015 | $2,008.00 |
| 5/29/2015 | $1,352.00 |
| 5/29/2015 | $5,569.00 |
| 6/11/2015 | $3,471.00 |
| 6/11/2015 | $3,525.00 |
| 6/11/2015 | $443.00 |
| 6/11/2015 | $1,873.00 |
| 6/11/2015 | $822.00 |
| 6/19/2015 | $521.00 |
| 6/19/2015 | $1,984.00 |
| 6/19/2015 | $594.00 |
| 6/19/2015 | $2,333.00 |
| 6/22/2015 | $1,042.00 |
| 6/22/2015 | $2,966.00 |
| 7/30/2015 | $22,310.00 |
| 7/30/2015 | $28,804.00 |
| 7/31/2015 | $729.00 |
| 7/31/2015 | $872.00 |
| 7/31/2015 | $4,229.00 |
| 7/31/2015 | $1,566.00 |
| 7/31/2015 | $1,624.00 |
| 7/31/2015 | $5,285.00 |
| 7/31/2015 | $200.00 |
| 7/31/2015 | $2,523.00 |
| 7/31/2015 | $4,184.00 |
| 7/31/2015 | $4,448.00 |
| 7/31/2015 | $3,028.00 |
| 7/31/2015 | $1,053.00 |
| 7/31/2015 | $7,078.00 |
| 7/31/2015 | $948.00 |
| 7/31/2015 | $12,923.00 |

EXHIBIT A
TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 7/31/2015 | $2,445.00 |
| 7/31/2015 | $8,308.00 |
| 7/31/2015 | $3,703.00 |
| 7/31/2015 | $6,725.00 |
| 7/31/2015 | $2,440.00 |
| 7/31/2015 | $4,640.00 |
| 7/31/2015 | $1,028.00 |
| 7/31/2015 | $3,892.00 |
| 8/3/2015 | $1,864.00 |
| 8/3/2015 | $1,388.00 |
| 8/3/2015 | $7,981.00 |
| 8/3/2015 | $2,092.00 |
| 8/3/2015 | $2,266.00 |
| 8/18/2015 | $1,428.00 |
| 8/18/2015 | $2,299.00 |
| 8/18/2015 | $4,900.00 |
| 8/18/2015 | $14,858.00 |
| 8/18/2015 | $24,294.00 |
| 8/18/2015 | $26,655.00 |
| 8/18/2015 | $530.00 |
| 8/27/2015 | $229.00 |
| 9/1/2015 | $432.00 |
| 9/1/2015 | $2,730.00 |
| 9/8/2015 | $586.00 |
| 9/8/2015 | $152.00 |
| 9/8/2015 | $771.00 |
| 9/8/2015 | $5,776.00 |
| 9/18/2015 | $26.00 |
| 9/18/2015 | $6,246.00 |
| 9/18/2015 | $1,020.00 |
| 9/18/2015 | $920.00 |
| 9/18/2015 | $2,368.00 |
| 9/18/2015 | $7,281.00 |
| 9/18/2015 | $30,244.00 |
| 9/18/2015 | $4,458.00 |
| 9/23/2015 | $1,293.00 |
| 9/23/2015 | $3,758.00 |
| 9/23/2015 | $12,387.00 |
| 10/1/2015 | $29,548.00 |
| 10/2/2015 | $4,258.00 |
| 10/2/2015 | $913.00 |
| 10/2/2015 | $760.00 |
| 10/2/2015 | $1,444.00 |
| 10/22/2015 | $1,569.00 |
| 10/22/2015 | $1,516.00 |
| 10/22/2015 | $2,040.00 |

EXHIBIT A

TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 10/22/2015 | $921.00 |
| 10/22/2015 | $624.00 |
| 10/22/2015 | $9,159.00 |
| 10/22/2015 | $11,130.00 |
| 10/22/2015 | $3,066.00 |
| 11/2/2015 | $112.00 |
| 11/2/2015 | $9,071.00 |
| 11/2/2015 | $4,311.00 |
| 11/2/2015 | $4,474.00 |
| 11/2/2015 | $2,213.00 |
| 11/5/2015 | $868.00 |
| 11/25/2015 | $8,850.00 |
| 11/25/2015 | $1,510.00 |
| 11/25/2015 | $378.00 |
| 11/25/2015 | $899.00 |
| 11/25/2015 | $883.00 |
| 11/25/2015 | $6,535.00 |
| 11/25/2015 | $5,357.00 |
| 12/10/2015 | $2,743.00 |
| 12/10/2015 | $1,834.00 |
| 12/10/2015 | $3,496.00 |
| 12/10/2015 | $550.00 |
| 12/10/2015 | $4,082.00 |
| 12/28/2015 | $376.00 |
| 12/28/2015 | $3,374.00 |
| 12/28/2015 | $1,443.00 |
| 12/31/2015 | $2,889.00 |
| 1/4/2016 | $1,398.00 |
| 1/4/2016 | $1,174.00 |
| 1/4/2016 | $4,020.00 |
| 1/22/2016 | $4,631.00 |
| 1/29/2016 | $722.00 |
| 1/29/2016 | $1,563.00 |
| 1/29/2016 | $3,824.00 |
| 2/19/2016 | $9,945.00 |
| 2/19/2016 | $1,549.00 |
| 2/19/2016 | $4,129.00 |
| 2/19/2016 | $3,095.00 |
| 3/1/2016 | $1,202.00 |
| 3/1/2016 | $3,778.00 |
| 3/1/2016 | $8,565.00 |
| 3/1/2016 | $2,592.00 |
| 3/1/2016 | $883.00 |
| 3/11/2016 | $1,809.00 |
| 3/11/2016 | $4,939.00 |
| 3/11/2016 | $4,974.00 |

