# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO T R C COMPANIES

| Date | Payment Amount |
|---:|---:|
| 5/10/2013 | $18,926.00 |
| 6/11/2013 | $9,367.00 |
| 7/17/2013 | $15,020.00 |
| 10/21/2013 | $6,544.00 |
| 10/21/2013 | $87,402.00 |
| 10/21/2013 | $90,901.00 |
| 10/30/2013 | $9,024.00 |
| 11/6/2013 | $5,544.00 |
| 1/14/2014 | $997,110.00 |
| 2/19/2014 | $12,259.00 |
| 3/31/2014 | $14,535.00 |
| 4/22/2014 | $41,503.00 |
| 4/22/2014 | $45,432.00 |
| 6/3/2014 | $15,063.00 |
| 6/3/2014 | $28,689.00 |
| 6/3/2014 | $212,437.00 |
| 10/2/2014 | $343,556.00 |
| 10/14/2014 | $424,928.00 |
| 11/7/2014 | $20,274.00 |
| 12/18/2014 | $74,892.00 |
| 1/22/2015 | $316,271.00 |
| 2/6/2015 | $39,432.00 |
| 3/31/2015 | $16,940.00 |
| 5/28/2015 | $49,919.00 |
| 7/14/2015 | $54,368.00 |
| 7/14/2015 | $12,985.00 |
| 8/19/2015 | $50,252.00 |
| 2/2/2016 | $28,124.00 |
| 2/2/2016 | $71,070.00 |
| 2/2/2016 | $69,435.00 |
| 6/8/2016 | $13,951.00 |
| 6/8/2016 | $12,974.00 |
| 6/8/2016 | $27,289.00 |
| 6/8/2016 | $28,706.00 |
| 6/28/2016 | $177,375.00 |
| 6/28/2016 | $63,787.00 |
| 8/16/2016 | $24,866.00 |
| 3/20/2017 | $10,273.00 |
| 3/20/2017 | $18,216.00 |
| 3/20/2017 | $4,415.00 |
| 3/20/2017 | $50,554.00 |