# EXHIBIT A

EXHIBIT A

TRANSFERS TO GENERAL INVESTMENT LLC

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $71,637.00 |
| 6/5/2013 | $71,502.00 |
| 8/13/2013 | $71,703.00 |
| 9/24/2013 | $68,604.00 |
| 10/25/2013 | $69,635.00 |
| 1/9/2014 | $156,339.00 |
| 1/24/2014 | $128,034.00 |
| 2/11/2014 | $123,711.00 |
| 3/17/2014 | $59,935.00 |
| 4/1/2014 | $61,856.00 |
| 4/9/2014 | $61,856.00 |
| 4/30/2014 | $209,820.00 |
| 5/8/2014 | $61,856.00 |
| 6/17/2014 | $61,856.00 |
| 6/19/2014 | $61,856.00 |
| 7/1/2014 | $143,427.00 |
| 7/8/2014 | $5,112.00 |
| 7/8/2014 | $13,719.00 |
| 7/8/2014 | $15,464.00 |
| 9/4/2014 | $46,392.00 |
| 10/3/2014 | $10,731.00 |
| 10/3/2014 | $41,156.00 |
| 10/7/2014 | $19,315.00 |
| 10/23/2014 | $289,215.00 |
| 10/31/2014 | $46,392.00 |
| 12/16/2014 | $46,392.00 |
| 12/18/2014 | $46,392.00 |
| 12/22/2014 | $46,392.00 |
| 12/26/2014 | $61,856.00 |
| 1/2/2015 | $46,392.00 |
| 1/12/2015 | $18,914.00 |
| 1/29/2015 | $61,856.00 |
| 3/3/2015 | $20,104.00 |
| 3/3/2015 | $20,255.00 |
| 3/3/2015 | $20,566.00 |
| 3/6/2015 | $19,564.00 |
| 3/13/2015 | $91,563.00 |
| 4/10/2015 | $15,376.00 |
| 4/10/2015 | $17,809.00 |
| 4/20/2015 | $15,464.00 |
| 4/21/2015 | $125,652.00 |
| 5/11/2015 | $15,542.00 |
| 5/22/2015 | $61,856.00 |
| 5/29/2015 | $161,671.00 |
| 5/29/2015 | $98,427.00 |
| 6/2/2015 | $17,198.00 |

EXHIBIT A

TRANSFERS TO GENERAL INVESTMENT LLC

| Date | Payment Amount |
|---|---|
| 6/2/2015 | $61,856.00 |
| 6/25/2015 | $48,320.00 |
| 7/3/2015 | $15,636.00 |
| 7/8/2015 | $61,856.00 |
| 7/10/2015 | $61,856.00 |
| 7/30/2015 | $63,324.00 |
| 8/18/2015 | $63,530.00 |
| 8/27/2015 | $14,502.00 |
| 9/10/2015 | $15,464.00 |
| 10/27/2015 | $46,392.00 |
| 10/27/2015 | $61,856.00 |
| 11/5/2015 | $15,990.00 |
| 11/20/2015 | $110,961.00 |
| 12/14/2015 | $15,464.00 |
| 12/29/2015 | $15,464.00 |
| 12/29/2015 | $21,529.00 |
| 3/1/2016 | $16,211.00 |
| 3/8/2016 | $46,392.00 |
| 3/8/2016 | $15,303.00 |
| 3/11/2016 | $61,856.00 |
| 3/17/2016 | $12,794.00 |
| 3/17/2016 | $16,382.00 |
| 3/17/2016 | $16,309.00 |
| 3/24/2016 | $61,856.00 |
| 3/29/2016 | $11,828.00 |
| 3/30/2016 | $15,372.00 |
| 3/31/2016 | $128,972.00 |
| 4/4/2016 | $61,856.00 |
| 4/4/2016 | $15,262.00 |
| 4/29/2016 | $14,525.00 |
| 4/29/2016 | $17,961.00 |
| 4/29/2016 | $46,392.00 |
| 5/2/2016 | $60,325.00 |
| 5/25/2016 | $48,320.00 |
| 5/25/2016 | $59,419.00 |
| 6/9/2016 | $48,320.00 |
| 6/24/2016 | $12,802.00 |
| 6/24/2016 | $12,707.00 |
| 7/8/2016 | $11,781.00 |
| 7/8/2016 | $48,320.00 |
| 7/15/2016 | $11,924.00 |
| 9/6/2016 | $11,915.00 |
| 9/9/2016 | $61,011.00 |
| 9/9/2016 | $48,320.00 |
| 9/19/2016 | $61,856.00 |
| 9/19/2016 | $61,856.00 |

EXHIBIT A

TRANSFERS TO GENERAL INVESTMENT LLC

| Date | Payment Amount |
|---|---|
| 9/20/2016 | $11,459.00 |
| 10/20/2016 | $61,856.00 |
| 11/3/2016 | $157,785.00 |
| 3/6/2017 | $61,193.00 |
| 3/6/2017 | $61,251.00 |
| 3/6/2017 | $62,062.00 |
| 4/13/2017 | $122,704.00 |
| 4/13/2017 | $61,479.00 |