# EXHIBIT A

## EXHIBIT A

### TRANSFERS TO TRANSPORTE URBINA INC.

| Date | Payment Amount |
|---|---|
| 5/29/2013 | $242,246.00 |
| 9/6/2013 | $214,739.00 |
| 10/15/2013 | $156,281.00 |
| 10/22/2013 | $94,955.00 |
| 10/22/2013 | $193,053.00 |
| 10/28/2013 | $99,695.00 |
| 1/24/2014 | $155,460.00 |
| 2/26/2014 | $155,565.00 |
| 4/4/2014 | $190,860.00 |
| 5/6/2014 | $152,102.00 |
| 5/12/2014 | $119,449.00 |
| 6/10/2014 | $24,292.00 |
| 10/20/2014 | $138,892.00 |
| 10/24/2014 | $194,066.00 |
| 11/6/2014 | $80,078.00 |
| 11/6/2014 | $95,092.00 |
| 11/6/2014 | $105,102.00 |
| 1/12/2015 | $120,117.00 |
| 2/19/2015 | $2,356.00 |
| 2/19/2015 | $2,825.00 |
| 2/19/2015 | $3,080.00 |
| 2/19/2015 | $3,478.00 |
| 2/19/2015 | $3,656.00 |
| 2/19/2015 | $3,765.00 |
| 2/19/2015 | $3,936.00 |
| 2/19/2015 | $5,818.00 |
| 2/19/2015 | $6,138.00 |
| 2/19/2015 | $9,486.00 |
| 2/19/2015 | $1,059.00 |
| 2/19/2015 | $1,191.00 |
| 2/19/2015 | $1,369.00 |
| 2/19/2015 | $1,853.00 |
| 3/18/2015 | $862.00 |
| 4/1/2015 | $3,579.00 |
| 4/1/2015 | $4,129.00 |
| 4/1/2015 | $7,254.00 |
| 4/1/2015 | $8,370.00 |
| 5/4/2015 | $4,650.00 |
| 5/4/2015 | $12,607.00 |
| 5/28/2015 | $11,610.00 |
| 5/28/2015 | $9,105.00 |
| 7/9/2015 | $8,262.00 |
| 7/9/2015 | $9,533.00 |
| 8/3/2015 | $3,324.00 |
| 8/3/2015 | $3,158.00 |
| 8/3/2015 | $6,503.00 |

EXHIBIT A

TRANSFERS TO TRANSPORTE URBINA INC.

| Date | Payment Amount |
|---|---|
| 8/3/2015 | $3,887.00 |
| 8/3/2015 | $3,158.00 |
| 8/3/2015 | $24,329.00 |
| 8/3/2015 | $3,251.00 |
| 8/11/2015 | $10,390.00 |
| 8/11/2015 | $2,220.00 |
| 8/11/2015 | $1,456.00 |
| 8/11/2015 | $6,845.00 |
| 8/11/2015 | $4,092.00 |
| 8/21/2015 | $7,931.00 |
| 8/27/2015 | $3,534.00 |
| 8/27/2015 | $3,720.00 |
| 8/28/2015 | $2,790.00 |
| 8/28/2015 | $3,534.00 |
| 9/21/2015 | $662.00 |
| 9/21/2015 | $8,370.00 |
| 9/21/2015 | $3,069.00 |
| 9/21/2015 | $1,456.00 |
| 10/5/2015 | $5,134.00 |
| 10/5/2015 | $2,493.00 |
| 10/5/2015 | $22,097.00 |
| 11/23/2015 | $4,836.00 |
| 1/8/2016 | $2,976.00 |
| 1/15/2016 | $372.00 |
| 2/23/2016 | $149.00 |
| 2/26/2016 | $6,057.00 |
| 3/2/2016 | $2,083.00 |
| 3/2/2016 | $2,381.00 |
| 3/2/2016 | $2,827.00 |
| 3/2/2016 | $3,953.00 |
| 3/2/2016 | $3,023.00 |
| 3/2/2016 | $3,255.00 |
| 3/2/2016 | $5,208.00 |
| 3/2/2016 | $7,068.00 |
| 3/2/2016 | $437.00 |
| 3/2/2016 | $350.00 |
| 4/20/2016 | $628.00 |
| 4/20/2016 | $874.00 |
| 4/20/2016 | $175.00 |
| 5/10/2016 | $419.00 |
| 5/10/2016 | $409.00 |
| 5/10/2016 | $465.00 |
| 5/10/2016 | $3,023.00 |
| 5/10/2016 | $4,650.00 |
| 5/10/2016 | $6,650.00 |
| 5/10/2016 | $6,324.00 |

EXHIBIT A

TRANSFERS TO TRANSPORTE URBINA INC.

