# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO GERSH INTERNATIONAL PR, LLC

| Date | Payment Amount |
|---|---|
| 12/6/2013 | $136,271.00 |
| 12/6/2013 | $158,222.00 |
| 2/12/2014 | $135,132.00 |
| 2/12/2014 | $144,140.00 |
| 3/24/2014 | $161,745.00 |
| 4/24/2014 | $164,975.00 |
| 6/25/2014 | $172,171.00 |
| 8/6/2014 | $163,424.00 |
| 9/24/2014 | $159,114.00 |
| 9/25/2014 | $164,275.00 |
| 9/29/2014 | $137,072.00 |
| 12/16/2014 | $196,081.00 |
| 12/19/2014 | $185,814.00 |
| 12/22/2014 | $187,667.00 |
| 3/3/2015 | $183,361.00 |
| 3/13/2015 | $183,256.00 |
| 3/25/2015 | $184,153.00 |
| 5/19/2015 | $191,601.00 |
| 7/23/2015 | $191,601.00 |
| 8/13/2015 | $187,648.00 |
| 9/9/2015 | $183,695.00 |
| 10/9/2015 | $178,169.00 |
| 1/11/2016 | $251,401.00 |
| 1/15/2016 | $222,897.00 |
| 1/15/2016 | $223,375.00 |
| 3/24/2016 | $222,942.00 |
| 4/11/2016 | $222,897.00 |
| 5/18/2016 | $213,729.00 |
| 5/18/2016 | $218,313.00 |
| 6/22/2016 | $227,959.00 |
| 7/1/2016 | $222,897.00 |
| 8/31/2016 | $215,448.00 |
| 11/23/2016 | $527,065.00 |
| 1/4/2017 | $250,401.00 |
| 1/24/2017 | $250,401.00 |
| 3/2/2017 | $241,233.00 |
| 3/24/2017 | $260,092.00 |