# EXHIBIT A

EXHIBIT A

TRANSFERS TO ECOLIFT CORPORATION

| Date | Payment Amount |
|---|---|
| 1/9/2014 | $4,559.00 |
| 1/9/2014 | $7,875.00 |
| 1/9/2014 | $21,219.00 |
| 1/9/2014 | $257,850.00 |
| 1/9/2014 | $1,545.00 |
| 2/3/2014 | $29,487.00 |
| 3/5/2014 | $2,111.00 |
| 3/5/2014 | $6,103.00 |
| 3/5/2014 | $812.00 |
| 3/5/2014 | $1,515.00 |
| 4/10/2014 | $258.00 |
| 4/10/2014 | $45,812.00 |
| 5/16/2014 | $62,255.00 |
| 5/27/2014 | $23,139.00 |
| 7/7/2014 | $4,371.00 |
| 7/7/2014 | $5,574.00 |
| 7/7/2014 | $5,758.00 |
| 7/7/2014 | $9,307.00 |
| 7/7/2014 | $10,968.00 |
| 7/7/2014 | $774.00 |
| 9/11/2014 | $1,729.00 |
| 10/17/2014 | $6,851.00 |
| 1/14/2015 | $28,829.00 |
| 4/15/2015 | $28,377.00 |
| 5/6/2015 | $568,600.00 |
| 5/8/2015 | $2,625.00 |
| 5/8/2015 | $6,525.00 |
| 5/8/2015 | $790.00 |
| 6/19/2015 | $2,625.00 |
| 7/9/2015 | $1,046.00 |
| 7/20/2015 | $1,672.00 |
| 7/20/2015 | $8,800.00 |
| 7/28/2015 | $13,528.00 |
| 9/3/2015 | $2,072.00 |
| 9/3/2015 | $1,314.00 |
| 9/21/2015 | $2,346.00 |
| 10/6/2015 | $2,333.00 |
| 10/7/2015 | $322,150.00 |
| 10/19/2015 | $1,695.00 |
| 11/17/2015 | $34.00 |
| 11/19/2015 | $93,312.00 |
| 1/13/2016 | $259.00 |
| 1/13/2016 | $878.00 |
| 2/4/2016 | $465.00 |
| 2/4/2016 | $5,070.00 |
| 2/22/2016 | $1,202.00 |

EXHIBIT A

TRANSFERS TO ECOLIFT CORPORATION

| Date | Payment Amount |
|---|---|
| 2/22/2016 | $5,637.00 |
| 2/22/2016 | $8,880.00 |
| 2/22/2016 | $3,157.00 |
| 2/22/2016 | $4,595.00 |
| 2/22/2016 | $4,080.00 |
| 2/29/2016 | $12,944.00 |
| 2/29/2016 | $18,938.00 |
| 2/29/2016 | $23,277.00 |
| 2/29/2016 | $25,887.00 |
| 2/29/2016 | $67,939.00 |
| 2/29/2016 | $14,348.00 |
| 2/29/2016 | $67,939.00 |
| 2/29/2016 | $18,071.00 |
| 2/29/2016 | $94,328.00 |
| 2/29/2016 | $37,332.00 |
| 3/2/2016 | $1,379.00 |
| 3/15/2016 | $394.00 |
| 3/15/2016 | $11.00 |
| 3/15/2016 | $5,360.00 |
| 3/17/2016 | $2,783.00 |
| 3/18/2016 | $306.00 |
| 3/18/2016 | $2,976.00 |
| 3/18/2016 | $8,883.00 |
| 3/18/2016 | $67,939.00 |
| 3/29/2016 | $5,475.00 |
| 3/29/2016 | $29,850.00 |
| 4/27/2016 | $42,354.00 |
| 4/27/2016 | $27,133.00 |
| 4/27/2016 | $12,238.00 |
| 4/27/2016 | $73,136.00 |
| 4/27/2016 | $81,700.00 |
| 5/5/2016 | $19,454.00 |
| 5/10/2016 | $882.00 |
| 5/12/2016 | $100.00 |
| 5/26/2016 | $1,400.00 |
| 6/2/2016 | $5,166.00 |
| 6/9/2016 | $3,663.00 |
| 6/20/2016 | $6,180.00 |
| 7/5/2016 | $200,000.00 |
| 7/5/2016 | $5,463.00 |
| 7/5/2016 | $300.00 |
| 7/7/2016 | $11,709.00 |
| 7/7/2016 | $5,748.00 |
| 7/8/2016 | $500.00 |
| 7/8/2016 | $519.00 |
| 7/8/2016 | $760.00 |

