# EXHIBIT A

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 5/3/2013 | $2,400.00 |
| 5/3/2013 | $2,400.00 |
| 5/3/2013 | $2,760.00 |
| 5/3/2013 | $2,760.00 |
| 5/3/2013 | $3,040.00 |
| 5/3/2013 | $3,120.00 |
| 5/3/2013 | $3,120.00 |
| 5/3/2013 | $3,200.00 |
| 5/3/2013 | $3,200.00 |
| 5/3/2013 | $3,240.00 |
| 5/3/2013 | $1,600.00 |
| 5/10/2013 | $969.00 |
| 5/10/2013 | $1,304.00 |
| 5/17/2013 | $3,680.00 |
| 5/17/2013 | $6,240.00 |
| 5/17/2013 | $6,400.00 |
| 5/17/2013 | $1,920.00 |
| 5/30/2013 | $2,244.00 |
| 5/30/2013 | $309.00 |
| 5/30/2013 | $1,235.00 |
| 5/30/2013 | $1,475.00 |
| 5/30/2013 | $1,680.00 |
| 6/5/2013 | $287.00 |
| 6/5/2013 | $2,623.00 |
| 6/5/2013 | $4,160.00 |
| 6/5/2013 | $9,400.00 |
| 6/5/2013 | $1,711.00 |
| 6/13/2013 | $3,064.00 |
| 6/13/2013 | $3,200.00 |
| 6/13/2013 | $4,000.00 |
| 6/13/2013 | $5,920.00 |
| 6/13/2013 | $6,400.00 |
| 6/13/2013 | $10,560.00 |
| 6/19/2013 | $7,113.00 |
| 6/19/2013 | $127.00 |
| 6/19/2013 | $1,636.00 |
| 6/19/2013 | $1,636.00 |
| 6/19/2013 | $1,769.00 |
| 6/24/2013 | $1,830.00 |
| 6/26/2013 | $508.00 |
| 7/8/2013 | $2,400.00 |
| 7/8/2013 | $4,080.00 |
| 7/8/2013 | $1,760.00 |
| 7/8/2013 | $1,760.00 |
| 7/10/2013 | $2,080.00 |
| 7/10/2013 | $2,560.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 7/10/2013 | $2,760.00 |
| 7/10/2013 | $3,200.00 |
| 7/10/2013 | $4,080.00 |
| 7/10/2013 | $1,280.00 |
| 7/10/2013 | $1,600.00 |
| 7/15/2013 | $2,280.00 |
| 7/15/2013 | $2,400.00 |
| 7/15/2013 | $2,760.00 |
| 7/15/2013 | $4,080.00 |
| 7/15/2013 | $8,760.00 |
| 7/15/2013 | $11,040.00 |
| 7/15/2013 | $15,720.00 |
| 7/15/2013 | $1,320.00 |
| 7/15/2013 | $1,680.00 |
| 7/17/2013 | $1,028.00 |
| 7/17/2013 | $1,328.00 |
| 7/22/2013 | $992.00 |
| 7/22/2013 | $1,680.00 |
| 7/22/2013 | $1,777.00 |
| 7/22/2013 | $1,874.00 |
| 7/25/2013 | $2,160.00 |
| 7/25/2013 | $2,240.00 |
| 7/25/2013 | $1,680.00 |
| 7/25/2013 | $1,800.00 |
| 8/1/2013 | $2,200.00 |
| 8/1/2013 | $2,440.00 |
| 8/1/2013 | $3,200.00 |
| 8/1/2013 | $4,600.00 |
| 8/1/2013 | $9,200.00 |
| 8/1/2013 | $9,200.00 |
| 8/1/2013 | $253,000.00 |
| 8/2/2013 | $866,536.00 |
| 8/26/2013 | $9,200.00 |
| 8/26/2013 | $1,937.00 |
| 8/29/2013 | $2,202.00 |
| 8/29/2013 | $4,600.00 |
| 8/29/2013 | $4,600.00 |
| 8/29/2013 | $4,600.00 |
| 8/29/2013 | $6,900.00 |
| 8/29/2013 | $9,200.00 |
| 8/29/2013 | $9,200.00 |
| 8/29/2013 | $18,400.00 |
