# EXHIBIT A

## TRANSFERS TO EDITORIAL PANAMERICANA, INC.

| Date | Payment Amount |
|------|----------------|
| 5/10/2013 | $2,300.00 |
| 5/10/2013 | $4,600.00 |
| 6/19/2013 | $738.00 |
| 6/26/2013 | $117,474.00 |
| 7/22/2013 | $2,300.00 |
| 7/22/2013 | $41,250.00 |
| 7/22/2013 | $41,250.00 |
| 8/9/2013 | $51,750.00 |
| 8/9/2013 | $51,750.00 |
| 8/9/2013 | $96,390.00 |
| 8/22/2013 | $2,300.00 |
| 8/22/2013 | $2,300.00 |
| 8/22/2013 | $2,300.00 |
| 9/11/2013 | $49,579.00 |
| 9/27/2013 | $7,546.00 |
| 9/27/2013 | $7,610.00 |
| 10/28/2013 | $685,688.00 |
| 11/25/2013 | $5,433.00 |
| 11/25/2013 | $9,750.00 |
| 12/9/2013 | $111,542.00 |
| 1/9/2014 | $562.00 |
| 1/15/2014 | $98,500.00 |
| 3/31/2014 | $339,051.00 |
| 7/15/2014 | $168,069.00 |
| 7/25/2014 | $443.00 |
| 8/19/2014 | $6,520.00 |
| 8/19/2014 | $692.00 |
| 8/19/2014 | $191.00 |
| 9/16/2014 | $124,556.00 |
| 10/9/2014 | $137,509.00 |
| 10/28/2014 | $6,293.00 |
| 10/30/2014 | $658,261.00 |
| 11/17/2014 | $600.00 |
| 12/8/2014 | $2,807.00 |
| 12/8/2014 | $10,638.00 |
| 12/16/2014 | $15,071.00 |
| 12/19/2014 | $16,134.00 |
| 12/19/2014 | $39,242.00 |
| 12/19/2014 | $43,025.00 |
| 12/23/2014 | $13,298.00 |
| 12/31/2014 | $2,216.00 |
| 12/31/2014 | $4,728.00 |
| 12/31/2014 | $14,125.00 |
| 1/12/2015 | $6,412.00 |
| 1/12/2015 | $9,604.00 |
| 1/12/2015 | $11,825.00 |

TRANSFERS TO EDITORIAL PANAMERICANA, INC.

| Date | Payment Amount |
|---|---|
| 1/12/2015 | $12,234.00 |
| 1/12/2015 | $15,662.00 |
| 1/12/2015 | $32,741.00 |
| 1/12/2015 | $32,978.00 |
| 1/28/2015 | $2,069.00 |
| 1/28/2015 | $12,189.00 |
| 1/28/2015 | $30,023.00 |
| 2/24/2015 | $3,694.00 |
| 3/5/2015 | $2,364.00 |
| 3/5/2015 | $2,660.00 |
| 3/5/2015 | $15,662.00 |
| 3/5/2015 | $1,773.00 |
| 3/16/2015 | $255,412.00 |
| 3/25/2015 | $287,004.00 |
| 4/22/2015 | $3,694.00 |
| 4/22/2015 | $172.00 |
| 6/10/2015 | $2,807.00 |
| 6/26/2015 | $2,955.00 |
| 7/2/2015 | $2,259.00 |
| 7/9/2015 | $39,006.00 |
| 8/10/2015 | $1,478.00 |
| 8/11/2015 | $68,556.00 |
| 8/18/2015 | $1,108.50 |
| 8/18/2015 | $2,105.25 |
| 8/18/2015 | $369.50 |
| 8/18/2015 | $701.75 |
| 8/18/2015 | $11,641.00 |
| 8/27/2015 | $205,547.00 |
| 9/14/2015 | $2,364.00 |
| 9/16/2015 | $9,397.00 |
| 9/16/2015 | $27,245.00 |
| 9/16/2015 | $2,482.00 |
| 9/16/2015 | $31,264.00 |
| 9/16/2015 | $2,768.00 |
| 10/1/2015 | $29,727.00 |
| 10/9/2015 | $14,893.00 |
| 10/9/2015 | $16,253.00 |
| 10/20/2015 | $42,611.00 |
| 10/28/2015 | $38,533.00 |
| 10/28/2015 | $4,433.00 |
| 10/28/2015 | $1,500.00 |
| 10/29/2015 | $2,660.00 |
| 10/30/2015 | $2,069.00 |
| 10/30/2015 | $288.00 |
| 11/6/2015 | $109,905.00 |
| 11/30/2015 | $31,028.00 |

