# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO GONZALEZ PADIN REALTY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 1/8/2014 | $48,202.00 |
| 1/8/2014 | $53,607.00 |
| 4/1/2014 | $101,809.00 |
| 4/15/2014 | $101,809.00 |
| 5/22/2014 | $2,468.00 |
| 5/22/2014 | $99,341.00 |
| 7/8/2014 | $101,809.00 |
| 7/17/2014 | $203,617.00 |
| 9/11/2014 | $101,809.00 |
| 9/23/2014 | $101,809.00 |
| 12/11/2014 | $101,809.00 |
| 12/18/2014 | $101,809.00 |
| 1/12/2015 | $101,809.00 |
| 1/26/2015 | $101,809.00 |
| 1/29/2015 | $101,809.00 |
| 2/17/2015 | $101,809.00 |
| 4/7/2015 | $101,809.00 |
| 5/18/2015 | $101,809.00 |
| 8/12/2015 | $113,617.00 |
| 8/12/2015 | $90,000.00 |
| 9/9/2015 | $101,809.00 |
| 10/8/2015 | $101,809.00 |
| 12/4/2015 | $101,809.00 |
| 1/5/2016 | $101,809.00 |
| 3/15/2016 | $101,809.00 |
| 4/4/2016 | $101,809.00 |
| 5/2/2016 | $101,809.00 |
| 5/2/2016 | $101,809.00 |
| 5/2/2016 | $101,809.00 |
| 5/18/2016 | $101,809.00 |
| 6/30/2016 | $101,809.00 |
| 6/30/2016 | $101,809.00 |
| 10/19/2016 | $34,612.00 |
| 10/19/2016 | $101,809.00 |
| 10/19/2016 | $64,197.00 |
| 11/4/2016 | $64,787.00 |
| 11/15/2016 | $92,553.00 |
| 12/1/2016 | $3,000.00 |
| 12/12/2016 | $92,553.00 |
| 1/27/2017 | $92,553.00 |
| 3/3/2017 | $92,553.00 |
| 4/26/2017 | $92,553.00 |
| 4/27/2017 | $92,553.00 |