# EXHIBIT A

EXHIBIT A

TRANSFERS TO EDN CONSULTING GROUP, LLC

| Date | Payment Amount |
|---|---|
| 7/15/2013 | $6,570.00 |
| 7/15/2013 | $46,815.00 |
| 8/19/2013 | $41,115.00 |
| 9/20/2013 | $15,960.00 |
| 9/24/2013 | $58,903.00 |
| 10/28/2013 | $131,926.00 |
| 11/21/2013 | $116,444.00 |
| 12/27/2013 | $164,286.00 |
| 1/6/2014 | $20,656.00 |
| 1/23/2014 | $6,801.00 |
| 1/23/2014 | $150,594.00 |
| 2/10/2014 | $7,575.00 |
| 2/24/2014 | $2,400.00 |
| 2/26/2014 | $116,294.00 |
| 2/27/2014 | $163,684.00 |
| 3/5/2014 | $19,648.00 |
| 3/10/2014 | $2,400.00 |
| 4/7/2014 | $132,463.00 |
| 4/8/2014 | $19,136.00 |
| 4/25/2014 | $132,716.00 |
| 5/6/2014 | $18,895.00 |
| 5/28/2014 | $113,915.00 |
| 6/11/2014 | $18,488.00 |
| 6/23/2014 | $7,200.00 |
| 7/15/2014 | $97,320.00 |
| 7/23/2014 | $26,048.00 |
| 7/30/2014 | $2,400.00 |
| 8/15/2014 | $2,400.00 |
| 9/19/2014 | $10,148.00 |
| 10/7/2014 | $55,928.00 |
| 10/15/2014 | $1,900.00 |
| 10/24/2014 | $11,502.00 |
| 10/24/2014 | $118,350.00 |
| 10/29/2014 | $21,431.00 |
| 11/14/2014 | $720.00 |
| 12/9/2014 | $36,856.00 |
| 12/9/2014 | $127,567.00 |
| 1/6/2015 | $71,773.00 |
| 1/20/2015 | $117,496.00 |
| 2/10/2015 | $9,220.00 |
| 2/10/2015 | $92,122.00 |
| 3/4/2015 | $120,473.00 |
| 3/18/2015 | $3,275.00 |
| 4/1/2015 | $119,093.00 |
| 4/8/2015 | $1,746.00 |
| 4/15/2015 | $17,211.00 |

EXHIBIT A

TRANSFERS TO EDN CONSULTING GROUP, LLC

| Date | Payment Amount |
|---|---|
| 4/21/2015 | $133,499.00 |
| 4/30/2015 | $22,304.00 |
| 5/12/2015 | $23,443.00 |
| 5/28/2015 | $970.00 |
| 5/28/2015 | $1,310.00 |
| 6/5/2015 | $3,880.00 |
| 7/10/2015 | $129,689.00 |
| 7/14/2015 | $30,158.00 |
| 7/20/2015 | $1,164.00 |
| 7/22/2015 | $3,860.00 |
| 8/12/2015 | $139,320.00 |
| 9/2/2015 | $31,264.00 |
| 9/14/2015 | $114,277.50 |
| 9/14/2015 | $38,092.50 |
| 9/24/2015 | $118,818.75 |
| 9/24/2015 | $39,606.25 |
| 10/16/2015 | $111,058.50 |
| 10/16/2015 | $37,019.50 |
| 10/21/2015 | $24,961.00 |
| 11/2/2015 | $162,652.50 |
| 11/2/2015 | $54,217.50 |
| 1/29/2016 | $31,420.00 |
| 2/18/2016 | $132,733.50 |
| 2/18/2016 | $44,244.50 |
| 2/23/2016 | $3,330.00 |
| 2/29/2016 | $89,553.00 |
| 2/29/2016 | $111,618.00 |
| 2/29/2016 | $29,851.00 |
| 2/29/2016 | $37,206.00 |
| 3/24/2016 | $99,562.50 |
| 3/24/2016 | $33,187.50 |
| 3/24/2016 | $26,426.00 |
| 3/30/2016 | $1,418.00 |
| 4/6/2016 | $31,318.00 |
| 4/6/2016 | $29,044.00 |
| 4/28/2016 | $51,374.00 |
| 5/5/2016 | $100,164.00 |
| 5/5/2016 | $93,195.00 |
| 5/5/2016 | $33,388.00 |
| 5/5/2016 | $31,065.00 |
| 5/6/2016 | $4,216.00 |
| 5/12/2016 | $26,163.00 |
| 6/23/2016 | $1,892.00 |
| 6/30/2016 | $3,541.00 |
| 7/19/2016 | $16,687.00 |
| 8/9/2016 | $19,043.00 |

EXHIBIT A

TRANSFERS TO EDN CONSULTING GROUP, LLC

| Date | Payment Amount |
|---|---|
| 8/9/2016 | $84,336.75 |
| 8/9/2016 | $87,096.00 |
| 8/9/2016 | $28,112.25 |
| 8/9/2016 | $29,032.00 |
| 8/12/2016 | $6,804.00 |
| 8/23/2016 | $20,183.00 |
| 9/15/2016 | $27,475.00 |
| 9/29/2016 | $77,688.00 |
| 9/29/2016 | $79,985.25 |
| 9/29/2016 | $61,076.25 |
| 9/29/2016 | $25,896.00 |
| 9/29/2016 | $26,661.75 |
| 9/29/2016 | $20,358.75 |
| 10/3/2016 | $8,289.00 |
| 10/11/2016 | $101,163.00 |
| 10/11/2016 | $33,721.00 |
| 10/13/2016 | $51,479.00 |
| 10/20/2016 | $1,322.00 |
| 10/20/2016 | $25,117.00 |
| 11/3/2016 | $44,329.00 |
| 11/3/2016 | $1,958.00 |
| 11/3/2016 | $1,528.00 |
| 11/3/2016 | $4,489.00 |
| 11/18/2016 | $30,154.00 |
| 12/6/2016 | $89,699.25 |
| 12/6/2016 | $29,899.75 |
| 12/9/2016 | $125,678.00 |
| 1/4/2017 | $12,009.00 |
| 1/24/2017 | $99,361.50 |
| 1/24/2017 | $33,120.50 |
| 2/8/2017 | $4,909.00 |
| 2/10/2017 | $84,542.25 |
| 2/10/2017 | $28,180.75 |
| 3/7/2017 | $54,117.75 |
| 3/7/2017 | $18,039.25 |
| 3/9/2017 | $45,660.75 |
| 3/9/2017 | $15,220.25 |
| 4/10/2017 | $91,966.50 |
| 4/10/2017 | $1,400.00 |
| 4/10/2017 | $30,655.50 |