# EXHIBIT A

EXHIBIT A

TRANSFERS TO EDUCATIONAL CONSULTANTS, P.S.C.

| Date | Payment Amount |
|---|---|
| 2/10/2014 | $9,153.00 |
| 2/10/2014 | $200.00 |
| 3/3/2014 | $1,480.00 |
| 4/11/2014 | $6,274.00 |
| 4/23/2014 | $208,629.00 |
| 4/24/2014 | $263,460.00 |
| 5/15/2014 | $625,888.00 |
| 7/16/2014 | $2,106.00 |
| 7/18/2014 | $754,813.00 |
| 8/4/2014 | $2,521.00 |
| 9/9/2014 | $655,380.00 |
| 10/23/2014 | $754,813.00 |
| 10/24/2014 | $625,888.00 |
| 11/6/2014 | $754,813.00 |
| 1/8/2015 | $2,540.00 |
| 1/21/2015 | $6,080.00 |