# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO PHYSICIAN HMO INC.

| Date | Payment Amount |
|---|---|
| 8/19/2013 | $127,750.00 |
| 9/23/2013 | $106,050.00 |
| 9/24/2013 | $107,400.00 |
| 9/27/2013 | $21,700.00 |
| 10/2/2013 | $20,350.00 |
| 12/6/2013 | $127,750.00 |
| 12/30/2013 | $127,750.00 |
| 2/3/2014 | $127,750.00 |
| 2/25/2014 | $127,750.00 |
| 2/26/2014 | $127,750.00 |
| 3/26/2014 | $255,500.00 |
| 4/16/2014 | $127,750.00 |
| 4/16/2014 | $127,750.00 |
| 5/15/2014 | $125,834.00 |
| 5/19/2014 | $125,834.00 |
| 6/18/2014 | $125,834.00 |
| 7/24/2014 | $125,834.00 |
| 8/4/2014 | $125,834.00 |
| 8/4/2014 | $125,834.00 |
| 9/5/2014 | $125,834.00 |
| 9/10/2014 | $125,834.00 |
| 1/12/2015 | $123,174.00 |
| 2/3/2015 | $93,329.00 |
| 2/10/2015 | $97,072.00 |
| 2/19/2015 | $98,898.00 |
| 2/25/2015 | $19,558.00 |
| 3/17/2015 | $112,829.00 |
| 4/2/2015 | $99,026.00 |
| 4/20/2015 | $97,470.00 |
| 4/20/2015 | $98,980.00 |
| 5/4/2015 | $96,052.00 |
| 5/5/2015 | $99,941.00 |
| 5/7/2015 | $101,188.00 |
| 6/3/2015 | $93,399.00 |
| 7/3/2015 | $98,928.00 |
| 7/16/2015 | $95,572.00 |
| 8/28/2015 | $93,856.00 |
| 9/2/2015 | $98,340.00 |
| 10/5/2015 | $147,160.00 |
| 11/6/2015 | $100,820.00 |
| 11/13/2015 | $137,640.00 |
| 12/4/2015 | $134,803.00 |
| 12/23/2015 | $131,535.00 |
| 2/5/2016 | $126,410.00 |
| 3/1/2016 | $37,543.00 |
| 3/7/2016 | $128,618.00 |

EXHIBIT A

TRANSFERS TO PHYSICIAN HMO INC.

| Date | Payment Amount |
|---|---|
| 4/6/2016 | $133,545.00 |
| 5/6/2016 | $129,409.00 |
| 6/3/2016 | $384.00 |
| 6/6/2016 | $26,659.00 |
| 6/10/2016 | $124,985.00 |
| 8/5/2016 | $123,832.00 |
| 8/22/2016 | $117,867.00 |
| 9/9/2016 | $21,960.00 |
| 9/29/2016 | $10,980.00 |
| 11/4/2016 | $10,980.00 |
| 2/8/2017 | $44,025.00 |
| 3/22/2017 | $10,980.00 |
| 4/13/2017 | $21,960.00 |