4/30/2019, President Donald J. Trump Announces Intent to Nominate and Appoint Personnel to Key Administration Posts | The White House

Case:17-03283-LTS Doc#:6695-1 Filed:04/30/19 Entered:04/30/19 20:42:07 Desc

Exhibit A - White House Press Release    Page 1 of 4



NOMINATIONS & APPOINTMENTS

# President Donald J. Trump Announces Intent to Nominate and Appoint Personnel to Key Administration Posts

Issued on: **April 29, 2019**

★ ★ ★

Today, President Donald J. Trump announced his intent to nominate and appoint the following individual to key positions in his Administration:

**John E. Kramer of Florida, to be nominated the Chief Financial Officer of the Department of Transportation and to be appointed Assistant Secretary (Budget and Programs) at the Department of Transportation.**

Mr. Kramer is currently serving as the Deputy Assistant Secretary for Budget and Finance in the Office of the Secretary at the Department of Transportation. He has been at the Department of Transportation since December 2017. After graduating from Colgate University, *cum laude*, Mr. Kramer started his career with the former Peat, Marwick & Mitchell (now KPMG) accounting firm in New York. While in New York, he received an M.S. in accounting from New York University Stern School of Business and qualified as a Certified Public Accountant. Later, after earning his M.B.A. at Harvard Business School, Mr. Kramer was recruited to Philip Morris International where he remained for two decades, rising to the rank of Vice President. He and his wife, Laurie, have two daughters, Katherine and Kelly.

———

4/30/2019 President Donald J. Trump Announces Intent to Nominate and Appoint Personnel to Key Administration Posts | The White House

Case:17-03283-LTS Doc#:6695-1 Filed:04/30/19 Entered:04/30/19 20:42:07 Desc:
Exhibit A - White House Press Release Page 2 of 4

Today, President Donald J. Trump announced his intent to nominate the following individuals to key positions in his Administration:

**Paul Shmotolokha of Washington, to be First Vice President of the Export-Import Bank of the United States for the remainder of a four-year term expiring January 20, 2021.**

Mr. Shmotolokha graduated from Georgetown University's School of Foreign Service in 1989, receiving a commission in the United States Army Reserve via a ROTC scholarship. He was a Rotary International Scholar at the Universidad de Chile's Graduate School for International Studies, and completed executive education programs at the London Business School and Dartmouth's Tuck School of Business. His career has focused on international business and trade, managing overseas telecommunications companies and building global markets in technology, telecommunications, and renewable energy. Mr. Shmotolokha leads the international division for Alpha Technologies, and he has had overseas executive experience in other positions, as well.

**Roxanne Cabral of Virginia, to be Ambassador Extraordinary and Plenipotentiary to the Republic of the Marshall Islands.**

Ms. Cabral, a career member of the Senior Foreign Service, Class of Minister-Counselor, currently serves as Deputy Chief of Mission and Chargé d'Affaires at the United States Embassy in Panama. Previously, she was Director of the Office of Policy, Planning, and Resources in the Office of the Under Secretary for Public Diplomacy and Public Affairs in the Department of State. Ms. Cabral served as Public Affairs Officer at the United States Consulate General Guangzhou, China, and at the United States Embassy Tirana, Albania. She also served in the Office of South-Central Europe in the Bureau of European and Eurasian Affairs in the Department of State, the United States Embassy Mexico City, Mexico, and the United States Embassy Kyiv. Ms. Cabral has a B.A. from Vanderbilt University and Master of Public Health degree from Johns Hopkins University.

**B. Chad Bungard of Maryland, to be Member Merit Systems Protection Board for a term of seven years expiring March 1, 2025.**

Mr. Bungard currently serves as the Deputy Commissioner for the Office of Analytics, Review, and Oversight (OARO) at the Social Security Administration (SSA). Mr. Bungard is responsible for providing executive leadership to more than 2,000 employees, including leading the Office of Anti-Fraud Programs and the Office of Appellate Operations, where SSA's Administrative Appeals Judges

4/30/2019 President Donald J. Trump Announces Intent to Nominate and Appoint Personnel to Key Administration Posts | The White House

Case: 17-03283-LTS   Doc#: 6695-1   Filed: 04/30/19   Entered: 04/30/19 20:42:07   Desc: Exhibit A - White House Press Release   Page 3 of 4

adjudicate appeals from SSA's Administrative Law Judges. Previously, Mr. Bungard served as the General Counsel for the Special Inspector General for the Troubled Asset Relief Program (SIGTARP) and Chief Counsel to the SSA Inspector General. Mr. Bungard earlier served as the General Counsel for the United States Merit Systems Protection Board. He also spent several years on the Hill in leadership roles, where he focused on oversight and government reform. He started his career in private practice, where he primarily focused on Federal civil litigation. In addition to attaining his B.S., *cum laude*, from Liberty University and J.D. from Regent University School of Law, Mr. Bungard received an LL.M. in Law and Economics from George Mason University School of Law.

—

Intention to Nominate Members to the Financial Oversight and Management Board for Puerto Rico:

Politicians in Puerto Rico have long mismanaged the Puerto Rican people's finances. That mismanagement led to over a hundred billion dollars in debt and unfunded liabilities that directly hurt the citizens with broken promises, poor services, a bloated bureaucracy, and dilapidated infrastructure. That mismanagement, corruption, and neglect continues to hurt the people of Puerto Rico who deserve better from their government. The most important component for future health and growth of Puerto Rico is financial constraint, reduced debt, and structural reforms. The work of the Financial Oversight and Management Board for Puerto Rico is providing the stability and oversight needed to address these chronic issues that will bring hope of a brighter future for Puerto Rico.

In light of a recent decision from the United States Court of Appeals for the First Circuit, President Donald J. Trump today announced his intent to nominate the current seven members of the Financial Oversight and Management Board for Puerto Rico to fill out the remainder of the three-year terms to which they were initially appointed in 2016.

- **Andrew George Biggs of Oregon**
- **Jose Baldomero Carrion of Puerto Rico**
- **Carlos M. Garcia of Massachusetts**
- **Arthur J. Gonzalez of New York**
- **Jose R. Gonzalez of New York**

4/30/2019 President Donald J. Trump Announces Intent to Nominate and Appoint Personnel to Key Administration Posts | The White House

Case:17-03283-LTS Doc#:6695-1 Filed:04/30/19 Entered:04/30/19 20:42:07 Desc:
Exhibit A - White House Press Release   Page 4 of 4

- **Ana Matosantos of California**

- **David Skeel of Pennsylvania**