# EXHIBIT A

EXHIBIT A

TRANSFERS TO PONCE DE LEON GUN SHOP INC.

| Date | Payment Amount |
|---|---|
| 7/25/2013 | $24,327.00 |
| 8/19/2013 | $15,381.00 |
| 8/19/2013 | $22,894.00 |
| 9/17/2013 | $74.00 |
| 9/18/2013 | $3,077.00 |
| 11/12/2013 | $16,894.00 |
| 1/3/2014 | $952.00 |
| 1/27/2014 | $79.00 |
| 2/18/2014 | $2,386.00 |
| 2/21/2014 | $2,655.00 |
| 2/24/2014 | $95.00 |
| 2/28/2014 | $87,105.00 |
| 2/28/2014 | $87,105.00 |
| 3/14/2014 | $322,650.00 |
| 3/18/2014 | $312.00 |
| 4/8/2014 | $54.00 |
| 4/11/2014 | $3,045.00 |
| 4/15/2014 | $29,000.00 |
| 4/15/2014 | $184.00 |
| 5/7/2014 | $4,995.00 |
| 5/19/2014 | $2,882.00 |
| 6/11/2014 | $5,250.00 |
| 6/11/2014 | $612.00 |
| 6/18/2014 | $29,850.00 |
| 7/1/2014 | $8,343.00 |
| 7/30/2014 | $644.00 |
| 8/8/2014 | $24,752.00 |
| 8/18/2014 | $410.00 |
| 8/27/2014 | $3,538.00 |
| 10/22/2014 | $2,939.00 |
| 10/22/2014 | $37,088.00 |
| 10/22/2014 | $37,088.00 |
| 10/22/2014 | $130,052.00 |
| 11/12/2014 | $4,815.00 |
| 11/12/2014 | $544.00 |
| 11/17/2014 | $22,750.00 |
| 11/19/2014 | $3,987.00 |
| 12/5/2014 | $1,020.00 |
| 12/12/2014 | $207.00 |
| 12/19/2014 | $2,005,696.00 |
| 1/6/2015 | $9,600.00 |
| 1/9/2015 | $3,590.00 |
| 1/15/2015 | $251,976.00 |
| 2/4/2015 | $243.00 |
| 3/25/2015 | $30,475.00 |
| 3/31/2015 | $26,888.00 |

EXHIBIT A

TRANSFERS TO PONCE DE LEON GUN SHOP INC.

| Date | Payment Amount |
|---|---|
| 4/13/2015 | $650.00 |
| 5/11/2015 | $339,436.00 |
| 5/15/2015 | $19,800.00 |
| 5/21/2015 | $2,180.00 |
| 6/17/2015 | $34,048.00 |
| 6/17/2015 | $18,000.00 |
| 9/24/2015 | $317,080.00 |
| 11/24/2015 | $2,799.00 |
| 12/4/2015 | $449,948.00 |
| 12/23/2015 | $4,631.00 |
| 4/4/2016 | $527,784.00 |
| 4/27/2016 | $28,850.00 |
| 5/9/2016 | $8,313.00 |
| 7/12/2016 | $4,640.00 |
| 7/20/2016 | $26,400.00 |
| 8/3/2016 | $2,350.00 |
| 8/15/2016 | $1,135.00 |
| 9/16/2016 | $121.00 |
| 9/29/2016 | $588.00 |
| 10/11/2016 | $4,146.00 |
| 11/1/2016 | $422,800.00 |
| 3/27/2017 | $21,903.00 |