# EXHIBIT A

## EXHIBIT A

### TRANSFERS TO POPULICOM, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $95,052.00 |
| 5/10/2013 | $85,513.00 |
| 5/10/2013 | $100,017.00 |
| 5/20/2013 | $156,510.00 |
| 5/20/2013 | $303,685.00 |
| 5/20/2013 | $1,134,836.00 |
| 5/28/2013 | $136,514.00 |
| 5/29/2013 | $7,941.00 |
| 6/3/2013 | $4,359,436.00 |
| 6/5/2013 | $20,671.00 |
| 6/11/2013 | $10,025.00 |
| 6/11/2013 | $101,308.00 |
| 6/26/2013 | $931,458.00 |
| 7/1/2013 | $2,362.00 |
| 7/2/2013 | $16,372.00 |
| 7/5/2013 | $9,048.00 |
| 7/10/2013 | $56,550.00 |
| 7/31/2013 | $218,756.00 |
| 7/31/2013 | $294,475.00 |
| 8/20/2013 | $3,996.00 |
| 8/20/2013 | $158,180.00 |
| 8/26/2013 | $8,635.00 |
| 8/26/2013 | $98,727.00 |
| 9/3/2013 | $62,316.00 |
| 9/17/2013 | $2,177.00 |
| 9/23/2013 | $49,842.00 |
| 9/23/2013 | $4,008,029.00 |
| 10/17/2013 | $2,781.00 |
| 10/17/2013 | $30,647.00 |
| 10/31/2013 | $34,829.00 |
| 10/31/2013 | $887.00 |
| 11/5/2013 | $8,000.00 |
| 11/7/2013 | $41,443.00 |
| 12/9/2013 | $98,125.00 |
| 12/9/2013 | $145,562.00 |
| 12/16/2013 | $1,560.00 |
| 1/17/2014 | $256,363.00 |
| 1/24/2014 | $17,651.00 |
| 1/24/2014 | $61,055.00 |
| 2/10/2014 | $104,616.00 |
| 2/20/2014 | $240,960.00 |
| 3/11/2014 | $79,005.00 |
| 3/21/2014 | $1,175,338.00 |
| 4/7/2014 | $347,286.00 |
| 5/5/2014 | $319,950.00 |
| 6/3/2014 | $1,542,781.00 |

# EXHIBIT A
## TRANSFERS TO POPULICOM, INC.

| Date | Payment Amount |
|---|---|
| 6/10/2014 | $18,872.00 |
| 6/13/2014 | $1,507,159.00 |
| 7/1/2014 | $5,092.00 |
| 9/8/2014 | $759,996.00 |
| 10/2/2014 | $3,595.00 |
| 10/2/2014 | $14,342.00 |
| 10/2/2014 | $87,691.00 |
| 10/9/2014 | $54,382.00 |
| 11/3/2014 | $249,931.00 |
| 11/5/2014 | $646,528.00 |
| 12/3/2014 | $219,231.00 |
| 12/19/2014 | $44,877.00 |
| 1/29/2015 | $31,166.00 |
| 2/20/2015 | $11,270.00 |
| 3/6/2015 | $56,242.00 |
| 3/18/2015 | $5,361.00 |
| 4/10/2015 | $35,928.00 |
| 4/10/2015 | $42,921.00 |
| 4/14/2015 | $33,257.00 |
| 5/18/2015 | $67,288.00 |
| 6/9/2015 | $433,574.00 |
| 7/7/2015 | $71,357.00 |
| 8/3/2015 | $15,072.00 |
| 9/30/2015 | $438.00 |
| 11/9/2015 | $2,139.00 |
| 2/23/2016 | $186,479.00 |
| 4/25/2016 | $54,686.00 |
| 4/25/2016 | $1,577.00 |
| 5/6/2016 | $4,202.00 |
| 7/7/2016 | $4,202.00 |
| 9/14/2016 | $22,323.00 |
| 11/2/2016 | $7,023.00 |
| 1/10/2017 | $26,354.00 |
| 1/23/2017 | $41,528.00 |