# EXHIBIT A

EXHIBIT A

TRANSFERS TO POSTAGE BY PHONE RESERVE ACCOUNT

| Date | Payment Amount |
|---|---|
| 5/3/2013 | $100.00 |
| 5/6/2013 | $106.00 |
| 5/9/2013 | $65.00 |
| 5/9/2013 | $185.00 |
| 5/17/2013 | $106.00 |
| 5/29/2013 | $4,000.00 |
| 6/12/2013 | $281.00 |
| 6/14/2013 | $500.00 |
| 6/14/2013 | $188.00 |
| 6/21/2013 | $10,000.00 |
| 6/24/2013 | $96.00 |
| 7/2/2013 | $100.00 |
| 7/17/2013 | $80.00 |
| 8/6/2013 | $180.00 |
| 8/9/2013 | $8,000.00 |
| 8/29/2013 | $64.00 |
| 9/16/2013 | $176.00 |
| 10/3/2013 | $150.00 |
| 10/7/2013 | $5,000.00 |
| 10/29/2013 | $1,160.00 |
| 10/30/2013 | $400,000.00 |
| 11/4/2013 | $147.00 |
| 12/5/2013 | $75.00 |
| 12/18/2013 | $100,000.00 |
| 1/7/2014 | $460.00 |
| 1/16/2014 | $50,000.00 |
| 1/22/2014 | $368.00 |
| 1/22/2014 | $10,000.00 |
| 1/27/2014 | $5,000.00 |
| 1/27/2014 | $5,000.00 |
| 1/27/2014 | $96.00 |
| 1/27/2014 | $250,000.00 |
| 1/27/2014 | $500,000.00 |
| 1/29/2014 | $1,096.00 |
| 1/31/2014 | $200.00 |
| 2/4/2014 | $180.00 |
| 2/13/2014 | $4,000.00 |
| 2/20/2014 | $15,000.00 |
| 2/25/2014 | $1,000.00 |
| 2/26/2014 | $1,218.00 |
| 2/27/2014 | $10,000.00 |
| 3/6/2014 | $192.00 |
| 3/11/2014 | $64.00 |
| 3/11/2014 | $42.00 |
| 3/12/2014 | $2,000.00 |
| 3/12/2014 | $10,000.00 |

EXHIBIT A

TRANSFERS TO POSTAGE BY PHONE RESERVE ACCOUNT

| Date | Payment Amount |
|---|---|
| 3/12/2014 | $25,000.00 |
| 3/14/2014 | $120.00 |
| 3/18/2014 | $10,000.00 |
| 3/19/2014 | $5,000.00 |
| 3/19/2014 | $15,000.00 |
| 3/20/2014 | $80.00 |
| 3/25/2014 | $136.00 |
| 3/25/2014 | $200.00 |
| 3/25/2014 | $40.00 |
| 3/28/2014 | $200.00 |
| 4/4/2014 | $42.00 |
| 4/8/2014 | $192.00 |
| 4/9/2014 | $106.00 |
| 4/18/2014 | $100.00 |
| 5/1/2014 | $50,000.00 |
| 5/6/2014 | $1,580.00 |
| 5/12/2014 | $10,000.00 |
| 5/22/2014 | $354.00 |
| 5/23/2014 | $177.00 |
| 5/28/2014 | $55.00 |
| 5/30/2014 | $10,000.00 |
| 5/30/2014 | $134.00 |
| 6/2/2014 | $620.00 |
| 6/2/2014 | $905.00 |
| 6/4/2014 | $226.00 |
| 6/6/2014 | $25,000.00 |
| 6/11/2014 | $192.00 |
| 6/13/2014 | $84.00 |
| 6/17/2014 | $30,000.00 |
| 6/24/2014 | $68.00 |
| 6/24/2014 | $1,250.00 |
| 6/30/2014 | $106.00 |
| 6/30/2014 | $106.00 |
| 7/1/2014 | $354.00 |
| 7/1/2014 | $10,000.00 |
| 7/1/2014 | $1,240.00 |
| 7/1/2014 | $1,450.00 |
| 7/2/2014 | $68.00 |
| 7/3/2014 | $192.00 |
| 7/7/2014 | $192.00 |
| 7/18/2014 | $5,736.00 |
| 7/28/2014 | $192.00 |
| 7/29/2014 | $1,000.00 |
| 7/30/2014 | $40,000.00 |
| 7/31/2014 | $50,000.00 |
| 7/31/2014 | $1,240.00 |

