# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO GUI-MER-FE INC.

| Date | Payment Amount |
|---|---|
| 5/30/2013 | $151,857.00 |
| 8/9/2013 | $168,798.00 |
| 10/2/2013 | $2,842.00 |
| 10/2/2013 | $147,321.00 |
| 10/2/2013 | $154,064.00 |
| 10/24/2013 | $6,212.00 |
| 11/5/2013 | $150,673.00 |
| 11/13/2013 | $168,620.00 |
| 1/15/2014 | $175,144.00 |
| 2/13/2014 | $164,953.00 |
| 2/25/2014 | $24,964.00 |
| 2/25/2014 | $84,206.00 |
| 3/31/2014 | $146,354.00 |
| 4/17/2014 | $180,134.00 |
| 6/6/2014 | $186,313.00 |
| 9/9/2014 | $191,636.00 |
| 9/19/2014 | $133,526.00 |
| 10/10/2014 | $9,333.00 |
| 10/30/2014 | $128,337.00 |
| 11/7/2014 | $13,824.00 |
| 12/11/2014 | $151,652.00 |
| 1/13/2015 | $202,665.00 |
| 1/20/2015 | $201,152.00 |
| 2/25/2015 | $170,267.00 |
| 3/16/2015 | $162,504.00 |
| 4/21/2015 | $132,934.00 |
| 5/5/2015 | $24,093.00 |
| 7/14/2015 | $220,345.00 |
| 7/14/2015 | $190,941.00 |
| 8/6/2015 | $200,752.00 |
| 9/21/2015 | $195,555.00 |
| 9/21/2015 | $159,800.00 |
| 10/19/2015 | $882.00 |
| 10/19/2015 | $665.00 |
| 10/29/2015 | $443.00 |
| 10/29/2015 | $3,185.00 |
| 10/29/2015 | $222.00 |
| 1/25/2016 | $119,571.00 |
| 1/26/2016 | $96,744.00 |
| 3/11/2016 | $119,776.00 |
| 4/26/2016 | $108,210.00 |
| 5/5/2016 | $93,752.00 |
| 5/5/2016 | $3,203.00 |
| 5/5/2016 | $3,278.00 |
| 5/5/2016 | $3,326.00 |
| 5/5/2016 | $3,479.00 |

EXHIBIT A

TRANSFERS TO GUI-MER-FE INC.

| Date | Payment Amount |
|---|---|
| 5/5/2016 | $2,885.00 |
| 6/16/2016 | $146,299.00 |
| 6/16/2016 | $142,466.00 |
| 8/5/2016 | $6,036.00 |
| 8/24/2016 | $147,932.00 |
| 9/9/2016 | $112,945.00 |
| 9/9/2016 | $155,156.00 |
| 10/11/2016 | $5,833.00 |
| 10/11/2016 | $3,680.00 |
| 10/11/2016 | $2,013.00 |
| 10/25/2016 | $1,632.00 |
| 10/25/2016 | $4,130.00 |
| 12/8/2016 | $105,862.00 |
| 1/31/2017 | $128,347.00 |
| 2/9/2017 | $153,166.00 |
| 2/9/2017 | $149,832.00 |
| 4/6/2017 | $1,080.00 |
| 4/21/2017 | $117,899.00 |
| 5/2/2017 | $123,106.00 |