# EXHIBIT A

EXHIBIT A

TRANSFERS TO HEWLETT PACKARD PUERTO RICO, BV LLC

| Date | Payment Amount |
|---|---|
| 8/6/2013 | $4,305.00 |
| 10/17/2013 | $20,226.00 |
| 11/27/2013 | $13,270.00 |
| 1/17/2014 | $6,422.00 |
| 1/22/2014 | $28,036.00 |
| 2/6/2014 | $6,422.00 |
| 2/6/2014 | $12,494.00 |
| 2/12/2014 | $413.00 |
| 2/19/2014 | $956.00 |
| 2/28/2014 | $413.00 |
| 2/28/2014 | $31,322.00 |
| 3/24/2014 | $413.00 |
| 3/27/2014 | $14,417.00 |
| 3/27/2014 | $16,677.00 |
| 4/1/2014 | $6,179.00 |
| 4/2/2014 | $322,875.00 |
| 4/16/2014 | $179,200.00 |
| 4/28/2014 | $9,965.00 |
| 5/1/2014 | $13,475.00 |
| 5/1/2014 | $13,505.00 |
| 5/5/2014 | $22,617.00 |
| 5/6/2014 | $12,465.00 |
| 5/9/2014 | $413.00 |
| 5/14/2014 | $1,990.00 |
| 5/19/2014 | $5,238.00 |
| 5/19/2014 | $467,138.00 |
| 5/20/2014 | $7,050.00 |
| 5/20/2014 | $1,618.00 |
| 5/30/2014 | $31,200.00 |
| 6/3/2014 | $13,505.00 |
| 6/10/2014 | $413.00 |
| 6/16/2014 | $796.00 |
| 7/10/2014 | $216,311.00 |
| 7/11/2014 | $3,898.00 |
| 7/11/2014 | $413.00 |
| 7/11/2014 | $470.00 |
| 7/11/2014 | $9,607.00 |
| 7/17/2014 | $3,546.00 |
| 7/21/2014 | $3,184.00 |
| 7/21/2014 | $3,236.00 |
| 7/21/2014 | $13,505.00 |
| 7/22/2014 | $2,386.00 |
| 7/22/2014 | $344.00 |
| 8/1/2014 | $177.00 |
| 8/4/2014 | $4,298.00 |
| 8/6/2014 | $3,236.00 |

EXHIBIT A

TRANSFERS TO HEWLETT PACKARD PUERTO RICO, BV LLC

| Date | Payment Amount |
|---|---|
| 8/14/2014 | $4,819.00 |
| 8/25/2014 | $13,505.00 |
| 8/25/2014 | $1,859.00 |
| 8/28/2014 | $3,407.00 |
| 8/29/2014 | $4,200.00 |
| 8/29/2014 | $893.00 |
| 9/5/2014 | $1,063.00 |
| 9/11/2014 | $9,312.00 |
| 9/11/2014 | $90,312.00 |
| 9/17/2014 | $1,024.00 |
| 9/30/2014 | $4,319.00 |
| 9/30/2014 | $820.00 |
| 9/30/2014 | $172.00 |
| 9/30/2014 | $1,193.00 |
| 10/7/2014 | $3,466.00 |
| 10/20/2014 | $519.00 |
| 10/23/2014 | $19,185.00 |
| 10/28/2014 | $4,982.00 |
| 11/3/2014 | $3,376.00 |
| 11/6/2014 | $69,382.00 |
| 11/10/2014 | $6,542.00 |
| 11/12/2014 | $848.00 |
| 11/14/2014 | $16,944.00 |
| 11/14/2014 | $97,126.00 |
| 11/17/2014 | $2,114.00 |
| 11/17/2014 | $10,152.00 |
| 11/17/2014 | $820.00 |
| 12/5/2014 | $435.00 |
| 12/5/2014 | $9,085.00 |
| 12/5/2014 | $13,505.00 |
| 12/5/2014 | $13,505.00 |
| 12/5/2014 | $820.00 |
| 12/12/2014 | $2,682.00 |
| 12/12/2014 | $5,780.00 |
| 12/12/2014 | $7,266.00 |
| 12/12/2014 | $1,057.00 |
| 1/6/2015 | $820.00 |
| 1/12/2015 | $466.00 |
| 1/15/2015 | $14,729.00 |
| 1/22/2015 | $46,000.00 |
| 2/4/2015 | $820.00 |
| 2/5/2015 | $11,940.00 |
| 2/6/2015 | $6,473.00 |
| 2/9/2015 | $1,618.00 |
| 2/10/2015 | $9,090.00 |
| 2/10/2015 | $1,524.00 |

