# EXHIBIT A

EXHIBIT A

TRANSFERS TO TRANSPORTE ESCOLAR S S INC

| Date | Payment Amount |
|---|---|
| 5/21/2013 | $16,043.00 |
| 5/21/2013 | $17,931.00 |
| 5/21/2013 | $56,236.00 |
| 5/21/2013 | $62,852.00 |
| 5/21/2013 | $64,857.00 |
| 5/21/2013 | $95,318.00 |
| 5/21/2013 | $101,410.00 |
| 5/21/2013 | $120,923.00 |
| 5/21/2013 | $131,454.00 |
| 5/21/2013 | $142,629.00 |
| 5/24/2013 | $60,496.00 |
| 5/24/2013 | $78,048.00 |
| 9/16/2013 | $2,930.00 |
| 9/16/2013 | $19,280.00 |
| 9/16/2013 | $19,280.00 |
| 9/16/2013 | $57,135.00 |
| 9/16/2013 | $61,076.00 |
| 9/16/2013 | $70,579.00 |
| 9/16/2013 | $108,186.00 |
| 9/16/2013 | $155,810.00 |
| 9/16/2013 | $155,810.00 |
| 9/30/2013 | $2,302.00 |
| 9/30/2013 | $2,550.00 |
| 9/30/2013 | $9,350.00 |
| 9/30/2013 | $58,761.00 |
| 9/30/2013 | $65,674.00 |
| 9/30/2013 | $74,803.00 |
| 9/30/2013 | $96,798.00 |
| 9/30/2013 | $108,186.00 |
| 9/30/2013 | $108,186.00 |
| 10/28/2013 | $62,591.00 |
| 10/28/2013 | $80,095.00 |
| 10/28/2013 | $94,186.00 |
| 10/28/2013 | $95,386.00 |
| 10/28/2013 | $104,732.00 |
| 10/31/2013 | $65,674.00 |
| 10/31/2013 | $101,548.00 |
| 12/13/2013 | $6,129.00 |
| 12/13/2013 | $8,951.00 |
| 12/13/2013 | $75,319.00 |
| 2/12/2014 | $9,868.00 |
| 2/12/2014 | $61,245.00 |
| 2/12/2014 | $64,902.00 |
| 2/12/2014 | $68,594.00 |
| 2/12/2014 | $90,949.00 |
| 2/12/2014 | $97,167.00 |

EXHIBIT A

TRANSFERS TO TRANSPORTE ESCOLAR S S INC

| Date | Payment Amount |
|---|---|
| 2/12/2014 | $134,489.00 |
| 3/7/2014 | $2,775.00 |
| 3/7/2014 | $4,348.00 |
| 3/7/2014 | $4,742.00 |
| 3/7/2014 | $5,627.00 |
| 3/7/2014 | $6,137.00 |
| 3/7/2014 | $45,427.00 |
| 3/7/2014 | $45,427.00 |
| 3/7/2014 | $65,105.00 |
| 3/7/2014 | $142,400.00 |
| 5/15/2014 | $3,575.00 |
| 5/15/2014 | $3,575.00 |
| 5/15/2014 | $4,675.00 |
| 5/15/2014 | $6,050.00 |
| 5/15/2014 | $487.00 |
| 5/15/2014 | $9,625.00 |
| 5/15/2014 | $640.00 |
| 5/15/2014 | $39,337.00 |
| 5/15/2014 | $47,500.00 |
| 5/15/2014 | $50,907.00 |
| 5/15/2014 | $54,095.00 |
| 5/15/2014 | $55,545.00 |
| 5/15/2014 | $59,913.00 |
| 5/15/2014 | $61,471.00 |
| 5/15/2014 | $914.00 |
| 5/15/2014 | $111,372.00 |
| 5/15/2014 | $144,612.00 |
| 5/15/2014 | $187,145.00 |
| 8/1/2014 | $5,225.00 |
| 8/1/2014 | $11,391.00 |
| 8/1/2014 | $12,375.00 |
| 8/1/2014 | $36,324.00 |
| 8/1/2014 | $49,447.00 |
| 8/1/2014 | $60,162.00 |
| 8/1/2014 | $906.00 |
| 8/1/2014 | $110,586.00 |
| 8/1/2014 | $155,228.00 |
| 1/16/2015 | $2,203.00 |
| 1/16/2015 | $4,185.00 |
| 1/16/2015 | $10,588.00 |
| 1/16/2015 | $10,588.00 |
| 1/16/2015 | $639.00 |
| 1/16/2015 | $732.00 |
| 1/16/2015 | $41,639.00 |
| 1/16/2015 | $133,052.00 |
| 1/16/2015 | $202,398.00 |

