# EXHIBIT A

EXHIBIT A

TRANSFERS TO PROCESOS DE INFORMATICA, INC.

| Date | Payment Amount |
|---|---|
| 6/5/2013 | $52,544.00 |
| 6/5/2013 | $165,097.00 |
| 6/7/2013 | $47,242.00 |
| 6/10/2013 | $18,884.00 |
| 6/19/2013 | $10,451.00 |
| 7/11/2013 | $132,385.00 |
| 7/11/2013 | $151,553.00 |
| 7/17/2013 | $93,808.00 |
| 8/12/2013 | $23,171.00 |
| 8/12/2013 | $26,024.00 |
| 8/12/2013 | $96,706.00 |
| 8/20/2013 | $143,015.00 |
| 9/10/2013 | $129,302.00 |
| 10/1/2013 | $16,691.00 |
| 10/8/2013 | $99,191.00 |
| 12/27/2013 | $165,719.00 |
| 1/15/2014 | $60,729.00 |
| 1/15/2014 | $66,292.00 |
| 1/21/2014 | $73,567.00 |
| 1/23/2014 | $184,509.00 |
| 2/6/2014 | $203,756.00 |
| 2/18/2014 | $40,919.00 |
| 3/11/2014 | $42,758.00 |
| 3/11/2014 | $188,336.00 |
| 3/17/2014 | $174,760.00 |
| 4/30/2014 | $43,777.00 |
| 5/8/2014 | $56,367.00 |
| 5/8/2014 | $169,873.00 |
| 5/14/2014 | $59,284.00 |
| 6/25/2014 | $182,034.00 |
| 6/25/2014 | $194,388.00 |
| 7/3/2014 | $58,010.00 |
| 8/5/2014 | $209,080.00 |
| 9/4/2014 | $59,548.00 |
| 9/10/2014 | $65,901.00 |
| 9/24/2014 | $194,491.00 |
| 9/30/2014 | $187,846.00 |
| 12/19/2014 | $107,465.00 |
| 1/14/2015 | $179,925.00 |
| 1/16/2015 | $210,300.00 |
| 3/11/2015 | $213,468.00 |
| 4/15/2015 | $192,281.00 |
| 4/15/2015 | $195,662.00 |
| 4/20/2015 | $177,361.00 |
| 7/1/2015 | $221,046.00 |
| 7/23/2015 | $168,833.00 |

EXHIBIT A

TRANSFERS TO PROCESOS DE INFORMATICA, INC.

| Date | Payment Amount |
|---:|---:|
| 8/19/2015 | $197,197.00 |
| 9/24/2015 | $205,080.00 |
| 2/3/2016 | $245,655.00 |
| 2/3/2016 | $106,800.00 |
| 2/3/2016 | $178,543.00 |
| 2/17/2016 | $225,165.00 |
| 2/19/2016 | $226,932.00 |
| 4/26/2016 | $151,241.00 |
| 5/13/2016 | $8,363.00 |
| 5/18/2016 | $24,496.00 |
| 6/2/2016 | $144,243.00 |
| 6/20/2016 | $121,431.00 |
| 6/20/2016 | $166,884.00 |
| 7/12/2016 | $42,096.00 |
| 7/12/2016 | $16,433.00 |
| 8/3/2016 | $176,133.00 |
| 8/3/2016 | $191,384.00 |
| 8/11/2016 | $50,750.00 |
| 8/11/2016 | $10,717.00 |
| 9/15/2016 | $172,187.00 |
| 9/21/2016 | $61,771.00 |
| 9/27/2016 | $186,063.00 |
| 10/4/2016 | $71,206.00 |
| 11/14/2016 | $27,372.00 |
| 11/14/2016 | $113,084.00 |
| 11/17/2016 | $11,474.00 |
| 11/22/2016 | $256,752.00 |
| 12/27/2016 | $34,953.00 |
| 1/24/2017 | $237,344.00 |
| 1/25/2017 | $133,201.00 |
| 3/3/2017 | $5,847.00 |
| 3/3/2017 | $28,684.00 |
| 4/12/2017 | $249,487.00 |