# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO HOSPIRA PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 5/13/2013 | $26,347.00 |
| 5/14/2013 | $13,997.00 |
| 5/31/2013 | $80,082.00 |
| 6/14/2013 | $3,372.00 |
| 6/14/2013 | $11,716.00 |
| 6/14/2013 | $1,440.00 |
| 7/2/2013 | $6,071.00 |
| 7/9/2013 | $4,608.00 |
| 7/9/2013 | $6,240.00 |
| 7/9/2013 | $15,134.00 |
| 7/17/2013 | $7,577.00 |
| 7/17/2013 | $14,157.00 |
| 7/22/2013 | $65,115.00 |
| 8/2/2013 | $9,988.00 |
| 9/4/2013 | $9,168.00 |
| 9/6/2013 | $15,558.00 |
| 9/19/2013 | $3,120.00 |
| 9/19/2013 | $5,328.00 |
| 9/19/2013 | $5,869.00 |
| 9/19/2013 | $960.00 |
| 9/24/2013 | $17,085.00 |
| 9/24/2013 | $20,940.00 |
| 9/24/2013 | $46,244.00 |
| 9/26/2013 | $22,750.00 |
| 9/26/2013 | $30,576.00 |
| 10/1/2013 | $33,816.00 |
| 10/10/2013 | $7,008.00 |
| 10/10/2013 | $11,738.00 |
| 10/24/2013 | $5,869.00 |
| 10/31/2013 | $5,869.00 |
| 10/31/2013 | $15,340.00 |
| 10/31/2013 | $20,287.00 |
| 11/13/2013 | $27,334.00 |
| 11/26/2013 | $17,395.00 |
| 12/5/2013 | $5,551.00 |
| 12/5/2013 | $36,379.00 |
| 12/9/2013 | $701.00 |
| 12/31/2013 | $41,253.00 |
| 12/31/2013 | $46,535.00 |
| 1/3/2014 | $26,991.00 |
| 1/3/2014 | $1,930.00 |
| 1/6/2014 | $22,118.00 |
| 1/10/2014 | $9,672.00 |
| 1/17/2014 | $58,830.00 |
| 2/5/2014 | $7,430.00 |
| 2/5/2014 | $35,787.00 |

EXHIBIT A
TRANSFERS TO HOSPIRA PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 2/11/2014 | $2,112.00 |
| 2/11/2014 | $3,526.00 |
| 2/11/2014 | $25,992.00 |
| 2/13/2014 | $1,746.00 |
| 2/18/2014 | $33,452.00 |
| 2/24/2014 | $7,147.00 |
| 2/28/2014 | $55,661.00 |
| 3/3/2014 | $11,712.00 |
| 3/10/2014 | $13,664.00 |
| 3/10/2014 | $26,053.00 |
| 3/10/2014 | $65,724.00 |
| 3/18/2014 | $2,659.00 |
| 3/18/2014 | $3,235.00 |
| 3/18/2014 | $14,004.00 |
| 3/18/2014 | $25,200.00 |
| 3/18/2014 | $48,742.00 |
| 3/25/2014 | $16,270.00 |
| 3/27/2014 | $16,322.00 |
| 4/1/2014 | $15,966.00 |
| 4/1/2014 | $35,411.00 |
| 4/4/2014 | $12,182.00 |
| 4/4/2014 | $53,032.00 |
| 4/4/2014 | $57,264.00 |
| 4/11/2014 | $51,108.00 |
| 4/15/2014 | $1,066.00 |
| 4/15/2014 | $1,115.00 |
| 4/28/2014 | $271.00 |
| 4/28/2014 | $1,310.00 |
| 4/29/2014 | $24,558.00 |
| 5/6/2014 | $1,568.00 |
| 5/20/2014 | $7,435.00 |
| 5/23/2014 | $12,548.00 |
| 6/3/2014 | $21,600.00 |
| 6/3/2014 | $22,118.00 |
| 6/3/2014 | $24,606.00 |
| 6/9/2014 | $11,750.00 |
| 6/12/2014 | $1,008.00 |
| 6/17/2014 | $3,868.00 |
| 6/18/2014 | $12,686.00 |
| 6/19/2014 | $675.00 |
| 6/20/2014 | $2,243.00 |
| 6/20/2014 | $2,243.00 |
| 6/24/2014 | $6,879.00 |
| 6/25/2014 | $1,883.00 |
| 6/30/2014 | $5,501.00 |
| 7/11/2014 | $11,376.00 |

