# EXHIBIT A

EXHIBIT A

TRANSFERS TO TRINITY METAL ROOF AND STEEL STRUCTURE CORP.

| Date | Payment Amount |
|---|---|
| 1/10/2014 | $52,128.00 |
| 1/30/2014 | $2,000.00 |
| 2/10/2014 | $166,636.00 |
| 3/18/2014 | $35,933.00 |
| 3/28/2014 | $3,697.00 |
| 4/1/2014 | $18,028.00 |
| 4/1/2014 | $25,308.00 |
| 4/17/2014 | $4,736.00 |
| 4/23/2014 | $17,971.00 |
| 4/30/2014 | $50,797.00 |
| 5/16/2014 | $2,867.00 |
| 5/21/2014 | $55,533.00 |
| 5/29/2014 | $25,569.00 |
| 5/30/2014 | $5,276.00 |
| 6/6/2014 | $191,609.00 |
| 6/17/2014 | $18,071.00 |
| 6/24/2014 | $1,378.00 |
| 7/3/2014 | $18,000.00 |
| 7/3/2014 | $155,861.00 |
| 7/7/2014 | $15,269.00 |
| 7/10/2014 | $2,910.00 |
| 7/10/2014 | $171,139.00 |
| 7/11/2014 | $5,960.00 |
| 7/18/2014 | $154,757.00 |
| 7/30/2014 | $6,913.00 |
| 8/29/2014 | $101,619.00 |
| 9/22/2014 | $7,794.00 |
| 9/22/2014 | $11,451.00 |
| 9/22/2014 | $12,312.00 |
| 9/22/2014 | $12,312.00 |
| 9/29/2014 | $50,036.00 |
| 9/29/2014 | $88,968.00 |
| 10/15/2014 | $18,143.00 |
| 10/15/2014 | $21,997.00 |
| 10/27/2014 | $18,737.00 |
| 11/13/2014 | $151,981.00 |
| 11/24/2014 | $41,917.00 |
| 12/2/2014 | $26,890.00 |
| 12/12/2014 | $26,278.00 |
| 12/12/2014 | $34,400.00 |
| 2/5/2015 | $45,717.00 |
| 2/24/2015 | $85,324.00 |
| 3/11/2015 | $10,096.00 |
| 3/17/2015 | $38,023.00 |
| 3/17/2015 | $117,561.00 |
| 5/6/2015 | $3,878.00 |

# EXHIBIT A

## TRANSFERS TO TRINITY METAL ROOF AND STEEL STRUCTURE CORP.

| Date | Payment Amount |
|---|---|
| 5/6/2015 | $21,623.00 |
| 6/1/2015 | $59,536.00 |
| 6/1/2015 | $60,860.00 |
| 6/30/2015 | $15,724.00 |
| 6/30/2015 | $71,495.00 |
| 6/30/2015 | $77,350.00 |
| 7/9/2015 | $165,298.00 |
| 8/18/2015 | $21,480.00 |
| 8/18/2015 | $3,390.00 |
| 9/24/2015 | $4,565.00 |
| 9/25/2015 | $1,261.00 |
| 10/13/2015 | $47,122.00 |
| 11/19/2015 | $95,511.00 |
| 12/22/2015 | $27,081.00 |
| 12/22/2015 | $66,881.00 |
| 12/22/2015 | $5,520.00 |
| 12/22/2015 | $25,060.00 |
| 12/22/2015 | $49,588.00 |
| 12/22/2015 | $12,530.00 |
| 1/4/2016 | $62,297.00 |
| 1/4/2016 | $1,250.00 |
| 1/4/2016 | $30,841.00 |
| 1/4/2016 | $9,689.00 |
| 2/10/2016 | $22,398.00 |
| 2/16/2016 | $25,942.00 |
| 2/16/2016 | $56,048.00 |
| 2/18/2016 | $15,087.00 |
| 2/22/2016 | $77,014.00 |
| 3/7/2016 | $9,235.00 |
| 3/7/2016 | $51,046.00 |
| 3/17/2016 | $2,367.00 |
| 3/17/2016 | $2,178.00 |
| 3/17/2016 | $17,044.00 |
| 3/31/2016 | $2,070.00 |
| 3/31/2016 | $96,171.00 |
| 3/31/2016 | $2,070.00 |
| 4/7/2016 | $8,041.00 |
| 5/26/2016 | $81,573.00 |
| 5/26/2016 | $27,257.00 |
| 5/26/2016 | $55,496.00 |
| 6/3/2016 | $6,695.00 |
| 6/3/2016 | $108,930.00 |
| 7/5/2016 | $36,807.00 |
| 7/5/2016 | $124,856.00 |
| 7/18/2016 | $21,146.00 |
| 7/18/2016 | $9,450.00 |

EXHIBIT A

TRANSFERS TO TRINITY METAL ROOF AND STEEL STRUCTURE CORP.

| Date | Payment Amount |
|---|---|
| 8/5/2016 | $7,371.00 |
| 8/9/2016 | $6,866.00 |
| 8/11/2016 | $90,511.00 |
| 8/22/2016 | $15,704.00 |
| 8/22/2016 | $6,771.00 |
| 8/22/2016 | $173,413.00 |
| 8/22/2016 | $60,917.00 |
| 8/22/2016 | $56,135.00 |
| 9/13/2016 | $2,080.00 |
| 9/13/2016 | $4,019.00 |
| 9/19/2016 | $82,349.00 |
| 9/19/2016 | $36,077.00 |
| 9/19/2016 | $16,969.00 |
| 9/19/2016 | $78,211.00 |
| 9/21/2016 | $2,080.00 |
| 10/6/2016 | $3,476.00 |
| 10/11/2016 | $21,926.00 |
| 10/13/2016 | $121,795.00 |
| 10/13/2016 | $28,561.00 |
| 10/13/2016 | $64,421.00 |
| 10/13/2016 | $16,867.00 |
| 11/21/2016 | $113,108.00 |
| 12/2/2016 | $258,240.00 |
| 12/2/2016 | $44,031.00 |
| 12/2/2016 | $61,637.00 |
| 12/8/2016 | $11,476.00 |
| 12/13/2016 | $103,471.00 |
| 1/3/2017 | $24,953.00 |
| 1/20/2017 | $16,112.00 |
| 1/20/2017 | $17,960.00 |
| 1/20/2017 | $4,435.00 |
| 1/23/2017 | $7,206.00 |
| 3/20/2017 | $64,286.00 |
| 3/20/2017 | $58,496.00 |
| 3/20/2017 | $59,683.00 |
| 3/20/2017 | $101,348.00 |
| 3/20/2017 | $65,857.00 |
| 3/27/2017 | $32,110.00 |
| 3/27/2017 | $64,832.00 |
| 4/17/2017 | $3,172.00 |
| 4/17/2017 | $124,477.00 |
| 4/17/2017 | $5,833.00 |
| 4/17/2017 | $188,340.00 |
| 4/17/2017 | $45,837.00 |