# EXHIBIT A

## EXHIBIT A
### TRANSFERS TO PROFESSIONAL CONSULTING PSYCHOEDUCATIONAL SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 6/5/2013 | $117,604.00 |
| 6/24/2013 | $22,815.00 |
| 6/24/2013 | $53,687.00 |
| 8/6/2013 | $348,163.00 |
| 8/14/2013 | $520,425.00 |
| 12/10/2013 | $261,638.00 |
| 12/19/2013 | $359,801.00 |
| 12/24/2013 | $120,170.00 |
| 1/6/2014 | $348,750.00 |
| 1/8/2014 | $259,508.00 |
| 2/6/2014 | $436,422.00 |
| 2/13/2014 | $241,778.00 |
| 3/12/2014 | $232,500.00 |
| 5/5/2014 | $360,510.00 |
| 6/2/2014 | $360,510.00 |
| 6/5/2014 | $725,334.00 |
| 6/10/2014 | $790,380.00 |
| 7/30/2014 | $436,422.00 |
| 8/6/2014 | $348,750.00 |
| 8/11/2014 | $790,380.00 |
| 8/15/2014 | $725,334.00 |
| 9/10/2014 | $725,334.00 |
| 9/15/2014 | $232,499.00 |
| 9/19/2014 | $290,948.00 |
| 9/19/2014 | $360,510.00 |
| 9/23/2014 | $778,524.00 |
| 9/24/2014 | $290,947.00 |
| 12/9/2014 | $10,165.00 |
| 12/11/2014 | $9,692.00 |
| 12/11/2014 | $14,834.00 |
| 12/11/2014 | $19,739.00 |
| 12/11/2014 | $23,167.00 |
| 12/15/2014 | $41,311.00 |
| 12/16/2014 | $40,011.00 |
| 12/19/2014 | $12,293.00 |
| 1/12/2015 | $283,838.00 |
| 4/21/2015 | $283,838.00 |
| 9/21/2015 | $240,860.00 |
| 10/26/2015 | $283,838.00 |
| 12/23/2015 | $1,310.00 |
| 12/29/2015 | $11,200.00 |
| 12/29/2015 | $256.00 |
| 12/31/2015 | $160,861.00 |
| 12/31/2015 | $15,520.00 |
| 12/31/2015 | $1,855.00 |
| 1/12/2016 | $2,762.00 |

EXHIBIT A

TRANSFERS TO PROFESSIONAL CONSULTING PSYCHOEDUCATIONAL SERVICES, LLC

| Date | Payment Amount |
|---|---|
| 1/27/2016 | $15,375.00 |
| 3/21/2016 | $160,861.00 |
| 3/21/2016 | $13,914.00 |
| 3/22/2016 | $3,366.00 |
| 3/22/2016 | $4,412.00 |
| 4/15/2016 | $4,401.00 |
| 5/11/2016 | $14,364.00 |
| 5/11/2016 | $8,106.00 |
| 5/17/2016 | $22,323.00 |
| 6/1/2016 | $7,880.00 |
| 6/1/2016 | $23,389.00 |
| 6/21/2016 | $160,861.00 |
| 7/14/2016 | $27,016.00 |
| 7/14/2016 | $9,925.00 |
| 8/12/2016 | $23,749.00 |
| 8/19/2016 | $6,680.00 |
| 9/1/2016 | $160,861.00 |
| 9/23/2016 | $4,454.00 |
| 9/30/2016 | $32,514.00 |
| 2/14/2017 | $1,108.50 |
| 2/14/2017 | $369.50 |
| 3/21/2017 | $190,243.00 |
| 4/11/2017 | $134,971.00 |
| 4/21/2017 | $136,804.00 |