# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO UNION HOLDINGS, INC.

| Date | Payment Amount |
|---|---|
| 6/4/2013 | $61,046.00 |
| 7/1/2013 | $62,475.00 |
| 9/17/2013 | $124,950.00 |
| 10/2/2013 | $62,475.00 |
| 11/1/2013 | $62,475.00 |
| 12/11/2013 | $62,475.00 |
| 1/21/2014 | $62,475.00 |
| 2/4/2014 | $62,475.00 |
| 2/28/2014 | $62,475.00 |
| 4/4/2014 | $62,475.00 |
| 5/7/2014 | $62,475.00 |
| 6/2/2014 | $62,475.00 |
| 7/1/2014 | $63,933.00 |
| 8/18/2014 | $63,933.00 |
| 9/18/2014 | $63,933.00 |
| 10/6/2014 | $63,933.00 |
| 11/6/2014 | $63,933.00 |
| 12/4/2014 | $63,933.00 |
| 1/12/2015 | $63,933.00 |
| 2/9/2015 | $63,933.00 |
| 3/5/2015 | $63,933.00 |
| 4/9/2015 | $63,933.00 |
| 5/4/2015 | $63,933.00 |
| 5/29/2015 | $1,600.00 |
| 5/29/2015 | $478.00 |
| 6/4/2015 | $10,000.00 |
| 6/4/2015 | $16,365.00 |
| 6/4/2015 | $63,933.00 |
| 6/10/2015 | $165.00 |
| 6/11/2015 | $350.00 |
| 6/12/2015 | $6,321.00 |
| 6/12/2015 | $1,773.00 |
| 6/22/2015 | $5,000.00 |
| 6/22/2015 | $424.00 |
| 6/22/2015 | $3,898.00 |
| 6/22/2015 | $5,629.00 |
| 6/29/2015 | $1,036.00 |
| 6/29/2015 | $63,933.00 |
| 7/3/2015 | $64,022.00 |
| 7/3/2015 | $26,000.00 |
| 7/7/2015 | $55,399.00 |
| 7/8/2015 | $16,365.00 |
| 7/10/2015 | $424.00 |
| 7/15/2015 | $55,399.00 |
| 7/20/2015 | $5,000.00 |
| 7/20/2015 | $64,022.00 |

EXHIBIT A

TRANSFERS TO UNION HOLDINGS, INC.

| Date | Payment Amount |
|---|---|
| 7/20/2015 | $686.00 |
| 8/5/2015 | $7,737.00 |
| 8/12/2015 | $7,402.00 |
| 8/13/2015 | $63,933.00 |
| 8/17/2015 | $55,399.00 |
| 8/26/2015 | $26,000.00 |
| 8/26/2015 | $580.00 |
| 8/31/2015 | $3,898.00 |
| 8/31/2015 | $750.00 |
| 9/8/2015 | $63,933.00 |
| 9/11/2015 | $64,022.00 |
| 9/16/2015 | $5,000.00 |
| 9/21/2015 | $26,000.00 |
| 9/21/2015 | $2,730.00 |
| 9/25/2015 | $55,399.00 |
| 10/2/2015 | $7,530.00 |
| 10/5/2015 | $63,933.00 |
| 10/8/2015 | $30,000.00 |
| 10/13/2015 | $16,688.00 |
| 10/19/2015 | $7,402.00 |
| 10/27/2015 | $55,399.00 |
| 11/2/2015 | $26,000.00 |
| 11/5/2015 | $63,933.00 |
| 11/17/2015 | $662.00 |
| 11/25/2015 | $5,667.00 |
| 11/25/2015 | $64,022.00 |
| 12/3/2015 | $63,933.00 |
| 12/10/2015 | $5,000.00 |
| 12/10/2015 | $64,022.00 |
| 12/10/2015 | $64,022.00 |
| 12/17/2015 | $5,000.00 |
| 12/17/2015 | $10,000.00 |
| 1/14/2016 | $16,688.00 |
| 1/14/2016 | $26,000.00 |
| 1/25/2016 | $16,688.00 |
| 1/25/2016 | $26,000.00 |
| 2/2/2016 | $7,910.00 |
| 2/9/2016 | $6,341.00 |
| 2/9/2016 | $64,022.00 |
| 2/9/2016 | $125.00 |
| 2/22/2016 | $96.00 |
| 3/9/2016 | $10,000.00 |
| 3/10/2016 | $63,933.00 |
| 3/17/2016 | $16,688.00 |
| 3/17/2016 | $16,688.00 |
| 3/17/2016 | $26,000.00 |

