# EXHIBIT A

EXHIBIT A

TRANSFERS TO PROFESSIONAL RECORDS AND INFORMATION MANAGEMENT, INC.

| Date | Payment Amount |
|---|---|
| 5/7/2013 | $2,054.00 |
| 5/11/2013 | $113,128.00 |
| 5/16/2013 | $1,098.00 |
| 5/16/2013 | $1,098.00 |
| 5/16/2013 | $1,116.00 |
| 5/17/2013 | $1,098.00 |
| 5/24/2013 | $113,128.00 |
| 5/28/2013 | $1,098.00 |
| 6/6/2013 | $1,098.00 |
| 6/13/2013 | $113,128.00 |
| 6/17/2013 | $2,326.00 |
| 6/18/2013 | $2,299.00 |
| 6/27/2013 | $17,500.00 |
| 7/11/2013 | $1,791.00 |
| 7/22/2013 | $2,138.00 |
| 8/2/2013 | $113,128.00 |
| 8/9/2013 | $2,045.00 |
| 8/9/2013 | $1,098.00 |
| 8/26/2013 | $1,098.00 |
| 9/4/2013 | $1,961.00 |
| 9/15/2013 | $226,257.00 |
| 10/9/2013 | $2,058.00 |
| 10/11/2013 | $1,098.00 |
| 10/13/2013 | $113,128.00 |
| 11/13/2013 | $1,864.00 |
| 11/24/2013 | $113,128.00 |
| 12/13/2013 | $113,128.00 |
| 12/23/2013 | $1,098.00 |
| 1/8/2014 | $1,098.00 |
| 1/8/2014 | $1,098.00 |
| 1/8/2014 | $1,098.00 |
| 1/25/2014 | $113,128.00 |
| 2/4/2014 | $1,098.00 |
| 2/20/2014 | $113,128.00 |
| 2/28/2014 | $1,938.00 |
| 3/21/2014 | $113,128.00 |
| 4/13/2014 | $113,128.00 |
| 5/13/2014 | $2,145.00 |
| 6/1/2014 | $113,128.00 |
| 6/14/2014 | $113,128.00 |
| 6/17/2014 | $1,978.00 |
| 6/24/2014 | $2,170.00 |
| 6/27/2014 | $1,098.00 |
| 6/27/2014 | $1,098.00 |
| 6/30/2014 | $1,098.00 |
| 7/1/2014 | $1,098.00 |

# EXHIBIT A
## TRANSFERS TO PROFESSIONAL RECORDS AND INFORMATION MANAGEMENT, INC.

| Date | Payment Amount |
|---|---|
| 7/11/2014 | $1,098.00 |
| 7/20/2014 | $113,128.00 |
| 8/26/2014 | $2,350.00 |
| 8/26/2014 | $1,908.00 |
| 9/14/2014 | $113,128.00 |
| 9/15/2014 | $2,180.00 |
| 9/15/2014 | $2,228.00 |
| 9/19/2014 | $113,128.00 |
| 9/23/2014 | $1,098.00 |
| 9/24/2014 | $2,021.00 |
| 9/24/2014 | $2,214.00 |
| 9/24/2014 | $2,256.00 |
| 10/9/2014 | $113,128.00 |
| 10/15/2014 | $2,352.00 |
| 10/23/2014 | $1,098.00 |
| 10/23/2014 | $1,098.00 |
| 11/14/2014 | $113,128.00 |
| 11/14/2014 | $1,098.00 |
| 12/9/2014 | $2,225.00 |
| 12/24/2014 | $1,098.00 |
| 1/13/2015 | $2,325.00 |
| 1/13/2015 | $1,098.00 |
| 1/30/2015 | $113,128.00 |
| 1/31/2015 | $113,128.00 |
| 2/10/2015 | $2,295.00 |
| 2/10/2015 | $1,098.00 |
| 2/20/2015 | $113,128.00 |
| 3/3/2015 | $2,376.00 |
| 3/7/2015 | $113,128.00 |
| 3/10/2015 | $2,272.00 |
| 3/10/2015 | $1,098.00 |
| 4/16/2015 | $105,314.00 |
| 4/28/2015 | $2,310.00 |
| 5/11/2015 | $1,098.00 |
| 5/22/2015 | $113,128.00 |
| 5/29/2015 | $1,600.00 |
| 5/29/2015 | $14,167.00 |
| 6/4/2015 | $5,270.00 |
| 6/12/2015 | $1,397.00 |
| 6/14/2015 | $105,209.00 |
| 6/22/2015 | $1,410.00 |
| 6/22/2015 | $3,500.00 |
| 7/3/2015 | $14,167.00 |
| 7/7/2015 | $1,585.00 |
| 7/9/2015 | $1,098.00 |
| 7/15/2015 | $3,500.00 |

