# EXHIBIT A

Case:17-03283-LTS Doc#:6708-1 Filed:04/30/19 Entered:04/30/19 21:29:08 Desc: Exhibit A Page 1 of 3

EXHIBIT A

TRANSFERS TO INTEGRA DESIGN GROUP PSC

| Date | Payment Amount |
|---|---|
| 6/11/2013 | $156,300.00 |
| 6/27/2013 | $199,763.00 |
| 10/18/2013 | $27,562.00 |
| 11/18/2013 | $332,711.00 |
| 1/9/2014 | $120,170.00 |
| 1/9/2014 | $120,170.00 |
| 2/10/2014 | $352,138.00 |
| 3/4/2014 | $34,416.00 |
| 4/15/2014 | $19,208.00 |
| 4/15/2014 | $360,510.00 |
| 4/15/2014 | $360,510.00 |
| 4/16/2014 | $234,430.00 |
| 5/30/2014 | $11,684.00 |
| 6/2/2014 | $352,389.00 |
| 6/2/2014 | $360,510.00 |
| 6/4/2014 | $360,510.00 |
| 9/4/2014 | $360,510.00 |
| 9/19/2014 | $234,926.00 |
| 9/24/2014 | $360,510.00 |
| 10/24/2014 | $5,315.00 |
| 1/5/2015 | $234,766.00 |
| 1/6/2015 | $234,395.00 |
| 1/14/2015 | $15,563.00 |
| 1/20/2015 | $2,463.00 |
| 1/29/2015 | $1,730.00 |
| 2/18/2015 | $234,395.00 |
| 2/23/2015 | $2,463.00 |
| 3/26/2015 | $2,463.00 |
| 3/26/2015 | $2,463.00 |
| 3/26/2015 | $3,002.00 |
| 4/21/2015 | $234,766.00 |
| 6/15/2015 | $2,500.00 |
| 6/15/2015 | $2,709.00 |
| 6/29/2015 | $2,463.00 |
| 7/30/2015 | $2,500.00 |
| 8/26/2015 | $4,903.00 |
| 9/4/2015 | $2,463.00 |
| 9/4/2015 | $2,463.00 |
| 9/11/2015 | $234,395.00 |
| 10/2/2015 | $234,766.00 |
| 10/2/2015 | $7,740.00 |
| 10/20/2015 | $2,463.00 |
| 11/3/2015 | $234,395.00 |
| 11/5/2015 | $6,840.00 |
| 11/10/2015 | $234,766.00 |
| 11/17/2015 | $400.00 |

EXHIBIT A

TRANSFERS TO INTEGRA DESIGN GROUP PSC

| Date | Payment Amount |
|---|---|
| 1/11/2016 | $185,493.00 |
| 2/24/2016 | $2,463.00 |
| 2/24/2016 | $2,463.00 |
| 3/18/2016 | $2,500.00 |
| 3/23/2016 | $185,493.00 |
| 3/23/2016 | $190,851.00 |
| 3/23/2016 | $190,851.00 |
| 5/31/2016 | $185,493.00 |
| 8/12/2016 | $190,851.00 |
| 10/3/2016 | $394,892.00 |
| 10/4/2016 | $396,192.00 |
| 10/4/2016 | $190,851.00 |
| 10/20/2016 | $185,493.00 |
| 10/28/2016 | $402,226.00 |
| 2/10/2017 | $3,200.00 |
| 3/7/2017 | $113,337.00 |
| 3/24/2017 | $109,992.00 |
| 4/3/2017 | $3,200.00 |
| 4/25/2017 | $375,084.00 |
| 4/25/2017 | $366,583.00 |