# EXHIBIT A

EXHIBIT A

TRANSFERS TO PROMOTIONS & DIRECT, INC.

| Date | Payment Amount |
|---|---|
| 1/3/2014 | $2,759.00 |
| 1/3/2014 | $1,174.00 |
| 2/3/2014 | $6,870.00 |
| 2/3/2014 | $14,076.00 |
| 2/4/2014 | $3,167.00 |
| 2/5/2014 | $16,538.00 |
| 2/10/2014 | $8,040.00 |
| 2/10/2014 | $19,839.00 |
| 2/10/2014 | $77,026.00 |
| 2/14/2014 | $2,190.00 |
| 2/14/2014 | $2,195.00 |
| 2/14/2014 | $2,449.00 |
| 2/14/2014 | $9,585.00 |
| 2/14/2014 | $640.00 |
| 2/14/2014 | $17,251.00 |
| 2/14/2014 | $30,280.00 |
| 2/14/2014 | $31,432.00 |
| 2/14/2014 | $140.00 |
| 2/14/2014 | $41,366.00 |
| 2/14/2014 | $853.00 |
| 2/14/2014 | $74,669.00 |
| 2/14/2014 | $222.00 |
| 2/14/2014 | $243.00 |
| 2/14/2014 | $1,939.00 |
| 3/6/2014 | $235,439.00 |
| 3/7/2014 | $5,330.00 |
| 3/12/2014 | $25,648.00 |
| 4/4/2014 | $1,298.00 |
| 4/7/2014 | $441.00 |
| 4/7/2014 | $926.00 |
| 4/7/2014 | $933.00 |
| 4/9/2014 | $62,651.00 |
| 4/15/2014 | $2,500.00 |
| 4/15/2014 | $5,109.00 |
| 4/15/2014 | $46,958.00 |
| 4/15/2014 | $154,588.00 |
| 4/23/2014 | $2,321.00 |
| 5/15/2014 | $12,180.00 |
| 5/15/2014 | $105,750.00 |
| 5/19/2014 | $194,141.00 |
| 5/30/2014 | $3,915.00 |
| 5/30/2014 | $7,582.00 |
| 5/30/2014 | $527.00 |
| 5/30/2014 | $835.00 |
| 5/30/2014 | $840.00 |
| 5/30/2014 | $1,039.00 |

63378593 v1

EXHIBIT A

TRANSFERS TO PROMOTIONS & DIRECT, INC.

| Date | Payment Amount |
| --- | --- |
| 5/30/2014 | $1,221.00 |
| 5/30/2014 | $1,694.00 |
| 5/30/2014 | $1,707.00 |
| 5/30/2014 | $1,822.00 |
| 5/30/2014 | $243.00 |
| 6/5/2014 | $34,269.00 |
| 6/6/2014 | $15,647.00 |
| 6/17/2014 | $5,961.00 |
| 6/18/2014 | $15,916.00 |
| 6/30/2014 | $6,408.00 |
| 6/30/2014 | $7,134.00 |
| 7/3/2014 | $160,162.00 |
| 7/23/2014 | $27,546.00 |
| 7/23/2014 | $78,383.00 |
| 8/1/2014 | $3,088.00 |
| 8/1/2014 | $541.00 |
| 8/1/2014 | $1,459.00 |
| 8/1/2014 | $1,573.00 |
| 8/1/2014 | $241.00 |
| 8/1/2014 | $245.00 |
| 8/6/2014 | $16,292.00 |
| 8/12/2014 | $25,601.00 |
| 8/22/2014 | $160,457.00 |
| 9/9/2014 | $149,655.00 |
| 9/17/2014 | $20,237.00 |
| 9/17/2014 | $1,269.00 |
| 9/24/2014 | $3,214.00 |
| 9/24/2014 | $7,288.00 |
| 9/24/2014 | $34,357.00 |
| 9/24/2014 | $39,444.00 |
| 10/9/2014 | $2,007.00 |
| 10/9/2014 | $2,205.00 |
| 10/9/2014 | $2,302.00 |
| 10/9/2014 | $2,512.00 |
| 10/9/2014 | $3,046.00 |
| 10/9/2014 | $347.00 |
| 10/9/2014 | $3,733.00 |
| 10/9/2014 | $6,668.00 |
| 10/9/2014 | $9,899.00 |
| 10/9/2014 | $955.00 |
| 10/9/2014 | $20.00 |
| 10/15/2014 | $10,851.00 |
| 10/21/2014 | $50,378.00 |
| 11/5/2014 | $8,416.00 |
| 11/5/2014 | $10,432.00 |
| 11/5/2014 | $15,959.00 |

63378593 v1

EXHIBIT A

TRANSFERS TO PROMOTIONS & DIRECT, INC.

