# EXHIBIT A

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 5/24/2013 | $11,338.00 |
| 5/24/2013 | $32,634.00 |
| 6/4/2013 | $488.00 |
| 6/5/2013 | $288.00 |
| 6/5/2013 | $2,395.00 |
| 6/5/2013 | $308.00 |
| 6/5/2013 | $3,669.00 |
| 6/7/2013 | $59,175.00 |
| 6/7/2013 | $996.00 |
| 6/18/2013 | $47,569.00 |
| 6/20/2013 | $2,030.00 |
| 6/20/2013 | $163.00 |
| 6/20/2013 | $14.00 |
| 6/27/2013 | $5,319.00 |
| 7/3/2013 | $1,170.00 |
| 7/10/2013 | $88.00 |
| 7/12/2013 | $12,041.00 |
| 7/16/2013 | $3,323.00 |
| 7/16/2013 | $497.00 |
| 7/16/2013 | $212.00 |
| 7/18/2013 | $1,425.00 |
| 8/5/2013 | $2,088.00 |
| 8/6/2013 | $3,774.00 |
| 8/16/2013 | $2,240.00 |
| 8/19/2013 | $17,704.00 |
| 8/22/2013 | $2,100.00 |
| 8/29/2013 | $9,980.00 |
| 8/29/2013 | $690.00 |
| 9/4/2013 | $1,050.00 |
| 9/6/2013 | $3,750.00 |
| 9/6/2013 | $453.00 |
| 9/6/2013 | $476.00 |
| 9/6/2013 | $750.00 |
| 9/16/2013 | $3,051.00 |
| 9/17/2013 | $28,800.00 |
| 9/19/2013 | $3,060.00 |
| 9/19/2013 | $6,877.00 |
| 9/19/2013 | $12,638.00 |
| 9/19/2013 | $20,341.00 |
| 9/19/2013 | $32,251.00 |
| 9/24/2013 | $6,686.00 |
| 9/24/2013 | $41,239.00 |
| 10/7/2013 | $6,265.00 |
| 10/16/2013 | $22,327.00 |
| 10/16/2013 | $17.00 |
| 10/22/2013 | $2,980.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 10/31/2013 | $460.00 |
| 10/31/2013 | $1,150.00 |
| 11/5/2013 | $7,531.00 |
| 11/6/2013 | $13,863.00 |
| 11/7/2013 | $1,320.00 |
| 11/12/2013 | $7,578.00 |
| 11/15/2013 | $25,815.00 |
| 11/27/2013 | $5,216.00 |
| 12/3/2013 | $10,691.00 |
| 12/4/2013 | $6,725.00 |
| 12/6/2013 | $996.00 |
| 12/10/2013 | $17,072.00 |
| 12/11/2013 | $26,155.00 |
| 12/18/2013 | $46,092.00 |
| 12/23/2013 | $8,561.00 |
| 12/23/2013 | $23,857.00 |
| 12/24/2013 | $23,888.00 |
| 12/24/2013 | $1,530.00 |
| 12/27/2013 | $1,200.00 |
| 12/30/2013 | $557.00 |
| 1/3/2014 | $349.00 |
| 1/3/2014 | $969.00 |
| 1/6/2014 | $1,650.00 |
| 1/15/2014 | $5,940.00 |
| 1/15/2014 | $24,806.00 |
| 1/15/2014 | $914.00 |
| 1/17/2014 | $8,950.00 |
| 1/22/2014 | $13,564.00 |
| 1/30/2014 | $21,892.00 |
| 1/31/2014 | $6,696.00 |
| 2/4/2014 | $548.00 |
| 2/5/2014 | $16,878.00 |
| 2/7/2014 | $3,250.00 |
| 2/7/2014 | $3,800.00 |
| 2/7/2014 | $575.00 |
| 2/7/2014 | $990.00 |
| 2/10/2014 | $252.00 |
| 2/10/2014 | $22,498.00 |
| 2/13/2014 | $9,874.00 |
| 2/14/2014 | $310.00 |
| 2/14/2014 | $707.00 |
| 2/20/2014 | $121.00 |
