# EXHIBIT A

EXHIBIT A

TRANSFERS TO INTELUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 5/30/2013 | $33,065.00 |
| 6/6/2013 | $15,675.00 |
| 6/6/2013 | $16,600.00 |
| 6/6/2013 | $25,160.00 |
| 6/6/2013 | $115,650.00 |
| 6/11/2013 | $59,600.00 |
| 6/26/2013 | $21,375.00 |
| 8/6/2013 | $9,095.00 |
| 8/6/2013 | $15,650.00 |
| 8/15/2013 | $16,800.00 |
| 8/19/2013 | $27,945.00 |
| 8/19/2013 | $43,750.00 |
| 9/10/2013 | $44,109.00 |
| 9/10/2013 | $79,392.00 |
| 9/20/2013 | $36,200.00 |
| 9/20/2013 | $1,700.00 |
| 10/22/2013 | $6,050.00 |
| 10/22/2013 | $29,475.00 |
| 10/29/2013 | $2,355.00 |
| 10/29/2013 | $6,900.00 |
| 12/10/2013 | $21,990.00 |
| 12/30/2013 | $7,130.00 |
| 12/30/2013 | $18,650.00 |
| 1/15/2014 | $29,475.00 |
| 1/21/2014 | $9,702.00 |
| 2/28/2014 | $739.00 |
| 4/8/2014 | $3,229.00 |
| 6/12/2015 | $38,430.00 |
| 7/3/2015 | $38,430.00 |
| 7/8/2015 | $38,430.00 |
| 8/12/2015 | $37,767.00 |
| 8/31/2015 | $49,250.00 |
| 9/2/2015 | $153,596.00 |
| 10/14/2015 | $49,250.00 |
| 1/14/2016 | $49,250.00 |
| 1/14/2016 | $48,429.00 |
| 2/9/2016 | $49,250.00 |
| 3/31/2016 | $45,750.00 |
| 4/29/2016 | $45,750.00 |
| 5/2/2016 | $49,250.00 |
| 5/19/2016 | $50,000.00 |
| 5/19/2016 | $77,960.00 |
| 6/28/2016 | $49,250.00 |
| 7/7/2016 | $97,450.00 |
| 7/14/2016 | $50,000.00 |
| 7/14/2016 | $109,800.00 |

EXHIBIT A

TRANSFERS TO INTELUTIONS, INC.

| Date | Payment Amount |
|---|---|
| 7/20/2016 | $54,086.00 |
| 8/4/2016 | $248,880.00 |
| 8/22/2016 | $50,000.00 |
| 9/8/2016 | $62,220.00 |
| 9/8/2016 | $29,750.00 |
| 9/8/2016 | $98,000.00 |
| 9/26/2016 | $49,250.00 |
| 10/27/2016 | $40,260.00 |
| 10/27/2016 | $49,250.00 |
| 10/27/2016 | $62,220.00 |
| 11/2/2016 | $61,563.00 |
| 12/2/2016 | $125,000.00 |
| 12/2/2016 | $43,200.00 |
| 12/9/2016 | $21,960.00 |
| 12/9/2016 | $61,563.00 |
| 1/5/2017 | $61,563.00 |
| 3/1/2017 | $61,563.00 |
| 3/13/2017 | $180,209.00 |
| 3/16/2017 | $1,000.00 |
| 3/16/2017 | $1,152.00 |
| 3/27/2017 | $180,209.00 |
| 3/27/2017 | $48,949.00 |
| 3/27/2017 | $76,400.00 |
| 4/20/2017 | $180,209.00 |
| 4/20/2017 | $59,688.00 |