# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO VALUE SALES CORPORATION

| Date | Payment Amount |
|---|---|
| 5/7/2013 | $35,066.00 |
| 5/28/2013 | $67,155.00 |
| 6/5/2013 | $5,920.00 |
| 6/5/2013 | $5,992.00 |
| 6/5/2013 | $5,992.00 |
| 6/5/2013 | $497.00 |
| 6/5/2013 | $823.00 |
| 6/17/2013 | $3,743.00 |
| 6/19/2013 | $2,279.00 |
| 6/19/2013 | $2,718.00 |
| 7/8/2013 | $1,427.00 |
| 7/10/2013 | $51,840.00 |
| 7/22/2013 | $3,915.00 |
| 8/6/2013 | $2,274.00 |
| 8/6/2013 | $4,374.00 |
| 8/6/2013 | $1,859.00 |
| 8/12/2013 | $3,800.00 |
| 8/20/2013 | $4,191.00 |
| 8/20/2013 | $4,686.00 |
| 8/20/2013 | $509.00 |
| 9/17/2013 | $43,200.00 |
| 9/18/2013 | $21,014.00 |
| 9/20/2013 | $438.00 |
| 9/20/2013 | $16,110.00 |
| 9/20/2013 | $241,995.00 |
| 9/20/2013 | $928,653.00 |
| 9/24/2013 | $47,082.00 |
| 9/26/2013 | $885.00 |
| 10/10/2013 | $443.00 |
| 11/5/2013 | $161,172.00 |
| 11/12/2013 | $2,470.00 |
| 11/12/2013 | $1,213.00 |
| 11/13/2013 | $3,590.00 |
| 11/13/2013 | $839.00 |
| 11/18/2013 | $358.00 |
| 12/9/2013 | $259.00 |
| 12/12/2013 | $69,120.00 |
| 12/23/2013 | $2,495.00 |
| 1/8/2014 | $35,950.00 |
| 1/15/2014 | $729.00 |
| 2/18/2014 | $35,950.00 |
| 2/21/2014 | $20,205.00 |
| 2/24/2014 | $1,576.00 |
| 2/27/2014 | $102,408.00 |
| 3/11/2014 | $140.00 |
| 3/17/2014 | $60,480.00 |

EXHIBIT A

TRANSFERS TO VALUE SALES CORPORATION

| Date | Payment Amount |
|---|---|
| 3/17/2014 | $890.00 |
| 3/24/2014 | $5,947.00 |
| 4/1/2014 | $325.00 |
| 4/1/2014 | $3,675.00 |
| 4/8/2014 | $5,133.00 |
| 4/23/2014 | $544.00 |
| 4/23/2014 | $35,950.00 |
| 4/28/2014 | $1,138.00 |
| 5/7/2014 | $5,669.00 |
| 5/7/2014 | $1,413.00 |
| 5/13/2014 | $2,198.00 |
| 5/22/2014 | $2,815.00 |
| 5/22/2014 | $1,388.00 |
| 6/6/2014 | $664.00 |
| 6/9/2014 | $5,926.00 |
| 6/11/2014 | $49,961.00 |
| 6/16/2014 | $5,873.00 |
| 6/19/2014 | $115,209.00 |
| 6/26/2014 | $3,635.00 |
| 6/26/2014 | $117.00 |
| 7/1/2014 | $31,791.00 |
| 7/1/2014 | $1,315.00 |
| 7/7/2014 | $4,890.00 |
| 7/9/2014 | $33,203.00 |
| 7/21/2014 | $33,203.00 |
| 7/23/2014 | $2,045.00 |
| 7/23/2014 | $2,660.00 |
| 8/11/2014 | $750.00 |
| 8/11/2014 | $31,636.00 |
| 9/2/2014 | $40,000.00 |
| 9/9/2014 | $933.00 |
| 9/12/2014 | $10,000.00 |
| 9/12/2014 | $59,080.00 |
| 9/17/2014 | $5,688.00 |
| 9/17/2014 | $5,984.00 |
| 9/18/2014 | $3,074.00 |
| 9/18/2014 | $4,616.00 |
| 9/18/2014 | $5,805.00 |
| 9/18/2014 | $7,028.00 |
| 9/23/2014 | $33,203.00 |
| 9/23/2014 | $34,051.00 |
| 9/26/2014 | $120,523.00 |
| 10/3/2014 | $22,727.00 |
| 10/7/2014 | $121,472.00 |
| 10/16/2014 | $10,996.00 |
| 10/16/2014 | $49,900.00 |

