# EXHIBIT A

EXHIBIT A

TRANSFERS TO PROSPERO TIRE EXPORT, INC.

| Date | Payment Amount |
|---|---|
| 5/23/2013 | $34,597.00 |
| 7/1/2013 | $16,392.00 |
| 7/30/2013 | $8,325.00 |
| 8/6/2013 | $120,045.00 |
| 9/12/2013 | $8,363.00 |
| 10/28/2013 | $12,656.00 |
| 11/1/2013 | $8,669.00 |
| 11/1/2013 | $21,221.00 |
| 11/1/2013 | $21,375.00 |
| 11/1/2013 | $25,278.00 |
| 11/25/2013 | $8,415.00 |
| 11/25/2013 | $8,609.00 |
| 12/2/2013 | $33,927.00 |
| 1/28/2014 | $8,517.00 |
| 1/28/2014 | $21,158.00 |
| 1/28/2014 | $22,337.00 |
| 2/3/2014 | $12,323.00 |
| 2/3/2014 | $16,811.00 |
| 2/3/2014 | $38,492.00 |
| 2/5/2014 | $3,009.00 |
| 2/5/2014 | $8,166.00 |
| 2/5/2014 | $8,729.00 |
| 2/5/2014 | $9,205.00 |
| 2/5/2014 | $16,821.00 |
| 3/19/2014 | $45,854.00 |
| 3/24/2014 | $12,852.00 |
| 3/24/2014 | $21,170.00 |
| 3/24/2014 | $77,540.00 |
| 4/7/2014 | $26,421.00 |
| 4/7/2014 | $154,895.00 |
| 4/18/2014 | $4,236.00 |
| 4/18/2014 | $12,857.00 |
| 4/18/2014 | $51,935.00 |
| 5/12/2014 | $49,301.00 |
| 5/22/2014 | $26,082.00 |
| 5/22/2014 | $35,883.00 |
| 5/29/2014 | $32,103.00 |
| 5/29/2014 | $34,272.00 |
| 6/6/2014 | $2,947.00 |
| 6/6/2014 | $88,598.00 |
| 7/14/2014 | $38,985.00 |
| 7/18/2014 | $397,584.00 |
| 7/30/2014 | $44,799.00 |
| 8/1/2014 | $76,470.00 |
| 9/2/2014 | $99,008.00 |
| 9/3/2014 | $22,052.00 |

EXHIBIT A

TRANSFERS TO PROSPERO TIRE EXPORT, INC.

| Date | Payment Amount |
|---|---|
| 9/3/2014 | $30,737.00 |
| 9/3/2014 | $41,048.00 |
| 9/3/2014 | $44,879.00 |
| 9/3/2014 | $59,123.00 |
| 9/3/2014 | $113,517.00 |
| 9/23/2014 | $44,420.00 |
| 9/23/2014 | $46,739.00 |
| 9/23/2014 | $104,984.00 |
| 9/23/2014 | $229,578.00 |
| 10/8/2014 | $133,016.00 |
| 10/16/2014 | $103,976.00 |
| 10/16/2014 | $112,274.00 |
| 10/16/2014 | $149,990.00 |
| 10/28/2014 | $36,501.00 |
| 11/25/2014 | $58,668.00 |
| 11/25/2014 | $67,944.00 |
| 12/23/2014 | $9,119.00 |
| 12/23/2014 | $9,297.00 |
| 12/23/2014 | $39,779.00 |
| 12/24/2014 | $137,909.00 |
| 1/26/2015 | $20,861.00 |
| 2/5/2015 | $32,123.00 |
| 2/5/2015 | $41,238.00 |
| 2/5/2015 | $87,023.00 |
| 2/23/2015 | $73,412.00 |
| 2/23/2015 | $146,226.00 |
| 2/23/2015 | $227,913.00 |
| 3/3/2015 | $45,885.00 |
| 3/20/2015 | $41,789.00 |
| 3/20/2015 | $50,720.00 |
| 7/23/2015 | $45,668.00 |
| 10/20/2015 | $45,962.00 |
| 10/20/2015 | $46,444.00 |
| 10/20/2015 | $101.00 |
| 11/3/2015 | $23,634.00 |
| 1/11/2016 | $43,107.00 |
| 1/14/2016 | $47,780.00 |
| 1/14/2016 | $45,952.00 |
| 1/14/2016 | $46,485.00 |
| 1/14/2016 | $37,304.00 |
| 1/14/2016 | $46,976.00 |
| 1/14/2016 | $45,390.00 |
| 1/14/2016 | $23,424.00 |
| 2/3/2016 | $43,017.00 |
| 2/3/2016 | $47,573.00 |
| 2/3/2016 | $14,711.00 |

EXHIBIT A

TRANSFERS TO PROSPERO TIRE EXPORT, INC.

| Date | Payment Amount |
|---|---|
| 2/3/2016 | $48,009.00 |
| 2/3/2016 | $47,912.00 |
| 2/3/2016 | $52,905.00 |
| 3/18/2016 | $48,669.00 |
| 3/18/2016 | $46,400.00 |
| 3/18/2016 | $46,317.00 |
| 5/25/2016 | $32,804.00 |
| 5/25/2016 | $36,687.00 |
| 5/25/2016 | $41,702.00 |
| 5/25/2016 | $9,677.00 |
| 5/31/2016 | $48,326.00 |
| 5/31/2016 | $29,117.00 |
| 5/31/2016 | $33,905.00 |
| 5/31/2016 | $47,132.00 |
| 5/31/2016 | $48,245.00 |
| 5/31/2016 | $48,134.00 |
| 5/31/2016 | $28,719.00 |
| 5/31/2016 | $46,325.00 |
| 5/31/2016 | $47,853.00 |
| 5/31/2016 | $48,341.00 |
| 6/13/2016 | $43,856.00 |
| 6/13/2016 | $43,365.00 |
| 7/11/2016 | $45,461.00 |
| 7/11/2016 | $22,257.00 |
| 7/15/2016 | $46,727.00 |
| 7/15/2016 | $42,428.00 |
| 7/15/2016 | $19,732.00 |
| 8/5/2016 | $24,468.00 |
| 9/1/2016 | $20,610.00 |
| 9/1/2016 | $9,408.00 |
| 9/8/2016 | $371,548.00 |
| 10/17/2016 | $48,683.00 |
| 10/17/2016 | $48,737.00 |
| 10/17/2016 | $38,598.00 |
| 12/2/2016 | $33,612.00 |
| 1/20/2017 | $48,590.00 |
| 3/16/2017 | $694,003.00 |
| 3/16/2017 | $29,066.00 |