# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO VAZQUEZ Y PAGAN BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 5/7/2013 | $297.00 |
| 5/7/2013 | $7,389.00 |
| 5/7/2013 | $9,157.00 |
| 5/7/2013 | $14,967.00 |
| 5/7/2013 | $18,979.00 |
| 5/7/2013 | $24,721.00 |
| 5/7/2013 | $25,866.00 |
| 5/7/2013 | $27,153.00 |
| 5/7/2013 | $775.00 |
| 5/13/2013 | $50,915.00 |
| 5/20/2013 | $500.00 |
| 5/28/2013 | $20,935.00 |
| 5/30/2013 | $5,100.00 |
| 5/30/2013 | $5,700.00 |
| 5/30/2013 | $10,660.00 |
| 6/4/2013 | $5,700.00 |
| 6/4/2013 | $1,912.00 |
| 6/7/2013 | $2,713.00 |
| 6/7/2013 | $62,895.00 |
| 6/19/2013 | $10,341.00 |
| 6/19/2013 | $26,119.00 |
| 6/19/2013 | $840.00 |
| 7/1/2013 | $725.00 |
| 7/1/2013 | $1,020.00 |
| 7/10/2013 | $5,625.00 |
| 7/10/2013 | $14,967.00 |
| 7/10/2013 | $14,967.00 |
| 7/22/2013 | $3,450.00 |
| 7/22/2013 | $615.00 |
| 7/22/2013 | $16,046.00 |
| 7/23/2013 | $45,860.00 |
| 8/12/2013 | $2,250.00 |
| 8/12/2013 | $375.00 |
| 8/12/2013 | $450.00 |
| 8/12/2013 | $225.00 |
| 8/12/2013 | $225.00 |
| 8/12/2013 | $225.00 |
| 8/12/2013 | $225.00 |
| 8/12/2013 | $225.00 |
| 8/30/2013 | $4,620.00 |
| 8/30/2013 | $1,950.00 |
| 9/17/2013 | $4,629.00 |
| 9/17/2013 | $9,109.00 |
| 9/17/2013 | $11,704.00 |
| 9/17/2013 | $689.00 |
| 9/24/2013 | $2,250.00 |

EXHIBIT A

TRANSFERS TO VAZQUEZ Y PAGAN BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 9/24/2013 | $3,588.00 |
| 9/24/2013 | $1,794.00 |
| 9/30/2013 | $499.00 |
| 9/30/2013 | $554.00 |
| 9/30/2013 | $11,816.00 |
| 9/30/2013 | $133.00 |
| 9/30/2013 | $146.00 |
| 9/30/2013 | $1,311.00 |
| 10/11/2013 | $4,500.00 |
| 10/11/2013 | $5,700.00 |
| 10/18/2013 | $13,384.00 |
| 10/18/2013 | $14,840.00 |
| 11/4/2013 | $259.00 |
| 11/14/2013 | $107,625.00 |
| 12/3/2013 | $2,710.00 |
| 12/3/2013 | $6,104.00 |
| 12/6/2013 | $10,500.00 |
| 12/6/2013 | $189.00 |
| 12/18/2013 | $189.00 |
| 12/18/2013 | $189.00 |
| 12/19/2013 | $248.00 |
| 12/30/2013 | $244,031.00 |
| 1/6/2014 | $17,883.00 |
| 1/6/2014 | $31,563.00 |
| 2/7/2014 | $14,340.00 |
| 2/7/2014 | $53,770.00 |
| 2/7/2014 | $70,314.00 |
| 2/10/2014 | $15,900.00 |
| 2/10/2014 | $22,112.00 |
| 2/24/2014 | $2,099.00 |
| 2/24/2014 | $11,700.00 |
| 2/24/2014 | $13,773.00 |
| 2/24/2014 | $119,925.00 |
| 3/3/2014 | $500.00 |
| 3/3/2014 | $8,885.00 |
| 3/3/2014 | $1,758.00 |
| 3/10/2014 | $2,925.00 |
| 3/11/2014 | $149.00 |
| 3/13/2014 | $21,600.00 |
| 3/21/2014 | $300.00 |
| 3/21/2014 | $138,375.00 |
| 3/21/2014 | $1,308.00 |
| 4/3/2014 | $340.00 |
| 4/3/2014 | $340.00 |
| 4/3/2014 | $14,182.00 |
| 4/4/2014 | $19,653.00 |

# EXHIBIT A
## TRANSFERS TO VAZQUEZ Y PAGAN BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 4/11/2014 | $264.00 |
| 4/11/2014 | $53,770.00 |
| 4/23/2014 | $270.00 |
| 4/23/2014 | $2,916.00 |
| 4/23/2014 | $19,396.00 |
| 4/23/2014 | $25,677.00 |
| 4/23/2014 | $71,801.00 |
| 5/14/2014 | $7,000.00 |
| 5/22/2014 | $7,712.00 |
| 5/22/2014 | $13,500.00 |
| 5/28/2014 | $344.00 |
| 5/28/2014 | $9,634.00 |
| 5/28/2014 | $20,983.00 |
| 6/2/2014 | $20,586.00 |
| 6/13/2014 | $298.00 |
| 6/13/2014 | $498.00 |
| 6/13/2014 | $31,833.00 |
| 6/19/2014 | $14,167.00 |
| 6/19/2014 | $747.00 |
| 6/20/2014 | $18,941.00 |
| 6/20/2014 | $83,948.00 |
| 6/30/2014 | $380.00 |
| 6/30/2014 | $249.00 |
| 7/31/2014 | $269.00 |
| 7/31/2014 | $4,144.00 |
| 8/6/2014 | $269.00 |
| 8/6/2014 | $3,472.00 |
| 8/6/2014 | $4,309.00 |
| 8/6/2014 | $476.00 |
| 8/6/2014 | $24,325.00 |
| 8/6/2014 | $744.00 |
| 8/6/2014 | $810.00 |
| 8/11/2014 | $2,807.00 |
| 8/11/2014 | $1,986.00 |
| 8/14/2014 | $7,694.00 |
| 8/14/2014 | $548.00 |
| 8/14/2014 | $575.00 |
| 8/26/2014 | $5,657.00 |
| 9/15/2014 | $2,321.00 |
| 9/15/2014 | $6,997.00 |
| 9/15/2014 | $855.00 |
| 9/15/2014 | $1,632.00 |
| 9/19/2014 | $288.00 |
| 9/19/2014 | $5,284.00 |
| 9/19/2014 | $5,314.00 |
| 9/19/2014 | $570.00 |

