# EXHIBIT A

EXHIBIT A

TRANSFERS TO INTERNATIONAL BUSINESS MACHINES CORPORATION

| Date | Payment Amount |
|---|---|
| 5/7/2013 | $386,334.00 |
| 5/30/2013 | $180,111.00 |
| 6/6/2013 | $12,930.00 |
| 7/1/2013 | $135,801.00 |
| 7/1/2013 | $1,301,610.00 |
| 7/12/2013 | $74,090.00 |
| 8/23/2013 | $8,386.00 |
| 8/27/2013 | $1,198,301.00 |
| 9/4/2013 | $28,325.00 |
| 9/23/2013 | $17,049.00 |
| 10/1/2013 | $12,930.00 |
| 10/15/2013 | $12,930.00 |
| 10/16/2013 | $109,445.00 |
| 10/22/2013 | $110,774.00 |
| 12/3/2013 | $185,819.00 |
| 12/6/2013 | $84,412.00 |
| 12/18/2013 | $5,270.00 |
| 1/7/2014 | $211,077.00 |
| 1/13/2014 | $2,768.00 |
| 1/13/2014 | $5,316.00 |
| 1/13/2014 | $12,192.00 |
| 1/22/2014 | $15,808.00 |
| 1/28/2014 | $48,749.00 |
| 2/3/2014 | $97,699.00 |
| 2/4/2014 | $5,316.00 |
| 2/4/2014 | $969.00 |
| 2/10/2014 | $6,876.00 |
| 2/20/2014 | $4,521.00 |
| 3/11/2014 | $31,978.00 |
| 3/17/2014 | $51,906.00 |
| 3/21/2014 | $12,192.00 |
| 3/24/2014 | $12,504.00 |
| 3/24/2014 | $650.00 |
| 3/24/2014 | $25,008.00 |
| 4/14/2014 | $98,918.00 |
| 4/21/2014 | $12,192.00 |
| 4/28/2014 | $1,001.00 |
| 4/29/2014 | $969.00 |
| 5/9/2014 | $63,161.00 |
| 5/22/2014 | $12,192.00 |
| 6/9/2014 | $93,630.00 |
| 6/10/2014 | $12,192.00 |
| 7/15/2014 | $12,192.00 |
| 7/21/2014 | $4,616.00 |
| 7/22/2014 | $39,572.00 |
| 8/5/2014 | $19,854.00 |

EXHIBIT A

TRANSFERS TO INTERNATIONAL BUSINESS MACHINES CORPORATION

| Date | Payment Amount |
|---|---|
| 8/14/2014 | $5,316.00 |
| 8/18/2014 | $6,876.00 |
| 8/18/2014 | $108.00 |
| 9/12/2014 | $7,200.00 |
| 9/26/2014 | $5,878.00 |
| 9/26/2014 | $2,077,529.00 |
| 9/29/2014 | $532.00 |
| 9/29/2014 | $10,546.00 |
| 9/29/2014 | $22,686.00 |
| 9/30/2014 | $46,511.00 |
| 10/2/2014 | $5,316.00 |
| 10/2/2014 | $6,876.00 |
| 10/2/2014 | $12,192.00 |
| 10/15/2014 | $1,299.00 |
| 10/28/2014 | $14,580.00 |
| 11/4/2014 | $22,686.00 |
| 11/12/2014 | $133,229.00 |
| 11/14/2014 | $12,192.00 |
| 11/18/2014 | $140,363.00 |
| 12/1/2014 | $3,340.00 |
| 12/2/2014 | $12,192.00 |
| 12/3/2014 | $9,241.00 |
| 12/20/2014 | $25,083.00 |
| 12/21/2014 | $20,734.00 |
| 12/29/2014 | $12,192.00 |
| 12/31/2014 | $38,032.00 |
| 1/11/2015 | $33,963.00 |
| 1/16/2015 | $8,989.00 |
| 2/2/2015 | $12,192.00 |
| 2/17/2015 | $26,662.00 |
| 2/18/2015 | $1,590.00 |
| 2/28/2015 | $37,399.00 |
| 3/5/2015 | $8,163.00 |
| 3/9/2015 | $18,962.00 |
| 3/13/2015 | $7,736.00 |
| 3/17/2015 | $25,830.00 |
| 3/20/2015 | $76,090.00 |
| 3/21/2015 | $82,215.00 |
| 3/26/2015 | $45,270.00 |
| 4/1/2015 | $52,165.00 |
| 4/15/2015 | $12,192.00 |
| 4/15/2015 | $14,661.00 |
| 4/27/2015 | $12,192.00 |
| 4/30/2015 | $18,962.00 |
| 5/8/2015 | $1,590.00 |
| 5/10/2015 | $28,622.00 |

