# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO PUERTO RICO SUPPLIES GROUP, INC.

| Date | Payment Amount |
|---|---|
| 1/8/2014 | $27,984.00 |
| 1/21/2014 | $21,928.00 |
| 1/31/2014 | $10,494.00 |
| 2/3/2014 | $284.00 |
| 2/3/2014 | $2,475.00 |
| 2/3/2014 | $2,714.00 |
| 2/3/2014 | $516.00 |
| 2/5/2014 | $90,956.00 |
| 2/7/2014 | $306.00 |
| 2/20/2014 | $887.00 |
| 2/20/2014 | $1,644.00 |
| 2/27/2014 | $55,959.00 |
| 3/3/2014 | $40,221.00 |
| 3/10/2014 | $100.00 |
| 3/11/2014 | $274.00 |
| 3/13/2014 | $1,643.00 |
| 3/17/2014 | $774.00 |
| 4/1/2014 | $49,680.00 |
| 4/1/2014 | $948.00 |
| 4/3/2014 | $3,077.00 |
| 4/4/2014 | $4,979.00 |
| 4/11/2014 | $994.00 |
| 4/15/2014 | $34,980.00 |
| 4/18/2014 | $2,486.00 |
| 4/18/2014 | $525.00 |
| 4/25/2014 | $516.00 |
| 4/28/2014 | $5,108.00 |
| 5/14/2014 | $2,221.00 |
| 5/14/2014 | $6,996.00 |
| 5/16/2014 | $3,276.00 |
| 5/28/2014 | $13,243.00 |
| 5/29/2014 | $52,470.00 |
| 5/30/2014 | $1,290.00 |
| 6/6/2014 | $2,802.00 |
| 6/6/2014 | $13,992.00 |
| 6/11/2014 | $11,160.00 |
| 6/18/2014 | $38,194.00 |
| 6/18/2014 | $1,488.00 |
| 6/23/2014 | $5,500.00 |
| 6/26/2014 | $10,494.00 |
| 6/30/2014 | $2,009.00 |
| 7/22/2014 | $26,399.00 |
| 7/24/2014 | $217.00 |
| 8/5/2014 | $1,142.00 |
| 8/19/2014 | $52,935.00 |
| 9/3/2014 | $217.00 |

A-1

EXHIBIT A

TRANSFERS TO PUERTO RICO SUPPLIES GROUP, INC.

| Date | Payment Amount |
|---|---|
| 9/5/2014 | $1,246.00 |
| 9/9/2014 | $595.00 |
| 9/9/2014 | $20,988.00 |
| 9/9/2014 | $1,522.00 |
| 9/11/2014 | $2,123.00 |
| 9/11/2014 | $34,980.00 |
| 9/18/2014 | $11,183.00 |
| 9/18/2014 | $1,260.00 |
| 9/26/2014 | $1,066.00 |
| 10/15/2014 | $2,096.00 |
| 10/15/2014 | $52,470.00 |
| 10/17/2014 | $14,438.00 |
| 10/22/2014 | $2,196.00 |
| 10/22/2014 | $20,788.00 |
| 10/28/2014 | $41,976.00 |
| 11/3/2014 | $6,579.00 |
| 11/4/2014 | $244.00 |
| 11/4/2014 | $244.00 |
| 11/5/2014 | $2,436.00 |
| 11/18/2014 | $6,300.00 |
| 11/18/2014 | $570.00 |
| 11/25/2014 | $2,223.00 |
| 11/25/2014 | $1,031.00 |
| 12/1/2014 | $1,600.00 |
| 12/15/2014 | $17,490.00 |
| 12/18/2014 | $10,440.00 |
| 12/18/2014 | $217.00 |
| 1/2/2015 | $3,616.00 |
| 1/5/2015 | $3,552.00 |
| 1/5/2015 | $6,300.00 |
| 1/20/2015 | $2,639.00 |
| 1/21/2015 | $56,826.00 |
| 1/21/2015 | $236.00 |
| 1/27/2015 | $600.00 |
| 1/27/2015 | $240.00 |
| 1/29/2015 | $909.00 |
| 2/10/2015 | $3,379.00 |
| 2/17/2015 | $3,600.00 |
| 2/17/2015 | $4,032.00 |
| 2/17/2015 | $52,470.00 |
| 2/18/2015 | $350.00 |
| 2/18/2015 | $1,042.00 |
| 2/18/2015 | $1,071.00 |
| 2/18/2015 | $1,821.00 |
| 2/20/2015 | $16,737.00 |
| 2/27/2015 | $34,980.00 |

