# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO RAFAEL HERNANDEZ BARRERAS

| Date | Payment Amount |
|---|---|
| 5/28/2013 | $5,750.00 |
| 5/28/2013 | $5,750.00 |
| 5/28/2013 | $11,099.00 |
| 6/12/2013 | $3,000.00 |
| 6/12/2013 | $3,000.00 |
| 7/10/2013 | $11,099.00 |
| 7/25/2013 | $11,099.00 |
| 8/14/2013 | $3,000.00 |
| 8/30/2013 | $3,000.00 |
| 8/30/2013 | $5,750.00 |
| 8/30/2013 | $11,500.00 |
| 10/10/2013 | $5,750.00 |
| 10/18/2013 | $3,000.00 |
| 10/28/2013 | $11,099.00 |
| 10/31/2013 | $11,099.00 |
| 11/12/2013 | $5,750.00 |
| 11/12/2013 | $11,099.00 |
| 12/12/2013 | $11,099.00 |
| 12/13/2013 | $3,000.00 |
| 1/2/2014 | $11,099.00 |
| 1/6/2014 | $2,450.00 |
| 1/9/2014 | $2,976.00 |
| 1/9/2014 | $38,448.00 |
| 1/15/2014 | $11,099.00 |
| 1/17/2014 | $3,955.00 |
| 1/17/2014 | $18,303.00 |
| 1/23/2014 | $10,518.00 |
| 1/27/2014 | $5,750.00 |
| 2/11/2014 | $52,658.00 |
| 2/11/2014 | $52,658.00 |
| 2/18/2014 | $2,976.00 |
| 3/3/2014 | $18,303.00 |
| 3/5/2014 | $3,000.00 |
| 3/5/2014 | $3,000.00 |
| 3/5/2014 | $3,000.00 |
| 3/5/2014 | $11,500.00 |
| 3/10/2014 | $2,976.00 |
| 3/10/2014 | $3,123.00 |
| 3/12/2014 | $10,518.00 |
| 3/12/2014 | $34,024.00 |
| 3/14/2014 | $11,099.00 |
| 3/17/2014 | $52,658.00 |
| 3/24/2014 | $3,000.00 |
| 3/24/2014 | $3,000.00 |
| 3/24/2014 | $5,750.00 |
| 3/24/2014 | $18,303.00 |

EXHIBIT A

TRANSFERS TO RAFAEL HERNANDEZ BARRERAS

| Date | Payment Amount |
|---|---|
| 3/28/2014 | $2,450.00 |
| 4/2/2014 | $2,976.00 |
| 4/3/2014 | $5,750.00 |
| 4/3/2014 | $11,099.00 |
| 4/3/2014 | $38,448.00 |
| 4/10/2014 | $2,686.00 |
| 4/14/2014 | $34,024.00 |
| 4/14/2014 | $34,024.00 |
| 4/18/2014 | $2,450.00 |
| 4/18/2014 | $26,600.00 |
| 4/29/2014 | $2,792.00 |
| 4/29/2014 | $3,551.00 |
| 4/29/2014 | $11,099.00 |
| 4/29/2014 | $11,848.00 |
| 5/1/2014 | $18,303.00 |
| 5/1/2014 | $52,658.00 |
| 5/7/2014 | $5,750.00 |
| 5/7/2014 | $34,024.00 |
| 5/15/2014 | $2,976.00 |
| 5/19/2014 | $21,035.00 |
| 5/29/2014 | $2,450.00 |
| 5/29/2014 | $11,099.00 |
| 6/3/2014 | $34,024.00 |
| 6/4/2014 | $3,000.00 |
| 6/4/2014 | $11,500.00 |
| 6/4/2014 | $38,448.00 |
| 6/16/2014 | $2,976.00 |
| 6/19/2014 | $3,504.00 |
| 6/20/2014 | $3,000.00 |
| 6/23/2014 | $10,518.00 |
| 6/24/2014 | $52,658.00 |
| 6/27/2014 | $11,099.00 |
| 7/2/2014 | $4,900.00 |
| 7/8/2014 | $2,450.00 |
| 7/9/2014 | $3,000.00 |
| 7/9/2014 | $3,000.00 |
| 7/14/2014 | $2,976.00 |
| 7/14/2014 | $18,303.00 |
| 7/14/2014 | $0.00 |
| 7/17/2014 | $76,895.00 |
| 7/22/2014 | $18,303.00 |
| 7/22/2014 | $18,303.00 |
| 7/22/2014 | $38,448.00 |
| 7/24/2014 | $3,139.00 |
| 7/24/2014 | $3,279.00 |
| 7/24/2014 | $10,518.00 |

