# EXHIBIT A

Case:17-03283-LTS Doc#:6719-1 Filed:04/30/19 Entered:04/30/19 21:59:03 Desc: Exhibit A Page 1 of 4

# EXHIBIT A

## TRANSFERS TO INTERNATIONAL SURVEILLANCE SERVICES CORPORATION

| Date | Payment Amount |
|---|---|
| 1/9/2014 | $199,042.00 |
| 1/13/2014 | $108,828.00 |
| 2/26/2014 | $95,875.00 |
| 3/14/2014 | $111,472.00 |
| 3/14/2014 | $1,617.00 |
| 4/10/2014 | $550.00 |
| 4/10/2014 | $1,850.00 |
| 4/28/2014 | $1,100.00 |
| 5/1/2014 | $340,456.00 |
| 6/10/2014 | $7,450.00 |
| 6/30/2014 | $36,308.00 |
| 6/30/2014 | $41,864.00 |
| 8/5/2014 | $443,279.00 |
| 9/17/2014 | $120,592.00 |
| 11/3/2014 | $123,460.00 |
| 11/3/2014 | $129,628.00 |
| 3/5/2015 | $128,649.00 |
| 4/15/2015 | $2,137.00 |
| 4/15/2015 | $2,396.00 |
| 4/15/2015 | $2,442.00 |
| 4/15/2015 | $2,572.00 |
| 4/15/2015 | $2,673.00 |
| 4/15/2015 | $2,766.00 |
| 4/15/2015 | $2,886.00 |
| 4/15/2015 | $3,025.00 |
| 4/15/2015 | $3,043.00 |
| 4/15/2015 | $3,228.00 |
| 4/15/2015 | $3,543.00 |
| 4/15/2015 | $3,700.00 |
| 4/15/2015 | $132,738.00 |
| 4/15/2015 | $9.00 |
| 4/15/2015 | $1,258.00 |
| 4/16/2015 | $2,109.00 |
| 4/20/2015 | $124,237.00 |
| 7/21/2015 | $136,179.00 |
| 9/8/2015 | $136,325.00 |
| 9/23/2015 | $2,202.00 |
| 9/23/2015 | $3,053.00 |
| 9/23/2015 | $2,988.00 |
| 9/23/2015 | $3,645.00 |
| 9/23/2015 | $2,433.00 |
| 9/23/2015 | $119,436.00 |
| 9/23/2015 | $126,438.00 |
| 9/23/2015 | $126,052.00 |
| 9/23/2015 | $120,537.00 |
| 1/21/2016 | $3,691.00 |

EXHIBIT A

TRANSFERS TO INTERNATIONAL SURVEILLANCE SERVICES CORPORATION

| Date | Payment Amount |
|---|---|
| 1/21/2016 | $4,153.00 |
| 1/21/2016 | $3,839.00 |
| 1/21/2016 | $3,404.00 |
| 1/21/2016 | $59,317.00 |
| 1/21/2016 | $115,588.00 |
| 1/21/2016 | $115,847.00 |
| 1/21/2016 | $119,820.00 |
| 1/21/2016 | $50,512.00 |
| 1/21/2016 | $3,261.00 |
| 2/25/2016 | $1,970.00 |
| 2/25/2016 | $1,970.00 |
| 2/25/2016 | $2,220.00 |
| 2/25/2016 | $2,562.00 |
| 2/25/2016 | $5,342.00 |
| 4/4/2016 | $4,107.00 |
| 4/4/2016 | $4,551.00 |
| 4/4/2016 | $123,562.00 |
| 4/4/2016 | $112,725.00 |
| 7/5/2016 | $5,189.00 |
| 7/5/2016 | $3,468.00 |
| 7/5/2016 | $4,875.00 |
| 7/22/2016 | $83,000.00 |
| 8/10/2016 | $11.00 |
| 8/10/2016 | $57,933.00 |
| 8/10/2016 | $118,426.00 |
| 8/10/2016 | $50,770.00 |
| 8/10/2016 | $88,402.00 |
| 8/10/2016 | $3,931.00 |
| 9/15/2016 | $4,052.00 |
| 9/15/2016 | $3,201.00 |
| 9/15/2016 | $2,334.00 |
| 12/13/2016 | $15,262.00 |
| 12/13/2016 | $62.00 |
| 12/13/2016 | $3,993.00 |
| 12/13/2016 | $83.00 |
| 12/13/2016 | $112.00 |
| 12/13/2016 | $3,062.00 |
| 12/13/2016 | $3,672.00 |
| 12/13/2016 | $2,969.00 |
| 12/13/2016 | $4,264.00 |
| 1/20/2017 | $4,847.00 |
| 1/20/2017 | $80,561.00 |
| 2/17/2017 | $65,139.00 |
| 2/17/2017 | $87,745.00 |
| 2/17/2017 | $91,315.00 |
| 4/6/2017 | $3,922.00 |

EXHIBIT A

TRANSFERS TO INTERNATIONAL SURVEILLANCE SERVICES CORPORATION

| Date | Payment Amount |
|---|---|
| 4/6/2017 | $5,902.00 |
| 4/6/2017 | $71,400.00 |