# EXHIBIT A

EXHIBIT A

TRANSFERS TO RAMIREZ BUS LINE INC.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $34,650.00 |
| 5/15/2013 | $20,350.00 |
| 5/24/2013 | $25,200.00 |
| 6/12/2013 | $7,897.00 |
| 6/12/2013 | $11,400.00 |
| 6/12/2013 | $15,400.00 |
| 6/12/2013 | $19,800.00 |
| 6/12/2013 | $23,100.00 |
| 6/12/2013 | $44,550.00 |
| 6/12/2013 | $47,025.00 |
| 6/12/2013 | $51,975.00 |
| 7/15/2013 | $18,700.00 |
| 7/15/2013 | $42,075.00 |
| 8/16/2013 | $465.00 |
| 8/16/2013 | $465.00 |
| 8/16/2013 | $465.00 |
| 8/16/2013 | $500.00 |
| 8/16/2013 | $500.00 |
| 8/16/2013 | $512.00 |
| 8/16/2013 | $512.00 |
| 8/16/2013 | $512.00 |
| 8/16/2013 | $547.00 |
| 8/16/2013 | $767.00 |
| 8/23/2013 | $6,360.00 |
| 8/23/2013 | $8,177.00 |
| 8/23/2013 | $8,631.00 |
| 8/23/2013 | $12,025.00 |
| 8/23/2013 | $12,950.00 |
| 8/23/2013 | $16,650.00 |
| 8/23/2013 | $17,575.00 |
| 8/23/2013 | $19,425.00 |
| 8/23/2013 | $20,475.00 |
| 8/23/2013 | $22,050.00 |
| 8/23/2013 | $29,925.00 |
| 8/23/2013 | $44,200.00 |
| 8/23/2013 | $46,800.00 |
| 8/23/2013 | $54,600.00 |
| 9/5/2013 | $9,539.00 |
| 9/20/2013 | $7,722.00 |
| 9/20/2013 | $15,725.00 |
| 10/4/2013 | $275.00 |
| 10/4/2013 | $275.00 |
| 10/4/2013 | $450.00 |
| 10/4/2013 | $150.00 |
| 11/15/2013 | $8,147.00 |
| 12/12/2013 | $47,730.00 |

EXHIBIT A

TRANSFERS TO RAMIREZ BUS LINE INC.

| Date | Payment Amount |
|---|---|
| 12/19/2013 | $21,214.00 |
| 12/19/2013 | $21,214.00 |
| 1/6/2014 | $23,447.00 |
| 1/6/2014 | $42,706.00 |
| 1/6/2014 | $47,730.00 |
| 1/6/2014 | $52,755.00 |
| 1/8/2014 | $8,147.00 |
| 1/8/2014 | $16,047.00 |
| 1/8/2014 | $17,935.00 |
| 1/8/2014 | $17,935.00 |
| 1/8/2014 | $18,981.00 |
| 1/8/2014 | $46,631.00 |
| 1/8/2014 | $46,631.00 |
| 1/13/2014 | $9,005.00 |
| 1/13/2014 | $19,823.00 |
| 1/13/2014 | $51,540.00 |
| 2/3/2014 | $7,395.00 |
| 2/3/2014 | $41,723.00 |
| 2/6/2014 | $12,271.00 |
| 2/24/2014 | $13,498.00 |
| 2/24/2014 | $30,372.00 |
| 2/27/2014 | $32,658.00 |
| 3/11/2014 | $14,515.00 |
| 3/21/2014 | $21,214.00 |
| 3/24/2014 | $47,730.00 |
| 4/29/2014 | $5,574.00 |
| 4/29/2014 | $31,906.00 |
| 4/29/2014 | $31,906.00 |
| 5/6/2014 | $5,574.00 |
| 5/6/2014 | $8,147.00 |
| 5/6/2014 | $12,271.00 |
| 5/6/2014 | $17,935.00 |
| 5/6/2014 | $46,631.00 |
| 5/23/2014 | $15,631.00 |
| 5/29/2014 | $35,170.00 |
| 6/6/2014 | $6,003.00 |
| 6/13/2014 | $34,360.00 |
| 6/17/2014 | $13,215.00 |
| 6/20/2014 | $33,411.00 |
| 6/27/2014 | $12,505.00 |
| 6/27/2014 | $14,849.00 |
| 6/30/2014 | $28,136.00 |
| 7/2/2014 | $302.00 |
| 7/2/2014 | $302.00 |
| 7/9/2014 | $209.00 |
| 7/9/2014 | $225.00 |

