# EXHIBIT A

Case:17-03283-LTS Doc#:6721-1 Filed:04/30/19 Entered:04/30/19 21:59:46 Desc: Exhibit A Page 1 of 3

EXHIBIT A

TRANSFERS TO SERVICE GROUP CONSULTANT INC.

| Date | Payment Amount |
|---|---|
| 5/11/2013 | $11,550.00 |
| 6/13/2013 | $12,271.00 |
| 7/13/2013 | $2,988.00 |
| 8/16/2013 | $60,961.00 |
| 9/13/2013 | $55,342.00 |
| 9/15/2013 | $16,365.00 |
| 10/13/2013 | $85,317.00 |
| 11/14/2013 | $97,338.00 |
| 11/14/2013 | $97,338.00 |
| 12/13/2013 | $90,586.00 |
| 12/13/2013 | $90,586.00 |
| 1/17/2014 | $91,832.00 |
| 1/17/2014 | $91,832.00 |
| 2/23/2014 | $88,205.00 |
| 3/16/2014 | $94,745.00 |
| 4/9/2014 | $16,373.00 |
| 4/13/2014 | $82,894.00 |
| 6/1/2014 | $89,332.00 |
| 6/21/2014 | $76,198.00 |
| 6/21/2014 | $76,198.00 |
| 7/20/2014 | $66,655.00 |
| 8/23/2014 | $16,051.00 |
| 8/28/2014 | $67,015.00 |
| 9/25/2014 | $86,811.00 |
| 9/25/2014 | $86,811.00 |
| 10/26/2014 | $83,938.00 |
| 12/5/2014 | $62,753.00 |
| 12/20/2014 | $61,056.00 |
| 2/7/2015 | $132,396.00 |
| 2/26/2015 | $65,105.00 |
| 3/21/2015 | $69,025.00 |
| 5/1/2015 | $68,767.00 |
| 5/22/2015 | $59,494.00 |
| 6/19/2015 | $64,441.00 |
| 7/16/2015 | $80,411.00 |
| 9/3/2015 | $69,206.00 |
| 9/19/2015 | $69,206.00 |
| 10/21/2015 | $67,831.00 |
| 12/9/2015 | $69,206.00 |
| 12/30/2015 | $66,800.00 |
| 2/18/2016 | $72,011.00 |
| 3/3/2016 | $115,270.00 |
| 4/2/2016 | $68,913.00 |
| 5/5/2016 | $75,966.00 |
| 5/25/2016 | $70,868.00 |
| 6/26/2016 | $70,996.00 |

EXHIBIT A

TRANSFERS TO SERVICE GROUP CONSULTANT INC.

| Date | Payment Amount |
|---|---|
| 12/19/2016 | $55,942.00 |
| 1/25/2017 | $56,993.00 |
| 2/23/2017 | $57,048.00 |
| 4/3/2017 | $55,346.00 |

A-2

63378709 v1