# EXHIBIT A

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $16,988.00 |
| 5/9/2013 | $38,615.00 |
| 5/9/2013 | $1,172.00 |
| 5/17/2013 | $37,448.00 |
| 5/20/2013 | $14,396.00 |
| 5/24/2013 | $50,592.00 |
| 6/10/2013 | $15,196.00 |
| 6/10/2013 | $16,796.00 |
| 6/10/2013 | $44,053.00 |
| 6/17/2013 | $19,819.00 |
| 6/24/2013 | $6,836.00 |
| 6/24/2013 | $1,088.00 |
| 6/24/2013 | $1,507.00 |
| 7/5/2013 | $16,044.00 |
| 7/22/2013 | $1,758.00 |
| 7/25/2013 | $1,423.00 |
| 8/28/2013 | $2,604.00 |
| 8/28/2013 | $14,620.00 |
| 8/28/2013 | $38,346.00 |
| 9/3/2013 | $326.00 |
| 9/23/2013 | $7,500.00 |
| 9/23/2013 | $651.00 |
| 9/23/2013 | $62,115.00 |
| 10/7/2013 | $977.00 |
| 10/21/2013 | $2,160.00 |
| 10/21/2013 | $4,970.00 |
| 10/21/2013 | $17,487.00 |
| 10/21/2013 | $31,705.00 |
| 10/21/2013 | $35,298.00 |
| 10/21/2013 | $39,165.00 |
| 11/4/2013 | $3,900.00 |
| 12/2/2013 | $19,044.00 |
| 12/23/2013 | $2,093.00 |
| 12/23/2013 | $21,452.00 |
| 12/23/2013 | $35,732.00 |
| 12/23/2013 | $44,512.00 |
| 1/7/2014 | $367.00 |
| 1/7/2014 | $19,540.00 |
| 1/7/2014 | $26,892.00 |
| 1/7/2014 | $39,660.00 |
| 2/27/2014 | $15,646.00 |
| 2/27/2014 | $17,652.00 |
| 2/27/2014 | $18,795.00 |
| 2/27/2014 | $20,767.00 |
| 2/27/2014 | $30,694.00 |
| 2/27/2014 | $39,457.00 |

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 3/4/2014 | $13,498.00 |
| 3/4/2014 | $13,498.00 |
| 3/4/2014 | $26,892.00 |
| 3/12/2014 | $15,646.00 |
| 3/12/2014 | $30,481.00 |
| 3/19/2014 | $2,761.00 |
| 4/18/2014 | $4,035.00 |
| 4/18/2014 | $22,868.00 |
| 4/18/2014 | $29,723.00 |
| 4/18/2014 | $44,634.00 |
| 5/5/2014 | $16,996.00 |
| 5/5/2014 | $33,019.00 |
| 5/12/2014 | $2,973.00 |
| 5/12/2014 | $326.00 |
| 5/12/2014 | $21,845.00 |
| 5/12/2014 | $28,567.00 |
| 6/2/2014 | $2,825.00 |
| 6/9/2014 | $17,593.00 |
| 6/16/2014 | $32,212.00 |
| 8/12/2014 | $1,163.00 |
| 8/12/2014 | $233.00 |
| 9/15/2014 | $24,726.00 |
| 9/25/2014 | $14,273.00 |
| 9/25/2014 | $628.00 |
| 9/25/2014 | $26,736.00 |
| 10/6/2014 | $4,956.00 |
| 10/6/2014 | $14,537.00 |
| 10/6/2014 | $19,729.00 |
| 10/20/2014 | $11,629.00 |
| 10/20/2014 | $13,810.00 |
| 10/27/2014 | $19,572.00 |
| 11/3/2014 | $18,964.00 |
| 11/3/2014 | $36,138.00 |
| 11/12/2014 | $15,970.00 |
| 12/8/2014 | $23,360.00 |
| 1/14/2015 | $930.00 |
| 1/15/2015 | $49,974.00 |
| 1/15/2015 | $51,275.00 |
| 1/15/2015 | $53,193.00 |
| 1/15/2015 | $63,748.00 |
| 1/15/2015 | $69,816.00 |
| 1/30/2015 | $7,296.00 |
| 2/4/2015 | $10,214.00 |
| 2/4/2015 | $24,487.00 |
| 2/9/2015 | $7,782.00 |
| 2/9/2015 | $9,241.00 |

