# EXHIBIT A

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|----------------|
| 6/10/2013 | $2,995.00 |
| 6/10/2013 | $4,064.00 |
| 6/10/2013 | $7,324.00 |
| 6/10/2013 | $7,421.00 |
| 6/10/2013 | $7,598.00 |
| 6/10/2013 | $17,264.00 |
| 6/10/2013 | $656.00 |
| 6/10/2013 | $149.00 |
| 6/10/2013 | $53,517.00 |
| 6/10/2013 | $223.00 |
| 7/11/2013 | $117,961.00 |
| 9/3/2013 | $7,460.00 |
| 9/3/2013 | $9,649.00 |
| 9/3/2013 | $140.00 |
| 9/3/2013 | $874.00 |
| 9/13/2013 | $67,426.00 |
| 9/13/2013 | $75,625.00 |
| 10/16/2013 | $76,682.00 |
| 10/23/2013 | $84,223.00 |
| 11/6/2013 | $12,295.00 |
| 11/6/2013 | $63,010.00 |
| 11/14/2013 | $4,113.00 |
| 11/14/2013 | $5,301.00 |
| 11/14/2013 | $5,929.00 |
| 11/14/2013 | $116.00 |
| 11/21/2013 | $10,568.00 |
| 11/21/2013 | $62,076.00 |
| 12/11/2013 | $2,790.00 |
| 12/11/2013 | $3,736.00 |
| 12/11/2013 | $10,150.00 |
| 12/12/2013 | $74,475.00 |
| 1/8/2014 | $4,630.00 |
| 1/8/2014 | $5,859.00 |
| 1/8/2014 | $13,727.00 |
| 1/8/2014 | $856.00 |
| 1/8/2014 | $73,720.00 |
| 1/8/2014 | $158.00 |
| 1/8/2014 | $237.00 |
| 1/29/2014 | $2,814.00 |
| 1/29/2014 | $3,627.00 |
| 1/31/2014 | $129,666.00 |
| 2/4/2014 | $4,743.00 |
| 2/4/2014 | $14,199.00 |
| 3/6/2014 | $2,814.00 |
| 3/6/2014 | $3,627.00 |
| 3/6/2014 | $10,858.00 |

A-1

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|---|---|
| 3/6/2014 | $69,798.00 |
| 4/2/2014 | $2,225.00 |
| 4/2/2014 | $300.00 |
| 4/2/2014 | $3,680.00 |
| 4/2/2014 | $400.00 |
| 4/9/2014 | $86,581.00 |
| 4/9/2014 | $89,820.00 |
| 4/9/2014 | $89,820.00 |
| 4/18/2014 | $5,301.00 |
| 4/18/2014 | $10,858.00 |
| 4/18/2014 | $53,186.00 |
| 4/22/2014 | $4,113.00 |
| 4/22/2014 | $428.00 |
| 4/22/2014 | $465.00 |
| 4/22/2014 | $507.00 |
| 4/22/2014 | $14,195.00 |
| 4/22/2014 | $625.00 |
| 5/1/2014 | $698.00 |
| 5/1/2014 | $53,375.00 |
| 5/16/2014 | $57,481.00 |
| 6/3/2014 | $3,031.00 |
| 6/3/2014 | $12,995.00 |
| 6/12/2014 | $2,921.00 |
| 6/12/2014 | $3,711.00 |
| 6/12/2014 | $12,392.00 |
| 6/12/2014 | $686.00 |
| 6/23/2014 | $3,125.00 |
| 6/23/2014 | $10,378.00 |
| 6/23/2014 | $57,543.00 |
| 6/27/2014 | $2,425.00 |
| 6/27/2014 | $326.00 |
| 6/27/2014 | $3,906.00 |
| 6/27/2014 | $49,890.00 |
| 6/27/2014 | $163.00 |
| 7/15/2014 | $558.00 |
| 7/15/2014 | $63,381.00 |
| 7/15/2014 | $68,152.00 |
| 7/15/2014 | $82,988.00 |
| 7/15/2014 | $1,116.00 |
| 8/29/2014 | $5,285.00 |
| 9/18/2014 | $73,395.00 |
| 9/18/2014 | $78,009.00 |
| 10/7/2014 | $300.00 |
| 10/15/2014 | $167.00 |
| 10/28/2014 | $265.00 |
| 10/28/2014 | $502.00 |

