# EXHIBIT A

EXHIBIT A

TRANSFERS TO SERVICIOS PROFESIONALES INTEGRADOS A LA SALUD, INC.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $14,594.00 |
| 5/9/2013 | $56,803.00 |
| 5/28/2013 | $16,085.00 |
| 5/28/2013 | $62,832.00 |
| 6/7/2013 | $71,030.00 |
| 6/7/2013 | $73,778.00 |
| 7/17/2013 | $70,908.00 |
| 7/23/2013 | $14,057.00 |
| 8/2/2013 | $114,039.00 |
| 8/6/2013 | $15,967.00 |
| 8/21/2013 | $56,635.00 |
| 9/17/2013 | $18,498.00 |
| 9/30/2013 | $56,318.00 |
| 9/30/2013 | $121,251.00 |
| 10/15/2013 | $129,762.00 |
| 11/6/2013 | $70,859.00 |
| 11/18/2013 | $75,889.00 |
| 12/3/2013 | $59,283.00 |
| 12/9/2013 | $101,497.00 |
| 12/16/2013 | $34,598.00 |
| 12/16/2013 | $44,492.00 |
| 12/20/2013 | $12,673.00 |
| 12/23/2013 | $72,579.00 |
| 12/23/2013 | $79,411.00 |
| 1/10/2014 | $19,095.00 |
| 1/21/2014 | $27,444.00 |
| 1/24/2014 | $98,962.00 |
| 2/3/2014 | $16,374.00 |
| 2/3/2014 | $128,568.00 |
| 2/18/2014 | $15,526.00 |
| 2/18/2014 | $53,588.00 |
| 2/21/2014 | $28,443.00 |
| 2/24/2014 | $61,280.00 |
| 3/4/2014 | $16,038.00 |
| 3/4/2014 | $65,873.00 |
| 3/6/2014 | $26,004.00 |
| 3/11/2014 | $74,167.00 |
| 3/11/2014 | $1,970.00 |
| 3/17/2014 | $27,135.00 |
| 3/17/2014 | $56,045.00 |
| 3/17/2014 | $73,913.00 |
| 4/7/2014 | $68,619.00 |
| 4/16/2014 | $8,471.00 |
| 4/18/2014 | $73,863.00 |
| 5/5/2014 | $62,742.00 |
| 5/7/2014 | $9,466.00 |

# EXHIBIT A

## TRANSFERS TO SERVICIOS PROFESIONALES INTEGRADOS A LA SALUD, INC.

| Date | Payment Amount |
|---|---|
| 5/12/2014 | $28,931.00 |
| 5/15/2014 | $82,791.00 |
| 5/19/2014 | $24,925.00 |
| 5/23/2014 | $147,153.00 |
| 5/29/2014 | $25,782.00 |
| 6/3/2014 | $106,932.00 |
| 6/6/2014 | $26,307.00 |
| 6/17/2014 | $18,314.00 |
| 6/27/2014 | $149,175.00 |
| 6/27/2014 | $254,576.00 |
| 6/30/2014 | $82,658.00 |
| 7/16/2014 | $17,357.00 |
| 7/24/2014 | $66,172.00 |
| 8/7/2014 | $56,721.00 |
| 8/11/2014 | $33,926.00 |
| 8/13/2014 | $34,339.00 |
| 8/19/2014 | $81,051.00 |
| 9/16/2014 | $151,130.00 |
| 10/9/2014 | $16,590.00 |
| 10/20/2014 | $28,042.00 |
| 10/20/2014 | $62,884.00 |
| 10/31/2014 | $19,096.00 |
| 10/31/2014 | $19,363.00 |
| 11/18/2014 | $7,724.00 |
| 11/18/2014 | $19,035.00 |
| 11/19/2014 | $67,914.00 |
| 11/19/2014 | $237,819.00 |
| 12/2/2014 | $77,997.00 |
| 12/12/2014 | $5,535.00 |
| 12/12/2014 | $241,800.00 |
| 12/30/2014 | $49,123.00 |
| 2/13/2015 | $16,556.00 |
| 2/13/2015 | $17,409.00 |
| 3/13/2015 | $7,894.00 |
| 3/18/2015 | $211,600.00 |
| 3/19/2015 | $8,563.00 |
| 3/31/2015 | $7,675.00 |
| 4/2/2015 | $78,130.00 |
| 4/10/2015 | $7,037.00 |
| 5/6/2015 | $8,410.00 |
| 5/12/2015 | $31,241.00 |
| 5/12/2015 | $168,829.00 |
| 6/8/2015 | $8,239.00 |
| 6/18/2015 | $56,217.00 |
| 6/18/2015 | $30,765.00 |
| 6/29/2015 | $64,186.00 |

A-2

TRANSFERS TO SERVICIOS PROFESIONALES INTEGRADOS A LA SALUD, INC.

| Date | Payment Amount |
|---|---|
| 7/10/2015 | $9,955.00 |
| 7/10/2015 | $7,896.00 |
| 7/13/2015 | $108,056.00 |
| 7/13/2015 | $115,917.00 |
| 7/20/2015 | $18,165.00 |
| 7/28/2015 | $15,977.00 |
| 7/28/2015 | $58,040.00 |
| 7/28/2015 | $40,353.00 |
| 7/28/2015 | $40,221.00 |
| 7/28/2015 | $50,515.00 |
| 7/28/2015 | $61,327.00 |
| 8/24/2015 | $8,241.00 |
| 8/25/2015 | $21,792.00 |
| 8/25/2015 | $61,902.00 |
| 10/6/2015 | $176,551.00 |
| 11/4/2015 | $9,097.00 |