# EXHIBIT A

EXHIBIT A

TRANSFERS TO RAYLIN BUS LINE CORP.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $52,543.00 |
| 5/15/2013 | $25,087.00 |
| 5/15/2013 | $30,876.00 |
| 5/15/2013 | $42,455.00 |
| 5/21/2013 | $5,015.00 |
| 5/21/2013 | $22,956.00 |
| 6/10/2013 | $3,145.00 |
| 6/10/2013 | $9,360.00 |
| 6/10/2013 | $33,755.00 |
| 6/10/2013 | $1,211.00 |
| 6/20/2013 | $2,235.00 |
| 6/20/2013 | $13,882.00 |
| 6/20/2013 | $17,809.00 |
| 6/20/2013 | $1,785.00 |
| 7/22/2013 | $2,471.00 |
| 7/22/2013 | $349.00 |
| 7/22/2013 | $372.00 |
| 7/22/2013 | $391.00 |
| 7/22/2013 | $488.00 |
| 8/12/2013 | $2,000.00 |
| 8/12/2013 | $6,956.00 |
| 8/12/2013 | $16,583.00 |
| 8/19/2013 | $558.00 |
| 8/19/2013 | $605.00 |
| 8/19/2013 | $605.00 |
| 8/19/2013 | $651.00 |
| 9/3/2013 | $300.00 |
| 9/3/2013 | $335.00 |
| 9/3/2013 | $350.00 |
| 9/3/2013 | $375.00 |
| 9/3/2013 | $651.00 |
| 9/17/2013 | $605.00 |
| 9/17/2013 | $35,275.00 |
| 9/17/2013 | $37,350.00 |
| 9/17/2013 | $43,575.00 |
| 9/20/2013 | $300.00 |
| 9/20/2013 | $190.00 |
| 9/20/2013 | $200.00 |
| 10/15/2013 | $39,425.00 |
| 10/15/2013 | $992.00 |
| 10/18/2013 | $17,080.00 |
| 10/18/2013 | $42,968.00 |
| 11/14/2013 | $41,825.00 |
| 1/6/2014 | $5,100.00 |
| 1/6/2014 | $144.00 |
| 1/6/2014 | $66,990.00 |

EXHIBIT A

TRANSFERS TO RAYLIN BUS LINE CORP.

| Date | Payment Amount |
|---|---|
| 1/8/2014 | $37,422.00 |
| 1/8/2014 | $41,825.00 |
| 1/17/2014 | $46,227.00 |
| 1/29/2014 | $20,777.00 |
| 2/24/2014 | $140,176.00 |
| 3/3/2014 | $2,550.00 |
| 3/3/2014 | $363.00 |
| 3/3/2014 | $1,820.00 |
| 3/5/2014 | $108,859.00 |
| 3/11/2014 | $28,273.00 |
| 3/28/2014 | $31.00 |
| 4/9/2014 | $29,168.00 |
| 4/16/2014 | $14,515.00 |
| 4/16/2014 | $32,658.00 |
| 4/16/2014 | $1,105.00 |
| 4/28/2014 | $28,617.00 |
| 5/7/2014 | $28,617.00 |
| 5/7/2014 | $41,825.00 |
| 5/7/2014 | $163.00 |
| 5/15/2014 | $9,345.00 |
| 5/28/2014 | $620.00 |
| 6/17/2014 | $3,581.00 |
| 6/17/2014 | $4,859.00 |
| 6/17/2014 | $30,818.00 |
| 7/3/2014 | $3,308.00 |
| 7/3/2014 | $6,135.00 |
| 8/5/2014 | $3,928.00 |
| 9/17/2014 | $651.00 |
| 9/17/2014 | $651.00 |
| 9/17/2014 | $651.00 |
| 10/14/2014 | $3,658.00 |
| 10/14/2014 | $84.00 |
| 10/14/2014 | $10,315.00 |
| 10/14/2014 | $31,481.00 |
| 10/14/2014 | $94,460.00 |
| 10/14/2014 | $228.00 |
| 10/16/2014 | $3,080.00 |
| 10/16/2014 | $26,510.00 |
| 10/16/2014 | $64,196.00 |
| 10/20/2014 | $30,006.00 |
| 10/20/2014 | $144,447.00 |
| 10/21/2014 | $493.00 |
| 10/21/2014 | $31,203.00 |
| 1/14/2015 | $3,292.00 |
| 1/14/2015 | $15,768.00 |
| 1/14/2015 | $20,088.00 |

EXHIBIT A

TRANSFERS TO RAYLIN BUS LINE CORP.

