# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO WILLIAM RIVERA TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 5/7/2013 | $12,120.00 |
| 5/7/2013 | $20,248.00 |
| 5/14/2013 | $39,682.00 |
| 5/29/2013 | $24,435.00 |
| 6/12/2013 | $388.00 |
| 6/12/2013 | $43,613.00 |
| 6/26/2013 | $8,148.00 |
| 6/26/2013 | $16,177.00 |
| 6/26/2013 | $20,340.00 |
| 7/10/2013 | $19,781.00 |
| 7/24/2013 | $4,511.00 |
| 7/24/2013 | $15,278.00 |
| 7/24/2013 | $18,873.00 |
| 7/24/2013 | $21,883.00 |
| 7/24/2013 | $35,306.00 |
| 9/3/2013 | $340.00 |
| 9/3/2013 | $1,358.00 |
| 10/21/2013 | $47,179.00 |
| 11/29/2013 | $48,163.00 |
| 12/19/2013 | $2,328.00 |
| 12/19/2013 | $27,075.00 |
| 12/19/2013 | $51,443.00 |
| 12/31/2013 | $51,016.00 |
| 1/14/2014 | $43,837.00 |
| 2/25/2014 | $17,599.00 |
| 2/25/2014 | $23,014.00 |
| 2/25/2014 | $33,560.00 |
| 2/25/2014 | $74,426.00 |
| 3/5/2014 | $17,599.00 |
| 3/5/2014 | $33,560.00 |
| 3/13/2014 | $10,988.00 |
| 4/2/2014 | $25,721.00 |
| 4/7/2014 | $49,050.00 |
| 4/16/2014 | $21,080.00 |
| 5/12/2014 | $12,419.00 |
| 5/12/2014 | $36,142.00 |
| 5/22/2014 | $291.00 |
| 6/12/2014 | $450.00 |
| 6/12/2014 | $11,798.00 |
| 6/17/2014 | $34,335.00 |
| 7/2/2014 | $2,328.00 |
| 7/2/2014 | $28,913.00 |
| 7/11/2014 | $9,935.00 |
| 7/29/2014 | $650.00 |
| 9/23/2014 | $18,953.00 |
| 10/20/2014 | $18,005.00 |

EXHIBIT A

TRANSFERS TO WILLIAM RIVERA TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 11/3/2014 | $15,162.00 |
| 12/30/2014 | $46,382.00 |
| 1/13/2015 | $36,663.00 |
| 1/13/2015 | $87,882.00 |
| 1/21/2015 | $42,032.00 |
| 2/5/2015 | $30,517.00 |
| 2/11/2015 | $30,517.00 |
| 2/11/2015 | $34,980.00 |
| 2/11/2015 | $38,655.00 |
| 2/11/2015 | $42,724.00 |
| 3/11/2015 | $31,735.00 |
| 3/23/2015 | $26,448.00 |
| 4/22/2015 | $38,874.00 |
| 4/28/2015 | $44,991.00 |
| 6/12/2015 | $40,690.00 |
| 6/18/2015 | $48,996.00 |
| 7/24/2015 | $85,038.00 |
| 8/7/2015 | $1,050.00 |
| 8/7/2015 | $1,050.00 |
| 8/10/2015 | $364.00 |
| 8/11/2015 | $36,618.00 |
| 8/14/2015 | $30,517.00 |
| 9/24/2015 | $873.00 |
| 9/24/2015 | $873.00 |
| 9/24/2015 | $873.00 |
| 12/30/2015 | $2,907.00 |
| 12/30/2015 | $3,841.00 |
| 12/30/2015 | $6,338.00 |
| 12/30/2015 | $3,080.00 |
| 12/30/2015 | $3,899.00 |
| 12/30/2015 | $2,797.00 |
| 12/30/2015 | $2,860.00 |
| 12/30/2015 | $2,687.00 |
| 12/30/2015 | $3,064.00 |
| 12/30/2015 | $3,064.00 |
| 12/30/2015 | $2,298.00 |
| 12/30/2015 | $2,037.00 |
| 12/30/2015 | $2,170.00 |
| 12/30/2015 | $2,561.00 |
| 12/30/2015 | $2,108.00 |
| 1/4/2016 | $2,561.00 |
| 1/4/2016 | $4,225.00 |
| 1/4/2016 | $2,561.00 |
| 1/4/2016 | $2,053.00 |
| 1/4/2016 | $2,600.00 |
| 1/4/2016 | $1,938.00 |

