# EXHIBIT A

## EXHIBIT A
### TRANSFERS TO SIGN LANGUAGE INTERPRETERS, INC.

| Date | Payment Amount |
|---|---|
| 6/4/2013 | $169,527.00 |
| 7/25/2013 | $192,344.00 |
| 7/30/2013 | $156,275.00 |
| 8/22/2013 | $19,845.00 |
| 9/23/2013 | $55,094.00 |
| 11/4/2013 | $38,464.00 |
| 11/4/2013 | $936.00 |
| 12/13/2013 | $142,491.00 |
| 1/9/2014 | $188,006.00 |
| 1/16/2014 | $216.00 |
| 2/3/2014 | $613.00 |
| 2/3/2014 | $1,507.00 |
| 2/5/2014 | $174,216.00 |
| 2/5/2014 | $217,513.00 |
| 3/17/2014 | $315.00 |
| 3/17/2014 | $432.00 |
| 3/18/2014 | $48,155.00 |
| 3/21/2014 | $24,042.00 |
| 4/4/2014 | $37,073.00 |
| 4/4/2014 | $119,542.00 |
| 4/11/2014 | $4,291.00 |
| 4/11/2014 | $4,397.00 |
| 4/23/2014 | $42,056.00 |
| 4/23/2014 | $851.00 |
| 4/23/2014 | $1,596.00 |
| 5/7/2014 | $13,944.00 |
| 6/5/2014 | $47,357.00 |
| 6/5/2014 | $115,442.00 |
| 6/13/2014 | $585.00 |
| 6/17/2014 | $294.00 |
| 6/23/2014 | $3,298.00 |
| 6/23/2014 | $3,706.00 |
| 6/23/2014 | $8,971.00 |
| 6/23/2014 | $11,365.00 |
| 6/23/2014 | $126,149.00 |
| 6/23/2014 | $197,142.00 |
| 6/30/2014 | $2,713.00 |
| 6/30/2014 | $14,078.00 |
| 6/30/2014 | $23,989.00 |
| 6/30/2014 | $146.00 |
| 7/21/2014 | $360.00 |
| 7/23/2014 | $79,216.00 |
| 8/22/2014 | $32,747.00 |
| 8/27/2014 | $71.00 |
| 8/27/2014 | $3,316.00 |
| 8/27/2014 | $3,883.00 |

# EXHIBIT A
## TRANSFERS TO SIGN LANGUAGE INTERPRETERS, INC.

| Date | Payment Amount |
|---|---|
| 8/27/2014 | $3,901.00 |
| 8/27/2014 | $13,386.00 |
| 8/27/2014 | $17,588.00 |
| 8/27/2014 | $1,046.00 |
| 9/8/2014 | $3,918.00 |
| 9/8/2014 | $4,628.00 |
| 9/8/2014 | $9,344.00 |
| 9/8/2014 | $567.00 |
| 9/22/2014 | $193,112.00 |
| 9/29/2014 | $360.00 |
| 10/20/2014 | $16,524.00 |
| 10/20/2014 | $125,507.00 |
| 10/20/2014 | $180.00 |
| 11/12/2014 | $3,174.00 |
| 11/12/2014 | $7,890.00 |
| 11/12/2014 | $213.00 |
| 11/18/2014 | $2,660.00 |
| 11/18/2014 | $3,546.00 |
| 11/18/2014 | $23,510.00 |
| 11/18/2014 | $180.00 |
| 12/5/2014 | $2,784.00 |
| 12/22/2014 | $7,092.00 |
| 1/2/2015 | $43,574.00 |
| 1/6/2015 | $195,584.00 |
| 2/6/2015 | $3,156.00 |
| 2/6/2015 | $14,539.00 |
| 2/10/2015 | $6,206.00 |
| 2/17/2015 | $199,432.00 |
| 2/18/2015 | $2,128.00 |
| 2/18/2015 | $5,620.00 |
| 2/18/2015 | $6,117.00 |
| 2/18/2015 | $96.00 |
| 2/18/2015 | $7,252.00 |
| 2/18/2015 | $7,801.00 |
| 2/18/2015 | $14,308.00 |
| 2/18/2015 | $798.00 |
| 2/18/2015 | $1,365.00 |
| 2/18/2015 | $1,596.00 |
| 2/26/2015 | $360.00 |
| 2/26/2015 | $496.00 |
| 2/26/2015 | $192.00 |
| 2/26/2015 | $1,596.00 |
| 3/6/2015 | $157,077.00 |
| 3/19/2015 | $270.00 |
| 3/19/2015 | $4,149.00 |
| 3/19/2015 | $10,337.00 |

