# EXHIBIT A

EXHIBIT A

TRANSFERS TO ISLA LAB PRODUCTS, LLC

| Date | Payment Amount |
|---|---|
| 5/24/2013 | $576.00 |
| 6/4/2013 | $66,652.00 |
| 6/5/2013 | $66,652.00 |
| 6/7/2013 | $4,437.00 |
| 6/7/2013 | $5,217.00 |
| 6/25/2013 | $570.00 |
| 7/3/2013 | $2,869.00 |
| 7/12/2013 | $66,652.00 |
| 7/12/2013 | $97,720.00 |
| 7/19/2013 | $4,437.00 |
| 7/31/2013 | $21,634.00 |
| 8/27/2013 | $5,496.00 |
| 8/29/2013 | $41,400.00 |
| 9/4/2013 | $21,634.00 |
| 9/17/2013 | $705.00 |
| 9/19/2013 | $4,437.00 |
| 9/19/2013 | $893.00 |
| 9/26/2013 | $20,700.00 |
| 9/26/2013 | $21,634.00 |
| 10/1/2013 | $66,652.00 |
| 10/1/2013 | $66,652.00 |
| 10/23/2013 | $66,652.00 |
| 10/24/2013 | $4,831.00 |
| 10/24/2013 | $21,634.00 |
| 10/31/2013 | $24,840.00 |
| 11/4/2013 | $4,090.00 |
| 11/5/2013 | $210.00 |
| 12/4/2013 | $21,634.00 |
| 12/4/2013 | $151,317.00 |
| 12/6/2013 | $21,634.00 |
| 12/9/2013 | $200.00 |
| 12/11/2013 | $8,874.00 |
| 12/19/2013 | $43,269.00 |
| 12/30/2013 | $200.00 |
| 12/31/2013 | $165.00 |
| 1/3/2014 | $361.00 |
| 1/3/2014 | $20,700.00 |
| 1/14/2014 | $265.00 |
| 1/14/2014 | $200.00 |
| 1/16/2014 | $10,350.00 |
| 1/16/2014 | $20,700.00 |
| 1/30/2014 | $66,652.00 |
| 1/30/2014 | $66,652.00 |
| 1/31/2014 | $66,652.00 |
| 2/6/2014 | $22,340.00 |
| 2/6/2014 | $23,604.00 |

EXHIBIT A

TRANSFERS TO ISLA LAB PRODUCTS, LLC

| Date | Payment Amount |
|---|---|
| 2/27/2014 | $8,009.00 |
| 3/3/2014 | $25,875.00 |
| 3/13/2014 | $4,437.00 |
| 3/17/2014 | $66,652.00 |
| 3/17/2014 | $66,652.00 |
| 3/18/2014 | $21,626.00 |
| 3/18/2014 | $66,652.00 |
| 3/31/2014 | $3,337.00 |
| 4/3/2014 | $1,168.00 |
| 4/4/2014 | $200.00 |
| 4/4/2014 | $210.00 |
| 4/7/2014 | $16,200.00 |
| 4/8/2014 | $690.00 |
| 4/9/2014 | $210.00 |
| 4/15/2014 | $22,984.00 |
| 4/23/2014 | $99,628.00 |
| 4/25/2014 | $51,813.00 |
| 5/2/2014 | $260.00 |
| 5/6/2014 | $990.00 |
| 5/9/2014 | $22,295.00 |
| 5/9/2014 | $31,050.00 |
| 5/12/2014 | $1,785.00 |
| 5/28/2014 | $1,092.00 |
| 5/29/2014 | $495.00 |
| 6/2/2014 | $3,929.00 |
| 6/2/2014 | $20,985.00 |
| 6/2/2014 | $695.00 |
| 6/17/2014 | $1,145.00 |
| 6/24/2014 | $76,022.00 |
| 6/26/2014 | $66,652.00 |
| 6/26/2014 | $66,652.00 |
| 6/30/2014 | $66,652.00 |
| 7/10/2014 | $99,628.00 |
| 7/21/2014 | $10,587.00 |
| 7/22/2014 | $31,050.00 |
| 7/25/2014 | $200.00 |
| 8/4/2014 | $22,295.00 |
| 8/4/2014 | $44,589.00 |
| 8/21/2014 | $133,304.00 |
| 9/17/2014 | $779.00 |
| 9/18/2014 | $414.00 |
| 10/3/2014 | $22,295.00 |
| 10/3/2014 | $22,984.00 |
| 10/7/2014 | $150.00 |
| 10/8/2014 | $46,575.00 |
| 10/28/2014 | $2,409.00 |

