# EXHIBIT A

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|----------------|
| 5/10/2013 | $372.00 |
| 5/10/2013 | $23,240.00 |
| 5/10/2013 | $35,954.00 |
| 5/10/2013 | $146,224.00 |
| 5/14/2013 | $52,127.00 |
| 5/15/2013 | $49,885.00 |
| 5/16/2013 | $19,139.00 |
| 5/16/2013 | $119,840.00 |
| 6/5/2013 | $8,556.00 |
| 6/5/2013 | $14,789.00 |
| 6/5/2013 | $32,908.00 |
| 6/5/2013 | $40,654.00 |
| 6/5/2013 | $80,798.00 |
| 6/5/2013 | $177,372.00 |
| 6/5/2013 | $1,116.00 |
| 6/7/2013 | $25,998.00 |
| 6/7/2013 | $58,199.00 |
| 6/7/2013 | $191,683.00 |
| 6/19/2013 | $44,000.00 |
| 6/19/2013 | $45,074.00 |
| 8/7/2013 | $6,510.00 |
| 8/7/2013 | $18,679.00 |
| 8/7/2013 | $26,640.00 |
| 8/7/2013 | $37,400.00 |
| 8/7/2013 | $52,345.00 |
| 8/7/2013 | $141,183.00 |
| 8/7/2013 | $1,302.00 |
| 8/7/2013 | $1,302.00 |
| 8/7/2013 | $1,302.00 |
| 9/5/2013 | $720.00 |
| 9/5/2013 | $800.00 |
| 9/30/2013 | $21,046.00 |
| 9/30/2013 | $251.00 |
| 10/4/2013 | $11,972.00 |
| 10/29/2013 | $29,774.00 |
| 10/29/2013 | $41,083.00 |
| 10/29/2013 | $56,000.00 |
| 10/29/2013 | $157,793.00 |
| 11/8/2013 | $2,046.00 |
| 11/8/2013 | $372.00 |
| 11/8/2013 | $372.00 |
| 11/8/2013 | $39,455.00 |
| 11/8/2013 | $162,527.00 |
| 11/8/2013 | $930.00 |
| 11/12/2013 | $30,667.00 |
| 12/10/2013 | $79,069.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|----------------|
| 12/17/2013 | $26,517.00 |
| 12/26/2013 | $87,392.00 |
| 1/10/2014 | $20,677.00 |
| 1/13/2014 | $372.00 |
| 1/13/2014 | $558.00 |
| 1/13/2014 | $23,726.00 |
| 1/13/2014 | $26,517.00 |
| 1/13/2014 | $29,308.00 |
| 1/13/2014 | $33,402.00 |
| 1/13/2014 | $37,563.00 |
| 1/13/2014 | $48,118.00 |
| 1/13/2014 | $66,914.00 |
| 1/13/2014 | $79,069.00 |
| 1/13/2014 | $132,000.00 |
| 1/13/2014 | $143,301.00 |
| 1/13/2014 | $177,651.00 |
| 2/4/2014 | $800.00 |
| 2/4/2014 | $200.00 |
| 2/5/2014 | $2,046.00 |
| 2/20/2014 | $27,039.00 |
| 2/24/2014 | $50,313.00 |
| 2/27/2014 | $16,873.00 |
| 2/27/2014 | $18,143.00 |
| 3/11/2014 | $20,677.00 |
| 3/11/2014 | $28,677.00 |
| 3/11/2014 | $28,793.00 |
| 3/11/2014 | $33,457.00 |
| 3/11/2014 | $54,100.00 |
| 3/18/2014 | $65,828.00 |
| 3/19/2014 | $26,517.00 |
| 3/21/2014 | $79,069.00 |
| 3/24/2014 | $3,348.00 |
| 3/31/2014 | $30,220.00 |
| 4/2/2014 | $66,000.00 |
| 4/9/2014 | $110,248.00 |
| 4/11/2014 | $113,010.00 |
| 4/17/2014 | $14,498.00 |
| 4/17/2014 | $28,600.00 |
| 4/25/2014 | $34,136.00 |
| 4/25/2014 | $161,132.00 |
| 5/12/2014 | $372.00 |
| 5/12/2014 | $558.00 |
| 5/12/2014 | $186.00 |
| 5/12/2014 | $1,302.00 |
| 5/29/2014 | $25,653.00 |
| 6/12/2014 | $260.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|---|---|
| 6/12/2014 | $3,627.00 |
| 6/12/2014 | $22,268.00 |
| 6/16/2014 | $8,555.00 |
| 6/16/2014 | $8,555.00 |
| 7/2/2014 | $911.00 |
| 7/11/2014 | $260.00 |
| 7/11/2014 | $605.00 |
| 9/24/2014 | $19,539.00 |
| 9/24/2014 | $58,261.00 |
| 9/29/2014 | $55,348.00 |
| 10/7/2014 | $18,562.00 |
| 10/14/2014 | $15,631.00 |
| 10/15/2014 | $22,747.00 |
| 10/17/2014 | $29,001.00 |
| 10/22/2014 | $20,516.00 |
| 10/27/2014 | $30,503.00 |
| 10/28/2014 | $46,609.00 |
| 10/29/2014 | $24,252.00 |
| 11/3/2014 | $102,433.00 |
