# EXHIBIT A

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 5/3/2013 | $9,297.00 |
| 5/10/2013 | $329.00 |
| 5/10/2013 | $333.00 |
| 5/10/2013 | $4,508.00 |
| 5/10/2013 | $7,461.00 |
| 5/10/2013 | $1,177.00 |
| 5/10/2013 | $1,269.00 |
| 5/24/2013 | $2,045.00 |
| 5/24/2013 | $4,467.00 |
| 5/24/2013 | $652.00 |
| 6/5/2013 | $3,465.00 |
| 6/10/2013 | $3,543.00 |
| 6/10/2013 | $380.00 |
| 6/10/2013 | $4,328.00 |
| 6/10/2013 | $4,423.00 |
| 6/19/2013 | $4,661.00 |
| 6/19/2013 | $960.00 |
| 6/19/2013 | $1,068.00 |
| 6/24/2013 | $2,005.00 |
| 6/24/2013 | $365.00 |
| 6/24/2013 | $548.00 |
| 6/24/2013 | $613.00 |
| 6/24/2013 | $1,150.00 |
| 7/19/2013 | $3,160.00 |
| 7/19/2013 | $3,315.00 |
| 7/19/2013 | $3,729.00 |
| 8/12/2013 | $3,271.00 |
| 8/12/2013 | $4,787.00 |
| 8/12/2013 | $10,431.00 |
| 8/12/2013 | $617.00 |
| 8/20/2013 | $2,211.00 |
| 8/20/2013 | $2,367.00 |
| 8/20/2013 | $2,664.00 |
| 8/20/2013 | $2,731.00 |
| 8/20/2013 | $2,814.00 |
| 8/20/2013 | $3,133.00 |
| 8/20/2013 | $3,373.00 |
| 8/20/2013 | $3,816.00 |
| 8/20/2013 | $3,857.00 |
| 8/20/2013 | $3,962.00 |
| 8/20/2013 | $4,059.00 |
| 8/20/2013 | $4,095.00 |
| 8/20/2013 | $4,298.00 |
| 8/20/2013 | $4,628.00 |
| 8/20/2013 | $5,145.00 |
| 8/20/2013 | $7,025.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 8/20/2013 | $7,159.00 |
| 8/20/2013 | $7,224.00 |
| 8/20/2013 | $9,105.00 |
| 8/20/2013 | $1,110.00 |
| 8/20/2013 | $1,121.00 |
| 8/20/2013 | $1,476.00 |
| 8/20/2013 | $1,713.00 |
| 10/2/2013 | $333.00 |
| 10/22/2013 | $2,321.00 |
| 10/22/2013 | $2,720.00 |
| 10/22/2013 | $2,961.00 |
| 10/22/2013 | $2,963.00 |
| 10/22/2013 | $3,607.00 |
| 10/22/2013 | $3,830.00 |
| 10/22/2013 | $4,258.00 |
| 10/22/2013 | $5,340.00 |
| 10/22/2013 | $15,222.00 |
| 10/22/2013 | $1,132.00 |
| 10/22/2013 | $1,289.00 |
| 10/22/2013 | $1,504.00 |
| 10/22/2013 | $1,541.00 |
| 10/22/2013 | $1,557.00 |
| 10/22/2013 | $1,751.00 |
| 10/22/2013 | $1,820.00 |
| 11/1/2013 | $153.00 |
| 11/13/2013 | $2,109.00 |
| 11/13/2013 | $3,239.00 |
| 11/13/2013 | $3,282.00 |
| 11/13/2013 | $3,884.00 |
| 11/13/2013 | $4,261.00 |
| 11/13/2013 | $5,891.00 |
| 11/13/2013 | $6,074.00 |
| 11/13/2013 | $1,462.00 |
| 11/27/2013 | $684.00 |
| 12/12/2013 | $2,873.00 |
| 12/12/2013 | $1,406.00 |
| 12/12/2013 | $1,581.00 |
| 1/3/2014 | $1,988.00 |
| 1/6/2014 | $3,154.00 |
| 1/6/2014 | $694.00 |
| 1/6/2014 | $1,225.00 |
| 1/9/2014 | $2,000.00 |
| 1/17/2014 | $17,993.00 |
| 1/24/2014 | $890.00 |
| 1/30/2014 | $3,627.00 |
| 1/30/2014 | $4,643.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 1/30/2014 | $6,550.00 |
| 1/30/2014 | $7,009.00 |
| 1/30/2014 | $8,158.00 |
| 2/3/2014 | $1,329.00 |
| 2/5/2014 | $3,093.00 |
| 2/5/2014 | $3,617.00 |
| 2/5/2014 | $4,728.00 |
| 2/5/2014 | $18,200.00 |
| 2/5/2014 | $1,575.00 |
| 2/7/2014 | $2,767.00 |
| 2/14/2014 | $2,843.00 |
| 2/14/2014 | $4,174.00 |
| 2/14/2014 | $4,856.00 |
| 2/14/2014 | $6,724.00 |
| 2/14/2014 | $6,878.00 |
| 2/14/2014 | $553.00 |
| 2/14/2014 | $830.00 |
| 2/19/2014 | $3,290.00 |
| 2/19/2014 | $3,728.00 |
| 2/19/2014 | $4,092.00 |
| 2/19/2014 | $4,893.00 |
| 2/19/2014 | $1,246.00 |
| 2/27/2014 | $5,890.00 |
| 2/27/2014 | $13,995.00 |
| 3/6/2014 | $2,400.00 |
| 3/6/2014 | $2,427.00 |
| 3/6/2014 | $3,629.00 |
| 3/6/2014 | $946.00 |
