# EXHIBIT A

TRANSFERS TO WYNNDALCO ENTERPRISES, LLC

| Date | Payment Amount |
|---|---|
| 5/15/2013 | $29,175.00 |
| 6/21/2013 | $206,850.00 |
| 7/23/2013 | $309,900.00 |
| 8/23/2013 | $154,075.00 |
| 10/22/2013 | $350,000.00 |
| 11/26/2013 | $147,750.00 |
| 1/3/2014 | $246,250.00 |
| 1/10/2014 | $246,250.00 |
| 1/29/2014 | $147,750.00 |
| 2/21/2014 | $93,575.00 |
| 4/14/2014 | $49,250.00 |
| 4/28/2014 | $93,575.00 |
| 6/19/2014 | $24,625.00 |
| 6/30/2014 | $19,700.00 |
| 8/12/2014 | $5,000.00 |
| 9/24/2014 | $295,500.00 |
| 10/9/2014 | $97,515.00 |
| 11/18/2014 | $97,515.00 |
| 1/5/2015 | $97,515.00 |
| 1/13/2015 | $195,030.00 |
| 2/17/2015 | $147,750.00 |
| 3/18/2015 | $41,863.00 |
| 4/14/2015 | $41,863.00 |
| 5/7/2015 | $97,515.00 |
| 7/14/2015 | $23,312.00 |
| 8/18/2015 | $46,623.00 |
| 10/19/2015 | $93,575.00 |
| 11/13/2015 | $192,075.00 |
| 1/11/2016 | $97,515.00 |
| 1/11/2016 | $93,575.00 |
| 1/11/2016 | $92,171.00 |
| 5/25/2016 | $97,515.00 |
| 6/17/2016 | $80,770.00 |
| 6/17/2016 | $93,575.00 |
| 6/17/2016 | $93,575.00 |
| 10/18/2016 | $4,113.00 |
| 10/26/2016 | $86,630.00 |
| 10/26/2016 | $11,826.00 |
| 10/26/2016 | $80,104.00 |
| 1/27/2017 | $238,414.00 |