# EXHIBIT A

EXHIBIT A

TRANSFERS TO SUIZA DAIRY CORPORATION

| Date | Payment Amount |
|---|---|
| 1/2/2014 | $270.00 |
| 1/2/2014 | $65.00 |
| 1/2/2014 | $3,000.00 |
| 1/2/2014 | $129.00 |
| 1/2/2014 | $133.00 |
| 1/2/2014 | $230.00 |
| 1/3/2014 | $759.00 |
| 1/24/2014 | $62.00 |
| 1/24/2014 | $316.00 |
| 1/27/2014 | $262.00 |
| 1/27/2014 | $262.00 |
| 2/3/2014 | $482.00 |
| 2/6/2014 | $3,000.00 |
| 2/10/2014 | $941.00 |
| 2/11/2014 | $62.00 |
| 3/3/2014 | $62.00 |
| 3/3/2014 | $124.00 |
| 3/3/2014 | $138.00 |
| 3/3/2014 | $186.00 |
| 3/10/2014 | $151.00 |
| 3/11/2014 | $3,999.00 |
| 3/11/2014 | $726.00 |
| 3/18/2014 | $62.00 |
| 3/18/2014 | $13,185.00 |
| 3/18/2014 | $124.00 |
| 3/21/2014 | $305.00 |
| 3/21/2014 | $2,980.00 |
| 3/24/2014 | $186.00 |
| 4/9/2014 | $1,000.00 |
| 4/10/2014 | $62.00 |
| 4/10/2014 | $62.00 |
| 4/10/2014 | $124.00 |
| 4/23/2014 | $364.00 |
| 4/29/2014 | $1,000.00 |
| 5/1/2014 | $356.00 |
| 5/15/2014 | $388.00 |
| 5/23/2014 | $62.00 |
| 5/23/2014 | $1,951.00 |
| 5/27/2014 | $2,013.00 |
| 5/27/2014 | $6,441.00 |
| 5/27/2014 | $1,795.00 |
| 5/28/2014 | $124.00 |
| 6/2/2014 | $62.00 |
| 6/2/2014 | $4,557.00 |
| 6/2/2014 | $4,712.00 |
| 6/2/2014 | $4,818.00 |

EXHIBIT A
TRANSFERS TO SUIZA DAIRY CORPORATION

| Date | Payment Amount |
|---|---|
| 6/2/2014 | $5,276.00 |
| 6/2/2014 | $5,670.00 |
| 6/2/2014 | $6,044.00 |
| 6/2/2014 | $6,349.00 |
| 6/2/2014 | $6,479.00 |
| 6/2/2014 | $6,792.00 |
| 6/2/2014 | $7,032.00 |
| 6/2/2014 | $7,072.00 |
| 6/2/2014 | $7,351.00 |
| 6/2/2014 | $7,592.00 |
| 6/5/2014 | $62.00 |
| 6/12/2014 | $3,803.00 |
| 6/16/2014 | $409.00 |
| 6/23/2014 | $124.00 |
| 6/23/2014 | $124.00 |
| 6/27/2014 | $62.00 |
| 6/30/2014 | $62.00 |
| 6/30/2014 | $715.00 |
| 7/3/2014 | $575.00 |
| 7/7/2014 | $4,088.00 |
| 7/7/2014 | $479.00 |
| 7/7/2014 | $6,141.00 |
| 7/7/2014 | $6,793.00 |
| 7/10/2014 | $305.00 |
| 7/14/2014 | $186.00 |
| 7/22/2014 | $5,562.00 |
| 7/22/2014 | $6,268.00 |
| 7/22/2014 | $124.00 |
| 7/29/2014 | $306.00 |
| 8/1/2014 | $933.00 |
| 8/4/2014 | $151.00 |
| 8/5/2014 | $124.00 |
| 8/18/2014 | $166.00 |
| 9/2/2014 | $2,219.00 |
| 9/2/2014 | $124.00 |
| 9/8/2014 | $62.00 |
| 9/8/2014 | $62.00 |
| 9/16/2014 | $138.00 |
| 9/26/2014 | $176.00 |
| 9/26/2014 | $1,854.00 |
| 9/26/2014 | $1,890.00 |
| 9/29/2014 | $62.00 |
| 10/3/2014 | $62.00 |
| 10/7/2014 | $62.00 |
| 10/7/2014 | $62.00 |
| 10/7/2014 | $195.00 |

