# EXHIBIT A

EXHIBIT A

TRANSFERS TO RELIABLE HEALTH SERVICES CORP.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $145,341.00 |
| 5/28/2013 | $218,786.00 |
| 7/15/2013 | $292,892.00 |
| 8/2/2013 | $268,252.00 |
| 9/20/2013 | $271,946.00 |
| 10/4/2013 | $273,196.00 |
| 11/22/2013 | $289,389.00 |
| 12/6/2013 | $226,864.00 |
| 12/13/2013 | $225,511.00 |
| 1/30/2014 | $293,172.00 |
| 2/25/2014 | $221,880.00 |
| 3/11/2014 | $228,653.00 |
| 4/4/2014 | $178,543.00 |
| 5/8/2014 | $232,141.00 |
| 6/13/2014 | $314,464.00 |
| 7/3/2014 | $216,538.00 |
| 8/14/2014 | $260,835.00 |
| 9/17/2014 | $296,395.00 |
| 10/9/2014 | $239,756.00 |
| 11/14/2014 | $215,114.00 |
| 12/12/2014 | $284,843.00 |
| 1/13/2015 | $326,255.00 |
| 2/24/2015 | $265,292.00 |
| 4/17/2015 | $342,604.00 |
| 5/15/2015 | $295,495.00 |
| 7/8/2015 | $197,064.00 |
| 7/22/2015 | $273,705.00 |
| 8/24/2015 | $258,641.00 |
| 10/16/2015 | $229,595.00 |
| 1/28/2016 | $138,786.00 |
| 1/28/2016 | $174,961.00 |
| 1/28/2016 | $162,244.00 |
| 4/6/2016 | $218,301.00 |
| 4/7/2016 | $129,576.00 |
| 4/28/2016 | $485,743.00 |
| 4/28/2016 | $283,891.00 |
| 7/5/2016 | $171,044.00 |
| 7/5/2016 | $708,063.00 |
| 8/23/2016 | $492,500.00 |
| 9/13/2016 | $208,576.00 |
| 10/6/2016 | $154,086.00 |
| 11/16/2016 | $134,310.00 |
| 12/1/2016 | $188,178.00 |
| 1/27/2017 | $291,261.00 |
| 2/15/2017 | $188,766.00 |
| 2/24/2017 | $235,285.00 |

EXHIBIT A

TRANSFERS TO RELIABLE HEALTH SERVICES CORP.

| Date | Payment Amount |
|---|---|
| 4/12/2017 | $246,732.00 |