# EXHIBIT A

## TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 5/3/2013 | $2,552.00 |
| 5/3/2013 | $2,657.00 |
| 5/3/2013 | $3,257.00 |
| 5/3/2013 | $3,257.00 |
| 5/3/2013 | $4,632.00 |
| 5/3/2013 | $6,664.00 |
| 5/3/2013 | $8,521.00 |
| 5/17/2013 | $32,620.00 |
| 6/3/2013 | $3,057.00 |
| 6/3/2013 | $6,514.00 |
| 6/3/2013 | $6,514.00 |
| 6/3/2013 | $9,571.00 |
| 6/3/2013 | $10,371.00 |
| 6/6/2013 | $2,657.00 |
| 6/6/2013 | $440.00 |
| 6/6/2013 | $440.00 |
| 6/6/2013 | $10,296.00 |
| 6/6/2013 | $23,549.00 |
| 6/6/2013 | $1,050.00 |
| 6/6/2013 | $1,280.00 |
| 6/18/2013 | $2,857.00 |
| 6/18/2013 | $3,057.00 |
| 6/24/2013 | $3,020.00 |
| 6/24/2013 | $17,460.00 |
| 7/3/2013 | $2,657.00 |
| 7/3/2013 | $3,057.00 |
| 7/3/2013 | $3,057.00 |
| 7/3/2013 | $3,057.00 |
| 7/3/2013 | $16,778.00 |
| 7/3/2013 | $31,938.00 |
| 7/3/2013 | $38,334.00 |
| 7/18/2013 | $2,857.00 |
| 7/18/2013 | $2,857.00 |
| 7/18/2013 | $2,857.00 |
| 7/18/2013 | $2,857.00 |
| 7/18/2013 | $3,600.00 |
| 7/18/2013 | $13,138.00 |
| 7/18/2013 | $13,403.00 |
| 7/18/2013 | $13,596.00 |
| 7/18/2013 | $14,443.00 |
| 7/18/2013 | $15,673.00 |
| 7/18/2013 | $19,229.00 |
| 8/2/2013 | $2,220.00 |
| 8/2/2013 | $2,457.00 |
| 8/2/2013 | $2,457.00 |
| 8/2/2013 | $2,457.00 |

63379223 v1

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 8/2/2013 | $300.00 |
| 8/2/2013 | $2,857.00 |
| 8/2/2013 | $3,057.00 |
| 8/2/2013 | $3,057.00 |
| 8/2/2013 | $3,257.00 |
| 8/2/2013 | $500.00 |
| 8/2/2013 | $500.00 |
| 8/2/2013 | $7,064.00 |
| 8/2/2013 | $7,204.00 |
| 8/2/2013 | $10,628.00 |
| 8/2/2013 | $11,183.00 |
| 8/2/2013 | $11,573.00 |
| 8/2/2013 | $12,851.00 |
| 8/2/2013 | $13,403.00 |
| 8/2/2013 | $14,571.00 |
| 8/2/2013 | $14,908.00 |
| 8/2/2013 | $15,383.00 |
| 8/2/2013 | $15,960.00 |
| 8/2/2013 | $17,135.00 |
| 8/2/2013 | $18,910.00 |
| 8/2/2013 | $22,542.00 |
| 8/2/2013 | $22,549.00 |
| 8/2/2013 | $1,950.00 |
| 8/5/2013 | $2,657.00 |
| 8/5/2013 | $5,714.00 |
| 8/5/2013 | $6,514.00 |
| 8/5/2013 | $6,514.00 |
| 8/5/2013 | $8,971.00 |
| 8/5/2013 | $10,821.00 |
| 8/5/2013 | $13,328.00 |
| 8/5/2013 | $20,399.00 |
| 9/10/2013 | $5,007.00 |
| 9/10/2013 | $6,804.00 |
| 9/10/2013 | $12,663.00 |
| 9/10/2013 | $18,300.00 |
| 9/10/2013 | $25,124.00 |
| 9/10/2013 | $27,913.00 |
| 9/20/2013 | $2,250.00 |
| 9/20/2013 | $2,457.00 |
| 9/20/2013 | $2,657.00 |
| 9/20/2013 | $2,657.00 |
| 9/20/2013 | $2,857.00 |
| 9/20/2013 | $2,857.00 |
| 9/20/2013 | $2,857.00 |
| 9/20/2013 | $2,857.00 |
| 9/20/2013 | $3,057.00 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
| --- | --- |
| 9/20/2013 | $3,057.00 |
| 9/20/2013 | $3,057.00 |
| 9/20/2013 | $3,057.00 |
| 9/20/2013 | $3,057.00 |
| 9/20/2013 | $8,371.00 |
| 9/20/2013 | $8,571.00 |
| 9/20/2013 | $8,571.00 |
| 9/20/2013 | $8,721.00 |
| 9/20/2013 | $9,371.00 |
| 9/20/2013 | $11,333.00 |
| 9/20/2013 | $12,028.00 |
| 9/20/2013 | $13,928.00 |
| 9/20/2013 | $14,946.00 |
| 9/20/2013 | $16,690.00 |
| 9/20/2013 | $17,835.00 |
| 9/20/2013 | $18,172.00 |
| 9/20/2013 | $19,904.00 |
| 9/20/2013 | $24,776.00 |
| 9/20/2013 | $24,836.00 |
| 9/20/2013 | $150.00 |
| 10/17/2013 | $9,571.00 |
| 10/17/2013 | $14,443.00 |
| 10/17/2013 | $16,978.00 |
| 10/17/2013 | $1,780.00 |
| 10/25/2013 | $2,657.00 |
| 10/25/2013 | $6,514.00 |
| 10/25/2013 | $13,685.00 |
| 10/25/2013 | $17,223.00 |
| 11/21/2013 | $9,871.00 |
| 11/21/2013 | $10,771.00 |
| 11/21/2013 | $14,053.00 |
| 12/6/2013 | $4,507.00 |
| 12/6/2013 | $4,757.00 |
| 12/6/2013 | $4,800.00 |
| 12/6/2013 | $5,007.00 |
| 12/6/2013 | $20,324.00 |
| 12/13/2013 | $1,998.00 |
| 12/13/2013 | $4,707.00 |
| 12/13/2013 | $1,000.00 |
| 12/13/2013 | $1,000.00 |
| 12/24/2013 | $4,507.00 |
| 12/24/2013 | $7,764.00 |
| 12/24/2013 | $15,078.00 |
| 12/30/2013 | $2,299.00 |
| 12/30/2013 | $8,850.00 |
| 12/30/2013 | $11,878.00 |

