# EXHIBIT A

TRANSFERS TO SUZUKI DEL CARIBE, INC.

| Date | Payment Amount |
|---|---|
| 1/16/2014 | $109.00 |
| 1/22/2014 | $109.00 |
| 4/9/2014 | $550.00 |
| 4/9/2014 | $1,809.00 |
| 5/19/2014 | $373.00 |
| 6/30/2014 | $22,995.00 |
| 7/3/2014 | $1,327.00 |
| 7/23/2014 | $40,973.00 |
| 8/12/2014 | $102.00 |
| 8/22/2014 | $172.00 |
| 4/22/2015 | $226.00 |
| 7/16/2015 | $103.00 |
| 7/30/2015 | $1,178.00 |
| 8/17/2015 | $29,200.00 |
| 10/22/2015 | $15,385.00 |
| 4/28/2016 | $461,562.00 |
| 4/28/2016 | $307,708.00 |
| 5/6/2016 | $117,222.00 |
| 5/19/2016 | $323,093.00 |
| 7/7/2016 | $528.00 |
| 7/7/2016 | $446,176.00 |
| 7/14/2016 | $2,316.00 |
| 9/12/2016 | $5,996.00 |
| 9/26/2016 | $30,771.00 |
| 9/26/2016 | $37,000.00 |
| 10/5/2016 | $369,249.00 |
| 12/28/2016 | $15,385.00 |
| 2/21/2017 | $2,990.00 |
| 2/23/2017 | $415,406.00 |

A-1