# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO REYES CONTRACTOR GROUP, INC.

| Date | Payment Amount |
|---|---|
| 5/10/2013 | $4,822.00 |
| 5/13/2013 | $28,500.00 |
| 5/28/2013 | $4,300.00 |
| 5/28/2013 | $6,575.00 |
| 5/28/2013 | $11,633.00 |
| 5/28/2013 | $17,520.00 |
| 6/10/2013 | $11,415.00 |
| 6/10/2013 | $33,995.00 |
| 6/14/2013 | $2,550.00 |
| 6/19/2013 | $18,573.00 |
| 6/19/2013 | $1,475.00 |
| 7/1/2013 | $1,800.00 |
| 7/5/2013 | $575.00 |
| 7/10/2013 | $29,919.00 |
| 7/12/2013 | $2,100.00 |
| 7/17/2013 | $12,700.00 |
| 7/19/2013 | $4,825.00 |
| 8/20/2013 | $13,500.00 |
| 8/26/2013 | $13,275.00 |
| 9/18/2013 | $3,150.00 |
| 9/18/2013 | $6,600.00 |
| 9/18/2013 | $14,080.00 |
| 9/18/2013 | $17,070.00 |
| 9/23/2013 | $12,250.00 |
| 9/23/2013 | $13,715.00 |
| 9/30/2013 | $18,803.00 |
| 10/4/2013 | $8,960.00 |
| 10/4/2013 | $12,921.00 |
| 10/4/2013 | $700.00 |
| 10/4/2013 | $304,895.00 |
| 10/9/2013 | $4,400.00 |
| 10/9/2013 | $7,533.00 |
| 10/9/2013 | $11,351.00 |
| 10/15/2013 | $8,964.00 |
| 10/21/2013 | $4,400.00 |
| 10/21/2013 | $230,176.00 |
| 11/4/2013 | $2,625.00 |
| 11/4/2013 | $9,752.00 |
| 11/4/2013 | $24,553.00 |
| 11/4/2013 | $47,911.00 |
| 11/4/2013 | $49,851.00 |
| 11/4/2013 | $1,350.00 |
| 11/25/2013 | $29,550.00 |
| 12/3/2013 | $183,200.00 |
| 12/10/2013 | $16,990.00 |
| 12/20/2013 | $7,050.00 |

# EXHIBIT A

## TRANSFERS TO REYES CONTRACTOR GROUP, INC.

| Date | Payment Amount |
|---|---|
| 1/6/2014 | $286.00 |
| 1/6/2014 | $5,700.00 |
| 1/6/2014 | $6,450.00 |
| 1/6/2014 | $23,397.00 |
| 1/6/2014 | $850.00 |
| 1/15/2014 | $2,650.00 |
| 1/15/2014 | $29,500.00 |
| 1/15/2014 | $1,200.00 |
| 2/10/2014 | $3,775.00 |
| 2/18/2014 | $2,565.00 |
| 2/24/2014 | $39,414.00 |
| 3/20/2014 | $3,600.00 |
| 3/20/2014 | $49,500.00 |
| 3/21/2014 | $2,360.00 |
| 3/21/2014 | $24,840.00 |
| 3/21/2014 | $64,770.00 |
| 3/26/2014 | $4,050.00 |
| 3/26/2014 | $18,518.00 |
| 4/3/2014 | $14,425.00 |
| 4/8/2014 | $550.00 |
| 4/8/2014 | $28,975.00 |
| 4/8/2014 | $38,338.00 |
| 4/11/2014 | $3,075.00 |
| 4/11/2014 | $7,705.00 |
| 4/11/2014 | $1,010.00 |
| 4/16/2014 | $58,031.00 |
| 4/16/2014 | $1,525.00 |
| 4/28/2014 | $26,485.00 |
| 5/2/2014 | $18,295.00 |
| 5/12/2014 | $11,357.00 |
| 5/14/2014 | $295.00 |
| 5/14/2014 | $3,600.00 |
| 5/14/2014 | $54,194.00 |
| 5/14/2014 | $251,856.00 |
| 5/19/2014 | $975.00 |
| 5/23/2014 | $1,600.00 |
| 6/9/2014 | $5,150.00 |
| 6/9/2014 | $475.00 |
| 6/23/2014 | $83,140.00 |
| 6/27/2014 | $5,600.00 |
| 6/27/2014 | $591.00 |
| 6/27/2014 | $12,545.00 |
| 6/27/2014 | $17,865.00 |
| 7/11/2014 | $2,100.00 |
| 7/11/2014 | $2,360.00 |
| 7/11/2014 | $2,400.00 |

