# EXHIBIT A

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 5/6/2013 | $1,650.00 |
| 5/10/2013 | $73,596.00 |
| 5/10/2013 | $82,254.00 |
| 5/28/2013 | $94,293.00 |
| 7/5/2013 | $2,850.00 |
| 7/5/2013 | $5,890.00 |
| 7/5/2013 | $1,330.00 |
| 7/12/2013 | $2,850.00 |
| 7/12/2013 | $5,890.00 |
| 7/12/2013 | $1,330.00 |
| 9/3/2013 | $97,790.00 |
| 9/27/2013 | $76,350.00 |
| 10/4/2013 | $2,250.00 |
| 10/4/2013 | $4,650.00 |
| 10/4/2013 | $1,050.00 |
| 10/15/2013 | $5,550.00 |
| 11/25/2013 | $38,500.00 |
| 12/12/2013 | $9,625.00 |
| 12/20/2013 | $213,365.00 |
| 1/13/2014 | $9,625.00 |
| 2/19/2014 | $134,220.00 |
| 2/27/2014 | $42,900.00 |
| 3/11/2014 | $10,725.00 |
| 4/3/2014 | $10,725.00 |
| 4/14/2014 | $49,500.00 |
| 4/23/2014 | $103,635.00 |
| 5/12/2014 | $12,375.00 |
| 5/21/2014 | $12,375.00 |
| 6/2/2014 | $70,294.00 |
| 7/8/2014 | $77,436.00 |
| 8/13/2014 | $7,508.00 |
| 8/13/2014 | $30,030.00 |
| 8/19/2014 | $7,508.00 |
| 10/6/2014 | $368,288.00 |
| 10/30/2014 | $3,080.00 |
| 10/30/2014 | $3,080.00 |
| 11/6/2014 | $12,320.00 |
| 12/30/2014 | $2,530.00 |
| 12/30/2014 | $6,160.00 |
| 12/30/2014 | $847.00 |
| 2/2/2015 | $34,611.00 |
| 2/6/2015 | $46,962.00 |
| 2/19/2015 | $32,349.00 |
| 3/5/2015 | $45,289.00 |
| 6/26/2015 | $59,258.00 |
| 7/15/2015 | $40,976.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|---------------|
| 7/21/2015 | $44,886.00 |
| 7/28/2015 | $10,115.00 |
| 8/7/2015 | $40,976.00 |
| 8/7/2015 | $43,132.00 |
| 8/12/2015 | $9,516.00 |
| 8/19/2015 | $6,574.00 |
| 8/24/2015 | $570.00 |
| 8/24/2015 | $9,609.00 |
| 8/25/2015 | $24,425.00 |
| 9/8/2015 | $2,813.00 |
| 9/16/2015 | $6,469.00 |
| 9/21/2015 | $15,676.00 |
| 10/20/2015 | $2,283.00 |
| 10/27/2015 | $1,089.00 |
| 10/27/2015 | $874.00 |
| 10/27/2015 | $1,196.00 |
| 10/27/2015 | $1,222.00 |
| 10/27/2015 | $4,318.00 |
| 10/27/2015 | $778.00 |
| 10/27/2015 | $625.00 |
| 10/27/2015 | $854.00 |
| 10/27/2015 | $2,062.00 |
| 10/27/2015 | $1,473.00 |
| 11/4/2015 | $621.00 |
| 11/4/2015 | $893.00 |
| 11/4/2015 | $877.00 |
| 11/4/2015 | $877.00 |
| 11/4/2015 | $798.00 |
| 11/4/2015 | $788.00 |
| 11/4/2015 | $538.00 |
| 11/4/2015 | $642.00 |
| 11/4/2015 | $551.00 |
| 11/4/2015 | $551.00 |
| 11/4/2015 | $865.00 |
| 11/4/2015 | $899.00 |
| 11/4/2015 | $621.00 |
| 11/4/2015 | $865.00 |
| 11/4/2015 | $1,052.00 |
| 11/4/2015 | $1,102.00 |
| 11/4/2015 | $1,004.00 |
| 11/4/2015 | $484.00 |
| 11/4/2015 | $667.00 |
| 11/4/2015 | $766.00 |
| 11/4/2015 | $851.00 |
| 11/4/2015 | $766.00 |
| 11/4/2015 | $484.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 11/4/2015 | $458.00 |
| 11/4/2015 | $2,471.00 |
| 11/4/2015 | $962.00 |
| 11/4/2015 | $209.00 |
| 11/4/2015 | $873.00 |
| 11/4/2015 | $209.00 |
| 11/4/2015 | $209.00 |
| 11/4/2015 | $209.00 |
| 11/4/2015 | $1,883.00 |
| 11/4/2015 | $971.00 |
| 11/4/2015 | $942.00 |
| 11/4/2015 | $832.00 |
| 11/4/2015 | $990.00 |
| 11/4/2015 | $907.00 |
| 11/4/2015 | $830.00 |
| 11/4/2015 | $830.00 |
| 11/4/2015 | $971.00 |
| 11/4/2015 | $973.00 |
| 11/4/2015 | $1,814.00 |
| 11/4/2015 | $977.00 |
| 11/4/2015 | $859.00 |
| 11/4/2015 | $1,046.00 |
| 11/4/2015 | $935.00 |
| 11/4/2015 | $1,507.00 |
| 11/4/2015 | $739.00 |
| 11/4/2015 | $1,479.00 |
| 11/4/2015 | $1,080.00 |
| 11/4/2015 | $1,004.00 |
| 11/4/2015 | $1,045.00 |
| 11/4/2015 | $907.00 |
| 11/4/2015 | $588.00 |
| 11/4/2015 | $767.00 |
| 11/4/2015 | $751.00 |
| 11/4/2015 | $757.00 |
| 11/4/2015 | $765.00 |
| 11/4/2015 | $2,940.00 |
| 11/4/2015 | $663.00 |
| 11/4/2015 | $550.00 |
| 11/4/2015 | $907.00 |
| 11/4/2015 | $1,146.00 |
| 11/4/2015 | $952.00 |
| 11/4/2015 | $976.00 |
| 11/4/2015 | $209.00 |
| 11/4/2015 | $831.00 |
| 11/4/2015 | $1,451.00 |
| 11/4/2015 | $406.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 11/4/2015 | $1,124.00 |
| 11/4/2015 | $1,175.00 |
| 11/4/2015 | $1,013.00 |
| 11/4/2015 | $785.00 |
| 11/4/2015 | $1,620.00 |
| 11/4/2015 | $905.00 |
| 11/4/2015 | $986.00 |
| 11/4/2015 | $812.00 |
| 11/4/2015 | $947.00 |
| 11/4/2015 | $2,869.00 |
| 11/10/2015 | $823.00 |
| 11/10/2015 | $984.00 |
| 11/10/2015 | $1,158.00 |
| 11/10/2015 | $769.00 |
| 11/10/2015 | $865.00 |
| 11/10/2015 | $698.00 |
| 11/10/2015 | $1,256.00 |
| 11/10/2015 | $907.00 |
| 11/10/2015 | $956.00 |
| 11/10/2015 | $963.00 |
| 11/10/2015 | $426.00 |
| 11/10/2015 | $251.00 |
| 11/10/2015 | $209.00 |
| 11/10/2015 | $811.00 |
| 11/17/2015 | $209.00 |
| 11/17/2015 | $209.00 |
| 11/17/2015 | $209.00 |
| 11/17/2015 | $209.00 |
| 11/17/2015 | $974.00 |
| 11/17/2015 | $209.00 |
| 11/17/2015 | $467.00 |
| 11/17/2015 | $209.00 |
| 11/17/2015 | $1,075.00 |
| 11/17/2015 | $691.00 |
| 11/27/2015 | $740.00 |
| 11/27/2015 | $1,054.00 |
| 11/27/2015 | $851.00 |
| 11/27/2015 | $977.00 |
| 11/27/2015 | $947.00 |
| 11/27/2015 | $1,005.00 |
| 11/27/2015 | $1,255.00 |
| 11/27/2015 | $516.00 |
| 11/27/2015 | $547.00 |
| 11/27/2015 | $851.00 |
| 11/27/2015 | $865.00 |
