# EXHIBIT A

Case:17-03283-LTS Doc#:6739-1 Filed:04/30/19 Entered:04/30/19 22:23:38 Desc: Exhibit A Page 1 of 3

EXHIBIT A

TRANSFERS TO TACTICAL EQUIPMENT CONSULTANTS, INC.

| Date | Payment Amount |
|---|---|
| 2/4/2014 | $5,588.00 |
| 2/11/2014 | $7,570.00 |
| 2/24/2014 | $2,069.00 |
| 2/24/2014 | $4,318.00 |
| 2/24/2014 | $17,640.00 |
| 3/10/2014 | $3,725.00 |
| 4/29/2014 | $31,590.00 |
| 5/15/2014 | $2,115.00 |
| 5/20/2014 | $1,969.00 |
| 6/2/2014 | $210.00 |
| 6/17/2014 | $1,574.00 |
| 7/8/2014 | $84.00 |
| 8/18/2014 | $660.00 |
| 8/19/2014 | $42.00 |
| 11/3/2014 | $1,137.00 |
| 1/5/2015 | $2,320.00 |
| 1/28/2015 | $424,552.00 |
| 2/17/2015 | $43,448.00 |
| 3/2/2015 | $360,790.00 |
| 3/20/2015 | $7,378.00 |
| 5/18/2015 | $282,425.00 |
| 7/7/2015 | $720.00 |
| 7/24/2015 | $599,610.00 |
| 8/4/2015 | $20,589.00 |
| 9/17/2015 | $352,232.00 |
| 9/17/2015 | $39,038.00 |
| 9/21/2015 | $10,430.00 |
| 9/23/2015 | $69,095.00 |
| 9/24/2015 | $2,960.00 |
| 10/16/2015 | $1,184.00 |
| 10/16/2015 | $1,036.00 |
| 10/23/2015 | $740.00 |
| 10/23/2015 | $69,095.00 |
| 10/23/2015 | $69,095.00 |
| 10/23/2015 | $69,095.00 |
| 11/16/2015 | $740.00 |
| 11/16/2015 | $740.00 |
| 12/1/2015 | $86,900.00 |
| 12/1/2015 | $111,232.00 |
| 12/4/2015 | $15,711.00 |
| 1/22/2016 | $86,900.00 |
| 1/22/2016 | $86,900.00 |
| 1/22/2016 | $86,900.00 |
| 1/22/2016 | $86,900.00 |
| 2/1/2016 | $62,500.00 |
| 3/22/2016 | $10,990.00 |

EXHIBIT A

TRANSFERS TO TACTICAL EQUIPMENT CONSULTANTS, INC.

| Date | Payment Amount |
|---|---|
| 4/8/2016 | $750.00 |
| 5/9/2016 | $86,900.00 |
| 5/18/2016 | $12,810.00 |
| 7/12/2016 | $6,001.00 |
| 8/12/2016 | $41,500.00 |
| 8/22/2016 | $140,100.00 |
| 9/21/2016 | $30,940.00 |
| 9/26/2016 | $3,760.00 |
| 10/12/2016 | $1,204.00 |
| 11/3/2016 | $454,487.00 |
| 11/8/2016 | $33,891.00 |
| 1/31/2017 | $49,787.00 |
| 2/24/2017 | $8,690.00 |
| 4/28/2017 | $14,100.00 |
| 4/28/2017 | $427.00 |