# EXHIBIT A

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $118,157.00 |
| 5/17/2013 | $33,759.00 |
| 5/23/2013 | $165,583.00 |
| 6/25/2013 | $31,713.00 |
| 8/7/2013 | $3,023.00 |
| 8/7/2013 | $3,214.00 |
| 8/7/2013 | $163.00 |
| 8/27/2013 | $163.00 |
| 8/29/2013 | $203,331.00 |
| 9/30/2013 | $40,425.00 |
| 10/1/2013 | $9,350.00 |
| 10/4/2013 | $11,550.00 |
| 10/7/2013 | $11,550.00 |
| 10/11/2013 | $9,350.00 |
| 10/15/2013 | $110,397.00 |
| 10/21/2013 | $32,725.00 |
| 10/21/2013 | $136,373.00 |
| 11/5/2013 | $15,139.00 |
| 12/9/2013 | $36,575.00 |
| 12/11/2013 | $10,450.00 |
| 12/16/2013 | $36,575.00 |
| 12/24/2013 | $11,550.00 |
| 12/27/2013 | $10,450.00 |
| 12/31/2013 | $40,425.00 |
| 1/8/2014 | $129,322.00 |
| 2/7/2014 | $45,629.00 |
| 2/27/2014 | $129,322.00 |
| 3/13/2014 | $16,500.00 |
| 3/14/2014 | $6,650.00 |
| 3/18/2014 | $57,750.00 |
| 4/29/2014 | $115,253.00 |
| 5/5/2014 | $3,681.00 |
| 5/5/2014 | $48,546.00 |
| 5/9/2014 | $5,381.00 |
| 5/9/2014 | $20,460.00 |
| 5/15/2014 | $3,965.00 |
| 5/16/2014 | $93,300.00 |
| 5/30/2014 | $3,766.00 |
| 6/2/2014 | $72,324.00 |
| 6/13/2014 | $3,887.00 |
| 7/3/2014 | $24,920.00 |
| 7/18/2014 | $3,172.00 |
| 8/25/2014 | $5,729.00 |
| 9/10/2014 | $83,940.00 |
| 10/10/2014 | $117,742.00 |
| 10/23/2014 | $62,995.00 |

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 10/30/2014 | $56,995.00 |
| 11/13/2014 | $47,996.00 |
| 11/18/2014 | $21,560.00 |
| 11/18/2014 | $61,600.00 |
| 11/21/2014 | $75,460.00 |
| 12/9/2014 | $71,994.00 |
| 12/29/2014 | $17,600.00 |
| 1/21/2015 | $5,964.00 |
| 1/21/2015 | $11,067.00 |
| 1/21/2015 | $13,671.00 |
| 1/22/2015 | $7,578.00 |
| 1/22/2015 | $13,671.00 |
| 1/23/2015 | $13,671.00 |
| 1/26/2015 | $9,765.00 |
| 1/26/2015 | $14,322.00 |
| 1/28/2015 | $7,578.00 |
| 2/4/2015 | $5,357.00 |
| 2/5/2015 | $6,529.00 |
| 2/5/2015 | $9,140.00 |
| 2/9/2015 | $7,500.00 |
| 2/10/2015 | $1,738.00 |
| 2/10/2015 | $1,738.00 |
| 2/13/2015 | $381.00 |
| 2/13/2015 | $6,445.00 |
| 2/13/2015 | $1,601.00 |
| 2/17/2015 | $9,575.00 |
| 2/18/2015 | $4,394.00 |
| 2/18/2015 | $1,738.00 |
| 2/19/2015 | $6,152.00 |
| 2/19/2015 | $6,964.00 |
| 2/19/2015 | $1,242.00 |
| 2/20/2015 | $3,248.00 |
| 2/23/2015 | $5,714.00 |
| 2/23/2015 | $1,242.00 |
| 2/26/2015 | $4,687.00 |
| 2/26/2015 | $1,573.00 |
| 2/27/2015 | $7,500.00 |
| 3/2/2015 | $1,324.00 |
| 3/4/2015 | $6,134.00 |
| 3/5/2015 | $1,738.00 |
| 3/18/2015 | $6,856.00 |
| 3/19/2015 | $6,785.00 |
| 3/20/2015 | $4,982.00 |
| 3/23/2015 | $5,413.00 |
| 3/25/2015 | $146,287.00 |
| 3/31/2015 | $4,285.00 |

