# EXHIBIT A

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $204.00 |
| 5/13/2013 | $1,991.00 |
| 5/13/2013 | $3,056.00 |
| 5/13/2013 | $580.00 |
| 5/13/2013 | $30,313.00 |
| 6/10/2013 | $297.00 |
| 6/10/2013 | $2,716.00 |
| 6/10/2013 | $323.00 |
| 6/10/2013 | $4,069.00 |
| 6/10/2013 | $142.00 |
| 6/13/2013 | $2,451.00 |
| 6/18/2013 | $2,403.00 |
| 6/18/2013 | $15,857.00 |
| 6/18/2013 | $22,331.00 |
| 6/18/2013 | $59,134.00 |
| 6/26/2013 | $252.00 |
| 6/26/2013 | $61.00 |
| 6/26/2013 | $4,200.00 |
| 6/26/2013 | $8,365.00 |
| 6/26/2013 | $12,860.00 |
| 6/26/2013 | $16,365.00 |
| 6/26/2013 | $18,875.00 |
| 6/26/2013 | $1,549.00 |
| 6/26/2013 | $34.00 |
| 6/26/2013 | $1,675.00 |
| 6/26/2013 | $1,781.00 |
| 6/26/2013 | $238.00 |
| 7/11/2013 | $2,276.00 |
| 7/11/2013 | $16,248.00 |
| 7/11/2013 | $71,253.00 |
| 7/11/2013 | $190.00 |
| 7/18/2013 | $3,816.00 |
| 7/18/2013 | $91.00 |
| 7/18/2013 | $10,783.00 |
| 7/18/2013 | $797.00 |
| 7/18/2013 | $54,554.00 |
| 7/18/2013 | $154.00 |
| 7/25/2013 | $252.00 |
| 7/25/2013 | $2,056.00 |
| 7/25/2013 | $2,372.00 |
| 7/25/2013 | $351.00 |
| 7/25/2013 | $7,799.00 |
| 7/25/2013 | $8,058.00 |
| 7/25/2013 | $148.00 |
| 7/25/2013 | $1,049.00 |
| 8/9/2013 | $1,296.00 |

A-1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|------|---------------|
| 8/23/2013 | $5,607.00 |
| 8/23/2013 | $516.00 |
| 8/23/2013 | $102.00 |
| 8/23/2013 | $10,896.00 |
| 8/23/2013 | $11,299.00 |
| 8/23/2013 | $14,971.00 |
| 8/23/2013 | $241.00 |
| 8/23/2013 | $44.00 |
| 9/13/2013 | $3,909.00 |
| 9/13/2013 | $15,624.00 |
| 9/27/2013 | $2,508.00 |
| 9/27/2013 | $386.00 |
| 9/27/2013 | $417.00 |
| 9/27/2013 | $601.00 |
| 9/27/2013 | $176.00 |
| 9/27/2013 | $1,495.00 |
| 9/27/2013 | $46.00 |
| 10/11/2013 | $14,546.00 |
| 10/17/2013 | $396.00 |
| 10/17/2013 | $83.00 |
| 10/17/2013 | $92.00 |
| 10/17/2013 | $27,656.00 |
| 10/17/2013 | $43,713.00 |
| 10/17/2013 | $70,542.00 |
| 10/17/2013 | $126,050.00 |
| 10/17/2013 | $1,329.00 |
| 10/17/2013 | $37.00 |
| 10/17/2013 | $1,811.00 |
| 10/25/2013 | $1,776.00 |
| 11/13/2013 | $2,104.00 |
| 11/13/2013 | $2,397.00 |
| 11/13/2013 | $3,484.00 |
| 11/13/2013 | $4,543.00 |
| 11/13/2013 | $5,130.00 |
| 11/13/2013 | $7,770.00 |
| 11/13/2013 | $10,481.00 |
| 11/13/2013 | $945.00 |
| 11/18/2013 | $2,126.00 |
| 11/18/2013 | $2,148.00 |
| 11/18/2013 | $3,226.00 |
| 11/18/2013 | $83.00 |
| 11/18/2013 | $83.00 |
| 11/18/2013 | $5,254.00 |
| 11/18/2013 | $455.00 |
| 11/18/2013 | $7,959.00 |
| 11/18/2013 | $8,807.00 |

