# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO RICARDO ESTRADA MAISONET

| Date | Payment Amount |
|---|---|
| 5/14/2013 | $544,978.00 |
| 9/26/2013 | $94,741.00 |
| 10/3/2013 | $123,215.00 |
| 10/8/2013 | $14,875.00 |
| 10/22/2013 | $23,185.00 |
| 10/22/2013 | $196,585.00 |
| 10/22/2013 | $231,553.00 |
| 10/25/2013 | $14,860.00 |
| 1/14/2014 | $13,597.00 |
| 1/14/2014 | $102,918.00 |
| 1/14/2014 | $155,443.00 |
| 2/21/2014 | $13,702.00 |
| 2/21/2014 | $102,918.00 |
| 2/26/2014 | $155,443.00 |
| 4/8/2014 | $118,522.00 |
| 4/29/2014 | $184,978.00 |
| 5/2/2014 | $12,992.00 |
| 5/2/2014 | $16,049.00 |
| 5/2/2014 | $94,112.00 |
| 5/5/2014 | $149,744.00 |
| 5/16/2014 | $114,510.00 |
| 5/20/2014 | $9,935.00 |
| 5/22/2014 | $71,968.00 |
| 10/21/2014 | $244,910.00 |
| 10/28/2014 | $5,919.00 |
| 10/28/2014 | $7,029.00 |
| 10/28/2014 | $7,769.00 |
| 10/28/2014 | $9,815.00 |
| 10/28/2014 | $14,345.00 |
| 11/3/2014 | $166,270.00 |
| 11/6/2014 | $121,309.00 |
| 11/6/2014 | $134,079.00 |
| 11/12/2014 | $84,188.00 |
| 11/12/2014 | $102,155.00 |
| 11/18/2014 | $123,709.00 |
| 12/1/2014 | $51,987.00 |
| 12/1/2014 | $61,735.00 |
| 12/1/2014 | $68,233.00 |
| 12/1/2014 | $77,981.00 |
| 12/5/2014 | $8,879.00 |
| 2/20/2015 | $153,233.00 |
| 5/20/2015 | $18,648.00 |
| 8/12/2015 | $246,819.00 |