# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO THE BOSTON CONSULTING GROUP, INC.

| Date | Payment Amount |
|---|---|
| 6/23/2014 | $465,972.00 |
| 6/23/2014 | $631,974.00 |
| 10/17/2014 | $689,805.00 |
| 11/7/2014 | $1,092,612.00 |
| 1/23/2015 | $285,585.00 |
| 1/29/2015 | $100,800.00 |
| 2/13/2015 | $434,906.00 |
| 2/24/2015 | $589,840.00 |
| 5/20/2015 | $889,600.00 |
| 6/1/2015 | $1,201,700.00 |
| 8/20/2015 | $1,020,696.00 |
| 9/17/2015 | $1,401,036.00 |
| 5/16/2016 | $1,016,772.00 |
| 5/19/2016 | $694,822.00 |
| 7/20/2016 | $614,995.00 |
| 7/20/2016 | $483,470.00 |