# EXHIBIT A

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $5,040.00 |
| 5/6/2013 | $36,915.00 |
| 5/6/2013 | $58,777.00 |
| 5/6/2013 | $1,456.00 |
| 5/10/2013 | $30,811.00 |
| 5/15/2013 | $300.00 |
| 5/15/2013 | $425.00 |
| 5/15/2013 | $5,548.00 |
| 5/15/2013 | $12,919.00 |
| 5/15/2013 | $45,688.00 |
| 5/15/2013 | $46,948.00 |
| 5/15/2013 | $83,150.00 |
| 5/15/2013 | $1,545.00 |
| 5/28/2013 | $5,256.00 |
| 5/28/2013 | $35,647.00 |
| 5/28/2013 | $77,197.00 |
| 5/30/2013 | $15,072.00 |
| 5/30/2013 | $37,316.00 |
| 6/6/2013 | $53,340.00 |
| 6/11/2013 | $6,132.00 |
| 6/19/2013 | $6,840.00 |
| 6/19/2013 | $21,233.00 |
| 6/19/2013 | $1,976.00 |
| 6/21/2013 | $600.00 |
| 6/21/2013 | $58,777.00 |
| 6/21/2013 | $161,607.00 |
| 6/26/2013 | $6,480.00 |
| 6/26/2013 | $1,872.00 |
| 7/15/2013 | $12,201.00 |
| 7/15/2013 | $30,811.00 |
| 7/15/2013 | $30,811.00 |
| 7/15/2013 | $58,777.00 |
| 7/15/2013 | $77,197.00 |
| 7/15/2013 | $161,607.00 |
| 7/22/2013 | $2,184.00 |
| 7/22/2013 | $6,120.00 |
| 7/22/2013 | $7,560.00 |
| 7/22/2013 | $42,465.00 |
| 7/22/2013 | $1,768.00 |
| 8/2/2013 | $275.00 |
| 8/2/2013 | $290.00 |
| 8/2/2013 | $350.00 |
| 8/2/2013 | $550.00 |
| 8/2/2013 | $560.00 |
| 8/2/2013 | $700.00 |
| 8/2/2013 | $700.00 |

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 8/2/2013 | $900.00 |
| 8/2/2013 | $1,000.00 |
| 8/2/2013 | $250.00 |
| 8/9/2013 | $630.00 |
| 8/9/2013 | $875.00 |
| 8/9/2013 | $975.00 |
| 8/9/2013 | $200.00 |
| 8/9/2013 | $230.00 |
| 8/9/2013 | $230.00 |
| 8/29/2013 | $4,964.00 |
| 8/29/2013 | $632.00 |
| 8/29/2013 | $750.00 |
| 8/29/2013 | $750.00 |
| 8/29/2013 | $43,180.00 |
| 8/29/2013 | $900.00 |
| 8/29/2013 | $1,000.00 |
| 8/29/2013 | $200.00 |
| 8/29/2013 | $200.00 |
| 8/29/2013 | $200.00 |
| 9/23/2013 | $16,763.00 |
| 9/23/2013 | $37,316.00 |
| 9/23/2013 | $37,316.00 |
| 9/23/2013 | $77,197.00 |
| 9/25/2013 | $2,475.00 |
| 9/25/2013 | $1,600.00 |
| 9/27/2013 | $24,324.00 |
| 9/27/2013 | $46,403.00 |
| 9/27/2013 | $127,585.00 |
| 10/9/2013 | $500.00 |
| 10/23/2013 | $60,945.00 |
| 10/30/2013 | $29,460.00 |
| 11/1/2013 | $4,080.00 |
| 11/6/2013 | $4,879.00 |
| 11/19/2013 | $560.00 |
| 1/3/2014 | $6,731.00 |
| 1/3/2014 | $6,731.00 |
| 1/3/2014 | $7,085.00 |
| 1/3/2014 | $20,103.00 |
| 1/3/2014 | $33,495.00 |
| 1/3/2014 | $35,114.00 |
| 1/3/2014 | $52,460.00 |
| 1/3/2014 | $53,525.00 |
| 1/3/2014 | $56,343.00 |
| 1/3/2014 | $63,641.00 |
| 1/9/2014 | $48,443.00 |
| 1/15/2014 | $90,108.00 |

