# EXHIBIT A

Case:17-03283-LTS Doc#:6745-1 Filed:04/30/19 Entered:04/30/19 22:38:17 Desc:
Exhibit A Page 1 of 5

EXHIBIT A

TRANSFERS TO ROCK SOLID TECHNOLOGIES, INC.

| Date | Payment Amount |
|---|---|
| 5/16/2013 | $45,168.00 |
| 6/7/2013 | $97,375.00 |
| 6/12/2013 | $38,280.00 |
| 6/25/2013 | $23,320.00 |
| 7/19/2013 | $137,220.00 |
| 10/7/2013 | $132,080.00 |
| 10/15/2013 | $51,023.00 |
| 12/2/2013 | $36,595.00 |
| 12/18/2013 | $91,233.00 |
| 1/6/2014 | $92,238.00 |
| 1/8/2014 | $75,626.00 |
| 1/17/2014 | $4,000.00 |
| 1/17/2014 | $7,438.00 |
| 2/20/2014 | $74,601.00 |
| 3/19/2014 | $44,618.00 |
| 4/29/2014 | $112,973.00 |
| 5/1/2014 | $98,872.00 |
| 5/7/2014 | $96,818.00 |
| 6/10/2014 | $191,415.00 |
| 6/30/2014 | $175,810.00 |
| 7/7/2014 | $81,492.00 |
| 7/17/2014 | $83,432.00 |
| 8/7/2014 | $91,908.00 |
| 9/2/2014 | $20,212.00 |
| 9/3/2014 | $79,297.00 |
| 9/3/2014 | $91,531.00 |
| 9/9/2014 | $190,755.00 |
| 9/16/2014 | $21,276.00 |
| 9/16/2014 | $133,495.00 |
| 10/3/2014 | $19,015.00 |
| 10/3/2014 | $88,638.00 |
| 12/8/2014 | $20,478.00 |
| 12/8/2014 | $91,923.00 |
| 1/16/2015 | $105,119.00 |
| 1/20/2015 | $15,957.00 |
| 1/22/2015 | $75,668.00 |
| 1/30/2015 | $7,580.00 |
| 1/30/2015 | $55,938.00 |
| 1/30/2015 | $964.00 |
| 2/6/2015 | $117,919.00 |
| 2/18/2015 | $6,516.00 |
| 3/2/2015 | $98,153.00 |
| 3/4/2015 | $7,247.00 |
| 3/26/2015 | $54,429.00 |
| 3/26/2015 | $964.00 |
| 3/26/2015 | $964.00 |

EXHIBIT A

TRANSFERS TO ROCK SOLID TECHNOLOGIES, INC.

| Date | Payment Amount |
|---|---|
| 4/1/2015 | $83,205.00 |
| 4/9/2015 | $5,219.00 |
| 4/9/2015 | $5,219.00 |
| 4/9/2015 | $5,219.00 |
| 4/9/2015 | $6,183.00 |
| 4/29/2015 | $85,675.00 |
| 6/9/2015 | $6,183.00 |
| 6/9/2015 | $6,183.00 |
| 6/16/2015 | $67,623.00 |
| 6/23/2015 | $80,172.00 |
| 7/9/2015 | $83,619.00 |
| 7/20/2015 | $38,809.00 |
| 7/22/2015 | $64,025.00 |
| 7/24/2015 | $100,569.00 |
| 8/7/2015 | $77,862.00 |
| 8/24/2015 | $6,183.00 |
| 8/24/2015 | $6,183.00 |
| 9/16/2015 | $17,371.00 |
| 9/16/2015 | $9,850.00 |
| 9/25/2015 | $6,183.00 |
| 10/13/2015 | $6,183.00 |
| 11/3/2015 | $6,183.00 |
| 11/9/2015 | $82,284.00 |
| 12/31/2015 | $7,969.00 |
| 1/5/2016 | $98,500.00 |
| 1/13/2016 | $6,183.00 |
| 2/4/2016 | $62,060.00 |
| 2/4/2016 | $83,188.00 |
| 2/4/2016 | $67,812.00 |
| 2/6/2016 | $79,000.00 |
| 2/8/2016 | $6,183.00 |
| 2/16/2016 | $32,024.00 |
| 2/16/2016 | $77,325.00 |
| 2/18/2016 | $9,875.00 |
| 3/10/2016 | $5,583.00 |
| 3/10/2016 | $2,512.00 |
| 3/10/2016 | $9,868.00 |
| 3/17/2016 | $6,971.00 |
| 3/17/2016 | $5,053.00 |
| 3/22/2016 | $72,380.00 |
| 3/29/2016 | $9,944.00 |
| 3/29/2016 | $2,086.00 |
| 4/6/2016 | $6,183.00 |
| 4/6/2016 | $6,183.00 |
| 4/6/2016 | $26,373.00 |
| 4/6/2016 | $33,369.00 |

