# EXHIBIT A

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 5/14/2013 | $14,725.00 |
| 5/17/2013 | $3,600.00 |
| 5/17/2013 | $102,310.00 |
| 5/22/2013 | $114,765.00 |
| 5/29/2013 | $37,800.00 |
| 6/5/2013 | $4,200.00 |
| 6/6/2013 | $1,200.00 |
| 6/18/2013 | $13,950.00 |
| 6/18/2013 | $25,326.00 |
| 6/21/2013 | $16,275.00 |
| 6/21/2013 | $29,547.00 |
| 7/11/2013 | $3,400.00 |
| 7/17/2013 | $78,200.00 |
| 7/19/2013 | $23,919.00 |
| 7/19/2013 | $1,550.00 |
| 7/22/2013 | $925.00 |
| 7/24/2013 | $13,175.00 |
| 8/29/2013 | $2,040.00 |
| 8/29/2013 | $800.00 |
| 8/29/2013 | $975.00 |
| 8/29/2013 | $1,180.00 |
| 9/16/2013 | $101,320.00 |
| 9/20/2013 | $3,100.00 |
| 9/20/2013 | $700.00 |
| 9/20/2013 | $780.00 |
| 9/20/2013 | $1,150.00 |
| 9/20/2013 | $1,400.00 |
| 9/20/2013 | $1,400.00 |
| 9/20/2013 | $1,400.00 |
| 9/24/2013 | $1,400.00 |
| 9/24/2013 | $1,400.00 |
| 9/24/2013 | $1,400.00 |
| 9/26/2013 | $30,600.00 |
| 9/26/2013 | $102,754.00 |
| 10/11/2013 | $3,857.00 |
| 10/11/2013 | $90,640.00 |
| 10/28/2013 | $90,640.00 |
| 10/31/2013 | $3,857.00 |
| 11/14/2013 | $36,642.00 |
| 11/26/2013 | $9,500.00 |
| 11/29/2013 | $21,696.00 |
| 12/3/2013 | $9,000.00 |
| 12/3/2013 | $39,052.00 |
| 12/9/2013 | $9,500.00 |
| 12/9/2013 | $36,642.00 |
| 12/13/2013 | $21,696.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 12/13/2013 | $39,052.00 |
| 12/19/2013 | $9,000.00 |
| 12/23/2013 | $10,500.00 |
| 12/23/2013 | $23,979.00 |
| 12/23/2013 | $40,499.00 |
| 12/24/2013 | $35,234.00 |
| 12/24/2013 | $81,613.00 |
| 12/27/2013 | $43,163.00 |
| 12/27/2013 | $108,961.00 |
| 12/31/2013 | $9,000.00 |
| 12/31/2013 | $9,000.00 |
| 12/31/2013 | $14,946.00 |
| 12/31/2013 | $14,946.00 |
| 12/31/2013 | $34,941.00 |
| 1/6/2014 | $16,519.00 |
| 1/6/2014 | $35,234.00 |
| 1/6/2014 | $86,199.00 |
| 1/8/2014 | $8,500.00 |
| 1/8/2014 | $13,373.00 |
| 1/8/2014 | $21,489.00 |
| 1/8/2014 | $28,101.00 |
| 1/8/2014 | $31,525.00 |
| 1/8/2014 | $38,942.00 |
| 1/15/2014 | $24,107.00 |
| 1/17/2014 | $500.00 |
| 1/17/2014 | $500.00 |
| 1/17/2014 | $550.00 |
| 1/17/2014 | $550.00 |
| 1/17/2014 | $550.00 |
| 1/17/2014 | $10,226.00 |
| 1/17/2014 | $600.00 |
| 1/17/2014 | $600.00 |
| 1/17/2014 | $980.00 |
| 1/17/2014 | $1,500.00 |
| 2/19/2014 | $14,844.00 |
| 2/19/2014 | $19,412.00 |
| 2/19/2014 | $32,785.00 |
| 2/21/2014 | $25,071.00 |
| 2/25/2014 | $6,500.00 |
| 2/26/2014 | $14,844.00 |
| 2/26/2014 | $25,071.00 |
| 2/26/2014 | $26,720.00 |
| 3/3/2014 | $6,500.00 |
| 3/3/2014 | $9,000.00 |
| 3/3/2014 | $9,000.00 |
| 3/3/2014 | $26,720.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 3/3/2014 | $65,917.00 |
| 3/4/2014 | $65,917.00 |
| 3/5/2014 | $21,489.00 |
| 3/10/2014 | $10,226.00 |
| 3/12/2014 | $24,107.00 |
| 3/13/2014 | $400.00 |
| 3/13/2014 | $550.00 |
| 3/13/2014 | $550.00 |
| 3/13/2014 | $600.00 |
| 3/13/2014 | $600.00 |
| 3/13/2014 | $875.00 |
| 3/13/2014 | $880.00 |
