# EXHIBIT A

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 5/22/2013 | $19,012.00 |
| 7/8/2013 | $110.00 |
| 7/8/2013 | $18,135.00 |
| 7/8/2013 | $1,158.00 |
| 7/23/2013 | $17,895.00 |
| 7/23/2013 | $201.00 |
| 7/29/2013 | $11,835.00 |
| 8/16/2013 | $330.00 |
| 8/16/2013 | $18,135.00 |
| 8/22/2013 | $326.00 |
| 9/6/2013 | $108.00 |
| 9/10/2013 | $12,807.00 |
| 10/3/2013 | $8,796.00 |
| 10/3/2013 | $18,893.00 |
| 10/21/2013 | $18,015.00 |
| 10/24/2013 | $1,298.00 |
| 11/6/2013 | $11,334.00 |
| 11/6/2013 | $17,915.00 |
| 11/20/2013 | $174.00 |
| 12/9/2013 | $1,398.00 |
| 12/30/2013 | $198.00 |
| 1/21/2014 | $3,404.00 |
| 1/21/2014 | $366.00 |
| 1/24/2014 | $60.00 |
| 1/28/2014 | $1,390.00 |
| 1/29/2014 | $17,536.00 |
| 1/29/2014 | $18,374.00 |
| 2/6/2014 | $527.00 |
| 2/10/2014 | $1,047.00 |
| 2/19/2014 | $364.00 |
| 2/19/2014 | $80.00 |
| 2/25/2014 | $1,457.00 |
| 3/3/2014 | $1,984.00 |
| 3/4/2014 | $410.00 |
| 3/10/2014 | $350.00 |
| 3/11/2014 | $17,835.00 |
| 3/14/2014 | $425.00 |
| 3/14/2014 | $465.00 |
| 3/18/2014 | $382.00 |
| 3/18/2014 | $518.00 |
| 3/18/2014 | $1,802.00 |
| 3/20/2014 | $3,668.00 |
| 3/20/2014 | $500.00 |
| 3/20/2014 | $600.00 |
| 3/20/2014 | $675.00 |
| 3/20/2014 | $952.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 3/21/2014 | $298.00 |
| 3/21/2014 | $325.00 |
| 3/21/2014 | $7,701.00 |
| 3/21/2014 | $600.00 |
| 3/21/2014 | $18,015.00 |
| 3/25/2014 | $240.00 |
| 3/31/2014 | $433.00 |
| 3/31/2014 | $796.00 |
| 4/1/2014 | $670.00 |
| 4/3/2014 | $17,037.00 |
| 4/3/2014 | $696.00 |
| 4/8/2014 | $487.00 |
| 4/10/2014 | $280.00 |
| 4/11/2014 | $1,040.00 |
| 4/15/2014 | $194.00 |
| 4/16/2014 | $356.00 |
| 4/16/2014 | $175.00 |
| 4/16/2014 | $175.00 |
| 4/17/2014 | $4,482.00 |
| 5/1/2014 | $520.00 |
| 5/2/2014 | $859.00 |
| 5/2/2014 | $160.00 |
| 5/2/2014 | $197.00 |
| 5/6/2014 | $371.00 |
| 5/13/2014 | $174.00 |
| 5/14/2014 | $345.00 |
| 5/23/2014 | $19,172.00 |
| 5/27/2014 | $3,521.00 |
| 5/28/2014 | $642.00 |
| 5/29/2014 | $1,360.00 |
| 6/5/2014 | $388.00 |
| 6/5/2014 | $738.00 |
| 6/6/2014 | $1,095.00 |
| 6/12/2014 | $518.00 |
| 6/12/2014 | $1,864.00 |
| 6/17/2014 | $598.00 |
| 6/17/2014 | $17,533.00 |
| 6/18/2014 | $315.00 |
| 6/18/2014 | $688.00 |
| 6/24/2014 | $449.00 |
| 6/24/2014 | $755.00 |
| 6/24/2014 | $943.00 |
| 6/25/2014 | $295.00 |
| 6/26/2014 | $138.00 |
| 6/27/2014 | $432.00 |
