# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO METRO CENTER ASSOCIATES

| Date | Payment Amount |
|---|---|
| 1/3/2014 | $3,015.00 |
| 1/9/2014 | $123,162.00 |
| 1/28/2014 | $8,862.00 |
| 2/5/2014 | $123,162.00 |
| 2/10/2014 | $8,365.00 |
| 2/13/2014 | $8,365.00 |
| 2/26/2014 | $8,862.00 |
| 3/4/2014 | $54,297.00 |
| 3/7/2014 | $4,232.00 |
| 3/14/2014 | $123,162.00 |
| 4/4/2014 | $26,434.00 |
| 4/7/2014 | $8,365.00 |
| 4/9/2014 | $123,162.00 |
| 5/1/2014 | $8,365.00 |
| 5/14/2014 | $18,133.00 |
| 6/10/2014 | $115,104.00 |
| 6/19/2014 | $8,805.00 |
| 6/23/2014 | $16,067.00 |
| 6/24/2014 | $58,005.00 |
| 6/26/2014 | $18,133.00 |
| 7/7/2014 | $8,805.00 |
| 7/9/2014 | $4,266.00 |
| 7/15/2014 | $230,207.00 |
| 7/21/2014 | $72,950.00 |
| 7/22/2014 | $4,659.00 |
| 8/15/2014 | $115,104.00 |
| 8/22/2014 | $3,642.00 |
| 9/11/2014 | $134,516.00 |
| 9/24/2014 | $77,714.00 |
| 10/15/2014 | $4,308.00 |
| 10/15/2014 | $4,859.00 |
| 10/20/2014 | $115,104.00 |
| 11/3/2014 | $3,941.00 |
| 11/4/2014 | $115,104.00 |
| 11/6/2014 | $34,105.00 |
| 12/15/2014 | $8,805.00 |
| 12/15/2014 | $8,805.00 |
| 12/15/2014 | $8,805.00 |
| 12/26/2014 | $8,805.00 |
| 12/26/2014 | $8,805.00 |
| 1/2/2015 | $110,213.00 |
| 1/8/2015 | $7,527.00 |
| 1/8/2015 | $30,373.00 |
| 1/12/2015 | $116,174.00 |
| 1/26/2015 | $28,388.00 |
| 2/5/2015 | $110,213.00 |

EXHIBIT A

TRANSFERS TO METRO CENTER ASSOCIATES

| Date | Payment Amount |
|---|---|
| 2/24/2015 | $3,355.00 |
| 2/24/2015 | $26,190.00 |
| 3/6/2015 | $9,760.00 |
| 3/20/2015 | $26,578.00 |
| 4/10/2015 | $113,324.00 |
| 4/14/2015 | $110,213.00 |
| 4/21/2015 | $8,805.00 |
| 4/21/2015 | $27,641.00 |
| 4/30/2015 | $110,213.00 |
| 5/5/2015 | $3,541.00 |
| 5/12/2015 | $25,009.00 |
| 5/26/2015 | $8,805.00 |
| 5/26/2015 | $8,805.00 |
| 5/26/2015 | $8,805.00 |
| 5/29/2015 | $8,805.00 |
| 6/1/2015 | $110,213.00 |
| 6/10/2015 | $25,856.00 |
| 6/30/2015 | $3,716.00 |
| 7/9/2015 | $110,213.00 |
| 7/13/2015 | $22,352.00 |
| 7/13/2015 | $1,345.00 |
| 7/28/2015 | $6,516.00 |
| 7/31/2015 | $8,805.00 |
| 8/4/2015 | $27,040.00 |
| 9/15/2015 | $8,805.00 |
| 9/25/2015 | $3,512.00 |
| 10/13/2015 | $77,203.00 |
| 10/27/2015 | $150,139.00 |
| 11/3/2015 | $8,805.00 |
| 11/6/2015 | $75,115.00 |
| 12/18/2015 | $75,115.00 |
| 12/21/2015 | $560.00 |
| 12/21/2015 | $2,724.00 |
| 12/21/2015 | $520.00 |
| 12/21/2015 | $2,409.00 |
| 12/28/2015 | $8,805.00 |
| 1/4/2016 | $75,115.00 |
| 2/2/2016 | $691.00 |
| 2/2/2016 | $2,605.00 |
| 2/2/2016 | $3,028.00 |
| 3/2/2016 | $75,115.00 |
| 3/4/2016 | $2,599.00 |
| 3/4/2016 | $8,805.00 |
| 3/4/2016 | $8,805.00 |
| 3/11/2016 | $8,805.00 |
| 3/30/2016 | $8,805.00 |

EXHIBIT A

TRANSFERS TO METRO CENTER ASSOCIATES

| Date | Payment Amount |
|---|---|
| 4/1/2016 | $75,115.00 |
| 4/28/2016 | $74,959.00 |
| 5/12/2016 | $75,115.00 |
| 6/3/2016 | $75,115.00 |
| 6/28/2016 | $468.00 |
| 6/28/2016 | $376.00 |
| 6/28/2016 | $2,229.00 |
| 7/22/2016 | $75,115.00 |
| 8/19/2016 | $1,921.00 |
| 8/19/2016 | $440.00 |
| 9/12/2016 | $8,805.00 |
| 10/12/2016 | $75,115.00 |
| 10/20/2016 | $75,115.00 |
| 11/1/2016 | $75,115.00 |
| 11/23/2016 | $75,115.00 |
| 12/19/2016 | $75,115.00 |
| 12/28/2016 | $75,115.00 |
| 3/1/2017 | $75,115.00 |
| 3/27/2017 | $75,115.00 |
| 4/27/2017 | $75,115.00 |