# EXHIBIT A

EXHIBIT A

TRANSFERS TO LAW OFFICES WOLF POPPER P.S.C.

| Date | Payment Amount |
|---|---|
| 5/24/2013 | $44,750.00 |
| 6/21/2013 | $700.00 |
| 7/18/2013 | $113,662.00 |
| 8/21/2013 | $29,181.00 |
| 8/28/2013 | $52,196.00 |
| 8/28/2013 | $1,070.00 |
| 10/16/2013 | $105,148.00 |
| 12/10/2013 | $105,145.00 |
| 1/21/2014 | $229,480.00 |
| 2/24/2014 | $105,225.00 |
| 3/28/2014 | $105,225.00 |
| 4/16/2014 | $118,563.00 |
| 5/30/2014 | $132,328.00 |
| 7/23/2014 | $143,724.00 |
| 8/6/2014 | $154,664.00 |
| 9/22/2014 | $88,934.00 |
| 10/31/2014 | $78,700.00 |
| 12/11/2014 | $97,811.00 |
| 1/8/2015 | $91,763.00 |
| 2/11/2015 | $86,856.00 |
| 2/11/2015 | $98,851.00 |
| 4/13/2015 | $87,440.00 |
| 5/13/2015 | $90,229.00 |
| 7/7/2015 | $90,334.00 |
| 7/24/2015 | $97,828.00 |
| 8/17/2015 | $98,399.00 |
| 10/13/2015 | $102,510.00 |
| 11/19/2015 | $80,502.00 |
| 2/3/2016 | $90,162.00 |
| 3/31/2016 | $102,106.00 |
| 4/5/2016 | $109,616.00 |
| 6/24/2016 | $83,635.00 |
| 6/24/2016 | $88,383.00 |
| 7/12/2016 | $106,884.00 |
| 9/15/2016 | $94,429.00 |
| 9/15/2016 | $101,379.00 |
| 9/21/2016 | $111,252.00 |
| 9/21/2016 | $105,065.00 |
| 12/9/2016 | $91,811.00 |
| 12/13/2016 | $269,759.00 |
| 1/4/2017 | $98,855.00 |
| 2/21/2017 | $349,722.00 |