# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO PASO A PASO: CENTRO INTERDISCIPLINARIO DEL APRENDIZAJE, INC.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $222,402.00 |
| 5/16/2013 | $50,537.00 |
| 7/18/2013 | $58,654.00 |
| 8/1/2013 | $151,893.00 |
| 8/2/2013 | $44,611.00 |
| 9/10/2013 | $23,350.00 |
| 9/16/2013 | $296,494.00 |
| 9/17/2013 | $199,763.00 |
| 9/19/2013 | $49,165.00 |
| 9/19/2013 | $175,389.00 |
| 9/19/2013 | $240,979.00 |
| 9/20/2013 | $286,948.00 |
| 12/6/2013 | $25,315.00 |
| 1/9/2014 | $190,602.00 |
| 1/10/2014 | $48,516.00 |
| 1/10/2014 | $67,670.00 |
| 1/13/2014 | $35,686.00 |
| 1/22/2014 | $270,898.00 |
| 2/4/2014 | $46,055.00 |
| 2/19/2014 | $30,609.00 |
| 2/24/2014 | $2,720.00 |
| 2/25/2014 | $5,341.00 |
| 2/25/2014 | $16,431.00 |
| 3/12/2014 | $325,650.00 |
| 4/10/2014 | $227,997.00 |
| 4/14/2014 | $32,723.00 |
| 4/23/2014 | $23,105.00 |
| 4/23/2014 | $57,708.00 |
| 4/29/2014 | $153,325.00 |
| 5/8/2014 | $167,496.00 |
| 5/30/2014 | $283,684.00 |
| 6/11/2014 | $57,236.00 |
| 7/24/2014 | $308,578.00 |
| 7/30/2014 | $277,039.00 |
| 8/6/2014 | $3,430.00 |
| 8/6/2014 | $54,917.00 |
| 8/8/2014 | $38,500.00 |
| 8/21/2014 | $188,846.00 |
| 8/22/2014 | $22,022.00 |
| 9/4/2014 | $67,301.00 |
| 11/3/2014 | $142,077.00 |
| 12/18/2014 | $49,155.00 |
| 12/19/2014 | $25,135.00 |
| 1/9/2015 | $58,857.00 |
| 1/9/2015 | $264,340.00 |
| 2/10/2015 | $280,183.00 |

# EXHIBIT A

## TRANSFERS TO PASO A PASO: CENTRO INTERDISCIPLINARIO DEL APRENDIZAJE, INC.

| Date | Payment Amount |
|---|---|
| 2/12/2015 | $40,827.00 |
| 3/10/2015 | $29,790.00 |
| 3/31/2015 | $210,931.00 |
| 4/14/2015 | $36,933.00 |
| 4/29/2015 | $153,429.00 |
| 5/11/2015 | $55,869.00 |
| 6/17/2015 | $192,894.00 |
| 7/21/2015 | $59,071.00 |
| 7/27/2015 | $280,919.00 |
| 8/20/2015 | $58,729.00 |
| 9/28/2015 | $46,680.00 |
| 9/28/2015 | $302,673.00 |
| 10/5/2015 | $11,087.00 |
| 10/5/2015 | $6,983.00 |
| 10/23/2015 | $24,515.00 |
| 11/2/2015 | $269,510.00 |
| 11/12/2015 | $9,329.00 |
| 11/17/2015 | $195,989.00 |
| 11/23/2015 | $222.00 |
| 11/30/2015 | $43,734.00 |
| 12/18/2015 | $32,814.00 |
| 12/21/2015 | $2,456.00 |
| 12/24/2015 | $54,622.00 |
| 1/4/2016 | $233,123.00 |
| 1/4/2016 | $57,314.00 |
| 1/4/2016 | $3,791.00 |
| 1/6/2016 | $134,807.00 |
| 1/25/2016 | $1,737.00 |
| 2/11/2016 | $240,882.00 |
| 2/24/2016 | $86.00 |
| 3/25/2016 | $34,587.00 |
| 3/25/2016 | $179,049.00 |
| 4/6/2016 | $44,118.00 |
| 4/28/2016 | $154,516.00 |
| 5/9/2016 | $35,902.00 |
| 5/9/2016 | $143,498.00 |
| 5/13/2016 | $56,829.00 |
| 5/18/2016 | $237,493.00 |
| 5/26/2016 | $232,411.00 |
| 5/26/2016 | $55,630.00 |
| 7/11/2016 | $57,190.00 |
| 9/2/2016 | $243,395.00 |
| 9/23/2016 | $14,052.00 |
| 9/29/2016 | $34,915.00 |
| 10/20/2016 | $37,282.00 |
| 10/20/2016 | $136,231.00 |

# EXHIBIT A

## TRANSFERS TO PASO A PASO: CENTRO INTERDISCIPLINARIO DEL APRENDIZAJE, INC.

| Date | Payment Amount |
|---|---|
| 11/30/2016 | $151,114.00 |
| 12/16/2016 | $226,513.00 |
| 12/23/2016 | $49,313.00 |
| 12/30/2016 | $200,114.00 |
| 2/3/2017 | $166,176.00 |
| 2/17/2017 | $52,355.00 |
| 2/27/2017 | $43,663.00 |
| 3/1/2017 | $141,646.00 |
| 4/13/2017 | $129,775.00 |
| 4/13/2017 | $33,318.00 |
| 4/20/2017 | $44.00 |