# EXHIBIT A

EXHIBIT A

TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $341.00 |
| 5/7/2013 | $4,183.00 |
| 5/9/2013 | $3,741.00 |
| 5/9/2013 | $400.00 |
| 5/9/2013 | $800.00 |
| 5/15/2013 | $2,789.00 |
| 6/4/2013 | $279.00 |
| 6/4/2013 | $500.00 |
| 6/7/2013 | $1,361.00 |
| 6/7/2013 | $1,460.00 |
| 6/10/2013 | $3,833.00 |
| 6/17/2013 | $677.00 |
| 6/18/2013 | $1,139.00 |
| 6/25/2013 | $1,019.00 |
| 7/5/2013 | $3,975.00 |
| 7/15/2013 | $325.00 |
| 7/15/2013 | $5,946.00 |
| 7/15/2013 | $1,799.00 |
| 7/24/2013 | $1,502.00 |
| 8/12/2013 | $1,033.00 |
| 8/15/2013 | $6,414.00 |
| 8/22/2013 | $1,362.00 |
| 8/30/2013 | $4,631.00 |
| 9/3/2013 | $2,027.00 |
| 9/4/2013 | $2,521.00 |
| 9/9/2013 | $22,249.00 |
| 9/10/2013 | $2,584.00 |
| 9/17/2013 | $1,254.00 |
| 9/17/2013 | $1,579.00 |
| 9/23/2013 | $534.00 |
| 10/15/2013 | $4,110.00 |
| 10/23/2013 | $832.00 |
| 10/28/2013 | $1,844.00 |
| 11/1/2013 | $4,044.00 |
| 11/1/2013 | $400.00 |
| 11/1/2013 | $8,268.00 |
| 11/1/2013 | $584.00 |
| 11/1/2013 | $645.00 |
| 11/1/2013 | $1,290.00 |
| 11/19/2013 | $1,551.00 |
| 11/21/2013 | $3,727.00 |
| 11/26/2013 | $618.00 |
| 12/3/2013 | $579.00 |
| 12/13/2013 | $571.00 |
| 12/13/2013 | $1,600.00 |
| 12/16/2013 | $2,632.00 |

EXHIBIT A

TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 12/23/2013 | $2,495.00 |
| 12/23/2013 | $7,381.00 |
| 12/23/2013 | $785.00 |
| 12/23/2013 | $234.00 |
| 1/2/2014 | $3,268.00 |
| 1/2/2014 | $3,578.00 |
| 1/2/2014 | $3,578.00 |
| 1/2/2014 | $3,912.00 |
| 1/2/2014 | $3,913.00 |
| 1/2/2014 | $429.00 |
| 1/2/2014 | $430.00 |
| 1/2/2014 | $5,702.00 |
| 1/2/2014 | $699.00 |
| 1/2/2014 | $785.00 |
| 1/2/2014 | $785.00 |
| 1/2/2014 | $805.00 |
| 1/2/2014 | $1,200.00 |
| 1/2/2014 | $1,283.00 |
| 1/2/2014 | $1,498.00 |
| 1/2/2014 | $1,707.00 |
| 1/9/2014 | $3,178.00 |
| 1/9/2014 | $3,997.00 |
| 1/9/2014 | $791.00 |
| 1/9/2014 | $1,789.00 |
| 1/16/2014 | $728.00 |
| 1/16/2014 | $1,919.00 |
| 2/18/2014 | $815.00 |
| 2/20/2014 | $4,500.00 |
| 2/24/2014 | $2,029.00 |
| 2/26/2014 | $19,188.00 |
| 3/3/2014 | $1,681.00 |
| 3/13/2014 | $2,369.00 |
| 3/17/2014 | $548.00 |
| 3/19/2014 | $568.00 |
| 3/19/2014 | $1,575.00 |
| 3/31/2014 | $701.00 |
| 3/31/2014 | $1,160.00 |
| 4/16/2014 | $2,315.00 |
| 4/16/2014 | $3,399.00 |
| 4/17/2014 | $2,435.00 |
| 4/17/2014 | $4,343.00 |
| 4/30/2014 | $465.00 |
| 5/23/2014 | $3,158.00 |
| 6/2/2014 | $1,116.00 |
| 6/9/2014 | $3,625.00 |
| 6/10/2014 | $4,516.00 |

