# EXHIBIT A

EXHIBIT A

TRANSFERS TO ROSSO GROUP, INC.

| Date | Payment Amount |
|---|---|
| 8/19/2014 | $2,927,048.00 |
| 8/7/2015 | $25,658.00 |
| 8/25/2015 | $58,786.00 |
| 10/1/2015 | $686,186.00 |
| 10/1/2015 | $120,121.00 |
| 10/13/2015 | $135,201.00 |
| 11/3/2015 | $56,926.00 |
| 3/7/2016 | $45,981.00 |
| 5/2/2016 | $7,487.00 |
| 5/2/2016 | $42,628.00 |
| 5/2/2016 | $41,049.00 |
| 5/2/2016 | $6,670.00 |
| 5/2/2016 | $41,049.00 |
| 5/2/2016 | $41,049.00 |
| 5/2/2016 | $41,049.00 |
| 6/1/2016 | $8,400.00 |
| 6/1/2016 | $8,400.00 |
| 6/1/2016 | $8,400.00 |
| 6/1/2016 | $7,890.00 |
| 6/1/2016 | $8,100.00 |
| 6/16/2016 | $8,400.00 |
| 6/16/2016 | $8,400.00 |
| 6/16/2016 | $6,300.00 |
| 6/16/2016 | $7,860.00 |
| 6/29/2016 | $41,049.00 |
| 6/29/2016 | $41,049.00 |
| 6/29/2016 | $41,049.00 |
| 6/29/2016 | $41,049.00 |
| 7/13/2016 | $6,300.00 |
| 7/13/2016 | $10,200.00 |
| 7/13/2016 | $16,800.00 |
| 7/13/2016 | $10,500.00 |
| 7/13/2016 | $10,500.00 |
| 7/13/2016 | $8,200.00 |
| 7/13/2016 | $8,300.00 |
| 7/13/2016 | $36,357.00 |
| 8/12/2016 | $8,163.00 |
| 8/12/2016 | $7,650.00 |
| 8/12/2016 | $7,650.00 |
| 8/12/2016 | $12,400.00 |
| 8/12/2016 | $41,049.00 |
| 8/12/2016 | $41,049.00 |
| 8/12/2016 | $41,049.00 |
| 8/12/2016 | $41,049.00 |
| 8/12/2016 | $41,049.00 |
| 8/30/2016 | $6,300.00 |

# EXHIBIT A

## TRANSFERS TO ROSSO GROUP, INC.

| Date | Payment Amount |
|---|---|
| 8/30/2016 | $8,400.00 |
| 8/30/2016 | $8,400.00 |
| 8/31/2016 | $41,049.00 |
| 8/31/2016 | $41,049.00 |
| 8/31/2016 | $41,049.00 |
| 8/31/2016 | $41,049.00 |
| 8/31/2016 | $41,049.00 |
| 9/14/2016 | $9,347.00 |
| 9/14/2016 | $11,300.00 |
| 9/14/2016 | $11,799.00 |
| 9/14/2016 | $10,054.00 |
| 9/14/2016 | $8,730.00 |
| 9/29/2016 | $12,917.00 |
| 9/29/2016 | $12,382.00 |
| 9/29/2016 | $15,310.00 |
| 9/29/2016 | $14,353.00 |
| 10/25/2016 | $42,449.00 |
| 10/25/2016 | $72,849.00 |