# PROMESA COVER SHEET

(Instructions on Reverse)

**CASE NUMBER**
(Court Use Only)

**PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application)

The Special Claims Committee of The Financial Oversight and Management Board for Puerto Rico, by and through its Members and the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico, as co-trustees respectively, of The Commonwealth of Puerto Rico

**DEFENDANTS**
Rosso Group, Inc.

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq.
Seven Times Square
New York, NY 10036
Tel. (212) 209-4800
eweisfelner@brownrudnick.com

Jeffrey L. Jonas, Esq.
Sunni P. Beville, Esq.
One Financial Center
Boston, MA 02111
Tel.: (617) 856-8200
jjonas@brownrudnick.com
sbeville@brownrudnick.com

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. USDC – PR 218312
Alberto J. E. Añeses Negrón, Esq. USDC – PR 302710
Israel Fernández Rodríguez, Esq. USDC – PR 225004
Juan C. Nieves González, Esq. USDC – PR 231707
Cristina B. Fernández Niggemann, Esq. USDC – PR 306008
PO Box 195075
San Juan, Puerto Rico 00919-5075
Tel.: (787) 523-3434
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

ESTRELLA, LLC
Alberto Estrella, Esq. USDC - PR 209804
Kenneth C. Suria, Esq. USDC - PR 213302
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
aestrella@estrellallc.com
ksuria@estrellallc.com

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)
☒ Debtor
☒ Creditor
☐ Trustee
☐ U.S. Trustee/Bankruptcy Admin
☒ Other

**PARTY** (Check One Box Only)
☐ Debtor
☐ Creditor
☐ Trustee
☐ U.S. Trustee/Bankruptcy Admin
☒ Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Action for avoidance of constructive fraudulent transfer under 11 U.S.C. 548 and 550; action for disallowance of claims under 11 U.S.C. 502; and action for avoidance of fraudulent transfer under 31 L.P.R.A. §§ 3491-3500.

## NATURE OF SUIT

☐ PROMESA Title III Petition ☐ PROMESA Title VI Application for Approval of Modifications ☐ Other Federal Question ☒ Adversary Proceeding ☒ Demand $5,311,334.00

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

**FRBP 7001(1) - Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
1 13-Recovery of money/property - §548 fraudulent transfer
2 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(5) - Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(7) - Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
☐ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

### TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | CASE NO. |
|---|---|
| The Commonwealth of Puerto Rico, et al. | 17-BK 3283-LTS |

| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
|---|---|---|
| USDC – Puerto Rico | San Juan | Laura Taylor Swain |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) /s/ *Edward S. Weisfelner* | | |
| DATE<br>April 30, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Edward S. Weisfelner | |

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES **ONLY**, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.