# EXHIBIT A

EXHIBIT A

TRANSFERS TO MUDANZAS TORRES, INC.

| Date | Payment Amount |
|---|---|
| 1/13/2014 | $42,000.00 |
| 1/13/2014 | $1,695.00 |
| 1/29/2014 | $65,850.00 |
| 2/21/2014 | $7,350.00 |
| 2/21/2014 | $7,595.00 |
| 2/21/2014 | $7,595.00 |
| 3/3/2014 | $77,528.00 |
| 4/4/2014 | $31,401.00 |
| 8/19/2015 | $50,985.00 |
| 9/8/2015 | $2,400.00 |
| 9/11/2015 | $37,080.00 |
| 11/17/2015 | $10,800.00 |
| 11/25/2015 | $15,375.00 |
| 12/28/2015 | $19,200.00 |
| 3/28/2016 | $16,065.00 |
| 5/2/2016 | $2,835.00 |
| 5/25/2016 | $9,685.00 |
| 7/12/2016 | $463,510.00 |
| 7/12/2016 | $768,520.00 |
| 7/14/2016 | $15,213.00 |
| 7/14/2016 | $10,490.00 |
| 8/18/2016 | $8,400.00 |
| 8/18/2016 | $2,100.00 |
| 10/31/2016 | $206,775.00 |
| 11/7/2016 | $289,413.00 |
| 11/21/2016 | $6,100.00 |
| 11/21/2016 | $895.00 |
| 12/12/2016 | $289,413.00 |
| 12/12/2016 | $252,725.00 |
| 12/12/2016 | $31,950.00 |
| 12/15/2016 | $2,125.00 |
| 2/21/2017 | $2,625.00 |
| 4/5/2017 | $40,270.00 |
| 4/5/2017 | $3,465.00 |
| 4/5/2017 | $75,100.00 |
| 4/5/2017 | $1,188.00 |
| 4/27/2017 | $7,840.00 |