# EXHIBIT A

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|----------------|
| 5/17/2013 | 494 |
| 5/17/2013 | 998 |
| 6/3/2013 | 580 |
| 6/17/2013 | 324 |
| 6/17/2013 | 372 |
| 6/17/2013 | 8668 |
| 6/17/2013 | 523 |
| 6/17/2013 | 793 |
| 6/17/2013 | 1000 |
| 6/17/2013 | 1264 |
| 7/2/2013 | 275 |
| 7/2/2013 | 2215 |
| 7/2/2013 | 2576 |
| 7/2/2013 | 2600 |
| 7/2/2013 | 375 |
| 7/2/2013 | 6125 |
| 7/2/2013 | 523 |
| 7/2/2013 | 595 |
| 7/2/2013 | 612 |
| 7/2/2013 | 719 |
| 7/2/2013 | 784 |
| 7/2/2013 | 820 |
| 7/2/2013 | 820 |
| 7/2/2013 | 820 |
| 7/2/2013 | 993 |
| 7/2/2013 | 1026 |
| 7/2/2013 | 180 |
| 7/2/2013 | 1571 |
| 7/2/2013 | 1730 |
| 7/15/2013 | 1990 |
| 7/15/2013 | 63 |
| 7/15/2013 | 81 |
| 7/15/2013 | 500 |
| 7/15/2013 | 539 |
| 7/15/2013 | 539 |
| 7/15/2013 | 13698 |
| 7/15/2013 | 45 |
| 8/1/2013 | 2200 |
| 8/1/2013 | 2211 |
| 8/1/2013 | 346 |
| 8/1/2013 | 399 |
| 8/21/2013 | 345 |
| 8/21/2013 | 130 |
| 8/21/2013 | 150 |
| 8/26/2013 | 255 |
| 8/26/2013 | 2025 |

63377583 v1

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------|
| 8/26/2013 | 2100 |
| 8/26/2013 | 2502 |
| 8/26/2013 | 615 |
| 8/26/2013 | 615 |
| 8/26/2013 | 700 |
| 9/9/2013 | 2211 |
| 9/9/2013 | 4425 |
| 9/9/2013 | 479 |
| 9/9/2013 | 489 |
| 9/9/2013 | 6521 |
| 9/9/2013 | 6688 |
| 9/9/2013 | 8450 |
| 9/9/2013 | 523 |
| 9/9/2013 | 523 |
| 9/9/2013 | 539 |
| 9/9/2013 | 539 |
| 9/9/2013 | 962 |
| 9/27/2013 | 500 |
| 9/27/2013 | 102 |
| 9/27/2013 | 656 |
| 9/27/2013 | 1076 |
| 9/27/2013 | 1500 |
| 9/27/2013 | 1598 |
| 10/15/2013 | 2545 |
| 10/15/2013 | 2977 |
| 10/15/2013 | 103 |
| 10/15/2013 | 964 |
| 10/15/2013 | 1626 |
| 10/28/2013 | 2004 |
| 10/28/2013 | 2231 |
| 10/28/2013 | 2645 |
| 10/28/2013 | 435 |
| 10/28/2013 | 5482 |
| 10/28/2013 | 6077 |
| 10/28/2013 | 567 |
| 10/28/2013 | 601 |
| 10/28/2013 | 741 |
| 10/28/2013 | 804 |
| 10/28/2013 | 821 |
| 10/28/2013 | 150 |
| 10/28/2013 | 957 |
| 10/28/2013 | 1035 |
| 10/28/2013 | 1188 |
| 10/28/2013 | 198 |
| 10/28/2013 | 1390 |
| 10/28/2013 | 1520 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|---|---|
| 11/4/2013 | 2645 |
| 11/4/2013 | 350 |
| 11/4/2013 | 521 |
| 11/4/2013 | 9029 |
| 11/4/2013 | 9072 |
| 11/4/2013 | 554 |
| 11/4/2013 | 554 |
| 11/4/2013 | 554 |
| 11/4/2013 | 790 |
| 11/4/2013 | 1090 |
| 11/25/2013 | 269 |
| 11/25/2013 | 63 |
| 11/25/2013 | 3137 |
| 11/25/2013 | 408 |
| 12/6/2013 | 98333 |
| 12/17/2013 | 4449 |
| 12/27/2013 | 2232 |
| 12/27/2013 | 2542 |
| 12/27/2013 | 2628 |
| 12/27/2013 | 3022 |
| 12/27/2013 | 3640 |
| 12/27/2013 | 3668 |
| 12/27/2013 | 3874 |
| 12/27/2013 | 4141 |
| 12/27/2013 | 4580 |
| 12/27/2013 | 422 |
| 12/27/2013 | 6828 |
| 12/27/2013 | 6935 |
| 12/27/2013 | 509 |
| 12/27/2013 | 519 |
| 12/27/2013 | 540 |
| 12/27/2013 | 104 |
| 12/27/2013 | 560 |
| 12/27/2013 | 10686 |
| 12/27/2013 | 746 |
| 12/27/2013 | 776 |
| 12/27/2013 | 950 |
| 12/27/2013 | 1000 |
| 12/27/2013 | 1103 |
| 12/27/2013 | 1109 |
| 12/27/2013 | 1153 |
| 12/27/2013 | 1357 |
| 12/27/2013 | 1461 |
| 12/27/2013 | 1529 |
| 12/27/2013 | 1530 |
| 12/27/2013 | 1626 |

