# EXHIBIT A

EXHIBIT A

TRANSFERS TO PDCM ASSOCIATES, SE

| Date | Payment Amount |
|---|---|
| 5/11/2013 | $1,200.00 |
| 5/28/2013 | $9,968.00 |
| 6/24/2013 | $9,968.00 |
| 8/1/2013 | $9,968.00 |
| 9/9/2013 | $9,968.00 |
| 10/4/2013 | $9,968.00 |
| 12/19/2013 | $19,937.00 |
| 1/6/2014 | $39,094.00 |
| 1/27/2014 | $23,034.00 |
| 1/27/2014 | $1,681.00 |
| 1/27/2014 | $1,843.00 |
| 2/3/2014 | $9,968.00 |
| 2/11/2014 | $26,063.00 |
| 2/24/2014 | $9,968.00 |
| 2/26/2014 | $5,445.00 |
| 3/5/2014 | $32,900.00 |
| 3/12/2014 | $23,034.00 |
| 3/12/2014 | $1,681.00 |
| 3/12/2014 | $1,681.00 |
| 3/12/2014 | $1,681.00 |
| 3/12/2014 | $1,843.00 |
| 3/12/2014 | $1,843.00 |
| 3/12/2014 | $1,843.00 |
| 3/14/2014 | $23,034.00 |
| 3/14/2014 | $23,034.00 |
| 3/14/2014 | $74,250.00 |
| 3/18/2014 | $9,968.00 |
| 3/20/2014 | $9,968.00 |
| 3/27/2014 | $33,574.00 |
| 4/1/2014 | $13,031.00 |
| 4/8/2014 | $74,250.00 |
| 4/8/2014 | $74,250.00 |
| 4/9/2014 | $13,031.00 |
| 4/17/2014 | $9,968.00 |
| 4/24/2014 | $1,681.00 |
| 4/24/2014 | $1,843.00 |
| 4/25/2014 | $24,706.00 |
| 4/25/2014 | $27,583.00 |
| 4/25/2014 | $31,570.00 |
| 4/25/2014 | $33,654.00 |
| 4/29/2014 | $23,034.00 |
| 5/8/2014 | $13,031.00 |
| 5/15/2014 | $26,571.00 |
| 5/23/2014 | $1,681.00 |
| 5/23/2014 | $1,843.00 |
| 5/27/2014 | $9,968.00 |

# EXHIBIT A
## TRANSFERS TO PDCM ASSOCIATES, SE

| Date | Payment Amount |
|---|---|
| 6/4/2014 | $74,250.00 |
| 6/4/2014 | $74,250.00 |
| 6/4/2014 | $74,250.00 |
| 6/5/2014 | $23,034.00 |
| 6/16/2014 | $13,031.00 |
| 6/16/2014 | $1,681.00 |
| 6/16/2014 | $1,843.00 |
| 6/18/2014 | $74,250.00 |
| 6/19/2014 | $9,968.00 |
| 6/19/2014 | $13,031.00 |
| 6/23/2014 | $23,034.00 |
| 6/25/2014 | $23,138.00 |
| 6/25/2014 | $28,714.00 |
| 7/7/2014 | $5,546.00 |
| 7/8/2014 | $1,171.00 |
| 7/30/2014 | $9,968.00 |
| 8/11/2014 | $23,034.00 |
| 8/11/2014 | $34,507.00 |
| 8/11/2014 | $1,681.00 |
| 8/11/2014 | $1,843.00 |
| 8/28/2014 | $7,485.00 |
| 8/29/2014 | $1,681.00 |
| 8/29/2014 | $1,843.00 |
| 9/8/2014 | $9,968.00 |
| 9/10/2014 | $23,034.00 |
| 9/16/2014 | $22,330.00 |
| 9/16/2014 | $22,330.00 |
| 9/18/2014 | $9,968.00 |
| 9/22/2014 | $44,660.00 |
| 9/23/2014 | $1,681.00 |
| 9/23/2014 | $1,843.00 |
| 10/2/2014 | $33,495.00 |
| 10/3/2014 | $23,034.00 |
| 10/15/2014 | $34,566.00 |
| 10/15/2014 | $74,250.00 |
| 10/17/2014 | $74,250.00 |
| 10/23/2014 | $11,165.00 |
| 10/31/2014 | $16,639.00 |
| 11/6/2014 | $23,034.00 |
| 11/6/2014 | $1,681.00 |
| 11/6/2014 | $1,843.00 |
| 11/7/2014 | $34,923.00 |
| 11/7/2014 | $38,534.00 |
| 11/7/2014 | $74,250.00 |
| 11/28/2014 | $74,250.00 |
| 12/12/2014 | $38,693.00 |

