# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO S & L DEVELOPMENT S.E.

| Date | Payment Amount |
|---|---|
| 1/8/2014 | $107,823.00 |
| 1/28/2014 | $53,911.00 |
| 2/18/2014 | $15,178.00 |
| 2/18/2014 | $32,871.00 |
| 2/26/2014 | $15,178.00 |
| 3/14/2014 | $15,178.00 |
| 3/14/2014 | $15,178.00 |
| 3/14/2014 | $16,435.00 |
| 4/9/2014 | $16,435.00 |
| 5/1/2014 | $15,178.00 |
| 5/14/2014 | $161,734.00 |
| 6/5/2014 | $15,178.00 |
| 6/24/2014 | $16,435.00 |
| 7/17/2014 | $53,911.00 |
| 7/30/2014 | $32,871.00 |
| 7/30/2014 | $53,911.00 |
| 9/30/2014 | $15,178.00 |
| 9/30/2014 | $15,178.00 |
| 9/30/2014 | $16,435.00 |
| 9/30/2014 | $16,435.00 |
| 9/30/2014 | $16,435.00 |
| 10/15/2014 | $53,911.00 |
| 11/13/2014 | $16,435.00 |
| 11/13/2014 | $48,520.00 |
| 11/14/2014 | $15,178.00 |
| 11/19/2014 | $16,435.00 |
| 1/2/2015 | $15,178.00 |
| 1/2/2015 | $145,560.00 |
| 2/9/2015 | $15,178.00 |
| 2/9/2015 | $16,435.00 |
| 2/9/2015 | $48,520.00 |
| 2/9/2015 | $48,520.00 |
| 2/10/2015 | $15,178.00 |
| 2/10/2015 | $16,435.00 |
| 3/23/2015 | $48,520.00 |
| 3/23/2015 | $48,520.00 |
| 4/8/2015 | $16,435.00 |
| 4/15/2015 | $11,934.00 |
| 4/15/2015 | $11,934.00 |
| 4/22/2015 | $16,435.00 |
| 4/29/2015 | $48,520.00 |
| 5/13/2015 | $16,435.00 |
| 7/30/2015 | $11,934.00 |
| 7/30/2015 | $11,934.00 |
| 7/30/2015 | $11,934.00 |
| 7/30/2015 | $11,934.00 |

EXHIBIT A

TRANSFERS TO S & L DEVELOPMENT S.E.

| Date | Payment Amount |
|---|---|
| 8/6/2015 | $97,040.00 |
| 8/11/2015 | $14,792.00 |
| 10/14/2015 | $14,792.00 |
| 10/14/2015 | $14,792.00 |
| 11/10/2015 | $11,934.00 |
| 11/10/2015 | $11,934.00 |
| 11/10/2015 | $11,934.00 |
| 12/3/2015 | $11,934.00 |
| 2/3/2016 | $11,934.00 |
| 2/3/2016 | $11,934.00 |
| 3/10/2016 | $48,520.00 |
| 3/16/2016 | $1,644.00 |
| 3/16/2016 | $14,792.00 |
| 3/16/2016 | $14,792.00 |
| 3/31/2016 | $145,560.00 |
| 4/5/2016 | $48,520.00 |
| 4/28/2016 | $11,934.00 |
| 4/28/2016 | $11,934.00 |
| 4/28/2016 | $11,934.00 |
| 4/28/2016 | $14,792.00 |
| 4/28/2016 | $14,792.00 |
| 4/28/2016 | $14,792.00 |
| 4/28/2016 | $14,792.00 |
| 4/28/2016 | $14,792.00 |
| 4/28/2016 | $13,148.00 |
| 4/29/2016 | $97,040.00 |
| 5/20/2016 | $11,934.00 |
| 7/8/2016 | $11,934.00 |
| 8/1/2016 | $14,792.00 |
| 8/1/2016 | $14,792.00 |
| 8/10/2016 | $11,934.00 |
| 9/19/2016 | $45,825.00 |
| 9/19/2016 | $45,825.00 |
| 9/19/2016 | $45,825.00 |
| 9/19/2016 | $14,792.00 |
| 9/19/2016 | $14,792.00 |
| 9/19/2016 | $11,934.00 |
| 9/19/2016 | $11,934.00 |
| 10/7/2016 | $91,649.00 |
| 10/7/2016 | $48,520.00 |
| 10/25/2016 | $14,792.00 |
| 10/25/2016 | $14,792.00 |
| 10/28/2016 | $91,649.00 |
| 11/15/2016 | $11,934.00 |
| 11/21/2016 | $11,934.00 |
| 12/5/2016 | $45,825.00 |

EXHIBIT A

TRANSFERS TO S & L DEVELOPMENT S.E.

| Date | Payment Amount |
|---|---|
| 12/27/2016 | $45,825.00 |
| 12/27/2016 | $14,792.00 |
| 12/27/2016 | $14,792.00 |
| 2/6/2017 | $11,934.00 |
| 2/21/2017 | $45,825.00 |
| 3/10/2017 | $11,934.00 |
| 3/10/2017 | $14,792.00 |
| 3/10/2017 | $14,792.00 |
| 3/10/2017 | $14,792.00 |
| 3/28/2017 | $11,934.00 |
| 4/26/2017 | $11,934.00 |
| 4/26/2017 | $14,792.00 |
| 4/28/2017 | $11,934.00 |
| 5/1/2017 | $22,780.00 |
| 5/1/2017 | $23,044.00 |