# EXHIBIT A

EXHIBIT A

TRANFERS TO MULTI CLEAN SERVICES INC.

| Date | Payment Amount |
|---|---|
| 5/9/2013 | $72,463.00 |
| 6/13/2013 | $77,363.00 |
| 7/18/2013 | $82,813.00 |
| 8/21/2013 | $73,976.00 |
| 9/26/2013 | $75,883.00 |
| 10/24/2013 | $73,633.00 |
| 11/26/2013 | $73,780.00 |
| 12/19/2013 | $73,083.00 |
| 1/8/2014 | $135,752.00 |
| 3/11/2014 | $69,563.00 |
| 4/8/2014 | $69,609.00 |
| 5/29/2014 | $73,065.00 |
| 6/3/2014 | $73,466.00 |
| 6/24/2014 | $74,916.00 |
| 7/25/2014 | $73,006.00 |
| 9/11/2014 | $74,003.00 |
| 9/15/2014 | $74,481.00 |
| 10/21/2014 | $73,281.00 |
| 12/1/2014 | $71,676.00 |
| 12/1/2014 | $74,086.00 |
| 1/6/2015 | $72,516.00 |
| 2/17/2015 | $73,576.00 |
| 2/20/2015 | $72,736.00 |
| 4/9/2015 | $69,146.00 |
| 4/20/2015 | $69,069.00 |
| 5/12/2015 | $72,146.00 |
| 6/9/2015 | $73,236.00 |
| 7/21/2015 | $73,996.00 |
| 8/13/2015 | $74,156.00 |
| 9/1/2015 | $73,841.00 |
| 10/13/2015 | $73,661.00 |
| 12/24/2015 | $72,496.00 |
| 1/12/2016 | $73,876.00 |
| 2/9/2016 | $72,416.00 |
| 2/17/2016 | $72,226.00 |
| 4/27/2016 | $72,736.00 |
| 5/24/2016 | $74,116.00 |
| 5/24/2016 | $71,086.00 |
| 6/27/2016 | $73,836.00 |
| 7/14/2016 | $74,696.00 |
| 9/12/2016 | $74,316.00 |
| 10/4/2016 | $73,556.00 |
| 11/8/2016 | $73,491.00 |
| 12/13/2016 | $72,256.00 |
| 1/4/2017 | $72,556.00 |
| 2/9/2017 | $70,916.00 |

# EXHIBIT A

## TRANFERS TO MULTI CLEAN SERVICES INC.

| Date | Payment Amount |
|---|---|
| 4/12/2017 | $71,926.00 |
| 4/12/2017 | $71,956.00 |