# EXHIBIT A

EXHIBIT A

TRANSFERS TO PEARSON EDUCATION, INC.

| Date | Payment Amount |
|---|---|
| 5/3/2013 | $2,250.00 |
| 6/17/2013 | $2,160.00 |
| 6/17/2013 | $2,250.00 |
| 6/17/2013 | $3,500.00 |
| 6/17/2013 | $4,500.00 |
| 6/17/2013 | $4,950.00 |
| 6/17/2013 | $8,550.00 |
| 6/17/2013 | $28,500.00 |
| 6/17/2013 | $43,200.00 |
| 6/17/2013 | $43,200.00 |
| 6/17/2013 | $121,800.00 |
| 6/17/2013 | $210,000.00 |
| 6/17/2013 | $1,800.00 |
| 7/9/2013 | $6,300.00 |
| 8/19/2013 | $795.00 |
| 8/30/2013 | $6,000.00 |
| 8/30/2013 | $6,375.00 |
| 8/30/2013 | $11,125.00 |
| 8/30/2013 | $12,880.00 |
| 8/30/2013 | $13,500.00 |
| 8/30/2013 | $1,500.00 |
| 9/13/2013 | $62,640.00 |
| 11/18/2013 | $66,190.00 |
| 11/18/2013 | $92,248.00 |
| 11/27/2013 | $67,235.00 |
| 11/27/2013 | $97,928.00 |
| 11/27/2013 | $172,996.00 |
| 1/21/2014 | $14,430.00 |
| 3/7/2014 | $2,216.00 |
| 3/7/2014 | $4,433.00 |
| 3/7/2014 | $11,081.00 |
| 3/7/2014 | $70,920.00 |
| 4/18/2014 | $49,500.00 |
| 5/22/2014 | $6,750.00 |
| 5/22/2014 | $9,000.00 |
| 8/20/2014 | $2,250.00 |
| 8/20/2014 | $2,250.00 |
| 8/20/2014 | $2,250.00 |
| 8/20/2014 | $4,500.00 |
| 8/20/2014 | $4,500.00 |
| 8/20/2014 | $4,500.00 |
| 8/20/2014 | $4,500.00 |
| 8/20/2014 | $6,750.00 |
| 8/20/2014 | $9,000.00 |
| 8/20/2014 | $11,250.00 |
| 8/20/2014 | $18,000.00 |

EXHIBIT A

TRANSFERS TO PEARSON EDUCATION, INC.

| Date | Payment Amount |
|---|---|
| 8/20/2014 | $18,000.00 |
| 8/20/2014 | $18,000.00 |
| 10/6/2014 | $2,250.00 |
| 10/6/2014 | $4,500.00 |
| 10/6/2014 | $4,500.00 |
| 10/6/2014 | $4,500.00 |
| 10/6/2014 | $4,500.00 |
| 10/6/2014 | $4,500.00 |
| 10/6/2014 | $6,750.00 |
| 10/6/2014 | $9,000.00 |
| 10/6/2014 | $11,250.00 |
| 10/6/2014 | $18,000.00 |
| 10/6/2014 | $18,000.00 |
| 10/6/2014 | $18,000.00 |
| 11/5/2014 | $216,700.00 |
| 11/5/2014 | $321,667.00 |
| 11/5/2014 | $325,050.00 |
| 12/12/2014 | $214,444.00 |
| 12/12/2014 | $214,444.00 |
| 12/12/2014 | $216,700.00 |
| 12/12/2014 | $325,050.00 |
| 2/10/2015 | $29,043.00 |
| 2/10/2015 | $42,750.00 |
| 2/18/2015 | $18,144.00 |
| 2/18/2015 | $1,478.00 |
| 3/2/2015 | $15,898.00 |
| 3/13/2015 | $4,787.00 |
| 3/13/2015 | $7,683.00 |
| 3/13/2015 | $8,865.00 |
| 3/13/2015 | $10,993.00 |
| 3/13/2015 | $14,480.00 |
| 3/13/2015 | $18,853.00 |
| 3/13/2015 | $23,488.00 |
| 3/13/2015 | $52,185.00 |
| 3/13/2015 | $118,200.00 |
| 3/31/2015 | $8,865.00 |
| 3/31/2015 | $15,071.00 |
| 3/31/2015 | $18,026.00 |
| 3/31/2015 | $36,051.00 |
| 4/2/2015 | $30,141.00 |
| 4/21/2015 | $13,445.00 |
| 4/21/2015 | $16,755.00 |
| 4/21/2015 | $35,224.00 |
| 4/21/2015 | $40,129.00 |
| 5/29/2015 | $6,128.00 |
| 7/21/2015 | $1,478.00 |

