# EXHIBIT A

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 1/10/2014 | $2,096.00 |
| 1/10/2014 | $2,780.00 |
| 1/10/2014 | $768.00 |
| 1/22/2014 | $348.00 |
| 1/24/2014 | $799.00 |
| 1/27/2014 | $2,581.00 |
| 1/27/2014 | $520.00 |
| 1/28/2014 | $273.00 |
| 1/28/2014 | $5,789.00 |
| 1/28/2014 | $483.00 |
| 1/28/2014 | $6,626.00 |
| 1/28/2014 | $10,546.00 |
| 1/28/2014 | $1,182.00 |
| 2/5/2014 | $31,776.00 |
| 2/12/2014 | $39,466.00 |
| 2/12/2014 | $184.00 |
| 2/18/2014 | $13,512.00 |
| 2/19/2014 | $2,119.00 |
| 2/19/2014 | $75.00 |
| 2/19/2014 | $328.00 |
| 2/19/2014 | $395.00 |
| 2/19/2014 | $855.00 |
| 2/19/2014 | $1,244.00 |
| 2/19/2014 | $1,308.00 |
| 2/19/2014 | $1,436.00 |
| 2/19/2014 | $1,650.00 |
| 2/25/2014 | $808.00 |
| 2/27/2014 | $1,567.00 |
| 3/11/2014 | $4,732.00 |
| 3/11/2014 | $573.00 |
| 3/11/2014 | $826.00 |
| 3/13/2014 | $3,955.00 |
| 3/13/2014 | $389.00 |
| 3/13/2014 | $400.00 |
| 3/13/2014 | $18,032.00 |
| 3/13/2014 | $1,613.00 |
| 3/18/2014 | $5,195.00 |
| 3/18/2014 | $7,207.00 |
| 3/18/2014 | $10,027.00 |
| 3/18/2014 | $10,625.00 |
| 3/18/2014 | $11,402.00 |
| 3/18/2014 | $1,168.00 |
| 3/25/2014 | $13,909.00 |
| 3/26/2014 | $353.00 |
| 3/26/2014 | $538.00 |
| 3/26/2014 | $17,993.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 3/26/2014 | $831.00 |
| 3/26/2014 | $838.00 |
| 3/26/2014 | $897.00 |
| 3/26/2014 | $1,177.00 |
| 3/27/2014 | $28,720.00 |
| 3/27/2014 | $29,930.00 |
| 4/1/2014 | $7,193.00 |
| 4/1/2014 | $9,173.00 |
| 4/4/2014 | $2,680.00 |
| 4/4/2014 | $9,543.00 |
| 4/4/2014 | $1,098.00 |
| 4/8/2014 | $2,885.00 |
| 4/10/2014 | $28,151.00 |
| 5/1/2014 | $2,170.00 |
| 5/12/2014 | $3,394.00 |
| 5/12/2014 | $5,897.00 |
| 5/12/2014 | $6,142.00 |
| 5/12/2014 | $6,818.00 |
| 5/12/2014 | $538.00 |
| 5/12/2014 | $1,899.00 |
| 5/15/2014 | $50.00 |
| 5/15/2014 | $21,916.00 |
| 6/5/2014 | $320.00 |
| 6/5/2014 | $1,092.00 |
| 6/11/2014 | $1,000.00 |
| 6/11/2014 | $249.00 |
| 6/18/2014 | $3,642.00 |
| 6/18/2014 | $9,798.00 |
| 6/18/2014 | $32,625.00 |
| 6/18/2014 | $33,619.00 |
| 6/18/2014 | $1,043.00 |
| 6/19/2014 | $50.00 |
| 6/19/2014 | $32,386.00 |
| 6/19/2014 | $851.00 |
| 6/30/2014 | $13,075.00 |
| 7/1/2014 | $12,189.00 |
| 7/8/2014 | $267.00 |
| 7/8/2014 | $926.00 |
| 7/8/2014 | $1,965.00 |
| 7/11/2014 | $289.00 |
| 7/11/2014 | $2,608.00 |
| 7/14/2014 | $9,016.00 |
