# EXHIBIT A

EXHIBIT A

TRANSFERS TO SEMPER INNOVA CORPORATION

| Date | Payment Amount |
|---|---:|
| 6/10/2013 | $990.00 |
| 10/16/2013 | $665,260.00 |
| 4/25/2014 | $525,951.00 |
| 9/9/2014 | $146,937.00 |
| 11/3/2014 | $613,736.00 |
| 3/31/2015 | $333,756.00 |
| 9/23/2015 | $226,373.00 |
| 10/27/2015 | $526,590.00 |
| 5/24/2016 | $172,225.00 |
| 9/26/2016 | $261,533.00 |
| 9/29/2016 | $329,521.00 |
| 1/27/2017 | $1,350.00 |
| 1/27/2017 | $175,950.00 |
| 1/27/2017 | $1,350.00 |
| 2/13/2017 | $408,852.00 |