# EXHIBIT A

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 5/8/2013 | $255.00 |
| 5/8/2013 | $2,082.00 |
| 5/8/2013 | $64.00 |
| 5/8/2013 | $64.00 |
| 5/8/2013 | $370.00 |
| 5/8/2013 | $382.00 |
| 5/8/2013 | $20,733.00 |
| 5/8/2013 | $191.00 |
| 5/13/2013 | $592.00 |
| 5/20/2013 | $37,938.00 |
| 5/21/2013 | $23,610.00 |
| 5/21/2013 | $32,982.00 |
| 5/22/2013 | $292.00 |
| 5/22/2013 | $333.00 |
| 5/22/2013 | $333.00 |
| 5/22/2013 | $333.00 |
| 5/22/2013 | $250.00 |
| 6/3/2013 | $64.00 |
| 6/3/2013 | $5,157.00 |
| 6/3/2013 | $127.00 |
| 6/3/2013 | $30,306.00 |
| 6/5/2013 | $29,626.00 |
| 6/5/2013 | $29,773.00 |
| 6/5/2013 | $37,320.00 |
| 6/11/2013 | $458.00 |
| 6/11/2013 | $542.00 |
| 6/12/2013 | $375.00 |
| 6/12/2013 | $458.00 |
| 6/12/2013 | $250.00 |
| 6/13/2013 | $64.00 |
| 6/13/2013 | $64.00 |
| 6/13/2013 | $64.00 |
| 6/13/2013 | $30,170.00 |
| 6/13/2013 | $30,833.00 |
| 6/13/2013 | $191.00 |
| 6/17/2013 | $12,075.00 |
| 6/19/2013 | $26,110.00 |
| 6/20/2013 | $52.00 |
| 6/20/2013 | $52.00 |
| 6/20/2013 | $64.00 |
| 6/20/2013 | $64.00 |
| 6/20/2013 | $64.00 |
| 6/20/2013 | $64.00 |
| 6/20/2013 | $64.00 |
| 6/20/2013 | $64.00 |
| 6/20/2013 | $64.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 6/20/2013 | $64.00 |
| 6/20/2013 | $64.00 |
| 6/20/2013 | $64.00 |
| 6/20/2013 | $64.00 |
| 6/20/2013 | $434.00 |
| 6/20/2013 | $127.00 |
| 7/1/2013 | $542.00 |
| 7/1/2013 | $250.00 |
| 7/10/2013 | $250.00 |
| 7/17/2013 | $255.00 |
| 7/17/2013 | $64.00 |
| 7/17/2013 | $64.00 |
| 7/17/2013 | $76.00 |
| 7/17/2013 | $76.00 |
| 7/17/2013 | $76.00 |
| 7/17/2013 | $370.00 |
| 7/17/2013 | $127.00 |
| 7/17/2013 | $127.00 |
| 7/17/2013 | $37,054.00 |
| 7/30/2013 | $29,419.00 |
| 7/30/2013 | $41,097.00 |
| 8/1/2013 | $292.00 |
| 8/1/2013 | $500.00 |
| 8/1/2013 | $250.00 |
| 8/9/2013 | $31,517.00 |
| 8/9/2013 | $34,597.00 |
| 8/9/2013 | $40,831.00 |
| 8/9/2013 | $43,439.00 |
| 8/19/2013 | $255.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $64.00 |
| 8/19/2013 | $370.00 |
| 8/19/2013 | $127.00 |
| 8/19/2013 | $127.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 8/19/2013 | $127.00 |
| 8/19/2013 | $127.00 |
| 8/19/2013 | $127.00 |
| 8/19/2013 | $27,041.00 |
| 8/19/2013 | $191.00 |
| 8/19/2013 | $197.00 |
| 8/19/2013 | $197.00 |
| 8/21/2013 | $255.00 |
| 8/21/2013 | $52.00 |
| 8/21/2013 | $64.00 |
| 8/21/2013 | $64.00 |
| 8/21/2013 | $64.00 |
| 8/21/2013 | $64.00 |
| 8/21/2013 | $14,410.00 |
| 8/21/2013 | $127.00 |
| 8/21/2013 | $36,116.00 |
| 8/23/2013 | $417.00 |
| 8/23/2013 | $250.00 |
| 9/3/2013 | $52.00 |
| 9/3/2013 | $64.00 |
| 9/3/2013 | $64.00 |
| 9/3/2013 | $64.00 |
| 9/3/2013 | $64.00 |
| 9/3/2013 | $64.00 |
| 9/3/2013 | $64.00 |
| 9/3/2013 | $64.00 |
| 9/3/2013 | $64.00 |
| 9/3/2013 | $127.00 |
| 9/3/2013 | $127.00 |
| 9/3/2013 | $127.00 |
| 9/16/2013 | $292.00 |
| 9/16/2013 | $584.00 |
| 9/16/2013 | $208.00 |
| 9/18/2013 | $437.00 |
| 9/18/2013 | $39,435.00 |
| 9/25/2013 | $64.00 |
| 9/25/2013 | $64.00 |
| 9/25/2013 | $64.00 |
| 9/25/2013 | $64.00 |
| 9/25/2013 | $2,674.00 |
| 9/25/2013 | $3,918.00 |
| 9/25/2013 | $127.00 |
| 9/25/2013 | $127.00 |
| 9/25/2013 | $29,091.00 |
| 10/9/2013 | $250.00 |
| 10/15/2013 | $64.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 10/15/2013 | $64.00 |
| 10/15/2013 | $6,051.00 |
| 10/17/2013 | $2,483.00 |
| 10/17/2013 | $64.00 |
| 10/17/2013 | $64.00 |
| 10/17/2013 | $3,266.00 |
| 10/17/2013 | $395.00 |
| 10/17/2013 | $437.00 |
| 10/17/2013 | $8,939.00 |
| 10/17/2013 | $14,899.00 |
| 10/17/2013 | $127.00 |
| 10/17/2013 | $1,252.00 |
| 10/23/2013 | $6,895.00 |
| 10/24/2013 | $8,208.00 |
| 10/29/2013 | $2,674.00 |
| 10/29/2013 | $458.00 |
| 10/29/2013 | $500.00 |
| 10/30/2013 | $417.00 |
| 11/6/2013 | $64.00 |
| 11/6/2013 | $306.00 |
| 11/13/2013 | $64.00 |
| 11/13/2013 | $64.00 |
| 11/13/2013 | $2,674.00 |
| 11/13/2013 | $197.00 |
| 11/13/2013 | $228.00 |
| 11/21/2013 | $458.00 |
| 11/22/2013 | $127.00 |
| 11/29/2013 | $127.00 |
| 11/29/2013 | $127.00 |
| 11/29/2013 | $44.00 |
| 11/29/2013 | $1,872.00 |
| 12/2/2013 | $64.00 |
| 12/2/2013 | $5,769.00 |
| 12/19/2013 | $64.00 |
| 12/19/2013 | $76.00 |
| 12/19/2013 | $9,951.00 |
| 12/19/2013 | $22,276.00 |
| 12/27/2013 | $255.00 |
| 12/27/2013 | $2,046.00 |
| 12/27/2013 | $299.00 |
| 12/27/2013 | $64.00 |
| 12/27/2013 | $64.00 |
| 12/27/2013 | $64.00 |
| 12/27/2013 | $29,856.00 |
| 12/27/2013 | $41,082.00 |
| 12/27/2013 | $191.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 12/31/2013 | $417.00 |
| 12/31/2013 | $542.00 |
| 1/2/2014 | $64.00 |
| 1/2/2014 | $64.00 |
| 1/2/2014 | $64.00 |
| 1/2/2014 | $64.00 |
| 1/2/2014 | $64.00 |
| 1/2/2014 | $127.00 |
| 1/2/2014 | $127.00 |
| 1/8/2014 | $255.00 |
| 1/8/2014 | $64.00 |
| 1/8/2014 | $64.00 |
| 1/8/2014 | $64.00 |
| 1/8/2014 | $195.00 |
| 1/9/2014 | $2,674.00 |
| 1/9/2014 | $45,452.00 |
| 1/15/2014 | $417.00 |
| 1/15/2014 | $500.00 |
| 1/15/2014 | $584.00 |
| 1/16/2014 | $3,249.00 |
| 1/16/2014 | $370.00 |
| 1/16/2014 | $3,850.00 |
