# EXHIBIT A

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 5/8/2013 | $15,033.00 |
| 5/9/2013 | $1,000.00 |
| 5/11/2013 | $56,592.00 |
| 5/15/2013 | $413.00 |
| 5/15/2013 | $5,344.00 |
| 5/15/2013 | $713.00 |
| 5/15/2013 | $713.00 |
| 5/15/2013 | $900.00 |
| 5/15/2013 | $1,063.00 |
| 5/15/2013 | $1,063.00 |
| 5/15/2013 | $1,100.00 |
| 5/15/2013 | $1,113.00 |
| 5/15/2013 | $1,125.00 |
| 5/15/2013 | $1,125.00 |
| 5/15/2013 | $1,188.00 |
| 5/15/2013 | $1,188.00 |
| 5/15/2013 | $1,188.00 |
| 5/15/2013 | $1,238.00 |
| 5/15/2013 | $1,250.00 |
| 5/15/2013 | $1,354.00 |
| 5/15/2013 | $1,354.00 |
| 5/15/2013 | $1,354.00 |
| 5/15/2013 | $1,500.00 |
| 5/17/2013 | $450.00 |
| 5/22/2013 | $2,350.00 |
| 5/22/2013 | $2,350.00 |
| 5/22/2013 | $3,588.00 |
| 5/22/2013 | $4,056.00 |
| 5/22/2013 | $6,006.00 |
| 5/22/2013 | $18,119.00 |
| 5/22/2013 | $1,125.00 |
| 5/22/2013 | $1,354.00 |
| 5/22/2013 | $1,354.00 |
| 5/24/2013 | $2,388.00 |
| 5/28/2013 | $4,188.00 |
| 5/28/2013 | $488.00 |
| 5/28/2013 | $14,824.00 |
| 5/28/2013 | $17,909.00 |
| 5/28/2013 | $18,856.00 |
| 5/28/2013 | $875.00 |
| 5/28/2013 | $1,000.00 |
| 5/28/2013 | $1,100.00 |
| 5/28/2013 | $1,250.00 |
| 5/28/2013 | $1,439.00 |
| 5/28/2013 | $1,450.00 |
| 5/28/2013 | $1,500.00 |

63378527 v1

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 5/28/2013 | $1,650.00 |
| 5/28/2013 | $1,781.00 |
| 5/28/2013 | $1,875.00 |
| 5/28/2013 | $250.00 |
| 5/28/2013 | $250.00 |
| 5/31/2013 | $2,025.00 |
| 5/31/2013 | $2,350.00 |
| 5/31/2013 | $3,363.00 |
| 5/31/2013 | $338.00 |
| 5/31/2013 | $3,850.00 |
| 5/31/2013 | $450.00 |
| 5/31/2013 | $7,575.00 |
| 5/31/2013 | $788.00 |
| 5/31/2013 | $900.00 |
| 5/31/2013 | $938.00 |
| 5/31/2013 | $950.00 |
| 5/31/2013 | $1,050.00 |
| 5/31/2013 | $1,313.00 |
| 5/31/2013 | $1,450.00 |
| 5/31/2013 | $1,500.00 |
| 6/7/2013 | $123,947.00 |
| 6/10/2013 | $1,781.00 |
| 6/18/2013 | $1,050.00 |
| 6/21/2013 | $160,518.00 |
| 6/26/2013 | $18,500.00 |
| 6/27/2013 | $8,738.00 |
| 7/2/2013 | $4,281.00 |
| 7/2/2013 | $1,100.00 |
| 7/2/2013 | $1,100.00 |
| 7/11/2013 | $3,913.00 |
| 7/11/2013 | $4,675.00 |
| 7/19/2013 | $2,031.00 |
| 7/19/2013 | $2,088.00 |
| 7/19/2013 | $4,600.00 |
| 7/19/2013 | $5,463.00 |
| 7/19/2013 | $5,863.00 |
| 7/19/2013 | $5,988.00 |
| 7/19/2013 | $6,075.00 |
| 7/19/2013 | $488.00 |
| 7/19/2013 | $88,105.00 |
| 7/19/2013 | $1,100.00 |
