# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO LINKACTIV, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $183,629.00 |
| 6/17/2013 | $214,503.00 |
| 8/21/2013 | $169,406.00 |
| 12/9/2013 | $720,753.00 |
| 12/23/2013 | $190,670.00 |
| 1/3/2014 | $3,864.00 |
| 1/21/2014 | $6,000.00 |
| 2/14/2014 | $151,280.00 |
| 2/14/2014 | $153,881.00 |
| 2/26/2014 | $3,726.00 |
| 3/14/2014 | $2,474.00 |
| 3/17/2014 | $218,577.00 |
| 3/24/2014 | $3,000.00 |
| 3/24/2014 | $6,000.00 |
| 3/24/2014 | $6,000.00 |
| 3/24/2014 | $358,260.00 |
| 4/23/2014 | $94,846.00 |
| 5/5/2014 | $261,690.00 |
| 5/8/2014 | $22,855.00 |
| 5/14/2014 | $3,843.00 |
| 5/14/2014 | $481.00 |
| 5/19/2014 | $6,365.00 |
| 6/1/2014 | $81,652.00 |
| 6/4/2014 | $224,593.00 |
| 6/11/2014 | $56,067.00 |
| 6/21/2014 | $95,346.00 |
| 6/24/2014 | $219,089.00 |
| 8/7/2014 | $85,542.00 |
| 8/14/2014 | $13,847.00 |
| 8/28/2014 | $24,450.00 |
| 8/29/2014 | $67,788.00 |
| 10/9/2014 | $68,371.00 |
| 10/24/2014 | $44,437.00 |
| 10/26/2014 | $76,919.00 |
| 12/6/2014 | $69,090.00 |
| 12/30/2014 | $184,990.00 |
| 12/31/2014 | $51,142.00 |
| 12/31/2014 | $172,097.00 |
| 1/8/2015 | $168,499.00 |
| 1/12/2015 | $187,581.00 |
| 1/14/2015 | $135,727.00 |
| 2/4/2015 | $5,177.00 |
| 2/4/2015 | $57,211.00 |
| 2/27/2015 | $9,722.00 |
| 3/3/2015 | $156,794.00 |
| 3/5/2015 | $44,201.00 |

## EXHIBIT A
### TRANSFERS TO LINKACTIV, INC.

| Date | Payment Amount |
|---|---|
| 3/5/2015 | $204,825.00 |
| 3/10/2015 | $214,905.00 |
| 3/20/2015 | $50,502.00 |
| 3/31/2015 | $9,835.00 |
| 4/22/2015 | $219,548.00 |
| 5/1/2015 | $50,661.00 |
| 5/15/2015 | $229,446.00 |
| 5/24/2015 | $42,526.00 |
| 6/30/2015 | $15,395.00 |
| 7/1/2015 | $4,639.00 |
| 7/7/2015 | $60,305.00 |
| 7/7/2015 | $25,473.00 |
| 7/10/2015 | $228,675.00 |
| 7/10/2015 | $29,007.00 |
| 7/10/2015 | $17,275.00 |
| 7/30/2015 | $15,892.00 |
| 8/11/2015 | $32,539.00 |
| 8/11/2015 | $13,991.00 |
| 8/22/2015 | $16,245.00 |
| 9/1/2015 | $32,765.00 |
| 9/21/2015 | $194,301.00 |
| 9/21/2015 | $198,076.00 |
| 9/28/2015 | $4,581.00 |
| 10/2/2015 | $212,397.00 |
| 10/2/2015 | $30,712.00 |
| 10/6/2015 | $2,940.00 |
| 10/20/2015 | $10,343.00 |
| 10/22/2015 | $4,732.00 |
| 10/26/2015 | $6,638.00 |
| 10/28/2015 | $183,818.00 |
| 11/17/2015 | $18,129.00 |
| 11/17/2015 | $18,337.00 |
| 11/20/2015 | $8,638.00 |
| 1/12/2016 | $184,993.00 |
| 1/28/2016 | $8,497.00 |
| 2/23/2016 | $5,552.00 |
| 3/2/2016 | $6,807.00 |
| 3/7/2016 | $5,001.00 |
| 3/15/2016 | $176,160.00 |
| 3/15/2016 | $182,916.00 |
| 4/28/2016 | $13,396.00 |
| 4/29/2016 | $90,863.00 |
| 5/5/2016 | $11,763.00 |
| 5/25/2016 | $38,659.00 |
| 6/1/2016 | $217,321.00 |
| 6/1/2016 | $262,885.00 |

EXHIBIT A

TRANSFERS TO LINKACTIV, INC.

| Date | Payment Amount |
|---|---|
| 6/1/2016 | $368,801.00 |
| 6/26/2016 | $18,268.00 |
| 6/30/2016 | $11,153.00 |
| 7/6/2016 | $21,466.00 |
| 7/6/2016 | $264,065.00 |
| 8/9/2016 | $6,600.00 |
| 9/2/2016 | $5,797.00 |
| 9/8/2016 | $6,653.00 |
| 9/8/2016 | $4,977.00 |
| 9/8/2016 | $6,492.00 |
| 9/12/2016 | $5,496.00 |
| 9/16/2016 | $8,700.00 |
| 9/16/2016 | $5,818.00 |
| 9/16/2016 | $195,874.00 |
| 9/20/2016 | $16,781.00 |
| 9/30/2016 | $55,940.00 |
| 10/13/2016 | $8,299.00 |
| 10/20/2016 | $158,916.00 |
| 10/20/2016 | $220,811.00 |
| 10/26/2016 | $185,718.00 |
| 11/16/2016 | $5,016.00 |
| 11/28/2016 | $5,201.00 |
| 12/2/2016 | $6,075.00 |
| 12/28/2016 | $25,848.00 |
| 12/29/2016 | $163,810.00 |
| 1/3/2017 | $174,188.00 |
| 1/5/2017 | $5,680.00 |
| 1/19/2017 | $178,959.00 |
| 1/19/2017 | $31,250.00 |
| 1/19/2017 | $31,250.00 |
| 3/2/2017 | $187,750.00 |
| 3/29/2017 | $221,389.00 |
| 3/31/2017 | $26,423.00 |
| 4/12/2017 | $53,086.00 |
| 4/19/2017 | $224,197.00 |
| 4/20/2017 | $31,250.00 |
| 4/20/2017 | $31,250.00 |
| 4/25/2017 | $22,114.00 |