# EXHIBIT A

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 5/10/2013 | $2,000.00 |
| 5/10/2013 | $2,000.00 |
| 5/10/2013 | $400.00 |
| 5/10/2013 | $5,200.00 |
| 5/10/2013 | $900.00 |
| 5/10/2013 | $1,800.00 |
| 5/15/2013 | $2,800.00 |
| 5/15/2013 | $7,200.00 |
| 5/15/2013 | $900.00 |
| 5/15/2013 | $1,238.00 |
| 5/15/2013 | $1,800.00 |
| 5/15/2013 | $1,800.00 |
| 5/21/2013 | $2,000.00 |
| 5/21/2013 | $2,000.00 |
| 5/21/2013 | $2,100.00 |
| 5/21/2013 | $2,100.00 |
| 5/21/2013 | $2,100.00 |
| 5/21/2013 | $2,200.00 |
| 5/21/2013 | $2,300.00 |
| 5/21/2013 | $2,400.00 |
| 5/21/2013 | $2,400.00 |
| 5/21/2013 | $2,500.00 |
| 5/21/2013 | $2,550.00 |
| 5/21/2013 | $300.00 |
| 5/21/2013 | $3,000.00 |
| 5/21/2013 | $3,000.00 |
| 5/21/2013 | $3,100.00 |
| 5/21/2013 | $500.00 |
| 5/21/2013 | $900.00 |
| 5/21/2013 | $900.00 |
| 5/21/2013 | $900.00 |
| 5/21/2013 | $900.00 |
| 5/21/2013 | $900.00 |
| 5/21/2013 | $900.00 |
| 5/21/2013 | $1,200.00 |
| 5/21/2013 | $1,200.00 |
| 5/21/2013 | $1,800.00 |
| 5/21/2013 | $1,800.00 |
| 5/21/2013 | $1,800.00 |
| 5/21/2013 | $1,800.00 |
| 5/21/2013 | $1,950.00 |
| 5/28/2013 | $2,100.00 |
| 5/28/2013 | $2,500.00 |
| 5/28/2013 | $3,700.00 |
| 5/28/2013 | $3,800.00 |
| 5/28/2013 | $450.00 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 5/28/2013 | $11,800.00 |
| 5/28/2013 | $900.00 |
| 5/28/2013 | $900.00 |
| 5/28/2013 | $900.00 |
| 5/28/2013 | $1,000.00 |
| 5/28/2013 | $1,000.00 |
| 5/28/2013 | $1,100.00 |
| 5/28/2013 | $1,125.00 |
| 5/28/2013 | $1,200.00 |
| 5/28/2013 | $1,800.00 |
| 5/28/2013 | $1,800.00 |
| 6/26/2013 | $300.00 |
| 6/26/2013 | $400.00 |
| 6/26/2013 | $18,000.00 |
| 6/26/2013 | $19,975.00 |
| 6/26/2013 | $900.00 |
| 6/26/2013 | $900.00 |
| 6/26/2013 | $900.00 |
| 6/26/2013 | $900.00 |
| 6/26/2013 | $1,100.00 |
| 6/26/2013 | $1,250.00 |
| 6/26/2013 | $200.00 |
| 6/26/2013 | $1,800.00 |
| 6/26/2013 | $1,800.00 |
| 7/5/2013 | $3,250.00 |
| 7/5/2013 | $6,600.00 |
| 7/23/2013 | $2,250.00 |
| 7/23/2013 | $2,425.00 |
| 7/23/2013 | $3,425.00 |
| 7/23/2013 | $3,550.00 |
| 7/23/2013 | $3,550.00 |
| 8/15/2013 | $2,000.00 |
| 8/15/2013 | $2,000.00 |
| 8/15/2013 | $2,020.00 |
| 8/15/2013 | $2,300.00 |
| 8/15/2013 | $2,300.00 |
| 8/15/2013 | $3,300.00 |
| 8/15/2013 | $7,400.00 |
| 8/15/2013 | $14,950.00 |
| 8/15/2013 | $22,400.00 |
| 8/15/2013 | $900.00 |
| 8/15/2013 | $900.00 |
| 8/15/2013 | $1,467.00 |
| 8/15/2013 | $1,500.00 |
| 8/15/2013 | $1,500.00 |
| 8/15/2013 | $1,700.00 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 8/15/2013 | $1,800.00 |
| 8/15/2013 | $1,800.00 |
| 8/15/2013 | $1,800.00 |
| 8/15/2013 | $1,800.00 |
| 8/15/2013 | $1,800.00 |
| 8/15/2013 | $1,800.00 |
| 8/15/2013 | $1,860.00 |
| 8/15/2013 | $1,900.00 |
| 8/21/2013 | $2,100.00 |
| 8/21/2013 | $2,100.00 |
| 8/21/2013 | $2,100.00 |
