# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO NETWAVE EQUIPMENT CORP.

| Date | Payment Amount |
|---|---|
| 8/22/2013 | $540,003.00 |
| 3/4/2014 | $11,623.00 |
| 5/6/2014 | $1,614.00 |
| 7/14/2014 | $33,443.00 |
| 10/14/2014 | $121,040.00 |
| 2/11/2015 | $5,970.00 |
| 3/2/2015 | $1,990.00 |
| 4/14/2015 | $1,990.00 |
| 4/22/2015 | $1,990.00 |
| 5/1/2015 | $1,990.00 |
| 5/29/2015 | $1,377.00 |
| 5/29/2015 | $20,094.00 |
| 6/4/2015 | $1,990.00 |
| 6/10/2015 | $2,700.00 |
| 6/12/2015 | $54,569.00 |
| 6/29/2015 | $1,990.00 |
| 7/3/2015 | $27,166.00 |
| 7/3/2015 | $12,608.00 |
| 7/7/2015 | $17,980.00 |
| 7/7/2015 | $22,606.00 |
| 7/7/2015 | $20,094.00 |
| 7/8/2015 | $22,655.00 |
| 7/10/2015 | $7,043.00 |
| 7/10/2015 | $22,606.00 |
| 7/15/2015 | $1,377.00 |
| 7/15/2015 | $480.00 |
| 7/15/2015 | $22,655.00 |
| 7/20/2015 | $22,655.00 |
| 7/20/2015 | $22,606.00 |
| 7/23/2015 | $2,700.00 |
| 7/23/2015 | $20,094.00 |
| 7/28/2015 | $22,500.00 |
| 8/5/2015 | $54,569.00 |
| 8/5/2015 | $1,990.00 |
| 8/26/2015 | $1,248.00 |
| 8/26/2015 | $7,715.00 |
| 8/26/2015 | $22,500.00 |
| 8/31/2015 | $1,377.00 |
| 9/2/2015 | $14,490.00 |
| 9/11/2015 | $1,096.00 |
| 9/16/2015 | $6,156.00 |
| 9/23/2015 | $1,990.00 |
| 9/25/2015 | $22,500.00 |
| 10/2/2015 | $1,377.00 |
| 10/2/2015 | $22,500.00 |
| 10/5/2015 | $1,990.00 |

# EXHIBIT A

## TRANSFERS TO NETWAVE EQUIPMENT CORP.

| Date | Payment Amount |
|---|---|
| 10/8/2015 | $22,655.00 |
| 10/8/2015 | $22,655.00 |
| 10/13/2015 | $6,156.00 |
| 10/13/2015 | $54,569.00 |
| 10/14/2015 | $23,192.00 |
| 10/19/2015 | $46,384.00 |
| 10/19/2015 | $22,606.00 |
| 10/22/2015 | $1,990.00 |
| 10/23/2015 | $22,606.00 |
| 10/27/2015 | $6,649.00 |
| 10/30/2015 | $6,649.00 |
| 11/2/2015 | $6,649.00 |
| 11/12/2015 | $8,540.00 |
| 11/12/2015 | $2,700.00 |
| 11/12/2015 | $22,500.00 |
| 11/12/2015 | $6,649.00 |
| 11/23/2015 | $1,990.00 |
| 12/17/2015 | $6,156.00 |
| 12/17/2015 | $2,700.00 |
| 12/17/2015 | $8,180.00 |
| 12/17/2015 | $6,649.00 |
| 12/17/2015 | $4,354.00 |
| 12/28/2015 | $1,377.00 |
| 1/25/2016 | $1,377.00 |
| 1/25/2016 | $2,700.00 |
| 1/25/2016 | $22,500.00 |
| 2/9/2016 | $6,156.00 |
| 2/9/2016 | $4,090.00 |
| 2/9/2016 | $22,500.00 |
| 2/9/2016 | $6,649.00 |
| 2/22/2016 | $1,377.00 |
| 2/22/2016 | $20,345.00 |
| 2/22/2016 | $6,649.00 |
| 3/2/2016 | $46,384.00 |
| 3/2/2016 | $46,384.00 |
| 3/2/2016 | $34,928.00 |
| 3/3/2016 | $8,964.00 |
| 3/3/2016 | $8,964.00 |
| 3/3/2016 | $1,990.00 |
| 3/17/2016 | $8,964.00 |
| 3/17/2016 | $1,096.00 |
| 3/17/2016 | $34,928.00 |
| 3/17/2016 | $20,345.00 |
| 3/17/2016 | $28,000.00 |
| 3/28/2016 | $2,700.00 |
| 3/28/2016 | $34,928.00 |

