# EXHIBIT A

TRANSFERS TO MACAM S.E.

| Date | Payment Amount |
|------|----------------|
| 5/28/2013 | $53,386.00 |
| 7/9/2013 | $53,386.00 |
| 7/30/2013 | $53,386.00 |
| 10/24/2013 | $53,386.00 |
| 10/28/2013 | $53,386.00 |
| 11/6/2013 | $53,386.00 |
| 12/13/2013 | $53,386.00 |
| 1/10/2014 | $53,386.00 |
| 1/10/2014 | $53,386.00 |
| 3/25/2014 | $53,386.00 |
| 4/2/2014 | $53,386.00 |
| 4/18/2014 | $53,386.00 |
| 5/29/2014 | $53,386.00 |
| 6/27/2014 | $53,386.00 |
| 7/30/2014 | $53,386.00 |
| 9/24/2014 | $53,386.00 |
| 9/29/2014 | $53,386.00 |
| 11/3/2014 | $53,386.00 |
| 12/12/2014 | $53,386.00 |
| 1/8/2015 | $53,386.00 |
| 1/28/2015 | $53,386.00 |
| 3/31/2015 | $53,386.00 |
| 4/14/2015 | $53,386.00 |
| 5/4/2015 | $53,386.00 |
| 6/24/2015 | $53,386.00 |
| 7/24/2015 | $53,386.00 |
| 8/26/2015 | $53,386.00 |
| 12/29/2015 | $53,386.00 |
| 1/28/2016 | $53,386.00 |
| 3/14/2016 | $53,386.00 |
| 4/4/2016 | $53,386.00 |
| 4/4/2016 | $53,386.00 |
| 5/9/2016 | $53,386.00 |
| 5/25/2016 | $53,386.00 |
| 5/25/2016 | $53,386.00 |
| 5/26/2016 | $53,386.00 |
| 7/14/2016 | $53,386.00 |
| 9/6/2016 | $53,386.00 |
| 9/30/2016 | $53,386.00 |
| 10/21/2016 | $53,386.00 |
| 11/1/2016 | $53,386.00 |
| 11/9/2016 | $53,386.00 |
| 12/6/2016 | $53,386.00 |
| 12/22/2016 | $53,386.00 |
| 2/14/2017 | $53,385.00 |
| 4/11/2017 | $53,386.00 |

TRANSFERS TO MACAM S.E.

| Date | Payment Amount |
|------|----------------|
| 4/11/2017 | $53,386.00 |
| 4/28/2017 | $53,386.00 |

63377620 v1