# EXHIBIT A

Case:17-03283-LTS Doc#:6771-1 Filed:04/30/19 Entered:04/30/19 23:23:14 Desc:
Exhibit A Page 1 of 5

EXHIBIT A

TRANSFERS TO NTT DATA EAS, INC.

| Date | Payment Amount |
|---|---|
| 5/20/2013 | $40,128.00 |
| 5/20/2013 | $71,588.00 |
| 7/11/2013 | $23,120.00 |
| 7/11/2013 | $53,820.00 |
| 7/13/2013 | $130,786.00 |
| 8/26/2013 | $67,050.00 |
| 8/27/2013 | $27,632.00 |
| 9/3/2013 | $151,492.00 |
| 9/30/2013 | $57,934.00 |
| 10/11/2013 | $28,393.00 |
| 10/11/2013 | $33,581.00 |
| 10/28/2013 | $6,494.00 |
| 10/28/2013 | $17,345.00 |
| 10/28/2013 | $29,502.00 |
| 11/13/2013 | $78,873.00 |
| 12/6/2013 | $46,107.00 |
| 12/31/2013 | $42,450.00 |
| 2/14/2014 | $117,431.00 |
| 2/14/2014 | $117,431.00 |
| 2/15/2014 | $102,288.00 |
| 2/26/2014 | $13,162.00 |
| 3/8/2014 | $12,266.00 |
| 3/21/2014 | $1,516.00 |
| 4/1/2014 | $96,491.00 |
| 4/16/2014 | $19,611.00 |
| 4/30/2014 | $12,157.00 |
| 4/30/2014 | $30,759.00 |
| 5/29/2014 | $61,261.00 |
| 6/1/2014 | $65,203.00 |
| 6/1/2014 | $130,406.00 |
| 6/21/2014 | $20,336.00 |
| 7/31/2014 | $49,900.00 |
| 8/7/2014 | $22,418.00 |
| 8/22/2014 | $21,182.00 |
| 8/22/2014 | $25,787.00 |
| 8/22/2014 | $26,206.00 |
| 8/22/2014 | $46,197.00 |
| 9/8/2014 | $14,090.00 |
| 9/20/2014 | $11,401.00 |
| 9/27/2014 | $38,474.00 |
| 10/1/2014 | $42,128.00 |
| 10/1/2014 | $42,128.00 |
| 10/8/2014 | $19,257.00 |
| 10/9/2014 | $21,064.00 |
| 10/28/2014 | $28,634.00 |
| 10/28/2014 | $31,146.00 |

EXHIBIT A
TRANSFERS TO NTT DATA EAS, INC.

| Date | Payment Amount |
|---|---|
| 10/28/2014 | $37,792.00 |
| 10/31/2014 | $18,513.00 |
| 11/8/2014 | $22,340.00 |
| 11/13/2014 | $39,886.00 |
| 12/12/2014 | $17,306.00 |
| 12/20/2014 | $25,374.00 |
| 12/31/2014 | $47,808.00 |
| 1/23/2015 | $30,048.00 |
| 1/30/2015 | $10,737.00 |
| 2/4/2015 | $23,250.00 |
| 2/12/2015 | $5,188.00 |
| 2/22/2015 | $12,746.00 |
| 2/25/2015 | $29,516.00 |
| 2/25/2015 | $35,427.00 |
| 3/4/2015 | $450,187.00 |
| 3/5/2015 | $21,305.00 |
| 3/5/2015 | $21,305.00 |
| 3/7/2015 | $9,895.00 |
| 3/11/2015 | $11,653.00 |
| 3/13/2015 | $10,481.00 |
| 3/20/2015 | $11,913.00 |
| 3/21/2015 | $11,393.00 |
| 3/26/2015 | $10,676.00 |
| 3/26/2015 | $22,438.00 |
| 3/26/2015 | $26,677.00 |
| 3/26/2015 | $26,832.00 |
| 3/26/2015 | $32,821.00 |
| 3/29/2015 | $18,548.00 |
| 4/10/2015 | $18,479.00 |
| 5/1/2015 | $13,204.00 |
| 5/8/2015 | $12,721.00 |
| 5/12/2015 | $28,383.00 |
| 5/12/2015 | $31,146.00 |
| 5/22/2015 | $35,995.00 |
| 5/24/2015 | $21,168.00 |
| 6/3/2015 | $17,789.00 |
| 6/7/2015 | $12,308.00 |
| 6/16/2015 | $23,359.00 |
| 6/16/2015 | $36,169.00 |
| 7/10/2015 | $9,550.00 |
| 7/10/2015 | $43,194.00 |
| 7/10/2015 | $66,132.00 |
| 7/14/2015 | $22,773.00 |
| 7/14/2015 | $32,736.00 |
| 7/16/2015 | $5,792.00 |
| 7/23/2015 | $24,615.00 |

