# EXHIBIT A

EXHIBIT A

TRANSFERS TO MALGOR & CO. INC.

| Date | Payment Amount |
|---|---|
| 5/29/2013 | $267,023.00 |
| 6/5/2013 | $12,908.00 |
| 7/9/2013 | $49,903.00 |
| 7/9/2013 | $132,354.00 |
| 10/22/2013 | $264,708.00 |
| 10/24/2013 | $264,708.00 |
| 10/25/2013 | $99,796.00 |
| 11/5/2013 | $264,708.00 |
| 11/20/2013 | $114,101.00 |
| 12/19/2013 | $264,708.00 |
| 1/15/2014 | $99,806.00 |
| 3/5/2014 | $99,806.00 |
| 5/1/2014 | $115,171.00 |
| 6/6/2014 | $267,023.00 |
| 9/10/2014 | $264,708.00 |
| 9/25/2014 | $94,541.00 |
| 10/24/2014 | $95,068.00 |
| 11/19/2014 | $264,708.00 |
| 1/16/2015 | $264,708.00 |
| 1/22/2015 | $95,068.00 |
| 2/23/2015 | $264,708.00 |
| 3/6/2015 | $95,068.00 |
| 7/1/2015 | $129,925.00 |
| 9/16/2015 | $89,721.00 |
| 9/22/2015 | $45,090.00 |
| 11/23/2015 | $87,488.00 |
| 12/17/2015 | $46,456.00 |
| 3/22/2016 | $135,260.00 |
| 5/16/2016 | $67,630.00 |
| 5/16/2016 | $67,630.00 |
| 6/1/2016 | $26,187.00 |
| 6/13/2016 | $67,630.00 |
| 8/16/2016 | $67,630.00 |
| 8/16/2016 | $17,234.00 |
| 8/16/2016 | $67,630.00 |
| 8/19/2016 | $33,815.00 |
| 10/21/2016 | $25,865.00 |
| 10/21/2016 | $34,522.00 |
| 10/21/2016 | $67,630.00 |
| 11/3/2016 | $34,522.00 |
| 11/14/2016 | $135,261.00 |
| 11/23/2016 | $67,630.00 |
| 1/5/2017 | $35,664.00 |
| 1/23/2017 | $162,807.00 |
| 4/24/2017 | $35,604.00 |
| 4/24/2017 | $35,664.00 |

# EXHIBIT A

## TRANSFERS TO MALGOR & CO. INC.

| Date | Payment Amount |
|---|---|
| 4/27/2017 | $49,949.00 |
| 5/1/2017 | $35,664.00 |

63377623 v1