# EXHIBIT A

EXHIBIT A

TRANSFERS TO O'NEILL SECURITY & CONSULTANT SERV INC.

| Date | Payment Amount |
|---|---|
| 5/15/2013 | $65,860.00 |
| 8/20/2013 | $67,734.00 |
| 9/13/2013 | $63,559.00 |
| 9/13/2013 | $126,948.00 |
| 9/18/2013 | $63,304.00 |
| 9/27/2013 | $62,878.00 |
| 10/22/2013 | $195,364.00 |
| 11/5/2013 | $67,393.00 |
| 12/13/2013 | $63,900.00 |
| 12/13/2013 | $64,241.00 |
| 1/9/2014 | $10,754.00 |
| 1/10/2014 | $101,427.00 |
| 1/10/2014 | $128,311.00 |
| 2/5/2014 | $68,842.00 |
| 2/20/2014 | $63,815.00 |
| 2/20/2014 | $64,411.00 |
| 3/20/2014 | $63,730.00 |
| 3/20/2014 | $68,842.00 |
| 3/25/2014 | $55,976.00 |
| 4/23/2014 | $25,627.00 |
| 5/23/2014 | $132,316.00 |
| 6/10/2014 | $12,254.00 |
| 6/19/2014 | $64,070.00 |
| 6/19/2014 | $64,241.00 |
| 8/8/2014 | $130,143.00 |
| 8/8/2014 | $131,378.00 |
| 9/3/2014 | $4,895.00 |
| 9/3/2014 | $5,245.00 |
| 9/3/2014 | $5,245.00 |
| 9/3/2014 | $5,509.00 |
| 9/11/2014 | $4,393.00 |
| 9/16/2014 | $12,923.00 |
| 10/15/2014 | $15,649.00 |
| 10/21/2014 | $10,520.00 |
| 10/28/2014 | $5,245.00 |
| 10/28/2014 | $264,120.00 |
| 10/31/2014 | $64,241.00 |
| 11/24/2014 | $5,128.00 |
| 12/8/2014 | $5,626.00 |
| 12/11/2014 | $8,755.00 |
| 12/11/2014 | $25,986.00 |
| 12/11/2014 | $64,241.00 |
| 12/19/2014 | $5,011.00 |
| 12/30/2014 | $8,208.00 |
| 1/8/2015 | $4,778.00 |
| 1/21/2015 | $64,241.00 |

## EXHIBIT A
### TRANSFERS TO O'NEILL SECURITY & CONSULTANT SERV INC.

| Date | Payment Amount |
|---|---|
| 1/27/2015 | $63,730.00 |
| 2/18/2015 | $5,011.00 |
| 2/24/2015 | $132,316.00 |
| 3/5/2015 | $5,245.00 |
| 3/5/2015 | $25,986.00 |
| 3/10/2015 | $42,134.00 |
| 3/26/2015 | $8,208.00 |
| 4/16/2015 | $55,380.00 |
| 4/22/2015 | $55,891.00 |
| 5/12/2015 | $8,208.00 |
| 6/3/2015 | $23,530.00 |
| 6/3/2015 | $8,755.00 |
| 6/3/2015 | $247,591.00 |
| 6/16/2015 | $5,245.00 |
| 6/16/2015 | $196,556.00 |
| 6/19/2015 | $8,208.00 |
| 6/19/2015 | $5,245.00 |
| 7/6/2015 | $8,208.00 |
| 7/8/2015 | $20,132.00 |
| 7/14/2015 | $16,029.00 |
| 7/14/2015 | $59,896.00 |
| 7/22/2015 | $8,755.00 |
| 7/22/2015 | $61,855.00 |
| 7/28/2015 | $58,958.00 |
| 8/11/2015 | $16,416.00 |
| 8/11/2015 | $5,245.00 |
| 8/19/2015 | $5,245.00 |
| 8/19/2015 | $50,950.00 |
| 8/25/2015 | $10,520.00 |
| 9/30/2015 | $8,208.00 |
| 9/30/2015 | $50,950.00 |
| 10/8/2015 | $5,470.00 |
| 10/15/2015 | $16,963.00 |
| 10/27/2015 | $8,755.00 |
| 11/10/2015 | $10,322.00 |
| 11/13/2015 | $100,170.00 |
| 11/23/2015 | $5,093.00 |
| 12/1/2015 | $8,208.00 |
| 12/1/2015 | $5,470.00 |
| 12/21/2015 | $8,208.00 |
| 12/21/2015 | $8,208.00 |
| 12/30/2015 | $4,980.00 |
| 1/27/2016 | $8,755.00 |
| 2/10/2016 | $24,624.00 |
| 2/24/2016 | $9,846.00 |
| 3/7/2016 | $49,418.00 |

