# EXHIBIT A

EXHIBIT A

TRANSFERS TO MAPFRE PRAICO INSURANCE COMPANY

| Date | Payment Amount |
|---|---|
| 8/28/2014 | $75.00 |
| 11/10/2014 | $630,325.00 |
| 11/10/2014 | $3,153,973.00 |
| 8/27/2015 | $3,484,298.00 |
| 8/22/2016 | $119,830.00 |
| 1/24/2017 | $67,202.00 |
| 3/22/2017 | $24,527.00 |