# EXHIBIT A

EXHIBIT A

TRANSFERS TO MARGARITA HURTADO ARROYO

| Date | Payment Amount |
|---:|---:|
| 6/14/2013 | $56,070.00 |
| 8/13/2013 | $53,661.00 |
| 9/6/2013 | $65,700.00 |
| 10/3/2013 | $38,907.00 |
| 1/3/2014 | $60,468.00 |
| 1/3/2014 | $69,028.00 |
| 3/7/2014 | $50,041.00 |
| 4/22/2014 | $80,232.00 |
| 5/22/2014 | $75,428.00 |
| 5/28/2014 | $59,992.00 |
| 6/27/2014 | $49,392.00 |
| 6/27/2014 | $74,033.00 |
| 6/27/2014 | $85,896.00 |
| 9/18/2014 | $68,611.00 |
| 10/17/2014 | $39,803.00 |
| 1/9/2015 | $54,218.00 |
| 1/9/2015 | $92,241.00 |
| 1/30/2015 | $81,957.00 |
| 1/30/2015 | $105,248.00 |
| 4/17/2015 | $70,080.00 |
| 5/11/2015 | $72,029.00 |
| 6/3/2015 | $108,382.00 |
| 6/3/2015 | $98,733.00 |
| 8/27/2015 | $3,706.00 |
| 8/27/2015 | $18,803.00 |
| 1/8/2016 | $87,890.00 |
| 1/8/2016 | $110,220.00 |
| 1/19/2016 | $2,095.00 |
| 1/19/2016 | $59,012.00 |
| 1/19/2016 | $27,255.00 |
| 2/16/2016 | $50,113.00 |
| 2/16/2016 | $60,887.00 |
| 3/4/2016 | $80,891.00 |
| 3/24/2016 | $40,648.00 |
| 4/27/2016 | $660.00 |
| 4/27/2016 | $540.00 |
| 4/27/2016 | $1,935.00 |
| 5/26/2016 | $40,963.00 |
| 5/26/2016 | $860.00 |
| 5/26/2016 | $407.00 |
| 6/10/2016 | $61,024.00 |
| 6/28/2016 | $65,649.00 |
| 8/18/2016 | $2,109.00 |
| 8/18/2016 | $1,400.00 |
| 8/18/2016 | $67,714.00 |
| 9/27/2016 | $54,119.00 |

EXHIBIT A

TRANSFERS TO MARGARITA HURTADO ARROYO

| Date | Payment Amount |
|---|---|
| 10/14/2016 | $673.00 |
| 1/4/2017 | $51,471.00 |
| 1/4/2017 | $51,567.00 |
| 2/17/2017 | $72,271.00 |
| 4/28/2017 | $50,554.00 |
| 4/28/2017 | $69,729.00 |