# EXHIBIT A

EXHIBIT A

TRANSFERS TO MCZY BUS SERVICES INC.

| Date | Payment Amount |
|---|---|
| 5/6/2013 | $20,481.00 |
| 5/6/2013 | $22,531.00 |
| 5/8/2013 | $34,486.00 |
| 5/14/2013 | $19,403.00 |
| 5/14/2013 | $36,402.00 |
| 5/15/2013 | $21,345.00 |
| 5/28/2013 | $679.00 |
| 5/28/2013 | $679.00 |
| 5/28/2013 | $243.00 |
| 5/30/2013 | $9,515.00 |
| 6/5/2013 | $40,234.00 |
| 6/7/2013 | $25,144.00 |
| 6/11/2013 | $388.00 |
| 6/17/2013 | $22,963.00 |
| 7/8/2013 | $7,703.00 |
| 7/16/2013 | $18,965.00 |
| 7/16/2013 | $20,355.00 |
| 7/16/2013 | $32,570.00 |
| 8/30/2013 | $291.00 |
| 9/25/2013 | $267.00 |
| 9/25/2013 | $3,870.00 |
| 9/25/2013 | $485.00 |
| 9/27/2013 | $267.00 |
| 10/16/2013 | $20,308.00 |
| 10/16/2013 | $20,968.00 |
| 10/16/2013 | $33,791.00 |
| 10/30/2013 | $291.00 |
| 10/30/2013 | $291.00 |
| 11/14/2013 | $21,711.00 |
| 11/19/2013 | $21,645.00 |
| 12/11/2013 | $34,787.00 |
| 12/13/2013 | $24,104.00 |
| 12/18/2013 | $23,341.00 |
| 12/19/2013 | $27,075.00 |
| 12/19/2013 | $51,443.00 |
| 12/23/2013 | $267.00 |
| 12/23/2013 | $36,618.00 |
| 1/3/2014 | $19,983.00 |
| 1/3/2014 | $20,870.00 |
| 1/3/2014 | $29,535.00 |
| 2/18/2014 | $16,004.00 |
| 2/18/2014 | $17,201.00 |
| 2/18/2014 | $22,585.00 |
| 2/21/2014 | $23,014.00 |
| 2/25/2014 | $17,599.00 |
| 2/26/2014 | $15,959.00 |

# EXHIBIT A

## TRANSFERS TO MCZY BUS SERVICES INC.

| Date | Payment Amount |
|---:|---:|
| 3/3/2014 | $17,599.00 |
| 3/3/2014 | $22,585.00 |
| 3/4/2014 | $16,415.00 |
| 3/20/2014 | $25,721.00 |
| 4/1/2014 | $33,133.00 |
| 4/14/2014 | $23,991.00 |
| 4/15/2014 | $23,068.00 |
| 5/1/2014 | $16,941.00 |
| 5/1/2014 | $17,678.00 |
| 5/2/2014 | $24,571.00 |
| 6/6/2014 | $18,565.00 |
| 6/10/2014 | $23,371.00 |
| 6/17/2014 | $534.00 |
| 6/27/2014 | $11,062.00 |
| 7/1/2014 | $13,749.00 |
| 7/8/2014 | $19,982.00 |
| 7/9/2014 | $15,146.00 |
| 8/12/2014 | $582.00 |
| 8/14/2014 | $534.00 |
| 8/14/2014 | $534.00 |
| 9/23/2014 | $18,953.00 |
| 10/15/2014 | $18,005.00 |
| 10/16/2014 | $15,162.00 |
| 1/13/2015 | $25,826.00 |
| 1/13/2015 | $25,871.00 |
| 1/13/2015 | $36,398.00 |
| 1/13/2015 | $36,578.00 |
| 1/13/2015 | $38,825.00 |
| 1/13/2015 | $53,384.00 |
| 1/13/2015 | $55,811.00 |
| 1/21/2015 | $105,027.00 |
| 3/10/2015 | $22,383.00 |
| 4/21/2015 | $31,710.00 |
| 4/28/2015 | $32,713.00 |
| 5/8/2015 | $46,104.00 |
| 6/10/2015 | $34,435.00 |
| 6/19/2015 | $37,307.00 |
| 7/21/2015 | $80,816.00 |
| 8/10/2015 | $22,165.00 |
| 8/26/2015 | $35,667.00 |
| 12/24/2015 | $6,490.00 |
| 12/24/2015 | $1,499.00 |
| 12/24/2015 | $1,611.00 |
| 12/24/2015 | $1,583.00 |
| 12/24/2015 | $2,458.00 |
| 12/24/2015 | $2,254.00 |

