# EXHIBIT A

TRANSFERS TO MC-21 LLC

| Date | Payment Amount |
|------|---------------|
| 5/30/2013 | $36,500.00 |
| 6/7/2013 | $92,456.00 |
| 6/7/2013 | $156,767.00 |
| 8/23/2013 | $580.00 |
| 8/23/2013 | $126,382.00 |
| 8/23/2013 | $965.00 |
| 8/23/2013 | $1,280.00 |
| 10/7/2013 | $282.00 |
| 10/7/2013 | $40,000.00 |
| 10/7/2013 | $120,000.00 |
| 10/10/2013 | $330.00 |
| 10/10/2013 | $1,013.00 |
| 11/1/2013 | $39,723.00 |
| 11/5/2013 | $290.00 |
| 11/26/2013 | $653.00 |
| 11/26/2013 | $184,459.00 |
| 11/26/2013 | $210,930.00 |
| 12/6/2013 | $431,697.00 |
| 12/9/2013 | $150.00 |
| 12/12/2013 | $30.00 |
| 1/13/2014 | $39,682.00 |
| 1/13/2014 | $39,707.00 |
| 2/28/2014 | $317.00 |
| 2/28/2014 | $334.00 |
| 2/28/2014 | $39,400.00 |
| 2/28/2014 | $39,400.00 |
| 3/18/2014 | $1,540.00 |
| 3/27/2014 | $238,551.00 |
| 3/31/2014 | $233,958.00 |
| 4/2/2014 | $807.00 |
| 4/2/2014 | $259,021.00 |
| 4/8/2014 | $76.00 |
| 4/11/2014 | $762.00 |
| 4/11/2014 | $47.00 |
| 4/14/2014 | $3,298.00 |
| 4/14/2014 | $258,207.00 |
| 5/6/2014 | $264,925.00 |
| 5/29/2014 | $590.00 |
| 5/29/2014 | $78,800.00 |
| 6/2/2014 | $825.00 |
| 6/11/2014 | $236,780.00 |
| 6/12/2014 | $743.00 |
| 6/12/2014 | $771.00 |
| 6/13/2014 | $227,662.00 |
| 6/18/2014 | $17.00 |
| 7/9/2014 | $40,442.00 |

A-1

TRANSFERS TO MC-21 LLC

| | |
|---|---|
| 7/9/2014 | $175,982.00 |
| 9/15/2014 | $583.00 |
| 9/15/2014 | $118,200.00 |
| 9/18/2014 | $268.00 |
| 9/26/2014 | $240,066.00 |
| 9/26/2014 | $278,687.00 |
| 9/26/2014 | $288,849.00 |
| 9/30/2014 | $101.00 |
| 10/14/2014 | $42,370.00 |
| 10/16/2014 | $296,037.00 |
| 10/16/2014 | $1,013.00 |
| 1/13/2015 | $39,795.00 |
| 1/13/2015 | $41,572.00 |
| 1/14/2015 | $238,134.00 |
| 1/14/2015 | $276,141.00 |
| 2/17/2015 | $227,372.00 |
| 2/19/2015 | $390.00 |
| 2/19/2015 | $39,427.00 |
| 2/19/2015 | $854.00 |
| 2/26/2015 | $1,970.00 |
| 3/10/2015 | $40,613.00 |
| 3/10/2015 | $176,789.00 |
| 3/10/2015 | $25.00 |
| 3/23/2015 | $250,871.00 |
| 3/23/2015 | $985.00 |
| 4/15/2015 | $985.00 |
| 4/17/2015 | $91,641.00 |
| 4/20/2015 | $512.00 |
| 4/20/2015 | $615.00 |
| 4/20/2015 | $39,400.00 |
| 4/30/2015 | $985.00 |
| 5/22/2015 | $985.00 |
| 5/28/2015 | $1,478.00 |
| 6/17/2015 | $17.00 |
| 7/1/2015 | $985.00 |
| 7/8/2015 | $110,952.00 |
| 7/8/2015 | $39,432.00 |
| 7/8/2015 | $566.00 |
| 7/17/2015 | $675.00 |
| 8/3/2015 | $40,653.00 |
| 8/3/2015 | $107,392.00 |
| 9/4/2015 | $107,662.00 |
| 9/18/2015 | $103,812.00 |
| 9/18/2015 | $40,666.00 |
| 9/18/2015 | $101,510.00 |
| 9/18/2015 | $10.00 |
| 9/18/2015 | $40,625.00 |

