# EXHIBIT A

# EXHIBIT A
## TRANSFERS TO ESTUDIO TECNICOS, INC.

| Date | Payment Amount |
|---|---|
| 1/13/2014 | $4,925.00 |
| 2/3/2014 | $13,790.00 |
| 2/6/2014 | $9,850.00 |
| 2/11/2014 | $296.00 |
| 2/11/2014 | $9,788.00 |
| 2/11/2014 | $10,000.00 |
| 2/18/2014 | $14,144.00 |
| 2/20/2014 | $12,000.00 |
| 2/25/2014 | $8,030.00 |
| 2/25/2014 | $9,308.00 |
| 2/25/2014 | $19,035.00 |
| 2/26/2014 | $3,725.00 |
| 3/3/2014 | $63,000.00 |
| 3/6/2014 | $2,906.00 |
| 3/6/2014 | $16,253.00 |
| 3/6/2014 | $39,893.00 |
| 3/7/2014 | $12,608.00 |
| 3/17/2014 | $51,513.00 |
| 3/19/2014 | $12,250.00 |
| 4/14/2014 | $3,195.00 |
| 4/15/2014 | $6,519.00 |
| 4/17/2014 | $14,061.00 |
| 4/30/2014 | $8,817.00 |
| 5/6/2014 | $8,000.00 |
| 5/6/2014 | $20,000.00 |
| 6/9/2014 | $20,500.00 |
| 6/12/2014 | $9,850.00 |
| 6/12/2014 | $16,056.00 |
| 6/12/2014 | $27,949.00 |
| 6/12/2014 | $116,427.00 |
| 6/16/2014 | $4,925.00 |
| 6/16/2014 | $68,950.00 |
| 6/17/2014 | $18,715.00 |
| 6/19/2014 | $59,100.00 |
| 6/25/2014 | $2,683.00 |
| 7/10/2014 | $5,319.00 |
| 8/1/2014 | $16,203.00 |
| 8/1/2014 | $960.00 |
| 8/4/2014 | $7,880.00 |
| 8/5/2014 | $14,775.00 |
| 8/7/2014 | $5,541.00 |
| 8/7/2014 | $10,638.00 |
| 8/21/2014 | $9,653.00 |
| 8/21/2014 | $13,396.00 |
| 8/21/2014 | $19,503.00 |
| 8/26/2014 | $12,017.00 |

# EXHIBIT A
## TRANSFERS TO ESTUDIO TECNICOS, INC.

| Date | Payment Amount |
|---|---|
| 9/2/2014 | $18,223.00 |
| 9/2/2014 | $32,086.00 |
| 9/3/2014 | $9,653.00 |
| 9/8/2014 | $57,130.00 |
| 9/9/2014 | $11,587.00 |
| 9/15/2014 | $4,925.00 |
| 9/15/2014 | $9,850.00 |
| 9/23/2014 | $15,133.00 |
| 9/25/2014 | $16,093.00 |
| 10/14/2014 | $7,000.00 |
| 10/15/2014 | $14,775.00 |
| 10/15/2014 | $1,268.00 |
| 11/3/2014 | $6,895.00 |
| 11/6/2014 | $369.00 |
| 11/13/2014 | $8,752.00 |
| 11/13/2014 | $31,028.00 |
| 11/18/2014 | $1,699.00 |
| 12/16/2014 | $6,895.00 |
| 12/18/2014 | $6,895.00 |
| 12/18/2014 | $10,835.00 |
| 12/18/2014 | $14,775.00 |
| 1/2/2015 | $21,670.00 |
| 1/2/2015 | $1,921.00 |
| 1/12/2015 | $54,175.00 |
| 1/21/2015 | $45,040.00 |
| 1/21/2015 | $985.00 |
| 1/22/2015 | $27,738.00 |
| 2/3/2015 | $7,757.00 |
| 2/3/2015 | $16,072.00 |
| 2/9/2015 | $13,806.00 |
| 2/13/2015 | $10,271.00 |
| 3/5/2015 | $9,850.00 |
| 3/9/2015 | $4,925.00 |
| 3/25/2015 | $2,000.00 |
| 3/25/2015 | $1,000.00 |
| 4/23/2015 | $16,171.00 |
| 4/24/2015 | $39,400.00 |
| 4/24/2015 | $167,450.00 |
| 5/4/2015 | $6,230.00 |
| 5/4/2015 | $1,129.00 |
| 5/12/2015 | $7,512.00 |
| 5/12/2015 | $7,658.00 |
| 5/12/2015 | $985.00 |
| 5/18/2015 | $7,043.00 |
| 5/19/2015 | $14,775.00 |
| 5/19/2015 | $1,533.00 |

EXHIBIT A

TRANSFERS TO ESTUDIO TECNICOS, INC.

