# EXHIBIT A

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 5/24/2016 | $624,971.25 |
| 5/24/2016 | $26,737.50 |
| 5/24/2016 | $457,441.50 |
| 5/24/2016 | $1,928.25 |
| 5/24/2016 | $1,916.25 |
| 5/24/2016 | $8,012.25 |
| 5/24/2016 | $16,022.25 |
| 5/24/2016 | $488,353.50 |
| 5/24/2016 | $208,323.75 |
| 5/24/2016 | $8,912.50 |
| 5/24/2016 | $152,480.50 |
| 5/24/2016 | $642.75 |
| 5/24/2016 | $638.75 |
| 5/24/2016 | $2,670.75 |
| 5/24/2016 | $5,340.75 |
| 5/24/2016 | $162,784.50 |
| 5/24/2016 | $294,808.00 |
| 5/26/2016 | $447,961.50 |
| 5/26/2016 | $533,677.50 |
| 5/26/2016 | $149,320.50 |
| 5/26/2016 | $177,892.50 |
| 5/27/2016 | $6,338.25 |
| 5/27/2016 | $904,680.00 |
| 5/27/2016 | $2,112.75 |
| 5/27/2016 | $301,560.00 |
| 7/22/2016 | $236,370.00 |
| 8/26/2016 | $479,033.00 |
| 9/28/2016 | $2,447.00 |
| 10/13/2016 | $4,200.00 |
| 10/13/2016 | $268,307.00 |
| 11/7/2016 | $292,679.00 |
| 12/1/2016 | $7,253.00 |
| 12/7/2016 | $217,246.00 |
| 12/9/2016 | $289.50 |
| 12/9/2016 | $1,484.25 |
| 12/9/2016 | $1,312,499.25 |
| 12/9/2016 | $96.50 |
| 12/9/2016 | $494.75 |
| 12/9/2016 | $437,499.75 |
| 12/20/2016 | $222,540.00 |
| 3/17/2017 | $509.00 |
| 3/17/2017 | $1,194.00 |
| 3/17/2017 | $6,015.75 |
| 3/17/2017 | $634.50 |
| 3/17/2017 | $3,682.50 |
| 3/17/2017 | $4,478.25 |

# EXHIBIT A
## TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 3/17/2017 | $491.25 |
| 3/17/2017 | $878.25 |
| 3/17/2017 | $1,548.75 |
| 3/17/2017 | $3,186.75 |
| 3/17/2017 | $2,121.75 |
| 3/17/2017 | $1,609.50 |
| 3/17/2017 | $540.00 |
| 3/17/2017 | $1,105.50 |
| 3/17/2017 | $410.25 |
| 3/17/2017 | $3,405.75 |
| 3/17/2017 | $2,098.50 |
| 3/17/2017 | $364.50 |
| 3/17/2017 | $1,121.25 |
| 3/17/2017 | $584.25 |
| 3/17/2017 | $896.25 |
| 3/17/2017 | $1,164.00 |
| 3/17/2017 | $297.00 |
| 3/17/2017 | $468.75 |
| 3/17/2017 | $594.00 |
| 3/17/2017 | $97.50 |
| 3/17/2017 | $726.75 |
| 3/17/2017 | $2,085.00 |
| 3/17/2017 | $1,910.25 |
| 3/17/2017 | $1,608.75 |
| 3/17/2017 | $2,208.75 |
| 3/17/2017 | $817.50 |
| 3/17/2017 | $1,196.25 |
| 3/17/2017 | $557.25 |
| 3/17/2017 | $739.50 |
| 3/17/2017 | $936.75 |
| 3/17/2017 | $366.75 |
| 3/17/2017 | $932.25 |
| 3/17/2017 | $6,147.00 |
| 3/17/2017 | $1,321.50 |
| 3/17/2017 | $314.25 |
| 3/17/2017 | $720.75 |
| 3/17/2017 | $357.75 |
| 3/17/2017 | $440.25 |
| 3/17/2017 | $424.50 |
| 3/17/2017 | $1,065.75 |
| 3/17/2017 | $186,001.50 |
| 3/17/2017 | $720.00 |
| 3/17/2017 | $2,229.00 |
| 3/17/2017 | $76.50 |
| 3/17/2017 | $432.75 |
| 3/17/2017 | $126.00 |

