# EXHIBIT A

EXHIBIT A

TRANSFERS TO WAL-MART PUERTO RICO INC.

| Date | Payment Amount |
|---|---|
| 2/2/2015 | $60,000,000.00 |