# EXHIBIT A

EXHIBIT A

TRANSFERS TO I.D.E.A., INC.

| Date | Payment Amount |
|---|---|
| 6/26/2013 | $70,948.00 |
| 6/26/2013 | $88,799.00 |
| 9/27/2013 | $23,100.00 |
| 10/22/2013 | $26,075.00 |
| 10/24/2013 | $248,966.00 |
| 10/29/2013 | $121,303.00 |
| 10/29/2013 | $126,157.00 |
| 3/21/2014 | $111,568.00 |
| 3/24/2014 | $110,346.00 |
| 4/8/2014 | $214,565.00 |
| 9/9/2014 | $42,905.00 |
| 9/12/2014 | $48,657.00 |
| 9/22/2014 | $32,181.00 |
| 10/10/2014 | $83,660.00 |
| 10/17/2014 | $248,935.00 |
| 1/27/2015 | $73,200.00 |
| 3/4/2015 | $178,987.00 |
| 10/1/2015 | $135,247.00 |
| 10/13/2015 | $34,501.00 |
| 10/26/2015 | $210,984.00 |
| 3/22/2016 | $73,489.00 |
| 9/23/2016 | $132,027.00 |
| 10/13/2016 | $155,766.00 |
| 12/30/2016 | $240.00 |
| 1/30/2017 | $191,506.00 |