# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO BIO-MEDICAL APPLICATIONS OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 5/29/2013 | $88,920.00 |
| 6/11/2013 | $88,920.00 |
| 7/23/2013 | $89,640.00 |
| 10/29/2013 | $86,040.00 |
| 4/30/2014 | $125,936.00 |
| 6/27/2014 | $362,999.00 |
| 9/5/2014 | $42,541.00 |
| 9/5/2014 | $46,445.00 |
| 12/16/2014 | $57,316.00 |
| 1/26/2015 | $56,327.00 |
| 1/26/2015 | $111,113.00 |
| 2/23/2015 | $55,010.00 |
| 4/3/2015 | $106,726.00 |
| 6/19/2015 | $53,363.00 |
| 7/16/2015 | $52,375.00 |
| 8/10/2015 | $53,692.00 |
| 9/14/2015 | $55,998.00 |
| 10/19/2015 | $57,974.00 |
| 11/10/2015 | $60,939.00 |
| 4/6/2016 | $63,904.00 |
| 5/9/2016 | $58,963.00 |
| 5/9/2016 | $58,633.00 |
| 5/9/2016 | $61,927.00 |
| 5/9/2016 | $64,338.00 |
| 5/9/2016 | $68,845.00 |
| 7/18/2016 | $60,280.00 |
| 7/18/2016 | $46,445.00 |
| 9/29/2016 | $60,610.00 |
| 10/11/2016 | $64,562.00 |
| 12/20/2016 | $59,292.00 |
| 12/30/2016 | $52,704.00 |
| 1/9/2017 | $50,728.00 |
| 1/9/2017 | $52,375.00 |
| 1/30/2017 | $57,421.00 |
| 3/14/2017 | $47,434.00 |
| 4/17/2017 | $48,422.00 |
| 4/17/2017 | $51,386.00 |
| 5/1/2017 | $48,092.00 |