# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO EJE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 2/10/2014 | $28,371.00 |
| 3/18/2014 | $11,333.00 |
| 7/9/2014 | $15,990.00 |
| 7/14/2014 | $69.00 |
| 7/18/2014 | $10,102.00 |
| 8/8/2014 | $92,967.00 |
| 8/19/2014 | $186,994.00 |
| 9/25/2014 | $132,772.00 |
| 10/7/2014 | $17,983.00 |
| 10/7/2014 | $1,116.00 |
| 10/20/2014 | $4,900.00 |
| 10/23/2014 | $53,602.00 |
| 10/27/2014 | $40,533.00 |
| 11/12/2014 | $8,782.00 |
| 11/17/2014 | $2,617.00 |
| 11/21/2014 | $5,802.00 |
| 11/25/2014 | $7,411.00 |
| 12/4/2014 | $29,409.00 |
| 12/16/2014 | $13,755.00 |
| 1/5/2015 | $335.00 |
| 1/5/2015 | $4,533.00 |
| 1/26/2015 | $398.00 |
| 1/26/2015 | $21,748.00 |
| 2/10/2015 | $5,117.00 |
| 2/13/2015 | $1,554.00 |
| 2/18/2015 | $117,674.00 |
| 3/6/2015 | $26,720.00 |
| 3/13/2015 | $2,929.00 |
| 3/19/2015 | $3,409.00 |
| 4/7/2015 | $28,947.00 |
| 4/14/2015 | $9,894.00 |
| 4/28/2015 | $8,563.00 |
| 5/15/2015 | $68,921.00 |
| 5/15/2015 | $118,516.00 |
| 5/19/2015 | $38,740.00 |
| 5/19/2015 | $1,040.00 |
| 5/28/2015 | $20,714.00 |
| 6/17/2015 | $6,904.00 |
| 6/17/2015 | $7,365.00 |
| 6/17/2015 | $3,299.00 |
| 6/30/2015 | $474.00 |
| 6/30/2015 | $1,988.00 |
| 7/10/2015 | $82,437.00 |
| 7/10/2015 | $134,717.00 |
| 7/22/2015 | $73,959.00 |
| 7/22/2015 | $209,648.00 |

EXHIBIT A

TRANSFERS TO EJE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 7/22/2015 | $70,737.00 |
| 7/27/2015 | $2,961.00 |
| 8/3/2015 | $66,956.00 |
| 8/20/2015 | $252,543.00 |
| 8/20/2015 | $4,449.00 |
| 8/28/2015 | $48,347.00 |
| 9/4/2015 | $346.00 |
| 9/15/2015 | $267,264.00 |
| 9/21/2015 | $40,124.00 |
| 9/24/2015 | $20,018.00 |
| 10/19/2015 | $5,004.00 |
| 10/30/2015 | $1,667.00 |
| 10/30/2015 | $3,333.00 |
| 10/30/2015 | $300.00 |
| 10/30/2015 | $2,311.00 |
| 10/30/2015 | $40.00 |
| 11/13/2015 | $5,868.00 |
| 12/1/2015 | $356.00 |
| 12/22/2015 | $2,678.00 |
| 12/22/2015 | $2,232.00 |
| 12/24/2015 | $9,628.00 |
| 12/24/2015 | $3,673.00 |
| 2/12/2016 | $275,923.00 |
| 2/26/2016 | $3,588.00 |
| 2/26/2016 | $834.00 |
| 3/3/2016 | $108.00 |
| 3/23/2016 | $5,563.00 |
| 3/30/2016 | $4,860.00 |
| 4/6/2016 | $72,083.00 |
| 4/6/2016 | $45,972.00 |
| 4/6/2016 | $24,784.00 |
| 4/29/2016 | $454,410.00 |
| 5/2/2016 | $8,922.00 |
| 5/9/2016 | $1,605.00 |
| 5/27/2016 | $32,093.00 |
| 5/27/2016 | $5,011.00 |
| 6/23/2016 | $1,299.00 |
| 6/28/2016 | $3,361.00 |
| 8/9/2016 | $14,948.00 |
| 8/9/2016 | $50,116.00 |
| 8/9/2016 | $83,010.00 |
| 8/9/2016 | $36,558.00 |
| 8/9/2016 | $171,012.00 |
| 8/15/2016 | $250.00 |
| 8/30/2016 | $1,960.00 |
| 9/1/2016 | $980.00 |

EXHIBIT A
TRANSFERS TO EJE PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 9/19/2016 | $4,357.00 |
| 9/29/2016 | $20,781.00 |
| 10/3/2016 | $5,488.00 |
| 10/17/2016 | $14,467.00 |
| 11/25/2016 | $7,499.00 |
| 12/19/2016 | $487.00 |
| 1/19/2017 | $450.00 |
| 2/9/2017 | $367.00 |
| 2/9/2017 | $7,731.00 |
| 2/24/2017 | $282,154.00 |