# EXHIBIT A

## EXHIBIT A
### TRANSFERS TO GM SECURITY TECHNOLOGIES, INC.

| Date | Payment Amount |
|---|---|
| 2/15/2017 | $160,555.00 |
| 2/24/2017 | $160,555.00 |
| 2/24/2017 | $160,555.00 |
| 2/24/2017 | $29,266.00 |
| 2/24/2017 | $119,376.00 |
| 2/27/2017 | $118,141.00 |
| 3/29/2017 | $202,189.00 |
| 3/29/2017 | $176,906.00 |
| 3/29/2017 | $18,459.00 |
| 4/4/2017 | $160,555.00 |
| 4/4/2017 | $100,241.00 |
| 4/4/2017 | $18,563.00 |
| 4/25/2017 | $15,659.00 |
| 4/25/2017 | $18,096.00 |

A-1