# EXHIBIT A

EXHIBIT A

TRANSFERS TO SABIAMED CORPORATION

| Date | Payment Amount |
|---|---|
| 5/20/2013 | $69,158.00 |
| 5/23/2013 | $69,158.00 |
| 8/8/2013 | $69,158.00 |
| 8/8/2013 | $138,316.00 |
| 9/24/2013 | $69,158.00 |
| 3/5/2014 | $61,010.00 |
| 6/25/2014 | $63,280.00 |
| 8/14/2014 | $119,367.00 |
| 12/11/2014 | $60,905.00 |
| 5/1/2015 | $96,617.00 |
| 6/1/2015 | $96,617.00 |
| 7/10/2015 | $96,617.00 |
| 8/7/2015 | $96,617.00 |
| 11/2/2015 | $676,319.00 |
| 1/15/2016 | $96,617.00 |
| 3/15/2016 | $133,375.00 |
| 3/15/2016 | $66,688.00 |
| 5/3/2016 | $66,688.00 |
| 5/11/2016 | $66,688.00 |
| 5/18/2016 | $66,688.00 |
| 6/13/2016 | $66,688.00 |
| 7/6/2016 | $66,688.00 |
| 7/21/2016 | $66,688.00 |
| 8/25/2016 | $66,688.00 |
| 8/25/2016 | $66,688.00 |
| 9/29/2016 | $66,688.00 |
| 12/1/2016 | $78,319.00 |
| 12/12/2016 | $78,319.00 |
| 12/12/2016 | $4,716.00 |
| 12/19/2016 | $78,319.00 |
| 12/19/2016 | $2,358.00 |
| 4/6/2017 | $61,862.00 |
| 4/6/2017 | $2,358.00 |
| 4/10/2017 | $37,175.00 |
| 4/10/2017 | $37,175.00 |
| 4/10/2017 | $4,716.00 |

63378688 v1