# EXHIBIT A

TRANSFERS TO CASA GRANDE INTERACTIVE COMMUNICATIONS, INC.

| Date | Payment Amount |
|---|---|
| 6/7/2013 | $2,336,000.00 |
| 8/15/2013 | $2,348,000.00 |
| 9/24/2013 | $1,832,000.00 |
| 9/30/2013 | $1,600,000.00 |
| 10/16/2013 | $144,000.00 |
| 1/3/2014 | $1,505,277.00 |
| 4/8/2014 | $707,353.00 |
| 4/8/2014 | $801,667.00 |
| 7/9/2014 | $1,052,541.00 |
| 7/21/2014 | $877,118.00 |
| 7/21/2014 | $1,386,412.00 |
| 7/31/2014 | $1,663,695.00 |
| 8/15/2014 | $818,643.00 |
| 8/18/2014 | $1,056,314.00 |
| 9/3/2014 | $1,293,985.00 |
| 9/9/2014 | $152,872.00 |
| 3/31/2015 | $180,787.00 |
| 4/13/2015 | $125,056.00 |
| 4/27/2015 | $556,233.00 |
| 4/30/2015 | $1,087,535.00 |
| 6/30/2015 | $305,843.00 |
| 7/9/2015 | $666,774.00 |
| 7/28/2015 | $227,683.00 |
| 10/7/2015 | $1,643,768.00 |
| 10/15/2015 | $305,843.00 |
| 10/20/2015 | $894,806.00 |
| 10/26/2015 | $748,962.00 |
| 11/4/2015 | $976,994.00 |
| 11/10/2015 | $223,605.00 |
| 11/18/2015 | $1,643,768.00 |
| 12/11/2015 | $79,785.00 |
| 5/6/2016 | $285,948.00 |
| 5/6/2016 | $500,000.00 |
| 5/6/2016 | $500,000.00 |
| 5/6/2016 | $500,000.00 |
| 7/11/2016 | $250,149.00 |
| 10/19/2016 | $997,500.00 |
| 10/28/2016 | $1,925,000.00 |
| 10/28/2016 | $1,925,000.00 |
| 10/28/2016 | $159,600.00 |
| 11/23/2016 | $982,538.00 |

63378220 v1