# EXHIBIT A

TRANSFERS TO MERCK SHARP & DOHME (I.A.) LLC

| Date | Payment Amount |
|---|---|
| 5/10/2013 | $115,013.00 |
| 5/28/2013 | $7,001.00 |
| 7/18/2013 | $32,918.00 |
| 7/18/2013 | $135,824.00 |
| 8/6/2013 | $31,564.00 |
| 8/6/2013 | $1,751,017.00 |
| 8/22/2013 | $452,760.00 |
| 10/25/2013 | $29,524.00 |
| 11/5/2013 | $2,160,829.00 |
| 12/23/2013 | $55,246.00 |
| 1/8/2014 | $14,149.00 |
| 2/5/2014 | $62,133.00 |
| 2/28/2014 | $892.00 |
| 3/18/2014 | $686.00 |
| 3/18/2014 | $1,071,449.00 |
| 4/1/2014 | $41,422.00 |
| 5/9/2014 | $2,533,386.00 |
| 6/2/2014 | $7,887.00 |
| 6/2/2014 | $59,383.00 |
| 6/19/2014 | $11,297.00 |
| 8/14/2014 | $373.00 |
| 8/19/2014 | $7,531.00 |
| 8/22/2014 | $2,715,308.00 |
| 9/15/2014 | $169.00 |
| 9/22/2014 | $89,550.00 |
| 9/29/2014 | $11,038.00 |
| 9/29/2014 | $27,166.00 |
| 9/29/2014 | $33,948.00 |
| 11/10/2014 | $2,384,493.00 |
| 1/12/2015 | $1,488.00 |
| 1/30/2015 | $10,356.00 |
| 1/30/2015 | $42,501.00 |
| 3/4/2015 | $10,903.00 |
| 3/10/2015 | $12.00 |
| 3/30/2015 | $11,633.00 |
| 4/1/2015 | $18.00 |
| 4/14/2015 | $6,199.00 |
| 4/14/2015 | $2,384,622.00 |
| 4/27/2015 | $10,356.00 |
| 4/28/2015 | $2,070.00 |
| 4/29/2015 | $912,384.00 |
| 5/20/2015 | $1,278.00 |
| 6/8/2015 | $36,320.00 |
| 6/9/2015 | $11,086.00 |
| 6/15/2015 | $8,792.00 |
| 7/22/2015 | $8,792.00 |

A-1

TRANSFERS TO MERCK SHARP & DOHME (I.A.) LLC

| | |
|---|---|
| 8/6/2015 | $47,948.00 |
| 8/18/2015 | $20,299.00 |
| 9/16/2015 | $1,122.00 |
| 9/16/2015 | $1,831,769.00 |
| 10/20/2015 | $968,648.00 |
| 10/20/2015 | $300.00 |
| 1/21/2016 | $950,400.00 |
| 2/23/2016 | $769.00 |
| 2/23/2016 | $2,089,749.00 |
| 2/23/2016 | $950,400.00 |
| 3/7/2016 | $18,697.00 |
| 3/8/2016 | $18,479.00 |
| 3/31/2016 | $740.00 |
| 4/7/2016 | $27,264.00 |
| 4/7/2016 | $19,090.00 |
| 5/24/2016 | $228,096.00 |
| 5/24/2016 | $228,096.00 |
| 5/24/2016 | $228,096.00 |
| 5/24/2016 | $228,096.00 |
| 5/24/2016 | $228,096.00 |
| 5/24/2016 | $30,725.00 |
| 5/24/2016 | $19,256.00 |
| 5/24/2016 | $13,174.00 |
| 6/8/2016 | $5,150.00 |
| 6/8/2016 | $1,007.00 |
| 6/10/2016 | $684,288.00 |
| 6/10/2016 | $2,917.00 |
| 7/15/2016 | $15,558.00 |
| 8/16/2016 | $740.00 |
| 9/2/2016 | $72,864.00 |
| 9/2/2016 | $198,000.00 |
| 9/2/2016 | $198,000.00 |
| 9/2/2016 | $198,000.00 |
| 9/2/2016 | $198,000.00 |
| 9/2/2016 | $198,000.00 |
| 9/2/2016 | $198,000.00 |
| 9/2/2016 | $198,000.00 |
| 9/2/2016 | $198,000.00 |
| 9/2/2016 | $198,000.00 |
| 9/2/2016 | $198,000.00 |
| 9/9/2016 | $12,915.00 |
| 9/9/2016 | $41,305.00 |
| 9/21/2016 | $13,355.00 |
| 9/21/2016 | $4,037.00 |
| 10/31/2016 | $43,882.00 |
| 11/4/2016 | $792.00 |
| 11/4/2016 | $28,512.00 |

TRANSFERS TO MERCK SHARP & DOHME (I.A.) LLC

| | |
|---|---|
| 12/1/2016 | $166,320.00 |
| 12/1/2016 | $198,000.00 |
| 12/1/2016 | $198,000.00 |
| 12/1/2016 | $198,000.00 |
| 12/1/2016 | $198,000.00 |
| 12/1/2016 | $198,000.00 |
| 12/1/2016 | $198,000.00 |
| 12/1/2016 | $198,000.00 |
| 12/1/2016 | $198,000.00 |
| 12/1/2016 | $198,000.00 |
| 12/1/2016 | $3,168.00 |
| 12/1/2016 | $3,168.00 |
| 12/1/2016 | $1,584.00 |
| 12/12/2016 | $537.00 |
| 12/23/2016 | $20,112.00 |
| 1/18/2017 | $1,633.00 |
| 1/27/2017 | $1,750.00 |
| 1/31/2017 | $198,000.00 |
| 2/2/2017 | $198,000.00 |
| 2/2/2017 | $792.00 |
| 2/2/2017 | $57,024.00 |
| 2/2/2017 | $198,000.00 |
| 2/2/2017 | $198,000.00 |
| 2/2/2017 | $198,000.00 |
| 2/2/2017 | $198,000.00 |
| 2/10/2017 | $60,060.00 |
| 2/10/2017 | $132,000.00 |
| 2/10/2017 | $198,000.00 |
| 2/10/2017 | $30,030.00 |
| 2/10/2017 | $3,168.00 |
| 2/17/2017 | $3,694.00 |
| 3/3/2017 | $268.00 |
| 3/24/2017 | $30,030.00 |
| 3/24/2017 | $40,040.00 |
| 3/24/2017 | $7,920.00 |
| 3/24/2017 | $1,828.00 |
| 3/24/2017 | $3,168.00 |
| 3/24/2017 | $198,000.00 |
| 3/24/2017 | $18.00 |
| 3/24/2017 | $198,000.00 |
| 3/24/2017 | $198,000.00 |
| 3/24/2017 | $198,000.00 |
| 3/24/2017 | $198,000.00 |
| 3/24/2017 | $198,000.00 |
| 3/24/2017 | $198,000.00 |
| 3/28/2017 | $270.00 |
| 4/7/2017 | $30,030.00 |

A-3

TRANSFERS TO MERCK SHARP & DOHME (I.A.) LLC

| 4/7/2017 | $10,767.00 |
| 4/10/2017 | $21,912.00 |
| 4/28/2017 | $33,130.00 |