# EXHIBIT A

EXHIBIT A

TRANSFERS TO GREAT EDUCATIONAL SERVICES CORPORATION

| Date | Payment Amount |
|---|---|
| 5/31/2013 | $1,590,065.00 |
| 6/18/2013 | $25,264.00 |
| 7/16/2013 | $815,583.00 |
| 8/5/2013 | $238,423.00 |
| 8/7/2014 | $1,863,500.00 |
| 9/11/2014 | $2,090,580.00 |
| 9/12/2014 | $2,085,408.00 |
| 9/22/2014 | $5,115,599.00 |
| 12/15/2014 | $81,075.00 |
| 7/29/2015 | $848,430.00 |
| 10/29/2015 | $1,696,864.00 |
| 12/14/2015 | $1,696,864.00 |
| 8/19/2016 | $492,500.00 |
| 8/22/2016 | $117,042.00 |
| 8/22/2016 | $118,661.00 |
| 8/23/2016 | $492,500.00 |
| 11/23/2016 | $611,409.00 |
| 2/1/2017 | $611,409.00 |
| 2/6/2017 | $583,526.00 |
| 4/12/2017 | $5,771.00 |
| 4/12/2017 | $9,451.00 |
| 4/21/2017 | $10,299.00 |
| 4/24/2017 | $570,272.00 |
| 4/28/2017 | $3,901.00 |
| 4/28/2017 | $3,300.00 |
| 4/28/2017 | $2,640.00 |
| 4/28/2017 | $1,329.00 |