# EXHIBIT A

## TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 5/6/2013 | $4,528.00 |
| 5/6/2013 | $6,006.00 |
| 5/6/2013 | $32,202.00 |
| 5/16/2013 | $2,002.00 |
| 5/16/2013 | $4,261.00 |
| 5/16/2013 | $8,471.00 |
| 5/16/2013 | $13,219.00 |
| 5/16/2013 | $26,426.00 |
| 5/16/2013 | $33,102.00 |
| 5/16/2013 | $56,849.00 |
| 5/16/2013 | $1,636.00 |
| 5/16/2013 | $1,659.00 |
| 5/16/2013 | $1,686.00 |
| 5/16/2013 | $1,896.00 |
| 5/31/2013 | $3,523.00 |
| 5/31/2013 | $4,228.00 |
| 5/31/2013 | $4,372.00 |
| 5/31/2013 | $11,626.00 |
| 5/31/2013 | $35,202.00 |
| 5/31/2013 | $48,311.00 |
| 6/11/2013 | $5,483.00 |
| 6/11/2013 | $6,341.00 |
| 6/11/2013 | $61,690.00 |
| 6/17/2013 | $22,626.00 |
| 6/18/2013 | $29,944.00 |
| 6/18/2013 | $1,936.00 |
| 6/26/2013 | $14,594.00 |
| 6/26/2013 | $17,226.00 |
| 6/26/2013 | $79,356.00 |
| 6/26/2013 | $86,258.00 |
| 6/26/2013 | $1,870.00 |
| 6/26/2013 | $1,896.00 |
| 6/27/2013 | $24,957.00 |
| 6/27/2013 | $28,138.00 |
| 7/15/2013 | $4,254.00 |
| 7/15/2013 | $4,320.00 |
| 7/15/2013 | $4,935.00 |
| 7/15/2013 | $29,567.00 |
| 7/15/2013 | $45,831.00 |
| 8/2/2013 | $2,002.00 |
| 8/2/2013 | $2,160.00 |
| 8/2/2013 | $2,213.00 |
| 8/2/2013 | $2,226.00 |
| 8/2/2013 | $3,761.00 |
| 8/2/2013 | $3,995.00 |
| 8/2/2013 | $4,064.00 |

A-1

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 8/2/2013 | $6,743.00 |
| 8/2/2013 | $8,574.00 |
| 8/2/2013 | $527.00 |
| 8/2/2013 | $25,216.00 |
| 8/2/2013 | $106,465.00 |
| 8/2/2013 | $1,778.00 |
| 8/23/2013 | $3,319.00 |
| 8/23/2013 | $6,743.00 |
| 8/23/2013 | $16,122.00 |
| 8/23/2013 | $1,804.00 |
| 8/23/2013 | $1,844.00 |
| 9/3/2013 | $2,318.00 |
| 9/13/2013 | $571.00 |
| 9/13/2013 | $19,989.00 |
| 9/13/2013 | $33,389.00 |
| 9/13/2013 | $50,428.00 |
| 9/13/2013 | $50,527.00 |
| 9/19/2013 | $26,156.00 |
| 9/19/2013 | $26,801.00 |
| 9/23/2013 | $4,636.00 |
| 9/23/2013 | $14,981.00 |
| 9/23/2013 | $18,221.00 |
| 9/26/2013 | $2,318.00 |
| 9/26/2013 | $9,274.00 |
| 9/26/2013 | $10,273.00 |
| 9/26/2013 | $59,820.00 |
| 9/26/2013 | $1,699.00 |
| 10/11/2013 | $2,041.00 |
| 10/11/2013 | $2,107.00 |
| 10/11/2013 | $10,036.00 |
| 10/11/2013 | $12,146.00 |
| 10/11/2013 | $1,054.00 |
| 10/11/2013 | $1,844.00 |
| 11/25/2013 | $19,380.00 |
| 11/27/2013 | $2,107.00 |
| 11/27/2013 | $2,302.00 |
| 11/27/2013 | $9,687.00 |
| 11/27/2013 | $11,893.00 |
| 11/27/2013 | $25,359.00 |
| 11/27/2013 | $1,817.00 |
| 12/12/2013 | $3,227.00 |
| 12/12/2013 | $3,977.00 |
| 12/12/2013 | $19,836.00 |
| 12/12/2013 | $36,310.00 |
| 12/12/2013 | $186,794.00 |
| 12/19/2013 | $2,028.00 |

63383052 v1

## TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 12/19/2013 | $3,510.00 |
| 12/19/2013 | $4,547.00 |
| 12/19/2013 | $7,376.00 |
| 12/19/2013 | $14,505.00 |
| 12/19/2013 | $34,674.00 |
| 12/27/2013 | $87,870.00 |
| 12/31/2013 | $79,678.00 |
| 1/2/2014 | $8,534.00 |
| 1/6/2014 | $5,373.00 |
| 1/6/2014 | $6,664.00 |
| 1/6/2014 | $14,197.00 |
| 1/6/2014 | $790.00 |
| 1/10/2014 | $2,120.00 |
| 1/10/2014 | $6,243.00 |
| 1/10/2014 | $8,640.00 |
| 1/10/2014 | $579.00 |
| 1/10/2014 | $15,659.00 |
| 1/10/2014 | $23,882.00 |
| 1/10/2014 | $27,486.00 |
| 1/10/2014 | $29,330.00 |
| 1/10/2014 | $37,449.00 |
| 1/10/2014 | $48,795.00 |
| 1/10/2014 | $897.00 |
| 1/10/2014 | $92,414.00 |
| 1/10/2014 | $1,501.00 |
| 1/16/2014 | $213,771.00 |
| 1/21/2014 | $6,322.00 |
| 1/21/2014 | $33,781.00 |
| 1/22/2014 | $2,423.00 |
| 1/22/2014 | $1,495.00 |
| 1/24/2014 | $16,537.00 |
| 1/29/2014 | $11,781.00 |
| 1/29/2014 | $92,273.00 |
| 1/29/2014 | $106,336.00 |
| 2/3/2014 | $4,926.00 |
| 2/5/2014 | $27,817.00 |
| 2/7/2014 | $4,028.00 |
| 2/10/2014 | $5,057.00 |
| 2/14/2014 | $18,925.00 |
| 2/18/2014 | $6,954.00 |
| 2/18/2014 | $8,422.00 |
| 2/18/2014 | $23,983.00 |
| 2/18/2014 | $49,411.00 |
| 2/18/2014 | $56,367.00 |
| 2/18/2014 | $1,936.00 |
| 2/19/2014 | $28,243.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 2/20/2014 | $19,189.00 |
| 2/25/2014 | $2,213.00 |
| 2/25/2014 | $9,737.00 |
| 2/25/2014 | $12,442.00 |
| 2/25/2014 | $47,906.00 |
| 2/25/2014 | $1,791.00 |
| 2/26/2014 | $16,144.00 |
| 2/28/2014 | $2,733.00 |
| 2/28/2014 | $6,058.00 |
| 2/28/2014 | $23,001.00 |
| 2/28/2014 | $769.00 |
| 2/28/2014 | $45,952.00 |
| 2/28/2014 | $1,922.00 |
| 3/3/2014 | $11,734.00 |
| 3/3/2014 | $23,362.00 |
| 3/3/2014 | $31,713.00 |
| 3/5/2014 | $5,163.00 |
| 3/5/2014 | $6,921.00 |
| 3/5/2014 | $1,839.00 |
| 3/6/2014 | $251,979.00 |
| 3/7/2014 | $15,260.00 |
| 3/7/2014 | $25,804.00 |
| 3/7/2014 | $1,936.00 |
| 3/12/2014 | $672.00 |
| 3/12/2014 | $82,113.00 |
| 3/13/2014 | $2,421.00 |
| 3/13/2014 | $4,627.00 |
| 3/14/2014 | $5,496.00 |
| 3/14/2014 | $9,078.00 |
| 3/14/2014 | $15,936.00 |
| 3/14/2014 | $24,391.00 |
| 3/14/2014 | $55,907.00 |
| 3/14/2014 | $113,339.00 |
| 3/14/2014 | $141,811.00 |
| 3/19/2014 | $6,756.00 |
| 3/19/2014 | $15,646.00 |
| 3/19/2014 | $18,715.00 |
| 3/21/2014 | $2,286.00 |
| 3/21/2014 | $15,745.00 |
| 3/21/2014 | $19,941.00 |
| 3/21/2014 | $33,784.00 |
| 3/24/2014 | $3,437.00 |
| 3/26/2014 | $31,391.00 |
| 3/28/2014 | $65,080.00 |
| 3/28/2014 | $1,738.00 |
| 3/31/2014 | $15,356.00 |

