# EXHIBIT A

## EXHIBIT A
### TRANSFERS TO EASTERN AMERICA INSURANCE AGENCY, INC.

| Date | Payment Amount |
|---|---|
| 6/28/2013 | $77,944.00 |
| 7/17/2013 | $935.00 |
| 10/31/2013 | $2,790.00 |
| 1/10/2014 | $1,136.00 |
| 1/22/2014 | $20,042.00 |
| 2/25/2014 | $1,873.00 |
| 3/11/2014 | $1,693.00 |
| 3/28/2014 | $279.00 |
| 3/28/2014 | $3,255.00 |
| 3/28/2014 | $3,348.00 |
| 3/28/2014 | $575.00 |
| 4/8/2014 | $15,788.00 |
| 4/8/2014 | $20,729.00 |
| 4/10/2014 | $52.00 |
| 4/10/2014 | $101.00 |
| 4/10/2014 | $206.00 |
| 4/30/2014 | $4,695.00 |
| 4/30/2014 | $7,912.00 |
| 4/30/2014 | $157,104.00 |
| 5/8/2014 | $131,921.00 |
| 5/16/2014 | $9,210.00 |
| 5/16/2014 | $1,240.00 |
| 6/2/2014 | $2,950.00 |
| 8/14/2014 | $14,563.00 |
| 8/14/2014 | $24,511.00 |
| 8/27/2014 | $259.00 |
| 8/27/2014 | $2,139.00 |
| 8/27/2014 | $2,622.00 |
| 8/27/2014 | $3,583.00 |
| 8/27/2014 | $417.00 |
| 8/27/2014 | $6,532.00 |
| 8/27/2014 | $26,522.00 |
| 9/12/2014 | $311.00 |
| 9/22/2014 | $14,563.00 |
| 9/30/2014 | $6,054.00 |
| 9/30/2014 | $8,161.00 |
| 9/30/2014 | $925.00 |
| 9/30/2014 | $1,005.00 |
| 10/10/2014 | $1,169.00 |
| 10/17/2014 | $564.00 |
| 10/17/2014 | $11,145.00 |
| 10/17/2014 | $12,793.00 |
| 10/17/2014 | $16,831.00 |
| 10/17/2014 | $19,715.00 |
| 10/17/2014 | $29,658.00 |
| 10/17/2014 | $36,937.00 |

EXHIBIT A

TRANSFERS TO EASTERN AMERICA INSURANCE AGENCY, INC.

| Date | Payment Amount |
|---|---|
| 10/17/2014 | $73,398.00 |
| 10/17/2014 | $262,768.00 |
| 11/4/2014 | $477.00 |
| 11/4/2014 | $9,597.00 |
| 12/10/2014 | $6,231.00 |
| 12/10/2014 | $95,059.00 |
| 1/2/2015 | $16,955.00 |
| 1/28/2015 | $7,179.00 |
| 1/28/2015 | $45,307.00 |
| 1/28/2015 | $1,068.00 |
| 1/28/2015 | $1,408.00 |
| 1/28/2015 | $214.00 |
| 1/28/2015 | $1,910.00 |
| 3/4/2015 | $910.00 |
| 3/19/2015 | $30,905.00 |
| 3/19/2015 | $44,473.00 |
| 3/19/2015 | $838.00 |
| 3/19/2015 | $176.00 |
| 3/19/2015 | $1,907.00 |
| 4/10/2015 | $280.00 |
| 4/10/2015 | $3,366.00 |
| 4/10/2015 | $3,931.00 |
| 4/10/2015 | $6,937.00 |
| 4/10/2015 | $15,392.00 |
| 4/10/2015 | $10.00 |
| 4/10/2015 | $1,836.00 |
| 4/23/2015 | $18,621.00 |
| 4/23/2015 | $139,777.00 |
| 5/11/2015 | $3,488.00 |
| 5/11/2015 | $4,650.00 |
| 5/11/2015 | $10,855.00 |
| 5/11/2015 | $124,690.00 |
| 5/11/2015 | $1,395.00 |
| 5/18/2015 | $5,025.00 |
| 6/3/2015 | $3,255.00 |
| 6/3/2015 | $6,498.00 |
| 6/26/2015 | $89.00 |
| 6/26/2015 | $5,055.00 |
| 7/27/2015 | $1,121.00 |
| 7/30/2015 | $124.00 |
| 7/30/2015 | $925.00 |
| 7/30/2015 | $37,546.00 |
| 8/26/2015 | $210.00 |
| 9/4/2015 | $1,024.00 |
| 9/4/2015 | $3,896.00 |
| 9/4/2015 | $5,405.00 |

EXHIBIT A

TRANSFERS TO EASTERN AMERICA INSURANCE AGENCY, INC.

