| PROMESA COVER SHEET (Instructions on Reverse) | CASE NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application)<br>The Special Claims Committee of The Financial Oversight and Management Board for Puerto Rico, acting by and through its Members and the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico, as co-trustees respectively, of The Commonwealth of Puerto Rico | **DEFENDANTS**<br>Barclays Capital, BofA Securities, Merrill Lynch Capital Services, Inc., Citigroup Inc., Goldman Sachs & Co., J.P. Morgan Chase & Co., Jefferies Group LLC, Mesirow Financial, Inc., Morgan Stanley, Ramirez & Co., Inc., RBC Capital Markets, Santander Securities, UBS Financial Services, Inc. of Puerto Rico, VAB Financial, BMO Capital Markets, Raymond James, Scotia MSD, TCM Capital, Sidley Austin LLP |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br><br>**BROWN RUDNICK LLP**<br>Edward S. Weisfelner, Esq.<br>Angela M. Papalaskaris, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Tel. (212) 209-4800<br>eweisfelner@brownrudnick.com<br><br>Stephen A. Best, Esq.<br>601 Thirteenth Street, NW Suite 600<br>Washington, D.C. 20005<br>Tel: (202) 536-1737<br>sbest@brownrudnick.com<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Tel.: (617) 856-8200<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br><br>**GENOVESE JOBLOVE & BATTISTA, P.A**<br>John Arrastia, Esq.<br>John H. Genovese, Esq.<br>Jesus M. Suarez, Esq.<br>Mariaelena Gayo-Guitian, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131<br>Tel: 305-349-2300<br>jarrastia@gjb-law.com<br>jgenovese@gjb-law.com<br>jsuarez@gjb-law.com<br>mguitian@gjb-law.com<br><br>**ESTRELLA, LLC**<br>Alberto Estrella, Esq. USDC - PR 209804<br>Kenneth C. Suria, Esq. USDC - PR 213302<br>P. O. Box 9023596<br>San Juan, Puerto Rico 00902–3596<br>Tel.: (787) 977-5050<br>aestrella@estrellallc.com<br>ksuria@estrellallc.com<br><br>**CASILLAS, SANTIAGO & TORRES LLC**<br>Juan J. Casillas Ayala, Esq.<br>Alberto J. E. Añeses Negrón, Esq.<br>Israel Fernández Rodriguez, Esq.<br>Juan C. Nieves González, Esq.<br>Cristina B. Fernández Niggermann, Esq.<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419<br>Tel: 787-523-3434 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor<br>☐ Creditor<br>☒ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☐ Other | **PARTY** (Check One Box Only)<br>☐ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☒ Other |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Action for avoidance and recovery of constructive fraudulent transfer under 11 U.S.C. 544, 550; action for disallowance of claims under 11 U.S.C. 502; action for rescission of transfer under 31 L.P.R.A. §§ 3491-3500 and 26 U.S.C. § 6502, breach of contract, and common law action aiding and abetting breach of fiduciary duty and unjust enrichment.

## NATURE OF SUIT

☐ PROMESA Title III Petition  ☐ PROMESA Title VI Application for Approval of Modifications  ☐ Other Federal Question  ☒ Adversary Proceeding  ☐ Demand

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

| FRBP 7001(1) - Recovery of Money/Property | FRBP 7001(7) - Injunctive Relief |
|---|---|
| ☐ 11-Recovery of money/property - §542 turnover of property<br>☐ 12-Recovery of money/property - §547 preference<br>☐ 13-Recovery of money/property - §548 fraudulent transfer<br>☒ 14-Recovery of money/property - other | ☐ 71-Injunctive relief - imposition of stay<br>☐ 72-Injunctive relief - other<br><br>**FRBP 7001(8) Subordination of Claim or Interest**<br>☐ 81-Subordination of claim or interest<br><br>**FRBP 7001(9) Declaratory Judgment**<br>☐ 91-Declaratory judgment |
| **FRBP 7001(2) - Validity, Priority or Extent of Lien**<br>☐ 21-Validity, priority or extent of lien or other interest in property | **FRBP 7001(10) Determination of Removed Action**<br>☐ 01-Determination of removed claim or cause |
| **FRBP 7001(5) - Revocation of Confirmation**<br>☐ 51-Revocation of confirmation | **Other**<br>☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |

## TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>The Commonwealth of Puerto Rico, et al. | CASE NO.<br>17-BK 3283-LTS | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>USDC – Puerto Rico | DIVISION OFFICE<br>San Juan | NAME OF JUDGE<br>Laura Taylor Swain |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) /s/ *Edward S. Weisfelner* | | |
| DATE<br>May 1, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Edward S. Weisfelner | |

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES **ONLY**, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

63391505 v1