**Appendix 1**
**GO and PBA Bond Issuances Between February 2011 and March 2014 Debt Limit Calculation (Including PBA Debt Service)**

| Issuance | Official Statement Date | Issuance Amount | 2-Year Avg. Internal Revenues | Debt Service Limit | Year of Max Debt Service | GO Future Max Debt Service | PBA Future Max Debt Service | Total Future Max Debt Service | Previous Fiscal Year Amounts Paid for | Total | Total as a Percentage of Internal Revenues |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Public Improvement Refunding Bonds, Series 2011 A | February 10, 2011 | $ 356,520,000 | $ 7,320,525,500 | $ 1,098,078,825 | 2012 | $ 820,831,000 | $ 251,233,838 | $ 1,072,064,838 | $ 10,491,303 | $ 1,082,556,141 | 14.8% |
| Public Improvement Refunding Bonds, Series 2011 C | March 10, 2011 | 442,015,000 | 7,320,525,500 | 1,098,078,825 | 2012 | 847,432,000 | 251,233,838 | 1,098,665,838 | 10,491,303 | 1,109,157,141 | 15.2% |
| Public Improvement Bonds of 2011 | June 29, 2011 | 304,000,000 | 7,333,246,000 | 1,099,986,900 | 2015 | 872,570,000 | 231,054,332 | 1,103,624,332 | 10,491,303 | 1,114,115,635 | 15.2% |
| Public Improvement Refunding Bonds, Series 2011 D | June 29, 2011 | 52,190,000 | 7,333,246,000 | 1,099,986,900 | 2015 | 872,570,000 | 231,054,332 | 1,103,624,332 | 10,491,303 | 1,114,115,635 | 15.2% |
| Public Improvement Refunding Bonds, Series 2011 E | June 29, 2011 | 245,915,000 | 7,333,246,000 | 1,099,986,900 | 2015 | 872,570,000 | 231,054,332 | 1,103,624,332 | 10,491,303 | 1,114,115,635 | 15.2% |
| PBA Government Facilities Revenue Bonds, Series R | August 10, 2011 | 756,449,000 | 7,587,526,000 | 1,138,128,900 | 2020 | 883,909,000 | 258,558,655 | 1,142,467,655 | 16,520,000 | 1,158,987,655 | 15.3% |
| PBA Government Facilities Revenue Bonds, Series S | August 10, 2011 | 303,945,000 | 7,587,526,000 | 1,138,128,900 | 2020 | 883,909,000 | 258,558,655 | 1,142,467,655 | 16,520,000 | 1,158,987,655 | 15.3% |
| PBA Government Facilities Revenue Bonds, Series T | December 19, 2011 | 121,528,000 | 7,587,526,000 | 1,138,128,900 | 2020 | 883,909,000 | 264,660,809 | 1,148,569,809 | 16,520,000 | 1,165,089,809 | 15.4% |
| Public Improvement Refunding Bonds, Series 2012 A | March 7, 2012 | 2,318,190,000 | 7,600,369,500 | 1,140,055,425 | 2020 | 947,896,000 | 264,660,809 | 1,212,556,809 | 16,520,000 | 1,229,076,809 | 16.2% |
| Public Improvement Refunding Bonds, Series 2012 B | March 7, 2012 | 415,270,000 | 7,600,369,500 | 1,140,055,425 | 2020 | 947,896,000 | 264,660,809 | 1,212,556,809 | 16,520,000 | 1,229,076,809 | 16.2% |
| PBA Government Facilities Revenue Bonds, Series U | June 8, 2012 | 582,345,000 | 7,595,987,000 | 1,139,398,050 | 2020 | 947,896,000 | 279,495,597 | 1,227,391,597 | 16,520,000 | 1,243,911,597 | 16.4% |
| General Obligation Bonds of 2014, Series A | March 11, 2014 | 3,500,000,000 | 8,307,097,000 | 1,246,064,550 | 2016 | 1,161,777,697 | 274,180,278 | 1,435,957,975 | 17,315,000 | 1,453,272,975 | 17.5% |