**Appendix 2**
**2014 GO Bond Debt Limit Calculation (Including Interest Paid from Proceeds)**

| Issuance | Official Statement Date | Issuance Amount | 2-Year Avg. Internal Revenues | Debt Service Limit | Year of Max Debt Service | GO Future Max Debt Service | GO Capitalized Interest Excluded | Total GO Future Max Debt Service | Previous Fiscal Year Amounts Paid for Guaranteed | Total | Total as a Percentage of Internal Revenues |
|---|---|---|---|---|---|---|---|---|---|---|---|
| General Obligation Bonds of 2014, Series A | March 11, 2014 | $ 3,500,000,000 | $ 8,307,097,000 | $ 1,246,064,550 | 2016 | $ 1,161,777,697 | $ 75,000,000 | $ 1,236,777,697 | $ 17,315,000 | $ 1,254,092,697 | 15.1% |