# APPENDIX 3

## APPENDIX 3

| | |
|---|---|
| BNY Mellon / POP Sec | City National Bank |
| BNY Mellon / Nomura Int'l PLC Repo | Comerica Bank |
| BNYMellon/RE DBTC Americas / Deutsche Bk London Prime Seg 15/00 | Commerce Bank |
| BNYMellon/RE Midcap Spdrs | Compass Bank/Trust Division |
| BNYMellon/RE OZ Omnibus DTC Account | COR Clearing LLC |
| BNYMellon/RE The Prudential Investment | Credit Suisse Securities (USA) LLC |
| BNYMellon/Wealth Management | Crews And Associates, Inc. |
| Pershing LLC | Crowell Weedon & Co |
| The Bank of New York Mellon | D Lerner Associates |
| The Bank of New York/FMSBonds, Inc. | D. A. Davidson & Co. |
| The Bank of New York Mellon/Mellon Trust Of New England, National Association | Davenport & Company LLC |
| The Bank of New York Mellon/Nomura Bank Int'l PLC | Deutsche Bank Securities Inc. |
| Barclays Cap / Fixed | E*Trade Securities LLC |
| Barclays Cap / London | Edward D. Jones & Co. |
| Barclays Capital Inc./LE | Federal Home Loan Mortgage Corporation |
| Cetera Investment Services LLC | Fiduciary SSB |
| Charles Schwab & Co., Inc. | Fifth Third Bank |
| Citibank, N.A. | |
| Citibank, N.A. | |
| Citibank, N.A. | |
| Citibank/The Citigroup Private Bank/Trust | |
| Citigroup Global Markets Inc. | |
| Citigroup Global Markets Inc./Salomon Brothers | |
| Citigroup Global Markets, Inc./Correspondent Clearing | |
| J.P. Morgan Securities LLC | |
| J.P. Morgan Securities LLC/JPMC aka or fka J.P. Morgan Clearing | |
| Morgan Stanley & Co. LLC | |
| Morgan Stanley Smith Barney LLC | |
| Piper Jaffrey & Co | |
| SEI Private Trust Company | |
| SEI Private Trust Company/C/O GWP | |
| Stifel, Nicolaus & Company, Incorporated | |
| American Enterprise Investment Services Inc. | |
| Apex Clearing Corporation | |
| Bank of America NA/Client Assets | |
| Bank of America, NA/GWIM Trust Operations | |
| BB&T Securities, LLC | |
| BNP Paribas Securities Corp./Prime Brokerage | |
| BNP Paribas, New York Branch/BNP Paribas Prime Brokerage Custodian | |
| BNP Paribas, New York Branch/BNP Paribas Prime Brokerage International | |
| BNP Paribas, New York Branch/Custody/Client Assets | |
| Branch Banking and Trust Company | |
| Brown Brothers Harriman & Co. | |
| C.L. King & Associates, Inc. | |
| Cantor Fitzgerald & Co. / Cantor Clearing Services | |
| Cantor Fitzgerald & Co. / Cantor Clearing Services | |