# APPENDIX 3

## APPENDIX 3

| | |
|---|---|
| First Southwest Company | The Bank of Nova Scotia/Client A |
| George K. Baum & Company | The Huntington National Bank |
| Hilliard, Lyons LLC | The Northern Trust Company |
| Hilltop Securities Inc. | UBS Financial Services Inc. |
| Interactive Brokers Retail Equity Clearing | UMB Bank, National Association |
| Intl FCStone Financial Inc. | USAA Invest Mgmt Co |
| Janney Montgomery Scott LLC | USAA Invest Mgmt Co |
| JPMorgan Chase Bank, N.A./Custodial Trust Company | Vision Financial Markets LLC |
| JPMorgan Chase Bank, National Association | Wedbush Securities Inc. |
| JPMorgan Chase Bank/Correspondence Clearing Services 2 | Wells Fargo / Safekeep |
| Keybanc Cap Mkts Inc. | Wells Fargo Bank, N.A./Sig |
| Keybank National Association | Wells Fargo Bank, National Association |
| Lazard Cap Mkts LLC | Wells Fargo Clearing Services LLC aka or fka First Clearing LLC |
| LPL Financial Corporation | Wells Fargo Securities, LLC |
| Manufacturers And Traders Trust Company | Wesbanco Bank, Inc. |
| Merrill Lynch Pierce Fenner & Smith/Fixed Income | William Blair & Company, L.L.C. |
| Merrill Lynch, Pierce Fenner & Smith Safekeeping | |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | |
| Mesirow Financial | |
| Mitsubishi u/f/j Trust & Banking Corporation, New York Branch | |
| Morgan Keegan & Co | |
| Northern Trust Company/Future Fund Accounts | |
| Oppenheimer & Co. Inc. | |
| Optionsxpress, Inc. | |
| PNC Bank, National Association | |
| Raymond James & Associates, Inc. | |
| Raymond James & Associates, Inc/FI | |
| RBC Capital Markets, LLC | |
| RBC Dominion Securities Inc./CDS** | |
| Regions Bank | |
| Robert W. Baird & Co. Incorporated | |
| Roosevelt & Cross | |
| Sanford C. Bernstein & Co., LLC | |
| Scottrade, Inc. | |
| SSB - Blackrock Institutional Trust | |
| SSB - Trust Custody | |
| SSB&T Co/Client Custody Services | |
| State Street Bank & Trust/State Street TotalETF | |
| State Street Bank and Trust Company | |
| Stephens Inc. | |
| Stockcross Financial Services, Inc. | |
| Stoever Glass & Co. | |
| Sweney Cartwright Co | |
| TD Ameritrade Clearing, Inc. | |
| TD Prime Services LLC | |