# APPENDIX 3

| | |
|---|---|
| Defendant 1E | Defendant 51E |
| Defendant 2E | Defendant 52E |
| Defendant 3E | Defendant 53E |
| Defendant 4E | Defendant 54E |
| Defendant 5E | Defendant 55E |
| Defendant 6E | Defendant 56E |
| Defendant 7E | Defendant 57E |
| Defendant 8E | Defendant 58E |
| Defendant 9E | Defendant 59E |
| Defendant 10E | |
| Defendant 11E | |
| Defendant 12E | |
| Defendant 13E | |
| Defendant 14E | |
| Defendant 15E | |
| Defendant 16E | |
| Defendant 17E | |
| Defendant 18E | |
| Defendant 19E | |
| Defendant 20E | |
| Defendant 21E | |
| Defendant 22E | |
| Defendant 23E | |
| Defendant 24E | |
| Defendant 25E | |
| Defendant 26E | |
| Defendant 27E | |
| Defendant 28E | |
| Defendant 29E | |
| Defendant 30E | |
| Defendant 31E | |
| Defendant 32E | |
| Defendant 33E | |
| Defendant 34E | |
| Defendant 35E | |
| Defendant 36E | |
| Defendant 37E | |
| Defendant 38E | |
| Defendant 39E | |
| Defendant 40E | |
| Defendant 41E | |
| Defendant 42E | |
| Defendant 43E | |
| Defendant 44E | |
| Defendant 45E | |
| Defendant 46E | |
| Defendant 47E | |
| Defendant 48E | |
| Defendant 49E | |
| Defendant 50E | |