DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| PROMESA COVER SHEET (Instructions on Reverse) | CASE NUMBER (Court Use Only) |
|---|---|

| **PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application) <br> The Special Claims Committee of The Financial Oversight and Management Board for Puerto Rico, by and through its Members and the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico, as co-trustees respectively, of The Commonwealth of Puerto Rico | **DEFENDANTS** <br> DEFENDANTS 1E-59E |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br><br> **ESTRELLA, LLC** <br> Alberto Estrella, Esq. USDC - PR 209804 <br> Kenneth C. Suria, Esq. USDC - PR 213302 <br> P. O. Box 9023596 <br> San Juan, Puerto Rico 00902–3596 <br> Tel.: (787) 977-5050 <br> aestrella@estrellallc.com <br> ksuria@estrellallc.com <br><br> **PAUL HASTINGS LLP** <br> Luc A. Despins, Esq. (Pro Hac Vice) <br> James R. Bliss, Esq. (Pro Hac Vice) <br> Nicholas A. Bassett, Esq. (Pro Hac Vice) <br> G. Alexander Bongartz, Esq. (Pro Hac Vice) <br> 200 Park Avenue <br> New York, New York 10166 <br> Telephone: (212)318-6000 <br> lucdespins@paulhastings.com <br> jamesbliss@paulhastings.com <br> nicholasbassett@paulhastings.com <br> alexbongartz@paulhastings.com <br><br> **CASILLAS, SANTIAGO & TORRES LLC** <br> Juan J. Casillas Ayala, Esq. USDC – PR 218312 <br> Alberto J. E. Añeses Negrón, Esq. USDC – PR 302710 <br> Israel Fernández Rodríguez, Esq. USDC – PR 225004 <br> Juan C. Nieves González, Esq. USDC – PR 231707 <br> Cristina B. Fernández Niggemann, Esq. USDC – PR 306008 <br> PO Box 195075 <br> San Juan, Puerto Rico 00919-5075 <br> Tel.: (787) 523-3434 <br> jcasillas@cstlawpr.com <br> aaneses@cstlawpr.com <br> ifernandez@cstlawpr.com <br> jnieves@cstlawpr.com <br> cfernandez@cstlawpr.com | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) <br> ☒ Debtor <br> ☒ Creditor <br> ☐ Trustee <br> ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Other | **PARTY** (Check One Box Only) <br> ☐ Debtor <br> ☐ Creditor <br> ☐ Trustee <br> ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Other |

| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED) |
|---|
| Action for declaratory judgment, avoidance of constructive fraudulent transfer under 11 U.S.C. 544, 548 and 550 and 31 LPRA 3491-3500, New York Debtor and Creditor Law 273 and 273-a, and 26 USC 6502(a)(1); action for recovery of unlawful disbursements under 3 L.P.R.A. 283; action for disallowance of claims under 11 U.S.C. 502 |

## NATURE OF SUIT

☐ PROMESA Title III Petition ☐ PROMESA Title VI Application for Approval of Modifications ☐ Other Federal Question ☒ Adversary Proceeding ☒ Demand

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

**FRBP 7001(1) - Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
2 13-Recovery of money/property - §548 fraudulent transfer
3 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(5) - Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(7) - Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
☐ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
1 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR <br> The Commonwealth of Puerto Rico, et al. | CASE NO. <br> 17-BK 3283-LTS ||
| DISTRICT IN WHICH CASE IS PENDING <br> USDC – Puerto Rico | DIVISION OFFICE <br> San Juan | NAME OF JUDGE <br> Laura Taylor Swain |

| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) /s/ *Kenneth C. Suria* | | |
| DATE<br>May 1, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Kenneth C. Suria | |

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES **ONLY**, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.
63392304 v1