# APPENDIX 3

| | |
|---|---|
| Defendant 1A | Defendant 51A |
| Defendant 2A | Defendant 52A |
| Defendant 3A | Defendant 53A |
| Defendant 4A | Defendant 54A |
| Defendant 5A | Defendant 55A |
| Defendant 6A | Defendant 56A |
| Defendant 7A | Defendant 57A |
| Defendant 8A | Defendant 58A |
| Defendant 9A | Defendant 59A |
| Defendant 10A | Defendant 60A |
| Defendant 11A | Defendant 61A |
| Defendant 12A | Defendant 62A |
| Defendant 13A | Defendant 63A |
| Defendant 14A | Defendant 64A |
| Defendant 15A | Defendant 65A |
| Defendant 16A | Defendant 66A |
| Defendant 17A | Defendant 67A |
| Defendant 18A | Defendant 68A |
| Defendant 19A | Defendant 69A |
| Defendant 20A | Defendant 70A |
| Defendant 21A | Defendant 71A |
| Defendant 22A | Defendant 72A |
| Defendant 23A | Defendant 73A |
| Defendant 24A | Defendant 74A |
| Defendant 25A | Defendant 75A |
| Defendant 26A | Defendant 76A |
| Defendant 27A | Defendant 77A |
| Defendant 28A | Defendant 78A |
| Defendant 29A | Defendant 79A |
| Defendant 30A | Defendant 80A |
| Defendant 31A | Defendant 81A |
| Defendant 32A | Defendant 82A |
| Defendant 33A | Defendant 83A |
| Defendant 34A | Defendant 84A |
| Defendant 35A | Defendant 85A |
| Defendant 36A | Defendant 86A |
| Defendant 37A | Defendant 87A |
| Defendant 38A | Defendant 88A |
| Defendant 39A | Defendant 89A |
| Defendant 40A | Defendant 90A |
| Defendant 41A | Defendant 91A |
| Defendant 42A | Defendant 92A |
| Defendant 43A | Defendant 93A |
| Defendant 44A | Defendant 94A |
| Defendant 45A | Defendant 95A |
| Defendant 46A | Defendant 96A |
| Defendant 47A | Defendant 97A |
| Defendant 48A | Defendant 98A |
| Defendant 49A | Defendant 99A |
| Defendant 50A | Defendant 100A |