**APPENDIX 3**

| | |
|---|---|
| Defendant 1B | Defendant 51B |
| Defendant 2B | Defendant 52B |
| Defendant 3B | Defendant 53B |
| Defendant 4B | Defendant 54B |
| Defendant 5B | Defendant 55B |
| Defendant 6B | Defendant 56B |
| Defendant 7B | Defendant 57B |
| Defendant 8B | Defendant 58B |
| Defendant 9B | Defendant 59B |
| Defendant 10B | Defendant 60B |
| Defendant 11B | Defendant 61B |
| Defendant 12B | Defendant 62B |
| Defendant 13B | Defendant 63B |
| Defendant 14B | Defendant 64B |
| Defendant 15B | Defendant 65B |
| Defendant 16B | Defendant 66B |
| Defendant 17B | Defendant 67B |
| Defendant 18B | Defendant 68B |
| Defendant 19B | Defendant 69B |
| Defendant 20B | Defendant 70B |
| Defendant 21B | Defendant 71B |
| Defendant 22B | Defendant 72B |
| Defendant 23B | Defendant 73B |
| Defendant 24B | Defendant 74B |
| Defendant 25B | Defendant 75B |
| Defendant 26B | Defendant 76B |
| Defendant 27B | Defendant 77B |
| Defendant 28B | Defendant 78B |
| Defendant 29B | Defendant 79B |
| Defendant 30B | Defendant 80B |
| Defendant 31B | Defendant 81B |
| Defendant 32B | Defendant 82B |
| Defendant 33B | Defendant 83B |
| Defendant 34B | Defendant 84B |
| Defendant 35B | Defendant 85B |
| Defendant 36B | Defendant 86B |
| Defendant 37B | Defendant 87B |
| Defendant 38B | Defendant 88B |
| Defendant 39B | Defendant 89B |
| Defendant 40B | Defendant 90B |
| Defendant 41B | Defendant 91B |
| Defendant 42B | Defendant 92B |
| Defendant 43B | Defendant 93B |
| Defendant 44B | Defendant 94B |
| Defendant 45B | Defendant 95B |
| Defendant 46B | Defendant 96B |
| Defendant 47B | Defendant 97B |
| Defendant 48B | Defendant 98B |
| Defendant 49B | Defendant 99B |
| Defendant 50B | Defendant 100B |