**APPENDIX 3**

| | |
|---|---|
| Defendant 1C | Defendant 51C |
| Defendant 2C | Defendant 52C |
| Defendant 3C | Defendant 53C |
| Defendant 4C | |
| Defendant 5C | |
| Defendant 6C | |
| Defendant 7C | |
| Defendant 8C | |
| Defendant 9C | |
| Defendant 10C | |
| Defendant 11C | |
| Defendant 12C | |
| Defendant 13C | |
| Defendant 14C | |
| Defendant 15C | |
| Defendant 16C | |
| Defendant 17C | |
| Defendant 18C | |
| Defendant 19C | |
| Defendant 20C | |
| Defendant 21C | |
| Defendant 22C | |
| Defendant 23C | |
| Defendant 24C | |
| Defendant 25C | |
| Defendant 26C | |
| Defendant 27C | |
| Defendant 28C | |
| Defendant 29C | |
| Defendant 30C | |
| Defendant 31C | |
| Defendant 32C | |
| Defendant 33C | |
| Defendant 34C | |
| Defendant 35C | |
| Defendant 36C | |
| Defendant 37C | |
| Defendant 38C | |
| Defendant 39C | |
| Defendant 40C | |
| Defendant 41C | |
| Defendant 42C | |
| Defendant 43C | |
| Defendant 44C | |
| Defendant 45C | |
| Defendant 46C | |
| Defendant 47C | |
| Defendant 48C | |
| Defendant 49C | |
| Defendant 50C | |