# APPENDIX 3

| | |
|---|---|
| Defendant 1D | Defendant 51D |
| Defendant 2D | Defendant 52D |
| Defendant 3D | Defendant 53D |
| Defendant 4D | Defendant 54D |
| Defendant 5D | Defendant 55D |
| Defendant 6D | Defendant 56D |
| Defendant 7D | Defendant 57D |
| Defendant 8D | Defendant 58D |
| Defendant 9D | Defendant 59D |
| Defendant 10D | Defendant 60D |
| Defendant 11D | Defendant 61D |
| Defendant 12D | Defendant 62D |
| Defendant 13D | Defendant 63D |
| Defendant 14D | Defendant 64D |
| Defendant 15D | Defendant 65D |
| Defendant 16D | Defendant 66D |
| Defendant 17D | Defendant 67D |
| Defendant 18D | Defendant 68D |
| Defendant 19D | Defendant 69D |
| Defendant 20D | Defendant 70D |
| Defendant 21D | Defendant 71D |
| Defendant 22D | Defendant 72D |
| Defendant 23D | Defendant 73D |
| Defendant 24D | |
| Defendant 25D | |
| Defendant 26D | |
| Defendant 27D | |
| Defendant 28D | |
| Defendant 29D | |
| Defendant 30D | |
| Defendant 31D | |
| Defendant 32D | |
| Defendant 33D | |
| Defendant 34D | |
| Defendant 35D | |
| Defendant 36D | |
| Defendant 37D | |
| Defendant 38D | |
| Defendant 39D | |
| Defendant 40D | |
| Defendant 41D | |
| Defendant 42D | |
| Defendant 43D | |
| Defendant 44D | |
| Defendant 45D | |
| Defendant 46D | |
| Defendant 47D | |
| Defendant 48D | |
| Defendant 49D | |
| Defendant 50D | |