## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17 BK 4780-LTS and Main Docket 17 BK 3283-LTS**<br><br>**Re: ECF Nos. 975, 1183** |

## ORDER EXTENDING THE DEADLINES APPLICABLE TO THE MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND SYNCORA GUARANTEE INC. FOR RELIEF FROM AUTOMATIC STAY TO SEEK APPOINTMENT OF A RECEIVER [ECF NO. 975]

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the joint urgent motion (Docket Entry No. 1209 in Case No. 17-4780, the "**Urgent Motion**") filed on May 1, 2019 by PREPA, by and through the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as PREPA's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("**PROMESA**"),[2] the Puerto Rico Fiscal Agency and Financial Advisory Authority ("**AAFAF**"),[3] and Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "**Assured**") (collectively, the "**Settling Parties**"), and the Court having found and determined that (i) the Court has jurisdiction over this proceeding and the Urgent Motion pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) venue of this proceeding and the Urgent Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); and (iii) the Court having found good cause to grant the relief requested therein, it is

**HEREBY ORDERED THAT:**

1. The Urgent Motion is GRANTED to the extent set forth herein.

2. The deadlines set forth in the existing scheduling order [ECF No. 1204 in Case No. 17-4780] are extended as follows:

   a. May 8, 2019: Respondents to file opposition brief and supporting declarations and produce expert discovery;

   b. Any depositions scheduled for May 6-8, 2019 are adjourned;

   c. May 29, 2019: Movants to file reply brief and supporting declarations;

   d. May 29, 2019: Parties to exchange final will/may call witness lists (identifying whether witnesses will appear live or via designated deposition testimony);

---

[2]    PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3]    Capitalized terms not defined herein shall have the meaning ascribed to them in the Urgent Motion.

    e.   June 3, 2019: Parties to file exhibit lists and compilations of exhibits;

    f.   June 3, 2019: Parties to designate deposition testimony;

    g.   June 6, 2019: Parties to cross-designate deposition testimony; and

    h.   The Court will hold a hearing on the Receiver Motion at the Omnibus Hearing on June 13, 2019, at 9:30 a.m. (Atlantic Standard Time), and continue if necessary on June 14, 2019.

SO ORDERED.

Dated: May 2, 2019

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE