# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO MICROSOFT CORPORATION

| Date | Payment Amount |
|---|---|
| 9/26/2013 | $4,103,944.00 |
| 1/29/2014 | $35,057.00 |
| 6/19/2014 | $18,525.00 |
| 9/8/2014 | $7,222.00 |
| 9/8/2014 | $47,099.00 |
| 9/8/2014 | $5,432,229.00 |
| 9/9/2014 | $210,000.00 |
| 10/29/2014 | $200,400.00 |
| 8/31/2015 | $42,000.00 |
| 9/14/2015 | $200,400.00 |
| 9/30/2015 | $42,000.00 |
| 10/1/2015 | $42,000.00 |
| 10/27/2015 | $42,000.00 |
| 11/2/2015 | $42,000.00 |
| 2/16/2016 | $434,883.00 |
| 2/26/2016 | $1,434,883.00 |
| 3/3/2016 | $1,000,000.00 |
| 3/22/2016 | $1,434,883.00 |
| 3/22/2016 | $1,434,883.00 |
| 11/23/2016 | $1,104,536.00 |
| 12/19/2016 | $807.00 |
| 1/20/2017 | $1,104,536.00 |
| 1/25/2017 | $1,104,536.00 |
| 2/1/2017 | $1,104,536.00 |
| 2/1/2017 | $1,104,536.00 |
| 2/3/2017 | $1,104,536.00 |