520 VICTORY ST #38

SADDLE BROOK NJ 07663

27 APR 2020 PM 5 L

The Clerk of the US District Court for
the District of Puerto Rico

Room 150

Federal Bldg.

150 Carlas Chardon Ave

San Juan PR 00918-1767

00918-170399

RECEIVED & FILED
2020 APR 30 PM 5: 34
U.S. DISTRICT COURT
SAN JUAN, P.R.