**Proposed Order**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

**[PROPOSED] ORDER GRANTING MOTION OF
BRUCE BENNETT TO QUASH OR MODIFY THE
<u>SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION</u>**

Upon consideration of the *Motion of Bruce Bennett to Quash or Modify the Subpoena to Testify at a Deposition in a Civil Action* (the "Motion"),[1] the Court having reviewed the Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The deposition of Mr. Bennett will be limited in scope to exclude all documents and testimony that is privileged.

3. The deposition of Mr. Bennett will be limited to one hour and to the topic of what was discussed at the April 27, 2016 meeting.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: _____
Boston, Massachusetts

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Capitalized terms used but not otherwise defined herein will have the meaning as set forth in the Motion.