# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 5699**<br><br>(Jointly Administered) |

## JOINT INFORMATIVE MOTION REGARDING
## URGENT MOTION FOR PARTIAL RELIEF FROM AUTOMATIC STAY

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf the Commonwealth of Puerto Rico (the "Commonwealth"), and Pedro Carbonera Pardo ("Movant") have consensually resolved the *Urgent Motion for Partial Relief from Automatic Stay* [ECF No. 5699] (the "Motion").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized AAFAF to file this Informative Motion on behalf of the Commonwealth.

**Background**

1. On March 14, 2019, Movant filed the Motion seeking relief from the automatic stay "for cause" under section 362(d) of title 11 of the United States Code.

2. The Commonwealth and Movant have met and conferred and have entered into a stipulation to resolve the Motion in its entirety. The Commonwealth will include such stipulation in the next omnibus stay modification motion in accordance with Paragraph III.Q of Section (III) (Scheduling) of the *Eighth Amended Notice, Case Management, and Administrative Procedures* [ECF No. 4866-1]. Therefore, Movant withdraws the Motion.

Dated: May 3, 2019
San Juan, Puerto Rico

Respectfully submitted,

/s/ Luis C. Marini-Biaggi
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

/s/ Carolina Velaz-Rivero
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

/s/ Pedro Carbonera Pardo
**PEDRO CARBONERA PARDO**
*PRO SE*

Felipe Arana FR-3 Levittown,
Toa Baja, PR, 00949
Telephone: (787) 941-8808
Pedrocarbonera@yahoo.com
pcarbonera@trabajo.pr.gov

*Movant*