UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
                                                                         :
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        :  Title III
                                                                         :
          as representative of                                           :  Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,                                  :  (Jointly Administered)
                                                                         :
          Debtors.¹                                                      :
                                                                         :
------------------------------------------------------------------------ x
```

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**TO THE HONORABLE COURT:**

**COMES NOW,** the undersigned attorney and most respectfully moves and advice the Court as follows:

1. On April 16, 2019, the undersigned attorney filed a Notice of Appearance as counsel for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC ("Tradewinds") together with Genovese Joblove & Battista, P.A.. ("GJB") [Dkt. 6314]

2. Tradewinds is part of the Committee of Unsecured Creditors, which is represented by both local and stateside counsels.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. The undersigned attorney is hereby withdrawing as counsel for Tradewinds.

4. Tradewinds, through counsel, has knowledge of the status of the proceedings. Therefore we are requesting this Court's approval of the undersigned's withdrawal of his representation in this case.

**WHEREFORE**, the undersigned and Vilariño & Associates, LLC. Respectfully requests that this Honorable Court takes notice and authorize the withdrawal of its appereance as counsel for Tradewinds.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 3rd day of May 2019.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**Vilariño & Associates, LLC**

*/s/ Javier Vilariño*
Javier Vilariño
USDC NUM. 223593
1519 Ponce de Leon Ave
First Federal Building Suite 513
San Juan, PR 00909
Tel. 787-565-9894
Email: jvilarino@vilarinolaw.com