# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA<br>Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | (Jointly Administered) |
| Debtors. | |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY AND TO CEASE NOTIFICATIONS

This matter is before the court on attorney Javier Vilariño, Motion to Withdraw as Attorney. Finding good cause for the requested relief, this Court GRANTS the Motion.

Accordingly:

1. Attorney Javier Vilariño is allowed to withdraw as counsel for creditor Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC.

2. Attorney Javier Vilariño will be removed from the list of persons to be notified of all documents electronically filed in this case.

This Order resolves Dkt. No._____

Dated: May ___, 2019

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISCTRICT JUDGE