# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 1:00 PM (AST)
Started: 1:05 PM (AST)
Ended: 5:01 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: May 2, 2019
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte / Stephanie Caruso (Court Clerk in MA)
COURT REPORTER: Liza Marzilli

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS) <br> PROMESA Title III <br><br> (Jointly Administered) |
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> Employees Retirement System of the Government of the Commonwealth of Puerto Rico <br> Debtor | 3:17-BK-3566 (LTS) <br> PROMESA Title III <br><br> (Jointly Administered) |

**Hearing on Motions held.**

- Motion of Certain Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Compel Production of Documents in Privilege Log Categories 1,

May 2, 2019 – Motion Hearing

5 to 7 [Deliberative Process Privilege and Executive Privilege] (Docket No. 6320 in 17-BK-3283; Docket No. 446 in 17-BK-3566) ("Deliberative Process Motion to Compel").

- o Certain objections made in the motion were overruled.
- o Supplemental declarations due by May 9, 2019.
- o Part of the motion was taken under advisement. Order to be issued.

- Motion of Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, and The Puerto Rico Funds for a Protective Order (Docket No. 6234 in 17-BK-3283; Docket No. 440 in 17-BK-3566) ("Motion for Protective Order").
    - o Status report due by May 13, 2019.

- Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Compel Production of Documents in Privilege Log Categories 1 to 4 [Attorney-Client Privilege, Attorney Work Product, Common Interest] (Docket No. 6253 in 17-BK-3283; Docket No. 443 in 17-BK- 3566) ("Attorney-Client Motion to Compel").
    - o Certain objections are overruled.
    - o Respondents shall produce a document by document log by May 9, 2019. Order to be issued.

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy

Movants' Exhibits A and B admitted.