IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as a representative of<br><br>THE COMMONWEALTH PUERTO RICO, et al,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

NOW APPEAR Edward D. Jones & Corp. and hereby enters its appearance through the undersigned counsel pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and very respectfully requests that copies of all notices and pleadings given or required to be given in this case by any party or their counsel of record, whether in writing or by telephone, fax, or any other form of transmission, and all papers served or required to be served in this case by any party or their counsel of record, be given and served upon:

Americas 92813907

<table>
<tr><td>

**SÁNCHEZ PIRILLO LLC**
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
(787) 522-6776
(787) 522-6777

Attn: José C. Sánchez-Castro
USDC-PR 213312
jsanchez@sanpir.com

Alicia I. Lavergne-Ramírez
USDC-PR 215112
alavergne@sanpir.com

</td><td>

**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street Philadelphia, PA 19103-2921
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001

Att: Rachel J. Mauceri
(*pro hac vice* pending)
rachel.mauceri@morganlewis.com

</td></tr>
</table>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, May 6, 2019.

By: /s/ *Alicia I. Lavergne Ramírez*
Alicia I. Lavergne Ramírez
USDC-PR 215112
SÁNCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
(787) 522-6776
(787) 522-6777
alavergne@sanpir.com

*Attorneys for Edward D. Jones & Corp.*