# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 12:30 PM (AST)
Started: 12:30 PM (AST)
Ended: 12:45 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. MAGISTRATE JUDGE JUDITH G. DEIN**  DATE: May 6, 2019

LAW CLERK: M. J. Brown
COURT REPORTER: Debra Lajoie

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | 3:17-BK-3283 (LTS) <br> PROMESA Title III <br><br> (Jointly Administered) |
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> Employees Retirement System of the Government of the Commonwealth of Puerto Rico <br><br> Debtor | 3:17-BK-3566 (LTS) <br> PROMESA Title III <br><br> (Jointly Administered) |

**Motion Hearing (via telephone) held.**

Parties heard as to:

May 6, 2019 – Motion Hearing

*Motion of Bruce Bennett to Quash or Modify the Subpoena to Testify at a Deposition in a Civil Action* (Docket No. 489 in 17-BK-3566; Docket No. 6829 in 17-BK-3283).

    Motion to Quash denied, Court to enter separate order.

                                                                     <u>s/M. J. Brown</u>
                                                                    M. J. Brown
                                                                    Law Clerk