UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK-3283 (LTS) |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | |
| Debtors.[1] | |

---

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK-3566 (LTS) |
| as representative of | (Jointly Administered) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtors. | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER DENYING MOTION TO QUASH

This matter is before the Court on the *Motion of Bruce Bennett to Quash or Modify the Subpoena to Testify at a Deposition in a Civil Action* (Dkt. No. 489 in 17-BK-3566; Dkt. No. 6829 in 17-BK-3283) ("Motion to Quash"). The Financial Oversight and Management Board ("Oversight Board") filed an objection on May 6, 2019 (Dkt. No. 491 in 17-BK-3566) ("Objection") and the Court held a telephonic conference on the Motion to Quash on May 6, 2019. The Motion to Quash is hereby DENIED in accordance with the rulings made on the record and as set forth below:

1. The deposition of Mr. Bennett shall occur at a mutually convenient time and place pursuant to the terms detailed by the Oversight Board in their Opposition, which reflect the agreement reached with White & Case after a meet and confer related to the deposition of Attorney Cunningham in this case (see Objection ¶ 15), except that;

2. The Court finds reasonable and accepts the Oversight Board's offer to set the duration of the deposition at a maximum of three hours;

3. Any objections based on privilege shall be made on a case by case basis.

This terminates Dkt. Nos. 489 in 17-BK-3566 and 6829 in 17-BK-3283.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: May 6, 2019