**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------ X
                                                                   :
In re:                                                             :
                                                                   :
THE FINANCIAL OVERSIGHT AND                    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              : Title III
                                                                   :
    as representative of                        : Case No. 17-BK-3283 (LTS)
                                                                   :
THE COMMONWEALTH OF PUERTO RICO *et al.*,      : (Jointly Administered)
                                                                   :
    Debtors.[1]                                 :
------------------------------------------------------------------ X

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH
ITS SPECIAL CLAIMS COMMITTEE, DISCLOSING
<u>LIST OF AVOIDANCE ACTIONS FILED</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

    The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "<u>Oversight Board</u>"), acting by and through its Special Claims Committee (the "<u>Special Claims Committee</u>"), hereby submits this informative motion (the "<u>Informative Motion</u>") pursuant to the *Order Granting the Urgent Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Code Sections 105(a) and 926(a) and Bankruptcy Rule 9006, Establishing (I) Procedures with Respect to Disclosure of Avoidance Actions to Be Asserted by*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Oversight Board, and (II) Expedited Briefing Schedule for Potential Request to Appoint Trustee Under Bankruptcy Code Section 926(a)* [ECF No. 6086] (the "Order") granting the *Urgent Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Code Sections 105(a) and 926(a) and Bankruptcy Rule 9006, Establishing (I) Procedures with Respect to Disclosure of Avoidance Actions to Be Asserted by Oversight Board, and (II) Expedited Briefing Schedule for Potential Request to Appoint Trustee Under Bankruptcy Code Section 926(a)* [ECF No. 5997] (the "Motion").

1. In the Motion, the Official Committee of Unsecured Creditors (the "Committee") requested an order requiring the Oversight Board to disclose certain Avoidance Actions, as defined therein,[2] to the Committee and the Court.

2. The Order provides that "the Oversight Board shall file an informative motion disclosing the "final list" of Avoidance Actions related to the Commonwealth that have been filed, not later than May 6, 2019. Order, p. 2.

3. In compliance with the Order, the Oversight Board files this Informative Motion with attached Exhibit A, the final list of Avoidance Actions filed in relation to and on behalf of the Commonwealth.

4. In addition, with respect to causes of action against parties involved in the issuance of bonds by the Commonwealth and other instrumentalities, a list of the parties and claims included in the complaint filed in Case No. 19-00280 [Docket No. 1] is attached hereto as Exhibit B.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

## **CONCLUSION**

WHEREFORE, the Oversight Board respectfully requests that the Court and parties in interest take note of the foregoing.

Dated: May 6, 2019

| | |
|---|---|
| */s/ Edward S. Weisfelnert*<br>**BROWN RUDNICK LLP**<br>Edward S. Weisfelner, Esq. (*Pro Hac Vice*)<br>Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>eweisfelner@brownrudnick.com<br>apapalaskaris@brownrudnick.com<br><br>Stephen A. Best, Esq. (*Pro Hac Vice*)<br>601 Thirteenth Street NW, Suite 600<br>Washington, D.C. 20005<br>sbest@brownrudnick.com<br><br>Sunni P. Beville, Esq. (*Pro Hac Vice*)<br>Jeffrey L. Jonas, Esq. (*Pro Hac Vice*)<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>sbeville@brownrudnick.com<br><br>*Counsel to the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, acting by and through its members, as representative of the Commonwealth of Puerto Rico* | /s/ Brian S. Rosen<br>Martin J. Bienenstock (Pro Hac Vice)<br>Brian S. Rosen (Pro Hac Vice)<br>Jeffrey W. Levitan (Pro Hac Vice)<br>Stephen L. Ratner (Pro Hac Vice)<br>Timothy W. Mungovan (Pro Hac Vice)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036-8289<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>mbienenstock@proskauer.com<br>brosen@proskauer.com<br>jlevitan@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br><br>*Counsel to the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico* |

and

*/s/ Kenneth C. Suria*
**ESTRELLA, LLC**
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, PR 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, acting by and through its members, as representative of the Commonwealth of Puerto Rico*

63393336 v1