# EXHIBIT B

Exhibit B

| Party | Role | Aiding & Abetting Fiduciary Duty | Breach of Contract | Unjust Enrichment | Fraudulent Transfer |
|---|---|---|---|---|---|
| *GO Bond Series 2014A (Issued March 11, 2014)* | | | | | |
| Sidley Austin LLP | Underwriters Counsel | Yes | No | Yes | Yes |
| Barclays Capital, Inc. | Underwriter | Yes | Yes | Yes | Yes |
| BofA Merrill Lynch | Underwriter | Yes | Yes | Yes | Yes |
| Goldman Sachs & Co. | Underwriter | Yes | Yes | Yes | Yes |
| Jeffries | Underwriter | Yes | Yes | Yes | Yes |
| JPMorgan | Underwriter | Yes | Yes | Yes | Yes |
| Mesirow Financial, Inc. | Underwriter | Yes | Yes | Yes | Yes |
| Morgan Stanley | Underwriter | Yes | Yes | Yes | Yes |
| Ramirez & Co., Inc. | Underwriter | Yes | Yes | Yes | Yes |
| RBC Capital Markets | Underwriter | Yes | Yes | Yes | Yes |
| Santander Securities | Underwriter | Yes | Yes | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | Yes | Yes | Yes | Yes |
| Merrill Lynch | Swap Counterparty | Yes | No | Yes | Yes |
| Morgan Stanley | Swap Counterparty | Yes | No | Yes | Yes |
| *GO Bond Series 2012 B (Issued March 7, 2012)* | | | | | |
| Barclays Capital, Inc. | Underwriter | Yes | No | Yes | Yes |
| BofA Merrill Lynch | Underwriter | Yes | No | Yes | Yes |
| Citigroup | Underwriter | Yes | No | Yes | Yes |
| Ramirez & Co., Inc. | Underwriter | Yes | No | Yes | Yes |
| Raymond James | Underwriter | Yes | No | Yes | Yes |
| Santander Securities | Underwriter | Yes | No | Yes | Yes |
| Scotia MSD | Underwriter | Yes | No | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | Yes | No | Yes | Yes |
| *GO Bond Series 2012A (Issued March 7, 2012), Series 2011 D&E (Issued July 11, 2011), Series 2011C (Issued March 10, 2011)* | | | | | |
| Barclays Capital, Inc. | Underwriter | Yes | No | Yes | Yes |

1

Exhibit B

| Party | Role | Aiding & Abetting Fiduciary Duty | Breach of Contract | Unjust Enrichment | Fraudulent Transfer |
|---|---|---|---|---|---|
| BofA Merrill Lynch | Underwriter | Yes | No | Yes | Yes |
| BMO Capital Markets | Underwriter | Yes | No | Yes | Yes |
| Citigroup | Underwriter | Yes | No | Yes | Yes |
| Goldman Sachs & Co. | Underwriter | Yes | No | Yes | Yes |
| Jeffries | Underwriter | Yes | No | Yes | Yes |
| JPMorgan | Underwriter | Yes | No | Yes | Yes |
| Morgan Stanley | Underwriter | Yes | No | Yes | Yes |
| Ramirez & Co., Inc. | Underwriter | Yes | No | Yes | Yes |
| Raymond James | Underwriter | Yes | No | Yes | Yes |
| RBC Capital Markets | Underwriter | Yes | No | Yes | Yes |
| Santander Securities | Underwriter | Yes | No | Yes | Yes |
| Scotia MSD | Underwriter *(Series 2012A, Series 2011 D&E only)* | Yes | No | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | Yes | No | Yes | Yes |
| VAB Financial | Underwriter | Yes | No | Yes | Yes |
| *GO Bond Series 2011A (Issued February 10, 2011)* | | | | | |
| Barclays Capital | Underwriter | Yes | No | Yes | Yes |
| BofA Merrill Lynch | Underwriter | Yes | No | Yes | Yes |
| Citigroup | Underwriter | Yes | No | Yes | Yes |
| Goldman Sachs & Co. | Underwriter | Yes | No | Yes | Yes |
| Jefferies | Underwriter | Yes | No | Yes | Yes |
| JPMorgan | Underwriter | Yes | No | Yes | Yes |
| Morgan Stanley | Underwriter | Yes | No | Yes | Yes |
| Ramirez & Co. | Underwriter | Yes | No | Yes | Yes |
| Raymond James | Underwriter | Yes | No | Yes | Yes |
| RBC Capital Markets | Underwriter | Yes | No | Yes | Yes |
| Santander Securities | Underwriter | Yes | No | Yes | Yes |

