**Exhibit A**

```
Court Name: District Court
Division: 1
Receipt Number: PRX100063685
Cashier ID: arodrigu
Transaction Date: 05/06/2019
Payer Name: SANCHEZ PIRILLO LLC.
------------------------------------
PRO HOC VICE
  For: SANCHEZ PIRILLO LLC.
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:      $300.00
PRO HOC VICE
  For: SANCHEZ PIRILLO LLC.
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:      $300.00
------------------------------------
PAPER CHECK CONVERSION
  Remitter: SANCHEZ PIRILLO LLC.
  Check/Money Order Num: 1882
  Amt Tendered:  $600.00
------------------------------------
Total Due:       $600.00
Total Tendered:  $600.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF RACHEL
JAFFE MAUCERI & TUNG-YU CHARLIE LIU

THRU: ALICIA I LAVERGNE-RAMIREZ
```