# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW, Tung-Yu Charlie Liu, applicant herein, and pursuant to L. Civ. R. 83.1(f) of the United States District Court of the District of Puerto Rico, states as follows:

1. Applicant is an attorney and member of the law firm of MORGAN, LEWIS & BOCKIUS LLP, with offices at:

   | | |
   |---|---|
   | Address: | 101 Park Avenue<br>New York, NY  10178-0060 |
   | E-mail: | charlie.liu@morganlewis.com |
   | Telephone: | (212) 309-6133 |
   | Facsimile: | (212) 309-6001 |

2. Applicant will sign all pleadings with the name T. Charlie Liu.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Applicant has been retained as a member of the above-named firm by Edward D. Jones & Co., L.P. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. For each jurisdiction set forth below, applicant has been admitted since the referenced date, and presently is a member in good standing of the following state bars:

| Jurisdiction | Year of Admission | Bar Number |
| --- | --- | --- |
| Commonwealth of Massachusetts | 2015 | 693338 |
| State of New York | 2016 | 5399845 |

5. Applicant has been admitted to practice before the following courts:

United States District Court for the Southern District of New York

6. Applicant is a member in good standing of the bar of the court listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

Name: Alicia I. Lavergne Ramírez

Address: 270 Muñoz Rivera Avenue, Suite 1110
San Juan, Puerto Rico 00918

E-mail: alavergne@sanpir.com

Telephone: (787) 522-6776

10. Applicant has read the local rules of this court and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide, in part that attorneys appearing *Pro Hac Vice* must comply with the provisions set forth therein and pay an admission fee per appearance in each new case before the Court. Accordingly, payment of the *Pro Hac Vice* admission fee is attached hereto.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 6, 2019

>　/s/ *T. Charlie Liu*
> T. Charlie Liu
> 101 Park Avenue
> New York, NY 10178-0060
> Telephone: +1.212.309.6133
> Facsimile: +1.212.309.6001
> Email: charlie.liu@morganlewis.com

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 6, 2019

> Alicia I Lavergne Ramírez
> USDC-PR 215112
>
> /s/ *Alicia I. Lavergne Ramírez*
> Signature of Local Counsel

     I CERTIFY that on May 6, 2019, I caused to be electronically filed the foregoing Application and Order for Admission *Pro Hac Vice*, accompanied by the admission fee, *Pro Hac Vice* admission fee, with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *T. Charlie Liu*
Signature of Applicant

### ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, order that:

- ❏ the application be granted. The Clerk shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

- ❏ the application be denied. The Clerk shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
U.S. DISTRICT JUDGE