IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) X | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>   as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>   Debtor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) x | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                           ) SS.:
COUNTY OF NEW YORK  )

Marguerite M. Melvin, being duly sworn, deposes and says:

1.  I am employed by Jones Day, 250 Vesey Street, New York, New York 10281, I am over eighteen years of age, and am not a party to the above-captioned cases.

NAI-1507432737v1

2. On May 3, 2019, employees of Jones Day caused a copy of the following to be served:

- *Motion of Bruce Bennett to Quash or Modify the Subpoena to Testify at a Deposition in a Civil Action* ("<u>Motion to Quash</u>")

    [Case No. 17-03283, Docket No. 6829; and
    Case No. 17-03566, Docket No. 489]

via the Court's electronic case filing and noticing system, and by e-mail upon the parties listed on the service list attached hereto as <u>Exhibit A</u>.

3. On May 6, 2019, I caused the Motion to Quash to be served via U.S. First Class Mail upon the parties listed on the service list attached hereto as <u>Exhibit B</u>.

<u>/s/ Marguerite M. Melvin</u>
Marguerite M. Melvin

SWORN TO AND SUBSCRIBED before
me this 7th day of May, 2019

<u>/s/ Dolly Waters</u>
Dolly Waters, Notary Public

Notary Public, State of New York
No. 01WA487730
Qualified in Nassau County
Commission Expires Nov. 17, 2020

NAI-1507432737v1

## Exhibit A

aaa@mcvpr.com
aaneses@cstlawpr.com
abhishek.kalra@lehmanholdings.com
abyowitz@kramerlevin.com
acasellas@amgprlaw.com
acaton@kramerlevin.com
acevedovila1@gmail.com
acordova@juris.inter.edu
acouret@smclawpr.com
adam.goldberg@lw.com
adeliz@smclawpr.com
Adiaz@cnrd.com
adtoro@pico-blanco.co
afernandez@delgadofernandez.com
agestrella@estrellallc.com
AGlenn@kasowitz.com
agraitfe@agraitlawpr.com
howie@sagwlaw.net
ajb@bennazar.org
AKHerring@wlrk.com
alavergne@lsplawpr.com
alexandra.bigas@gmail.com
alexbongartz@paulhastings.com
alinares2020@yahoo.com
allan.brilliant@dechert.com
amiller@milbank.com
Ana.chilingarishvili@maslon.com
anabelle.centeno@pridco.pr.gov
andres@awllaw.com
andrewtenzer@paulhastings.com
angela.libby@davispolk.com
anthonybuscarino@paulhastings.com
antoniofuentesgonzalez@yahoo.com
anunez@smclawpr.com
apavel@omm.com
aperez@kpmg.com
apico@jgl.com
arizmendis@reichardescalera.com
arosenberg@paulweiss.com
Arthursail@stny.rr.com
Arwolf@wlrk.com
asantiago@amgprlaw.com
asociacióngerencialescfse@gmail.com
auetz@foley.com

avalencia@cnrd.com
avb@sbgblaw.com
ayanez@willkie.com
bankruptcynoticeschr@sec.gov
barrios.jl@outlook.com
bbennett@jonesday.com
bbobroff@proskauer.com
Bbolin@wlrk.com
bchew@brownrudnick.com
belkgrovas@gmail.com
beth@hbsslaw.com
bfriedman@stblaw.com
bgm.csp@bennazar.org
bheifetz@jonesday.com
bill.natbony@cwt.com
bkfilings@fortuno-law.com
bmd@bmdcounselors.com
boneill@kramerlevin.com
bos-bankruptcy@hklaw.com
Brian.klein@maslon.com
brian.pfeiffer@whitecase.com
brian.resnick@davispolk.com
BRosen@proskauer.com
brosenblum@jonesday.com
bufetefrgonzalez@gmail.com
buzz.rochelle@romclaw.com
c-aquino@prepa.com
cabruens@debevoise.com
cacevedo@riveratulla.com
calsina@prquiebra.com
Carla.garcia@oneillborges.com
carla.rodriguezbernier@yahoo.com
carlos.lugo@saldanalaw.com
carloscardonafe@hotmail.com
carlosfernandez@cfnlaw.com
carlosvergne@aol.com
carmen.herrero@prepa.com
casey.servais@cwt.com
castilloricardo977@gmail.com
cbg@bobonislaw.com
ccuprill@cuprill.com
cdipompeo@jonesday.com
Cesar.a.lopez-morales@usdoj.gov
cfebus@proskauer.com

