# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

Notice is hereby given of updated notification information for Robin E. Keller, Pieter Van Tol and Daniel J. Lanigan of Hogan Lovells US LLP, counsel for U.S. Bank National Association ("USBNA") and U.S. Bank Trust National Association ("USBTNA", and collectively with USBNA, "U.S. Bank"),[2] who have been authorized to appear *pro hac vice* on their behalf.  Robin E. Keller, Pieter Van Tol and Daniel J. Lanigan's notification information has changed as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] U.S. Bank is the trustee or successor trustee for bonds issued by Puerto Rico Housing Finance Authority (HFA), Puerto Rico Infrastructure Financing Authority (PRIFA), Puerto Rico Public Finance Corporation (PFC), Children's Trust (CT), Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority (AFICA), Puerto Rico Municipal Finance Agency (MFA), Puerto Rico Industrial Development Company (PRIDCO), University of Puerto Rico (UPR), and the fiscal agent for bonds issued by Public Buildings Authority (PBA), and the trustee for bonds issued by PREPA (represented by other counsel).

Robin E. Keller, Esq.
Pieter Van Tol, Esq.
Daniel J. Lanigan, Esq.
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
pieter.vantol@hoganlovells.com
daniel.lanigan@hoganlovells.com

**WHEREFORE** U.S. Bank respectfully requests that the Debtors take notice of Robin E. Keller, Pieter Van Tol and Daniel J. Lanigan and Hogan Lovells US LLP's change of address, substitute Ms. Keller, Mr. Van Tol and Mr. Lanigan's prior notification information with the information contained herein, and serve copies of any and all notices or papers filed or entered in this case upon counsel at the address set forth above.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 7th day of May, 2019.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail to all case participants with email addresses.

[*Remainder of page left intentionally blank*]

3

May 7th, 2019

        **RIVERA, TULLA AND FERRER, LLC**

        By: /s/ *Eric A. Tulla*
        Eric A. Tulla
        USDC-DPR No. 118313
        Email: etulla@ riveratulla.com

        By: /s/ *Iris J. Cabrera-Gómez*
        Iris J. Cabrera-Gómez
        USDC-DPR No. 221101
        Email: icabrera@riveratulla.com
        Rivera Tulla & Ferrer Building
        50 Quisqueya Street
        San Juan, PR 00917-1212
        Tel.: (787)753-0438
        Fax: (787)767-5784

        And

        **HOGAN LOVELLS US LLP**

        By: */s/ Robin E. Keller*
        Robin E. Keller, Esq. (admitted *pro hac vice*)
        robin.keller@hoganlovells.com

        By: /s/ *Pieter Van Tol*
        Pieter Van Tol, Esq. (admitted *pro hac vice*)
        pieter.vantol@haganlovells.com
        875 Third Avenue
        New York, NY 10022
        Tel.: (212) 918-3000
        Fax: (212) 918-3100

        Counsel to U.S. Bank National Association and U.S. Bank Trust National Association