**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF CORRECTED APPENDIX 3 TO URGENT MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO TO ENFORCE ORDER UNDER BANKRUPTCY RULES 1007(i) AND 2004 AUTHORIZING DISCOVERY AND COMPELLING DISCLOSURE OF**
**LISTS OF SECURITY HOLDERS**

**PLEASE TAKE NOTICE** that on May 7, 2019, the Financial Oversight and Management Board for Puerto Rico, acting by and through its Special Claims Committee, filed the *Urgent Motion of the Financial Oversight and Management Board of Puerto Rico to Enforce Order Under Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery and Compelling Disclosure of Lists of Security Holders* [Docket No. 6853] (the "Motion"). Attached hereto as Exhibit A is a corrected Appendix 3 to the Motion.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

5

Dated: May 8, 2019

*/s/ Edward S. Weisfelner*
BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq. (*Pro Hac Vice*)
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
Tel: (202) 536-1700
sbest@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

- and -

*/s/ Kenneth C. Suria*
ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

63395761 v1

5

# EXHIBIT A

**Appendix 3**

**CUSIP Payment Dates**

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| 2011 C | 74514LWX1 | May 3, 2013 - May 3, 2017 |
| | 74514LWY9 | |
| | 74514LWZ6 | |
| | 74514LXA0 | |
| | 74514LXB8 | |
| | 74514LXC6 | |
| | 74514LXD4 | |
| | 74514LXE2 | |
| | 74514LXF9 | |
| | 74514LXG7 | |
| | 74514LXH5 | |
| 2011 PIRB | 74514LYW1 | |
| 2011 D | 74514LZA8 | |
| | 74514LZB6 | |
| | 74514LZC4 | |
| | 74514LZD2 | |
| | 74514LZE0 | |
| | 74514LZF7 | |
| | 74514LZG5 | |
| | 74514LZH3 | |
| | 74514LZJ9 | |
| | ==74514LYX9== | |
| | ==74514LYY7== | |
| | ==74514LYZ4== | |
| 2011 E | 74514LZK6 | |
| | 74514LZL4 | |
| | 74514LZM2 | |
| | 74514LZN0 | |
| | 74514LZP5 | |
| | 74514LZQ3 | |
| 2012 A | 74514LA31 | |
| | 74514LC47 | |
| | 74514LA49 | |
| | 74514LC54 | |
| | 74514LA56 | |
| | 74514LC62 | |
| | 74514LD46 | |
| | 74514LC70 | |

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| | 74514LA64 | |
| | 74514LD53 | |
| | 74514LC88 | |
| | 74514LA72 | |
| | 74514LD61 | |
| | 74514LA80 | |
| | 74514LD79 | |
| | 74514LD38 | |
| | 74514LC96 | |
| | 74514LA98 | |
| | 74514LB22 | |
| | 74514LD87 | |
| | 74514LB30 | |
| | 74514LB48 | |
| | 74514LB97 | |
| | 74514LB55 | |
| | 74514LC21 | |
| | 74514LC39 | |
| | 74514LD20 | |
| | 74514LB63 | |
| | 74514LB71 | |
| | 74514LB89 | |
| 2012 B | 74514LZS9 | |
| | 74514LZT7 | |
| | 74514LZU4 | |
| | 74514LZV2 | |
| | 74514LZW0 | |
| | 74514LZX8 | |
| | 74514LZY6 | |
| | 74514LZZ3 | |
| | 74514LA23 | |
| 2014 | 74514LE86 | |

**PBA BONDS**

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| SERIES R | 745235M57 | May 3, 2013 - May 3, 2017 |
| | 745235M65 | |
| | 745235M73 | |
| | 745235M81 | |
| SERIES S | 745235M99 | |
| | 745235N23 | |
| | 745235N31 | |
| | 745235N49 | |

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| | 745235N56 | |
| | 745235N64 | |
| | 745235N72 | |
| | 745235N80 | |
| | 745235N98 | |
| | 745235P21 | |
| | 745235P39 | |
| | 745235P47 | |
| | 745235P54 | |
| | 745235P62 | |
| | 745235P70 | |
| | 745235P88 | |
| SERIES T | 745235Q20 | |
| | 745235R37 | |
| | ==745235S51== | |
| | ==745235R45== | |
| | 745235R52 | |
| | 745235R60 | |
| | 745235R78 | |
| SERIES U | 745235R86 | |
| | 745235R94 | |
| | 745235S28 | |
| | 745235S36 | |
| | 745235S44 | |
| | 745235S69 | |

**ERS BONDS**

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| SERIES A | 29216MAC4 | May 21, 2013 - May 21, 2017 |
| | ==29216MAF7== | |
| | ==29216MAG5== | |
| | ==29216MAH3== | |
| | ==29216MAJ9== | |
| | ==29216MAK6== | |
| | ==29216MAL4== | |
| | ==29216MAD2== | |
| | ==29216MAM2== | |
| | ==29216MAN0== | |
| | ==29216MAP5== | |
| | ==29216MAQ3== | |
| | ==29216MAE0== | |
| SERIES B | ==29216MBA7== | |
| | ==29216MBB5== | |
| | ==29216MBC3== | |

|  |  |  |
|---|---|---|
|  | 29216MBD1 |  |
|  | 29216MBE9 |  |
|  | 29216MBF6 |  |
|  | 29216MBG4 |  |
|  | 29216MBH2 |  |
|  | 29216MBJ8 |  |
| SERIES C | 29216MBL3 |  |
|  | 29216MBN9 |  |
|  | 29216MBP4 |  |

63395716 v1