**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF CORRECTED APPENDIX 3 TO URGENT MOTION OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO TO
ENFORCE ORDER UNDER BANKRUPTCY RULES 1007(i) AND 2004 AUTHORIZING
DISCOVERY AND COMPELLING DISCLOSURE OF
<u>LISTS OF SECURITY HOLDERS</u>**

**PLEASE TAKE NOTICE** that on May 7, 2019, the Financial Oversight and

Management Board for Puerto Rico, acting by and through its Special Claims Committee, filed

the *Urgent Motion of the Financial Oversight and Management Board of Puerto Rico to Enforce

Order Under Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery and Compelling

Disclosure of Lists of Security Holders* [Docket No. 6854] (the "<u>Motion</u>").  Attached hereto as

<u>Exhibit</u> <u>A</u> is a corrected Appendix 3 to the Motion.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808; and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

5

Dated: May 8, 2019

/s/ *John Arrastia*
**GENOVESE JOBLOVE & BATTISTA, P.A.**
John Arrastia, Esq. (Pro Hac Vice)
John H. Genovese, Esq. (Pro Hac Vice)
Jesus M. Suarez, Esq. (Pro Hac Vice)
Mariaelena Gayo-Guitian, Esq. (Pro Hac Vice)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: (305) 349-2300
jarrastia@gjb-law.com
jgenovese@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com

*Proposed Special Litigation Counsel to the*
*Official Committee of Unsecured Creditors,*
*acting as conflict counsel*

/s/ *Juan J. Casillas Ayala*
**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Alberto J. E. Añeses Negrón, Esq. (USDC - PR 302710)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Counsel to the Official Committee of Unsecured Creditor,*
*acting as local conflict counsel*

63395791 v1

# EXHIBIT A

**Appendix 3**

**CUSIP Payment Dates**

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| | 74514LWX1 | May 3, 2013 - May 3, 2017 |
| | 74514LWY9 | |
| | 74514LWZ6 | |
| | 74514LXA0 | |
| | 74514LXB8 | |
| 2011 C | 74514LXC6 | |
| | 74514LXD4 | |
| | 74514LXE2 | |
| | 74514LXF9 | |
| | 74514LXG7 | |
| | 74514LXH5 | |
| 2011 PIRB | 74514LYW1 | |
| | 74514LZA8 | |
| | 74514LZB6 | |
| | 74514LZC4 | |
| | 74514LZD2 | |
| | 74514LZE0 | |
| 2011 D | 74514LZF7 | |
| | 74514LZG5 | |
| | 74514LZH3 | |
| | 74514LZJ9 | |
| | 74514LYX9 | |
| | 74514LYY7 | |
| | 74514LYZ4 | |
| | 74514LZK6 | |
| | 74514LZL4 | |
| 2011 E | 74514LZM2 | |
| | 74514LZN0 | |
| | 74514LZP5 | |
| | 74514LZQ3 | |
| | 74514LA31 | |
| | 74514LC47 | |
| | 74514LA49 | |
| 2012 A | 74514LC54 | |
| | 74514LA56 | |
| | 74514LC62 | |
| | 74514LD46 | |
| | 74514LC70 | |

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| | 74514LA64 | |
| | 74514LD53 | |
| | 74514LC88 | |
| | 74514LA72 | |
| | 74514LD61 | |
| | 74514LA80 | |
| | 74514LD79 | |
| | 74514LD38 | |
| | 74514LC96 | |
| | 74514LA98 | |
| | 74514LB22 | |
| | 74514LD87 | |
| | 74514LB30 | |
| | 74514LB48 | |
| | 74514LB97 | |
| | 74514LB55 | |
| | 74514LC21 | |
| | 74514LC39 | |
| | 74514LD20 | |
| | 74514LB63 | |
| | 74514LB71 | |
| | 74514LB89 | |
| | 74514LZS9 | |
| | 74514LZT7 | |
| | 74514LZU4 | |
| | 74514LZV2 | |
| 2012 B | 74514LZW0 | |
| | 74514LZX8 | |
| | 74514LZY6 | |
| | 74514LZZ3 | |
| | 74514LA23 | |
| 2014 | 74514LE86 | |

**PBA BONDS**

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| SERIES R | 745235M57 | May 3, 2013 - May 3, 2017 |
| | 745235M65 | |
| | 745235M73 | |
| | 745235M81 | |
| SERIES S | 745235M99 | |
| | 745235N23 | |
| | 745235N31 | |
| | 745235N49 | |

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| | 745235N56 | |
| | 745235N64 | |
| | 745235N72 | |
| | 745235N80 | |
| | 745235N98 | |
| | 745235P21 | |
| | 745235P39 | |
| | 745235P47 | |
| | 745235P54 | |
| | 745235P62 | |
| | 745235P70 | |
| | 745235P88 | |
| SERIES T | 745235Q20 | |
| | 745235R37 | |
| | 745235S51 | |
| | 745235R45 | |
| | 745235R52 | |
| | 745235R60 | |
| | 745235R78 | |
| SERIES U | 745235R86 | |
| | 745235R94 | |
| | 745235S28 | |
| | 745235S36 | |
| | 745235S44 | |
| | 745235S69 | |

**ERS BONDS**

| BOND SERIES | CUSIP | LOOKBACK PERIOD |
|---|---|---|
| SERIES A | 29216MAC4 | May 21, 2013 - May 21, 2017 |
| | 29216MAF7 | |
| | 29216MAG5 | |
| | 29216MAH3 | |
| | 29216MAJ9 | |
| | 29216MAK6 | |
| | 29216MAL4 | |
| | 29216MAD2 | |
| | 29216MAM2 | |
| | 29216MAN0 | |
| | 29216MAP5 | |
| | 29216MAQ3 | |
| | 29216MAE0 | |
| SERIES B | 29216MBA7 | |
| | 29216MBB5 | |
| | 29216MBC3 | |

|  | 29216MBD1 |  |
|--|--|--|
|  | 29216MBE9 |  |
|  | 29216MBF6 |  |
|  | 29216MBG4 |  |
|  | 29216MBH2 |  |
|  | 29216MBJ8 |  |
| SERIES C | 29216MBL3 |  |
|  | 29216MBN9 |  |
|  | 29216MBP4 |  |

63395716 v1