# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |



## NOTICE OF WITHDRAWAL OF:

## URGENT MOTION FOR RELIEF FROM STAY
## (Docket 5699)

NOW COME Pedro Carbonera Pardo ("Mr. Carbonera" or Movant"), pro se, and respectfully requests to this Court the withdrawal of Urgent Motion for Relief from Stay [ECF No. 5699] filed on March 14, 2019.

1. The Parties have conferred the matter and reached a stipulation.
2. On May 3, 2019 a joint informative motion regarding urgent motion for partial relief from automatic stay [ECF No. 6832], notifying that the issue has been resolved.

**WHEREFORE**, Movant respectfully requests that the Court notices withdrawal of motion for relief and for any other relief deemed necessary and proper.

1

I HEREBY CERTIFY: That on this same date, we electronically filed the foregoing motion with the Clerk of the Court using CM/ECF Filling System which will send a notification of such to the parties of records and to all interested subscribed users.

RESPECTFULLY SUBMITED

In San Juan, Puerto Rico, this 7 of May, 2019.

S/Pedro Carbonera-Pardo

**Pedro Carbonera Pardo, Pro Se**

Felipe Arana FR-3 Levittown,

Toa Baja, PR 00949

Tel (787) 941-8808

Pedrocarbonera@yahoo.com;

pcarbonera@trabajo.pr.gov