UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER SETTING BRIEFING DEADLINES IN CONNECTION WITH
URGENT JOINT MOTION FOR EXPEDITED CONSIDERATION (DOCKET ENTRY NO. 6868)

The Court has received and reviewed the *Urgent Joint Motion for Expedited Consideration of Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (Docket Entry No. 6868 in Case No. 17-3283, the "Motion to Expedite"). Any objections to the Motion to Expedite must be filed by **May 8, 2019 at 11:00 p.m. (Atlantic Standard Time)**. Any reply papers must be filed by **May 9, 2019 at 9:00 a.m. (Atlantic Standard Time)**.

In the event that, after consideration of any additional briefing, the Court were to grant the Motion to Expedite, the Court anticipates requiring that any opposition to the *Urgent*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

*Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (Docket Entry No. 6867 in Case No. 17-3283, the "Motion") be filed by **May 12, 2019 at 6:00 p.m. (Atlantic Standard Time)**, and that any reply papers be filed by **May 14, 2019 at 4:00 p.m. (Atlantic Standard Time)**. If necessary, the Court will hear oral argument on the Motion in New York at **2:00 p.m. (Atlantic Standard Time) on May 16, 2019**.

SO ORDERED.

Dated: May 8, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge