# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors[1]. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |

## CERTIFICATE OF SERVICE

I, Alicia I. Lavergne Ramírez, do hereby certify that on May 7, 2019, I caused true and correct copies of the following motions:

- "Amended Reservation of Rights of Edward D. Jones & Co., L.P." (Docket 6842);

- "Amended Notice of Appearance," (Docket 6846);

- "Application and Order for Admission *Pro Hac Vice*" (Docket 6848);

- "Application and Order for Admission *Pro Hac Vice*" (Docket 6849).

which were filed on May 6, 2019, in the above captioned case, using the CM/ECF system, which will notify case participants. I also served all motions by U.S. mail (Exhibit A) and by electronic mail (Exhibit B) on the same day it was filed. Also, two courtesy copies of the motion were sent by FedEx overnight delivery to the Chambers of the Hon. Laura Taylor Swain on May 7, 2019, 2019 at:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl St., Suite 3212
New York, NY 10007-1312

    A copy of the motion was also sent by U.S. Mail to the Office of the United States Trustee for the District of Puerto Rico on May 7, 2019.

    RESPECTFULLY SUBMITTED.

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

    In San Juan, Puerto Rico, on this May 8, 2019.
.

By:
/s/ *Alicia I. Lavergne-Ramírez*
Alicia I. Lavergne-Ramírez
USDC-PR 215112
alavergne@sanpir.com

SÁNCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777

Attorneys for Edward D. Jones & Co., L.P.

- 2 -

KL2 3014136.9