**STIFEL**

Stifel, Nicolaus & Company, Incorporated
W233 N2080 Ridgeview Parkway
Suite 202
Waukesha, Wisconsin 53188

RICHMOND
25 APR '19
16 APR '19

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.50
0004744798 APR 16 2019
MAILED FROM ZIP CODE 53188

RECEIVED & FILED
2019 MAY -8 06
[CLERK'S OFFICE
U.S.D.C. SAN JUAN, P.R.]

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue 00918-
San Juan, PR