UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
|     Debtors.[1] | |

-------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR ATTENDANCE,
PARTICIPATION AND OBSERVATION OF THE MAY 16, 2019 HEARING

The Court will hear oral argument (the "Hearing") in connection with the *Urgent Joint Motion For Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, its Special Claims Committee, and Official Committee Of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of The Government of the Commonwealth of Puerto Rico* (Docket Entry No. 6867) on **May 16, 2019 at 2:00 p.m. (Atlantic Standard Time)** in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video teleconference in Courtroom 5 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

      Counsel who intend to present argument at the Hearing must file an Informative Motion stating their name and the party for which they intend to appear no later than **May 14, 2019 at 5:00 p.m. (Atlantic Standard Time)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Other attorneys, members of the press and the general public may attend and observe the Hearing in the New York courtroom.  There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse.  Attorneys who have entered an appearance in the Title III proceedings may register to listen in on the proceedings by telephone.  Such attorneys must register with CourtSolutions by **May 14, 2019 at 5:00 p.m. (Atlantic Standard Time)** at www.court-solutions.com and pay the fee established by CourtSolutions.  No recording or retransmission of the Hearing is permitted by any person, including, but not limited to, the parties or the press.  Failure to comply may result in sanctions, including suspension of press privileges for members of the press.

Counsel seeking to bring electronic devices into the courtroom for the Hearing must submit such request by e-mail to the following address: swaindprcorresp@nysd.uscourts.gov by **May 14, 2019 at 5:00 p.m. (Atlantic Standard Time)**.  Such requests must be compliant with, and made in the format required by, S.D.N.Y. Standing Order M10-468, which is published on the S.D.N.Y. website (nysd.uscourts.gov ("Application to Bring an Electronic Device into the Courthouse")).  Counsel's attention is directed to the technical and device usage restrictions detailed in the Standing Order and counsel are reminded that devices may not be used for communications purposes in the courtroom.

SO ORDERED.

Dated: May 9, 2019

   /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge