**Appendix to ERS, the Commonwealth, and AAFAF's Privilege Logs of Materials Withheld in Response to Document Requests Related to** *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

May 9, 2019

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 1. | Acosta Melendez, Carlos | Department of Public Safety | Accountant - Special Paymaster Officer |
| 2. | Ahuja, Aman | DevTech Systems, Inc. | AAFAF Advisor |
| 3. | Albanese, Rachel | DLA Piper LLP | Outside Legal Counsel to ERS |
| 4. | Alberts, Sam | Dentons US LLP | Outside Legal Counsel to AAFAF |
| 5. | Alvarado Rivera, Maritza | Department of Public Safety | Director of Payroll |
| 6. | Alvarez Lopez, Marta | AAFAF | Consultant |
| 7. | Alvarez Ruis, Yaritza | Department of Public Safety | Accountant - Paymaster |
| 8. | Andrade, Patricia | McKinsey & Company | FOMB Advisor |
| 9. | Aponte, Hernandez, Jorge | Office of Management & Budget | Management Team, Budgets |
| 10. | Arias, Eduardo J. | Pietrantoni Méndez & Alvarez LLC | Outside Legal Counsel to AAFAF |
| 11. | Arocho Santiago, Vilma | Hacienda | Interim Head, Special Paymaster Officers |
| 12. | Ballan, Jonathan | Dentons US LLP | Outside Legal Counsel to AAFAF |

---

[1] This appendix reflects the reasonable and good faith efforts of ERS, the Commonwealth, and AAFAF to identify the persons included in their April 12, April 14 and May 9, 2019 privilege logs by entity and title or role. ERS, the Commonwealth and AAFAF reserve the right to amend or supplement this appendix.

1

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 13. | Barak, Ehud | Proskauer Rose LLP | Outside Legal Counsel to FOMB |
| 14. | Barnowski, Dan | Dentons US LLP | Outside Legal Counsel to AAFAF |
| 15. | Barrios Buscaglia, Gabriela | AAFAF | In-House Legal Counsel |
| 16. | Batista Martinez, Valeria A. | Department of Public Safety | Accountant – Paymaster |
| 17. | Batlle, Juan Carlos | Ankura Consulting Group, LLC | AAFAF Advisor |
| 18. | Bauer, Hermann | O'Neill & Borges LLC | Outside Legal Counsel to FOMB |
| 19. | Bielenberg, Aaron | McKinsey & Company | FOMB Advisor |
| 20. | Beiswenger, Jacob | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 21. | Bienenstock, Martin | Proskauer Rose LLP | Outside Legal Counsel to FOMB |
| 22. | Biggio, Brian P. | Conway MacKenzie, Inc. | AAFAF Advisor |
| 23. | Billoch-Vázquez, Amanda | Pietrantoni Mendez & Alvarez LLC | Outside Legal Counsel to AAFAF |
| 24. | Blumenfeld, Moriya | McKinsey & Company | FOMB Advisor |
| 25. | Calvesbert, Edward | Seajay Group | AAFAF Advisor |
| 26. | Camporreale Mundo, Alejandro | AAFAF | Chief Operations Officer |
| 27. | Canales Lopez, Zulma | Department of Public Safety | Director of Management Services |
| 28. | Cantor, Daniel | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 29. | Capacete Cabassa, Adriana | AAFAF | In-House Legal Counsel |
| 30. | Cerezo, Francisco | DLA Piper LLP | Outside Legal Counsel to ERS |

2

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 31. | Chepenik, Adam | Ernst & Young | FOMB Advisor |
| 32. | Chesley, Richard | DLA Piper LLP | Outside Legal Counsel to ERS |
| 33. | Cleary, David | Greenberg Traurig LLP | Outside Legal Counsel to AAFAF |
| 34. | Clemente Rosado, Sandra E. | Department of Public Safety | Assistant Commissioner Management Services |
| 35. | Collazo Rodriguez, Luis | ERS | ERS Administrator |
| 36. | Cosme Nazario, Rosanna | AAFAF | Administrative Assistant to AAFAF Executive Director |
| 37. | Cruz Rivera, Roxana | Hacienda | Deputy Secretary of the Treasury |
| 38. | D'Agata, Victor | Rothschild Global Advisory | AAFAF Advisor |
| 39. | del Valle, Manuel E. | Pietrantoni Mendez & Alvarez LLC | Outside Legal Counsel to AAFAF |
| 40. | Denniston, Karol K. | Squire Patton Boggs | Outside Legal Counsel to AAFAF |
| 41. | Desatnik, Daniel | Proskauer Rose LLP | Outside Legal Counsel to FOMB |
| 42. | Di Napoli, Raphael | Conway MacKenzie, Inc. | AAFAF Advisor |
| 43. | Dillon, Andy | Conway Mackenzie, Inc. | AAFAF Advisor |
| 44. | Doyle, John | Deloitte LLP | AAFAF Advisor |
| 45. | Drott, Martin | Ernst & Young | FOMB Advisor |
| 46. | El Koury, Jaime A. | FOMB | In-House Legal Counsel |
| 47. | Esses, Joshua | Proskauer Rose LLP | Outside Legal Counsel to FOMB |
| 48. | Facquet, Gabrielle | Bank of America Merrill Lynch (BAML) | Financial Advisor to AAFAF |

