# **Exhibit C**

**Hampson, Chris D.**

| | |
|---|---|
| **From:** | Elbaum, David <David.Elbaum@stblaw.com> |
| **Sent:** | Wednesday, May 8, 2019 12:45 PM |
| **To:** | CHardman@winston.com; Elbaum, David; Sorkin, Joseph L.; CGray@reedsmith.com; Schaffer, Eric (External); Malin, Jennifer L.; Jason.Liberi@skadden.com; Zensky, David; Fitts, Jessica; Julie.Cohen@skadden.com; andrew.good@skadden.com; Firsenbaum, Ross; Hunter, Fraser |
| **Subject:** | FW: Puerto Rico - Discovery Update |

**EXTERNAL SENDER**

_____

David Elbaum
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-2861
david.elbaum@stblaw.com

---

**From:** Axelrod, Tristan G. [mailto:TAxelrod@brownrudnick.com]
**Sent:** Thursday, April 25, 2019 2:05 PM
**To:** Brian Rosen <brosen@proskauer.com>; C. Neil Gray <cgray@reedsmith.com>; Carrie Hardman <chardman@winston.com>; Charles A. Brown <cbrown@goodwinlaw.com>; Daniel Lanigan <daniel.lanigan@hoganlovells.com>; Elbaum, David <David.Elbaum@stblaw.com>; Eric Schaffer <eschaffer@reedsmith.com>; Garrett Wynne <garrett.wynne@schwab.com>; Jeffrey Levitan <jlevitan@proskauer.com>; Jennifer Malin <jmalin@winston.com>; John Spurway <john.spurway@fmr.com>; Lauren Pizzo <lauren.pizzo@fisglobal.com>; Matthew Triggs <mtriggs@proskauer.com>; Nancy Duffy <nduffy@seic.com>; Rebecca Stump <rstump@seic.com>; Robin Keller <robin.keller@hoganlovells.com>; Shawnette Erdos <shawnette.erdos@schwab.com>; Stephen Ratner <sratner@proskauer.com>; Steve Ma <sma@proskauer.com>
**Cc:** Beville, Sunni P. <SBeville@brownrudnick.com>; Jonas, Jeffrey L. <JJonas@brownrudnick.com>; Weisfelner, Edward S. <EWeisfelner@brownrudnick.com>; Sierra, Rosa <RSierra@brownrudnick.com>; Ennis, Carol S. <CEnnis@brownrudnick.com>
**Subject:** Puerto Rico - Discovery Update

*** External Email ***

Producing Parties,

We have received numerous communications to the effect that parties received service of updated discovery request materials too recently to comply with the court's discovery deadline, and objections related thereto. We may not be able to respond to every inquiry and objection. Accordingly, we inform you as follows:

1

(a) we appreciate all efforts to produce as quickly as feasible notwithstanding this difficulty,

(b) we may be required to initiate litigation against Participant Holders by May 2 absent certification that we have received a complete production, and

(c) upon a representation by any producing party that (1) it has disclosed the identities of all known beneficial holders, and (2) that the producing party did not hold bonds on its own behalf, we will amend our complaint to name appropriate defendants and dismiss the producing party, provided that such production occurs within 60 days of the initial filing of the complaint.

Additionally, as we informed the court previously, we hope to establish a payment threshold below which we will not seek clawback.  It is difficult to establish such a threshold before we receive some amount of production from the Participant Holders that allows us to gauge the typical holdings of beneficial holders and conduct a cost-benefit analysis for contemplated litigation.  Thus, if you are able to give us general demographic estimates of holdings (number of beneficial holders, average and median holdings, etc), that would assist us; after making a threshold determination, we may be able to decrease the production scale accordingly.

Once again, thank you all for your good faith participation in this process. We understand it is not easy.

Tristan


**brownrudnick**

**Tristan G. Axelrod**
Attorney

Brown Rudnick LLP
One Financial Center
Boston, MA 02111
T: 617-856-8456
F: 617-289-0811
taxelrod@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

*****************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "data controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the data controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and how we intend to transfer it outside the European Economic Area.

*****************************************************************************