# **Exhibit E**

**CT Corporation**

**Service of Process Transmittal**
04/30/2019
CT Log Number 535399338

TO: Solomon Kibriye
Barclays Capital Inc.
745 7th Ave Fl 20
New York, NY 10019-6801

RE: **Process Served in New York**

FOR: Barclays Capital Inc. (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RE: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., Debtors // To: Barclays Capital Inc. |
| **DOCUMENT(S) SERVED:** | Motion, Attachment(s) |
| **COURT/AGENCY:** | District of Puerto Rico - United States District Court, -, - Bankruptcy Case # 17BK3283LTS Adversary Case # None Specified |
| **NATURE OF ACTION:** | Bankruptcy Litigation - Informative Motion of the Financial Oversight and Management Board for Puerto Rico Acting by and Through Its Special Claims Committee Regarding Further Order Pursuant to Bankruptcy Rules 1007(I) and 2004 Authorizing Discovery and Compelling Disclosure of Lists of Security Holders |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 04/30/2019 postmarked on 04/23/2019 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | Edward S. Weisfelner Brown Rudnick LLP Seven Times Square New York, NY 10036 212-209-4800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/01/2019, Expected Purge Date: 05/06/2019 |
| | Image SOP |
| | Email Notification,  Solomon Kibriye  solomon.kibriye@barclays.com |
| | Email Notification,  Cynthia Walshe  cynthia.walshe@barclays.com |
| | Email Notification,  JESSICA BAKER  jessica.baker@barclays.com |
| | Email Notification,  Alisa Benintendi  alisa.benintendi@barclays.com |
| | Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com |

Page 1 of  2 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## CT Corporation

**Service of Process Transmittal**
04/30/2019
CT Log Number 535399338

**TO:** Solomon Kibriye
Barclays Capital Inc.
745 7th Ave Fl 20
New York, NY 10019-6801

**RE:** **Process Served in New York**

**FOR:** Barclays Capital Inc.  (Domestic State: CT)

**SIGNED:** C T Corporation System
**ADDRESS:** 28 Liberty St
42 Floor
New York, NY 10005-1400
**TELEPHONE:** 212-590-9070

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
|---|---|---|---|
| Order, Notice, Motion, Exhibit(s) | By Priority Mail on 04/22/2019 postmarked on 04/18/2019 | Solomon Kibriye Barclays Capital Inc. | 535346402 |

Page 2 of  2 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

FIRST-CLASS MAIL

neopost
04/23/2019
US POSTAGE $001.30º

ZIP 38103
041L1220J077

Prime Clerk, LLC
830 Third Avenue, 9th Floor
New York, NY 10022

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

Puerto Rico 1845 SRF 32480 PackID: 8 PackID: DTC_8 Svc: DTC
BARCLAYS CAPITAL INC./LE
c/o CT Corporation System
28 Liberty Street
New York NY 10005

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

       Debtors.[1]

---------------------------------------------------------------- X

: PROMESA
: Title III
:
: Case No. 17-BK-3283 (LTS)
:
: (Jointly Administered)
:

## INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS SPECIAL CLAIMS COMMITTEE, REGARDING FURTHER ORDER PURSUANT TO BANKRUPTCY RULES 1007(i) AND 2004 AUTHORIZING DISCOVERY AND COMPELLING DISCLOSURE OF LISTS OF SECURITY HOLDERS

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for the Commonwealth of Puerto Rico

(the "Oversight Board"), acting through its Special Claims Committee (the "Special Claims

Committee"), hereby submits this informative motion (the "Motion") pursuant to the *Order*

*Pursuant to Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery and Compelling*

*Disclosure of Lists of Security Holders* [ECF No. 6384] (the "First Order"), entered by the Court

in response to the *Urgent Motion of the Financial Oversight and Management Board of Puerto*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico for Entry of an Order Under Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery
and Compelling Disclosure of Lists of Security Holders* dated April 8, 2019 [ECF No. 6143] (the
"Motion to Compel").[2]

## I. Supplemented Appendix and Effectiveness of First Order.

1.      In the Motion to Compel, the Oversight Board described its process to identify
certain Participant Holders of Challenged Bonds.[3]

2.      The Oversight Board requested that the Court authorize it to issue the Document
Request, as attached thereto, to the list of Participant Holders identified at Appendix 2 to Exhibit
B to the Motion to Compel ("Appendix 2"), as such appendix might be supplemented or
amended upon receipt of information pursuant to the Oversight Board's search process.