EXHIBIT A

TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 3/17/2016 | $4,950.00 |
| 3/17/2016 | $4,229.00 |
| 3/17/2016 | $4,681.00 |
| 3/17/2016 | $3,025.00 |
| 3/17/2016 | $1,255.00 |
| 3/17/2016 | $2,621.00 |
| 3/17/2016 | $2,464.00 |
| 3/21/2016 | $3,244.00 |
| 3/21/2016 | $4,853.00 |
| 4/1/2016 | $4,100.00 |
| 4/1/2016 | $3,090.00 |
| 4/15/2016 | $1,327.00 |
| 4/15/2016 | $7,613.00 |
| 5/2/2016 | $628.00 |
| 5/2/2016 | $3,723.00 |
| 5/2/2016 | $11,080.00 |
| 5/2/2016 | $22,800.00 |
| 5/3/2016 | $6,382.00 |
| 5/3/2016 | $38,774.00 |
| 5/4/2016 | $6,731.00 |
| 5/4/2016 | $408.00 |
| 5/4/2016 | $366.00 |
| 5/4/2016 | $5,483.00 |
| 5/4/2016 | $1,368.00 |
| 5/4/2016 | $4,678.00 |
| 5/4/2016 | $834.00 |
| 5/4/2016 | $391.00 |
| 5/4/2016 | $1,839.00 |
| 5/4/2016 | $5,898.00 |
| 5/5/2016 | $22,083.00 |
| 5/5/2016 | $4,170.00 |
| 5/5/2016 | $12,304.00 |
| 5/5/2016 | $15,746.00 |
| 5/5/2016 | $13,555.00 |
| 5/5/2016 | $13,555.00 |
| 5/5/2016 | $8,340.00 |
| 5/5/2016 | $14,279.00 |
| 5/5/2016 | $15,935.00 |
| 5/17/2016 | $5,148.00 |
| 5/17/2016 | $2,548.00 |
| 5/17/2016 | $3,397.00 |
| 5/17/2016 | $12,853.00 |
| 5/17/2016 | $3,629.00 |
| 5/25/2016 | $1,737.00 |
| 5/25/2016 | $490.00 |
| 5/25/2016 | $1,010.00 |

EXHIBIT A

TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 5/25/2016 | $2,083.00 |
| 6/10/2016 | $3,659.00 |
| 6/10/2016 | $798.00 |
| 6/10/2016 | $286.00 |
| 6/10/2016 | $9,553.00 |
| 6/10/2016 | $2,723.00 |
| 6/10/2016 | $1,453.00 |
| 6/10/2016 | $2,040.00 |
| 6/10/2016 | $2,608.00 |
| 6/10/2016 | $11,359.00 |
| 7/1/2016 | $1,137.00 |
| 7/1/2016 | $1,107.00 |
| 7/1/2016 | $1,672.00 |
| 7/1/2016 | $3,772.00 |
| 7/1/2016 | $2,188.00 |
| 7/1/2016 | $2,496.00 |
| 7/1/2016 | $1,160.00 |
| 7/11/2016 | $30,025.00 |
| 7/11/2016 | $19,775.00 |
| 7/18/2016 | $2,735.00 |
| 7/18/2016 | $670.00 |
| 7/18/2016 | $3,660.00 |
| 7/29/2016 | $791.00 |
| 7/29/2016 | $1,886.00 |
| 7/29/2016 | $2,295.00 |
| 7/29/2016 | $1,129.00 |
| 8/9/2016 | $3,107.00 |
| 8/9/2016 | $15,845.00 |
| 8/10/2016 | $6,834.00 |
| 8/10/2016 | $7,315.00 |
| 8/10/2016 | $209.00 |
| 8/10/2016 | $4,883.00 |
| 8/29/2016 | $2,269.00 |
| 8/30/2016 | $6,996.00 |
| 8/30/2016 | $7,166.00 |
| 8/30/2016 | $3,140.00 |
| 8/30/2016 | $1,372.00 |
| 8/30/2016 | $3,566.00 |
| 8/30/2016 | $3,305.00 |
| 9/13/2016 | $15,170.00 |
| 9/13/2016 | $5,778.00 |
| 9/13/2016 | $17,659.00 |
| 9/13/2016 | $879.00 |
| 9/13/2016 | $12,220.00 |
| 9/13/2016 | $19,553.00 |
| 9/13/2016 | $14,970.00 |