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $2,976.00 |
| 5/10/2016 | $10,230.00 |
| 5/10/2016 | $1,934.00 |
| 6/28/2016 | $10,230.00 |
| 7/14/2016 | $2,827.00 |
| 7/14/2016 | $2,976.00 |
| 7/14/2016 | $1,256.00 |
| 7/14/2016 | $2,083.00 |
| 7/14/2016 | $962.00 |
| 7/14/2016 | $1,136.00 |
| 7/14/2016 | $612.00 |
| 8/8/2016 | $2,511.00 |
| 8/8/2016 | $2,511.00 |
| 8/8/2016 | $7,716.00 |
| 10/4/2016 | $4,883.00 |
| 10/4/2016 | $3,255.00 |
| 10/4/2016 | $4,650.00 |
| 10/4/2016 | $525.00 |
| 10/4/2016 | $3,015.00 |
| 10/4/2016 | $12,294.00 |
| 10/4/2016 | $15,693.00 |
| 10/31/2016 | $9,387.00 |
| 10/31/2016 | $4,008.00 |
| 10/31/2016 | $2,599.00 |
| 10/31/2016 | $2,795.00 |
| 10/31/2016 | $2,772.00 |
| 10/31/2016 | $2,544.00 |
| 10/31/2016 | $2,133.00 |
| 11/4/2016 | $9,719.00 |
| 11/4/2016 | $2,419.00 |
| 11/4/2016 | $3,001.00 |
| 11/4/2016 | $2,678.00 |
| 11/4/2016 | $1,628.00 |
| 11/4/2016 | $4,600.00 |
| 11/4/2016 | $2,583.00 |
| 11/4/2016 | $3,135.00 |
| 11/4/2016 | $1,722.00 |
| 11/4/2016 | $2,446.00 |
| 11/4/2016 | $8,613.00 |
| 11/16/2016 | $2,449.00 |
| 11/16/2016 | $22,740.00 |
| 11/16/2016 | $36,654.00 |
| 11/16/2016 | $6,300.00 |
| 12/12/2016 | $12,535.00 |
| 12/22/2016 | $11,601.00 |
| 12/22/2016 | $40,194.00 |

EXHIBIT A

TRANSFERS TO TRANSPORTE URBINA INC.

| Date | Payment Amount |
|---|---|
| 1/5/2017 | $23,478.00 |
| 1/5/2017 | $17,442.00 |
| 1/10/2017 | $2,530.00 |
| 1/18/2017 | $11,066.00 |
| 1/18/2017 | $2,230.00 |
| 1/25/2017 | $24,043.00 |
| 2/13/2017 | $1,953.00 |
| 2/13/2017 | $3,379.00 |
| 2/13/2017 | $5,261.00 |
| 2/13/2017 | $2,386.00 |
| 2/13/2017 | $2,021.00 |
| 2/13/2017 | $3,578.00 |
| 2/13/2017 | $2,191.00 |
| 2/13/2017 | $2,320.00 |
| 2/13/2017 | $2,083.00 |
| 2/13/2017 | $10,961.00 |
| 2/13/2017 | $1,991.00 |
| 2/13/2017 | $232.00 |
| 2/24/2017 | $11,066.00 |
| 2/24/2017 | $2,222.00 |
| 3/14/2017 | $3,247.00 |
| 4/6/2017 | $1,418.00 |
| 4/6/2017 | $40,977.00 |
| 5/1/2017 | $14,210.00 |
| 5/1/2017 | $8,920.00 |
| 5/1/2017 | $21,595.00 |
| 5/1/2017 | $10,099.00 |