## EXHIBIT A
### TRANSFERS TO ECOLIFT CORPORATION

| Date | Payment Amount |
|---|---|
| 7/8/2016 | $1,232.00 |
| 7/8/2016 | $6,433.00 |
| 7/8/2016 | $5,921.00 |
| 8/1/2016 | $14,775.00 |
| 8/1/2016 | $666.00 |
| 8/5/2016 | $19,454.00 |
| 8/17/2016 | $1,939.00 |
| 8/17/2016 | $1,622.00 |
| 8/17/2016 | $8,109.00 |
| 8/18/2016 | $360.00 |
| 8/22/2016 | $19,454.00 |
| 8/29/2016 | $3,875.00 |
| 9/9/2016 | $1,827,276.00 |
| 9/9/2016 | $7,678.00 |
| 9/9/2016 | $689.00 |
| 9/9/2016 | $2,760.00 |
| 9/9/2016 | $7,159.00 |
| 9/9/2016 | $4,861.00 |
| 9/9/2016 | $5,807.00 |
| 9/9/2016 | $841.00 |
| 9/9/2016 | $1,232.00 |
| 9/12/2016 | $15,984.00 |
| 9/12/2016 | $235.00 |
| 9/12/2016 | $25,010.00 |
| 9/15/2016 | $53,683.00 |
| 9/16/2016 | $3,056.00 |
| 9/16/2016 | $653.00 |
| 9/16/2016 | $645.00 |
| 9/16/2016 | $3,372.00 |
| 9/29/2016 | $200.00 |
| 9/29/2016 | $300.00 |
| 9/30/2016 | $53,683.00 |
| 9/30/2016 | $5,877,359.00 |
| 10/19/2016 | $13,107.00 |
| 10/28/2016 | $11,190.00 |
| 11/1/2016 | $5,964.00 |
| 11/1/2016 | $1,708.00 |
| 11/1/2016 | $4,373.00 |
| 11/1/2016 | $2,010.00 |
| 11/1/2016 | $398.00 |
| 11/1/2016 | $6,894.00 |
| 11/1/2016 | $16,644.00 |
| 11/4/2016 | $2,358.00 |
| 11/4/2016 | $964.00 |
| 11/4/2016 | $427.00 |
| 11/4/2016 | $4,385.00 |

EXHIBIT A
TRANSFERS TO ECOLIFT CORPORATION

| Date | Payment Amount |
|---|---|
| 11/14/2016 | $286.00 |
| 11/14/2016 | $1,365.00 |
| 11/14/2016 | $1,990.00 |
| 11/14/2016 | $9,485.00 |
| 11/14/2016 | $1,568.00 |
| 11/14/2016 | $3,325.00 |
| 12/1/2016 | $4,448.00 |
| 12/8/2016 | $2,760.00 |
| 12/8/2016 | $2,220.00 |
| 12/8/2016 | $5,005.00 |
| 12/8/2016 | $1,970.00 |
| 12/14/2016 | $326.00 |
| 12/14/2016 | $7,840.00 |
| 12/14/2016 | $455.00 |
| 12/14/2016 | $1,677.00 |
| 12/14/2016 | $6,010.00 |
| 12/14/2016 | $350.00 |
| 12/14/2016 | $892.00 |
| 12/14/2016 | $4,340.00 |
| 12/14/2016 | $1,448.00 |
| 12/14/2016 | $5,002.00 |
| 12/14/2016 | $872.00 |
| 12/14/2016 | $8,089.00 |
| 12/14/2016 | $1,526.00 |
| 12/14/2016 | $208.00 |
| 12/19/2016 | $12,710.00 |
| 12/22/2016 | $1,737.00 |
| 12/22/2016 | $61,137.00 |
| 1/9/2017 | $732.00 |
| 1/9/2017 | $21,525.00 |
| 1/9/2017 | $11,334.00 |
| 2/3/2017 | $892.00 |
| 2/3/2017 | $469.00 |
| 2/6/2017 | $2,190.00 |
| 2/6/2017 | $4,674.00 |
| 2/6/2017 | $1,433.00 |
| 2/6/2017 | $42.00 |
| 2/8/2017 | $2,732.00 |
| 2/17/2017 | $11.00 |
| 2/17/2017 | $5,105.00 |
| 2/21/2017 | $50,950.00 |
| 2/21/2017 | $32,329.00 |
| 3/3/2017 | $31,701.00 |
| 3/3/2017 | $12,280.00 |
| 3/24/2017 | $1,773.00 |
| 3/24/2017 | $3,275.00 |

EXHIBIT A

TRANSFERS TO ECOLIFT CORPORATION

| Date | Payment Amount |
|---|---|
| 3/24/2017 | $93.00 |
| 3/24/2017 | $151.00 |
| 4/3/2017 | $17,662.00 |
| 4/10/2017 | $2,257.00 |
| 4/10/2017 | $1,262.00 |
| 4/17/2017 | $95,055.00 |
| 4/26/2017 | $16,362.00 |