| 8/29/2013 | $20,700.00 |
| 8/29/2013 | $36,800.00 |
| 8/29/2013 | $39,100.00 |
| 8/29/2013 | $1,777.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 8/29/2013 | $1,777.00 |
| 9/6/2013 | $2,080.00 |
| 9/6/2013 | $4,080.00 |
| 9/6/2013 | $1,800.00 |
| 9/11/2013 | $3,040.00 |
| 9/11/2013 | $3,040.00 |
| 9/11/2013 | $1,280.00 |
| 9/12/2013 | $2,040.00 |
| 9/12/2013 | $2,240.00 |
| 9/12/2013 | $2,400.00 |
| 9/12/2013 | $2,880.00 |
| 9/12/2013 | $3,200.00 |
| 9/12/2013 | $6,400.00 |
| 9/12/2013 | $8,880.00 |
| 9/12/2013 | $1,080.00 |
| 9/12/2013 | $1,200.00 |
| 9/12/2013 | $1,440.00 |
| 9/12/2013 | $1,680.00 |
| 9/12/2013 | $1,760.00 |
| 9/13/2013 | $2,400.00 |
| 9/13/2013 | $2,400.00 |
| 9/13/2013 | $2,560.00 |
| 9/13/2013 | $2,720.00 |
| 9/13/2013 | $1,600.00 |
| 9/13/2013 | $1,600.00 |
| 9/24/2013 | $2,520.00 |
| 9/24/2013 | $2,720.00 |
| 9/24/2013 | $2,880.00 |
| 9/24/2013 | $2,975.00 |
| 9/24/2013 | $3,840.00 |
| 9/24/2013 | $4,680.00 |
| 9/24/2013 | $5,440.00 |
| 9/24/2013 | $510.00 |
| 9/24/2013 | $680.00 |
| 9/24/2013 | $43,605.00 |
| 9/24/2013 | $121,940.00 |
| 9/25/2013 | $2,378.00 |
| 9/25/2013 | $2,520.00 |
| 9/25/2013 | $2,520.00 |
| 9/25/2013 | $450.00 |
| 9/25/2013 | $752.00 |
| 9/25/2013 | $80,476.00 |
| 9/25/2013 | $960.00 |
| 9/25/2013 | $1,403.00 |
| 9/25/2013 | $1,440.00 |
| 9/25/2013 | $1,560.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 9/25/2013 | $1,760.00 |
| 9/25/2013 | $244.00 |
| 10/4/2013 | $2,347.00 |
| 10/4/2013 | $2,395.00 |
| 10/8/2013 | $206.00 |
| 10/24/2013 | $2,347.00 |
| 10/24/2013 | $2,347.00 |
| 10/24/2013 | $2,347.00 |
| 10/24/2013 | $3,005.00 |
| 10/24/2013 | $3,638.00 |
| 10/24/2013 | $4,103.00 |
| 10/24/2013 | $1,006.00 |
| 10/24/2013 | $1,721.00 |
| 10/25/2013 | $2,347.00 |
| 10/28/2013 | $310,500.00 |
| 10/28/2013 | $1,341.00 |
| 10/31/2013 | $3,648.00 |
| 10/31/2013 | $1,224.00 |
| 11/5/2013 | $20,000.00 |
| 11/5/2013 | $60,000.00 |
| 11/13/2013 | $293,936.00 |
| 11/15/2013 | $375.00 |
| 11/15/2013 | $1,064.00 |
| 11/15/2013 | $1,064.00 |
| 12/23/2013 | $433.00 |
| 1/9/2014 | $366.00 |
| 1/9/2014 | $447.00 |
| 1/9/2014 | $79,000.00 |
| 1/9/2014 | $203.00 |
| 1/9/2014 | $203.00 |
| 1/9/2014 | $244.00 |
| 1/30/2014 | $4,600.00 |
| 1/30/2014 | $4,600.00 |
| 1/30/2014 | $4,600.00 |
| 1/30/2014 | $11,500.00 |
| 2/4/2014 | $57,500.00 |
| 2/14/2014 | $2,881.00 |