TRANSFERS TO EDITORIAL PANAMERICANA, INC.

| Date | Payment Amount |
|---|---|
| 12/24/2015 | $16,253.00 |
| 1/6/2016 | $118.00 |
| 1/6/2016 | $739.00 |
| 1/6/2016 | $490.00 |
| 1/12/2016 | $1,773.00 |
| 1/12/2016 | $4,787.00 |
| 2/19/2016 | $224,473.00 |
| 2/22/2016 | $5,615.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $2,167.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $591.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $271.00 |
| 2/22/2016 | $1,458.00 |
| 2/22/2016 | $224,473.00 |
| 4/5/2016 | $271.00 |
| 4/18/2016 | $271.00 |
| 5/9/2016 | $1,625.00 |
| 5/9/2016 | $1,478.00 |
| 5/9/2016 | $4,433.00 |
| 5/9/2016 | $2,069.00 |
| 5/11/2016 | $2,216.00 |
| 5/11/2016 | $1,625.00 |
| 5/11/2016 | $1,773.00 |

A-3

TRANSFERS TO EDITORIAL PANAMERICANA, INC.

| Date | Payment Amount |
|------|---------------|
| 5/11/2016 | $2,512.00 |
| 5/11/2016 | $4,669.00 |
| 5/11/2016 | $4,433.00 |
| 5/11/2016 | $1,773.00 |
| 5/11/2016 | $1,478.00 |
| 5/11/2016 | $6,823.00 |
| 5/13/2016 | $29,550.00 |
| 5/17/2016 | $32,860.00 |
| 5/20/2016 | $1,625.00 |
| 5/25/2016 | $26.00 |
| 5/25/2016 | $1,943.00 |
| 5/27/2016 | $1,773.00 |
| 5/27/2016 | $1,773.00 |
| 5/27/2016 | $1,625.00 |
| 5/27/2016 | $1,921.00 |
| 6/6/2016 | $1,773.00 |
| 6/6/2016 | $4,433.00 |
| 6/22/2016 | $3,251.00 |
| 6/27/2016 | $2,216.00 |
| 6/27/2016 | $4,433.00 |
| 7/11/2016 | $2,955.00 |
| 7/11/2016 | $6,206.00 |
| 7/20/2016 | $1,478.00 |
| 7/20/2016 | $10,254.00 |
| 7/29/2016 | $2,512.00 |
| 7/29/2016 | $12,707.00 |
| 8/15/2016 | $4,433.00 |
| 8/15/2016 | $1,625.00 |
| 8/15/2016 | $4,551.00 |
| 8/19/2016 | $1,478.00 |
| 8/19/2016 | $2,512.00 |
| 8/24/2016 | $194.00 |
| 8/24/2016 | $610.00 |
| 8/29/2016 | $1,478.00 |
| 9/26/2016 | $26,004.00 |
| 10/12/2016 | $3,720.00 |
| 10/20/2016 | $11,081.00 |
| 10/26/2016 | $1,478.00 |
| 10/28/2016 | $1,478.00 |
| 10/28/2016 | $2,216.00 |
| 10/28/2016 | $1,478.00 |
| 10/28/2016 | $1,625.00 |
| 10/28/2016 | $8,171.00 |
| 10/28/2016 | $4,500.00 |
| 10/28/2016 | $2,069.00 |
| 10/28/2016 | $4,433.00 |

TRANSFERS TO EDITORIAL PANAMERICANA, INC.

| Date | Payment Amount |
|------|----------------|
| 11/7/2016 | $1,125.00 |
| 11/7/2016 | $3,103.00 |
| 11/7/2016 | $1,625.00 |
| 11/7/2016 | $2,512.00 |
| 11/7/2016 | $375.00 |
| 11/15/2016 | $3,723.00 |
| 11/15/2016 | $5,387.00 |
| 11/23/2016 | $195,025.00 |
| 12/16/2016 | $1,478.00 |
| 1/5/2017 | $2,548.50 |
| 1/5/2017 | $849.50 |
| 1/24/2017 | $1,322.00 |
| 1/24/2017 | $25,118.00 |
| 1/24/2017 | $11,879.00 |
| 2/21/2017 | $542.00 |
| 2/21/2017 | $271.00 |
| 2/23/2017 | $1,455.00 |
| 3/17/2017 | $271.00 |
| 3/27/2017 | $271.00 |
| 3/28/2017 | $236,550.00 |

63378985 v1