EXHIBIT A

TRANSFERS TO POSTAGE BY PHONE RESERVE ACCOUNT

| Date | Payment Amount |
|---|---|
| 8/5/2014 | $1,250.00 |
| 8/6/2014 | $74.00 |
| 8/14/2014 | $75.00 |
| 8/19/2014 | $70.00 |
| 8/19/2014 | $220.00 |
| 8/21/2014 | $460.00 |
| 8/25/2014 | $354.00 |
| 9/2/2014 | $3,000.00 |
| 9/2/2014 | $7,000.00 |
| 9/3/2014 | $196.00 |
| 9/4/2014 | $400,000.00 |
| 9/5/2014 | $84.00 |
| 9/5/2014 | $192.00 |
| 9/11/2014 | $106.00 |
| 9/11/2014 | $1,470.00 |
| 9/16/2014 | $261.00 |
| 9/16/2014 | $490.00 |
| 9/16/2014 | $98.00 |
| 9/17/2014 | $155.00 |
| 9/24/2014 | $58.00 |
| 9/26/2014 | $50,000.00 |
| 10/9/2014 | $2,000.00 |
| 10/10/2014 | $58.00 |
| 10/10/2014 | $20,000.00 |
| 10/10/2014 | $1,198.00 |
| 10/15/2014 | $490.00 |
| 10/22/2014 | $1,240.00 |
| 10/27/2014 | $100,000.00 |
| 10/30/2014 | $5,000.00 |
| 10/30/2014 | $89.00 |
| 10/31/2014 | $80.00 |
| 11/3/2014 | $1,250.00 |
| 11/4/2014 | $45,000.00 |
| 11/18/2014 | $245.00 |
| 11/19/2014 | $406.00 |
| 11/24/2014 | $1,250.00 |
| 12/5/2014 | $490.00 |
| 12/19/2014 | $490.00 |
| 12/19/2014 | $40,000.00 |
| 12/30/2014 | $1,000.00 |
| 1/2/2015 | $40,000.00 |
| 1/20/2015 | $3,000.00 |
| 1/23/2015 | $6,000.00 |
| 1/30/2015 | $73.00 |
| 1/30/2015 | $150.00 |
| 2/9/2015 | $100.00 |