EXHIBIT A

TRANSFERS TO HEWLETT PACKARD PUERTO RICO, BV LLC

| Date | Payment Amount |
|---|---|
| 2/12/2015 | $32,400.00 |
| 2/23/2015 | $820.00 |
| 3/3/2015 | $9,093.00 |
| 3/16/2015 | $6,248.00 |
| 3/17/2015 | $51.00 |
| 3/17/2015 | $380.00 |
| 3/24/2015 | $17,470.00 |
| 3/27/2015 | $1,520.00 |
| 3/31/2015 | $820.00 |
| 4/7/2015 | $893.00 |
| 4/13/2015 | $18,187.00 |
| 4/20/2015 | $620.00 |
| 4/27/2015 | $2,409.00 |
| 4/27/2015 | $380.00 |
| 4/27/2015 | $89,180.00 |
| 5/4/2015 | $9,093.00 |
| 5/5/2015 | $490.00 |
| 5/5/2015 | $820.00 |
| 5/18/2015 | $9,093.00 |
| 5/19/2015 | $1,520.00 |
| 5/26/2015 | $820.00 |
| 6/8/2015 | $1,240.00 |
| 6/8/2015 | $264.00 |
| 6/10/2015 | $9,093.00 |
| 6/16/2015 | $1,308.00 |
| 6/16/2015 | $1,552.00 |
| 6/16/2015 | $3,980.00 |
| 6/19/2015 | $855.00 |
| 6/23/2015 | $2,640.00 |
| 6/29/2015 | $2,063.00 |
| 6/30/2015 | $820.00 |
| 7/13/2015 | $9,093.00 |
| 7/21/2015 | $76,056.00 |
| 7/21/2015 | $67,864.00 |
| 7/24/2015 | $893.00 |
| 7/24/2015 | $1,375.00 |
| 8/3/2015 | $1,038.00 |
| 8/4/2015 | $12,058.00 |
| 8/5/2015 | $9,093.00 |
| 8/18/2015 | $1,299.00 |
| 8/20/2015 | $323.00 |
| 8/25/2015 | $893.00 |
| 8/27/2015 | $35,720.00 |
| 8/27/2015 | $45,795.00 |
| 9/8/2015 | $1,595.00 |
| 9/9/2015 | $1,038.00 |

EXHIBIT A
TRANSFERS TO HEWLETT PACKARD PUERTO RICO, BV LLC

| Date | Payment Amount |
|---|---|
| 9/9/2015 | $519.00 |
| 9/16/2015 | $9,093.00 |
| 9/25/2015 | $893.00 |
| 9/28/2015 | $3,970.00 |
| 10/1/2015 | $519.00 |
| 10/8/2015 | $424.00 |
| 10/9/2015 | $688.00 |
| 10/9/2015 | $9,093.00 |
| 10/13/2015 | $5,850.00 |
| 10/14/2015 | $2,409.00 |
| 11/9/2015 | $9,093.00 |
| 11/13/2015 | $6,378.00 |
| 11/16/2015 | $26,003.00 |
| 11/27/2015 | $1,825.00 |
| 12/4/2015 | $9,093.00 |
| 12/21/2015 | $654.00 |
| 1/15/2016 | $9,093.00 |
| 1/29/2016 | $3,189.00 |
| 2/18/2016 | $9,093.00 |
| 3/2/2016 | $8,956.00 |
| 3/9/2016 | $3,332.00 |
| 3/14/2016 | $37,639.00 |
| 3/16/2016 | $9,093.00 |
| 4/5/2016 | $26,955.00 |
| 4/29/2016 | $10,575.00 |
| 5/5/2016 | $165.00 |
| 5/10/2016 | $9,093.00 |
| 5/11/2016 | $65,200.00 |
| 5/11/2016 | $37,200.00 |
| 6/8/2016 | $2,126.00 |
| 6/23/2016 | $308,089.00 |
| 7/1/2016 | $93,925.00 |
| 7/1/2016 | $126,396.00 |
| 7/6/2016 | $9,093.00 |
| 7/19/2016 | $9,093.00 |
| 8/16/2016 | $9,093.00 |
| 9/8/2016 | $9,093.00 |
| 9/9/2016 | $202,222.00 |
| 9/12/2016 | $9,228.00 |
| 9/30/2016 | $872.00 |
| 10/20/2016 | $9,093.00 |
| 11/18/2016 | $9,093.00 |
| 12/20/2016 | $930,505.00 |
| 12/29/2016 | $9,093.00 |
| 12/29/2016 | $9,093.00 |
| 1/4/2017 | $676.00 |