EXHIBIT A

TRANSFERS TO TRANSPORTE ESCOLAR S S INC

| Date | Payment Amount |
|---|---|
| 1/16/2015 | $210,453.00 |
| 1/16/2015 | $265,702.00 |
| 1/16/2015 | $582,389.00 |
| 8/10/2015 | $66,108.00 |
| 9/11/2015 | $102,413.00 |
| 11/2/2015 | $43,441.00 |
| 11/2/2015 | $31,030.00 |
| 11/2/2015 | $36,096.00 |
| 11/2/2015 | $27,371.00 |
| 11/2/2015 | $6,565.00 |
| 11/2/2015 | $39,304.00 |
| 11/2/2015 | $1,800.00 |
| 11/2/2015 | $2,700.00 |
| 11/2/2015 | $11,548.00 |
| 11/2/2015 | $13,498.00 |
| 11/2/2015 | $19,511.00 |
| 1/15/2016 | $2,700.00 |
| 1/15/2016 | $41,373.00 |
| 1/15/2016 | $39,304.00 |
| 1/15/2016 | $26,892.00 |
| 1/15/2016 | $31,030.00 |
| 1/15/2016 | $33,098.00 |
| 1/15/2016 | $39,304.00 |
| 1/15/2016 | $66,108.00 |
| 1/15/2016 | $52,190.00 |
| 1/15/2016 | $55,670.00 |
| 1/15/2016 | $62,193.00 |
| 1/15/2016 | $45,232.00 |
| 1/15/2016 | $69,587.00 |
| 3/9/2016 | $2,237.00 |
| 3/9/2016 | $799.00 |
| 3/9/2016 | $2,097.00 |
| 3/9/2016 | $1,761.00 |
| 3/9/2016 | $2,727.00 |
| 3/9/2016 | $2,170.00 |
| 3/9/2016 | $2,797.00 |
| 3/9/2016 | $749.00 |
| 3/9/2016 | $629.00 |
| 3/9/2016 | $974.00 |
| 3/9/2016 | $775.00 |
| 3/9/2016 | $999.00 |
| 3/9/2016 | $2,641.00 |
| 3/9/2016 | $1,761.00 |
| 3/9/2016 | $1,903.00 |
| 3/9/2016 | $2,716.00 |
| 3/9/2016 | $2,396.00 |

EXHIBIT A

TRANSFERS TO TRANSPORTE ESCOLAR S S INC

| Date | Payment Amount |
|---|---|
| 3/9/2016 | $2,397.00 |
| 3/9/2016 | $1,722.00 |
| 3/9/2016 | $1,887.00 |
| 3/9/2016 | $3,311.00 |
| 3/9/2016 | $2,480.00 |
| 3/9/2016 | $3,196.00 |
| 3/9/2016 | $2,397.00 |
| 3/9/2016 | $1,887.00 |
| 3/9/2016 | $674.00 |
| 3/9/2016 | $1,377.00 |
| 3/9/2016 | $574.00 |
| 3/9/2016 | $2,097.00 |
| 3/9/2016 | $1,607.00 |
| 3/9/2016 | $2,066.00 |
| 3/9/2016 | $4,195.00 |
| 3/9/2016 | $2,170.00 |
| 3/9/2016 | $2,797.00 |
| 3/9/2016 | $1,917.00 |
| 3/9/2016 | $3,254.00 |
| 3/9/2016 | $3,355.00 |
| 3/9/2016 | $112.00 |
| 3/9/2016 | $2,237.00 |
| 3/9/2016 | $799.00 |
| 3/9/2016 | $2,237.00 |
| 3/9/2016 | $799.00 |
| 3/9/2016 | $3,355.00 |
| 3/9/2016 | $2,830.00 |
| 3/9/2016 | $3,355.00 |
| 3/9/2016 | $2,237.00 |
| 3/9/2016 | $1,887.00 |
| 3/9/2016 | $2,237.00 |
| 3/9/2016 | $2,774.00 |
| 3/9/2016 | $48,051.00 |
| 3/9/2016 | $4,632.00 |
| 4/5/2016 | $2,237.00 |
| 4/5/2016 | $1,761.00 |
| 4/5/2016 | $2,337.00 |
| 4/5/2016 | $2,170.00 |
| 4/5/2016 | $2,597.00 |
| 4/5/2016 | $2,097.00 |
| 4/5/2016 | $2,237.00 |
| 4/5/2016 | $1,377.00 |
| 4/5/2016 | $2,237.00 |
| 4/5/2016 | $2,012.00 |
| 5/10/2016 | $584.00 |
| 5/10/2016 | $3,036.00 |