EXHIBIT A

TRANSFERS TO HOSPIRA PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 7/21/2014 | $25,920.00 |
| 7/22/2014 | $61,093.00 |
| 7/30/2014 | $1,834.00 |
| 7/31/2014 | $2,236.00 |
| 8/5/2014 | $4,474.00 |
| 8/5/2014 | $49,287.00 |
| 8/11/2014 | $1,000.00 |
| 8/13/2014 | $37,367.00 |
| 8/18/2014 | $10,913.00 |
| 8/20/2014 | $2,047.00 |
| 8/26/2014 | $4,608.00 |
| 8/28/2014 | $2,958.00 |
| 9/11/2014 | $5,053.00 |
| 9/16/2014 | $6,832.00 |
| 9/18/2014 | $10,037.00 |
| 9/23/2014 | $113.00 |
| 9/23/2014 | $1,317.00 |
| 10/9/2014 | $675.00 |
| 10/14/2014 | $11,606.00 |
| 11/3/2014 | $12,288.00 |
| 11/3/2014 | $24,146.00 |
| 11/4/2014 | $1,942.00 |
| 11/7/2014 | $10,087.00 |
| 11/14/2014 | $19,171.00 |
| 12/12/2014 | $2,437.00 |
| 1/5/2015 | $21,563.00 |
| 1/5/2015 | $23,350.00 |
| 1/5/2015 | $31,446.00 |
| 1/5/2015 | $35,938.00 |
| 1/12/2015 | $35,512.00 |
| 1/12/2015 | $1,152.00 |
| 1/21/2015 | $22,680.00 |
| 1/21/2015 | $69,144.00 |
| 1/22/2015 | $17,012.00 |
| 1/22/2015 | $22,476.00 |
| 1/22/2015 | $28,750.00 |
| 1/22/2015 | $35,736.00 |
| 1/26/2015 | $3,312.00 |
| 1/26/2015 | $9,325.00 |
| 2/6/2015 | $4,918.00 |
| 2/6/2015 | $536.00 |
| 2/19/2015 | $5,693.00 |
| 2/19/2015 | $15,120.00 |
| 2/19/2015 | $51,216.00 |
| 3/3/2015 | $20,251.00 |
| 3/6/2015 | $5,178.00 |

EXHIBIT A
TRANSFERS TO HOSPIRA PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 3/6/2015 | $445.00 |
| 3/20/2015 | $7,560.00 |
| 3/27/2015 | $2,090.00 |
| 3/30/2015 | $442.00 |
| 3/30/2015 | $27,047.00 |
| 4/2/2015 | $3,373.00 |
| 4/7/2015 | $18,207.00 |
| 4/13/2015 | $12,605.00 |
| 4/28/2015 | $2,386.00 |
| 4/28/2015 | $1,423.00 |
| 5/6/2015 | $5,580.00 |
| 5/26/2015 | $2,710.00 |
| 5/27/2015 | $4,619.00 |
| 5/28/2015 | $2,386.00 |
| 6/18/2015 | $83,463.00 |
| 6/26/2015 | $42,883.00 |
| 6/30/2015 | $48,500.00 |
| 6/30/2015 | $48,414.00 |
| 6/30/2015 | $35,736.00 |
| 7/13/2015 | $17,107.00 |
| 7/21/2015 | $687.00 |
| 7/31/2015 | $5,160.00 |
| 8/13/2015 | $6,492.00 |
| 8/28/2015 | $23,031.00 |
| 9/9/2015 | $70,306.00 |
| 9/22/2015 | $5,646.00 |
| 9/22/2015 | $35,764.00 |
| 9/25/2015 | $8,088.00 |
| 9/25/2015 | $5,580.00 |
| 10/16/2015 | $3,631.00 |
| 10/27/2015 | $2,300.00 |
| 11/10/2015 | $512.00 |
| 11/23/2015 | $9,825.00 |
| 12/4/2015 | $3,672.00 |
| 12/15/2015 | $33,876.00 |
| 12/15/2015 | $6,040.00 |
| 12/15/2015 | $1,248.00 |
| 12/15/2015 | $20,640.00 |
| 12/15/2015 | $71,472.00 |
| 12/15/2015 | $12,850.00 |
| 12/15/2015 | $1,438.00 |
| 1/12/2016 | $51,000.00 |
| 1/12/2016 | $51,000.00 |
| 1/25/2016 | $225.00 |
| 2/18/2016 | $3,268.00 |
| 2/18/2016 | $10,200.00 |