EXHIBIT A

TRANSFERS TO UNION HOLDINGS, INC.

| Date | Payment Amount |
|---|---|
| 3/17/2016 | $7,372.00 |
| 3/28/2016 | $16,688.00 |
| 3/28/2016 | $64,022.00 |
| 3/31/2016 | $57.00 |
| 4/4/2016 | $63,933.00 |
| 4/27/2016 | $255,733.00 |
| 4/29/2016 | $2,553.00 |
| 4/29/2016 | $4,849.00 |
| 4/29/2016 | $7,402.00 |
| 4/29/2016 | $213.00 |
| 5/2/2016 | $10,000.00 |
| 5/2/2016 | $740.00 |
| 5/5/2016 | $55,399.00 |
| 5/5/2016 | $424.00 |
| 5/5/2016 | $5,965.00 |
| 5/5/2016 | $5,000.00 |
| 5/6/2016 | $26,000.00 |
| 5/6/2016 | $159.00 |
| 5/6/2016 | $64,022.00 |
| 5/19/2016 | $55,399.00 |
| 5/19/2016 | $424.00 |
| 5/19/2016 | $5,000.00 |
| 5/19/2016 | $10,000.00 |
| 5/19/2016 | $16,688.00 |
| 5/25/2016 | $7,402.00 |
| 5/25/2016 | $232.00 |
| 5/25/2016 | $64,022.00 |
| 6/1/2016 | $10,000.00 |
| 6/1/2016 | $376.00 |
| 6/1/2016 | $26,000.00 |
| 6/28/2016 | $16,688.00 |
| 6/28/2016 | $159.00 |
| 6/28/2016 | $64,022.00 |
| 7/12/2016 | $478.00 |
| 7/12/2016 | $26,000.00 |
| 7/14/2016 | $131.00 |
| 7/14/2016 | $55,399.00 |
| 7/14/2016 | $424.00 |
| 7/14/2016 | $6,570.00 |
| 7/14/2016 | $5,000.00 |
| 7/29/2016 | $16,688.00 |
| 8/4/2016 | $26,000.00 |
| 8/4/2016 | $64,022.00 |
| 8/4/2016 | $55,399.00 |
| 8/4/2016 | $424.00 |
| 8/4/2016 | $7,155.00 |

EXHIBIT A

TRANSFERS TO UNION HOLDINGS, INC.