EXHIBIT A

TRANSFERS TO PROFESSIONAL RECORDS AND INFORMATION MANAGEMENT, INC.

| Date | Payment Amount |
|---|---|
| 7/15/2015 | $14,167.00 |
| 7/16/2015 | $105,209.00 |
| 7/20/2015 | $5,261.00 |
| 7/20/2015 | $1,408.00 |
| 7/27/2015 | $2,217.00 |
| 7/27/2015 | $2,085.00 |
| 8/10/2015 | $1,098.00 |
| 8/16/2015 | $105,209.00 |
| 8/17/2015 | $5,350.00 |
| 8/17/2015 | $1,399.00 |
| 8/19/2015 | $14,167.00 |
| 8/26/2015 | $1,602.00 |
| 9/8/2015 | $22.00 |
| 9/16/2015 | $1,098.00 |
| 9/19/2015 | $105,209.00 |
| 9/25/2015 | $14,167.00 |
| 10/2/2015 | $6,750.00 |
| 10/8/2015 | $1,410.00 |
| 10/13/2015 | $6,750.00 |
| 10/13/2015 | $14,167.00 |
| 10/19/2015 | $3,375.00 |
| 10/20/2015 | $1,098.00 |
| 10/21/2015 | $1,561.50 |
| 10/21/2015 | $1,750.50 |
| 10/21/2015 | $1,582.50 |
| 10/21/2015 | $520.50 |
| 10/21/2015 | $583.50 |
| 10/21/2015 | $527.50 |
| 11/7/2015 | $113,128.00 |
| 11/12/2015 | $5,520.00 |
| 11/13/2015 | $1,098.00 |
| 11/17/2015 | $1,400.00 |
| 11/17/2015 | $14,167.00 |
| 11/25/2015 | $3,212.00 |
| 12/9/2015 | $113,128.00 |
| 12/17/2015 | $2,616.00 |
| 12/17/2015 | $3,375.00 |
| 12/30/2015 | $113,128.00 |
| 1/5/2016 | $1,561.50 |
| 1/5/2016 | $520.50 |
| 1/5/2016 | $1,098.00 |
| 1/25/2016 | $14,167.00 |
| 2/2/2016 | $1,597.00 |
| 2/2/2016 | $32,854.00 |
| 2/9/2016 | $1,390.00 |
| 2/9/2016 | $133,214.00 |

EXHIBIT A

TRANSFERS TO PROFESSIONAL RECORDS AND INFORMATION MANAGEMENT, INC.

| Date | Payment Amount |
|---|---|
| 2/9/2016 | $3,274.00 |
| 2/9/2016 | $14,167.00 |
| 2/18/2016 | $445,816.00 |
| 3/9/2016 | $3,274.00 |
| 3/9/2016 | $14,167.00 |
| 3/17/2016 | $1,561.50 |
| 3/17/2016 | $1,571.25 |
| 3/17/2016 | $520.50 |
| 3/17/2016 | $523.75 |
| 3/17/2016 | $1,675.00 |
| 3/17/2016 | $3,500.00 |
| 3/21/2016 | $1,731.00 |
| 3/21/2016 | $577.00 |
| 3/22/2016 | $1,524.75 |
| 3/22/2016 | $508.25 |
| 3/22/2016 | $1,098.00 |
| 3/28/2016 | $7,579.00 |
| 3/28/2016 | $7,179.00 |
| 3/31/2016 | $3,274.00 |
| 4/2/2016 | $109,734.00 |
| 4/4/2016 | $1,098.00 |
| 4/4/2016 | $1,098.00 |
| 4/29/2016 | $14,167.00 |
| 5/2/2016 | $1,690.00 |
| 5/2/2016 | $8,789.00 |
| 5/4/2016 | $3,274.00 |
| 5/6/2016 | $5,608.00 |
| 5/9/2016 | $1,544.25 |
| 5/9/2016 | $514.75 |
| 5/9/2016 | $1,065.00 |
| 5/11/2016 | $1,524.75 |
| 5/11/2016 | $508.25 |
| 5/11/2016 | $1,065.00 |
| 5/11/2016 | $1,065.00 |
| 5/19/2016 | $1,684.00 |
| 5/19/2016 | $5,720.00 |
| 5/19/2016 | $5,666.00 |
| 5/25/2016 | $1,392.00 |
| 6/1/2016 | $1,721.00 |
| 6/1/2016 | $3,274.00 |
| 6/1/2016 | $5,727.00 |
| 6/1/2016 | $1,461.00 |
| 6/1/2016 | $8,789.00 |
| 6/1/2016 | $14,167.00 |
| 6/5/2016 | $438,938.00 |
| 6/15/2016 | $272.00 |