| Date | Payment Amount |
|---|---|
| 11/5/2014 | $33,585.00 |
| 11/18/2014 | $96,093.00 |
| 12/5/2014 | $38,395.00 |
| 1/12/2015 | $2,170.00 |
| 1/12/2015 | $3,014.00 |
| 1/12/2015 | $5,953.00 |
| 1/12/2015 | $527.00 |
| 1/12/2015 | $699.00 |
| 1/12/2015 | $740.00 |
| 1/14/2015 | $166,176.00 |
| 1/16/2015 | $12,656.00 |
| 1/16/2015 | $27,346.00 |
| 1/16/2015 | $34,648.00 |
| 1/16/2015 | $37,376.00 |
| 1/16/2015 | $37,710.00 |
| 1/27/2015 | $14,936.00 |
| 1/27/2015 | $16,610.00 |
| 1/27/2015 | $658.00 |
| 1/29/2015 | $1,821.00 |
| 2/4/2015 | $69,343.00 |
| 2/4/2015 | $80,542.00 |
| 2/18/2015 | $36,748.00 |
| 2/23/2015 | $27,792.00 |
| 2/23/2015 | $31,602.00 |
| 2/23/2015 | $56,179.00 |
| 3/4/2015 | $7,855.00 |
| 3/4/2015 | $29,220.00 |
| 3/4/2015 | $86,576.00 |
| 3/4/2015 | $628,780.00 |
| 3/11/2015 | $14,207.00 |
| 3/11/2015 | $16,151.00 |
| 3/11/2015 | $39,892.00 |
| 4/13/2015 | $4,054.00 |
| 4/20/2015 | $2,870.00 |
| 5/1/2015 | $332.00 |
| 5/1/2015 | $11,860.00 |
| 5/1/2015 | $201,916.00 |
| 5/12/2015 | $1,597.00 |
| 5/14/2015 | $12,037.00 |
| 5/14/2015 | $26,285.00 |
| 5/14/2015 | $164,214.00 |
| 5/21/2015 | $5,625.00 |
| 5/21/2015 | $9,649.00 |
| 5/21/2015 | $19,922.00 |
| 5/21/2015 | $32,582.00 |
| 5/21/2015 | $775.00 |

EXHIBIT A

TRANSFERS TO PROMOTIONS & DIRECT, INC.

| Date | Payment Amount |
|---|---|
| 6/4/2015 | $1,418.00 |
| 6/16/2015 | $6,000.00 |
| 6/23/2015 | $111,332.00 |
| 6/23/2015 | $236,521.00 |
| 6/25/2015 | $623.00 |
| 6/25/2015 | $845.00 |
| 6/29/2015 | $3,546.00 |
| 6/29/2015 | $3,443.00 |
| 7/2/2015 | $3,392.00 |
| 7/2/2015 | $473.00 |
| 7/21/2015 | $34,404.00 |
| 7/29/2015 | $4,508.00 |
| 8/3/2015 | $35,482.00 |
| 8/5/2015 | $9,262.00 |
| 8/5/2015 | $24,252.00 |
| 8/5/2015 | $85,945.00 |
| 8/5/2015 | $32,676.00 |
| 8/12/2015 | $1,959.00 |
| 8/12/2015 | $8,153.00 |
| 8/12/2015 | $23,408.00 |
| 8/12/2015 | $30,941.00 |
| 8/12/2015 | $39,676.00 |
| 8/20/2015 | $5,575.00 |
| 8/21/2015 | $77,647.00 |
| 9/2/2015 | $2,739.00 |
| 9/4/2015 | $9,263.00 |
| 9/4/2015 | $8,662.00 |
| 9/10/2015 | $1,724.00 |
| 9/10/2015 | $1,958.00 |
| 9/10/2015 | $3,443.00 |
| 9/10/2015 | $2,610.00 |
| 9/10/2015 | $1,342.00 |
| 9/14/2015 | $595.00 |
| 9/14/2015 | $33,922.00 |
| 9/14/2015 | $11,762.00 |
| 9/14/2015 | $27,996.00 |
| 9/17/2015 | $9,889.00 |
| 9/18/2015 | $118,394.00 |
| 9/23/2015 | $601.00 |
| 9/23/2015 | $44,508.00 |
| 10/6/2015 | $3,250.00 |
| 10/13/2015 | $4,531.00 |
| 10/13/2015 | $1,069.00 |
| 10/13/2015 | $4,475.00 |
| 10/30/2015 | $16,196.00 |
| 10/30/2015 | $12,062.00 |

EXHIBIT A

TRANSFERS TO PROMOTIONS & DIRECT, INC.

| Date | Payment Amount |
|---|---|
| 11/10/2015 | $7,967.00 |
| 11/10/2015 | $19,049.00 |
| 11/10/2015 | $17,524.00 |
| 11/10/2015 | $23,414.00 |
| 3/1/2016 | $5,365.00 |
| 3/16/2016 | $42,772.00 |
| 3/16/2016 | $49,666.00 |
| 3/16/2016 | $45,165.00 |
| 6/6/2016 | $45,863.00 |
| 8/3/2016 | $25,776.00 |
| 8/4/2016 | $40.00 |
| 9/19/2016 | $367.00 |
| 9/19/2016 | $255.00 |
| 9/19/2016 | $1,110.00 |
| 9/19/2016 | $4,919.00 |
| 9/19/2016 | $649.00 |
| 9/19/2016 | $887.00 |
| 9/19/2016 | $5,762.00 |
| 9/19/2016 | $1,738.00 |
| 9/19/2016 | $1,836.00 |
| 9/22/2016 | $77,426.00 |
| 10/13/2016 | $14,130.00 |
| 10/13/2016 | $10,963.00 |
| 10/13/2016 | $19,931.00 |
| 10/13/2016 | $15,839.00 |
| 10/13/2016 | $17,226.00 |
| 11/10/2016 | $3,046.00 |
| 11/29/2016 | $61,138.00 |
| 11/30/2016 | $42,333.00 |
| 12/28/2016 | $3,462.00 |
| 1/5/2017 | $27,711.00 |
| 1/10/2017 | $1,820.00 |
| 1/10/2017 | $2,173.00 |
| 1/10/2017 | $20,565.00 |
| 1/10/2017 | $9,081.00 |
| 1/10/2017 | $10,444.00 |
| 1/10/2017 | $335.00 |
| 1/10/2017 | $732.00 |
| 1/10/2017 | $1,010.00 |
| 3/17/2017 | $17,992.00 |
| 4/27/2017 | $40.00 |
| 4/27/2017 | $2,364.00 |
| 4/27/2017 | $8,176.00 |
| 4/27/2017 | $12,871.00 |

A-5

63378593 v1