| 2/20/2014 | $968.00 |
| 2/26/2014 | $5,092.00 |
| 2/26/2014 | $35.00 |
| 3/4/2014 | $409.00 |

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 3/4/2014 | $12,968.00 |
| 3/5/2014 | $6,600.00 |
| 3/10/2014 | $3,150.00 |
| 3/11/2014 | $21,230.00 |
| 3/12/2014 | $4,221.00 |
| 3/12/2014 | $520.00 |
| 3/13/2014 | $1,796.00 |
| 3/14/2014 | $1,912.00 |
| 3/17/2014 | $2,993.00 |
| 3/18/2014 | $1,480.00 |
| 3/20/2014 | $8,980.00 |
| 3/21/2014 | $420.00 |
| 3/25/2014 | $260.00 |
| 3/28/2014 | $74.00 |
| 3/28/2014 | $45,730.00 |
| 4/1/2014 | $139.00 |
| 4/3/2014 | $10,870.00 |
| 4/4/2014 | $309.00 |
| 4/4/2014 | $96.00 |
| 4/9/2014 | $80.00 |
| 4/9/2014 | $5,635.00 |
| 4/9/2014 | $7,291.00 |
| 4/10/2014 | $2,220.00 |
| 4/10/2014 | $20,551.00 |
| 4/11/2014 | $8,253.00 |
| 4/11/2014 | $24,235.00 |
| 4/15/2014 | $503.00 |
| 4/18/2014 | $421.00 |
| 4/25/2014 | $2,084.00 |
| 4/28/2014 | $116.00 |
| 5/2/2014 | $12,685.00 |
| 5/6/2014 | $4,653.00 |
| 5/6/2014 | $588.00 |
| 5/8/2014 | $2,019.00 |
| 5/9/2014 | $16,303.00 |
| 5/12/2014 | $17,771.00 |
| 5/21/2014 | $176.00 |
| 5/22/2014 | $378.00 |
| 5/22/2014 | $1,275.00 |
| 5/27/2014 | $3,100.00 |
| 5/27/2014 | $241.00 |
| 5/28/2014 | $163.00 |
| 5/30/2014 | $6,000.00 |
| 6/4/2014 | $5,052.00 |
| 6/9/2014 | $529.00 |
| 6/11/2014 | $5,494.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 6/11/2014 | $157.00 |
| 6/12/2014 | $3,910.00 |
| 6/12/2014 | $9,675.00 |
| 6/13/2014 | $7,691.00 |
| 6/16/2014 | $99.00 |
| 6/17/2014 | $12,923.00 |
| 6/17/2014 | $37,604.00 |
| 6/18/2014 | $585.00 |
| 6/18/2014 | $26,032.00 |
| 6/19/2014 | $2,960.00 |
| 6/20/2014 | $38,779.00 |
| 6/23/2014 | $4,686.00 |
| 6/24/2014 | $27,391.00 |
| 6/26/2014 | $3,995.00 |
| 6/26/2014 | $6,052.00 |
| 6/27/2014 | $8,631.00 |
| 7/7/2014 | $30.00 |
| 7/10/2014 | $8,145.00 |
| 7/18/2014 | $344.00 |
| 7/18/2014 | $27,702.00 |
| 7/18/2014 | $872.00 |
| 7/30/2014 | $68.00 |
| 7/30/2014 | $213.00 |
| 8/1/2014 | $268.00 |
| 8/4/2014 | $30,400.00 |
| 8/5/2014 | $3,313.00 |
| 8/6/2014 | $7,724.00 |
| 8/8/2014 | $403.00 |
| 8/12/2014 | $525.00 |
| 8/12/2014 | $1,142.00 |
| 8/19/2014 | $355.00 |
| 8/21/2014 | $21.00 |
| 8/25/2014 | $14,794.00 |
| 8/27/2014 | $681.00 |
| 8/29/2014 | $482.00 |
| 8/29/2014 | $180.00 |
| 9/2/2014 | $2,288.00 |
| 9/2/2014 | $780.00 |
| 9/3/2014 | $2,543.00 |
| 9/5/2014 | $270.00 |