EXHIBIT A

TRANSFERS TO VALUE SALES CORPORATION

| Date | Payment Amount |
|---|---|
| 10/20/2014 | $5,984.00 |
| 10/20/2014 | $45,588.00 |
| 11/3/2014 | $890.00 |
| 11/17/2014 | $2,562.00 |
| 12/5/2014 | $2,849.00 |
| 12/5/2014 | $36,780.00 |
| 12/9/2014 | $67,520.00 |
| 12/11/2014 | $49,958.00 |
| 1/5/2015 | $3,057.00 |
| 1/20/2015 | $1,461.00 |
| 1/23/2015 | $2,652.00 |
| 1/23/2015 | $5,848.00 |
| 1/23/2015 | $1,753.00 |
| 1/30/2015 | $959,200.00 |
| 2/4/2015 | $876.00 |
| 3/9/2015 | $128,010.00 |
| 3/10/2015 | $1,900.00 |
| 3/25/2015 | $3,858.00 |
| 3/30/2015 | $9,730.00 |
| 3/30/2015 | $1,550.00 |
| 3/31/2015 | $14,595.00 |
| 4/1/2015 | $25,298.00 |
| 4/9/2015 | $904.00 |
| 4/14/2015 | $76,792.00 |
| 5/13/2015 | $50.00 |
| 5/13/2015 | $1,500.00 |
| 6/17/2015 | $16,880.00 |
| 6/19/2015 | $76,792.00 |
| 8/11/2015 | $16,880.00 |
| 8/11/2015 | $16,880.00 |
| 8/18/2015 | $2,441.00 |
| 8/18/2015 | $56,940.00 |
| 8/20/2015 | $5,183.00 |
| 9/14/2015 | $16,880.00 |
| 9/15/2015 | $107,980.00 |
| 9/18/2015 | $64,858.00 |
| 9/18/2015 | $25,216.00 |
| 9/28/2015 | $92,528.00 |
| 10/2/2015 | $20,433.00 |
| 10/8/2015 | $16,625.00 |
| 10/13/2015 | $28,883.00 |
| 10/15/2015 | $359,700.00 |
| 10/20/2015 | $239,800.00 |
| 10/27/2015 | $3,200.00 |
| 10/27/2015 | $64,005.00 |
| 11/3/2015 | $85,553.00 |

EXHIBIT A

TRANSFERS TO VALUE SALES CORPORATION

| Date | Payment Amount |
|---|---|
| 11/18/2015 | $16,880.00 |
| 11/24/2015 | $28,050.00 |
| 11/25/2015 | $359,700.00 |
| 12/15/2015 | $92,528.00 |
| 12/15/2015 | $38,818.00 |
| 12/15/2015 | $3,187.00 |
| 12/18/2015 | $128,088.00 |
| 12/28/2015 | $7,144.00 |
| 3/11/2016 | $86,993.00 |
| 3/11/2016 | $47,037.00 |
| 3/24/2016 | $14,775.00 |
| 3/24/2016 | $5,833.00 |
| 3/24/2016 | $4,528.00 |
| 5/12/2016 | $2,660.00 |
| 5/18/2016 | $42,200.00 |
| 5/18/2016 | $10,938.00 |
| 5/18/2016 | $10,938.00 |
| 6/1/2016 | $47,814.00 |
| 6/1/2016 | $49,944.00 |
| 6/1/2016 | $76,792.00 |
| 7/11/2016 | $213,610.00 |
| 8/16/2016 | $81,614.00 |
| 8/18/2016 | $28,656.00 |
| 8/18/2016 | $5,987.00 |
| 8/26/2016 | $622,839.00 |
| 9/26/2016 | $42,200.00 |
| 9/26/2016 | $4,353.00 |
| 10/3/2016 | $14,595.00 |
| 10/7/2016 | $95,356.00 |
| 10/12/2016 | $94,596.00 |
| 10/12/2016 | $662.00 |
| 10/20/2016 | $27,040.00 |
| 10/26/2016 | $514.00 |
| 10/26/2016 | $508.00 |
| 11/9/2016 | $40,340.00 |
| 11/10/2016 | $66,476.00 |
| 11/10/2016 | $110,092.00 |
| 11/22/2016 | $327,576.00 |
| 12/16/2016 | $12,254.00 |
| 12/21/2016 | $4,419.00 |
| 12/22/2016 | $13,789.00 |
| 12/22/2016 | $5,224.00 |
| 1/25/2017 | $4,815.00 |
| 2/7/2017 | $6,089.00 |
| 2/28/2017 | $155,790.00 |
| 4/4/2017 | $1,415.00 |

63378846 v1

EXHIBIT A

TRANSFERS TO VALUE SALES CORPORATION

| Date | Payment Amount |
|---|---|
| 4/11/2017 | $3,531.00 |
| 4/26/2017 | $5,369.00 |
| 4/26/2017 | $5,224.00 |
| 4/26/2017 | $5,650.00 |

A-5

63378846 v1