EXHIBIT A

TRANSFERS TO VAZQUEZ Y PAGAN BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 9/19/2014 | $41.00 |
| 9/23/2014 | $4,345.00 |
| 9/23/2014 | $11,550.00 |
| 10/10/2014 | $34,440.00 |
| 10/20/2014 | $16,344.00 |
| 10/21/2014 | $18,122.00 |
| 10/21/2014 | $760.00 |
| 10/21/2014 | $63,885.00 |
| 10/21/2014 | $1,790.00 |
| 10/28/2014 | $19,346.00 |
| 10/28/2014 | $52,122.00 |
| 10/28/2014 | $60,748.00 |
| 10/28/2014 | $1,007.00 |
| 11/3/2014 | $5,255.00 |
| 11/3/2014 | $6,739.00 |
| 11/7/2014 | $3,278.00 |
| 11/7/2014 | $5,317.00 |
| 11/7/2014 | $459.00 |
| 11/7/2014 | $190.00 |
| 1/9/2015 | $325.00 |
| 1/9/2015 | $8,633.00 |
| 1/9/2015 | $600.00 |
| 1/9/2015 | $225.00 |
| 1/22/2015 | $18,216.00 |
| 1/22/2015 | $225.00 |
| 1/29/2015 | $8,834.00 |
| 2/9/2015 | $14,798.00 |
| 2/19/2015 | $259.00 |
| 2/19/2015 | $269.00 |
| 2/19/2015 | $275.00 |
| 4/2/2015 | $185.00 |
| 5/15/2015 | $10,786.00 |
| 5/28/2015 | $190.00 |
| 5/28/2015 | $8,096.00 |
| 5/28/2015 | $11,984.00 |
| 5/28/2015 | $10,120.00 |
| 5/28/2015 | $219.00 |
| 5/28/2015 | $219.00 |
| 5/28/2015 | $198.00 |
| 5/28/2015 | $219.00 |
| 5/28/2015 | $8,988.00 |
| 5/28/2015 | $7,790.00 |
| 6/12/2015 | $40,698.00 |
| 7/6/2015 | $41,398.00 |
| 7/24/2015 | $11,305.00 |
| 7/27/2015 | $274.00 |

EXHIBIT A

TRANSFERS TO VAZQUEZ Y PAGAN BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 7/27/2015 | $548.00 |
| 8/3/2015 | $11,385.00 |
| 8/10/2015 | $15,162.00 |
| 8/21/2015 | $8,389.00 |
| 9/1/2015 | $11,172.00 |
| 9/11/2015 | $1,862.00 |
| 9/15/2015 | $810.00 |
| 9/15/2015 | $478.00 |
| 9/15/2015 | $930.00 |
| 9/15/2015 | $2,176.00 |
| 9/15/2015 | $2,890.00 |
| 9/18/2015 | $1,862.00 |
| 10/5/2015 | $350.00 |
| 10/5/2015 | $2,450.00 |
| 10/20/2015 | $700.00 |
| 10/20/2015 | $1,302.00 |
| 1/11/2016 | $10,062.00 |
| 2/17/2016 | $7,128.00 |
| 2/19/2016 | $1,050.00 |
| 3/16/2016 | $488.00 |
| 3/24/2016 | $2,241.00 |
| 4/7/2016 | $199.00 |
| 4/11/2016 | $174.00 |
| 4/14/2016 | $504.00 |
| 4/14/2016 | $168.00 |
| 5/17/2016 | $651.00 |
| 6/3/2016 | $14,706.00 |
| 7/7/2016 | $839.00 |
| 8/1/2016 | $400.50 |
| 8/1/2016 | $1,314.00 |
| 8/1/2016 | $438.00 |
| 8/1/2016 | $219.00 |
| 8/1/2016 | $246.00 |
| 8/1/2016 | $438.00 |
| 8/1/2016 | $133.50 |
| 8/17/2016 | $4,661.00 |
| 8/29/2016 | $190.00 |
| 9/28/2016 | $787.00 |
| 10/27/2016 | $153.00 |
| 11/17/2016 | $390.00 |
| 12/8/2016 | $153.00 |
| 1/10/2017 | $1,940.00 |
| 1/10/2017 | $4,368.00 |
| 2/1/2017 | $2,343.00 |
| 3/21/2017 | $372.75 |
| 3/21/2017 | $124.25 |

# EXHIBIT A

## TRANSFERS TO VAZQUEZ Y PAGAN BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 4/27/2017 | $400.00 |