# EXHIBIT A

## TRANSFERS TO INTERNATIONAL BUSINESS MACHINES CORPORATION

| Date | Payment Amount |
|---|---|
| 5/10/2015 | $46,219.00 |
| 5/20/2015 | $78,850.00 |
| 5/26/2015 | $17,732.00 |
| 6/24/2015 | $50,309.00 |
| 6/28/2015 | $46,657.00 |
| 7/6/2015 | $24,384.00 |
| 7/10/2015 | $51,047.00 |
| 7/22/2015 | $12,192.00 |
| 8/2/2015 | $281,310.00 |
| 8/5/2015 | $2,460.00 |
| 8/5/2015 | $1,590.00 |
| 8/10/2015 | $18,962.00 |
| 8/12/2015 | $12,192.00 |
| 9/8/2015 | $12,192.00 |
| 9/10/2015 | $77,168.00 |
| 9/11/2015 | $54,034.00 |
| 9/13/2015 | $54,300.00 |
| 9/16/2015 | $49,144.00 |
| 9/19/2015 | $54,414.00 |
| 10/7/2015 | $12,192.00 |
| 10/7/2015 | $32,553.00 |
| 10/9/2015 | $340,008.00 |
| 10/20/2015 | $22,955.00 |
| 10/22/2015 | $254,154.00 |
| 10/28/2015 | $23,192.00 |
| 10/31/2015 | $211,435.00 |
| 11/1/2015 | $174,279.00 |
| 11/7/2015 | $28,081.00 |
| 11/17/2015 | $12,192.00 |
| 11/18/2015 | $23,192.00 |
| 11/30/2015 | $371.00 |
| 12/19/2015 | $24,019.00 |
| 12/30/2015 | $58,017.00 |
| 12/30/2015 | $424,931.00 |
| 1/19/2016 | $12,192.00 |
| 2/1/2016 | $25,505.00 |
| 2/3/2016 | $12,192.00 |
| 2/10/2016 | $31,154.00 |
| 2/18/2016 | $42,071.00 |
| 2/29/2016 | $1,370.00 |
| 3/3/2016 | $22,574.00 |
| 3/31/2016 | $530,155.00 |
| 4/2/2016 | $31,484.00 |
| 4/8/2016 | $3,830.00 |
| 5/1/2016 | $89,371.00 |
| 5/2/2016 | $49,996.00 |

## EXHIBIT A
### TRANSFERS TO INTERNATIONAL BUSINESS MACHINES CORPORATION

| Date | Payment Amount |
|---|---|
| 5/3/2016 | $25,505.00 |
| 5/21/2016 | $22,266.00 |
| 6/5/2016 | $51,108.00 |
| 6/22/2016 | $25,505.00 |
| 6/26/2016 | $193,159.00 |
| 7/5/2016 | $24,384.00 |
| 7/5/2016 | $52,782.00 |
| 7/11/2016 | $12,192.00 |
| 7/13/2016 | $290,425.00 |
| 7/22/2016 | $49,996.00 |
| 8/1/2016 | $9,591.00 |
| 8/9/2016 | $12,192.00 |
| 8/9/2016 | $1,490.00 |
| 9/2/2016 | $19,188.00 |
| 9/6/2016 | $13,034.00 |
| 9/19/2016 | $51,842.00 |
| 10/5/2016 | $5,220.00 |
| 10/24/2016 | $9,594.00 |
| 12/1/2016 | $44,776.00 |
| 12/1/2016 | $24,596.00 |
| 12/1/2016 | $27,066.00 |
| 12/27/2016 | $2,690.00 |
| 1/18/2017 | $204,943.00 |
| 1/23/2017 | $6,135.00 |
| 1/25/2017 | $353,737.00 |
| 3/13/2017 | $2,475.00 |
| 3/15/2017 | $497.00 |
| 3/15/2017 | $3,139.00 |
| 3/28/2017 | $3,139.00 |
| 3/28/2017 | $2,499.00 |
| 3/28/2017 | $6,135.00 |
| 3/28/2017 | $497.00 |
| 3/31/2017 | $58,774.00 |
| 4/3/2017 | $1,310.00 |
| 4/12/2017 | $91,296.00 |
| 4/17/2017 | $5,734.00 |
| 4/20/2017 | $34,750.00 |
| 4/20/2017 | $23,122.00 |
| 4/21/2017 | $25,553.00 |
| 4/21/2017 | $52,745.00 |
| 4/25/2017 | $107,195.00 |
| 4/27/2017 | $3,139.00 |
| 4/27/2017 | $2,499.00 |
| 5/1/2017 | $497.00 |
| 5/1/2017 | $497.00 |