A-2

EXHIBIT A

TRANSFERS TO PUERTO RICO SUPPLIES GROUP, INC.

| Date | Payment Amount |
|---|---|
| 3/2/2015 | $2,656.00 |
| 3/2/2015 | $20,988.00 |
| 3/5/2015 | $1,369.00 |
| 3/10/2015 | $1,337.00 |
| 3/16/2015 | $558.00 |
| 3/16/2015 | $804.00 |
| 3/16/2015 | $1,056.00 |
| 3/16/2015 | $1,775.00 |
| 3/19/2015 | $2,464.00 |
| 3/19/2015 | $1,026.00 |
| 4/7/2015 | $13,092.00 |
| 4/7/2015 | $71,220.00 |
| 4/7/2015 | $1,143.00 |
| 4/20/2015 | $52,470.00 |
| 4/20/2015 | $1,572.00 |
| 4/21/2015 | $10,494.00 |
| 4/24/2015 | $3,860.00 |
| 4/28/2015 | $3,072.00 |
| 4/28/2015 | $844.00 |
| 4/28/2015 | $219.00 |
| 5/5/2015 | $2,250.00 |
| 5/5/2015 | $1,337.00 |
| 5/12/2015 | $5,706.00 |
| 5/13/2015 | $163.00 |
| 5/18/2015 | $1,050.00 |
| 5/19/2015 | $2,013.00 |
| 5/19/2015 | $17,490.00 |
| 5/19/2015 | $34,980.00 |
| 5/19/2015 | $900.00 |
| 5/19/2015 | $1,673.00 |
| 5/26/2015 | $9,293.00 |
| 5/27/2015 | $122.00 |
| 6/2/2015 | $1,793.00 |
| 6/2/2015 | $3,277.00 |
| 7/7/2015 | $1,032.00 |
| 7/7/2015 | $257.00 |
| 7/7/2015 | $840.00 |
| 7/7/2015 | $774.00 |
| 7/7/2015 | $458.00 |
| 7/10/2015 | $918.00 |
| 7/14/2015 | $13,896.00 |
| 7/20/2015 | $17,490.00 |
| 7/21/2015 | $4,008.00 |
| 7/21/2015 | $5,588.00 |
| 7/27/2015 | $5,147.00 |
| 7/27/2015 | $2,207.00 |

A-3

EXHIBIT A

TRANSFERS TO PUERTO RICO SUPPLIES GROUP, INC.

| Date | Payment Amount |
|---:|---:|
| 7/27/2015 | $1,074.00 |
| 7/27/2015 | $4,359.00 |
| 7/31/2015 | $1,684.00 |
| 8/3/2015 | $18,513.00 |
| 8/10/2015 | $632.00 |
| 8/10/2015 | $5,670.00 |
| 8/13/2015 | $2,115.00 |
| 8/21/2015 | $3,652.00 |
| 8/21/2015 | $17,490.00 |
| 8/21/2015 | $20,985.00 |
| 9/2/2015 | $1,460.00 |
| 9/4/2015 | $3,383.00 |
| 9/15/2015 | $153.00 |
| 9/18/2015 | $163.00 |
| 9/18/2015 | $57,984.00 |
| 9/24/2015 | $2,483.00 |
| 10/6/2015 | $27,984.00 |
| 10/14/2015 | $52,470.00 |
| 10/19/2015 | $30,000.00 |
| 10/27/2015 | $3,876.00 |
| 11/13/2015 | $3,420.00 |
| 11/27/2015 | $261.00 |
| 11/27/2015 | $2,280.00 |
| 11/30/2015 | $8,040.00 |
| 12/4/2015 | $3,375.00 |
| 12/22/2015 | $265.00 |
| 12/22/2015 | $1,440.00 |
| 12/29/2015 | $2,341.00 |
| 1/4/2016 | $1,138.00 |
| 1/4/2016 | $2,700.00 |
| 1/4/2016 | $4,240.00 |
| 1/26/2016 | $3,743.00 |
| 1/29/2016 | $36,060.00 |
| 1/29/2016 | $30,174.00 |
| 1/29/2016 | $72,060.00 |
| 1/29/2016 | $64,800.00 |
| 1/29/2016 | $72,060.00 |
| 2/9/2016 | $4,360.00 |
| 2/16/2016 | $325.00 |
| 2/23/2016 | $884.00 |
| 2/23/2016 | $1,881.00 |
| 2/25/2016 | $15,087.00 |
| 2/25/2016 | $15,676.00 |
| 3/15/2016 | $4,403.00 |
| 3/15/2016 | $694.00 |
| 3/15/2016 | $757.00 |