EXHIBIT A

TRANSFERS TO RAFAEL HERNANDEZ BARRERAS

| Date | Payment Amount |
|---|---|
| 7/30/2014 | $11,099.00 |
| 7/30/2014 | $52,658.00 |
| 8/18/2014 | $52,658.00 |
| 8/19/2014 | $2,976.00 |
| 8/19/2014 | $10,518.00 |
| 8/19/2014 | $52,658.00 |
| 8/21/2014 | $3,000.00 |
| 8/21/2014 | $68,103.00 |
| 8/26/2014 | $2,450.00 |
| 8/26/2014 | $5,750.00 |
| 8/26/2014 | $5,750.00 |
| 9/5/2014 | $5,750.00 |
| 9/5/2014 | $34,024.00 |
| 9/9/2014 | $2,450.00 |
| 9/11/2014 | $38,448.00 |
| 9/19/2014 | $52,658.00 |
| 9/22/2014 | $38,448.00 |
| 9/24/2014 | $2,857.00 |
| 9/24/2014 | $17,012.00 |
| 9/24/2014 | $17,012.00 |
| 9/24/2014 | $34,024.00 |
| 9/25/2014 | $5,750.00 |
| 9/29/2014 | $3,352.00 |
| 10/3/2014 | $4,723.00 |
| 10/3/2014 | $18,303.00 |
| 10/3/2014 | $52,658.00 |
| 10/6/2014 | $11,099.00 |
| 10/6/2014 | $11,099.00 |
| 10/7/2014 | $18,303.00 |
| 10/8/2014 | $3,000.00 |
| 10/9/2014 | $9,466.00 |
| 10/9/2014 | $1,134.00 |
| 10/15/2014 | $18,303.00 |
| 10/17/2014 | $567.00 |
| 10/17/2014 | $18,932.00 |
| 10/21/2014 | $2,837.00 |
| 11/5/2014 | $2,857.00 |
| 11/5/2014 | $34,024.00 |
| 11/5/2014 | $52,658.00 |
| 11/6/2014 | $9,466.00 |
| 11/14/2014 | $2,450.00 |
| 11/14/2014 | $3,265.00 |
| 11/14/2014 | $11,099.00 |
| 11/14/2014 | $18,303.00 |
| 12/2/2014 | $3,000.00 |
| 12/5/2014 | $2,857.00 |

63378622 v1

EXHIBIT A

TRANSFERS TO RAFAEL HERNANDEZ BARRERAS

| Date | Payment Amount |
|---|---|
| 12/8/2014 | $2,450.00 |
| 12/15/2014 | $11,099.00 |
| 12/15/2014 | $38,448.00 |
| 12/16/2014 | $34,024.00 |
| 12/17/2014 | $2,450.00 |
| 12/17/2014 | $38,448.00 |
| 12/30/2014 | $2,450.00 |
| 12/30/2014 | $3,607.00 |
| 12/30/2014 | $9,466.00 |
| 12/30/2014 | $18,303.00 |
| 12/30/2014 | $0.00 |
| 12/31/2014 | $38,448.00 |
| 1/6/2015 | $2,857.00 |
| 1/6/2015 | $11,099.00 |
| 1/12/2015 | $3,448.00 |
| 1/15/2015 | $9,556.00 |
| 1/15/2015 | $13,667.00 |
| 1/20/2015 | $13,667.00 |
| 1/21/2015 | $9,466.00 |
| 1/21/2015 | $38,448.00 |
| 1/29/2015 | $2,450.00 |
| 1/29/2015 | $11,099.00 |
| 1/29/2015 | $38,448.00 |
| 1/30/2015 | $13,667.00 |
| 2/5/2015 | $2,857.00 |
| 2/5/2015 | $18,303.00 |
| 2/6/2015 | $2,857.00 |
| 2/6/2015 | $1,703.00 |
| 2/13/2015 | $52,658.00 |
| 2/18/2015 | $2,450.00 |
| 2/24/2015 | $3,161.00 |
| 2/24/2015 | $9,466.00 |
| 3/2/2015 | $34,024.00 |
| 3/2/2015 | $34,024.00 |
| 3/2/2015 | $38,448.00 |
| 3/6/2015 | $2,857.00 |
| 3/6/2015 | $34,024.00 |
| 3/6/2015 | $52,658.00 |
| 3/9/2015 | $18,303.00 |
| 3/10/2015 | $34,024.00 |
| 3/12/2015 | $2,781.00 |
| 3/16/2015 | $9,466.00 |
| 3/31/2015 | $2,857.00 |
| 3/31/2015 | $11,099.00 |
| 4/7/2015 | $2,450.00 |
| 4/7/2015 | $11,099.00 |