63378627 v1

# EXHIBIT A

## TRANSFERS TO RAMIREZ BUS LINE INC.

| Date | Payment Amount |
|---:|---:|
| 7/9/2014 | $233.00 |
| 7/25/2014 | $326.00 |
| 7/25/2014 | $326.00 |
| 7/25/2014 | $521.00 |
| 8/14/2014 | $326.00 |
| 8/14/2014 | $372.00 |
| 8/14/2014 | $140.00 |
| 8/14/2014 | $163.00 |
| 8/14/2014 | $163.00 |
| 9/30/2014 | $326.00 |
| 9/30/2014 | $326.00 |
| 10/15/2014 | $5,164.00 |
| 10/15/2014 | $6,132.00 |
| 10/15/2014 | $11,368.00 |
| 10/15/2014 | $13,500.00 |
| 10/15/2014 | $35,099.00 |
| 10/20/2014 | $29,557.00 |
| 11/10/2014 | $3,150.00 |
| 11/10/2014 | $1,575.00 |
| 1/13/2015 | $15,550.00 |
| 1/13/2015 | $15,550.00 |
| 1/13/2015 | $16,740.00 |
| 1/13/2015 | $27,599.00 |
| 1/13/2015 | $27,599.00 |
| 1/13/2015 | $29,438.00 |
| 1/13/2015 | $32,085.00 |
| 1/13/2015 | $32,085.00 |
| 1/13/2015 | $35,259.00 |
| 1/13/2015 | $38,638.00 |
| 1/13/2015 | $38,638.00 |
| 1/23/2015 | $104,704.00 |
| 1/26/2015 | $113,585.00 |
| 4/8/2015 | $930.00 |
| 4/22/2015 | $3,906.00 |
| 4/22/2015 | $1,423.00 |
| 4/30/2015 | $256.00 |
| 4/30/2015 | $256.00 |
| 4/30/2015 | $256.00 |
| 4/30/2015 | $256.00 |
| 4/30/2015 | $256.00 |
| 4/30/2015 | $140.00 |
| 4/30/2015 | $186.00 |
| 4/30/2015 | $186.00 |
| 4/30/2015 | $209.00 |
| 5/14/2015 | $13,476.00 |
| 5/18/2015 | $14,508.00 |

63378627 v1

EXHIBIT A

TRANSFERS TO RAMIREZ BUS LINE INC.

| Date | Payment Amount |
|---|---|
| 5/18/2015 | $44,076.00 |
| 6/15/2015 | $1,116.00 |
| 6/16/2015 | $20,668.00 |
| 7/8/2015 | $1,265.00 |
| 7/8/2015 | $2,688.00 |
| 7/8/2015 | $2,976.00 |
| 7/13/2015 | $40,641.00 |
| 7/15/2015 | $6,064.00 |
| 7/27/2015 | $21,204.00 |
| 8/5/2015 | $2,372.00 |
| 8/11/2015 | $370,872.00 |
| 8/17/2015 | $105,775.00 |
| 9/10/2015 | $7,323.75 |
| 9/10/2015 | $2,441.25 |
| 9/16/2015 | $595.00 |
| 9/22/2015 | $116.00 |
| 9/22/2015 | $140.00 |
| 9/22/2015 | $186.00 |
| 9/22/2015 | $186.00 |
| 9/22/2015 | $116.00 |
| 9/22/2015 | $116.00 |
| 9/22/2015 | $186.00 |
| 9/28/2015 | $302.00 |
| 9/28/2015 | $605.00 |
| 9/28/2015 | $605.00 |
| 9/28/2015 | $605.00 |
| 10/5/2015 | $605.00 |
| 10/5/2015 | $605.00 |
| 10/5/2015 | $605.00 |
| 2/17/2016 | $2,083.00 |
| 2/17/2016 | $3,125.00 |
| 2/17/2016 | $2,232.00 |
| 2/17/2016 | $4,980.00 |
| 2/17/2016 | $5,566.00 |
| 2/17/2016 | $6,152.00 |
| 2/18/2016 | $2,530.00 |
| 2/18/2016 | $2,827.00 |
| 2/18/2016 | $4,394.00 |
| 3/18/2016 | $2,895.00 |
| 3/29/2016 | $795.00 |
| 3/29/2016 | $879.00 |
| 3/29/2016 | $628.00 |
| 3/29/2016 | $586.00 |
| 3/29/2016 | $544.00 |
| 3/29/2016 | $711.00 |
| 3/29/2016 | $2,441.00 |