63378702 v1

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 2/9/2015 | $35,915.00 |
| 2/10/2015 | $31,017.00 |
| 2/11/2015 | $7,296.00 |
| 2/11/2015 | $24,487.00 |
| 2/11/2015 | $27,752.00 |
| 2/23/2015 | $837.00 |
| 3/27/2015 | $3,192.00 |
| 3/30/2015 | $5,880.00 |
| 4/23/2015 | $21,222.00 |
| 4/23/2015 | $45,988.00 |
| 5/11/2015 | $9,047.00 |
| 5/28/2015 | $233.00 |
| 6/18/2015 | $32,650.00 |
| 6/18/2015 | $884.00 |
| 6/18/2015 | $8,603.00 |
| 6/24/2015 | $2,946.00 |
| 6/26/2015 | $3,683.00 |
| 6/26/2015 | $4,665.00 |
| 7/2/2015 | $9,241.00 |
| 7/8/2015 | $9,241.00 |
| 7/8/2015 | $4,665.00 |
| 7/13/2015 | $4,910.00 |
| 7/20/2015 | $71,696.00 |
| 7/23/2015 | $31,017.00 |
| 8/3/2015 | $67,174.00 |
| 8/7/2015 | $31,017.00 |
| 8/17/2015 | $5,283.00 |
| 8/17/2015 | $53,549.00 |
| 8/17/2015 | $6,310.00 |
| 8/17/2015 | $67,829.00 |
| 8/19/2015 | $24,487.00 |
| 8/25/2015 | $4,171.00 |
| 9/14/2015 | $3,720.00 |
| 9/14/2015 | $698.00 |
| 9/14/2015 | $698.00 |
| 9/14/2015 | $698.00 |
| 9/14/2015 | $493.00 |
| 9/18/2015 | $3,255.00 |
| 9/18/2015 | $7,267.00 |
| 10/5/2015 | $3,928.00 |
| 10/13/2015 | $233.00 |
| 12/28/2015 | $2,360.00 |
| 12/28/2015 | $9,207.00 |
| 12/30/2015 | $9,719.00 |
| 1/8/2016 | $6,650.00 |
| 1/8/2016 | $131.00 |

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 1/8/2016 | $2,491.00 |
| 2/22/2016 | $2,476.00 |
| 2/22/2016 | $2,704.00 |
| 2/22/2016 | $2,433.00 |
| 2/22/2016 | $2,860.00 |
| 2/22/2016 | $2,039.00 |
| 2/22/2016 | $2,319.00 |
| 2/22/2016 | $2,226.00 |
| 2/22/2016 | $2,004.00 |
| 2/22/2016 | $2,460.00 |
| 2/22/2016 | $1,836.00 |
| 2/22/2016 | $2,098.00 |
| 2/22/2016 | $131.00 |
| 3/1/2016 | $1,758.00 |
| 3/1/2016 | $2,816.00 |
| 3/1/2016 | $828.00 |
| 3/1/2016 | $732.00 |
| 3/1/2016 | $1,904.00 |
| 3/1/2016 | $2,148.00 |
| 3/1/2016 | $1,769.00 |
| 3/1/2016 | $2,051.00 |
| 3/1/2016 | $2,832.00 |
| 3/1/2016 | $728.00 |
| 3/1/2016 | $795.00 |
| 3/1/2016 | $732.00 |
| 3/1/2016 | $2,609.00 |
| 3/1/2016 | $1,860.00 |
| 3/1/2016 | $4,175.00 |
| 3/1/2016 | $4,175.00 |
| 3/1/2016 | $1,991.00 |
| 3/1/2016 | $1,937.00 |
| 3/1/2016 | $2,816.00 |
| 3/1/2016 | $2,588.00 |
| 3/1/2016 | $2,344.00 |
| 3/1/2016 | $2,131.00 |
| 3/1/2016 | $2,039.00 |
| 3/1/2016 | $1,004.00 |
| 3/1/2016 | $716.00 |
| 3/1/2016 | $2,153.00 |
| 3/1/2016 | $2,279.00 |
| 3/1/2016 | $2,149.00 |
| 3/1/2016 | $2,609.00 |
| 3/1/2016 | $2,148.00 |
| 3/1/2016 | $1,228.00 |
| 3/1/2016 | $2,086.00 |
| 3/1/2016 | $2,332.00 |