63378632 v1

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|---|---|
| 10/28/2014 | $11,556.00 |
| 10/28/2014 | $233.00 |
| 10/28/2014 | $1,800.00 |
| 10/28/2014 | $251.00 |
| 11/13/2014 | $58,716.00 |
| 11/13/2014 | $69,725.00 |
| 12/26/2014 | $2,114.00 |
| 1/9/2015 | $4,078.00 |
| 1/9/2015 | $903.00 |
| 1/9/2015 | $1,445.00 |
| 1/21/2015 | $139,916.00 |
| 2/19/2015 | $1,355.00 |
| 3/3/2015 | $53,905.00 |
| 3/24/2015 | $3,060.00 |
| 3/24/2015 | $3,141.00 |
| 3/24/2015 | $5,069.00 |
| 3/24/2015 | $746.00 |
| 3/24/2015 | $746.00 |
| 3/24/2015 | $36,342.00 |
| 3/24/2015 | $36,447.00 |
| 3/24/2015 | $38,380.00 |
| 3/24/2015 | $1,174.00 |
| 3/24/2015 | $1,428.00 |
| 4/8/2015 | $47,541.00 |
| 4/8/2015 | $50,878.00 |
| 4/29/2015 | $2,652.00 |
| 4/29/2015 | $3,605.00 |
| 4/29/2015 | $375.00 |
| 4/29/2015 | $675.00 |
| 4/29/2015 | $46,033.00 |
| 4/29/2015 | $995.00 |
| 5/12/2015 | $4,233.00 |
| 5/12/2015 | $8,763.00 |
| 5/12/2015 | $1,500.00 |
| 5/12/2015 | $1,716.00 |
| 5/19/2015 | $65,573.00 |
| 5/27/2015 | $300.00 |
| 5/27/2015 | $419.00 |
| 5/27/2015 | $140.00 |
| 6/1/2015 | $30,253.00 |
| 6/19/2015 | $46,749.00 |
| 6/23/2015 | $325.00 |
| 6/23/2015 | $325.00 |
| 7/3/2015 | $995.00 |
| 7/22/2015 | $450.00 |
| 7/22/2015 | $1,400.00 |

A-3

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|---------------|
| 7/24/2015 | $1,050.00 |
| 7/24/2015 | $48,071.00 |
| 7/30/2015 | $6,956.00 |
| 7/30/2015 | $7,383.00 |
| 8/11/2015 | $735.00 |
| 8/11/2015 | $780.00 |
| 8/11/2015 | $380.00 |
| 8/11/2015 | $480.00 |
| 8/11/2015 | $425.00 |
| 8/11/2015 | $6,875.00 |
| 8/11/2015 | $1,005.00 |
| 8/11/2015 | $66,421.00 |
| 8/11/2015 | $7,324.00 |
| 8/11/2015 | $1,806.00 |
| 8/11/2015 | $977.00 |
| 8/11/2015 | $995.00 |
| 8/11/2015 | $1,716.00 |
| 8/28/2015 | $2,244.00 |
| 8/28/2015 | $4,115.00 |
| 8/28/2015 | $1,840.00 |
| 8/28/2015 | $558.00 |
| 9/9/2015 | $2,120.00 |
| 9/9/2015 | $1,220.00 |
| 9/23/2015 | $442.00 |
| 9/23/2015 | $465.00 |
| 9/23/2015 | $26,651.00 |
| 9/30/2015 | $99,607.00 |
| 9/30/2015 | $46,033.00 |
| 10/7/2015 | $550.00 |
| 10/7/2015 | $512.00 |
| 10/7/2015 | $512.00 |
| 10/7/2015 | $256.00 |
| 10/7/2015 | $442.00 |
| 10/7/2015 | $302.00 |
| 10/22/2015 | $50,305.00 |
| 10/29/2015 | $31,265.00 |
| 12/31/2015 | $1,622.00 |
| 12/31/2015 | $1,173.00 |
| 12/31/2015 | $722.00 |
| 12/31/2015 | $476.00 |
| 12/31/2015 | $357.00 |
| 12/31/2015 | $1,538.00 |
| 12/31/2015 | $1,406.00 |
| 12/31/2015 | $2,399.00 |
| 12/31/2015 | $1,099.00 |
| 12/31/2015 | $1,004.00 |