| Date | Payment Amount |
|---|---|
| 1/28/2015 | $2,511.00 |
| 1/28/2015 | $2,720.00 |
| 1/28/2015 | $12,990.00 |
| 1/28/2015 | $1,744.00 |
| 2/17/2015 | $1,744.00 |
| 2/17/2015 | $1,814.00 |
| 2/23/2015 | $2,706.00 |
| 2/23/2015 | $658.00 |
| 3/6/2015 | $15,066.00 |
| 3/6/2015 | $21,092.00 |
| 3/20/2015 | $2,345.00 |
| 3/20/2015 | $658.00 |
| 4/1/2015 | $22,557.00 |
| 4/21/2015 | $36,678.00 |
| 4/21/2015 | $123,510.00 |
| 4/23/2015 | $54,062.00 |
| 5/8/2015 | $12,143.00 |
| 5/18/2015 | $3,188.00 |
| 5/18/2015 | $3,356.00 |
| 5/18/2015 | $17,748.00 |
| 5/18/2015 | $32,405.00 |
| 5/18/2015 | $36,678.00 |
| 5/28/2015 | $27,509.00 |
| 5/28/2015 | $20,088.00 |
| 6/15/2015 | $988.00 |
| 6/16/2015 | $24,259.00 |
| 6/18/2015 | $15,066.00 |
| 6/29/2015 | $62,150.00 |
| 7/6/2015 | $37,173.00 |
| 7/10/2015 | $1,604.00 |
| 7/10/2015 | $34,773.00 |
| 7/21/2015 | $5,759.00 |
| 7/21/2015 | $878.00 |
| 7/28/2015 | $1,985.00 |
| 8/6/2015 | $18,079.00 |
| 8/6/2015 | $658.00 |
| 8/12/2015 | $22,155.00 |
| 8/12/2015 | $31,357.00 |
| 8/12/2015 | $1,535.00 |
| 8/14/2015 | $11,871.00 |
| 8/21/2015 | $484.00 |
| 8/21/2015 | $739.00 |
| 8/21/2015 | $484.00 |
| 8/21/2015 | $753.00 |
| 8/25/2015 | $22,733.00 |
| 8/25/2015 | $33,011.00 |

EXHIBIT A

TRANSFERS TO RAYLIN BUS LINE CORP.

| Date | Payment Amount |
|---|---|
| 9/16/2015 | $753.00 |
| 9/16/2015 | $484.00 |
| 10/13/2015 | $69.75 |
| 10/13/2015 | $69.75 |
| 10/13/2015 | $23.25 |
| 10/13/2015 | $23.25 |
| 10/13/2015 | $3,818.00 |
| 12/28/2015 | $3,281.00 |
| 12/28/2015 | $2,890.00 |
| 12/28/2015 | $1,716.00 |
| 12/28/2015 | $2,344.00 |
| 12/28/2015 | $2,065.00 |
| 12/31/2015 | $1,739.00 |
| 12/31/2015 | $2,969.00 |
| 12/31/2015 | $2,120.00 |
| 12/31/2015 | $1,939.00 |
| 12/31/2015 | $1,869.00 |
| 12/31/2015 | $2,402.00 |
| 1/14/2016 | $1,971.00 |
| 1/14/2016 | $2,403.00 |
| 1/14/2016 | $1,945.00 |
| 1/14/2016 | $2,656.00 |
| 1/14/2016 | $1,194.00 |
| 1/14/2016 | $1,392.00 |
| 1/14/2016 | $1,551.00 |
| 1/14/2016 | $1,495.00 |
| 1/14/2016 | $697.00 |
| 1/14/2016 | $812.00 |
| 1/14/2016 | $905.00 |
| 1/14/2016 | $1,696.00 |
| 1/14/2016 | $1,373.00 |
| 1/14/2016 | $1,875.00 |
| 1/14/2016 | $990.00 |
| 1/14/2016 | $801.00 |
| 1/14/2016 | $1,094.00 |
| 1/14/2016 | $1,692.00 |
| 1/14/2016 | $2,198.00 |
| 1/14/2016 | $2,119.00 |
| 1/14/2016 | $2,340.00 |
| 1/14/2016 | $1,652.00 |
| 2/24/2016 | $1,393.00 |
| 2/24/2016 | $1,623.00 |
| 2/24/2016 | $1,810.00 |
| 2/24/2016 | $1,745.00 |
| 2/24/2016 | $1,601.00 |
| 2/24/2016 | $2,187.00 |

EXHIBIT A

TRANSFERS TO RAYLIN BUS LINE CORP.