EXHIBIT A

TRANSFERS TO WILLIAM RIVERA TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 1/4/2016 | $1,865.00 |
| 1/4/2016 | $1,907.00 |
| 1/4/2016 | $1,791.00 |
| 1/4/2016 | $2,043.00 |
| 1/4/2016 | $2,043.00 |
| 1/4/2016 | $1,812.00 |
| 1/6/2016 | $3,255.00 |
| 1/6/2016 | $2,886.00 |
| 1/6/2016 | $3,074.00 |
| 1/6/2016 | $3,628.00 |
| 1/6/2016 | $2,987.00 |
| 1/6/2016 | $3,628.00 |
| 1/6/2016 | $3,683.00 |
| 1/6/2016 | $2,746.00 |
| 1/6/2016 | $3,033.00 |
| 1/6/2016 | $1,083.00 |
| 1/6/2016 | $2,988.00 |
| 1/6/2016 | $1,067.00 |
| 1/6/2016 | $2,396.00 |
| 1/6/2016 | $2,383.00 |
| 1/6/2016 | $2,114.00 |
| 1/6/2016 | $856.00 |
| 1/6/2016 | $851.00 |
| 1/6/2016 | $755.00 |
| 1/6/2016 | $3,447.00 |
| 1/6/2016 | $3,056.00 |
| 1/6/2016 | $3,255.00 |
| 1/6/2016 | $3,841.00 |
| 1/6/2016 | $3,162.00 |
| 1/6/2016 | $3,841.00 |
| 2/24/2016 | $2,719.00 |
| 2/25/2016 | $2,396.00 |
| 2/25/2016 | $2,383.00 |
| 2/25/2016 | $2,159.00 |
| 3/7/2016 | $2,176.00 |
| 3/7/2016 | $2,090.00 |
| 3/7/2016 | $2,224.00 |
| 3/7/2016 | $878.00 |
| 3/7/2016 | $3,033.00 |
| 3/7/2016 | $2,383.00 |
| 3/7/2016 | $1,723.00 |
| 3/7/2016 | $1,921.00 |
| 3/7/2016 | $2,261.00 |
| 3/7/2016 | $957.00 |
| 3/7/2016 | $1,067.00 |
| 3/7/2016 | $1,528.00 |

TRANSFERS TO WILLIAM RIVERA TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 3/7/2016 | $1,921.00 |
| 3/7/2016 | $1,628.00 |
| 3/7/2016 | $1,067.00 |
| 3/7/2016 | $849.00 |
| 3/7/2016 | $1,581.00 |
| 3/7/2016 | $1,067.00 |
| 3/7/2016 | $1,921.00 |
| 3/7/2016 | $904.00 |
| 4/4/2016 | $1,213.00 |
| 4/4/2016 | $1,213.00 |
| 4/4/2016 | $970.00 |
| 5/10/2016 | $194.00 |
| 5/10/2016 | $4,116.00 |
| 5/10/2016 | $4,055.00 |
| 5/10/2016 | $3,019.00 |
| 5/10/2016 | $2,836.00 |
| 5/10/2016 | $6,690.00 |
| 5/10/2016 | $3,234.00 |
| 5/10/2016 | $2,952.00 |
| 5/10/2016 | $3,338.00 |
| 5/10/2016 | $4,055.00 |
| 5/10/2016 | $3,069.00 |
| 5/10/2016 | $3,251.00 |
| 5/10/2016 | $2,870.00 |
| 5/10/2016 | $3,225.00 |
| 5/10/2016 | $4,055.00 |
| 5/10/2016 | $3,436.00 |
| 5/10/2016 | $3,234.00 |
| 5/10/2016 | $3,638.00 |
| 5/10/2016 | $2,985.00 |
| 5/10/2016 | $4,268.00 |
| 5/10/2016 | $3,514.00 |
| 5/10/2016 | $3,230.00 |
| 5/10/2016 | $3,617.00 |
| 5/10/2016 | $3,395.00 |
| 5/10/2016 | $3,830.00 |
| 5/10/2016 | $4,268.00 |
| 5/10/2016 | $3,178.00 |
| 5/10/2016 | $3,405.00 |
| 5/10/2016 | $7,042.00 |
| 5/10/2016 | $2,816.00 |
| 5/10/2016 | $4,333.00 |
| 5/10/2016 | $3,108.00 |
| 5/10/2016 | $4,268.00 |
| 5/10/2016 | $3,422.00 |
| 5/10/2016 | $3,405.00 |

EXHIBIT A

TRANSFERS TO WILLIAM RIVERA TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $3,021.00 |
| 5/10/2016 | $2,774.00 |
| 5/10/2016 | $2,207.00 |
| 5/10/2016 | $2,100.00 |
| 5/10/2016 | $2,351.00 |
| 5/10/2016 | $2,774.00 |
| 5/10/2016 | $2,284.00 |
| 5/10/2016 | $2,065.00 |
| 5/10/2016 | $2,489.00 |
| 5/10/2016 | $4,578.00 |
| 5/10/2016 | $1,940.00 |
| 5/10/2016 | $2,020.00 |
| 5/10/2016 | $2,224.00 |
| 5/10/2016 | $1,963.00 |
| 5/10/2016 | $2,774.00 |
| 5/10/2016 | $2,213.00 |
| 5/10/2016 | $2,213.00 |
| 5/10/2016 | $1,761.00 |
| 5/10/2016 | $3,169.00 |
| 5/24/2016 | $7,469.00 |
| 5/24/2016 | $3,405.00 |
| 5/24/2016 | $3,021.00 |
| 5/24/2016 | $3,422.00 |
| 6/2/2016 | $3,395.00 |
| 6/2/2016 | $4,268.00 |
| 6/2/2016 | $3,405.00 |
| 6/20/2016 | $7,084.00 |
| 7/7/2016 | $2,985.00 |
| 7/7/2016 | $2,090.00 |
| 7/7/2016 | $2,383.00 |
| 7/7/2016 | $2,396.00 |
| 7/7/2016 | $2,114.00 |
| 7/7/2016 | $2,176.00 |
| 7/7/2016 | $2,460.00 |
| 7/7/2016 | $2,532.00 |
| 7/7/2016 | $2,988.00 |
| 7/7/2016 | $2,377.00 |
| 7/7/2016 | $2,681.00 |
| 7/7/2016 | $2,261.00 |
| 7/7/2016 | $2,988.00 |
| 7/7/2016 | $2,383.00 |
| 7/7/2016 | $2,988.00 |
| 7/7/2016 | $2,224.00 |
| 7/7/2016 | $233.00 |
| 7/19/2016 | $7,042.00 |
| 7/19/2016 | $3,108.00 |