63378725 v1

# EXHIBIT A

## TRANSFERS TO SIGN LANGUAGE INTERPRETERS, INC.

| Date | Payment Amount |
|---|---|
| 3/19/2015 | $19,219.00 |
| 3/27/2015 | $200.00 |
| 4/8/2015 | $134,126.00 |
| 4/22/2015 | $96.00 |
| 4/27/2015 | $2,695.00 |
| 4/27/2015 | $3,280.00 |
| 4/27/2015 | $6,578.00 |
| 5/5/2015 | $6,135.00 |
| 5/5/2015 | $975.00 |
| 5/14/2015 | $134,188.00 |
| 5/18/2015 | $3,599.00 |
| 5/18/2015 | $7,003.00 |
| 5/18/2015 | $1,968.00 |
| 5/28/2015 | $4,840.00 |
| 5/28/2015 | $6,791.00 |
| 5/28/2015 | $7,571.00 |
| 5/28/2015 | $1,879.00 |
| 5/28/2015 | $91.00 |
| 5/28/2015 | $2,713.00 |
| 6/12/2015 | $190,407.00 |
| 6/25/2015 | $135.00 |
| 6/25/2015 | $301.00 |
| 6/25/2015 | $2,252.00 |
| 6/25/2015 | $10,975.00 |
| 6/25/2015 | $9,681.00 |
| 6/25/2015 | $288.00 |
| 6/29/2015 | $10,088.00 |
| 6/29/2015 | $288.00 |
| 7/1/2015 | $180.00 |
| 7/1/2015 | $11,720.00 |
| 7/8/2015 | $200.00 |
| 7/8/2015 | $251.00 |
| 7/8/2015 | $13,528.00 |
| 7/22/2015 | $192.00 |
| 7/22/2015 | $9,486.00 |
| 7/22/2015 | $159.00 |
| 7/22/2015 | $159.00 |
| 7/22/2015 | $84.00 |
| 7/22/2015 | $84.00 |
| 7/22/2015 | $84.00 |
| 7/22/2015 | $84.00 |
| 7/22/2015 | $84.00 |
| 7/22/2015 | $126.00 |
| 7/24/2015 | $208,832.00 |
| 8/18/2015 | $450.00 |
| 8/18/2015 | $135.00 |

## EXHIBIT A
## TRANSFERS TO SIGN LANGUAGE INTERPRETERS, INC.

| Date | Payment Amount |
|---|---|
| 8/25/2015 | $2,925.00 |
| 8/25/2015 | $3,989.00 |
| 9/4/2015 | $1,365.00 |
| 9/4/2015 | $3,830.00 |
| 9/14/2015 | $180.00 |
| 9/14/2015 | $193,854.00 |
| 9/15/2015 | $21,932.00 |
| 10/19/2015 | $108,941.00 |
| 10/21/2015 | $177.00 |
| 10/21/2015 | $8,564.00 |
| 10/28/2015 | $482.00 |
| 10/28/2015 | $84.00 |
| 10/28/2015 | $84.00 |
| 10/28/2015 | $84.00 |
| 11/2/2015 | $2,837.00 |
| 11/2/2015 | $2,252.00 |
| 11/2/2015 | $1,950.00 |
| 11/2/2015 | $2,110.00 |
| 11/2/2015 | $1,986.00 |
| 11/2/2015 | $213.00 |
| 11/2/2015 | $715.00 |
| 11/12/2015 | $300.00 |
| 11/12/2015 | $200.00 |
| 11/19/2015 | $5,319.00 |
| 11/19/2015 | $9,488.00 |
| 11/19/2015 | $11,950.00 |
| 11/19/2015 | $6,647.00 |
| 11/19/2015 | $4,557.00 |
| 11/19/2015 | $3,865.00 |
| 11/19/2015 | $547.00 |
| 11/19/2015 | $2,837.00 |
| 11/24/2015 | $2,710.00 |
| 12/2/2015 | $96.00 |
| 12/23/2015 | $1,141.00 |
| 12/29/2015 | $5,213.00 |
| 12/31/2015 | $900.00 |
| 12/31/2015 | $2,535.00 |
| 12/31/2015 | $6,168.00 |
| 1/25/2016 | $73,992.00 |
| 1/25/2016 | $123,008.00 |
| 2/17/2016 | $1,746.00 |
| 2/17/2016 | $9,574.00 |
| 2/17/2016 | $6,755.00 |
| 2/24/2016 | $266.00 |
| 2/26/2016 | $7,585.00 |
| 2/29/2016 | $192,648.00 |

EXHIBIT A

TRANSFERS TO SIGN LANGUAGE INTERPRETERS, INC.