EXHIBIT A

TRANSFERS TO ISLA LAB PRODUCTS, LLC

| Date | Payment Amount |
|---|---|
| 11/10/2014 | $66,652.00 |
| 11/10/2014 | $67,388.00 |
| 11/18/2014 | $4,437.00 |
| 1/2/2015 | $22,295.00 |
| 1/2/2015 | $22,295.00 |
| 1/9/2015 | $893.00 |
| 1/13/2015 | $31,050.00 |
| 1/16/2015 | $21,528.00 |
| 1/16/2015 | $99,628.00 |
| 1/28/2015 | $59,987.00 |
| 1/28/2015 | $59,987.00 |
| 1/29/2015 | $59,987.00 |
| 2/5/2015 | $3,060.00 |
| 2/12/2015 | $270.00 |
| 2/20/2015 | $31,050.00 |
| 2/24/2015 | $417.00 |
| 2/25/2015 | $4,437.00 |
| 3/3/2015 | $6,465.00 |
| 3/10/2015 | $54,494.00 |
| 3/10/2015 | $54,494.00 |
| 3/19/2015 | $54,494.00 |
| 3/20/2015 | $54,797.00 |
| 4/10/2015 | $1,155.00 |
| 4/13/2015 | $4,437.00 |
| 4/17/2015 | $3,288.00 |
| 4/17/2015 | $21,375.00 |
| 4/17/2015 | $21,480.00 |
| 4/29/2015 | $14,380.00 |
| 4/29/2015 | $45,969.00 |
| 5/1/2015 | $54,494.00 |
| 5/7/2015 | $1,631.00 |
| 5/14/2015 | $99,593.00 |
| 5/15/2015 | $300.00 |
| 5/18/2015 | $779.00 |
| 5/19/2015 | $390.00 |
| 5/19/2015 | $54,494.00 |
| 5/26/2015 | $850.00 |
| 6/11/2015 | $10,785.00 |
| 6/11/2015 | $22,984.00 |
| 6/12/2015 | $45.00 |
| 6/12/2015 | $7,190.00 |
| 6/12/2015 | $45,969.00 |
| 6/22/2015 | $54,494.00 |
| 7/8/2015 | $1,582.00 |
| 7/13/2015 | $34,607.00 |
| 7/16/2015 | $45.00 |

EXHIBIT A

TRANSFERS TO ISLA LAB PRODUCTS, LLC

| Date | Payment Amount |
|---|---|
| 7/21/2015 | $14,727.00 |
| 7/23/2015 | $50.00 |
| 7/23/2015 | $3,595.00 |
| 7/23/2015 | $22,984.00 |
| 8/3/2015 | $62,624.00 |
| 8/10/2015 | $7,719.00 |
| 8/13/2015 | $325.00 |
| 8/14/2015 | $54,494.00 |
| 8/18/2015 | $79,600.00 |
| 8/20/2015 | $33,304.00 |
| 8/26/2015 | $54,494.00 |
| 9/2/2015 | $43,945.00 |
| 9/3/2015 | $43,945.00 |
| 9/3/2015 | $610.00 |
| 9/9/2015 | $200.00 |
| 9/14/2015 | $4,919.00 |
| 9/22/2015 | $10,945.00 |
| 9/25/2015 | $22,984.00 |
| 9/25/2015 | $3,595.00 |
| 9/28/2015 | $54,494.00 |
| 10/5/2015 | $198.00 |
| 10/8/2015 | $19,498.00 |
| 10/8/2015 | $9,967.00 |
| 10/8/2015 | $2,440.00 |
| 10/16/2015 | $200.00 |
| 10/16/2015 | $5,078.00 |
| 10/20/2015 | $13.00 |
| 11/2/2015 | $45,969.00 |
| 11/5/2015 | $278.00 |
| 11/9/2015 | $7,190.00 |
| 11/23/2015 | $335.00 |
| 12/7/2015 | $4,437.00 |
| 12/22/2015 | $6.00 |
| 12/29/2015 | $281.00 |
| 12/31/2015 | $4,437.00 |
| 1/5/2016 | $1,160.00 |
| 2/2/2016 | $99,593.00 |
| 2/2/2016 | $6,357.00 |
| 2/2/2016 | $54,905.00 |
| 2/12/2016 | $390.00 |
| 2/12/2016 | $210.00 |
| 2/12/2016 | $535.00 |
| 2/16/2016 | $54,494.00 |
| 2/16/2016 | $54,494.00 |
| 2/16/2016 | $54,494.00 |
| 2/16/2016 | $54,494.00 |