| 11/14/2014 | $64,126.00 |
| 11/21/2014 | $126,500.00 |
| 11/26/2014 | $95,063.00 |
| 12/9/2014 | $121,640.00 |
| 1/9/2015 | $3,754.00 |
| 1/16/2015 | $13,158.00 |
| 1/16/2015 | $13,959.00 |
| 1/16/2015 | $18,316.00 |
| 1/16/2015 | $19,155.00 |
| 1/20/2015 | $11,362.00 |
| 1/20/2015 | $13,842.00 |
| 1/26/2015 | $7,237.00 |
| 1/27/2015 | $4,845.00 |
| 1/27/2015 | $5,865.00 |
| 2/5/2015 | $3,321.00 |
| 2/5/2015 | $3,907.00 |
| 2/5/2015 | $9,104.00 |
| 2/5/2015 | $1,285.00 |
| 2/5/2015 | $1,582.00 |
| 2/10/2015 | $3,825.00 |
| 2/10/2015 | $1,483.00 |
| 2/11/2015 | $14,520.00 |
| 2/18/2015 | $2,930.00 |
| 2/18/2015 | $3,125.00 |
| 2/18/2015 | $19,232.00 |
| 2/25/2015 | $3,825.00 |
| 2/25/2015 | $13,737.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|---|---|
| 3/30/2015 | $2,539.00 |
| 3/30/2015 | $3,315.00 |
| 3/30/2015 | $5,232.00 |
| 3/30/2015 | $1,285.00 |
| 4/29/2015 | $2,185.00 |
| 4/29/2015 | $15,338.00 |
| 4/29/2015 | $27,002.00 |
| 5/1/2015 | $16,182.00 |
| 5/6/2015 | $10,948.00 |
| 5/6/2015 | $707.00 |
| 5/6/2015 | $26,748.00 |
| 5/6/2015 | $31,809.00 |
| 6/1/2015 | $5,100.00 |
| 6/1/2015 | $23,275.00 |
| 6/1/2015 | $349.00 |
| 6/15/2015 | $3,114.00 |
| 6/15/2015 | $1,878.00 |
| 6/15/2015 | $3,711.00 |
| 7/15/2015 | $1,413.00 |
| 8/4/2015 | $4,203.00 |
| 8/4/2015 | $4,845.00 |
| 8/4/2015 | $1,395.00 |
| 8/4/2015 | $13,001.00 |
| 8/4/2015 | $7,440.00 |
| 8/4/2015 | $2,185.00 |
| 8/4/2015 | $2,300.00 |
| 8/4/2015 | $709.00 |
| 8/4/2015 | $1,417.00 |
| 8/4/2015 | $283.00 |
| 8/4/2015 | $1,878.00 |
| 8/4/2015 | $3,711.00 |
| 8/7/2015 | $42,337.00 |
| 8/7/2015 | $2,605.00 |
| 8/7/2015 | $3,236.00 |
| 8/7/2015 | $4,518.00 |
| 8/7/2015 | $8,165.00 |
| 8/13/2015 | $55,396.00 |
| 8/14/2015 | $767.00 |
| 8/14/2015 | $29,821.00 |
| 8/24/2015 | $1,163.00 |
| 8/24/2015 | $1,160.00 |
| 8/26/2015 | $7,890.00 |
| 8/26/2015 | $9,104.00 |
| 8/26/2015 | $386.00 |
| 8/26/2015 | $309.00 |
| 8/26/2015 | $154.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|----------------|
| 8/26/2015 | $232.00 |
| 8/26/2015 | $77.00 |
| 8/26/2015 | $2,958.00 |
| 9/2/2015 | $11,531.00 |
| 9/2/2015 | $154.00 |
| 9/9/2015 | $4,343.00 |
| 9/9/2015 | $6,347.00 |
| 9/9/2015 | $6,681.00 |
| 9/9/2015 | $6,676.00 |
| 9/10/2015 | $5,011.00 |
| 9/10/2015 | $5,345.00 |
| 9/10/2015 | $558.00 |
| 9/10/2015 | $558.00 |
| 9/10/2015 | $11,531.00 |
| 9/10/2015 | $12,138.00 |
| 9/18/2015 | $1,371.00 |
| 9/18/2015 | $2,004.00 |
| 9/18/2015 | $1,582.00 |
| 9/18/2015 | $1,688.00 |
| 9/18/2015 | $2,110.00 |
| 9/18/2015 | $1,899.00 |
| 9/18/2015 | $2,004.00 |
| 9/18/2015 | $2,110.00 |
| 9/18/2015 | $3,675.00 |
| 9/18/2015 | $4,261.00 |
| 9/18/2015 | $737.00 |
| 9/18/2015 | $1,304.00 |
| 9/18/2015 | $992.00 |
| 9/18/2015 | $850.00 |
| 9/18/2015 | $1,006.00 |
| 9/18/2015 | $244.00 |
| 9/18/2015 | $81.00 |
| 9/18/2015 | $6,347.00 |
| 10/9/2015 | $1,674.00 |
| 1/13/2016 | $994.00 |
| 1/13/2016 | $362.00 |
| 2/23/2016 | $1,618.00 |
| 2/23/2016 | $2,065.00 |
| 2/23/2016 | $1,381.00 |
| 2/23/2016 | $1,632.00 |
| 2/23/2016 | $1,535.00 |
| 2/23/2016 | $1,256.00 |
| 2/23/2016 | $1,716.00 |
| 2/23/2016 | $711.00 |
| 2/23/2016 | $363.00 |