| 3/6/2014 | $163.00 |
| 3/6/2014 | $1,128.00 |
| 3/6/2014 | $234.00 |
| 3/6/2014 | $1,844.00 |
| 3/6/2014 | $1,927.00 |
| 3/13/2014 | $2,743.00 |
| 3/13/2014 | $3,429.00 |
| 3/13/2014 | $350.00 |
| 3/13/2014 | $3,589.00 |
| 3/13/2014 | $4,233.00 |
| 3/13/2014 | $6,093.00 |
| 3/13/2014 | $8,179.00 |
| 3/13/2014 | $1,332.00 |
| 3/13/2014 | $1,345.00 |
| 3/19/2014 | $2,020.00 |
| 3/19/2014 | $2,063.00 |
| 3/19/2014 | $2,079.00 |
| 3/19/2014 | $2,214.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 3/19/2014 | $2,851.00 |
| 3/19/2014 | $302.00 |
| 3/19/2014 | $3,200.00 |
| 3/19/2014 | $3,367.00 |
| 3/19/2014 | $4,930.00 |
| 3/19/2014 | $5,294.00 |
| 3/19/2014 | $458.00 |
| 3/19/2014 | $460.00 |
| 3/19/2014 | $471.00 |
| 3/19/2014 | $480.00 |
| 3/19/2014 | $658.00 |
| 3/19/2014 | $722.00 |
| 3/19/2014 | $787.00 |
| 3/19/2014 | $798.00 |
| 3/19/2014 | $896.00 |
| 3/19/2014 | $923.00 |
| 3/19/2014 | $1,008.00 |
| 3/19/2014 | $1,082.00 |
| 3/19/2014 | $1,084.00 |
| 3/19/2014 | $1,213.00 |
| 3/19/2014 | $1,281.00 |
| 3/19/2014 | $198.00 |
| 3/19/2014 | $1,481.00 |
| 3/19/2014 | $1,553.00 |
| 3/19/2014 | $1,696.00 |
| 3/19/2014 | $232.00 |
| 3/19/2014 | $247.00 |
| 3/26/2014 | $3,241.00 |
| 3/26/2014 | $4,736.00 |
| 3/26/2014 | $14,701.00 |
| 3/26/2014 | $1,235.00 |
| 3/26/2014 | $1,576.00 |
| 3/26/2014 | $1,707.00 |
| 4/25/2014 | $3,339.00 |
| 5/6/2014 | $2,005.00 |
| 5/6/2014 | $2,177.00 |
| 5/6/2014 | $3,044.00 |
| 5/6/2014 | $3,100.00 |
| 5/6/2014 | $3,434.00 |
| 5/6/2014 | $3,712.00 |
| 5/6/2014 | $738.00 |
| 5/6/2014 | $838.00 |
| 5/6/2014 | $1,605.00 |
| 5/8/2014 | $3,691.00 |
| 5/8/2014 | $4,342.00 |
| 5/8/2014 | $4,769.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 5/13/2014 | $2,034.00 |
| 5/13/2014 | $2,128.00 |
| 5/13/2014 | $2,202.00 |
| 5/13/2014 | $2,341.00 |
| 5/13/2014 | $2,439.00 |
| 5/13/2014 | $2,444.00 |
| 5/13/2014 | $2,831.00 |
| 5/13/2014 | $3,031.00 |
| 5/13/2014 | $337.00 |
| 5/13/2014 | $4,048.00 |
| 5/13/2014 | $4,265.00 |
| 5/13/2014 | $4,450.00 |
| 5/13/2014 | $4,694.00 |
| 5/13/2014 | $1,219.00 |
| 5/13/2014 | $1,578.00 |
| 5/13/2014 | $1,762.00 |
| 5/19/2014 | $12,830.00 |
| 5/19/2014 | $730.00 |
| 5/19/2014 | $805.00 |
| 5/19/2014 | $1,420.00 |
| 5/19/2014 | $1,500.00 |
| 5/28/2014 | $2,233.00 |
| 5/28/2014 | $2,908.00 |
| 5/28/2014 | $3,605.00 |
| 5/28/2014 | $7,762.00 |
| 5/28/2014 | $8,559.00 |
| 5/28/2014 | $10,050.00 |
| 6/2/2014 | $3,497.00 |
| 6/2/2014 | $3,507.00 |
| 6/3/2014 | $4,193.00 |
| 6/3/2014 | $4,614.00 |
| 6/3/2014 | $5,839.00 |
| 6/3/2014 | $6,426.00 |
| 6/3/2014 | $7,040.00 |
| 6/3/2014 | $7,532.00 |
| 6/11/2014 | $3,026.00 |
| 6/11/2014 | $4,149.00 |
| 6/11/2014 | $7,131.00 |
| 6/11/2014 | $7,775.00 |
| 6/13/2014 | $4,701.00 |
| 6/13/2014 | $6,913.00 |
| 6/13/2014 | $8,930.00 |
| 6/13/2014 | $1,578.00 |
| 6/17/2014 | $4,975.00 |
| 6/17/2014 | $5,342.00 |
| 6/17/2014 | $6,371.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 6/20/2014 | $2,366.00 |
| 6/20/2014 | $2,992.00 |
| 6/20/2014 | $5,240.00 |
| 6/20/2014 | $5,787.00 |
| 6/25/2014 | $2,740.00 |
| 6/25/2014 | $329.00 |
| 7/2/2014 | $2,600.00 |
| 7/2/2014 | $3,351.00 |
| 7/2/2014 | $5,497.00 |
| 7/2/2014 | $5,776.00 |
| 7/17/2014 | $2,826.00 |
| 7/17/2014 | $3,200.00 |
| 7/17/2014 | $4,321.00 |