# EXHIBIT A

## TRANSFERS TO SUIZA DAIRY CORPORATION

| Date | Payment Amount |
|---|---|
| 10/8/2014 | $5,904.00 |
| 10/14/2014 | $62.00 |
| 10/15/2014 | $4,252.00 |
| 10/15/2014 | $4,298.00 |
| 10/15/2014 | $4,883.00 |
| 10/21/2014 | $991.00 |
| 10/22/2014 | $124.00 |
| 10/22/2014 | $124.00 |
| 10/23/2014 | $6,440.00 |
| 10/31/2014 | $67.00 |
| 10/31/2014 | $41.00 |
| 11/3/2014 | $2,573.00 |
| 11/5/2014 | $3,992.00 |
| 11/10/2014 | $62.00 |
| 11/10/2014 | $4,005.00 |
| 11/21/2014 | $62.00 |
| 12/1/2014 | $124.00 |
| 12/8/2014 | $191.00 |
| 12/19/2014 | $2,828.00 |
| 12/19/2014 | $184.00 |
| 12/22/2014 | $186.00 |
| 12/22/2014 | $228.00 |
| 12/22/2014 | $231.00 |
| 12/24/2014 | $934.00 |
| 12/29/2014 | $13,310.00 |
| 1/20/2015 | $62.00 |
| 1/20/2015 | $181.00 |
| 1/26/2015 | $41.00 |
| 1/29/2015 | $1,602.00 |
| 1/30/2015 | $1,054.00 |
| 2/2/2015 | $228.00 |
| 2/3/2015 | $958.00 |
| 2/3/2015 | $176.00 |
| 2/5/2015 | $11,569,651.00 |
| 2/9/2015 | $306.00 |
| 2/9/2015 | $124.00 |
| 2/17/2015 | $62.00 |
| 2/18/2015 | $4,001.00 |
| 2/23/2015 | $2,786.00 |
| 2/23/2015 | $180.00 |
| 3/3/2015 | $813.00 |
| 3/9/2015 | $249.00 |
| 3/10/2015 | $62.00 |
| 3/10/2015 | $228.00 |
| 3/11/2015 | $1,487.00 |
| 3/24/2015 | $180.00 |

# EXHIBIT A

## TRANSFERS TO SUIZA DAIRY CORPORATION

| Date | Payment Amount |
|---|---|
| 3/30/2015 | $985.00 |
| 4/3/2015 | $62.00 |
| 4/3/2015 | $62.00 |
| 4/3/2015 | $41.00 |
| 4/7/2015 | $62.00 |
| 4/13/2015 | $124.00 |
| 4/13/2015 | $41.00 |
| 4/20/2015 | $2,974.00 |
| 4/21/2015 | $124.00 |
| 4/27/2015 | $3,824.00 |
| 5/1/2015 | $311.00 |
| 5/11/2015 | $3,780.00 |
| 5/14/2015 | $175.00 |
| 5/22/2015 | $124.00 |
| 5/26/2015 | $6,423.00 |
| 5/26/2015 | $6,710.00 |
| 5/26/2015 | $4,808.00 |
| 5/26/2015 | $6,942.00 |
| 6/1/2015 | $706.00 |
| 6/3/2015 | $306.00 |
| 6/15/2015 | $1,915.00 |
| 6/19/2015 | $256.00 |
| 6/19/2015 | $227.00 |
| 6/24/2015 | $630.00 |
| 7/3/2015 | $186.00 |
| 7/3/2015 | $186.00 |
| 7/24/2015 | $588.00 |
| 7/29/2015 | $62.00 |
| 7/29/2015 | $62.00 |
| 7/29/2015 | $186.00 |
| 7/29/2015 | $186.00 |
| 7/29/2015 | $62.00 |
| 7/29/2015 | $57.00 |
| 7/31/2015 | $101.00 |
| 8/11/2015 | $62.00 |
| 8/24/2015 | $256.00 |
| 8/28/2015 | $941.00 |
| 8/28/2015 | $6,118.00 |
| 8/28/2015 | $4,955.00 |
| 8/28/2015 | $1,677.00 |
| 8/28/2015 | $3,836.00 |
| 8/28/2015 | $6,464.00 |
| 9/1/2015 | $62.00 |
| 9/4/2015 | $186.00 |
| 9/4/2015 | $867.00 |
| 9/18/2015 | $114.00 |