A-3

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|---------------|
| 12/30/2013 | $750.00 |
| 12/30/2013 | $766.00 |
| 1/22/2014 | $3,000.00 |
| 1/22/2014 | $1,342.00 |
| 1/29/2014 | $3,700.00 |
| 2/19/2014 | $2,000.00 |
| 3/19/2014 | $2,000.00 |
| 3/19/2014 | $4,667.00 |
| 4/17/2014 | $3,250.00 |
| 4/17/2014 | $942.00 |
| 4/17/2014 | $1,000.00 |
| 4/17/2014 | $1,010.00 |
| 4/17/2014 | $1,052.00 |
| 4/17/2014 | $1,851.00 |
| 4/17/2014 | $1,977.00 |
| 5/15/2014 | $2,589.00 |
| 5/15/2014 | $485.00 |
| 5/15/2014 | $585.00 |
| 5/15/2014 | $700.00 |
| 5/15/2014 | $1,000.00 |
| 5/15/2014 | $1,170.00 |
| 5/15/2014 | $1,410.00 |
| 6/5/2014 | $600.00 |
| 6/5/2014 | $790.00 |
| 6/5/2014 | $790.00 |
| 6/5/2014 | $1,125.00 |
| 6/5/2014 | $1,196.00 |
| 6/5/2014 | $1,728.00 |
| 6/5/2014 | $1,767.00 |
| 6/5/2014 | $1,956.00 |
| 6/12/2014 | $550.00 |
| 6/12/2014 | $1,270.00 |
| 6/12/2014 | $1,288.00 |
| 7/21/2014 | $2,163.00 |
| 7/21/2014 | $375.00 |
| 7/21/2014 | $375.00 |
| 7/21/2014 | $821.00 |
| 7/21/2014 | $821.00 |
| 7/21/2014 | $821.00 |
| 7/21/2014 | $963.00 |
| 7/21/2014 | $1,971.00 |
| 7/21/2014 | $1,926.00 |
| 7/24/2014 | $2,421.00 |
| 7/24/2014 | $2,816.00 |
| 7/24/2014 | $3,200.00 |
| 7/24/2014 | $6,136.00 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 7/24/2014 | $1,244.00 |
| 7/24/2014 | $1,361.00 |
| 7/24/2014 | $1,600.00 |
| 7/24/2014 | $1,815.00 |
| 8/6/2014 | $2,340.00 |
| 8/6/2014 | $5,060.00 |
| 8/6/2014 | $506.00 |
| 8/6/2014 | $606.00 |
| 8/6/2014 | $606.00 |
| 8/6/2014 | $709.00 |
| 8/6/2014 | $709.00 |
| 8/6/2014 | $709.00 |
| 8/6/2014 | $900.00 |
| 8/6/2014 | $1,200.00 |
| 8/6/2014 | $1,644.00 |
| 9/3/2014 | $2,001.00 |
| 9/3/2014 | $2,016.00 |
| 9/3/2014 | $2,915.00 |
| 9/3/2014 | $2,950.00 |
| 9/3/2014 | $4,195.00 |
| 9/3/2014 | $4,230.00 |
| 9/3/2014 | $450.00 |
| 9/3/2014 | $6,651.00 |
| 9/3/2014 | $523.00 |
| 9/3/2014 | $523.00 |
| 9/3/2014 | $523.00 |
| 9/3/2014 | $620.00 |
| 9/3/2014 | $620.00 |
| 9/3/2014 | $689.00 |
| 9/3/2014 | $689.00 |
| 9/3/2014 | $689.00 |
| 9/3/2014 | $785.00 |
| 9/3/2014 | $785.00 |
| 9/3/2014 | $785.00 |
| 9/3/2014 | $785.00 |
| 9/3/2014 | $785.00 |
| 9/3/2014 | $785.00 |
| 9/3/2014 | $785.00 |
| 9/3/2014 | $900.00 |
| 9/3/2014 | $990.00 |
| 9/3/2014 | $990.00 |
| 9/3/2014 | $1,000.00 |
| 9/3/2014 | $1,334.00 |
| 9/3/2014 | $1,466.00 |
| 9/3/2014 | $1,500.00 |
| 9/3/2014 | $1,524.00 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 9/3/2014 | $1,600.00 |
| 9/3/2014 | $1,725.00 |
| 9/3/2014 | $1,744.00 |
| 9/3/2014 | $1,778.00 |
| 9/3/2014 | $1,796.00 |
| 10/14/2014 | $500.00 |
| 11/13/2014 | $563.00 |
| 11/13/2014 | $563.00 |
| 11/13/2014 | $685.00 |
| 11/13/2014 | $685.00 |
| 11/13/2014 | $685.00 |
| 11/13/2014 | $1,926.00 |
| 1/13/2015 | $3,000.00 |
| 1/13/2015 | $3,120.00 |
| 1/13/2015 | $4,500.00 |
| 1/13/2015 | $600.00 |
| 1/13/2015 | $771.00 |
| 1/13/2015 | $771.00 |
| 1/13/2015 | $882.00 |
| 1/13/2015 | $1,620.00 |
| 1/13/2015 | $1,862.00 |
| 1/13/2015 | $1,907.00 |
| 1/30/2015 | $2,865.00 |
| 1/30/2015 | $4,584.00 |
| 1/30/2015 | $1,719.00 |
| 2/4/2015 | $2,100.00 |
| 2/4/2015 | $4,500.00 |
| 2/4/2015 | $5,850.00 |
| 2/18/2015 | $2,100.00 |
| 2/18/2015 | $2,100.00 |
| 2/18/2015 | $2,400.00 |
| 2/18/2015 | $3,000.00 |
| 2/18/2015 | $3,000.00 |
| 2/18/2015 | $3,450.00 |
| 3/2/2015 | $8,710.00 |
| 3/2/2015 | $10,440.00 |
| 3/2/2015 | $31,916.00 |
| 3/2/2015 | $38,047.00 |
| 3/2/2015 | $40,442.00 |
| 3/2/2015 | $43,262.00 |
| 3/13/2015 | $2,006.00 |
| 3/13/2015 | $2,250.00 |
| 3/13/2015 | $2,292.00 |
| 3/13/2015 | $2,722.00 |
| 3/13/2015 | $3,000.00 |
| 3/13/2015 | $3,295.00 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|---------------|
| 3/13/2015 | $4,298.00 |
| 3/13/2015 | $4,298.00 |
| 3/13/2015 | $5,587.00 |
| 3/13/2015 | $575.00 |
| 3/13/2015 | $11,489.00 |
| 3/13/2015 | $41,256.00 |
| 3/13/2015 | $41,485.00 |
| 3/13/2015 | $1,433.00 |
| 3/13/2015 | $1,433.00 |
| 3/13/2015 | $1,500.00 |
| 3/13/2015 | $1,650.00 |
| 3/13/2015 | $1,719.00 |
| 4/20/2015 | $2,865.00 |
| 4/20/2015 | $454.00 |
| 7/30/2015 | $2,722.00 |
| 7/30/2015 | $2,865.00 |
| 7/30/2015 | $1,433.00 |
| 7/30/2015 | $2,459.00 |
| 7/30/2015 | $2,435.00 |
| 7/30/2015 | $2,292.00 |
| 7/30/2015 | $2,292.00 |
| 8/5/2015 | $1,433.00 |
| 8/5/2015 | $1,862.00 |
| 8/5/2015 | $621.00 |
| 8/5/2015 | $263.00 |
| 8/5/2015 | $2,579.00 |
| 8/5/2015 | $2,722.00 |
| 8/5/2015 | $4,154.00 |
| 8/5/2015 | $4,154.00 |
| 8/5/2015 | $1,098.00 |
| 8/5/2015 | $2,746.00 |
| 8/5/2015 | $4,751.00 |
| 8/5/2015 | $716.00 |
| 8/5/2015 | $549.00 |
| 8/5/2015 | $1,647.00 |
| 8/5/2015 | $6,590.00 |
| 8/5/2015 | $2,197.00 |
| 8/5/2015 | $3,104.00 |
| 8/5/2015 | $1,647.00 |
| 8/5/2015 | $716.00 |
| 8/5/2015 | $4,942.00 |
| 8/5/2015 | $1,982.00 |
| 8/5/2015 | $716.00 |
| 8/5/2015 | $3,295.00 |
| 8/5/2015 | $716.00 |
| 8/5/2015 | $716.00 |