EXHIBIT A

TRANSFERS TO REYES CONTRACTOR GROUP, INC.

| Date | Payment Amount |
|---|---|
| 7/11/2014 | $180.00 |
| 7/16/2014 | $24,935.00 |
| 7/16/2014 | $27,990.00 |
| 7/24/2014 | $6,161.00 |
| 7/24/2014 | $1,250.00 |
| 8/5/2014 | $4,995.00 |
| 8/5/2014 | $5,433.00 |
| 9/5/2014 | $4,500.00 |
| 9/8/2014 | $167,242.00 |
| 9/22/2014 | $320.00 |
| 9/22/2014 | $43,551.00 |
| 10/2/2014 | $6,624.00 |
| 10/2/2014 | $8,560.00 |
| 10/2/2014 | $33,431.00 |
| 10/8/2014 | $31,960.00 |
| 10/10/2014 | $10,200.00 |
| 10/20/2014 | $1,425.00 |
| 10/21/2014 | $2,250.00 |
| 10/21/2014 | $2,745.00 |
| 10/21/2014 | $8,660.00 |
| 10/24/2014 | $6,200.00 |
| 10/24/2014 | $1,850.00 |
| 10/31/2014 | $5,195.00 |
| 11/7/2014 | $2,684.00 |
| 11/12/2014 | $2,615.00 |
| 11/12/2014 | $1,010.00 |
| 11/21/2014 | $2,069.00 |
| 11/21/2014 | $15,465.00 |
| 11/21/2014 | $1,225.00 |
| 12/2/2014 | $6,800.00 |
| 12/4/2014 | $16,540.00 |
| 12/5/2014 | $49,465.00 |
| 12/15/2014 | $155,611.00 |
| 12/15/2014 | $225.00 |
| 12/19/2014 | $27,863.00 |
| 12/19/2014 | $39,320.00 |
| 1/5/2015 | $2,049.00 |
| 1/5/2015 | $3,063.00 |
| 1/12/2015 | $4,827.00 |
| 1/15/2015 | $6,495.00 |
| 1/15/2015 | $16,096.00 |
| 1/15/2015 | $48,996.00 |
| 1/23/2015 | $1,000.00 |
| 1/30/2015 | $30,144.00 |
| 2/13/2015 | $870.00 |
| 2/27/2015 | $400.00 |

EXHIBIT A
TRANSFERS TO REYES CONTRACTOR GROUP, INC.