| 11/27/2015 | $1,256.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 11/27/2015 | $209.00 |
| 12/29/2015 | $1,191.00 |
| 12/29/2015 | $1,367.00 |
| 12/29/2015 | $1,326.00 |
| 12/29/2015 | $1,406.00 |
| 12/29/2015 | $1,757.00 |
| 12/29/2015 | $723.00 |
| 12/29/2015 | $2,636.00 |
| 12/29/2015 | $1,359.00 |
| 12/29/2015 | $1,318.00 |
| 12/29/2015 | $1,165.00 |
| 12/29/2015 | $1,387.00 |
| 12/29/2015 | $1,269.00 |
| 12/29/2015 | $1,163.00 |
| 12/29/2015 | $1,162.00 |
| 12/29/2015 | $1,359.00 |
| 12/29/2015 | $1,169.00 |
| 12/29/2015 | $1,362.00 |
| 12/29/2015 | $1,405.00 |
| 12/29/2015 | $1,463.00 |
| 12/29/2015 | $1,269.00 |
| 12/29/2015 | $823.00 |
| 12/29/2015 | $1,269.00 |
| 12/29/2015 | $1,605.00 |
| 12/29/2015 | $1,333.00 |
| 12/29/2015 | $1,367.00 |
| 12/29/2015 | $1,542.00 |
| 12/29/2015 | $1,406.00 |
| 12/29/2015 | $1,211.00 |
| 12/29/2015 | $1,758.00 |
| 12/29/2015 | $1,269.00 |
| 12/29/2015 | $1,339.00 |
| 12/29/2015 | $1,348.00 |
| 12/29/2015 | $597.00 |
| 12/29/2015 | $352.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $1,363.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $654.00 |
| 12/29/2015 | $293.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 12/29/2015 | $1,135.00 |
| 12/29/2015 | $869.00 |
| 12/29/2015 | $1,250.00 |
| 12/29/2015 | $1,228.00 |
| 12/29/2015 | $1,228.00 |
| 12/29/2015 | $1,048.00 |
| 12/29/2015 | $1,103.00 |
| 12/29/2015 | $753.00 |
| 12/29/2015 | $678.00 |
| 12/29/2015 | $934.00 |
| 12/29/2015 | $1,072.00 |
| 12/29/2015 | $1,191.00 |
| 12/29/2015 | $1,072.00 |
| 12/29/2015 | $678.00 |
| 12/29/2015 | $641.00 |
| 12/29/2015 | $3,459.00 |
| 12/29/2015 | $1,347.00 |
| 12/29/2015 | $1,384.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $1,222.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $293.00 |
| 12/29/2015 | $1,163.00 |
| 12/29/2015 | $2,031.00 |
| 12/29/2015 | $568.00 |
| 12/29/2015 | $766.00 |
| 12/29/2015 | $1,191.00 |
| 12/29/2015 | $1,505.00 |
| 12/29/2015 | $967.00 |
| 12/29/2015 | $1,152.00 |
| 12/29/2015 | $1,378.00 |
| 12/29/2015 | $1,621.00 |
| 12/29/2015 | $1,076.00 |
| 12/29/2015 | $1,211.00 |
| 12/29/2015 | $977.00 |
| 12/29/2015 | $1,758.00 |
| 12/29/2015 | $879.00 |
| 12/29/2015 | $898.00 |
| 12/29/2015 | $771.00 |
| 12/29/2015 | $771.00 |
| 12/29/2015 | $1,211.00 |
| 12/29/2015 | $1,259.00 |
| 12/29/2015 | $869.00 |
| 12/29/2015 | $1,211.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 12/29/2015 | $1,473.00 |
| 12/29/2015 | $1,368.00 |
| 12/29/2015 | $1,203.00 |
| 12/29/2015 | $1,465.00 |
| 12/29/2015 | $1,309.00 |
| 12/29/2015 | $2,110.00 |
| 12/29/2015 | $1,035.00 |
| 12/29/2015 | $2,070.00 |
| 12/29/2015 | $1,511.00 |
| 12/29/2015 | $1,074.00 |
| 12/29/2015 | $986.00 |
| 12/29/2015 | $994.00 |
| 12/29/2015 | $1,071.00 |
| 12/29/2015 | $4,116.00 |
| 12/29/2015 | $928.00 |
| 12/29/2015 | $769.00 |
| 12/29/2015 | $1,573.00 |
| 12/29/2015 | $1,418.00 |
| 12/29/2015 | $1,099.00 |
| 12/29/2015 | $2,127.00 |
| 12/29/2015 | $1,357.00 |
| 12/29/2015 | $1,380.00 |
| 12/29/2015 | $837.00 |
| 12/29/2015 | $1,919.00 |
| 12/29/2015 | $1,671.00 |
| 12/29/2015 | $949.00 |
| 12/29/2015 | $767.00 |
| 1/8/2016 | $870.00 |
| 1/8/2016 | $839.00 |
| 1/8/2016 | $1,154.00 |
| 1/8/2016 | $1,067.00 |
| 1/8/2016 | $665.00 |
| 1/8/2016 | $642.00 |
| 1/8/2016 | $883.00 |
| 1/8/2016 | $256.00 |
| 1/8/2016 | $247.00 |
| 1/8/2016 | $339.00 |
| 1/8/2016 | $237.00 |
| 1/8/2016 | $1,104.00 |
| 1/8/2016 | $704.00 |
| 1/8/2016 | $994.00 |
| 1/8/2016 | $625.00 |
| 1/8/2016 | $1,059.00 |
| 1/8/2016 | $805.00 |
| 1/8/2016 | $478.00 |
| 1/8/2016 | $810.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|---------------|
| 1/8/2016 | $615.00 |
| 1/8/2016 | $70.00 |
| 1/8/2016 | $325.00 |
| 1/8/2016 | $207.00 |
| 1/8/2016 | $292.00 |
| 1/8/2016 | $181.00 |
| 1/8/2016 | $844.00 |
| 1/8/2016 | $538.00 |
| 1/8/2016 | $760.00 |
| 1/8/2016 | $184.00 |
| 1/8/2016 | $312.00 |
| 1/8/2016 | $237.00 |
| 1/8/2016 | $900.00 |
| 1/8/2016 | $2,800.00 |
| 1/8/2016 | $237.00 |
| 1/8/2016 | $355.00 |
| 1/8/2016 | $137.00 |
| 1/8/2016 | $702.00 |
| 1/8/2016 | $72.00 |
| 1/8/2016 | $242.00 |
| 1/8/2016 | $399.00 |
| 1/8/2016 | $137.00 |
| 1/8/2016 | $865.00 |
| 1/8/2016 | $90.00 |
| 1/8/2016 | $302.00 |
| 1/8/2016 | $133.00 |
| 1/8/2016 | $137.00 |
| 1/8/2016 | $378.00 |
| 1/8/2016 | $54.00 |
| 1/8/2016 | $242.00 |
| 1/8/2016 | $509.00 |
| 1/8/2016 | $196.00 |
| 1/8/2016 | $941.00 |
| 1/8/2016 | $1,138.00 |
| 1/8/2016 | $285.00 |
| 1/8/2016 | $237.00 |
| 1/8/2016 | $237.00 |
| 1/8/2016 | $720.00 |
| 1/8/2016 | $277.00 |
| 1/8/2016 | $335.00 |
| 1/8/2016 | $84.00 |
| 1/8/2016 | $70.00 |
| 1/8/2016 | $70.00 |
| 1/8/2016 | $870.00 |
| 1/8/2016 | $218.00 |
| 1/8/2016 | $181.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 1/8/2016 | $181.00 |
| 1/8/2016 | $948.00 |
| 1/8/2016 | $2,175.00 |
| 1/8/2016 | $989.00 |
| 1/8/2016 | $1,893.00 |
| 1/8/2016 | $1,075.00 |
| 1/8/2016 | $1,195.00 |
| 1/8/2016 | $964.00 |