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 4/2/2015 | $4,330.00 |
| 4/3/2015 | $191,643.00 |
| 4/21/2015 | $1,296.00 |
| 4/27/2015 | $7,315.00 |
| 5/18/2015 | $8,870.00 |
| 5/26/2015 | $12,369.00 |
| 5/29/2015 | $7,421.00 |
| 6/8/2015 | $6,785.00 |
| 6/15/2015 | $35,888.00 |
| 6/17/2015 | $22,100.00 |
| 6/22/2015 | $7,500.00 |
| 6/24/2015 | $6,856.00 |
| 6/30/2015 | $9,804.00 |
| 7/22/2015 | $50,244.00 |
| 7/24/2015 | $16,068.00 |
| 7/27/2015 | $13,671.00 |
| 8/6/2015 | $5,859.00 |
| 8/6/2015 | $14,538.00 |
| 8/6/2015 | $5,566.00 |
| 8/10/2015 | $29,061.00 |
| 8/11/2015 | $6,152.00 |
| 8/13/2015 | $12,369.00 |
| 8/14/2015 | $5,413.00 |
| 8/14/2015 | $32,442.00 |
| 8/21/2015 | $32,442.00 |
| 8/25/2015 | $1,573.00 |
| 8/28/2015 | $45,459.00 |
| 8/31/2015 | $910.00 |
| 8/31/2015 | $1,738.00 |
| 9/1/2015 | $8,417.00 |
| 9/1/2015 | $839.00 |
| 9/1/2015 | $1,449.00 |
| 9/3/2015 | $1,601.00 |
| 9/8/2015 | $4,633.00 |
| 9/11/2015 | $9,765.00 |
| 9/16/2015 | $18,844.00 |
| 9/16/2015 | $4,394.00 |
| 9/18/2015 | $21,483.00 |
| 9/22/2015 | $1,116.00 |
| 9/23/2015 | $45,459.00 |
| 10/1/2015 | $372.00 |
| 10/5/2015 | $35,731.00 |
| 10/14/2015 | $35,888.00 |
| 10/22/2015 | $9,765.00 |
| 11/12/2015 | $1,724.00 |
| 11/12/2015 | $6,026.00 |

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 11/12/2015 | $5,815.00 |
| 11/12/2015 | $4,352.00 |
| 11/12/2015 | $1,124.00 |
| 11/13/2015 | $2,273.00 |
| 11/13/2015 | $1,245.00 |
| 11/13/2015 | $2,176.00 |
| 11/13/2015 | $2,645.00 |
| 11/17/2015 | $3,147.00 |
| 11/17/2015 | $8,052.00 |
| 11/17/2015 | $1,138.00 |
| 11/17/2015 | $1,910.00 |
| 11/20/2015 | $20,672.00 |
| 11/20/2015 | $1,557.00 |
| 11/20/2015 | $1,641.00 |
| 11/20/2015 | $1,572.00 |
| 11/23/2015 | $1,724.00 |
| 11/27/2015 | $41,104.00 |
| 12/3/2015 | $29,360.00 |
| 12/28/2015 | $1,294.00 |
| 12/28/2015 | $1,245.00 |
| 12/28/2015 | $580.00 |
| 12/28/2015 | $1,808.00 |
| 12/28/2015 | $1,389.00 |
| 12/28/2015 | $1,055.00 |
| 12/28/2015 | $1,306.00 |
| 12/28/2015 | $762.00 |
| 12/29/2015 | $5,859.00 |
| 12/29/2015 | $3,750.00 |
| 12/29/2015 | $1,302.00 |
| 12/29/2015 | $1,791.00 |
| 12/30/2015 | $1,185.00 |
| 12/30/2015 | $1,732.00 |
| 12/30/2015 | $1,202.00 |
| 12/31/2015 | $2,645.00 |
| 12/31/2015 | $1,724.00 |
| 12/31/2015 | $1,910.00 |
| 12/31/2015 | $1,245.00 |
| 12/31/2015 | $1,185.00 |
| 1/5/2016 | $1,493.00 |
| 1/5/2016 | $100.00 |
| 1/5/2016 | $86.00 |
| 1/5/2016 | $1,003.00 |
| 1/5/2016 | $1,820.00 |
| 1/5/2016 | $1,467.00 |
| 1/5/2016 | $1,643.00 |
| 1/5/2016 | $848.00 |