63378761 v1

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 11/18/2013 | $645.00 |
| 11/18/2013 | $20,328.00 |
| 11/18/2013 | $42,981.00 |
| 11/18/2013 | $54,976.00 |
| 11/18/2013 | $1,009.00 |
| 11/18/2013 | $1,065.00 |
| 11/18/2013 | $207.00 |
| 11/18/2013 | $249.00 |
| 11/26/2013 | $60,243.00 |
| 11/26/2013 | $79,273.00 |
| 12/9/2013 | $498.00 |
| 12/9/2013 | $11,240.00 |
| 12/9/2013 | $51,269.00 |
| 12/9/2013 | $818.00 |
| 12/23/2013 | $4,851.00 |
| 12/23/2013 | $6,096.00 |
| 12/23/2013 | $13,351.00 |
| 12/23/2013 | $66,894.00 |
| 12/26/2013 | $1,007.00 |
| 12/27/2013 | $11,903.00 |
| 12/27/2013 | $12,757.00 |
| 12/27/2013 | $14,635.00 |
| 1/24/2014 | $3.00 |
| 1/27/2014 | $344.00 |
| 1/27/2014 | $357.00 |
| 1/27/2014 | $1,078.00 |
| 2/11/2014 | $2,267.00 |
| 2/11/2014 | $5,337.00 |
| 2/11/2014 | $8,108.00 |
| 2/11/2014 | $9,979.00 |
| 2/11/2014 | $542.00 |
| 2/11/2014 | $580.00 |
| 2/11/2014 | $963.00 |
| 2/11/2014 | $1,427.00 |
| 2/13/2014 | $33.00 |
| 2/20/2014 | $104,538.00 |
| 2/26/2014 | $86.00 |
| 2/26/2014 | $90.00 |
| 2/26/2014 | $6,918.00 |
| 2/26/2014 | $14,794.00 |
| 2/26/2014 | $54,196.00 |
| 2/26/2014 | $1,761.00 |
| 3/13/2014 | $2,405.00 |
| 3/13/2014 | $328.00 |
| 3/13/2014 | $6,718.00 |
| 3/13/2014 | $15,060.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|------|----------------|
| 3/13/2014 | $17,899.00 |
| 3/21/2014 | $13,962.00 |
| 3/21/2014 | $14,102.00 |
| 3/21/2014 | $17,152.00 |
| 3/21/2014 | $60,829.00 |
| 3/21/2014 | $1,864.00 |
| 3/26/2014 | $4,392.00 |
| 3/26/2014 | $7,408.00 |
| 3/26/2014 | $19,489.00 |
| 3/26/2014 | $20,433.00 |
| 3/26/2014 | $1,580.00 |
| 4/10/2014 | $3,422.00 |
| 4/10/2014 | $5,911.00 |
| 4/10/2014 | $6,012.00 |
| 4/10/2014 | $593.00 |
| 4/10/2014 | $14,073.00 |
| 4/10/2014 | $16,764.00 |
| 4/10/2014 | $61,182.00 |
| 4/10/2014 | $3.00 |
| 4/14/2014 | $2,370.00 |
| 4/22/2014 | $6,005.00 |
| 4/23/2014 | $5,965.00 |
| 4/23/2014 | $900.00 |
| 4/28/2014 | $508.00 |
| 4/28/2014 | $25,724.00 |
| 4/28/2014 | $987.00 |
| 4/28/2014 | $183.00 |
| 4/28/2014 | $184.00 |
| 4/28/2014 | $194.00 |
| 4/28/2014 | $1,277.00 |
| 4/28/2014 | $1,771.00 |
| 4/29/2014 | $704.00 |
| 5/9/2014 | $539.00 |
| 5/9/2014 | $16,872.00 |
| 5/9/2014 | $184.00 |
| 5/9/2014 | $248.00 |
| 5/13/2014 | $2,353.00 |
| 5/27/2014 | $6,497.00 |
| 5/27/2014 | $691.00 |
| 5/27/2014 | $61,395.00 |
| 5/27/2014 | $914.00 |
| 5/27/2014 | $150.00 |
| 5/27/2014 | $1,111.00 |
| 5/27/2014 | $219.00 |
| 5/28/2014 | $704.00 |
| 6/5/2014 | $2,368.00 |

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 6/12/2014 | $2,317.00 |
| 6/12/2014 | $2,467.00 |
| 6/12/2014 | $2,900.00 |
| 6/12/2014 | $4,928.00 |
| 6/12/2014 | $450.00 |
| 6/12/2014 | $466.00 |
| 6/12/2014 | $6,971.00 |
| 6/12/2014 | $8,146.00 |
| 6/12/2014 | $9,411.00 |
| 6/12/2014 | $106.00 |
| 6/12/2014 | $11,781.00 |
| 6/12/2014 | $14,597.00 |
| 6/12/2014 | $666.00 |
| 6/12/2014 | $704.00 |
| 6/12/2014 | $28,612.00 |
| 6/12/2014 | $55,820.00 |
| 6/12/2014 | $956.00 |
| 6/12/2014 | $160.00 |
| 6/12/2014 | $1,116.00 |
| 6/12/2014 | $1,116.00 |
| 6/12/2014 | $1,116.00 |
| 6/12/2014 | $183.00 |
| 6/25/2014 | $2,210.00 |
| 6/25/2014 | $66.00 |
| 6/25/2014 | $447.00 |
| 6/25/2014 | $6,077.00 |
| 6/25/2014 | $515.00 |
| 6/25/2014 | $109.00 |
| 6/25/2014 | $13,227.00 |
| 6/25/2014 | $627.00 |
| 6/25/2014 | $916.00 |
| 6/25/2014 | $158.00 |
| 6/25/2014 | $1,039.00 |
| 6/25/2014 | $1,058.00 |
| 6/25/2014 | $1,333.00 |
| 6/25/2014 | $1,404.00 |
| 6/25/2014 | $1,846.00 |
| 6/25/2014 | $46.00 |
| 6/26/2014 | $2,397.00 |
| 7/18/2014 | $653.00 |
| 7/21/2014 | $2,799.00 |
| 8/6/2014 | $1,116.00 |
| 8/8/2014 | $2,360.00 |
| 8/18/2014 | $55.00 |
| 8/18/2014 | $673.00 |
| 8/18/2014 | $6.00 |