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 1/28/2014 | $6,022.00 |
| 1/31/2014 | $143,115.00 |
| 2/5/2014 | $47,810.00 |
| 2/19/2014 | $21,681.00 |
| 2/19/2014 | $30,012.00 |
| 2/19/2014 | $53,592.00 |
| 2/26/2014 | $4,605.00 |
| 2/26/2014 | $37,045.00 |
| 3/5/2014 | $280.00 |
| 3/5/2014 | $320.00 |
| 3/5/2014 | $380.00 |
| 3/5/2014 | $9,757.00 |
| 3/5/2014 | $550.00 |
| 3/5/2014 | $12,627.00 |
| 3/5/2014 | $600.00 |
| 3/5/2014 | $21,772.00 |
| 3/5/2014 | $21,772.00 |
| 3/5/2014 | $23,222.00 |
| 3/5/2014 | $28,471.00 |
| 3/5/2014 | $30,052.00 |
| 3/5/2014 | $36,623.00 |
| 3/5/2014 | $69,615.00 |
| 3/5/2014 | $90,090.00 |
| 3/5/2014 | $950.00 |
| 3/11/2014 | $4,605.00 |
| 3/11/2014 | $24,159.00 |
| 4/2/2014 | $325.00 |
| 4/2/2014 | $4,434.00 |
| 4/2/2014 | $7,917.00 |
| 4/2/2014 | $190.00 |
| 4/2/2014 | $250.00 |
| 4/9/2014 | $300.00 |
| 4/9/2014 | $6,480.00 |
| 4/9/2014 | $11,571.00 |
| 4/9/2014 | $650.00 |
| 4/15/2014 | $6,731.00 |
| 4/15/2014 | $72,984.00 |
| 4/15/2014 | $84,273.00 |
| 4/15/2014 | $118,599.00 |
| 4/23/2014 | $25,890.00 |
| 4/23/2014 | $27,875.00 |
| 4/23/2014 | $52,995.00 |
| 4/30/2014 | $4,959.00 |
| 4/30/2014 | $39,049.00 |
| 5/7/2014 | $4,775.00 |
| 5/7/2014 | $8,526.00 |

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 5/9/2014 | $6,842.00 |
| 5/28/2014 | $280.00 |
| 5/28/2014 | $840.00 |
| 6/2/2014 | $4,536.00 |
| 6/9/2014 | $4,711.00 |
| 6/9/2014 | $8,100.00 |
| 6/10/2014 | $560.00 |
| 6/10/2014 | $38,101.00 |
| 6/11/2014 | $31,930.00 |
| 6/18/2014 | $300.00 |
| 6/18/2014 | $450.00 |
| 6/20/2014 | $16,911.00 |
| 6/20/2014 | $27,389.00 |
| 6/24/2014 | $4,560.00 |
| 6/30/2014 | $300.00 |
| 6/30/2014 | $420.00 |
| 6/30/2014 | $1,200.00 |
| 7/1/2014 | $258.00 |
| 7/1/2014 | $280.00 |
| 7/1/2014 | $280.00 |
| 7/1/2014 | $380.00 |
| 7/1/2014 | $3,967.00 |
| 7/1/2014 | $400.00 |
| 7/1/2014 | $600.00 |
| 7/1/2014 | $800.00 |
| 7/1/2014 | $1,000.00 |
| 7/3/2014 | $32,058.00 |
| 7/8/2014 | $3,820.00 |
| 7/14/2014 | $250.00 |
| 7/16/2014 | $6,821.00 |
| 7/16/2014 | $6,938.00 |
| 7/23/2014 | $3,127.00 |
| 7/23/2014 | $67,587.00 |
| 7/30/2014 | $460.00 |
| 8/6/2014 | $400.00 |
| 8/8/2014 | $300.00 |
| 8/8/2014 | $320.00 |
| 8/8/2014 | $320.00 |
| 8/8/2014 | $640.00 |
| 8/8/2014 | $860.00 |
| 9/12/2014 | $320.00 |
| 9/24/2014 | $366,530.00 |
| 10/6/2014 | $51,107.00 |
| 10/6/2014 | $114,061.00 |
| 10/7/2014 | $23,447.00 |
| 10/7/2014 | $31,820.00 |