EXHIBIT A

TRANSFERS TO ROCK SOLID TECHNOLOGIES, INC.

| Date | Payment Amount |
|---|---|
| 4/6/2016 | $31,884.00 |
| 4/26/2016 | $98,500.00 |
| 4/26/2016 | $108,350.00 |
| 4/28/2016 | $3,498.00 |
| 4/28/2016 | $62,211.00 |
| 4/28/2016 | $1,713.00 |
| 4/28/2016 | $26,662.00 |
| 4/28/2016 | $30,838.00 |
| 4/29/2016 | $14,672.00 |
| 4/29/2016 | $25,159.00 |
| 4/29/2016 | $39,444.00 |
| 4/29/2016 | $26,755.00 |
| 4/29/2016 | $26,373.00 |
| 4/29/2016 | $26,373.00 |
| 4/29/2016 | $17,238.00 |
| 4/29/2016 | $16,012.00 |
| 4/29/2016 | $26,373.00 |
| 4/29/2016 | $39,500.00 |
| 5/6/2016 | $29,550.00 |
| 5/6/2016 | $78,800.00 |
| 5/17/2016 | $6,183.00 |
| 5/17/2016 | $6,183.00 |
| 5/19/2016 | $81,611.00 |
| 5/19/2016 | $34,475.00 |
| 5/24/2016 | $26,373.00 |
| 6/7/2016 | $9,528.00 |
| 6/8/2016 | $7,136.00 |
| 6/8/2016 | $4,664.00 |
| 6/8/2016 | $47,115.00 |
| 6/8/2016 | $44,325.00 |
| 6/10/2016 | $36,681.00 |
| 6/10/2016 | $70,789.00 |
| 6/10/2016 | $73,547.00 |
| 6/10/2016 | $53,439.00 |
| 6/13/2016 | $51,227.00 |
| 7/1/2016 | $64,885.00 |
| 7/8/2016 | $6,183.00 |
| 7/8/2016 | $5,376.00 |
| 7/8/2016 | $8,099.00 |
| 7/12/2016 | $45,855.00 |
| 8/2/2016 | $29,625.00 |
| 8/9/2016 | $96,300.00 |
| 8/9/2016 | $57,504.00 |
| 8/11/2016 | $85,766.00 |
| 8/11/2016 | $68,494.00 |
| 8/11/2016 | $74,136.00 |

EXHIBIT A

TRANSFERS TO ROCK SOLID TECHNOLOGIES, INC.

| Date | Payment Amount |
|---|---|
| 8/18/2016 | $6,183.00 |
| 8/18/2016 | $6,183.00 |
| 8/22/2016 | $65,721.00 |
| 8/22/2016 | $17,080.00 |
| 8/22/2016 | $32,217.00 |
| 9/20/2016 | $6,183.00 |
| 9/20/2016 | $9,158.00 |
| 10/4/2016 | $6,183.00 |
| 10/4/2016 | $28,757.00 |
| 10/4/2016 | $44,274.00 |
| 10/4/2016 | $19,323.00 |
| 10/12/2016 | $92,440.00 |
| 10/17/2016 | $84,658.00 |
| 10/18/2016 | $7,759.00 |
| 10/18/2016 | $9,875.00 |
| 10/20/2016 | $28,375.00 |
| 11/4/2016 | $6,183.00 |
| 11/4/2016 | $56,018.00 |
| 11/16/2016 | $15,738.00 |
| 11/16/2016 | $63,168.00 |
| 11/22/2016 | $17,500.00 |
| 11/22/2016 | $21,595.00 |
| 12/12/2016 | $6,183.00 |
| 12/12/2016 | $10,501.00 |
| 12/12/2016 | $68,647.00 |
| 1/5/2017 | $53,505.00 |
| 1/12/2017 | $81,280.00 |
| 1/23/2017 | $6,183.00 |
| 1/30/2017 | $132,310.00 |
| 1/30/2017 | $109,517.00 |
| 2/9/2017 | $23,144.00 |
| 2/9/2017 | $107,247.00 |
| 2/23/2017 | $9,875.00 |
| 3/1/2017 | $6,183.00 |
| 3/7/2017 | $86,463.00 |
| 3/7/2017 | $77,894.00 |
| 3/27/2017 | $10,000.00 |
| 4/3/2017 | $29,625.00 |
| 4/5/2017 | $6,183.00 |
| 4/5/2017 | $6,183.00 |
| 4/17/2017 | $9,868.00 |
| 4/17/2017 | $9,703.00 |
| 4/17/2017 | $2,512.00 |
| 4/21/2017 | $34,352.00 |
| 4/24/2017 | $14,696.00 |
| 4/25/2017 | $9,875.00 |

63378663 v1