| 3/13/2014 | $1,000.00 |
| 3/19/2014 | $9,000.00 |
| 3/19/2014 | $39,052.00 |
| 3/21/2014 | $21,696.00 |
| 3/21/2014 | $36,642.00 |
| 3/28/2014 | $9,500.00 |
| 3/28/2014 | $31,407.00 |
| 4/4/2014 | $14,946.00 |
| 4/4/2014 | $35,234.00 |
| 4/18/2014 | $96,340.00 |
| 4/29/2014 | $6,300.00 |
| 4/29/2014 | $7,000.00 |
| 4/30/2014 | $28,775.00 |
| 5/1/2014 | $26,999.00 |
| 5/2/2014 | $15,986.00 |
| 5/5/2014 | $25,962.00 |
| 5/6/2014 | $23,142.00 |
| 5/8/2014 | $11,013.00 |
| 5/8/2014 | $70,987.00 |
| 5/20/2014 | $21,985.00 |
| 5/30/2014 | $67,778.00 |
| 6/2/2014 | $24,664.00 |
| 6/6/2014 | $10,462.00 |
| 6/20/2014 | $18,514.00 |
| 6/25/2014 | $8,810.00 |
| 6/27/2014 | $1,050.00 |
| 7/1/2014 | $1,875.00 |
| 7/15/2014 | $2,000.00 |
| 7/15/2014 | $20,769.00 |
| 9/22/2014 | $275.00 |
| 9/22/2014 | $500.00 |
| 9/22/2014 | $800.00 |
| 9/23/2014 | $6,650.00 |
| 9/23/2014 | $25,649.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 9/29/2014 | $15,187.00 |
| 9/29/2014 | $27,336.00 |
| 10/3/2014 | $6,300.00 |
| 10/3/2014 | $21,559.00 |
| 10/7/2014 | $5,600.00 |
| 10/7/2014 | $12,789.00 |
| 10/10/2014 | $6,300.00 |
| 10/10/2014 | $23,020.00 |
| 10/16/2014 | $2,510.00 |
| 10/16/2014 | $350.00 |
| 10/16/2014 | $450.00 |
| 10/16/2014 | $450.00 |
| 10/16/2014 | $480.00 |
| 10/16/2014 | $760.00 |
| 10/16/2014 | $760.00 |
| 10/16/2014 | $56,688.00 |
| 10/16/2014 | $1,875.00 |
| 11/12/2014 | $350.00 |
| 11/12/2014 | $400.00 |
| 11/12/2014 | $450.00 |
| 11/12/2014 | $450.00 |
| 11/12/2014 | $475.00 |
| 11/12/2014 | $550.00 |
| 11/12/2014 | $975.00 |
| 11/14/2014 | $2,600.00 |
| 11/14/2014 | $800.00 |
| 12/4/2014 | $252,802.00 |
| 12/15/2014 | $133,826.00 |
| 1/9/2015 | $104,559.00 |
| 1/29/2015 | $6,866.00 |
| 2/3/2015 | $8,739.00 |
| 2/17/2015 | $20,074.00 |
| 2/24/2015 | $4,239.00 |
| 2/24/2015 | $5,718.00 |
| 2/25/2015 | $4,042.00 |
| 2/26/2015 | $101,944.00 |
| 3/9/2015 | $33,290.00 |
| 3/9/2015 | $88,410.00 |
| 3/20/2015 | $63,725.00 |
| 3/25/2015 | $53,435.00 |
| 4/10/2015 | $49,325.00 |
| 4/10/2015 | $64,890.00 |
| 4/17/2015 | $132,492.00 |
| 4/21/2015 | $13,930.00 |
| 4/24/2015 | $5,422.00 |
| 4/24/2015 | $42,535.00 |

## TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 5/11/2015 | $2,240.00 |
| 5/11/2015 | $2,400.00 |
| 5/11/2015 | $3,040.00 |
| 5/11/2015 | $1,500.00 |
| 5/13/2015 | $2,720.00 |
| 5/13/2015 | $975.00 |
| 5/13/2015 | $975.00 |
| 5/13/2015 | $1,125.00 |
| 5/13/2015 | $1,425.00 |
| 5/13/2015 | $1,920.00 |
| 5/27/2015 | $5,915.00 |
| 7/8/2015 | $25,850.00 |
| 7/22/2015 | $204,218.00 |
| 7/24/2015 | $5,619.00 |
| 8/4/2015 | $2,743.00 |
| 8/6/2015 | $41,412.00 |
| 8/7/2015 | $14,940.00 |
| 8/12/2015 | $26,406.00 |
| 8/14/2015 | $23,902.00 |
| 8/18/2015 | $142,201.00 |
| 8/21/2015 | $900.00 |
| 8/21/2015 | $1,260.00 |
| 8/21/2015 | $1,440.00 |
| 8/21/2015 | $1,260.00 |
| 9/4/2015 | $76,763.00 |
| 9/10/2015 | $3,450.00 |