| 6/27/2014 | $1,403.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 7/2/2014 | $523.00 |
| 7/2/2014 | $103.00 |
| 7/2/2014 | $10,381.00 |
| 7/3/2014 | $500.00 |
| 7/8/2014 | $418.00 |
| 7/8/2014 | $530.00 |
| 7/10/2014 | $2,466.00 |
| 7/10/2014 | $476.00 |
| 7/11/2014 | $6,136.00 |
| 7/21/2014 | $546.00 |
| 7/21/2014 | $612.00 |
| 7/21/2014 | $1,017.00 |
| 7/21/2014 | $225.00 |
| 7/21/2014 | $1,787.00 |
| 7/29/2014 | $7,808.00 |
| 8/4/2014 | $795.00 |
| 8/4/2014 | $1,041.00 |
| 8/11/2014 | $9,386.00 |
| 8/12/2014 | $18,534.00 |
| 8/12/2014 | $18,933.00 |
| 8/14/2014 | $775.00 |
| 8/14/2014 | $825.00 |
| 8/21/2014 | $215.00 |
| 9/5/2014 | $1,994.00 |
| 9/5/2014 | $2,799.00 |
| 9/5/2014 | $1,066.00 |
| 9/5/2014 | $1,168.00 |
| 9/8/2014 | $776.00 |
| 9/11/2014 | $863.00 |
| 9/12/2014 | $11,544.00 |
| 9/16/2014 | $1,436.00 |
| 9/18/2014 | $1,117.00 |
| 9/23/2014 | $18,893.00 |
| 9/23/2014 | $19,092.00 |
| 9/23/2014 | $21,034.00 |
| 10/6/2014 | $443.00 |
| 10/6/2014 | $1,368.00 |
| 10/9/2014 | $581.00 |
| 10/10/2014 | $6,373.00 |
| 10/15/2014 | $644.00 |
| 10/15/2014 | $1,435.00 |
| 10/16/2014 | $402.00 |
| 10/20/2014 | $6,887.00 |
| 10/21/2014 | $2,247.00 |
| 10/23/2014 | $429.00 |
| 10/27/2014 | $384.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 11/3/2014 | $462.00 |
| 11/7/2014 | $348.00 |
| 11/10/2014 | $2,467.00 |
| 11/10/2014 | $2,727.00 |
| 11/13/2014 | $994.00 |
| 11/14/2014 | $17,086.00 |
| 11/18/2014 | $622.00 |
| 11/21/2014 | $2,042.00 |
| 12/16/2014 | $629.00 |
| 12/16/2014 | $15,717.00 |
| 12/18/2014 | $262.00 |
| 12/18/2014 | $429.00 |
| 12/18/2014 | $1,204.00 |
| 12/22/2014 | $465.00 |
| 12/23/2014 | $7,069.00 |
| 12/23/2014 | $14,544.00 |
| 1/2/2015 | $331.00 |
| 1/2/2015 | $4,907.00 |
| 1/2/2015 | $559.00 |
| 1/2/2015 | $238.00 |
| 1/12/2015 | $286.00 |
| 1/12/2015 | $357.00 |
| 1/12/2015 | $466.00 |
| 1/12/2015 | $886.00 |
| 1/14/2015 | $1,583.00 |
| 1/28/2015 | $2,327.00 |
| 1/28/2015 | $3,450.00 |
| 1/28/2015 | $4,331.00 |
| 1/28/2015 | $7,265.00 |
| 1/28/2015 | $7,461.00 |
| 1/28/2015 | $12,033.00 |
| 1/28/2015 | $13,475.00 |
| 1/28/2015 | $58,725.00 |
| 1/28/2015 | $198.00 |
| 1/28/2015 | $1,764.00 |
| 1/29/2015 | $58,725.00 |
| 2/2/2015 | $177.00 |
| 2/3/2015 | $7,182.00 |
| 2/13/2015 | $735.00 |
| 2/17/2015 | $451.00 |
| 2/17/2015 | $16,003.00 |
| 2/18/2015 | $710.00 |
| 2/23/2015 | $327.00 |