EXHIBIT A

TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 6/10/2014 | $508.00 |
| 6/19/2014 | $1,579.00 |
| 6/23/2014 | $12,361.00 |
| 6/23/2014 | $1,200.00 |
| 6/30/2014 | $5,830.00 |
| 6/30/2014 | $12,671.00 |
| 6/30/2014 | $706.00 |
| 7/2/2014 | $1,200.00 |
| 7/2/2014 | $197.00 |
| 7/21/2014 | $800.00 |
| 7/31/2014 | $7,779.00 |
| 8/11/2014 | $6,603.00 |
| 8/11/2014 | $7,000.00 |
| 8/11/2014 | $9,891.00 |
| 8/21/2014 | $3,335.00 |
| 9/4/2014 | $5,677.00 |
| 9/5/2014 | $2,251.00 |
| 9/15/2014 | $3,888.00 |
| 9/15/2014 | $1,299.00 |
| 9/22/2014 | $399.00 |
| 9/25/2014 | $2,457.00 |
| 9/25/2014 | $2,725.00 |
| 9/25/2014 | $2,988.00 |
| 9/25/2014 | $3,489.00 |
| 9/25/2014 | $4,445.00 |
| 9/25/2014 | $7,307.00 |
| 9/25/2014 | $1,198.00 |
| 9/25/2014 | $1,635.00 |
| 9/29/2014 | $9,345.00 |
| 9/29/2014 | $780.00 |
| 9/29/2014 | $1,621.00 |
| 10/6/2014 | $2,000.00 |
| 10/6/2014 | $3,412.00 |
| 10/6/2014 | $3,891.00 |
| 10/6/2014 | $4,938.00 |
| 10/6/2014 | $990.00 |
| 10/6/2014 | $1,731.00 |
| 10/21/2014 | $1,992.00 |
| 10/21/2014 | $2,821.00 |
| 10/21/2014 | $578.00 |
| 10/21/2014 | $119.00 |
| 10/21/2014 | $1,183.00 |
| 11/17/2014 | $1,579.00 |
| 11/18/2014 | $3,500.00 |
| 11/18/2014 | $9,361.00 |
| 11/18/2014 | $855.00 |

EXHIBIT A

TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 11/26/2014 | $389.00 |
| 12/8/2014 | $4,549.00 |
| 12/8/2014 | $195.00 |
| 12/11/2014 | $474.00 |
| 12/11/2014 | $916.00 |
| 12/22/2014 | $12,781.00 |
| 12/22/2014 | $994.00 |
| 12/22/2014 | $1,258.00 |
| 12/31/2014 | $942.00 |
| 12/31/2014 | $1,690.00 |
| 1/9/2015 | $5,028.00 |
| 1/9/2015 | $5,900.00 |
| 1/9/2015 | $32,919.00 |
| 1/9/2015 | $1,220.00 |
| 1/9/2015 | $1,867.00 |
| 1/20/2015 | $4,696.00 |
| 1/20/2015 | $12,384.00 |
| 1/20/2015 | $606.00 |
| 1/20/2015 | $718.00 |
| 1/20/2015 | $787.00 |
| 2/2/2015 | $3,543.00 |
| 2/18/2015 | $970.00 |
| 2/18/2015 | $1,049.00 |
| 2/18/2015 | $1,792.00 |
| 3/11/2015 | $2,089.00 |
| 3/11/2015 | $140.00 |
| 3/11/2015 | $1,781.00 |
| 3/23/2015 | $438.00 |
| 4/7/2015 | $325.00 |
| 4/7/2015 | $4,783.00 |
| 4/7/2015 | $5,528.00 |
| 4/24/2015 | $2,546.00 |
| 4/24/2015 | $460.00 |
| 4/24/2015 | $1,760.00 |
| 5/11/2015 | $1,250.00 |
| 5/13/2015 | $1,284.00 |
| 5/26/2015 | $2,267.00 |
| 5/26/2015 | $629.00 |
| 5/29/2015 | $10,215.00 |
| 5/29/2015 | $534.00 |
| 6/15/2015 | $23,909.00 |
| 6/15/2015 | $1,000.00 |
| 6/29/2015 | $2,803.00 |
| 7/6/2015 | $2,146.00 |
| 7/6/2015 | $7,239.00 |
| 7/7/2015 | $5,104.00 |