63377583 v1

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|----------------|
| 12/27/2013 | 1626 |
| 12/27/2013 | 1670 |
| 12/27/2013 | 1770 |
| 12/27/2013 | 1770 |
| 12/27/2013 | 1770 |
| 12/27/2013 | 1770 |
| 12/27/2013 | 1770 |
| 12/27/2013 | 1785 |
| 12/27/2013 | 1794 |
| 12/27/2013 | 1794 |
| 12/31/2013 | 2000 |
| 12/31/2013 | 2232 |
| 12/31/2013 | 2465 |
| 12/31/2013 | 2476 |
| 12/31/2013 | 2568 |
| 12/31/2013 | 2620 |
| 12/31/2013 | 320 |
| 12/31/2013 | 3690 |
| 12/31/2013 | 4072 |
| 12/31/2013 | 392 |
| 12/31/2013 | 634 |
| 12/31/2013 | 676 |
| 12/31/2013 | 804 |
| 12/31/2013 | 1062 |
| 12/31/2013 | 1069 |
| 12/31/2013 | 1221 |
| 12/31/2013 | 1434 |
| 12/31/2013 | 1573 |
| 12/31/2013 | 1592 |
| 12/31/2013 | 1669 |
| 12/31/2013 | 1770 |
| 12/31/2013 | 1784 |
| 12/31/2013 | 1867 |
| 1/13/2014 | 56 |
| 1/13/2014 | 2546 |
| 1/13/2014 | 340 |
| 1/13/2014 | 3447 |
| 1/13/2014 | 3447 |
| 1/13/2014 | 3690 |
| 1/13/2014 | 4058 |
| 1/13/2014 | 390 |
| 1/13/2014 | 4500 |
| 1/13/2014 | 84 |
| 1/13/2014 | 9555 |
| 1/13/2014 | 10394 |
| 1/13/2014 | 15296 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------|
| 1/13/2014 | 125 |
| 1/13/2014 | 682 |
| 1/13/2014 | 700 |
| 1/13/2014 | 714 |
| 1/13/2014 | 738 |
| 1/13/2014 | 818 |
| 1/13/2014 | 853 |
| 1/13/2014 | 874 |
| 1/13/2014 | 880 |
| 1/13/2014 | 955 |
| 1/13/2014 | 966 |
| 1/13/2014 | 976 |
| 1/13/2014 | 988 |
| 1/13/2014 | 990 |
| 1/13/2014 | 162 |
| 1/13/2014 | 162 |
| 1/13/2014 | 1061 |
| 1/13/2014 | 1065 |
| 1/13/2014 | 1172 |
| 1/13/2014 | 1180 |
| 1/13/2014 | 1190 |
| 1/13/2014 | 1195 |
| 1/13/2014 | 1304 |
| 1/13/2014 | 1438 |
| 1/13/2014 | 1675 |
| 1/13/2014 | 1770 |
| 1/13/2014 | 1791 |
| 1/13/2014 | 1794 |
| 1/13/2014 | 1817 |
| 1/13/2014 | 1863 |
| 1/13/2014 | 251 |
| 1/27/2014 | 63 |
| 1/27/2014 | 331 |
| 1/27/2014 | 488 |
| 1/27/2014 | 155 |
| 1/27/2014 | 992 |
| 1/27/2014 | 223 |
| 2/24/2014 | 2550 |
| 2/24/2014 | 463 |
| 2/24/2014 | 500 |
| 2/24/2014 | 99 |
| 2/24/2014 | 515 |
| 2/24/2014 | 1068 |
| 2/24/2014 | 1088 |
| 2/24/2014 | 194 |
| 2/24/2014 | 1610 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|----------------|
| 3/3/2014 | 2500 |
| 3/3/2014 | 300 |
| 3/3/2014 | 311 |
| 3/3/2014 | 318 |
| 3/3/2014 | 4733 |
| 3/3/2014 | 5000 |
| 3/3/2014 | 5610 |
| 3/3/2014 | 500 |
| 3/3/2014 | 530 |
| 3/3/2014 | 530 |
| 3/3/2014 | 104 |
| 3/3/2014 | 570 |
| 3/3/2014 | 13241 |
| 3/3/2014 | 636 |
| 3/3/2014 | 700 |
| 3/3/2014 | 814 |
| 3/3/2014 | 160 |
| 3/3/2014 | 195 |
| 3/3/2014 | 1500 |
| 3/3/2014 | 1505 |
| 3/3/2014 | 220 |
| 3/3/2014 | 230 |
| 3/3/2014 | 1740 |
| 3/25/2014 | 2059 |
| 3/25/2014 | 2137 |
| 3/25/2014 | 2627 |
| 3/25/2014 | 328 |
| 3/25/2014 | 3640 |
| 3/25/2014 | 4501 |
| 3/25/2014 | 687 |
| 3/25/2014 | 857 |
| 3/25/2014 | 986 |
| 3/25/2014 | 1020 |
| 4/11/2014 | 53 |
| 4/11/2014 | 1043 |
| 4/18/2014 | 372 |
| 4/18/2014 | 4865 |
| 4/18/2014 | 5888 |
| 4/18/2014 | 597 |
| 5/5/2014 | 2383 |
| 5/5/2014 | 63 |
| 5/5/2014 | 2975 |
| 5/5/2014 | 312 |
| 5/5/2014 | 330 |
| 5/5/2014 | 3361 |
| 5/5/2014 | 3605 |