# EXHIBIT A
## TRANSFERS TO PDCM ASSOCIATES, SE

| Date | Payment Amount |
|---|---|
| 12/15/2014 | $7,485.00 |
| 12/15/2014 | $38,792.00 |
| 12/16/2014 | $7,485.00 |
| 12/16/2014 | $7,485.00 |
| 12/23/2014 | $7,485.00 |
| 12/26/2014 | $1,681.00 |
| 12/26/2014 | $1,843.00 |
| 1/12/2015 | $23,034.00 |
| 1/12/2015 | $1,681.00 |
| 1/12/2015 | $1,843.00 |
| 1/16/2015 | $29,905.00 |
| 1/20/2015 | $13,031.00 |
| 1/28/2015 | $9,968.00 |
| 2/9/2015 | $1,681.00 |
| 2/9/2015 | $1,843.00 |
| 2/18/2015 | $23,034.00 |
| 2/18/2015 | $1,681.00 |
| 2/18/2015 | $1,843.00 |
| 2/19/2015 | $52,680.00 |
| 2/23/2015 | $38,852.00 |
| 2/24/2015 | $11,165.00 |
| 2/24/2015 | $13,031.00 |
| 2/24/2015 | $23,034.00 |
| 2/26/2015 | $9,968.00 |
| 3/16/2015 | $3,722.00 |
| 3/23/2015 | $26,340.00 |
| 3/24/2015 | $1,681.00 |
| 3/24/2015 | $1,843.00 |
| 3/27/2015 | $23,034.00 |
| 3/31/2015 | $3,722.00 |
| 3/31/2015 | $9,968.00 |
| 4/16/2015 | $26,340.00 |
| 4/21/2015 | $5,546.00 |
| 4/29/2015 | $9,968.00 |
| 4/29/2015 | $1,681.00 |
| 4/29/2015 | $1,843.00 |
| 5/8/2015 | $3,722.00 |
| 5/19/2015 | $23,034.00 |
| 5/26/2015 | $9,968.00 |
| 5/26/2015 | $1,681.00 |
| 5/26/2015 | $1,843.00 |
| 5/28/2015 | $13,031.00 |
| 6/8/2015 | $3,722.00 |
| 6/8/2015 | $26,340.00 |
| 6/8/2015 | $23,034.00 |
| 6/15/2015 | $23,034.00 |

# EXHIBIT A

## TRANSFERS TO PDCM ASSOCIATES, SE

| Date | Payment Amount |
|---|---|
| 6/15/2015 | $1,843.00 |
| 6/15/2015 | $1,681.00 |
| 6/16/2015 | $13,031.00 |
| 7/7/2015 | $13,031.00 |
| 7/10/2015 | $13,031.00 |
| 7/13/2015 | $3,722.00 |
| 7/20/2015 | $9,968.00 |
| 7/31/2015 | $5,546.00 |
| 8/5/2015 | $1,843.00 |
| 8/5/2015 | $1,681.00 |
| 8/10/2015 | $3,722.00 |
| 8/14/2015 | $9,968.00 |
| 8/17/2015 | $52,680.00 |
| 8/18/2015 | $1,681.00 |
| 8/18/2015 | $1,843.00 |
| 8/20/2015 | $23,034.00 |
| 8/20/2015 | $23,034.00 |
| 9/16/2015 | $1,843.00 |
| 9/16/2015 | $1,681.00 |
| 9/22/2015 | $9,968.00 |
| 9/24/2015 | $3,722.00 |
| 9/25/2015 | $7,485.00 |
| 10/1/2015 | $9,968.00 |
| 10/1/2015 | $3,722.00 |
| 10/7/2015 | $23,034.00 |
| 10/27/2015 | $13,031.00 |
| 11/5/2015 | $9,968.00 |
| 11/27/2015 | $1,681.00 |
| 11/27/2015 | $23,034.00 |
| 11/27/2015 | $1,843.00 |
| 11/27/2015 | $1,681.00 |
| 11/27/2015 | $23,034.00 |
| 11/27/2015 | $1,843.00 |
| 1/8/2016 | $19,937.00 |
| 1/14/2016 | $5,546.00 |
| 1/14/2016 | $5,546.00 |
| 1/15/2016 | $22,704.00 |
| 1/21/2016 | $1,681.00 |
| 1/21/2016 | $1,843.00 |
| 2/16/2016 | $26,340.00 |
| 2/16/2016 | $26,340.00 |
| 2/18/2016 | $1,681.00 |
| 2/18/2016 | $23,034.00 |
| 2/18/2016 | $1,843.00 |
| 2/22/2016 | $23,034.00 |
| 2/22/2016 | $1,681.00 |