# EXHIBIT A
## TRANSFERS TO PEARSON EDUCATION, INC.

| Date | Payment Amount |
|---|---|
| 7/21/2015 | $1,478.00 |
| 8/24/2015 | $2,027.00 |
| 8/24/2015 | $7,000.00 |
| 9/17/2015 | $52,008.00 |
| 9/30/2015 | $47,050.00 |
| 9/30/2015 | $321,667.00 |
| 9/30/2015 | $1,057,195.00 |
| 10/16/2015 | $428.00 |
| 10/16/2015 | $47.00 |
| 11/27/2015 | $4,050.00 |
| 11/27/2015 | $2,069.00 |
| 11/27/2015 | $3,103.00 |
| 12/10/2015 | $468.00 |
| 12/10/2015 | $271.00 |
| 12/10/2015 | $1,502.00 |
| 12/10/2015 | $271.00 |
| 12/10/2015 | $468.00 |
| 12/10/2015 | $468.00 |
| 12/10/2015 | $468.00 |
| 12/10/2015 | $468.00 |
| 12/10/2015 | $468.00 |
| 12/10/2015 | $271.00 |
| 12/10/2015 | $271.00 |
| 12/10/2015 | $271.00 |
| 12/10/2015 | $271.00 |
| 12/10/2015 | $271.00 |
| 12/10/2015 | $1,921.00 |
| 12/21/2015 | $468.00 |
| 12/21/2015 | $468.00 |
| 12/21/2015 | $468.00 |
| 12/21/2015 | $1,773.00 |
| 12/21/2015 | $936.00 |
| 12/21/2015 | $468.00 |
| 12/21/2015 | $1,404.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $468.00 |
| 12/21/2015 | $468.00 |
| 12/21/2015 | $468.00 |
| 12/21/2015 | $468.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $271.00 |

EXHIBIT A
TRANSFERS TO PEARSON EDUCATION, INC.

| Date | Payment Amount |
|---|---|
| 12/21/2015 | $1,478.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $4,433.00 |
| 12/21/2015 | $468.00 |
| 12/21/2015 | $271.00 |
| 12/21/2015 | $234.00 |
| 12/22/2015 | $1,404.00 |
| 12/28/2015 | $2,216.00 |
| 12/28/2015 | $4,433.00 |
| 12/28/2015 | $2,955.00 |
| 12/28/2015 | $2,216.00 |
| 12/28/2015 | $1,478.00 |
| 12/28/2015 | $1,478.00 |
| 12/28/2015 | $1,478.00 |
| 12/28/2015 | $936.00 |
| 12/28/2015 | $468.00 |
| 12/28/2015 | $1,773.00 |
| 12/28/2015 | $4,433.00 |
| 12/28/2015 | $4,137.00 |
| 12/28/2015 | $1,478.00 |
| 12/28/2015 | $3,398.00 |
| 12/28/2015 | $3,103.00 |
| 12/28/2015 | $468.00 |
| 12/28/2015 | $468.00 |
| 12/28/2015 | $1,625.00 |
| 12/28/2015 | $3,103.00 |
| 12/28/2015 | $2,216.00 |
| 12/28/2015 | $739.00 |
| 12/28/2015 | $1,478.00 |
| 12/28/2015 | $1,478.00 |
| 12/28/2015 | $1,478.00 |
| 12/28/2015 | $1,921.00 |
| 12/28/2015 | $1,773.00 |
| 12/28/2015 | $1,625.00 |
| 12/28/2015 | $3,546.00 |
| 12/28/2015 | $1,773.00 |
| 12/28/2015 | $468.00 |
| 12/28/2015 | $2,660.00 |
| 12/28/2015 | $148.00 |
| 12/28/2015 | $468.00 |
| 12/28/2015 | $468.00 |
| 12/28/2015 | $468.00 |
| 12/28/2015 | $468.00 |
| 12/28/2015 | $468.00 |
| 12/29/2015 | $2,364.00 |