| 7/21/2014 | $530.00 |
| 7/21/2014 | $28,614.00 |
| 7/30/2014 | $50.00 |
| 7/30/2014 | $389.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 7/30/2014 | $8,719.00 |
| 7/30/2014 | $10,770.00 |
| 7/30/2014 | $1,082.00 |
| 8/12/2014 | $10,003.00 |
| 8/12/2014 | $17,376.00 |
| 8/12/2014 | $1,727.00 |
| 8/27/2014 | $2,040.00 |
| 8/27/2014 | $358.00 |
| 8/27/2014 | $388.00 |
| 8/27/2014 | $883.00 |
| 8/28/2014 | $1,420.00 |
| 9/5/2014 | $2,235.00 |
| 9/5/2014 | $27,864.00 |
| 9/8/2014 | $2,206.00 |
| 9/8/2014 | $400.00 |
| 9/9/2014 | $6,881.00 |
| 9/9/2014 | $579.00 |
| 9/9/2014 | $12,542.00 |
| 9/9/2014 | $953.00 |
| 9/10/2014 | $5,155.00 |
| 9/10/2014 | $24,786.00 |
| 9/10/2014 | $1,112.00 |
| 9/10/2014 | $228.00 |
| 9/10/2014 | $1,742.00 |
| 9/17/2014 | $2,524.00 |
| 9/17/2014 | $11,563.00 |
| 9/17/2014 | $12,091.00 |
| 9/22/2014 | $2,724.00 |
| 9/23/2014 | $3,504.00 |
| 9/23/2014 | $20,616.00 |
| 9/25/2014 | $5,030.00 |
| 9/25/2014 | $22,396.00 |
| 9/30/2014 | $601.00 |
| 10/2/2014 | $2,773.00 |
| 10/17/2014 | $340.00 |
| 10/21/2014 | $325.00 |
| 10/21/2014 | $345.00 |
| 10/21/2014 | $369.00 |
| 10/21/2014 | $373.00 |
| 10/21/2014 | $6,215.00 |
| 10/21/2014 | $632.00 |
| 10/21/2014 | $715.00 |
| 10/21/2014 | $780.00 |
| 10/21/2014 | $1,054.00 |
| 10/21/2014 | $1,088.00 |
| 10/22/2014 | $369.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 10/22/2014 | $4,048.00 |
| 10/22/2014 | $4,411.00 |
| 10/22/2014 | $6,706.00 |
| 10/22/2014 | $7,870.00 |
| 10/22/2014 | $13,350.00 |
| 10/22/2014 | $1,253.00 |
| 10/22/2014 | $1,555.00 |
| 10/23/2014 | $50.00 |
| 10/23/2014 | $2,013.00 |
| 10/23/2014 | $260.00 |
| 10/23/2014 | $2,704.00 |
| 10/23/2014 | $2,786.00 |
| 10/23/2014 | $4,296.00 |
| 10/23/2014 | $7,576.00 |
| 10/23/2014 | $570.00 |
| 10/23/2014 | $11,066.00 |
| 10/23/2014 | $24,548.00 |
| 10/24/2014 | $3,491.00 |
| 10/29/2014 | $4,038.00 |
| 10/29/2014 | $4,057.00 |
| 10/29/2014 | $5,056.00 |
| 10/29/2014 | $9,237.00 |
| 10/31/2014 | $770.00 |
| 11/3/2014 | $799.00 |
| 11/3/2014 | $1,031.00 |
| 11/5/2014 | $2,938.00 |
| 11/5/2014 | $8,879.00 |
| 11/5/2014 | $8,904.00 |
| 11/5/2014 | $1,000.00 |
| 11/5/2014 | $220.00 |
| 11/6/2014 | $4,454.00 |
| 11/6/2014 | $700.00 |
| 11/6/2014 | $935.00 |
| 11/6/2014 | $977.00 |
| 12/18/2014 | $7,317.00 |
| 12/18/2014 | $7,797.00 |
| 12/23/2014 | $5,023.00 |