| 1/16/2014 | $4,200.00 |
| 1/16/2014 | $6,097.00 |
| 1/16/2014 | $6,300.00 |
| 1/16/2014 | $7,700.00 |
| 1/16/2014 | $23,720.00 |
| 1/16/2014 | $28,757.00 |
| 1/16/2014 | $41,546.00 |
| 1/16/2014 | $41,705.00 |
| 1/16/2014 | $44,972.00 |
| 1/16/2014 | $45,720.00 |
| 1/21/2014 | $64.00 |
| 1/21/2014 | $64.00 |
| 1/21/2014 | $64.00 |
| 1/21/2014 | $30,414.00 |
| 1/21/2014 | $31,733.00 |
| 1/21/2014 | $44,160.00 |
| 1/21/2014 | $52,532.00 |
| 1/27/2014 | $292.00 |
| 1/27/2014 | $292.00 |
| 1/27/2014 | $292.00 |
| 1/27/2014 | $458.00 |
| 1/27/2014 | $500.00 |
| 1/27/2014 | $581.00 |
| 1/27/2014 | $167.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 1/27/2014 | $208.00 |
| 1/27/2014 | $208.00 |
| 1/27/2014 | $250.00 |
| 2/7/2014 | $64.00 |
| 2/7/2014 | $64.00 |
| 2/7/2014 | $64.00 |
| 2/7/2014 | $39,687.00 |
| 2/14/2014 | $64.00 |
| 2/14/2014 | $64.00 |
| 2/14/2014 | $17,933.00 |
| 2/14/2014 | $21,076.00 |
| 2/14/2014 | $27,097.00 |
| 2/14/2014 | $32,041.00 |
| 2/14/2014 | $37,946.00 |
| 2/14/2014 | $191.00 |
| 2/14/2014 | $195.00 |
| 2/20/2014 | $191.00 |
| 2/25/2014 | $13,741.00 |
| 2/27/2014 | $64.00 |
| 2/27/2014 | $127.00 |
| 2/27/2014 | $25,934.00 |
| 3/3/2014 | $52.00 |
| 3/3/2014 | $64.00 |
| 3/3/2014 | $64.00 |
| 3/3/2014 | $64.00 |
| 3/3/2014 | $64.00 |
| 3/3/2014 | $33,328.00 |
| 3/4/2014 | $500.00 |
| 3/4/2014 | $37,877.00 |
| 3/6/2014 | $2,674.00 |
| 3/17/2014 | $64.00 |
| 3/17/2014 | $4,550.00 |
| 3/17/2014 | $20,724.00 |
| 3/17/2014 | $27,083.00 |
| 3/17/2014 | $31,630.00 |
| 3/17/2014 | $33,221.00 |
| 3/17/2014 | $35,774.00 |
| 3/17/2014 | $56,842.00 |
| 3/17/2014 | $197.00 |
| 3/20/2014 | $375.00 |
| 3/20/2014 | $500.00 |
| 3/20/2014 | $500.00 |
| 3/20/2014 | $500.00 |
| 3/20/2014 | $584.00 |
| 3/20/2014 | $153.00 |
| 3/20/2014 | $250.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 3/27/2014 | $125.00 |
| 3/27/2014 | $31,280.00 |
| 3/28/2014 | $222.00 |
| 4/4/2014 | $2,674.00 |
| 4/7/2014 | $333.00 |
| 4/7/2014 | $83.00 |
| 4/7/2014 | $125.00 |
| 4/7/2014 | $208.00 |
| 4/7/2014 | $208.00 |
| 4/7/2014 | $208.00 |
| 4/7/2014 | $208.00 |
| 4/7/2014 | $208.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $64.00 |
| 4/14/2014 | $370.00 |
| 4/14/2014 | $434.00 |
| 4/14/2014 | $486.00 |
| 4/14/2014 | $127.00 |
| 4/14/2014 | $127.00 |
| 4/14/2014 | $127.00 |
| 4/14/2014 | $127.00 |
| 4/14/2014 | $128.00 |
| 4/14/2014 | $130.00 |
| 4/14/2014 | $27,701.00 |
| 4/14/2014 | $28,435.00 |
| 4/14/2014 | $39,063.00 |
| 4/14/2014 | $231.00 |
| 4/16/2014 | $2,674.00 |
| 4/16/2014 | $333.00 |
| 4/16/2014 | $333.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 4/16/2014 | $83.00 |
| 4/16/2014 | $83.00 |
| 4/16/2014 | $124.00 |
| 4/16/2014 | $125.00 |
| 4/16/2014 | $125.00 |
| 4/16/2014 | $208.00 |
| 4/16/2014 | $208.00 |
| 4/16/2014 | $250.00 |
| 4/29/2014 | $64.00 |
| 4/29/2014 | $64.00 |
| 4/29/2014 | $64.00 |
| 4/29/2014 | $64.00 |
| 4/29/2014 | $64.00 |
| 4/29/2014 | $370.00 |
| 4/29/2014 | $435.00 |
| 4/29/2014 | $25,217.00 |
| 4/29/2014 | $33,778.00 |
| 4/29/2014 | $34,397.00 |
| 4/29/2014 | $38,464.00 |
| 4/29/2014 | $38,663.00 |
| 5/6/2014 | $64.00 |
| 5/6/2014 | $370.00 |
| 5/6/2014 | $19,778.00 |
| 5/6/2014 | $24,349.00 |
| 5/7/2014 | $333.00 |
| 5/7/2014 | $458.00 |
| 5/7/2014 | $500.00 |
| 5/7/2014 | $167.00 |
| 5/7/2014 | $167.00 |
| 5/16/2014 | $64.00 |
| 5/16/2014 | $370.00 |
| 5/20/2014 | $292.00 |
| 5/20/2014 | $333.00 |
| 5/20/2014 | $167.00 |
| 5/27/2014 | $625.00 |
| 5/29/2014 | $542.00 |
| 6/2/2014 | $64.00 |
| 6/2/2014 | $127.00 |
| 6/2/2014 | $27,010.00 |
| 6/2/2014 | $39,792.00 |
| 6/2/2014 | $197.00 |
| 6/2/2014 | $197.00 |
| 6/4/2014 | $42,835.00 |
| 6/11/2014 | $52.00 |
| 6/11/2014 | $64.00 |
| 6/11/2014 | $64.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 6/11/2014 | $370.00 |
| 6/11/2014 | $15,074.00 |
| 6/13/2014 | $167.00 |
| 6/13/2014 | $208.00 |
| 6/17/2014 | $44,696.00 |
| 6/18/2014 | $458.00 |
| 6/18/2014 | $584.00 |
| 6/19/2014 | $375.00 |
| 6/19/2014 | $375.00 |
| 6/19/2014 | $417.00 |
| 6/19/2014 | $417.00 |
| 6/19/2014 | $5,253.00 |
| 6/19/2014 | $37,716.00 |
| 7/1/2014 | $26,659.00 |
| 7/9/2014 | $339.00 |
| 7/11/2014 | $255.00 |
| 7/11/2014 | $21,301.00 |
| 7/11/2014 | $44,285.00 |
| 7/11/2014 | $45,570.00 |
| 7/11/2014 | $195.00 |
| 7/15/2014 | $125.00 |
| 7/15/2014 | $917.00 |
| 7/16/2014 | $371.00 |
| 7/30/2014 | $333.00 |
| 7/30/2014 | $375.00 |
| 7/30/2014 | $500.00 |
| 7/30/2014 | $16,708.00 |
| 7/30/2014 | $28,916.00 |
| 7/30/2014 | $38,610.00 |
| 8/12/2014 | $64.00 |
| 8/12/2014 | $64.00 |
| 8/12/2014 | $64.00 |
| 8/12/2014 | $64.00 |
| 8/12/2014 | $64.00 |
| 8/12/2014 | $3,850.00 |
| 8/14/2014 | $64.00 |
| 8/14/2014 | $64.00 |
| 8/14/2014 | $333.00 |
| 8/14/2014 | $333.00 |
| 8/14/2014 | $375.00 |
| 8/14/2014 | $375.00 |
| 8/14/2014 | $375.00 |
| 8/14/2014 | $375.00 |
| 8/14/2014 | $417.00 |
| 8/14/2014 | $417.00 |
| 8/14/2014 | $584.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 8/14/2014 | $127.00 |
| 8/14/2014 | $26,032.00 |