| 7/19/2013 | $1,439.00 |
| 7/19/2013 | $1,439.00 |
| 7/19/2013 | $1,439.00 |
| 7/19/2013 | $1,439.00 |
| 7/19/2013 | $1,439.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 7/19/2013 | $1,688.00 |
| 7/19/2013 | $1,744.00 |
| 7/19/2013 | $1,781.00 |
| 7/19/2013 | $1,969.00 |
| 7/21/2013 | $136,772.00 |
| 7/23/2013 | $7,754.00 |
| 7/23/2013 | $16,746.00 |
| 7/31/2013 | $1,100.00 |
| 8/2/2013 | $118,060.00 |
| 8/2/2013 | $354,180.00 |
| 8/5/2013 | $6,099.00 |
| 8/5/2013 | $6,454.00 |
| 8/5/2013 | $18,291.00 |
| 8/10/2013 | $15,338.00 |
| 8/13/2013 | $1,100.00 |
| 8/21/2013 | $77,777.00 |
| 8/23/2013 | $3,738.00 |
| 8/23/2013 | $1,198.00 |
| 8/23/2013 | $1,313.00 |
| 8/23/2013 | $1,313.00 |
| 8/23/2013 | $1,350.00 |
| 8/23/2013 | $1,350.00 |
| 8/26/2013 | $3,400.00 |
| 8/26/2013 | $74,833.00 |
| 8/28/2013 | $6,125.00 |
| 8/28/2013 | $6,263.00 |
| 8/28/2013 | $720.00 |
| 8/28/2013 | $720.00 |
| 8/28/2013 | $1,025.00 |
| 8/28/2013 | $1,500.00 |
| 8/28/2013 | $1,500.00 |
| 8/28/2013 | $1,875.00 |
| 8/28/2013 | $250.00 |
| 9/9/2013 | $16,102.00 |
| 9/9/2013 | $17,908.00 |
| 9/9/2013 | $19,356.00 |
| 9/16/2013 | $450.00 |
| 9/16/2013 | $7,088.00 |
| 9/16/2013 | $16,511.00 |
| 9/16/2013 | $975.00 |
| 9/16/2013 | $1,000.00 |
| 9/16/2013 | $1,831.00 |
| 9/17/2013 | $1,000.00 |
| 9/18/2013 | $3,513.00 |
| 9/18/2013 | $375.00 |
| 9/18/2013 | $15,978.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 9/18/2013 | $32,569.00 |
| 9/18/2013 | $1,038.00 |
| 9/18/2013 | $1,250.00 |
| 9/18/2013 | $1,250.00 |
| 9/22/2013 | $3,452.00 |
| 9/23/2013 | $4,175.00 |
| 9/23/2013 | $950.00 |
| 9/30/2013 | $2,125.00 |
| 9/30/2013 | $3,950.00 |
| 9/30/2013 | $4,388.00 |
| 9/30/2013 | $4,660.00 |
| 9/30/2013 | $23,249.00 |
| 9/30/2013 | $875.00 |
| 9/30/2013 | $87,721.00 |
| 10/3/2013 | $2,075.00 |
| 10/3/2013 | $10,706.00 |
| 10/3/2013 | $250.00 |
| 10/7/2013 | $413.00 |
| 10/7/2013 | $488.00 |
| 10/7/2013 | $900.00 |
| 10/7/2013 | $1,439.00 |
| 10/8/2013 | $1,050.00 |
| 10/10/2013 | $4,052.00 |
| 10/10/2013 | $1,029.00 |
| 10/10/2013 | $1,875.00 |
| 10/10/2013 | $1,938.00 |
| 10/10/2013 | $1,969.00 |
| 10/21/2013 | $110,008.00 |
| 10/31/2013 | $102,343.00 |
| 11/4/2013 | $8,206.00 |
| 11/13/2013 | $16,828.00 |
| 11/13/2013 | $1,781.00 |
| 11/21/2013 | $50,028.00 |
| 11/27/2013 | $1,000.00 |
| 12/4/2013 | $47,266.00 |