| 8/21/2013 | $2,125.00 |
| 8/21/2013 | $2,200.00 |
| 8/21/2013 | $2,200.00 |
| 8/21/2013 | $2,250.00 |
| 8/21/2013 | $3,000.00 |
| 8/21/2013 | $3,100.00 |
| 8/21/2013 | $3,250.00 |
| 8/21/2013 | $3,300.00 |
| 8/21/2013 | $3,400.00 |
| 8/21/2013 | $3,500.00 |
| 8/21/2013 | $350.00 |
| 8/21/2013 | $3,800.00 |
| 8/21/2013 | $375.00 |
| 8/21/2013 | $5,000.00 |
| 8/21/2013 | $5,000.00 |
| 8/21/2013 | $6,919.00 |
| 8/21/2013 | $9,000.00 |
| 8/21/2013 | $9,850.00 |
| 8/21/2013 | $10,750.00 |
| 8/21/2013 | $600.00 |
| 8/21/2013 | $13,750.00 |
| 8/21/2013 | $14,700.00 |
| 8/21/2013 | $15,750.00 |
| 8/21/2013 | $16,100.00 |
| 8/21/2013 | $20,600.00 |
| 8/21/2013 | $21,000.00 |
| 8/21/2013 | $21,200.00 |
| 8/21/2013 | $1,050.00 |
| 8/21/2013 | $1,100.00 |
| 8/21/2013 | $1,150.00 |
| 8/21/2013 | $1,200.00 |
| 8/21/2013 | $1,200.00 |
| 8/21/2013 | $1,200.00 |
| 8/21/2013 | $1,350.00 |
| 8/21/2013 | $1,800.00 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 8/21/2013 | $1,800.00 |
| 8/27/2013 | $2,500.00 |
| 8/27/2013 | $2,700.00 |
| 8/27/2013 | $300.00 |
| 8/27/2013 | $3,900.00 |
| 8/27/2013 | $4,200.00 |
| 8/27/2013 | $900.00 |
| 8/27/2013 | $900.00 |
| 8/27/2013 | $900.00 |
| 8/27/2013 | $1,800.00 |
| 8/27/2013 | $1,800.00 |
| 8/27/2013 | $1,800.00 |
| 10/8/2013 | $24,969.00 |
| 10/8/2013 | $26,031.00 |
| 10/17/2013 | $22,938.00 |
| 10/17/2013 | $22,975.00 |
| 10/17/2013 | $25,650.00 |
| 10/17/2013 | $26,875.00 |
| 1/6/2014 | $2,250.00 |
| 1/15/2014 | $107,228.00 |
| 1/15/2014 | $123,139.00 |
| 1/15/2014 | $156,232.00 |
| 1/15/2014 | $158,321.00 |
| 1/21/2014 | $16,957.00 |
| 2/7/2014 | $15,001.00 |
| 2/20/2014 | $700.00 |
| 2/20/2014 | $800.00 |
| 3/14/2014 | $9,322.00 |
| 4/2/2014 | $932.00 |
| 4/15/2014 | $806,383.00 |
| 4/23/2014 | $669.00 |
| 4/23/2014 | $754,813.00 |
| 4/23/2014 | $1,400.00 |
| 4/23/2014 | $1,764.00 |
| 6/3/2014 | $754,813.00 |
| 6/10/2014 | $2,091.00 |
| 6/11/2014 | $3,896.00 |
| 6/13/2014 | $894.00 |
| 6/16/2014 | $8,936.00 |
| 6/20/2014 | $1,275.00 |
| 6/27/2014 | $1,580.00 |
| 7/1/2014 | $14,818.00 |
| 7/1/2014 | $1,101.00 |
| 7/10/2014 | $4,673.00 |
| 7/10/2014 | $700.00 |
| 7/10/2014 | $1,400.00 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 7/18/2014 | $806,383.00 |
| 7/18/2014 | $1,365.00 |
| 7/30/2014 | $2,337.00 |
| 7/30/2014 | $8,897.00 |
| 7/30/2014 | $1,070.00 |
| 8/4/2014 | $14,318.00 |
| 9/3/2014 | $754,813.00 |
| 9/10/2014 | $806,383.00 |
| 10/22/2014 | $13,569.00 |
| 12/5/2014 | $1,241.00 |
| 12/5/2014 | $1,357.00 |
| 12/10/2014 | $4,739.00 |
| 12/10/2014 | $8,886.00 |
| 12/31/2014 | $474.00 |
| 1/9/2015 | $2,149.00 |
| 1/9/2015 | $2,292.00 |
| 1/9/2015 | $2,579.00 |
| 1/9/2015 | $2,579.00 |
| 1/9/2015 | $2,722.00 |
| 1/9/2015 | $1,433.00 |
| 2/18/2015 | $10,314.00 |
| 2/18/2015 | $17,235.00 |
| 2/24/2015 | $12,234.00 |