EXHIBIT A

TRANSFERS TO NETWAVE EQUIPMENT CORP.

| Date | Payment Amount |
|---|---|
| 3/28/2016 | $20,345.00 |
| 3/28/2016 | $22,500.00 |
| 3/31/2016 | $1,377.00 |
| 3/31/2016 | $6,156.00 |
| 3/31/2016 | $4,090.00 |
| 4/4/2016 | $1,990.00 |
| 5/2/2016 | $2,700.00 |
| 5/2/2016 | $22,500.00 |
| 5/4/2016 | $34,928.00 |
| 5/4/2016 | $20,345.00 |
| 5/6/2016 | $8,964.00 |
| 5/6/2016 | $1,377.00 |
| 5/6/2016 | $6,156.00 |
| 5/6/2016 | $46,384.00 |
| 5/17/2016 | $1,960.00 |
| 5/19/2016 | $4,090.00 |
| 5/19/2016 | $34,928.00 |
| 5/19/2016 | $20,345.00 |
| 5/19/2016 | $6,649.00 |
| 6/1/2016 | $6,156.00 |
| 6/1/2016 | $46,384.00 |
| 6/1/2016 | $2,700.00 |
| 6/1/2016 | $22,500.00 |
| 6/1/2016 | $6,649.00 |
| 6/1/2016 | $6,649.00 |
| 6/15/2016 | $46,384.00 |
| 6/24/2016 | $7,900.00 |
| 6/28/2016 | $1,377.00 |
| 6/28/2016 | $1,377.00 |
| 6/28/2016 | $6,156.00 |
| 6/28/2016 | $22,500.00 |
| 7/7/2016 | $2,700.00 |
| 7/7/2016 | $4,090.00 |
| 7/12/2016 | $4,090.00 |
| 7/12/2016 | $34,928.00 |
| 7/12/2016 | $20,345.00 |
| 7/12/2016 | $6,156.00 |
| 7/14/2016 | $34,928.00 |
| 7/14/2016 | $20,345.00 |
| 7/14/2016 | $8,964.00 |
| 7/19/2016 | $1,990.00 |
| 7/21/2016 | $1,990.00 |
| 7/29/2016 | $6,156.00 |
| 7/29/2016 | $8,964.00 |
| 8/17/2016 | $2,700.00 |
| 8/17/2016 | $525.00 |

EXHIBIT A

TRANSFERS TO NETWAVE EQUIPMENT CORP.