# EXHIBIT A

## TRANSFERS TO NTT DATA EAS, INC.

| Date | Payment Amount |
|---|---|
| 7/29/2015 | $24,615.00 |
| 8/1/2015 | $6,068.00 |
| 8/4/2015 | $33,657.00 |
| 8/4/2015 | $95,576.00 |
| 8/16/2015 | $4,309.00 |
| 8/20/2015 | $2,724.00 |
| 9/3/2015 | $15,996.00 |
| 9/25/2015 | $42,278.00 |
| 9/30/2015 | $33,657.00 |
| 9/30/2015 | $70,661.00 |
| 10/9/2015 | $11,618.00 |
| 10/28/2015 | $21,581.00 |
| 10/30/2015 | $29,959.00 |
| 10/30/2015 | $34,337.00 |
| 11/18/2015 | $26,063.00 |
| 12/8/2015 | $22,204.00 |
| 1/29/2016 | $40,021.00 |
| 2/18/2016 | $49,851.00 |
| 3/1/2016 | $37,194.00 |
| 3/1/2016 | $32,456.00 |
| 3/1/2016 | $9,876.00 |
| 3/1/2016 | $25,744.00 |
| 3/3/2016 | $50,644.00 |
| 3/3/2016 | $151,931.00 |
| 3/10/2016 | $15,031.00 |
| 4/6/2016 | $31,229.00 |
| 4/6/2016 | $23,778.00 |
| 4/29/2016 | $29,959.00 |
| 5/4/2016 | $29,471.00 |
| 5/17/2016 | $44,845.00 |
| 5/17/2016 | $43,592.00 |
| 5/17/2016 | $8,102.00 |
| 5/17/2016 | $7,102.00 |
| 5/21/2016 | $45,369.00 |
| 5/25/2016 | $22,202.00 |
| 6/5/2016 | $59,297.00 |
| 6/5/2016 | $118,594.00 |
| 6/15/2016 | $34,662.00 |
| 6/23/2016 | $36,148.00 |
| 6/23/2016 | $40,149.00 |
| 6/23/2016 | $29,036.00 |
| 6/26/2016 | $28,442.00 |
| 7/11/2016 | $26,290.00 |
| 7/11/2016 | $34,327.00 |
| 7/13/2016 | $51,614.00 |
| 7/13/2016 | $38,694.00 |

63378206 v1

EXHIBIT A

TRANSFERS TO NTT DATA EAS, INC.

| Date | Payment Amount |
|---|---|
| 7/26/2016 | $31,732.00 |
| 7/26/2016 | $31,899.00 |
| 7/26/2016 | $24,950.00 |
| 8/16/2016 | $46,136.00 |
| 9/28/2016 | $6,800.00 |
| 9/28/2016 | $2,720.00 |
| 9/28/2016 | $680.00 |
| 9/28/2016 | $39,686.00 |
| 11/22/2016 | $739.00 |
| 11/23/2016 | $22,396.00 |
| 11/23/2016 | $29,597.00 |
| 12/28/2016 | $63,665.00 |
| 2/9/2017 | $40,863.00 |
| 2/23/2017 | $52,487.00 |
| 2/28/2017 | $24,225.00 |
| 4/3/2017 | $9,916.00 |
| 4/10/2017 | $27,119.00 |
| 4/10/2017 | $25,620.00 |
| 4/10/2017 | $33,507.00 |
| 4/10/2017 | $35,625.00 |
| 4/10/2017 | $26,122.00 |
| 4/12/2017 | $56,513.00 |
| 4/20/2017 | $24,314.00 |
| 4/20/2017 | $24,397.00 |