EXHIBIT A

TRANSFERS TO O'NEILL SECURITY & CONSULTANT SERV INC.

| Date | Payment Amount |
|---|---|
| 3/7/2016 | $46,728.00 |
| 3/17/2016 | $52,723.00 |
| 3/22/2016 | $16,963.00 |
| 3/22/2016 | $10,299.00 |
| 4/1/2016 | $8,755.00 |
| 4/14/2016 | $98,759.00 |
| 4/14/2016 | $51,647.00 |
| 4/14/2016 | $99,095.00 |
| 5/10/2016 | $4,829.00 |
| 5/10/2016 | $50,263.00 |
| 5/12/2016 | $15,869.00 |
| 5/12/2016 | $8,208.00 |
| 5/12/2016 | $10,677.00 |
| 5/12/2016 | $5,093.00 |
| 5/12/2016 | $5,206.00 |
| 5/26/2016 | $52,338.00 |
| 5/31/2016 | $5,357.00 |
| 6/1/2016 | $16,963.00 |
| 6/1/2016 | $5,206.00 |
| 6/14/2016 | $53,491.00 |
| 6/14/2016 | $48,111.00 |
| 6/14/2016 | $50,955.00 |
| 6/17/2016 | $5,093.00 |
| 6/28/2016 | $51,109.00 |
| 7/6/2016 | $5,470.00 |
| 7/6/2016 | $5,093.00 |
| 7/6/2016 | $8,208.00 |
| 7/8/2016 | $8,208.00 |
| 7/20/2016 | $51,186.00 |
| 7/20/2016 | $53,952.00 |
| 7/20/2016 | $49,264.00 |
| 8/3/2016 | $7,260.00 |
| 8/18/2016 | $5,093.00 |
| 8/25/2016 | $25,171.00 |
| 9/22/2016 | $54,567.00 |
| 9/22/2016 | $51,339.00 |
| 9/22/2016 | $50,110.00 |
| 9/28/2016 | $10,413.00 |
| 9/28/2016 | $53,633.00 |
| 10/12/2016 | $16,963.00 |
| 10/19/2016 | $5,584.00 |
| 10/19/2016 | $51,339.00 |
| 11/8/2016 | $5,093.00 |
| 11/8/2016 | $10,399.00 |
| 1/12/2017 | $58,489.00 |
| 2/8/2017 | $16,740.00 |

# EXHIBIT A

## TRANSFERS TO O'NEILL SECURITY & CONSULTANT SERV INC.

| Date | Payment Amount |
|---|---|
| 2/22/2017 | $17,298.00 |
| 3/10/2017 | $26,045.00 |
| 3/10/2017 | $54,873.00 |
| 3/10/2017 | $57,848.00 |
| 3/10/2017 | $54,625.00 |
| 3/10/2017 | $56,030.00 |
| 3/10/2017 | $55,627.00 |
| 3/20/2017 | $8,928.00 |
| 3/29/2017 | $16,073.00 |
| 4/4/2017 | $58,674.00 |
| 4/4/2017 | $55,782.00 |
| 4/4/2017 | $55,947.00 |
| 4/4/2017 | $56,691.00 |
| 4/4/2017 | $54,542.00 |
| 4/4/2017 | $55,782.00 |