EXHIBIT A

TRANSFERS TO MCZY BUS SERVICES INC.

| Date | Payment Amount |
|---|---|
| 12/24/2015 | $2,322.00 |
| 12/24/2015 | $2,295.00 |
| 12/24/2015 | $2,512.00 |
| 12/24/2015 | $1,821.00 |
| 12/24/2015 | $2,041.00 |
| 12/24/2015 | $2,237.00 |
| 12/24/2015 | $4,327.00 |
| 12/24/2015 | $2,663.00 |
| 12/24/2015 | $2,422.00 |
| 12/24/2015 | $2,459.00 |
| 12/24/2015 | $1,495.00 |
| 12/24/2015 | $1,543.00 |
| 12/24/2015 | $1,676.00 |
| 12/24/2015 | $1,514.00 |
| 12/24/2015 | $1,495.00 |
| 12/30/2015 | $728.00 |
| 12/30/2015 | $623.00 |
| 12/30/2015 | $643.00 |
| 12/30/2015 | $623.00 |
| 12/30/2015 | $2,619.00 |
| 12/30/2015 | $3,483.00 |
| 12/30/2015 | $146.00 |
| 12/30/2015 | $2,271.00 |
| 12/30/2015 | $2,242.00 |
| 12/30/2015 | $2,242.00 |
| 12/30/2015 | $2,315.00 |
| 12/30/2015 | $2,515.00 |
| 12/30/2015 | $3,994.00 |
| 12/30/2015 | $3,632.00 |
| 12/30/2015 | $3,688.00 |
| 12/30/2015 | $2,249.00 |
| 12/30/2015 | $2,416.00 |
| 12/30/2015 | $2,375.00 |
| 12/30/2015 | $3,687.00 |
| 12/30/2015 | $3,381.00 |
| 12/30/2015 | $3,443.00 |
| 12/30/2015 | $3,768.00 |
| 12/30/2015 | $2,732.00 |
| 12/30/2015 | $3,062.00 |
| 12/30/2015 | $3,355.00 |
| 1/5/2016 | $1,821.00 |
| 1/5/2016 | $650.00 |
| 1/5/2016 | $2,474.00 |
| 1/5/2016 | $3,234.00 |
| 1/5/2016 | $2,941.00 |
| 1/5/2016 | $2,986.00 |

EXHIBIT A

TRANSFERS TO MCZY BUS SERVICES INC.

| Date | Payment Amount |
|---|---|
| 1/5/2016 | $2,118.00 |
| 1/5/2016 | $2,187.00 |
| 1/5/2016 | $2,375.00 |
| 1/5/2016 | $2,118.00 |
| 1/5/2016 | $2,282.00 |
| 1/5/2016 | $2,243.00 |
| 1/5/2016 | $2,985.00 |
| 1/5/2016 | $2,737.00 |
| 1/5/2016 | $2,819.00 |
| 1/5/2016 | $2,787.00 |
| 1/5/2016 | $2,211.00 |
| 1/5/2016 | $2,478.00 |
| 1/5/2016 | $2,716.00 |
| 1/5/2016 | $2,037.00 |
| 1/5/2016 | $1,744.00 |
| 1/5/2016 | $1,801.00 |
| 1/5/2016 | $1,744.00 |
| 1/5/2016 | $2,668.00 |
| 1/5/2016 | $1,455.00 |
| 1/5/2016 | $728.00 |
| 1/5/2016 | $1,785.00 |
| 2/17/2016 | $805.00 |
| 2/17/2016 | $1,749.00 |
| 2/17/2016 | $2,458.00 |
| 2/17/2016 | $2,512.00 |
| 2/17/2016 | $4,327.00 |
| 2/17/2016 | $671.00 |
| 2/17/2016 | $878.00 |
| 2/17/2016 | $897.00 |
| 2/19/2016 | $1,956.00 |
| 2/19/2016 | $1,879.00 |
| 2/19/2016 | $1,892.00 |
| 2/19/2016 | $2,254.00 |
| 2/19/2016 | $2,295.00 |
| 2/19/2016 | $2,237.00 |
| 2/19/2016 | $820.00 |
| 2/19/2016 | $799.00 |
| 2/19/2016 | $1,879.00 |
| 2/19/2016 | $1,847.00 |
| 2/19/2016 | $2,322.00 |
| 2/19/2016 | $2,041.00 |
| 2/19/2016 | $625.00 |
| 2/19/2016 | $660.00 |
| 2/19/2016 | $829.00 |
| 2/19/2016 | $729.00 |
| 2/19/2016 | $1,545.00 |