TRANSFERS TO MC-21 LLC

| | |
|---|---|
| 9/18/2015 | $40,680.00 |
| 9/18/2015 | $1,970.00 |
| 10/6/2015 | $92,655.00 |
| 10/14/2015 | $39,938.00 |
| 10/27/2015 | $738.00 |
| 12/24/2015 | $91,486.00 |
| 12/24/2015 | $1,271.00 |
| 12/24/2015 | $39,400.00 |
| 12/24/2015 | $89,647.00 |
| 12/24/2015 | $40,628.00 |
| 2/19/2016 | $84,628.00 |
| 2/23/2016 | $40,566.00 |
| 2/23/2016 | $39,887.00 |
| 2/23/2016 | $712.00 |
| 2/25/2016 | $96,760.00 |
| 3/9/2016 | $101,376.00 |
| 3/9/2016 | $40,627.00 |
| 4/7/2016 | $72,681.00 |
| 4/7/2016 | $560.00 |
| 4/7/2016 | $351.00 |
| 4/7/2016 | $39,400.00 |
| 5/2/2016 | $99,113.00 |
| 5/2/2016 | $1,126.00 |
| 5/2/2016 | $39,400.00 |
| 5/26/2016 | $22.00 |
| 5/26/2016 | $113,953.00 |
| 5/26/2016 | $461.00 |
| 5/26/2016 | $688.00 |
| 5/26/2016 | $39,400.00 |
| 6/8/2016 | $7,880.00 |
| 7/15/2016 | $985.00 |
| 9/21/2016 | $985.00 |
| 9/21/2016 | $20.00 |
| 9/21/2016 | $469.00 |
| 9/21/2016 | $753.00 |
| 9/21/2016 | $109,841.00 |
| 10/3/2016 | $105,586.00 |
| 10/3/2016 | $41,370.00 |
| 10/3/2016 | $514.00 |
| 10/3/2016 | $22.00 |
| 10/3/2016 | $756.00 |
| 10/3/2016 | $41,370.00 |
| 10/3/2016 | $41,370.00 |
| 11/1/2016 | $1,000.00 |
| 11/1/2016 | $985.00 |
| 11/4/2016 | $113,524.00 |
| 11/30/2016 | $700.00 |

TRANSFERS TO MC-21 LLC

| | |
|---|---|
| 11/30/2016 | $41,370.00 |
| 11/30/2016 | $96,537.00 |
| 11/30/2016 | $10.00 |
| 11/30/2016 | $446.00 |
| 11/30/2016 | $106,935.00 |
| 11/30/2016 | $12.00 |
| 11/30/2016 | $490.00 |
| 11/30/2016 | $758.00 |
| 11/30/2016 | $41,370.00 |
| 12/9/2016 | $444.00 |
| 12/9/2016 | $12.00 |
| 12/9/2016 | $662.00 |
| 12/13/2016 | $96,948.00 |
| 12/13/2016 | $41,370.00 |
| 12/30/2016 | $985.00 |
| 2/7/2017 | $14.00 |
| 2/7/2017 | $421.00 |
| 2/7/2017 | $703.00 |
| 2/7/2017 | $86,079.00 |
| 2/7/2017 | $40,155.00 |
| 2/9/2017 | $940.00 |
| 2/23/2017 | $738.00 |
| 2/23/2017 | $419.00 |
| 2/28/2017 | $88,553.00 |
| 2/28/2017 | $41,370.00 |
| 3/23/2017 | $2.00 |
| 3/23/2017 | $401.00 |
| 3/23/2017 | $769.00 |
| 3/30/2017 | $333.00 |
| 3/30/2017 | $649.00 |
| 3/30/2017 | $91,061.00 |
| 3/30/2017 | $41,370.00 |
| 3/30/2017 | $10.00 |
| 3/30/2017 | $76,127.00 |
| 3/30/2017 | $41,370.00 |
| 3/30/2017 | $7.00 |
| 4/27/2017 | $17.00 |
| 4/27/2017 | $108,859.00 |
| 4/27/2017 | $394.00 |
| 4/27/2017 | $750.00 |
| 4/27/2017 | $41,370.00 |
| 4/27/2017 | $2.00 |
| 4/27/2017 | $98,716.00 |
| 4/27/2017 | $638.00 |
| 4/27/2017 | $41,370.00 |