| Date | Payment Amount |
|---|---|
| 6/1/2015 | $14,110.00 |
| 6/1/2015 | $8,403.00 |
| 6/1/2015 | $15,649.00 |
| 6/8/2015 | $6,895.00 |
| 6/8/2015 | $15,649.00 |
| 6/23/2015 | $2,353.00 |
| 6/23/2015 | $2,353.00 |
| 6/23/2015 | $7,388.00 |
| 6/26/2015 | $1,034.00 |
| 6/26/2015 | $5,602.00 |
| 6/30/2015 | $12,608.00 |
| 7/20/2015 | $2,165.00 |
| 7/20/2015 | $480.00 |
| 7/21/2015 | $4,883.00 |
| 7/27/2015 | $14,397.00 |
| 8/5/2015 | $5,932.00 |
| 8/18/2015 | $21,381.00 |
| 8/24/2015 | $11,000.00 |
| 8/24/2015 | $7,782.00 |
| 9/4/2015 | $2,672.00 |
| 9/8/2015 | $23,148.00 |
| 9/14/2015 | $956.00 |
| 10/22/2015 | $862.00 |
| 10/26/2015 | $11,544.00 |
| 10/26/2015 | $16,942.00 |
| 11/10/2015 | $3,054.00 |
| 11/10/2015 | $1,921.00 |
| 11/25/2015 | $13,805.00 |
| 12/4/2015 | $1,129.00 |
| 12/7/2015 | $871.00 |
| 12/15/2015 | $11,820.00 |
| 12/22/2015 | $3,448.00 |
| 12/29/2015 | $3,201.00 |
| 1/12/2016 | $8,619.00 |
| 1/12/2016 | $5,910.00 |
| 1/12/2016 | $12,017.00 |
| 1/12/2016 | $27,629.00 |
| 2/1/2016 | $1,514.00 |
| 2/1/2016 | $1,354.00 |
| 2/1/2016 | $6,841.00 |
| 2/4/2016 | $4,457.00 |
| 2/9/2016 | $1,182.00 |
| 2/9/2016 | $3,137.00 |
| 2/17/2016 | $5,201.00 |
| 3/15/2016 | $9,850.00 |
| 3/15/2016 | $12,805.00 |

EXHIBIT A

TRANSFERS TO ESTUDIO TECNICOS, INC.

| Date | Payment Amount |
|---|---|
| 3/15/2016 | $11,729.00 |
| 3/17/2016 | $4,925.00 |
| 3/17/2016 | $14,775.00 |
| 3/17/2016 | $20,685.00 |
| 3/22/2016 | $10,318.00 |
| 4/14/2016 | $12,433.00 |
| 4/14/2016 | $12,702.00 |
| 4/27/2016 | $5,339.00 |
| 4/27/2016 | $44,325.00 |
| 5/2/2016 | $29,550.00 |
| 5/2/2016 | $3,817.00 |
| 5/6/2016 | $441.00 |
| 5/6/2016 | $1,071.00 |
| 5/6/2016 | $788.00 |
| 5/6/2016 | $1,071.00 |
| 5/20/2016 | $4,925.00 |
| 5/26/2016 | $21,670.00 |
| 5/26/2016 | $15,844.00 |
| 5/26/2016 | $27,324.00 |
| 5/27/2016 | $9,850.00 |
| 5/31/2016 | $4,050.00 |
| 6/8/2016 | $2,925.00 |
| 6/14/2016 | $1,281.00 |
| 6/20/2016 | $13,790.00 |
| 6/22/2016 | $29,550.00 |
| 7/8/2016 | $3,500.00 |
| 7/8/2016 | $8,000.00 |
| 7/8/2016 | $2,575.00 |
| 7/8/2016 | $11,655.00 |
| 7/8/2016 | $6,000.00 |
| 7/29/2016 | $1,478.00 |
| 8/22/2016 | $2,955.00 |
| 8/23/2016 | $259.00 |
| 8/23/2016 | $8,902.00 |
| 8/23/2016 | $2,203.00 |
| 8/29/2016 | $11,655.00 |
| 9/6/2016 | $9,752.00 |
| 9/6/2016 | $4,925.00 |
| 9/6/2016 | $14,775.00 |
| 9/9/2016 | $14,775.00 |
| 9/9/2016 | $25,019.00 |
| 9/12/2016 | $3,940.00 |
| 9/19/2016 | $11,820.00 |
| 9/19/2016 | $2,000.00 |
| 11/4/2016 | $24,500.00 |
| 11/14/2016 | $8,865.00 |

EXHIBIT A

TRANSFERS TO ESTUDIO TECNICOS, INC.

| Date | Payment Amount |
|---|---|
| 11/14/2016 | $28,664.00 |
| 11/21/2016 | $4,011.00 |
| 11/22/2016 | $17,865.00 |
| 11/22/2016 | $18,000.00 |
| 11/22/2016 | $6,621.00 |
| 11/28/2016 | $54,175.00 |
| 12/5/2016 | $4,223.00 |
| 12/30/2016 | $71,683.00 |
| 1/18/2017 | $1,773.00 |
| 1/23/2017 | $4,925.00 |
| 1/30/2017 | $9,850.00 |
| 2/2/2017 | $3,098.00 |
| 2/2/2017 | $287.00 |
| 2/8/2017 | $1,752.00 |
| 2/21/2017 | $4,925.00 |
| 3/1/2017 | $6,895.00 |
| 3/1/2017 | $71,312.00 |
| 3/13/2017 | $2,869.00 |
| 3/13/2017 | $13,770.00 |
| 3/15/2017 | $4,925.00 |
| 3/28/2017 | $32,000.00 |
| 4/7/2017 | $476.00 |
| 4/11/2017 | $6,351.00 |
| 4/20/2017 | $6,895.00 |
| 4/20/2017 | $4,925.00 |
| 4/20/2017 | $985.00 |
| 4/20/2017 | $9,850.00 |
| 4/24/2017 | $4,340.00 |
| 4/24/2017 | $3,433.00 |
| 4/25/2017 | $2,945.00 |
| 4/25/2017 | $7,880.00 |
| 4/27/2017 | $3,940.00 |