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 3/17/2017 | $1,122.00 |
| 3/17/2017 | $532.50 |
| 3/17/2017 | $3,854.25 |
| 3/17/2017 | $6,874.50 |
| 3/17/2017 | $727.50 |
| 3/17/2017 | $821.25 |
| 3/17/2017 | $555.00 |
| 3/17/2017 | $480.00 |
| 3/17/2017 | $222.00 |
| 3/17/2017 | $1,179.00 |
| 3/17/2017 | $1,480.50 |
| 3/17/2017 | $1,493.25 |
| 3/17/2017 | $153.00 |
| 3/17/2017 | $1,821.00 |
| 3/17/2017 | $536.25 |
| 3/17/2017 | $4,971.00 |
| 3/17/2017 | $106.50 |
| 3/17/2017 | $408.75 |
| 3/17/2017 | $414.75 |
| 3/17/2017 | $2,035.50 |
| 3/17/2017 | $2,190.00 |
| 3/17/2017 | $2,766.75 |
| 3/17/2017 | $747.75 |
| 3/17/2017 | $627.75 |
| 3/17/2017 | $1,021.50 |
| 3/17/2017 | $751.50 |
| 3/17/2017 | $488.25 |
| 3/17/2017 | $2,154.75 |
| 3/17/2017 | $1,963.50 |
| 3/17/2017 | $1,265.25 |
| 3/17/2017 | $3,219.75 |
| 3/17/2017 | $172.50 |
| 3/17/2017 | $2,790.00 |
| 3/17/2017 | $613.50 |
| 3/17/2017 | $719.25 |
| 3/17/2017 | $2,436.75 |
| 3/17/2017 | $2,567.25 |
| 3/17/2017 | $300.00 |
| 3/17/2017 | $2,977.50 |
| 3/17/2017 | $2,205.00 |
| 3/17/2017 | $1,582.50 |
| 3/17/2017 | $302.25 |
| 3/17/2017 | $490.50 |
| 3/17/2017 | $3,134.25 |
| 3/17/2017 | $1,098.75 |
| 3/17/2017 | $1,902.75 |

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 3/17/2017 | $5,361.00 |
| 3/17/2017 | $168.75 |
| 3/17/2017 | $1,272.75 |
| 3/17/2017 | $732.00 |
| 3/17/2017 | $2,817.00 |
| 3/17/2017 | $2,295.00 |
| 3/17/2017 | $97.50 |
| 3/17/2017 | $639.75 |
| 3/17/2017 | $29,784.75 |
| 3/17/2017 | $98,252.25 |
| 3/17/2017 | $4,347.75 |
| 3/17/2017 | $1,465.50 |
| 3/17/2017 | $1,923.00 |
| 3/17/2017 | $222.00 |
| 3/17/2017 | $1,899.00 |
| 3/17/2017 | $3,564.75 |
| 3/17/2017 | $776.25 |
| 3/17/2017 | $2,843.25 |
| 3/17/2017 | $3,234.00 |
| 3/17/2017 | $1,637.25 |
| 3/17/2017 | $2,419.50 |
| 3/17/2017 | $795.00 |
| 3/17/2017 | $1,404.75 |
| 3/17/2017 | $61.50 |
| 3/17/2017 | $1,453.50 |
| 3/17/2017 | $44,460.00 |
| 3/17/2017 | $136,314.75 |
| 3/17/2017 | $178,783.50 |
| 3/17/2017 | $398.00 |
| 3/17/2017 | $2,005.25 |
| 3/17/2017 | $211.50 |
| 3/17/2017 | $1,227.50 |
| 3/17/2017 | $1,492.75 |
| 3/17/2017 | $163.75 |
| 3/17/2017 | $292.75 |
| 3/17/2017 | $516.25 |
| 3/17/2017 | $1,062.25 |
| 3/17/2017 | $707.25 |
| 3/17/2017 | $536.50 |
| 3/17/2017 | $180.00 |
| 3/17/2017 | $368.50 |
| 3/17/2017 | $136.75 |
| 3/17/2017 | $1,135.25 |
| 3/17/2017 | $699.50 |
| 3/17/2017 | $121.50 |
| 3/17/2017 | $373.75 |