63383052 v1

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|---|---|
| 3/31/2014 | $769.00 |
| 4/2/2014 | $2,307.00 |
| 4/2/2014 | $35,039.00 |
| 4/2/2014 | $36,883.00 |
| 4/2/2014 | $36,899.00 |
| 4/7/2014 | $7,990.00 |
| 4/7/2014 | $14,546.00 |
| 4/7/2014 | $17,762.00 |
| 4/7/2014 | $37,400.00 |
| 4/7/2014 | $81,546.00 |
| 4/7/2014 | $1,752.00 |
| 4/9/2014 | $3,635.00 |
| 4/9/2014 | $4,412.00 |
| 4/9/2014 | $5,900.00 |
| 4/9/2014 | $20,710.00 |
| 4/10/2014 | $1,617.00 |
| 4/11/2014 | $47,405.00 |
| 4/15/2014 | $4,761.00 |
| 4/15/2014 | $7,112.00 |
| 4/15/2014 | $32,076.00 |
| 4/16/2014 | $5,716.00 |
| 4/16/2014 | $10,516.00 |
| 4/16/2014 | $15,470.00 |
| 4/16/2014 | $17,203.00 |
| 4/16/2014 | $69,369.00 |
| 4/24/2014 | $5,505.00 |
| 4/25/2014 | $1,370.00 |
| 5/5/2014 | $20,822.00 |
| 5/7/2014 | $7,402.00 |
| 5/7/2014 | $22,165.00 |
| 5/12/2014 | $27,856.00 |
| 5/14/2014 | $6,203.00 |
| 5/14/2014 | $13,301.00 |
| 5/15/2014 | $53,868.00 |
| 5/16/2014 | $3,411.00 |
| 5/16/2014 | $7,201.00 |
| 5/16/2014 | $13,010.00 |
| 5/16/2014 | $13,493.00 |
| 5/16/2014 | $34,331.00 |
| 5/16/2014 | $35,869.00 |
| 5/16/2014 | $57,610.00 |
| 5/16/2014 | $1,936.00 |
| 5/16/2014 | $1,936.00 |
| 5/19/2014 | $5,439.00 |
| 5/29/2014 | $3,780.00 |
| 5/29/2014 | $14,797.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 5/29/2014 | $19,380.00 |
| 5/29/2014 | $24,089.00 |
| 5/29/2014 | $56,325.00 |
| 6/2/2014 | $15,185.00 |
| 6/4/2014 | $160,625.00 |
| 6/5/2014 | $256.00 |
| 6/5/2014 | $26,366.00 |
| 6/5/2014 | $32,978.00 |
| 6/5/2014 | $34,353.00 |
| 6/5/2014 | $897.00 |
| 6/5/2014 | $258,987.00 |
| 6/9/2014 | $6,216.00 |
| 6/9/2014 | $16,357.00 |
| 6/9/2014 | $28,037.00 |
| 6/9/2014 | $1,752.00 |
| 6/12/2014 | $22,929.00 |
| 6/13/2014 | $9,226.00 |
| 6/13/2014 | $22,456.00 |
| 6/16/2014 | $1,093.00 |
| 6/18/2014 | $5,281.00 |
| 6/18/2014 | $10,273.00 |
| 6/18/2014 | $23,001.00 |
| 6/19/2014 | $2,120.00 |
| 6/19/2014 | $3,628.00 |
| 6/19/2014 | $4,448.00 |
| 6/19/2014 | $5,808.00 |
| 6/19/2014 | $13,977.00 |
| 6/19/2014 | $15,644.00 |
| 6/19/2014 | $32,178.00 |
| 6/19/2014 | $1,887.00 |
| 6/20/2014 | $103,945.00 |
| 6/24/2014 | $16,048.00 |
| 6/24/2014 | $21,085.00 |
| 6/25/2014 | $15,725.00 |
| 6/25/2014 | $23,943.00 |
| 6/26/2014 | $15,745.00 |
| 6/26/2014 | $99,442.00 |
| 7/2/2014 | $3,300.00 |
| 7/2/2014 | $7,958.00 |
| 7/2/2014 | $17,691.00 |
| 7/2/2014 | $17,749.00 |
| 7/3/2014 | $4,952.00 |
| 7/3/2014 | $34,835.00 |
| 7/15/2014 | $5,992.00 |
| 7/15/2014 | $12,799.00 |
| 7/17/2014 | $641.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|---------------|
| 7/17/2014 | $37,706.00 |
| 7/18/2014 | $15,923.00 |
| 7/18/2014 | $25,596.00 |
| 7/18/2014 | $113,937.00 |
| 7/23/2014 | $6,052.00 |
| 7/24/2014 | $5,531.00 |
| 7/24/2014 | $22,626.00 |
| 7/30/2014 | $13,755.00 |
| 7/30/2014 | $103,753.00 |
| 7/31/2014 | $1,666.00 |
| 8/6/2014 | $6,361.00 |
| 8/6/2014 | $94,447.00 |
| 8/7/2014 | $22,783.00 |
| 8/7/2014 | $41,271.00 |
| 8/7/2014 | $53,914.00 |
| 8/7/2014 | $104,315.00 |
| 8/7/2014 | $1,847.00 |
| 8/8/2014 | $16,792.00 |
| 8/8/2014 | $1,538.00 |
| 8/13/2014 | $8,409.00 |
| 8/18/2014 | $2,213.00 |
| 8/18/2014 | $15,592.00 |
| 8/18/2014 | $69,151.00 |
| 8/18/2014 | $186,120.00 |
| 8/18/2014 | $1,936.00 |
| 8/18/2014 | $1,910.00 |
| 8/19/2014 | $6,743.00 |
| 8/19/2014 | $102,628.00 |
| 8/22/2014 | $7,955.00 |
| 8/22/2014 | $14,200.00 |
| 8/22/2014 | $49,196.00 |
| 8/26/2014 | $5,992.00 |
| 8/26/2014 | $830.00 |
| 8/27/2014 | $13,552.00 |
| 8/27/2014 | $101,935.00 |
| 9/5/2014 | $41,896.00 |
| 9/9/2014 | $14,105.00 |
| 9/9/2014 | $17,516.00 |
| 9/9/2014 | $22,963.00 |
| 9/11/2014 | $3,948.00 |
| 9/11/2014 | $9,851.00 |
| 9/11/2014 | $30,552.00 |
| 9/11/2014 | $39,719.00 |
| 9/11/2014 | $44,244.00 |
| 9/11/2014 | $211.00 |
| 9/15/2014 | $5,255.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 9/15/2014 | $13,275.00 |
| 9/17/2014 | $2,845.00 |
| 9/17/2014 | $5,624.00 |
| 9/17/2014 | $12,261.00 |
| 9/17/2014 | $650.00 |
| 9/17/2014 | $16,015.00 |
| 9/17/2014 | $16,239.00 |
| 9/18/2014 | $2,900.00 |
| 9/18/2014 | $57,912.00 |
| 9/19/2014 | $256.00 |
| 9/19/2014 | $5,334.00 |
| 9/19/2014 | $37,228.00 |
| 9/19/2014 | $843.00 |
| 9/24/2014 | $7,276.00 |
| 9/25/2014 | $229,887.00 |
| 10/1/2014 | $8,850.00 |
| 10/6/2014 | $5,584.00 |
| 10/6/2014 | $6,717.00 |
| 10/6/2014 | $24,450.00 |
| 10/7/2014 | $15,488.00 |
| 10/7/2014 | $957.00 |
| 10/9/2014 | $4,175.00 |
| 10/9/2014 | $49,550.00 |
| 10/14/2014 | $7,520.00 |
| 10/14/2014 | $12,024.00 |
| 10/14/2014 | $15,475.00 |
| 10/14/2014 | $48,286.00 |
| 10/16/2014 | $11,343.00 |
| 10/16/2014 | $94,166.00 |
| 10/21/2014 | $3,655.00 |
| 10/24/2014 | $23,400.00 |
| 10/24/2014 | $89,678.00 |
| 10/29/2014 | $171,648.00 |
| 10/29/2014 | $1,389.00 |
| 10/30/2014 | $256.00 |
| 10/30/2014 | $3,134.00 |
| 10/30/2014 | $13,183.00 |
| 10/30/2014 | $34,622.00 |
| 11/5/2014 | $5,841.00 |
| 11/5/2014 | $10,681.00 |
| 11/5/2014 | $22,613.00 |
| 11/5/2014 | $49,362.00 |
| 11/5/2014 | $53,404.00 |
| 11/5/2014 | $198,307.00 |
| 11/6/2014 | $6,486.00 |
| 11/10/2014 | $6,370.00 |