| Date | Payment Amount |
|---|---|
| 9/9/2015 | $2,701.00 |
| 9/14/2015 | $607.00 |
| 9/22/2015 | $4,998.00 |
| 10/9/2015 | $93.00 |
| 10/9/2015 | $40,205.00 |
| 10/9/2015 | $1,163.00 |
| 10/21/2015 | $5,941.00 |
| 10/30/2015 | $6,965.00 |
| 10/30/2015 | $616.00 |
| 10/30/2015 | $29,807.00 |
| 11/10/2015 | $5,608.00 |
| 11/10/2015 | $3,607.00 |
| 12/3/2015 | $9,597.00 |
| 12/3/2015 | $2,128.00 |
| 12/3/2015 | $5,013.00 |
| 12/3/2015 | $701.00 |
| 12/3/2015 | $4,222.00 |
| 12/21/2015 | $68,865.00 |
| 12/21/2015 | $98,330.00 |
| 12/21/2015 | $187.00 |
| 1/28/2016 | $241,698.00 |
| 1/28/2016 | $12,794.00 |
| 3/15/2016 | $910.00 |
| 3/16/2016 | $4,418.00 |
| 3/18/2016 | $3,255.00 |
| 3/18/2016 | $3,674.00 |
| 3/18/2016 | $3,348.00 |
| 3/18/2016 | $35.00 |
| 3/18/2016 | $11,155.00 |
| 3/18/2016 | $15,459.00 |
| 3/18/2016 | $73,398.00 |
| 4/6/2016 | $5,735.00 |
| 5/3/2016 | $17,208.00 |
| 5/3/2016 | $14,779.00 |
| 5/3/2016 | $28,465.00 |
| 5/3/2016 | $44,235.00 |
| 5/10/2016 | $145,933.00 |
| 5/10/2016 | $6,969.00 |
| 5/10/2016 | $495.00 |
| 5/10/2016 | $2,933.00 |
| 5/10/2016 | $121.00 |
| 5/10/2016 | $1,042.00 |
| 5/10/2016 | $794.00 |
| 5/10/2016 | $250,101.00 |
| 5/10/2016 | $39,875.00 |
| 5/10/2016 | $137,849.00 |

EXHIBIT A

TRANSFERS TO EASTERN AMERICA INSURANCE AGENCY, INC.

| Date | Payment Amount |
|---|---|
| 5/10/2016 | $5,682.00 |
| 5/10/2016 | $11,871.00 |
| 5/10/2016 | $19,595.00 |
| 6/14/2016 | $733.00 |
| 6/14/2016 | $6,398.00 |
| 6/14/2016 | $4,650.00 |
| 8/29/2016 | $3,309.00 |
| 8/29/2016 | $2,938.00 |
| 9/16/2016 | $4,998.00 |
| 10/7/2016 | $1,163.00 |
| 10/7/2016 | $5,244.00 |
| 10/7/2016 | $416.00 |
| 10/7/2016 | $930.00 |
| 10/31/2016 | $5,792.00 |
| 10/31/2016 | $77,067.00 |
| 10/31/2016 | $11,947.00 |
| 10/31/2016 | $5,608.00 |
| 11/4/2016 | $4,124.00 |
| 11/4/2016 | $233,212.00 |
| 11/15/2016 | $29,899.00 |
| 12/27/2016 | $4,418.00 |
| 12/27/2016 | $231,894.00 |
| 12/27/2016 | $3,896.00 |
| 12/27/2016 | $1,714.00 |
| 12/27/2016 | $1,262.00 |
| 12/27/2016 | $142,964.00 |
| 1/3/2017 | $1,024.00 |
| 1/20/2017 | $5,673.00 |
| 1/20/2017 | $38,697.00 |
| 1/20/2017 | $11,155.00 |
| 1/20/2017 | $5,726.00 |
| 1/20/2017 | $2,208.00 |
| 2/21/2017 | $3,255.00 |
| 3/3/2017 | $3,674.00 |
| 3/3/2017 | $16,434.00 |
| 3/24/2017 | $66,960.00 |
| 3/24/2017 | $11,537.00 |
| 4/5/2017 | $3,348.00 |
| 4/5/2017 | $14,311.00 |
| 4/20/2017 | $4,796.00 |
| 4/20/2017 | $1,645.00 |
| 4/20/2017 | $242.00 |
| 4/20/2017 | $6,969.00 |
| 4/20/2017 | $4,650.00 |
| 4/20/2017 | $5,803.00 |
| 5/1/2017 | $113,798.00 |

# EXHIBIT A

## TRANSFERS TO EASTERN AMERICA INSURANCE AGENCY, INC.

| Date | Payment Amount |
|---|---|
| 5/1/2017 | $39,476.00 |
| 5/1/2017 | $145,933.00 |
| 5/1/2017 | $52,053.00 |
| 5/1/2017 | $5,340.00 |
| 5/1/2017 | $1,749.00 |