2

Exhibit B

| Party | Role | Aiding & Abetting Fiduciary Duty | Breach of Contract | Unjust Enrichment | Fraudulent Transfer |
|---|---|---|---|---|---|
| UBS FS Puerto Rico | Underwriter | Yes | No | Yes | Yes |
| *GO Bond Series 2009A (Issued September 17, 2009), Series 2009B (Issued November 17, 2009)* | | | | | |
| Barclays Capital, Inc. | Underwriter | No | No | Yes | Yes |
| Goldman Sachs & Co. | Underwriter | No | No | Yes | Yes |
| JPMorgan | Underwriter | No | No | Yes | Yes |
| Merrill Lynch | Underwriter | No | No | Yes | Yes |
| Morgan Stanley | Underwriter | No | No | Yes | Yes |
| Ramirez & Co., Inc. | Underwriter | No | No | Yes | Yes |
| Santander Securities | Underwriter | No | No | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | No | No | Yes | Yes |
| *GO Bond Series 2009C (Issued December 16, 2009)* | | | | | |
| Barclays Capital | Underwriter | No | No | Yes | Yes |
| Citigroup | Underwriter | No | No | Yes | Yes |
| Goldman Sachs | Underwriter | No | No | Yes | Yes |
| JPMorgan | Underwriter | No | No | Yes | Yes |
| Merrill Lynch | Underwriter | No | No | Yes | Yes |
| Morgan Stanley | Underwriter | No | No | Yes | Yes |
| Ramirez & Co. Inc. | Underwriter | No | No | Yes | Yes |
| Santander Securities | Underwriter | No | No | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | No | No | Yes | Yes |
| *GO Bond Series 2007A-4 (Remarketed September 17, 2009)* | | | | | |
| JPMorgan | Remarketing Agent | No | No | Yes | Yes |
| Morgan Stanley | Remarketing Agent | No | No | Yes | Yes |
| *PBA Bond Series R 2011 (Issued August 24, 2011)* | | | | | |
| Barclays Capital, Inc. | Underwriter | Yes | No | Yes | Yes |
| BofA Merrill Lynch | Underwriter | Yes | No | Yes | Yes |
| Citigroup | Underwriter | Yes | No | Yes | Yes |

Exhibit B

| Party | Role | Aiding & Abetting Fiduciary Duty | Breach of Contract | Unjust Enrichment | Fraudulent Transfer |
|---|---|---|---|---|---|
| Ramirez & Co., Inc. | Underwriter | Yes | No | Yes | Yes |
| Raymond James | Underwriter | Yes | No | Yes | Yes |
| Santander Securities | Underwriter | Yes | No | Yes | Yes |
| Scotia MSD | Underwriter | Yes | No | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | Yes | No | Yes | Yes |
| *PBA Bond Series S 2011 (Issued August 24, 2011)* | | | | | |
| Barclays Capital, Inc. | Underwriter | Yes | No | Yes | Yes |
| BofA Merrill Lynch | Underwriter | Yes | No | Yes | Yes |
| BMO Capital Markets | Underwriter | Yes | No | Yes | Yes |
| Citigroup | Underwriter | Yes | No | Yes | Yes |
| Goldman Sachs & Co. | Underwriter | Yes | No | Yes | Yes |
| Jeffries | Underwriter | Yes | No | Yes | Yes |
| JPMorgan | Underwriter | Yes | No | Yes | Yes |
| Morgan Stanley | Underwriter | Yes | No | Yes | Yes |
| Ramirez & Co., Inc. | Underwriter | Yes | No | Yes | Yes |
| Raymond James | Underwriter | Yes | No | Yes | Yes |
| RBC Capital Markets | Underwriter | Yes | No | Yes | Yes |
| Santander Securities | Underwriter | Yes | No | Yes | Yes |
| Scotia MSD | Underwriter | Yes | No | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | Yes | No | Yes | Yes |
| VAB Financial | Underwriter | Yes | No | Yes | Yes |
| *PBA Bond Series T 2011 (Issued December 22, 2011)* | | | | | |
| Santander Securities | Underwriter | Yes | No | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | Yes | No | Yes | Yes |
| *PBA Bond Series U 2012 (Issued June 21, 2012)* | | | | | |
| Sidley Austin LLP | Bond Counsel | Yes | No | Yes | Yes |
| Barclays Capital, Inc. | Underwriter | Yes | No | Yes | Yes |