NAI- 1507432737v1              A-1

cgray@reedsmith.com
charliehernandezlaw@gmail.com
chris.maddux@butlersnow.com
Chris.Maddux@butlersnow.com
christopher.connolly@usdoj.gov
christopher.harris@lw.com
clarisasola@hotmail.com
Clark.whitmore@maslon.com
claudia.quinones@indianowilliams.com
Clearyd@gtlaw.com
cmechling@stroock.com
condecarmen@condelaw.com
corraldieg@gmail.com
craigmcc@me.com
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
cspringer@reedsmith.com
csteege@jenner.com
courtneyrcarroll@gierbolinicarroll.com
cvelaz@mpmlawpr.com
cwedoff@jenner.com
daniel.bustos@excelerateenergy.com
daniel.connolly@bracewell.com
Daniel.Egan@ropesgray.com
daniel.elkort@patternenergy.com
daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
darrengoldman@quinnemanuel.com
david.indiano@indianowilliams.com
david.lawton@bracewell.com
david.powlen@btlaw.com
davidcarrionb@aol.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dbussel@ktbslaw.com
dcantor@omm.com
ddunne@milbank.com
delapena.sylvia@gmail.com
dg@g-glawpr.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmolinalaw@gmail.com
dmonserrate@msglawpr.com
donald.bernstein@davispolk.com

Donna.Maldonado@popular.com
Douglas.Hallward-Driemeier@ropesgray.com
dperez@cabprlaw.com
dperez@omm.com
drodriguez.alb@gmail.com
drodriguez@alblegal.net
dschlecker@reedsmith.com
dvelawoffices@gmail.com
dvelawoffices@gmail.com
Eakleinhaus@wlrk.com
ealdarondo@alblegal.net
ealmeida@almeidadavila.com
ebarak@proskauer.com
edgardo_barreto@yahoo.com
eduardo@cobianroig.com
edward.linden@stblaw.com
efl@bobonislaw.com
elian.escalante@gmail.com
ellen.halstead@cwt.com
emaldonado@smclawpr.com
emckeen@omm.com
emil@mlrelaw.com
emontull@cstlawpr.com
emunozPSC@gmail.com
epo@amgprlaw.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
estudiolegalrivera2@gmail.com
etejeda@splawpr.com
etulla@riveratulla.com
eweisfelner@brownrudnick.com
eworenklein@debevoise.com
ezm@mcvpr.com
fdearmas@ciacpr.com
ferraric@ferrarilawpr.com
fgierbolini@msglawpr.com
figueroaymorgadelaw@yahoo.com
filippetti_r@hotmail.com
fingerk@gtlaw.com
fmontanezmiran@yahoo.com
fpabon@lvvlaw.com

francisco.delcastillo@bennazar.org
fserra@sampr.com
fsilva@claropr.com
FSosnick@Shearman.com
gabriel.morgan@weil.com
gacarlo@carlo-altierilaw.com
gaclegal@gmail.com
gar@crlawpr.com
gbrenner@proskauer.com
geisenberg@perkinscoie.com
gerardopavialaw@msn.com
ghorowitz@kramerlevin.com
gkurtz@whitecase.com
GLee@mofo.com
glenncarljameslawoffices@gmail.com
gls@lopezsolerlaw.com
gmainland@milbank.com
gonzalezbadillo@gmail.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gramlui@yahoo.com
gregory.silbert@weil.com
gspadoro@csglaw.com
gstewart@jonesday.com
gviviani@sanpir.com
handuze@microjuris.com
harlawpr@gmail.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
hector.saldana@saldanalaw.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
howard.hawkins@cwt.com
hreynolds@delvallegroup.net
Huttonj@gtlaw.com
hvaldes@v-olaw.com
hwalker@gibsondunn.com
iacosta@renocavanaugh.com
icabrera@riveratulla.com
icastro@alblegal.net
ifullana@gaflegal.com
ileanaortix@outlook.com
ioliver@ccsllp.com
irg@roldanlawpr.com
irm@roldanlawpr.com