3

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 49. | Fernandez Gonzalez, Blanca | AAFAF | Director of Financial Controls, Associate Director of Public Finance |
| 50. | Fornaris Alfaro, Belen | Government Development Bank | In-House Legal Counsel |
| 51. | Fornia, William | Pension Trustee Advisors | Actuarial Advisor to ERS |
| 52. | Frederique Guzman, Coral | AAFAF | Financial Strategy Advisor, Financial Restructuring Associate |
| 53. | Friedman, Peter | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 54. | Gabb, James | Deloitte LLP | AAFAF Advisor |
| 55. | Garau Gonzalez, Ivan | AAFAF | In-House Legal Counsel |
| 56. | Garcia Miro, Aurelio | Conway Mackenzie, Inc. | AAFAF Advisor |
| 57. | Gewehr, Bradley | Bank of America Merrill Lynch (BAML) | Financial Advisor to AAFAF |
| 58. | Golub, Ira | Proskauer Rose LLP | Outside Legal Counsel to AAFAF |
| 59. | Gonzalez Garay, Maria | AAFAF | Associate Director of Financial Oversight |
| 60. | Gonzalez, Carlos | AAFAF | Consultant |
| 61. | Guzmán López, Osvaldo | Office of Management and Budget | Manager, Budget Department |
| 62. | Hamburger, Paul | Proskauer Rose LLP | Outside Legal Counsel to FOMB |
| 63. | Hayes, Geoffrey | Bank of America Merrill Lynch (BAML) | Financial Advisor to AAFAF |
| 64. | Hernandez Garcia, Nicole M. | AAFAF | Chief of Staff |
| 65. | Hernandez, Kari | McKinsey & Company | FOMB Advisor |
| 66. | Huffman, James R. | Proskauer Rose LLP | Outside Legal Counsel to FOMB |

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 67. | Hutton, John B. | Greenberg Traurig LLP | Outside Legal Counsel to AAFAF |
| 68. | Inclán, Eduardo | Bluhaus Capital, LLC | AAFAF Advisor |
| 69. | Indelicato, Vincent | Proskauer Rose LLP | Outside Legal Counsel to FOMB |
| 70. | Innamorati, Daniel J. | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 71. | Jaresko, Natalie | FOMB | In-House Legal Counsel |
| 72. | Johnston, Wade P. | Conway MacKenzie, Inc. | AAFAF Advisor |
| 73. | Jones, Taylor A. | Conway MacKenzie, Inc. | AAFAF Advisor |
| 74. | Justiniano, Carlos E. Rivera | Puerto Rico House of Representatives | Director of Advisors to the Speaker of the House |
| 75. | Kang, John | Rothschild Global Advisory | AAFAF Advisor |
| 76. | Kerlin, Mike | McKinsey & Company | FOMB Advisor |
| 77. | Klempner, Bryce | McKinsey & Company | FOMB Advisor |
| 78. | Kreatschman, Tim | Ernst & Young | FOMB Advisor |
| 79. | Krolikowski, Joe | Dentons US LLP | Outside Legal Counsel to AAFAF |
| 80. | Lazaro, Rosa | O'Neill Borges LLC | Outside Legal Counsel to FOMB |
| 81. | Lopez Cano, Roberto | AAFAF | Liquidity and Financial Planning Associate |
| 82. | Loran Butron, Gerardo | AAFAF | Advisor for Public Corporations |
| 83. | Maldonado Colon, Alba | Department of Public Safety | Special Assistant – Assistant Superintendent Management Services |
| 84. | Maldonado Gautier, Raul | Hacienda | Secretary of Treasury |