3.      With the First Order, the Court granted the Oversight Board's request as to
Participant Holders identified in Appendix 2 "as such appendix may be supplemented upon
receipt of information" sufficient for the Oversight Board to identify Participant Holders of the
Challenged Bonds. First Order, p. 9, para. 2.

4.      The Special Claims Committee has completed the process of identifying
Participant Holders of Challenged GO Bonds as described in the Motion to Compel and has
accordingly supplemented Appendix 2 and served the First Order on all Participant Holders
named therein. ECF No. 6465 (certificate of service). The supplemented Appendix 2 is attached
hereto as Exhibit A.

5.      By its terms, the First Order is effective as to the Participant Holders identified at
Exhibit A hereto.

---

[2] Except as otherwise stated herein, the Oversight Board shall be considered to be acting through its Special Claims
     Committee for purposes of this Motion to Compel.

[3] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Compel.

## II. **Conclusion of Discovery Conference.**

6.      The First Order provides that the "parties shall meet and confer regarding the creation of an appropriate confidentiality agreement…[and] shall submit such proposal, or competing proposals to the Court, on or before April 23, 2019."

7.      In accordance with the First Order, the Oversight Board met and conferred with as many Participant Holders as possible prior to the filing hereof, including each of the parties that previously objected to the Motion to Compel.[4]

8.      Pursuant to these conferences and the terms of the First Order, the Oversight Board hereby proposes that the Court issue a second order in the form attached hereto at Exhibit B (the "Proposed Second Order"), providing for, among other things, redaction of sensitive information.

9.      The Oversight Board understands that U.S. Bank, The Bank of New York Mellon, Bank of America, Goldman Sachs Bank and JPMorgan Chase Bank have each consented to the entry of the Proposed Second Order.

10.      The Oversight Board believes this complies with the Court's enjoinder in the First Order that "sealing should be proposed only in very limited circumstances, if at all. Not only does sealing keep information from the public, but it imposes an incredible administrative burden on the Court." First Order, p. 7, para. 2.

11.      In sum, the Proposed Second Order would require the Oversight Board to file its complaints in redacted form using pseudonyms to identify defendants, and submit a single "key" document to the Court under seal, matching all pseudonymous defendants to identifying information. The Proposed Second Order, absent further motion as permitted by the First Order,

---

[4]      The Oversight Board was represented in such conference by both the undersigned counsel to the Special Claims Committee and Proskauer Rose LLP as counsel to the Oversight Board.

would be effective only for twenty-one (21) days, after which time no further redaction or filing under seal would be required. Given that the Oversight Board hopes to stay the Challenged Bonds Avoidance Actions after filing, so as to litigate the underlying issue of the validity of the Challenged Bonds, the Oversight Board believes this limited restriction on disclosure of Confidential Information would not be overly burdensome upon the producing parties, defendants, the Oversight Board, or the Court.

12.     Accordingly, the Oversight Board requests that the Court enter the Proposed Second Order in recognition of the agreement of the parties as to the terms thereof.

13.     The Oversight Board additionally notes that, as of the filing hereof, the Court has not ruled on the Equitable Tolling Motion. Should such motion be granted, depending on the terms of any order granting it, the Oversight Board may consider consenting to relaxation of production deadlines as well as further relief regarding confidentiality restrictions.

*[The remainder of this page is intentionally blank]*

4

## **CONCLUSION**

WHEREFORE, attached hereto as Exhibit A is a supplemented Appendix 2; and attached

hereto as Exhibit B, for the Court's consideration, is a proposed modification to the First Order

to function as a confidentiality agreement in conformation therewith.