EXHIBIT A

TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 9/13/2016 | $10,605.00 |
| 9/16/2016 | $1,359.00 |
| 9/22/2016 | $1,437.00 |
| 9/22/2016 | $9,254.00 |
| 9/22/2016 | $21,661.00 |
| 9/22/2016 | $2,392.00 |
| 9/22/2016 | $372.00 |
| 9/30/2016 | $27,754.00 |
| 10/3/2016 | $453.00 |
| 10/3/2016 | $469.00 |
| 10/3/2016 | $1,386.00 |
| 10/3/2016 | $1,237.00 |
| 10/3/2016 | $1,679.00 |
| 10/11/2016 | $13,273.00 |
| 10/12/2016 | $125.00 |
| 10/12/2016 | $606.00 |
| 10/18/2016 | $760.00 |
| 10/18/2016 | $2,055.00 |
| 10/18/2016 | $572.00 |
| 10/18/2016 | $1,372.00 |
| 10/20/2016 | $15,946.00 |
| 10/31/2016 | $3,482.00 |
| 11/1/2016 | $1,673.00 |
| 11/1/2016 | $3,084.00 |
| 11/15/2016 | $4,401.00 |
| 11/22/2016 | $4,402.00 |
| 11/22/2016 | $1,006.00 |
| 11/22/2016 | $1,953.00 |
| 11/22/2016 | $914.00 |
| 11/22/2016 | $750.00 |
| 12/12/2016 | $308.00 |
| 12/12/2016 | $3,122.00 |
| 12/12/2016 | $1,005.00 |
| 12/13/2016 | $3,713.00 |
| 12/13/2016 | $2,839.00 |
| 12/13/2016 | $1,487.00 |
| 12/13/2016 | $27,705.00 |
| 12/15/2016 | $18,100.00 |
| 12/15/2016 | $7,185.00 |
| 12/28/2016 | $308.00 |
| 12/29/2016 | $19,664.00 |
| 12/29/2016 | $13,171.00 |
| 12/29/2016 | $13,171.00 |
| 12/29/2016 | $18,223.00 |
| 12/29/2016 | $703.00 |
| 12/29/2016 | $4,137.00 |

EXHIBIT A

TRANSFERS TO DISTRIBUIDORA LEBRON INC.

| Date | Payment Amount |
|---|---|
| 12/29/2016 | $188.00 |
| 12/29/2016 | $939.00 |
| 12/29/2016 | $1,616.00 |
| 12/29/2016 | $10,598.00 |
| 12/29/2016 | $12,350.00 |
| 1/11/2017 | $21,446.00 |
| 1/11/2017 | $14,195.00 |
| 1/11/2017 | $12,160.00 |
| 1/11/2017 | $153.00 |
| 1/11/2017 | $1,675.00 |
| 1/11/2017 | $434.00 |
| 1/11/2017 | $530.00 |
| 1/26/2017 | $3,814.00 |
| 1/26/2017 | $4,172.00 |
| 1/31/2017 | $3,002.00 |
| 2/9/2017 | $4,636.00 |
| 2/21/2017 | $448.00 |
| 2/21/2017 | $901.00 |
| 2/22/2017 | $755.00 |
| 2/22/2017 | $2,630.00 |
| 2/23/2017 | $2,420.00 |
| 2/24/2017 | $3,513.00 |
| 2/24/2017 | $8,953.00 |
| 3/1/2017 | $770.00 |
| 3/1/2017 | $823.00 |
| 3/13/2017 | $540.00 |
| 3/28/2017 | $1,006.00 |
| 3/28/2017 | $7,681.00 |
| 3/28/2017 | $7,000.00 |
| 3/28/2017 | $6,000.00 |
| 3/28/2017 | $6,000.00 |
| 3/28/2017 | $7,000.00 |
| 3/28/2017 | $102.00 |
| 3/28/2017 | $474.00 |
| 4/3/2017 | $1,590.00 |
| 4/3/2017 | $1,544.00 |
| 4/10/2017 | $17,479.00 |
| 4/11/2017 | $2,424.00 |
| 4/19/2017 | $8,568.00 |
| 4/25/2017 | $9,084.00 |
| 4/25/2017 | $9,081.00 |
| 4/25/2017 | $9,081.00 |
| 4/26/2017 | $475.00 |