| 2/14/2014 | $1,523.00 |
| 2/14/2014 | $1,636.00 |
| 2/18/2014 | $2,300.00 |
| 2/18/2014 | $2,544.00 |
| 2/18/2014 | $2,905.00 |
| 2/18/2014 | $81.00 |
| 2/18/2014 | $4,600.00 |
| 2/18/2014 | $4,600.00 |
| 2/18/2014 | $4,600.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 2/18/2014 | $414.00 |
| 2/18/2014 | $588.00 |
| 2/18/2014 | $27,600.00 |
| 2/18/2014 | $814.00 |
| 2/20/2014 | $863.00 |
| 2/20/2014 | $1,654.00 |
| 2/21/2014 | $2,300.00 |
| 2/21/2014 | $2,300.00 |
| 2/21/2014 | $2,300.00 |
| 2/21/2014 | $288.00 |
| 2/21/2014 | $375.00 |
| 2/21/2014 | $4,152.00 |
| 2/21/2014 | $4,600.00 |
| 2/21/2014 | $4,600.00 |
| 2/21/2014 | $420.00 |
| 2/21/2014 | $436.00 |
| 2/21/2014 | $5,140.00 |
| 2/21/2014 | $6,900.00 |
| 2/21/2014 | $6,900.00 |
| 2/21/2014 | $9,062.00 |
| 2/21/2014 | $9,200.00 |
| 2/21/2014 | $575.00 |
| 2/21/2014 | $13,800.00 |
| 2/21/2014 | $16,100.00 |
| 2/21/2014 | $776.00 |
| 2/21/2014 | $55,200.00 |
| 2/21/2014 | $1,588.00 |
| 2/25/2014 | $2,300.00 |
| 2/25/2014 | $2,500.00 |
| 2/25/2014 | $4,600.00 |
| 2/25/2014 | $6,900.00 |
| 2/25/2014 | $9,200.00 |
| 2/25/2014 | $18,400.00 |
| 2/25/2014 | $23,000.00 |
| 2/27/2014 | $2,300.00 |
| 2/27/2014 | $2,300.00 |
| 2/27/2014 | $2,300.00 |
| 2/27/2014 | $2,300.00 |
| 2/27/2014 | $2,300.00 |
| 2/27/2014 | $2,300.00 |
| 2/27/2014 | $2,300.00 |
| 2/27/2014 | $4,600.00 |
| 2/27/2014 | $4,600.00 |
| 2/27/2014 | $4,600.00 |
| 2/27/2014 | $9,200.00 |
| 2/27/2014 | $32,200.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 2/27/2014 | $62,100.00 |
| 2/27/2014 | $863.00 |
| 2/27/2014 | $945.00 |
| 3/5/2014 | $2,300.00 |
| 3/5/2014 | $2,300.00 |
| 3/5/2014 | $4,531.00 |
| 3/5/2014 | $4,531.00 |
| 3/5/2014 | $4,531.00 |
| 3/5/2014 | $4,531.00 |
| 3/5/2014 | $4,531.00 |
| 3/5/2014 | $4,531.00 |
| 3/5/2014 | $4,600.00 |
| 3/5/2014 | $6,797.00 |
| 3/5/2014 | $9,062.00 |
| 3/5/2014 | $11,328.00 |
| 3/5/2014 | $15,859.00 |
| 3/5/2014 | $29,452.00 |
| 3/5/2014 | $35,700.00 |
| 3/10/2014 | $219,084.00 |
| 3/12/2014 | $2,266.00 |
| 3/12/2014 | $2,300.00 |
| 3/12/2014 | $9,200.00 |
| 3/12/2014 | $9,200.00 |
| 3/12/2014 | $22,655.00 |
| 3/12/2014 | $36,800.00 |
| 3/12/2014 | $47,576.00 |
| 3/12/2014 | $48,300.00 |
| 3/24/2014 | $3,012.00 |
| 3/24/2014 | $4,380.00 |
| 3/24/2014 | $568.00 |
| 3/24/2014 | $56,292.00 |
| 3/24/2014 | $1,195.00 |
| 4/9/2014 | $27,235.00 |