EXHIBIT A

TRANSFERS TO POSTAGE BY PHONE RESERVE ACCOUNT

| Date | Payment Amount |
|---|---|
| 2/9/2015 | $1,000.00 |
| 2/10/2015 | $1,500.00 |
| 2/11/2015 | $287.00 |
| 2/17/2015 | $100.00 |
| 2/18/2015 | $2,000.00 |
| 2/20/2015 | $232.00 |
| 2/23/2015 | $5,000.00 |
| 2/23/2015 | $1,218.00 |
| 2/27/2015 | $50.00 |
| 3/3/2015 | $10,000.00 |
| 3/3/2015 | $1,240.00 |
| 3/4/2015 | $232.00 |
| 3/5/2015 | $406.00 |
| 3/10/2015 | $1,250.00 |
| 3/12/2015 | $22,500.00 |
| 3/24/2015 | $1,500.00 |
| 3/26/2015 | $50.00 |
| 3/30/2015 | $1,000.00 |
| 3/31/2015 | $250,000.00 |
| 4/2/2015 | $232.00 |
| 4/3/2015 | $80.00 |
| 4/10/2015 | $120.00 |
| 4/13/2015 | $128.00 |
| 4/17/2015 | $50,000.00 |
| 4/20/2015 | $9,280.00 |
| 4/20/2015 | $1,250.00 |
| 5/6/2015 | $406.00 |
| 5/18/2015 | $10,000.00 |
| 5/21/2015 | $100.00 |
| 5/27/2015 | $128.00 |
| 5/28/2015 | $140.00 |
| 6/1/2015 | $620.00 |
| 6/5/2015 | $5,000.00 |
| 6/5/2015 | $905.00 |
| 6/11/2015 | $116.00 |
| 6/11/2015 | $286.00 |
| 6/16/2015 | $60,000.00 |
| 6/16/2015 | $80.00 |
| 6/18/2015 | $5,000.00 |
| 6/23/2015 | $50.00 |
| 6/23/2015 | $75.00 |
| 6/23/2015 | $134.00 |
| 6/24/2015 | $220.00 |
| 6/26/2015 | $82.00 |
| 6/26/2015 | $75.00 |
| 6/29/2015 | $266.00 |

63378573 v1

EXHIBIT A

TRANSFERS TO POSTAGE BY PHONE RESERVE ACCOUNT

| Date | Payment Amount |
|---|---|
| 6/30/2015 | $10,000.00 |
| 6/30/2015 | $92.00 |
| 6/30/2015 | $1,240.00 |
| 6/30/2015 | $30,000.00 |
| 6/30/2015 | $4,000.00 |
| 7/3/2015 | $46.00 |
| 7/3/2015 | $620.00 |
| 7/7/2015 | $416.00 |
| 7/7/2015 | $99.00 |
| 7/9/2015 | $45,000.00 |
| 8/5/2015 | $120.00 |
| 8/6/2015 | $82.00 |
| 8/6/2015 | $100,000.00 |
| 8/12/2015 | $1,250.00 |
| 8/14/2015 | $232.00 |
| 8/19/2015 | $416.00 |
| 8/27/2015 | $1,332.00 |
| 9/1/2015 | $490.00 |
| 9/2/2015 | $66.00 |
| 9/3/2015 | $225.00 |
| 9/8/2015 | $1,000.00 |
| 9/9/2015 | $220.00 |
| 9/14/2015 | $130.00 |
| 9/15/2015 | $40,000.00 |
| 9/21/2015 | $1,336.00 |
| 10/2/2015 | $70.00 |
| 10/9/2015 | $5,000.00 |
| 10/9/2015 | $12,000.00 |
| 10/9/2015 | $80.00 |
| 10/14/2015 | $5,000.00 |
| 10/14/2015 | $490.00 |
| 10/28/2015 | $15,000.00 |
| 10/28/2015 | $1,250.00 |
| 10/29/2015 | $82.00 |
| 10/30/2015 | $98.00 |
| 10/30/2015 | $12,250.00 |
| 10/30/2015 | $20,000.00 |
| 11/3/2015 | $50,000.00 |
| 11/10/2015 | $1,332.00 |
| 11/12/2015 | $100,000.00 |
| 11/13/2015 | $490.00 |
| 11/18/2015 | $416.00 |
| 11/27/2015 | $490.00 |
| 12/4/2015 | $666.00 |
| 12/4/2015 | $6,276.00 |
| 12/8/2015 | $22,500.00 |