EXHIBIT A
TRANSFERS TO TRANSPORTE ESCOLAR S S INC

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $3,796.00 |
| 5/10/2016 | $2,127.00 |
| 5/10/2016 | $2,390.00 |
| 5/10/2016 | $3,036.00 |
| 5/10/2016 | $2,181.00 |
| 5/10/2016 | $2,876.00 |
| 5/10/2016 | $2,846.00 |
| 5/10/2016 | $2,426.00 |
| 5/10/2016 | $2,789.00 |
| 5/10/2016 | $3,195.00 |
| 5/10/2016 | $3,195.00 |
| 5/10/2016 | $3,099.00 |
| 5/10/2016 | $2,995.00 |
| 5/10/2016 | $2,295.00 |
| 5/10/2016 | $2,695.00 |
| 5/10/2016 | $3,796.00 |
| 5/10/2016 | $2,515.00 |
| 5/10/2016 | $2,239.00 |
| 5/10/2016 | $3,195.00 |
| 5/10/2016 | $2,532.00 |
| 5/10/2016 | $4,090.00 |
| 5/10/2016 | $2,077.00 |
| 5/10/2016 | $2,597.00 |
| 5/10/2016 | $1,492.00 |
| 5/10/2016 | $2,015.00 |
| 5/10/2016 | $1,947.00 |
| 5/10/2016 | $1,456.00 |
| 5/10/2016 | $1,752.00 |
| 5/10/2016 | $2,077.00 |
| 5/10/2016 | $2,077.00 |
| 5/10/2016 | $1,635.00 |
| 5/10/2016 | $750.00 |
| 5/10/2016 | $875.00 |
| 5/10/2016 | $875.00 |
| 5/10/2016 | $525.00 |
| 5/10/2016 | $750.00 |
| 5/10/2016 | $413.00 |
| 5/10/2016 | $2,450.00 |
| 5/10/2016 | $1,568.00 |
| 5/10/2016 | $3,325.00 |
| 5/10/2016 | $1,996.00 |
| 5/10/2016 | $2,849.00 |
| 5/10/2016 | $2,849.00 |
| 5/10/2016 | $1,800.00 |
| 5/10/2016 | $750.00 |
| 5/10/2016 | $2,549.00 |