EXHIBIT A

TRANSFERS TO HOSPIRA PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 2/18/2016 | $4,689.00 |
| 2/18/2016 | $1,807.00 |
| 2/18/2016 | $2,834.00 |
| 2/19/2016 | $8,208.00 |
| 3/11/2016 | $1,373.00 |
| 3/11/2016 | $34,664.00 |
| 3/11/2016 | $13,222.00 |
| 3/11/2016 | $23,586.00 |
| 3/11/2016 | $22,389.00 |
| 3/11/2016 | $826.00 |
| 3/11/2016 | $5,485.00 |
| 3/11/2016 | $10,320.00 |
| 3/11/2016 | $5,556.00 |
| 3/11/2016 | $699.00 |
| 3/11/2016 | $2,618.00 |
| 4/1/2016 | $6,971.00 |
| 4/8/2016 | $714.00 |
| 5/3/2016 | $1,381.00 |
| 5/3/2016 | $7,675.00 |
| 5/3/2016 | $20,160.00 |
| 5/3/2016 | $4,916.00 |
| 5/3/2016 | $4,264.00 |
| 5/9/2016 | $40.00 |
| 5/16/2016 | $13,824.00 |
| 5/16/2016 | $16,938.00 |
| 5/26/2016 | $1,503.00 |
| 6/8/2016 | $8,256.00 |
| 6/8/2016 | $2,550.00 |
| 6/8/2016 | $9,216.00 |
| 6/8/2016 | $7,147.00 |
| 6/14/2016 | $10,320.00 |
| 6/14/2016 | $81,600.00 |
| 6/21/2016 | $28,589.00 |
| 6/28/2016 | $4,192.00 |
| 7/5/2016 | $3,211.00 |
| 7/5/2016 | $10,320.00 |
| 7/5/2016 | $4,834.00 |
| 7/5/2016 | $3,513.00 |
| 7/6/2016 | $486.00 |
| 7/15/2016 | $35,736.00 |
| 7/15/2016 | $35,736.00 |
| 8/12/2016 | $35,736.00 |
| 8/23/2016 | $2,432.00 |
| 8/23/2016 | $1,310.00 |
| 8/23/2016 | $950.00 |
| 8/23/2016 | $2,732.00 |

EXHIBIT A

TRANSFERS TO HOSPIRA PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 9/15/2016 | $51,000.00 |
| 9/20/2016 | $8,670.00 |
| 9/20/2016 | $10,320.00 |
| 9/20/2016 | $5,194.00 |
| 9/30/2016 | $35,736.00 |
| 10/3/2016 | $24,480.00 |
| 10/4/2016 | $1,302.00 |
| 10/4/2016 | $1,230.00 |
| 10/27/2016 | $116.00 |
| 10/27/2016 | $3,324.00 |
| 10/27/2016 | $1,662.00 |
| 10/27/2016 | $619.00 |
| 10/27/2016 | $2,142.00 |
| 10/28/2016 | $1,100.00 |
| 10/31/2016 | $4,765.00 |
| 11/4/2016 | $26,520.00 |
| 11/4/2016 | $11,744.00 |
| 11/4/2016 | $1,188.00 |
| 11/4/2016 | $5,366.00 |
| 11/4/2016 | $1,921.00 |
| 11/22/2016 | $17,236.00 |
| 11/28/2016 | $13,828.00 |
| 12/16/2016 | $10,320.00 |
| 12/16/2016 | $51,000.00 |
| 12/20/2016 | $4,875.00 |
| 12/20/2016 | $13,446.00 |
| 12/20/2016 | $4,884.00 |
| 12/23/2016 | $17,868.00 |
| 12/28/2016 | $3,888.00 |
| 1/4/2017 | $10,013.00 |
| 1/23/2017 | $9,291.00 |
| 1/23/2017 | $8,577.00 |
| 1/27/2017 | $1,192.00 |
| 1/27/2017 | $1,800.00 |
| 1/30/2017 | $781.00 |
| 2/10/2017 | $1,483.00 |
| 2/28/2017 | $17,868.00 |
| 3/2/2017 | $495.00 |
| 3/7/2017 | $19,400.00 |
| 3/7/2017 | $17,868.00 |
| 3/7/2017 | $51,000.00 |
| 3/9/2017 | $10,320.00 |
| 3/16/2017 | $3,794.00 |
| 3/16/2017 | $2,680.00 |
| 3/16/2017 | $4,130.00 |
| 3/16/2017 | $2,088.00 |

EXHIBIT A

TRANSFERS TO HOSPIRA PUERTO RICO, LLC

| Date | Payment Amount |
|---|---|
| 3/16/2017 | $180.00 |
| 3/22/2017 | $17,868.00 |
| 3/22/2017 | $5,755.00 |
| 3/22/2017 | $725.00 |
| 3/28/2017 | $2,223.00 |
| 4/7/2017 | $11,278.00 |
| 4/18/2017 | $10,896.00 |
| 4/18/2017 | $10,320.00 |
| 4/18/2017 | $37,408.00 |
| 4/18/2017 | $2,370.00 |
| 4/18/2017 | $12,355.00 |
| 4/25/2017 | $5,000.00 |