| Date | Payment Amount |
|---|---|
| 8/4/2016 | $5,000.00 |
| 8/17/2016 | $555.00 |
| 8/17/2016 | $160.00 |
| 8/18/2016 | $6,480.00 |
| 8/18/2016 | $922.00 |
| 8/18/2016 | $424.00 |
| 8/18/2016 | $6,375.00 |
| 8/18/2016 | $5,000.00 |
| 8/22/2016 | $10,000.00 |
| 8/25/2016 | $55,399.00 |
| 8/25/2016 | $84,709.00 |
| 9/1/2016 | $186.00 |
| 9/1/2016 | $7,402.00 |
| 9/1/2016 | $167.00 |
| 9/1/2016 | $7,402.00 |
| 9/8/2016 | $10,000.00 |
| 9/8/2016 | $16,729.00 |
| 9/8/2016 | $26,000.00 |
| 9/12/2016 | $7,402.00 |
| 9/12/2016 | $139.00 |
| 9/19/2016 | $424.00 |
| 9/19/2016 | $7,572.00 |
| 9/19/2016 | $5,000.00 |
| 9/21/2016 | $10,000.00 |
| 9/26/2016 | $16,729.00 |
| 9/26/2016 | $26,000.00 |
| 9/26/2016 | $84,709.00 |
| 10/5/2016 | $183.00 |
| 10/5/2016 | $55,399.00 |
| 10/11/2016 | $10,000.00 |
| 10/11/2016 | $16,729.00 |
| 10/11/2016 | $1,487.00 |
| 10/11/2016 | $158.00 |
| 10/11/2016 | $5,915.00 |
| 10/24/2016 | $424.00 |
| 10/24/2016 | $7,302.00 |
| 10/24/2016 | $5,000.00 |
| 10/27/2016 | $26,000.00 |
| 10/27/2016 | $55,399.00 |
| 11/2/2016 | $380.00 |
| 11/14/2016 | $539.00 |
| 11/14/2016 | $424.00 |
| 11/14/2016 | $7,436.00 |
| 11/14/2016 | $4,250.00 |
| 11/22/2016 | $55,399.00 |
| 11/29/2016 | $179.00 |

EXHIBIT A

TRANSFERS TO UNION HOLDINGS, INC.

| Date | Payment Amount |
|---|---|
| 11/29/2016 | $7,402.00 |
| 12/2/2016 | $10,000.00 |
| 12/2/2016 | $16,729.00 |
| 12/2/2016 | $84,709.00 |
| 12/9/2016 | $10,000.00 |
| 12/9/2016 | $26,000.00 |
| 12/9/2016 | $84,709.00 |
| 12/15/2016 | $424.00 |
| 12/15/2016 | $4,250.00 |
| 12/15/2016 | $7,474.00 |
| 12/19/2016 | $26,000.00 |
| 12/19/2016 | $55,399.00 |
| 12/22/2016 | $642.00 |
| 12/22/2016 | $7,402.00 |
| 12/22/2016 | $155.00 |
| 12/28/2016 | $16,729.00 |
| 1/23/2017 | $103.00 |
| 1/23/2017 | $127.00 |
| 1/23/2017 | $7,168.00 |
| 1/23/2017 | $234.00 |
| 1/30/2017 | $4,250.00 |
| 2/2/2017 | $55,399.00 |
| 2/2/2017 | $424.00 |
| 2/8/2017 | $7,350.00 |
| 2/21/2017 | $92.00 |
| 2/23/2017 | $10,000.00 |
| 2/23/2017 | $16,729.00 |
| 2/23/2017 | $26,000.00 |
| 2/23/2017 | $84,709.00 |
| 2/23/2017 | $55,399.00 |
| 2/23/2017 | $424.00 |
| 2/23/2017 | $6,811.00 |
| 3/1/2017 | $110.00 |
| 3/1/2017 | $7,402.00 |
| 3/1/2017 | $84,709.00 |
| 3/1/2017 | $4,250.00 |
| 3/2/2017 | $26,000.00 |
| 3/16/2017 | $4,250.00 |
| 3/16/2017 | $424.00 |
| 3/20/2017 | $55,399.00 |
| 3/27/2017 | $16,729.00 |
| 3/28/2017 | $8,481.00 |
| 4/6/2017 | $159.00 |
| 4/6/2017 | $7,402.00 |
| 4/10/2017 | $266.00 |
| 4/11/2017 | $4,250.00 |

EXHIBIT A

TRANSFERS TO UNION HOLDINGS, INC.

| Date | Payment Amount |
|---|---|
| 4/17/2017 | $10,000.00 |
| 4/17/2017 | $55,399.00 |
| 4/17/2017 | $424.00 |
| 4/20/2017 | $131.00 |
| 4/21/2017 | $26,000.00 |
| 4/21/2017 | $84,709.00 |
| 4/24/2017 | $15,116.00 |
| 4/24/2017 | $15,116.00 |
| 4/25/2017 | $7,402.00 |
| 4/28/2017 | $10,000.00 |
| 4/28/2017 | $365.00 |