# EXHIBIT A

## TRANSFERS TO PROFESSIONAL RECORDS AND INFORMATION MANAGEMENT, INC.

| Date | Payment Amount |
|---|---|
| 6/15/2016 | $21,465.00 |
| 6/28/2016 | $1,624.00 |
| 6/28/2016 | $3,274.00 |
| 6/28/2016 | $1,065.00 |
| 6/28/2016 | $1,065.00 |
| 6/28/2016 | $14,167.00 |
| 6/30/2016 | $1,065.00 |
| 7/7/2016 | $1,410.00 |
| 7/12/2016 | $1,670.00 |
| 7/12/2016 | $629.00 |
| 7/12/2016 | $3,500.00 |
| 7/14/2016 | $113,128.00 |
| 7/20/2016 | $5,702.00 |
| 7/29/2016 | $14,167.00 |
| 7/29/2016 | $28,012.00 |
| 7/29/2016 | $3,274.00 |
| 8/4/2016 | $1,734.00 |
| 8/4/2016 | $1,400.00 |
| 8/10/2016 | $1,712.25 |
| 8/10/2016 | $570.75 |
| 8/18/2016 | $739.00 |
| 8/18/2016 | $1,729.00 |
| 8/18/2016 | $5,735.00 |
| 8/30/2016 | $1,636.50 |
| 8/30/2016 | $1,773.75 |
| 8/30/2016 | $545.50 |
| 8/30/2016 | $591.25 |
| 9/1/2016 | $3,274.00 |
| 9/1/2016 | $4,430.00 |
| 9/1/2016 | $1,397.00 |
| 9/8/2016 | $23,292.00 |
| 9/12/2016 | $5,655.00 |
| 9/19/2016 | $933.00 |
| 9/21/2016 | $3,274.00 |
| 9/23/2016 | $1,594.50 |
| 9/23/2016 | $1,602.00 |
| 9/23/2016 | $531.50 |
| 9/23/2016 | $534.00 |
| 9/26/2016 | $14,167.00 |
| 9/26/2016 | $14,167.00 |
| 10/5/2016 | $14,167.00 |
| 10/5/2016 | $1,995.00 |
| 10/11/2016 | $3,274.00 |
| 10/19/2016 | $1,065.00 |
| 10/19/2016 | $2,130.00 |
| 11/2/2016 | $14,167.00 |

EXHIBIT A

TRANSFERS TO PROFESSIONAL RECORDS AND INFORMATION MANAGEMENT, INC.

| Date | Payment Amount |
|---|---|
| 11/2/2016 | $1,779.00 |
| 11/2/2016 | $4,317.00 |
| 11/2/2016 | $1,468.00 |
| 11/2/2016 | $2,802.00 |
| 11/7/2016 | $5,665.00 |
| 11/21/2016 | $3,274.00 |
| 11/29/2016 | $7,933.00 |
| 11/29/2016 | $3,500.00 |
| 11/29/2016 | $1,799.00 |
| 12/12/2016 | $1,109.00 |
| 12/12/2016 | $215,293.00 |
| 12/12/2016 | $14,167.00 |
| 12/12/2016 | $113,128.00 |
| 12/15/2016 | $3,274.00 |
| 12/15/2016 | $1,793.00 |
| 12/28/2016 | $1,065.00 |
| 12/28/2016 | $1,065.00 |
| 12/28/2016 | $3,186.00 |
| 12/28/2016 | $1,062.00 |
| 1/5/2017 | $7,000.00 |
| 1/5/2017 | $5,714.00 |
| 1/24/2017 | $1,065.00 |
| 1/25/2017 | $113,128.00 |
| 2/2/2017 | $3,274.00 |
| 2/8/2017 | $1,922.00 |
| 2/8/2017 | $400.00 |
| 2/8/2017 | $4,181.00 |
| 2/21/2017 | $3,375.00 |
| 2/22/2017 | $1,098.00 |
| 2/23/2017 | $14,167.00 |
| 3/1/2017 | $14,167.00 |
| 3/1/2017 | $1,842.00 |
| 3/1/2017 | $5,689.00 |
| 3/1/2017 | $5,677.00 |
| 3/15/2017 | $1,839.00 |
| 4/5/2017 | $5,704.00 |
| 4/10/2017 | $840.00 |
| 4/12/2017 | $96,663.00 |
| 4/21/2017 | $48,810.00 |
| 4/21/2017 | $5,043.75 |
| 4/21/2017 | $1,681.25 |
| 4/24/2017 | $14,167.00 |
| 4/24/2017 | $14,167.00 |
| 4/25/2017 | $201,629.00 |
| 4/25/2017 | $2,196.00 |
| 5/1/2017 | $1,009.00 |

# EXHIBIT A

## TRANSFERS TO PROFESSIONAL RECORDS AND INFORMATION MANAGEMENT, INC.

| Date | Payment Amount |
|---|---|
| 5/1/2017 | $1,009.00 |