| 9/9/2014 | $15,318.00 |
| 9/10/2014 | $14,978.00 |
| 9/10/2014 | $178.00 |
| 9/11/2014 | $4,102.00 |
| 9/15/2014 | $355.00 |
| 9/16/2014 | $6,176.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 9/18/2014 | $834.00 |
| 9/22/2014 | $660.00 |
| 9/23/2014 | $6,600.00 |
| 9/26/2014 | $105.00 |
| 9/29/2014 | $546.00 |
| 9/29/2014 | $35.00 |
| 9/30/2014 | $1,132.00 |
| 9/30/2014 | $1,888.00 |
| 10/6/2014 | $87.00 |
| 10/7/2014 | $3,694.00 |
| 10/8/2014 | $17,797.00 |
| 10/9/2014 | $386.00 |
| 10/10/2014 | $1,067.00 |
| 10/10/2014 | $1,352.00 |
| 10/15/2014 | $11,215.00 |
| 10/17/2014 | $847.00 |
| 10/20/2014 | $19.00 |
| 10/27/2014 | $3,838.00 |
| 10/30/2014 | $460.00 |
| 11/12/2014 | $24,436.00 |
| 11/12/2014 | $24,987.00 |
| 11/13/2014 | $1,996.00 |
| 11/14/2014 | $3,079.00 |
| 11/25/2014 | $3,275.00 |
| 12/4/2014 | $1,769.00 |
| 12/8/2014 | $53.00 |
| 12/8/2014 | $39.00 |
| 12/9/2014 | $11,220.00 |
| 12/10/2014 | $345.00 |
| 12/17/2014 | $118.00 |
| 12/18/2014 | $2,377.00 |
| 12/19/2014 | $7.00 |
| 12/30/2014 | $8,250.00 |
| 12/30/2014 | $770.00 |
| 12/31/2014 | $94.00 |
| 1/8/2015 | $375.00 |
| 1/8/2015 | $94.00 |
| 1/8/2015 | $12,279.00 |
| 1/8/2015 | $26,600.00 |
| 1/20/2015 | $2,593.00 |
| 1/20/2015 | $6,095.00 |
| 1/21/2015 | $5,762.00 |
| 1/21/2015 | $608.00 |
| 1/21/2015 | $20,287.00 |
| 1/22/2015 | $52,697.00 |
| 1/23/2015 | $2,871.00 |

63378842 v1

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 1/23/2015 | $47,240.00 |
| 1/23/2015 | $1,818.00 |
| 1/29/2015 | $74.00 |
| 1/29/2015 | $333.00 |
| 1/29/2015 | $333.00 |
| 2/2/2015 | $460.00 |
| 2/3/2015 | $3,417.00 |
| 2/3/2015 | $185.00 |
| 2/3/2015 | $40.00 |
| 2/5/2015 | $252.00 |
| 2/5/2015 | $48.00 |
| 2/18/2015 | $58.00 |
| 2/18/2015 | $15,431.00 |
| 2/18/2015 | $1,180.00 |
| 2/24/2015 | $25,121.00 |
| 2/24/2015 | $237.00 |
| 2/26/2015 | $682.00 |
| 3/3/2015 | $3,728.00 |
| 3/3/2015 | $156.00 |
| 3/5/2015 | $633.00 |
| 3/6/2015 | $846.00 |
| 3/9/2015 | $209.00 |
| 3/17/2015 | $171.00 |
| 3/25/2015 | $2,296.00 |
| 3/27/2015 | $2,544.00 |
| 3/27/2015 | $309.00 |
| 3/27/2015 | $1,741.00 |
| 3/30/2015 | $92.00 |
| 3/31/2015 | $77.00 |
| 3/31/2015 | $3,360.00 |
| 3/31/2015 | $984.00 |
| 4/1/2015 | $1,086.00 |
| 4/10/2015 | $7,440.00 |
| 4/13/2015 | $38,084.00 |
| 4/14/2015 | $3,138.00 |
| 4/14/2015 | $5,452.00 |
| 4/14/2015 | $780.00 |