EXHIBIT A

TRANSFERS TO PUERTO RICO SUPPLIES GROUP, INC.

| Date | Payment Amount |
|---|---|
| 3/15/2016 | $1,050.00 |
| 3/17/2016 | $3,042.00 |
| 4/29/2016 | $28,848.00 |
| 4/29/2016 | $36,000.00 |
| 4/29/2016 | $18,693.00 |
| 4/29/2016 | $75,435.00 |
| 5/2/2016 | $6,115.00 |
| 5/5/2016 | $9,329.00 |
| 5/9/2016 | $21,718.00 |
| 5/13/2016 | $999.00 |
| 5/13/2016 | $360.00 |
| 5/13/2016 | $5,805.00 |
| 5/17/2016 | $391.00 |
| 5/17/2016 | $60,348.00 |
| 6/6/2016 | $409.00 |
| 6/6/2016 | $4,542.00 |
| 6/8/2016 | $866.00 |
| 6/10/2016 | $488.00 |
| 6/10/2016 | $540.00 |
| 6/10/2016 | $174.00 |
| 6/10/2016 | $1,629.00 |
| 6/10/2016 | $15,087.00 |
| 6/17/2016 | $3,180.00 |
| 6/21/2016 | $1,560.00 |
| 7/6/2016 | $75,435.00 |
| 7/6/2016 | $1,888.00 |
| 7/6/2016 | $3,150.00 |
| 7/6/2016 | $1,680.00 |
| 8/2/2016 | $36,209.00 |
| 8/2/2016 | $1,241.00 |
| 8/10/2016 | $2,322.00 |
| 8/10/2016 | $36,060.00 |
| 8/11/2016 | $26,494.00 |
| 8/11/2016 | $36,209.00 |
| 8/11/2016 | $15,087.00 |
| 8/30/2016 | $3,165.00 |
| 9/20/2016 | $10,125.00 |
| 9/20/2016 | $43,842.00 |
| 9/30/2016 | $1,800.00 |
| 9/30/2016 | $1,524.00 |
| 10/4/2016 | $10,975.00 |
| 10/14/2016 | $36,209.00 |
| 10/18/2016 | $75,435.00 |
| 10/25/2016 | $36,209.00 |
| 11/4/2016 | $4,497.00 |
| 11/14/2016 | $72,120.00 |

# EXHIBIT A

## TRANSFERS TO PUERTO RICO SUPPLIES GROUP, INC.

| Date | Payment Amount |
|---|---|
| 11/18/2016 | $6,002.00 |
| 11/18/2016 | $6,773.00 |
| 12/12/2016 | $2,029.00 |
| 12/13/2016 | $205.00 |
| 12/13/2016 | $619.00 |
| 12/19/2016 | $30,174.00 |
| 12/19/2016 | $30,174.00 |
| 12/23/2016 | $36,060.00 |
| 12/23/2016 | $30,174.00 |
| 12/23/2016 | $46,100.00 |
| 12/28/2016 | $163.00 |
| 1/5/2017 | $1,584.00 |
| 1/5/2017 | $506.00 |
| 1/5/2017 | $163.00 |
| 1/18/2017 | $975.00 |
| 1/30/2017 | $2,274.00 |
| 2/8/2017 | $6,300.00 |
| 2/8/2017 | $2,514.00 |
| 2/21/2017 | $1,416.00 |
| 2/21/2017 | $1,223.00 |
| 2/23/2017 | $45,261.00 |
| 3/1/2017 | $36,060.00 |
| 3/2/2017 | $72,120.00 |
| 3/9/2017 | $81.00 |
| 4/11/2017 | $930.00 |
| 4/21/2017 | $30,174.00 |
| 4/24/2017 | $15,087.00 |