EXHIBIT A

TRANSFERS TO RAFAEL HERNANDEZ BARRERAS

| Date | Payment Amount |
|---|---|
| 4/7/2015 | $38,448.00 |
| 4/13/2015 | $9,466.00 |
| 4/14/2015 | $13,667.00 |
| 4/14/2015 | $13,667.00 |
| 4/14/2015 | $18,303.00 |
| 4/27/2015 | $34,024.00 |
| 4/27/2015 | $52,658.00 |
| 4/30/2015 | $2,857.00 |
| 4/30/2015 | $5,750.00 |
| 4/30/2015 | $5,750.00 |
| 4/30/2015 | $5,750.00 |
| 4/30/2015 | $5,750.00 |
| 4/30/2015 | $5,750.00 |
| 4/30/2015 | $5,750.00 |
| 4/30/2015 | $5,750.00 |
| 5/1/2015 | $11,099.00 |
| 5/6/2015 | $13,667.00 |
| 5/8/2015 | $34,024.00 |
| 5/11/2015 | $2,119.00 |
| 5/11/2015 | $2,985.00 |
| 5/15/2015 | $2,450.00 |
| 5/15/2015 | $9,466.00 |
| 5/15/2015 | $38,448.00 |
| 5/20/2015 | $52,658.00 |
| 5/22/2015 | $18,303.00 |
| 5/22/2015 | $0.00 |
| 6/1/2015 | $2,857.00 |
| 6/1/2015 | $3,698.00 |
| 6/2/2015 | $18,303.00 |
| 6/8/2015 | $5,750.00 |
| 6/9/2015 | $9,466.00 |
| 6/17/2015 | $3,221.00 |
| 6/17/2015 | $18,303.00 |
| 6/17/2015 | $11,099.00 |
| 6/23/2015 | $13,667.00 |
| 6/26/2015 | $34,024.00 |
| 6/26/2015 | $34,024.00 |
| 6/26/2015 | $4,900.00 |
| 7/3/2015 | $2,857.00 |
| 7/13/2015 | $52,658.00 |
| 7/24/2015 | $5,750.00 |
| 7/27/2015 | $52,658.00 |
| 7/27/2015 | $2,450.00 |
| 7/29/2015 | $11,099.00 |
| 8/4/2015 | $2,857.00 |
| 8/4/2015 | $13,667.00 |