EXHIBIT A

TRANSFERS TO RAMIREZ BUS LINE INC.

| Date | Payment Amount |
|---|---|
| 3/29/2016 | $4,101.00 |
| 3/29/2016 | $1,511.00 |
| 3/29/2016 | $2,209.00 |
| 3/29/2016 | $1,976.00 |
| 3/29/2016 | $1,744.00 |
| 3/29/2016 | $1,628.00 |
| 3/29/2016 | $3,808.00 |
| 4/8/2016 | $907.00 |
| 4/8/2016 | $786.00 |
| 4/8/2016 | $846.00 |
| 4/11/2016 | $837.00 |
| 5/5/2016 | $2,930.00 |
| 5/5/2016 | $2,790.00 |
| 5/5/2016 | $1,209.00 |
| 5/5/2016 | $5,859.00 |
| 5/5/2016 | $2,325.00 |
| 5/5/2016 | $1,511.00 |
| 5/5/2016 | $1,814.00 |
| 5/5/2016 | $1,934.00 |
| 5/5/2016 | $1,269.00 |
| 5/5/2016 | $2,372.00 |
| 5/5/2016 | $2,372.00 |
| 5/5/2016 | $2,093.00 |
| 5/5/2016 | $1,814.00 |
| 5/5/2016 | $1,814.00 |
| 5/5/2016 | $1,953.00 |
| 5/5/2016 | $2,651.00 |
| 5/5/2016 | $2,093.00 |
| 5/5/2016 | $2,930.00 |
| 5/5/2016 | $2,651.00 |
| 5/5/2016 | $1,028.00 |
| 5/5/2016 | $1,149.00 |
| 5/5/2016 | $1,953.00 |
| 5/6/2016 | $2,827.00 |
| 5/6/2016 | $2,325.00 |
| 5/6/2016 | $2,790.00 |
| 5/6/2016 | $2,976.00 |
| 5/6/2016 | $2,790.00 |
| 5/6/2016 | $5,566.00 |
| 5/9/2016 | $140.00 |
| 5/9/2016 | $6,510.00 |
| 5/9/2016 | $419.00 |
| 5/9/2016 | $3,906.00 |
| 5/9/2016 | $7,440.00 |
| 5/9/2016 | $4,650.00 |
| 5/31/2016 | $2,790.00 |

63378627 v1

EXHIBIT A
TRANSFERS TO RAMIREZ BUS LINE INC.