# EXHIBIT A

## TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 3/1/2016 | $767.00 |
| 3/1/2016 | $2,490.00 |
| 3/1/2016 | $2,051.00 |
| 3/1/2016 | $2,144.00 |
| 3/1/2016 | $2,004.00 |
| 3/1/2016 | $2,490.00 |
| 3/1/2016 | $1,979.00 |
| 3/1/2016 | $3,438.00 |
| 3/1/2016 | $2,864.00 |
| 3/1/2016 | $1,860.00 |
| 3/1/2016 | $767.00 |
| 3/1/2016 | $2,203.00 |
| 3/1/2016 | $2,153.00 |
| 3/1/2016 | $2,004.00 |
| 3/1/2016 | $2,576.00 |
| 3/1/2016 | $2,609.00 |
| 3/1/2016 | $2,675.00 |
| 3/1/2016 | $2,604.00 |
| 3/1/2016 | $2,319.00 |
| 3/1/2016 | $3,478.00 |
| 3/1/2016 | $2,226.00 |
| 3/1/2016 | $1,860.00 |
| 3/1/2016 | $814.00 |
| 3/1/2016 | $2,767.00 |
| 3/1/2016 | $1,748.00 |
| 3/1/2016 | $1,517.00 |
| 3/1/2016 | $2,009.00 |
| 3/1/2016 | $787.00 |
| 3/1/2016 | $2,455.00 |
| 3/1/2016 | $2,533.00 |
| 3/1/2016 | $1,908.00 |
| 3/1/2016 | $1,643.00 |
| 3/1/2016 | $2,148.00 |
| 3/1/2016 | $2,490.00 |
| 3/1/2016 | $1,841.00 |
| 3/1/2016 | $837.00 |
| 3/1/2016 | $2,490.00 |
| 3/1/2016 | $1,423.00 |
| 3/1/2016 | $2,148.00 |
| 3/1/2016 | $2,609.00 |
| 3/1/2016 | $2,533.00 |
| 3/1/2016 | $2,433.00 |
| 3/1/2016 | $2,498.00 |
| 3/1/2016 | $2,947.00 |
| 3/1/2016 | $2,148.00 |
| 3/1/2016 | $3,438.00 |

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 3/1/2016 | $2,816.00 |
| 3/1/2016 | $2,846.00 |
| 3/1/2016 | $2,692.00 |
| 3/1/2016 | $745.00 |
| 3/1/2016 | $2,609.00 |
| 3/1/2016 | $2,279.00 |
| 3/1/2016 | $2,846.00 |
| 3/1/2016 | $766.00 |
| 3/1/2016 | $2,148.00 |
| 3/1/2016 | $1,023.00 |
| 3/1/2016 | $1,172.00 |
| 3/1/2016 | $632.00 |
| 3/1/2016 | $828.00 |
| 3/1/2016 | $767.00 |
| 3/1/2016 | $2,433.00 |
| 3/1/2016 | $1,339.00 |
| 3/1/2016 | $3,478.00 |
| 3/1/2016 | $2,864.00 |
| 3/1/2016 | $716.00 |
| 3/1/2016 | $7,161.00 |
| 3/1/2016 | $8,184.00 |
| 3/1/2016 | $512.00 |
| 3/31/2016 | $465.00 |
| 3/31/2016 | $1,163.00 |
| 3/31/2016 | $1,163.00 |
| 4/8/2016 | $744.00 |
| 4/20/2016 | $1,836.00 |
| 5/10/2016 | $4,464.00 |
| 5/10/2016 | $2,604.00 |
| 5/10/2016 | $2,524.00 |
| 5/10/2016 | $1,980.00 |
| 5/10/2016 | $2,014.00 |
| 5/10/2016 | $1,590.00 |
| 5/10/2016 | $3,022.00 |
| 5/10/2016 | $2,916.00 |
| 5/10/2016 | $4,666.00 |
| 5/10/2016 | $2,401.00 |
| 5/10/2016 | $2,893.00 |
| 5/10/2016 | $3,092.00 |
| 5/10/2016 | $3,181.00 |
| 5/10/2016 | $2,916.00 |
| 5/10/2016 | $2,894.00 |
| 5/10/2016 | $2,251.00 |
| 5/10/2016 | $2,767.00 |
| 5/10/2016 | $2,910.00 |
| 5/10/2016 | $2,783.00 |