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|----------------|
| 12/31/2015 | $1,714.00 |
| 12/31/2015 | $2,141.00 |
| 12/31/2015 | $1,472.00 |
| 12/31/2015 | $2,813.00 |
| 12/31/2015 | $2,010.00 |
| 12/31/2015 | $2,550.00 |
| 12/31/2015 | $1,337.00 |
| 12/31/2015 | $2,125.00 |
| 12/31/2015 | $2,633.00 |
| 12/31/2015 | $1,880.00 |
| 12/31/2015 | $2,399.00 |
| 12/31/2015 | $3,763.00 |
| 12/31/2015 | $2,317.00 |
| 12/31/2015 | $2,514.00 |
| 12/31/2015 | $2,744.00 |
| 12/31/2015 | $1,714.00 |
| 12/31/2015 | $2,330.00 |
| 12/31/2015 | $1,655.00 |
| 12/31/2015 | $1,796.00 |
| 12/31/2015 | $1,960.00 |
| 12/31/2015 | $1,197.00 |
| 12/31/2015 | $737.00 |
| 12/31/2015 | $1,381.00 |
| 12/31/2015 | $1,353.00 |
| 12/31/2015 | $232.00 |
| 12/31/2015 | $364.00 |
| 12/31/2015 | $309.00 |
| 12/31/2015 | $1,333.00 |
| 1/8/2016 | $326.00 |
| 1/8/2016 | $326.00 |
| 1/8/2016 | $952.00 |
| 1/8/2016 | $870.00 |
| 1/8/2016 | $2,330.00 |
| 1/8/2016 | $293.00 |
| 1/8/2016 | $268.00 |
| 1/8/2016 | $717.00 |
| 1/8/2016 | $457.00 |
| 1/8/2016 | $896.00 |
| 1/8/2016 | $2,688.00 |
| 1/8/2016 | $1,449.00 |
| 1/8/2016 | $446.00 |
| 1/8/2016 | $557.00 |
| 1/8/2016 | $1,561.00 |
| 1/8/2016 | $1,556.00 |
| 1/8/2016 | $1,434.00 |
| 1/8/2016 | $1,699.00 |

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|---------------|
| 1/8/2016 | $1,485.00 |
| 1/8/2016 | $457.00 |
| 1/8/2016 | $717.00 |
| 1/8/2016 | $441.00 |
| 1/8/2016 | $479.00 |
| 1/8/2016 | $523.00 |
| 1/8/2016 | $571.00 |
| 1/8/2016 | $717.00 |
| 1/8/2016 | $1,828.00 |
| 1/8/2016 | $2,688.00 |
| 1/8/2016 | $1,197.00 |
| 1/8/2016 | $479.00 |
| 1/8/2016 | $479.00 |
| 1/8/2016 | $2,352.00 |
| 1/8/2016 | $2,291.00 |
| 1/8/2016 | $1,636.00 |
| 1/8/2016 | $2,399.00 |
| 1/8/2016 | $2,288.00 |
| 1/8/2016 | $1,714.00 |
| 1/8/2016 | $3,763.00 |
| 1/8/2016 | $2,745.00 |
| 1/8/2016 | $2,285.00 |
| 1/8/2016 | $2,252.00 |
| 1/8/2016 | $2,271.00 |
| 1/8/2016 | $1,792.00 |
| 1/8/2016 | $1,960.00 |
| 1/8/2016 | $1,714.00 |
| 2/9/2016 | $800.00 |
| 2/9/2016 | $1,050.00 |
| 2/9/2016 | $400.00 |
| 2/17/2016 | $425.00 |
| 2/17/2016 | $1,482.00 |
| 2/17/2016 | $456.00 |
| 2/17/2016 | $508.00 |
| 2/17/2016 | $368.00 |
| 2/17/2016 | $535.00 |
| 2/17/2016 | $366.00 |
| 2/17/2016 | $937.00 |
| 2/17/2016 | $1,652.00 |
| 2/17/2016 | $1,434.00 |
| 2/17/2016 | $552.00 |
| 2/17/2016 | $1,545.00 |
| 2/17/2016 | $2,317.00 |
| 2/17/2016 | $1,655.00 |
| 2/17/2016 | $436.00 |
| 2/17/2016 | $501.00 |