| Date | Payment Amount |
|---|---|
| 2/24/2016 | $1,493.00 |
| 2/24/2016 | $1,739.00 |
| 2/24/2016 | $1,939.00 |
| 2/24/2016 | $1,869.00 |
| 2/24/2016 | $696.00 |
| 2/24/2016 | $776.00 |
| 2/24/2016 | $748.00 |
| 2/24/2016 | $677.00 |
| 2/24/2016 | $1,354.00 |
| 2/24/2016 | $1,354.00 |
| 2/24/2016 | $822.00 |
| 2/24/2016 | $1,644.00 |
| 2/24/2016 | $1,644.00 |
| 2/24/2016 | $870.00 |
| 2/24/2016 | $1,741.00 |
| 2/24/2016 | $1,741.00 |
| 2/24/2016 | $1,016.00 |
| 2/24/2016 | $2,031.00 |
| 2/24/2016 | $2,031.00 |
| 2/24/2016 | $725.00 |
| 2/24/2016 | $1,556.00 |
| 3/7/2016 | $963.00 |
| 3/7/2016 | $872.00 |
| 3/7/2016 | $1,979.00 |
| 3/7/2016 | $1,927.00 |
| 4/13/2016 | $1,838.00 |
| 4/13/2016 | $242.00 |
| 4/13/2016 | $484.00 |
| 4/13/2016 | $193.00 |
| 4/13/2016 | $242.00 |
| 4/13/2016 | $242.00 |
| 4/13/2016 | $629.00 |
| 5/5/2016 | $2,969.00 |
| 5/5/2016 | $1,620.00 |
| 5/5/2016 | $1,990.00 |
| 5/5/2016 | $2,492.00 |
| 5/5/2016 | $2,585.00 |
| 5/5/2016 | $1,294.00 |
| 5/5/2016 | $3,125.00 |
| 5/5/2016 | $1,681.00 |
| 5/5/2016 | $2,288.00 |
| 5/5/2016 | $1,508.00 |
| 5/5/2016 | $2,319.00 |
| 5/5/2016 | $2,827.00 |
| 5/5/2016 | $2,753.00 |
| 5/5/2016 | $2,031.00 |

EXHIBIT A

TRANSFERS TO RAYLIN BUS LINE CORP.

| Date | Payment Amount |
|---|---|
| 5/5/2016 | $1,487.00 |
| 5/5/2016 | $1,789.00 |
| 5/5/2016 | $1,767.00 |
| 5/5/2016 | $1,209.00 |
| 5/5/2016 | $2,138.00 |
| 5/5/2016 | $1,488.00 |
| 5/5/2016 | $1,674.00 |
| 5/5/2016 | $1,953.00 |
| 5/5/2016 | $1,302.00 |
| 5/5/2016 | $1,581.00 |
| 5/5/2016 | $1,860.00 |
| 5/5/2016 | $419.00 |
| 5/5/2016 | $419.00 |
| 5/5/2016 | $558.00 |
| 5/5/2016 | $628.00 |
| 5/5/2016 | $580.00 |
| 5/5/2016 | $419.00 |
| 5/5/2016 | $419.00 |
| 5/5/2016 | $628.00 |
| 5/5/2016 | $435.00 |
| 5/5/2016 | $1,484.00 |
| 5/5/2016 | $1,202.00 |
| 5/5/2016 | $990.00 |
| 5/5/2016 | $1,934.00 |
| 5/5/2016 | $1,414.00 |
| 5/5/2016 | $1,257.00 |
| 5/5/2016 | $1,060.00 |
| 5/5/2016 | $1,272.00 |
| 5/5/2016 | $919.00 |
| 5/5/2016 | $2,195.00 |
| 5/5/2016 | $1,934.00 |
| 5/5/2016 | $1,866.00 |
| 5/5/2016 | $1,975.00 |
| 5/5/2016 | $1,536.00 |
| 5/5/2016 | $967.00 |
| 5/5/2016 | $2,305.00 |
| 5/5/2016 | $1,646.00 |
| 5/5/2016 | $1,427.00 |
| 5/5/2016 | $1,575.00 |
| 5/5/2016 | $1,463.00 |
| 5/5/2016 | $2,026.00 |
| 5/5/2016 | $2,363.00 |
| 5/5/2016 | $2,251.00 |
| 5/5/2016 | $1,913.00 |
| 5/5/2016 | $1,688.00 |
| 5/5/2016 | $1,272.00 |

EXHIBIT A

TRANSFERS TO RAYLIN BUS LINE CORP.