EXHIBIT A

TRANSFERS TO WILLIAM RIVERA TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 7/19/2016 | $3,230.00 |
| 7/19/2016 | $3,514.00 |
| 7/19/2016 | $4,268.00 |
| 7/19/2016 | $4,268.00 |
| 7/19/2016 | $3,830.00 |
| 7/19/2016 | $3,617.00 |
| 7/19/2016 | $3,954.00 |
| 7/19/2016 | $582.00 |
| 7/19/2016 | $582.00 |
| 7/28/2016 | $3,178.00 |
| 7/28/2016 | $4,333.00 |
| 7/28/2016 | $3,033.00 |
| 7/28/2016 | $4,930.00 |
| 8/19/2016 | $582.00 |
| 8/30/2016 | $72,306.00 |
| 10/14/2016 | $4,055.00 |
| 10/25/2016 | $6,437.00 |
| 10/25/2016 | $3,628.00 |
| 10/25/2016 | $4,055.00 |
| 10/25/2016 | $2,407.00 |
| 10/25/2016 | $4,055.00 |
| 10/25/2016 | $2,338.00 |
| 10/25/2016 | $4,683.00 |
| 10/25/2016 | $4,190.00 |
| 10/25/2016 | $2,449.00 |
| 10/25/2016 | $2,278.00 |
| 10/25/2016 | $3,628.00 |
| 10/25/2016 | $2,546.00 |
| 10/25/2016 | $3,628.00 |
| 11/2/2016 | $1,795.00 |
| 11/2/2016 | $1,067.00 |
| 11/2/2016 | $2,238.00 |
| 11/2/2016 | $2,397.00 |
| 11/2/2016 | $2,145.00 |
| 11/2/2016 | $2,102.00 |
| 11/2/2016 | $2,524.00 |
| 11/2/2016 | $1,974.00 |
| 11/2/2016 | $2,841.00 |
| 11/2/2016 | $2,258.00 |
| 11/2/2016 | $2,864.00 |
| 11/2/2016 | $2,302.00 |
| 11/2/2016 | $2,524.00 |
| 11/2/2016 | $2,349.00 |
| 11/2/2016 | $2,238.00 |
| 11/2/2016 | $2,206.00 |
| 11/2/2016 | $2,003.00 |

EXHIBIT A

TRANSFERS TO WILLIAM RIVERA TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 11/2/2016 | $2,003.00 |
| 11/2/2016 | $3,175.00 |
| 11/2/2016 | $3,201.00 |
| 11/2/2016 | $2,258.00 |
| 11/10/2016 | $291.00 |
| 12/15/2016 | $6,601.00 |
| 12/15/2016 | $4,571.00 |
| 12/23/2016 | $340.00 |
| 12/23/2016 | $38,701.00 |
| 12/23/2016 | $34,004.00 |
| 1/27/2017 | $23,799.00 |
| 1/27/2017 | $19,810.00 |
| 2/2/2017 | $1,696.00 |
| 2/2/2017 | $1,649.00 |
| 3/16/2017 | $18,191.00 |
| 3/16/2017 | $163.50 |
| 3/16/2017 | $54.50 |
| 3/31/2017 | $28,646.00 |
| 3/31/2017 | $2,864.00 |
| 3/31/2017 | $327.75 |
| 3/31/2017 | $1,483.00 |
| 3/31/2017 | $109.25 |
| 4/10/2017 | $970.00 |
| 4/19/2017 | $2,648.00 |
| 4/19/2017 | $2,814.00 |
| 4/19/2017 | $2,660.00 |
| 4/19/2017 | $4,481.00 |
| 4/19/2017 | $4,481.00 |
| 4/19/2017 | $2,584.00 |
| 4/19/2017 | $54,777.00 |
| 4/24/2017 | $3,538.00 |
| 4/24/2017 | $2,707.00 |
| 4/24/2017 | $363.75 |
| 4/24/2017 | $2,801.00 |
| 4/24/2017 | $121.25 |

63378945 v1