| Date | Payment Amount |
|---|---|
| 2/29/2016 | $117,911.00 |
| 3/4/2016 | $4,344.00 |
| 3/4/2016 | $2,411.00 |
| 3/4/2016 | $2,713.00 |
| 3/4/2016 | $3,360.00 |
| 3/4/2016 | $2,340.00 |
| 3/16/2016 | $1,071.00 |
| 3/18/2016 | $1,155.00 |
| 3/24/2016 | $5,195.00 |
| 3/24/2016 | $3,830.00 |
| 3/24/2016 | $1,294.00 |
| 3/24/2016 | $2,979.00 |
| 3/24/2016 | $167,826.00 |
| 4/12/2016 | $134,070.00 |
| 5/2/2016 | $180.00 |
| 5/9/2016 | $1,986.00 |
| 5/11/2016 | $200.00 |
| 5/11/2016 | $126.00 |
| 5/25/2016 | $426.00 |
| 5/25/2016 | $585.00 |
| 5/25/2016 | $71.00 |
| 5/25/2016 | $1,596.00 |
| 5/25/2016 | $3,050.00 |
| 5/25/2016 | $301.00 |
| 5/25/2016 | $213.00 |
| 5/25/2016 | $129,854.00 |
| 6/9/2016 | $1,142.00 |
| 6/21/2016 | $6,206.00 |
| 6/21/2016 | $5,284.00 |
| 6/21/2016 | $2,660.00 |
| 6/21/2016 | $674.00 |
| 6/21/2016 | $196,464.00 |
| 6/27/2016 | $1,613.00 |
| 6/29/2016 | $750.00 |
| 7/7/2016 | $8,652.00 |
| 7/28/2016 | $2,872.00 |
| 7/28/2016 | $10,851.00 |
| 7/28/2016 | $1,489.00 |
| 7/29/2016 | $295,500.00 |
| 8/2/2016 | $2,287.00 |
| 8/2/2016 | $2,482.00 |
| 8/2/2016 | $851.00 |
| 8/2/2016 | $71.00 |
| 8/2/2016 | $71.00 |
| 8/2/2016 | $301.00 |
| 8/9/2016 | $13,531.00 |

EXHIBIT A

TRANSFERS TO SIGN LANGUAGE INTERPRETERS, INC.

| Date | Payment Amount |
|---|---|
| 8/9/2016 | $86,613.00 |
| 8/17/2016 | $2,396.00 |
| 8/23/2016 | $2,128.00 |
| 8/23/2016 | $10,611.00 |
| 8/25/2016 | $1,773.00 |
| 8/25/2016 | $1,560.00 |
| 8/25/2016 | $9,725.00 |
| 8/25/2016 | $2,482.00 |
| 8/25/2016 | $1,206.00 |
| 8/25/2016 | $13,280.00 |
| 8/29/2016 | $327.00 |
| 8/29/2016 | $2,340.00 |
| 9/27/2016 | $936.00 |
| 10/6/2016 | $112,721.00 |
| 10/14/2016 | $1,347.00 |
| 10/19/2016 | $330.00 |
| 10/19/2016 | $600.00 |
| 10/19/2016 | $9,166.00 |
| 10/19/2016 | $1,472.00 |
| 10/19/2016 | $106.00 |
| 10/19/2016 | $284.00 |
| 10/24/2016 | $4,007.00 |
| 10/24/2016 | $3,830.00 |
| 11/1/2016 | $888.00 |
| 11/1/2016 | $100.00 |
| 11/1/2016 | $150.00 |
| 12/5/2016 | $3,759.00 |
| 12/5/2016 | $2,128.00 |
| 12/5/2016 | $3,298.00 |
| 12/5/2016 | $106.00 |
| 12/5/2016 | $3,759.00 |
| 12/14/2016 | $137,346.00 |
| 12/15/2016 | $186,965.00 |
| 12/27/2016 | $6,631.00 |
| 1/24/2017 | $280.00 |
| 2/1/2017 | $150.00 |
| 2/16/2017 | $173,945.00 |
| 3/9/2017 | $150.00 |
| 3/9/2017 | $150.00 |
| 3/17/2017 | $545.00 |
| 3/17/2017 | $288.00 |
| 3/24/2017 | $84.00 |
| 3/29/2017 | $5,301.00 |
| 3/29/2017 | $7,713.00 |
| 3/29/2017 | $71.00 |
| 3/29/2017 | $3,298.00 |

EXHIBIT A

TRANSFERS TO SIGN LANGUAGE INTERPRETERS, INC.

| Date | Payment Amount |
|---|---|
| 3/30/2017 | $4,007.00 |
| 4/3/2017 | $1,085.00 |
| 4/7/2017 | $162,014.00 |
| 4/7/2017 | $84.00 |
| 4/11/2017 | $109,631.00 |
| 4/24/2017 | $180.00 |