EXHIBIT A

TRANSFERS TO ISLA LAB PRODUCTS, LLC

| Date | Payment Amount |
|---|---|
| 2/17/2016 | $5,677.00 |
| 2/19/2016 | $22,984.00 |
| 2/19/2016 | $22,984.00 |
| 2/25/2016 | $10,785.00 |
| 3/4/2016 | $54,494.00 |
| 3/9/2016 | $3,595.00 |
| 3/9/2016 | $22,984.00 |
| 3/18/2016 | $520.00 |
| 3/29/2016 | $4,792.00 |
| 3/29/2016 | $1,895.00 |
| 3/29/2016 | $7,995.00 |
| 4/7/2016 | $361.00 |
| 4/7/2016 | $157.00 |
| 4/8/2016 | $258.00 |
| 4/8/2016 | $200.00 |
| 4/27/2016 | $54,905.00 |
| 4/28/2016 | $22,984.00 |
| 4/29/2016 | $54,494.00 |
| 5/20/2016 | $54,494.00 |
| 5/23/2016 | $7,271.00 |
| 6/2/2016 | $990.00 |
| 6/3/2016 | $21,984.00 |
| 6/3/2016 | $3,595.00 |
| 6/6/2016 | $130.00 |
| 6/15/2016 | $54,494.00 |
| 6/15/2016 | $1,932.00 |
| 6/15/2016 | $65.00 |
| 6/15/2016 | $148.00 |
| 6/21/2016 | $360.00 |
| 7/1/2016 | $1,995.00 |
| 7/1/2016 | $11,803.00 |
| 7/1/2016 | $7,190.00 |
| 7/1/2016 | $7,719.00 |
| 7/1/2016 | $8,874.00 |
| 7/1/2016 | $4,880.00 |
| 7/6/2016 | $99,600.00 |
| 7/8/2016 | $54,494.00 |
| 7/14/2016 | $22,984.00 |
| 7/14/2016 | $24,959.00 |
| 7/14/2016 | $8,874.00 |
| 8/5/2016 | $4,437.00 |
| 8/23/2016 | $3,595.00 |
| 8/23/2016 | $5,000.00 |
| 8/23/2016 | $4,159.00 |
| 8/23/2016 | $3,620.00 |
| 9/9/2016 | $12,491.00 |

EXHIBIT A

TRANSFERS TO ISLA LAB PRODUCTS, LLC

| Date | Payment Amount |
|---|---|
| 9/9/2016 | $24,959.00 |
| 9/16/2016 | $24,959.00 |
| 9/16/2016 | $1,000.00 |
| 9/16/2016 | $200.00 |
| 9/16/2016 | $200.00 |
| 9/19/2016 | $36,104.00 |
| 9/20/2016 | $3,595.00 |
| 9/20/2016 | $2,261.00 |
| 9/22/2016 | $54,494.00 |
| 9/22/2016 | $54,494.00 |
| 9/29/2016 | $740.00 |
| 10/11/2016 | $23,609.00 |
| 10/11/2016 | $1,350.00 |
| 10/26/2016 | $10,866.00 |
| 10/26/2016 | $180.00 |
| 10/27/2016 | $23,690.00 |
| 11/4/2016 | $54,408.00 |
| 11/4/2016 | $2,700.00 |
| 11/14/2016 | $54,494.00 |
| 12/1/2016 | $3,277.00 |
| 12/8/2016 | $200.00 |
| 12/19/2016 | $4,372.00 |
| 12/19/2016 | $4,437.00 |
| 12/22/2016 | $8,519.00 |
| 12/22/2016 | $15,672.00 |
| 12/22/2016 | $680.00 |
| 12/22/2016 | $1,175.00 |
| 12/22/2016 | $680.00 |
| 12/22/2016 | $1,175.00 |
| 12/23/2016 | $19,210.00 |
| 12/28/2016 | $44,070.00 |
| 12/29/2016 | $11,246.00 |
| 12/29/2016 | $72,622.00 |
| 12/29/2016 | $31,073.00 |
| 12/29/2016 | $72,622.00 |
| 12/29/2016 | $54,763.00 |
| 12/29/2016 | $16,302.00 |
| 1/4/2017 | $13,638.00 |
| 1/5/2017 | $1,368.00 |
| 1/11/2017 | $12,540.00 |
| 1/12/2017 | $54,494.00 |
| 1/12/2017 | $54,494.00 |
| 1/12/2017 | $54,494.00 |
| 1/17/2017 | $1,350.00 |
| 1/17/2017 | $23,609.00 |
| 1/17/2017 | $3,595.00 |

EXHIBIT A

TRANSFERS TO ISLA LAB PRODUCTS, LLC

| Date | Payment Amount |
|---|---|
| 1/24/2017 | $49,000.00 |
| 1/24/2017 | $132,020.00 |
| 2/9/2017 | $4,437.00 |
| 2/9/2017 | $6,458.00 |
| 2/16/2017 | $3,909.00 |
| 3/20/2017 | $200.00 |
| 4/4/2017 | $54,494.00 |
| 4/4/2017 | $54,494.00 |
| 4/7/2017 | $429.00 |
| 4/7/2017 | $29,391.00 |
| 4/13/2017 | $18,912.00 |
| 4/18/2017 | $2,700.00 |
| 4/18/2017 | $47,218.00 |
| 4/18/2017 | $8,864.00 |
| 4/21/2017 | $22,229.00 |
| 4/24/2017 | $54,494.00 |