| 2/23/2016 | $2,664.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|---------------|
| 2/23/2016 | $1,660.00 |
| 2/23/2016 | $2,120.00 |
| 2/23/2016 | $3,730.00 |
| 2/23/2016 | $2,324.00 |
| 2/23/2016 | $2,969.00 |
| 2/23/2016 | $1,243.00 |
| 2/23/2016 | $775.00 |
| 2/23/2016 | $990.00 |
| 2/23/2016 | $2,132.00 |
| 2/23/2016 | $1,328.00 |
| 2/23/2016 | $1,696.00 |
| 2/23/2016 | $3,020.00 |
| 2/23/2016 | $1,881.00 |
| 2/23/2016 | $2,403.00 |
| 2/23/2016 | $1,366.00 |
| 2/23/2016 | $1,935.00 |
| 3/2/2016 | $1,562.00 |
| 3/2/2016 | $1,897.00 |
| 3/2/2016 | $2,182.00 |
| 3/2/2016 | $1,339.00 |
| 3/2/2016 | $1,540.00 |
| 3/2/2016 | $781.00 |
| 3/2/2016 | $898.00 |
| 3/2/2016 | $2,344.00 |
| 3/2/2016 | $1,674.00 |
| 3/2/2016 | $2,324.00 |
| 3/2/2016 | $2,793.00 |
| 3/2/2016 | $5,234.00 |
| 3/2/2016 | $1,660.00 |
| 3/2/2016 | $1,995.00 |
| 3/2/2016 | $3,739.00 |
| 3/2/2016 | $2,695.00 |
| 3/2/2016 | $2,030.00 |
| 3/11/2016 | $797.00 |
| 3/11/2016 | $1,707.00 |
| 3/11/2016 | $2,390.00 |
| 3/11/2016 | $1,979.00 |
| 3/11/2016 | $1,596.00 |
| 3/11/2016 | $1,565.00 |
| 3/11/2016 | $1,549.00 |
| 3/11/2016 | $1,862.00 |
| 3/11/2016 | $1,933.00 |
| 3/11/2016 | $1,289.00 |
| 3/11/2016 | $4,237.00 |
| 3/11/2016 | $1,881.00 |
| 3/11/2016 | $931.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|---|---|
| 3/11/2016 | $3,489.00 |
| 3/11/2016 | $775.00 |
| 3/11/2016 | $1,549.00 |
| 3/11/2016 | $1,594.00 |
| 3/11/2016 | $2,487.00 |
| 3/11/2016 | $1,328.00 |
| 3/11/2016 | $2,991.00 |
| 3/11/2016 | $2,261.00 |
| 3/11/2016 | $1,381.00 |
| 3/11/2016 | $1,745.00 |
| 3/11/2016 | $1,797.00 |
| 3/11/2016 | $513.00 |
| 3/11/2016 | $349.00 |
| 3/11/2016 | $317.00 |
| 3/11/2016 | $290.00 |
| 3/11/2016 | $298.00 |
| 3/11/2016 | $439.00 |
| 3/11/2016 | $417.00 |
| 4/19/2016 | $644.00 |
| 4/19/2016 | $892.00 |
| 4/19/2016 | $764.00 |
| 4/19/2016 | $990.00 |
| 4/19/2016 | $81.00 |
| 4/19/2016 | $405.00 |
| 4/19/2016 | $388.00 |
| 4/19/2016 | $349.00 |
| 4/19/2016 | $637.00 |
| 4/19/2016 | $428.00 |
| 4/20/2016 | $884.00 |
| 4/20/2016 | $818.00 |
| 4/20/2016 | $901.00 |
| 4/20/2016 | $996.00 |
| 4/20/2016 | $823.00 |
| 4/20/2016 | $711.00 |
| 4/20/2016 | $907.00 |
| 4/20/2016 | $901.00 |
| 4/20/2016 | $892.00 |
| 4/20/2016 | $163.00 |
| 4/20/2016 | $892.00 |
| 4/20/2016 | $129.00 |
| 4/20/2016 | $162.00 |
| 4/20/2016 | $405.00 |
| 4/20/2016 | $336.00 |
| 4/20/2016 | $81.00 |
| 4/20/2016 | $365.00 |
| 5/4/2016 | $1,414.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|---------------|
| 5/9/2016 | $2,309.00 |
| 5/9/2016 | $2,686.00 |
| 5/9/2016 | $2,103.00 |
| 5/9/2016 | $1,749.00 |
| 5/9/2016 | $3,375.00 |
| 5/9/2016 | $2,213.00 |
| 5/9/2016 | $3,553.00 |
| 5/9/2016 | $1,197.00 |
| 5/9/2016 | $1,105.00 |
| 5/9/2016 | $1,480.00 |
| 5/9/2016 | $1,838.00 |
| 5/9/2016 | $1,439.00 |
| 5/9/2016 | $1,488.00 |
| 5/9/2016 | $190.00 |
| 5/9/2016 | $2,209.00 |
| 5/9/2016 | $750.00 |
| 5/9/2016 | $2,325.00 |
| 5/9/2016 | $2,753.00 |
| 5/9/2016 | $2,158.00 |
| 5/9/2016 | $3,000.00 |
| 5/9/2016 | $1,789.00 |
| 5/9/2016 | $1,402.00 |
| 5/9/2016 | $1,330.00 |
| 5/9/2016 | $1,185.00 |
| 5/9/2016 | $1,451.00 |