| 7/17/2014 | $546.00 |
| 7/29/2014 | $2,797.00 |
| 7/29/2014 | $3,022.00 |
| 7/29/2014 | $3,250.00 |
| 7/29/2014 | $5,496.00 |
| 7/29/2014 | $6,370.00 |
| 7/29/2014 | $541.00 |
| 7/29/2014 | $1,128.00 |
| 7/29/2014 | $1,260.00 |
| 7/29/2014 | $1,371.00 |
| 7/29/2014 | $1,618.00 |
| 7/29/2014 | $1,661.00 |
| 7/29/2014 | $1,731.00 |
| 7/29/2014 | $1,824.00 |
| 7/29/2014 | $1,952.00 |
| 7/30/2014 | $2,158.00 |
| 7/30/2014 | $2,825.00 |
| 7/30/2014 | $3,193.00 |
| 7/30/2014 | $3,897.00 |
| 7/30/2014 | $5,235.00 |
| 7/30/2014 | $6,254.00 |
| 7/30/2014 | $6,642.00 |
| 8/5/2014 | $4,750.00 |
| 8/5/2014 | $10,807.00 |
| 8/18/2014 | $3,015.00 |
| 8/18/2014 | $4,492.00 |
| 8/18/2014 | $5,582.00 |
| 8/27/2014 | $5,468.00 |
| 8/27/2014 | $6,906.00 |
| 8/27/2014 | $1,437.00 |
| 8/27/2014 | $1,510.00 |
| 9/4/2014 | $2,187.00 |
| 9/4/2014 | $2,272.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 9/4/2014 | $300.00 |
| 9/4/2014 | $2,900.00 |
| 9/4/2014 | $2,971.00 |
| 9/4/2014 | $4,117.00 |
| 9/4/2014 | $425.00 |
| 9/4/2014 | $440.00 |
| 9/4/2014 | $5,231.00 |
| 9/4/2014 | $5,862.00 |
| 9/4/2014 | $6,650.00 |
| 9/4/2014 | $6,795.00 |
| 9/4/2014 | $518.00 |
| 9/4/2014 | $548.00 |
| 9/4/2014 | $755.00 |
| 9/4/2014 | $150.00 |
| 9/4/2014 | $921.00 |
| 9/4/2014 | $1,438.00 |
| 9/4/2014 | $1,547.00 |
| 9/4/2014 | $1,548.00 |
| 9/11/2014 | $2,701.00 |
| 9/11/2014 | $2,791.00 |
| 9/11/2014 | $3,022.00 |
| 9/11/2014 | $4,017.00 |
| 9/11/2014 | $399.00 |
| 9/11/2014 | $4,498.00 |
| 9/11/2014 | $4,701.00 |
| 9/11/2014 | $5,018.00 |
| 9/11/2014 | $5,165.00 |
| 9/11/2014 | $5,190.00 |
| 9/11/2014 | $5,288.00 |
| 9/11/2014 | $6,124.00 |
| 9/11/2014 | $7,316.00 |
| 9/11/2014 | $17,473.00 |
| 9/11/2014 | $958.00 |
| 9/11/2014 | $1,219.00 |
| 9/11/2014 | $1,428.00 |
| 9/11/2014 | $1,437.00 |
| 9/11/2014 | $1,806.00 |
| 9/11/2014 | $1,972.00 |
| 9/22/2014 | $2,534.00 |
| 9/22/2014 | $2,713.00 |
| 9/22/2014 | $3,708.00 |
| 9/22/2014 | $4,658.00 |
| 9/22/2014 | $5,367.00 |
| 9/22/2014 | $5,794.00 |
| 9/22/2014 | $23,468.00 |
| 10/23/2014 | $406.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 10/23/2014 | $458.00 |
| 10/23/2014 | $670.00 |
| 10/23/2014 | $918.00 |
| 10/23/2014 | $1,112.00 |
| 10/23/2014 | $1,907.00 |
| 10/24/2014 | $2,546.00 |
| 10/24/2014 | $2,594.00 |
| 10/24/2014 | $3,416.00 |
| 10/24/2014 | $3,666.00 |
| 10/24/2014 | $4,746.00 |
| 10/24/2014 | $1,831.00 |
| 10/29/2014 | $5,805.00 |
| 10/29/2014 | $991.00 |
| 11/25/2014 | $2,957.00 |
| 11/25/2014 | $3,892.00 |
| 11/25/2014 | $3,959.00 |
| 11/25/2014 | $4,948.00 |
| 11/25/2014 | $5,198.00 |
| 11/25/2014 | $5,967.00 |
| 11/25/2014 | $8,831.00 |
| 11/25/2014 | $9,811.00 |
| 11/25/2014 | $150.00 |
| 11/25/2014 | $150.00 |
| 11/25/2014 | $150.00 |
| 11/25/2014 | $1,661.00 |
| 12/4/2014 | $3,384.00 |
| 12/4/2014 | $3,384.00 |
| 12/4/2014 | $150.00 |
| 12/10/2014 | $2,377.00 |
| 12/10/2014 | $3,785.00 |
| 12/10/2014 | $4,596.00 |
| 12/10/2014 | $4,788.00 |
| 12/10/2014 | $477.00 |
| 12/10/2014 | $6,811.00 |
| 12/10/2014 | $505.00 |
| 12/10/2014 | $565.00 |
| 12/10/2014 | $633.00 |
| 12/10/2014 | $775.00 |
| 12/10/2014 | $846.00 |
| 12/10/2014 | $150.00 |
| 12/10/2014 | $1,212.00 |
| 12/10/2014 | $1,252.00 |
| 12/10/2014 | $1,310.00 |
| 12/10/2014 | $1,516.00 |