EXHIBIT A

TRANSFERS TO SUIZA DAIRY CORPORATION

| Date | Payment Amount |
|---|---|
| 9/18/2015 | $62.00 |
| 9/29/2015 | $186.00 |
| 10/5/2015 | $1,663.00 |
| 10/5/2015 | $231.00 |
| 10/5/2015 | $5,336.00 |
| 10/5/2015 | $3,347.00 |
| 10/5/2015 | $2,931.00 |
| 10/14/2015 | $62.00 |
| 10/21/2015 | $5,421.00 |
| 10/21/2015 | $1,300.00 |
| 10/23/2015 | $4,160.00 |
| 11/2/2015 | $285.00 |
| 11/3/2015 | $2,293.00 |
| 11/3/2015 | $249.00 |
| 11/9/2015 | $4,778.00 |
| 11/10/2015 | $252.00 |
| 11/12/2015 | $62.00 |
| 11/13/2015 | $6,497.00 |
| 11/13/2015 | $6,532.00 |
| 11/17/2015 | $124.00 |
| 12/1/2015 | $4,234.00 |
| 12/4/2015 | $62.00 |
| 12/4/2015 | $124.00 |
| 12/21/2015 | $62.00 |
| 12/22/2015 | $3,287.00 |
| 12/29/2015 | $2,156.00 |
| 12/31/2015 | $352.00 |
| 12/31/2015 | $5,303.00 |
| 12/31/2015 | $3,728.00 |
| 1/15/2016 | $1,495.00 |
| 1/20/2016 | $1,436.00 |
| 1/25/2016 | $124.00 |
| 1/25/2016 | $83.00 |
| 2/1/2016 | $373.00 |
| 2/1/2016 | $270.00 |
| 2/4/2016 | $151.00 |
| 2/4/2016 | $202.00 |
| 2/9/2016 | $820.00 |
| 2/16/2016 | $1,184.00 |
| 2/16/2016 | $3,900.00 |
| 2/17/2016 | $275.00 |
| 2/22/2016 | $62.00 |
| 2/22/2016 | $62.00 |
| 2/22/2016 | $6,468.00 |
| 2/25/2016 | $101.00 |
| 3/3/2016 | $151.00 |

## EXHIBIT A

### TRANSFERS TO SUIZA DAIRY CORPORATION

| Date | Payment Amount |
|---|---|
| 3/3/2016 | $1,562.00 |
| 3/7/2016 | $161.00 |
| 3/21/2016 | $186.00 |
| 3/23/2016 | $186.00 |
| 3/29/2016 | $62.00 |
| 3/30/2016 | $277.00 |
| 3/30/2016 | $2,990.00 |
| 3/30/2016 | $1,184.00 |
| 4/5/2016 | $1,865.00 |
| 4/11/2016 | $62.00 |
| 5/2/2016 | $373.00 |
| 5/2/2016 | $592.00 |
| 5/3/2016 | $124.00 |
| 5/3/2016 | $1,792.00 |
| 5/9/2016 | $2,318.00 |
| 5/9/2016 | $1,431.00 |
| 5/9/2016 | $2,096.00 |
| 5/9/2016 | $1,396.00 |
| 5/10/2016 | $2,019.00 |
| 5/10/2016 | $2,010.00 |
| 5/16/2016 | $124.00 |
| 5/18/2016 | $4,307.00 |
| 5/23/2016 | $62.00 |
| 5/23/2016 | $124.00 |
| 5/24/2016 | $62.00 |
| 5/26/2016 | $202.00 |
| 5/26/2016 | $277.00 |
| 6/6/2016 | $1,421.00 |
| 6/10/2016 | $62.00 |
| 6/17/2016 | $270.00 |
| 6/17/2016 | $124.00 |
| 6/21/2016 | $124.00 |
| 6/21/2016 | $1,946.00 |
| 6/23/2016 | $62.00 |
| 6/27/2016 | $62.00 |
| 6/28/2016 | $252.00 |
| 7/1/2016 | $356.00 |
| 7/6/2016 | $83.00 |
| 7/6/2016 | $947.00 |
| 7/6/2016 | $207.00 |
| 7/11/2016 | $62.00 |
| 7/25/2016 | $787.00 |
| 7/28/2016 | $124.00 |
| 8/2/2016 | $104.00 |
| 8/5/2016 | $3,718.00 |
| 8/22/2016 | $479.00 |