63379223 v1

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 8/5/2015 | $1,576.00 |
| 8/5/2015 | $1,862.00 |
| 8/5/2015 | $4,011.00 |
| 8/5/2015 | $4,154.00 |
| 8/12/2015 | $2,722.00 |
| 8/12/2015 | $5,157.00 |
| 8/12/2015 | $1,433.00 |
| 8/12/2015 | $2,006.00 |
| 8/19/2015 | $1,862.00 |
| 8/19/2015 | $1,433.00 |
| 8/19/2015 | $2,579.00 |
| 8/19/2015 | $2,435.00 |
| 8/19/2015 | $2,435.00 |
| 8/19/2015 | $2,722.00 |
| 8/19/2015 | $5,444.00 |
| 8/19/2015 | $1,719.00 |
| 8/19/2015 | $1,433.00 |
| 8/19/2015 | $1,719.00 |
| 8/19/2015 | $1,433.00 |
| 8/19/2015 | $3,438.00 |
| 9/9/2015 | $11,174.00 |
| 9/9/2015 | $1,647.00 |
| 9/9/2015 | $5,062.00 |
| 9/9/2015 | $4,011.00 |
| 9/9/2015 | $1,647.00 |
| 9/9/2015 | $6,590.00 |
| 9/9/2015 | $1,647.00 |
| 9/9/2015 | $1,647.00 |
| 9/9/2015 | $1,791.00 |
| 9/9/2015 | $1,098.00 |
| 9/9/2015 | $1,289.00 |
| 9/9/2015 | $1,289.00 |
| 9/9/2015 | $2,006.00 |
| 9/9/2015 | $1,098.00 |
| 9/9/2015 | $1,098.00 |
| 9/9/2015 | $5,300.00 |
| 9/9/2015 | $2,579.00 |
| 9/9/2015 | $3,820.00 |
| 9/9/2015 | $1,265.00 |
| 9/9/2015 | $5,300.00 |
| 9/9/2015 | $2,937.00 |
| 9/9/2015 | $2,197.00 |
| 9/9/2015 | $716.00 |
| 9/9/2015 | $4,727.00 |
| 9/9/2015 | $9,526.00 |
| 9/9/2015 | $2,197.00 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 9/9/2015 | $1,433.00 |
| 9/9/2015 | $2,722.00 |
| 9/9/2015 | $2,722.00 |
| 9/9/2015 | $2,722.00 |
| 9/9/2015 | $2,722.00 |
| 9/9/2015 | $4,154.00 |
| 9/9/2015 | $5,444.00 |
| 9/9/2015 | $2,006.00 |
| 9/9/2015 | $1,719.00 |
| 9/18/2015 | $1,235.25 |
| 9/18/2015 | $2,757.75 |
| 9/18/2015 | $411.75 |
| 9/18/2015 | $919.25 |
| 9/18/2015 | $7,258.00 |
| 9/18/2015 | $2,197.00 |
| 9/18/2015 | $549.00 |
| 9/18/2015 | $1,074.00 |
| 9/18/2015 | $2,006.00 |
| 9/18/2015 | $2,555.00 |
| 9/18/2015 | $1,647.00 |
| 9/18/2015 | $1,647.00 |
| 9/18/2015 | $1,647.00 |
| 9/18/2015 | $1,647.00 |
| 9/18/2015 | $2,006.00 |
| 9/18/2015 | $716.00 |
| 9/18/2015 | $5,802.00 |
| 9/18/2015 | $8,738.00 |
| 10/19/2015 | $3,169.50 |
| 10/19/2015 | $823.50 |
| 10/19/2015 | $197.25 |
| 10/19/2015 | $3,115.50 |
| 10/19/2015 | $537.00 |
| 10/19/2015 | $1,056.50 |
| 10/19/2015 | $274.50 |
| 10/19/2015 | $65.75 |
| 10/19/2015 | $1,038.50 |
| 10/19/2015 | $179.00 |
| 11/19/2015 | $9,400.50 |
| 11/19/2015 | $411.75 |
| 11/19/2015 | $1,235.25 |
| 11/19/2015 | $1,916.25 |
| 11/19/2015 | $1,235.25 |
| 11/19/2015 | $411.75 |
| 11/19/2015 | $537.00 |
| 11/19/2015 | $2,739.75 |
| 11/19/2015 | $6,948.00 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 11/19/2015 | $1,235.25 |
| 11/19/2015 | $4,942.50 |
| 11/19/2015 | $2,614.50 |
| 11/19/2015 | $4,083.00 |
| 11/19/2015 | $3,026.25 |
| 11/19/2015 | $3,849.75 |
| 11/19/2015 | $805.50 |
| 11/19/2015 | $805.50 |
| 11/19/2015 | $4,083.00 |
| 11/19/2015 | $1,361.25 |
| 11/19/2015 | $966.75 |
| 11/19/2015 | $3,133.50 |
| 11/19/2015 | $137.25 |
| 11/19/2015 | $411.75 |
| 11/19/2015 | $638.75 |
| 11/19/2015 | $411.75 |
| 11/19/2015 | $137.25 |
| 11/19/2015 | $179.00 |
| 11/19/2015 | $913.25 |
| 11/19/2015 | $2,316.00 |
| 11/19/2015 | $411.75 |
| 11/19/2015 | $1,647.50 |
| 11/19/2015 | $871.50 |
| 11/19/2015 | $1,361.00 |
| 11/19/2015 | $1,008.75 |
| 11/19/2015 | $1,283.25 |
| 11/19/2015 | $268.50 |
| 11/19/2015 | $268.50 |
| 11/19/2015 | $1,361.00 |
| 11/19/2015 | $453.75 |
| 11/19/2015 | $322.25 |
| 12/21/2015 | $6,123.75 |
| 12/21/2015 | $2,041.50 |
| 12/21/2015 | $4,083.00 |
| 12/21/2015 | $788.25 |
| 12/21/2015 | $1,289.25 |
| 12/21/2015 | $1,182.00 |
| 12/21/2015 | $2,685.75 |
| 12/21/2015 | $2,041.50 |
| 12/21/2015 | $3,223.50 |
| 12/21/2015 | $1,182.00 |
| 12/21/2015 | $1,826.25 |
| 12/21/2015 | $197.25 |
| 12/21/2015 | $197.25 |