| Date | Payment Amount |
|---|---|
| 3/13/2015 | $4,822.00 |
| 4/22/2015 | $750.00 |
| 4/27/2015 | $750.00 |
| 5/19/2015 | $18,995.00 |
| 5/19/2015 | $669.00 |
| 5/26/2015 | $9,300.00 |
| 6/19/2015 | $14,819.00 |
| 6/23/2015 | $700.00 |
| 7/3/2015 | $3,445.00 |
| 7/9/2015 | $5,414.00 |
| 7/10/2015 | $28,051.00 |
| 7/15/2015 | $1,146.00 |
| 7/15/2015 | $3,056.00 |
| 7/15/2015 | $3,671.00 |
| 7/23/2015 | $716.00 |
| 7/28/2015 | $454.00 |
| 7/31/2015 | $7,178.00 |
| 7/31/2015 | $1,358.00 |
| 7/31/2015 | $1,019.00 |
| 8/7/2015 | $3,680.00 |
| 8/11/2015 | $1,336.00 |
| 8/20/2015 | $30,941.00 |
| 8/28/2015 | $2,183.00 |
| 9/2/2015 | $2,800.00 |
| 9/2/2015 | $4,738.00 |
| 9/4/2015 | $454.00 |
| 9/11/2015 | $3,995.00 |
| 9/15/2015 | $4,790.00 |
| 9/15/2015 | $2,101.00 |
| 9/15/2015 | $1,116.00 |
| 9/22/2015 | $12,300.00 |
| 9/25/2015 | $645.00 |
| 10/16/2015 | $1,164.00 |
| 10/16/2015 | $950.00 |
| 10/16/2015 | $1,671.00 |
| 10/21/2015 | $8,575.00 |
| 10/21/2015 | $4,080.00 |
| 10/21/2015 | $120,794.00 |
| 11/6/2015 | $3,347.00 |
| 11/6/2015 | $32,752.00 |
| 11/13/2015 | $7,354.00 |
| 11/13/2015 | $2,800.00 |
| 11/23/2015 | $12,558.00 |
| 11/27/2015 | $8,977.00 |
| 11/27/2015 | $14,335.00 |
| 12/29/2015 | $950.00 |

# EXHIBIT A
## TRANSFERS TO REYES CONTRACTOR GROUP, INC.

| Date | Payment Amount |
|---|---|
| 12/29/2015 | $13,950.00 |
| 1/6/2016 | $9,359.00 |
| 2/24/2016 | $3,292.00 |
| 2/24/2016 | $485.00 |
| 3/14/2016 | $17,266.00 |
| 3/14/2016 | $94,822.00 |
| 3/14/2016 | $1,337.00 |
| 3/14/2016 | $10,014.00 |
| 3/14/2016 | $52,525.00 |
| 3/14/2016 | $7,505.00 |
| 3/14/2016 | $675.00 |
| 3/14/2016 | $7,978.00 |
| 3/14/2016 | $29,636.00 |
| 3/14/2016 | $1,200.00 |
| 3/14/2016 | $18,078.00 |
| 4/28/2016 | $5,330.00 |
| 4/28/2016 | $17,730.00 |
| 4/28/2016 | $7,726.00 |
| 4/28/2016 | $1,337.00 |
| 4/28/2016 | $3,013.00 |
| 6/2/2016 | $1,261.00 |
| 6/2/2016 | $2,217.00 |
| 6/7/2016 | $21,870.00 |
| 6/7/2016 | $44,541.00 |
| 6/7/2016 | $18,140.00 |
| 6/8/2016 | $3,343.00 |
| 6/8/2016 | $5,325.00 |
| 6/8/2016 | $1,373.00 |
| 6/8/2016 | $4,298.00 |
| 6/14/2016 | $60,714.00 |
| 6/29/2016 | $2,037.00 |
| 6/29/2016 | $728.00 |
| 6/29/2016 | $534.00 |
| 6/29/2016 | $631.00 |
| 6/29/2016 | $892.00 |
| 7/5/2016 | $7,350.00 |
| 7/5/2016 | $7,411.00 |
| 7/5/2016 | $7,850.00 |
| 7/7/2016 | $2,187.00 |
| 7/7/2016 | $106,960.00 |
| 7/7/2016 | $550.00 |
| 7/14/2016 | $35,605.00 |
| 7/14/2016 | $18,860.00 |
| 7/26/2016 | $1,190.00 |
| 8/8/2016 | $49,884.00 |
| 8/11/2016 | $6,919.00 |

EXHIBIT A

TRANSFERS TO REYES CONTRACTOR GROUP, INC.