| 1/8/2016 | $1,073.00 |
| 1/8/2016 | $1,138.00 |
| 1/8/2016 | $1,423.00 |
| 1/8/2016 | $585.00 |
| 1/8/2016 | $3,496.00 |
| 1/8/2016 | $1,670.00 |
| 1/8/2016 | $725.00 |
| 1/8/2016 | $1,448.00 |
| 1/8/2016 | $822.00 |
| 1/8/2016 | $914.00 |
| 1/8/2016 | $737.00 |
| 1/8/2016 | $821.00 |
| 1/8/2016 | $871.00 |
| 1/8/2016 | $1,088.00 |
| 1/8/2016 | $447.00 |
| 1/8/2016 | $279.00 |
| 1/8/2016 | $557.00 |
| 1/8/2016 | $316.00 |
| 1/8/2016 | $351.00 |
| 1/8/2016 | $284.00 |
| 1/8/2016 | $316.00 |
| 1/8/2016 | $335.00 |
| 1/8/2016 | $418.00 |
| 1/8/2016 | $172.00 |
| 1/8/2016 | $1,663.00 |
| 1/8/2016 | $640.00 |
| 1/8/2016 | $1,572.00 |
| 1/8/2016 | $1,019.00 |
| 1/8/2016 | $605.00 |
| 1/8/2016 | $392.00 |
| 1/8/2016 | $756.00 |
| 1/8/2016 | $2,879.00 |
| 1/8/2016 | $1,375.00 |
| 1/8/2016 | $291.00 |
| 1/8/2016 | $1,234.00 |
| 1/8/2016 | $589.00 |
| 1/8/2016 | $721.00 |
| 1/8/2016 | $843.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 1/8/2016 | $786.00 |
| 1/8/2016 | $538.00 |
| 1/8/2016 | $641.00 |
| 1/8/2016 | $878.00 |
| 1/8/2016 | $277.00 |
| 1/8/2016 | $324.00 |
| 1/8/2016 | $302.00 |
| 1/8/2016 | $291.00 |
| 1/8/2016 | $756.00 |
| 1/8/2016 | $207.00 |
| 1/8/2016 | $246.00 |
| 1/8/2016 | $338.00 |
| 1/8/2016 | $70.00 |
| 1/8/2016 | $181.00 |
| 1/8/2016 | $842.00 |
| 1/8/2016 | $324.00 |
| 1/8/2016 | $270.00 |
| 1/8/2016 | $284.00 |
| 1/8/2016 | $988.00 |
| 1/8/2016 | $703.00 |
| 1/8/2016 | $737.00 |
| 1/8/2016 | $2,306.00 |
| 1/8/2016 | $70.00 |
| 1/8/2016 | $881.00 |
| 1/8/2016 | $474.00 |
| 1/8/2016 | $181.00 |
| 1/8/2016 | $2,057.00 |
| 1/8/2016 | $182.00 |
| 1/8/2016 | $816.00 |
| 1/8/2016 | $786.00 |
| 1/8/2016 | $724.00 |
| 1/8/2016 | $745.00 |
| 1/8/2016 | $907.00 |
| 1/8/2016 | $663.00 |
| 1/8/2016 | $314.00 |
| 1/8/2016 | $302.00 |
| 1/8/2016 | $278.00 |
| 1/8/2016 | $302.00 |
| 1/8/2016 | $319.00 |
| 1/8/2016 | $142.00 |
| 1/8/2016 | $249.00 |
| 1/8/2016 | $932.00 |
| 1/8/2016 | $750.00 |
| 1/8/2016 | $786.00 |
| 1/8/2016 | $829.00 |
| 1/8/2016 | $369.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|---------------|
| 1/8/2016 | $649.00 |
| 1/8/2016 | $358.00 |
| 1/8/2016 | $288.00 |
| 1/8/2016 | $286.00 |
| 1/8/2016 | $349.00 |
| 1/8/2016 | $255.00 |
| 1/8/2016 | $858.00 |
| 1/8/2016 | $906.00 |
| 1/8/2016 | $1,306.00 |
| 1/8/2016 | $840.00 |
| 1/8/2016 | $855.00 |
| 1/8/2016 | $330.00 |
| 1/8/2016 | $348.00 |
| 1/8/2016 | $194.00 |
| 1/8/2016 | $181.00 |
| 1/8/2016 | $1,257.00 |
| 1/8/2016 | $1,081.00 |
| 1/8/2016 | $452.00 |
| 1/8/2016 | $70.00 |
| 1/8/2016 | $580.00 |
| 1/8/2016 | $386.00 |
| 1/8/2016 | $502.00 |
| 1/8/2016 | $323.00 |
| 1/8/2016 | $329.00 |
| 1/8/2016 | $857.00 |
| 1/8/2016 | $1,426.00 |
| 1/8/2016 | $4,297.00 |
| 1/8/2016 | $1,211.00 |
| 1/8/2016 | $293.00 |
| 1/8/2016 | $2,539.00 |
| 1/8/2016 | $1,645.00 |
| 1/8/2016 | $3,069.00 |
| 1/8/2016 | $209.00 |
| 1/8/2016 | $865.00 |
| 2/17/2016 | $778.00 |
| 2/17/2016 | $803.00 |
| 2/17/2016 | $761.00 |
| 2/17/2016 | $881.00 |
| 2/17/2016 | $1,005.00 |
| 2/17/2016 | $613.00 |
| 2/17/2016 | $388.00 |
| 2/17/2016 | $366.00 |
| 2/17/2016 | $698.00 |
| 2/17/2016 | $168.00 |
| 2/17/2016 | $168.00 |
| 2/17/2016 | $168.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 2/17/2016 | $167.00 |
| 2/17/2016 | $665.00 |
| 2/17/2016 | $1,161.00 |
| 2/17/2016 | $552.00 |
| 2/17/2016 | $926.00 |
| 2/17/2016 | $503.00 |
| 2/17/2016 | $720.00 |
| 2/17/2016 | $842.00 |
| 2/17/2016 | $1,206.00 |
| 2/17/2016 | $864.00 |
| 2/17/2016 | $899.00 |
| 2/17/2016 | $940.00 |
| 2/17/2016 | $810.00 |
| 2/17/2016 | $776.00 |
| 2/17/2016 | $789.00 |
| 2/17/2016 | $1,977.00 |
| 2/17/2016 | $791.00 |
| 2/17/2016 | $266.00 |
| 2/17/2016 | $242.00 |
| 2/17/2016 | $882.00 |
| 2/17/2016 | $708.00 |
| 2/17/2016 | $968.00 |
| 2/17/2016 | $980.00 |
| 2/17/2016 | $1,101.00 |
| 2/17/2016 | $946.00 |
| 2/17/2016 | $1,103.00 |
| 2/17/2016 | $237.00 |
| 2/17/2016 | $237.00 |
| 2/17/2016 | $237.00 |
| 2/17/2016 | $919.00 |
| 2/17/2016 | $964.00 |
| 2/17/2016 | $2,497.00 |
| 2/17/2016 | $989.00 |
| 2/17/2016 | $620.00 |
| 2/17/2016 | $2,055.00 |
| 2/17/2016 | $1,332.00 |
| 2/17/2016 | $1,148.00 |
| 2/17/2016 | $741.00 |
| 2/17/2016 | $285.00 |
| 2/17/2016 | $750.00 |
| 2/17/2016 | $288.00 |
| 2/17/2016 | $70.00 |
| 2/17/2016 | $70.00 |
| 2/17/2016 | $181.00 |
| 2/17/2016 | $181.00 |
| 2/17/2016 | $228.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 2/17/2016 | $270.00 |
| 2/17/2016 | $3,479.00 |
| 2/17/2016 | $943.00 |
| 2/17/2016 | $1,028.00 |
| 2/17/2016 | $704.00 |
| 2/17/2016 | $838.00 |
| 2/17/2016 | $2,865.00 |
| 2/17/2016 | $1,228.00 |
| 2/17/2016 | $3,085.00 |
| 2/17/2016 | $2,204.00 |
| 2/17/2016 | $544.00 |
| 2/17/2016 | $724.00 |
| 2/17/2016 | $181.00 |
| 2/17/2016 | $1,089.00 |
| 2/17/2016 | $1,171.00 |
| 2/17/2016 | $2,687.00 |
| 2/17/2016 | $2,339.00 |
| 2/17/2016 | $1,328.00 |
| 2/17/2016 | $1,074.00 |
| 2/17/2016 | $1,037.00 |
| 2/17/2016 | $1,476.00 |