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 1/5/2016 | $1,245.00 |
| 1/5/2016 | $822.00 |
| 1/5/2016 | $1,641.00 |
| 1/5/2016 | $1,724.00 |
| 1/5/2016 | $804.00 |
| 1/8/2016 | $8,133.00 |
| 1/8/2016 | $542.00 |
| 1/8/2016 | $1,163.00 |
| 1/8/2016 | $3,906.00 |
| 1/8/2016 | $1,367.00 |
| 1/8/2016 | $1,437.00 |
| 1/12/2016 | $9,759.00 |
| 1/12/2016 | $7,048.00 |
| 1/12/2016 | $3,036.00 |
| 1/12/2016 | $1,102.00 |
| 1/12/2016 | $73.00 |
| 1/12/2016 | $2,204.00 |
| 1/12/2016 | $91.00 |
| 1/12/2016 | $949.00 |
| 1/12/2016 | $96.00 |
| 1/12/2016 | $1,297.00 |
| 1/13/2016 | $6,710.00 |
| 1/13/2016 | $91.00 |
| 1/13/2016 | $147.00 |
| 1/15/2016 | $2,204.00 |
| 1/15/2016 | $147.00 |
| 1/15/2016 | $63.00 |
| 1/20/2016 | $447.00 |
| 1/20/2016 | $1,367.00 |
| 1/20/2016 | $1,396.00 |
| 1/20/2016 | $1,322.00 |
| 1/22/2016 | $2,857.00 |
| 1/22/2016 | $6,185.00 |
| 1/22/2016 | $1,908.00 |
| 1/22/2016 | $8,499.00 |
| 1/27/2016 | $2,297.00 |
| 1/27/2016 | $1,732.00 |
| 1/27/2016 | $3,393.00 |
| 1/27/2016 | $2,792.00 |
| 1/27/2016 | $1,113.00 |
| 2/1/2016 | $1,820.00 |
| 2/1/2016 | $1,820.00 |
| 2/2/2016 | $2,792.00 |
| 2/4/2016 | $1,820.00 |
| 2/8/2016 | $6,361.00 |
| 2/9/2016 | $1,891.00 |

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 2/10/2016 | $31,317.00 |
| 2/16/2016 | $43,061.00 |
| 2/22/2016 | $1,628.00 |
| 2/22/2016 | $5,022.00 |
| 2/25/2016 | $1,378.00 |
| 2/25/2016 | $10,655.00 |
| 2/25/2016 | $870.00 |
| 2/25/2016 | $10,094.00 |
| 2/25/2016 | $7,395.00 |
| 3/1/2016 | $77.00 |
| 3/1/2016 | $309.00 |
| 3/1/2016 | $1,158.00 |
| 3/1/2016 | $2,169.00 |
| 3/1/2016 | $253.00 |
| 3/1/2016 | $365.00 |
| 3/1/2016 | $402.00 |
| 3/1/2016 | $2,243.00 |
| 3/1/2016 | $234.00 |
| 3/1/2016 | $365.00 |
| 3/1/2016 | $1,302.00 |
| 3/1/2016 | $1,339.00 |
| 3/1/2016 | $1,789.00 |
| 3/1/2016 | $588.00 |
| 3/1/2016 | $879.00 |
| 3/1/2016 | $59.00 |
| 3/1/2016 | $4,650.00 |
| 3/1/2016 | $346.00 |
| 3/1/2016 | $398.00 |
| 3/1/2016 | $179.00 |
| 3/1/2016 | $335.00 |
| 3/1/2016 | $17,438.00 |
| 3/7/2016 | $588.00 |
| 3/7/2016 | $383.00 |
| 3/7/2016 | $383.00 |
| 3/7/2016 | $383.00 |
| 3/7/2016 | $1,088.00 |
| 3/7/2016 | $561.00 |
| 3/7/2016 | $1,507.00 |
| 3/7/2016 | $10,302.00 |
| 3/7/2016 | $22,088.00 |
| 3/8/2016 | $73.00 |
| 3/8/2016 | $8,412.00 |
| 3/8/2016 | $1,437.00 |
| 3/10/2016 | $290.00 |
| 3/10/2016 | $714.00 |
| 3/10/2016 | $1,437.00 |