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|------|---------------|
| 8/18/2014 | $11.00 |
| 8/18/2014 | $1,428.00 |
| 8/18/2014 | $1,560.00 |
| 8/18/2014 | $37.00 |
| 8/21/2014 | $2,207.00 |
| 8/21/2014 | $2,842.00 |
| 8/21/2014 | $100.00 |
| 8/21/2014 | $8,569.00 |
| 8/21/2014 | $13,206.00 |
| 8/21/2014 | $14,678.00 |
| 8/21/2014 | $17,552.00 |
| 8/21/2014 | $21,504.00 |
| 8/21/2014 | $132.00 |
| 8/21/2014 | $750.00 |
| 8/21/2014 | $55,839.00 |
| 8/21/2014 | $189.00 |
| 8/21/2014 | $1,362.00 |
| 8/26/2014 | $3,194.00 |
| 8/26/2014 | $8,683.00 |
| 8/26/2014 | $13,737.00 |
| 8/26/2014 | $64,121.00 |
| 8/26/2014 | $154.00 |
| 8/26/2014 | $3.00 |
| 8/26/2014 | $1,555.00 |
| 8/26/2014 | $1,675.00 |
| 9/10/2014 | $2,519.00 |
| 9/10/2014 | $4,835.00 |
| 9/10/2014 | $6,108.00 |
| 9/10/2014 | $8,865.00 |
| 9/10/2014 | $620.00 |
| 9/10/2014 | $16,231.00 |
| 9/10/2014 | $853.00 |
| 9/10/2014 | $889.00 |
| 9/10/2014 | $902.00 |
| 9/10/2014 | $902.00 |
| 9/10/2014 | $173.00 |
| 9/10/2014 | $21.00 |
| 9/10/2014 | $1,345.00 |
| 9/16/2014 | $502.00 |
| 9/16/2014 | $111.00 |
| 9/26/2014 | $10,342.00 |
| 9/26/2014 | $46,078.00 |
| 9/26/2014 | $1,274.00 |
| 9/26/2014 | $199.00 |
| 9/29/2014 | $5,974.00 |
| 9/29/2014 | $5,987.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 9/29/2014 | $6,106.00 |
| 9/29/2014 | $11,561.00 |
| 9/29/2014 | $901.00 |
| 9/29/2014 | $88,306.00 |
| 9/29/2014 | $155.00 |
| 10/14/2014 | $3,231.00 |
| 10/14/2014 | $12,546.00 |
| 10/14/2014 | $13,777.00 |
| 10/14/2014 | $18,128.00 |
| 10/14/2014 | $904.00 |
| 10/27/2014 | $2,333.00 |
| 10/27/2014 | $5,035.00 |
| 11/12/2014 | $2,311.00 |
| 11/12/2014 | $2,684.00 |
| 11/12/2014 | $4,396.00 |
| 11/12/2014 | $9,583.00 |
| 11/12/2014 | $14,207.00 |
| 11/12/2014 | $902.00 |
| 11/19/2014 | $2,381.00 |
| 11/19/2014 | $704.00 |
| 11/28/2014 | $3.00 |
| 11/28/2014 | $3.00 |
| 12/11/2014 | $268.00 |
| 12/11/2014 | $274.00 |
| 12/11/2014 | $704.00 |
| 12/26/2014 | $3,174.00 |
| 12/26/2014 | $10,803.00 |
| 12/26/2014 | $13,919.00 |
| 12/26/2014 | $18,660.00 |
| 12/26/2014 | $50,708.00 |
| 12/26/2014 | $902.00 |
| 1/14/2015 | $5,163.00 |
| 1/14/2015 | $6,405.00 |
| 1/14/2015 | $6,829.00 |
| 1/14/2015 | $9,856.00 |
| 1/14/2015 | $44,058.00 |
| 1/14/2015 | $57,615.00 |
| 1/14/2015 | $1,313.00 |
| 2/3/2015 | $1,408.00 |
| 2/9/2015 | $56.00 |
| 2/9/2015 | $2,392.00 |
| 2/9/2015 | $2,455.00 |
| 2/9/2015 | $91.00 |
| 2/9/2015 | $98.00 |
| 2/9/2015 | $106.00 |
| 2/9/2015 | $114.00 |