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 10/15/2014 | $22,148.00 |
| 10/15/2014 | $22,274.00 |
| 10/21/2014 | $11,236.00 |
| 10/21/2014 | $18,757.00 |
| 10/23/2014 | $270.00 |
| 10/23/2014 | $300.00 |
| 10/23/2014 | $360.00 |
| 11/13/2014 | $160.00 |
| 11/13/2014 | $1,040.00 |
| 11/13/2014 | $1,300.00 |
| 11/17/2014 | $9,905.00 |
| 12/12/2014 | $300.00 |
| 1/13/2015 | $310.00 |
| 1/13/2015 | $700.00 |
| 1/13/2015 | $22,738.00 |
| 1/13/2015 | $24,254.00 |
| 1/13/2015 | $28,801.00 |
| 1/13/2015 | $31,735.00 |
| 1/13/2015 | $31,833.00 |
| 1/13/2015 | $33,803.00 |
| 1/13/2015 | $40,354.00 |
| 1/13/2015 | $44,366.00 |
| 1/30/2015 | $72,260.00 |
| 1/30/2015 | $96,346.00 |
| 1/30/2015 | $101,164.00 |
| 2/18/2015 | $59,992.00 |
| 3/2/2015 | $97.00 |
| 3/6/2015 | $252.00 |
| 3/6/2015 | $524.00 |
| 3/10/2015 | $22,738.00 |
| 4/23/2015 | $310.00 |
| 4/23/2015 | $1,358.00 |
| 4/23/2015 | $204.00 |
| 4/28/2015 | $194.00 |
| 5/15/2015 | $27,465.00 |
| 5/15/2015 | $42,253.00 |
| 6/12/2015 | $42,253.00 |
| 6/16/2015 | $6,031.00 |
| 6/16/2015 | $57,973.00 |
| 6/17/2015 | $29,018.00 |
| 7/17/2015 | $250,562.00 |
| 7/23/2015 | $31,690.00 |
| 7/27/2015 | $10,224.00 |
| 7/27/2015 | $582.00 |
| 7/27/2015 | $728.00 |
| 7/27/2015 | $485.00 |

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 7/27/2015 | $243.00 |
| 7/27/2015 | $77,733.00 |
| 8/4/2015 | $582.00 |
| 8/4/2015 | $194.00 |
| 8/11/2015 | $31,690.00 |
| 8/11/2015 | $504.00 |
| 8/19/2015 | $208,559.00 |
| 8/26/2015 | $20,742.00 |
| 8/26/2015 | $582.00 |
| 8/26/2015 | $504.00 |
| 9/10/2015 | $369.00 |
| 9/10/2015 | $504.00 |
| 9/10/2015 | $504.00 |
| 9/10/2015 | $504.00 |
| 9/10/2015 | $485.00 |
| 9/10/2015 | $301.00 |
| 9/10/2015 | $267.00 |
| 9/10/2015 | $96,346.00 |
| 9/17/2015 | $42,852.00 |
| 9/17/2015 | $91,529.00 |
| 9/25/2015 | $40,709.00 |
| 9/25/2015 | $42,852.00 |
| 10/16/2015 | $54,195.00 |
| 10/16/2015 | $18,065.00 |
| 10/16/2015 | $32,139.00 |
| 11/3/2015 | $11,796.00 |
| 12/29/2015 | $2,716.00 |
| 12/29/2015 | $2,748.00 |
| 1/6/2016 | $4,074.00 |
| 1/6/2016 | $4,122.00 |
| 1/6/2016 | $1,300.00 |
| 3/18/2016 | $9,603.00 |
| 3/18/2016 | $6,300.00 |
| 4/4/2016 | $727.50 |
| 4/4/2016 | $218.25 |
| 4/4/2016 | $242.50 |
| 4/4/2016 | $72.75 |
| 4/7/2016 | $390.00 |
| 4/13/2016 | $276.75 |
| 4/13/2016 | $204.00 |
| 4/13/2016 | $210.75 |
| 4/13/2016 | $200.25 |
| 4/13/2016 | $92.25 |
| 4/13/2016 | $68.00 |
| 4/13/2016 | $70.25 |
| 4/13/2016 | $66.75 |