| 9/10/2015 | $34,150.00 |
| 10/6/2015 | $930.00 |
| 10/6/2015 | $550.00 |
| 10/6/2015 | $550.00 |
| 10/6/2015 | $1,085.00 |
| 10/6/2015 | $950.00 |
| 10/6/2015 | $360.00 |
| 10/6/2015 | $450.00 |
| 10/6/2015 | $650.00 |
| 10/6/2015 | $670.00 |
| 10/6/2015 | $2,960.00 |
| 10/20/2015 | $67,790.00 |
| 10/20/2015 | $61,725.00 |
| 10/30/2015 | $2,035.00 |
| 12/24/2015 | $2,652.00 |
| 12/24/2015 | $4,200.00 |
| 12/24/2015 | $3,000.00 |
| 12/24/2015 | $8,379.00 |
| 12/24/2015 | $3,580.00 |
| 12/24/2015 | $2,557.00 |

# EXHIBIT A

## TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 12/29/2015 | $2,713.00 |
| 12/29/2015 | $2,835.00 |
| 12/29/2015 | $2,216.00 |
| 12/29/2015 | $682.00 |
| 12/29/2015 | $3,239.00 |
| 12/29/2015 | $540.00 |
| 12/29/2015 | $338.00 |
| 12/29/2015 | $608.00 |
| 12/29/2015 | $608.00 |
| 12/29/2015 | $608.00 |
| 12/29/2015 | $810.00 |
| 12/29/2015 | $2,835.00 |
| 12/29/2015 | $810.00 |
| 12/29/2015 | $405.00 |
| 12/29/2015 | $3,800.00 |
| 12/29/2015 | $3,147.00 |
| 12/29/2015 | $5,781.00 |
| 12/29/2015 | $6,389.00 |
| 12/29/2015 | $4,564.00 |
| 12/29/2015 | $3,478.00 |
| 12/29/2015 | $2,484.00 |
| 12/29/2015 | $3,325.00 |
| 12/29/2015 | $3,675.00 |
| 12/29/2015 | $2,625.00 |
| 12/29/2015 | $2,073.00 |
| 12/29/2015 | $3,713.00 |
| 1/5/2016 | $473.00 |
| 1/5/2016 | $270.00 |
| 1/5/2016 | $5,187.00 |
| 1/5/2016 | $1,596.00 |
| 1/5/2016 | $2,600.00 |
| 1/5/2016 | $800.00 |
| 1/5/2016 | $941.00 |
| 1/5/2016 | $1,412.00 |
| 1/5/2016 | $791.00 |
| 1/5/2016 | $1,266.00 |
| 1/5/2016 | $7,182.00 |
| 1/5/2016 | $1,080.00 |
| 1/5/2016 | $1,980.00 |
| 1/5/2016 | $2,520.00 |
| 1/5/2016 | $594.00 |
| 1/5/2016 | $1,188.00 |
| 1/5/2016 | $1,931.00 |
| 1/5/2016 | $1,782.00 |
| 1/5/2016 | $1,337.00 |
| 1/5/2016 | $2,228.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 1/5/2016 | $2,383.00 |
| 1/5/2016 | $733.00 |
| 1/5/2016 | $2,399.00 |
| 1/5/2016 | $738.00 |
| 1/5/2016 | $2,540.00 |
| 1/5/2016 | $781.00 |
| 1/5/2016 | $2,561.00 |
| 1/5/2016 | $788.00 |
| 1/5/2016 | $2,351.00 |
| 1/5/2016 | $724.00 |
| 1/5/2016 | $3,483.00 |
| 1/5/2016 | $3,437.00 |
| 1/5/2016 | $3,507.00 |
| 1/5/2016 | $3,712.00 |
| 1/5/2016 | $3,743.00 |
| 1/5/2016 | $3,850.00 |
| 1/5/2016 | $3,876.00 |
| 1/5/2016 | $4,103.00 |
| 1/5/2016 | $4,137.00 |
| 1/5/2016 | $3,798.00 |
| 1/5/2016 | $2,750.00 |
| 1/5/2016 | $2,769.00 |
| 1/5/2016 | $2,930.00 |
| 1/5/2016 | $2,955.00 |
| 2/17/2016 | $810.00 |
| 2/17/2016 | $1,350.00 |
| 2/17/2016 | $1,080.00 |
| 2/17/2016 | $675.00 |
| 2/17/2016 | $1,485.00 |
| 2/17/2016 | $713.00 |
| 2/17/2016 | $1,961.00 |
| 2/17/2016 | $2,122.00 |
| 2/17/2016 | $3,955.00 |
| 2/17/2016 | $707.00 |
| 2/17/2016 | $1,217.00 |
| 2/17/2016 | $978.00 |
| 2/17/2016 | $1,956.00 |
| 2/17/2016 | $3,423.00 |
| 2/17/2016 | $2,445.00 |
| 2/17/2016 | $2,196.00 |
| 2/17/2016 | $1,255.00 |
| 2/17/2016 | $2,848.00 |
| 2/17/2016 | $1,266.00 |