| 2/23/2015 | $1,260.00 |
| 2/24/2015 | $300.00 |
| 2/25/2015 | $2,221.00 |

63378410 v1

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 2/25/2015 | $2,588.00 |
| 2/25/2015 | $2,925.00 |
| 2/25/2015 | $3,243.00 |
| 2/25/2015 | $3,484.00 |
| 2/25/2015 | $6,525.00 |
| 2/25/2015 | $7,112.00 |
| 2/25/2015 | $7,330.00 |
| 2/25/2015 | $7,895.00 |
| 2/25/2015 | $12,392.00 |
| 2/25/2015 | $13,072.00 |
| 2/25/2015 | $13,308.00 |
| 2/25/2015 | $14,360.00 |
| 2/25/2015 | $61,400.00 |
| 2/25/2015 | $62,640.00 |
| 2/25/2015 | $62,640.00 |
| 2/25/2015 | $160.00 |
| 3/2/2015 | $7,182.00 |
| 3/4/2015 | $217.00 |
| 3/6/2015 | $2,835.00 |
| 3/6/2015 | $4,199.00 |
| 3/6/2015 | $6,199.00 |
| 3/16/2015 | $152.00 |
| 3/16/2015 | $950.00 |
| 3/17/2015 | $3,411.00 |
| 3/17/2015 | $6,068.00 |
| 3/17/2015 | $6,695.00 |
| 3/17/2015 | $65,434.00 |
| 3/17/2015 | $1,838.00 |
| 3/24/2015 | $7,182.00 |
| 3/24/2015 | $7,601.00 |
| 3/24/2015 | $7,661.00 |
| 3/25/2015 | $354.00 |
| 3/27/2015 | $2,366.00 |
| 3/30/2015 | $54,810.00 |
| 3/31/2015 | $1,708.00 |
| 4/2/2015 | $2,066.00 |
| 4/2/2015 | $74,340.00 |
| 4/7/2015 | $300.00 |
| 4/7/2015 | $3,650.00 |
| 4/7/2015 | $448.00 |
| 4/7/2015 | $585.00 |
| 4/9/2015 | $159.00 |
| 4/17/2015 | $6,224.00 |
| 4/17/2015 | $216.00 |
| 4/20/2015 | $358.00 |
| 4/20/2015 | $163.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 4/21/2015 | $7,182.00 |
| 4/24/2015 | $2,015.00 |
| 4/24/2015 | $2,243.00 |
| 4/24/2015 | $2,611.00 |
| 4/24/2015 | $7,243.00 |
| 4/24/2015 | $8,222.00 |
| 4/24/2015 | $12,468.00 |
| 4/24/2015 | $13,773.00 |
| 4/27/2015 | $270.00 |
| 4/29/2015 | $1,674.00 |
| 5/6/2015 | $497.00 |
| 5/6/2015 | $642.00 |
| 5/6/2015 | $693.00 |
| 5/6/2015 | $192.00 |
| 5/7/2015 | $2,803.00 |
| 5/7/2015 | $13,145.00 |
| 5/7/2015 | $61,658.00 |
| 5/7/2015 | $61,705.00 |
| 5/7/2015 | $895.00 |
| 5/7/2015 | $174.00 |
| 5/7/2015 | $240.00 |
| 5/12/2015 | $1,658.00 |
| 5/15/2015 | $406.00 |
| 5/15/2015 | $7,661.00 |
| 5/15/2015 | $52,874.00 |
| 5/15/2015 | $1,039.00 |
| 5/26/2015 | $58,725.00 |
| 5/26/2015 | $795.00 |
| 5/26/2015 | $7,091.00 |
| 5/26/2015 | $7,547.00 |
| 6/3/2015 | $572.00 |
| 6/3/2015 | $495.00 |
| 6/3/2015 | $1,086.00 |
| 6/3/2015 | $150.00 |
| 6/8/2015 | $739.00 |
| 6/8/2015 | $1,354.00 |
| 6/8/2015 | $3,045.00 |
| 6/8/2015 | $2,353.00 |
| 6/8/2015 | $5,025.00 |
| 6/8/2015 | $13,762.00 |
| 6/12/2015 | $197.00 |