# EXHIBIT A

## TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 7/8/2015 | $76,341.00 |
| 7/8/2015 | $2,940.00 |
| 7/10/2015 | $171,204.00 |
| 7/15/2015 | $2,840.00 |
| 7/15/2015 | $2,576.00 |
| 7/20/2015 | $1,490.00 |
| 7/20/2015 | $1,700.00 |
| 7/23/2015 | $5,553.00 |
| 7/23/2015 | $2,595.00 |
| 8/7/2015 | $646.00 |
| 8/24/2015 | $889.00 |
| 8/24/2015 | $2,075.00 |
| 8/26/2015 | $45,098.00 |
| 9/1/2015 | $3,131.00 |
| 9/1/2015 | $1,334.00 |
| 9/1/2015 | $4,100.00 |
| 9/2/2015 | $5,094.00 |
| 9/9/2015 | $1,059.00 |
| 9/21/2015 | $611.00 |
| 9/28/2015 | $4,899.00 |
| 9/28/2015 | $2,890.00 |
| 10/8/2015 | $2,543.00 |
| 10/13/2015 | $3,130.00 |
| 10/13/2015 | $2,600.00 |
| 10/14/2015 | $42,200.00 |
| 10/26/2015 | $509.00 |
| 10/29/2015 | $1,858.00 |
| 10/29/2015 | $9,135.00 |
| 10/29/2015 | $5,224.00 |
| 11/2/2015 | $1,107.00 |
| 11/6/2015 | $1,579.00 |
| 11/6/2015 | $3,878.00 |
| 11/10/2015 | $1,700.00 |
| 11/10/2015 | $2,495.00 |
| 11/10/2015 | $1,754.00 |
| 11/16/2015 | $1,054.00 |
| 11/25/2015 | $5,404.00 |
| 12/2/2015 | $1,935.00 |
| 12/10/2015 | $16,265.00 |
| 12/10/2015 | $32,287.00 |
| 12/14/2015 | $5,318.00 |
| 12/14/2015 | $1,999.00 |
| 12/17/2015 | $696.00 |
| 12/17/2015 | $894.00 |
| 12/17/2015 | $1,018.00 |
| 12/17/2015 | $843.00 |

EXHIBIT A

TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 12/17/2015 | $3,297.00 |
| 12/17/2015 | $4,460.00 |
| 12/21/2015 | $3,789.00 |
| 12/23/2015 | $2,364.00 |
| 12/23/2015 | $1,609.00 |
| 12/23/2015 | $770.00 |
| 12/23/2015 | $2,163.00 |
| 12/28/2015 | $4,889.00 |
| 1/20/2016 | $3,451.00 |
| 1/20/2016 | $545.00 |
| 2/2/2016 | $6,243.00 |
| 2/8/2016 | $2,463.00 |
| 2/9/2016 | $4,472.00 |
| 2/9/2016 | $2,190.00 |
| 2/9/2016 | $75,607.00 |
| 2/22/2016 | $619.00 |
| 2/22/2016 | $2,725.00 |
| 3/3/2016 | $37,130.00 |
| 3/3/2016 | $40,133.00 |
| 3/8/2016 | $769.00 |
| 3/8/2016 | $6,072.00 |
| 3/14/2016 | $768.00 |
| 3/17/2016 | $500.00 |
| 3/17/2016 | $1,798.00 |
| 3/22/2016 | $5,112.00 |
| 3/24/2016 | $2,472.00 |
| 3/24/2016 | $1,933.00 |
| 3/28/2016 | $1,200.00 |
| 3/31/2016 | $4,200.00 |
| 3/31/2016 | $18,929.00 |
| 3/31/2016 | $19,182.00 |
| 4/11/2016 | $525.00 |
| 4/11/2016 | $630.00 |
| 4/11/2016 | $833.00 |
| 4/18/2016 | $500.00 |
| 4/28/2016 | $20,737.00 |
| 5/2/2016 | $2,988.00 |
| 5/2/2016 | $979.00 |
| 5/2/2016 | $2,574.00 |
| 5/4/2016 | $2,325.00 |
| 5/6/2016 | $496.00 |
| 5/6/2016 | $37,865.00 |
| 5/6/2016 | $3,684.00 |
| 5/9/2016 | $5,750.00 |
| 5/9/2016 | $4,600.00 |
| 5/9/2016 | $1,025.00 |