63377583 v1

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------|
| 5/5/2014 | 3613 |
| 5/5/2014 | 3920 |
| 5/5/2014 | 379 |
| 5/5/2014 | 385 |
| 5/5/2014 | 4770 |
| 5/5/2014 | 5140 |
| 5/5/2014 | 462 |
| 5/5/2014 | 530 |
| 5/5/2014 | 530 |
| 5/5/2014 | 570 |
| 5/5/2014 | 13664 |
| 5/5/2014 | 795 |
| 5/5/2014 | 960 |
| 5/5/2014 | 160 |
| 5/5/2014 | 1000 |
| 5/5/2014 | 1225 |
| 5/5/2014 | 1258 |
| 5/5/2014 | 1259 |
| 5/5/2014 | 1493 |
| 5/5/2014 | 1500 |
| 5/5/2014 | 1575 |
| 5/5/2014 | 1593 |
| 5/5/2014 | 1982 |
| 5/14/2014 | 2040 |
| 5/14/2014 | 2269 |
| 5/14/2014 | 285 |
| 5/14/2014 | 292 |
| 5/14/2014 | 2383 |
| 5/14/2014 | 2800 |
| 5/14/2014 | 2815 |
| 5/14/2014 | 2932 |
| 5/14/2014 | 318 |
| 5/14/2014 | 448 |
| 5/14/2014 | 5300 |
| 5/14/2014 | 464 |
| 5/14/2014 | 96 |
| 5/14/2014 | 500 |
| 5/14/2014 | 509 |
| 5/14/2014 | 530 |
| 5/14/2014 | 530 |
| 5/14/2014 | 10000 |
| 5/14/2014 | 11392 |
| 5/14/2014 | 585 |
| 5/14/2014 | 656 |
| 5/14/2014 | 666 |
| 5/14/2014 | 781 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------|
| 5/14/2014 | 806 |
| 5/14/2014 | 854 |
| 5/14/2014 | 150 |
| 5/14/2014 | 856 |
| 5/14/2014 | 195 |
| 5/14/2014 | 1500 |
| 5/14/2014 | 1858 |
| 5/14/2014 | 1858 |
| 5/21/2014 | 265 |
| 5/21/2014 | 310 |
| 5/21/2014 | 351 |
| 5/21/2014 | 3718 |
| 5/21/2014 | 3718 |
| 5/21/2014 | 510 |
| 5/21/2014 | 640 |
| 5/21/2014 | 921 |
| 5/21/2014 | 1000 |
| 5/21/2014 | 1590 |
| 5/21/2014 | 1598 |
| 5/21/2014 | 1858 |
| 5/21/2014 | 1859 |
| 6/2/2014 | 915 |
| 6/16/2014 | 2082 |
| 6/16/2014 | 2131 |
| 6/16/2014 | 2142 |
| 6/16/2014 | 2304 |
| 6/16/2014 | 2500 |
| 6/16/2014 | 2633 |
| 6/16/2014 | 390 |
| 6/16/2014 | 390 |
| 6/16/2014 | 404 |
| 6/16/2014 | 405 |
| 6/16/2014 | 435 |
| 6/16/2014 | 457 |
| 6/16/2014 | 7000 |
| 6/16/2014 | 523 |
| 6/16/2014 | 551 |
| 6/16/2014 | 117 |
| 6/16/2014 | 626 |
| 6/16/2014 | 130 |
| 6/16/2014 | 780 |
| 6/16/2014 | 810 |
| 6/16/2014 | 812 |
| 6/16/2014 | 825 |
| 6/16/2014 | 930 |
| 6/16/2014 | 1000 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|----------------|
| 6/16/2014 | 1132 |
| 6/16/2014 | 1222 |
| 6/16/2014 | 1455 |
| 6/16/2014 | 1560 |
| 6/16/2014 | 235 |
| 6/16/2014 | 250 |
| 6/23/2014 | 276 |
| 6/23/2014 | 2445 |
| 6/23/2014 | 65 |
| 6/23/2014 | 3275 |
| 6/23/2014 | 3499 |
| 6/23/2014 | 381 |
| 6/23/2014 | 3938 |
| 6/23/2014 | 4199 |
| 6/23/2014 | 4199 |
| 6/23/2014 | 417 |
| 6/23/2014 | 450 |
| 6/23/2014 | 452 |
| 6/23/2014 | 471 |
| 6/23/2014 | 490 |
| 6/23/2014 | 100 |
| 6/23/2014 | 505 |
| 6/23/2014 | 520 |
| 6/23/2014 | 525 |
| 6/23/2014 | 586 |
| 6/23/2014 | 599 |
| 6/23/2014 | 627 |
| 6/23/2014 | 128 |
| 6/23/2014 | 713 |
| 6/23/2014 | 872 |
| 6/23/2014 | 150 |
| 6/23/2014 | 928 |
| 6/23/2014 | 930 |
| 6/23/2014 | 1002 |
| 6/23/2014 | 1217 |
| 6/23/2014 | 28 |
| 6/23/2014 | 1607 |
| 6/23/2014 | 1710 |
| 6/23/2014 | 1760 |
| 6/23/2014 | 1760 |
| 6/23/2014 | 1760 |
| 6/30/2014 | 2128 |
| 6/30/2014 | 2240 |
| 6/30/2014 | 2450 |
| 6/30/2014 | 300 |
| 6/30/2014 | 2823 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------|
| 6/30/2014 | 310 |
| 6/30/2014 | 3243 |
| 6/30/2014 | 360 |
| 6/30/2014 | 4135 |
| 6/30/2014 | 400 |
| 6/30/2014 | 457 |
| 6/30/2014 | 560 |
| 6/30/2014 | 111 |
| 6/30/2014 | 630 |
| 6/30/2014 | 670 |
| 6/30/2014 | 128 |
| 6/30/2014 | 809 |
| 6/30/2014 | 160 |
| 6/30/2014 | 1000 |
| 6/30/2014 | 170 |
| 6/30/2014 | 181 |
| 6/30/2014 | 1240 |
| 6/30/2014 | 1254 |
| 6/30/2014 | 1254 |
| 6/30/2014 | 1254 |
| 6/30/2014 | 230 |
| 6/30/2014 | 231 |
| 6/30/2014 | 1730 |
| 6/30/2014 | 1782 |
| 6/30/2014 | 237 |
| 7/11/2014 | 4710 |
| 7/11/2014 | 487 |
| 7/11/2014 | 8782 |
| 7/11/2014 | 10284 |
| 8/11/2014 | 2259 |
| 8/11/2014 | 2295 |
| 8/11/2014 | 3999 |
| 8/11/2014 | 480 |
| 8/11/2014 | 743 |
| 8/11/2014 | 768 |
| 8/11/2014 | 934 |
| 8/25/2014 | 3243 |
| 8/25/2014 | 1884 |
| 9/19/2014 | 2139 |
| 9/19/2014 | 2139 |
| 9/19/2014 | 2275 |
| 9/19/2014 | 55 |
| 9/19/2014 | 296 |
| 9/19/2014 | 67 |
| 9/19/2014 | 2740 |
| 9/19/2014 | 327 |