EXHIBIT A
TRANSFERS TO PDCM ASSOCIATES, SE

| Date | Payment Amount |
|---|---|
| 2/22/2016 | $1,843.00 |
| 2/25/2016 | $9,968.00 |
| 2/25/2016 | $3,722.00 |
| 2/26/2016 | $7,485.00 |
| 3/8/2016 | $7,485.00 |
| 3/17/2016 | $23,034.00 |
| 3/17/2016 | $1,681.00 |
| 3/17/2016 | $1,843.00 |
| 3/22/2016 | $13,031.00 |
| 4/4/2016 | $13,031.00 |
| 4/6/2016 | $13,031.00 |
| 4/7/2016 | $3,722.00 |
| 4/11/2016 | $9,968.00 |
| 5/2/2016 | $23,034.00 |
| 5/2/2016 | $1,681.00 |
| 5/2/2016 | $1,843.00 |
| 5/3/2016 | $26,340.00 |
| 5/3/2016 | $26,340.00 |
| 5/4/2016 | $9,968.00 |
| 5/5/2016 | $3,722.00 |
| 5/5/2016 | $11,165.00 |
| 5/16/2016 | $23,034.00 |
| 5/16/2016 | $1,681.00 |
| 5/16/2016 | $1,843.00 |
| 5/19/2016 | $26,340.00 |
| 5/19/2016 | $26,340.00 |
| 5/31/2016 | $7,485.00 |
| 5/31/2016 | $9,968.00 |
| 6/1/2016 | $9,968.00 |
| 6/15/2016 | $23,034.00 |
| 6/15/2016 | $1,843.00 |
| 6/15/2016 | $1,681.00 |
| 8/3/2016 | $1,843.00 |
| 8/3/2016 | $1,681.00 |
| 8/8/2016 | $3,406.00 |
| 8/8/2016 | $22,934.00 |
| 8/8/2016 | $9,968.00 |
| 8/11/2016 | $1,681.00 |
| 8/11/2016 | $1,843.00 |
| 8/22/2016 | $3,722.00 |
| 8/24/2016 | $9,968.00 |
| 8/24/2016 | $23,034.00 |
| 9/12/2016 | $487.00 |
| 9/12/2016 | $3,534.00 |
| 9/12/2016 | $3,534.00 |
| 9/12/2016 | $3,534.00 |

EXHIBIT A

TRANSFERS TO PDCM ASSOCIATES, SE

| Date | Payment Amount |
|---|---|
| 9/12/2016 | $3,534.00 |
| 9/15/2016 | $3,722.00 |
| 9/16/2016 | $26,340.00 |
| 9/19/2016 | $3,722.00 |
| 9/19/2016 | $11,165.00 |
| 9/20/2016 | $9,968.00 |
| 10/3/2016 | $23,034.00 |
| 10/3/2016 | $1,843.00 |
| 10/3/2016 | $1,681.00 |
| 10/6/2016 | $1,834.00 |
| 10/27/2016 | $9,968.00 |
| 10/27/2016 | $3,722.00 |
| 11/1/2016 | $13,295.00 |
| 11/1/2016 | $13,295.00 |
| 11/3/2016 | $3,534.00 |
| 11/3/2016 | $3,534.00 |
| 11/3/2016 | $13,295.00 |
| 11/3/2016 | $13,295.00 |
| 11/3/2016 | $9,968.00 |
| 12/15/2016 | $13,295.00 |
| 12/15/2016 | $13,295.00 |
| 1/10/2017 | $23,034.00 |
| 1/11/2017 | $3,534.00 |
| 1/11/2017 | $13,295.00 |
| 1/31/2017 | $13,295.00 |
| 2/1/2017 | $23,034.00 |
| 2/1/2017 | $1,681.00 |
| 2/1/2017 | $23,034.00 |
| 2/1/2017 | $1,843.00 |
| 2/1/2017 | $1,681.00 |
| 2/17/2017 | $3,534.00 |
| 2/28/2017 | $23,034.00 |
| 3/29/2017 | $3,534.00 |
| 4/4/2017 | $23,034.00 |
| 4/14/2017 | $25,463.00 |
| 4/14/2017 | $50,926.00 |
| 4/14/2017 | $23,034.00 |
| 5/2/2017 | $3,534.00 |