EXHIBIT A

TRANSFERS TO PEARSON EDUCATION, INC.

| Date | Payment Amount |
|---|---|
| 12/29/2015 | $468.00 |
| 12/29/2015 | $4,433.00 |
| 12/29/2015 | $271.00 |
| 12/29/2015 | $468.00 |
| 12/29/2015 | $468.00 |
| 12/29/2015 | $271.00 |
| 12/29/2015 | $1,478.00 |
| 12/29/2015 | $1,625.00 |
| 12/29/2015 | $2,512.00 |
| 12/29/2015 | $1,921.00 |
| 12/29/2015 | $2,660.00 |
| 12/29/2015 | $172.00 |
| 12/29/2015 | $2,216.00 |
| 12/29/2015 | $468.00 |
| 12/29/2015 | $1,921.00 |
| 12/29/2015 | $1,478.00 |
| 12/29/2015 | $468.00 |
| 12/29/2015 | $271.00 |
| 12/30/2015 | $2,955.00 |
| 12/30/2015 | $468.00 |
| 12/30/2015 | $320.00 |
| 12/30/2015 | $1,478.00 |
| 1/4/2016 | $468.00 |
| 1/4/2016 | $702.00 |
| 1/4/2016 | $1,773.00 |
| 1/4/2016 | $1,921.00 |
| 1/4/2016 | $5,733.00 |
| 1/4/2016 | $2,216.00 |
| 1/4/2016 | $5,142.00 |
| 1/4/2016 | $1,625.00 |
| 1/4/2016 | $2,512.00 |
| 1/4/2016 | $2,069.00 |
| 1/4/2016 | $2,512.00 |
| 1/4/2016 | $2,364.00 |
| 1/4/2016 | $12,116.00 |
| 1/4/2016 | $2,216.00 |
| 1/4/2016 | $1,773.00 |
| 1/4/2016 | $1,773.00 |
| 1/15/2016 | $886,500.00 |
| 1/15/2016 | $886,500.00 |
| 1/19/2016 | $1,625.00 |
| 1/19/2016 | $1,478.00 |
| 1/26/2016 | $886,500.00 |
| 1/26/2016 | $886,500.00 |
| 1/28/2016 | $1,108.50 |
| 1/28/2016 | $369.50 |

EXHIBIT A

TRANSFERS TO PEARSON EDUCATION, INC.