| 12/23/2014 | $11,417.00 |
| 12/23/2014 | $12,503.00 |
| 12/23/2014 | $18,629.00 |
| 12/23/2014 | $19,893.00 |
| 12/24/2014 | $670.00 |
| 12/26/2014 | $7,812.00 |
| 1/9/2015 | $345.00 |
| 1/9/2015 | $545.00 |
| 1/27/2015 | $2,000.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 2/19/2015 | $268.00 |
| 2/19/2015 | $2,114.00 |
| 2/19/2015 | $2,380.00 |
| 2/19/2015 | $470.00 |
| 2/19/2015 | $635.00 |
| 2/19/2015 | $1,385.00 |
| 2/20/2015 | $195.00 |
| 2/26/2015 | $260.00 |
| 2/26/2015 | $282.00 |
| 2/26/2015 | $5,925.00 |
| 2/26/2015 | $8,094.00 |
| 2/26/2015 | $8,251.00 |
| 2/26/2015 | $565.00 |
| 2/26/2015 | $13,752.00 |
| 2/26/2015 | $1,071.00 |
| 3/3/2015 | $2,170.00 |
| 3/3/2015 | $3,240.00 |
| 3/3/2015 | $12,679.00 |
| 3/3/2015 | $755.00 |
| 3/6/2015 | $628.00 |
| 3/6/2015 | $862.00 |
| 3/6/2015 | $997.00 |
| 3/6/2015 | $1,184.00 |
| 3/6/2015 | $184.00 |
| 3/10/2015 | $4,535.00 |
| 3/10/2015 | $599.00 |
| 3/10/2015 | $1,899.00 |
| 3/11/2015 | $6,741.00 |
| 3/12/2015 | $3,343.00 |
| 3/12/2015 | $360.00 |
| 3/12/2015 | $530.00 |
| 3/16/2015 | $50.00 |
| 3/16/2015 | $267.00 |
| 3/16/2015 | $4,820.00 |
| 3/16/2015 | $510.00 |
| 3/16/2015 | $980.00 |
| 3/17/2015 | $2,623.00 |
| 3/17/2015 | $1,254.00 |
| 3/20/2015 | $7,487.00 |
| 3/24/2015 | $2,423.00 |
| 3/24/2015 | $5,690.00 |
| 3/24/2015 | $10,753.00 |
| 3/24/2015 | $850.00 |
| 3/24/2015 | $1,150.00 |
| 3/24/2015 | $1,279.00 |
| 3/24/2015 | $1,750.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 3/25/2015 | $604.00 |
| 3/25/2015 | $648.00 |
| 3/25/2015 | $767.00 |
| 3/25/2015 | $1,275.00 |
| 3/25/2015 | $227.00 |
| 3/26/2015 | $2,866.00 |
| 3/26/2015 | $3,492.00 |
| 3/26/2015 | $445.00 |
| 3/26/2015 | $455.00 |
| 3/26/2015 | $6,854.00 |
| 3/26/2015 | $542.00 |
| 3/26/2015 | $770.00 |
| 3/26/2015 | $1,092.00 |
| 4/28/2015 | $2,063.00 |
| 4/28/2015 | $2,170.00 |
| 4/28/2015 | $3,372.00 |
| 4/28/2015 | $428.00 |
| 4/28/2015 | $9,039.00 |
| 4/28/2015 | $11,400.00 |
| 4/28/2015 | $11,400.00 |
| 4/28/2015 | $12,267.00 |
| 4/28/2015 | $14,067.00 |
| 4/28/2015 | $1,210.00 |
| 4/30/2015 | $780.00 |
| 5/28/2015 | $3,937.00 |
| 5/28/2015 | $300.00 |
| 5/28/2015 | $567.00 |
| 5/28/2015 | $470.00 |
| 6/3/2015 | $5,208.00 |
| 6/3/2015 | $4,914.00 |
| 6/3/2015 | $8,091.00 |
| 6/3/2015 | $10,387.00 |
| 6/3/2015 | $19,446.00 |