| 8/14/2014 | $27,861.00 |
| 8/14/2014 | $34,666.00 |
| 8/14/2014 | $38,097.00 |
| 8/18/2014 | $2,101.00 |
| 8/20/2014 | $4,317.00 |
| 8/29/2014 | $500.00 |
| 8/29/2014 | $208.00 |
| 8/29/2014 | $208.00 |
| 8/29/2014 | $250.00 |
| 9/2/2014 | $64.00 |
| 9/2/2014 | $64.00 |
| 9/2/2014 | $31,489.00 |
| 9/4/2014 | $26,760.00 |
| 9/11/2014 | $6,440.00 |
| 9/18/2014 | $253.00 |
| 9/18/2014 | $285.00 |
| 9/18/2014 | $458.00 |
| 9/19/2014 | $50.00 |
| 9/19/2014 | $274.00 |
| 9/19/2014 | $275.00 |
| 9/19/2014 | $51.00 |
| 9/19/2014 | $51.00 |
| 9/19/2014 | $51.00 |
| 9/19/2014 | $51.00 |
| 9/19/2014 | $51.00 |
| 9/19/2014 | $51.00 |
| 9/19/2014 | $51.00 |
| 9/19/2014 | $52.00 |
| 9/19/2014 | $53.00 |
| 9/19/2014 | $53.00 |
| 9/19/2014 | $60.00 |
| 9/19/2014 | $60.00 |
| 9/19/2014 | $64.00 |
| 9/19/2014 | $64.00 |
| 9/19/2014 | $64.00 |
| 9/19/2014 | $64.00 |
| 9/19/2014 | $64.00 |
| 9/19/2014 | $66.00 |
| 9/19/2014 | $67.00 |
| 9/19/2014 | $67.00 |
| 9/19/2014 | $67.00 |
| 9/19/2014 | $70.00 |
| 9/19/2014 | $70.00 |
| 9/19/2014 | $2,865.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 9/19/2014 | $310.00 |
| 9/19/2014 | $379.00 |
| 9/19/2014 | $80.00 |
| 9/19/2014 | $80.00 |
| 9/19/2014 | $80.00 |
| 9/19/2014 | $424.00 |
| 9/19/2014 | $5,950.00 |
| 9/19/2014 | $499.00 |
| 9/19/2014 | $7,806.00 |
| 9/19/2014 | $106.00 |
| 9/19/2014 | $106.00 |
| 9/19/2014 | $110.00 |
| 9/19/2014 | $118.00 |
| 9/19/2014 | $642.00 |
| 9/19/2014 | $665.00 |
| 9/19/2014 | $127.00 |
| 9/19/2014 | $136.00 |
| 9/19/2014 | $142.00 |
| 9/19/2014 | $150.00 |
| 9/19/2014 | $150.00 |
| 9/19/2014 | $150.00 |
| 9/19/2014 | $154.00 |
| 9/19/2014 | $160.00 |
| 9/19/2014 | $180.00 |
| 9/19/2014 | $15.00 |
| 9/19/2014 | $15.00 |
| 9/19/2014 | $15.00 |
| 9/19/2014 | $185.00 |
| 9/19/2014 | $185.00 |
| 9/19/2014 | $187.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |

63377589 v1

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $16.00 |
| 9/19/2014 | $18.00 |
| 9/19/2014 | $18.00 |
| 9/19/2014 | $18.00 |
| 9/19/2014 | $18.00 |
| 9/19/2014 | $18.00 |
| 9/19/2014 | $194.00 |
| 9/19/2014 | $195.00 |
| 9/19/2014 | $195.00 |
| 9/19/2014 | $25.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $30.00 |
| 9/19/2014 | $32.00 |
| 9/19/2014 | $32.00 |
| 9/19/2014 | $32.00 |
| 9/19/2014 | $32.00 |
| 9/19/2014 | $32.00 |
| 9/19/2014 | $32.00 |
| 9/19/2014 | $32.00 |
| 9/19/2014 | $32.00 |
| 9/19/2014 | $32.00 |
| 9/19/2014 | $35.00 |
| 9/19/2014 | $35.00 |
| 9/19/2014 | $35.00 |
| 9/19/2014 | $35.00 |
| 9/19/2014 | $36.00 |
| 9/19/2014 | $38.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 9/19/2014 | $40.00 |
| 9/19/2014 | $40.00 |
| 9/19/2014 | $40.00 |
| 9/19/2014 | $40.00 |
| 9/19/2014 | $48.00 |
| 9/26/2014 | $253.00 |
| 9/26/2014 | $255.00 |
| 9/26/2014 | $258.00 |
| 9/26/2014 | $2,040.00 |
| 9/26/2014 | $50.00 |
| 9/26/2014 | $2,170.00 |
| 9/26/2014 | $280.00 |
| 9/26/2014 | $280.00 |
| 9/26/2014 | $52.00 |
| 9/26/2014 | $285.00 |
| 9/26/2014 | $292.00 |
| 9/26/2014 | $60.00 |
| 9/26/2014 | $60.00 |
| 9/26/2014 | $60.00 |
| 9/26/2014 | $60.00 |
| 9/26/2014 | $63.00 |
| 9/26/2014 | $64.00 |
| 9/26/2014 | $64.00 |
| 9/26/2014 | $64.00 |
| 9/26/2014 | $64.00 |
| 9/26/2014 | $64.00 |
| 9/26/2014 | $64.00 |
| 9/26/2014 | $65.00 |
| 9/26/2014 | $65.00 |
| 9/26/2014 | $65.00 |
| 9/26/2014 | $71.00 |
| 9/26/2014 | $72.00 |
| 9/26/2014 | $72.00 |
| 9/26/2014 | $72.00 |
| 9/26/2014 | $72.00 |
| 9/26/2014 | $3,150.00 |
| 9/26/2014 | $3,264.00 |
| 9/26/2014 | $333.00 |
| 9/26/2014 | $333.00 |
| 9/26/2014 | $3,448.00 |
| 9/26/2014 | $3,550.00 |
| 9/26/2014 | $351.00 |
| 9/26/2014 | $354.00 |
| 9/26/2014 | $3,736.00 |
| 9/26/2014 | $375.00 |
| 9/26/2014 | $375.00 |

63377589 v1

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 9/26/2014 | $375.00 |
| 9/26/2014 | $375.00 |
| 9/26/2014 | $3,848.00 |
| 9/26/2014 | $4,090.00 |
| 9/26/2014 | $4,318.00 |
| 9/26/2014 | $417.00 |
| 9/26/2014 | $419.00 |
| 9/26/2014 | $430.00 |
| 9/26/2014 | $434.00 |
| 9/26/2014 | $434.00 |
| 9/26/2014 | $88.00 |
| 9/26/2014 | $89.00 |
| 9/26/2014 | $89.00 |
| 9/26/2014 | $89.00 |
| 9/26/2014 | $90.00 |
| 9/26/2014 | $5,572.00 |
| 9/26/2014 | $5,622.00 |
| 9/26/2014 | $5,849.00 |
| 9/26/2014 | $6,404.00 |
| 9/26/2014 | $500.00 |
| 9/26/2014 | $6,875.00 |
| 9/26/2014 | $7,144.00 |
| 9/26/2014 | $7,235.00 |
| 9/26/2014 | $7,651.00 |
| 9/26/2014 | $524.00 |
| 9/26/2014 | $105.00 |
| 9/26/2014 | $595.00 |
| 9/26/2014 | $113.00 |
| 9/26/2014 | $612.00 |
| 9/26/2014 | $15,537.00 |
| 9/26/2014 | $120.00 |
| 9/26/2014 | $120.00 |
| 9/26/2014 | $120.00 |
| 9/26/2014 | $120.00 |
| 9/26/2014 | $124.00 |
| 9/26/2014 | $125.00 |
| 9/26/2014 | $130.00 |
| 9/26/2014 | $130.00 |
| 9/26/2014 | $150.00 |
| 9/26/2014 | $150.00 |
| 9/26/2014 | $150.00 |
| 9/26/2014 | $166.00 |
| 9/26/2014 | $166.00 |
| 9/26/2014 | $167.00 |
| 9/26/2014 | $167.00 |
| 9/26/2014 | $167.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 9/26/2014 | $180.00 |
| 9/26/2014 | $190.00 |
| 9/26/2014 | $18.00 |