| 12/6/2013 | $2,350.00 |
| 12/6/2013 | $9,121.00 |
| 12/6/2013 | $720.00 |
| 12/6/2013 | $750.00 |
| 12/6/2013 | $750.00 |
| 12/6/2013 | $750.00 |
| 12/6/2013 | $1,163.00 |
| 12/6/2013 | $1,250.00 |
| 12/6/2013 | $1,313.00 |
| 12/6/2013 | $1,450.00 |
| 12/6/2013 | $1,450.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 12/6/2013 | $1,500.00 |
| 12/6/2013 | $250.00 |
| 12/11/2013 | $4,588.00 |
| 12/11/2013 | $87,028.00 |
| 12/11/2013 | $1,150.00 |
| 12/11/2013 | $1,675.00 |
| 12/18/2013 | $46,510.00 |
| 12/18/2013 | $1,297.00 |
| 12/23/2013 | $4,131.00 |
| 12/23/2013 | $8,931.00 |
| 12/23/2013 | $1,100.00 |
| 12/23/2013 | $1,100.00 |
| 1/2/2014 | $9,950.00 |
| 1/2/2014 | $18,647.00 |
| 1/8/2014 | $21,700.00 |
| 1/10/2014 | $1,838.00 |
| 1/13/2014 | $948.00 |
| 1/13/2014 | $1,263.00 |
| 1/21/2014 | $88,948.00 |
| 1/23/2014 | $450.00 |
| 1/24/2014 | $35,094.00 |
| 1/28/2014 | $2,013.00 |
| 1/28/2014 | $1,000.00 |
| 1/30/2014 | $17,362.00 |
| 1/31/2014 | $109,878.00 |
| 2/3/2014 | $7,428.00 |
| 2/10/2014 | $948.00 |
| 2/11/2014 | $2,400.00 |
| 2/11/2014 | $3,162.00 |
| 2/11/2014 | $15,396.00 |
| 2/12/2014 | $4,250.00 |
| 2/13/2014 | $9,175.00 |
| 2/13/2014 | $17,217.00 |
| 2/13/2014 | $1,750.00 |
| 2/13/2014 | $1,888.00 |
| 2/14/2014 | $2,575.00 |
| 2/18/2014 | $493.00 |
| 2/20/2014 | $18,200.00 |
| 2/21/2014 | $18,276.00 |
| 2/26/2014 | $4,139.00 |
| 2/28/2014 | $3,953.00 |
| 2/28/2014 | $4,046.00 |
| 2/28/2014 | $37,066.00 |
| 3/3/2014 | $35,986.00 |
| 3/4/2014 | $948.00 |
| 3/4/2014 | $1,719.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 3/5/2014 | $965.00 |
| 3/6/2014 | $2,831.00 |
| 3/6/2014 | $1,925.00 |
| 3/12/2014 | $968.00 |
| 3/14/2014 | $11,706.00 |
| 3/17/2014 | $9,225.00 |
| 3/17/2014 | $17,000.00 |
| 3/17/2014 | $20,213.00 |
| 3/18/2014 | $450.00 |
| 3/19/2014 | $4,200.00 |
| 3/19/2014 | $20,859.00 |
| 3/19/2014 | $94,809.00 |
| 3/25/2014 | $17,550.00 |
| 3/28/2014 | $78,592.00 |
| 3/31/2014 | $948.00 |
| 4/1/2014 | $2,231.00 |
| 4/1/2014 | $4,371.00 |
| 4/1/2014 | $1,619.00 |
| 4/4/2014 | $8,650.00 |
| 4/4/2014 | $950.00 |
| 4/7/2014 | $23,954.00 |
| 4/9/2014 | $4,906.00 |
| 4/9/2014 | $1,100.00 |
| 4/9/2014 | $1,100.00 |
| 4/9/2014 | $1,425.00 |
| 4/17/2014 | $3.00 |
| 4/22/2014 | $4,350.00 |
| 4/25/2014 | $5,656.00 |
| 4/25/2014 | $32,138.00 |
| 4/25/2014 | $900.00 |
| 4/25/2014 | $1,100.00 |