| 2/24/2015 | $14,612.00 |
| 2/25/2015 | $40,368.00 |
| 2/26/2015 | $23,235.00 |
| 2/26/2015 | $39,336.00 |
| 3/2/2015 | $13,007.00 |
| 4/29/2015 | $2,006.00 |
| 4/29/2015 | $2,722.00 |
| 4/29/2015 | $5,587.00 |
| 4/29/2015 | $143.00 |
| 4/29/2015 | $1,433.00 |
| 4/29/2015 | $1,433.00 |
| 4/29/2015 | $1,433.00 |
| 5/1/2015 | $2,006.00 |
| 5/1/2015 | $2,722.00 |
| 5/1/2015 | $2,722.00 |
| 5/1/2015 | $1,433.00 |
| 5/6/2015 | $2,149.00 |
| 5/6/2015 | $287.00 |
| 5/6/2015 | $2,364.00 |
| 5/6/2015 | $2,435.00 |
| 5/6/2015 | $2,435.00 |
| 5/6/2015 | $2,722.00 |
| 5/6/2015 | $716.00 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 5/6/2015 | $1,433.00 |
| 5/6/2015 | $1,433.00 |
| 5/14/2015 | $2,292.00 |
| 5/14/2015 | $2,292.00 |
| 5/14/2015 | $2,435.00 |
| 5/14/2015 | $2,435.00 |
| 5/14/2015 | $2,722.00 |
| 5/14/2015 | $3,152.00 |
| 5/14/2015 | $3,295.00 |
| 5/14/2015 | $3,295.00 |
| 5/14/2015 | $1,433.00 |
| 5/14/2015 | $215.00 |
| 5/15/2015 | $2,149.00 |
| 5/15/2015 | $2,435.00 |
| 5/15/2015 | $2,435.00 |
| 5/15/2015 | $5,157.00 |
| 5/15/2015 | $525.00 |
| 5/15/2015 | $907.00 |
| 5/18/2015 | $263.00 |
| 5/18/2015 | $263.00 |
| 5/18/2015 | $310.00 |
| 5/18/2015 | $454.00 |
| 5/18/2015 | $454.00 |
| 5/18/2015 | $454.00 |
| 5/18/2015 | $788.00 |
| 5/18/2015 | $143.00 |
| 5/18/2015 | $907.00 |
| 5/18/2015 | $1,719.00 |
| 7/13/2015 | $59,649.00 |
| 7/21/2015 | $54,149.00 |
| 8/4/2015 | $454.00 |
| 8/4/2015 | $454.00 |
| 8/4/2015 | $454.00 |
| 8/4/2015 | $454.00 |
| 8/4/2015 | $454.00 |
| 8/4/2015 | $454.00 |
| 8/4/2015 | $454.00 |
| 8/4/2015 | $2,292.00 |
| 8/4/2015 | $1,433.00 |
| 8/4/2015 | $1,576.00 |
| 8/4/2015 | $4,011.00 |
| 8/4/2015 | $4,154.00 |
| 8/4/2015 | $2,149.00 |
| 8/4/2015 | $2,722.00 |
| 8/4/2015 | $2,722.00 |
| 8/4/2015 | $1,433.00 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 8/4/2015 | $1,433.00 |
| 8/4/2015 | $263.00 |
| 8/4/2015 | $454.00 |
| 8/4/2015 | $263.00 |
| 8/4/2015 | $263.00 |
| 8/4/2015 | $263.00 |
| 8/4/2015 | $310.00 |
| 8/4/2015 | $263.00 |
| 8/4/2015 | $56,211.00 |
| 8/5/2015 | $2,292.00 |
| 8/5/2015 | $1,719.00 |
| 8/6/2015 | $2,149.00 |
| 8/6/2015 | $2,006.00 |
| 8/24/2015 | $1,433.00 |
| 8/24/2015 | $1,433.00 |
| 8/24/2015 | $1,433.00 |
| 8/24/2015 | $1,576.00 |
| 8/24/2015 | $1,576.00 |
| 8/24/2015 | $1,433.00 |
| 8/24/2015 | $263.00 |
| 8/24/2015 | $287.00 |
| 8/24/2015 | $287.00 |
| 8/24/2015 | $2,435.00 |
| 8/24/2015 | $1,719.00 |
| 8/24/2015 | $1,433.00 |
| 8/24/2015 | $1,576.00 |
| 8/24/2015 | $167.00 |
| 8/24/2015 | $979.00 |
| 8/24/2015 | $454.00 |
| 8/24/2015 | $263.00 |
| 8/24/2015 | $454.00 |
| 8/24/2015 | $454.00 |
| 8/24/2015 | $263.00 |
| 8/24/2015 | $1,146.00 |
| 8/24/2015 | $263.00 |
| 8/24/2015 | $263.00 |
| 8/24/2015 | $263.00 |
| 8/24/2015 | $263.00 |
| 8/24/2015 | $263.00 |
| 8/24/2015 | $263.00 |