| Date | Payment Amount |
|---|---|
| 8/17/2016 | $2,175.00 |
| 8/17/2016 | $1,377.00 |
| 8/18/2016 | $9,636.00 |
| 8/22/2016 | $34,928.00 |
| 8/22/2016 | $20,345.00 |
| 8/22/2016 | $46,384.00 |
| 8/25/2016 | $22,500.00 |
| 8/25/2016 | $46,384.00 |
| 9/1/2016 | $8,180.00 |
| 9/1/2016 | $6,750.00 |
| 9/1/2016 | $1,377.00 |
| 9/8/2016 | $16,064.00 |
| 9/12/2016 | $6,649.00 |
| 9/12/2016 | $3,980.00 |
| 9/12/2016 | $8,964.00 |
| 9/19/2016 | $6,303.00 |
| 9/19/2016 | $1,377.00 |
| 9/26/2016 | $34,928.00 |
| 9/26/2016 | $20,345.00 |
| 10/5/2016 | $4,090.00 |
| 10/5/2016 | $34,928.00 |
| 10/5/2016 | $20,345.00 |
| 10/5/2016 | $6,649.00 |
| 10/5/2016 | $22,500.00 |
| 10/5/2016 | $2,970.00 |
| 10/5/2016 | $2,725.00 |
| 10/19/2016 | $1,990.00 |
| 10/24/2016 | $2,700.00 |
| 10/24/2016 | $2,700.00 |
| 10/24/2016 | $6,156.00 |
| 10/31/2016 | $6,649.00 |
| 10/31/2016 | $8,964.00 |
| 11/7/2016 | $2,700.00 |
| 11/7/2016 | $4,090.00 |
| 11/14/2016 | $6,156.00 |
| 11/21/2016 | $6,649.00 |
| 11/25/2016 | $1,990.00 |
| 11/29/2016 | $1,377.00 |
| 11/29/2016 | $1,377.00 |
| 11/29/2016 | $4,090.00 |
| 12/2/2016 | $20,345.00 |
| 12/2/2016 | $46,384.00 |
| 12/2/2016 | $46,384.00 |
| 12/9/2016 | $34,928.00 |
| 12/12/2016 | $34,928.00 |
| 12/12/2016 | $46,384.00 |

EXHIBIT A

TRANSFERS TO NETWAVE EQUIPMENT CORP.

| Date | Payment Amount |
|---|---|
| 12/15/2016 | $5,900.00 |
| 12/15/2016 | $6,156.00 |
| 12/19/2016 | $20,345.00 |
| 12/19/2016 | $22,500.00 |
| 12/19/2016 | $46,384.00 |
| 12/22/2016 | $8,964.00 |
| 12/28/2016 | $2,700.00 |
| 12/28/2016 | $1,990.00 |
| 12/28/2016 | $22,500.00 |
| 1/5/2017 | $2,700.00 |
| 1/5/2017 | $4,090.00 |
| 1/5/2017 | $8,964.00 |
| 1/23/2017 | $6,649.00 |
| 1/30/2017 | $6,156.00 |
| 2/8/2017 | $4,090.00 |
| 2/8/2017 | $2,032.00 |
| 2/8/2017 | $1,377.00 |
| 2/8/2017 | $1,377.00 |
| 2/17/2017 | $4,482.00 |
| 2/21/2017 | $1,956.00 |
| 2/21/2017 | $6,156.00 |
| 2/23/2017 | $20,345.00 |
| 2/23/2017 | $34,928.00 |
| 2/23/2017 | $1,990.00 |
| 2/23/2017 | $22,500.00 |
| 3/1/2017 | $4,090.00 |
| 3/1/2017 | $1,800.00 |
| 3/2/2017 | $34,928.00 |
| 3/15/2017 | $6,156.00 |
| 3/15/2017 | $6,649.00 |
| 3/27/2017 | $22,500.00 |
| 3/28/2017 | $1,990.00 |
| 4/5/2017 | $4,090.00 |
| 4/6/2017 | $150.00 |
| 4/6/2017 | $6,649.00 |
| 4/10/2017 | $1,377.00 |
| 4/11/2017 | $6,156.00 |
| 4/12/2017 | $1,990.00 |
| 4/12/2017 | $5,910.00 |
| 4/20/2017 | $46,384.00 |
| 4/21/2017 | $1,425.00 |
| 4/21/2017 | $20,345.00 |
| 4/21/2017 | $46,384.00 |
| 4/25/2017 | $300.00 |
| 4/25/2017 | $6,649.00 |
| 4/26/2017 | $1,377.00 |