EXHIBIT A

TRANSFERS TO MCZY BUS SERVICES INC.

| Date | Payment Amount |
|---|---|
| 2/19/2016 | $2,145.00 |
| 2/19/2016 | $2,124.00 |
| 2/29/2016 | $1,744.00 |
| 2/29/2016 | $1,744.00 |
| 2/29/2016 | $2,422.00 |
| 2/29/2016 | $2,037.00 |
| 2/29/2016 | $2,322.00 |
| 2/29/2016 | $2,512.00 |
| 2/29/2016 | $1,749.00 |
| 2/29/2016 | $2,295.00 |
| 2/29/2016 | $1,766.00 |
| 2/29/2016 | $2,237.00 |
| 2/29/2016 | $2,663.00 |
| 2/29/2016 | $1,821.00 |
| 2/29/2016 | $4,327.00 |
| 2/29/2016 | $2,459.00 |
| 2/29/2016 | $2,254.00 |
| 5/5/2016 | $1,672.00 |
| 5/5/2016 | $2,444.00 |
| 5/5/2016 | $3,337.00 |
| 5/5/2016 | $3,035.00 |
| 5/5/2016 | $3,286.00 |
| 5/5/2016 | $2,765.00 |
| 5/5/2016 | $3,059.00 |
| 5/5/2016 | $3,614.00 |
| 5/5/2016 | $3,115.00 |
| 5/5/2016 | $2,471.00 |
| 5/5/2016 | $3,151.00 |
| 5/5/2016 | $2,367.00 |
| 5/5/2016 | $2,397.00 |
| 5/5/2016 | $2,374.00 |
| 5/5/2016 | $2,367.00 |
| 5/5/2016 | $2,506.00 |
| 5/5/2016 | $2,654.00 |
| 5/5/2016 | $2,551.00 |
| 5/5/2016 | $2,572.00 |
| 5/5/2016 | $3,336.00 |
| 5/5/2016 | $1,892.00 |
| 5/5/2016 | $5,872.00 |
| 5/5/2016 | $3,410.00 |
| 5/5/2016 | $2,770.00 |
| 5/5/2016 | $2,492.00 |
| 5/5/2016 | $2,492.00 |
| 5/5/2016 | $3,589.00 |
| 5/5/2016 | $2,602.00 |
| 5/5/2016 | $3,459.00 |

EXHIBIT A

TRANSFERS TO MCZY BUS SERVICES INC.

| Date | Payment Amount |
|---|---|
| 5/5/2016 | $2,910.00 |
| 5/5/2016 | $3,804.00 |
| 5/5/2016 | $3,512.00 |
| 5/5/2016 | $3,317.00 |
| 5/5/2016 | $3,220.00 |
| 5/5/2016 | $2,523.00 |
| 5/5/2016 | $2,499.00 |
| 5/5/2016 | $3,195.00 |
| 5/5/2016 | $6,181.00 |
| 5/5/2016 | $3,279.00 |
| 5/5/2016 | $2,638.00 |
| 5/5/2016 | $2,794.00 |
| 5/5/2016 | $2,685.00 |
| 5/5/2016 | $2,916.00 |
| 5/5/2016 | $1,620.00 |
| 5/5/2016 | $1,620.00 |
| 5/5/2016 | $3,511.00 |
| 5/5/2016 | $2,156.00 |
| 5/5/2016 | $2,333.00 |
| 5/5/2016 | $2,473.00 |
| 5/5/2016 | $1,691.00 |
| 5/5/2016 | $2,283.00 |
| 5/5/2016 | $2,249.00 |
| 5/5/2016 | $1,640.00 |
| 5/5/2016 | $2,458.00 |
| 5/5/2016 | $1,624.00 |
| 5/5/2016 | $1,715.00 |
| 5/5/2016 | $1,895.00 |
| 5/5/2016 | $4,018.00 |
| 5/5/2016 | $2,131.00 |
| 5/5/2016 | $1,745.00 |
| 5/5/2016 | $1,801.00 |
| 5/5/2016 | $1,816.00 |
| 5/5/2016 | $2,282.00 |
| 5/5/2016 | $2,077.00 |
| 5/5/2016 | $2,093.00 |
| 5/5/2016 | $2,041.00 |
| 5/12/2016 | $273.00 |
| 5/12/2016 | $91.00 |
| 5/12/2016 | $175.00 |
| 5/12/2016 | $485.00 |
| 5/12/2016 | $461.00 |
| 5/12/2016 | $849.00 |
| 6/6/2016 | $175.00 |
| 6/6/2016 | $461.00 |
| 6/6/2016 | $5,872.00 |