63378596 v1

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 3/17/2017 | $194.75 |
| 3/17/2017 | $298.75 |
| 3/17/2017 | $388.00 |
| 3/17/2017 | $99.00 |
| 3/17/2017 | $156.25 |
| 3/17/2017 | $198.00 |
| 3/17/2017 | $32.50 |
| 3/17/2017 | $242.25 |
| 3/17/2017 | $695.00 |
| 3/17/2017 | $636.75 |
| 3/17/2017 | $536.25 |
| 3/17/2017 | $736.25 |
| 3/17/2017 | $272.50 |
| 3/17/2017 | $398.75 |
| 3/17/2017 | $185.75 |
| 3/17/2017 | $246.50 |
| 3/17/2017 | $312.25 |
| 3/17/2017 | $122.25 |
| 3/17/2017 | $310.75 |
| 3/17/2017 | $2,049.00 |
| 3/17/2017 | $440.50 |
| 3/17/2017 | $104.75 |
| 3/17/2017 | $240.25 |
| 3/17/2017 | $119.25 |
| 3/17/2017 | $146.75 |
| 3/17/2017 | $141.50 |
| 3/17/2017 | $355.25 |
| 3/17/2017 | $62,000.50 |
| 3/17/2017 | $240.00 |
| 3/17/2017 | $743.00 |
| 3/17/2017 | $25.50 |
| 3/17/2017 | $144.25 |
| 3/17/2017 | $42.00 |
| 3/17/2017 | $374.00 |
| 3/17/2017 | $177.50 |
| 3/17/2017 | $1,284.75 |
| 3/17/2017 | $2,291.50 |
| 3/17/2017 | $242.50 |
| 3/17/2017 | $273.75 |
| 3/17/2017 | $185.00 |
| 3/17/2017 | $160.00 |
| 3/17/2017 | $74.00 |
| 3/17/2017 | $393.00 |
| 3/17/2017 | $493.50 |
| 3/17/2017 | $497.75 |
| 3/17/2017 | $51.00 |

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 3/17/2017 | $607.00 |
| 3/17/2017 | $178.75 |
| 3/17/2017 | $1,657.00 |
| 3/17/2017 | $35.50 |
| 3/17/2017 | $136.25 |
| 3/17/2017 | $138.25 |
| 3/17/2017 | $678.50 |
| 3/17/2017 | $730.00 |
| 3/17/2017 | $922.25 |
| 3/17/2017 | $249.25 |
| 3/17/2017 | $209.25 |
| 3/17/2017 | $340.50 |
| 3/17/2017 | $250.50 |
| 3/17/2017 | $162.75 |
| 3/17/2017 | $718.25 |
| 3/17/2017 | $654.50 |
| 3/17/2017 | $421.75 |
| 3/17/2017 | $1,073.25 |
| 3/17/2017 | $57.50 |
| 3/17/2017 | $930.00 |
| 3/17/2017 | $204.50 |
| 3/17/2017 | $239.75 |
| 3/17/2017 | $812.25 |
| 3/17/2017 | $855.75 |
| 3/17/2017 | $100.00 |
| 3/17/2017 | $992.50 |
| 3/17/2017 | $735.00 |
| 3/17/2017 | $527.50 |
| 3/17/2017 | $100.75 |
| 3/17/2017 | $163.50 |
| 3/17/2017 | $1,044.75 |
| 3/17/2017 | $366.25 |
| 3/17/2017 | $634.25 |
| 3/17/2017 | $1,787.00 |
| 3/17/2017 | $56.25 |
| 3/17/2017 | $424.25 |
| 3/17/2017 | $244.00 |
| 3/17/2017 | $939.00 |
| 3/17/2017 | $765.00 |
| 3/17/2017 | $32.50 |
| 3/17/2017 | $213.25 |
| 3/17/2017 | $9,928.25 |
| 3/17/2017 | $32,750.75 |
| 3/17/2017 | $1,449.25 |
| 3/17/2017 | $488.50 |
| 3/17/2017 | $641.00 |