63383052 v1

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|---|---|
| 11/12/2014 | $170,728.00 |
| 11/13/2014 | $8,047.00 |
| 11/13/2014 | $1,054.00 |
| 11/14/2014 | $5,505.00 |
| 11/17/2014 | $2,051.00 |
| 11/17/2014 | $2,307.00 |
| 11/17/2014 | $897.00 |
| 11/19/2014 | $6,585.00 |
| 11/19/2014 | $16,561.00 |
| 11/19/2014 | $40,361.00 |
| 11/19/2014 | $62,286.00 |
| 11/21/2014 | $256.00 |
| 12/2/2014 | $168,253.00 |
| 12/3/2014 | $11,374.00 |
| 12/3/2014 | $13,460.00 |
| 12/9/2014 | $8,014.00 |
| 12/9/2014 | $39,067.00 |
| 12/9/2014 | $39,997.00 |
| 12/15/2014 | $6,914.00 |
| 12/15/2014 | $22,679.00 |
| 12/16/2014 | $3,944.00 |
| 12/16/2014 | $3,991.00 |
| 12/16/2014 | $4,175.00 |
| 12/16/2014 | $6,427.00 |
| 12/18/2014 | $79,330.00 |
| 12/22/2014 | $4,214.00 |
| 12/22/2014 | $6,269.00 |
| 12/22/2014 | $6,559.00 |
| 12/22/2014 | $16,206.00 |
| 12/22/2014 | $22,955.00 |
| 12/22/2014 | $87,813.00 |
| 12/22/2014 | $95,338.00 |
| 12/23/2014 | $23,324.00 |
| 12/30/2014 | $50,191.00 |
| 12/31/2014 | $3,892.00 |
| 1/12/2015 | $5,057.00 |
| 1/12/2015 | $5,452.00 |
| 1/12/2015 | $6,203.00 |
| 1/12/2015 | $8,297.00 |
| 1/12/2015 | $17,392.00 |
| 1/12/2015 | $20,318.00 |
| 1/13/2015 | $95,667.00 |
| 1/13/2015 | $117,476.00 |
| 1/20/2015 | $25,707.00 |
| 1/20/2015 | $1,198.00 |
| 1/22/2015 | $4,636.00 |

63383052 v1

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|---------------|
| 1/22/2015 | $17,437.00 |
| 1/22/2015 | $107,404.00 |
| 1/23/2015 | $256.00 |
| 1/23/2015 | $2,307.00 |
| 1/23/2015 | $4,267.00 |
| 1/23/2015 | $20,650.00 |
| 1/23/2015 | $769.00 |
| 1/23/2015 | $1,475.00 |
| 1/26/2015 | $14,724.00 |
| 1/26/2015 | $234,606.00 |
| 1/27/2015 | $130,238.00 |
| 2/3/2015 | $3,516.00 |
| 2/3/2015 | $4,511.00 |
| 2/3/2015 | $5,689.00 |
| 2/5/2015 | $4,325.00 |
| 2/5/2015 | $4,944.00 |
| 2/5/2015 | $5,887.00 |
| 2/5/2015 | $14,474.00 |
| 2/5/2015 | $19,024.00 |
| 2/5/2015 | $21,810.00 |
| 2/5/2015 | $22,863.00 |
| 2/5/2015 | $26,827.00 |
| 2/5/2015 | $27,249.00 |
| 2/9/2015 | $141,279.00 |
| 2/11/2015 | $15,054.00 |
| 2/18/2015 | $161,362.00 |
| 2/19/2015 | $4,610.00 |
| 2/19/2015 | $6,704.00 |
| 2/23/2015 | $16,430.00 |
| 2/23/2015 | $22,448.00 |
| 2/23/2015 | $40,557.00 |
| 2/25/2015 | $5,097.00 |
| 2/25/2015 | $6,499.00 |
| 2/25/2015 | $8,640.00 |
| 2/25/2015 | $8,709.00 |
| 2/25/2015 | $9,700.00 |
| 2/25/2015 | $11,458.00 |
| 2/25/2015 | $90,165.00 |
| 3/2/2015 | $256.00 |
| 3/2/2015 | $256.00 |
| 3/2/2015 | $12,676.00 |
| 3/2/2015 | $40,557.00 |
| 3/4/2015 | $5,196.00 |
| 3/5/2015 | $7,948.00 |
| 3/5/2015 | $38,496.00 |
| 3/5/2015 | $148,288.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|---|---|
| 3/5/2015 | $173,001.00 |
| 3/5/2015 | $196,133.00 |
| 3/9/2015 | $17,516.00 |
| 3/11/2015 | $6,967.00 |
| 3/23/2015 | $256.00 |
| 3/23/2015 | $256.00 |
| 3/23/2015 | $3,187.00 |
| 3/23/2015 | $4,656.00 |
| 3/23/2015 | $26,942.00 |
| 3/23/2015 | $53,326.00 |
| 3/23/2015 | $897.00 |
| 3/23/2015 | $897.00 |
| 3/23/2015 | $1,153.00 |
| 3/26/2015 | $10,615.00 |
| 3/26/2015 | $11,432.00 |
| 3/26/2015 | $148,130.00 |
| 3/31/2015 | $2,878.00 |
| 3/31/2015 | $7,257.00 |
| 3/31/2015 | $86,424.00 |
| 3/31/2015 | $105,495.00 |
| 3/31/2015 | $252,956.00 |
| 3/31/2015 | $1,666.00 |
| 4/1/2015 | $2,028.00 |
| 4/1/2015 | $7,862.00 |
| 4/1/2015 | $8,475.00 |
| 4/1/2015 | $12,913.00 |
| 4/1/2015 | $24,921.00 |
| 4/1/2015 | $60,046.00 |
| 4/1/2015 | $1,699.00 |
| 4/1/2015 | $1,967.00 |
| 4/7/2015 | $154,142.00 |
| 4/8/2015 | $2,713.00 |
| 4/8/2015 | $34,040.00 |
| 4/10/2015 | $256.00 |
| 4/10/2015 | $769.00 |
| 4/10/2015 | $228,493.00 |
| 4/14/2015 | $4,017.00 |
| 4/14/2015 | $6,006.00 |
| 4/14/2015 | $14,943.00 |
| 4/14/2015 | $16,506.00 |
| 4/14/2015 | $20,558.00 |
| 4/16/2015 | $67,536.00 |
| 4/20/2015 | $34,789.00 |
| 4/21/2015 | $4,478.00 |
| 4/21/2015 | $5,558.00 |
| 4/21/2015 | $16,041.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 4/21/2015 | $57,399.00 |
| 4/22/2015 | $13,763.00 |
| 4/22/2015 | $17,779.00 |
| 4/22/2015 | $172,856.00 |
| 4/23/2015 | $4,662.00 |
| 4/23/2015 | $11,024.00 |
| 4/23/2015 | $11,074.00 |
| 4/23/2015 | $11,826.00 |
| 4/23/2015 | $15,803.00 |
| 4/23/2015 | $28,513.00 |
| 4/23/2015 | $28,869.00 |
| 4/23/2015 | $33,768.00 |
| 4/23/2015 | $220,916.00 |
| 4/28/2015 | $160,404.00 |
| 4/29/2015 | $17,200.00 |
| 4/29/2015 | $780.00 |
| 4/29/2015 | $73,614.00 |
| 5/4/2015 | $48,936.00 |
| 5/7/2015 | $183,823.00 |
| 5/11/2015 | $8,363.00 |
| 5/18/2015 | $5,663.00 |
| 5/18/2015 | $6,480.00 |
| 5/18/2015 | $7,536.00 |
| 5/18/2015 | $8,837.00 |
| 5/18/2015 | $10,487.00 |
| 5/18/2015 | $12,567.00 |
| 5/18/2015 | $13,927.00 |
| 5/18/2015 | $14,890.00 |
| 5/20/2015 | $6,328.00 |
| 5/20/2015 | $7,836.00 |
| 5/20/2015 | $13,232.00 |
| 5/20/2015 | $16,174.00 |
| 5/20/2015 | $16,871.00 |
| 5/20/2015 | $17,876.00 |
| 5/20/2015 | $1,682.00 |
| 5/28/2015 | $1,752.00 |
| 5/28/2015 | $2,957.00 |
| 5/28/2015 | $9,454.00 |
| 5/28/2015 | $174,052.00 |
| 5/29/2015 | $22,758.00 |
| 5/29/2015 | $6,559.00 |
| 5/29/2015 | $6,085.00 |
| 6/3/2015 | $4,179.00 |
| 6/3/2015 | $5,064.00 |
| 6/10/2015 | $31,860.00 |
| 6/10/2015 | $4,124.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 6/10/2015 | $3,648.00 |
| 6/11/2015 | $5,650.00 |
| 6/11/2015 | $10,187.00 |
| 6/11/2015 | $6,401.00 |
| 6/11/2015 | $22,955.00 |
| 6/11/2015 | $21,270.00 |
| 6/18/2015 | $22,209.00 |
| 6/18/2015 | $11,333.00 |
| 6/18/2015 | $8,017.00 |
| 6/19/2015 | $6,502.00 |
| 6/24/2015 | $11,601.00 |
| 6/24/2015 | $14,615.00 |
| 6/24/2015 | $12,538.00 |
| 6/24/2015 | $28,184.00 |
| 6/24/2015 | $22,600.00 |
| 6/24/2015 | $10,694.00 |
| 6/24/2015 | $22,402.00 |
| 6/24/2015 | $1,582.00 |
| 6/25/2015 | $207,783.00 |
| 6/30/2015 | $101,271.00 |
| 7/1/2015 | $39,627.00 |
| 7/1/2015 | $107,456.00 |
| 7/1/2015 | $19,773.00 |
| 7/1/2015 | $21,627.00 |
| 7/1/2015 | $830.00 |
| 7/1/2015 | $1,910.00 |
| 7/1/2015 | $1,936.00 |
| 7/1/2015 | $1,752.00 |
| 7/6/2015 | $13,730.00 |
| 7/6/2015 | $50,705.00 |
| 7/6/2015 | $30,666.00 |
| 7/6/2015 | $42,025.00 |
| 7/6/2015 | $22,857.00 |
| 7/6/2015 | $17,859.00 |
| 7/6/2015 | $41,051.00 |
| 7/6/2015 | $1,001.00 |
| 7/8/2015 | $11,418.00 |
| 7/8/2015 | $6,039.00 |
| 7/8/2015 | $95,601.00 |
| 7/9/2015 | $8,541.00 |
| 7/9/2015 | $3,464.00 |
| 7/9/2015 | $896.00 |
| 7/9/2015 | $8,185.00 |
| 7/10/2015 | $19,816.00 |
| 7/10/2015 | $9,891.00 |
| 7/10/2015 | $1,932.00 |