Exhibit B

| Party | Role | Aiding & Abetting Fiduciary Duty | Breach of Contract | Unjust Enrichment | Fraudulent Transfer |
|---|---|---|---|---|---|
| BofA Merrill Lynch | Underwriter | Yes | No | Yes | Yes |
| BMO Capital Markets | Underwriter | Yes | No | Yes | Yes |
| Citigroup | Underwriter | Yes | No | Yes | Yes |
| Goldman Sachs & Co. | Underwriter | Yes | No | Yes | Yes |
| Jeffries | Underwriter | Yes | No | Yes | Yes |
| JPMorgan | Underwriter | Yes | No | Yes | Yes |
| Morgan Stanley | Underwriter | Yes | No | Yes | Yes |
| Ramirez & Co., Inc. | Underwriter | Yes | No | Yes | Yes |
| Raymond James | Underwriter | Yes | No | Yes | Yes |
| RBC Capital Markets | Underwriter | Yes | No | Yes | Yes |
| Santander Securities | Underwriter | Yes | No | Yes | Yes |
| Scotia MSD | Underwriter | Yes | No | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | Yes | No | Yes | Yes |
| VAB Financial | Underwriter | Yes | No | Yes | Yes |
| *PBA Bond Series P, Q 2009 (Issued July 1 and October 28, 2009)* | | | | | |
| Barclays Capital, Inc. | Underwriter | No | No | Yes | Yes |
| Goldman Sachs & Co. | Underwriter | No | No | Yes | Yes |
| JPMorgan | Underwriter | No | No | Yes | Yes |
| Merrill Lynch | Underwriter | No | No | Yes | Yes |
| Morgan Stanley | Underwriter | No | No | Yes | Yes |
| Ramirez & Co., Inc. | Underwriter | No | No | Yes | Yes |
| Santander Securities | Underwriter | No | No | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | No | No | Yes | Yes |
| *PBA Bond Series K 2009 (Remarketed July 1, 2009)* | | | | | |
| Merrill Lynch | Underwriter | No | No | Yes | Yes |
| Ramirez & Co. | Underwriter | No | No | Yes | Yes |
| *ERS Bond Series A (Issued January 2008)* | | | | | |

5

Exhibit B

| Party | Role | Aiding & Abetting Fiduciary Duty | Breach of Contract | Unjust Enrichment | Fraudulent Transfer |
|---|---|---|---|---|---|
| Sidley Austin LLP | Underwriters Counsel | No | No | Yes | Yes |
| Citigroup | Underwriter | No | Yes | Yes | Yes |
| Merrill Lynch | Underwriter | No | Yes | Yes | Yes |
| Ramirez & Co., Inc. | Underwriter | No | Yes | Yes | Yes |
| Santander Securities | Underwriter | No | Yes | Yes | Yes |
| Scotia Capital | Underwriter | No | Yes | Yes | Yes |
| TCM Capital | Underwriter | No | Yes | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | No | Yes | Yes | Yes |
| *ERS Bond Series B&C (Issued May-June 2008)* | | | | | |
| Sidley Austin LLP | Underwriters Counsel | No | No | Yes | Yes |
| Santander Securities | Underwriter | No | Yes | Yes | Yes |
| UBS FS Puerto Rico | Underwriter | No | Yes | Yes | Yes |