ivandialo2001@yahoo.com
ivonnegm@prw.net
jaimeenriquecruzalvarez@gmail.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
jason.callen@butlersnow.com
Jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
Jay.goffman@skadden.com
goplerud@sagwlaw.net
jbolian@robbinsrussell.com
jbrugue@mbbclawyers.com
jcanfield@stroock.com
jcasillas@cstlawpr.com
jchristiansen@gibsondunn.com
jcunningham@whitecase.com
jdorsey@ycst.com
jdugan@willkie.com
Jean.lin@usdoj.gov
jeff.bjork@lw.com
jemudd@yahoo.com
jerichman@proskauer.com
jessica@bufete-emmanuelli.com
jesus.cuza@hklaw.com
jeva@valenzuelalaw.net
jf@cardonalaw.com
jfeldesman@FTLF.com
jfigueroa@arroyorioslaw.com
jgross@jonesday.com
jkapp@mwe.com
jkorn@willkie.com
JLawlor@wmd-law.com
jlcumbastorres@yahoo.com
JLevitan@proskauer.com
jlgere@gmail.com
jlopez@constructorasantiago.com
jminias@willkie.com
jmoralesb@microjuris.com
Jnieves@gonzalezmunozlaw.com
johnshaffer@quinnemanuel.com
jonathan.polkes@weil.com
jorge@mlrelaw.com
jorgequintanalajara@gmail.com

| | |
|---|---|
| jose.enrico.valenzuela1@gmail.com | larroyo@amgprlaw.com |
| jose.sosa@dlapiper.com | Laura.A.Hunt@usdoj.gov |
| jpatton@ycst.com | lawlugo1@gmail.com |
| JPeck@mofo.com | lawrence.bauer@nortonrosefulbright.com |
| JPGLaw@outlook.com | lawrog@gmail.com |
| jpsala_pr@yahoo.com | lcdo.carlos.e.riverajustiniano@gmail.com |
| Jramirez@amrclaw.com | lcumpiano@yahoo.com |
| jrapisardi@omm.com | ldelacruz@oeg.pr.gov |
| jreyes@sanpir.com | lemuel.law@gmail.com |
| jrivlin@afscme.org | leslieplaskon@paulhastings.com |
| jsalichs@splawpr.com | leticia.casalduc@indianowilliams.com |
| jsanabria@sbgblaw.com | Lft@tcmrslaw.com |
| jsanchez@lsplawpr.com | liza.burton@lw.com |
| jsanchez@scvrlaw.com | lmarini@mpmlawpr.com |
| jsantos@smclawpr.com | Lnegron@kpmg.com |
| jsoto@jbsblaw.com | loliver@amgprlaw.com |
| juan@jahrlaw.com | loomislegal@gmail.com |
| juan@riverafont.com | lpabonroca@microjuris.com |
| juans@prtc.net | lpettit@robbinsrussell.com |
| julian.fernandez@metropistas.com | lrappaport@proskauer.com |
| julio.pagan@g2la.com | lrobbins@robbinsrussell.com |
| jvankirk@tcmrslaw.com | ls.valle@condelaw.com |
| jvannah@santandersecurities.com | lshelfer@gibsondunn.com |
| jvv@wbmvlaw.com | lsizemore@reedsmith.com |
| jwc@jwcartagena.com | ltorres@cstlawpr.com |
| jweiss@ktbslaw.com | lucdespins@paulhastings.com |
| jzakia@whitecase.com | luis.vazquez@peerlessoil.com |
| katescherling@quinnemanuel.com | luisfredsalgado@hotmail.com |
| KBGoldberg@wlrk.com | malvarez@mpmlawpr.com |
| Kbolanos@cnrd.com | man@nblawpr.com |
| kcsuria@estrellallc.com | manuel@rodriguezbanchs.com |
| kdm@romclaw.com | marcia.goldstein@weil.com |
| Keith.Wofford@ropesgray.com | margaritalmercado@gmail.com |
| kelly.diblasi@weil.com | MARIAE.HERNANDEZ@prepa.com |
| Kelly.McDonald@Shearman.com | marianifrancolaw@gmail.com |
| Kellyrivero@hotmail.com | Marieli.Paradizo@ponce.pr.gov |
| kevin.collins@btlaw.com | marielopad@gmail.com |
| kgwynne@reedsmith.com | marivera@riveratulla.com |
| khansen@stroock.com | mark.ellenberg@cwt.com |
| kklee@ktbslaw.com | mark.gallagher@usdoj.gov |
| kperra@proskauer.com | mark.mcdermott@skadden.com |
| ksheehan@mwe.com | martin.sosland@butlersnow.com |
| kstipec@amgprlaw.com | martz@afscme.org |
| kurt.mayr@bracewell.com | matthewscheck@quinnemanuel.com |
| kzecca@robbinsrussell.com | maxtruj@gmail.com |
| l.ortizsegura@ploolaw.com | mbienenstock@proskauer.com |