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 85. | Maldonado Morales, Rebecca | Office of Management and Budget | Deputy Director |
| 86. | Maldonado Robles, Félix | ERS | In-House Legal Counsel |
| 87. | Malhotra, Gaurav | Ernst & Young | FOMB Advisor |
| 88. | Marrero Rosado, Jose I. | Office of Management and Budget | Director |
| 89. | Mattei Perez, Jesus | AAFAF | Director of Public Finance |
| 90. | McCall-Landry, Dylan | McKinsey & Company | FOMB Advisor |
| 91. | McConnie, Carmen | AAFAF | Manager, Inspection and Compliance |
| 92. | McGee, Laura | McKinsey & Company | FOMB Advisor |
| 93. | McGehee, Cullen P. | Conway Mackenzie, Inc. | AAFAF Advisor |
| 94. | McKeen, Elizabeth L. | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 95. | McKinney, Michele | Milliman, Inc. | Actuarial Advisor to ERS |
| 96. | Medina Colon, Juan M. | ERS | Board of Trustees, Executive Director |
| 97. | Mendez Rosado, Andres | AAFAF | Director, Financial Planning |
| 98. | Mesa Pabón, Philippe | Office of the Governor of Puerto Rico (Fortaleza) | Deputy Secretary, Office of Public Affairs and Public Policy |
| 99. | Meyer, Lauren | Ernst & Young | FOMB Advisor |
| 100. | Miller, Geoffrey M. | Dentons US LLP | Outside Legal Counsel to AAFAF |
| 101. | Mitchell, Nancy | Greenberg Traurig LLP | Outside Legal Counsel to AAFAF |
| 102. | Miranda, Edwin | KOI IXS | AAFAF Advisor |
| 103. | Moderson, Martin J. | Dentons US LLP | Outside Legal Counsel to AAFAF |

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 104. | Mojica Figueroa, Yesenia | ERS Board of Trustees | President of the Board of Trustees of ERS |
| 105. | Mondell, Dustin | Rothschild Global Advisory | AAFAF Advisor |
| 106. | Montgomery, Claude D. | Dentons US LLP | Outside Legal Counsel to AAFAF |
| 107. | Navarro, Victor M. | O'Melveny & Myers LLP | Outside Legal Support to AAFAF |
| 108. | Nazario Briceno, Betsy | Government Development Bank | Communications Manager |
| 109. | Neve, Brett | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 110. | Ocasio, Ferdinand | Ocasio Law Firm | Outside Legal Counsel to AAFAF |
| 111. | Odum, Lori | Dentons US LLP | Outside Legal Support to AAFAF |
| 112. | Oppenheimer, Randall | O'Melveny & Myers | Outside Legal Counsel to AAFAF |
| 113. | Ortega, Lorena | O'Melveny & Myers | Outside Legal Counsel to AAFAF |
| 114. | Ortiz Fuster, Alexandra M. | Office of Management & Budget | Administrative Assistant to OMB Director |
| 115. | Palmer, Natalia | ERS | Interim Administrator |
| 116. | Panagiotakis, Sofia | Ernst & Young | FOMB Advisor |
| 117. | Parlen, Andrew | O'Melveny & Myers | Outside Legal Counsel to AAFAF |
| 118. | Peña Montañez, Francisco | Hacienda | Assistant Secretary of the Treasury |
| 119. | Perez, Diana M. | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 120. | Pineda, Jose | DevTech Systems, Inc. | AAFAF Advisor |
| 121. | Pocha, Madhu | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 122. | Porepa, Jodi | Ernst & Young | FOMB Advisor |

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 123. | Portela Franco, Gerardo | AAFAF | Executive Director and Chairman of the Board |
| 124. | Possinger, Paul | Proskauer Rose LLP | Outside Legal Counsel to FOMB |
| 125. | Quinones Sierra, Viviana | Hacienda | Executive Officer III, Division of Investments and Public Debt |
| 126. | Radley, Matthew | Bank of America Merrill Lynch (BAML) | AAFAF Advisor |
| 127. | Rapisardi, John J. | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 128. | Rein, Carol E | BAML | AAFAF Advisor |
| 129. | Richards, Robert E. | Dentons US LLP | Outside Legal Counsel to AAFAF |
| 130. | Rivera, Alina | BDO Puerto Rico | Partner/Business Advisory Practice |
| 131. | Rivera Rondón, Noemi | ERS | Supervisor, Accounting Division |
| 132. | Rivera Santiago, Hiram | ERS | Director, Office of Technology and Information |
| 133. | Roa Martinez, Jose R. | AAFAF | Fiscal Restructuring Advisor |
| 134. | Rodriguez Vega, Anais | ERS | Auxiliary Administrator, In-House Legal Counsel |
| 135. | Rodriguez, Jorge F. | Bank of America Merrill Lynch (BAML) | AAFAF Advisor |
| 136. | Rodriguez, Omar | Hacienda | Secretary of Central Accounting |
| 137. | Romero Lopez, Arturo | ERS | Auxiliary Administrator |
| 138. | Romeu, Rafael | DevTech Systems, Inc. | AAFAF Advisor |
| 139. | Rosselló Nevárez, Ricardo | Fortaleza | Governor of Puerto Rico |
| 140. | Rosario, Ramon | Fortaleza | Secretary, Office of Public Affairs and Public Policy |
| 141. | Rutsky, Scott | Proskauer Rose LLP | Outside Legal Counsel to FOMB |
| 142. | Saavedra Perez, Yadira | Fortaleza | Assistant Secretary, Public Policy |