Dated: April 23, 2019

/s/ Edward S. Weisfelner
BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Stephen A. Best, Esq. (*Pro Hac Vice*)
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
Tel: (202) 536-1700
sbest@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management
Board, acting through the Special Claims Committee*
and

/s/ Kenneth C. Suria
ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management
Board, acting through the Special Claims Committee*

| Name and Address |
|---|
| |
| AMERICAN ENTERPRISE INVESTMENT SERVICES INC. <br> c/o CT Corporation Systen Inc. <br> 1010 Dale St. N <br> St. Paul, MN  55117-5603 |
| |
| APEX CLEARING CORPORATION <br> c/o National Registered Agents, Inc. <br> 28 Liberty Street <br> New York, NY 10005 |
| BANK OF AMERICA NA/CLIENT ASSETS <br> c/o Winston & Strawn LLP <br> Attn:  Jennifer L. Malin, Esq. <br> 200 Park Avenue <br> New York, NY 10166 |
| BANK OF AMERICA, NA/GWIM TRUST OPERATIONS <br> c/o Winston & Strawn LLP <br> Attn:  Jennifer L. Malin, Esq. <br> 200 Park Avenue <br> New York, NY 10166 |
| |
| BARCLAYS CAP / FIXED <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |
| BARCLAYS CAP / LONDON <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |
| BARCLAYS CAPITAL INC./LE <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |
| BB&T SECURITIES, LLC <br> c/o CT Corporation System <br> 28 Liberty Street <br> New York, NY 10005 |
| BMO HARRIS BANK NA/TRUST <br> 99 W. WASHINGTON STREET <br> Chicago, Il  60602 <br> ATTN:  LEGAL DEPT. |

| BNP PARIBAS SECURITIES CORP./PRIME BROKERAGE |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |

| BNP PARIBAS, NEW YORK BRANCH/BNP PARIBAS PRIME |
| BROKERAGE CUSTODIAN |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |

| BNP PARIBAS, NEW YORK BRANCH/BNP PARIBAS PRIME |
| BROKERAGE INTERNATIONAL |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |

| BNP PARIBAS, NEW YORK BRANCH/CUSTODY/CLIENT |
| ASSETS |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |

| BNY MELLON / POP SEC |
| c/o Reed Smith LLP |
| Attn: Eric A. Schaffer, Esq. |
| 225 Fifth Avenue, Suite 1200 |
| Pittsburgh, PA 15222 |

| BNY MELLON/NOMURA INT'L PLC REPO |
| c/o Reed Smith LLP |
| Attn: Eric A. Schaffer |
| 225 Fifth Avenue, Suite 1200 |
| Pittsburgh, PA 15222 |

| BNYMELLON/RE DBTC AMERICAS/DEUTSCHE BK |
| LONDON PRIME SEG 15/00 |
| c/o Reed Smith LLP |
| Attn: Eric A. Schaffer, Esq. |
| 225 Fifth Avenue, Suite 1200 |
| Pittsburgh, PA 15222 |

| BNYMELLON/RE MIDCAP SPDRSc/o |
| c/o Reed Smith LLP |
| Attn: Eric A. Schaffer, Esq. |
| 225 Fifth Avenue, Suite 1200 |
| Pittsburgh, PA 15222 |

| |
|---|
| BNYMELLON/RE OZ OMNIBUS DTC ACCOUNT<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer, Esq.<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| BNYMELLON/RE THE PRUDENTIAL INVESTMENT<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer, Esq.<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| BNYMELLON/WEALTH MANAGEMENT<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer, Esq.<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| BRANCH BANKING AND TRUST COMPANY<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| BROWN BROTHERS HARRIMAN & CO.<br>Attn: Office of Gen. Counsel<br>140 Broadway<br>New York, NY 10005 |
| C.L. KING & ASSOCIATES, INC.<br>9 Elk Street<br>Albany, NY 12207-1002<br>Attn: Legal Dept. |
| CANTOR FITZGERALD & CO. / CANTOR CLEARING<br>SERVICES<br>499 Park Avenue<br>New York, NY 10022<br>Attn: Legal Dept. |
| CANTOR FITZGERALD & CO. / CANTOR CLEARING<br>SERVICES<br>499 Park Avenue<br>New York, NY 10022<br>Attn: Legal Dept. |
| CETERA INVESTMENT SERVICES LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207 |

3

| |
|---|
| CHARLES SCHWAB & CO., INC.<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD  57104<br>Attn:  Legal Dept. |
| CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD  57104<br>Attn:  Legal Dept. |
| CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD  57104<br>Attn:  Legal Dept. |
| CITIBANK/THE CITIGROUP PRIVATE BANK/TRUST<br>111 Huntington Ave.<br>Boston, MA  02199<br>Attn:  Legal Dept. |
| CITIGROUP GLOBAL MARKETS INC.<br>388 Greenwich Street<br>New York, NY 10013<br>Attn:  Legal Dept. |
| CITIGROUP GLOBAL MARKETS INC./SALOMON<br>BROTHERS<br>c/o Citigroup Global Markets Inc.<br>388 Greenwich Street<br>New York, NY 10013<br>Attn:  Legal Dept. |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT<br>CLEARING<br>c/o Citigroup Global Markets Inc.<br>388 Greenwich Street<br>New York, NY 10013<br>Attn:  Legal Dept. |
| CITY NATIONAL BANK<br>City National Plaza<br>555 South Flower Street<br>Los Angeles, CA  90071<br>Attn:  Legal Dept. |