| 4/10/2014 | $4,425.00 |
| 4/14/2014 | $4,425.00 |
| 4/14/2014 | $150,000.00 |
| 4/17/2014 | $120,170.00 |
| 4/28/2014 | $80,869.00 |
| 5/12/2014 | $8,658.00 |
| 5/29/2014 | $360,510.00 |
| 6/11/2014 | $305,493.00 |
| 6/13/2014 | $551,883.00 |
| 6/13/2014 | $552,039.00 |
| 6/16/2014 | $552,039.00 |
| 6/20/2014 | $9,088.00 |
| 6/20/2014 | $867.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 6/20/2014 | $895.00 |
| 6/20/2014 | $205,194.00 |
| 6/26/2014 | $712.00 |
| 6/27/2014 | $3,067.00 |
| 7/3/2014 | $3,716.00 |
| 7/3/2014 | $372.00 |
| 7/3/2014 | $5,228.00 |
| 7/3/2014 | $479.00 |
| 7/3/2014 | $1,321.00 |
| 7/8/2014 | $307,792.00 |
| 7/11/2014 | $4,781.00 |
| 7/11/2014 | $479.00 |
| 7/16/2014 | $479.00 |
| 7/16/2014 | $890.00 |
| 7/21/2014 | $2,095.00 |
| 7/21/2014 | $4,113.00 |
| 7/21/2014 | $4,380.00 |
| 7/21/2014 | $4,380.00 |
| 7/21/2014 | $4,380.00 |
| 7/21/2014 | $31,479.00 |
| 7/21/2014 | $1,284.00 |
| 7/24/2014 | $2,053.00 |
| 7/24/2014 | $2,201.00 |
| 7/24/2014 | $2,201.00 |
| 7/24/2014 | $157,877.00 |
| 7/29/2014 | $2,201.00 |
| 7/29/2014 | $2,201.00 |
| 7/29/2014 | $2,236.00 |
| 7/29/2014 | $540.00 |
| 7/29/2014 | $610.00 |
| 7/29/2014 | $142.00 |
| 7/29/2014 | $1,017.00 |
| 7/30/2014 | $49,644.00 |
| 7/30/2014 | $958.00 |
| 8/4/2014 | $259,508.00 |
| 8/7/2014 | $4,944.00 |
| 8/7/2014 | $778,524.00 |
| 8/14/2014 | $1,133.00 |
| 8/14/2014 | $1,133.00 |
| 9/3/2014 | $203,662.00 |
| 9/8/2014 | $831,714.00 |
| 9/9/2014 | $778,524.00 |
| 9/15/2014 | $305,493.00 |
| 9/15/2014 | $831,714.00 |
| 9/19/2014 | $307,792.00 |
| 9/19/2014 | $360,510.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 9/22/2014 | $277,238.00 |
| 9/23/2014 | $9,200.00 |
| 9/24/2014 | $4,600.00 |
| 10/7/2014 | $6,900.00 |
| 10/7/2014 | $11,500.00 |
| 10/8/2014 | $6,900.00 |
| 10/8/2014 | $11,500.00 |
| 10/8/2014 | $32,200.00 |
| 10/14/2014 | $16,100.00 |
| 10/15/2014 | $4,600.00 |
| 10/15/2014 | $11,500.00 |
| 10/16/2014 | $13,800.00 |
| 10/16/2014 | $36,800.00 |
| 10/20/2014 | $4,600.00 |
| 10/20/2014 | $4,600.00 |
| 10/20/2014 | $4,600.00 |
| 10/20/2014 | $6,900.00 |
| 10/20/2014 | $11,500.00 |
| 10/21/2014 | $9,200.00 |
| 10/21/2014 | $23,000.00 |
| 10/21/2014 | $230,873.00 |
| 10/24/2014 | $13,800.00 |
| 10/24/2014 | $95,203.00 |
| 10/24/2014 | $205,194.00 |
| 10/24/2014 | $1,961.00 |
| 11/3/2014 | $20,700.00 |
| 11/3/2014 | $778,524.00 |