EXHIBIT A

TRANSFERS TO POSTAGE BY PHONE RESERVE ACCOUNT

| Date | Payment Amount |
|---|---|
| 12/15/2015 | $82.00 |
| 12/18/2015 | $5,000.00 |
| 12/23/2015 | $1,250.00 |
| 1/5/2016 | $666.00 |
| 1/13/2016 | $490.00 |
| 1/13/2016 | $417.00 |
| 1/26/2016 | $2,000.00 |
| 1/28/2016 | $20,000.00 |
| 1/29/2016 | $530.00 |
| 2/1/2016 | $12,000.00 |
| 2/1/2016 | $200,000.00 |
| 2/9/2016 | $50,000.00 |
| 2/12/2016 | $208.00 |
| 2/12/2016 | $82.00 |
| 2/12/2016 | $110.00 |
| 2/18/2016 | $500.00 |
| 2/19/2016 | $1,270.00 |
| 3/1/2016 | $1,250.00 |
| 3/2/2016 | $22,500.00 |
| 3/4/2016 | $10,000.00 |
| 3/14/2016 | $2,706.00 |
| 3/15/2016 | $228.00 |
| 3/15/2016 | $384.00 |
| 3/18/2016 | $225.00 |
| 3/21/2016 | $130.00 |
| 3/21/2016 | $228.00 |
| 4/5/2016 | $966.00 |
| 4/12/2016 | $75.00 |
| 4/22/2016 | $85.50 |
| 4/22/2016 | $28.50 |
| 4/25/2016 | $100,000.00 |
| 4/28/2016 | $441.00 |
| 4/29/2016 | $100,000.00 |
| 5/3/2016 | $50,000.00 |
| 5/3/2016 | $110.00 |
| 5/3/2016 | $10,000.00 |
| 5/6/2016 | $384.00 |
| 5/9/2016 | $80.00 |
| 5/17/2016 | $1,250.00 |
| 5/17/2016 | $1,250.00 |
| 5/18/2016 | $130.00 |
| 5/24/2016 | $640.00 |
| 5/24/2016 | $220.00 |
| 6/3/2016 | $20,000.00 |
| 6/6/2016 | $86.00 |
| 6/10/2016 | $925.00 |

63378573 v1

EXHIBIT A

TRANSFERS TO POSTAGE BY PHONE RESERVE ACCOUNT

| Date | Payment Amount |
|---|---|
| 6/10/2016 | $640.00 |
| 6/13/2016 | $490.00 |
| 6/13/2016 | $100,000.00 |
| 6/14/2016 | $5,000.00 |
| 6/14/2016 | $22,500.00 |
| 6/14/2016 | $25,000.00 |
| 6/15/2016 | $100,000.00 |
| 6/16/2016 | $1,000.00 |
| 6/16/2016 | $228.00 |
| 6/20/2016 | $20,000.00 |
| 6/20/2016 | $384.00 |
| 6/28/2016 | $25,000.00 |
| 6/30/2016 | $1,280.00 |
| 7/1/2016 | $86.00 |
| 7/5/2016 | $100,000.00 |
| 7/5/2016 | $105.00 |
| 7/5/2016 | $35.00 |
| 7/6/2016 | $100,000.00 |
| 7/14/2016 | $6,000.00 |
| 7/19/2016 | $22,500.00 |
| 7/25/2016 | $223.50 |
| 7/25/2016 | $74.50 |
| 8/15/2016 | $105.00 |
| 8/15/2016 | $35.00 |
| 8/17/2016 | $10,000.00 |
| 8/17/2016 | $85.00 |
| 8/18/2016 | $1,280.00 |
| 8/19/2016 | $63.00 |
| 8/19/2016 | $21.00 |
| 8/25/2016 | $384.00 |
| 8/29/2016 | $100,000.00 |
| 8/29/2016 | $31.50 |
| 8/29/2016 | $10.50 |
| 8/30/2016 | $100,000.00 |
| 8/31/2016 | $1,000.00 |
| 8/31/2016 | $384.00 |
| 9/1/2016 | $1,000.00 |
| 9/6/2016 | $70.00 |
| 9/9/2016 | $10,000.00 |
| 9/12/2016 | $228.00 |
| 9/12/2016 | $130.00 |
| 9/14/2016 | $1,250.00 |
| 9/14/2016 | $294.00 |
| 9/20/2016 | $50.00 |
| 9/20/2016 | $10,000.00 |
| 9/23/2016 | $10,000.00 |