EXHIBIT A

TRANSFERS TO TRANSPORTE ESCOLAR S S INC

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $750.00 |
| 5/10/2016 | $2,100.00 |
| 5/10/2016 | $1,800.00 |
| 5/10/2016 | $2,101.00 |
| 5/10/2016 | $1,733.00 |
| 5/10/2016 | $1,403.00 |
| 5/10/2016 | $1,996.00 |
| 5/10/2016 | $1,238.00 |
| 5/10/2016 | $2,975.00 |
| 5/10/2016 | $1,650.00 |
| 5/10/2016 | $1,073.00 |
| 5/10/2016 | $3,500.00 |
| 5/10/2016 | $2,275.00 |
| 5/10/2016 | $2,100.00 |
| 5/10/2016 | $1,576.00 |
| 5/10/2016 | $1,155.00 |
| 5/10/2016 | $1,681.00 |
| 5/10/2016 | $1,471.00 |
| 5/10/2016 | $2,450.00 |
| 5/10/2016 | $2,549.00 |
| 5/10/2016 | $3,675.00 |
| 5/10/2016 | $1,366.00 |
| 5/10/2016 | $1,155.00 |
| 5/10/2016 | $1,950.00 |
| 5/10/2016 | $2,999.00 |
| 5/10/2016 | $2,999.00 |
| 6/22/2016 | $3,311.00 |
| 6/22/2016 | $1,617.00 |
| 6/22/2016 | $3,895.00 |
| 6/22/2016 | $3,895.00 |
| 6/22/2016 | $3,325.00 |
| 6/22/2016 | $2,849.00 |
| 6/22/2016 | $1,471.00 |
| 7/8/2016 | $1,108.00 |
| 7/8/2016 | $2,181.00 |
| 7/8/2016 | $1,607.00 |
| 7/8/2016 | $1,917.00 |
| 7/8/2016 | $2,397.00 |
| 7/8/2016 | $1,761.00 |
| 7/8/2016 | $1,424.00 |
| 7/8/2016 | $1,797.00 |
| 7/8/2016 | $2,127.00 |
| 7/8/2016 | $1,424.00 |
| 7/8/2016 | $633.00 |
| 7/8/2016 | $1,740.00 |
| 7/8/2016 | $949.00 |

EXHIBIT A

TRANSFERS TO TRANSPORTE ESCOLAR S S INC

| Date | Payment Amount |
|---|---|
| 7/8/2016 | $1,899.00 |
| 7/8/2016 | $1,108.00 |
| 7/8/2016 | $1,740.00 |
| 7/8/2016 | $1,108.00 |
| 7/8/2016 | $1,550.00 |
| 7/8/2016 | $1,757.00 |
| 7/8/2016 | $1,757.00 |
| 7/8/2016 | $1,348.00 |
| 7/8/2016 | $1,344.00 |
| 7/8/2016 | $2,100.00 |
| 7/8/2016 | $990.00 |
| 7/8/2016 | $1,051.00 |
| 7/8/2016 | $1,500.00 |
| 8/1/2016 | $3,036.00 |
| 8/1/2016 | $2,789.00 |
| 8/1/2016 | $2,846.00 |
| 8/1/2016 | $2,426.00 |
| 8/1/2016 | $3,036.00 |
| 8/1/2016 | $2,532.00 |
| 8/1/2016 | $3,036.00 |
| 8/1/2016 | $1,996.00 |
| 8/1/2016 | $1,568.00 |
| 8/1/2016 | $4,444.00 |
| 9/12/2016 | $6,941.00 |
| 9/27/2016 | $1,950.00 |
| 11/3/2016 | $5,335.00 |
| 11/3/2016 | $46,893.00 |
| 11/3/2016 | $2,390.00 |
| 12/20/2016 | $7,067.00 |
| 1/24/2017 | $30,421.00 |
| 1/31/2017 | $10,496.00 |
| 1/31/2017 | $1,712.00 |
| 1/31/2017 | $4,500.00 |
| 1/31/2017 | $12,954.00 |
| 1/31/2017 | $2,549.00 |
| 1/31/2017 | $2,549.00 |
| 2/7/2017 | $1,829.00 |
| 2/7/2017 | $2,744.00 |
| 2/7/2017 | $2,896.00 |
| 2/7/2017 | $739.00 |
| 2/7/2017 | $1,108.00 |
| 2/7/2017 | $1,231.00 |
| 2/7/2017 | $985.00 |
| 2/7/2017 | $985.00 |
| 2/7/2017 | $1,415.00 |
| 2/7/2017 | $12,229.00 |

63378767 v1

# EXHIBIT A

## TRANSFERS TO TRANSPORTE ESCOLAR S S INC

| Date | Payment Amount |
|---|---|
| 2/7/2017 | $1,635.00 |
| 2/7/2017 | $8,096.00 |
| 2/7/2017 | $1,366.00 |
| 2/7/2017 | $4,494.00 |
| 2/7/2017 | $5,342.00 |
| 4/4/2017 | $4,349.00 |