| 4/21/2015 | $318.00 |
| 4/21/2015 | $5,464.00 |
| 4/28/2015 | $31,889.00 |
| 5/5/2015 | $181.00 |
| 5/7/2015 | $4,320.00 |
| 5/8/2015 | $10,445.00 |
| 5/8/2015 | $618.00 |
| 5/12/2015 | $8,055.00 |
| 5/12/2015 | $176.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 5/14/2015 | $5,543.00 |
| 5/14/2015 | $6,300.00 |
| 5/15/2015 | $7,605.00 |
| 5/19/2015 | $23,904.00 |
| 5/19/2015 | $30,262.00 |
| 5/27/2015 | $16,010.00 |
| 6/1/2015 | $62.00 |
| 6/5/2015 | $18,358.00 |
| 6/8/2015 | $533.00 |
| 6/9/2015 | $10,152.00 |
| 6/12/2015 | $38.00 |
| 6/12/2015 | $5,800.00 |
| 6/12/2015 | $6,720.00 |
| 6/16/2015 | $605.00 |
| 6/18/2015 | $427.00 |
| 6/30/2015 | $133.00 |
| 6/30/2015 | $1,382.00 |
| 7/2/2015 | $126.00 |
| 7/3/2015 | $482.00 |
| 7/8/2015 | $11,050.00 |
| 7/8/2015 | $2,336.00 |
| 7/9/2015 | $1,260.00 |
| 7/10/2015 | $309.00 |
| 7/10/2015 | $16,968.00 |
| 7/10/2015 | $750.00 |
| 7/14/2015 | $21,499.00 |
| 7/14/2015 | $9,499.00 |
| 7/14/2015 | $441.00 |
| 7/17/2015 | $32,674.00 |
| 7/21/2015 | $25.00 |
| 7/21/2015 | $6,599.00 |
| 7/23/2015 | $11,494.00 |
| 7/23/2015 | $428.00 |
| 7/24/2015 | $686.00 |
| 7/24/2015 | $16.00 |
| 7/24/2015 | $814.00 |
| 7/28/2015 | $12,374.00 |
| 7/31/2015 | $99.00 |
| 7/31/2015 | $1,280.00 |
| 7/31/2015 | $6,373.00 |
| 8/4/2015 | $3,959.00 |
| 8/6/2015 | $162.00 |
| 8/10/2015 | $1,325.00 |
| 8/11/2015 | $9,319.00 |
| 8/11/2015 | $14,897.00 |
| 8/13/2015 | $27.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 8/18/2015 | $8,690.00 |
| 8/18/2015 | $13,612.00 |
| 8/25/2015 | $4,050.00 |
| 8/25/2015 | $11,192.00 |
| 8/27/2015 | $12,200.00 |
| 8/27/2015 | $1,730.00 |
| 9/2/2015 | $50.00 |
| 9/4/2015 | $73.00 |
| 9/4/2015 | $1,627.00 |
| 9/4/2015 | $536.00 |
| 9/9/2015 | $39,290.00 |
| 9/14/2015 | $3,900.00 |
| 9/14/2015 | $45,959.00 |
| 9/18/2015 | $153.00 |
| 9/21/2015 | $542.00 |
| 9/22/2015 | $3,412.00 |
| 9/25/2015 | $311.00 |
| 9/28/2015 | $38,352.00 |
| 9/28/2015 | $10,902.00 |
| 9/29/2015 | $162.00 |
| 10/5/2015 | $109.00 |
| 10/6/2015 | $1,061.00 |
| 10/6/2015 | $1,633.00 |
| 10/8/2015 | $264.00 |
| 10/8/2015 | $1,211.00 |
| 10/19/2015 | $25,759.00 |
| 10/20/2015 | $20,343.00 |
| 10/23/2015 | $297.00 |
| 10/26/2015 | $69,529.00 |
| 10/27/2015 | $1,100.00 |
| 10/30/2015 | $1,580.00 |
| 11/2/2015 | $944.00 |
| 11/10/2015 | $1,556.00 |
| 11/10/2015 | $556.00 |