EXHIBIT A

TRANSFERS TO RAFAEL HERNANDEZ BARRERAS

| Date | Payment Amount |
|---|---|
| 8/7/2015 | $3,236.00 |
| 8/7/2015 | $76,895.00 |
| 8/10/2015 | $9,466.00 |
| 8/11/2015 | $18,303.00 |
| 8/20/2015 | $2,450.00 |
| 8/24/2015 | $13,667.00 |
| 8/24/2015 | $11,099.00 |
| 8/24/2015 | $5,750.00 |
| 8/28/2015 | $5,750.00 |
| 9/4/2015 | $2,857.00 |
| 9/4/2015 | $17,012.00 |
| 9/4/2015 | $38,448.00 |
| 9/22/2015 | $52,658.00 |
| 10/2/2015 | $38,448.00 |
| 10/8/2015 | $2,857.00 |
| 10/8/2015 | $9,466.00 |
| 10/8/2015 | $4,880.00 |
| 10/13/2015 | $2,681.00 |
| 10/13/2015 | $6,805.00 |
| 10/13/2015 | $2,450.00 |
| 10/14/2015 | $52,658.00 |
| 10/19/2015 | $34,024.00 |
| 10/19/2015 | $34,024.00 |
| 10/19/2015 | $5,750.00 |
| 10/20/2015 | $9,466.00 |
| 10/27/2015 | $33,344.00 |
| 10/27/2015 | $680.00 |
| 11/2/2015 | $5,750.00 |
| 11/5/2015 | $2,450.00 |
| 11/10/2015 | $2,857.00 |
| 11/10/2015 | $1,830.00 |
| 11/10/2015 | $3,570.00 |
| 11/10/2015 | $52,658.00 |
| 11/24/2015 | $52,658.00 |
| 11/24/2015 | $9,466.00 |
| 12/1/2015 | $52,658.00 |
| 12/1/2015 | $9,466.00 |
| 12/4/2015 | $38,448.00 |
| 12/4/2015 | $2,450.00 |
| 12/15/2015 | $18,303.00 |
| 12/16/2015 | $5,750.00 |
| 12/21/2015 | $2,857.00 |
| 12/21/2015 | $18,303.00 |
| 12/21/2015 | $9,466.00 |
| 12/21/2015 | $3,010.00 |
| 12/21/2015 | $2,893.00 |

EXHIBIT A

TRANSFERS TO RAFAEL HERNANDEZ BARRERAS

| Date | Payment Amount |
|---|---|
| 12/28/2015 | $52,658.00 |
| 1/6/2016 | $2,857.00 |
| 1/6/2016 | $6,710.00 |
| 1/6/2016 | $18,303.00 |
| 1/6/2016 | $9,150.00 |
| 1/6/2016 | $2,450.00 |
| 2/1/2016 | $38,448.00 |
| 2/1/2016 | $38,448.00 |
| 2/1/2016 | $38,448.00 |
| 2/2/2016 | $34,024.00 |
| 2/2/2016 | $34,024.00 |
| 2/2/2016 | $2,966.00 |
| 2/3/2016 | $9,462.00 |
| 2/5/2016 | $5,750.00 |
| 2/9/2016 | $2,857.00 |
| 2/9/2016 | $2,450.00 |
| 2/11/2016 | $11,099.00 |
| 2/11/2016 | $11,099.00 |
| 2/11/2016 | $11,099.00 |
| 2/16/2016 | $3,278.00 |
| 2/16/2016 | $11,099.00 |
| 2/17/2016 | $11,099.00 |
| 2/18/2016 | $34,024.00 |
| 2/22/2016 | $2,585.00 |
| 2/23/2016 | $9,466.00 |
| 3/1/2016 | $2,857.00 |
| 3/10/2016 | $9,466.00 |
| 3/11/2016 | $11,099.00 |
| 3/15/2016 | $34,024.00 |
| 3/15/2016 | $34,024.00 |
| 3/15/2016 | $2,450.00 |
| 3/22/2016 | $13,667.00 |
| 3/22/2016 | $13,667.00 |
| 3/22/2016 | $13,667.00 |
| 3/22/2016 | $13,667.00 |
| 3/22/2016 | $13,667.00 |
| 3/22/2016 | $5,750.00 |
| 4/5/2016 | $2,857.00 |
| 4/26/2016 | $5,750.00 |
| 4/29/2016 | $18,303.00 |
| 4/29/2016 | $18,303.00 |
| 4/29/2016 | $18,303.00 |
| 4/29/2016 | $38,448.00 |
| 4/29/2016 | $52,658.00 |
| 4/29/2016 | $52,658.00 |
| 4/29/2016 | $52,658.00 |