| Date | Payment Amount |
|---|---|
| 5/31/2016 | $4,650.00 |
| 6/28/2016 | $1,383.00 |
| 6/28/2016 | $1,139.00 |
| 6/28/2016 | $1,221.00 |
| 6/28/2016 | $1,432.00 |
| 6/28/2016 | $1,330.00 |
| 6/28/2016 | $1,481.00 |
| 6/28/2016 | $1,058.00 |
| 7/1/2016 | $2,209.00 |
| 7/1/2016 | $2,046.00 |
| 7/1/2016 | $2,827.00 |
| 7/1/2016 | $2,930.00 |
| 7/1/2016 | $2,441.00 |
| 7/1/2016 | $2,093.00 |
| 7/1/2016 | $2,651.00 |
| 7/1/2016 | $1,744.00 |
| 7/1/2016 | $2,372.00 |
| 7/1/2016 | $1,976.00 |
| 7/1/2016 | $1,628.00 |
| 7/1/2016 | $1,953.00 |
| 7/1/2016 | $1,944.00 |
| 7/1/2016 | $1,709.00 |
| 7/1/2016 | $2,165.00 |
| 7/1/2016 | $1,535.00 |
| 7/1/2016 | $1,937.00 |
| 7/1/2016 | $1,546.00 |
| 7/1/2016 | $1,739.00 |
| 7/1/2016 | $2,392.00 |
| 7/1/2016 | $2,148.00 |
| 7/1/2016 | $2,279.00 |
| 7/1/2016 | $1,595.00 |
| 7/1/2016 | $1,709.00 |
| 7/1/2016 | $1,628.00 |
| 7/11/2016 | $446.00 |
| 7/15/2016 | $7,519.00 |
| 7/15/2016 | $75,610.00 |
| 7/18/2016 | $5,566.00 |
| 7/26/2016 | $1,976.00 |
| 7/26/2016 | $1,367.00 |
| 7/26/2016 | $2,344.00 |
| 7/26/2016 | $1,693.00 |
| 7/26/2016 | $4,101.00 |
| 9/8/2016 | $432,131.00 |
| 10/7/2016 | $391.00 |
| 10/7/2016 | $2,930.00 |
| 10/20/2016 | $2,119.00 |

EXHIBIT A

TRANSFERS TO RAMIREZ BUS LINE INC.

| Date | Payment Amount |
|---|---|
| 10/20/2016 | $829.00 |
| 10/27/2016 | $5,357.00 |
| 11/3/2016 | $6,529.00 |
| 11/4/2016 | $33,688.00 |
| 11/7/2016 | $7,226.00 |
| 11/7/2016 | $30,446.00 |
| 11/7/2016 | $2,237.00 |
| 11/18/2016 | $15,268.00 |
| 11/28/2016 | $2,119.00 |
| 11/29/2016 | $9,834.00 |
| 12/8/2016 | $3,515.00 |
| 1/12/2017 | $1,302.00 |
| 1/12/2017 | $2,784.00 |
| 1/17/2017 | $89,146.00 |
| 1/23/2017 | $1,595.00 |
| 1/23/2017 | $4,166.00 |
| 1/23/2017 | $644.00 |
| 1/23/2017 | $1,648.00 |
| 1/23/2017 | $5,164.00 |
| 1/30/2017 | $20,586.00 |
| 2/6/2017 | $293.00 |
| 2/6/2017 | $1,626.00 |
| 2/6/2017 | $488.00 |
| 2/6/2017 | $342.00 |
| 2/6/2017 | $1,974.00 |
| 2/6/2017 | $1,660.00 |
| 2/6/2017 | $419.00 |
| 2/6/2017 | $1,367.00 |
| 2/6/2017 | $1,367.00 |
| 2/6/2017 | $1,367.00 |
| 2/6/2017 | $1,660.00 |
| 2/6/2017 | $1,660.00 |
| 2/16/2017 | $3,676.00 |
| 2/17/2017 | $8,597.00 |
| 3/7/2017 | $2,093.00 |
| 3/20/2017 | $13,907.00 |
| 3/21/2017 | $8,518.00 |
| 4/4/2017 | $12,450.00 |
| 4/7/2017 | $28,022.00 |
| 4/7/2017 | $11,668.00 |
| 4/7/2017 | $11,332.00 |
| 4/20/2017 | $51,199.00 |
| 4/24/2017 | $1,660.00 |
| 4/24/2017 | $1,660.00 |
| 4/24/2017 | $2,490.00 |
| 4/24/2017 | $1,660.00 |

EXHIBIT A

TRANSFERS TO RAMIREZ BUS LINE INC.

| Date | Payment Amount |
|---|---|
| 4/24/2017 | $1,660.00 |
| 4/24/2017 | $12,896.00 |
| 4/24/2017 | $6,250.00 |
| 4/24/2017 | $898.00 |
| 4/24/2017 | $2,422.00 |
| 4/26/2017 | $1,937.00 |
| 5/1/2017 | $2,530.00 |