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $2,719.00 |
| 5/10/2016 | $2,719.00 |
| 5/10/2016 | $3,887.00 |
| 5/10/2016 | $2,990.00 |
| 5/10/2016 | $2,719.00 |
| 5/10/2016 | $1,995.00 |
| 5/10/2016 | $1,995.00 |
| 5/10/2016 | $3,069.00 |
| 5/10/2016 | $1,937.00 |
| 5/10/2016 | $2,980.00 |
| 5/10/2016 | $1,904.00 |
| 5/10/2016 | $2,930.00 |
| 5/10/2016 | $4,912.00 |
| 5/10/2016 | $716.00 |
| 5/10/2016 | $419.00 |
| 5/10/2016 | $1,828.00 |
| 5/10/2016 | $1,717.00 |
| 5/10/2016 | $3,069.00 |
| 5/10/2016 | $762.00 |
| 5/10/2016 | $1,841.00 |
| 5/10/2016 | $1,841.00 |
| 5/10/2016 | $2,498.00 |
| 5/10/2016 | $2,930.00 |
| 5/10/2016 | $999.00 |
| 5/10/2016 | $1,758.00 |
| 5/10/2016 | $1,953.00 |
| 5/10/2016 | $1,422.00 |
| 5/10/2016 | $2,609.00 |
| 5/10/2016 | $4,092.00 |
| 5/10/2016 | $2,133.00 |
| 5/10/2016 | $841.00 |
| 5/10/2016 | $2,862.00 |
| 5/10/2016 | $3,348.00 |
| 5/10/2016 | $3,046.00 |
| 5/10/2016 | $1,674.00 |
| 5/10/2016 | $3,331.00 |
| 5/10/2016 | $2,528.00 |
| 5/10/2016 | $3,313.00 |
| 5/10/2016 | $3,365.00 |
| 5/10/2016 | $2,369.00 |
| 5/10/2016 | $2,604.00 |
| 5/10/2016 | $3,313.00 |
| 5/10/2016 | $3,069.00 |
| 5/10/2016 | $2,433.00 |
| 5/10/2016 | $1,860.00 |
| 5/10/2016 | $2,862.00 |

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $2,862.00 |
| 5/10/2016 | $2,149.00 |
| 5/10/2016 | $1,860.00 |
| 5/10/2016 | $2,433.00 |
| 5/10/2016 | $2,590.00 |
| 5/10/2016 | $3,063.00 |
| 5/10/2016 | $3,147.00 |
| 5/10/2016 | $2,913.00 |
| 5/10/2016 | $3,255.00 |
| 5/10/2016 | $3,181.00 |
| 5/10/2016 | $2,588.00 |
| 5/10/2016 | $2,675.00 |
| 5/10/2016 | $2,590.00 |
| 5/10/2016 | $1,643.00 |
| 5/10/2016 | $1,979.00 |
| 5/10/2016 | $1,991.00 |
| 5/10/2016 | $1,658.00 |
| 5/10/2016 | $2,767.00 |
| 5/10/2016 | $2,014.00 |
| 5/10/2016 | $2,133.00 |
| 5/10/2016 | $3,701.00 |
| 5/10/2016 | $2,116.00 |
| 5/10/2016 | $3,193.00 |
| 5/10/2016 | $2,153.00 |
| 5/10/2016 | $1,995.00 |
| 5/10/2016 | $1,904.00 |
| 5/10/2016 | $1,860.00 |
| 5/10/2016 | $1,540.00 |
| 5/10/2016 | $2,660.00 |
| 5/10/2016 | $2,046.00 |
| 5/10/2016 | $2,187.00 |
| 5/10/2016 | $1,088.00 |
| 5/10/2016 | $2,153.00 |
| 5/10/2016 | $2,067.00 |
| 5/10/2016 | $2,176.00 |
| 5/10/2016 | $1,893.00 |
| 5/10/2016 | $2,165.00 |
| 5/10/2016 | $3,498.00 |
| 5/10/2016 | $1,628.00 |
| 5/10/2016 | $7,161.00 |
| 5/10/2016 | $10,230.00 |
| 5/10/2016 | $2,623.00 |
| 5/18/2016 | $2,998.00 |
| 5/18/2016 | $3,255.00 |
| 5/31/2016 | $174.75 |
| 5/31/2016 | $174.75 |