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|---------------|
| 2/17/2016 | $1,983.00 |
| 2/17/2016 | $2,309.00 |
| 2/25/2016 | $272.00 |
| 2/25/2016 | $1,485.00 |
| 2/25/2016 | $84.00 |
| 2/25/2016 | $457.00 |
| 2/25/2016 | $786.00 |
| 2/25/2016 | $1,394.00 |
| 2/25/2016 | $242.00 |
| 2/25/2016 | $429.00 |
| 2/25/2016 | $1,173.00 |
| 2/25/2016 | $361.00 |
| 2/25/2016 | $1,263.00 |
| 2/25/2016 | $389.00 |
| 2/25/2016 | $1,951.00 |
| 2/25/2016 | $1,652.00 |
| 2/25/2016 | $1,197.00 |
| 2/25/2016 | $1,740.00 |
| 2/25/2016 | $335.00 |
| 2/25/2016 | $571.00 |
| 2/25/2016 | $1,025.00 |
| 2/25/2016 | $1,600.00 |
| 2/25/2016 | $1,368.00 |
| 2/25/2016 | $1,606.00 |
| 2/25/2016 | $441.00 |
| 2/25/2016 | $1,418.00 |
| 2/25/2016 | $2,073.00 |
| 2/25/2016 | $1,841.00 |
| 2/25/2016 | $567.00 |
| 2/25/2016 | $1,580.00 |
| 2/25/2016 | $1,630.00 |
| 2/25/2016 | $486.00 |
| 2/25/2016 | $708.00 |
| 2/25/2016 | $2,382.00 |
| 2/25/2016 | $476.00 |
| 3/2/2016 | $325.00 |
| 3/2/2016 | $433.00 |
| 3/2/2016 | $1,699.00 |
| 3/2/2016 | $1,406.00 |
| 3/2/2016 | $523.00 |
| 3/2/2016 | $1,123.00 |
| 3/2/2016 | $299.00 |
| 3/2/2016 | $973.00 |
| 3/2/2016 | $448.00 |
| 3/2/2016 | $374.00 |
| 3/2/2016 | $1,572.00 |