| Date | Payment Amount |
|---|---|
| 5/5/2016 | $1,060.00 |
| 5/5/2016 | $1,484.00 |
| 5/5/2016 | $2,031.00 |
| 5/5/2016 | $1,202.00 |
| 5/5/2016 | $1,451.00 |
| 5/5/2016 | $1,741.00 |
| 5/5/2016 | $1,451.00 |
| 5/5/2016 | $1,354.00 |
| 5/5/2016 | $1,644.00 |
| 5/5/2016 | $1,741.00 |
| 5/5/2016 | $2,031.00 |
| 5/5/2016 | $1,257.00 |
| 5/5/2016 | $1,451.00 |
| 5/5/2016 | $1,257.00 |
| 5/23/2016 | $1,891.00 |
| 5/23/2016 | $2,456.00 |
| 5/23/2016 | $2,368.00 |
| 5/23/2016 | $2,173.00 |
| 5/23/2016 | $2,615.00 |
| 5/23/2016 | $2,203.00 |
| 5/23/2016 | $990.00 |
| 5/23/2016 | $1,272.00 |
| 5/23/2016 | $1,414.00 |
| 5/23/2016 | $1,131.00 |
| 5/23/2016 | $1,343.00 |
| 5/23/2016 | $1,484.00 |
| 5/23/2016 | $1,354.00 |
| 5/23/2016 | $1,644.00 |
| 5/23/2016 | $1,202.00 |
| 5/23/2016 | $919.00 |
| 5/23/2016 | $293.00 |
| 5/23/2016 | $1,838.00 |
| 5/23/2016 | $195.00 |
| 5/23/2016 | $2,031.00 |
| 5/23/2016 | $1,838.00 |
| 5/23/2016 | $1,934.00 |
| 5/23/2016 | $260.00 |
| 5/23/2016 | $1,741.00 |
| 5/23/2016 | $1,934.00 |
| 5/23/2016 | $1,257.00 |
| 5/23/2016 | $1,644.00 |
| 5/23/2016 | $1,838.00 |
| 5/23/2016 | $195.00 |
| 5/23/2016 | $1,548.00 |
| 5/23/2016 | $293.00 |
| 5/23/2016 | $130.00 |

EXHIBIT A

TRANSFERS TO RAYLIN BUS LINE CORP.

| Date | Payment Amount |
|---|---|
| 5/23/2016 | $195.00 |
| 5/23/2016 | $919.00 |
| 5/23/2016 | $967.00 |
| 5/23/2016 | $629.00 |
| 6/3/2016 | $2,686.00 |
| 6/3/2016 | $2,615.00 |
| 6/3/2016 | $2,686.00 |
| 7/1/2016 | $995.00 |
| 7/1/2016 | $1,144.00 |
| 7/1/2016 | $1,246.00 |
| 7/1/2016 | $1,160.00 |
| 7/1/2016 | $1,293.00 |
| 7/1/2016 | $1,376.00 |
| 7/1/2016 | $2,456.00 |
| 7/1/2016 | $1,891.00 |
| 7/1/2016 | $2,368.00 |
| 7/1/2016 | $1,562.00 |
| 7/1/2016 | $1,414.00 |
| 7/1/2016 | $1,343.00 |
| 7/1/2016 | $848.00 |
| 7/1/2016 | $1,343.00 |
| 7/1/2016 | $349.00 |
| 7/1/2016 | $339.00 |
| 7/1/2016 | $919.00 |
| 7/1/2016 | $580.00 |
| 7/1/2016 | $558.00 |
| 7/1/2016 | $1,350.00 |
| 7/1/2016 | $1,767.00 |
| 7/1/2016 | $2,138.00 |
| 7/1/2016 | $1,116.00 |
| 7/19/2016 | $2,969.00 |
| 7/19/2016 | $2,203.00 |
| 7/19/2016 | $2,173.00 |
| 7/19/2016 | $1,838.00 |
| 7/19/2016 | $31,831.00 |
| 7/19/2016 | $30,861.00 |
| 8/11/2016 | $2,279.00 |
| 9/15/2016 | $5,997.00 |
| 9/15/2016 | $1,325.00 |
| 10/28/2016 | $202.50 |
| 10/28/2016 | $67.50 |
| 11/4/2016 | $24,035.00 |
| 11/9/2016 | $5,660.00 |
| 1/24/2017 | $879.00 |
| 1/24/2017 | $1,980.00 |
| 1/24/2017 | $1,367.00 |

EXHIBIT A

TRANSFERS TO RAYLIN BUS LINE CORP.

| Date | Payment Amount |
|---|---|
| 2/3/2017 | $3,125.00 |
| 2/8/2017 | $391.00 |
| 2/8/2017 | $1,367.00 |
| 2/8/2017 | $1,674.00 |
| 2/8/2017 | $2,051.00 |
| 2/8/2017 | $1,674.00 |
| 2/8/2017 | $2,051.00 |
| 2/8/2017 | $1,116.00 |
| 2/8/2017 | $2,051.00 |
| 2/8/2017 | $1,367.00 |
| 2/8/2017 | $2,051.00 |
| 2/8/2017 | $195.00 |
| 3/17/2017 | $4,590.00 |
| 4/19/2017 | $16,659.00 |