| 5/9/2016 | $1,454.00 |
| 5/9/2016 | $1,511.00 |
| 5/9/2016 | $617.00 |
| 5/9/2016 | $1,487.00 |
| 5/9/2016 | $1,628.00 |
| 5/9/2016 | $190.00 |
| 5/9/2016 | $335.00 |
| 5/9/2016 | $1,088.00 |
| 5/9/2016 | $1,445.00 |
| 5/9/2016 | $1,510.00 |
| 5/9/2016 | $1,402.00 |
| 5/9/2016 | $1,789.00 |
| 5/9/2016 | $551.00 |
| 5/9/2016 | $1,432.00 |
| 5/9/2016 | $187.00 |
| 5/9/2016 | $1,353.00 |
| 5/9/2016 | $2,085.00 |
| 5/9/2016 | $1,378.00 |
| 5/9/2016 | $798.00 |
| 5/9/2016 | $996.00 |
| 5/9/2016 | $1,758.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|---|---|
| 5/9/2016 | $2,441.00 |
| 5/9/2016 | $1,914.00 |
| 5/9/2016 | $1,894.00 |
| 5/9/2016 | $2,285.00 |
| 5/9/2016 | $1,749.00 |
| 5/9/2016 | $2,890.00 |
| 5/9/2016 | $2,615.00 |
| 5/9/2016 | $2,050.00 |
| 5/9/2016 | $1,944.00 |
| 5/9/2016 | $1,269.00 |
| 5/9/2016 | $2,265.00 |
| 5/9/2016 | $1,590.00 |
| 5/9/2016 | $1,367.00 |
| 5/9/2016 | $1,395.00 |
| 5/9/2016 | $1,412.00 |
| 5/11/2016 | $2,438.00 |
| 5/11/2016 | $2,567.00 |
| 5/11/2016 | $2,232.00 |
| 5/11/2016 | $4,736.00 |
| 5/11/2016 | $2,527.00 |
| 5/11/2016 | $2,103.00 |
| 5/11/2016 | $2,277.00 |
| 5/11/2016 | $1,841.00 |
| 5/11/2016 | $1,668.00 |
| 5/11/2016 | $2,660.00 |
| 5/11/2016 | $4,985.00 |
| 5/11/2016 | $2,827.00 |
| 5/11/2016 | $2,213.00 |
| 5/11/2016 | $1,451.00 |
| 5/11/2016 | $1,439.00 |
| 5/11/2016 | $1,729.00 |
| 5/11/2016 | $3,240.00 |
| 5/11/2016 | $365.00 |
| 5/11/2016 | $1,197.00 |
| 5/11/2016 | $2,083.00 |
| 5/11/2016 | $2,046.00 |
| 5/11/2016 | $1,523.00 |
| 5/11/2016 | $1,979.00 |
| 5/11/2016 | $1,732.00 |
| 5/11/2016 | $664.00 |
| 5/11/2016 | $786.00 |
| 5/11/2016 | $713.00 |
| 5/11/2016 | $768.00 |
| 5/11/2016 | $1,276.00 |
| 5/11/2016 | $1,097.00 |
| 5/11/2016 | $713.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|---------------|
| 5/11/2016 | $1,185.00 |
| 5/11/2016 | $1,823.00 |
| 5/11/2016 | $365.00 |
| 5/11/2016 | $1,823.00 |
| 5/11/2016 | $768.00 |
| 5/11/2016 | $713.00 |
| 5/11/2016 | $1,276.00 |
| 5/11/2016 | $219.00 |
| 5/11/2016 | $949.00 |
| 5/11/2016 | $1,823.00 |
| 5/11/2016 | $1,185.00 |
| 5/11/2016 | $219.00 |
| 5/11/2016 | $1,043.00 |
| 5/11/2016 | $1,732.00 |
| 5/11/2016 | $1,185.00 |
| 5/11/2016 | $1,185.00 |
| 5/11/2016 | $901.00 |
| 5/11/2016 | $617.00 |
| 5/11/2016 | $1,185.00 |
| 5/11/2016 | $1,149.00 |
| 5/11/2016 | $1,209.00 |
| 5/11/2016 | $713.00 |
| 5/11/2016 | $1,276.00 |
| 5/11/2016 | $242.00 |
| 5/11/2016 | $988.00 |
| 5/11/2016 | $1,732.00 |
| 5/11/2016 | $1,097.00 |
| 5/11/2016 | $846.00 |
| 5/11/2016 | $617.00 |
| 5/11/2016 | $365.00 |
| 5/11/2016 | $786.00 |
| 5/11/2016 | $1,043.00 |
| 5/11/2016 | $2,438.00 |
| 5/11/2016 | $1,378.00 |
| 5/11/2016 | $1,374.00 |
| 5/11/2016 | $943.00 |
| 5/11/2016 | $1,016.00 |
| 5/11/2016 | $484.00 |
| 5/11/2016 | $2,046.00 |
| 5/11/2016 | $1,511.00 |
| 5/11/2016 | $1,427.00 |
| 5/11/2016 | $1,536.00 |
| 5/11/2016 | $943.00 |
| 5/11/2016 | $1,668.00 |
| 5/11/2016 | $2,325.00 |
| 5/11/2016 | $1,536.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|---------------|
| 5/11/2016 | $1,427.00 |
| 5/11/2016 | $2,085.00 |
| 5/11/2016 | $1,944.00 |
| 5/11/2016 | $2,113.00 |