| 12/10/2014 | $1,717.00 |
| 12/10/2014 | $1,849.00 |

63378731 v1

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 12/10/2014 | $1,979.00 |
| 12/10/2014 | $1,903.00 |
| 12/12/2014 | $3,659.00 |
| 12/12/2014 | $4,525.00 |
| 12/22/2014 | $19,091.00 |
| 12/22/2014 | $19,687.00 |
| 12/22/2014 | $30,300.00 |
| 1/2/2015 | $3,180.00 |
| 1/2/2015 | $3,212.00 |
| 1/2/2015 | $15,811.00 |
| 1/2/2015 | $1,249.00 |
| 1/22/2015 | $13,302.00 |
| 1/23/2015 | $2,617.00 |
| 1/23/2015 | $3,088.00 |
| 1/23/2015 | $3,159.00 |
| 1/23/2015 | $3,634.00 |
| 1/23/2015 | $382.00 |
| 1/23/2015 | $4,035.00 |
| 1/23/2015 | $743.00 |
| 1/23/2015 | $1,653.00 |
| 1/23/2015 | $1,970.00 |
| 1/28/2015 | $6,431.00 |
| 1/28/2015 | $11,927.00 |
| 1/29/2015 | $2,281.00 |
| 1/29/2015 | $2,704.00 |
| 1/29/2015 | $359.00 |
| 1/29/2015 | $385.00 |
| 1/29/2015 | $4,865.00 |
| 1/29/2015 | $8,713.00 |
| 1/29/2015 | $746.00 |
| 1/29/2015 | $995.00 |
| 1/29/2015 | $1,524.00 |
| 2/3/2015 | $450.00 |
| 2/3/2015 | $7,954.00 |
| 2/6/2015 | $13,516.00 |
| 2/10/2015 | $2,892.00 |
| 2/10/2015 | $2,976.00 |
| 2/10/2015 | $4,067.00 |
| 2/10/2015 | $6,345.00 |
| 2/10/2015 | $754.00 |
| 2/10/2015 | $1,227.00 |
| 2/10/2015 | $1,522.00 |
| 2/10/2015 | $1,641.00 |
| 2/12/2015 | $2,113.00 |
| 2/12/2015 | $2,147.00 |
| 2/12/2015 | $4,717.00 |

A-9

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 2/12/2015 | $617.00 |
| 2/12/2015 | $769.00 |
| 2/12/2015 | $817.00 |
| 2/12/2015 | $823.00 |
| 2/12/2015 | $1,330.00 |
| 3/4/2015 | $3,539.00 |
| 3/4/2015 | $4,186.00 |
| 3/4/2015 | $565.00 |
| 3/4/2015 | $1,117.00 |
| 3/4/2015 | $1,749.00 |
| 3/4/2015 | $1,873.00 |
| 3/23/2015 | $1,653.00 |
| 3/23/2015 | $1,950.00 |
| 3/25/2015 | $2,140.00 |
| 3/30/2015 | $263.00 |
| 3/30/2015 | $2,475.00 |
| 3/30/2015 | $3,311.00 |
| 3/30/2015 | $3,562.00 |
| 3/31/2015 | $3,198.00 |
| 3/31/2015 | $536.00 |
| 3/31/2015 | $805.00 |
| 3/31/2015 | $1,116.00 |
| 3/31/2015 | $1,251.00 |
| 3/31/2015 | $1,754.00 |
| 4/9/2015 | $2,584.00 |
| 4/9/2015 | $2,850.00 |
| 4/9/2015 | $430.00 |
| 4/10/2015 | $680.00 |
| 4/10/2015 | $1,858.00 |
| 4/13/2015 | $2,891.00 |
| 4/13/2015 | $506.00 |
| 4/13/2015 | $640.00 |
| 4/13/2015 | $667.00 |
| 4/13/2015 | $1,694.00 |
| 4/21/2015 | $2,082.00 |
| 4/21/2015 | $329.00 |
| 4/21/2015 | $425.00 |
| 4/21/2015 | $470.00 |
| 4/21/2015 | $7,739.00 |
| 4/21/2015 | $711.00 |
| 4/21/2015 | $1,196.00 |
| 4/21/2015 | $203.00 |
| 4/21/2015 | $1,605.00 |
| 4/21/2015 | $219.00 |
| 4/23/2015 | $2,235.00 |
| 4/23/2015 | $2,248.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 4/23/2015 | $2,936.00 |
| 4/23/2015 | $4,165.00 |
| 4/23/2015 | $5,210.00 |
| 4/29/2015 | $5,599.00 |
| 4/29/2015 | $7,508.00 |
| 4/29/2015 | $19,034.00 |
| 4/29/2015 | $932.00 |
| 5/5/2015 | $11,426.00 |
| 5/8/2015 | $281.00 |
| 5/8/2015 | $3,303.00 |
| 5/8/2015 | $4,479.00 |
| 5/8/2015 | $650.00 |
| 5/8/2015 | $1,966.00 |
| 5/12/2015 | $2,275.00 |
| 5/12/2015 | $2,878.00 |
| 5/12/2015 | $3,020.00 |
| 5/12/2015 | $5,488.00 |
| 5/12/2015 | $548.00 |
| 5/12/2015 | $650.00 |
| 5/12/2015 | $726.00 |
| 5/13/2015 | $3,974.00 |
| 5/13/2015 | $1,492.00 |
| 5/13/2015 | $1,809.00 |
| 5/13/2015 | $1,863.00 |
| 5/15/2015 | $3,514.00 |
| 5/15/2015 | $4,659.00 |
| 5/15/2015 | $5,209.00 |