EXHIBIT A

TRANSFERS TO SUIZA DAIRY CORPORATION

| Date | Payment Amount |
|---:|---:|
| 8/23/2016 | $83.00 |
| 8/23/2016 | $166.00 |
| 8/29/2016 | $124.00 |
| 8/31/2016 | $3,549.00 |
| 8/31/2016 | $3,280.00 |
| 9/9/2016 | $2,160,000.00 |
| 9/12/2016 | $62.00 |
| 9/30/2016 | $337.00 |
| 9/30/2016 | $98.00 |
| 9/30/2016 | $368.00 |
| 9/30/2016 | $474.00 |
| 10/3/2016 | $124.00 |
| 10/3/2016 | $228.00 |
| 10/7/2016 | $2,209.00 |
| 10/17/2016 | $249.00 |
| 10/17/2016 | $124.00 |
| 10/24/2016 | $62.00 |
| 11/4/2016 | $249.00 |
| 11/4/2016 | $1,840.00 |
| 11/4/2016 | $256.00 |
| 11/15/2016 | $124.00 |
| 11/15/2016 | $62.00 |
| 11/15/2016 | $459.00 |
| 11/15/2016 | $126.00 |
| 11/17/2016 | $2,160,000.00 |
| 11/28/2016 | $1,421.00 |
| 11/28/2016 | $518.00 |
| 12/5/2016 | $124.00 |
| 12/12/2016 | $186.00 |
| 12/12/2016 | $2,117.00 |
| 12/16/2016 | $130.00 |
| 1/3/2017 | $454.00 |
| 1/4/2017 | $62.00 |
| 1/4/2017 | $249.00 |
| 1/4/2017 | $294.00 |
| 1/4/2017 | $62.00 |
| 1/6/2017 | $62.00 |
| 1/23/2017 | $1,411.00 |
| 2/7/2017 | $126.00 |
| 2/10/2017 | $78.00 |
| 2/14/2017 | $101.00 |
| 2/21/2017 | $118.00 |
| 2/21/2017 | $580.00 |
| 3/1/2017 | $1,369.00 |
| 3/8/2017 | $3,210.00 |
| 3/23/2017 | $89.00 |

# EXHIBIT A

## TRANSFERS TO SUIZA DAIRY CORPORATION

| Date | Payment Amount |
|---|---|
| 3/23/2017 | $64.00 |
| 3/29/2017 | $174.00 |
| 3/29/2017 | $20.00 |
| 3/29/2017 | $207.00 |
| 3/29/2017 | $207.00 |
| 3/30/2017 | $154.00 |
| 4/3/2017 | $485.00 |
| 4/5/2017 | $144.00 |
| 4/11/2017 | $1,527.00 |
| 4/11/2017 | $470.00 |
| 4/21/2017 | $129.00 |
| 4/28/2017 | $373.00 |
| 4/28/2017 | $235.00 |
| 4/28/2017 | $382.00 |
| 4/28/2017 | $207.00 |
| 5/1/2017 | $2,096.00 |
| 5/1/2017 | $188.00 |
| 5/2/2017 | $232.00 |