| 12/21/2015 | $197.25 |
| 12/21/2015 | $2,041.50 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 12/21/2015 | $3,008.25 |
| 12/21/2015 | $1,074.75 |
| 12/21/2015 | $2,041.25 |
| 12/21/2015 | $680.50 |
| 12/21/2015 | $1,361.00 |
| 12/21/2015 | $262.75 |
| 12/21/2015 | $429.75 |
| 12/21/2015 | $394.00 |
| 12/21/2015 | $895.25 |
| 12/21/2015 | $680.50 |
| 12/21/2015 | $1,074.50 |
| 12/21/2015 | $394.00 |
| 12/21/2015 | $608.75 |
| 12/21/2015 | $65.75 |
| 12/21/2015 | $65.75 |
| 12/21/2015 | $65.75 |
| 12/21/2015 | $680.50 |
| 12/21/2015 | $1,002.75 |
| 12/21/2015 | $358.25 |
| 12/31/2015 | $1,791.00 |
| 12/31/2015 | $1,433.00 |
| 12/31/2015 | $1,433.00 |
| 12/31/2015 | $1,862.00 |
| 12/31/2015 | $2,006.00 |
| 2/23/2016 | $1,182.00 |
| 2/23/2016 | $1,289.25 |
| 2/23/2016 | $3,008.25 |
| 2/23/2016 | $2,148.75 |
| 2/23/2016 | $2,148.75 |
| 2/23/2016 | $2,041.50 |
| 2/23/2016 | $2,793.75 |
| 2/23/2016 | $3,330.75 |
| 2/23/2016 | $2,041.50 |
| 2/23/2016 | $1,504.50 |
| 2/23/2016 | $3,008.25 |
| 2/23/2016 | $3,008.25 |
| 2/23/2016 | $1,289.25 |
| 2/23/2016 | $394.00 |
| 2/23/2016 | $429.75 |
| 2/23/2016 | $1,002.75 |
| 2/23/2016 | $716.25 |
| 2/23/2016 | $716.25 |
| 2/23/2016 | $680.50 |
| 2/23/2016 | $931.25 |
| 2/23/2016 | $1,110.25 |
| 2/23/2016 | $680.50 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 2/23/2016 | $501.50 |
| 2/23/2016 | $1,002.75 |
| 2/23/2016 | $1,002.75 |
| 2/23/2016 | $429.75 |
| 3/2/2016 | $1,074.75 |
| 3/2/2016 | $1,074.75 |
| 3/2/2016 | $1,074.75 |
| 3/2/2016 | $1,074.75 |
| 3/2/2016 | $1,719.00 |
| 3/2/2016 | $1,125.00 |
| 3/2/2016 | $1,289.25 |
| 3/2/2016 | $1,235.25 |
| 3/2/2016 | $823.50 |
| 3/2/2016 | $1,235.25 |
| 3/2/2016 | $1,235.25 |
| 3/2/2016 | $2,041.50 |
| 3/2/2016 | $1,012.50 |
| 3/2/2016 | $1,074.75 |
| 3/2/2016 | $1,074.75 |
| 3/2/2016 | $358.25 |
| 3/2/2016 | $358.25 |
| 3/2/2016 | $358.25 |
| 3/2/2016 | $358.25 |
| 3/2/2016 | $573.00 |
| 3/2/2016 | $375.00 |
| 3/2/2016 | $429.75 |
| 3/2/2016 | $411.75 |
| 3/2/2016 | $274.50 |
| 3/2/2016 | $411.75 |
| 3/2/2016 | $411.75 |
| 3/2/2016 | $680.50 |
| 3/2/2016 | $337.50 |
| 3/2/2016 | $358.25 |
| 3/2/2016 | $358.25 |
| 3/21/2016 | $1,611.75 |
| 3/21/2016 | $1,934.25 |
| 3/21/2016 | $2,901.00 |
| 3/21/2016 | $7,251.75 |
| 3/21/2016 | $537.25 |
| 3/21/2016 | $644.75 |
| 3/21/2016 | $967.00 |
| 3/21/2016 | $2,417.25 |
| 3/21/2016 | $4,298.00 |
| 4/4/2016 | $1,504.50 |
| 4/4/2016 | $340.50 |
| 4/4/2016 | $537.00 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|---------------|
| 4/4/2016 | $805.50 |
| 4/4/2016 | $2,041.50 |
| 4/4/2016 | $537.00 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $1,898.25 |
| 4/4/2016 | $1,611.75 |
| 4/4/2016 | $411.75 |
| 4/4/2016 | $340.50 |
| 4/4/2016 | $2,041.50 |
| 4/4/2016 | $1,611.75 |
| 4/4/2016 | $6,804.75 |
| 4/4/2016 | $232.50 |
| 4/4/2016 | $537.00 |
| 4/4/2016 | $537.00 |
| 4/4/2016 | $3,653.25 |
| 4/4/2016 | $3,760.50 |
| 4/4/2016 | $197.25 |
| 4/4/2016 | $6,177.75 |
| 4/4/2016 | $3,008.25 |
| 4/4/2016 | $6,589.50 |
| 4/4/2016 | $2,041.50 |
| 4/4/2016 | $4,942.50 |
| 4/4/2016 | $1,289.25 |
| 4/4/2016 | $1,289.25 |
| 4/4/2016 | $2,041.50 |
| 4/4/2016 | $2,041.50 |
| 4/4/2016 | $1,289.25 |
| 4/4/2016 | $1,182.00 |
| 4/4/2016 | $1,182.00 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $2,041.50 |
| 4/4/2016 | $1,504.50 |
| 4/4/2016 | $2,059.50 |
| 4/4/2016 | $1,289.25 |
| 4/4/2016 | $7,538.25 |
| 4/4/2016 | $197.25 |
| 4/4/2016 | $232.50 |
| 4/4/2016 | $4,083.00 |
| 4/4/2016 | $1,235.25 |
| 4/4/2016 | $268.50 |
| 4/4/2016 | $1,235.25 |
| 4/4/2016 | $805.50 |
| 4/4/2016 | $411.75 |
| 4/4/2016 | $7,628.25 |
| 4/4/2016 | $1,719.00 |
| 4/4/2016 | $1,074.75 |