| Date | Payment Amount |
|---|---|
| 8/11/2016 | $1,833.00 |
| 8/11/2016 | $631.00 |
| 8/11/2016 | $1,455.00 |
| 8/11/2016 | $3,056.00 |
| 8/11/2016 | $13,522.00 |
| 8/11/2016 | $1,649.00 |
| 8/11/2016 | $880.00 |
| 8/25/2016 | $950.00 |
| 8/25/2016 | $95,907.00 |
| 9/15/2016 | $67,710.00 |
| 9/15/2016 | $2,037.00 |
| 9/19/2016 | $9,359.00 |
| 9/19/2016 | $5,046.00 |
| 9/19/2016 | $4,584.00 |
| 9/19/2016 | $10,748.00 |
| 9/19/2016 | $29,796.00 |
| 9/19/2016 | $2,700.00 |
| 9/19/2016 | $5,969.00 |
| 9/19/2016 | $10,000.00 |
| 9/19/2016 | $5,559.00 |
| 9/19/2016 | $4,584.00 |
| 9/19/2016 | $83,710.00 |
| 9/19/2016 | $960.00 |
| 9/19/2016 | $631.00 |
| 10/3/2016 | $27,990.00 |
| 10/3/2016 | $1,334.00 |
| 10/6/2016 | $7,292.00 |
| 10/6/2016 | $1,455.00 |
| 10/6/2016 | $1,980.00 |
| 10/6/2016 | $412.00 |
| 10/6/2016 | $3,271.00 |
| 10/18/2016 | $7,147.00 |
| 10/18/2016 | $73,798.00 |
| 11/1/2016 | $35,410.00 |
| 11/10/2016 | $7,640.00 |
| 11/10/2016 | $1,433.00 |
| 11/17/2016 | $3,199.00 |
| 11/23/2016 | $12,476.00 |
| 11/23/2016 | $5,062.00 |
| 11/23/2016 | $7,621.00 |
| 12/20/2016 | $3,237.00 |
| 12/20/2016 | $7,545.00 |
| 12/20/2016 | $12,511.00 |
| 12/20/2016 | $3,914.00 |
| 12/20/2016 | $25,499.00 |
| 12/20/2016 | $364.00 |

# EXHIBIT A

## TRANSFERS TO REYES CONTRACTOR GROUP, INC.

| Date | Payment Amount |
|---|---|
| 12/20/2016 | $18,747.00 |
| 12/20/2016 | $5,895.00 |
| 12/20/2016 | $1,334.00 |
| 12/27/2016 | $16,068.00 |
| 12/27/2016 | $5,495.00 |
| 1/6/2017 | $1,100.00 |
| 1/20/2017 | $15,924.00 |
| 2/9/2017 | $4,050.00 |
| 2/9/2017 | $1,153.00 |
| 2/17/2017 | $2,745.00 |
| 3/7/2017 | $1,350.00 |
| 3/8/2017 | $41,798.00 |
| 3/8/2017 | $11,240.00 |
| 3/8/2017 | $1,375.00 |
| 3/8/2017 | $16,248.00 |
| 3/17/2017 | $3,319.00 |
| 3/21/2017 | $4,395.00 |
| 3/21/2017 | $3,572.00 |
| 3/21/2017 | $1,960.00 |
| 3/21/2017 | $5,250.00 |
| 3/21/2017 | $2,945.00 |
| 3/21/2017 | $1,150.00 |
| 3/21/2017 | $3,600.00 |
| 3/21/2017 | $2,600.00 |
| 3/24/2017 | $6,300.00 |
| 3/24/2017 | $13,731.00 |
| 3/24/2017 | $6,995.00 |
| 3/31/2017 | $24,028.00 |
| 3/31/2017 | $1,960.00 |
| 4/5/2017 | $7,195.00 |
| 4/11/2017 | $12,770.00 |
| 4/11/2017 | $39,014.00 |
| 4/13/2017 | $18,636.00 |
| 4/13/2017 | $34,000.00 |
| 4/18/2017 | $1,386.00 |
| 4/21/2017 | $2,196.00 |