| 2/19/2016 | $836.00 |
| 2/19/2016 | $770.00 |
| 2/19/2016 | $1,099.00 |
| 2/19/2016 | $414.00 |
| 2/19/2016 | $966.00 |
| 2/19/2016 | $1,763.00 |
| 2/19/2016 | $1,451.00 |
| 3/4/2016 | $688.00 |
| 3/4/2016 | $500.00 |
| 3/4/2016 | $781.00 |
| 3/4/2016 | $622.00 |
| 3/4/2016 | $669.00 |
| 3/4/2016 | $759.00 |
| 3/4/2016 | $684.00 |
| 3/4/2016 | $181.00 |
| 3/4/2016 | $815.00 |
| 3/4/2016 | $2,455.00 |
| 3/4/2016 | $681.00 |
| 3/4/2016 | $781.00 |
| 3/4/2016 | $758.00 |
| 3/4/2016 | $1,506.00 |
| 3/4/2016 | $413.00 |
| 3/4/2016 | $558.00 |
| 3/4/2016 | $1,004.00 |
| 3/4/2016 | $614.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 3/4/2016 | $804.00 |
| 3/4/2016 | $658.00 |
| 3/4/2016 | $177.00 |
| 3/4/2016 | $804.00 |
| 3/4/2016 | $681.00 |
| 3/4/2016 | $167.00 |
| 3/4/2016 | $843.00 |
| 3/4/2016 | $167.00 |
| 3/4/2016 | $437.00 |
| 3/4/2016 | $470.00 |
| 3/4/2016 | $168.00 |
| 3/4/2016 | $201.00 |
| 3/4/2016 | $630.00 |
| 3/4/2016 | $614.00 |
| 3/4/2016 | $592.00 |
| 3/4/2016 | $777.00 |
| 3/4/2016 | $635.00 |
| 3/4/2016 | $753.00 |
| 3/4/2016 | $692.00 |
| 3/4/2016 | $167.00 |
| 3/4/2016 | $374.00 |
| 3/4/2016 | $702.00 |
| 3/4/2016 | $613.00 |
| 3/4/2016 | $441.00 |
| 3/4/2016 | $2,352.00 |
| 3/4/2016 | $530.00 |
| 3/4/2016 | $54.00 |
| 3/4/2016 | $36.00 |
| 3/4/2016 | $664.00 |
| 3/4/2016 | $167.00 |
| 3/4/2016 | $167.00 |
| 3/4/2016 | $167.00 |
| 3/4/2016 | $779.00 |
| 3/4/2016 | $497.00 |
| 3/4/2016 | $702.00 |
| 3/4/2016 | $533.00 |
| 3/4/2016 | $441.00 |
| 3/4/2016 | $748.00 |
| 3/4/2016 | $440.00 |
| 3/4/2016 | $698.00 |
| 3/4/2016 | $91.00 |
| 3/4/2016 | $270.00 |
| 3/4/2016 | $1,535.00 |
| 3/4/2016 | $1,337.00 |
| 3/4/2016 | $665.00 |
| 3/4/2016 | $725.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|---------------|
| 3/4/2016 | $664.00 |
| 3/4/2016 | $668.00 |
| 3/4/2016 | $725.00 |
| 3/4/2016 | $725.00 |
| 3/4/2016 | $917.00 |
| 3/4/2016 | $692.00 |
| 3/4/2016 | $725.00 |
| 3/4/2016 | $765.00 |
| 3/4/2016 | $770.00 |
| 3/4/2016 | $341.00 |
| 3/4/2016 | $167.00 |
| 3/4/2016 | $167.00 |
| 3/4/2016 | $168.00 |
| 3/4/2016 | $714.00 |
| 3/4/2016 | $599.00 |
| 3/4/2016 | $628.00 |
| 3/4/2016 | $1,215.00 |
| 3/4/2016 | $2,468.00 |
| 3/4/2016 | $1,178.00 |
| 3/4/2016 | $168.00 |
| 3/4/2016 | $792.00 |
| 3/4/2016 | $777.00 |
| 3/4/2016 | $649.00 |
| 3/21/2016 | $568.00 |
| 3/21/2016 | $430.00 |
| 3/21/2016 | $387.00 |
| 3/21/2016 | $325.00 |
| 3/21/2016 | $860.00 |
| 3/21/2016 | $787.00 |
| 3/21/2016 | $615.00 |
| 3/21/2016 | $692.00 |
| 3/21/2016 | $1,004.00 |
| 3/21/2016 | $513.00 |
| 3/21/2016 | $692.00 |
| 3/21/2016 | $497.00 |
| 3/21/2016 | $692.00 |
| 3/21/2016 | $782.00 |
| 3/21/2016 | $687.00 |
| 3/21/2016 | $837.00 |
| 3/21/2016 | $591.00 |
| 3/21/2016 | $1,183.00 |
| 3/21/2016 | $563.00 |
| 3/21/2016 | $612.00 |
| 3/21/2016 | $681.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $623.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 4/11/2016 | $1,021.00 |
| 4/11/2016 | $1,153.00 |
| 4/11/2016 | $784.00 |
| 4/11/2016 | $242.00 |
| 4/11/2016 | $947.00 |
| 4/11/2016 | $987.00 |
| 4/11/2016 | $1,023.00 |
| 4/11/2016 | $1,209.00 |
| 4/11/2016 | $4,092.00 |
| 4/11/2016 | $828.00 |
| 4/11/2016 | $1,302.00 |
| 4/11/2016 | $1,675.00 |
| 4/11/2016 | $1,265.00 |
| 4/11/2016 | $1,358.00 |
| 4/11/2016 | $735.00 |
| 4/11/2016 | $986.00 |
| 4/11/2016 | $1,109.00 |
| 4/11/2016 | $828.00 |
| 4/11/2016 | $1,256.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $833.00 |
| 4/11/2016 | $1,567.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $2,418.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $1,113.00 |
| 4/11/2016 | $1,293.00 |
| 4/11/2016 | $1,544.00 |
| 4/11/2016 | $2,009.00 |
| 4/11/2016 | $1,209.00 |
| 4/11/2016 | $1,145.00 |
| 4/11/2016 | $1,395.00 |
| 4/11/2016 | $1,209.00 |
| 4/11/2016 | $1,164.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $1,020.00 |
| 4/11/2016 | $1,315.00 |
| 4/11/2016 | $568.00 |
| 4/11/2016 | $998.00 |
| 4/11/2016 | $1,154.00 |
| 4/11/2016 | $1,297.00 |
| 4/11/2016 | $1,275.00 |
| 4/11/2016 | $1,339.00 |
| 4/11/2016 | $1,058.00 |
| 4/11/2016 | $1,190.00 |
| 4/11/2016 | $279.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 4/11/2016 | $1,108.00 |
| 4/11/2016 | $541.00 |
| 4/11/2016 | $1,469.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $688.00 |
| 4/11/2016 | $355.00 |
| 4/11/2016 | $2,511.00 |
| 4/11/2016 | $335.00 |
| 4/11/2016 | $1,107.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $1,051.00 |
| 4/11/2016 | $183.00 |
| 4/11/2016 | $610.00 |
| 4/11/2016 | $1,025.00 |
| 4/11/2016 | $1,153.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $3,294.00 |
| 4/11/2016 | $838.00 |
| 4/11/2016 | $1,403.00 |
| 4/11/2016 | $1,153.00 |
| 4/11/2016 | $1,269.00 |
| 4/11/2016 | $1,107.00 |
| 4/11/2016 | $1,153.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $1,529.00 |
| 4/11/2016 | $1,302.00 |
| 4/11/2016 | $1,199.00 |
| 4/11/2016 | $1,972.00 |