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 3/10/2016 | $96.00 |
| 3/14/2016 | $100.00 |
| 3/14/2016 | $96.00 |
| 3/14/2016 | $20,925.00 |
| 3/15/2016 | $15,113.00 |
| 4/8/2016 | $1,910.00 |
| 4/8/2016 | $1,185.00 |
| 4/8/2016 | $15,113.00 |
| 4/8/2016 | $822.00 |
| 4/8/2016 | $45.00 |
| 4/8/2016 | $179.00 |
| 4/8/2016 | $580.00 |
| 4/8/2016 | $1,910.00 |
| 4/8/2016 | $943.00 |
| 4/8/2016 | $1,294.00 |
| 4/8/2016 | $1,245.00 |
| 4/8/2016 | $2,321.00 |
| 4/11/2016 | $893.00 |
| 4/11/2016 | $383.00 |
| 4/12/2016 | $670.00 |
| 4/12/2016 | $1,185.00 |
| 4/12/2016 | $1,124.00 |
| 4/14/2016 | $7,290.00 |
| 4/14/2016 | $4,352.00 |
| 4/15/2016 | $1,306.00 |
| 4/15/2016 | $96.00 |
| 4/15/2016 | $1,437.00 |
| 4/15/2016 | $5,815.00 |
| 5/3/2016 | $20,925.00 |
| 5/3/2016 | $1,641.00 |
| 5/3/2016 | $1,916.00 |
| 5/3/2016 | $1,730.00 |
| 5/4/2016 | $5,859.00 |
| 5/6/2016 | $6,026.00 |
| 5/9/2016 | $1,451.00 |
| 5/9/2016 | $23,250.00 |
| 5/10/2016 | $558.00 |
| 5/10/2016 | $1,823.00 |
| 5/10/2016 | $2,939.00 |
| 5/10/2016 | $1,990.00 |
| 5/10/2016 | $1,823.00 |
| 5/10/2016 | $1,265.00 |
| 5/13/2016 | $1,641.00 |
| 5/13/2016 | $1,138.00 |
| 5/13/2016 | $1,808.00 |
| 5/13/2016 | $1,557.00 |

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 5/13/2016 | $10,844.00 |
| 5/13/2016 | $3,571.00 |
| 5/16/2016 | $4,232.00 |
| 5/16/2016 | $1,572.00 |
| 5/16/2016 | $1,724.00 |
| 5/16/2016 | $9,759.00 |
| 5/16/2016 | $465.00 |
| 5/17/2016 | $7,048.00 |
| 5/18/2016 | $11,216.00 |
| 5/18/2016 | $6,696.00 |
| 5/20/2016 | $8,052.00 |
| 5/20/2016 | $2,009.00 |
| 5/20/2016 | $1,544.00 |
| 5/20/2016 | $1,003.00 |
| 5/20/2016 | $8,947.00 |
| 5/24/2016 | $1,172.00 |
| 5/24/2016 | $2,939.00 |
| 5/24/2016 | $6,510.00 |
| 5/24/2016 | $1,934.00 |
| 5/24/2016 | $186.00 |
| 5/26/2016 | $1,916.00 |
| 5/26/2016 | $1,245.00 |
| 5/26/2016 | $1,306.00 |
| 5/26/2016 | $804.00 |
| 5/26/2016 | $1,245.00 |
| 5/26/2016 | $1,724.00 |
| 5/26/2016 | $762.00 |
| 5/26/2016 | $1,916.00 |
| 5/31/2016 | $558.00 |
| 5/31/2016 | $1,116.00 |
| 5/31/2016 | $3,214.00 |
| 6/1/2016 | $465.00 |
| 6/1/2016 | $1,549.00 |
| 6/1/2016 | $1,628.00 |
| 6/1/2016 | $759.00 |
| 6/1/2016 | $1,245.00 |
| 6/2/2016 | $7,605.00 |
| 6/2/2016 | $3,036.00 |
| 6/2/2016 | $1,075.00 |
| 6/2/2016 | $1,470.00 |
| 6/3/2016 | $1,055.00 |
| 6/3/2016 | $1,916.00 |
| 6/6/2016 | $2,645.00 |
| 6/6/2016 | $1,724.00 |
| 6/6/2016 | $1,791.00 |
| 6/6/2016 | $9,533.00 |