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 2/9/2015 | $127.00 |
| 2/9/2015 | $129.00 |
| 2/9/2015 | $145.00 |
| 2/9/2015 | $1,001.00 |
| 2/23/2015 | $2,409.00 |
| 2/23/2015 | $1,408.00 |
| 2/25/2015 | $2,559.00 |
| 2/25/2015 | $336.00 |
| 2/25/2015 | $4,040.00 |
| 2/25/2015 | $417.00 |
| 2/25/2015 | $4,973.00 |
| 2/25/2015 | $6,674.00 |
| 2/25/2015 | $6,875.00 |
| 2/25/2015 | $100.00 |
| 2/25/2015 | $9,302.00 |
| 2/25/2015 | $901.00 |
| 2/25/2015 | $902.00 |
| 3/26/2015 | $7,258.00 |
| 3/26/2015 | $1,408.00 |
| 3/27/2015 | $2,450.00 |
| 3/27/2015 | $383.00 |
| 3/27/2015 | $7,484.00 |
| 3/27/2015 | $11,765.00 |
| 3/27/2015 | $15,957.00 |
| 3/27/2015 | $16,668.00 |
| 3/27/2015 | $29,580.00 |
| 3/27/2015 | $901.00 |
| 3/27/2015 | $100,782.00 |
| 3/27/2015 | $930.00 |
| 3/27/2015 | $1,386.00 |
| 3/27/2015 | $34.00 |
| 4/9/2015 | $2,113.00 |
| 4/9/2015 | $432.00 |
| 4/9/2015 | $9,710.00 |
| 4/9/2015 | $17,097.00 |
| 4/9/2015 | $18,186.00 |
| 4/9/2015 | $20,945.00 |
| 4/9/2015 | $1,834.00 |
| 4/21/2015 | $25,235.00 |
| 4/21/2015 | $43,446.00 |
| 4/21/2015 | $11.00 |
| 4/27/2015 | $259.00 |
| 4/27/2015 | $54.00 |
| 4/27/2015 | $56.00 |
| 4/27/2015 | $317.00 |
| 4/27/2015 | $362.00 |