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 5/18/2016 | $785.00 |
| 5/18/2016 | $3,925.00 |
| 5/18/2016 | $3,337.00 |
| 5/18/2016 | $2,871.00 |
| 5/18/2016 | $2,716.00 |
| 5/18/2016 | $970.00 |
| 5/18/2016 | $2,748.00 |
| 5/18/2016 | $3,729.00 |
| 5/18/2016 | $1,766.00 |
| 5/18/2016 | $7,760.00 |
| 5/18/2016 | $4,656.00 |
| 5/18/2016 | $5,432.00 |
| 5/18/2016 | $7,372.00 |
| 5/18/2016 | $981.00 |
| 5/18/2016 | $2,748.00 |
| 5/18/2016 | $2,728.00 |
| 5/18/2016 | $1,292.00 |
| 5/18/2016 | $1,880.00 |
| 5/18/2016 | $2,706.00 |
| 5/18/2016 | $3,225.00 |
| 5/18/2016 | $1,612.00 |
| 5/18/2016 | $5,221.00 |
| 5/18/2016 | $3,157.00 |
| 5/18/2016 | $1,746.00 |
| 5/18/2016 | $3,157.00 |
| 5/18/2016 | $6,449.00 |
| 5/18/2016 | $2,686.00 |
| 5/18/2016 | $1,946.00 |
| 5/18/2016 | $1,344.00 |
| 5/18/2016 | $2,918.00 |
| 5/18/2016 | $2,640.00 |
| 5/18/2016 | $4,511.00 |
| 5/18/2016 | $6,142.00 |
| 5/18/2016 | $2,552.00 |
| 5/18/2016 | $3,834.00 |
| 5/18/2016 | $695.00 |
| 5/18/2016 | $5,106.00 |
| 5/18/2016 | $1,536.00 |
| 5/18/2016 | $2,820.00 |
| 5/18/2016 | $3,685.00 |
| 5/18/2016 | $5,835.00 |
| 5/18/2016 | $2,932.00 |
| 5/18/2016 | $1,128.00 |
| 5/18/2016 | $4,736.00 |
| 5/18/2016 | $2,283.00 |
| 5/18/2016 | $4,568.00 |

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 5/18/2016 | $2,779.00 |
| 5/18/2016 | $5,375.00 |
| 5/18/2016 | $4,300.00 |
| 5/18/2016 | $3,762.00 |
| 5/18/2016 | $4,300.00 |
| 5/18/2016 | $1,807.00 |
| 5/18/2016 | $1,668.00 |
| 5/18/2016 | $1,880.00 |
| 5/18/2016 | $671.00 |
| 5/18/2016 | $5,643.00 |
| 5/18/2016 | $4,285.00 |
| 5/18/2016 | $2,363.00 |
| 5/18/2016 | $3,992.00 |
| 5/18/2016 | $3,762.00 |
| 5/18/2016 | $3,493.00 |
| 6/7/2016 | $675.00 |
| 6/7/2016 | $2,835.00 |
| 6/7/2016 | $4,285.00 |
| 6/7/2016 | $3,157.00 |
| 6/7/2016 | $2,319.00 |
| 6/7/2016 | $1,128.00 |
| 6/7/2016 | $3,027.00 |
| 6/7/2016 | $1,574.00 |
| 6/7/2016 | $2,706.00 |
| 6/7/2016 | $2,230.00 |
| 6/7/2016 | $1,837.00 |
| 6/28/2016 | $32,010.00 |
| 6/28/2016 | $654.00 |
| 6/28/2016 | $1,339.00 |
| 7/7/2016 | $1,106.00 |
| 7/7/2016 | $267.00 |
| 7/7/2016 | $1,174.00 |
| 7/7/2016 | $2,010.00 |
| 7/7/2016 | $1,831.00 |
| 7/7/2016 | $1,890.00 |
| 7/7/2016 | $2,018.00 |
| 7/7/2016 | $1,880.00 |
| 7/7/2016 | $1,837.00 |
| 7/7/2016 | $1,946.00 |
| 7/7/2016 | $1,909.00 |
| 7/7/2016 | $1,946.00 |
| 7/19/2016 | $7,372.00 |
| 7/19/2016 | $1,837.00 |
| 7/19/2016 | $2,295.00 |
| 7/19/2016 | $682.00 |
| 7/19/2016 | $656.00 |

# EXHIBIT A
## TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 7/19/2016 | $2,493.00 |
| 7/19/2016 | $2,565.00 |
| 7/19/2016 | $4,511.00 |
| 7/19/2016 | $1,890.00 |
| 7/19/2016 | $2,591.00 |
| 7/19/2016 | $1,706.00 |
| 7/19/2016 | $2,018.00 |
| 7/19/2016 | $1,755.00 |
| 7/19/2016 | $1,890.00 |
| 7/19/2016 | $1,620.00 |
| 7/19/2016 | $1,730.00 |
| 7/19/2016 | $2,565.00 |
| 7/19/2016 | $2,018.00 |
| 7/19/2016 | $2,739.00 |
| 7/19/2016 | $4,285.00 |
| 7/19/2016 | $2,739.00 |
| 7/19/2016 | $534.00 |
| 7/19/2016 | $534.00 |
| 7/19/2016 | $534.00 |
| 7/19/2016 | $340.00 |
| 7/26/2016 | $378.00 |
| 7/26/2016 | $3,729.00 |
| 7/26/2016 | $3,157.00 |
| 7/26/2016 | $3,157.00 |
| 7/26/2016 | $3,750.00 |
| 7/26/2016 | $3,762.00 |
| 7/26/2016 | $3,483.00 |
| 7/26/2016 | $5,090.00 |
| 7/26/2016 | $3,750.00 |
| 7/26/2016 | $5,090.00 |
| 7/26/2016 | $3,750.00 |
| 7/26/2016 | $3,215.00 |
| 7/26/2016 | $4,554.00 |
| 7/26/2016 | $4,285.00 |
| 7/26/2016 | $3,834.00 |
| 7/26/2016 | $4,736.00 |
| 7/26/2016 | $3,157.00 |
| 7/26/2016 | $4,300.00 |
| 7/26/2016 | $603.75 |
| 7/26/2016 | $534.00 |
| 7/26/2016 | $201.25 |
| 8/11/2016 | $5,432.00 |
| 8/11/2016 | $5,358.00 |
| 8/11/2016 | $5,626.00 |
| 8/11/2016 | $5,106.00 |
| 8/11/2016 | $5,835.00 |