| 2/17/2016 | $3,182.00 |
| 2/17/2016 | $2,153.00 |
| 2/17/2016 | $662.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 2/17/2016 | $1,913.00 |
| 2/17/2016 | $2,205.00 |
| 2/17/2016 | $2,606.00 |
| 2/17/2016 | $802.00 |
| 2/17/2016 | $2,260.00 |
| 2/17/2016 | $695.00 |
| 2/17/2016 | $1,217.00 |
| 2/17/2016 | $2,086.00 |
| 2/17/2016 | $3,651.00 |
| 2/17/2016 | $1,403.00 |
| 2/17/2016 | $2,406.00 |
| 2/17/2016 | $1,804.00 |
| 2/17/2016 | $1,008.00 |
| 2/17/2016 | $1,728.00 |
| 2/17/2016 | $1,584.00 |
| 2/17/2016 | $1,296.00 |
| 2/17/2016 | $2,160.00 |
| 2/22/2016 | $9,975.00 |
| 2/22/2016 | $7,125.00 |
| 2/25/2016 | $1,900.00 |
| 2/25/2016 | $9,025.00 |
| 2/29/2016 | $6,650.00 |
| 2/29/2016 | $5,586.00 |
| 3/31/2016 | $2,540.00 |
| 3/31/2016 | $1,426.00 |
| 3/31/2016 | $2,399.00 |
| 3/31/2016 | $2,383.00 |
| 3/31/2016 | $3,744.00 |
| 3/31/2016 | $2,496.00 |
| 3/31/2016 | $2,561.00 |
| 3/31/2016 | $2,351.00 |
| 3/31/2016 | $2,675.00 |
| 3/31/2016 | $1,283.00 |
| 3/31/2016 | $1,375.00 |
| 3/31/2016 | $2,375.00 |
| 3/31/2016 | $494.00 |
| 3/31/2016 | $1,250.00 |
| 3/31/2016 | $1,382.00 |
| 3/31/2016 | $1,086.00 |
| 3/31/2016 | $1,625.00 |
| 3/31/2016 | $2,073.00 |
| 3/31/2016 | $987.00 |
| 3/31/2016 | $395.00 |
| 3/31/2016 | $625.00 |
| 3/31/2016 | $1,750.00 |
| 3/31/2016 | $500.00 |

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 3/31/2016 | $2,625.00 |
| 3/31/2016 | $1,875.00 |
| 3/31/2016 | $6,175.00 |
| 3/31/2016 | $5,700.00 |
| 3/31/2016 | $2,593.00 |
| 3/31/2016 | $900.00 |
| 3/31/2016 | $2,268.00 |
| 3/31/2016 | $1,944.00 |
| 3/31/2016 | $648.00 |
| 3/31/2016 | $2,292.00 |
| 3/31/2016 | $410.00 |
| 3/31/2016 | $3,078.00 |
| 3/31/2016 | $1,365.00 |
| 3/31/2016 | $1,801.00 |
| 3/31/2016 | $810.00 |
| 3/31/2016 | $1,146.00 |
| 3/31/2016 | $1,310.00 |
| 3/31/2016 | $2,079.00 |
| 3/31/2016 | $2,867.00 |
| 3/31/2016 | $956.00 |
| 3/31/2016 | $3,240.00 |
| 3/31/2016 | $1,502.00 |
| 3/31/2016 | $1,620.00 |
| 3/31/2016 | $2,806.00 |
| 3/31/2016 | $2,434.00 |
| 3/31/2016 | $3,285.00 |
| 3/31/2016 | $2,792.00 |
| 3/31/2016 | $576.00 |
| 3/31/2016 | $2,593.00 |
| 3/31/2016 | $2,738.00 |
| 3/31/2016 | $798.00 |
| 3/31/2016 | $1,095.00 |
| 3/31/2016 | $3,789.00 |
| 3/31/2016 | $5,749.00 |
| 3/31/2016 | $4,188.00 |
| 3/31/2016 | $2,992.00 |
| 3/31/2016 | $1,872.00 |
| 3/31/2016 | $4,928.00 |
| 3/31/2016 | $1,728.00 |
| 3/31/2016 | $3,285.00 |
| 3/31/2016 | $1,369.00 |
| 3/31/2016 | $1,569.00 |
| 3/31/2016 | $1,582.00 |
| 3/31/2016 | $1,108.00 |
| 3/31/2016 | $540.00 |
| 3/31/2016 | $316.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 3/31/2016 | $627.00 |
| 3/31/2016 | $1,725.00 |
| 3/31/2016 | $810.00 |
| 3/31/2016 | $421.00 |
| 3/31/2016 | $456.00 |
| 3/31/2016 | $176.00 |
| 3/31/2016 | $140.00 |
| 3/31/2016 | $1,620.00 |
| 3/31/2016 | $316.00 |
| 3/31/2016 | $281.00 |
| 3/31/2016 | $246.00 |
| 3/31/2016 | $351.00 |