| 6/12/2015 | $397.00 |
| 6/22/2015 | $604.00 |
| 6/22/2015 | $611.00 |
| 6/22/2015 | $1,017.00 |
| 6/30/2015 | $2,142.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 6/30/2015 | $7,162.00 |
| 6/30/2015 | $6,188.00 |
| 6/30/2015 | $51,917.00 |
| 6/30/2015 | $55,071.00 |
| 6/30/2015 | $51,134.00 |
| 6/30/2015 | $3,287.00 |
| 6/30/2015 | $12,566.00 |
| 7/2/2015 | $2,495.00 |
| 7/2/2015 | $1,804.00 |
| 7/2/2015 | $1,246.00 |
| 7/6/2015 | $1,296.00 |
| 7/17/2015 | $7,182.00 |
| 7/17/2015 | $6,594.00 |
| 7/17/2015 | $7,596.00 |
| 7/20/2015 | $3,310.00 |
| 7/20/2015 | $7,700.00 |
| 7/20/2015 | $8,483.00 |
| 7/20/2015 | $11,685.00 |
| 7/20/2015 | $12,903.00 |
| 7/21/2015 | $51,330.00 |
| 7/24/2015 | $940.00 |
| 7/28/2015 | $4,376.00 |
| 7/28/2015 | $50,569.00 |
| 7/28/2015 | $12,513.00 |
| 7/28/2015 | $13,512.00 |
| 7/28/2015 | $7,830.00 |
| 7/28/2015 | $7,613.00 |
| 8/6/2015 | $753.00 |
| 8/6/2015 | $748.00 |
| 8/6/2015 | $324.00 |
| 8/11/2015 | $14,010.00 |
| 8/17/2015 | $4,697.00 |
| 8/18/2015 | $3,800.00 |
| 8/24/2015 | $4,834.00 |
| 8/24/2015 | $7,082.00 |
| 8/24/2015 | $7,162.00 |
| 8/27/2015 | $62,478.00 |
| 9/8/2015 | $439.00 |
| 9/8/2015 | $9,795.00 |
| 9/8/2015 | $8,539.00 |
| 9/17/2015 | $3,428.00 |
| 9/17/2015 | $3,719.00 |
| 9/24/2015 | $3,431.00 |
| 9/24/2015 | $2,421.00 |
| 9/24/2015 | $3,200.00 |
| 9/24/2015 | $4,863.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 9/24/2015 | $52,853.00 |
| 9/24/2015 | $57,333.00 |
| 9/24/2015 | $55,832.00 |
| 9/24/2015 | $52,026.00 |
| 9/24/2015 | $1,595.00 |
| 9/24/2015 | $9,228.00 |
| 9/24/2015 | $7,091.00 |
| 9/24/2015 | $8,091.00 |
| 9/24/2015 | $8,775.00 |
| 9/24/2015 | $13,208.00 |
| 9/24/2015 | $7,460.00 |
| 9/29/2015 | $254.00 |
| 9/29/2015 | $285.00 |
| 9/29/2015 | $9,895.00 |
| 9/29/2015 | $9,277.00 |
| 10/20/2015 | $532.00 |
| 10/22/2015 | $2,205.00 |
| 10/22/2015 | $6,960.00 |
| 10/22/2015 | $6,960.00 |
| 10/27/2015 | $130.00 |
| 11/3/2015 | $238.00 |
| 11/4/2015 | $2,207.00 |
| 11/17/2015 | $52,526.00 |
| 11/17/2015 | $54,788.00 |
| 12/3/2015 | $9,277.00 |
| 12/3/2015 | $2,422.00 |
| 12/21/2015 | $9,277.00 |
| 12/21/2015 | $1,548.00 |
| 12/21/2015 | $9,738.00 |
| 12/21/2015 | $12,331.00 |
| 12/22/2015 | $320.00 |
| 12/22/2015 | $1,268.00 |
| 12/22/2015 | $3,125.00 |
| 12/22/2015 | $3,211.00 |
| 12/23/2015 | $1,520.00 |
| 12/23/2015 | $19,132.00 |