EXHIBIT A

TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 5/9/2016 | $3,794.00 |
| 5/9/2016 | $2,780.00 |
| 5/13/2016 | $2,254.00 |
| 5/13/2016 | $2,972.00 |
| 5/18/2016 | $359,090.00 |
| 5/19/2016 | $1,000.00 |
| 5/19/2016 | $399.00 |
| 5/19/2016 | $9,787.00 |
| 5/19/2016 | $23,742.00 |
| 5/19/2016 | $12,576.00 |
| 5/19/2016 | $17,948.00 |
| 5/19/2016 | $2,400.00 |
| 5/19/2016 | $13,778.00 |
| 5/19/2016 | $18,929.00 |
| 5/19/2016 | $19,886.00 |
| 5/23/2016 | $2,238.00 |
| 5/25/2016 | $3,959.00 |
| 5/25/2016 | $76,341.00 |
| 5/25/2016 | $20,950.00 |
| 6/1/2016 | $50,737.00 |
| 6/1/2016 | $7,496.00 |
| 6/2/2016 | $1,160.00 |
| 6/2/2016 | $1,290.00 |
| 6/2/2016 | $1,916.00 |
| 6/2/2016 | $1,934.00 |
| 6/15/2016 | $5,670.00 |
| 6/27/2016 | $578.00 |
| 6/28/2016 | $19,832.00 |
| 6/28/2016 | $3,154.00 |
| 6/28/2016 | $4,702.00 |
| 7/5/2016 | $2,707.00 |
| 7/5/2016 | $1,281.00 |
| 7/7/2016 | $1,785.00 |
| 7/11/2016 | $1,181.00 |
| 7/11/2016 | $949.00 |
| 7/11/2016 | $2,378.00 |
| 7/12/2016 | $15,897.00 |
| 7/20/2016 | $24,763.00 |
| 7/20/2016 | $18,580.00 |
| 7/20/2016 | $9,726.00 |
| 7/29/2016 | $355,933.00 |
| 7/29/2016 | $193,000.00 |
| 7/29/2016 | $12,420.00 |
| 8/1/2016 | $2,761.00 |
| 8/4/2016 | $6,693.00 |
| 8/4/2016 | $1,946.00 |

EXHIBIT A

TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 8/4/2016 | $1,579.00 |
| 8/10/2016 | $1,218.00 |
| 8/10/2016 | $8,817.00 |
| 8/10/2016 | $2,024.00 |
| 8/15/2016 | $1,559.00 |
| 8/17/2016 | $960.00 |
| 8/17/2016 | $3,704.00 |
| 8/17/2016 | $6,275.00 |
| 8/17/2016 | $630.00 |
| 8/17/2016 | $2,016.00 |
| 8/17/2016 | $1,471.00 |
| 8/17/2016 | $4,622.00 |
| 8/18/2016 | $3,542.00 |
| 8/18/2016 | $7,336.00 |
| 8/29/2016 | $1,579.00 |
| 8/29/2016 | $12,475.00 |
| 8/29/2016 | $2,769.00 |
| 9/8/2016 | $40,715.00 |
| 9/12/2016 | $9,459.00 |
| 9/12/2016 | $2,320.00 |
| 9/14/2016 | $1,455.00 |
| 9/19/2016 | $22,433.00 |
| 9/19/2016 | $2,000.00 |
| 9/19/2016 | $2,310.00 |
| 9/19/2016 | $1,969.00 |
| 9/22/2016 | $6,097.00 |
| 9/22/2016 | $3,307.00 |
| 9/26/2016 | $36,833.00 |
| 9/26/2016 | $32,850.00 |
| 9/26/2016 | $50,737.00 |
| 10/3/2016 | $1,115.00 |
| 10/3/2016 | $668.00 |
| 10/5/2016 | $10,164.00 |
| 10/5/2016 | $1,664.00 |
| 10/5/2016 | $16,179.00 |
| 10/5/2016 | $12,528.00 |
| 10/5/2016 | $20,306.00 |
| 10/5/2016 | $9,726.00 |
| 10/5/2016 | $14,770.00 |
| 10/11/2016 | $26,596.00 |
| 10/11/2016 | $4,118.00 |
| 10/11/2016 | $1,500.00 |
| 10/24/2016 | $587.00 |
| 10/24/2016 | $3,848.00 |
| 10/27/2016 | $49,980.00 |
| 10/31/2016 | $793.00 |