63377583 v1

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------|
| 9/19/2014 | 340 |
| 9/19/2014 | 4898 |
| 9/19/2014 | 5300 |
| 9/19/2014 | 457 |
| 9/19/2014 | 6570 |
| 9/19/2014 | 500 |
| 9/19/2014 | 8300 |
| 9/19/2014 | 8300 |
| 9/19/2014 | 535 |
| 9/19/2014 | 590 |
| 9/19/2014 | 599 |
| 9/19/2014 | 132 |
| 9/19/2014 | 732 |
| 9/19/2014 | 755 |
| 9/19/2014 | 783 |
| 9/19/2014 | 145 |
| 9/19/2014 | 852 |
| 9/19/2014 | 900 |
| 9/19/2014 | 914 |
| 9/19/2014 | 157 |
| 9/19/2014 | 1070 |
| 9/19/2014 | 1070 |
| 9/19/2014 | 1070 |
| 9/19/2014 | 1136 |
| 9/19/2014 | 190 |
| 9/19/2014 | 193 |
| 9/19/2014 | 1296 |
| 9/19/2014 | 1425 |
| 9/19/2014 | 200 |
| 9/19/2014 | 231 |
| 10/7/2014 | 260 |
| 10/7/2014 | 280 |
| 10/7/2014 | 285 |
| 10/7/2014 | 2917 |
| 10/7/2014 | 307 |
| 10/7/2014 | 3000 |
| 10/7/2014 | 313 |
| 10/7/2014 | 380 |
| 10/7/2014 | 4925 |
| 10/7/2014 | 447 |
| 10/7/2014 | 8300 |
| 10/7/2014 | 102 |
| 10/7/2014 | 577 |
| 10/7/2014 | 590 |
| 10/7/2014 | 120 |
| 10/7/2014 | 654 |