| Date | Payment Amount |
|---|---|
| 2/19/2016 | $2,069.00 |
| 2/26/2016 | $2,240.00 |
| 3/14/2016 | $5,910.00 |
| 3/14/2016 | $702.00 |
| 3/14/2016 | $351.00 |
| 3/14/2016 | $1,970.00 |
| 3/14/2016 | $234.00 |
| 3/14/2016 | $117.00 |
| 3/25/2016 | $2,361.00 |
| 3/25/2016 | $936.00 |
| 3/25/2016 | $468.00 |
| 3/25/2016 | $468.00 |
| 3/25/2016 | $1,478.00 |
| 3/25/2016 | $2,660.00 |
| 3/25/2016 | $1,921.00 |
| 3/28/2016 | $341,389.00 |
| 3/31/2016 | $341,389.00 |
| 5/31/2016 | $813.00 |
| 5/31/2016 | $813.00 |
| 5/31/2016 | $813.00 |
| 5/31/2016 | $542.00 |
| 5/31/2016 | $813.00 |
| 5/31/2016 | $813.00 |
| 5/31/2016 | $468.00 |
| 5/31/2016 | $936.00 |
| 5/31/2016 | $2,216.00 |
| 5/31/2016 | $468.00 |
| 6/23/2016 | $2,970.00 |
| 6/23/2016 | $813.00 |
| 6/23/2016 | $813.00 |
| 6/23/2016 | $542.00 |
| 6/23/2016 | $813.00 |
| 6/23/2016 | $2,512.00 |
| 6/23/2016 | $2,069.00 |
| 6/23/2016 | $2,069.00 |
| 6/23/2016 | $2,512.00 |
| 6/23/2016 | $1,478.00 |
| 6/23/2016 | $1,773.00 |
| 6/23/2016 | $468.00 |
| 7/25/2016 | $2,807.00 |
| 7/25/2016 | $1,478.00 |
| 7/25/2016 | $1,478.00 |
| 7/25/2016 | $566.00 |
| 7/25/2016 | $2,069.00 |
| 7/25/2016 | $2,216.00 |
| 7/25/2016 | $468.00 |

EXHIBIT A
TRANSFERS TO PEARSON EDUCATION, INC.

| Date | Payment Amount |
|---|---|
| 7/25/2016 | $6,132.00 |
| 7/26/2016 | $560.00 |
| 7/26/2016 | $5,910.00 |
| 7/26/2016 | $1,478.00 |
| 7/26/2016 | $124.00 |
| 7/26/2016 | $468.00 |
| 7/26/2016 | $936.00 |
| 7/26/2016 | $468.00 |
| 7/26/2016 | $394.00 |
| 7/26/2016 | $585.00 |
| 7/26/2016 | $936.00 |
| 7/26/2016 | $936.00 |
| 7/26/2016 | $936.00 |
| 7/26/2016 | $351.00 |
| 8/29/2016 | $2,364.00 |
| 8/29/2016 | $2,364.00 |
| 8/29/2016 | $936.00 |
| 8/29/2016 | $936.00 |
| 9/7/2016 | $2,216.00 |
| 11/4/2016 | $10,083.00 |
| 11/4/2016 | $825.00 |
| 11/4/2016 | $813.00 |
| 11/4/2016 | $825.00 |
| 11/4/2016 | $1,478.00 |
| 11/4/2016 | $11,633.00 |
| 11/4/2016 | $1,500.00 |
| 11/4/2016 | $1,500.00 |
| 11/4/2016 | $1,796.00 |
| 11/4/2016 | $1,500.00 |
| 11/4/2016 | $1,478.00 |
| 11/4/2016 | $4,482.00 |
| 11/4/2016 | $1,648.00 |
| 11/4/2016 | $3,661.00 |
| 11/4/2016 | $3,792.00 |
| 11/21/2016 | $4,851.00 |
| 11/21/2016 | $12,299.00 |
| 11/21/2016 | $1,500.00 |
| 11/21/2016 | $2,807.00 |
| 11/21/2016 | $10,371.00 |
| 11/21/2016 | $475.00 |
| 11/21/2016 | $10,306.00 |
| 11/21/2016 | $936.00 |
| 11/21/2016 | $936.00 |
| 11/21/2016 | $936.00 |
| 11/21/2016 | $10,076.00 |
| 12/5/2016 | $813.00 |

# EXHIBIT A
## TRANSFERS TO PEARSON EDUCATION, INC.

| Date | Payment Amount |
|---|---|
| 12/5/2016 | $759,045.00 |
| 12/5/2016 | $765,495.00 |
| 1/24/2017 | $1,218.75 |
| 1/24/2017 | $1,108.50 |
| 1/24/2017 | $7,018.00 |
| 1/24/2017 | $406.25 |
| 1/24/2017 | $369.50 |
| 3/10/2017 | $13,120.00 |
| 3/10/2017 | $276,928.00 |
| 3/10/2017 | $246,250.00 |
| 3/10/2017 | $246,250.00 |