| 6/3/2015 | $13,168.00 |
| 6/9/2015 | $555.00 |
| 6/17/2015 | $1,438.00 |
| 6/17/2015 | $7,107.00 |
| 6/18/2015 | $1,250.00 |
| 6/18/2015 | $735.00 |
| 6/18/2015 | $4,480.00 |
| 6/18/2015 | $3,964.00 |
| 6/26/2015 | $5,107.00 |
| 6/29/2015 | $510.00 |
| 6/29/2015 | $12,967.00 |
| 7/1/2015 | $6,543.00 |
| 7/16/2015 | $9,884.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 7/16/2015 | $2,884.00 |
| 7/16/2015 | $3,557.00 |
| 7/16/2015 | $2,200.00 |
| 7/16/2015 | $968.00 |
| 7/16/2015 | $879.00 |
| 7/16/2015 | $2,656.00 |
| 7/16/2015 | $2,794.00 |
| 7/21/2015 | $11,960.00 |
| 8/10/2015 | $443,083.00 |
| 8/10/2015 | $4,858.00 |
| 8/10/2015 | $4,858.00 |
| 8/10/2015 | $4,858.00 |
| 8/12/2015 | $3,455.00 |
| 8/12/2015 | $3,455.00 |
| 8/12/2015 | $3,455.00 |
| 8/12/2015 | $3,455.00 |
| 9/10/2015 | $9,120.00 |
| 9/10/2015 | $7,803.00 |
| 9/10/2015 | $2,682.00 |
| 9/10/2015 | $115.00 |
| 9/10/2015 | $3,303.00 |
| 9/10/2015 | $9,888.00 |
| 9/10/2015 | $2,020.00 |
| 9/10/2015 | $798.00 |
| 9/10/2015 | $1,345.00 |
| 9/10/2015 | $1,124.00 |
| 9/10/2015 | $50.00 |
| 9/10/2015 | $252.00 |
| 9/10/2015 | $2,170.00 |
| 9/10/2015 | $7,797.00 |
| 9/10/2015 | $2,721.00 |
| 9/10/2015 | $2,760.00 |
| 9/10/2015 | $657.00 |
| 9/11/2015 | $470.00 |
| 9/11/2015 | $622.00 |
| 9/11/2015 | $687.00 |
| 9/14/2015 | $850.00 |
| 9/15/2015 | $780.00 |
| 9/15/2015 | $1,199.00 |
| 9/15/2015 | $5,262.00 |
| 9/15/2015 | $5,413.00 |
| 9/21/2015 | $1,384.00 |
| 9/22/2015 | $14,375.00 |
| 9/22/2015 | $10,940.00 |
| 9/22/2015 | $6,420.00 |
| 9/22/2015 | $1,760.00 |

63378044 v1

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 9/22/2015 | $1,230.00 |
| 9/22/2015 | $1,288.00 |
| 9/22/2015 | $832.00 |
| 9/24/2015 | $575.00 |
| 9/24/2015 | $767.00 |
| 9/25/2015 | $5,491.00 |
| 9/29/2015 | $18,480.00 |
| 9/29/2015 | $18,118.00 |
| 9/29/2015 | $18,804.00 |
| 9/29/2015 | $843.00 |
| 9/29/2015 | $4,590.00 |
| 9/29/2015 | $943.00 |
| 9/30/2015 | $1,140.00 |
| 9/30/2015 | $433.00 |
| 10/1/2015 | $9,406.00 |
| 10/1/2015 | $7,002.00 |
| 10/1/2015 | $800.00 |
| 10/1/2015 | $2,535.00 |
| 10/1/2015 | $324.00 |
| 10/2/2015 | $997.00 |
| 10/6/2015 | $1,785.00 |
| 10/6/2015 | $83.00 |
| 10/6/2015 | $1,074.00 |
| 10/6/2015 | $325.00 |
| 10/8/2015 | $608.00 |
| 10/8/2015 | $228.00 |
| 10/8/2015 | $998.00 |
| 10/8/2015 | $1,828.00 |
| 10/8/2015 | $2,040.00 |