| 9/26/2014 | $18.00 |
| 9/26/2014 | $18.00 |
| 9/26/2014 | $18.00 |
| 9/26/2014 | $18.00 |
| 9/26/2014 | $18.00 |
| 9/26/2014 | $18.00 |
| 9/26/2014 | $18.00 |
| 9/26/2014 | $18.00 |
| 9/26/2014 | $194.00 |
| 9/26/2014 | $194.00 |
| 9/26/2014 | $1,493.00 |
| 9/26/2014 | $30.00 |
| 9/26/2014 | $30.00 |
| 9/26/2014 | $30.00 |
| 9/26/2014 | $30.00 |
| 9/26/2014 | $30.00 |
| 9/26/2014 | $30.00 |
| 9/26/2014 | $30.00 |
| 9/26/2014 | $30.00 |
| 9/26/2014 | $30.00 |
| 9/26/2014 | $1,580.00 |
| 9/26/2014 | $1,580.00 |
| 9/26/2014 | $208.00 |
| 9/26/2014 | $208.00 |
| 9/26/2014 | $208.00 |
| 9/26/2014 | $208.00 |
| 9/26/2014 | $208.00 |
| 9/26/2014 | $215.00 |
| 9/26/2014 | $35.00 |
| 9/26/2014 | $35.00 |
| 9/26/2014 | $36.00 |
| 9/26/2014 | $36.00 |
| 9/26/2014 | $36.00 |
| 9/26/2014 | $36.00 |
| 9/26/2014 | $250.00 |
| 9/26/2014 | $250.00 |
| 9/26/2014 | $250.00 |
| 10/1/2014 | $256.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $258.00 |
| 10/1/2014 | $267.00 |
| 10/1/2014 | $281.00 |
| 10/1/2014 | $281.00 |
| 10/1/2014 | $281.00 |
| 10/1/2014 | $281.00 |
| 10/1/2014 | $281.00 |
| 10/1/2014 | $281.00 |
| 10/1/2014 | $281.00 |
| 10/1/2014 | $281.00 |
| 10/1/2014 | $281.00 |
| 10/1/2014 | $290.00 |
| 10/1/2014 | $290.00 |
| 10/1/2014 | $290.00 |
| 10/1/2014 | $290.00 |
| 10/1/2014 | $292.00 |
| 10/1/2014 | $70.00 |
| 10/1/2014 | $70.00 |
| 10/1/2014 | $70.00 |
| 10/1/2014 | $305.00 |
| 10/1/2014 | $305.00 |
| 10/1/2014 | $305.00 |
| 10/1/2014 | $322.00 |
| 10/1/2014 | $322.00 |
| 10/1/2014 | $322.00 |
| 10/1/2014 | $322.00 |
| 10/1/2014 | $322.00 |
| 10/1/2014 | $322.00 |
| 10/1/2014 | $322.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $355.00 |
| 10/1/2014 | $387.00 |
| 10/1/2014 | $387.00 |
| 10/1/2014 | $387.00 |
| 10/1/2014 | $387.00 |
| 10/1/2014 | $83.00 |
| 10/1/2014 | $419.00 |
| 10/1/2014 | $419.00 |
| 10/1/2014 | $106.00 |
| 10/1/2014 | $117.00 |
| 10/1/2014 | $117.00 |
| 10/1/2014 | $117.00 |
| 10/1/2014 | $125.00 |
| 10/1/2014 | $140.00 |
| 10/1/2014 | $141.00 |
| 10/1/2014 | $164.00 |
| 10/1/2014 | $164.00 |
| 10/1/2014 | $167.00 |
| 10/1/2014 | $167.00 |
| 10/1/2014 | $187.00 |
| 10/1/2014 | $187.00 |
| 10/1/2014 | $187.00 |
| 10/1/2014 | $187.00 |
| 10/1/2014 | $193.00 |
| 10/1/2014 | $23.00 |
| 10/1/2014 | $23.00 |
| 10/1/2014 | $23.00 |
| 10/1/2014 | $25.00 |
| 10/1/2014 | $211.00 |
| 10/1/2014 | $211.00 |
| 10/1/2014 | $211.00 |
| 10/1/2014 | $211.00 |
| 10/1/2014 | $211.00 |

63377589 v1

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 10/1/2014 | $211.00 |
| 10/1/2014 | $234.00 |
| 10/1/2014 | $234.00 |
| 10/1/2014 | $234.00 |
| 10/1/2014 | $234.00 |
| 10/1/2014 | $234.00 |
| 10/1/2014 | $234.00 |
| 10/1/2014 | $234.00 |
| 10/1/2014 | $234.00 |
| 10/1/2014 | $234.00 |
| 10/1/2014 | $42.00 |
| 10/1/2014 | $42.00 |
| 10/1/2014 | $47.00 |
| 10/1/2014 | $47.00 |
| 10/1/2014 | $47.00 |
| 10/1/2014 | $47.00 |
| 10/1/2014 | $47.00 |
| 10/9/2014 | $2,232.00 |
| 10/9/2014 | $2,400.00 |
| 10/9/2014 | $3,477.00 |
| 10/9/2014 | $4,480.00 |
| 10/9/2014 | $5,110.00 |
| 10/9/2014 | $6,230.00 |
| 10/9/2014 | $6,265.00 |
| 10/9/2014 | $6,300.00 |
| 10/9/2014 | $6,342.00 |
| 10/9/2014 | $6,404.00 |
| 10/9/2014 | $9,158.00 |
| 10/9/2014 | $10,000.00 |
| 10/9/2014 | $11,855.00 |
| 10/9/2014 | $1,710.00 |
| 10/22/2014 | $292.00 |
| 10/22/2014 | $375.00 |
| 10/22/2014 | $375.00 |
| 10/22/2014 | $387.00 |
| 10/22/2014 | $417.00 |
| 10/22/2014 | $417.00 |
| 10/22/2014 | $94.00 |
| 10/22/2014 | $167.00 |
| 10/24/2014 | $4,087.00 |
| 10/24/2014 | $26,668.00 |
| 10/27/2014 | $1,242.00 |
| 10/29/2014 | $255.00 |
| 10/29/2014 | $2,950.00 |
| 10/29/2014 | $3,000.00 |
| 10/29/2014 | $5,156.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 10/29/2014 | $5,162.00 |
| 10/29/2014 | $6,789.00 |
| 10/29/2014 | $10,067.00 |
| 10/29/2014 | $31,657.00 |
| 10/29/2014 | $1,721.00 |
| 10/29/2014 | $1,788.00 |
| 11/3/2014 | $375.00 |
| 11/3/2014 | $43.00 |
| 11/6/2014 | $4,372.00 |
| 11/6/2014 | $4,696.00 |
| 11/6/2014 | $5,572.00 |
| 11/6/2014 | $486.00 |
| 11/6/2014 | $6,475.00 |
| 11/6/2014 | $7,025.00 |
| 11/6/2014 | $585.00 |
| 11/6/2014 | $27,791.00 |
| 11/13/2014 | $64.00 |
| 11/13/2014 | $64.00 |
| 11/13/2014 | $3,220.00 |
| 11/13/2014 | $23,521.00 |
| 12/4/2014 | $255.00 |
| 12/4/2014 | $2,516.00 |
| 12/4/2014 | $24,428.00 |
| 12/15/2014 | $261.00 |
| 12/15/2014 | $64.00 |
| 12/15/2014 | $64.00 |
| 12/15/2014 | $65.00 |
| 12/15/2014 | $76.00 |
| 12/15/2014 | $370.00 |
| 12/15/2014 | $127.00 |
| 12/15/2014 | $130.00 |
| 12/15/2014 | $130.00 |
| 12/15/2014 | $26,763.00 |
| 12/15/2014 | $36,083.00 |
| 12/15/2014 | $38,308.00 |
| 12/16/2014 | $25,580.00 |
| 12/16/2014 | $39,174.00 |
| 12/17/2014 | $64.00 |
| 12/23/2014 | $258.00 |
| 12/23/2014 | $333.00 |
| 12/23/2014 | $355.00 |
| 12/23/2014 | $79.00 |
| 12/23/2014 | $417.00 |
| 12/23/2014 | $417.00 |
| 12/23/2014 | $458.00 |
| 12/23/2014 | $458.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 12/23/2014 | $94.00 |
| 12/23/2014 | $542.00 |