| 4/28/2014 | $4,113.00 |
| 4/28/2014 | $4,200.00 |
| 4/30/2014 | $54,379.00 |
| 5/1/2014 | $15,506.00 |
| 5/1/2014 | $23,429.00 |
| 5/6/2014 | $4,588.00 |
| 5/6/2014 | $948.00 |
| 5/8/2014 | $396.00 |
| 5/12/2014 | $75,694.00 |
| 5/12/2014 | $1,100.00 |
| 5/12/2014 | $1,100.00 |
| 5/14/2014 | $1,728.00 |
| 5/22/2014 | $88,940.00 |
| 5/27/2014 | $85,556.00 |
| 5/27/2014 | $1,050.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 5/28/2014 | $317.00 |
| 5/28/2014 | $1,538.00 |
| 5/29/2014 | $29,138.00 |
| 5/29/2014 | $900.00 |
| 5/30/2014 | $948.00 |
| 6/3/2014 | $4,750.00 |
| 6/5/2014 | $2,206.00 |
| 6/5/2014 | $2,694.00 |
| 6/5/2014 | $1,000.00 |
| 6/6/2014 | $900.00 |
| 6/11/2014 | $31,078.00 |
| 6/11/2014 | $49,333.00 |
| 6/18/2014 | $2,244.00 |
| 6/19/2014 | $19,163.00 |
| 6/20/2014 | $31,425.00 |
| 6/20/2014 | $948.00 |
| 6/23/2014 | $218,538.00 |
| 6/24/2014 | $4,300.00 |
| 6/24/2014 | $50,188.00 |
| 6/24/2014 | $1,100.00 |
| 6/27/2014 | $1,050.00 |
| 6/30/2014 | $4,713.00 |
| 7/1/2014 | $3,073.00 |
| 7/1/2014 | $3,155.00 |
| 7/1/2014 | $3,418.00 |
| 7/1/2014 | $5,019.00 |
| 7/3/2014 | $4,500.00 |
| 7/14/2014 | $2,438.00 |
| 7/15/2014 | $250.00 |
| 7/16/2014 | $1,750.00 |
| 7/18/2014 | $76,794.00 |
| 7/21/2014 | $86,316.00 |
| 7/22/2014 | $31,250.00 |
| 7/24/2014 | $4,500.00 |
| 7/24/2014 | $4,913.00 |
| 7/24/2014 | $900.00 |
| 7/24/2014 | $1,100.00 |
| 7/25/2014 | $948.00 |
| 8/1/2014 | $4,850.00 |
| 8/1/2014 | $34,169.00 |
| 8/6/2014 | $400.00 |
| 8/6/2014 | $49,614.00 |
| 8/11/2014 | $4,238.00 |
| 8/11/2014 | $1,100.00 |
| 8/12/2014 | $1,050.00 |
| 8/13/2014 | $26,791.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 8/14/2014 | $4,750.00 |
| 8/15/2014 | $4,690.00 |
| 8/18/2014 | $58,750.00 |
| 8/20/2014 | $2,422.00 |
| 8/21/2014 | $1,921.00 |
| 8/22/2014 | $1,800.00 |
| 8/28/2014 | $9,963.00 |
| 8/29/2014 | $113,372.00 |
| 9/3/2014 | $22,363.00 |
| 9/3/2014 | $938.00 |
| 9/4/2014 | $813.00 |
| 9/4/2014 | $1,720.00 |
| 9/5/2014 | $175.00 |
| 9/5/2014 | $1,663.00 |
| 9/10/2014 | $500.00 |
| 9/12/2014 | $61,408.00 |
| 9/16/2014 | $4,438.00 |
| 9/16/2014 | $74,738.00 |
| 9/17/2014 | $1,075.00 |
| 9/19/2014 | $2,889.00 |
| 9/19/2014 | $4,750.00 |
| 9/25/2014 | $68,806.00 |
| 9/29/2014 | $2,350.00 |
| 9/29/2014 | $20,588.00 |
| 9/29/2014 | $813.00 |
| 10/8/2014 | $1,213.00 |
| 10/9/2014 | $788.00 |
| 10/9/2014 | $1,838.00 |