| 8/24/2015 | $3,581.00 |
| 8/26/2015 | $2,722.00 |
| 8/26/2015 | $2,435.00 |
| 8/26/2015 | $2,292.00 |
| 8/26/2015 | $4,871.00 |
| 8/26/2015 | $3,534.00 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 8/26/2015 | $4,011.00 |
| 8/26/2015 | $4,154.00 |
| 8/26/2015 | $2,865.00 |
| 9/1/2015 | $1,862.00 |
| 9/1/2015 | $2,149.00 |
| 9/1/2015 | $1,862.00 |
| 9/1/2015 | $1,433.00 |
| 9/1/2015 | $1,576.00 |
| 9/1/2015 | $1,433.00 |
| 9/8/2015 | $836.00 |
| 9/8/2015 | $716.00 |
| 9/8/2015 | $2,722.00 |
| 10/22/2015 | $2,901.00 |
| 10/22/2015 | $1,289.25 |
| 10/22/2015 | $286.50 |
| 10/22/2015 | $1,289.25 |
| 10/22/2015 | $340.50 |
| 10/22/2015 | $340.50 |
| 10/22/2015 | $340.50 |
| 10/22/2015 | $340.50 |
| 10/22/2015 | $1,611.75 |
| 10/22/2015 | $680.25 |
| 10/22/2015 | $2,041.50 |
| 10/22/2015 | $2,148.75 |
| 10/22/2015 | $967.00 |
| 10/22/2015 | $429.75 |
| 10/22/2015 | $95.50 |
| 10/22/2015 | $429.75 |
| 10/22/2015 | $113.50 |
| 10/22/2015 | $113.50 |
| 10/22/2015 | $113.50 |
| 10/22/2015 | $113.50 |
| 10/22/2015 | $537.25 |
| 10/22/2015 | $226.75 |
| 10/22/2015 | $680.50 |
| 10/22/2015 | $716.25 |
| 10/28/2015 | $966.75 |
| 10/28/2015 | $2,148.75 |
| 10/28/2015 | $1,074.75 |
| 10/28/2015 | $3,330.75 |
| 10/28/2015 | $322.25 |
| 10/28/2015 | $716.25 |
| 10/28/2015 | $358.25 |
| 10/28/2015 | $1,110.25 |
| 12/23/2015 | $1,092.00 |
| 12/31/2015 | $15,244.00 |

# EXHIBIT A

## TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 12/31/2015 | $473.00 |
| 1/27/2016 | $578.00 |
| 1/27/2016 | $177.00 |
| 1/27/2016 | $22,257.00 |
| 1/27/2016 | $1,775.00 |
| 3/30/2016 | $4,298.00 |
| 3/30/2016 | $1,433.00 |
| 3/30/2016 | $1,433.00 |
| 3/30/2016 | $2,722.00 |
| 3/30/2016 | $96.00 |
| 3/30/2016 | $2,670.00 |
| 4/4/2016 | $2,471.25 |
| 4/4/2016 | $1,182.00 |
| 4/4/2016 | $1,182.00 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $3,760.50 |
| 4/4/2016 | $1,396.50 |
| 4/4/2016 | $197.25 |
| 4/4/2016 | $232.50 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $2,041.50 |
| 4/4/2016 | $1,934.25 |
| 4/4/2016 | $1,826.25 |
| 4/4/2016 | $3,008.25 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $2,901.00 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $1,289.25 |
| 4/4/2016 | $1,074.75 |
| 4/4/2016 | $823.75 |
| 4/4/2016 | $394.00 |
| 4/4/2016 | $394.00 |
| 4/4/2016 | $358.25 |
| 4/4/2016 | $1,253.50 |
| 4/4/2016 | $465.50 |
| 4/4/2016 | $65.75 |
| 4/4/2016 | $77.50 |
| 4/4/2016 | $358.25 |
| 4/4/2016 | $358.25 |
| 4/4/2016 | $680.50 |
| 4/4/2016 | $644.75 |
| 4/4/2016 | $608.75 |
| 4/4/2016 | $1,002.75 |

EXHIBIT A
TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 4/4/2016 | $358.25 |
| 4/4/2016 | $967.00 |
| 4/4/2016 | $358.25 |
| 4/4/2016 | $358.25 |
| 4/4/2016 | $358.25 |
| 4/4/2016 | $429.75 |
| 4/4/2016 | $358.25 |
| 4/8/2016 | $429.75 |