EXHIBIT A

TRANSFERS TO MCZY BUS SERVICES INC.

| Date | Payment Amount |
|---|---|
| 6/6/2016 | $2,794.00 |
| 6/6/2016 | $2,685.00 |
| 6/6/2016 | $3,410.00 |
| 7/12/2016 | $2,458.00 |
| 7/12/2016 | $2,572.00 |
| 7/12/2016 | $2,422.00 |
| 7/12/2016 | $1,821.00 |
| 7/12/2016 | $2,663.00 |
| 7/12/2016 | $2,459.00 |
| 7/12/2016 | $2,322.00 |
| 7/12/2016 | $1,801.00 |
| 7/12/2016 | $2,254.00 |
| 7/12/2016 | $2,295.00 |
| 7/12/2016 | $2,237.00 |
| 7/12/2016 | $1,879.00 |
| 7/12/2016 | $1,766.00 |
| 7/12/2016 | $1,749.00 |
| 7/12/2016 | $2,512.00 |
| 7/12/2016 | $1,956.00 |
| 7/12/2016 | $1,744.00 |
| 7/12/2016 | $1,847.00 |
| 7/12/2016 | $2,041.00 |
| 7/12/2016 | $1,744.00 |
| 7/12/2016 | $1,096.00 |
| 7/22/2016 | $3,614.00 |
| 7/22/2016 | $3,279.00 |
| 7/22/2016 | $3,286.00 |
| 7/22/2016 | $3,337.00 |
| 7/22/2016 | $2,910.00 |
| 7/22/2016 | $3,336.00 |
| 7/22/2016 | $2,499.00 |
| 7/22/2016 | $2,638.00 |
| 7/22/2016 | $2,037.00 |
| 7/22/2016 | $2,523.00 |
| 7/22/2016 | $2,770.00 |
| 8/4/2016 | $3,317.00 |
| 8/4/2016 | $3,195.00 |
| 8/4/2016 | $3,220.00 |
| 8/4/2016 | $4,327.00 |
| 8/24/2016 | $23,593.00 |
| 8/24/2016 | $2,492.00 |
| 8/24/2016 | $2,492.00 |
| 8/24/2016 | $2,471.00 |
| 11/1/2016 | $4,426.00 |
| 11/1/2016 | $2,505.00 |
| 11/1/2016 | $427.00 |

EXHIBIT A

TRANSFERS TO MCZY BUS SERVICES INC.

| Date | Payment Amount |
|---|---|
| 11/1/2016 | $2,702.00 |
| 11/1/2016 | $2,396.00 |
| 11/1/2016 | $2,396.00 |
| 11/1/2016 | $2,190.00 |
| 11/1/2016 | $2,365.00 |
| 11/1/2016 | $2,280.00 |
| 11/1/2016 | $2,939.00 |
| 11/1/2016 | $1,974.00 |
| 11/1/2016 | $1,960.00 |
| 11/1/2016 | $2,271.00 |
| 11/1/2016 | $2,180.00 |
| 11/1/2016 | $4,426.00 |
| 11/1/2016 | $2,180.00 |
| 11/1/2016 | $2,213.00 |
| 11/1/2016 | $2,271.00 |
| 11/1/2016 | $464.00 |
| 11/1/2016 | $2,280.00 |
| 11/1/2016 | $2,206.00 |
| 11/1/2016 | $2,116.00 |
| 11/14/2016 | $558.00 |
| 12/12/2016 | $4,315.00 |
| 12/12/2016 | $16,560.00 |
| 12/29/2016 | $994.00 |
| 1/18/2017 | $1,960.00 |
| 1/18/2017 | $7,164.00 |
| 1/18/2017 | $16,864.00 |
| 1/18/2017 | $6,641.00 |
| 2/1/2017 | $1,383.00 |
| 2/9/2017 | $1,597.00 |
| 2/9/2017 | $1,454.00 |
| 2/9/2017 | $1,475.00 |
| 2/9/2017 | $1,856.00 |
| 2/9/2017 | $2,951.00 |
| 2/9/2017 | $1,393.00 |
| 2/9/2017 | $1,494.00 |
| 2/9/2017 | $1,514.00 |
| 2/9/2017 | $1,520.00 |
| 2/9/2017 | $1,752.00 |
| 3/28/2017 | $4,903.00 |
| 4/7/2017 | $7,166.00 |
| 4/27/2017 | $74,174.00 |