EXHIBIT A

TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---:|
| 3/17/2017 | $74.00 |
| 3/17/2017 | $633.00 |
| 3/17/2017 | $1,188.25 |
| 3/17/2017 | $258.75 |
| 3/17/2017 | $947.75 |
| 3/17/2017 | $1,078.00 |
| 3/17/2017 | $545.75 |
| 3/17/2017 | $806.50 |
| 3/17/2017 | $265.00 |
| 3/17/2017 | $468.25 |
| 3/17/2017 | $20.50 |
| 3/17/2017 | $484.50 |
| 3/17/2017 | $14,820.00 |
| 3/17/2017 | $45,438.25 |
| 3/17/2017 | $59,594.50 |
| 3/22/2017 | $187,063.00 |
| 3/22/2017 | $205,455.00 |
| 3/22/2017 | $1,608.00 |
| 3/22/2017 | $4,646.25 |
| 3/22/2017 | $1,498.50 |
| 3/22/2017 | $4,547.25 |
| 3/22/2017 | $534.00 |
| 3/22/2017 | $6,355.50 |
| 3/22/2017 | $3,304.50 |
| 3/22/2017 | $502.50 |
| 3/22/2017 | $7,443.00 |
| 3/22/2017 | $1,151.25 |
| 3/22/2017 | $5,226.75 |
| 3/22/2017 | $308.25 |
| 3/22/2017 | $1,061.25 |
| 3/22/2017 | $4,866.75 |
| 3/22/2017 | $289.50 |
| 3/22/2017 | $1,168.50 |
| 3/22/2017 | $1,811.25 |
| 3/22/2017 | $2,775.75 |
| 3/22/2017 | $1,154.25 |
| 3/22/2017 | $1,023.00 |
| 3/22/2017 | $10,480.50 |
| 3/22/2017 | $1,233.75 |
| 3/22/2017 | $742.50 |
| 3/22/2017 | $3,024.00 |
| 3/22/2017 | $3,973.50 |
| 3/22/2017 | $605.25 |
| 3/22/2017 | $3,918.75 |
| 3/22/2017 | $1,808.25 |
| 3/22/2017 | $2,024.25 |

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 3/22/2017 | $4,689.75 |
| 3/22/2017 | $2,747.25 |
| 3/22/2017 | $5,217.00 |
| 3/22/2017 | $3,099.75 |
| 3/22/2017 | $2,502.75 |
| 3/22/2017 | $226.50 |
| 3/22/2017 | $988.50 |
| 3/22/2017 | $1,846.50 |
| 3/22/2017 | $998.25 |
| 3/22/2017 | $4,759.50 |
| 3/22/2017 | $317.25 |
| 3/22/2017 | $1,494.00 |
| 3/22/2017 | $5,280.75 |
| 3/22/2017 | $16.50 |
| 3/22/2017 | $1,785.00 |
| 3/22/2017 | $1,978.50 |
| 3/22/2017 | $64.50 |
| 3/22/2017 | $158.25 |
| 3/22/2017 | $2,706.75 |
| 3/22/2017 | $2,835.75 |
| 3/22/2017 | $2,249.25 |
| 3/22/2017 | $5,930.25 |
| 3/22/2017 | $599.25 |
| 3/22/2017 | $369.75 |
| 3/22/2017 | $601.50 |
| 3/22/2017 | $823.50 |
| 3/22/2017 | $2,274.75 |
| 3/22/2017 | $2,859.75 |
| 3/22/2017 | $1,101.75 |
| 3/22/2017 | $4,076.25 |
| 3/22/2017 | $2,553.00 |
| 3/22/2017 | $510.00 |
| 3/22/2017 | $159.75 |
| 3/22/2017 | $2,488.50 |
| 3/22/2017 | $677.25 |
| 3/22/2017 | $391.50 |
| 3/22/2017 | $230.25 |
| 3/22/2017 | $1,773.00 |
| 3/22/2017 | $494.25 |
| 3/22/2017 | $239.25 |
| 3/22/2017 | $2,486.25 |
| 3/22/2017 | $4,256.25 |
| 3/22/2017 | $435.00 |
| 3/22/2017 | $612.00 |
| 3/22/2017 | $2,674.50 |
| 3/22/2017 | $999.00 |

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 3/22/2017 | $5,516.25 |
| 3/22/2017 | $225.00 |
| 3/22/2017 | $2,695.50 |
| 3/22/2017 | $405.00 |
| 3/22/2017 | $131.25 |
| 3/22/2017 | $564.00 |
| 3/22/2017 | $1,248.00 |
| 3/22/2017 | $1,119.75 |
| 3/22/2017 | $367.50 |
| 3/22/2017 | $349.50 |
| 3/22/2017 | $1,306.50 |
| 3/22/2017 | $330.00 |
| 3/22/2017 | $70.50 |
| 3/22/2017 | $497.25 |
| 3/22/2017 | $90.00 |
| 3/22/2017 | $4,611.00 |
| 3/22/2017 | $2,394.00 |
| 3/22/2017 | $210.00 |
| 3/22/2017 | $96.75 |
| 3/22/2017 | $1,178.25 |
| 3/22/2017 | $110.25 |
| 3/22/2017 | $2,365.50 |
| 3/22/2017 | $914.25 |
| 3/22/2017 | $1,175.25 |
| 3/22/2017 | $398.25 |
| 3/22/2017 | $182.25 |
| 3/22/2017 | $345.75 |
| 3/22/2017 | $900.00 |
| 3/22/2017 | $750.00 |
| 3/22/2017 | $1,533.75 |
| 3/22/2017 | $189.75 |
| 3/22/2017 | $536.00 |
| 3/22/2017 | $1,548.75 |
| 3/22/2017 | $499.50 |
| 3/22/2017 | $1,515.75 |
| 3/22/2017 | $178.00 |
| 3/22/2017 | $2,118.50 |
| 3/22/2017 | $1,101.50 |
| 3/22/2017 | $167.50 |
| 3/22/2017 | $2,481.00 |
| 3/22/2017 | $383.75 |
| 3/22/2017 | $1,742.25 |
| 3/22/2017 | $102.75 |
| 3/22/2017 | $353.75 |
| 3/22/2017 | $1,622.25 |
| 3/22/2017 | $96.50 |