A-13

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 7/10/2015 | $4,998.00 |
| 7/13/2015 | $18,853.00 |
| 7/13/2015 | $13,873.00 |
| 7/13/2015 | $19,213.00 |
| 7/13/2015 | $1,409.00 |
| 7/13/2015 | $179,740.00 |
| 7/15/2015 | $8,058.00 |
| 7/15/2015 | $6,196.00 |
| 7/15/2015 | $33,985.00 |
| 7/20/2015 | $16,557.00 |
| 7/20/2015 | $4,498.00 |
| 7/20/2015 | $15,488.00 |
| 7/21/2015 | $198,559.00 |
| 7/22/2015 | $16,212.00 |
| 7/22/2015 | $12,672.00 |
| 7/24/2015 | $2,002.00 |
| 7/24/2015 | $22,155.00 |
| 7/24/2015 | $28,290.00 |
| 7/24/2015 | $21,364.00 |
| 7/24/2015 | $6,348.00 |
| 7/24/2015 | $8,501.00 |
| 7/24/2015 | $20,820.00 |
| 7/24/2015 | $3,782.00 |
| 7/28/2015 | $11,781.00 |
| 7/28/2015 | $5,848.00 |
| 7/28/2015 | $7,534.00 |
| 7/28/2015 | $16,739.00 |
| 7/28/2015 | $37,745.00 |
| 7/28/2015 | $14,929.00 |
| 7/28/2015 | $167,674.00 |
| 7/30/2015 | $21,098.00 |
| 7/30/2015 | $3,538.00 |
| 7/30/2015 | $4,073.00 |
| 7/30/2015 | $1,883.00 |
| 7/30/2015 | $8,429.00 |
| 8/4/2015 | $10,220.00 |
| 8/4/2015 | $39,757.00 |
| 8/4/2015 | $106,374.00 |
| 8/4/2015 | $12,360.00 |
| 8/4/2015 | $25,526.00 |
| 8/7/2015 | $90,145.00 |
| 8/7/2015 | $12,074.00 |
| 8/12/2015 | $15,593.00 |
| 8/13/2015 | $10,905.00 |
| 8/13/2015 | $125,645.00 |
| 8/14/2015 | $38,472.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 8/14/2015 | $190,069.00 |
| 8/19/2015 | $23,278.00 |
| 8/19/2015 | $21,480.00 |
| 8/19/2015 | $11,893.00 |
| 8/19/2015 | $11,525.00 |
| 8/20/2015 | $203,345.00 |
| 8/24/2015 | $11,438.00 |
| 8/25/2015 | $6,834.00 |
| 8/26/2015 | $2,940.00 |
| 8/26/2015 | $80,666.00 |
| 8/26/2015 | $70,783.00 |
| 8/26/2015 | $34,637.00 |
| 8/26/2015 | $49,335.00 |
| 8/26/2015 | $12,711.00 |
| 8/26/2015 | $3,278.00 |
| 8/26/2015 | $43,359.00 |
| 8/26/2015 | $16,993.00 |
| 8/26/2015 | $1,969.00 |
| 9/3/2015 | $14,750.00 |
| 9/8/2015 | $5,663.00 |
| 9/10/2015 | $3,076.00 |
| 9/10/2015 | $1,794.00 |
| 9/10/2015 | $1,794.00 |
| 9/10/2015 | $4,357.00 |
| 9/10/2015 | $3,076.00 |
| 9/10/2015 | $40,676.00 |
| 9/16/2015 | $13,921.00 |
| 9/16/2015 | $151,838.00 |
| 9/16/2015 | $7,006.00 |
| 9/16/2015 | $13,005.00 |
| 9/16/2015 | $6,374.00 |
| 9/16/2015 | $5,729.00 |
| 9/16/2015 | $100,744.00 |
| 9/18/2015 | $23,693.00 |
| 9/21/2015 | $5,413.00 |
| 9/23/2015 | $18,876.00 |
| 9/23/2015 | $13,824.00 |
| 9/23/2015 | $13,315.00 |
| 9/23/2015 | $10,207.00 |
| 9/23/2015 | $5,024.00 |
| 9/23/2015 | $1,844.00 |
| 9/23/2015 | $1,844.00 |
| 9/23/2015 | $909.00 |
| 10/5/2015 | $1,528.00 |
| 10/5/2015 | $4,247.00 |
| 10/5/2015 | $68,537.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|---------------|
| 10/7/2015 | $12,321.00 |
| 10/7/2015 | $169,038.00 |
| 10/8/2015 | $17,409.00 |
| 10/8/2015 | $2,318.00 |
| 10/8/2015 | $3,970.00 |
| 10/14/2015 | $227,900.00 |
| 10/14/2015 | $5,663.00 |
| 10/14/2015 | $296.00 |
| 10/14/2015 | $19,649.00 |
| 10/14/2015 | $206,657.00 |
| 10/14/2015 | $18,631.00 |
| 10/15/2015 | $17,882.00 |
| 10/19/2015 | $37,617.00 |
| 10/19/2015 | $35,862.00 |
| 10/21/2015 | $21,112.00 |
| 10/21/2015 | $4,715.00 |
| 10/21/2015 | $5,913.00 |
| 10/21/2015 | $13,117.00 |
| 10/21/2015 | $7,823.00 |
| 10/21/2015 | $69,289.00 |
| 10/21/2015 | $70,618.00 |
| 11/4/2015 | $13,613.00 |
| 11/4/2015 | $74,384.00 |
| 11/6/2015 | $2,496.00 |
| 11/6/2015 | $16,772.00 |
| 11/13/2015 | $10,302.00 |
| 11/13/2015 | $15,174.00 |
| 11/13/2015 | $17,323.00 |
| 11/13/2015 | $17,968.00 |
| 11/13/2015 | $11,351.00 |
| 11/13/2015 | $18,968.00 |
| 11/13/2015 | $9,332.00 |
| 11/13/2015 | $13,920.00 |
| 11/13/2015 | $13,220.00 |
| 11/13/2015 | $15,713.00 |
| 11/13/2015 | $9,204.00 |
| 11/13/2015 | $29,735.00 |
| 11/13/2015 | $62,713.00 |
| 11/13/2015 | $85,041.00 |
| 11/13/2015 | $15,396.00 |
| 11/13/2015 | $78,489.00 |
| 11/13/2015 | $63,473.00 |
| 11/13/2015 | $2,028.00 |
| 11/13/2015 | $4,702.00 |
| 11/18/2015 | $17,282.00 |
| 11/18/2015 | $19,627.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 11/18/2015 | $12,248.00 |
| 11/18/2015 | $20,809.00 |
| 11/18/2015 | $70,168.00 |
| 11/18/2015 | $114,493.00 |
| 11/24/2015 | $7,818.00 |
| 11/27/2015 | $21,601.00 |
| 11/27/2015 | $14,775.00 |
| 11/27/2015 | $23,395.00 |
| 11/27/2015 | $15,738.00 |
| 11/27/2015 | $8,297.00 |
| 11/27/2015 | $10,273.00 |
| 12/2/2015 | $4,689.00 |
| 12/3/2015 | $4,017.00 |
| 12/3/2015 | $10,622.00 |
| 12/3/2015 | $15,060.00 |
| 12/4/2015 | $19,526.00 |
| 12/4/2015 | $14,629.00 |
| 12/4/2015 | $12,721.00 |
| 12/7/2015 | $8,337.00 |
| 12/7/2015 | $17,437.00 |
| 12/7/2015 | $228.00 |
| 12/11/2015 | $1,153.00 |
| 12/22/2015 | $9,793.00 |
| 12/22/2015 | $18,782.00 |
| 12/22/2015 | $16,569.00 |
| 12/22/2015 | $15,517.00 |
| 12/22/2015 | $10,839.00 |
| 12/22/2015 | $15,455.00 |
| 12/22/2015 | $9,934.00 |
| 12/22/2015 | $8,218.00 |
| 12/22/2015 | $5,525.00 |
| 12/22/2015 | $4,978.00 |
| 12/22/2015 | $6,505.00 |
| 12/22/2015 | $2,213.00 |
| 12/23/2015 | $50,761.00 |
| 12/23/2015 | $64,414.00 |
| 12/23/2015 | $1,106.00 |
| 12/24/2015 | $4,847.00 |
| 12/24/2015 | $751.00 |
| 1/5/2016 | $18,234.00 |
| 1/5/2016 | $11,069.00 |
| 1/14/2016 | $769.00 |
| 1/14/2016 | $5,511.00 |
| 1/15/2016 | $14,520.00 |
| 1/15/2016 | $14,505.00 |
| 1/15/2016 | $15,101.00 |