mcaruso@csglaw.com
mcrm100@msn.com
mcto@debevoise.com
mevicens@yahoo.com
Mfb@tcmrslaw.com
mfeldman@willkie.com
mfirestein@proskauer.com
mfredericks@amerinatls.com
mfvelezquiebras@gmail.com
MHackett@proskauer.com
mhernandez@scvrlaw.com
michael.doluisio@dechert.com
michaelcomerford@paulhastings.com
michele.meises@whitecase.com
migade19@hotmail.com
miguelgierbolini@gierbolinicarroll.com
Mimi.M.Wong@irscounsel.treas.gov
mitch.carrington@butlersnow.com
mkelso@susmangodfrey.com
mlepelstat@csglaw.com
mmcgill@gibsondunn.com
mmercado@mercado-echegaray-law.com
mmier@cabprlaw.com
Mohammad.Yassin@aafaf.pr.gov
mpico@rexachpico.com
mpocha@omm.com
mrios@arroyorioslaw.com
mrm@rmlawpr.com
mroot@jenner.com
mseidel@willkie.com
msimonet@msglawpr.com
mstancil@robbinsrussell.com
mthibert-ind@mwe.com
mtrelles@pmalaw.com
mvazquez@lsplawpr.com
mvega@senado.pr.gov
mzerjal@proskauer.com
n.tactuk@ferrovial.com
NATHAN.BULL@CWT.COM
navarro@navarrolawpr.com
nbaker@stblaw.com
nhamerman@kramerlevin.com
nicholasbassett@paulhastings.com
nmanne@susmangodfrey.com
notificaciones@bufete-emmanuelli.com
nperez@tcmrslaw.com

nrickenbach@rickenbachpr.com
nrivera@oeg.pr.gov
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
orlando1701@gmail.com
ortizcolonricardo@gmail.com
Otero_and_assoc@hotmail.com
pabong@reichardescalera.com
pbentley@kramerlevin.com
pdechiara@cwsny.com
peajeinfo@dechert.com
pedronicot@gmail.com
penagaricanobrownusdc@gmail.com
peter.canzano@nortonrosefulbright.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
pjime@icepr.com
pjime@lawfirm-pr.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
prodriguez@prvlaw.com
prosol@utier.org
prwolverine@gmail.com
pshalhoub@willkie.com
puertoricoteam@primeclerk.com
pwm@wbmvlaw.com
QUIEBRAS@ELBUFETEDELPUEBLO.COM
quilichinipazc@microjuris.com
r.miranda@rmirandalex.net
ra@calopsc.com
rachel.albanese@dlapiper.com
rachel.goldman@bracewell.com
rafael.ortiz.mendoza@gmail.com
ramon.dapena@mbcdlaw.com
ramonvinas@vinasllc.com
rbonilla@bspr.com
rbrady@ycst.com
rburgos@adameslaw.com
rcamara@ferraiuoli.com
rcasellas@cabprlaw.com
rcastellanos@devconlaw.com