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 143. | San Miguel, Jorge L. | Ankura Consulting Group, LLC | AAFAF Advisor |
| 144. | Sanchez, Mauricio | Conway MacKenzie | AAFAF Advisor |
| 145. | Sanchez Sifonte, Elias | Fortaleza | Governor's Representative to FOMB |
| 146. | Santambrogio, Juan | Ernst & Young | FOMB Advisor |
| 147. | Santiago Maldonado, Maribel | Government Development Bank | Specialist in Organization and Procedures, Office of Administration |
| 148. | Santiago Ramos, Jose | Government Development Bank | Executive Vice President, Chief Restructuring Officer |
| 149. | Santiago Ramos, Maria I. | AAFAF | In-House Legal Counsel |
| 150. | Sarriera Requena, Bibiana | ERS | Legal Director |
| 151. | Scherrer, Fernando | BDO Puerto Rico | AAFAF Advisor |
| 152. | Segarra Hernández, Roberto | ERS | Sub Administrator, Auxiliary Administrator |
| 153. | Serrano Baez, Carlos J. | ERS | Assistant Administrator |
| 154. | Shah, Ojas | McKinsey & Company | FOMB Advisor |
| 155. | Snyder, Todd | Rothschild Global Advisory | AAFAF Advisor |
| 156. | Sosa Llorens, Jose | DLA Piper LLP | Outside Legal Counsel to ERS |
| 157. | Soto Velez, Pedro | AAFAF | Chief Financial Officer |
| 158. | Soule, Margo C, | Dentons US LLP | Outside Legal Counsel to AAFAF |
| 159. | Sufian, Ethan | Rothschild Global Advisory | AAFAF Advisor |
| 160. | Sullivan, Marcus | BDO Puerto Rico | AAFAF Advisor |

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 161. | Sushon, William | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 162. | Tang, Amy | McKinsey & Company | FOMB Advisor |
| 163. | Taylor, Jennifer | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 164. | Tirado Soto, Cecile | ERS | Comptroller, Assistant Director |
| 165. | Toro Casellas, Alberto | Bluhaus Capital, LLC | AAFAF Advisor |
| 166. | Toro, Alberto | Bluhaus Capital, LLC | AAFAF Advisor |
| 167. | Torres, Ana E. | AAFAF | In-House Counsel |
| 168. | Torres Rodriguez, Sebastián | AAFAF | In-House Counsel |
| 169. | Touzos, Stefanos | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 170. | Trigo Fritz, Emiliano | O'Neill Borges LLC | Outside Legal Counsel to FOMB |
| 171. | Uhland, Suzzanne | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |
| 172. | Urban, Amanda | Bank of America Merrill Lynch (BAML) | AAFAF Advisor |
| 173. | Vaiero, Joe | Ernst & Young | FOMB Advisor |
| 174. | Vazquez Rodriguez, Brenda | Hacienda | Manager, Treasury Area |
| 175. | Vazquez-Rivera, Jose | Deloitte | AAFAF Advisor |
| 176. | Vialet, Jose | O'Melveny & Myers LLP | Outside Legal Support to AAFAF |
| 177. | Vizcarrondo, Rosemarie | FOMB | Chief of Staff |
| 178. | Von Bomhard, Sophie | Rothschild Global Advisory | AAFAF Advisor |
| 179. | Warren, Katherine | Milliman, Inc. | ERS Advisor |
| 180. | Wintner, Todd | McKinsey & Company | FOMB Advisor |

| No.[1] | Name | Entity | Title / Role |
|---|---|---|---|
| 181. | Wolfe, Andrew | FOMB | FOMB Consultant |
| 182. | Yamin Rivera, Carlos M. | AAFAF | In-House Legal Counsel |
| 183. | Yang, Roland | McKinsey & Company | FOMB Advisor |
| 184. | Yassin Mahmud, Mohammad | AAFAF | In-House Legal Counsel |
| 185. | Zeefe, Malka S. | Dentons US LLP | Outside Legal Counsel to AAFAF |
| 186. | Zerjal, Maja | Proskauer Rose LLP | Outside Legal Counsel to FOMB |
| 187. | Zujkowski, Joseph | O'Melveny & Myers LLP | Outside Legal Counsel to AAFAF |