COMERICA BANK
c/o Corporate Creations Network Inc.
15 North Mill Street
Nyack, NY 10960

COMMERCE BANK
c/o Stephen C. Funk, Resident Agent
100 N. Main
El Dorado, KS  67042

COMPASS BANK/TRUST DIVISION
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

COR CLEARING LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

CREDIT SUISSE SECURITIES (USA) LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

CREWS AND ASSOCIATES, INC.
c/o CT Corporation System
100 Cummings Circle, Suite 427A
Beverly, MA 01915

CROWELL WEEDON & CO
c/o National Registered Agents, Inc.
155 Federal Street, Suite 700
Boston, MA 02110

D LERNER ASSOCIATES
c/o David Lerner Associates, Inc.
477 Jericho Turnpike
Syosset, NY 11791-9006
Attn:  Legal Dept.

D. A. DAVIDSON & CO.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

DAVENPORT & COMPANY LLC
One James Center
901 East Cary Street, Suite 1100
Richmond, VA  23219
Attn:  Legal Dept.

DEUTSCHE BANK SECURITIES INC.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

E*TRADE SECURITIES LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

EDWARD D. JONES & CO.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

FEDERAL HOME LOAN MORTGAGE CORPORATION
8200 Jones Branch Dr.
McLean, VA 22102
Attn: Legal Dept.

FIDUCIARY SSB
c/o State Street Bank & Trust Company
Attn: Legal Dept.
1 Lincoln Street, FL 1
Boston, MA 02111

FIFTH THIRD BANK
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

FIRST SOUTHWEST COMPANY
c/o Don Campbell, Registered Agent
325 North Saint Paul Street, Suite 800
Dallas, TX 75201

GEORGE K. BAUM & COMPANY
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

GOLDMAN SACHS & CO. LLC
c/o McDermott Will & Emery LLP
Attn: William P. Smith, Esq.
444 West Lake Street, Suite 400
Chicago, IL 60606

GOLDMAN SACHS BANK USA
c/o McDermott Will & Emery LLP
Attn: William P. Smith, Esq.
444 West Lake Street, Suite 4000
Chicago, IL 60606

| |
|---|
| GOLDMAN SACHS BANK USA/#2 |
| c/o McDermott Will & Emery LLP |
| Attn: William P. Smith, Esq. |
| 444 West Lake Street, Suite 4000 |
| Chicago, IL 60606 |
| GOLDMAN SACHS EXECUT |
| c/o McDermott Will & Emery LLP |
| Attn: William P. Smith, Esq. |
| 444 West Lake Street, Suite 4000 |
| Chicago, IL 60606 |
| HILLIARD, LYONS LLC |
| 500 West Jefferson Street, Suite 700 |
| Louisville, KY 40202 |
| Attn: Legal Dept. |
| HILLTOP SECURITIES INC. |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |
| INTERACTIVE BROKERS RETAIL EQUITY CLEARING |
| c/o Interactive Brokers |
| One Pickwick Plaza |
| Greenwich, CT 06830 |
| Attn: Legal Dept. |
| INTL FCSTONE FINANCIAL INC. |
| c/o Corporate Creations Network Inc. |
| 15 North Mill Street |
| Nyack, NY 10960 |
| J.P. MORGAN SECURITIES LLC |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |
| J.P. MORGAN SECURITIES LLC/JPMC AKA OR FKA J.P. |
| MORGAN CLEARING |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |
| JANNEY MONTGOMERY SCOTT LLC |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |
| JEFFERIES LLC |
| c/o CT Corporation System |
| 28 Liberty Street |
| New York, NY 10005 |

63356673 v1

JPMORGAN CHASE BANK, N.A./CUSTODIAL TRUST
COMPANY
c/o Simpson Thacher & Bartlett LLP
Attn: David Elbaum, Esq.
425 Lexington Avenue
New York, NY 10017