| 11/4/2014 | $4,600.00 |
| 11/4/2014 | $4,600.00 |
| 11/5/2014 | $9,200.00 |
| 11/17/2014 | $266.00 |
| 11/17/2014 | $266.00 |
| 11/17/2014 | $12,263.00 |
| 11/17/2014 | $360,510.00 |
| 11/24/2014 | $8,060.00 |
| 11/28/2014 | $9,200.00 |
| 11/28/2014 | $11,500.00 |
| 11/28/2014 | $203,662.00 |
| 12/15/2014 | $831,714.00 |
| 1/13/2015 | $2,201.00 |
| 1/13/2015 | $4,215.00 |
| 1/13/2015 | $6,300.00 |
| 1/13/2015 | $6,930.00 |
| 1/14/2015 | $13,371.00 |
| 1/14/2015 | $286,248.00 |
| 1/14/2015 | $1,337.00 |

EXHIBIT A
TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 4/16/2015 | $1,109.00 |
| 4/23/2015 | $14,007.00 |
| 4/23/2015 | $16,371.00 |
| 4/27/2015 | $34,455.00 |
| 4/28/2015 | $34,101.00 |
| 4/29/2015 | $39,479.00 |
| 5/7/2015 | $29,461.00 |
| 5/13/2015 | $144.00 |
| 5/14/2015 | $15,071.00 |
| 5/18/2015 | $10,993.00 |
| 6/15/2015 | $985.00 |
| 6/18/2015 | $4,531.00 |
| 6/18/2015 | $4,531.00 |
| 6/18/2015 | $2,266.00 |
| 7/22/2015 | $286,248.00 |
| 7/27/2015 | $788.00 |
| 7/27/2015 | $1,195.00 |
| 7/27/2015 | $713.00 |
| 7/27/2015 | $653.00 |
| 7/27/2015 | $892.00 |
| 7/27/2015 | $1,242.00 |
| 8/6/2015 | $130.00 |
| 8/6/2015 | $1,907.00 |
| 8/6/2015 | $1,922.00 |
| 8/13/2015 | $323.00 |
| 8/20/2015 | $1,327,259.00 |
| 8/20/2015 | $431.00 |
| 8/24/2015 | $196.00 |
| 9/21/2015 | $2,496.00 |
| 9/21/2015 | $863.00 |
| 10/13/2015 | $13,912.00 |
| 10/13/2015 | $795.00 |
| 10/13/2015 | $370.00 |
| 10/13/2015 | $927.00 |
| 10/13/2015 | $335.00 |
| 10/20/2015 | $197.00 |
| 10/20/2015 | $5,500.00 |
| 10/20/2015 | $5,961.00 |
| 10/20/2015 | $3,985.00 |
| 10/21/2015 | $538.00 |
| 10/21/2015 | $591.00 |
| 10/21/2015 | $6,511.00 |
| 10/21/2015 | $1,299.00 |
| 10/21/2015 | $9,821.00 |
| 10/21/2015 | $564.00 |
| 10/21/2015 | $556.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 10/21/2015 | $5,721.00 |
| 10/21/2015 | $3,405.00 |
| 11/5/2015 | $1,478.00 |
| 11/5/2015 | $1,478.00 |
| 11/5/2015 | $895.00 |
| 11/5/2015 | $564.00 |
| 11/12/2015 | $1,625.00 |
| 11/23/2015 | $4,460.00 |
| 11/23/2015 | $13,591.00 |
| 11/23/2015 | $1,182.00 |
| 11/23/2015 | $1,478.00 |
| 11/25/2015 | $1,773.00 |
| 12/15/2015 | $1,625.00 |
| 12/15/2015 | $1,478.00 |
| 12/15/2015 | $1,625.00 |
| 12/15/2015 | $1,625.00 |
| 12/16/2015 | $1,478.00 |
| 12/16/2015 | $1,625.00 |
| 12/16/2015 | $1,478.00 |
| 12/16/2015 | $1,478.00 |
| 12/16/2015 | $1,478.00 |