EXHIBIT A

TRANSFERS TO POSTAGE BY PHONE RESERVE ACCOUNT

| Date | Payment Amount |
|---|---|
| 9/27/2016 | $10,000.00 |
| 9/29/2016 | $6,000.00 |
| 9/30/2016 | $5,000.00 |
| 10/7/2016 | $50,000.00 |
| 10/11/2016 | $470.00 |
| 10/12/2016 | $100,000.00 |
| 10/12/2016 | $54.00 |
| 10/12/2016 | $18.00 |
| 10/17/2016 | $1,290.00 |
| 10/18/2016 | $1,011.00 |
| 10/18/2016 | $20,000.00 |
| 10/20/2016 | $12,670.00 |
| 10/20/2016 | $20,000.00 |
| 10/24/2016 | $112.50 |
| 10/24/2016 | $37.50 |
| 10/27/2016 | $86.00 |
| 11/1/2016 | $100,000.00 |
| 11/4/2016 | $86.00 |
| 11/9/2016 | $2,000.00 |
| 11/16/2016 | $5,000.00 |
| 11/16/2016 | $22,500.00 |
| 11/21/2016 | $47.00 |
| 11/29/2016 | $20,000.00 |
| 12/1/2016 | $63.00 |
| 12/1/2016 | $21.00 |
| 12/2/2016 | $384.00 |
| 12/6/2016 | $50,000.00 |
| 12/8/2016 | $1,250.00 |
| 12/8/2016 | $25,000.00 |
| 12/12/2016 | $90.00 |
| 12/16/2016 | $2,000.00 |
| 12/27/2016 | $470.00 |
| 12/27/2016 | $160.00 |
| 12/27/2016 | $98.00 |
| 12/28/2016 | $100,000.00 |
| 12/30/2016 | $1,280.00 |
| 12/30/2016 | $660.00 |
| 1/9/2017 | $12,000.00 |
| 1/12/2017 | $1,240.00 |
| 1/12/2017 | $2,000.00 |
| 1/17/2017 | $228.00 |
| 1/18/2017 | $15,000.00 |
| 1/26/2017 | $85.00 |
| 2/2/2017 | $114.00 |
| 2/3/2017 | $20,000.00 |
| 2/3/2017 | $15.00 |

EXHIBIT A

TRANSFERS TO POSTAGE BY PHONE RESERVE ACCOUNT

| Date | Payment Amount |
|---|---|
| 2/3/2017 | $5.00 |
| 2/7/2017 | $470.00 |
| 2/10/2017 | $100,000.00 |
| 2/13/2017 | $60.00 |
| 2/13/2017 | $20.00 |
| 2/21/2017 | $1,240.00 |
| 2/21/2017 | $10,000.00 |
| 2/27/2017 | $53.00 |
| 3/1/2017 | $90.00 |
| 3/1/2017 | $30.00 |
| 3/3/2017 | $1,280.00 |
| 3/8/2017 | $376.00 |
| 3/15/2017 | $1,344.00 |
| 3/21/2017 | $50,000.00 |
| 3/23/2017 | $150.00 |
| 3/27/2017 | $225.00 |
| 4/3/2017 | $132.00 |
| 4/3/2017 | $236.00 |
| 4/4/2017 | $1,250.00 |
| 4/4/2017 | $1,250.00 |
| 4/4/2017 | $22,500.00 |
| 4/7/2017 | $2,000.00 |
| 4/17/2017 | $2,942.00 |
| 4/17/2017 | $100,000.00 |
| 4/17/2017 | $6,000.00 |
| 4/18/2017 | $100,000.00 |
| 4/26/2017 | $6,000.00 |
| 5/1/2017 | $90.00 |
| 5/1/2017 | $120.00 |
| 5/1/2017 | $40.00 |
| 5/2/2017 | $220.00 |

63378573 v1