| 11/23/2015 | $1,880.00 |
| 12/1/2015 | $896.00 |
| 12/4/2015 | $944.00 |
| 12/11/2015 | $1,265.00 |
| 12/15/2015 | $697.00 |
| 12/15/2015 | $565.00 |
| 12/22/2015 | $1,090.00 |
| 12/22/2015 | $484.00 |
| 12/22/2015 | $1,617.00 |
| 12/22/2015 | $371.00 |
| 12/22/2015 | $333.00 |
| 12/22/2015 | $422.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---:|---:|
| 12/22/2015 | $10.00 |
| 12/22/2015 | $1,012.00 |
| 12/29/2015 | $35.00 |
| 1/5/2016 | $55.00 |
| 1/5/2016 | $170.00 |
| 1/5/2016 | $1,191.00 |
| 1/5/2016 | $19.00 |
| 1/8/2016 | $150.00 |
| 1/8/2016 | $24.00 |
| 1/20/2016 | $20,961.00 |
| 1/25/2016 | $237.00 |
| 2/1/2016 | $54.00 |
| 2/22/2016 | $236.00 |
| 2/23/2016 | $10.00 |
| 2/26/2016 | $717.00 |
| 2/29/2016 | $42,459.00 |
| 2/29/2016 | $21,545.00 |
| 2/29/2016 | $1,705.00 |
| 3/1/2016 | $400.00 |
| 3/10/2016 | $400.00 |
| 3/11/2016 | $10,026.00 |
| 3/14/2016 | $14,421.00 |
| 3/14/2016 | $5,478.00 |
| 3/14/2016 | $10,956.00 |
| 3/14/2016 | $4,270.00 |
| 3/14/2016 | $4,760.00 |
| 3/14/2016 | $2,359.00 |
| 3/14/2016 | $1,040.00 |
| 3/14/2016 | $4,600.00 |
| 3/14/2016 | $7,535.00 |
| 3/15/2016 | $271.00 |
| 3/15/2016 | $1,000.00 |
| 3/15/2016 | $1,000.00 |
| 3/15/2016 | $254.00 |
| 3/17/2016 | $742.00 |
| 3/18/2016 | $3,483.00 |
| 3/29/2016 | $118.00 |
| 3/29/2016 | $2,003.00 |
| 3/29/2016 | $3,881.00 |
| 3/29/2016 | $20,587.00 |
| 3/29/2016 | $38,853.00 |
| 3/29/2016 | $6,944.00 |
| 3/29/2016 | $23,899.00 |
| 3/31/2016 | $63.00 |
| 4/1/2016 | $11,694.00 |
| 4/5/2016 | $880.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 4/7/2016 | $1,596.00 |
| 4/8/2016 | $38.00 |
| 4/27/2016 | $1,413.00 |
| 4/27/2016 | $6,800.00 |
| 4/29/2016 | $1,581.00 |
| 4/29/2016 | $4,254.00 |
| 4/29/2016 | $42,530.00 |
| 5/6/2016 | $2,928.00 |
| 5/6/2016 | $1,396.00 |
| 5/6/2016 | $7,515.00 |
| 5/6/2016 | $4,886.00 |
| 5/9/2016 | $1,035.00 |
| 5/9/2016 | $7,460.00 |
| 5/18/2016 | $26,447.00 |
| 5/18/2016 | $1,080.00 |
| 5/18/2016 | $62,533.00 |
| 5/24/2016 | $72.00 |
| 5/27/2016 | $768.00 |
| 5/27/2016 | $1,069.00 |
| 5/27/2016 | $805.00 |
| 5/27/2016 | $400.00 |
| 6/6/2016 | $285.00 |
| 6/6/2016 | $2,927.00 |
| 6/6/2016 | $1,851.00 |
| 6/6/2016 | $3,353.00 |
| 6/6/2016 | $2,960.00 |
| 6/6/2016 | $396.00 |
| 6/6/2016 | $33.00 |
| 6/6/2016 | $156.00 |
| 6/6/2016 | $50.00 |
| 6/6/2016 | $265.00 |
| 6/6/2016 | $27.00 |