63378622 v1

EXHIBIT A

TRANSFERS TO RAFAEL HERNANDEZ BARRERAS

| Date | Payment Amount |
|---|---|
| 4/29/2016 | $38,448.00 |
| 5/2/2016 | $24,400.00 |
| 5/2/2016 | $34,024.00 |
| 5/2/2016 | $5,750.00 |
| 5/2/2016 | $2,195.00 |
| 5/4/2016 | $9,466.00 |
| 5/9/2016 | $2,450.00 |
| 5/10/2016 | $2,857.00 |
| 5/12/2016 | $2,689.00 |
| 5/12/2016 | $52,657.00 |
| 5/12/2016 | $11,099.00 |
| 5/12/2016 | $13,667.00 |
| 5/16/2016 | $2,450.00 |
| 5/16/2016 | $38,448.00 |
| 5/16/2016 | $11,099.00 |
| 5/16/2016 | $11,099.00 |
| 5/16/2016 | $11,099.00 |
| 5/23/2016 | $5,750.00 |
| 5/23/2016 | $11,099.00 |
| 5/31/2016 | $9,466.00 |
| 6/2/2016 | $5,750.00 |
| 6/3/2016 | $2,857.00 |
| 6/9/2016 | $34,024.00 |
| 6/20/2016 | $34,024.00 |
| 6/30/2016 | $9,462.00 |
| 6/30/2016 | $38,448.00 |
| 6/30/2016 | $2,450.00 |
| 7/5/2016 | $52,658.00 |
| 7/5/2016 | $2,362.00 |
| 7/11/2016 | $13,667.00 |
| 7/11/2016 | $13,667.00 |
| 7/11/2016 | $13,667.00 |
| 7/11/2016 | $5,750.00 |
| 7/15/2016 | $13,667.00 |
| 7/15/2016 | $2,857.00 |
| 7/15/2016 | $2,416.00 |
| 8/8/2016 | $18,303.00 |
| 8/8/2016 | $18,303.00 |
| 8/8/2016 | $52,658.00 |
| 8/8/2016 | $11,099.00 |
| 8/8/2016 | $13,667.00 |
| 8/22/2016 | $5,750.00 |
| 8/24/2016 | $2,857.00 |
| 8/29/2016 | $38,448.00 |
| 8/29/2016 | $2,450.00 |
| 8/29/2016 | $2,762.00 |

EXHIBIT A

TRANSFERS TO RAFAEL HERNANDEZ BARRERAS

| Date | Payment Amount |
|---|---|
| 9/1/2016 | $18,303.00 |
| 9/2/2016 | $34,024.00 |
| 9/6/2016 | $52,658.00 |
| 9/6/2016 | $52,658.00 |
| 9/7/2016 | $24,765.00 |
| 9/12/2016 | $2,450.00 |
| 9/12/2016 | $2,857.00 |
| 9/12/2016 | $3,021.00 |
| 9/12/2016 | $34,024.00 |
| 9/15/2016 | $38,448.00 |
| 9/16/2016 | $18,303.00 |
| 9/23/2016 | $18,303.00 |
| 9/30/2016 | $5,750.00 |
| 10/13/2016 | $16,473.00 |
| 10/13/2016 | $2,596.00 |
| 10/20/2016 | $38,448.00 |
| 10/27/2016 | $34,024.00 |
| 11/3/2016 | $2,779.00 |
| 12/29/2016 | $34,024.00 |
| 12/30/2016 | $34,024.00 |
| 12/30/2016 | $34,024.00 |
| 2/27/2017 | $5,750.00 |
| 3/8/2017 | $2,718.00 |
| 3/8/2017 | $34,024.00 |
| 3/8/2017 | $34,024.00 |
| 3/10/2017 | $5,750.00 |
| 3/10/2017 | $5,750.00 |
| 3/10/2017 | $5,750.00 |
| 3/10/2017 | $5,750.00 |
| 3/16/2017 | $1,692.00 |
| 3/23/2017 | $5,750.00 |
| 3/29/2017 | $2,581.00 |
| 3/29/2017 | $3,058.00 |
| 4/7/2017 | $5,750.00 |
| 4/10/2017 | $34,024.00 |
| 4/10/2017 | $3,260.00 |