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 5/31/2016 | $58.25 |
| 5/31/2016 | $58.25 |
| 5/31/2016 | $233.00 |
| 5/31/2016 | $233.00 |
| 5/31/2016 | $233.00 |
| 5/31/2016 | $419.00 |
| 5/31/2016 | $419.00 |
| 5/31/2016 | $3,147.00 |
| 5/31/2016 | $3,181.00 |
| 5/31/2016 | $3,348.00 |
| 6/17/2016 | $233.00 |
| 6/17/2016 | $233.00 |
| 7/5/2016 | $233.00 |
| 7/5/2016 | $372.00 |
| 7/5/2016 | $2,930.00 |
| 7/5/2016 | $2,864.00 |
| 7/5/2016 | $1,145.00 |
| 7/5/2016 | $1,145.00 |
| 7/5/2016 | $921.00 |
| 7/5/2016 | $2,862.00 |
| 7/5/2016 | $2,862.00 |
| 7/5/2016 | $2,355.00 |
| 7/5/2016 | $944.00 |
| 7/5/2016 | $2,148.00 |
| 7/5/2016 | $1,002.00 |
| 7/5/2016 | $1,639.00 |
| 7/5/2016 | $2,148.00 |
| 7/5/2016 | $1,611.00 |
| 7/5/2016 | $1,602.00 |
| 7/5/2016 | $1,219.00 |
| 7/5/2016 | $1,658.00 |
| 7/5/2016 | $1,390.00 |
| 7/5/2016 | $1,988.00 |
| 7/5/2016 | $1,908.00 |
| 7/5/2016 | $1,988.00 |
| 7/5/2016 | $1,675.00 |
| 7/5/2016 | $1,841.00 |
| 7/5/2016 | $1,685.00 |
| 7/5/2016 | $1,611.00 |
| 7/5/2016 | $2,148.00 |
| 7/5/2016 | $2,279.00 |
| 7/5/2016 | $2,862.00 |
| 7/5/2016 | $2,491.00 |
| 7/5/2016 | $1,836.00 |
| 7/5/2016 | $2,623.00 |
| 7/8/2016 | $20,135.00 |

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 7/8/2016 | $8,843.00 |
| 8/5/2016 | $4,912.00 |
| 8/5/2016 | $3,069.00 |
| 8/5/2016 | $3,438.00 |
| 8/5/2016 | $3,045.00 |
| 8/5/2016 | $3,313.00 |
| 8/5/2016 | $2,783.00 |
| 8/5/2016 | $2,916.00 |
| 8/5/2016 | $2,831.00 |
| 8/5/2016 | $2,369.00 |
| 8/5/2016 | $3,046.00 |
| 8/5/2016 | $1,674.00 |
| 8/5/2016 | $2,528.00 |
| 8/5/2016 | $3,063.00 |
| 8/5/2016 | $3,313.00 |
| 8/5/2016 | $2,980.00 |
| 8/5/2016 | $3,147.00 |
| 8/5/2016 | $2,913.00 |
| 8/5/2016 | $3,069.00 |
| 8/5/2016 | $2,930.00 |
| 8/5/2016 | $465.00 |
| 8/5/2016 | $3,147.00 |
| 8/5/2016 | $3,365.00 |
| 8/5/2016 | $4,092.00 |
| 8/5/2016 | $3,069.00 |
| 8/5/2016 | $9,719.00 |
| 8/12/2016 | $7,161.00 |
| 8/12/2016 | $10,230.00 |
| 8/19/2016 | $698.00 |
| 8/19/2016 | $279.00 |
| 8/19/2016 | $558.00 |
| 8/19/2016 | $698.00 |
| 8/19/2016 | $279.00 |
| 9/7/2016 | $51,570.00 |
| 9/7/2016 | $23,877.00 |
| 9/7/2016 | $2,739.00 |
| 9/14/2016 | $2,662.00 |
| 9/14/2016 | $2,524.00 |
| 9/14/2016 | $2,332.00 |
| 9/14/2016 | $558.00 |
| 9/14/2016 | $558.00 |
| 9/23/2016 | $670.00 |
| 9/23/2016 | $1,340.00 |
| 9/23/2016 | $532.00 |
| 9/23/2016 | $2,484.00 |
| 9/23/2016 | $1,331.00 |