A-7

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|----------------|
| 3/2/2016 | $1,678.00 |
| 3/2/2016 | $1,048.00 |
| 3/2/2016 | $2,350.00 |
| 3/2/2016 | $1,455.00 |
| 3/2/2016 | $559.00 |
| 3/2/2016 | $1,567.00 |
| 4/11/2016 | $441.00 |
| 4/11/2016 | $552.00 |
| 4/11/2016 | $973.00 |
| 4/11/2016 | $318.00 |
| 4/11/2016 | $398.00 |
| 4/14/2016 | $2,055.00 |
| 4/14/2016 | $432.00 |
| 4/14/2016 | $1,742.00 |
| 4/14/2016 | $1,608.00 |
| 4/14/2016 | $1,742.00 |
| 4/14/2016 | $540.00 |
| 4/14/2016 | $1,512.00 |
| 4/14/2016 | $1,876.00 |
| 4/14/2016 | $536.00 |
| 4/14/2016 | $536.00 |
| 4/14/2016 | $1,512.00 |
| 4/14/2016 | $1,404.00 |
| 4/14/2016 | $1,404.00 |
| 4/14/2016 | $377.00 |
| 4/14/2016 | $402.00 |
| 4/14/2016 | $2,267.00 |
| 4/14/2016 | $1,620.00 |
| 4/14/2016 | $1,841.00 |
| 4/14/2016 | $1,701.00 |
| 4/14/2016 | $1,983.00 |
| 4/14/2016 | $1,580.00 |
| 4/14/2016 | $105.00 |
| 4/14/2016 | $1,608.00 |
| 4/14/2016 | $1,394.00 |
| 4/14/2016 | $786.00 |
| 4/14/2016 | $242.00 |
| 4/14/2016 | $1,600.00 |
| 4/14/2016 | $293.00 |
| 4/14/2016 | $293.00 |
| 4/14/2016 | $725.00 |
| 4/14/2016 | $1,714.00 |
| 4/14/2016 | $1,758.00 |
| 4/14/2016 | $846.00 |
| 4/14/2016 | $1,600.00 |
| 4/14/2016 | $1,287.00 |

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|----------------|
| 4/14/2016 | $314.00 |
| 4/14/2016 | $1,173.00 |
| 4/14/2016 | $429.00 |
| 4/14/2016 | $272.00 |
| 4/14/2016 | $1,501.00 |
| 4/14/2016 | $1,263.00 |
| 4/14/2016 | $439.00 |
| 4/14/2016 | $1,485.00 |
| 4/14/2016 | $571.00 |
| 4/14/2016 | $322.00 |
| 4/14/2016 | $1,632.00 |
| 4/14/2016 | $1,263.00 |
| 4/14/2016 | $1,667.00 |
| 4/14/2016 | $1,360.00 |
| 4/14/2016 | $1,482.00 |
| 4/14/2016 | $1,652.00 |
| 4/14/2016 | $2,509.00 |
| 4/14/2016 | $1,556.00 |
| 4/14/2016 | $1,699.00 |
| 4/14/2016 | $571.00 |
| 4/14/2016 | $1,485.00 |
| 4/14/2016 | $1,600.00 |
| 4/14/2016 | $1,830.00 |
| 4/14/2016 | $457.00 |
| 4/14/2016 | $1,545.00 |
| 4/14/2016 | $1,676.00 |
| 4/14/2016 | $1,485.00 |
| 4/14/2016 | $1,434.00 |
| 4/14/2016 | $1,600.00 |
| 4/14/2016 | $1,485.00 |
| 4/14/2016 | $1,600.00 |
| 4/14/2016 | $1,632.00 |
| 4/14/2016 | $502.00 |
| 4/14/2016 | $628.00 |
| 4/14/2016 | $1,758.00 |
| 4/14/2016 | $1,883.00 |
| 4/14/2016 | $2,637.00 |
| 4/22/2016 | $2,542.00 |
| 4/22/2016 | $2,285.00 |
| 4/22/2016 | $2,279.00 |
| 4/22/2016 | $2,238.00 |
| 4/22/2016 | $1,455.00 |
| 4/22/2016 | $1,873.00 |
| 4/22/2016 | $1,289.00 |
| 4/22/2016 | $1,740.00 |
| 4/22/2016 | $1,197.00 |