| 5/11/2016 | $439.00 |
| 5/11/2016 | $2,195.00 |
| 5/11/2016 | $2,008.00 |
| 5/11/2016 | $1,536.00 |
| 5/11/2016 | $2,085.00 |
| 5/11/2016 | $1,427.00 |
| 5/11/2016 | $2,085.00 |
| 5/11/2016 | $439.00 |
| 5/11/2016 | $2,209.00 |
| 5/11/2016 | $2,567.00 |
| 5/11/2016 | $1,427.00 |
| 5/11/2016 | $1,427.00 |
| 5/11/2016 | $1,427.00 |
| 5/11/2016 | $2,305.00 |
| 5/11/2016 | $2,085.00 |
| 5/11/2016 | $1,451.00 |
| 5/11/2016 | $2,195.00 |
| 5/11/2016 | $314.00 |
| 5/11/2016 | $439.00 |
| 5/11/2016 | $290.00 |
| 5/11/2016 | $459.00 |
| 5/11/2016 | $2,195.00 |
| 5/11/2016 | $1,330.00 |
| 5/11/2016 | $2,085.00 |
| 5/11/2016 | $1,944.00 |
| 5/11/2016 | $2,050.00 |
| 5/11/2016 | $1,415.00 |
| 5/11/2016 | $2,067.00 |
| 5/11/2016 | $1,841.00 |
| 5/11/2016 | $1,197.00 |
| 5/11/2016 | $1,289.00 |
| 5/11/2016 | $2,615.00 |
| 5/11/2016 | $2,176.00 |
| 5/11/2016 | $435.00 |
| 5/11/2016 | $1,415.00 |
| 5/11/2016 | $1,523.00 |
| 5/11/2016 | $1,749.00 |
| 5/11/2016 | $368.00 |
| 5/11/2016 | $2,850.00 |
| 5/11/2016 | $1,354.00 |
| 5/11/2016 | $967.00 |
| 5/11/2016 | $465.00 |

63378640 v1

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|---------------|
| 5/11/2016 | $1,511.00 |
| 5/11/2016 | $664.00 |
| 5/11/2016 | $1,601.00 |
| 5/11/2016 | $1,172.00 |
| 5/11/2016 | $458.00 |
| 5/11/2016 | $1,042.00 |
| 5/11/2016 | $1,354.00 |
| 5/11/2016 | $298.00 |
| 5/11/2016 | $967.00 |
| 5/11/2016 | $417.00 |
| 5/11/2016 | $1,458.00 |
| 5/11/2016 | $1,797.00 |
| 5/11/2016 | $1,374.00 |
| 5/11/2016 | $513.00 |
| 5/11/2016 | $1,308.00 |
| 5/11/2016 | $1,055.00 |
| 5/11/2016 | $1,088.00 |
| 5/11/2016 | $275.00 |
| 5/11/2016 | $1,668.00 |
| 5/11/2016 | $1,590.00 |
| 5/11/2016 | $963.00 |
| 5/11/2016 | $423.00 |
| 5/11/2016 | $895.00 |
| 5/11/2016 | $1,479.00 |
| 5/11/2016 | $335.00 |
| 5/11/2016 | $1,582.00 |
| 5/11/2016 | $1,927.00 |
| 5/11/2016 | $432.00 |
| 5/11/2016 | $409.00 |
| 5/11/2016 | $1,330.00 |
| 5/11/2016 | $1,207.00 |
| 5/11/2016 | $1,523.00 |
| 5/11/2016 | $2,402.00 |
| 5/11/2016 | $2,305.00 |
| 5/11/2016 | $1,573.00 |
| 5/11/2016 | $1,608.00 |
| 5/11/2016 | $1,979.00 |
| 5/11/2016 | $1,732.00 |
| 5/11/2016 | $1,562.00 |
| 5/11/2016 | $1,914.00 |
| 5/11/2016 | $1,146.00 |
| 5/11/2016 | $2,226.00 |
| 5/11/2016 | $1,255.00 |
| 5/11/2016 | $1,378.00 |
| 5/11/2016 | $2,187.00 |
| 5/11/2016 | $1,387.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|----------------|
| 5/11/2016 | $1,003.00 |
| 5/11/2016 | $1,777.00 |
| 5/11/2016 | $2,014.00 |
| 5/11/2016 | $1,152.00 |
| 5/11/2016 | $1,269.00 |
| 5/11/2016 | $1,043.00 |
| 5/11/2016 | $1,732.00 |
| 5/11/2016 | $2,695.00 |
| 5/11/2016 | $1,732.00 |
| 5/11/2016 | $2,438.00 |
| 5/11/2016 | $1,914.00 |
| 5/11/2016 | $1,149.00 |
| 5/11/2016 | $2,008.00 |
| 5/11/2016 | $1,367.00 |
| 5/11/2016 | $2,209.00 |
| 5/11/2016 | $1,590.00 |
| 5/11/2016 | $2,173.00 |
| 5/11/2016 | $2,305.00 |
| 5/11/2016 | $1,207.00 |
| 5/11/2016 | $2,067.00 |
| 5/11/2016 | $1,714.00 |
| 5/11/2016 | $1,739.00 |
| 5/11/2016 | $1,933.00 |
| 5/11/2016 | $2,219.00 |
| 5/11/2016 | $1,268.00 |
| 5/11/2016 | $1,395.00 |
| 5/11/2016 | $1,674.00 |
| 5/11/2016 | $1,207.00 |
| 5/11/2016 | $1,414.00 |