| 5/15/2015 | $724.00 |
| 5/15/2015 | $807.00 |
| 5/15/2015 | $898.00 |
| 5/15/2015 | $1,041.00 |
| 5/20/2015 | $7,215.00 |
| 5/26/2015 | $5,562.00 |
| 5/26/2015 | $1,430.00 |
| 5/26/2015 | $7,444.00 |
| 5/26/2015 | $1,476.00 |
| 5/26/2015 | $853.00 |
| 5/26/2015 | $271.00 |
| 5/26/2015 | $3,441.00 |
| 6/23/2015 | $7,763.00 |
| 6/23/2015 | $6,329.00 |
| 6/26/2015 | $3,974.00 |
| 6/30/2015 | $7,790.00 |
| 6/30/2015 | $10,109.00 |
| 7/7/2015 | $5,409.00 |
| 7/7/2015 | $7,199.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 7/9/2015 | $2,026.00 |
| 7/9/2015 | $5,136.00 |
| 7/13/2015 | $11,146.00 |
| 7/14/2015 | $2,537.00 |
| 7/14/2015 | $1,902.00 |
| 7/14/2015 | $1,684.00 |
| 7/15/2015 | $3,418.00 |
| 7/15/2015 | $3,867.00 |
| 7/20/2015 | $1,244.00 |
| 7/20/2015 | $1,758.00 |
| 7/20/2015 | $1,938.00 |
| 8/7/2015 | $673.00 |
| 8/7/2015 | $894.00 |
| 8/7/2015 | $683.00 |
| 8/7/2015 | $789.00 |
| 8/7/2015 | $258.00 |
| 8/7/2015 | $906.00 |
| 8/10/2015 | $293.00 |
| 8/10/2015 | $537.00 |
| 8/10/2015 | $765.00 |
| 8/10/2015 | $537.00 |
| 8/10/2015 | $801.00 |
| 8/10/2015 | $4,172.00 |
| 8/13/2015 | $1,608.00 |
| 8/13/2015 | $1,734.00 |
| 8/13/2015 | $2,436.00 |
| 8/13/2015 | $2,625.00 |
| 8/13/2015 | $2,417.00 |
| 8/13/2015 | $2,070.00 |
| 8/14/2015 | $2,142.00 |
| 8/14/2015 | $3,370.00 |
| 8/14/2015 | $5,733.00 |
| 8/17/2015 | $4,574.00 |
| 8/19/2015 | $8,545.00 |
| 8/19/2015 | $6,917.00 |
| 8/19/2015 | $2,081.00 |
| 8/19/2015 | $2,040.00 |
| 8/20/2015 | $2,979.00 |
| 8/20/2015 | $2,967.00 |
| 8/20/2015 | $3,573.00 |
| 8/20/2015 | $1,260.00 |
| 8/24/2015 | $2,894.00 |
| 8/24/2015 | $1,475.00 |
| 8/26/2015 | $1,297.00 |
| 8/26/2015 | $1,730.00 |
| 8/26/2015 | $15,701.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 8/28/2015 | $1,824.00 |
| 8/28/2015 | $6,953.00 |
| 8/28/2015 | $2,018.00 |
| 9/1/2015 | $6,698.00 |
| 9/1/2015 | $2,747.00 |
| 9/8/2015 | $1,505.00 |
| 9/8/2015 | $1,840.00 |
| 9/8/2015 | $1,135.00 |
| 9/8/2015 | $311.00 |
| 9/8/2015 | $618.00 |
| 9/8/2015 | $467.00 |
| 9/8/2015 | $692.00 |
| 9/8/2015 | $4,029.00 |
| 9/8/2015 | $380.00 |
| 9/8/2015 | $4,127.00 |
| 9/8/2015 | $4,793.00 |
| 9/8/2015 | $2,875.00 |
| 9/9/2015 | $455.00 |
| 9/9/2015 | $1,810.00 |
| 9/9/2015 | $3,938.00 |
| 9/9/2015 | $1,515.00 |
| 9/9/2015 | $4,175.00 |
| 9/14/2015 | $2,159.00 |
| 9/14/2015 | $4,684.00 |
| 9/14/2015 | $2,195.00 |
| 9/14/2015 | $5,496.00 |
| 9/14/2015 | $1,171.00 |
| 9/28/2015 | $1,400.00 |
| 9/28/2015 | $988.00 |
| 10/2/2015 | $2,960.00 |
| 10/2/2015 | $924.00 |
| 10/2/2015 | $3,127.00 |
| 10/16/2015 | $861.00 |
| 10/16/2015 | $442.00 |
| 10/16/2015 | $922.00 |
| 10/16/2015 | $380.00 |
| 10/16/2015 | $1,092.00 |
| 10/16/2015 | $591.00 |
| 10/16/2015 | $1,178.00 |
| 10/16/2015 | $2,588.00 |
| 11/24/2015 | $358.00 |
| 11/27/2015 | $3,832.00 |
| 11/27/2015 | $6,878.00 |
| 11/27/2015 | $12,864.00 |
| 11/27/2015 | $8,077.00 |
| 11/27/2015 | $4,393.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 12/1/2015 | $2,221.00 |
| 12/15/2015 | $1,707.00 |
| 12/15/2015 | $190.00 |
| 12/15/2015 | $450.00 |
| 12/15/2015 | $925.00 |
| 12/15/2015 | $2,360.00 |
| 12/15/2015 | $1,795.00 |
| 12/15/2015 | $445.00 |
| 12/15/2015 | $2,451.00 |
| 12/15/2015 | $703.00 |
| 12/15/2015 | $375.00 |
| 12/15/2015 | $1,038.00 |