63379223 v1

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|---------------|
| 4/4/2016 | $501.50 |
| 4/4/2016 | $113.50 |
| 4/4/2016 | $179.00 |
| 4/4/2016 | $268.50 |
| 4/4/2016 | $680.50 |
| 4/4/2016 | $179.00 |
| 4/4/2016 | $358.25 |
| 4/4/2016 | $632.75 |
| 4/4/2016 | $537.25 |
| 4/4/2016 | $137.25 |
| 4/4/2016 | $113.50 |
| 4/4/2016 | $680.50 |
| 4/4/2016 | $537.25 |
| 4/4/2016 | $2,268.25 |
| 4/4/2016 | $77.50 |
| 4/4/2016 | $179.00 |
| 4/4/2016 | $179.00 |
| 4/4/2016 | $1,217.75 |
| 4/4/2016 | $1,253.50 |
| 4/4/2016 | $65.75 |
| 4/4/2016 | $2,059.25 |
| 4/4/2016 | $1,002.75 |
| 4/4/2016 | $2,196.50 |
| 4/4/2016 | $680.50 |
| 4/4/2016 | $1,647.50 |
| 4/4/2016 | $429.75 |
| 4/4/2016 | $429.75 |
| 4/4/2016 | $680.50 |
| 4/4/2016 | $680.50 |
| 4/4/2016 | $429.75 |
| 4/4/2016 | $394.00 |
| 4/4/2016 | $394.00 |
| 4/4/2016 | $358.25 |
| 4/4/2016 | $680.50 |
| 4/4/2016 | $501.50 |
| 4/4/2016 | $686.50 |
| 4/4/2016 | $429.75 |
| 4/4/2016 | $2,512.75 |
| 4/4/2016 | $65.75 |
| 4/4/2016 | $77.50 |
| 4/4/2016 | $1,361.00 |
| 4/4/2016 | $411.75 |
| 4/4/2016 | $89.50 |
| 4/4/2016 | $411.75 |
| 4/4/2016 | $268.50 |
| 4/4/2016 | $137.25 |