| 4/11/2016 | $1,319.00 |
| 4/11/2016 | $1,338.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $930.00 |
| 4/11/2016 | $2,026.00 |
| 4/11/2016 | $717.00 |
| 4/11/2016 | $1,209.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $1,023.00 |
| 4/11/2016 | $884.00 |
| 4/11/2016 | $1,498.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $735.00 |
| 4/11/2016 | $645.00 |
| 4/11/2016 | $856.00 |
| 4/11/2016 | $733.00 |
| 4/11/2016 | $1,294.00 |
| 4/11/2016 | $939.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 4/11/2016 | $1,283.00 |
| 4/11/2016 | $889.00 |
| 4/11/2016 | $1,303.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $3,920.00 |
| 4/11/2016 | $1,674.00 |
| 4/11/2016 | $1,047.00 |
| 4/11/2016 | $921.00 |
| 4/11/2016 | $1,439.00 |
| 4/11/2016 | $1,021.00 |
| 4/11/2016 | $1,170.00 |
| 4/11/2016 | $2,938.00 |
| 4/11/2016 | $1,081.00 |
| 4/11/2016 | $1,135.00 |
| 4/11/2016 | $729.00 |
| 4/11/2016 | $1,295.00 |
| 4/11/2016 | $279.00 |
| 4/11/2016 | $1,321.00 |
| 4/11/2016 | $1,394.00 |
| 4/11/2016 | $1,934.00 |
| 4/11/2016 | $646.00 |
| 4/11/2016 | $1,286.00 |
| 4/11/2016 | $715.00 |
| 4/11/2016 | $594.00 |
| 4/11/2016 | $266.00 |
| 4/11/2016 | $195.00 |
| 4/11/2016 | $436.00 |
| 4/11/2016 | $54.00 |
| 4/11/2016 | $807.00 |
| 4/11/2016 | $885.00 |
| 4/11/2016 | $181.00 |
| 4/11/2016 | $666.00 |
| 4/11/2016 | $911.00 |
| 4/11/2016 | $1,172.00 |
| 4/11/2016 | $2,865.00 |
| 4/11/2016 | $1,693.00 |
| 4/11/2016 | $1,351.00 |
| 4/11/2016 | $1,097.00 |
| 4/11/2016 | $1,028.00 |
| 4/11/2016 | $1,757.00 |
| 4/11/2016 | $1,172.00 |
| 4/11/2016 | $1,003.00 |
| 4/11/2016 | $1,406.00 |
| 4/11/2016 | $1,081.00 |
| 4/11/2016 | $2,306.00 |
| 4/11/2016 | $1,093.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 4/11/2016 | $1,049.00 |
| 4/11/2016 | $1,070.00 |
| 4/11/2016 | $1,380.00 |
| 4/11/2016 | $1,418.00 |
| 4/11/2016 | $1,559.00 |
| 4/11/2016 | $1,791.00 |
| 4/11/2016 | $2,057.00 |
| 4/11/2016 | $1,172.00 |
| 4/11/2016 | $1,008.00 |
| 4/11/2016 | $2,744.00 |
| 4/11/2016 | $1,354.00 |
| 4/11/2016 | $1,375.00 |
| 4/11/2016 | $2,879.00 |
| 4/20/2016 | $950.00 |
| 4/20/2016 | $549.00 |
| 4/20/2016 | $716.00 |
| 4/20/2016 | $690.00 |
| 4/20/2016 | $846.00 |
| 4/20/2016 | $46.00 |
| 4/20/2016 | $776.00 |
| 4/20/2016 | $879.00 |
| 4/20/2016 | $691.00 |
| 4/20/2016 | $579.00 |
| 4/20/2016 | $909.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $579.00 |
| 4/20/2016 | $663.00 |
| 4/20/2016 | $872.00 |
| 4/20/2016 | $898.00 |
| 4/20/2016 | $514.00 |
| 4/20/2016 | $819.00 |
| 4/20/2016 | $726.00 |
| 4/20/2016 | $583.00 |
| 4/20/2016 | $984.00 |
| 4/20/2016 | $482.00 |
| 4/20/2016 | $779.00 |
| 4/20/2016 | $977.00 |
| 4/20/2016 | $234.00 |
| 4/20/2016 | $781.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $757.00 |
| 4/20/2016 | $920.00 |
| 4/20/2016 | $427.00 |
| 4/20/2016 | $846.00 |
| 4/20/2016 | $833.00 |
| 4/20/2016 | $741.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 4/20/2016 | $908.00 |
| 4/20/2016 | $905.00 |
| 4/20/2016 | $808.00 |
| 4/20/2016 | $815.00 |
| 4/20/2016 | $398.00 |
| 4/20/2016 | $797.00 |
| 4/20/2016 | $946.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $714.00 |
| 4/20/2016 | $893.00 |
| 4/20/2016 | $379.00 |
| 4/20/2016 | $794.00 |
| 4/20/2016 | $699.00 |
| 4/20/2016 | $938.00 |
| 4/20/2016 | $906.00 |
| 4/20/2016 | $937.00 |
| 4/20/2016 | $802.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $794.00 |
| 4/20/2016 | $775.00 |
| 4/20/2016 | $735.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $775.00 |
| 4/20/2016 | $884.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $846.00 |
| 4/20/2016 | $836.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $900.00 |
| 4/20/2016 | $651.00 |
| 4/20/2016 | $836.00 |
| 4/20/2016 | $322.00 |
| 4/20/2016 | $840.00 |
| 4/20/2016 | $586.00 |
| 4/20/2016 | $775.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $923.00 |
| 4/20/2016 | $794.00 |
| 4/20/2016 | $768.00 |
| 4/20/2016 | $937.00 |
| 4/20/2016 | $911.00 |
| 4/20/2016 | $772.00 |
| 4/20/2016 | $982.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $888.00 |
| 4/20/2016 | $195.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 4/20/2016 | $195.00 |
| 4/20/2016 | $644.00 |
| 4/20/2016 | $733.00 |
| 4/20/2016 | $717.00 |
| 4/20/2016 | $898.00 |
| 4/20/2016 | $599.00 |
| 4/20/2016 | $716.00 |
| 4/20/2016 | $807.00 |
| 4/20/2016 | $452.00 |
| 4/20/2016 | $919.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $846.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $502.00 |
| 4/20/2016 | $807.00 |
| 4/20/2016 | $657.00 |
| 4/20/2016 | $807.00 |
| 4/20/2016 | $513.00 |
| 4/20/2016 | $622.00 |
| 4/20/2016 | $912.00 |
| 4/20/2016 | $715.00 |
| 4/20/2016 | $618.00 |
| 4/20/2016 | $819.00 |
| 4/20/2016 | $906.00 |
| 4/20/2016 | $514.00 |
| 4/20/2016 | $510.00 |
| 4/20/2016 | $975.00 |
| 4/20/2016 | $452.00 |
| 4/20/2016 | $195.00 |
| 4/20/2016 | $815.00 |
| 4/20/2016 | $924.00 |