# EXHIBIT A
## TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 6/13/2016 | $10,094.00 |
| 6/14/2016 | $9,217.00 |
| 6/17/2016 | $930.00 |
| 6/21/2016 | $1,707.00 |
| 6/21/2016 | $19,763.00 |
| 6/22/2016 | $2,498.00 |
| 6/24/2016 | $1,276.00 |
| 6/24/2016 | $936.00 |
| 6/24/2016 | $1,276.00 |
| 6/24/2016 | $1,362.00 |
| 6/24/2016 | $5,608.00 |
| 6/29/2016 | $372.00 |
| 6/29/2016 | $1,702.00 |
| 6/29/2016 | $1,787.00 |
| 6/29/2016 | $1,617.00 |
| 6/29/2016 | $2,321.00 |
| 6/29/2016 | $1,628.00 |
| 6/29/2016 | $2,623.00 |
| 7/1/2016 | $12,304.00 |
| 7/5/2016 | $5,692.00 |
| 7/8/2016 | $1,021.00 |
| 7/8/2016 | $1,872.00 |
| 7/8/2016 | $1,617.00 |
| 7/8/2016 | $865.00 |
| 7/8/2016 | $995.00 |
| 7/8/2016 | $446.00 |
| 7/8/2016 | $725.00 |
| 7/8/2016 | $958.00 |
| 7/8/2016 | $1,469.00 |
| 7/8/2016 | $1,312.00 |
| 7/8/2016 | $1,233.00 |
| 7/12/2016 | $7,801.00 |
| 7/14/2016 | $12,647.00 |
| 7/18/2016 | $1,628.00 |
| 7/18/2016 | $2,498.00 |
| 7/18/2016 | $5,422.00 |
| 7/18/2016 | $4,473.00 |
| 7/25/2016 | $1,692.00 |
| 7/25/2016 | $1,549.00 |
| 7/25/2016 | $2,645.00 |
| 7/29/2016 | $379.00 |
| 7/29/2016 | $10,379.00 |
| 8/12/2016 | $16,108.00 |
| 8/15/2016 | $1,116.00 |
| 8/19/2016 | $744.00 |
| 8/19/2016 | $2,209.00 |

# EXHIBIT A
## TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 8/19/2016 | $209.25 |
| 8/19/2016 | $1,151.25 |
| 8/19/2016 | $69.75 |
| 8/19/2016 | $383.75 |
| 8/31/2016 | $279.00 |
| 8/31/2016 | $7,645.00 |
| 9/15/2016 | $372.00 |
| 9/21/2016 | $958.00 |
| 9/21/2016 | $958.00 |
| 9/21/2016 | $1,724.00 |
| 9/21/2016 | $1,389.00 |
| 9/26/2016 | $1,628.00 |
| 9/26/2016 | $772.00 |
| 10/7/2016 | $4,232.00 |
| 10/11/2016 | $4,687.00 |
| 10/13/2016 | $1,423.00 |
| 10/13/2016 | $16,973.00 |
| 10/13/2016 | $3,576.00 |
| 10/14/2016 | $2,191.00 |
| 10/14/2016 | $2,521.00 |
| 10/17/2016 | $2,638.00 |
| 10/17/2016 | $2,496.00 |
| 10/17/2016 | $4,862.00 |
| 10/17/2016 | $2,544.00 |
| 10/18/2016 | $2,445.00 |
| 10/18/2016 | $2,449.00 |
| 10/18/2016 | $1,802.00 |
| 10/18/2016 | $2,591.00 |
| 10/19/2016 | $5,767.00 |
| 10/19/2016 | $958.00 |
| 10/19/2016 | $2,349.00 |
| 10/20/2016 | $9,699.00 |
| 10/20/2016 | $5,160.00 |
| 10/25/2016 | $1,812.00 |
| 10/25/2016 | $2,014.00 |
| 10/25/2016 | $3,455.00 |
| 10/26/2016 | $2,601.00 |
| 10/26/2016 | $2,101.00 |
| 10/28/2016 | $19,796.00 |
| 10/31/2016 | $1,590.00 |
| 10/31/2016 | $3,007.00 |
| 10/31/2016 | $3,737.00 |
| 11/1/2016 | $2,923.00 |
| 11/1/2016 | $3,151.00 |
| 11/1/2016 | $2,790.00 |
| 11/1/2016 | $2,691.00 |