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 4/27/2015 | $542.00 |
| 4/27/2015 | $6.00 |
| 4/27/2015 | $167.00 |
| 4/27/2015 | $17.00 |
| 4/27/2015 | $28.00 |
| 5/6/2015 | $6,655.00 |
| 5/6/2015 | $7,943.00 |
| 5/6/2015 | $8,327.00 |
| 5/6/2015 | $9,166.00 |
| 5/6/2015 | $13,857.00 |
| 5/6/2015 | $28,661.00 |
| 5/6/2015 | $901.00 |
| 5/13/2015 | $43,472.00 |
| 5/19/2015 | $2,409.00 |
| 5/19/2015 | $4,367.00 |
| 5/19/2015 | $8,861.00 |
| 5/19/2015 | $9,741.00 |
| 5/19/2015 | $704.00 |
| 5/19/2015 | $902.00 |
| 5/19/2015 | $1,129.00 |
| 5/19/2015 | $1,632.00 |
| 5/26/2015 | $11.00 |
| 5/26/2015 | $6.00 |
| 5/26/2015 | $2,891.00 |
| 5/26/2015 | $7,515.00 |
| 5/26/2015 | $106.00 |
| 5/26/2015 | $6.00 |
| 6/12/2015 | $362.00 |
| 6/15/2015 | $8,640.00 |
| 6/15/2015 | $2,390.00 |
| 6/15/2015 | $13,927.00 |
| 6/15/2015 | $2,710.00 |
| 6/15/2015 | $2,004.00 |
| 6/15/2015 | $1,969.00 |
| 6/15/2015 | $2,043.00 |
| 6/15/2015 | $52,264.00 |
| 6/15/2015 | $17,140.00 |
| 6/15/2015 | $16,618.00 |
| 6/15/2015 | $3,581.00 |
| 6/15/2015 | $901.00 |
| 6/24/2015 | $155.00 |
| 6/26/2015 | $1,408.00 |
| 6/26/2015 | $4,763.00 |
| 6/26/2015 | $704.00 |
| 6/26/2015 | $2,403.00 |
| 6/29/2015 | $3.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 6/29/2015 | $1,497.00 |
| 6/29/2015 | $1,552.00 |
| 6/29/2015 | $11.00 |
| 7/13/2015 | $124.00 |
| 8/12/2015 | $1,051.00 |
| 8/12/2015 | $473.00 |
| 8/12/2015 | $3.00 |
| 8/12/2015 | $1,485.00 |
| 8/12/2015 | $2,381.00 |
| 8/26/2015 | $794.00 |
| 8/26/2015 | $822.00 |
| 8/26/2015 | $2,048.00 |
| 8/26/2015 | $3,939.00 |
| 8/26/2015 | $26,957.00 |
| 8/26/2015 | $2,154.00 |
| 8/26/2015 | $22,309.00 |
| 8/26/2015 | $363.00 |
| 8/26/2015 | $1,808.00 |
| 8/26/2015 | $1,231.00 |
| 9/9/2015 | $18,165.00 |
| 9/9/2015 | $620.00 |
| 9/14/2015 | $87,928.00 |
| 9/14/2015 | $1,319.00 |
| 9/14/2015 | $20,477.00 |
| 9/14/2015 | $1,209.00 |
| 9/22/2015 | $105,739.00 |
| 9/22/2015 | $627.00 |
| 9/22/2015 | $902.00 |
| 9/25/2015 | $26,292.00 |
| 11/6/2015 | $13,767.00 |
| 11/6/2015 | $8,042.00 |
| 11/6/2015 | $9,165.00 |
| 11/6/2015 | $3,858.00 |
| 11/6/2015 | $106.00 |
| 11/6/2015 | $407.00 |
| 11/6/2015 | $7,462.00 |
| 11/6/2015 | $20,861.00 |
| 11/6/2015 | $2,653.00 |
| 11/6/2015 | $5,863.00 |
| 11/6/2015 | $2,468.00 |
| 11/6/2015 | $2,629.00 |
| 11/6/2015 | $19,489.00 |
| 11/6/2015 | $2,201.00 |
| 11/6/2015 | $2,105.00 |
| 11/6/2015 | $10,350.00 |
| 11/6/2015 | $2,036.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 11/6/2015 | $2,234.00 |
| 11/6/2015 | $902.00 |
| 11/27/2015 | $1,905.00 |
| 11/27/2015 | $451.00 |
| 12/24/2015 | $939.00 |
| 12/24/2015 | $1,010.00 |
| 12/24/2015 | $93.00 |
| 1/15/2016 | $228.00 |
| 1/15/2016 | $4,988.00 |
| 1/15/2016 | $50,348.00 |
| 1/15/2016 | $122.00 |
| 1/25/2016 | $221.00 |
| 1/27/2016 | $803.00 |
| 1/27/2016 | $121.00 |
| 1/27/2016 | $358.00 |
| 1/27/2016 | $3,891.00 |
| 1/27/2016 | $171.00 |
| 1/27/2016 | $14,576.00 |
| 1/27/2016 | $4,666.00 |
| 1/27/2016 | $9,807.00 |
| 1/27/2016 | $2,181.00 |
| 1/27/2016 | $2,631.00 |
| 1/27/2016 | $1,052.00 |
| 1/27/2016 | $3,258.00 |
| 1/27/2016 | $6,692.00 |
| 1/27/2016 | $3,869.00 |
| 1/27/2016 | $11,802.00 |
| 1/27/2016 | $44,068.00 |
| 1/27/2016 | $2,010.00 |
| 1/27/2016 | $5,503.00 |
| 1/27/2016 | $2,200.00 |
| 1/27/2016 | $257.00 |
| 1/27/2016 | $4,488.00 |
| 1/27/2016 | $2,191.00 |
| 1/27/2016 | $693.00 |
| 1/27/2016 | $9,405.00 |
| 1/27/2016 | $16,218.00 |
| 1/27/2016 | $902.00 |
| 1/27/2016 | $904.00 |
| 1/27/2016 | $4,955.00 |
| 1/27/2016 | $4,605.00 |
| 2/11/2016 | $1,527.00 |
| 2/25/2016 | $15,850.00 |
| 2/25/2016 | $15,616.00 |
| 2/25/2016 | $1,078.00 |
| 2/25/2016 | $43,449.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 2/25/2016 | $4,647.00 |
| 2/25/2016 | $2,333.00 |
| 2/25/2016 | $145.00 |
| 2/25/2016 | $4,532.00 |
| 2/25/2016 | $14,688.00 |
| 2/25/2016 | $1,167.00 |
| 2/25/2016 | $6,515.00 |
| 2/25/2016 | $902.00 |
| 2/25/2016 | $1,201.00 |
| 2/25/2016 | $902.00 |
| 3/10/2016 | $44,231.00 |
| 3/17/2016 | $25,056.00 |
| 3/17/2016 | $46,083.00 |
| 3/17/2016 | $1,630.00 |
| 3/17/2016 | $9,248.00 |
| 3/17/2016 | $2,464.00 |
| 3/17/2016 | $5,755.00 |
| 3/17/2016 | $204.00 |
| 3/17/2016 | $14,367.00 |