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 8/23/2016 | $1,831.00 |
| 8/23/2016 | $2,616.00 |
| 8/23/2016 | $1,569.00 |
| 8/23/2016 | $2,223.00 |
| 8/23/2016 | $2,485.00 |
| 8/23/2016 | $2,485.00 |
| 8/23/2016 | $2,746.00 |
| 8/23/2016 | $1,700.00 |
| 8/23/2016 | $1,831.00 |
| 8/23/2016 | $2,493.00 |
| 8/23/2016 | $2,451.00 |
| 8/23/2016 | $2,640.00 |
| 8/23/2016 | $2,728.00 |
| 8/23/2016 | $721.00 |
| 8/23/2016 | $2,755.00 |
| 8/23/2016 | $2,552.00 |
| 8/23/2016 | $2,624.00 |
| 8/23/2016 | $1,909.00 |
| 8/23/2016 | $2,700.00 |
| 8/23/2016 | $2,883.00 |
| 8/23/2016 | $1,874.00 |
| 8/23/2016 | $2,932.00 |
| 8/23/2016 | $1,909.00 |
| 8/23/2016 | $1,773.00 |
| 8/23/2016 | $1,773.00 |
| 8/23/2016 | $2,864.00 |
| 8/23/2016 | $2,591.00 |
| 9/13/2016 | $5,475.00 |
| 9/23/2016 | $662.25 |
| 9/23/2016 | $220.75 |
| 10/25/2016 | $8,240.00 |
| 11/4/2016 | $35,157.00 |
| 11/14/2016 | $4,947.00 |
| 11/14/2016 | $5,222.00 |
| 11/14/2016 | $3,298.00 |
| 11/14/2016 | $407.00 |
| 12/9/2016 | $4,784.00 |
| 12/9/2016 | $8,029.00 |
| 12/16/2016 | $1,116.00 |
| 12/16/2016 | $291.00 |
| 12/16/2016 | $340.00 |
| 12/27/2016 | $184.00 |
| 12/27/2016 | $291.00 |
| 12/27/2016 | $23,425.00 |
| 12/27/2016 | $418.50 |
| 12/27/2016 | $582.00 |

EXHIBIT A

TRANSFERS TO JUNIOR BUS LINE, INC.

| Date | Payment Amount |
|---|---|
| 12/27/2016 | $139.50 |
| 12/28/2016 | $5,086.00 |
| 12/28/2016 | $14,933.00 |
| 12/28/2016 | $8,808.00 |
| 1/13/2017 | $6,518.00 |
| 1/26/2017 | $2,140.00 |
| 1/26/2017 | $3,848.00 |
| 1/26/2017 | $1,946.00 |
| 1/26/2017 | $2,010.00 |
| 1/26/2017 | $1,837.00 |
| 1/26/2017 | $1,890.00 |
| 1/26/2017 | $1,909.00 |
| 1/26/2017 | $1,831.00 |
| 1/26/2017 | $1,925.00 |
| 2/2/2017 | $194.00 |
| 2/2/2017 | $267.00 |
| 2/2/2017 | $91,161.00 |
| 2/2/2017 | $2,037.00 |
| 2/2/2017 | $854.00 |
| 3/10/2017 | $815.00 |
| 3/20/2017 | $3,556.00 |
| 3/20/2017 | $13,780.00 |
| 4/3/2017 | $1,000.00 |
| 4/3/2017 | $21,192.00 |
| 4/20/2017 | $36,055.00 |
| 4/28/2017 | $861.75 |
| 4/28/2017 | $287.25 |