| 3/31/2016 | $405.00 |
| 3/31/2016 | $1,987.00 |
| 3/31/2016 | $1,575.00 |
| 3/31/2016 | $567.00 |
| 3/31/2016 | $1,215.00 |
| 3/31/2016 | $1,890.00 |
| 3/31/2016 | $945.00 |
| 3/31/2016 | $972.00 |
| 3/31/2016 | $1,182.00 |
| 3/31/2016 | $2,275.00 |
| 3/31/2016 | $1,103.00 |
| 3/31/2016 | $700.00 |
| 3/31/2016 | $1,418.00 |
| 3/31/2016 | $1,575.00 |
| 3/31/2016 | $2,450.00 |
| 3/31/2016 | $1,575.00 |
| 3/31/2016 | $1,316.00 |
| 3/31/2016 | $2,584.00 |
| 3/31/2016 | $1,890.00 |
| 3/31/2016 | $729.00 |
| 3/31/2016 | $630.00 |
| 3/31/2016 | $630.00 |
| 3/31/2016 | $729.00 |
| 3/31/2016 | $567.00 |
| 3/31/2016 | $2,800.00 |
| 3/31/2016 | $1,080.00 |
| 3/31/2016 | $720.00 |
| 3/31/2016 | $720.00 |
| 3/31/2016 | $2,532.00 |
| 3/31/2016 | $1,260.00 |
| 3/31/2016 | $3,559.00 |
| 3/31/2016 | $2,340.00 |
| 3/31/2016 | $2,340.00 |
| 3/31/2016 | $567.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 3/31/2016 | $2,735.00 |
| 3/31/2016 | $720.00 |
| 3/31/2016 | $243.00 |
| 3/31/2016 | $1,575.00 |
| 3/31/2016 | $180.00 |
| 3/31/2016 | $2,567.00 |
| 3/31/2016 | $2,758.00 |
| 3/31/2016 | $2,600.00 |
| 3/31/2016 | $720.00 |
| 3/31/2016 | $493.00 |
| 3/31/2016 | $7,000.00 |
| 3/31/2016 | $1,182.00 |
| 3/31/2016 | $506.00 |
| 3/31/2016 | $6,500.00 |
| 3/31/2016 | $911.00 |
| 3/31/2016 | $1,822.00 |
| 3/31/2016 | $7,500.00 |
| 3/31/2016 | $1,281.00 |
| 3/31/2016 | $6,000.00 |
| 3/31/2016 | $1,215.00 |
| 3/31/2016 | $6,000.00 |
| 3/31/2016 | $2,000.00 |
| 3/31/2016 | $394.00 |
| 3/31/2016 | $1,519.00 |
| 3/31/2016 | $972.00 |
| 3/31/2016 | $405.00 |
| 3/31/2016 | $1,773.00 |
| 3/31/2016 | $887.00 |
| 3/31/2016 | $1,478.00 |
| 3/31/2016 | $900.00 |
| 3/31/2016 | $1,733.00 |
| 3/31/2016 | $9,000.00 |
| 4/7/2016 | $405.00 |
| 4/7/2016 | $675.00 |
| 4/7/2016 | $950.00 |
| 4/7/2016 | $652.00 |
| 4/7/2016 | $713.00 |
| 4/7/2016 | $891.00 |
| 4/7/2016 | $633.00 |
| 4/7/2016 | $743.00 |
| 4/7/2016 | $297.00 |
| 4/7/2016 | $434.00 |
| 4/7/2016 | $945.00 |
| 4/7/2016 | $850.00 |
| 4/7/2016 | $350.00 |
| 4/7/2016 | $702.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 4/7/2016 | $428.00 |
| 4/7/2016 | $713.00 |
| 4/7/2016 | $894.00 |
| 4/7/2016 | $680.00 |
| 4/7/2016 | $856.00 |
| 4/7/2016 | $347.00 |
| 4/7/2016 | $486.00 |
| 4/7/2016 | $561.00 |
| 4/7/2016 | $389.00 |
| 4/7/2016 | $338.00 |
| 4/7/2016 | $845.00 |
| 4/7/2016 | $868.00 |
| 4/7/2016 | $438.00 |
| 4/7/2016 | $422.00 |
| 4/7/2016 | $358.00 |
| 4/7/2016 | $932.00 |
| 4/7/2016 | $972.00 |
| 4/7/2016 | $875.00 |
| 4/7/2016 | $421.00 |
| 4/7/2016 | $373.00 |
| 4/7/2016 | $447.00 |
| 4/7/2016 | $342.00 |
| 4/7/2016 | $466.00 |
| 4/8/2016 | $1,235.00 |
| 4/8/2016 | $1,805.00 |
| 4/8/2016 | $1,995.00 |
| 4/8/2016 | $1,235.00 |
| 4/8/2016 | $1,900.00 |
| 4/8/2016 | $1,235.00 |
| 4/8/2016 | $535.00 |
| 4/8/2016 | $2,970.00 |
| 4/8/2016 | $1,924.00 |
| 4/8/2016 | $9,500.00 |
| 4/8/2016 | $1,872.00 |