| 12/31/2015 | $655.00 |
| 1/4/2016 | $599.00 |
| 1/6/2016 | $357.00 |
| 1/6/2016 | $366.00 |
| 1/20/2016 | $1,248.00 |
| 1/20/2016 | $2,935.00 |
| 1/20/2016 | $4,200.00 |
| 1/20/2016 | $11,980.00 |
| 1/20/2016 | $7,025.00 |
| 1/20/2016 | $6,960.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 1/20/2016 | $8,178.00 |
| 1/20/2016 | $7,199.00 |
| 1/22/2016 | $1,125.00 |
| 1/22/2016 | $3,230.00 |
| 1/29/2016 | $435.00 |
| 1/29/2016 | $9,792.00 |
| 1/29/2016 | $11,011.00 |
| 1/29/2016 | $11,462.00 |
| 2/2/2016 | $239.00 |
| 2/2/2016 | $265.00 |
| 2/16/2016 | $4,964.00 |
| 2/18/2016 | $1,110.00 |
| 2/18/2016 | $5,716.00 |
| 2/18/2016 | $5,550.00 |
| 2/24/2016 | $270.00 |
| 2/25/2016 | $596.00 |
| 2/25/2016 | $544.00 |
| 2/25/2016 | $1,828.00 |
| 2/25/2016 | $1,811.00 |
| 2/29/2016 | $1,245.00 |
| 3/1/2016 | $310.00 |
| 3/2/2016 | $9,825.00 |
| 3/2/2016 | $9,217.00 |
| 3/2/2016 | $299.00 |
| 3/2/2016 | $6,612.00 |
| 3/2/2016 | $7,956.00 |
| 3/2/2016 | $7,178.00 |
| 3/3/2016 | $125.00 |
| 3/3/2016 | $694.00 |
| 3/3/2016 | $337.00 |
| 3/3/2016 | $581.00 |
| 3/15/2016 | $759.00 |
| 3/15/2016 | $794.00 |
| 3/17/2016 | $8,956.00 |
| 3/17/2016 | $6,867.00 |
| 3/17/2016 | $6,764.00 |
| 3/23/2016 | $291.00 |
| 3/30/2016 | $1,245.00 |
| 3/30/2016 | $206.00 |
| 3/31/2016 | $4,988.00 |
| 3/31/2016 | $5,758.00 |
| 3/31/2016 | $3,210.00 |
| 3/31/2016 | $3,261.00 |
| 4/4/2016 | $2,792.00 |
| 4/4/2016 | $9,472.00 |
| 4/4/2016 | $12,280.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 4/4/2016 | $12,756.00 |
| 4/4/2016 | $8,493.00 |
| 4/4/2016 | $7,147.00 |
| 4/4/2016 | $7,270.00 |
| 4/5/2016 | $8,935.00 |
| 4/5/2016 | $2,721.00 |
| 4/5/2016 | $3,711.00 |
| 4/5/2016 | $8,889.00 |
| 4/5/2016 | $14,296.00 |
| 4/5/2016 | $8,056.00 |
| 4/5/2016 | $54,527.00 |
| 4/5/2016 | $57,746.00 |
| 4/5/2016 | $53,831.00 |
| 4/5/2016 | $52,026.00 |
| 4/5/2016 | $48,938.00 |
| 4/5/2016 | $52,265.00 |
| 4/5/2016 | $53,636.00 |
| 4/5/2016 | $53,788.00 |
| 4/5/2016 | $2,068.00 |
| 4/5/2016 | $3,186.00 |
| 4/5/2016 | $3,175.00 |
| 4/5/2016 | $3,704.00 |
| 4/5/2016 | $6,659.00 |
| 4/5/2016 | $7,520.00 |
| 4/5/2016 | $8,626.00 |
| 4/5/2016 | $8,216.00 |
| 4/5/2016 | $6,030.00 |
| 4/7/2016 | $407.00 |
| 4/11/2016 | $825.00 |
| 4/18/2016 | $150.00 |
| 4/19/2016 | $259.00 |
| 5/3/2016 | $3,066.00 |
| 5/3/2016 | $2,583.00 |
| 5/3/2016 | $2,869.00 |
| 5/3/2016 | $3,975.00 |