EXHIBIT A

TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 10/31/2016 | $1,078.00 |
| 10/31/2016 | $3,949.00 |
| 11/7/2016 | $396.00 |
| 11/7/2016 | $1,800.00 |
| 11/14/2016 | $3,114.00 |
| 11/14/2016 | $2,170.00 |
| 11/14/2016 | $3,403.00 |
| 11/29/2016 | $7,485.00 |
| 12/2/2016 | $94,080.00 |
| 12/2/2016 | $23,393.00 |
| 12/9/2016 | $10,179.00 |
| 12/12/2016 | $800.00 |
| 12/12/2016 | $733.00 |
| 12/12/2016 | $6,173.00 |
| 12/12/2016 | $5,071.00 |
| 12/15/2016 | $1,906.00 |
| 12/19/2016 | $25,431.00 |
| 12/22/2016 | $395.00 |
| 12/28/2016 | $6,047.00 |
| 1/5/2017 | $1,276.00 |
| 1/5/2017 | $63,086.00 |
| 1/5/2017 | $2,285.00 |
| 1/5/2017 | $4,414.00 |
| 1/10/2017 | $2,860.00 |
| 1/10/2017 | $1,497.00 |
| 1/10/2017 | $520.00 |
| 1/10/2017 | $630.00 |
| 1/10/2017 | $5,379.00 |
| 1/18/2017 | $2,624.00 |
| 1/18/2017 | $2,989.00 |
| 1/23/2017 | $1,140.00 |
| 1/26/2017 | $12,439.00 |
| 1/30/2017 | $599.00 |
| 1/30/2017 | $4,220.00 |
| 1/30/2017 | $314.00 |
| 1/30/2017 | $2,540.00 |
| 1/30/2017 | $749.00 |
| 1/30/2017 | $4,945.00 |
| 2/2/2017 | $39,752.00 |
| 2/6/2017 | $3,819.00 |
| 2/6/2017 | $1,511.00 |
| 2/13/2017 | $6,793.00 |
| 2/13/2017 | $870.00 |
| 2/17/2017 | $630.00 |
| 2/17/2017 | $3,694.00 |
| 2/21/2017 | $3,544.00 |

EXHIBIT A

TRANSFERS TO MICHICA INTERNATIONAL CO., INC.

| Date | Payment Amount |
|---|---|
| 2/21/2017 | $4,223.00 |
| 2/23/2017 | $50,468.00 |
| 3/1/2017 | $74,159.00 |
| 3/6/2017 | $1,078.00 |
| 3/15/2017 | $5,717.00 |
| 3/15/2017 | $6,419.00 |
| 3/16/2017 | $5,151.00 |
| 3/16/2017 | $2,955.00 |
| 3/27/2017 | $3,310.00 |
| 3/27/2017 | $3,990.00 |
| 4/3/2017 | $5,251.00 |
| 4/5/2017 | $2,761.00 |
| 4/6/2017 | $2,482.00 |
| 4/7/2017 | $2,420.00 |
| 4/10/2017 | $1,220.00 |
| 4/10/2017 | $1,621.00 |
| 4/10/2017 | $2,530.00 |
| 4/13/2017 | $10,080.00 |
| 4/20/2017 | $10,164.00 |
| 4/24/2017 | $11,499.00 |
| 4/24/2017 | $749.00 |
| 4/27/2017 | $570.00 |
| 4/28/2017 | $660.00 |
| 5/1/2017 | $7,826.00 |
| 5/1/2017 | $13,648.00 |
| 5/1/2017 | $52,888.00 |
| 5/1/2017 | $13,648.00 |
| 5/1/2017 | $3,383.00 |