A-11

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|---|---|
| 10/7/2014 | 726 |
| 10/7/2014 | 770 |
| 10/7/2014 | 771 |
| 10/7/2014 | 164 |
| 10/7/2014 | 1060 |
| 10/7/2014 | 1070 |
| 10/7/2014 | 1070 |
| 10/7/2014 | 1070 |
| 10/7/2014 | 1070 |
| 10/7/2014 | 173 |
| 10/7/2014 | 1138 |
| 10/7/2014 | 1285 |
| 10/7/2014 | 1422 |
| 10/31/2014 | 56 |
| 10/31/2014 | 3047 |
| 10/31/2014 | 3169 |
| 10/31/2014 | 3770 |
| 10/31/2014 | 397 |
| 10/31/2014 | 4275 |
| 10/31/2014 | 86 |
| 10/31/2014 | 510 |
| 10/31/2014 | 614 |
| 10/31/2014 | 642 |
| 10/31/2014 | 667 |
| 10/31/2014 | 670 |
| 10/31/2014 | 719 |
| 10/31/2014 | 133 |
| 10/31/2014 | 143 |
| 10/31/2014 | 811 |
| 10/31/2014 | 891 |
| 10/31/2014 | 1245 |
| 10/31/2014 | 1738 |
| 11/26/2014 | 595 |
| 11/26/2014 | 152 |
| 11/26/2014 | 955 |
| 11/26/2014 | 1131 |
| 11/26/2014 | 1258 |
| 11/26/2014 | 1719 |
| 12/2/2014 | 2290 |
| 12/2/2014 | 3576 |
| 12/2/2014 | 585 |
| 12/2/2014 | 115 |
| 12/2/2014 | 1518 |
| 12/2/2014 | 1541 |
| 12/8/2014 | 2453 |
| 12/8/2014 | 347 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|---|---|
| 12/8/2014 | 385 |
| 12/8/2014 | 491 |
| 12/8/2014 | 525 |
| 12/8/2014 | 570 |
| 12/8/2014 | 686 |
| 12/8/2014 | 805 |
| 12/8/2014 | 1165 |
| 12/8/2014 | 1545 |
| 12/9/2014 | 3330 |
| 12/9/2014 | 359 |
| 12/9/2014 | 3684 |
| 12/9/2014 | 404 |
| 12/9/2014 | 4641 |
| 12/9/2014 | 6000 |
| 12/9/2014 | 758 |
| 12/9/2014 | 150 |
| 12/9/2014 | 1021 |
| 12/12/2014 | 2162 |
| 12/12/2014 | 2166 |
| 12/12/2014 | 2301 |
| 12/12/2014 | 2593 |
| 12/12/2014 | 2670 |
| 12/12/2014 | 2689 |
| 12/12/2014 | 3388 |
| 12/12/2014 | 3980 |
| 12/12/2014 | 4282 |
| 12/12/2014 | 4438 |
| 12/12/2014 | 5174 |
| 12/12/2014 | 9271 |
| 12/12/2014 | 588 |
| 12/12/2014 | 670 |
| 12/12/2014 | 715 |
| 12/12/2014 | 773 |
| 12/12/2014 | 1153 |
| 12/12/2014 | 1153 |
| 12/12/2014 | 192 |
| 12/12/2014 | 1260 |
| 12/12/2014 | 1282 |
| 12/12/2014 | 1461 |
| 12/12/2014 | 1585 |
| 12/12/2014 | 1679 |
| 12/17/2014 | 2065 |
| 12/17/2014 | 2229 |
| 12/17/2014 | 2247 |
| 12/17/2014 | 350 |
| 12/17/2014 | 4142 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|----------------|
| 12/17/2014 | 4282 |
| 12/17/2014 | 95 |
| 12/17/2014 | 489 |
| 12/17/2014 | 699 |
| 12/17/2014 | 927 |
| 12/17/2014 | 1436 |
| 12/17/2014 | 1500 |
| 12/17/2014 | 1781 |
| 12/17/2014 | 1848 |
| 12/22/2014 | 2280 |
| 12/22/2014 | 5146 |
| 12/22/2014 | 5204 |
| 12/22/2014 | 5239 |
| 12/22/2014 | 5446 |
| 12/22/2014 | 6257 |
| 12/22/2014 | 500 |
| 12/22/2014 | 8300 |
| 12/22/2014 | 13787 |
| 12/22/2014 | 148 |
| 12/22/2014 | 828 |
| 12/22/2014 | 1258 |
| 12/22/2014 | 1619 |
| 12/22/2014 | 1854 |
| 12/31/2014 | 307 |
| 12/31/2014 | 3458 |
| 12/31/2014 | 428 |
| 12/31/2014 | 5300 |
| 12/31/2014 | 12425 |
| 12/31/2014 | 900 |
| 12/31/2014 | 1721 |
| 1/6/2015 | 1990 |
| 1/6/2015 | 2624 |
| 1/6/2015 | 2945 |
| 1/6/2015 | 3443 |
| 1/6/2015 | 374 |
| 1/6/2015 | 4185 |
| 1/6/2015 | 398 |
| 1/6/2015 | 398 |
| 1/6/2015 | 399 |
| 1/6/2015 | 4955 |
| 1/6/2015 | 445 |
| 1/6/2015 | 6904 |
| 1/6/2015 | 7442 |
| 1/6/2015 | 13237 |
| 1/6/2015 | 19000 |
| 1/6/2015 | 719 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------:|
| 1/6/2015 | 140 |
| 1/6/2015 | 793 |
| 1/6/2015 | 1000 |
| 1/6/2015 | 1050 |
| 1/6/2015 | 1050 |
| 1/6/2015 | 1260 |
| 1/6/2015 | 1282 |
| 1/6/2015 | 1518 |
| 1/6/2015 | 1909 |
| 1/6/2015 | 1925 |
| 2/9/2015 | 3479 |
| 2/9/2015 | 470 |
| 2/9/2015 | 479 |
| 2/9/2015 | 119 |
| 2/9/2015 | 703 |
| 2/9/2015 | 133 |
| 2/9/2015 | 1692 |
| 2/9/2015 | 1877 |
| 3/2/2015 | 31200 |
| 3/2/2015 | 1606 |
| 3/23/2015 | 3000 |
| 3/23/2015 | 385 |
| 3/23/2015 | 686 |
| 3/23/2015 | 839 |
| 3/23/2015 | 1150 |
| 3/23/2015 | 1432 |
| 3/23/2015 | 1500 |
| 4/13/2015 | 401 |
| 4/13/2015 | 100 |
| 4/13/2015 | 505 |
| 4/13/2015 | 527 |
| 4/13/2015 | 527 |
| 4/13/2015 | 642 |
| 4/13/2015 | 143 |
| 4/13/2015 | 1063 |
| 4/13/2015 | 217 |
| 4/13/2015 | 1680 |
| 4/13/2015 | 1983 |
| 4/24/2015 | 2500 |
| 4/24/2015 | 3454 |
| 4/24/2015 | 385 |
| 4/24/2015 | 394 |
| 4/24/2015 | 4690 |
| 4/24/2015 | 5664 |
| 4/24/2015 | 8232 |
| 4/24/2015 | 789 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------|
| 4/24/2015 | 150 |
| 4/24/2015 | 899 |
| 4/24/2015 | 194 |
| 4/24/2015 | 1346 |
| 4/24/2015 | 1490 |
| 4/24/2015 | 249 |
| 4/28/2015 | 350 |
| 4/28/2015 | 482 |
| 4/28/2015 | 621 |
| 4/28/2015 | 23450 |
| 4/28/2015 | 923 |
| 4/28/2015 | 1067 |
| 5/19/2015 | 300 |
| 5/19/2015 | 338 |
| 5/19/2015 | 371 |
| 5/19/2015 | 385 |
| 5/19/2015 | 385 |
| 5/19/2015 | 4626 |
| 5/19/2015 | 420 |
| 5/19/2015 | 510 |
| 5/19/2015 | 546 |
| 5/19/2015 | 571 |
| 5/19/2015 | 606 |
| 5/19/2015 | 899 |
| 5/19/2015 | 985 |
| 5/19/2015 | 988 |
| 5/19/2015 | 1000 |
| 5/19/2015 | 165 |
| 5/19/2015 | 1028 |
| 5/19/2015 | 1176 |
| 5/19/2015 | 1188 |
| 5/19/2015 | 1345 |
| 5/19/2015 | 1593 |
| 5/19/2015 | 1760 |
| 5/19/2015 | 1785 |
| 6/2/2015 | 1089 |
| 6/2/2015 | 669 |
| 6/2/2015 | 829 |
| 6/2/2015 | 850 |
| 6/2/2015 | 214 |
| 6/2/2015 | 265 |
| 6/2/2015 | 1252 |
| 6/2/2015 | 899 |
| 6/2/2015 | 4520 |
| 6/17/2015 | 1278 |
| 6/17/2015 | 84 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|----------------|
| 6/17/2015 | 1287 |
| 6/17/2015 | 615 |
| 6/17/2015 | 128 |
| 6/17/2015 | 396 |
| 6/17/2015 | 1020 |
| 6/17/2015 | 695 |
| 6/17/2015 | 500 |
| 6/17/2015 | 370 |
| 6/17/2015 | 1748 |
| 6/17/2015 | 3590 |
| 7/3/2015 | 770 |
| 7/3/2015 | 12300 |
| 7/3/2015 | 299 |
| 7/3/2015 | 450 |
| 7/24/2015 | 397 |
| 7/24/2015 | 1713 |
| 8/5/2015 | 138 |
| 8/5/2015 | 1332 |
| 8/5/2015 | 359 |
| 8/5/2015 | 116 |
| 8/5/2015 | 725 |
| 8/5/2015 | 1054 |
| 8/5/2015 | 717 |
| 8/5/2015 | 11004 |
| 8/5/2015 | 2430 |
| 8/5/2015 | 874 |
| 8/5/2015 | 3500 |
| 8/5/2015 | 1200 |
| 8/10/2015 | 385 |
| 8/10/2015 | 79 |
| 8/10/2015 | 220 |
| 8/10/2015 | 9100 |
| 8/17/2015 | 678 |
| 8/17/2015 | 1518 |
| 8/17/2015 | 4300 |
| 8/25/2015 | 13507 |
| 8/25/2015 | 33600 |
| 8/25/2015 | 23093 |
| 9/15/2015 | 259.5 |
| 9/15/2015 | 427.5 |
| 9/15/2015 | 210 |
| 9/15/2015 | 67.5 |
| 9/15/2015 | 86.5 |
| 9/15/2015 | 142.5 |
| 9/15/2015 | 70 |
| 9/15/2015 | 22.5 |

## TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|----------------|
| 9/15/2015 | 1996 |
| 9/15/2015 | 2500 |
| 9/15/2015 | 5145 |
| 9/15/2015 | 2410 |
| 9/15/2015 | 3475 |
| 9/15/2015 | 1474 |
| 9/15/2015 | 3134 |
| 9/15/2015 | 4463 |
| 9/15/2015 | 2548 |
| 9/15/2015 | 875 |
| 9/15/2015 | 790 |
| 9/15/2015 | 11613 |
| 9/17/2015 | 1742 |
| 9/17/2015 | 2660 |
| 9/17/2015 | 6763 |
| 9/17/2015 | 1526 |
| 9/17/2015 | 7030 |
| 9/21/2015 | 376.5 |
| 9/21/2015 | 125.5 |
| 9/21/2015 | 632 |
| 9/21/2015 | 359 |
| 9/21/2015 | 3268 |
| 9/21/2015 | 2384 |
| 9/21/2015 | 5000 |
| 9/21/2015 | 5283 |
| 9/21/2015 | 2795 |
| 9/28/2015 | 29135 |
| 9/28/2015 | 228 |
| 10/8/2015 | 73 |
| 10/8/2015 | 274 |
| 11/3/2015 | 148.5 |
| 11/3/2015 | 481.5 |
| 11/3/2015 | 49.5 |
| 11/3/2015 | 160.5 |
| 11/3/2015 | 2299 |
| 11/3/2015 | 2093 |
| 11/3/2015 | 1564 |
| 11/3/2015 | 420 |
| 11/3/2015 | 114 |
| 11/3/2015 | 1077 |
| 11/3/2015 | 334 |
| 11/3/2015 | 157 |
| 11/3/2015 | 238 |
| 11/3/2015 | 4100 |
| 11/3/2015 | 83 |
| 11/3/2015 | 74 |