| 10/8/2015 | $2,439.00 |
| 10/8/2015 | $8,827.00 |
| 10/8/2015 | $2,093.00 |
| 10/8/2015 | $4,139.00 |
| 10/14/2015 | $800.00 |
| 10/14/2015 | $2,210.00 |
| 10/14/2015 | $570.00 |
| 10/14/2015 | $1,535.00 |
| 10/14/2015 | $475.00 |
| 10/14/2015 | $7,118.00 |
| 10/14/2015 | $4,998.00 |
| 10/14/2015 | $5,803.00 |
| 10/14/2015 | $724.00 |
| 10/14/2015 | $4,162.00 |
| 10/14/2015 | $1,942.00 |
| 10/14/2015 | $3,678.00 |
| 10/14/2015 | $4,125.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 10/14/2015 | $2,444.00 |
| 10/21/2015 | $784.00 |
| 10/21/2015 | $138.00 |
| 10/21/2015 | $868.00 |
| 10/23/2015 | $829.00 |
| 10/23/2015 | $789.00 |
| 10/26/2015 | $1,210.00 |
| 10/26/2015 | $341.00 |
| 10/26/2015 | $510.00 |
| 10/26/2015 | $13,383.00 |
| 10/27/2015 | $3,419.00 |
| 10/27/2015 | $600.00 |
| 10/28/2015 | $4,814.00 |
| 10/28/2015 | $680.00 |
| 10/28/2015 | $12,401.00 |
| 10/29/2015 | $360.00 |
| 10/29/2015 | $741.00 |
| 10/29/2015 | $198.00 |
| 10/29/2015 | $1,283.00 |
| 10/29/2015 | $438.00 |
| 10/29/2015 | $138.00 |
| 10/29/2015 | $9,663.00 |
| 10/29/2015 | $550.00 |
| 10/29/2015 | $390.00 |
| 10/29/2015 | $260.00 |
| 10/29/2015 | $285.00 |
| 10/29/2015 | $260.00 |
| 10/29/2015 | $1,453.00 |
| 10/29/2015 | $8,932.00 |
| 10/29/2015 | $768.00 |
| 11/19/2015 | $7,074.00 |
| 11/19/2015 | $1,310.00 |
| 11/23/2015 | $115.00 |
| 11/25/2015 | $10,306.00 |
| 11/27/2015 | $4,557.00 |
| 11/27/2015 | $192.00 |
| 11/27/2015 | $216.00 |
| 11/27/2015 | $6,263.00 |
| 11/27/2015 | $1,665.00 |
| 12/2/2015 | $4,340.00 |
| 12/2/2015 | $2,061.00 |
| 12/2/2015 | $10,616.00 |
| 12/8/2015 | $22,439.00 |
| 12/10/2015 | $367.00 |
| 12/17/2015 | $1,182.00 |
| 12/17/2015 | $183.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 12/17/2015 | $1,376.00 |
| 12/22/2015 | $88.00 |
| 12/22/2015 | $1,096.00 |
| 12/23/2015 | $1,097.00 |
| 12/23/2015 | $865.00 |
| 12/24/2015 | $746.00 |
| 12/24/2015 | $4,273.00 |
| 1/11/2016 | $238.00 |
| 1/13/2016 | $506.00 |
| 1/20/2016 | $1,453.00 |
| 1/21/2016 | $1,674.00 |
| 1/26/2016 | $738.00 |
| 1/26/2016 | $470.00 |
| 1/26/2016 | $524.00 |
| 1/26/2016 | $75.00 |
| 2/10/2016 | $7,658.00 |
| 2/10/2016 | $4,782.00 |
| 2/10/2016 | $4,635.00 |
| 2/10/2016 | $1,820.00 |
| 2/10/2016 | $2,481.00 |
| 2/10/2016 | $2,402.00 |
| 2/10/2016 | $772.00 |
| 3/3/2016 | $350.00 |
| 3/3/2016 | $291.00 |