| 12/23/2014 | $117.00 |
| 12/23/2014 | $161.00 |
| 12/23/2014 | $161.00 |
| 12/23/2014 | $250.00 |
| 12/29/2014 | $35,178.00 |
| 12/29/2014 | $41,479.00 |
| 1/5/2015 | $1,130.00 |
| 1/9/2015 | $64.00 |
| 1/9/2015 | $64.00 |
| 1/9/2015 | $64.00 |
| 1/9/2015 | $333.00 |
| 1/9/2015 | $127.00 |
| 1/9/2015 | $34,214.00 |
| 1/9/2015 | $36,175.00 |
| 1/9/2015 | $47,473.00 |
| 1/9/2015 | $1,861.00 |
| 1/12/2015 | $2,903.00 |
| 1/12/2015 | $500.00 |
| 1/12/2015 | $500.00 |
| 1/12/2015 | $500.00 |
| 1/12/2015 | $167.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $64.00 |
| 1/15/2015 | $568.00 |
| 1/15/2015 | $116.00 |
| 1/15/2015 | $127.00 |
| 1/15/2015 | $127.00 |
| 1/15/2015 | $130.00 |
| 1/15/2015 | $34,651.00 |
| 1/15/2015 | $195.00 |
| 1/15/2015 | $203.00 |
| 1/21/2015 | $94.00 |
| 1/21/2015 | $140.00 |
| 1/21/2015 | $140.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 1/22/2015 | $2,800.00 |
| 1/22/2015 | $2,800.00 |
| 1/22/2015 | $30,752.00 |
| 1/22/2015 | $36,439.00 |
| 1/26/2015 | $64.00 |
| 1/26/2015 | $5,600.00 |
| 1/26/2015 | $8,100.00 |
| 1/26/2015 | $24,267.00 |
| 1/27/2015 | $292.00 |
| 1/27/2015 | $446.00 |
| 1/27/2015 | $152.00 |
| 1/27/2015 | $250.00 |
| 2/12/2015 | $374.00 |
| 2/12/2015 | $515.00 |
| 2/12/2015 | $655.00 |
| 2/17/2015 | $6,300.00 |
| 2/17/2015 | $127.00 |
| 2/17/2015 | $22,636.00 |
| 2/17/2015 | $23,809.00 |
| 2/17/2015 | $30,389.00 |
| 2/23/2015 | $65.00 |
| 2/23/2015 | $18,306.00 |
| 2/23/2015 | $127.00 |
| 2/23/2015 | $30,917.00 |
| 2/23/2015 | $191.00 |
| 2/25/2015 | $281.00 |
| 2/25/2015 | $64.00 |
| 2/25/2015 | $76.00 |
| 2/25/2015 | $127.00 |
| 2/25/2015 | $127.00 |
| 2/25/2015 | $25,380.00 |
| 2/25/2015 | $152.00 |
| 2/25/2015 | $218.00 |
| 2/25/2015 | $47.00 |
| 3/5/2015 | $64.00 |
| 3/5/2015 | $19,925.00 |
| 3/5/2015 | $24,397.00 |
| 3/5/2015 | $31,059.00 |
| 3/5/2015 | $40.00 |
| 3/18/2015 | $10,681.00 |
| 3/18/2015 | $14,808.00 |
| 3/18/2015 | $37,719.00 |
| 3/19/2015 | $3,290.00 |
| 3/25/2015 | $421.00 |
| 3/25/2015 | $515.00 |
| 3/25/2015 | $608.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 3/25/2015 | $140.00 |
| 3/31/2015 | $64.00 |
| 3/31/2015 | $921.00 |
| 4/1/2015 | $27,630.00 |
| 4/7/2015 | $255.00 |
| 4/7/2015 | $64.00 |
| 4/7/2015 | $421.00 |
| 4/7/2015 | $468.00 |
| 4/7/2015 | $608.00 |
| 4/7/2015 | $127.00 |
| 4/7/2015 | $31,215.00 |
| 4/7/2015 | $195.00 |
| 4/15/2015 | $2,275.00 |
| 4/15/2015 | $3,850.00 |
| 4/15/2015 | $4,200.00 |
| 4/15/2015 | $5,425.00 |
| 4/15/2015 | $480.00 |
| 4/22/2015 | $328.00 |
| 4/22/2015 | $328.00 |
| 4/22/2015 | $515.00 |
| 4/22/2015 | $562.00 |
| 4/22/2015 | $187.00 |
| 4/29/2015 | $2,129.00 |
| 4/29/2015 | $64.00 |
| 4/29/2015 | $64.00 |
| 4/29/2015 | $64.00 |
| 4/29/2015 | $64.00 |
| 4/29/2015 | $64.00 |
| 4/29/2015 | $351.00 |
| 4/29/2015 | $6,132.00 |
| 4/29/2015 | $6,300.00 |
| 4/29/2015 | $6,300.00 |
| 4/29/2015 | $6,370.00 |
| 4/29/2015 | $19,344.00 |
| 4/29/2015 | $47,085.00 |
| 5/6/2015 | $2,903.00 |
| 5/6/2015 | $666.00 |
| 5/11/2015 | $19,562.00 |
| 5/11/2015 | $22,501.00 |
| 5/11/2015 | $28,200.00 |
| 5/11/2015 | $29,688.00 |
| 5/12/2015 | $22,496.00 |
| 5/13/2015 | $42,454.00 |
| 5/29/2015 | $93.00 |
| 5/29/2015 | $138.00 |
| 5/29/2015 | $281.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 5/29/2015 | $328.00 |
| 5/29/2015 | $281.00 |
| 5/29/2015 | $608.00 |
| 5/29/2015 | $611.00 |
| 6/9/2015 | $334.00 |
| 6/9/2015 | $619.00 |
| 6/10/2015 | $76.00 |
| 6/16/2015 | $127.00 |
| 6/16/2015 | $370.00 |
| 6/16/2015 | $357.00 |
| 6/16/2015 | $370.00 |
| 6/16/2015 | $64.00 |
| 6/16/2015 | $116.00 |
| 6/16/2015 | $127.00 |
| 6/16/2015 | $64.00 |
| 6/16/2015 | $64.00 |
| 6/16/2015 | $370.00 |
| 6/19/2015 | $2,275.00 |
| 6/19/2015 | $15,372.00 |
| 6/19/2015 | $6,230.00 |
| 6/19/2015 | $7,392.00 |
| 6/19/2015 | $3,752.00 |
| 6/19/2015 | $5,711.00 |
| 6/22/2015 | $406.00 |
| 6/22/2015 | $500.00 |
| 6/22/2015 | $140.00 |
| 6/22/2015 | $374.00 |
| 6/25/2015 | $6,090.00 |
| 6/25/2015 | $7,700.00 |
| 6/29/2015 | $6,020.00 |
| 7/3/2015 | $27,284.00 |
| 7/3/2015 | $372.00 |
| 7/3/2015 | $743.00 |
| 7/7/2015 | $31,159.00 |
| 7/8/2015 | $1,551.00 |
| 7/8/2015 | $27,513.00 |
| 7/8/2015 | $93.00 |
| 7/8/2015 | $2,516.00 |
| 7/8/2015 | $30,547.00 |
| 7/10/2015 | $20,252.00 |
| 7/10/2015 | $183.00 |
| 7/13/2015 | $26,307.00 |
| 7/13/2015 | $28,275.00 |
| 7/13/2015 | $25,818.00 |
| 7/15/2015 | $383.00 |
| 7/20/2015 | $25,205.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------:|
| 7/20/2015 | $372.00 |
| 7/20/2015 | $38,575.00 |
| 7/20/2015 | $64.00 |
| 7/20/2015 | $39,325.00 |
| 7/20/2015 | $27,042.00 |
| 7/20/2015 | $1,502.00 |
| 7/23/2015 | $107.00 |
| 7/23/2015 | $2,419.00 |
| 7/23/2015 | $1,587.00 |
| 7/23/2015 | $2,612.00 |
| 7/24/2015 | $5,418.00 |
| 7/24/2015 | $22,649.00 |
| 7/24/2015 | $720.00 |
| 7/24/2015 | $24,668.00 |
| 7/24/2015 | $197.00 |
| 7/24/2015 | $370.00 |
| 7/24/2015 | $191.00 |
| 7/24/2015 | $1,372.00 |
| 7/24/2015 | $370.00 |
| 7/24/2015 | $64.00 |
| 7/24/2015 | $127.00 |