| 10/10/2014 | $300.00 |
| 10/10/2014 | $30,194.00 |
| 10/15/2014 | $400.00 |
| 10/15/2014 | $422.00 |
| 10/15/2014 | $29,772.00 |
| 10/16/2014 | $3,600.00 |
| 10/16/2014 | $20,231.00 |
| 10/16/2014 | $74,366.00 |
| 10/17/2014 | $4,850.00 |
| 10/20/2014 | $4,375.00 |
| 10/20/2014 | $1,440.00 |
| 10/24/2014 | $2,092.00 |
| 10/27/2014 | $813.00 |
| 10/28/2014 | $2,113.00 |
| 10/28/2014 | $450.00 |
| 10/28/2014 | $732.00 |
| 10/29/2014 | $21,994.00 |
| 10/31/2014 | $1,046.00 |

EXHIBIT A
TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 11/3/2014 | $1,500.00 |
| 11/6/2014 | $9,706.00 |
| 11/6/2014 | $30,397.00 |
| 11/7/2014 | $350.00 |
| 11/10/2014 | $4,900.00 |
| 11/12/2014 | $850.00 |
| 11/12/2014 | $977.00 |
| 11/14/2014 | $1,575.00 |
| 11/18/2014 | $3,577.00 |
| 11/18/2014 | $13,913.00 |
| 11/19/2014 | $42,885.00 |
| 11/21/2014 | $300.00 |
| 11/21/2014 | $17,375.00 |
| 11/25/2014 | $1,750.00 |
| 11/26/2014 | $650.00 |
| 12/2/2014 | $3,000.00 |
| 12/2/2014 | $4,588.00 |
| 12/2/2014 | $10,200.00 |
| 12/2/2014 | $1,100.00 |
| 12/2/2014 | $1,100.00 |
| 12/2/2014 | $1,100.00 |
| 12/4/2014 | $813.00 |
| 12/4/2014 | $900.00 |
| 12/5/2014 | $5,564.00 |
| 12/5/2014 | $1,050.00 |
| 12/12/2014 | $575.00 |
| 12/12/2014 | $802.00 |
| 12/16/2014 | $2,400.00 |
| 12/17/2014 | $2,431.00 |
| 12/17/2014 | $450.00 |
| 12/19/2014 | $4,850.00 |
| 12/19/2014 | $31,291.00 |
| 12/19/2014 | $1,925.00 |
| 12/22/2014 | $4,788.00 |
| 12/30/2014 | $2,092.00 |
| 1/2/2015 | $32,143.00 |
| 1/8/2015 | $558.00 |
| 1/9/2015 | $1,100.00 |
| 1/12/2015 | $1,100.00 |
| 1/13/2015 | $813.00 |
| 1/14/2015 | $1,463.00 |
| 1/15/2015 | $1,488.00 |
| 1/16/2015 | $850.00 |
| 1/20/2015 | $32,134.00 |
| 1/21/2015 | $400.00 |
| 1/30/2015 | $156,115.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 2/2/2015 | $9,456.00 |
| 2/3/2015 | $25,972.00 |
| 2/5/2015 | $813.00 |
| 2/5/2015 | $1,860.00 |
| 2/6/2015 | $10,506.00 |
| 2/10/2015 | $638.00 |
| 2/10/2015 | $850.00 |
| 2/11/2015 | $19,206.00 |
| 2/17/2015 | $425.00 |
| 2/17/2015 | $80,769.00 |
| 2/18/2015 | $400.00 |
| 2/20/2015 | $3,938.00 |
| 2/20/2015 | $1,046.00 |
| 2/20/2015 | $1,100.00 |
| 2/23/2015 | $26,238.00 |
| 2/23/2015 | $813.00 |
| 2/24/2015 | $1,100.00 |
| 2/25/2015 | $1,488.00 |
| 3/3/2015 | $6,000.00 |
| 3/3/2015 | $1,100.00 |
| 3/5/2015 | $2,579.00 |
| 3/5/2015 | $625.00 |