| 4/8/2016 | $340.50 |
| 4/8/2016 | $340.50 |
| 4/8/2016 | $322.50 |
| 4/8/2016 | $143.25 |
| 4/8/2016 | $113.50 |
| 4/8/2016 | $113.50 |
| 4/8/2016 | $107.50 |
| 4/8/2016 | $344.00 |
| 4/8/2016 | $21,255.00 |
| 4/14/2016 | $340.50 |
| 4/14/2016 | $113.50 |
| 4/14/2016 | $2,513.00 |
| 5/9/2016 | $1,074.75 |
| 5/9/2016 | $2,256.00 |
| 5/9/2016 | $2,256.00 |
| 5/9/2016 | $2,041.50 |
| 5/9/2016 | $3,008.25 |
| 5/9/2016 | $2,364.00 |
| 5/9/2016 | $1,074.75 |
| 5/9/2016 | $2,471.25 |
| 5/9/2016 | $1,611.75 |
| 5/9/2016 | $1,182.00 |
| 5/9/2016 | $1,020.75 |
| 5/9/2016 | $1,289.25 |
| 5/9/2016 | $1,182.00 |
| 5/9/2016 | $1,074.75 |
| 5/9/2016 | $1,504.50 |
| 5/9/2016 | $1,504.50 |
| 5/9/2016 | $1,074.75 |
| 5/9/2016 | $1,289.25 |
| 5/9/2016 | $2,148.75 |
| 5/9/2016 | $1,396.50 |
| 5/9/2016 | $1,396.50 |
| 5/9/2016 | $1,611.75 |
| 5/9/2016 | $1,611.75 |
| 5/9/2016 | $1,074.75 |
| 5/9/2016 | $1,289.25 |
| 5/9/2016 | $2,041.50 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 5/9/2016 | $1,289.25 |
| 5/9/2016 | $3,115.50 |
| 5/9/2016 | $1,074.75 |
| 5/9/2016 | $3,008.25 |
| 5/9/2016 | $1,182.00 |
| 5/9/2016 | $2,685.75 |
| 5/9/2016 | $2,685.75 |
| 5/9/2016 | $1,396.50 |
| 5/9/2016 | $358.25 |
| 5/9/2016 | $752.00 |
| 5/9/2016 | $752.00 |
| 5/9/2016 | $680.50 |
| 5/9/2016 | $1,002.75 |
| 5/9/2016 | $788.00 |
| 5/9/2016 | $358.25 |
| 5/9/2016 | $823.75 |
| 5/9/2016 | $537.25 |
| 5/9/2016 | $394.00 |
| 5/9/2016 | $340.25 |
| 5/9/2016 | $429.75 |
| 5/9/2016 | $394.00 |
| 5/9/2016 | $358.25 |
| 5/9/2016 | $501.50 |
| 5/9/2016 | $501.50 |
| 5/9/2016 | $358.25 |
| 5/9/2016 | $429.75 |
| 5/9/2016 | $716.25 |
| 5/9/2016 | $465.50 |
| 5/9/2016 | $465.50 |
| 5/9/2016 | $537.25 |
| 5/9/2016 | $537.25 |
| 5/9/2016 | $358.25 |
| 5/9/2016 | $429.75 |
| 5/9/2016 | $680.50 |
| 5/9/2016 | $429.75 |
| 5/9/2016 | $1,038.50 |
| 5/9/2016 | $358.25 |
| 5/9/2016 | $1,002.75 |
| 5/9/2016 | $394.00 |
| 5/9/2016 | $895.25 |
| 5/9/2016 | $895.25 |
| 5/9/2016 | $465.50 |
| 5/9/2016 | $4,298.00 |
| 5/9/2016 | $1,433.00 |
| 5/9/2016 | $143.00 |
| 5/9/2016 | $3,079.00 |

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 5/9/2016 | $2,333.00 |
| 5/9/2016 | $6,281.00 |
| 5/13/2016 | $1,182.00 |
| 5/13/2016 | $3,438.00 |
| 5/13/2016 | $2,901.00 |
| 5/13/2016 | $1,934.25 |
| 5/13/2016 | $2,685.75 |
| 5/13/2016 | $2,148.75 |
| 5/13/2016 | $2,041.50 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $2,471.25 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $1,182.00 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $2,041.50 |
| 5/13/2016 | $2,041.50 |
| 5/13/2016 | $1,343.25 |
| 5/13/2016 | $197.25 |
| 5/13/2016 | $1,182.00 |
| 5/13/2016 | $232.50 |
| 5/13/2016 | $232.50 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $2,041.50 |
| 5/13/2016 | $1,396.50 |
| 5/13/2016 | $2,471.25 |