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 3/22/2017 | $389.50 |
| 3/22/2017 | $603.75 |
| 3/22/2017 | $925.25 |
| 3/22/2017 | $384.75 |
| 3/22/2017 | $341.00 |
| 3/22/2017 | $3,493.50 |
| 3/22/2017 | $411.25 |
| 3/22/2017 | $247.50 |
| 3/22/2017 | $1,008.00 |
| 3/22/2017 | $1,324.50 |
| 3/22/2017 | $201.75 |
| 3/22/2017 | $1,306.25 |
| 3/22/2017 | $602.75 |
| 3/22/2017 | $674.75 |
| 3/22/2017 | $1,563.25 |
| 3/22/2017 | $915.75 |
| 3/22/2017 | $1,739.00 |
| 3/22/2017 | $1,033.25 |
| 3/22/2017 | $834.25 |
| 3/22/2017 | $75.50 |
| 3/22/2017 | $329.50 |
| 3/22/2017 | $615.50 |
| 3/22/2017 | $332.75 |
| 3/22/2017 | $1,586.50 |
| 3/22/2017 | $105.75 |
| 3/22/2017 | $498.00 |
| 3/22/2017 | $1,760.25 |
| 3/22/2017 | $5.50 |
| 3/22/2017 | $595.00 |
| 3/22/2017 | $659.50 |
| 3/22/2017 | $21.50 |
| 3/22/2017 | $52.75 |
| 3/22/2017 | $902.25 |
| 3/22/2017 | $945.25 |
| 3/22/2017 | $749.75 |
| 3/22/2017 | $1,976.75 |
| 3/22/2017 | $199.75 |
| 3/22/2017 | $123.25 |
| 3/22/2017 | $200.50 |
| 3/22/2017 | $274.50 |
| 3/22/2017 | $758.25 |
| 3/22/2017 | $953.25 |
| 3/22/2017 | $367.25 |
| 3/22/2017 | $1,358.75 |
| 3/22/2017 | $851.00 |
| 3/22/2017 | $170.00 |

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 3/22/2017 | $53.25 |
| 3/22/2017 | $829.50 |
| 3/22/2017 | $225.75 |
| 3/22/2017 | $130.50 |
| 3/22/2017 | $76.75 |
| 3/22/2017 | $591.00 |
| 3/22/2017 | $164.75 |
| 3/22/2017 | $79.75 |
| 3/22/2017 | $828.75 |
| 3/22/2017 | $1,418.75 |
| 3/22/2017 | $145.00 |
| 3/22/2017 | $204.00 |
| 3/22/2017 | $891.50 |
| 3/22/2017 | $333.00 |
| 3/22/2017 | $1,838.75 |
| 3/22/2017 | $75.00 |
| 3/22/2017 | $898.50 |
| 3/22/2017 | $135.00 |
| 3/22/2017 | $43.75 |
| 3/22/2017 | $188.00 |
| 3/22/2017 | $416.00 |
| 3/22/2017 | $373.25 |
| 3/22/2017 | $122.50 |
| 3/22/2017 | $116.50 |
| 3/22/2017 | $435.50 |
| 3/22/2017 | $110.00 |
| 3/22/2017 | $23.50 |
| 3/22/2017 | $165.75 |
| 3/22/2017 | $30.00 |
| 3/22/2017 | $1,537.00 |
| 3/22/2017 | $798.00 |
| 3/22/2017 | $70.00 |
| 3/22/2017 | $32.25 |
| 3/22/2017 | $392.75 |
| 3/22/2017 | $36.75 |
| 3/22/2017 | $788.50 |
| 3/22/2017 | $304.75 |
| 3/22/2017 | $391.75 |
| 3/22/2017 | $132.75 |
| 3/22/2017 | $60.75 |
| 3/22/2017 | $115.25 |
| 3/22/2017 | $300.00 |
| 3/22/2017 | $250.00 |
| 3/22/2017 | $511.25 |
| 3/22/2017 | $63.25 |
| 4/12/2017 | $93,681.75 |