63383052 v1

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 1/15/2016 | $13,115.00 |
| 1/15/2016 | $13,419.00 |
| 1/15/2016 | $11,755.00 |
| 1/15/2016 | $20,074.00 |
| 1/15/2016 | $9,385.00 |
| 1/25/2016 | $1,580.00 |
| 1/27/2016 | $994.00 |
| 1/27/2016 | $948.00 |
| 1/28/2016 | $3,714.00 |
| 1/28/2016 | $4,083.00 |
| 1/28/2016 | $15,376.00 |
| 2/1/2016 | $12,944.00 |
| 2/2/2016 | $1,506.00 |
| 2/2/2016 | $5,466.00 |
| 2/5/2016 | $19,380.00 |
| 2/5/2016 | $40,141.00 |
| 2/5/2016 | $3,780.00 |
| 2/10/2016 | $1,644.00 |
| 2/10/2016 | $5,531.00 |
| 2/10/2016 | $5,940.00 |
| 2/12/2016 | $2,884.00 |
| 2/12/2016 | $6,532.00 |
| 2/12/2016 | $8,298.00 |
| 2/12/2016 | $10,591.00 |
| 2/12/2016 | $12,106.00 |
| 2/12/2016 | $8,106.00 |
| 2/12/2016 | $12,598.00 |
| 2/12/2016 | $14,215.00 |
| 2/12/2016 | $6,196.00 |
| 2/12/2016 | $6,447.00 |
| 2/12/2016 | $10,899.00 |
| 2/12/2016 | $9,768.00 |
| 2/12/2016 | $8,019.00 |
| 2/12/2016 | $10,275.00 |
| 2/12/2016 | $13,780.00 |
| 2/12/2016 | $8,507.00 |
| 2/12/2016 | $17,109.00 |
| 2/12/2016 | $15,698.00 |
| 2/12/2016 | $18,269.00 |
| 2/12/2016 | $64,267.00 |
| 2/12/2016 | $7,597.00 |
| 2/12/2016 | $12,128.00 |
| 2/12/2016 | $7,888.00 |
| 2/12/2016 | $13,102.00 |
| 2/12/2016 | $11,475.00 |
| 2/12/2016 | $15,480.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 2/12/2016 | $79,054.00 |
| 2/12/2016 | $843.00 |
| 2/12/2016 | $1,750.00 |
| 2/12/2016 | $17,913.00 |
| 2/12/2016 | $11,668.00 |
| 2/12/2016 | $14,434.00 |
| 2/12/2016 | $13,672.00 |
| 2/12/2016 | $26,087.00 |
| 2/12/2016 | $1,867.00 |
| 2/12/2016 | $31,160.00 |
| 2/12/2016 | $8,674.00 |
| 2/12/2016 | $886.00 |
| 2/12/2016 | $4,403.00 |
| 2/12/2016 | $4,305.00 |
| 2/12/2016 | $1,967.00 |
| 2/12/2016 | $11,892.00 |
| 2/12/2016 | $1,567.00 |
| 2/12/2016 | $4,386.00 |
| 2/12/2016 | $1,936.00 |
| 2/12/2016 | $10,211.00 |
| 2/12/2016 | $8,595.00 |
| 2/12/2016 | $2,120.00 |
| 2/12/2016 | $3,879.00 |
| 2/12/2016 | $1,817.00 |
| 2/12/2016 | $1,936.00 |
| 2/12/2016 | $10,152.00 |
| 2/12/2016 | $6,164.00 |
| 2/12/2016 | $6,006.00 |
| 2/12/2016 | $6,164.00 |
| 2/12/2016 | $7,077.00 |
| 2/18/2016 | $7,336.00 |
| 2/24/2016 | $313.00 |
| 2/24/2016 | $948.00 |
| 2/24/2016 | $856.00 |
| 2/24/2016 | $1,238.00 |
| 2/24/2016 | $1,093.00 |
| 2/24/2016 | $1,212.00 |
| 2/24/2016 | $1,001.00 |
| 2/24/2016 | $11,250.00 |
| 2/24/2016 | $10,183.00 |
| 2/24/2016 | $14,021.00 |
| 2/24/2016 | $14,016.00 |
| 2/24/2016 | $55,030.00 |
| 2/24/2016 | $64,249.00 |
| 2/25/2016 | $98,584.00 |
| 2/25/2016 | $19,169.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 2/25/2016 | $12,656.00 |
| 2/25/2016 | $10,404.00 |
| 2/29/2016 | $202,528.00 |
| 2/29/2016 | $179,603.00 |
| 3/2/2016 | $711.00 |
| 3/2/2016 | $632.00 |
| 3/2/2016 | $593.00 |
| 3/2/2016 | $1,054.00 |
| 3/2/2016 | $3,240.00 |
| 3/2/2016 | $632.00 |
| 3/4/2016 | $1,054.00 |
| 3/7/2016 | $6,546.00 |
| 3/7/2016 | $6,038.00 |
| 3/7/2016 | $6,684.00 |
| 3/9/2016 | $11,247.00 |
| 3/9/2016 | $13,275.00 |
| 3/9/2016 | $81,161.00 |
| 3/11/2016 | $764.00 |
| 3/14/2016 | $13,281.00 |
| 3/14/2016 | $62,980.00 |
| 3/14/2016 | $17,193.00 |
| 3/14/2016 | $3,085.00 |
| 3/14/2016 | $6,221.00 |
| 3/14/2016 | $21,839.00 |
| 3/14/2016 | $63,247.00 |
| 3/14/2016 | $5,326.00 |
| 3/14/2016 | $220,837.00 |
| 3/14/2016 | $8,352.00 |
| 3/14/2016 | $10,641.00 |
| 3/14/2016 | $4,197.00 |
| 3/14/2016 | $3,436.00 |
| 3/14/2016 | $17,196.00 |
| 3/14/2016 | $3,385.00 |
| 3/16/2016 | $7,635.00 |
| 3/16/2016 | $7,826.00 |
| 3/16/2016 | $6,681.00 |
| 3/16/2016 | $8,112.00 |
| 3/16/2016 | $4,775.00 |
| 3/16/2016 | $16,390.00 |
| 3/16/2016 | $73,047.00 |
| 3/16/2016 | $183,165.00 |
| 3/24/2016 | $11,616.00 |
| 3/24/2016 | $5,268.00 |
| 3/31/2016 | $186,388.00 |
| 3/31/2016 | $148,650.00 |
| 3/31/2016 | $160,239.00 |

## TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 3/31/2016 | $194,211.00 |
| 3/31/2016 | $181,851.00 |
| 3/31/2016 | $223,250.00 |
| 3/31/2016 | $198,083.00 |
| 3/31/2016 | $192,730.00 |
| 4/5/2016 | $11,801.00 |
| 4/5/2016 | $9,661.00 |
| 4/5/2016 | $12,582.00 |
| 4/5/2016 | $7,116.00 |
| 4/5/2016 | $7,371.00 |
| 4/5/2016 | $4,258.00 |
| 4/5/2016 | $22,580.00 |
| 4/5/2016 | $22,738.00 |
| 4/5/2016 | $8,314.00 |
| 4/5/2016 | $19,529.00 |
| 4/5/2016 | $23,261.00 |
| 4/5/2016 | $35,217.00 |
| 4/5/2016 | $117,683.00 |
| 4/5/2016 | $137,315.00 |
| 4/5/2016 | $70,959.00 |
| 4/5/2016 | $11,631.00 |
| 4/27/2016 | $58,378.00 |
| 4/27/2016 | $5,414.00 |
| 4/27/2016 | $11,022.00 |
| 4/27/2016 | $2,948.00 |
| 4/27/2016 | $119,970.00 |
| 4/27/2016 | $115,392.00 |
| 4/27/2016 | $101,111.00 |
| 4/27/2016 | $4,656.00 |
| 4/27/2016 | $1,699.00 |
| 4/27/2016 | $10,757.00 |
| 4/27/2016 | $1,597.00 |
| 4/27/2016 | $20,611.00 |
| 4/29/2016 | $92,150.00 |
| 4/29/2016 | $37,820.00 |
| 4/29/2016 | $10,310.00 |
| 4/29/2016 | $108,106.00 |
| 4/29/2016 | $33,234.00 |
| 4/29/2016 | $173,265.00 |
| 5/2/2016 | $14,145.00 |
| 5/2/2016 | $6,038.00 |
| 5/2/2016 | $6,684.00 |
| 5/2/2016 | $6,545.00 |
| 5/2/2016 | $7,826.00 |
| 5/2/2016 | $1,752.00 |
| 5/2/2016 | $3,227.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 5/2/2016 | $6,628.00 |
| 5/2/2016 | $10,723.00 |
| 5/2/2016 | $6,924.00 |
| 5/2/2016 | $5,792.00 |
| 5/2/2016 | $2,762.00 |
| 5/3/2016 | $6,090.00 |
| 5/3/2016 | $256.00 |
| 5/3/2016 | $897.00 |
| 5/3/2016 | $256.00 |
| 5/3/2016 | $1,025.00 |
| 5/3/2016 | $256.00 |
| 5/3/2016 | $1,025.00 |
| 5/3/2016 | $1,025.00 |
| 5/3/2016 | $256.00 |
| 5/3/2016 | $769.00 |
| 5/3/2016 | $769.00 |
| 5/3/2016 | $769.00 |
| 5/3/2016 | $769.00 |
| 5/3/2016 | $256.00 |
| 5/3/2016 | $1,025.00 |
| 5/3/2016 | $60,108.00 |
| 5/6/2016 | $133,807.00 |
| 5/6/2016 | $32,813.00 |
| 5/9/2016 | $382.00 |
| 5/9/2016 | $1,449.00 |
| 5/9/2016 | $5,242.00 |
| 5/9/2016 | $4,478.00 |
| 5/11/2016 | $134.00 |
| 5/11/2016 | $11,887.00 |
| 5/11/2016 | $13,145.00 |
| 5/12/2016 | $3,798.00 |
| 5/12/2016 | $20,612.00 |
| 5/12/2016 | $179,560.00 |
| 5/12/2016 | $186,126.00 |
| 5/12/2016 | $163,315.00 |
| 5/12/2016 | $147,328.00 |
| 5/17/2016 | $810.00 |
| 5/17/2016 | $711.00 |
| 5/17/2016 | $4,320.00 |
| 5/17/2016 | $711.00 |
| 5/17/2016 | $1,185.00 |
| 5/24/2016 | $138.00 |
| 5/24/2016 | $5,861.00 |
| 5/31/2016 | $11,925.00 |
| 5/31/2016 | $6,433.00 |
| 5/31/2016 | $9,463.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|---------------|
| 5/31/2016 | $16,059.00 |
| 5/31/2016 | $8,905.00 |
| 5/31/2016 | $14,711.00 |
| 5/31/2016 | $6,857.00 |
| 5/31/2016 | $12,034.00 |
| 5/31/2016 | $13,977.00 |
| 5/31/2016 | $15,518.00 |
| 5/31/2016 | $9,389.00 |
| 5/31/2016 | $1,741.00 |
| 5/31/2016 | $1,967.00 |
| 6/2/2016 | $72,185.00 |
| 6/2/2016 | $16,467.00 |
| 6/2/2016 | $20,917.00 |
| 6/2/2016 | $29,042.00 |
| 6/6/2016 | $6,239.00 |
| 6/8/2016 | $971.00 |
| 6/8/2016 | $769.00 |
| 6/8/2016 | $1,025.00 |
| 6/8/2016 | $256.00 |
| 6/8/2016 | $256.00 |
| 6/8/2016 | $4,650.00 |
| 6/9/2016 | $1,036.00 |
| 6/9/2016 | $1,001.00 |
| 6/10/2016 | $6,630.00 |
| 6/10/2016 | $166,199.00 |
| 6/10/2016 | $153,641.00 |
| 6/13/2016 | $4,654.00 |
| 6/15/2016 | $11,181.00 |
| 6/15/2016 | $12,695.00 |
| 6/16/2016 | $4,596.00 |
| 6/20/2016 | $7,715.00 |
| 6/20/2016 | $2,028.00 |
| 6/21/2016 | $71,214.00 |
| 6/21/2016 | $73,696.00 |
| 6/23/2016 | $641.00 |
| 6/23/2016 | $641.00 |
| 6/23/2016 | $256.00 |
| 6/23/2016 | $1,025.00 |
| 6/23/2016 | $769.00 |
| 6/24/2016 | $6,986.00 |
| 6/24/2016 | $188,365.00 |
| 6/24/2016 | $57,935.00 |
| 6/24/2016 | $106,993.00 |
| 6/24/2016 | $105,953.00 |
| 6/24/2016 | $48,716.00 |
| 6/24/2016 | $113,828.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 6/24/2016 | $46,227.00 |
| 6/24/2016 | $45,568.00 |
| 6/24/2016 | $169,953.00 |
| 6/24/2016 | $159,140.00 |
| 6/28/2016 | $9,790.00 |
| 6/28/2016 | $14,702.00 |
| 6/28/2016 | $14,288.00 |
| 6/28/2016 | $7,354.00 |
| 6/28/2016 | $8,187.00 |
| 6/28/2016 | $12,468.00 |
| 6/28/2016 | $14,731.00 |
| 6/28/2016 | $6,862.00 |
| 6/28/2016 | $15,350.00 |
| 6/28/2016 | $16,977.00 |
| 7/1/2016 | $33,781.00 |
| 7/5/2016 | $13,784.00 |
| 7/5/2016 | $6,453.00 |
| 7/5/2016 | $4,214.00 |
| 7/5/2016 | $1,383.00 |
| 7/5/2016 | $830.00 |
| 7/5/2016 | $830.00 |
| 7/5/2016 | $4,425.00 |
| 7/5/2016 | $830.00 |
| 7/5/2016 | $18,128.00 |
| 7/5/2016 | $988.00 |
| 7/5/2016 | $7,611.00 |
| 7/5/2016 | $6,323.00 |
| 7/5/2016 | $11,018.00 |
| 7/5/2016 | $11,018.00 |
| 7/5/2016 | $13,187.00 |
| 7/5/2016 | $7,563.00 |
| 7/6/2016 | $4,754.00 |
| 7/6/2016 | $1,878.00 |
| 7/6/2016 | $3,781.00 |
| 7/6/2016 | $4,733.00 |
| 7/6/2016 | $8,125.00 |
| 7/6/2016 | $3,807.00 |
| 7/6/2016 | $6,754.00 |
| 7/6/2016 | $1,022.00 |
| 7/6/2016 | $3,854.00 |
| 7/6/2016 | $6,120.00 |
| 7/8/2016 | $11,948.00 |
| 7/11/2016 | $86,252.00 |
| 7/11/2016 | $3,246.00 |
| 7/11/2016 | $329.00 |
| 7/12/2016 | $7,038.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|---------------|
| 7/12/2016 | $1,896.00 |
| 7/12/2016 | $12,077.00 |
| 7/15/2016 | $179,334.00 |
| 7/22/2016 | $12,414.00 |
| 7/22/2016 | $13,541.00 |
| 7/29/2016 | $35,052.00 |
| 8/1/2016 | $6,453.00 |
| 8/1/2016 | $5,167.00 |
| 8/2/2016 | $13,184.00 |
| 8/3/2016 | $19,632.00 |
| 8/5/2016 | $7,742.00 |
| 8/5/2016 | $7,205.00 |
| 8/5/2016 | $13,916.00 |
| 8/5/2016 | $19,258.00 |
| 8/5/2016 | $14,302.00 |
| 8/5/2016 | $14,813.00 |
| 8/5/2016 | $9,730.00 |
| 8/5/2016 | $9,977.00 |
| 8/5/2016 | $10,098.00 |
| 8/5/2016 | $2,297.00 |
| 8/8/2016 | $8,244.00 |
| 8/9/2016 | $106,693.00 |
| 8/10/2016 | $7,609.00 |
| 8/10/2016 | $166,739.00 |
| 8/10/2016 | $167,621.00 |
| 8/16/2016 | $9,575.00 |
| 8/16/2016 | $1,106.00 |
| 8/16/2016 | $22,739.00 |
| 8/18/2016 | $6,796.00 |
| 8/23/2016 | $4,944.00 |
| 8/23/2016 | $3,783.00 |
| 8/23/2016 | $20,871.00 |
| 8/23/2016 | $2,418.00 |
| 8/23/2016 | $1,942.00 |
| 8/26/2016 | $4,981.00 |
| 8/26/2016 | $109,917.00 |
| 8/26/2016 | $105,386.00 |
| 8/26/2016 | $103,480.00 |
| 8/26/2016 | $10,786.00 |
| 8/30/2016 | $1,119.00 |
| 8/30/2016 | $632.00 |
| 8/30/2016 | $672.00 |
| 8/30/2016 | $711.00 |
| 8/30/2016 | $3,793.00 |
| 8/30/2016 | $487.00 |
| 9/2/2016 | $27,483.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 9/2/2016 | $11,115.00 |
| 9/14/2016 | $2,915.00 |
| 9/14/2016 | $5,719.00 |
| 9/16/2016 | $36,777.00 |
| 9/20/2016 | $1,878.00 |
| 9/20/2016 | $4,015.00 |
| 9/20/2016 | $4,765.00 |
| 9/20/2016 | $1,082.00 |
| 9/20/2016 | $2,146.00 |
| 9/20/2016 | $571.00 |
| 9/20/2016 | $1,107.00 |
| 9/20/2016 | $1,022.00 |
| 9/20/2016 | $5,225.00 |
| 9/20/2016 | $13,409.00 |
| 9/20/2016 | $1,648.00 |
| 9/20/2016 | $1,632.00 |
| 9/26/2016 | $15,636.00 |
| 9/26/2016 | $22,154.00 |
| 9/26/2016 | $172,672.00 |
| 9/26/2016 | $361,444.00 |
| 9/26/2016 | $7,826.00 |
| 9/26/2016 | $11,616.00 |
| 9/26/2016 | $13,368.00 |
| 9/26/2016 | $1,896.00 |
| 9/26/2016 | $2,476.00 |
| 9/26/2016 | $26,393.00 |
| 9/26/2016 | $9,693.00 |
| 9/26/2016 | $3,951.00 |
| 9/26/2016 | $6,967.00 |
| 9/26/2016 | $36,402.00 |
| 9/26/2016 | $61,608.00 |
| 9/26/2016 | $7,568.00 |
| 9/26/2016 | $8,010.00 |
| 9/26/2016 | $13,216.00 |
| 9/26/2016 | $10,616.00 |
| 9/30/2016 | $256.00 |
| 9/30/2016 | $769.00 |
| 9/30/2016 | $256.00 |
| 9/30/2016 | $256.00 |
| 9/30/2016 | $769.00 |
| 9/30/2016 | $897.00 |
| 10/6/2016 | $8,351.00 |
| 10/6/2016 | $19,913.00 |
| 10/7/2016 | $16,294.00 |
| 10/7/2016 | $1,025.00 |
| 10/7/2016 | $19,413.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 10/7/2016 | $13,921.00 |
| 10/7/2016 | $44,659.00 |
| 10/7/2016 | $42,671.00 |
| 10/18/2016 | $7,946.00 |
| 10/18/2016 | $7,874.00 |
| 10/18/2016 | $2,160.00 |
| 10/18/2016 | $59,160.00 |
| 10/18/2016 | $71,869.00 |
| 10/18/2016 | $63,954.00 |
| 10/18/2016 | $24,865.00 |
| 10/26/2016 | $769.00 |
| 10/26/2016 | $256.00 |
| 10/26/2016 | $256.00 |
| 10/26/2016 | $256.00 |
| 10/26/2016 | $769.00 |
| 10/26/2016 | $897.00 |
| 10/26/2016 | $897.00 |
| 10/26/2016 | $1,025.00 |
| 10/31/2016 | $1,025.00 |
| 10/31/2016 | $256.00 |
| 10/31/2016 | $35,539.00 |
| 10/31/2016 | $87,110.00 |
| 10/31/2016 | $10,786.00 |
| 10/31/2016 | $4,175.00 |
| 11/2/2016 | $189,148.00 |
| 11/2/2016 | $241,979.00 |
| 11/2/2016 | $206,427.00 |
| 11/10/2016 | $2,248.00 |
| 11/10/2016 | $4,778.00 |
| 11/10/2016 | $5,955.00 |
| 11/10/2016 | $291.00 |
| 11/10/2016 | $5,685.00 |
| 11/10/2016 | $1,942.00 |
| 11/15/2016 | $16,895.00 |
| 11/15/2016 | $256.00 |
| 11/15/2016 | $2,880.00 |
| 11/16/2016 | $6,781.00 |
| 11/16/2016 | $14,506.00 |
| 11/16/2016 | $12,860.00 |
| 11/16/2016 | $13,882.00 |
| 11/16/2016 | $5,353.00 |
| 11/16/2016 | $6,296.00 |
| 11/16/2016 | $11,053.00 |
| 11/16/2016 | $8,540.00 |
| 11/16/2016 | $16,514.00 |
| 11/16/2016 | $17,848.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|---------------|
| 11/16/2016 | $15,687.00 |
| 11/16/2016 | $73,272.00 |
| 11/16/2016 | $74,819.00 |
| 11/16/2016 | $17,050.00 |
| 11/16/2016 | $15,579.00 |
| 11/16/2016 | $7,324.00 |
| 11/16/2016 | $12,581.00 |
| 11/16/2016 | $10,094.00 |
| 11/16/2016 | $14,979.00 |
| 11/16/2016 | $61,348.00 |
| 11/16/2016 | $8,068.00 |
| 11/16/2016 | $13,954.00 |
| 11/16/2016 | $17,116.00 |
| 11/16/2016 | $16,362.00 |
| 11/16/2016 | $18,716.00 |
| 11/16/2016 | $11,003.00 |
| 11/16/2016 | $8,207.00 |
| 11/17/2016 | $137,736.00 |
| 11/17/2016 | $140,551.00 |
| 11/17/2016 | $175,724.00 |
| 11/23/2016 | $118,275.00 |
| 11/23/2016 | $4,197.00 |
| 11/23/2016 | $24,924.00 |
| 11/23/2016 | $6,585.00 |
| 11/23/2016 | $14,566.00 |
| 11/23/2016 | $1,372.00 |
| 11/23/2016 | $19,450.00 |
| 12/5/2016 | $1,896.00 |
| 12/5/2016 | $3,503.00 |
| 12/6/2016 | $8,616.00 |
| 12/6/2016 | $39,417.00 |
| 12/6/2016 | $135,504.00 |
| 12/7/2016 | $9,688.00 |
| 12/12/2016 | $3,096.00 |
| 12/12/2016 | $4,465.00 |
| 12/12/2016 | $3,842.00 |
| 12/12/2016 | $291.00 |
| 12/15/2016 | $10,199.00 |
| 12/15/2016 | $960.00 |
| 12/15/2016 | $2,214.00 |
| 12/15/2016 | $17,117.00 |
| 12/15/2016 | $7,437.00 |
| 12/15/2016 | $7,187.00 |
| 12/15/2016 | $12,493.00 |
| 12/15/2016 | $66,955.00 |
| 12/16/2016 | $12,883.00 |

## TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|---------------|
| 12/16/2016 | $6,907.00 |
| 12/16/2016 | $6,893.00 |
| 12/16/2016 | $107,559.00 |
| 12/16/2016 | $22,488.00 |
| 12/16/2016 | $13,552.00 |
| 12/16/2016 | $3,846.00 |
| 12/16/2016 | $1,949.00 |
| 12/19/2016 | $83,408.00 |
| 12/19/2016 | $18,093.00 |
| 12/19/2016 | $21,678.00 |
| 12/19/2016 | $20,047.00 |
| 12/19/2016 | $18,056.00 |
| 12/19/2016 | $9,953.00 |
| 12/19/2016 | $14,721.00 |
| 12/22/2016 | $1,025.00 |
| 12/22/2016 | $256.00 |
| 12/22/2016 | $769.00 |
| 12/22/2016 | $897.00 |
| 12/22/2016 | $256.00 |
| 12/22/2016 | $769.00 |
| 12/22/2016 | $897.00 |
| 12/22/2016 | $256.00 |
| 12/22/2016 | $769.00 |
| 12/22/2016 | $256.00 |
| 12/22/2016 | $897.00 |
| 12/22/2016 | $123,880.00 |
| 12/22/2016 | $971.00 |
| 12/22/2016 | $1,891.00 |
| 12/22/2016 | $4,216.00 |
| 12/22/2016 | $8,155.00 |
| 12/22/2016 | $6,753.00 |
| 12/22/2016 | $16,372.00 |
| 12/22/2016 | $6,899.00 |
| 12/22/2016 | $9,645.00 |
| 12/22/2016 | $14,216.00 |
| 12/22/2016 | $12,087.00 |
| 12/22/2016 | $15,006.00 |
| 12/22/2016 | $15,187.00 |
| 12/27/2016 | $35,840.00 |
| 12/27/2016 | $24,898.00 |
| 12/28/2016 | $15,656.00 |
| 12/29/2016 | $27,157.00 |
| 12/29/2016 | $12,548.00 |
| 1/5/2017 | $6,264.00 |
| 1/5/2017 | $111,380.00 |
| 1/5/2017 | $960.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 1/5/2017 | $8,112.00 |
| 1/19/2017 | $818.00 |
| 1/19/2017 | $3,309.00 |
| 1/20/2017 | $7,106.00 |
| 1/20/2017 | $4,407.00 |
| 1/20/2017 | $10,573.00 |
| 1/23/2017 | $896.00 |
| 1/23/2017 | $5,808.00 |
| 1/23/2017 | $1,607.00 |
| 1/23/2017 | $9,930.00 |
| 1/24/2017 | $41,210.00 |
| 1/30/2017 | $19,907.00 |
| 1/30/2017 | $10,133.00 |
| 2/1/2017 | $11,166.00 |
| 2/1/2017 | $12,194.00 |
| 2/1/2017 | $12,813.00 |
| 2/1/2017 | $14,464.00 |
| 2/1/2017 | $2,854.00 |
| 2/1/2017 | $67,641.00 |
| 2/2/2017 | $15,854.00 |
| 2/2/2017 | $17,157.00 |
| 2/2/2017 | $128,166.00 |
| 2/2/2017 | $463,603.00 |
| 2/2/2017 | $12,814.00 |
| 2/2/2017 | $46,420.00 |
| 2/6/2017 | $61,115.00 |
| 2/8/2017 | $7,249.00 |
| 2/8/2017 | $15,398.00 |
| 2/8/2017 | $118,426.00 |
| 2/8/2017 | $960.00 |
| 2/8/2017 | $2,210.00 |
| 2/8/2017 | $3,753.00 |
| 2/8/2017 | $1,699.00 |
| 2/8/2017 | $1,750.00 |
| 2/8/2017 | $1,763.00 |
| 2/8/2017 | $291.00 |
| 2/8/2017 | $3,929.00 |
| 2/9/2017 | $22,624.00 |
| 2/9/2017 | $6,714.00 |
| 2/9/2017 | $6,101.00 |
| 2/9/2017 | $8,301.00 |
| 2/15/2017 | $7,786.00 |
| 2/15/2017 | $1,791.00 |
| 2/15/2017 | $7,322.00 |
| 2/16/2017 | $369,522.00 |
| 2/16/2017 | $288,895.00 |

## TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|----------------|
| 2/23/2017 | $154,788.00 |
| 2/23/2017 | $9,583.00 |
| 2/27/2017 | $8,029.00 |
| 2/27/2017 | $18,204.00 |
| 3/1/2017 | $15,074.00 |
| 3/1/2017 | $35,210.00 |
| 3/1/2017 | $46,277.00 |
| 3/3/2017 | $3,688.00 |
| 3/3/2017 | $14,674.00 |
| 3/3/2017 | $13,455.00 |
| 3/3/2017 | $10,366.00 |
| 3/3/2017 | $12,289.00 |
| 3/13/2017 | $13,144.00 |
| 3/13/2017 | $5,711.00 |
| 3/15/2017 | $5,102.00 |
| 3/15/2017 | $6,514.00 |
| 3/15/2017 | $1,088.00 |
| 3/15/2017 | $1,489.00 |
| 3/15/2017 | $960.00 |
| 3/15/2017 | $184.00 |
| 3/16/2017 | $121,485.00 |
| 3/16/2017 | $13,334.00 |
| 3/24/2017 | $8,648.00 |
| 4/3/2017 | $2,161.00 |
| 4/3/2017 | $23,498.00 |
| 4/3/2017 | $18,506.00 |
| 4/3/2017 | $10,593.00 |
| 4/3/2017 | $300.00 |
| 4/3/2017 | $3,472.00 |
| 4/3/2017 | $3,273.00 |
| 4/3/2017 | $2,153.00 |
| 4/4/2017 | $69,085.00 |
| 4/4/2017 | $6,255.00 |
| 4/4/2017 | $7,137.00 |
| 4/4/2017 | $14,350.00 |
| 4/4/2017 | $74,845.00 |
| 4/4/2017 | $14,655.00 |
| 4/4/2017 | $17,524.00 |
| 4/4/2017 | $16,161.00 |
| 4/4/2017 | $12,759.00 |
| 4/4/2017 | $10,353.00 |
| 4/7/2017 | $1,025.00 |
| 4/7/2017 | $240.00 |
| 4/7/2017 | $720.00 |
| 4/7/2017 | $840.00 |
| 4/7/2017 | $256.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|------|---------------|
| 4/7/2017 | $897.00 |
| 4/7/2017 | $256.00 |
| 4/7/2017 | $960.00 |
| 4/10/2017 | $6,384.00 |
| 4/10/2017 | $3,688.00 |
| 4/10/2017 | $12,762.00 |
| 4/10/2017 | $4,326.00 |
| 4/10/2017 | $3,780.00 |
| 4/10/2017 | $6,183.00 |
| 4/10/2017 | $3,503.00 |
| 4/10/2017 | $4,805.00 |
| 4/10/2017 | $6,624.00 |
| 4/10/2017 | $7,285.00 |
| 4/10/2017 | $1,942.00 |
| 4/10/2017 | $9,010.00 |
| 4/10/2017 | $13,276.00 |
| 4/10/2017 | $11,326.00 |
| 4/10/2017 | $14,985.00 |
| 4/11/2017 | $960.00 |
| 4/11/2017 | $240.00 |
| 4/11/2017 | $960.00 |
| 4/11/2017 | $840.00 |
| 4/11/2017 | $240.00 |
| 4/11/2017 | $720.00 |
| 4/17/2017 | $960.00 |
| 4/20/2017 | $32,588.00 |
| 4/20/2017 | $720.00 |
| 4/20/2017 | $840.00 |
| 4/20/2017 | $600.00 |
| 4/20/2017 | $240.00 |
| 4/21/2017 | $31,345.00 |
| 4/21/2017 | $36,020.00 |
| 4/24/2017 | $384,360.00 |
| 4/24/2017 | $1,989.00 |
| 4/24/2017 | $2,081.00 |
| 4/24/2017 | $2,199.00 |
| 4/24/2017 | $2,318.00 |
| 4/24/2017 | $1,883.00 |
| 4/24/2017 | $2,028.00 |
| 4/24/2017 | $948.00 |
| 4/24/2017 | $4,939.00 |
| 4/24/2017 | $4,149.00 |
| 4/24/2017 | $4,228.00 |
| 4/24/2017 | $1,896.00 |
| 4/24/2017 | $3,711.00 |
| 4/24/2017 | $15,998.00 |

TRANSFERS TO MANGUAL'S OFFICE CLEANING SERVICE INC.

| Date | Payment Amount |
|---|---|
| 4/24/2017 | $14,570.00 |
| 4/24/2017 | $11,865.00 |
| 4/24/2017 | $9,298.00 |
| 4/24/2017 | $13,947.00 |
| 4/24/2017 | $3,464.00 |
| 4/24/2017 | $69,320.00 |
| 4/24/2017 | $67,151.00 |
| 4/26/2017 | $1,896.00 |
| 4/28/2017 | $15,768.00 |
| 5/2/2017 | $2,173.00 |
| 5/2/2017 | $2,002.00 |

63383052 v1