rco@crlawpr.com
remmanuelli@me.com
Rgf@mcvpr.com
Rgmason@wlrk.com
rgordon@jenner.com
rgv@g-glawpr.com
rhoncat@netscape.net
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rlevin@jenner.com
rlozada@msglawpr.com
rnies@csglaw.com
robert.berezin@weil.com
robert.schnell@faegrebd.com
robin.keller@hoganlovells.com
rolando@bufete-emmanuelli.com
romn1960@gmail.com
roppenheimer@omm.com
rortiz@rloclaw.onmicrosoft.com
rosasegui@yahoo.com
Roy.purcell@scotiabank.com
rprats@rpplaw.com
rrivera@jgl.com
rrodriguez@juris.inter.edu
rschell@msglawpr.com
rtorres@torresrodlaw.com
salalawyers@yahoo.com
sanchez.lebron501@gmail.com
santilawoffice@yahoo.com
Saultoledo22@yahoo.com
sawbacal@aol.com
sbest@brownrudnick.com
sbeville@brownrudnick.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
secbankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
serviceqa@primeclerk.com
smillman@stroock.com
squsba@stblaw.com
sramirez@sarlaw.com
sratner@proskauer.com
SSchmidt@kasowitz.com

ssooknanan@jonesday.com
stan.ladner@butlersnow.com
stansoffice@aol.com
steve@hbsslaw.com
storres@alblegal.net
stuart.steinberg@dechert.com
suarezcobo@gmail.com
suhland@omm.com
susheelkirpalani@quinnemanuel.com
swb@wbmvlaw.com
sweise@proskauer.com
thomas.curtin@cwt.com
Thomas.g.ward@usdoj.gov
thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV
tmayer@kramerlevin.com
tmundiya@willkie.com
tmungovan@proskauer.com
toby.gerber@nortonrosefulbright.com
toledo.bankruptcy@gmail.com
tolson@gibsondunn.com
tpaterson@afscme.org
tpennington@renocavanaugh.com
tuttieguerrero@yahoo.com
TWelch@kasowitz.com
ubaldo.fernandez@oneillborges.com
unionecfse@yahoo.com
USTP.Region21@usdoj.gov
vbantnerpeo@buchalter.com
vdorfman@jonesday.com
velez.hector@epa.gov
vero@ferraiuoli.pr
victor.quinones@mbcdlaw.com
victor@calderon-law.com
victorriverarios@rcrtrblaw.com
wardlow.w.benson@usdoj.gov
wburgos@justicia.pr.gov
wdalsen@proskauer.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wlugo@lugomender.com
wmq@wmarrerolaw.com
wsmith@mwe.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com

yasmin@bufete-emmanuelli.com
ygc@rclopr.com
ygc1@prtc.net
zacharyrussell@quinnemanuel.com
zdavila@almeidadavila.com

NAI-1507432737v1                    A–7

**Exhibit B**

| | |
|---|---|
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC 20525 | Integrand Assurance Company<br>P.O. Box 70128<br>San Juan, PR 00907 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR 00681 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR 00981-0190 |
| Harry Anduze<br>Counsel to Cooperativa De Ahorro<br>Y Creditor Abraham Rosa<br>1225 Ponce De Leon Ave., Suite PH 1<br>San Juan, PR 00907 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Homeland Security (DHS)<br>Attn: Kirstjen M. Nielsen<br>245 Murray Lane., SW<br>Washington, DC 20528-0075 | Department of Housing and Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street, SW<br>Washington, DC 20410 |
| Department of Human and Health Services<br>Attn: Alex M. Azar II<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW<br>Washington, DC 20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of Veterans Affairs (VA)<br>Attn: Robert Wilkie<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| Economic and Statistics Administrations<br>Attn: Karen Dunn Kelley<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | Federación de Maestros de Puerto Rico<br>Urbanización El Caribe No. 1572<br>Ponce de León Avenue<br>San Juan, PR 00927 |