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
c/o Simpson Thacher & Bartlett LLP
Attn: David Elbaum, Esq.
425 Lexington Avenue
New York, NY 10017

JPMORGAN CHASE BANK/CORRESPONDENCE CLEARING
SERVICES 2
c/o Simpson Thacher & Bartlett LLP
Attn: David Elbaum, Esq.
425 Lexington Avenue
New York, NY 10017

KEYBANC CAP MKTS INC.
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

KEYBANK NATIONAL ASSOCIATION
Attn: Legal Department
127 Public Square
Cleveland, OH 44114

LAZARD CAP MKTS LLC
c/o Lazard
4 Embarcadero Center, 24th Floor
San Francisco, CA 94111
Attn: Legal Dept.

LPL FINANCIAL CORPORATION
c/o Stephanie L. Brown
155 Federal Street, 14th Floor
Boston, MA 02110

Manufacturers and Traders Trust Company
Attn: Legal Dept.
One M and T Plaza
Buffalo, NY 14203

MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

MERRILL LYNCH, PIERCE FENNER & SMITH SAFEKEEPING
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

MESIROW FINANCIAL
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

MITSUBISHI UFJ TRUST & BANKING CORPORATION, NEW
YORK BRANCH
420 Fifth Avenue, 6th Floor
New York, NY 10018
Attn: Legal Dept.

MORGAN KEEGAN & CO
Morgan Keegan Tower
50 North Front Street
Memphis, TN 38103
Attn: Legal Dept.

MORGAN STANLEY & CO. LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

MORGAN STANLEY SMITH BARNEY LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

NATIONAL FINANCIAL SERVICES LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

NORTHERN TRUST COMPANY/FUTURE FUND ACCOUNTS
Attn: Legal Dept.
50 South LaSalle Street
Chicago, IL 60603

| |
|---|
| OPPENHEIMER & CO. INC.<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| OPTIONSXPRESS, INC.<br>150 South Wacker, 12th Floor<br>Chicago, IL 60606<br>Attn: Legal Dept. |
| PERSHING LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| PIPER JAFFREY & CO<br>800 Nicollet Mall, Suite 1000<br>Minneapolis, MN 55402-7020<br>Attn: Legal Dept. |
| PNC BANK, NATIONAL ASSOCIATION<br>Attn: Legal Dept.<br>222 Delaware Avenue<br>Wilmington, DE 19899 |
| RAYMOND JAMES & ASSOCIATES, INC.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| RAYMOND JAMES & ASSOCIATES, INC/FI<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| RBC CAPITAL MARKETS, LLC<br>c/o Corporate Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| RBC DOMINION SECURITIES INC./CDS**<br>c/o CT Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02110 |
| REGIONS BANK<br>Attn: Legal Dept.<br>1900 Fifth Avenue North<br>Birmingham, AL 35203 |

RELIANCE TRUST COMPANY
1100 Abernathy Road North East
Suite 400
Atlanta, GA 30328
Attn: Legal Dept.

RELIANCE TRUST COMPANY/SWMS1
1100 Abernathy Road North East
Suite 400
Atlanta, GA 30328
Attn: Legal Dept.

RELIANCE TRUST COMPANY/SWMS2
1100 Abernathy Road North East
Suite 400
Atlanta, GA 30328
Attn: Legal Dept.

ROBERT W. BAIRD & CO. INCORPORATED
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

ROOSEVELT & CROSS
Attn: Thomas Vigorito
One Exchange Place
55 Broadway, 22nd Floor
New York, NY 10006

SANFORD C. BERNSTEIN & CO., LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

SCOTTRADE, INC.
c/o Incorporating Services, LTD.
3500 South Dupont Highway
Dover, Delaware 19901

SEI PRIVATE TRUST COMPANY
Attn: Legal Dept.
1 Freedom Valley Drive
Oaks, PA 19456