| 12/16/2015 | $1,773.00 |
| 12/16/2015 | $1,625.00 |
| 12/16/2015 | $1,921.00 |
| 12/16/2015 | $2,069.00 |
| 12/16/2015 | $1,773.00 |
| 12/16/2015 | $1,625.00 |
| 12/16/2015 | $1,773.00 |
| 12/16/2015 | $1,625.00 |
| 12/16/2015 | $2,512.00 |
| 12/16/2015 | $1,921.00 |
| 12/16/2015 | $3,398.00 |
| 12/16/2015 | $1,773.00 |
| 12/16/2015 | $2,069.00 |
| 12/16/2015 | $1,625.00 |
| 12/16/2015 | $1,478.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $1,921.00 |
| 12/17/2015 | $2,069.00 |
| 12/17/2015 | $3,398.00 |
| 12/17/2015 | $320.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $1,478.00 |
| 12/17/2015 | $443.00 |
| 12/17/2015 | $1,625.00 |
| 12/17/2015 | $1,478.00 |

EXHIBIT A
TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 12/21/2015 | $4,728.00 |
| 12/21/2015 | $3,842.00 |
| 12/21/2015 | $1,478.00 |
| 12/21/2015 | $1,478.00 |
| 12/21/2015 | $443.00 |
| 12/21/2015 | $1,478.00 |
| 12/22/2015 | $2,614,700.00 |
| 12/22/2015 | $2,955.00 |
| 12/22/2015 | $1,625.00 |
| 12/22/2015 | $2,364.00 |
| 12/22/2015 | $2,216.00 |
| 12/22/2015 | $2,069.00 |
| 12/22/2015 | $2,364.00 |
| 12/22/2015 | $2,069.00 |
| 12/22/2015 | $1,773.00 |
| 12/22/2015 | $2,216.00 |
| 12/22/2015 | $1,478.00 |
| 12/22/2015 | $1,921.00 |
| 12/22/2015 | $320.00 |
| 12/22/2015 | $320.00 |
| 12/22/2015 | $4,433.00 |
| 12/22/2015 | $1,478.00 |
| 12/22/2015 | $1,478.00 |
| 12/22/2015 | $1,478.00 |
| 12/22/2015 | $1,478.00 |
| 12/22/2015 | $566.00 |
| 12/23/2015 | $286,248.00 |
| 12/23/2015 | $286,248.00 |
| 12/23/2015 | $1,478.00 |
| 12/23/2015 | $320.00 |
| 12/23/2015 | $2,955.00 |
| 1/11/2016 | $1,478.00 |
| 1/11/2016 | $1,625.00 |
| 1/11/2016 | $2,660.00 |
| 1/11/2016 | $222.00 |
| 1/11/2016 | $1,625.00 |
| 1/11/2016 | $1,478.00 |
| 1/11/2016 | $887.00 |
| 1/11/2016 | $2,807.00 |
| 1/11/2016 | $1,478.00 |
| 1/11/2016 | $1,625.00 |
| 1/11/2016 | $3,251.00 |
| 1/11/2016 | $5,615.00 |
| 1/11/2016 | $8,378.00 |
| 1/11/2016 | $591.00 |
| 1/11/2016 | $1,921.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 1/11/2016 | $887.00 |
| 1/11/2016 | $1,625.00 |
| 1/11/2016 | $320.00 |
| 1/11/2016 | $320.00 |
| 1/11/2016 | $320.00 |
| 1/11/2016 | $13,800.00 |
| 3/18/2016 | $2,955.00 |
| 3/18/2016 | $566.00 |
| 3/18/2016 | $271.00 |
| 3/18/2016 | $271.00 |
| 3/18/2016 | $979.00 |
| 3/18/2016 | $5,541.00 |
| 3/18/2016 | $6,787.00 |
| 3/18/2016 | $8,405.00 |