| 6/6/2016 | $4,138.00 |
| 6/7/2016 | $6,990.00 |
| 6/7/2016 | $3,752.00 |
| 6/21/2016 | $2,577.00 |
| 6/23/2016 | $10,588.00 |
| 6/23/2016 | $3,888.00 |
| 6/23/2016 | $3,840.00 |
| 6/28/2016 | $1,179.00 |
| 6/28/2016 | $156.00 |
| 6/28/2016 | $236.00 |
| 6/28/2016 | $130.00 |
| 7/5/2016 | $8,466.00 |
| 7/5/2016 | $3,110.00 |
| 7/5/2016 | $6,365.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 7/5/2016 | $338.00 |
| 7/7/2016 | $99.00 |
| 7/8/2016 | $62,979.00 |
| 7/11/2016 | $104.00 |
| 7/11/2016 | $20.00 |
| 7/13/2016 | $51,036.00 |
| 7/25/2016 | $315.00 |
| 7/25/2016 | $595.00 |
| 7/25/2016 | $1,320.00 |
| 7/27/2016 | $3,299.00 |
| 8/2/2016 | $178.00 |
| 8/2/2016 | $1,682.00 |
| 8/8/2016 | $5,136.00 |
| 8/9/2016 | $19,198.00 |
| 8/9/2016 | $17,254.00 |
| 8/9/2016 | $312.00 |
| 8/10/2016 | $13,628.00 |
| 8/22/2016 | $73.00 |
| 8/23/2016 | $390.00 |
| 8/23/2016 | $251.00 |
| 8/23/2016 | $3,306.00 |
| 8/23/2016 | $1,075.00 |
| 8/23/2016 | $335.00 |
| 8/23/2016 | $78.00 |
| 8/23/2016 | $220.00 |
| 9/7/2016 | $5,460.00 |
| 9/13/2016 | $740.00 |
| 9/13/2016 | $5,191.00 |
| 9/16/2016 | $7,178.00 |
| 9/16/2016 | $22,093.00 |
| 9/16/2016 | $1,820.00 |
| 9/20/2016 | $2,571.00 |
| 9/20/2016 | $1,360.00 |
| 9/20/2016 | $1,080.00 |
| 9/20/2016 | $1,055.00 |
| 9/20/2016 | $2,065.00 |
| 9/20/2016 | $4,350.00 |
| 9/20/2016 | $182.00 |
| 9/20/2016 | $684.00 |
| 9/20/2016 | $8,683.00 |
| 9/20/2016 | $90.00 |
| 9/20/2016 | $13,640.00 |
| 9/22/2016 | $3,679.00 |
| 9/23/2016 | $190.00 |
| 9/23/2016 | $422.00 |
| 9/23/2016 | $203.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 9/23/2016 | $881.00 |
| 9/23/2016 | $93.00 |
| 9/23/2016 | $128.00 |
| 9/30/2016 | $29,290.00 |
| 9/30/2016 | $15,754.00 |
| 10/5/2016 | $173,560.00 |
| 10/12/2016 | $16,370.00 |
| 10/12/2016 | $1,594.00 |
| 10/18/2016 | $492.00 |
| 10/21/2016 | $1,116.00 |
| 10/27/2016 | $20,855.00 |
| 10/27/2016 | $59,480.00 |
| 10/27/2016 | $2,160.00 |
| 10/27/2016 | $1,060.00 |
| 10/28/2016 | $15,121.00 |
| 10/28/2016 | $22,920.00 |
| 11/10/2016 | $6,787.00 |
| 11/10/2016 | $2,676.00 |
| 11/10/2016 | $4,980.00 |
| 11/29/2016 | $36.00 |
| 11/29/2016 | $129.00 |
| 12/9/2016 | $108.00 |
| 12/9/2016 | $80.00 |
| 12/9/2016 | $815.00 |
| 12/9/2016 | $2,416.00 |
| 12/9/2016 | $4,130.00 |
| 12/9/2016 | $2,571.00 |
| 12/9/2016 | $2,040.00 |
| 12/9/2016 | $349.00 |