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 9/23/2016 | $2,307.00 |
| 9/23/2016 | $1,065.00 |
| 9/23/2016 | $887.00 |
| 9/23/2016 | $4,007.00 |
| 10/13/2016 | $2,004.00 |
| 10/13/2016 | $761.00 |
| 10/13/2016 | $2,131.00 |
| 10/13/2016 | $2,344.00 |
| 10/13/2016 | $592.00 |
| 10/13/2016 | $2,319.00 |
| 10/13/2016 | $2,051.00 |
| 10/13/2016 | $2,051.00 |
| 10/14/2016 | $2,086.00 |
| 10/14/2016 | $4,175.00 |
| 10/14/2016 | $2,004.00 |
| 10/14/2016 | $2,313.00 |
| 10/14/2016 | $2,014.00 |
| 10/14/2016 | $1,380.00 |
| 10/14/2016 | $6,619.00 |
| 10/28/2016 | $12,104.00 |
| 10/28/2016 | $2,251.00 |
| 10/28/2016 | $1,955.00 |
| 10/28/2016 | $8,133.00 |
| 10/28/2016 | $2,916.00 |
| 10/28/2016 | $1,535.00 |
| 11/2/2016 | $2,585.00 |
| 11/2/2016 | $2,671.00 |
| 11/15/2016 | $5,178.00 |
| 12/14/2016 | $7,881.00 |
| 12/14/2016 | $11,764.00 |
| 12/14/2016 | $2,093.00 |
| 12/22/2016 | $2,609.00 |
| 12/22/2016 | $15,927.00 |
| 12/22/2016 | $2,390.00 |
| 12/22/2016 | $465.00 |
| 1/18/2017 | $3,047.00 |
| 1/18/2017 | $138,793.00 |
| 1/27/2017 | $2,356.00 |
| 1/27/2017 | $1,452.00 |
| 1/27/2017 | $2,494.00 |
| 1/27/2017 | $1,898.00 |
| 1/27/2017 | $1,422.00 |
| 1/27/2017 | $1,567.00 |
| 1/27/2017 | $2,633.00 |
| 1/27/2017 | $1,675.00 |
| 1/27/2017 | $1,508.00 |

EXHIBIT A

TRANSFERS TO SERVICIO DE TRANSPORTACION JUAN CARLOS INC.

| Date | Payment Amount |
|---|---|
| 1/27/2017 | $1,527.00 |
| 2/6/2017 | $1,971.00 |
| 2/6/2017 | $1,422.00 |
| 2/6/2017 | $1,940.00 |
| 2/6/2017 | $2,232.00 |
| 2/6/2017 | $2,070.00 |
| 2/6/2017 | $1,117.00 |
| 2/6/2017 | $1,242.00 |
| 2/6/2017 | $2,206.00 |
| 2/6/2017 | $1,524.00 |
| 2/6/2017 | $1,004.00 |
| 2/6/2017 | $1,374.00 |
| 2/6/2017 | $1,394.00 |
| 2/6/2017 | $1,632.00 |
| 2/6/2017 | $1,336.00 |
| 2/6/2017 | $1,336.00 |
| 2/6/2017 | $1,841.00 |
| 2/6/2017 | $1,841.00 |
| 2/6/2017 | $2,947.00 |
| 2/6/2017 | $13,835.00 |
| 2/6/2017 | $1,687.00 |
| 2/6/2017 | $1,726.00 |
| 2/16/2017 | $2,613.00 |
| 4/7/2017 | $3,395.00 |
| 4/26/2017 | $2,338.00 |
| 4/26/2017 | $175,580.00 |
| 4/26/2017 | $174.75 |
| 4/26/2017 | $174.75 |
| 4/26/2017 | $348.75 |
| 4/26/2017 | $58.25 |
| 4/26/2017 | $58.25 |
| 4/26/2017 | $116.25 |