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|----------------|
| 4/22/2016 | $1,699.00 |
| 4/22/2016 | $1,514.00 |
| 4/22/2016 | $1,406.00 |
| 4/22/2016 | $1,830.00 |
| 4/22/2016 | $1,830.00 |
| 5/6/2016 | $2,050.00 |
| 5/6/2016 | $2,409.00 |
| 5/6/2016 | $1,846.00 |
| 5/6/2016 | $3,405.00 |
| 5/6/2016 | $2,187.00 |
| 5/6/2016 | $2,260.00 |
| 5/6/2016 | $2,550.00 |
| 5/6/2016 | $2,207.00 |
| 5/6/2016 | $1,205.00 |
| 5/6/2016 | $1,392.00 |
| 5/6/2016 | $2,171.00 |
| 5/6/2016 | $1,986.00 |
| 5/6/2016 | $2,051.00 |
| 5/6/2016 | $2,257.00 |
| 5/6/2016 | $2,743.00 |
| 5/6/2016 | $1,986.00 |
| 5/6/2016 | $2,352.00 |
| 5/6/2016 | $2,051.00 |
| 5/6/2016 | $2,545.00 |
| 5/6/2016 | $1,942.00 |
| 5/6/2016 | $2,155.00 |
| 5/6/2016 | $3,226.00 |
| 5/6/2016 | $2,511.00 |
| 5/6/2016 | $289.00 |
| 5/6/2016 | $1,590.00 |
| 5/6/2016 | $1,497.00 |
| 5/6/2016 | $2,238.00 |
| 5/6/2016 | $419.00 |
| 5/6/2016 | $1,804.00 |
| 5/6/2016 | $2,144.00 |
| 5/6/2016 | $1,841.00 |
| 5/6/2016 | $1,209.00 |
| 5/6/2016 | $1,672.00 |
| 5/6/2016 | $1,630.00 |
| 5/6/2016 | $2,507.00 |
| 5/6/2016 | $1,755.00 |
| 5/6/2016 | $2,833.00 |
| 5/6/2016 | $2,230.00 |
| 5/6/2016 | $2,614.00 |
| 5/6/2016 | $2,430.00 |
| 5/6/2016 | $1,561.00 |

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|----------------|
| 5/6/2016 | $2,163.00 |
| 5/6/2016 | $3,584.00 |
| 5/6/2016 | $1,434.00 |
| 5/6/2016 | $2,317.00 |
| 5/6/2016 | $2,207.00 |
| 5/6/2016 | $1,655.00 |
| 5/6/2016 | $1,545.00 |
| 5/6/2016 | $1,545.00 |
| 5/6/2016 | $2,285.00 |
| 5/6/2016 | $1,465.00 |
| 5/6/2016 | $2,676.00 |
| 5/6/2016 | $1,943.00 |
| 5/6/2016 | $2,285.00 |
| 5/6/2016 | $2,330.00 |
| 5/6/2016 | $1,339.00 |
| 5/6/2016 | $2,679.00 |
| 5/6/2016 | $2,614.00 |
| 5/6/2016 | $2,395.00 |
| 5/6/2016 | $1,455.00 |
| 5/6/2016 | $2,159.00 |
| 5/6/2016 | $1,048.00 |
| 5/6/2016 | $2,207.00 |
| 5/6/2016 | $2,285.00 |
| 5/6/2016 | $2,182.00 |
| 5/6/2016 | $1,567.00 |
| 5/6/2016 | $3,405.00 |
| 5/6/2016 | $1,434.00 |
| 5/6/2016 | $1,449.00 |
| 5/6/2016 | $1,545.00 |
| 5/6/2016 | $2,330.00 |
| 5/6/2016 | $1,779.00 |
| 5/6/2016 | $1,596.00 |
| 5/6/2016 | $1,527.00 |
| 5/6/2016 | $1,418.00 |
| 5/23/2016 | $2,288.00 |
| 5/23/2016 | $398.00 |
| 5/23/2016 | $2,352.00 |
| 5/23/2016 | $2,171.00 |
| 5/23/2016 | $1,947.00 |
| 5/23/2016 | $1,964.00 |
| 5/23/2016 | $2,171.00 |
| 5/23/2016 | $2,126.00 |
| 5/23/2016 | $1,511.00 |
| 5/23/2016 | $1,930.00 |
| 5/23/2016 | $1,088.00 |
| 5/23/2016 | $1,624.00 |