| 5/24/2016 | $336.00 |
| 5/24/2016 | $2,126.00 |
| 5/24/2016 | $249.00 |
| 5/24/2016 | $1,246.00 |
| 5/24/2016 | $1,309.00 |
| 5/24/2016 | $810.00 |
| 5/24/2016 | $1,562.00 |
| 5/24/2016 | $374.00 |
| 5/24/2016 | $810.00 |
| 5/24/2016 | $446.00 |
| 5/24/2016 | $2,344.00 |
| 5/24/2016 | $1,451.00 |
| 5/24/2016 | $872.00 |
| 5/24/2016 | $2,120.00 |
| 5/24/2016 | $1,184.00 |
| 5/24/2016 | $2,120.00 |
| 5/24/2016 | $1,451.00 |

63378640 v1

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|----------------|
| 5/24/2016 | $1,184.00 |
| 5/24/2016 | $249.00 |
| 5/24/2016 | $436.00 |
| 5/24/2016 | $2,232.00 |
| 5/24/2016 | $62.00 |
| 5/24/2016 | $125.00 |
| 5/24/2016 | $249.00 |
| 5/24/2016 | $1,116.00 |
| 5/24/2016 | $1,655.00 |
| 5/24/2016 | $2,148.00 |
| 5/24/2016 | $1,573.00 |
| 5/24/2016 | $211.00 |
| 5/24/2016 | $2,441.00 |
| 5/24/2016 | $2,067.00 |
| 5/24/2016 | $1,523.00 |
| 5/24/2016 | $1,415.00 |
| 5/24/2016 | $1,415.00 |
| 5/24/2016 | $653.00 |
| 5/24/2016 | $2,176.00 |
| 5/24/2016 | $435.00 |
| 5/24/2016 | $2,067.00 |
| 5/24/2016 | $1,339.00 |
| 5/24/2016 | $2,120.00 |
| 5/24/2016 | $1,042.00 |
| 5/24/2016 | $1,511.00 |
| 5/24/2016 | $1,242.00 |
| 5/24/2016 | $1,159.00 |
| 5/24/2016 | $339.00 |
| 5/24/2016 | $1,016.00 |
| 5/24/2016 | $1,738.00 |
| 5/24/2016 | $97.00 |
| 5/24/2016 | $282.00 |
| 5/24/2016 | $2,120.00 |
| 5/24/2016 | $895.00 |
| 5/24/2016 | $967.00 |
| 5/24/2016 | $916.00 |
| 5/24/2016 | $1,076.00 |
| 5/24/2016 | $916.00 |
| 5/24/2016 | $1,410.00 |
| 5/24/2016 | $858.00 |
| 5/24/2016 | $1,147.00 |
| 5/24/2016 | $2,120.00 |
| 5/24/2016 | $1,076.00 |
| 5/24/2016 | $264.00 |
| 5/24/2016 | $2,344.00 |
| 5/24/2016 | $1,378.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|---------------|
| 5/24/2016 | $967.00 |
| 5/24/2016 | $1,330.00 |
| 5/24/2016 | $448.00 |
| 5/24/2016 | $2,209.00 |
| 5/24/2016 | $1,944.00 |
| 5/24/2016 | $1,321.00 |
| 5/24/2016 | $1,566.00 |
| 5/24/2016 | $298.00 |
| 5/24/2016 | $290.00 |
| 5/24/2016 | $1,339.00 |
| 5/24/2016 | $81.00 |
| 5/24/2016 | $2,126.00 |
| 5/24/2016 | $2,238.00 |
| 5/24/2016 | $1,562.00 |
| 5/24/2016 | $424.00 |
| 5/24/2016 | $1,488.00 |
| 5/24/2016 | $1,378.00 |
| 5/24/2016 | $1,308.00 |
| 5/24/2016 | $2,232.00 |
| 5/24/2016 | $2,349.00 |
| 5/24/2016 | $1,454.00 |
| 5/24/2016 | $459.00 |
| 5/24/2016 | $1,255.00 |
| 5/24/2016 | $1,376.00 |
| 5/24/2016 | $314.00 |
| 5/24/2016 | $987.00 |
| 5/24/2016 | $409.00 |
| 5/24/2016 | $1,414.00 |
| 5/24/2016 | $1,480.00 |
| 5/24/2016 | $446.00 |
| 5/24/2016 | $2,014.00 |
| 5/24/2016 | $1,451.00 |
| 5/24/2016 | $924.00 |
| 5/24/2016 | $943.00 |
| 5/24/2016 | $1,562.00 |
| 5/24/2016 | $1,414.00 |
| 5/24/2016 | $1,378.00 |
| 5/24/2016 | $1,432.00 |
| 5/24/2016 | $1,484.00 |
| 5/24/2016 | $858.00 |
| 5/24/2016 | $382.00 |
| 5/24/2016 | $1,628.00 |
| 5/24/2016 | $1,451.00 |
| 5/24/2016 | $2,126.00 |
| 5/24/2016 | $508.00 |
| 5/24/2016 | $943.00 |

A-15

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|----------------|
| 5/24/2016 | $331.00 |
| 5/24/2016 | $446.00 |
| 5/24/2016 | $2,850.00 |
| 5/24/2016 | $2,173.00 |
| 5/24/2016 | $949.00 |
| 5/24/2016 | $1,674.00 |