| 12/15/2015 | $4,043.00 |
| 12/15/2015 | $1,167.00 |
| 12/15/2015 | $575.00 |
| 12/15/2015 | $1,907.00 |
| 12/15/2015 | $1,794.00 |
| 12/15/2015 | $6,126.00 |
| 12/15/2015 | $2,294.00 |
| 12/15/2015 | $3,470.00 |
| 12/15/2015 | $4,898.00 |
| 12/15/2015 | $475.00 |
| 12/15/2015 | $2,008.00 |
| 12/15/2015 | $700.00 |
| 12/15/2015 | $9,153.00 |
| 12/15/2015 | $7,759.00 |
| 12/15/2015 | $1,997.00 |
| 12/15/2015 | $3,190.00 |
| 12/15/2015 | $4,579.00 |
| 12/15/2015 | $11,016.00 |
| 12/15/2015 | $1,265.00 |
| 12/15/2015 | $1,142.00 |
| 12/15/2015 | $4,035.00 |
| 12/15/2015 | $2,173.00 |
| 12/15/2015 | $3,745.00 |
| 12/15/2015 | $17,991.00 |
| 12/15/2015 | $380.00 |
| 12/15/2015 | $3,063.00 |
| 12/15/2015 | $15,372.00 |
| 12/15/2015 | $3,850.00 |
| 12/15/2015 | $1,758.00 |
| 12/15/2015 | $2,390.00 |
| 12/15/2015 | $3,375.00 |
| 12/15/2015 | $3,425.00 |
| 12/15/2015 | $2,067.00 |
| 12/15/2015 | $1,476.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 12/15/2015 | $1,271.00 |
| 12/15/2015 | $5,729.00 |
| 12/15/2015 | $1,655.00 |
| 12/15/2015 | $1,412.00 |
| 12/15/2015 | $2,026.00 |
| 12/15/2015 | $4,074.00 |
| 12/15/2015 | $1,993.00 |
| 12/15/2015 | $1,975.00 |
| 12/15/2015 | $1,437.00 |
| 1/15/2016 | $1,420.00 |
| 1/15/2016 | $656.00 |
| 1/15/2016 | $148.00 |
| 1/15/2016 | $2,321.00 |
| 1/15/2016 | $608.00 |
| 1/15/2016 | $1,175.00 |
| 1/15/2016 | $2,806.00 |
| 1/15/2016 | $3,663.00 |
| 1/15/2016 | $353.00 |
| 1/15/2016 | $376.00 |
| 1/15/2016 | $762.00 |
| 1/15/2016 | $968.00 |
| 1/15/2016 | $1,636.00 |
| 1/15/2016 | $335.00 |
| 1/15/2016 | $6,263.00 |
| 1/15/2016 | $1,199.00 |
| 1/15/2016 | $2,846.00 |
| 1/15/2016 | $926.00 |
| 1/15/2016 | $8,902.00 |
| 1/27/2016 | $918.00 |
| 2/26/2016 | $978.00 |
| 2/26/2016 | $2,451.00 |
| 2/26/2016 | $1,325.00 |
| 3/24/2016 | $10,390.00 |
| 3/24/2016 | $518.00 |
| 3/24/2016 | $2,516.00 |
| 3/24/2016 | $866.00 |
| 3/24/2016 | $2,609.00 |
| 3/24/2016 | $2,906.00 |
| 3/24/2016 | $759.00 |
| 3/24/2016 | $4,648.00 |
| 3/24/2016 | $1,555.00 |
| 3/24/2016 | $6,111.00 |
| 3/24/2016 | $3,560.00 |
| 3/24/2016 | $691.00 |
| 3/24/2016 | $1,132.00 |
| 3/24/2016 | $697.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 3/24/2016 | $2,273.00 |
| 3/24/2016 | $1,919.00 |
| 3/24/2016 | $13,916.00 |
| 3/24/2016 | $6,053.00 |
| 3/24/2016 | $5,581.00 |
| 3/24/2016 | $2,802.00 |
| 3/24/2016 | $1,641.00 |
| 3/24/2016 | $3,455.00 |
| 3/24/2016 | $4,109.00 |
| 3/24/2016 | $290.00 |
| 3/24/2016 | $1,737.00 |
| 3/24/2016 | $373.00 |
| 4/7/2016 | $450.00 |
| 4/8/2016 | $217.00 |
| 4/8/2016 | $846.00 |
| 4/8/2016 | $647.00 |
| 4/8/2016 | $190.00 |
| 4/8/2016 | $190.00 |
| 4/29/2016 | $14,700.00 |
| 5/6/2016 | $1,106.00 |
| 5/6/2016 | $1,031.00 |
| 5/6/2016 | $1,765.00 |
| 5/6/2016 | $1,724.00 |
| 5/6/2016 | $3,060.00 |
| 5/6/2016 | $1,286.00 |
| 5/6/2016 | $4,079.00 |
| 5/6/2016 | $1,227.00 |
| 5/6/2016 | $1,799.00 |
| 5/6/2016 | $3,569.00 |
| 5/6/2016 | $5,477.00 |
| 5/6/2016 | $5,976.00 |
| 5/6/2016 | $365.00 |
| 5/6/2016 | $730.00 |
| 5/6/2016 | $2,564.00 |
| 5/6/2016 | $4,273.00 |
| 5/6/2016 | $859.00 |
| 5/6/2016 | $969.00 |
| 5/6/2016 | $1,087.00 |
| 5/6/2016 | $1,502.00 |
| 5/6/2016 | $2,519.00 |
| 5/6/2016 | $3,921.00 |
| 5/6/2016 | $1,031.00 |
| 5/6/2016 | $768.00 |
| 5/6/2016 | $598.00 |