63379223 v1

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 4/4/2016 | $2,542.75 |
| 4/4/2016 | $573.00 |
| 4/4/2016 | $358.25 |
| 4/19/2016 | $2,041.50 |
| 4/19/2016 | $9,186.00 |
| 4/19/2016 | $232.50 |
| 4/19/2016 | $2,041.50 |
| 4/19/2016 | $2,041.50 |
| 4/19/2016 | $537.00 |
| 4/19/2016 | $411.75 |
| 4/19/2016 | $537.00 |
| 4/19/2016 | $1,235.25 |
| 4/19/2016 | $680.25 |
| 4/19/2016 | $411.75 |
| 4/19/2016 | $1,235.25 |
| 4/19/2016 | $340.50 |
| 4/19/2016 | $431.25 |
| 4/19/2016 | $197.25 |
| 4/19/2016 | $197.25 |
| 4/19/2016 | $680.50 |
| 4/19/2016 | $3,062.00 |
| 4/19/2016 | $77.50 |
| 4/19/2016 | $680.50 |
| 4/19/2016 | $680.50 |
| 4/19/2016 | $179.00 |
| 4/19/2016 | $137.25 |
| 4/19/2016 | $179.00 |
| 4/19/2016 | $411.75 |
| 4/19/2016 | $226.75 |
| 4/19/2016 | $137.25 |
| 4/19/2016 | $411.75 |
| 4/19/2016 | $113.50 |
| 4/19/2016 | $143.75 |
| 4/19/2016 | $65.75 |
| 4/19/2016 | $65.75 |
| 5/18/2016 | $322.25 |
| 5/18/2016 | $465.50 |
| 5/18/2016 | $429.75 |
| 5/18/2016 | $429.75 |
| 5/18/2016 | $465.50 |
| 5/18/2016 | $573.00 |
| 5/18/2016 | $1,253.50 |
| 5/18/2016 | $1,217.75 |
| 5/18/2016 | $859.50 |
| 5/18/2016 | $1,510.00 |
| 5/18/2016 | $364.00 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 5/18/2016 | $680.50 |
| 5/18/2016 | $644.75 |
| 5/18/2016 | $2,722.00 |
| 5/18/2016 | $644.75 |
| 5/18/2016 | $644.75 |
| 5/18/2016 | $1,002.75 |
| 5/18/2016 | $429.75 |
| 5/18/2016 | $394.00 |
| 5/18/2016 | $644.75 |
| 5/18/2016 | $644.75 |
| 5/18/2016 | $644.75 |
| 5/18/2016 | $465.50 |
| 5/18/2016 | $274.50 |
| 5/18/2016 | $358.25 |
| 5/18/2016 | $919.25 |
| 5/18/2016 | $680.50 |
| 5/18/2016 | $1,599.75 |
| 5/18/2016 | $2,321.75 |
| 5/18/2016 | $1,181.75 |
| 5/18/2016 | $1,002.75 |
| 5/18/2016 | $1,002.75 |
| 5/18/2016 | $1,038.50 |
| 5/18/2016 | $1,038.50 |
| 5/18/2016 | $537.25 |
| 5/18/2016 | $573.00 |
| 5/18/2016 | $1,140.00 |
| 5/18/2016 | $680.50 |
| 5/18/2016 | $358.25 |
| 5/18/2016 | $358.25 |
| 5/18/2016 | $358.25 |
| 5/18/2016 | $2,787.50 |
| 5/18/2016 | $274.50 |
| 5/18/2016 | $608.75 |
| 5/18/2016 | $1,361.00 |
| 5/18/2016 | $1,361.00 |
| 5/18/2016 | $429.75 |
| 5/18/2016 | $1,361.00 |
| 5/18/2016 | $358.25 |
| 5/18/2016 | $931.25 |
| 5/18/2016 | $358.25 |
| 5/18/2016 | $931.25 |
| 5/18/2016 | $644.75 |
| 5/18/2016 | $680.50 |
| 5/18/2016 | $1,217.75 |
| 5/18/2016 | $966.75 |
| 5/18/2016 | $1,396.50 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 5/18/2016 | $1,289.25 |
| 5/18/2016 | $1,289.25 |
| 5/18/2016 | $1,396.50 |
| 5/18/2016 | $1,719.00 |
| 5/18/2016 | $3,760.50 |
| 5/18/2016 | $3,653.25 |
| 5/18/2016 | $2,578.50 |
| 5/18/2016 | $4,530.00 |
| 5/18/2016 | $1,092.00 |
| 5/18/2016 | $2,041.50 |
| 5/18/2016 | $1,934.25 |
| 5/18/2016 | $1,934.25 |
| 5/18/2016 | $1,934.25 |
| 5/18/2016 | $3,008.25 |
| 5/18/2016 | $1,289.25 |
| 5/18/2016 | $1,182.00 |
| 5/18/2016 | $1,934.25 |
| 5/18/2016 | $1,934.25 |
| 5/18/2016 | $1,934.25 |
| 5/18/2016 | $1,396.50 |
| 5/18/2016 | $823.50 |
| 5/18/2016 | $1,074.75 |
| 5/18/2016 | $2,757.75 |
| 5/18/2016 | $2,041.50 |
| 5/18/2016 | $4,799.25 |
| 5/18/2016 | $6,965.25 |
| 5/18/2016 | $3,545.25 |
| 5/18/2016 | $3,008.25 |
| 5/18/2016 | $3,008.25 |
| 5/18/2016 | $3,115.50 |
| 5/18/2016 | $3,115.50 |
| 5/18/2016 | $1,611.75 |
| 5/18/2016 | $1,719.00 |
| 5/18/2016 | $3,420.00 |
| 5/18/2016 | $2,041.50 |
| 5/18/2016 | $1,074.75 |
| 5/18/2016 | $1,074.75 |
| 5/18/2016 | $1,074.75 |
| 5/18/2016 | $8,362.50 |
| 5/18/2016 | $823.50 |
| 5/18/2016 | $1,826.25 |
| 5/18/2016 | $4,083.00 |
| 5/18/2016 | $4,083.00 |
| 5/18/2016 | $1,289.25 |
| 5/18/2016 | $4,083.00 |
| 5/18/2016 | $1,074.75 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|---------------|
| 5/18/2016 | $2,793.75 |
| 5/18/2016 | $1,074.75 |
| 5/18/2016 | $2,793.75 |
| 5/18/2016 | $1,934.25 |
| 5/18/2016 | $2,041.50 |
| 5/18/2016 | $3,653.25 |
| 7/15/2016 | $805.50 |
| 7/15/2016 | $2,041.50 |
| 7/15/2016 | $2,059.50 |
| 7/15/2016 | $1,235.25 |
| 7/15/2016 | $1,934.25 |
| 7/15/2016 | $1,647.75 |
| 7/15/2016 | $537.00 |
| 7/15/2016 | $805.50 |
| 7/15/2016 | $948.75 |
| 7/15/2016 | $1,826.25 |
| 7/15/2016 | $823.50 |
| 7/15/2016 | $966.75 |
| 7/15/2016 | $2,471.25 |
| 7/15/2016 | $1,074.75 |
| 7/15/2016 | $2,793.75 |
| 7/15/2016 | $1,235.25 |
| 7/15/2016 | $1,826.25 |
| 7/15/2016 | $1,647.75 |
| 7/15/2016 | $2,202.75 |
| 7/15/2016 | $1,289.25 |
| 7/15/2016 | $1,074.75 |
| 7/15/2016 | $1,396.50 |
| 7/15/2016 | $1,396.50 |
| 7/15/2016 | $823.50 |
| 7/15/2016 | $1,235.25 |
| 7/15/2016 | $1,074.75 |
| 7/15/2016 | $2,578.50 |
| 7/15/2016 | $1,862.00 |
| 7/15/2016 | $268.50 |
| 7/15/2016 | $680.50 |
| 7/15/2016 | $686.50 |
| 7/15/2016 | $411.75 |
| 7/15/2016 | $644.75 |
| 7/15/2016 | $549.25 |
| 7/15/2016 | $179.00 |
| 7/15/2016 | $268.50 |
| 7/15/2016 | $316.25 |
| 7/15/2016 | $608.75 |
| 7/15/2016 | $274.50 |
| 7/15/2016 | $322.25 |