| 5/9/2016 | $1,293.00 |
| 5/9/2016 | $1,037.00 |
| 5/9/2016 | $1,153.00 |
| 5/9/2016 | $1,209.00 |
| 5/9/2016 | $1,025.00 |
| 5/9/2016 | $1,153.00 |
| 5/9/2016 | $3,294.00 |
| 5/9/2016 | $1,675.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,265.00 |
| 5/9/2016 | $1,302.00 |
| 5/9/2016 | $1,358.00 |
| 5/9/2016 | $947.00 |
| 5/9/2016 | $1,023.00 |
| 5/9/2016 | $784.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,256.00 |
| 5/9/2016 | $987.00 |
| 5/9/2016 | $1,298.00 |
| 5/9/2016 | $735.00 |
| 5/9/2016 | $4,092.00 |
| 5/9/2016 | $828.00 |
| 5/9/2016 | $1,170.00 |
| 5/9/2016 | $1,246.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,209.00 |
| 5/9/2016 | $1,164.00 |
| 5/9/2016 | $1,145.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,107.00 |
| 5/9/2016 | $1,113.00 |
| 5/9/2016 | $1,115.00 |
| 5/9/2016 | $1,020.00 |
| 5/9/2016 | $1,567.00 |
| 5/9/2016 | $1,153.00 |
| 5/9/2016 | $1,275.00 |
| 5/9/2016 | $2,009.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,339.00 |
| 5/9/2016 | $1,058.00 |
| 5/9/2016 | $1,544.00 |
| 5/9/2016 | $1,315.00 |
| 5/9/2016 | $1,051.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,297.00 |
| 5/9/2016 | $1,351.00 |
| 5/9/2016 | $1,154.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,433.00 |
| 5/9/2016 | $1,209.00 |
| 5/9/2016 | $833.00 |
| 5/9/2016 | $1,164.00 |
| 5/9/2016 | $2,418.00 |
| 5/9/2016 | $1,139.00 |
| 5/9/2016 | $998.00 |
| 5/9/2016 | $335.00 |
| 5/9/2016 | $1,674.00 |
| 5/9/2016 | $1,108.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $735.00 |
| 5/9/2016 | $1,674.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|---------------|
| 5/9/2016 | $856.00 |
| 5/9/2016 | $884.00 |
| 5/9/2016 | $2,559.00 |
| 5/9/2016 | $645.00 |
| 5/9/2016 | $939.00 |
| 5/9/2016 | $1,439.00 |
| 5/9/2016 | $1,469.00 |
| 5/9/2016 | $2,228.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,405.00 |
| 5/9/2016 | $2,938.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,199.00 |
| 5/9/2016 | $1,269.00 |
| 5/9/2016 | $1,283.00 |
| 5/9/2016 | $1,304.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $610.00 |
| 5/9/2016 | $1,023.00 |
| 5/9/2016 | $3,920.00 |
| 5/9/2016 | $930.00 |
| 5/9/2016 | $1,303.00 |
| 5/9/2016 | $1,047.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $2,511.00 |
| 5/9/2016 | $1,294.00 |
| 5/9/2016 | $1,097.00 |
| 5/9/2016 | $1,134.00 |
| 5/9/2016 | $1,302.00 |
| 5/9/2016 | $1,312.00 |
| 5/9/2016 | $541.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,403.00 |
| 5/9/2016 | $1,498.00 |
| 5/9/2016 | $838.00 |
| 5/9/2016 | $1,319.00 |
| 5/9/2016 | $1,338.00 |
| 5/9/2016 | $1,339.00 |
| 5/9/2016 | $1,190.00 |
| 5/9/2016 | $921.00 |
| 5/9/2016 | $1,021.00 |
| 5/9/2016 | $1,263.00 |
| 5/9/2016 | $688.00 |
| 5/9/2016 | $1,170.00 |
| 5/9/2016 | $1,107.00 |
| 5/9/2016 | $1,283.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 5/9/2016 | $4,113.00 |
| 5/9/2016 | $889.00 |
| 5/9/2016 | $986.00 |
| 5/9/2016 | $1,153.00 |
| 5/9/2016 | $1,209.00 |
| 5/9/2016 | $72.00 |
| 5/9/2016 | $1,135.00 |
| 5/9/2016 | $1,021.00 |
| 5/9/2016 | $717.00 |
| 5/9/2016 | $2,026.00 |
| 5/9/2016 | $1,295.00 |
| 5/9/2016 | $828.00 |
| 5/9/2016 | $1,394.00 |
| 5/9/2016 | $1,972.00 |
| 5/9/2016 | $733.00 |
| 5/9/2016 | $623.00 |
| 5/9/2016 | $729.00 |
| 5/9/2016 | $646.00 |
| 5/9/2016 | $1,934.00 |
| 5/9/2016 | $279.00 |
| 5/9/2016 | $1,321.00 |
| 5/9/2016 | $1,081.00 |
| 5/9/2016 | $1,246.00 |
| 5/9/2016 | $1,298.00 |
| 5/9/2016 | $1,170.00 |
| 5/9/2016 | $1,037.00 |
| 5/9/2016 | $1,351.00 |
| 5/9/2016 | $1,115.00 |
| 5/9/2016 | $1,433.00 |
| 5/9/2016 | $1,263.00 |
| 5/9/2016 | $1,339.00 |
| 5/9/2016 | $1,134.00 |
| 5/9/2016 | $1,674.00 |
| 5/9/2016 | $2,559.00 |
| 5/9/2016 | $1,139.00 |
| 5/9/2016 | $4,113.00 |
| 5/9/2016 | $1,964.00 |
| 5/9/2016 | $1,164.00 |
| 5/16/2016 | $1,395.00 |
| 5/16/2016 | $568.00 |
| 5/16/2016 | $1,283.00 |
| 5/16/2016 | $1,964.00 |
| 5/16/2016 | $1,081.00 |
| 5/16/2016 | $1,529.00 |
| 5/16/2016 | $279.00 |
| 5/16/2016 | $1,109.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 5/16/2016 | $1,405.00 |
| 5/16/2016 | $2,228.00 |
| 5/16/2016 | $1,097.00 |
| 5/16/2016 | $1,134.00 |
| 5/16/2016 | $1,312.00 |
| 6/2/2016 | $1,232.00 |
| 6/2/2016 | $681.00 |
| 6/2/2016 | $1,229.00 |
| 6/2/2016 | $1,096.00 |
| 6/2/2016 | $1,286.00 |
| 6/2/2016 | $265.00 |
| 6/2/2016 | $1,078.00 |
| 6/2/2016 | $1,096.00 |
| 6/2/2016 | $1,096.00 |
| 6/2/2016 | $1,088.00 |
| 6/2/2016 | $2,297.00 |
| 6/2/2016 | $969.00 |
| 6/2/2016 | $279.00 |
| 6/2/2016 | $1,005.00 |
| 6/2/2016 | $1,027.00 |
| 6/2/2016 | $1,283.00 |
| 6/2/2016 | $1,082.00 |
| 6/2/2016 | $1,286.00 |
| 6/2/2016 | $1,489.00 |
| 6/2/2016 | $1,060.00 |
| 6/2/2016 | $1,362.00 |
| 6/2/2016 | $948.00 |
| 6/2/2016 | $1,228.00 |
| 6/2/2016 | $1,149.00 |
| 6/2/2016 | $1,909.00 |
| 6/2/2016 | $1,467.00 |
| 6/2/2016 | $540.00 |
| 6/2/2016 | $1,249.00 |
| 6/2/2016 | $791.00 |
| 6/2/2016 | $1,149.00 |