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 11/1/2016 | $2,319.00 |
| 11/2/2016 | $3,497.00 |
| 11/3/2016 | $586.00 |
| 11/3/2016 | $2,075.00 |
| 11/3/2016 | $3,267.00 |
| 11/3/2016 | $996.00 |
| 11/3/2016 | $2,819.00 |
| 11/7/2016 | $3,906.00 |
| 11/7/2016 | $2,818.00 |
| 11/7/2016 | $3,344.00 |
| 11/7/2016 | $1,621.00 |
| 11/7/2016 | $2,191.00 |
| 11/7/2016 | $2,213.00 |
| 11/7/2016 | $1,339.00 |
| 11/7/2016 | $3,091.00 |
| 11/7/2016 | $2,318.00 |
| 11/14/2016 | $22,335.00 |
| 11/23/2016 | $4,576.00 |
| 11/23/2016 | $4,303.00 |
| 11/30/2016 | $10,457.00 |
| 12/5/2016 | $2,361.00 |
| 12/12/2016 | $2,327.00 |
| 12/15/2016 | $13,346.00 |
| 12/22/2016 | $4,308.00 |
| 12/22/2016 | $4,857.00 |
| 12/22/2016 | $2,373.00 |
| 12/23/2016 | $4,675.00 |
| 12/28/2016 | $7,314.00 |
| 12/30/2016 | $17,725.00 |
| 1/4/2017 | $6,220.00 |
| 1/4/2017 | $2,449.00 |
| 1/24/2017 | $3,287.00 |
| 1/30/2017 | $15,023.00 |
| 1/31/2017 | $1,339.00 |
| 1/31/2017 | $1,726.00 |
| 1/31/2017 | $2,143.00 |
| 1/31/2017 | $2,301.00 |
| 1/31/2017 | $2,182.00 |
| 1/31/2017 | $2,349.00 |
| 1/31/2017 | $4,576.00 |
| 1/31/2017 | $4,243.00 |
| 2/1/2017 | $972.00 |
| 2/1/2017 | $3,147.00 |
| 2/1/2017 | $9,128.00 |
| 2/2/2017 | $1,627.00 |
| 2/2/2017 | $1,668.00 |

EXHIBIT A

TRANSFERS TO TATITO TRANSPORT SERVICE INC.

| Date | Payment Amount |
|---|---|
| 2/2/2017 | $2,225.00 |
| 2/2/2017 | $4,857.00 |
| 2/3/2017 | $2,190.00 |
| 2/3/2017 | $2,361.00 |
| 2/3/2017 | $2,524.00 |
| 2/6/2017 | $3,643.00 |
| 2/6/2017 | $6,846.00 |
| 2/9/2017 | $3,366.00 |
| 2/13/2017 | $1,562.00 |
| 2/16/2017 | $1,339.00 |
| 2/16/2017 | $2,653.00 |
| 2/17/2017 | $1,953.00 |
| 2/17/2017 | $2,909.00 |
| 2/21/2017 | $2,075.00 |
| 2/21/2017 | $1,845.00 |
| 2/21/2017 | $4,480.00 |
| 2/21/2017 | $9,967.00 |
| 2/23/2017 | $1,960.00 |
| 2/23/2017 | $1,990.00 |
| 2/23/2017 | $2,055.00 |
| 2/23/2017 | $9,699.00 |
| 2/28/2017 | $1,384.00 |
| 2/28/2017 | $2,182.00 |
| 3/3/2017 | $6,052.00 |
| 3/13/2017 | $1,451.00 |
| 3/17/2017 | $125,419.00 |
| 3/27/2017 | $13,991.00 |
| 3/31/2017 | $37,047.00 |
| 4/3/2017 | $8,461.00 |
| 4/4/2017 | $12,460.00 |
| 4/7/2017 | $68,938.00 |
| 4/18/2017 | $128,415.00 |
| 4/21/2017 | $2,002.00 |
| 4/28/2017 | $6,412.00 |
| 5/1/2017 | $2,191.00 |
| 5/1/2017 | $2,422.00 |