| 3/17/2016 | $1,153.00 |
| 3/17/2016 | $1,117.00 |
| 3/17/2016 | $1,190.00 |
| 3/17/2016 | $1,427.00 |
| 3/21/2016 | $50,231.00 |
| 3/24/2016 | $1,406.00 |
| 3/24/2016 | $6.00 |
| 3/30/2016 | $25.00 |
| 4/5/2016 | $13,991.00 |
| 4/5/2016 | $4,020.00 |
| 4/5/2016 | $3,799.00 |
| 4/27/2016 | $41.00 |
| 4/27/2016 | $290.00 |
| 4/27/2016 | $171.00 |
| 4/27/2016 | $273.00 |
| 4/27/2016 | $4,788.00 |
| 4/27/2016 | $615.00 |
| 4/27/2016 | $205.00 |
| 4/27/2016 | $4,759.00 |
| 4/27/2016 | $902.00 |
| 5/3/2016 | $13,345.00 |
| 5/3/2016 | $43,428.00 |
| 5/3/2016 | $981.00 |
| 5/3/2016 | $1,125.00 |
| 5/12/2016 | $278.00 |
| 5/26/2016 | $55.00 |
| 5/26/2016 | $85.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 5/31/2016 | $424.00 |
| 6/3/2016 | $49,925.00 |
| 6/3/2016 | $901.00 |
| 6/7/2016 | $4,209.00 |
| 6/7/2016 | $14,537.00 |
| 6/7/2016 | $1,541.00 |
| 6/7/2016 | $171.00 |
| 6/7/2016 | $667.00 |
| 6/7/2016 | $3,205.00 |
| 6/7/2016 | $279.00 |
| 6/7/2016 | $56.00 |
| 6/7/2016 | $902.00 |
| 6/10/2016 | $6,236.00 |
| 6/10/2016 | $1,175.00 |
| 6/10/2016 | $1,346.00 |
| 6/17/2016 | $96.00 |
| 6/17/2016 | $61.00 |
| 6/24/2016 | $66.00 |
| 6/24/2016 | $693.00 |
| 6/24/2016 | $27,037.00 |
| 6/24/2016 | $59.00 |
| 6/24/2016 | $784.00 |
| 6/24/2016 | $6,814.00 |
| 6/24/2016 | $1,821.00 |
| 6/24/2016 | $33.00 |
| 6/24/2016 | $33.00 |
| 6/24/2016 | $748.00 |
| 6/24/2016 | $6.00 |
| 6/24/2016 | $33.00 |
| 6/24/2016 | $6.00 |
| 6/27/2016 | $3.00 |
| 6/27/2016 | $3.00 |
| 6/27/2016 | $33.00 |
| 6/27/2016 | $3.00 |
| 6/27/2016 | $709.00 |
| 6/27/2016 | $778.00 |
| 6/27/2016 | $6.00 |
| 7/8/2016 | $3.00 |
| 7/12/2016 | $3.00 |
| 7/12/2016 | $3.00 |
| 7/12/2016 | $4,797.00 |
| 7/12/2016 | $100.00 |
| 7/12/2016 | $4,502.00 |
| 7/12/2016 | $4,658.00 |
| 7/12/2016 | $4,943.00 |
| 7/12/2016 | $5,172.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 7/12/2016 | $4,799.00 |
| 7/12/2016 | $4,743.00 |
| 7/12/2016 | $498.00 |
| 7/12/2016 | $1,095.00 |
| 7/12/2016 | $1,094.00 |
| 7/12/2016 | $133.00 |
| 7/12/2016 | $5,502.00 |
| 7/12/2016 | $278.00 |
| 7/12/2016 | $2,208.00 |
| 7/12/2016 | $40.00 |
| 7/12/2016 | $2,235.00 |
| 7/12/2016 | $401.00 |
| 7/12/2016 | $2,620.00 |
| 7/12/2016 | $2,021.00 |
| 7/12/2016 | $237.00 |
| 7/12/2016 | $910.00 |
| 7/12/2016 | $323.00 |
| 7/12/2016 | $326.00 |
| 7/12/2016 | $156.00 |
| 7/12/2016 | $232.00 |
| 7/12/2016 | $372.00 |
| 7/12/2016 | $41.00 |
| 7/12/2016 | $2,258.00 |
| 7/12/2016 | $2,274.00 |
| 7/12/2016 | $737.00 |
| 7/12/2016 | $2,245.00 |
| 7/12/2016 | $4,677.00 |
| 7/12/2016 | $79.00 |
| 7/12/2016 | $231.00 |
| 7/12/2016 | $40.00 |
| 7/12/2016 | $42.00 |
| 7/12/2016 | $5,630.00 |
| 7/14/2016 | $1,183.00 |
| 7/14/2016 | $5,675.00 |
| 7/14/2016 | $277.00 |
| 7/14/2016 | $384.00 |
| 7/14/2016 | $363.00 |
| 7/14/2016 | $4,147.00 |
| 7/14/2016 | $1,299.00 |
| 7/14/2016 | $152.00 |
| 7/14/2016 | $8,128.00 |
| 7/14/2016 | $743.00 |
| 7/14/2016 | $73,630.00 |
| 7/14/2016 | $53,567.00 |
| 7/14/2016 | $373.00 |
| 7/14/2016 | $204.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|------|----------------|
| 7/14/2016 | $1,659.00 |
| 7/14/2016 | $41,661.00 |
| 7/14/2016 | $5,872.00 |
| 7/14/2016 | $2,489.00 |
| 7/14/2016 | $232.00 |
| 7/14/2016 | $1,827.00 |
| 7/14/2016 | $18,682.00 |
| 7/14/2016 | $8,624.00 |
| 7/21/2016 | $3.00 |
| 7/21/2016 | $724.00 |
| 7/21/2016 | $64.00 |
| 7/21/2016 | $74.00 |
| 8/4/2016 | $4,673.00 |
| 8/4/2016 | $1,128.00 |
| 8/4/2016 | $275.00 |
| 8/4/2016 | $2,161.00 |
| 8/4/2016 | $422.00 |
| 8/4/2016 | $2,952.00 |
| 8/4/2016 | $291.00 |
| 8/4/2016 | $10,514.00 |
| 8/4/2016 | $5,017.00 |
| 8/4/2016 | $151.00 |
| 8/4/2016 | $3.00 |
| 8/4/2016 | $281.00 |
| 8/4/2016 | $340.00 |
| 8/4/2016 | $187.00 |
| 8/4/2016 | $1,562.00 |
| 8/4/2016 | $7,719.00 |
| 8/4/2016 | $2,237.00 |
| 8/4/2016 | $4,964.00 |
| 8/4/2016 | $13,818.00 |
| 8/4/2016 | $1,939.00 |
| 8/4/2016 | $577.00 |
| 8/4/2016 | $15.00 |
| 8/25/2016 | $80.00 |
| 8/25/2016 | $47.00 |
| 8/25/2016 | $733.00 |
| 8/25/2016 | $3.00 |
| 8/25/2016 | $901.00 |
| 8/25/2016 | $902.00 |
| 8/25/2016 | $294.00 |
| 8/25/2016 | $85.00 |
| 8/25/2016 | $4,763.00 |
| 8/25/2016 | $4,995.00 |
| 8/25/2016 | $2,776.00 |
| 9/22/2016 | $901.00 |