| 4/8/2016 | $161.00 |
| 4/8/2016 | $900.00 |
| 4/8/2016 | $966.00 |
| 4/8/2016 | $521.00 |
| 4/8/2016 | $695.00 |
| 4/8/2016 | $322.00 |
| 4/8/2016 | $156.00 |
| 4/8/2016 | $1,742.00 |
| 4/8/2016 | $1,961.00 |
| 4/8/2016 | $5,475.00 |
| 4/8/2016 | $1,900.00 |
| 4/8/2016 | $1,485.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 4/8/2016 | $1,931.00 |
| 4/8/2016 | $3,009.00 |
| 4/8/2016 | $1,900.00 |
| 4/8/2016 | $1,956.00 |
| 4/8/2016 | $2,282.00 |
| 4/8/2016 | $1,755.00 |
| 4/8/2016 | $1,931.00 |
| 4/8/2016 | $4,000.00 |
| 4/8/2016 | $1,755.00 |
| 4/8/2016 | $1,742.00 |
| 4/8/2016 | $2,140.00 |
| 4/8/2016 | $2,594.00 |
| 4/8/2016 | $2,275.00 |
| 4/8/2016 | $1,824.00 |
| 4/8/2016 | $1,098.00 |
| 4/8/2016 | $1,183.00 |
| 4/8/2016 | $1,225.00 |
| 4/8/2016 | $1,211.00 |
| 4/8/2016 | $1,648.00 |
| 4/8/2016 | $1,663.00 |
| 4/8/2016 | $1,211.00 |
| 4/8/2016 | $1,138.00 |
| 4/8/2016 | $1,699.00 |
| 4/8/2016 | $2,318.00 |
| 4/8/2016 | $2,210.00 |
| 4/8/2016 | $1,138.00 |
| 4/8/2016 | $1,627.00 |
| 4/8/2016 | $1,771.00 |
| 4/8/2016 | $1,700.00 |
| 4/8/2016 | $1,627.00 |
| 4/8/2016 | $1,252.00 |
| 4/8/2016 | $1,847.00 |
| 4/8/2016 | $3,230.00 |
| 4/8/2016 | $3,420.00 |
| 4/8/2016 | $1,162.00 |
| 4/8/2016 | $1,215.00 |
| 4/8/2016 | $1,162.00 |
| 4/8/2016 | $1,128.00 |
| 4/8/2016 | $1,663.00 |
| 4/8/2016 | $1,098.00 |
| 4/8/2016 | $1,605.00 |
| 4/8/2016 | $1,199.00 |
| 4/8/2016 | $2,210.00 |
| 4/8/2016 | $2,380.00 |
| 4/8/2016 | $1,403.00 |
| 4/8/2016 | $3,230.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 4/8/2016 | $1,264.00 |
| 4/8/2016 | $1,264.00 |
| 4/8/2016 | $1,605.00 |
| 4/8/2016 | $1,128.00 |
| 4/8/2016 | $1,648.00 |
| 4/8/2016 | $1,824.00 |
| 4/8/2016 | $1,361.00 |
| 4/8/2016 | $1,699.00 |
| 4/8/2016 | $1,684.00 |
| 4/8/2016 | $1,113.00 |
| 4/8/2016 | $1,215.00 |
| 4/8/2016 | $2,947.00 |
| 4/8/2016 | $2,666.00 |
| 4/8/2016 | $1,113.00 |
| 4/8/2016 | $1,847.00 |
| 4/8/2016 | $2,106.00 |
| 4/8/2016 | $1,305.00 |
| 4/8/2016 | $1,771.00 |
| 5/5/2016 | $2,666.00 |
| 5/5/2016 | $2,321.00 |
| 5/5/2016 | $1,502.00 |
| 5/5/2016 | $2,457.00 |
| 5/5/2016 | $1,755.00 |
| 5/5/2016 | $2,673.00 |
| 5/5/2016 | $2,970.00 |
| 5/5/2016 | $1,931.00 |
| 5/5/2016 | $1,699.00 |
| 5/5/2016 | $1,771.00 |
| 5/5/2016 | $1,847.00 |
| 5/5/2016 | $1,663.00 |
| 5/5/2016 | $1,627.00 |
| 5/5/2016 | $1,605.00 |
| 5/5/2016 | $3,230.00 |
| 5/5/2016 | $1,648.00 |
| 5/5/2016 | $1,773.00 |
| 5/5/2016 | $9,000.00 |
| 5/5/2016 | $1,822.00 |
| 5/5/2016 | $5,202.00 |
| 5/5/2016 | $2,048.00 |
| 5/5/2016 | $1,890.00 |
| 5/5/2016 | $380.00 |
| 5/5/2016 | $2,993.00 |
| 5/5/2016 | $891.00 |
| 5/5/2016 | $1,296.00 |
| 5/5/2016 | $2,363.00 |
| 5/5/2016 | $3,507.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 5/5/2016 | $3,743.00 |
| 5/5/2016 | $3,712.00 |
| 5/5/2016 | $3,800.00 |
| 5/5/2016 | $3,483.00 |
| 5/5/2016 | $3,437.00 |
| 5/5/2016 | $9,025.00 |