| 5/3/2016 | $6,131.00 |
| 5/3/2016 | $4,142.00 |
| 5/3/2016 | $47,306.00 |
| 5/3/2016 | $43,239.00 |
| 5/10/2016 | $922.00 |
| 5/24/2016 | $8,790.00 |
| 5/24/2016 | $9,096.00 |
| 5/24/2016 | $8,343.00 |
| 5/24/2016 | $10,494.00 |
| 5/24/2016 | $6,388.00 |
| 5/24/2016 | $5,073.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---:|---:|
| 5/24/2016 | $8,184.00 |
| 5/24/2016 | $6,047.00 |
| 5/27/2016 | $1,545.00 |
| 6/1/2016 | $360.00 |
| 6/1/2016 | $333.00 |
| 6/1/2016 | $299.00 |
| 6/6/2016 | $294.00 |
| 6/7/2016 | $2,128.00 |
| 6/7/2016 | $2,683.00 |
| 6/7/2016 | $4,245.00 |
| 6/7/2016 | $42,434.00 |
| 6/7/2016 | $43,696.00 |
| 6/7/2016 | $41,477.00 |
| 6/9/2016 | $181.00 |
| 6/10/2016 | $175.00 |
| 6/16/2016 | $9,200.00 |
| 6/16/2016 | $5,438.00 |
| 6/16/2016 | $5,024.00 |
| 6/16/2016 | $167.00 |
| 6/16/2016 | $268.00 |
| 6/16/2016 | $174.00 |
| 6/16/2016 | $1,026.00 |
| 6/28/2016 | $375.00 |
| 6/28/2016 | $853.00 |
| 7/1/2016 | $1,847.00 |
| 7/1/2016 | $953.00 |
| 7/1/2016 | $4,848.00 |
| 7/1/2016 | $3,613.00 |
| 7/1/2016 | $3,074.00 |
| 7/7/2016 | $1,275.00 |
| 7/8/2016 | $1,868.00 |
| 7/8/2016 | $1,022.00 |
| 7/12/2016 | $3,675.00 |
| 7/12/2016 | $936.00 |
| 7/12/2016 | $991.00 |
| 7/12/2016 | $1,115.00 |
| 7/12/2016 | $4,395.00 |
| 7/19/2016 | $1,600.00 |
| 7/19/2016 | $43,000.00 |
| 7/19/2016 | $41,695.00 |
| 7/26/2016 | $175.00 |
| 7/26/2016 | $9,432.00 |
| 8/2/2016 | $17,681.00 |
| 8/2/2016 | $5,720.00 |
| 8/4/2016 | $4,221.00 |
| 8/12/2016 | $427.00 |

# EXHIBIT A
## TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 8/15/2016 | $3,481.00 |
| 8/15/2016 | $3,239.00 |
| 8/15/2016 | $2,748.00 |
| 8/15/2016 | $4,193.00 |
| 8/15/2016 | $44,348.00 |
| 8/15/2016 | $45,349.00 |
| 8/19/2016 | $6,111.00 |
| 8/23/2016 | $285.00 |
| 8/23/2016 | $438.00 |
| 8/23/2016 | $356.00 |
| 8/23/2016 | $3,119.00 |
| 8/23/2016 | $394.00 |
| 8/23/2016 | $44,435.00 |
| 8/23/2016 | $4,350.00 |
| 8/23/2016 | $9,051.00 |
| 8/23/2016 | $9,778.00 |
| 8/23/2016 | $5,546.00 |
| 8/25/2016 | $3,893.00 |
| 9/1/2016 | $216.00 |
| 9/1/2016 | $1,652.00 |
| 9/1/2016 | $1,702.00 |
| 9/2/2016 | $297.00 |
| 9/6/2016 | $9,128.00 |
| 9/14/2016 | $279.00 |
| 9/20/2016 | $4,888.00 |
| 9/20/2016 | $10,886.00 |
| 9/21/2016 | $259.00 |
| 9/29/2016 | $4,425.00 |
| 9/29/2016 | $8,122.00 |
| 9/29/2016 | $7,918.00 |
| 9/30/2016 | $2,915.00 |
| 9/30/2016 | $160.00 |