63377583 v1

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|---|---|
| 11/27/2015 | 381.75 |
| 11/27/2015 | 127.25 |
| 11/27/2015 | 1986 |
| 12/3/2015 | 43800 |
| 12/3/2015 | 765 |
| 12/3/2015 | 2369 |
| 12/3/2015 | 500 |
| 12/3/2015 | 204 |
| 12/3/2015 | 809 |
| 12/15/2015 | 3000 |
| 12/15/2015 | 545 |
| 12/15/2015 | 23307 |
| 12/15/2015 | 5045 |
| 12/15/2015 | 1521 |
| 12/15/2015 | 534 |
| 12/15/2015 | 4623 |
| 12/21/2015 | 6000 |
| 12/21/2015 | 240 |
| 12/21/2015 | 1257 |
| 12/21/2015 | 2145 |
| 12/21/2015 | 1026 |
| 12/23/2015 | 862 |
| 12/23/2015 | 3150 |
| 12/23/2015 | 126 |
| 12/23/2015 | 284 |
| 12/23/2015 | 803 |
| 12/23/2015 | 627 |
| 12/23/2015 | 942 |
| 12/23/2015 | 300 |
| 12/23/2015 | 590 |
| 12/23/2015 | 68 |
| 12/23/2015 | 1247 |
| 12/23/2015 | 448 |
| 12/23/2015 | 155 |
| 12/23/2015 | 2428 |
| 12/23/2015 | 1804 |
| 12/23/2015 | 2382 |
| 12/23/2015 | 2063 |
| 12/23/2015 | 5794 |
| 12/23/2015 | 123 |
| 12/23/2015 | 2242 |
| 12/23/2015 | 467 |
| 12/29/2015 | 889 |
| 12/29/2015 | 3140 |
| 12/29/2015 | 6060 |
| 12/29/2015 | 603 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|----------------|
| 12/29/2015 | 424 |
| 12/29/2015 | 1124 |
| 12/29/2015 | 5485 |
| 12/29/2015 | 49900 |
| 12/29/2015 | 9500 |
| 12/29/2015 | 3193 |
| 12/29/2015 | 475 |
| 12/29/2015 | 3036 |
| 12/29/2015 | 9000 |
| 12/29/2015 | 892 |
| 12/29/2015 | 808 |
| 12/29/2015 | 268 |
| 12/29/2015 | 1571 |
| 12/29/2015 | 129 |
| 12/29/2015 | 49000 |
| 12/29/2015 | 1806 |
| 12/29/2015 | 109 |
| 12/29/2015 | 117 |
| 12/29/2015 | 816 |
| 12/29/2015 | 545 |
| 12/29/2015 | 308 |
| 12/29/2015 | 573 |
| 12/29/2015 | 183 |
| 12/29/2015 | 80 |
| 12/29/2015 | 5308 |
| 12/30/2015 | 6035 |
| 12/30/2015 | 32315 |
| 1/8/2016 | 39 |
| 1/8/2016 | 13 |
| 1/8/2016 | 856 |
| 1/8/2016 | 405 |
| 1/8/2016 | 1725 |
| 2/5/2016 | 2008 |
| 2/5/2016 | 1845 |
| 3/16/2016 | 160.5 |
| 3/16/2016 | 53.5 |
| 3/16/2016 | 1008 |
| 3/16/2016 | 238 |
| 3/25/2016 | 548 |
| 3/25/2016 | 700 |
| 3/25/2016 | 346 |
| 3/25/2016 | 1329 |
| 3/25/2016 | 1805 |
| 3/25/2016 | 3279 |
| 3/25/2016 | 2235 |
| 3/25/2016 | 4584 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
| --- | --- |
| 3/25/2016 | 491 |
| 3/25/2016 | 1986 |
| 3/25/2016 | 2281 |
| 3/25/2016 | 428 |
| 3/25/2016 | 625 |
| 3/25/2016 | 607 |
| 3/25/2016 | 116 |
| 3/25/2016 | 1421 |
| 3/25/2016 | 865 |
| 3/25/2016 | 814 |
| 3/25/2016 | 824 |
| 3/25/2016 | 6094 |
| 3/25/2016 | 1000 |
| 3/25/2016 | 1037 |
| 3/25/2016 | 1600 |
| 3/25/2016 | 2330 |
| 3/25/2016 | 3201 |
| 3/25/2016 | 292 |
| 4/13/2016 | 146.25 |
| 4/13/2016 | 111.75 |
| 4/13/2016 | 311.25 |
| 4/13/2016 | 511.5 |
| 4/13/2016 | 135 |
| 4/13/2016 | 382.5 |
| 4/13/2016 | 674.25 |
| 4/13/2016 | 48.75 |
| 4/13/2016 | 37.25 |
| 4/13/2016 | 103.75 |
| 4/13/2016 | 170.5 |
| 4/13/2016 | 45 |
| 4/13/2016 | 127.5 |
| 4/13/2016 | 224.75 |
| 4/13/2016 | 385 |
| 4/13/2016 | 615 |
| 4/13/2016 | 226 |
| 4/13/2016 | 119 |
| 4/13/2016 | 544 |
| 4/13/2016 | 300 |
| 4/13/2016 | 198 |
| 4/13/2016 | 605 |
| 4/13/2016 | 908 |
| 4/13/2016 | 162 |
| 4/13/2016 | 43 |
| 4/13/2016 | 37 |
| 4/13/2016 | 33 |
| 4/13/2016 | 125 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------|
| 4/13/2016 | 340 |
| 4/13/2016 | 500 |
| 4/13/2016 | 400 |
| 4/13/2016 | 158 |
| 4/13/2016 | 154 |
| 4/13/2016 | 158 |
| 4/13/2016 | 154 |
| 4/13/2016 | 158 |
| 4/13/2016 | 154 |
| 5/11/2016 | 1114 |
| 5/11/2016 | 2566 |
| 5/11/2016 | 1140 |
| 5/11/2016 | 3133 |
| 5/11/2016 | 5640 |
| 5/11/2016 | 1845 |
| 5/11/2016 | 1234 |
| 5/11/2016 | 1561 |
| 5/11/2016 | 1540 |
| 5/11/2016 | 1880 |
| 5/11/2016 | 1020 |
| 5/11/2016 | 2309 |
| 5/11/2016 | 2831 |
| 5/11/2016 | 2506 |
| 5/11/2016 | 8344 |
| 5/11/2016 | 7500 |
| 5/11/2016 | 2028 |
| 5/11/2016 | 298 |
| 5/25/2016 | 2108 |
| 5/25/2016 | 5283 |
| 5/25/2016 | 276 |
| 5/25/2016 | 1471 |
| 5/25/2016 | 619 |
| 5/25/2016 | 529 |
| 5/25/2016 | 2876 |
| 5/25/2016 | 141 |
| 5/25/2016 | 2430 |
| 5/25/2016 | 1166 |
| 5/25/2016 | 1791 |
| 5/25/2016 | 2515 |
| 5/25/2016 | 10000 |
| 5/25/2016 | 117 |
| 5/25/2016 | 1117 |
| 5/25/2016 | 593 |
| 5/25/2016 | 565 |
| 5/25/2016 | 864 |
| 5/25/2016 | 575 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|----------------|
| 5/25/2016 | 1074 |
| 5/25/2016 | 274 |
| 5/25/2016 | 210 |
| 5/25/2016 | 80 |
| 5/25/2016 | 250 |
| 5/25/2016 | 65 |
| 5/25/2016 | 336 |
| 5/25/2016 | 71 |
| 7/8/2016 | 428 |
| 7/8/2016 | 158 |
| 7/8/2016 | 90 |
| 7/8/2016 | 516 |
| 7/8/2016 | 567 |
| 7/8/2016 | 385 |
| 7/8/2016 | 545 |
| 7/8/2016 | 1182 |
| 7/8/2016 | 856 |
| 7/8/2016 | 891 |
| 7/8/2016 | 482 |
| 7/8/2016 | 587 |
| 7/8/2016 | 121.5 |
| 7/8/2016 | 537 |
| 7/8/2016 | 140.25 |
| 7/8/2016 | 86.25 |
| 7/8/2016 | 40.5 |
| 7/8/2016 | 179 |
| 7/8/2016 | 46.75 |
| 7/8/2016 | 28.75 |
| 7/20/2016 | 519 |
| 7/20/2016 | 295 |
| 7/20/2016 | 3216 |
| 7/20/2016 | 5231 |
| 7/20/2016 | 140 |
| 7/20/2016 | 8870 |
| 7/29/2016 | 1195 |
| 7/29/2016 | 3566 |
| 7/29/2016 | 2763 |
| 7/29/2016 | 260.25 |
| 7/29/2016 | 2050 |
| 7/29/2016 | 297 |
| 7/29/2016 | 921 |
| 7/29/2016 | 86.75 |
| 8/29/2016 | 1611 |
| 8/29/2016 | 2232 |
| 8/29/2016 | 103 |
| 8/29/2016 | 1192.5 |