| 3/3/2016 | $2,961.00 |
| 3/16/2016 | $948.00 |
| 3/16/2016 | $4,835.00 |
| 3/16/2016 | $4,814.00 |
| 3/16/2016 | $2,862.00 |
| 3/16/2016 | $4,480.00 |
| 3/16/2016 | $428.00 |
| 3/17/2016 | $1,267.00 |
| 3/17/2016 | $3,408.00 |
| 3/17/2016 | $5,124.00 |
| 3/17/2016 | $4,665.00 |
| 3/18/2016 | $560.00 |
| 3/18/2016 | $3,588.00 |
| 3/18/2016 | $340.00 |
| 3/23/2016 | $1,644.00 |
| 3/23/2016 | $392.00 |
| 3/23/2016 | $194.00 |
| 3/23/2016 | $455.00 |
| 3/23/2016 | $4,420.00 |
| 3/25/2016 | $178.00 |
| 4/6/2016 | $260.00 |
| 4/7/2016 | $2,843.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 4/13/2016 | $127.00 |
| 4/13/2016 | $438.00 |
| 4/13/2016 | $677.00 |
| 4/13/2016 | $5,171.00 |
| 4/13/2016 | $572.00 |
| 4/13/2016 | $98.00 |
| 4/13/2016 | $3,168.00 |
| 4/13/2016 | $98.00 |
| 4/20/2016 | $3,984.00 |
| 4/20/2016 | $3,818.00 |
| 4/20/2016 | $1,028.00 |
| 4/20/2016 | $2,704.00 |
| 4/20/2016 | $3,094.00 |
| 4/20/2016 | $4,525.00 |
| 4/20/2016 | $1,726.00 |
| 4/27/2016 | $1,055.00 |
| 4/27/2016 | $925.00 |
| 4/27/2016 | $6,645.00 |
| 4/27/2016 | $1,336.00 |
| 4/27/2016 | $2,170.00 |
| 4/27/2016 | $1,104.00 |
| 5/17/2016 | $428.00 |
| 5/19/2016 | $415.00 |
| 5/24/2016 | $1,490.00 |
| 5/25/2016 | $23,824.00 |
| 6/8/2016 | $1,674.00 |
| 6/8/2016 | $1,066.00 |
| 6/8/2016 | $1,891.00 |
| 6/14/2016 | $50.00 |
| 6/14/2016 | $2,266.00 |
| 6/14/2016 | $2,734.00 |
| 6/14/2016 | $2,826.00 |
| 6/14/2016 | $1,324.00 |
| 6/14/2016 | $468.00 |
| 6/14/2016 | $312.00 |
| 6/14/2016 | $1,000.00 |
| 6/15/2016 | $1,685.00 |
| 6/15/2016 | $2,631.00 |
| 6/15/2016 | $1,298.00 |
| 6/15/2016 | $2,335.00 |
| 6/15/2016 | $2,295.00 |
| 6/15/2016 | $1,318.00 |
| 6/21/2016 | $1,810.00 |
| 6/21/2016 | $1,698.00 |
| 6/23/2016 | $114.00 |
| 6/23/2016 | $256.00 |

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 6/23/2016 | $318.00 |
| 6/24/2016 | $2,390.00 |
| 6/24/2016 | $1,891.00 |
| 6/24/2016 | $884.00 |
| 6/24/2016 | $795.00 |
| 6/27/2016 | $4,042.00 |
| 6/27/2016 | $4,558.00 |
| 6/29/2016 | $78.00 |
| 6/30/2016 | $1,288.00 |
| 6/30/2016 | $2,703.00 |
| 6/30/2016 | $1,473.00 |
| 7/1/2016 | $1,808.00 |
| 7/5/2016 | $2,601.00 |
| 7/13/2016 | $3,603.00 |
| 7/13/2016 | $353.00 |
| 7/13/2016 | $115.00 |
| 7/13/2016 | $11,428.00 |
| 8/30/2016 | $37.00 |
| 8/30/2016 | $1,795.00 |
| 8/30/2016 | $284.00 |