| 7/24/2015 | $25,045.00 |
| 7/28/2015 | $186.00 |
| 7/28/2015 | $64.00 |
| 7/28/2015 | $64.00 |
| 7/28/2015 | $197.00 |
| 7/28/2015 | $42,326.00 |
| 7/30/2015 | $445.00 |
| 7/30/2015 | $468.00 |
| 7/30/2015 | $374.00 |
| 7/30/2015 | $515.00 |
| 7/30/2015 | $468.00 |
| 7/30/2015 | $328.00 |
| 8/10/2015 | $4,700.00 |
| 8/11/2015 | $26,302.00 |
| 8/11/2015 | $76.00 |
| 8/11/2015 | $31,332.00 |
| 8/12/2015 | $1,393.00 |
| 8/20/2015 | $281.00 |
| 8/20/2015 | $281.00 |
| 8/20/2015 | $374.00 |
| 8/20/2015 | $328.00 |
| 8/20/2015 | $468.00 |
| 8/20/2015 | $328.00 |
| 8/20/2015 | $140.00 |
| 8/21/2015 | $64.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|---|---|
| 8/31/2015 | $186.00 |
| 9/1/2015 | $40,362.00 |
| 9/1/2015 | $13,838.00 |
| 9/4/2015 | $374.00 |
| 9/4/2015 | $468.00 |
| 9/8/2015 | $716.00 |
| 9/8/2015 | $93.00 |
| 9/11/2015 | $608.00 |
| 9/11/2015 | $515.00 |
| 9/16/2015 | $13,223.00 |
| 9/16/2015 | $30,881.00 |
| 9/16/2015 | $18,358.00 |
| 9/16/2015 | $16,387.00 |
| 9/16/2015 | $64.00 |
| 9/17/2015 | $2,516.00 |
| 9/17/2015 | $1,818.00 |
| 9/17/2015 | $562.00 |
| 9/18/2015 | $2,670.00 |
| 9/21/2015 | $372.00 |
| 9/21/2015 | $374.00 |
| 9/21/2015 | $328.00 |
| 9/21/2015 | $421.00 |
| 9/25/2015 | $3,870.00 |
| 10/2/2015 | $3,487.00 |
| 10/2/2015 | $3,938.00 |
| 10/5/2015 | $319.00 |
| 10/5/2015 | $515.00 |
| 10/5/2015 | $328.00 |
| 10/5/2015 | $562.00 |
| 10/5/2015 | $421.00 |
| 10/5/2015 | $374.00 |
| 10/5/2015 | $234.00 |
| 10/8/2015 | $17,885.00 |
| 10/9/2015 | $87.00 |
| 10/9/2015 | $524.00 |
| 10/9/2015 | $104.00 |
| 10/9/2015 | $2,709.00 |
| 10/13/2015 | $468.00 |
| 10/13/2015 | $328.00 |
| 10/19/2015 | $8,698.00 |
| 10/19/2015 | $11,722.00 |
| 10/19/2015 | $5,989.00 |
| 10/21/2015 | $328.00 |
| 10/27/2015 | $279.00 |
| 10/30/2015 | $1,224.00 |
| 10/30/2015 | $18,545.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 10/30/2015 | $186.00 |
| 11/2/2015 | $11,340.00 |
| 11/2/2015 | $4,292.00 |
| 11/2/2015 | $8,793.00 |
| 11/2/2015 | $9,301.00 |
| 11/2/2015 | $374.00 |
| 11/2/2015 | $15,680.00 |
| 11/2/2015 | $186.00 |
| 11/5/2015 | $3,430.00 |
| 11/12/2015 | $7,740.00 |
| 11/17/2015 | $2,514.00 |
| 11/18/2015 | $8,372.00 |
| 11/18/2015 | $6,300.00 |
| 11/18/2015 | $1,115.00 |
| 11/18/2015 | $127.00 |
| 11/18/2015 | $1,198.00 |
| 11/18/2015 | $2,719.00 |
| 11/23/2015 | $281.00 |
| 11/23/2015 | $1,405.00 |
| 11/25/2015 | $140.00 |
| 11/25/2015 | $93.00 |
| 11/25/2015 | $186.00 |
| 12/11/2015 | $2,774.00 |
| 12/11/2015 | $197.00 |
| 12/11/2015 | $549.00 |
| 12/11/2015 | $2,171.00 |
| 12/11/2015 | $64.00 |
| 12/11/2015 | $64.00 |
| 12/11/2015 | $64.00 |
| 12/11/2015 | $127.00 |
| 12/17/2015 | $186.00 |
| 12/17/2015 | $255.00 |
| 12/17/2015 | $3,290.00 |
| 12/17/2015 | $6,736.00 |
| 12/21/2015 | $3,530.00 |
| 12/22/2015 | $468.00 |
| 12/22/2015 | $374.00 |
| 12/22/2015 | $421.00 |
| 12/22/2015 | $328.00 |
| 12/22/2015 | $421.00 |
| 12/23/2015 | $34,769.00 |
| 12/23/2015 | $22,151.00 |
| 12/23/2015 | $434.00 |
| 12/23/2015 | $64.00 |
| 12/23/2015 | $6,300.00 |
| 12/23/2015 | $568.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|---|---|
| 12/23/2015 | $64.00 |
| 12/28/2015 | $40.00 |
| 12/28/2015 | $3,328.00 |
| 12/30/2015 | $695.00 |
| 12/30/2015 | $34,984.00 |
| 12/30/2015 | $39,773.00 |
| 12/30/2015 | $568.00 |
| 12/30/2015 | $20,407.00 |
| 12/30/2015 | $374.00 |
| 12/30/2015 | $515.00 |
| 12/30/2015 | $281.00 |
| 12/30/2015 | $328.00 |
| 12/30/2015 | $234.00 |
| 12/30/2015 | $234.00 |
| 12/30/2015 | $31,016.00 |
| 12/30/2015 | $64.00 |
| 12/30/2015 | $328.00 |
| 12/30/2015 | $421.00 |
| 12/30/2015 | $468.00 |
| 12/30/2015 | $29,479.00 |
| 12/30/2015 | $197.00 |
| 12/30/2015 | $76.00 |
| 12/30/2015 | $27,629.00 |
| 12/30/2015 | $515.00 |
| 1/5/2016 | $27,342.00 |
| 1/25/2016 | $12,287.00 |
| 1/25/2016 | $20,051.00 |
| 2/2/2016 | $464.00 |
| 2/9/2016 | $93.00 |
| 2/26/2016 | $1,065.00 |
| 3/2/2016 | $186.00 |
| 3/3/2016 | $7,800.00 |
| 3/3/2016 | $9,191.00 |
| 3/3/2016 | $2,264.00 |
| 3/9/2016 | $93.00 |
| 3/9/2016 | $532.00 |
| 3/9/2016 | $329.00 |
| 3/14/2016 | $32,051.00 |
| 3/14/2016 | $38,645.00 |
| 3/14/2016 | $7,863.00 |
| 3/14/2016 | $3,096.00 |
| 3/14/2016 | $1,115.00 |
| 3/16/2016 | $140.00 |
| 3/16/2016 | $468.00 |
| 3/17/2016 | $31,642.00 |
| 3/17/2016 | $228.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 3/17/2016 | $52.00 |
| 3/17/2016 | $29,943.00 |
| 3/17/2016 | $503.00 |
| 3/28/2016 | $116.00 |
| 3/28/2016 | $174.00 |
| 3/30/2016 | $468.00 |
| 3/30/2016 | $468.00 |
| 3/30/2016 | $374.00 |
| 3/30/2016 | $187.00 |
| 3/30/2016 | $281.00 |
| 3/30/2016 | $140.00 |
| 3/30/2016 | $27,413.00 |
| 3/30/2016 | $145.00 |
| 3/30/2016 | $30,862.00 |
| 3/30/2016 | $421.00 |
| 3/30/2016 | $515.00 |
| 3/31/2016 | $468.00 |
| 3/31/2016 | $655.00 |
| 3/31/2016 | $468.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $631.00 |
| 3/31/2016 | $370.00 |
| 3/31/2016 | $29,354.00 |
| 3/31/2016 | $140.00 |
| 3/31/2016 | $468.00 |
| 3/31/2016 | $370.00 |
| 3/31/2016 | $370.00 |