| 3/6/2015 | $1,100.00 |
| 3/6/2015 | $1,500.00 |
| 3/6/2015 | $1,888.00 |
| 3/12/2015 | $713.00 |
| 3/16/2015 | $3,838.00 |
| 3/16/2015 | $4,300.00 |
| 3/16/2015 | $4,950.00 |
| 3/17/2015 | $10,144.00 |
| 3/17/2015 | $1,563.00 |
| 3/19/2015 | $1,046.00 |
| 3/19/2015 | $1,463.00 |
| 3/26/2015 | $625.00 |
| 3/31/2015 | $150.00 |
| 3/31/2015 | $936.00 |
| 4/2/2015 | $2,200.00 |
| 4/10/2015 | $3,838.00 |
| 4/10/2015 | $438.00 |
| 4/13/2015 | $400.00 |
| 4/13/2015 | $813.00 |
| 4/15/2015 | $1,046.00 |
| 4/16/2015 | $1,763.00 |
| 4/22/2015 | $400.00 |
| 4/22/2015 | $30,738.00 |
| 4/22/2015 | $31,294.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 4/28/2015 | $750.00 |
| 4/28/2015 | $1,086.00 |
| 5/4/2015 | $1,825.00 |
| 5/5/2015 | $5,038.00 |
| 5/5/2015 | $1,625.00 |
| 5/7/2015 | $813.00 |
| 5/7/2015 | $1,046.00 |
| 5/14/2015 | $450.00 |
| 5/14/2015 | $900.00 |
| 5/14/2015 | $950.00 |
| 5/15/2015 | $788.00 |
| 5/19/2015 | $28,500.00 |
| 5/22/2015 | $1,950.00 |
| 5/22/2015 | $1,086.00 |
| 6/2/2015 | $3,088.00 |
| 6/2/2015 | $3,075.00 |
| 6/4/2015 | $813.00 |
| 6/5/2015 | $625.00 |
| 6/9/2015 | $3,413.00 |
| 6/16/2015 | $1,000.00 |
| 6/17/2015 | $450.00 |
| 6/17/2015 | $1,046.00 |
| 6/18/2015 | $625.00 |
| 6/22/2015 | $1,439.00 |
| 6/23/2015 | $713.00 |
| 6/25/2015 | $22.00 |
| 6/26/2015 | $42.00 |
| 6/26/2015 | $1,086.00 |
| 7/2/2015 | $2,019.00 |
| 7/2/2015 | $813.00 |
| 7/9/2015 | $3,350.00 |
| 7/9/2015 | $1,046.00 |
| 7/15/2015 | $625.00 |
| 7/17/2015 | $525.00 |
| 7/23/2015 | $32,275.00 |
| 7/23/2015 | $3,395.00 |
| 7/24/2015 | $3,038.00 |
| 7/27/2015 | $625.00 |
| 7/27/2015 | $3,313.00 |
| 7/27/2015 | $813.00 |
| 7/29/2015 | $400.00 |
| 7/30/2015 | $900.00 |
| 8/3/2015 | $1,981.00 |
| 8/4/2015 | $1,046.00 |
| 8/6/2015 | $2,488.00 |
| 8/6/2015 | $500.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 8/10/2015 | $788.00 |
| 8/10/2015 | $32,063.00 |
| 8/18/2015 | $947.00 |
| 8/20/2015 | $350.00 |
| 8/26/2015 | $8,320.00 |
| 8/27/2015 | $1,000.00 |
| 9/4/2015 | $3,050.00 |
| 9/8/2015 | $625.00 |
| 9/9/2015 | $1,086.00 |
| 9/14/2015 | $31,250.00 |
| 9/23/2015 | $1,506.00 |
| 9/24/2015 | $450.00 |
| 9/24/2015 | $338.00 |
| 9/25/2015 | $2,038.00 |
| 9/25/2015 | $4,763.00 |
| 9/25/2015 | $4,975.00 |
| 10/2/2015 | $813.00 |
| 10/5/2015 | $1,100.00 |
| 10/5/2015 | $1,086.00 |
| 10/9/2015 | $600.00 |
| 10/13/2015 | $4,750.00 |