| 5/13/2016 | $1,611.75 |
| 5/13/2016 | $2,041.50 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $3,223.50 |
| 5/13/2016 | $3,223.50 |
| 5/13/2016 | $1,182.00 |
| 5/13/2016 | $1,289.25 |
| 5/13/2016 | $3,223.50 |
| 5/13/2016 | $1,611.75 |
| 5/13/2016 | $232.50 |
| 5/13/2016 | $340.50 |
| 5/13/2016 | $340.50 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $1,611.75 |
| 5/13/2016 | $1,182.00 |
| 5/13/2016 | $3,653.25 |
| 5/13/2016 | $1,182.00 |
| 5/13/2016 | $340.50 |
| 5/13/2016 | $197.25 |
| 5/13/2016 | $1,074.75 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 5/13/2016 | $4,083.00 |
| 5/13/2016 | $2,041.50 |
| 5/13/2016 | $752.25 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $2,148.75 |
| 5/13/2016 | $3,115.50 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $3,438.00 |
| 5/13/2016 | $3,653.25 |
| 5/13/2016 | $2,041.50 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $4,297.50 |
| 5/13/2016 | $465.75 |
| 5/13/2016 | $1,074.75 |
| 5/13/2016 | $1,289.25 |
| 5/13/2016 | $2,041.50 |
| 5/13/2016 | $5,372.25 |
| 5/13/2016 | $394.00 |
| 5/13/2016 | $1,146.00 |
| 5/13/2016 | $967.00 |
| 5/13/2016 | $644.75 |
| 5/13/2016 | $895.25 |
| 5/13/2016 | $716.25 |
| 5/13/2016 | $680.50 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $823.75 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $394.00 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $680.50 |
| 5/13/2016 | $680.50 |
| 5/13/2016 | $447.75 |
| 5/13/2016 | $65.75 |
| 5/13/2016 | $394.00 |
| 5/13/2016 | $77.50 |
| 5/13/2016 | $77.50 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $680.50 |
| 5/13/2016 | $465.50 |
| 5/13/2016 | $823.75 |
| 5/13/2016 | $537.25 |
| 5/13/2016 | $680.50 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 5/13/2016 | $358.25 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $1,074.50 |
| 5/13/2016 | $1,074.50 |
| 5/13/2016 | $394.00 |
| 5/13/2016 | $429.75 |
| 5/13/2016 | $1,074.50 |
| 5/13/2016 | $537.25 |
| 5/13/2016 | $77.50 |
| 5/13/2016 | $113.50 |
| 5/13/2016 | $113.50 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $537.25 |
| 5/13/2016 | $394.00 |
| 5/13/2016 | $1,217.75 |
| 5/13/2016 | $394.00 |
| 5/13/2016 | $113.50 |
| 5/13/2016 | $65.75 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $1,361.00 |
| 5/13/2016 | $680.50 |
| 5/13/2016 | $250.75 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $716.25 |
| 5/13/2016 | $1,038.50 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $1,146.00 |
| 5/13/2016 | $1,217.75 |
| 5/13/2016 | $680.50 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $1,432.50 |
| 5/13/2016 | $155.25 |
| 5/13/2016 | $358.25 |
| 5/13/2016 | $429.75 |
| 5/13/2016 | $680.50 |
| 5/13/2016 | $1,790.75 |
| 5/13/2016 | $3,042.00 |
| 5/13/2016 | $768.00 |
| 5/13/2016 | $1,406.00 |