EXHIBIT A
TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 4/12/2017 | $154,602.75 |
| 4/12/2017 | $734.25 |
| 4/12/2017 | $5,458.50 |
| 4/12/2017 | $1,267.50 |
| 4/12/2017 | $2,185.50 |
| 4/12/2017 | $677.25 |
| 4/12/2017 | $1,750.50 |
| 4/12/2017 | $1,491.75 |
| 4/12/2017 | $487.50 |
| 4/12/2017 | $967.50 |
| 4/12/2017 | $1,134.00 |
| 4/12/2017 | $923.25 |
| 4/12/2017 | $750.75 |
| 4/12/2017 | $957.75 |
| 4/12/2017 | $170.25 |
| 4/12/2017 | $3,877.50 |
| 4/12/2017 | $324.00 |
| 4/12/2017 | $443.25 |
| 4/12/2017 | $298.50 |
| 4/12/2017 | $1,802.25 |
| 4/12/2017 | $1,314.00 |
| 4/12/2017 | $522.75 |
| 4/12/2017 | $1,929.00 |
| 4/12/2017 | $3,186.75 |
| 4/12/2017 | $2,172.00 |
| 4/12/2017 | $807.00 |
| 4/12/2017 | $730.50 |
| 4/12/2017 | $744.75 |
| 4/12/2017 | $905.25 |
| 4/12/2017 | $2,484.00 |
| 4/12/2017 | $1,732.50 |
| 4/12/2017 | $93.75 |
| 4/12/2017 | $906.00 |
| 4/12/2017 | $2,196.75 |
| 4/12/2017 | $2,662.50 |
| 4/12/2017 | $1,349.25 |
| 4/12/2017 | $975.75 |
| 4/12/2017 | $2,008.50 |
| 4/12/2017 | $1,350.00 |
| 4/12/2017 | $31,227.25 |
| 4/12/2017 | $51,534.25 |
| 4/12/2017 | $244.75 |
| 4/12/2017 | $1,819.50 |
| 4/12/2017 | $422.50 |
| 4/12/2017 | $728.50 |
| 4/12/2017 | $225.75 |

EXHIBIT A

TRANSFERS TO CITIBANK, N.A.

| Date | Payment Amount |
|---|---|
| 4/12/2017 | $583.50 |
| 4/12/2017 | $497.25 |
| 4/12/2017 | $162.50 |
| 4/12/2017 | $322.50 |
| 4/12/2017 | $378.00 |
| 4/12/2017 | $307.75 |
| 4/12/2017 | $250.25 |
| 4/12/2017 | $319.25 |
| 4/12/2017 | $56.75 |
| 4/12/2017 | $1,292.50 |
| 4/12/2017 | $108.00 |
| 4/12/2017 | $147.75 |
| 4/12/2017 | $99.50 |
| 4/12/2017 | $600.75 |
| 4/12/2017 | $438.00 |
| 4/12/2017 | $174.25 |
| 4/12/2017 | $643.00 |
| 4/12/2017 | $1,062.25 |
| 4/12/2017 | $724.00 |
| 4/12/2017 | $269.00 |
| 4/12/2017 | $243.50 |
| 4/12/2017 | $248.25 |
| 4/12/2017 | $301.75 |
| 4/12/2017 | $828.00 |
| 4/12/2017 | $577.50 |
| 4/12/2017 | $31.25 |
| 4/12/2017 | $302.00 |
| 4/12/2017 | $732.25 |
| 4/12/2017 | $887.50 |
| 4/12/2017 | $449.75 |
| 4/12/2017 | $325.25 |
| 4/12/2017 | $669.50 |
| 4/12/2017 | $450.00 |
| 4/13/2017 | $106,872.75 |
| 4/13/2017 | $74,328.00 |
| 4/13/2017 | $197,516.25 |
| 4/13/2017 | $112,615.50 |
| 4/13/2017 | $108,341.25 |
| 4/13/2017 | $35,624.25 |
| 4/13/2017 | $24,776.00 |
| 4/13/2017 | $65,838.75 |
| 4/13/2017 | $37,538.50 |
| 4/13/2017 | $36,113.75 |
| 4/25/2017 | $479,914.00 |
| 4/25/2017 | $1,439,742.00 |