| | |
|---|---|
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica<br>Edif. Juan Ruiz Vélez, Oficina 404<br>Ave. Ponce de León 1110<br>Santurce, PR 00907 | Jaime Rodríguez Avilés<br>P.O. Box 347<br>Yauco, PR 00698 |
| Kanoso Auto Sales Inc.<br>PO Box 1446<br>San German, PR 00683<br>Attn: Jose A. Crespo Gonzalez, President | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC 20554 |
| Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW<br>Washington, DC 20472 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR 00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR 00623 |
| Small Business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC 20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 |
| Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR 00901 | US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC 20548 |
| US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | US Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| US Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | US Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |

NAI-1507432737v1 B–2

| | |
|---|---|
| US Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | US Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| US Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave.<br>Washington, DC 20210 | Del Valle Group, S.P.<br>Attn: Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR 00951-2319 |
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC 20001 |
| A&S Legal Studio, PSC<br>Attn: Legal Department<br>434 Avenida Hostos<br>San Juan, PR 00918 | Hon. Judith G. Dein<br>United States District Court, District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA 02210 |
| Ricardo Rosello Nevares<br>11 Avenida Juan Ponce de León<br>San Juan Antiguo, PR 009101 | Financial Oversight and Management Board<br>40 Washington Square South, Office 314A<br>New York, NY 10012<br>Attn: Prof. Arthur J. Gonzalez, Board Member |
| Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR 00979-5729 | Edgordo Seda Arroyo<br>35299-054, Federal Correctional Complex<br>UPS 2<br>P.O. Box 1034<br>Coleman, FL 33521-1034 |
| Puerto Rico Electric Power Authority<br>P.O. Box 364267<br>San Juan, PR 00936-4267<br>Attn: Office of the General Counsel | Rene Pinto-Lugo<br>PO Box 13531<br>San Juan, PR 00908 |
| Marylin Del Valle, General Manager<br>Reliable Equipment Corporation<br>P.O. Box 2316<br>Toa Baja, PR 00951-2316 | Rafael Ferreira Cintron<br>Counsel to BEC Co, Inc.<br>d/b/a Empacadora Hill Brothers<br>The Financial Attorneys<br>P.S.C. PMB 274<br>405 Esmeralda Avenue, Suite 2<br>Guaynabo, PR 00969 |

| | |
|---|---|
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR 00936-8344 | Office of the United States Trustee for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 |
| Pablo Del Valle Rivera<br>P.O. Box 2319<br>Toa Baja, PR 00951 | United States District Court<br>Southern District of New York<br>Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 |
| Puerto Rico Fiscal Agency and Financial Advisory Authority<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan, PR 00907 | Asociación de Empleados Gerenciales del Fondo del Seguro del Estado<br>PO Box 71325 Suite 84<br>San Juan, PR 00936 |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>Attn: Brant Kuehn | HALS, PSC<br>Attn: Yarymar González Carrasquillo<br>P.O. Box 365061<br>San Juan, PR 00936-5061 |
| Picó & Blanco, LLC<br>Attn: Ana M. del Toro Sabater, Esq<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan, PR 00907 | Unitec Engineering<br>Members of Creditor's Committee<br>Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra, PR 00739 |
| Autonomous Municipality of Ponce<br>PO Box 331709<br>Ponce, PR 00733-1709 | Sepulvado & Maldonado, PSC<br>Attn: José Javier Santos Mimoso, Elaine Maldonado Matias, Aníbal J. Núñez González, Aurivette Deliz Delgado, & Albéniz Couret Fuentes<br>304 AVE PONCE DE LEON # 990<br>San Juan, PR 00918-2029 |

NAI-1507432737v1        B–4