SEI PRIVATE TRUST COMPANY/C/O GWP
Attn: Legal Dept.
1 Freedom Valley Drive
Oaks, PA 19456

| |
|---|
| SSB - BLACKROCK INSTITUTIONAL TRUST<br>c/o State Street Bank & Trust Company<br>Attn: Legal Dept.<br>1 Lincoln Street, FL 1<br>Boston, MA 02111 |
| SSB - TRUST CUSTODY<br>c/o State Street Bank & Trust Company<br>Attn: Legal Dept.<br>1 Lincoln Street, FL 1<br>Boston, MA 02111 |
| SSB&T CO/CLIENT CUSTODY SERVICES<br>c/o State Street Bank & Trust Company<br>Attn: Legal Dept.<br>1 Lincoln Street, FL 1<br>Boston, MA 02111 |
| STATE STREET BANK & TRUST/STATE STREET TOTALETF<br>Attn: Legal Dept.<br>1 Lincoln Street, FL 1<br>Boston, MA 02111 |
| STATE STREET BANK AND TRUST COMPANY<br>Attn: Legal Dept.<br>1 Lincoln Street, FL 1<br>Boston, MA 02111 |
| STEPHENS INC.<br>c/o CT Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02110 |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| STOCKCROSS FINANCIAL SERVICES, INC.<br>Attn: Legal Dept.<br>77 Summer Street<br>Boston, MA 02110 |
| STOEVER GLASS & CO.<br>30 Wall Street, New York, NY 10005<br>Attn: Legal Dept. |
| SWENEY CARTWRIGHT CO<br>17 South High Street, Suite 300<br>Columbus, OH 43215<br>Attn: Legal Dept. |

| |
|---|
| TD AMERITRADE CLEARING, INC.<br>C/O TD Ameritrade<br>200 South 108th Avenue<br>Omaha, NE 68154<br>Attn: Legal Dept. |
| TD PRIME SERVICES LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| THE BANK OF NEW YORK MELLON<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| THE BANK OF NEW YORK MELLON/FMSBONDS, INC.<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| THE BANK OF NEW YORK MELLON/MELLON TRUST OF<br>NEW ENGLAND, NATIONAL ASSOCIATION<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| THE BANK OF NEW YORK MELLON/NOMURA BANK INT'L<br>PLC<br>c/o Reed Smith LLP<br>Attn: Eric A. Schaffer<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 |
| THE BANK OF NOVA SCOTIA/CLIENT A<br>Banque Scotia<br>40 King St. West<br>Scotia Plaza<br>Toronto, ON M5H 1H1<br>Canada<br>Attn: Legal Dept. |
| THE HUNTINGTON NATIONAL BANK<br>17 South High Street<br>Columbus, OH 43216<br>Attn: Legal Dept. |

| THE NORTHERN TRUST COMPANY |
|---|
| Attn: Legal Dept. |
| 50 South LaSalle Street |
| Chicago, IL 60603 |
| U.S. BANCORP INVESTMENTS, INC. |
| Attn: Kenneth S. Cameraneski |
| 60 Livingston Ave |
| EP-MN-WN3C |
| St. Paul, MN 55107 |
| U.S. BANK N.A. |
| c/o Hogan Lovells US LLP |
| Attn:  Robin E. Keller, Esq. |
| 875 Third Avenue |
| New York, NY 10022 |
| U.S. BANK N.A./CP |
| c/o Hogan Lovells US LLP |
| Attn:  Robin E. Keller, Esq. |
| 875 Third Avenue |
| New York, NY 10022 |
| UBS FINANCIAL SERVICES INC. |
| c/o Corporation Services Company |
| 80 State Street |
| Albany, NY 12207 |
| UMB Bank, National Association |
| Attn: Legal Dept. |
| 1010 Grand Boulevard |
| Kansas City, MO 64106 |
| USAA INVEST MGMT CO |
| c/o Corporation Service Company |
| 84 State Street |
| Boston, MA 02109 |
| USAA INVEST MGMT CO |
| c/o Corporation Service Company |
| 84 State Street |
| Boston, MA 02109 |
| VISION FINANCIAL MARKETS LLC |
| Attn: Legal Dept. |
| 120 Long Ridge Road |
| 3 North |
| Stamford, CT 06902 |

| |
|---|
| WEDBUSH SECURITIES INC.<br>Attn: President<br>610 Newport Centre Drive<br>Suite 1300<br>Newport Beach, CA 92660 |
| WELLS FARGO / SAFEKEEP<br>Attn: Legal Dept.<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104 |
| WELLS FARGO BANK, N.A./SIG<br>Attn: Legal Dept.<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br>Attn: Legal Dept.<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104 |
| WELLS FARGO CLEARING SERVICES LLC AKA OR FKA FIRST<br>CLEARING LLC<br>c/o Corporation Services Company<br>80 State Street<br>Albany, NY 12207 |
| WELLS FARGO SECURITIES, LLC<br>c/o Corporation Services Company<br>80 State Street<br>Albany, NY 12207 |
| WESBANCO BANK, INC.<br>Attn: Legal Dept.<br>One Bank Plaza<br>Wheeling, WV 26003 |
| WILLIAM BLAIR & COMPANY, L.L.C.<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |

63356673 v1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------- X
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :    Title III
                                        :
        as representative of            :    Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO et al., :    (Jointly Administered)
                                        :
        Debtors.¹                       :
------------------------------------------------------------- X
```

## FURTHER ORDER PURSUANT TO BANKRUPTCY RULES 1007(i) AND 2004 AUTHORIZING DISCOVERY AND COMPELLING DISCLOSURE OF LISTS OF SECURITY HOLDERS

Upon further consideration of the *Urgent Motion of the Financial Oversight and Management Board of Puerto Rico for Entry of an Order Under Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery and Compelling Disclosure of Lists of Security Holders* dated April 8, 2019 [ECF No. 6143] (the "Urgent Motion")[2] and the *Order Pursuant to Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery and Compelling Disclosure of Lists of Security Holders* [ECF No. 6384] (the "First Order"), and the exhibits attached thereto, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

relief requested therein pursuant to section 310 of PROMESA; (ii) venue is proper before this

Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of this Urgent Motion

and First Order has been provided under the particular circumstances and no other or further

notice need by provided; (iv) based on the statements and arguments made in the Urgent Motion,

the Court has found that disclosure pursuant to Rule 1007(i) and examination under Rule 2004 of

the Federal Rules of Bankruptcy Procedure is appropriate; and (v) the parties referred to in the

First Order have met and conferred regarding the creation of an appropriate confidentiality

restriction as reflected herein, and have submitted the proposal reflected below, in compliance

with the First Order and in agreement as to the provisions thereof. Accordingly, it is hereby

**ORDERED** that:

1. The Urgent Motion is further granted as provided herein.

2. To the extent any federal, state or foreign law or other legal authority governing the disclosure or use of confidential information, including personal data or non-public personal financial information, permits disclosure of such information pursuant to an order of a court, this order shall constitute such an order.

3. The Oversight Board shall not disclose any Confidential Information[3] to any person for any purpose, except as provided below:

   a. The Oversight Board may disclose any Confidential Information to (a) the UCC and/or any trustee appointed pursuant to 11 U.S.C. § 926, and (b) each such party's representatives, professionals, and members, provided that the foregoing restrictions shall apply to all such parties and persons (each in such capacity, a "Receiving Party");

   b. The Receiving Party may disclose the identity of any person or entity who is a defendant to a Challenged Bonds Avoidance Action, together with such person's or entity's address, the date of receipt of any transfers

---

[3] "Confidential Information" constitutes or contains nonpublic proprietary or confidential technical, business, financial, personal, or other information of a nature that can be protected under Rule 26(c) of the Federal Rules of Civil Procedure and Rule 7026 or 9018 of the Federal Rules of Bankruptcy Procedure, or is subject by law or by contract to a legally protected right of privacy. For the avoidance of doubt, Confidential Information includes customer/consumer names and addresses, account numbers, and identification of securities held in the accounts. The term "Confidential Information," however, shall not include information within the public domain that is furnished by any provider of information ("Provider") to a third party who is under no obligation to keep the information confidential.

alleged to be avoidable, the amounts of any such transfers individually and in the aggregate, and the Challenged Bond CUSIP numbers corresponding to any such transfers, in any document necessary to file, serve, and prosecute the Challenged Bonds Avoidance Actions. Notwithstanding the foregoing, in accordance with Local Rule 5.2 of the District of Puerto Rico, the Receiving Party shall, to the extent it seeks to disclose Confidential Information in any pleading, motion, objection, or other public document pursuant to this paragraph, redact all (1) social security or employer identification numbers of individuals or entities, (2) names of any individuals known by the Receiving Party to be minor children as of the date of disclosure; (3) dates of birth of individuals, (4) financial account numbers, and (5) home or business addresses, other than such individuals' or entities' city and state of residence, provided, however, that in any Challenged Bond Avoidance Action not involving an individual known by the Receiving Party to be a minor child at the time of disclosure, the Receiving Party shall file any initial pleading and case commencement materials using a pseudonym name for the defendant, and file with the Court under seal a "key" list matching pseudonyms to actual names, and provided further that the obligation to utilize a pseudonym as provided herein extends only to the initial