| 3/18/2016 | $2,750.00 |
| 3/18/2016 | $637,646.00 |
| 3/18/2016 | $985,000.00 |
| 3/18/2016 | $985,000.00 |
| 3/18/2016 | $1,478.00 |
| 3/24/2016 | $1,478.00 |
| 3/24/2016 | $2,512.00 |
| 3/24/2016 | $271.00 |
| 3/24/2016 | $1,773.00 |
| 3/24/2016 | $271.00 |
| 3/24/2016 | $271.00 |
| 3/24/2016 | $271.00 |
| 3/24/2016 | $271.00 |
| 3/24/2016 | $1,773.00 |
| 3/24/2016 | $739.00 |
| 3/24/2016 | $542.00 |
| 3/24/2016 | $271.00 |
| 3/24/2016 | $271.00 |
| 3/24/2016 | $271.00 |
| 3/24/2016 | $739.00 |
| 3/24/2016 | $271.00 |
| 4/4/2016 | $2,955.00 |
| 4/4/2016 | $1,300.00 |
| 4/4/2016 | $2,864.00 |
| 4/8/2016 | $271.00 |
| 4/11/2016 | $271.00 |
| 4/11/2016 | $542.00 |
| 4/11/2016 | $271.00 |
| 4/11/2016 | $271.00 |
| 4/11/2016 | $271.00 |
| 4/11/2016 | $271.00 |
| 4/11/2016 | $271.00 |

EXHIBIT A
TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 4/11/2016 | $271.00 |
| 5/9/2016 | $1,625.00 |
| 5/9/2016 | $2,069.00 |
| 5/9/2016 | $2,069.00 |
| 5/9/2016 | $1,625.00 |
| 5/9/2016 | $1,478.00 |
| 5/9/2016 | $2,069.00 |
| 5/9/2016 | $280,540.00 |
| 5/13/2016 | $5,793.00 |
| 5/13/2016 | $172.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $813.00 |
| 5/13/2016 | $813.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $3,842.00 |
| 5/13/2016 | $2,216.00 |
| 5/13/2016 | $2,069.00 |
| 5/13/2016 | $2,216.00 |
| 5/13/2016 | $2,364.00 |
| 5/13/2016 | $2,069.00 |
| 5/13/2016 | $542.00 |
| 5/13/2016 | $135.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $4,580.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $172.00 |
| 5/13/2016 | $172.00 |
| 5/13/2016 | $542.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $271.00 |
| 5/13/2016 | $1,655.00 |
| 5/16/2016 | $6,281.00 |
| 5/19/2016 | $172.00 |
| 5/19/2016 | $271.00 |
| 5/19/2016 | $172.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 5/19/2016 | $172.00 |
| 5/19/2016 | $172.00 |
| 5/19/2016 | $172.00 |
| 5/19/2016 | $566.00 |
| 5/19/2016 | $172.00 |
| 5/19/2016 | $271.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $4,285.00 |
| 5/25/2016 | $566.00 |
| 5/25/2016 | $468.00 |
| 5/25/2016 | $172.00 |
| 5/25/2016 | $2,955.00 |
| 5/25/2016 | $172.00 |
| 5/25/2016 | $5,805.00 |
| 5/25/2016 | $5,792.00 |
| 5/25/2016 | $271.00 |
| 5/25/2016 | $5,171.00 |
| 6/2/2016 | $271.00 |
| 6/2/2016 | $271.00 |
| 6/2/2016 | $271.00 |
| 6/2/2016 | $518.00 |