| 12/9/2016 | $1,247.00 |
| 12/12/2016 | $926.00 |
| 12/14/2016 | $537.00 |
| 12/15/2016 | $6,120.00 |
| 12/15/2016 | $5,250.00 |
| 12/15/2016 | $32,037.00 |
| 12/15/2016 | $35,675.00 |
| 12/20/2016 | $10,502.00 |
| 12/20/2016 | $29,433.00 |
| 12/20/2016 | $627.00 |
| 12/20/2016 | $15.00 |
| 12/22/2016 | $751.00 |
| 12/23/2016 | $739.00 |
| 12/23/2016 | $6,888.00 |
| 12/23/2016 | $1,040.00 |
| 12/27/2016 | $179.00 |
| 12/27/2016 | $652.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 12/27/2016 | $93.00 |
| 12/29/2016 | $13,625.00 |
| 1/5/2017 | $9,108.00 |
| 1/5/2017 | $214.00 |
| 1/13/2017 | $1,757.00 |
| 1/18/2017 | $144.00 |
| 1/20/2017 | $1,363.00 |
| 1/20/2017 | $4,130.00 |
| 1/20/2017 | $1,028.00 |
| 1/20/2017 | $4,083.00 |
| 1/20/2017 | $9,236.00 |
| 1/20/2017 | $3,013.00 |
| 1/24/2017 | $28.00 |
| 1/30/2017 | $10,738.00 |
| 1/30/2017 | $90.00 |
| 2/8/2017 | $365.00 |
| 2/8/2017 | $1,950.00 |
| 2/8/2017 | $1,391.00 |
| 2/9/2017 | $8,150.00 |
| 2/9/2017 | $3,681.00 |
| 2/9/2017 | $650.00 |
| 2/9/2017 | $4,130.00 |
| 2/9/2017 | $2,070.00 |
| 2/9/2017 | $472.00 |
| 2/9/2017 | $540.00 |
| 2/9/2017 | $1,543.00 |
| 2/9/2017 | $185.00 |
| 2/9/2017 | $6,850.00 |
| 2/9/2017 | $4,582.00 |
| 2/9/2017 | $316.00 |
| 2/14/2017 | $14,976.00 |
| 2/17/2017 | $1,958.00 |
| 2/17/2017 | $96.00 |
| 2/24/2017 | $14,150.00 |
| 2/28/2017 | $59.00 |
| 3/1/2017 | $2,920.00 |
| 3/1/2017 | $239.00 |
| 3/2/2017 | $504.00 |
| 3/2/2017 | $1,660.00 |
| 3/3/2017 | $70,577.00 |
| 3/15/2017 | $5,200.00 |
| 3/15/2017 | $206.00 |
| 3/15/2017 | $354.00 |
| 3/16/2017 | $720.00 |
| 3/20/2017 | $1,700.00 |
| 3/20/2017 | $1,050.00 |

EXHIBIT A

TRANSFERS TO UNIVERSAL CARE CORP. (UNICARE)

| Date | Payment Amount |
|---|---|
| 3/20/2017 | $1,301.00 |
| 3/21/2017 | $1,013.00 |
| 3/21/2017 | $7,538.00 |
| 3/28/2017 | $75.00 |
| 3/28/2017 | $24,303.00 |
| 3/30/2017 | $29,636.00 |
| 3/30/2017 | $25,697.00 |
| 4/4/2017 | $356.00 |
| 4/5/2017 | $6,555.00 |
| 4/6/2017 | $79.00 |
| 4/6/2017 | $871.00 |
| 4/6/2017 | $2,630.00 |
| 4/7/2017 | $336.00 |
| 4/7/2017 | $4,130.00 |
| 4/7/2017 | $190.00 |
| 4/20/2017 | $517.00 |
| 4/21/2017 | $36.00 |
| 4/25/2017 | $45.00 |
| 4/27/2017 | $6,000.00 |
| 4/27/2017 | $1,466.00 |
| 5/1/2017 | $26.00 |
| 5/1/2017 | $2,228.00 |
| 5/2/2017 | $57.00 |
| 5/2/2017 | $1,350.00 |
| 5/2/2017 | $12,138.00 |
| 5/2/2017 | $236.00 |