63378632 v1

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|----------------|
| 5/23/2016 | $1,895.00 |
| 5/23/2016 | $1,657.00 |
| 5/31/2016 | $225.00 |
| 8/2/2016 | $2,382.00 |
| 8/2/2016 | $2,171.00 |
| 8/2/2016 | $1,272.00 |
| 8/2/2016 | $2,309.00 |
| 8/2/2016 | $1,392.00 |
| 8/2/2016 | $2,614.00 |
| 8/2/2016 | $3,584.00 |
| 8/2/2016 | $2,051.00 |
| 8/2/2016 | $2,207.00 |
| 8/2/2016 | $2,057.00 |
| 8/2/2016 | $1,877.00 |
| 8/2/2016 | $732.00 |
| 8/2/2016 | $1,028.00 |
| 8/2/2016 | $402.00 |
| 8/2/2016 | $1,072.00 |
| 8/2/2016 | $1,214.00 |
| 8/2/2016 | $1,143.00 |
| 8/2/2016 | $1,188.00 |
| 8/2/2016 | $670.00 |
| 8/2/2016 | $398.00 |
| 8/2/2016 | $838.00 |
| 8/2/2016 | $488.00 |
| 8/2/2016 | $359.00 |
| 8/2/2016 | $1,273.00 |
| 8/2/2016 | $156.75 |
| 8/2/2016 | $418.50 |
| 8/2/2016 | $52.25 |
| 8/2/2016 | $139.50 |
| 8/5/2016 | $720.00 |
| 8/22/2016 | $2,096.00 |
| 8/22/2016 | $2,037.00 |
| 8/22/2016 | $2,545.00 |
| 8/22/2016 | $2,395.00 |
| 8/22/2016 | $2,097.00 |
| 8/22/2016 | $1,324.00 |
| 8/22/2016 | $4,140.00 |
| 8/22/2016 | $2,385.00 |
| 8/22/2016 | $3,584.00 |
| 8/22/2016 | $2,171.00 |
| 8/22/2016 | $2,055.00 |
| 8/22/2016 | $2,483.00 |
| 8/22/2016 | $2,420.00 |
| 8/22/2016 | $1,714.00 |

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|----------------|
| 8/22/2016 | $2,400.00 |
| 8/22/2016 | $1,800.00 |
| 8/22/2016 | $250.00 |
| 8/22/2016 | $1,300.00 |
| 8/22/2016 | $3,900.00 |
| 8/22/2016 | $2,300.00 |
| 8/22/2016 | $1,300.00 |
| 8/22/2016 | $650.00 |
| 8/22/2016 | $1,300.00 |
| 8/22/2016 | $1,350.00 |
| 8/22/2016 | $400.00 |
| 8/22/2016 | $275.00 |
| 9/2/2016 | $2,691.00 |
| 9/26/2016 | $15,948.00 |
| 9/26/2016 | $1,511.00 |
| 9/26/2016 | $1,149.00 |
| 9/26/2016 | $2,165.00 |
| 9/26/2016 | $2,415.00 |
| 9/26/2016 | $1,338.00 |
| 9/26/2016 | $2,073.00 |
| 9/26/2016 | $2,057.00 |
| 9/26/2016 | $1,749.00 |
| 9/26/2016 | $1,352.00 |
| 9/26/2016 | $1,119.00 |
| 9/26/2016 | $2,014.00 |
| 9/26/2016 | $181.00 |
| 9/26/2016 | $2,359.00 |
| 9/26/2016 | $342.00 |
| 9/26/2016 | $1,779.00 |
| 9/26/2016 | $544.00 |
| 9/26/2016 | $1,263.00 |
| 9/26/2016 | $1,567.00 |
| 9/26/2016 | $2,126.00 |
| 9/26/2016 | $1,347.00 |
| 9/26/2016 | $1,422.00 |
| 9/26/2016 | $1,091.00 |
| 9/26/2016 | $1,289.00 |
| 9/26/2016 | $322.00 |
| 9/26/2016 | $748.00 |
| 9/26/2016 | $382.00 |
| 9/26/2016 | $1,019.00 |
| 9/26/2016 | $536.00 |
| 9/26/2016 | $1,841.00 |
| 9/26/2016 | $1,580.00 |
| 9/26/2016 | $1,588.00 |
| 9/26/2016 | $1,600.00 |