| 5/24/2016 | $617.00 |
| 5/24/2016 | $750.00 |
| 5/24/2016 | $901.00 |
| 5/24/2016 | $1,088.00 |
| 5/24/2016 | $1,590.00 |
| 5/24/2016 | $2,288.00 |
| 5/24/2016 | $1,487.00 |
| 5/24/2016 | $3,000.00 |
| 5/24/2016 | $2,349.00 |
| 5/24/2016 | $1,566.00 |
| 5/24/2016 | $1,454.00 |
| 5/24/2016 | $2,126.00 |
| 5/24/2016 | $2,238.00 |
| 5/24/2016 | $1,343.00 |
| 5/24/2016 | $448.00 |
| 5/24/2016 | $1,454.00 |
| 6/10/2016 | $1,979.00 |
| 6/10/2016 | $2,850.00 |
| 6/10/2016 | $2,085.00 |
| 6/10/2016 | $1,944.00 |
| 6/10/2016 | $1,414.00 |
| 6/29/2016 | $1,479.00 |
| 6/29/2016 | $1,042.00 |
| 6/29/2016 | $1,458.00 |
| 6/29/2016 | $1,378.00 |
| 6/29/2016 | $428.00 |
| 6/29/2016 | $1,497.00 |
| 6/29/2016 | $1,390.00 |
| 6/29/2016 | $1,390.00 |
| 6/29/2016 | $1,237.00 |
| 6/29/2016 | $846.00 |
| 6/29/2016 | $1,302.00 |
| 6/29/2016 | $846.00 |
| 6/29/2016 | $1,237.00 |
| 6/29/2016 | $911.00 |
| 6/29/2016 | $260.00 |
| 6/29/2016 | $1,367.00 |
| 6/29/2016 | $1,237.00 |
| 6/29/2016 | $459.00 |
| 6/29/2016 | $987.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|----------------|
| 6/29/2016 | $1,339.00 |
| 6/29/2016 | $1,173.00 |
| 6/29/2016 | $361.00 |
| 6/29/2016 | $1,263.00 |
| 6/29/2016 | $698.00 |
| 6/29/2016 | $767.00 |
| 6/29/2016 | $186.00 |
| 6/29/2016 | $1,185.00 |
| 6/29/2016 | $331.00 |
| 6/29/2016 | $279.00 |
| 6/29/2016 | $1,100.00 |
| 6/29/2016 | $605.00 |
| 6/29/2016 | $605.00 |
| 6/29/2016 | $1,100.00 |
| 6/29/2016 | $339.00 |
| 6/29/2016 | $651.00 |
| 6/29/2016 | $248.00 |
| 6/29/2016 | $884.00 |
| 6/29/2016 | $1,159.00 |
| 6/29/2016 | $1,076.00 |
| 6/29/2016 | $977.00 |
| 6/29/2016 | $884.00 |
| 6/29/2016 | $1,116.00 |
| 6/29/2016 | $930.00 |
| 6/29/2016 | $279.00 |
| 6/29/2016 | $339.00 |
| 6/29/2016 | $893.00 |
| 6/29/2016 | $617.00 |
| 6/29/2016 | $1,432.00 |
| 6/29/2016 | $911.00 |
| 6/29/2016 | $81.00 |
| 6/29/2016 | $81.00 |
| 6/29/2016 | $1,019.00 |
| 6/29/2016 | $1,016.00 |
| 6/29/2016 | $846.00 |
| 6/29/2016 | $361.00 |
| 6/29/2016 | $949.00 |
| 6/29/2016 | $901.00 |
| 6/29/2016 | $911.00 |
| 6/29/2016 | $1,237.00 |
| 6/29/2016 | $664.00 |
| 6/29/2016 | $1,263.00 |
| 6/29/2016 | $977.00 |
| 6/29/2016 | $1,237.00 |
| 6/29/2016 | $1,367.00 |
| 6/29/2016 | $1,237.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|----------------|
| 6/29/2016 | $996.00 |
| 6/29/2016 | $260.00 |
| 6/29/2016 | $901.00 |
| 6/29/2016 | $391.00 |
| 6/29/2016 | $1,302.00 |
| 6/29/2016 | $190.00 |
| 6/29/2016 | $901.00 |
| 6/29/2016 | $1,173.00 |
| 6/29/2016 | $1,276.00 |
| 7/12/2016 | $1,549.00 |
| 7/12/2016 | $2,527.00 |
| 7/12/2016 | $1,862.00 |
| 7/12/2016 | $2,103.00 |
| 7/12/2016 | $1,797.00 |
| 7/12/2016 | $2,126.00 |
| 7/12/2016 | $1,797.00 |
| 7/12/2016 | $1,536.00 |
| 7/12/2016 | $2,085.00 |
| 7/12/2016 | $1,628.00 |
| 7/12/2016 | $2,100.00 |
| 7/12/2016 | $1,562.00 |
| 7/12/2016 | $2,120.00 |
| 7/12/2016 | $1,714.00 |
| 7/12/2016 | $1,894.00 |
| 7/12/2016 | $2,902.00 |
| 7/14/2016 | $1,562.00 |
| 7/14/2016 | $2,120.00 |
| 7/14/2016 | $2,163.00 |
| 7/14/2016 | $1,536.00 |
| 7/14/2016 | $1,732.00 |
| 7/14/2016 | $2,100.00 |
| 7/14/2016 | $1,566.00 |
| 7/14/2016 | $1,714.00 |