| 5/6/2016 | $424.00 |
| 5/6/2016 | $2,531.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 5/6/2016 | $2,453.00 |
| 5/6/2016 | $3,583.00 |
| 5/6/2016 | $1,388.00 |
| 5/6/2016 | $2,239.00 |
| 5/6/2016 | $2,351.00 |
| 5/6/2016 | $2,858.00 |
| 5/6/2016 | $8,360.00 |
| 5/6/2016 | $2,179.00 |
| 5/6/2016 | $2,410.00 |
| 5/6/2016 | $2,317.00 |
| 5/6/2016 | $2,134.00 |
| 5/6/2016 | $5,812.00 |
| 5/6/2016 | $1,681.00 |
| 5/6/2016 | $2,768.00 |
| 5/6/2016 | $1,716.00 |
| 5/6/2016 | $2,301.00 |
| 5/6/2016 | $2,449.00 |
| 5/6/2016 | $2,711.00 |
| 5/6/2016 | $1,920.00 |
| 5/10/2016 | $4,105.00 |
| 5/11/2016 | $277.00 |
| 5/16/2016 | $27,888.00 |
| 5/19/2016 | $2,551.00 |
| 5/23/2016 | $951.00 |
| 5/23/2016 | $6,810.00 |
| 5/23/2016 | $1,442.00 |
| 5/23/2016 | $1,042.00 |
| 5/23/2016 | $650.00 |
| 5/23/2016 | $1,763.00 |
| 5/23/2016 | $1,867.00 |
| 5/23/2016 | $15,486.00 |
| 5/23/2016 | $6,704.00 |
| 5/23/2016 | $1,453.00 |
| 5/23/2016 | $1,231.00 |
| 5/23/2016 | $596.00 |
| 5/23/2016 | $1,407.00 |
| 5/23/2016 | $5,931.00 |
| 5/23/2016 | $1,089.00 |
| 5/23/2016 | $1,359.00 |
| 5/23/2016 | $3,335.00 |
| 5/23/2016 | $1,863.00 |
| 5/23/2016 | $2,854.00 |
| 5/23/2016 | $1,808.00 |
| 5/23/2016 | $2,528.00 |
| 5/23/2016 | $754.00 |
| 5/23/2016 | $6,191.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 5/23/2016 | $1,751.00 |
| 5/23/2016 | $1,537.00 |
| 5/23/2016 | $7,147.00 |
| 5/23/2016 | $654.00 |
| 5/23/2016 | $2,469.00 |
| 5/23/2016 | $2,231.00 |
| 5/23/2016 | $580.00 |
| 5/23/2016 | $584.00 |
| 5/23/2016 | $2,577.00 |
| 5/23/2016 | $4,299.00 |
| 5/23/2016 | $1,094.00 |
| 5/23/2016 | $3,371.00 |
| 5/23/2016 | $878.00 |
| 5/23/2016 | $2,165.00 |
| 5/23/2016 | $284.00 |
| 5/23/2016 | $613.00 |
| 5/23/2016 | $1,785.00 |
| 5/23/2016 | $1,040.00 |
| 5/23/2016 | $440.00 |
| 5/23/2016 | $1,279.00 |
| 5/23/2016 | $1,298.00 |
| 5/26/2016 | $2,301.00 |
| 5/26/2016 | $1,007.00 |
| 5/26/2016 | $1,176.00 |
| 5/31/2016 | $5,202.00 |
| 6/28/2016 | $610.00 |
| 6/28/2016 | $1,158.00 |
| 6/28/2016 | $296.00 |
| 6/28/2016 | $957.00 |
| 6/28/2016 | $150.00 |
| 6/28/2016 | $150.00 |
| 6/28/2016 | $839.00 |
| 6/28/2016 | $1,060.00 |
| 6/28/2016 | $183.00 |
| 6/28/2016 | $288.00 |
| 6/28/2016 | $240.00 |
| 6/28/2016 | $285.00 |
| 6/28/2016 | $371.00 |
| 6/28/2016 | $892.00 |
| 6/28/2016 | $1,022.00 |
| 6/28/2016 | $429.00 |
| 6/28/2016 | $1,050.00 |
| 6/28/2016 | $1,198.00 |
| 7/1/2016 | $2,000.00 |
| 7/1/2016 | $2,594.00 |
| 7/1/2016 | $2,158.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 7/1/2016 | $1,933.00 |
| 7/1/2016 | $2,441.00 |
| 7/1/2016 | $1,994.00 |
| 7/1/2016 | $2,075.00 |
| 7/1/2016 | $2,264.00 |
| 7/1/2016 | $1,644.00 |
| 7/1/2016 | $1,536.00 |
| 7/1/2016 | $2,761.00 |
| 7/1/2016 | $2,099.00 |
| 7/1/2016 | $1,548.00 |
| 7/7/2016 | $80,575.00 |
| 7/20/2016 | $2,958.00 |
| 8/3/2016 | $2,086.00 |
| 8/3/2016 | $3,826.00 |
| 8/3/2016 | $3,821.00 |
| 8/3/2016 | $3,223.00 |
| 8/3/2016 | $3,213.00 |
| 8/3/2016 | $3,117.00 |
| 8/3/2016 | $4,244.00 |
| 8/3/2016 | $4,747.00 |
| 8/3/2016 | $3,117.00 |
| 8/3/2016 | $4,690.00 |
| 8/3/2016 | $3,681.00 |
| 8/3/2016 | $4,365.00 |
| 8/18/2016 | $6,901.00 |
| 8/23/2016 | $7,328.00 |
| 8/23/2016 | $4,147.00 |
| 8/23/2016 | $8,968.00 |
| 8/23/2016 | $3,631.00 |
| 8/23/2016 | $558.00 |