63379223 v1

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 7/15/2016 | $823.75 |
| 7/15/2016 | $358.25 |
| 7/15/2016 | $931.25 |
| 7/15/2016 | $411.75 |
| 7/15/2016 | $608.75 |
| 7/15/2016 | $549.25 |
| 7/15/2016 | $734.25 |
| 7/15/2016 | $429.75 |
| 7/15/2016 | $358.25 |
| 7/15/2016 | $465.50 |
| 7/15/2016 | $465.50 |
| 7/15/2016 | $274.50 |
| 7/15/2016 | $411.75 |
| 7/15/2016 | $358.25 |
| 7/15/2016 | $859.50 |
| 8/18/2016 | $4,118.25 |
| 8/18/2016 | $10,421.25 |
| 8/18/2016 | $2,256.00 |
| 8/18/2016 | $2,256.00 |
| 8/18/2016 | $3,939.75 |
| 8/18/2016 | $2,901.00 |
| 8/18/2016 | $1,074.75 |
| 8/18/2016 | $1,396.50 |
| 8/18/2016 | $2,901.00 |
| 8/18/2016 | $6,392.25 |
| 8/18/2016 | $3,008.25 |
| 8/18/2016 | $3,545.25 |
| 8/18/2016 | $2,578.50 |
| 8/18/2016 | $2,578.50 |
| 8/18/2016 | $1,934.25 |
| 8/18/2016 | $3,670.50 |
| 8/18/2016 | $2,614.50 |
| 8/18/2016 | $2,596.50 |
| 8/18/2016 | $3,420.00 |
| 8/18/2016 | $5,049.75 |
| 8/18/2016 | $537.00 |
| 8/18/2016 | $537.00 |
| 8/18/2016 | $3,438.00 |
| 8/18/2016 | $5,586.75 |
| 8/18/2016 | $4,083.00 |
| 8/18/2016 | $4,638.00 |
| 8/18/2016 | $2,685.75 |
| 8/18/2016 | $7,807.50 |
| 8/18/2016 | $3,276.75 |
| 8/18/2016 | $2,722.00 |
| 8/18/2016 | $1,372.75 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 8/18/2016 | $3,473.75 |
| 8/18/2016 | $752.00 |
| 8/18/2016 | $752.00 |
| 8/18/2016 | $1,313.25 |
| 8/18/2016 | $967.00 |
| 8/18/2016 | $358.25 |
| 8/18/2016 | $465.50 |
| 8/18/2016 | $967.00 |
| 8/18/2016 | $2,130.75 |
| 8/18/2016 | $1,002.75 |
| 8/18/2016 | $1,181.75 |
| 8/18/2016 | $859.50 |
| 8/18/2016 | $859.50 |
| 8/18/2016 | $644.75 |
| 8/18/2016 | $1,223.50 |
| 8/18/2016 | $871.50 |
| 8/18/2016 | $865.50 |
| 8/18/2016 | $1,140.00 |
| 8/18/2016 | $1,683.25 |
| 8/18/2016 | $179.00 |
| 8/18/2016 | $179.00 |
| 8/18/2016 | $1,146.00 |
| 8/18/2016 | $1,862.25 |
| 8/18/2016 | $1,361.00 |
| 8/18/2016 | $1,546.00 |
| 8/18/2016 | $895.25 |
| 8/18/2016 | $2,602.50 |
| 8/18/2016 | $1,092.25 |
| 8/29/2016 | $2,041.50 |
| 8/29/2016 | $1,074.75 |
| 8/29/2016 | $1,235.25 |
| 8/29/2016 | $2,041.50 |
| 8/29/2016 | $2,041.50 |
| 8/29/2016 | $1,235.25 |
| 8/29/2016 | $1,235.25 |
| 8/29/2016 | $268.50 |
| 8/29/2016 | $2,149.00 |
| 8/29/2016 | $4,527.00 |
| 8/29/2016 | $2,722.00 |
| 8/29/2016 | $680.50 |
| 8/29/2016 | $358.25 |
| 8/29/2016 | $411.75 |
| 8/29/2016 | $680.50 |
| 8/29/2016 | $680.50 |
| 8/29/2016 | $411.75 |
| 8/29/2016 | $411.75 |