| 6/2/2016 | $1,105.00 |
| 6/2/2016 | $985.00 |
| 6/2/2016 | $1,325.00 |
| 6/2/2016 | $1,452.00 |
| 6/2/2016 | $1,272.00 |
| 6/2/2016 | $1,590.00 |
| 6/2/2016 | $1,247.00 |
| 6/2/2016 | $1,096.00 |
| 6/2/2016 | $1,058.00 |
| 6/2/2016 | $1,230.00 |
| 6/2/2016 | $1,237.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 6/2/2016 | $265.00 |
| 6/2/2016 | $1,111.00 |
| 6/2/2016 | $613.00 |
| 6/2/2016 | $970.00 |
| 6/2/2016 | $1,324.00 |
| 6/2/2016 | $1,149.00 |
| 6/2/2016 | $1,253.00 |
| 6/2/2016 | $1,139.00 |
| 6/2/2016 | $1,873.00 |
| 6/2/2016 | $1,469.00 |
| 6/2/2016 | $318.00 |
| 6/2/2016 | $592.00 |
| 6/2/2016 | $1,052.00 |
| 6/2/2016 | $970.00 |
| 6/2/2016 | $1,131.00 |
| 6/2/2016 | $265.00 |
| 6/2/2016 | $813.00 |
| 6/2/2016 | $265.00 |
| 6/2/2016 | $1,934.00 |
| 6/2/2016 | $972.00 |
| 6/2/2016 | $892.00 |
| 6/2/2016 | $2,385.00 |
| 6/2/2016 | $998.00 |
| 6/2/2016 | $1,078.00 |
| 6/2/2016 | $1,078.00 |
| 6/2/2016 | $265.00 |
| 6/2/2016 | $973.00 |
| 6/2/2016 | $884.00 |
| 6/2/2016 | $265.00 |
| 6/2/2016 | $265.00 |
| 6/2/2016 | $514.00 |
| 6/2/2016 | $796.00 |
| 6/2/2016 | $1,333.00 |
| 6/2/2016 | $1,237.00 |
| 6/2/2016 | $265.00 |
| 6/2/2016 | $265.00 |
| 6/2/2016 | $1,590.00 |
| 6/2/2016 | $646.00 |
| 6/2/2016 | $265.00 |
| 6/2/2016 | $1,335.00 |
| 6/2/2016 | $1,321.00 |
| 6/2/2016 | $1,052.00 |
| 6/2/2016 | $3,724.00 |
| 6/2/2016 | $580.00 |
| 6/2/2016 | $1,052.00 |
| 6/2/2016 | $1,043.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|---------------|
| 6/2/2016 | $654.00 |
| 6/2/2016 | $1,271.00 |
| 6/2/2016 | $1,367.00 |
| 6/2/2016 | $1,272.00 |
| 6/2/2016 | $1,219.00 |
| 6/2/2016 | $1,200.00 |
| 6/2/2016 | $1,206.00 |
| 6/2/2016 | $698.00 |
| 6/2/2016 | $1,924.00 |
| 6/2/2016 | $994.00 |
| 6/2/2016 | $696.00 |
| 6/2/2016 | $839.00 |
| 6/2/2016 | $1,105.00 |
| 6/2/2016 | $2,431.00 |
| 6/9/2016 | $1,290.00 |
| 6/9/2016 | $1,211.00 |
| 6/9/2016 | $845.00 |
| 6/9/2016 | $4,113.00 |
| 6/9/2016 | $265.00 |
| 6/9/2016 | $875.00 |
| 6/9/2016 | $1,096.00 |
| 6/9/2016 | $1,423.00 |
| 6/9/2016 | $1,964.00 |
| 6/9/2016 | $2,116.00 |
| 6/15/2016 | $1,111.00 |
| 6/15/2016 | $265.00 |
| 6/15/2016 | $242.00 |
| 6/15/2016 | $4,092.00 |
| 6/15/2016 | $183.00 |
| 6/15/2016 | $1,054.00 |
| 6/15/2016 | $72.00 |
| 6/15/2016 | $1,233.00 |
| 6/15/2016 | $698.00 |
| 6/15/2016 | $265.00 |
| 6/15/2016 | $1,202.00 |
| 7/1/2016 | $691.00 |
| 7/1/2016 | $1,172.00 |
| 7/1/2016 | $911.00 |
| 7/1/2016 | $549.00 |
| 7/1/2016 | $885.00 |
| 7/1/2016 | $716.00 |
| 7/1/2016 | $181.00 |
| 7/1/2016 | $950.00 |
| 7/1/2016 | $879.00 |
| 7/1/2016 | $872.00 |
| 7/1/2016 | $909.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 7/1/2016 | $663.00 |
| 7/1/2016 | $514.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $819.00 |
| 7/1/2016 | $579.00 |
| 7/1/2016 | $937.00 |
| 7/1/2016 | $815.00 |
| 7/1/2016 | $781.00 |
| 7/1/2016 | $1,406.00 |
| 7/1/2016 | $946.00 |
| 7/1/2016 | $920.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $905.00 |
| 7/1/2016 | $779.00 |
| 7/1/2016 | $741.00 |
| 7/1/2016 | $908.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $1,081.00 |
| 7/1/2016 | $807.00 |
| 7/1/2016 | $1,375.00 |
| 7/1/2016 | $1,028.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $757.00 |
| 7/1/2016 | $715.00 |
| 7/1/2016 | $510.00 |
| 7/1/2016 | $735.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $137.00 |
| 7/1/2016 | $924.00 |
| 7/1/2016 | $893.00 |
| 7/1/2016 | $502.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $919.00 |
| 7/1/2016 | $234.00 |
| 7/1/2016 | $775.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $699.00 |
| 7/1/2016 | $717.00 |
| 7/1/2016 | $714.00 |
| 7/1/2016 | $794.00 |
| 7/1/2016 | $888.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $775.00 |
| 7/1/2016 | $794.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 7/1/2016 | $802.00 |
| 7/1/2016 | $690.00 |
| 7/1/2016 | $833.00 |
| 7/1/2016 | $379.00 |
| 7/1/2016 | $808.00 |
| 7/1/2016 | $815.00 |
| 7/1/2016 | $911.00 |
| 7/1/2016 | $1,049.00 |
| 7/1/2016 | $912.00 |
| 7/1/2016 | $1,418.00 |
| 7/1/2016 | $906.00 |
| 7/1/2016 | $794.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $599.00 |
| 7/1/2016 | $222.00 |
| 7/1/2016 | $937.00 |
| 7/1/2016 | $807.00 |
| 7/1/2016 | $846.00 |
| 7/1/2016 | $452.00 |
| 7/1/2016 | $846.00 |
| 7/1/2016 | $846.00 |
| 7/1/2016 | $898.00 |
| 7/1/2016 | $1,172.00 |
| 7/1/2016 | $733.00 |
| 7/1/2016 | $452.00 |
| 7/1/2016 | $427.00 |
| 7/1/2016 | $644.00 |
| 7/1/2016 | $807.00 |
| 7/1/2016 | $1,380.00 |
| 7/1/2016 | $513.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $1,172.00 |
| 7/1/2016 | $768.00 |
| 7/1/2016 | $514.00 |
| 7/1/2016 | $398.00 |
| 7/1/2016 | $840.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $618.00 |
| 7/1/2016 | $54.00 |
| 7/1/2016 | $622.00 |
| 7/1/2016 | $693.00 |
| 7/1/2016 | $265.00 |
| 7/1/2016 | $1,027.00 |
| 7/1/2016 | $311.00 |
| 7/1/2016 | $72.00 |