A-15

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 9/22/2016 | $2,932.00 |
| 9/22/2016 | $86,833.00 |
| 9/22/2016 | $8,339.00 |
| 9/22/2016 | $13.00 |
| 9/22/2016 | $109.00 |
| 9/22/2016 | $74.00 |
| 9/22/2016 | $9,347.00 |
| 9/22/2016 | $15,229.00 |
| 9/22/2016 | $6,459.00 |
| 9/26/2016 | $7,262.00 |
| 10/6/2016 | $2,243.00 |
| 10/6/2016 | $2,376.00 |
| 10/6/2016 | $5,217.00 |
| 10/6/2016 | $14,106.00 |
| 10/6/2016 | $16,070.00 |
| 10/6/2016 | $11,096.00 |
| 10/24/2016 | $10,850.00 |
| 11/4/2016 | $43,390.00 |
| 11/16/2016 | $3.00 |
| 11/23/2016 | $902.00 |
| 11/23/2016 | $1,495.00 |
| 11/23/2016 | $10,170.00 |
| 11/23/2016 | $7,989.00 |
| 11/23/2016 | $448.00 |
| 11/23/2016 | $483.00 |
| 11/23/2016 | $1,245.00 |
| 11/23/2016 | $74.00 |
| 11/23/2016 | $963.00 |
| 11/23/2016 | $7,977.00 |
| 11/23/2016 | $10,201.00 |
| 12/2/2016 | $902.00 |
| 12/2/2016 | $2,994.00 |
| 12/2/2016 | $295.00 |
| 12/8/2016 | $4,932.00 |
| 12/8/2016 | $100.00 |
| 12/8/2016 | $3,147.00 |
| 12/8/2016 | $2,213.00 |
| 12/8/2016 | $1,289.00 |
| 12/8/2016 | $1,308.00 |
| 12/8/2016 | $153.00 |
| 12/8/2016 | $1,133.00 |
| 12/8/2016 | $2,547.00 |
| 12/8/2016 | $9,209.00 |
| 12/8/2016 | $10,111.00 |
| 12/15/2016 | $2,089.00 |
| 12/15/2016 | $953.00 |