| 5/5/2016 | $500.00 |
| 5/5/2016 | $2,916.00 |
| 5/5/2016 | $475.00 |
| 5/5/2016 | $1,584.00 |
| 5/5/2016 | $1,788.00 |
| 5/5/2016 | $3,989.00 |
| 5/5/2016 | $1,864.00 |
| 5/5/2016 | $3,400.00 |
| 5/5/2016 | $1,712.00 |
| 5/5/2016 | $1,944.00 |
| 5/5/2016 | $2,850.00 |
| 5/5/2016 | $1,750.00 |
| 5/5/2016 | $1,690.00 |
| 5/5/2016 | $1,735.00 |
| 5/5/2016 | $4,009.00 |
| 5/5/2016 | $3,477.00 |
| 5/5/2016 | $2,606.00 |
| 5/5/2016 | $1,872.00 |
| 5/5/2016 | $2,260.00 |
| 5/5/2016 | $2,880.00 |
| 5/5/2016 | $2,406.00 |
| 5/5/2016 | $2,260.00 |
| 5/5/2016 | $1,449.00 |
| 5/5/2016 | $1,771.00 |
| 5/5/2016 | $2,092.00 |
| 5/5/2016 | $2,736.00 |
| 5/5/2016 | $3,097.00 |
| 5/5/2016 | $3,388.00 |
| 5/5/2016 | $1,974.00 |
| 5/5/2016 | $1,424.00 |
| 5/5/2016 | $2,215.00 |
| 5/5/2016 | $2,500.00 |
| 5/5/2016 | $2,353.00 |
| 5/5/2016 | $2,039.00 |
| 5/5/2016 | $2,119.00 |
| 5/5/2016 | $1,783.00 |
| 5/5/2016 | $3,240.00 |
| 5/5/2016 | $1,449.00 |
| 5/5/2016 | $1,564.00 |
| 5/5/2016 | $1,127.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 5/5/2016 | $1,564.00 |
| 5/5/2016 | $1,564.00 |
| 5/5/2016 | $3,600.00 |
| 5/5/2016 | $9,500.00 |
| 5/5/2016 | $3,566.00 |
| 5/5/2016 | $2,340.00 |
| 5/5/2016 | $2,700.00 |
| 5/5/2016 | $3,691.00 |
| 5/5/2016 | $2,806.00 |
| 5/5/2016 | $3,940.00 |
| 5/5/2016 | $3,667.00 |
| 5/5/2016 | $3,907.00 |
| 5/5/2016 | $3,618.00 |
| 5/20/2016 | $2,592.00 |
| 5/20/2016 | $3,130.00 |
| 5/20/2016 | $3,608.00 |
| 5/20/2016 | $1,103.00 |
| 5/20/2016 | $972.00 |
| 5/20/2016 | $5,202.00 |
| 5/20/2016 | $3,420.00 |
| 6/1/2016 | $1,777.00 |
| 6/1/2016 | $2,140.00 |
| 6/1/2016 | $2,250.00 |
| 6/1/2016 | $2,215.00 |
| 6/28/2016 | $894.00 |
| 6/28/2016 | $1,146.00 |
| 6/28/2016 | $491.00 |
| 6/28/2016 | $632.00 |
| 6/28/2016 | $597.00 |
| 6/28/2016 | $1,012.00 |
| 6/28/2016 | $985.00 |
| 6/28/2016 | $1,250.00 |
| 6/28/2016 | $987.00 |
| 6/28/2016 | $875.00 |
| 6/28/2016 | $868.00 |
| 6/28/2016 | $845.00 |
| 6/28/2016 | $950.00 |
| 6/28/2016 | $932.00 |
| 6/28/2016 | $1,403.00 |
| 6/30/2016 | $450.00 |
| 6/30/2016 | $1,337.00 |
| 6/30/2016 | $972.00 |
| 6/30/2016 | $856.00 |
| 7/1/2016 | $625.00 |
| 7/1/2016 | $2,738.00 |
| 7/1/2016 | $2,525.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 7/1/2016 | $2,215.00 |
| 7/1/2016 | $2,736.00 |
| 7/1/2016 | $2,353.00 |
| 7/1/2016 | $1,605.00 |
| 7/1/2016 | $1,771.00 |
| 7/1/2016 | $1,924.00 |
| 7/1/2016 | $1,620.00 |
| 7/1/2016 | $1,872.00 |
| 7/1/2016 | $2,850.00 |
| 7/1/2016 | $2,692.00 |
| 7/1/2016 | $1,700.00 |
| 7/1/2016 | $1,627.00 |
| 7/1/2016 | $1,847.00 |
| 7/1/2016 | $1,648.00 |
| 7/1/2016 | $1,663.00 |
| 7/1/2016 | $1,699.00 |
| 7/1/2016 | $2,666.00 |
| 7/1/2016 | $2,532.00 |
| 7/1/2016 | $2,735.00 |
| 7/1/2016 | $2,567.00 |
| 7/1/2016 | $2,584.00 |
| 7/1/2016 | $2,758.00 |
| 7/1/2016 | $2,853.00 |
| 7/15/2016 | $17,551.00 |
| 7/20/2016 | $2,946.00 |
| 7/20/2016 | $1,805.00 |