| 10/11/2016 | $235.00 |
| 10/11/2016 | $911.00 |
| 10/14/2016 | $726.00 |
| 10/14/2016 | $1,388.00 |
| 10/14/2016 | $1,233.00 |
| 10/19/2016 | $7,118.00 |
| 10/19/2016 | $47,633.00 |
| 10/19/2016 | $45,523.00 |
| 10/19/2016 | $3,342.00 |
| 10/19/2016 | $3,245.00 |
| 10/19/2016 | $3,661.00 |
| 10/19/2016 | $2,113.00 |
| 10/25/2016 | $47,306.00 |
| 10/25/2016 | $43,957.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 10/27/2016 | $3,495.00 |
| 10/27/2016 | $249.00 |
| 10/27/2016 | $12,060.00 |
| 10/27/2016 | $11,349.00 |
| 10/27/2016 | $10,824.00 |
| 10/27/2016 | $8,878.00 |
| 10/27/2016 | $6,373.00 |
| 10/27/2016 | $5,873.00 |
| 10/27/2016 | $5,981.00 |
| 10/27/2016 | $5,124.00 |
| 11/1/2016 | $46,458.00 |
| 11/4/2016 | $260.00 |
| 11/7/2016 | $2,564.00 |
| 11/14/2016 | $644.00 |
| 11/14/2016 | $301.00 |
| 11/14/2016 | $7,856.00 |
| 11/14/2016 | $1,498.00 |
| 11/14/2016 | $127.00 |
| 11/14/2016 | $955.00 |
| 11/14/2016 | $2,869.00 |
| 11/14/2016 | $5,907.00 |
| 11/14/2016 | $975.00 |
| 11/15/2016 | $38,324.00 |
| 11/15/2016 | $14,686.00 |
| 11/15/2016 | $7,178.00 |
| 11/16/2016 | $156.00 |
| 11/18/2016 | $2,783.00 |
| 11/18/2016 | $39,563.00 |
| 11/18/2016 | $3,326.00 |
| 11/18/2016 | $8,678.00 |
| 11/18/2016 | $8,559.00 |
| 11/22/2016 | $4,028.00 |
| 11/29/2016 | $220.00 |
| 12/5/2016 | $175.00 |
| 12/5/2016 | $1,396.00 |
| 12/5/2016 | $1,714.00 |
| 12/5/2016 | $1,492.00 |
| 12/6/2016 | $6,982.00 |
| 12/12/2016 | $9,164.00 |
| 12/12/2016 | $360.00 |
| 12/13/2016 | $2,583.00 |
| 12/13/2016 | $43,805.00 |
| 12/13/2016 | $397.00 |
| 12/13/2016 | $497.00 |
| 12/22/2016 | $40,487.00 |
| 12/22/2016 | $8,559.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 12/22/2016 | $8,279.00 |
| 12/22/2016 | $8,519.00 |
| 12/22/2016 | $9,257.00 |
| 12/22/2016 | $9,257.00 |
| 12/22/2016 | $8,100.00 |
| 12/22/2016 | $14,687.00 |
| 12/22/2016 | $6,503.00 |
| 12/22/2016 | $14,268.00 |
| 12/22/2016 | $6,155.00 |
| 12/28/2016 | $208.00 |
| 1/5/2017 | $760.00 |
| 1/5/2017 | $625.00 |
| 1/5/2017 | $1,517.00 |
| 1/5/2017 | $1,310.00 |
| 1/5/2017 | $422.00 |
| 1/5/2017 | $738.00 |
| 1/5/2017 | $1,953.00 |
| 1/5/2017 | $1,260.00 |
| 1/5/2017 | $4,188.00 |
| 1/10/2017 | $3,346.00 |
| 1/18/2017 | $1,930.00 |
| 1/18/2017 | $240.00 |
| 1/23/2017 | $1,452.00 |
| 1/23/2017 | $930.00 |
| 1/23/2017 | $2,279.00 |
| 1/23/2017 | $1,376.00 |