TRANSFERS TO LESLIE RUBERO MULTI SERVICES

| Date | Payment Amount |
|------|---------------|
| 8/29/2016 | 693.75 |
| 8/29/2016 | 397.5 |
| 8/29/2016 | 231.25 |
| 9/13/2016 | 28244 |
| 9/28/2016 | 1340 |
| 9/28/2016 | 2495 |
| 9/28/2016 | 3426 |
| 9/28/2016 | 26186 |
| 9/28/2016 | 4489 |
| 11/7/2016 | 25332 |
| 11/7/2016 | 18507 |
| 11/9/2016 | 14378 |
| 12/2/2016 | 1714 |
| 12/2/2016 | 152 |
| 12/2/2016 | 81731 |
| 12/2/2016 | 18582 |
| 12/2/2016 | 18032 |
| 12/22/2016 | 198 |
| 12/22/2016 | 438.75 |
| 12/22/2016 | 146.25 |
| 12/27/2016 | 1922 |
| 12/27/2016 | 939 |
| 12/27/2016 | 1247.25 |
| 12/27/2016 | 38949 |
| 12/27/2016 | 170 |
| 12/27/2016 | 415.75 |
| 1/26/2017 | 12090 |
| 2/22/2017 | 36698 |
| 3/2/2017 | 944 |
| 3/2/2017 | 3935 |
| 3/2/2017 | 10262 |
| 3/21/2017 | 405 |
| 3/21/2017 | 260 |
| 3/21/2017 | 135 |
| 4/6/2017 | 4866 |
| 4/6/2017 | 461 |
| 4/6/2017 | 3563 |
| 4/19/2017 | 28604 |
| 4/26/2017 | 22690.5 |
| 4/26/2017 | 15364 |
| 4/26/2017 | 23214 |
| 4/26/2017 | 7563.5 |