| 8/30/2016 | $7,364.00 |
| 8/30/2016 | $932.00 |
| 8/30/2016 | $10,484.00 |
| 8/30/2016 | $198.00 |
| 8/30/2016 | $2,044.00 |
| 8/30/2016 | $3,304.00 |
| 8/30/2016 | $530.00 |
| 8/30/2016 | $312.00 |
| 8/30/2016 | $201.00 |
| 8/30/2016 | $1,646.00 |
| 8/30/2016 | $314.00 |
| 8/30/2016 | $410.00 |
| 8/31/2016 | $1,427.00 |
| 8/31/2016 | $552.00 |
| 8/31/2016 | $1,392.00 |
| 9/7/2016 | $496.00 |
| 9/7/2016 | $2,007.00 |
| 9/7/2016 | $324.00 |
| 9/14/2016 | $5,159.00 |
| 10/11/2016 | $583.00 |
| 10/31/2016 | $1,080.00 |
| 10/31/2016 | $5,400.00 |
| 10/31/2016 | $3,780.00 |
| 12/6/2016 | $540.00 |
| 12/6/2016 | $1,080.00 |
| 12/6/2016 | $2,160.00 |

# EXHIBIT A

## TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 12/6/2016 | $1,080.00 |
| 12/8/2016 | $6,882.00 |
| 1/18/2017 | $1,519.00 |
| 1/18/2017 | $108.00 |
| 1/18/2017 | $493.00 |
| 1/25/2017 | $3,638.00 |
| 1/25/2017 | $5,281.00 |
| 1/25/2017 | $358.00 |
| 1/25/2017 | $7,322.00 |
| 1/26/2017 | $917.00 |
| 1/26/2017 | $3,700.00 |
| 1/26/2017 | $753.00 |
| 1/26/2017 | $276.00 |
| 1/26/2017 | $247.00 |
| 1/26/2017 | $238.00 |
| 1/26/2017 | $3,038.00 |
| 1/31/2017 | $7,870.00 |
| 1/31/2017 | $1,276.00 |
| 2/2/2017 | $2,366.00 |
| 2/2/2017 | $410.00 |
| 2/13/2017 | $1,059.00 |
| 2/21/2017 | $985.00 |
| 2/21/2017 | $2,340.00 |
| 2/21/2017 | $736.00 |
| 2/24/2017 | $3,264.00 |
| 2/24/2017 | $2,165.00 |
| 2/27/2017 | $540.00 |
| 3/6/2017 | $1,060.00 |
| 3/6/2017 | $3,414.00 |
| 3/6/2017 | $5,596.00 |
| 3/6/2017 | $93.00 |
| 3/6/2017 | $2,339.00 |
| 3/6/2017 | $2,241.00 |
| 3/6/2017 | $2,010.00 |
| 3/6/2017 | $160.00 |
| 3/6/2017 | $155.00 |
| 3/7/2017 | $3,240.00 |
| 3/9/2017 | $3,799.00 |
| 3/9/2017 | $2,947.00 |
| 3/20/2017 | $167.00 |
| 3/20/2017 | $910.00 |
| 3/20/2017 | $206.00 |
| 3/21/2017 | $2,195.00 |
| 3/21/2017 | $1,112.00 |
| 3/23/2017 | $124.00 |
| 3/23/2017 | $4,227.00 |

EXHIBIT A

TRANSFERS TO NATIONAL COLLEGE OF BUSINESS AND TECHNOLOGY COMPANY, INC.

| Date | Payment Amount |
|---|---|
| 3/24/2017 | $5,609.00 |
| 3/24/2017 | $3,722.00 |
| 3/27/2017 | $4,995.00 |
| 3/27/2017 | $92.00 |
| 3/30/2017 | $272.00 |
| 3/30/2017 | $619.00 |
| 3/30/2017 | $50.00 |
| 4/4/2017 | $930.00 |
| 4/5/2017 | $3,586.00 |
| 4/6/2017 | $170.00 |
| 4/11/2017 | $2,700.00 |
| 4/18/2017 | $2,044.00 |
| 4/28/2017 | $1,580.00 |
| 4/28/2017 | $1,632.00 |

63378044 v1