| 3/31/2016 | $13,578.00 |
| 3/31/2016 | $515.00 |
| 3/31/2016 | $421.00 |
| 3/31/2016 | $16,148.00 |
| 3/31/2016 | $197.00 |
| 3/31/2016 | $197.00 |
| 3/31/2016 | $52.00 |
| 3/31/2016 | $12,613.00 |
| 3/31/2016 | $234.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $21,155.00 |
| 3/31/2016 | $24,537.00 |
| 3/31/2016 | $421.00 |
| 3/31/2016 | $374.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $370.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $28,325.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 3/31/2016 | $64.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $328.00 |
| 3/31/2016 | $421.00 |
| 3/31/2016 | $19,861.00 |
| 3/31/2016 | $16,776.00 |
| 3/31/2016 | $102.00 |
| 3/31/2016 | $110.00 |
| 3/31/2016 | $127.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $24,976.00 |
| 3/31/2016 | $10,646.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $127.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $434.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $30,741.00 |
| 3/31/2016 | $64.00 |
| 3/31/2016 | $468.00 |
| 3/31/2016 | $25,022.00 |
| 3/31/2016 | $54.00 |
| 4/14/2016 | $370.00 |
| 4/14/2016 | $319.00 |
| 4/14/2016 | $127.00 |
| 4/14/2016 | $515.00 |
| 4/14/2016 | $140.00 |
| 4/14/2016 | $281.00 |
| 4/14/2016 | $370.00 |
| 4/14/2016 | $76.00 |
| 4/14/2016 | $64.00 |
| 4/14/2016 | $468.00 |
| 4/14/2016 | $374.00 |
| 4/14/2016 | $187.00 |
| 4/14/2016 | $468.00 |
| 4/14/2016 | $281.00 |
| 4/14/2016 | $370.00 |
| 4/14/2016 | $64.00 |
| 4/14/2016 | $556.00 |
| 5/2/2016 | $186.00 |
| 5/2/2016 | $776.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 5/4/2016 | $994.00 |
| 5/4/2016 | $186.00 |
| 5/4/2016 | $5,418.00 |
| 5/6/2016 | $468.00 |
| 5/6/2016 | $468.00 |
| 5/6/2016 | $14,490.00 |
| 5/6/2016 | $7,353.00 |
| 5/6/2016 | $4,408.00 |
| 5/6/2016 | $310.00 |
| 5/11/2016 | $44,340.00 |
| 5/11/2016 | $23,320.00 |
| 5/11/2016 | $23,436.00 |
| 5/11/2016 | $18,750.00 |
| 5/11/2016 | $20,213.00 |
| 5/11/2016 | $26,775.00 |
| 5/11/2016 | $64.00 |
| 5/11/2016 | $370.00 |
| 5/11/2016 | $52.00 |
| 5/11/2016 | $34,949.00 |
| 5/11/2016 | $64.00 |
| 5/11/2016 | $76.00 |
| 5/11/2016 | $28,904.00 |
| 5/11/2016 | $4,318.00 |
| 5/17/2016 | $562.00 |
| 5/17/2016 | $468.00 |
| 5/17/2016 | $421.00 |
| 5/17/2016 | $421.00 |
| 5/17/2016 | $421.00 |
| 5/17/2016 | $468.00 |
| 5/17/2016 | $421.00 |
| 5/17/2016 | $515.00 |
| 5/18/2016 | $40,321.00 |
| 5/18/2016 | $20,988.00 |
| 5/18/2016 | $20,630.00 |
| 5/18/2016 | $26,184.00 |
| 5/18/2016 | $32,488.00 |
| 5/18/2016 | $22,325.00 |
| 5/18/2016 | $30,382.00 |
| 5/18/2016 | $29,324.00 |
| 5/18/2016 | $13,207.00 |
| 5/19/2016 | $867.00 |
| 5/19/2016 | $330.00 |
| 5/19/2016 | $186.00 |
| 5/19/2016 | $10,062.00 |
| 5/19/2016 | $610.00 |
| 5/19/2016 | $464.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|---------------|
| 5/19/2016 | $266.00 |
| 5/25/2016 | $588.00 |
| 5/25/2016 | $16,428.00 |
| 5/25/2016 | $1,579.00 |
| 5/25/2016 | $1,370.00 |
| 6/1/2016 | $93.00 |
| 6/1/2016 | $800.00 |
| 6/1/2016 | $191.00 |
| 6/1/2016 | $64.00 |
| 6/1/2016 | $64.00 |
| 6/1/2016 | $370.00 |
| 6/1/2016 | $64.00 |
| 6/1/2016 | $34,187.00 |
| 6/1/2016 | $18,944.00 |
| 6/1/2016 | $64.00 |
| 6/1/2016 | $25,924.00 |
| 6/1/2016 | $9,095.00 |
| 6/1/2016 | $561.00 |
| 6/1/2016 | $19,454.00 |
| 6/1/2016 | $14,881.00 |
| 6/1/2016 | $2,709.00 |
| 6/1/2016 | $19,447.00 |
| 6/1/2016 | $12,512.00 |
| 6/1/2016 | $329.00 |
| 6/7/2016 | $515.00 |
| 6/7/2016 | $421.00 |
| 6/7/2016 | $468.00 |
| 6/7/2016 | $421.00 |
| 6/15/2016 | $14,938.00 |
| 6/15/2016 | $774.00 |
| 6/15/2016 | $387.00 |
| 6/15/2016 | $372.00 |
| 6/16/2016 | $29,617.00 |
| 6/16/2016 | $871.00 |
| 6/27/2016 | $421.00 |
| 6/27/2016 | $23,982.00 |
| 6/27/2016 | $468.00 |
| 6/27/2016 | $64.00 |
| 6/27/2016 | $631.00 |
| 6/27/2016 | $64.00 |
| 6/28/2016 | $7,237.00 |
| 6/28/2016 | $57.00 |
| 6/30/2016 | $255.00 |
| 6/30/2016 | $619.00 |
| 7/7/2016 | $836.00 |
| 7/7/2016 | $798.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 7/7/2016 | $52.00 |
| 7/7/2016 | $279.00 |
| 7/7/2016 | $221.00 |
| 7/7/2016 | $255.00 |
| 7/7/2016 | $64.00 |
| 7/8/2016 | $34,305.00 |
| 7/11/2016 | $348.00 |
| 7/11/2016 | $2,380.00 |
| 7/11/2016 | $31,099.00 |
| 7/11/2016 | $63,527.00 |
| 7/12/2016 | $186.00 |
| 7/12/2016 | $564.00 |
| 7/12/2016 | $20.00 |
| 7/14/2016 | $93.00 |
| 7/20/2016 | $2,709.00 |
| 7/20/2016 | $515.00 |
| 7/20/2016 | $2,562.00 |
| 7/20/2016 | $6,579.00 |
| 7/27/2016 | $1,123.00 |
| 7/27/2016 | $15,970.00 |
| 7/27/2016 | $328.00 |
| 7/27/2016 | $281.00 |
| 7/27/2016 | $18,172.00 |
| 7/29/2016 | $12,945.00 |
| 8/1/2016 | $2,322.00 |
| 8/1/2016 | $542.00 |
| 8/4/2016 | $743.00 |
| 8/17/2016 | $5,612.00 |
| 8/18/2016 | $330.00 |
| 8/18/2016 | $93.00 |
| 8/18/2016 | $2,806.00 |
| 8/18/2016 | $71.00 |
| 8/18/2016 | $2,491.00 |
| 8/18/2016 | $8,037.00 |
| 8/18/2016 | $9,677.00 |
| 8/18/2016 | $2,591.00 |
| 8/24/2016 | $64.00 |
| 8/24/2016 | $2,800.00 |
| 8/24/2016 | $5,036.00 |
| 8/24/2016 | $6,454.00 |