| 10/19/2015 | $400.00 |
| 10/20/2015 | $75.00 |
| 10/20/2015 | $33,081.00 |
| 10/21/2015 | $625.00 |
| 10/22/2015 | $2,775.00 |
| 10/23/2015 | $700.00 |
| 11/2/2015 | $625.00 |
| 11/2/2015 | $1,086.00 |
| 11/3/2015 | $600.00 |
| 11/9/2015 | $813.00 |
| 11/10/2015 | $3,245.00 |
| 11/17/2015 | $450.00 |
| 11/24/2015 | $34,000.00 |
| 12/4/2015 | $8,315.00 |
| 12/8/2015 | $4,838.00 |
| 12/17/2015 | $4,788.00 |
| 12/23/2015 | $450.00 |
| 12/23/2015 | $4,183.00 |
| 12/24/2015 | $663.00 |
| 12/28/2015 | $938.00 |
| 1/5/2016 | $1,050.00 |
| 1/12/2016 | $1,925.00 |
| 1/12/2016 | $813.00 |
| 1/21/2016 | $400.00 |
| 1/25/2016 | $725.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 1/28/2016 | $1,086.00 |
| 2/3/2016 | $813.00 |
| 2/4/2016 | $1,769.00 |
| 2/17/2016 | $2,419.00 |
| 2/19/2016 | $400.00 |
| 2/23/2016 | $813.00 |
| 2/24/2016 | $1,000.00 |
| 2/24/2016 | $613.00 |
| 2/26/2016 | $383.00 |
| 3/10/2016 | $4,500.00 |
| 3/14/2016 | $831.00 |
| 3/15/2016 | $2,275.00 |
| 3/15/2016 | $5,080.00 |
| 3/17/2016 | $1,046.00 |
| 3/17/2016 | $1,046.00 |
| 3/22/2016 | $625.00 |
| 3/22/2016 | $625.00 |
| 3/22/2016 | $1,086.00 |
| 3/22/2016 | $936.00 |
| 3/22/2016 | $30,888.00 |
| 4/6/2016 | $1,856.00 |
| 4/15/2016 | $813.00 |
| 4/27/2016 | $1,023.00 |
| 4/28/2016 | $12,517.00 |
| 4/28/2016 | $10,160.00 |
| 4/28/2016 | $28,581.00 |
| 5/3/2016 | $813.00 |
| 5/12/2016 | $200.00 |
| 5/31/2016 | $826.00 |
| 5/31/2016 | $884.00 |
| 6/23/2016 | $960.00 |
| 7/28/2016 | $480.00 |
| 8/22/2016 | $1,511.00 |
| 9/13/2016 | $960.00 |
| 9/29/2016 | $977.00 |
| 9/29/2016 | $930.00 |
| 9/29/2016 | $977.00 |
| 11/3/2016 | $36,750.00 |
| 11/18/2016 | $1,920.00 |
| 11/23/2016 | $1,011.00 |
| 12/20/2016 | $36,750.00 |
| 12/27/2016 | $480.00 |
| 1/3/2017 | $900.00 |
| 2/21/2017 | $1,559.00 |
| 2/21/2017 | $821.00 |
| 3/1/2017 | $2,849.00 |

EXHIBIT A

TRANSFERS TO PERFECT CLEANING SERVICES, INC.

| Date | Payment Amount |
|---|---|
| 3/1/2017 | $17,636.00 |
| 3/15/2017 | $150.00 |
| 3/15/2017 | $1,431.00 |
| 3/15/2017 | $2,700.00 |
| 3/15/2017 | $1,972.00 |
| 3/15/2017 | $1,325.00 |
| 3/15/2017 | $523.00 |
| 3/15/2017 | $1,559.00 |
| 3/28/2017 | $200.00 |
| 4/5/2017 | $2,144.00 |
| 4/6/2017 | $200.00 |
| 4/26/2017 | $1,372.00 |
| 4/26/2017 | $1,487.00 |
| 4/26/2017 | $343.00 |
| 4/26/2017 | $1,436.00 |
| 4/26/2017 | $1,349.00 |
| 4/26/2017 | $900.00 |