| 5/20/2016 | $25,286.00 |
| 5/20/2016 | $11,426.00 |
| 5/20/2016 | $15,784.00 |

# EXHIBIT A
## TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 5/20/2016 | $14,231.00 |
| 6/22/2016 | $2,292.00 |
| 6/30/2016 | $232.50 |
| 6/30/2016 | $340.50 |
| 6/30/2016 | $340.50 |
| 6/30/2016 | $591.00 |
| 6/30/2016 | $1,074.75 |
| 6/30/2016 | $340.50 |
| 6/30/2016 | $1,074.75 |
| 6/30/2016 | $1,074.75 |
| 6/30/2016 | $1,074.75 |
| 6/30/2016 | $77.50 |
| 6/30/2016 | $113.50 |
| 6/30/2016 | $113.50 |
| 6/30/2016 | $197.00 |
| 6/30/2016 | $358.25 |
| 6/30/2016 | $113.50 |
| 6/30/2016 | $358.25 |
| 6/30/2016 | $358.25 |
| 6/30/2016 | $358.25 |
| 6/30/2016 | $945.00 |
| 6/30/2016 | $13,661.00 |
| 7/5/2016 | $1,182.00 |
| 7/5/2016 | $1,182.00 |
| 7/5/2016 | $2,041.50 |
| 7/5/2016 | $1,611.75 |
| 7/5/2016 | $2,041.50 |
| 7/5/2016 | $1,504.50 |
| 7/5/2016 | $1,504.50 |
| 7/5/2016 | $394.00 |
| 7/5/2016 | $394.00 |
| 7/5/2016 | $680.50 |
| 7/5/2016 | $537.25 |
| 7/5/2016 | $680.50 |
| 7/5/2016 | $501.50 |
| 7/5/2016 | $501.50 |
| 7/15/2016 | $3,545.25 |
| 7/15/2016 | $3,330.75 |
| 7/15/2016 | $1,181.75 |
| 7/15/2016 | $1,110.25 |
| 7/28/2016 | $1,390.00 |
| 7/28/2016 | $29,727.00 |
| 7/28/2016 | $3,545.25 |
| 7/28/2016 | $1,719.00 |
| 7/28/2016 | $3,438.00 |
| 7/28/2016 | $1,181.75 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 7/28/2016 | $573.00 |
| 7/28/2016 | $1,146.00 |
| 8/8/2016 | $4,083.00 |
| 8/8/2016 | $1,361.00 |
| 8/10/2016 | $13,615.00 |
| 8/10/2016 | $30,476.00 |
| 8/10/2016 | $38,828.00 |
| 8/10/2016 | $39,349.00 |
| 9/26/2016 | $1,795.00 |
| 9/26/2016 | $4,184.00 |
| 9/26/2016 | $3,861.00 |
| 9/26/2016 | $1,461.00 |
| 9/26/2016 | $2,148.75 |
| 9/26/2016 | $1,826.25 |
| 9/26/2016 | $1,826.25 |
| 9/26/2016 | $6,355.50 |
| 9/26/2016 | $2,471.25 |
| 9/26/2016 | $823.50 |
| 9/26/2016 | $1,182.00 |
| 9/26/2016 | $2,041.50 |
| 9/26/2016 | $2,041.50 |
| 9/26/2016 | $3,330.75 |
| 9/26/2016 | $3,975.00 |
| 9/26/2016 | $4,995.75 |
| 9/26/2016 | $1,396.50 |
| 9/26/2016 | $2,578.50 |
| 9/26/2016 | $1,396.50 |
| 9/26/2016 | $680.25 |
| 9/26/2016 | $1,719.00 |
| 9/26/2016 | $716.25 |
| 9/26/2016 | $608.75 |
| 9/26/2016 | $608.75 |
| 9/26/2016 | $2,118.50 |
| 9/26/2016 | $823.75 |
| 9/26/2016 | $274.50 |
| 9/26/2016 | $394.00 |
| 9/26/2016 | $680.50 |
| 9/26/2016 | $680.50 |
| 9/26/2016 | $1,110.25 |
| 9/26/2016 | $1,325.00 |
| 9/26/2016 | $1,665.25 |
| 9/26/2016 | $465.50 |
| 9/26/2016 | $859.50 |
| 9/26/2016 | $465.50 |
| 9/26/2016 | $226.75 |
| 10/5/2016 | $14,823.00 |

# EXHIBIT A
## TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 10/5/2016 | $40,731.00 |
| 10/6/2016 | $7,521.00 |
| 10/6/2016 | $2,507.00 |
| 10/12/2016 | $16,027.00 |
| 10/12/2016 | $4,201.00 |
| 10/20/2016 | $1,854.00 |
| 10/20/2016 | $9,149.00 |
| 10/31/2016 | $2,435.00 |
| 10/31/2016 | $573.00 |