pleading and case commencement materials and shall terminate twenty-one (21) days after the Receiving Party provides such defendant, at the time of service, with reasonable notice and an opportunity to object to the use of its Confidential Information. For the avoidance of doubt, (a) the Receiving Party may file under seal a single "key" matching pseudonyms to actual names of all defendants to all Challenged Bond Avoidance Actions commenced by such Receiving Party; (b) notice and opportunity for such defendants to object to use of Confidential Information may be provided by the Receiving Party in the body of any initial pleading and no further notice shall be required; and (c) this Order shall be self-effectuating such that no Receiving Party shall be required to file any motion or other pleading with the Court regarding further permission to file such "key" under seal.

c.  Upon the latest of (a) the date that a final judgment has been entered and satisfied as to all Challenged Bonds Avoidance Actions and (b) the date that the above-captioned PROMESA Title III cases are closed by the Court, the Receiving Parties shall destroy all Confidential Information. Notwithstanding the foregoing, the Receiving Parties shall be permitted to retain, in accordance with its documented practices, professional obligations, applicable law or automatic electronic backup systems, archival copies of any Confidential Information. For the avoidance of doubt, the Receiving Parties shall not be required to destroy or erase any electronic copy of such materials that is created pursuant to its standard electronic backup and archival procedures, if only personnel whose functions are primarily information technology in nature have access to such retained copies (except to the extent used for any purpose outlined

above in this paragraph) and such personnel's access is limited to that reasonably necessary for the performance of their information technology duties. Notwithstanding the destruction of Confidential Information pursuant to this paragraph, the Receiving Parties will continue to be bound by their confidentiality obligations and other obligations under this Order in perpetuity; and

d. In the event that a Receiving Party receives a request to disclose all or any part of the Confidential Information under the terms of a subpoena or other order issued by a court of competent jurisdiction or by another governmental agency, relevant regulatory authority or by the mandatory rules or requirements of any recognized investment exchange, the Receiving Party shall to the extent permitted by law or the mandatory rules or requirements of any recognized investment exchange (a) promptly notify the Provider of the existence, terms and circumstances surrounding such a request, (b) consult with the Provider on the advisability of taking steps to resist or narrow such request, (c) if disclosure of such Confidential Information is required, furnish only such portion of the Confidential Information as the Receiving Party reasonably determines is legally required to be disclosed and (d) cooperate, at the Provider's expense, with the Provider in its efforts to obtain a protective order or other relief to prevent the disclosure of the Confidential Information or other reliable assurance that confidential treatment will be accorded to such portion of the Confidential Information that is required to be disclosed.

4. The Receiving Party shall maintain Confidential Information in a secure and safe area and shall exercise a standard of due and proper care with respect to the storage, custody, use, and/or dissemination sufficient to safeguard against unauthorized or inadvertent disclosure of Confidential Information. Confidential Information shall not be copied, reproduced, extracted or abstracted, except to the extent that such copying, reproduction, extraction or abstraction is reasonably necessary for the conduct of the Challenged Bonds Avoidance Actions. All such copies, reproductions, extractions, and abstractions shall be subject to the terms of this Order and labeled in the same manner as the designated material on which they are based. If a Receiving Party learns that there has been a material breach of a Provider's Confidential Information due to unauthorized access by a third-party (including unauthorized access by a current or former employee of the Receiving Party) to Confidential Information in the Receiving Party's possession, custody or control, the Receiving Party shall as soon as possible notify the Provider of such breach and shall cooperate, or cause its designated agents to cooperate, with the Provider and the Provider's agents in the investigation and resolution of such breach. Nothing in this provision, however, shall be construed as authorizing or requiring a party to violate any law, court order, or regulatory obligation prohibiting the Receiving Party from notifying the Provider of such breach.

5. Any Provider or Receiving Party may seek additional orders from the Court that such Party believes may be necessary to comply with any law or contractual obligation relating to personal data or non-party financial information.

6. The terms of and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: _____, 2019

_____
Honorable Judith Gail Dein
United States Magistrate Judge

63375742