| 6/2/2016 | $271.00 |
| 6/2/2016 | $7,980.00 |
| 6/2/2016 | $5,636.00 |
| 6/2/2016 | $556.00 |
| 6/2/2016 | $887.00 |
| 6/2/2016 | $1,773.00 |
| 6/2/2016 | $1,478.00 |
| 6/9/2016 | $271.00 |
| 6/9/2016 | $566.00 |
| 6/9/2016 | $468.00 |
| 6/16/2016 | $5,721.00 |
| 6/16/2016 | $736.00 |
| 6/22/2016 | $271.00 |
| 6/22/2016 | $542.00 |
| 6/22/2016 | $271.00 |
| 6/27/2016 | $5,547.00 |
| 6/27/2016 | $1,013.00 |

EXHIBIT A
TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 6/29/2016 | $222.00 |
| 6/29/2016 | $74.00 |
| 6/29/2016 | $575.00 |
| 6/29/2016 | $271.00 |
| 6/29/2016 | $271.00 |
| 6/29/2016 | $271.00 |
| 7/11/2016 | $7,360.00 |
| 7/25/2016 | $493.00 |
| 7/25/2016 | $74.00 |
| 7/25/2016 | $49.00 |
| 7/29/2016 | $450.00 |
| 7/29/2016 | $546.00 |
| 8/15/2016 | $25.00 |
| 8/15/2016 | $271.00 |
| 8/15/2016 | $2,069.00 |
| 8/15/2016 | $271.00 |
| 8/15/2016 | $172.00 |
| 8/17/2016 | $17,722.00 |
| 8/19/2016 | $566.00 |
| 8/19/2016 | $296.00 |
| 8/19/2016 | $296.00 |
| 8/19/2016 | $468.00 |
| 8/19/2016 | $271.00 |
| 8/19/2016 | $813.00 |
| 8/24/2016 | $84,811.00 |
| 8/25/2016 | $817.00 |
| 8/29/2016 | $936.00 |
| 8/31/2016 | $1,075,541.00 |
| 8/31/2016 | $492,500.00 |
| 9/1/2016 | $492,500.00 |
| 9/23/2016 | $1,625.00 |
| 9/23/2016 | $1,478.00 |
| 9/23/2016 | $1,773.00 |
| 9/23/2016 | $2,216.00 |
| 9/23/2016 | $172.00 |
| 9/23/2016 | $2,364.00 |
| 9/23/2016 | $2,512.00 |
| 9/23/2016 | $1,478.00 |
| 9/23/2016 | $468.00 |
| 9/23/2016 | $271.00 |
| 9/23/2016 | $1,648.00 |
| 9/23/2016 | $271.00 |
| 9/23/2016 | $271.00 |
| 9/23/2016 | $468.00 |
| 9/23/2016 | $1,773.00 |
| 9/23/2016 | $1,625.00 |

EXHIBIT A

TRANSFERS TO EDICIONES SANTILLANA, INC.

| Date | Payment Amount |
|---|---|
| 9/23/2016 | $8,169.00 |
| 10/12/2016 | $1,748.00 |
| 10/13/2016 | $271.00 |
| 10/13/2016 | $271.00 |
| 10/13/2016 | $1,078,412.00 |
| 10/19/2016 | $1,095,841.00 |
| 11/7/2016 | $320.00 |
| 11/7/2016 | $640.00 |
| 11/7/2016 | $15,006.00 |
| 11/7/2016 | $2,093.00 |
| 11/15/2016 | $5,774.00 |
| 11/23/2016 | $11,032.00 |
| 11/23/2016 | $5,181.00 |
| 11/25/2016 | $2,389.00 |
| 11/30/2016 | $7,585.00 |
| 11/30/2016 | $148.00 |
| 12/15/2016 | $1,478.00 |
| 12/27/2016 | $468.00 |
| 12/27/2016 | $9,180.00 |
| 12/27/2016 | $1,082,293.00 |
| 1/11/2017 | $1,773.00 |
| 1/26/2017 | $1,773.00 |
| 2/1/2017 | $2,807.00 |
| 3/8/2017 | $5,390.00 |
| 4/27/2017 | $7,215.00 |