63378632 v1

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|------|---------------|
| 9/26/2016 | $2,509.00 |
| 9/26/2016 | $1,307.00 |
| 9/26/2016 | $2,014.00 |
| 9/26/2016 | $209.25 |
| 9/26/2016 | $725.00 |
| 9/26/2016 | $325.00 |
| 9/26/2016 | $325.00 |
| 9/26/2016 | $325.00 |
| 9/26/2016 | $500.00 |
| 9/26/2016 | $880.00 |
| 9/26/2016 | $325.00 |
| 9/26/2016 | $1,425.00 |
| 9/26/2016 | $69.75 |
| 10/5/2016 | $1,069.00 |
| 10/5/2016 | $1,749.00 |
| 10/5/2016 | $1,749.00 |
| 10/20/2016 | $446.00 |
| 10/20/2016 | $325.00 |
| 11/3/2016 | $1,103.00 |
| 11/3/2016 | $2,097.00 |
| 11/3/2016 | $837.00 |
| 11/8/2016 | $31,827.00 |
| 11/15/2016 | $2,942.00 |
| 11/15/2016 | $3,267.00 |
| 11/15/2016 | $22,253.00 |
| 11/29/2016 | $4,680.00 |
| 11/29/2016 | $6,081.00 |
| 11/29/2016 | $14,559.00 |
| 12/8/2016 | $11,048.00 |
| 12/15/2016 | $6,599.00 |
| 12/15/2016 | $3,358.00 |
| 12/15/2016 | $2,309.00 |
| 12/27/2016 | $4,173.00 |
| 12/30/2016 | $5,263.00 |
| 12/30/2016 | $325.00 |
| 12/30/2016 | $325.00 |
| 12/30/2016 | $2,250.00 |
| 1/19/2017 | $1,800.00 |
| 1/19/2017 | $16,508.00 |
| 1/19/2017 | $325.00 |
| 1/24/2017 | $2,411.00 |
| 1/24/2017 | $2,599.00 |
| 1/24/2017 | $1,944.00 |
| 1/24/2017 | $3,788.00 |
| 1/24/2017 | $2,327.00 |
| 2/9/2017 | $209.00 |

63378632 v1

TRANSFERS TO RANCEL BUS SERVICE, INC.

| Date | Payment Amount |
|---|---|
| 2/9/2017 | $209.00 |
| 2/9/2017 | $791.00 |
| 2/9/2017 | $209.00 |
| 2/9/2017 | $1,930.00 |
| 2/9/2017 | $3,934.00 |
| 2/9/2017 | $3,047.00 |
| 2/9/2017 | $2,151.00 |
| 2/9/2017 | $1,379.00 |
| 2/9/2017 | $28,784.00 |
| 2/9/2017 | $279.00 |
| 2/15/2017 | $3,578.00 |
| 2/15/2017 | $16,725.00 |
| 2/15/2017 | $1,624.00 |
| 3/3/2017 | $14,094.00 |
| 3/3/2017 | $7,848.00 |
| 3/14/2017 | $2,524.00 |
| 3/22/2017 | $6,257.00 |
| 3/22/2017 | $2,817.00 |
| 4/14/2017 | $300.00 |
| 4/14/2017 | $450.00 |
| 4/14/2017 | $2,014.00 |
| 4/14/2017 | $952.00 |
| 4/14/2017 | $605.00 |
| 4/14/2017 | $605.00 |
| 4/14/2017 | $425.00 |
| 4/14/2017 | $650.00 |
| 4/21/2017 | $1,050.00 |
| 4/21/2017 | $84,080.00 |