| 7/14/2016 | $1,529.00 |
| 7/14/2016 | $1,536.00 |
| 7/14/2016 | $1,714.00 |
| 7/14/2016 | $1,855.00 |
| 7/14/2016 | $1,855.00 |
| 7/14/2016 | $1,953.00 |
| 7/26/2016 | $1,749.00 |
| 7/26/2016 | $2,120.00 |
| 7/26/2016 | $2,438.00 |
| 7/26/2016 | $1,714.00 |
| 7/26/2016 | $1,714.00 |
| 7/26/2016 | $1,804.00 |
| 7/26/2016 | $2,008.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|---|---|
| 7/26/2016 | $2,438.00 |
| 7/26/2016 | $1,608.00 |
| 7/26/2016 | $1,608.00 |
| 7/26/2016 | $1,693.00 |
| 7/26/2016 | $2,050.00 |
| 7/26/2016 | $5,197.00 |
| 7/26/2016 | $2,209.00 |
| 7/26/2016 | $1,749.00 |
| 7/26/2016 | $2,067.00 |
| 7/29/2016 | $3,489.00 |
| 7/29/2016 | $4,241.00 |
| 8/3/2016 | $3,375.00 |
| 8/3/2016 | $4,736.00 |
| 8/3/2016 | $2,704.00 |
| 8/3/2016 | $1,497.00 |
| 8/3/2016 | $4,241.00 |
| 8/3/2016 | $3,125.00 |
| 8/3/2016 | $4,464.00 |
| 8/3/2016 | $4,687.00 |
| 8/3/2016 | $4,241.00 |
| 8/3/2016 | $3,348.00 |
| 8/11/2016 | $6,344.00 |
| 8/25/2016 | $2,085.00 |
| 8/25/2016 | $2,032.00 |
| 8/25/2016 | $2,246.00 |
| 8/25/2016 | $2,139.00 |
| 8/25/2016 | $2,032.00 |
| 8/25/2016 | $2,032.00 |
| 8/25/2016 | $1,944.00 |
| 8/25/2016 | $2,209.00 |
| 9/14/2016 | $78,922.00 |
| 9/23/2016 | $1,289.00 |
| 9/23/2016 | $814.00 |
| 10/13/2016 | $7,365.00 |
| 10/13/2016 | $297.00 |
| 11/2/2016 | $2,478.00 |
| 11/2/2016 | $2,014.00 |
| 11/2/2016 | $2,085.00 |
| 11/2/2016 | $1,975.00 |
| 11/2/2016 | $2,050.00 |
| 11/2/2016 | $1,339.00 |
| 11/2/2016 | $2,067.00 |
| 11/2/2016 | $1,173.00 |
| 11/2/2016 | $2,615.00 |
| 11/2/2016 | $2,126.00 |
| 11/2/2016 | $1,263.00 |

63378640 v1

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|---|---|
| 11/2/2016 | $1,942.00 |
| 11/2/2016 | $1,414.00 |
| 11/10/2016 | $18,679.00 |
| 11/10/2016 | $1,841.00 |
| 11/14/2016 | $29,653.00 |
| 11/15/2016 | $3,062.00 |
| 11/15/2016 | $23,483.00 |
| 11/15/2016 | $7,487.00 |
| 11/16/2016 | $3,436.00 |
| 11/16/2016 | $3,162.00 |
| 11/18/2016 | $10,492.00 |
| 11/29/2016 | $11,384.00 |
| 11/29/2016 | $15,326.00 |
| 12/5/2016 | $2,604.00 |
| 12/12/2016 | $15,906.00 |
| 12/14/2016 | $4,843.00 |
| 12/20/2016 | $1,866.00 |
| 12/21/2016 | $716.00 |
| 1/3/2017 | $125.00 |
| 1/3/2017 | $6,543.00 |
| 1/3/2017 | $6,138.00 |
| 1/13/2017 | $4,433.00 |
| 1/23/2017 | $48,529.00 |
| 1/26/2017 | $3,241.00 |
| 1/26/2017 | $791.00 |
| 1/27/2017 | $870.00 |
| 1/27/2017 | $1,484.00 |
| 1/27/2017 | $1,317.00 |
| 1/27/2017 | $1,339.00 |
| 1/27/2017 | $1,540.00 |
| 1/27/2017 | $1,228.00 |
| 1/27/2017 | $1,659.00 |
| 1/27/2017 | $1,392.00 |
| 1/31/2017 | $8,152.00 |
| 2/1/2017 | $1,577.00 |
| 2/1/2017 | $1,343.00 |
| 2/1/2017 | $6,304.00 |
| 2/1/2017 | $10,714.00 |
| 2/8/2017 | $1,445.00 |
| 2/8/2017 | $1,265.00 |
| 2/8/2017 | $1,445.00 |
| 2/8/2017 | $818.00 |
| 2/21/2017 | $1,866.00 |
| 2/21/2017 | $465.00 |
| 2/21/2017 | $8,130.00 |
| 3/7/2017 | $14,639.00 |

TRANSFERS TO RAYMOND RIVERA MORALES

| Date | Payment Amount |
|------|----------------|
| 3/10/2017 | $6,953.00 |
| 3/10/2017 | $18,349.00 |
| 3/27/2017 | $5,365.00 |
| 4/4/2017 | $1,443.00 |
| 4/4/2017 | $1,173.00 |
| 4/7/2017 | $13,130.00 |
| 4/21/2017 | $9,354.00 |

63378640 v1