| 8/23/2016 | $1,589.00 |
| 8/23/2016 | $1,096.00 |
| 8/23/2016 | $1,223.00 |
| 8/23/2016 | $1,623.00 |
| 8/23/2016 | $1,359.00 |
| 8/23/2016 | $4,184.00 |
| 8/23/2016 | $360.00 |
| 8/23/2016 | $3,413.00 |
| 8/23/2016 | $4,319.00 |
| 8/23/2016 | $2,985.00 |
| 8/23/2016 | $3,357.00 |
| 8/23/2016 | $7,420.00 |
| 8/23/2016 | $7,395.00 |
| 8/23/2016 | $6,700.00 |
| 8/23/2016 | $7,252.00 |
| 8/23/2016 | $1,895.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|---------------|
| 8/23/2016 | $1,605.00 |
| 8/23/2016 | $2,826.00 |
| 8/23/2016 | $5,730.00 |
| 8/23/2016 | $4,633.00 |
| 8/23/2016 | $446.00 |
| 8/23/2016 | $6,499.00 |
| 8/23/2016 | $1,198.00 |
| 8/23/2016 | $944.00 |
| 8/23/2016 | $3,845.00 |
| 8/23/2016 | $4,852.00 |
| 8/23/2016 | $2,409.00 |
| 8/23/2016 | $4,117.00 |
| 8/23/2016 | $1,754.00 |
| 8/23/2016 | $3,425.00 |
| 8/23/2016 | $1,087.00 |
| 9/23/2016 | $6,357.00 |
| 9/23/2016 | $7,728.00 |
| 9/23/2016 | $2,607.00 |
| 9/23/2016 | $6,715.00 |
| 9/30/2016 | $1,292.00 |
| 9/30/2016 | $2,100.00 |
| 9/30/2016 | $5,878.00 |
| 9/30/2016 | $3,172.00 |
| 9/30/2016 | $4,558.00 |
| 9/30/2016 | $4,287.00 |
| 9/30/2016 | $1,737.00 |
| 9/30/2016 | $5,611.00 |
| 9/30/2016 | $4,489.00 |
| 9/30/2016 | $366.00 |
| 9/30/2016 | $4,956.00 |
| 9/30/2016 | $854.00 |
| 9/30/2016 | $219.00 |
| 9/30/2016 | $981.00 |
| 9/30/2016 | $1,143.00 |
| 9/30/2016 | $454.00 |
| 9/30/2016 | $1,721.00 |
| 9/30/2016 | $4,601.00 |
| 9/30/2016 | $1,373.00 |
| 9/30/2016 | $3,932.00 |
| 9/30/2016 | $1,304.00 |
| 9/30/2016 | $4,634.00 |
| 9/30/2016 | $1,481.00 |
| 10/4/2016 | $4,500.00 |
| 10/12/2016 | $6,602.00 |
| 10/12/2016 | $2,223.00 |
| 10/14/2016 | $51,277.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 11/3/2016 | $19,880.00 |
| 11/3/2016 | $7,158.00 |
| 11/7/2016 | $24,261.00 |
| 11/7/2016 | $57,709.00 |
| 11/17/2016 | $2,873.00 |
| 12/27/2016 | $25,957.00 |
| 12/27/2016 | $190.00 |
| 2/6/2017 | $4,099.00 |
| 2/6/2017 | $1,203.00 |
| 2/6/2017 | $4,674.00 |
| 2/6/2017 | $984.00 |
| 2/6/2017 | $620.00 |
| 2/6/2017 | $903.00 |
| 2/6/2017 | $728.00 |
| 2/6/2017 | $1,982.00 |
| 2/6/2017 | $700.00 |
| 2/6/2017 | $1,181.00 |
| 2/6/2017 | $9,806.00 |
| 2/6/2017 | $695.00 |
| 2/9/2017 | $3,196.00 |
| 2/9/2017 | $1,203.00 |
| 2/9/2017 | $690.00 |
| 2/9/2017 | $9,184.00 |
| 2/9/2017 | $2,301.00 |
| 2/9/2017 | $698.00 |
| 2/9/2017 | $1,419.00 |
| 2/9/2017 | $1,218.00 |
| 2/9/2017 | $1,139.00 |
| 2/9/2017 | $1,131.00 |
| 2/9/2017 | $1,139.00 |
| 3/7/2017 | $46,253.00 |
| 3/7/2017 | $20,001.00 |
| 3/17/2017 | $633.00 |
| 3/21/2017 | $52,463.00 |
| 3/23/2017 | $91,193.00 |
| 3/23/2017 | $3,714.00 |
| 4/5/2017 | $1,998.00 |
| 4/5/2017 | $249.00 |
| 4/11/2017 | $5,664.00 |
| 4/11/2017 | $2,059.00 |
| 4/11/2017 | $1,830.00 |
| 4/12/2017 | $8,919.00 |
| 4/12/2017 | $29,671.00 |
| 4/20/2017 | $761.00 |
| 4/21/2017 | $57,320.00 |
| 4/27/2017 | $5,981.00 |

TRANSFERS TO SSM & ASSOCIATES, INC.

| Date | Payment Amount |
|------|----------------|
| 4/27/2017 | $9,633.00 |
| 4/27/2017 | $2,991.00 |
| 4/27/2017 | $3,695.00 |
| 4/27/2017 | $2,731.00 |
| 4/27/2017 | $7,974.00 |
| 4/27/2017 | $2,660.00 |
| 4/27/2017 | $3,115.00 |
| 4/27/2017 | $3,066.00 |
| 4/27/2017 | $3,735.00 |
| 4/27/2017 | $2,699.00 |
| 4/27/2017 | $3,414.00 |

A-22