63379223 v1

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 8/29/2016 | $89.50 |
| 10/5/2016 | $1,611.75 |
| 10/5/2016 | $1,074.75 |
| 10/5/2016 | $2,364.00 |
| 10/5/2016 | $2,059.50 |
| 10/5/2016 | $2,256.00 |
| 10/5/2016 | $1,396.50 |
| 10/5/2016 | $2,041.50 |
| 10/5/2016 | $2,041.50 |
| 10/5/2016 | $1,719.00 |
| 10/5/2016 | $537.00 |
| 10/5/2016 | $1,826.25 |
| 10/5/2016 | $2,901.00 |
| 10/5/2016 | $3,008.25 |
| 10/5/2016 | $8,362.50 |
| 10/5/2016 | $3,384.00 |
| 10/5/2016 | $3,831.75 |
| 10/5/2016 | $1,182.00 |
| 10/5/2016 | $1,611.75 |
| 10/5/2016 | $5,139.00 |
| 10/5/2016 | $2,685.75 |
| 10/5/2016 | $966.75 |
| 10/5/2016 | $2,793.75 |
| 10/5/2016 | $966.75 |
| 10/5/2016 | $537.25 |
| 10/5/2016 | $358.25 |
| 10/5/2016 | $788.00 |
| 10/5/2016 | $686.50 |
| 10/5/2016 | $752.00 |
| 10/5/2016 | $465.50 |
| 10/5/2016 | $680.50 |
| 10/5/2016 | $680.50 |
| 10/5/2016 | $573.00 |
| 10/5/2016 | $179.00 |
| 10/5/2016 | $608.75 |
| 10/5/2016 | $967.00 |
| 10/5/2016 | $1,002.75 |
| 10/5/2016 | $2,787.50 |
| 10/5/2016 | $1,128.00 |
| 10/5/2016 | $1,277.25 |
| 10/5/2016 | $394.00 |
| 10/5/2016 | $537.25 |
| 10/5/2016 | $1,713.00 |
| 10/5/2016 | $895.25 |
| 10/5/2016 | $322.25 |
| 10/5/2016 | $931.25 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 10/5/2016 | $322.25 |
| 10/18/2016 | $232.50 |
| 10/18/2016 | $16,689.00 |
| 10/18/2016 | $17,279.25 |
| 10/18/2016 | $3,939.75 |
| 10/18/2016 | $1,074.75 |
| 10/18/2016 | $1,396.50 |
| 10/18/2016 | $1,504.50 |
| 10/18/2016 | $1,182.00 |
| 10/18/2016 | $1,934.25 |
| 10/18/2016 | $17,942.25 |
| 10/18/2016 | $232.50 |
| 10/18/2016 | $232.50 |
| 10/18/2016 | $2,578.50 |
| 10/18/2016 | $2,560.50 |
| 10/18/2016 | $197.25 |
| 10/18/2016 | $4,083.00 |
| 10/18/2016 | $1,611.75 |
| 10/18/2016 | $788.25 |
| 10/18/2016 | $537.00 |
| 10/18/2016 | $2,041.50 |
| 10/18/2016 | $1,074.75 |
| 10/18/2016 | $8,380.50 |
| 10/18/2016 | $3,330.75 |
| 10/18/2016 | $3,223.50 |
| 10/18/2016 | $3,223.50 |
| 10/18/2016 | $340.50 |
| 10/18/2016 | $340.50 |
| 10/18/2016 | $340.50 |
| 10/18/2016 | $77.50 |
| 10/18/2016 | $5,563.00 |
| 10/18/2016 | $5,759.75 |
| 10/18/2016 | $1,313.25 |
| 10/18/2016 | $358.25 |
| 10/18/2016 | $465.50 |
| 10/18/2016 | $501.50 |
| 10/18/2016 | $394.00 |
| 10/18/2016 | $644.75 |
| 10/18/2016 | $5,980.75 |
| 10/18/2016 | $77.50 |
| 10/18/2016 | $77.50 |
| 10/18/2016 | $859.50 |
| 10/18/2016 | $853.50 |
| 10/18/2016 | $65.75 |
| 10/18/2016 | $1,361.00 |
| 10/18/2016 | $537.25 |

63379223 v1

## TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 10/18/2016 | $262.75 |
| 10/18/2016 | $179.00 |
| 10/18/2016 | $680.50 |
| 10/18/2016 | $358.25 |
| 10/18/2016 | $2,793.50 |
| 10/18/2016 | $1,110.25 |
| 10/18/2016 | $1,074.50 |
| 10/18/2016 | $1,074.50 |
| 10/18/2016 | $113.50 |
| 10/18/2016 | $113.50 |
| 10/18/2016 | $113.50 |
| 11/7/2016 | $1,844.25 |
| 11/7/2016 | $2,596.50 |
| 11/7/2016 | $614.75 |
| 11/7/2016 | $865.50 |
| 12/2/2016 | $8,935.50 |
| 12/2/2016 | $2,913.00 |
| 12/2/2016 | $2,978.50 |
| 12/28/2016 | $1,235.25 |
| 12/28/2016 | $1,235.25 |
| 12/28/2016 | $14,414.25 |
| 12/28/2016 | $966.75 |
| 12/28/2016 | $2,847.00 |
| 12/28/2016 | $907.00 |
| 12/28/2016 | $411.75 |
| 12/28/2016 | $411.75 |
| 12/28/2016 | $4,804.75 |
| 12/28/2016 | $322.25 |
| 12/28/2016 | $949.00 |
| 2/15/2017 | $1,504.50 |
| 2/15/2017 | $465.75 |
| 2/15/2017 | $3,545.25 |
| 2/15/2017 | $3,579.00 |
| 2/15/2017 | $2,471.25 |
| 2/15/2017 | $2,041.50 |
| 2/15/2017 | $1,826.25 |
| 2/15/2017 | $1,934.25 |
| 2/15/2017 | $501.50 |
| 2/15/2017 | $155.25 |
| 2/15/2017 | $1,181.75 |
| 2/15/2017 | $1,193.00 |
| 2/15/2017 | $823.75 |
| 2/15/2017 | $680.50 |
| 2/15/2017 | $608.75 |
| 2/15/2017 | $644.75 |
| 3/16/2017 | $52,859.25 |

TRANSFERS TO J.F. EDUCATIONAL SERVICES INC.

| Date | Payment Amount |
|------|----------------|
| 3/16/2017 | $11,066.25 |
| 3/16/2017 | $17,888.25 |
| 3/16/2017 | $17,619.75 |
| 3/16/2017 | $3,688.75 |
| 3/16/2017 | $5,962.75 |
| 3/29/2017 | $6,123.75 |
| 3/29/2017 | $10,654.50 |
| 3/29/2017 | $2,041.25 |
| 3/29/2017 | $3,551.50 |
| 4/21/2017 | $18,049.50 |
| 4/21/2017 | $25,874.25 |
| 4/21/2017 | $4,226.25 |
| 4/21/2017 | $8,165.00 |
| 4/21/2017 | $6,016.50 |
| 4/21/2017 | $8,624.75 |
| 4/21/2017 | $1,408.75 |