| 7/1/2016 | $786.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 7/1/2016 | $1,237.00 |
| 7/1/2016 | $938.00 |
| 7/1/2016 | $744.00 |
| 7/1/2016 | $1,027.00 |
| 7/1/2016 | $242.00 |
| 7/1/2016 | $311.00 |
| 7/1/2016 | $786.00 |
| 7/1/2016 | $1,149.00 |
| 7/1/2016 | $1,193.00 |
| 7/1/2016 | $899.00 |
| 7/1/2016 | $937.00 |
| 7/1/2016 | $1,184.00 |
| 7/1/2016 | $137.00 |
| 7/1/2016 | $972.00 |
| 7/1/2016 | $726.00 |
| 7/1/2016 | $195.00 |
| 7/1/2016 | $1,097.00 |
| 7/1/2016 | $583.00 |
| 7/1/2016 | $898.00 |
| 7/1/2016 | $1,283.00 |
| 7/18/2016 | $2,865.00 |
| 7/18/2016 | $2,152.00 |
| 7/18/2016 | $1,693.00 |
| 7/21/2016 | $776.00 |
| 7/21/2016 | $716.00 |
| 7/21/2016 | $1,003.00 |
| 7/21/2016 | $651.00 |
| 7/21/2016 | $923.00 |
| 7/21/2016 | $579.00 |
| 7/21/2016 | $436.00 |
| 7/21/2016 | $984.00 |
| 7/21/2016 | $715.00 |
| 7/21/2016 | $982.00 |
| 7/21/2016 | $906.00 |
| 7/21/2016 | $807.00 |
| 7/21/2016 | $756.00 |
| 7/27/2016 | $2,879.00 |
| 7/27/2016 | $1,757.00 |
| 7/27/2016 | $3,294.00 |
| 7/27/2016 | $1,591.00 |
| 7/27/2016 | $44,506.00 |
| 9/1/2016 | $131,755.00 |
| 9/1/2016 | $1,354.00 |
| 9/1/2016 | $1,008.00 |
| 9/1/2016 | $1,791.00 |
| 9/1/2016 | $1,070.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 9/1/2016 | $819.00 |
| 9/1/2016 | $657.00 |
| 9/1/2016 | $846.00 |
| 9/1/2016 | $975.00 |
| 9/1/2016 | $195.00 |
| 9/1/2016 | $2,057.00 |
| 9/1/2016 | $884.00 |
| 9/1/2016 | $775.00 |
| 9/1/2016 | $482.00 |
| 9/28/2016 | $586.00 |
| 9/28/2016 | $977.00 |
| 9/28/2016 | $797.00 |
| 9/28/2016 | $938.00 |
| 9/28/2016 | $2,744.00 |
| 9/28/2016 | $2,938.00 |
| 10/4/2016 | $674.00 |
| 10/4/2016 | $262.00 |
| 10/4/2016 | $375.00 |
| 10/4/2016 | $1,473.00 |
| 10/4/2016 | $259.00 |
| 10/4/2016 | $208.00 |
| 10/4/2016 | $183.00 |
| 10/4/2016 | $2,062.00 |
| 10/4/2016 | $541.00 |
| 10/12/2016 | $1,559.00 |
| 11/4/2016 | $900.00 |
| 12/2/2016 | $98,194.00 |
| 12/19/2016 | $22,868.00 |
| 12/27/2016 | $176,384.00 |
| 12/27/2016 | $283,923.00 |
| 1/19/2017 | $2,497.00 |
| 2/6/2017 | $716.00 |
| 2/6/2017 | $691.00 |
| 2/6/2017 | $879.00 |
| 2/6/2017 | $373.00 |
| 2/6/2017 | $908.00 |
| 2/6/2017 | $373.00 |
| 2/6/2017 | $950.00 |
| 2/6/2017 | $794.00 |
| 2/6/2017 | $741.00 |
| 2/6/2017 | $888.00 |
| 2/6/2017 | $1,875.00 |
| 2/6/2017 | $1,631.00 |
| 2/6/2017 | $775.00 |
| 2/6/2017 | $379.00 |
| 2/6/2017 | $807.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 2/6/2017 | $776.00 |
| 2/6/2017 | $884.00 |
| 2/6/2017 | $1,172.00 |
| 2/6/2017 | $807.00 |
| 2/6/2017 | $716.00 |
| 2/6/2017 | $1,028.00 |
| 2/6/2017 | $621.00 |
| 2/6/2017 | $855.00 |
| 2/6/2017 | $1,536.00 |
| 2/6/2017 | $2,168.00 |
| 2/6/2017 | $794.00 |
| 2/6/2017 | $932.00 |
| 2/6/2017 | $1,823.00 |
| 2/6/2017 | $964.00 |
| 2/6/2017 | $2,035.00 |
| 2/6/2017 | $906.00 |
| 2/6/2017 | $745.00 |
| 2/6/2017 | $586.00 |
| 2/6/2017 | $2,015.00 |
| 2/6/2017 | $657.00 |
| 2/6/2017 | $1,325.00 |
| 2/6/2017 | $1,810.00 |
| 2/6/2017 | $1,841.00 |
| 2/6/2017 | $583.00 |
| 2/6/2017 | $2,682.00 |
| 2/6/2017 | $1,693.00 |
| 2/6/2017 | $651.00 |
| 2/6/2017 | $1,172.00 |
| 2/6/2017 | $1,428.00 |
| 2/6/2017 | $726.00 |
| 2/6/2017 | $846.00 |
| 2/6/2017 | $781.00 |
| 2/6/2017 | $794.00 |
| 2/6/2017 | $510.00 |
| 2/6/2017 | $1,302.00 |
| 2/6/2017 | $1,159.00 |
| 2/6/2017 | $1,380.00 |
| 2/6/2017 | $513.00 |
| 2/6/2017 | $949.00 |
| 2/6/2017 | $1,153.00 |
| 2/6/2017 | $1,693.00 |
| 2/6/2017 | $912.00 |
| 2/6/2017 | $977.00 |
| 2/6/2017 | $1,097.00 |
| 2/6/2017 | $1,891.00 |
| 2/6/2017 | $896.00 |

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|---------------|
| 2/6/2017 | $900.00 |
| 2/6/2017 | $1,070.00 |
| 2/6/2017 | $715.00 |
| 2/6/2017 | $815.00 |
| 2/6/2017 | $808.00 |
| 2/6/2017 | $625.00 |
| 2/6/2017 | $807.00 |
| 2/6/2017 | $1,380.00 |
| 2/6/2017 | $618.00 |
| 2/6/2017 | $2,865.00 |
| 2/6/2017 | $779.00 |
| 2/6/2017 | $1,874.00 |
| 2/6/2017 | $195.00 |
| 2/6/2017 | $775.00 |
| 2/6/2017 | $677.00 |
| 2/6/2017 | $599.00 |
| 2/6/2017 | $1,029.00 |
| 2/6/2017 | $514.00 |
| 2/6/2017 | $797.00 |
| 2/6/2017 | $1,419.00 |
| 2/6/2017 | $1,812.00 |
| 2/6/2017 | $1,550.00 |
| 2/6/2017 | $975.00 |
| 2/6/2017 | $846.00 |
| 2/6/2017 | $2,007.00 |
| 2/6/2017 | $1,435.00 |
| 2/6/2017 | $982.00 |
| 2/6/2017 | $872.00 |
| 2/6/2017 | $1,372.00 |
| 2/6/2017 | $815.00 |
| 2/6/2017 | $780.00 |
| 2/6/2017 | $1,614.00 |
| 2/6/2017 | $911.00 |
| 2/6/2017 | $756.00 |
| 2/6/2017 | $452.00 |
| 2/6/2017 | $644.00 |
| 2/6/2017 | $919.00 |
| 2/6/2017 | $802.00 |
| 2/6/2017 | $1,049.00 |
| 2/6/2017 | $784.00 |
| 2/6/2017 | $762.00 |
| 2/15/2017 | $7,914.00 |
| 3/3/2017 | $5,635.00 |
| 3/3/2017 | $14,892.00 |
| 3/3/2017 | $11,291.00 |
| 3/9/2017 | $2,813.00 |

63379227 v1

TRANSFERS TO JLM TRANSPORTE, INC.

| Date | Payment Amount |
|------|----------------|
| 3/21/2017 | $1,919.00 |
| 3/23/2017 | $7,504.00 |
| 3/24/2017 | $22,756.00 |
| 4/6/2017 | $117,695.00 |
| 4/24/2017 | $29,290.00 |

63379227 v1