63378761 v1

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|------|----------------|
| 12/15/2016 | $1,907.00 |
| 12/15/2016 | $600.00 |
| 12/20/2016 | $902.00 |
| 12/20/2016 | $4,607.00 |
| 12/20/2016 | $100.00 |
| 12/20/2016 | $2,485.00 |
| 12/20/2016 | $2,320.00 |
| 12/20/2016 | $611.00 |
| 12/27/2016 | $13,716.00 |
| 12/30/2016 | $17,440.00 |
| 12/30/2016 | $569.00 |
| 12/30/2016 | $6,673.00 |
| 12/30/2016 | $4,074.00 |
| 12/30/2016 | $573.00 |
| 1/3/2017 | $16,390.00 |
| 1/11/2017 | $7,702.00 |
| 1/11/2017 | $270.00 |
| 1/11/2017 | $3,460.00 |
| 1/11/2017 | $353.00 |
| 1/11/2017 | $87.00 |
| 1/11/2017 | $1,299.00 |
| 1/11/2017 | $2,111.00 |
| 1/11/2017 | $130,179.00 |
| 1/11/2017 | $154.00 |
| 1/11/2017 | $215.00 |
| 1/11/2017 | $321.00 |
| 1/11/2017 | $81.00 |
| 1/11/2017 | $9,723.00 |
| 1/11/2017 | $7,611.00 |
| 1/19/2017 | $732.00 |
| 1/19/2017 | $70.00 |
| 1/19/2017 | $3.00 |
| 1/19/2017 | $46.00 |
| 1/19/2017 | $724.00 |
| 1/19/2017 | $3.00 |
| 1/19/2017 | $730.00 |
| 1/19/2017 | $51.00 |
| 1/19/2017 | $116.00 |
| 1/19/2017 | $69.00 |
| 1/26/2017 | $2,581.00 |
| 1/26/2017 | $5,728.00 |
| 2/8/2017 | $3.00 |
| 2/8/2017 | $829.00 |
| 2/8/2017 | $1,586.00 |
| 2/8/2017 | $1,955.00 |
| 2/21/2017 | $3,726.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 2/21/2017 | $4,273.00 |
| 2/21/2017 | $6,368.00 |
| 2/21/2017 | $294.00 |
| 2/21/2017 | $256.00 |
| 2/21/2017 | $153.00 |
| 2/21/2017 | $151.00 |
| 2/21/2017 | $2,154.00 |
| 2/21/2017 | $2,293.00 |
| 2/21/2017 | $388.00 |
| 2/21/2017 | $240.00 |
| 2/21/2017 | $104.00 |
| 2/21/2017 | $101.00 |
| 2/21/2017 | $2,797.00 |
| 2/21/2017 | $180.00 |
| 2/21/2017 | $212.00 |
| 2/21/2017 | $181.00 |
| 2/21/2017 | $364.00 |
| 2/21/2017 | $3,778.00 |
| 2/23/2017 | $5,618.00 |
| 2/23/2017 | $731.00 |
| 2/23/2017 | $70.00 |
| 2/23/2017 | $3.00 |
| 2/23/2017 | $55.00 |
| 2/23/2017 | $5,994.00 |
| 2/23/2017 | $2,082.00 |
| 3/8/2017 | $1,286.00 |
| 3/8/2017 | $4,811.00 |
| 3/8/2017 | $2,012.00 |
| 3/8/2017 | $3,109.00 |
| 3/8/2017 | $2,549.00 |
| 3/8/2017 | $81.00 |
| 3/8/2017 | $6,105.00 |
| 3/8/2017 | $2,543.00 |
| 3/13/2017 | $785.00 |
| 3/13/2017 | $592.00 |
| 3/22/2017 | $1,293.00 |
| 3/22/2017 | $43,601.00 |
| 3/22/2017 | $42,470.00 |
| 3/22/2017 | $1,734.00 |
| 3/22/2017 | $9,254.00 |
| 3/22/2017 | $6.00 |
| 4/19/2017 | $480.00 |
| 4/19/2017 | $480.00 |
| 4/19/2017 | $480.00 |
| 4/19/2017 | $422.00 |
| 4/19/2017 | $40.00 |

63378761 v1

EXHIBIT A

TRANSFERS TO TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC.

| Date | Payment Amount |
|------|----------------|
| 4/19/2017 | $148.00 |
| 4/19/2017 | $46.00 |
| 4/19/2017 | $112.00 |
| 4/19/2017 | $5,678.00 |
| 4/24/2017 | $73.00 |
| 4/24/2017 | $41.00 |
| 4/24/2017 | $1,139.00 |
| 4/24/2017 | $1,100.00 |
| 4/24/2017 | $1,061.00 |
| 4/24/2017 | $1,091.00 |
| 4/24/2017 | $1,128.00 |
| 4/24/2017 | $1,115.00 |
| 4/24/2017 | $1,108.00 |
| 4/24/2017 | $1,119.00 |
| 4/24/2017 | $1,103.00 |
| 4/24/2017 | $721.00 |
| 4/24/2017 | $3.00 |
| 4/24/2017 | $521.00 |
| 4/24/2017 | $233.00 |
| 4/27/2017 | $40.00 |
| 4/27/2017 | $211.00 |
| 4/27/2017 | $2,464.00 |
| 4/27/2017 | $2,475.00 |
| 4/28/2017 | $722.00 |
| 4/28/2017 | $48.00 |
| 4/28/2017 | $4.00 |
| 4/28/2017 | $46.00 |

63378761 v1