| 7/20/2016 | $1,805.00 |
| 7/20/2016 | $2,970.00 |
| 7/20/2016 | $2,160.00 |
| 7/20/2016 | $1,620.00 |
| 7/20/2016 | $2,025.00 |
| 7/20/2016 | $2,430.00 |
| 7/20/2016 | $3,437.00 |
| 7/20/2016 | $3,712.00 |
| 7/20/2016 | $3,483.00 |
| 7/20/2016 | $3,743.00 |
| 7/20/2016 | $3,507.00 |
| 7/20/2016 | $2,525.00 |
| 7/20/2016 | $2,250.00 |
| 7/20/2016 | $1,777.00 |
| 7/27/2016 | $1,620.00 |
| 7/27/2016 | $3,359.00 |
| 7/27/2016 | $1,768.00 |
| 7/27/2016 | $3,239.00 |
| 7/27/2016 | $2,626.00 |
| 7/27/2016 | $3,239.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 7/27/2016 | $3,359.00 |
| 7/27/2016 | $2,764.00 |
| 7/27/2016 | $3,410.00 |
| 7/27/2016 | $3,536.00 |
| 7/27/2016 | $2,298.00 |
| 7/27/2016 | $2,387.00 |
| 7/27/2016 | $4,260.00 |
| 7/27/2016 | $2,475.00 |
| 7/27/2016 | $3,955.00 |
| 7/27/2016 | $3,809.00 |
| 7/27/2016 | $3,304.00 |
| 7/27/2016 | $3,031.00 |
| 7/27/2016 | $3,230.00 |
| 7/27/2016 | $3,078.00 |
| 7/27/2016 | $3,060.00 |
| 7/27/2016 | $3,097.00 |
| 7/27/2016 | $3,031.00 |
| 7/27/2016 | $3,097.00 |
| 8/8/2016 | $7,581.00 |
| 8/8/2016 | $5,781.00 |
| 8/8/2016 | $6,085.00 |
| 8/8/2016 | $5,187.00 |
| 8/8/2016 | $6,444.00 |
| 8/8/2016 | $6,500.00 |
| 8/15/2016 | $9,908.00 |
| 8/15/2016 | $9,500.00 |
| 8/23/2016 | $97,704.00 |
| 8/23/2016 | $2,510.00 |
| 9/23/2016 | $2,498.00 |
| 9/23/2016 | $1,332.00 |
| 10/12/2016 | $1,980.00 |
| 10/28/2016 | $5,015.00 |
| 11/3/2016 | $7,304.00 |
| 11/4/2016 | $4,783.00 |
| 11/7/2016 | $3,686.00 |
| 11/15/2016 | $6,475.00 |
| 11/17/2016 | $31,283.00 |
| 11/23/2016 | $13,361.00 |
| 11/28/2016 | $5,583.00 |
| 12/7/2016 | $73,557.00 |
| 12/12/2016 | $72,306.00 |
| 12/12/2016 | $3,150.00 |
| 12/16/2016 | $45,637.00 |
| 12/21/2016 | $3,400.00 |
| 12/27/2016 | $26,352.00 |
| 12/27/2016 | $11,924.00 |

EXHIBIT A

TRANSFERS TO TITO RAMIREZ BUS SERVICE INC.

| Date | Payment Amount |
|---|---|
| 12/27/2016 | $5,273.00 |
| 12/30/2016 | $2,829.00 |
| 1/17/2017 | $2,898.00 |
| 1/17/2017 | $135,760.00 |
| 1/23/2017 | $1,987.00 |
| 1/24/2017 | $1,182.00 |
| 1/24/2017 | $1,215.00 |
| 1/24/2017 | $2,100.00 |
| 1/24/2017 | $2,975.00 |
| 1/30/2017 | $13,500.00 |
| 1/30/2017 | $6,650.00 |
| 2/6/2017 | $1,684.00 |
| 2/6/2017 | $2,692.00 |
| 2/6/2017 | $1,658.00 |
| 2/6/2017 | $1,140.00 |
| 2/6/2017 | $1,805.00 |
| 2/6/2017 | $1,710.00 |
| 2/6/2017 | $1,710.00 |
| 2/6/2017 | $1,520.00 |
| 2/6/2017 | $3,651.00 |
| 2/6/2017 | $5,172.00 |
| 2/6/2017 | $2,692.00 |
| 2/6/2017 | $3,388.00 |
| 2/6/2017 | $3,031.00 |
| 2/6/2017 | $2,758.00 |
| 2/6/2017 | $2,532.00 |
| 2/6/2017 | $1,810.00 |
| 2/6/2017 | $3,719.00 |
| 2/6/2017 | $1,185.00 |
| 2/6/2017 | $1,500.00 |
| 2/6/2017 | $1,579.00 |
| 2/6/2017 | $2,000.00 |
| 2/13/2017 | $31,997.00 |
| 2/17/2017 | $21,937.00 |
| 3/2/2017 | $13,883.00 |
| 4/4/2017 | $14,527.00 |
| 4/4/2017 | $2,592.00 |
| 4/19/2017 | $10,929.00 |
| 5/1/2017 | $3,744.00 |