| 1/23/2017 | $1,914.00 |
| 1/23/2017 | $467.00 |
| 1/23/2017 | $959.00 |
| 1/23/2017 | $1,950.00 |
| 1/25/2017 | $7,939.00 |
| 1/25/2017 | $15,474.00 |
| 1/30/2017 | $598.00 |
| 1/30/2017 | $705.00 |
| 1/30/2017 | $2,825.00 |
| 1/30/2017 | $1,089.00 |
| 1/30/2017 | $1,534.00 |
| 1/30/2017 | $909.00 |
| 1/30/2017 | $1,090.00 |
| 1/30/2017 | $480.00 |
| 1/30/2017 | $16.00 |
| 1/30/2017 | $238.00 |
| 2/3/2017 | $41,151.00 |
| 2/6/2017 | $2,692.00 |
| 2/6/2017 | $2,874.00 |
| 2/7/2017 | $14,040.00 |

EXHIBIT A

TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 2/7/2017 | $13,042.00 |
| 2/7/2017 | $7,439.00 |
| 2/8/2017 | $499.00 |
| 2/8/2017 | $334.00 |
| 2/8/2017 | $105.00 |
| 2/8/2017 | $2,956.00 |
| 2/8/2017 | $2,826.00 |
| 2/10/2017 | $498.00 |
| 2/17/2017 | $40,673.00 |
| 2/17/2017 | $43,239.00 |
| 2/17/2017 | $39,890.00 |
| 2/21/2017 | $8,080.00 |
| 2/21/2017 | $3,761.00 |
| 2/21/2017 | $3,345.00 |
| 2/21/2017 | $2,668.00 |
| 2/21/2017 | $3,925.00 |
| 2/21/2017 | $3,186.00 |
| 2/21/2017 | $3,457.00 |
| 2/21/2017 | $759.00 |
| 2/24/2017 | $1,901.00 |
| 2/28/2017 | $14,371.00 |
| 2/28/2017 | $14,848.00 |
| 2/28/2017 | $8,700.00 |
| 2/28/2017 | $8,156.00 |
| 3/9/2017 | $7,437.00 |
| 3/9/2017 | $1,498.00 |
| 3/9/2017 | $13,920.00 |
| 3/15/2017 | $1,069.00 |
| 3/15/2017 | $899.00 |
| 3/16/2017 | $7,640.00 |
| 3/16/2017 | $5,560.00 |
| 3/16/2017 | $6,209.00 |
| 3/21/2017 | $398.00 |
| 3/24/2017 | $44,740.00 |
| 3/24/2017 | $15,860.00 |
| 3/24/2017 | $8,678.00 |
| 3/24/2017 | $8,156.00 |
| 3/27/2017 | $8,366.00 |
| 3/27/2017 | $8,459.00 |
| 3/27/2017 | $8,060.00 |
| 3/28/2017 | $3,438.00 |
| 4/4/2017 | $450.00 |
| 4/6/2017 | $1,498.00 |
| 4/6/2017 | $384.00 |
| 4/6/2017 | $340.00 |
| 4/6/2017 | $2,554.00 |

# EXHIBIT A

## TRANSFERS TO PANADERIA LA SEVILLANA, INC.

| Date | Payment Amount |
|---|---|
| 4/6/2017 | $730.00 |
| 4/6/2017 | $763.00 |
| 4/6/2017 | $398.00 |
| 4/6/2017 | $8,678.00 |
| 4/6/2017 | $8,958.00 |
| 4/7/2017 | $8,757.00 |
| 4/10/2017 | $2,934.00 |
| 4/10/2017 | $1,123.00 |
| 4/10/2017 | $245.00 |
| 4/11/2017 | $785.00 |
| 4/17/2017 | $834.00 |
| 4/17/2017 | $497.00 |
| 4/20/2017 | $733.00 |
| 4/20/2017 | $219.00 |
| 4/21/2017 | $36,214.00 |
| 4/21/2017 | $41,847.00 |
| 4/26/2017 | $7,788.00 |
| 4/26/2017 | $4,095.00 |
| 4/26/2017 | $2,481.00 |
| 4/26/2017 | $4,852.00 |
| 4/26/2017 | $180.00 |
| 4/27/2017 | $305.00 |