| 8/24/2016 | $374.00 |
| 8/24/2016 | $16,968.00 |
| 8/24/2016 | $281.00 |
| 8/31/2016 | $18,154.00 |
| 8/31/2016 | $328.00 |
| 8/31/2016 | $16,229.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 8/31/2016 | $25,120.00 |
| 8/31/2016 | $13,736.00 |
| 9/1/2016 | $186.00 |
| 9/7/2016 | $3,096.00 |
| 9/7/2016 | $3,096.00 |
| 9/7/2016 | $329.00 |
| 9/7/2016 | $7,487.00 |
| 9/19/2016 | $232.00 |
| 9/19/2016 | $40.00 |
| 9/19/2016 | $3,410.00 |
| 9/29/2016 | $7,727.00 |
| 9/29/2016 | $3,743.00 |
| 9/29/2016 | $549.00 |
| 9/29/2016 | $844.00 |
| 9/30/2016 | $140.00 |
| 9/30/2016 | $374.00 |
| 9/30/2016 | $608.00 |
| 9/30/2016 | $468.00 |
| 9/30/2016 | $468.00 |
| 10/5/2016 | $673.00 |
| 10/5/2016 | $186.00 |
| 10/5/2016 | $26,200.00 |
| 10/5/2016 | $13,584.00 |
| 10/5/2016 | $10,004.00 |
| 10/5/2016 | $107.00 |
| 10/5/2016 | $5,805.00 |
| 10/5/2016 | $20,672.00 |
| 10/5/2016 | $23,511.00 |
| 10/5/2016 | $19,447.00 |
| 10/5/2016 | $279.00 |
| 10/5/2016 | $276.00 |
| 10/11/2016 | $5,031.00 |
| 10/11/2016 | $186.00 |
| 10/11/2016 | $5,612.00 |
| 10/11/2016 | $7,160.00 |
| 10/11/2016 | $5,999.00 |
| 10/11/2016 | $97.00 |
| 10/11/2016 | $3,936.00 |
| 10/11/2016 | $4,296.00 |
| 10/11/2016 | $374.00 |
| 10/11/2016 | $562.00 |
| 10/17/2016 | $399.00 |
| 10/17/2016 | $1,339.00 |
| 10/17/2016 | $566.00 |
| 10/17/2016 | $491.00 |
| 10/24/2016 | $328.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 10/24/2016 | $187.00 |
| 10/24/2016 | $468.00 |
| 10/24/2016 | $374.00 |
| 10/24/2016 | $374.00 |
| 10/24/2016 | $38,088.00 |
| 10/27/2016 | $18,779.00 |
| 10/31/2016 | $5,651.00 |
| 10/31/2016 | $1,122.00 |
| 10/31/2016 | $11,923.00 |
| 10/31/2016 | $2,005.00 |
| 10/31/2016 | $2,992.00 |
| 11/2/2016 | $5,579.00 |
| 11/2/2016 | $279.00 |
| 11/4/2016 | $18,381.00 |
| 11/4/2016 | $9,476.00 |
| 11/4/2016 | $11,771.00 |
| 11/4/2016 | $33,601.00 |
| 11/7/2016 | $302.00 |
| 11/7/2016 | $1,606.00 |
| 11/7/2016 | $1,355.00 |
| 11/7/2016 | $1,753.00 |
| 11/16/2016 | $1,451.00 |
| 11/16/2016 | $542.00 |
| 11/25/2016 | $92,255.00 |
| 11/25/2016 | $18,789.00 |
| 11/30/2016 | $30,312.00 |
| 11/30/2016 | $619.00 |
| 12/5/2016 | $421.00 |
| 12/5/2016 | $374.00 |
| 12/9/2016 | $186.00 |
| 12/9/2016 | $1,548.00 |
| 12/12/2016 | $3,512.00 |
| 12/14/2016 | $5,031.00 |
| 12/14/2016 | $135,141.00 |
| 12/15/2016 | $2,225.00 |
| 12/15/2016 | $1,161.00 |
| 12/15/2016 | $1,436.00 |
| 12/15/2016 | $186.00 |
| 12/19/2016 | $27,574.00 |
| 12/22/2016 | $186.00 |
| 12/22/2016 | $743.00 |
| 12/23/2016 | $3,096.00 |
| 12/23/2016 | $468.00 |
| 12/23/2016 | $561.00 |
| 12/28/2016 | $1,819.00 |
| 12/28/2016 | $12,662.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 12/28/2016 | $6,433.00 |
| 12/28/2016 | $16,455.00 |
| 1/4/2017 | $796.00 |
| 1/4/2017 | $655.00 |
| 1/4/2017 | $19,670.00 |
| 1/4/2017 | $580.00 |
| 1/5/2017 | $186.00 |
| 1/5/2017 | $186.00 |
| 1/24/2017 | $41,844.00 |
| 1/30/2017 | $3,419.00 |
| 1/30/2017 | $20,182.00 |
| 1/31/2017 | $13,971.00 |
| 2/2/2017 | $271.00 |
| 2/7/2017 | $64.00 |
| 2/7/2017 | $582.00 |
| 2/7/2017 | $5,164.00 |
| 2/7/2017 | $7,466.00 |
| 2/8/2017 | $817.00 |
| 2/8/2017 | $1,026.00 |
| 2/10/2017 | $6,250.00 |
| 2/10/2017 | $5,581.00 |
| 2/10/2017 | $9,411.00 |
| 2/10/2017 | $328.00 |
| 2/10/2017 | $64.00 |
| 2/10/2017 | $7,054.00 |
| 2/10/2017 | $2,577.00 |
| 2/10/2017 | $434.00 |
| 2/10/2017 | $2,596.00 |
| 2/10/2017 | $7,269.00 |
| 2/13/2017 | $255.00 |
| 2/21/2017 | $33,435.00 |
| 2/21/2017 | $186.00 |
| 2/21/2017 | $6,039.00 |
| 2/21/2017 | $93.00 |
| 2/21/2017 | $3,059.00 |
| 2/21/2017 | $604.00 |
| 2/21/2017 | $186.00 |
| 2/21/2017 | $2,709.00 |
| 2/23/2017 | $11,552.00 |
| 2/27/2017 | $350.00 |
| 2/28/2017 | $13,100.00 |
| 3/1/2017 | $302.00 |
| 3/1/2017 | $19,852.00 |
| 3/1/2017 | $19,737.00 |
| 3/3/2017 | $2,903.00 |
| 3/3/2017 | $22,007.00 |

TRANSFERS TO LIGHT GAS CORPORATION

| Date | Payment Amount |
|------|----------------|
| 3/7/2017 | $36,008.00 |
| 3/15/2017 | $330.00 |
| 3/16/2017 | $21,382.00 |
| 3/23/2017 | $350.00 |
| 3/23/2017 | $28,416.00 |
| 3/27/2017 | $280.00 |
| 3/28/2017 | $325.00 |
| 3/28/2017 | $6,230.00 |
| 4/5/2017 | $93.00 |
| 4/6/2017 | $2,980.00 |
| 4/7/2017 | $186.00 |
| 4/10/2017 | $186.00 |
| 4/10/2017 | $3,419.00 |
| 4/10/2017 | $5,879.00 |
| 4/11/2017 | $5,612.00 |
| 4/11/2017 | $4,678.00 |
| 4/17/2017 | $186.00 |
| 4/17/2017 | $418.00 |
| 4/20/2017 | $23,897.00 |
| 4/20/2017 | $18,866.00 |
| 4/20/2017 | $20,898.00 |
| 4/20/2017 | $13,178.00 |
| 4/20/2017 | $13,255.00 |
| 4/20/2017 | $17,899.00 |
| 4/21/2017 | $11,456.00 |
| 4/21/2017 | $9,411.00 |
| 4/21/2017 | $3,761.00 |
| 4/25/2017 | $1,765.00 |
| 4/27/2017 | $2,822.00 |
| 4/27/2017 | $1,742.00 |
| 4/27/2017 | $93.00 |
| 4/28/2017 | $5,708.00 |
| 4/28/2017 | $65,874.00 |
| 4/28/2017 | $5,257.00 |
| 4/28/2017 | $6,230.00 |
| 4/28/2017 | $7,486.00 |
| 4/28/2017 | $5,517.00 |
| 4/28/2017 | $3,894.00 |
| 4/28/2017 | $3,826.00 |
| 4/28/2017 | $444.00 |
| 5/1/2017 | $1,744.00 |
| 5/1/2017 | $1,744.00 |