| 10/31/2016 | $20,045.00 |
| 11/15/2016 | $4,129.00 |
| 11/15/2016 | $723.00 |
| 11/22/2016 | $45,304.00 |
| 12/1/2016 | $45,684.00 |
| 12/7/2016 | $3,746.00 |
| 12/13/2016 | $1,272.00 |
| 12/22/2016 | $66,326.00 |
| 1/31/2017 | $225,765.00 |
| 2/16/2017 | $1,430.25 |
| 2/16/2017 | $1,611.75 |
| 2/16/2017 | $1,504.50 |
| 2/16/2017 | $340.50 |
| 2/16/2017 | $1,182.00 |
| 2/16/2017 | $1,611.75 |
| 2/16/2017 | $1,235.25 |
| 2/16/2017 | $476.75 |
| 2/16/2017 | $537.25 |
| 2/16/2017 | $501.50 |
| 2/16/2017 | $113.50 |
| 2/16/2017 | $394.00 |
| 2/16/2017 | $537.25 |
| 2/16/2017 | $411.75 |
| 3/7/2017 | $57,193.00 |
| 3/7/2017 | $15,002.00 |
| 3/9/2017 | $3,115.50 |
| 3/9/2017 | $56,440.50 |
| 3/9/2017 | $1,038.50 |
| 3/9/2017 | $18,813.50 |
| 4/10/2017 | $54,417.00 |
| 4/10/2017 | $18,139.00 |
| 4/19/2017 | $17,405.25 |
| 4/19/2017 | $3,438.00 |
| 4/19/2017 | $1,074.75 |
| 4/19/2017 | $2,006.00 |
| 4/19/2017 | $5,801.75 |
| 4/19/2017 | $1,146.00 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 4/19/2017 | $358.25 |
| 4/24/2017 | $2,173.00 |
| 4/24/2017 | $1,384.00 |
| 4/24/2017 | $3,289.00 |
| 4/24/2017 | $2,323.00 |
| 4/24/2017 | $3,929.00 |
| 4/24/2017 | $2,129.00 |
| 4/24/2017 | $1,964.00 |
| 4/24/2017 | $2,041.50 |
| 4/24/2017 | $3,115.50 |
| 4/24/2017 | $1,289.25 |
| 4/24/2017 | $1,182.00 |
| 4/24/2017 | $1,289.25 |
| 4/24/2017 | $2,364.00 |
| 4/24/2017 | $1,074.75 |
| 4/24/2017 | $1,826.25 |
| 4/24/2017 | $3,008.25 |
| 4/24/2017 | $3,008.25 |
| 4/24/2017 | $1,289.25 |
| 4/24/2017 | $1,074.75 |
| 4/24/2017 | $1,934.25 |
| 4/24/2017 | $232.50 |
| 4/24/2017 | $3,115.50 |
| 4/24/2017 | $1,504.50 |
| 4/24/2017 | $1,074.75 |
| 4/24/2017 | $1,504.50 |
| 4/24/2017 | $2,041.50 |
| 4/24/2017 | $1,611.75 |
| 4/24/2017 | $43,279.50 |
| 4/24/2017 | $2,041.50 |
| 4/24/2017 | $2,685.75 |
| 4/24/2017 | $2,793.75 |
| 4/24/2017 | $4,942.50 |
| 4/24/2017 | $2,364.00 |
| 4/24/2017 | $1,074.75 |
| 4/24/2017 | $1,611.75 |
| 4/24/2017 | $680.50 |
| 4/24/2017 | $1,038.50 |
| 4/24/2017 | $429.75 |
| 4/24/2017 | $394.00 |
| 4/24/2017 | $429.75 |
| 4/24/2017 | $788.00 |
| 4/24/2017 | $358.25 |
| 4/24/2017 | $608.75 |
| 4/24/2017 | $1,002.75 |
| 4/24/2017 | $1,002.75 |

EXHIBIT A

TRANFERS TO LS INNOVATIVE EDUCATION CENTER, INC.

| Date | Payment Amount |
|---|---|
| 4/24/2017 | $429.75 |
| 4/24/2017 | $358.25 |
| 4/24/2017 | $644.75 |
| 4/24/2017 | $77.50 |
| 4/24/2017 | $1,038.50 |
| 4/24/2017 | $501.50 |
| 4/24/2017 | $358.25 |
| 4/24/2017 | $501.50 |
| 4/24/2017 | $680.50 |
| 4/24/2017 | $537.25 |
| 4/24/2017 | $14,426.50 |
| 4/24/2017 | $680.50 |
| 4/24/2017 | $895.25 |
| 4/24/2017 | $931.25 |
| 4/24/2017 | $1,647.50 |
| 4/24/2017 | $788.00 |
| 4/24/2017 | $358.25 |
| 4/24/2017 | $537.25 |
| 5/1/2017 | $158,453.00 |
| 5/1/2017 | $62,385.00 |
| 5/1/2017 | $20,795.00 |