# United States District Court
# District of Puerto Rico

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as a representative of<br><br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.<br>    Debtors. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### SPECIAL APPEARANCE AND TO INFORM COMPLIANCE WITH ORDERS AT DOCKET NOS. 6384, 6493, 6540 AND 6853

TO THE HONORABLE COURT:

COMES NOW Cetera Investment Services, LLC ("Cetera"), specially appearing without submitting to the Court's jurisdiction, through the undersigned counsel, and respectfully state and pray as follows:

In compliance with court orders at Docket Nos. 6384, 6493, 6540, and 6853, Cetera hereby files its response. See Exhibit 1.

**WHEREFORE**, it is respectfully requested that the Honorable Court take notice of the aforementioned.

RESPECTULLY SUBMITTED.

In San Juan, Puerto Rico, this 10th day of May 2019.

**MELENDEZ TORRES LAW, PSC**

*Attorneys for Cetera Investment Services, LLC*
MCS Plaza, Suite 1200
255 Ponce de León Avenue
San Juan, PR 00917
Tel (787) 281-8100
Fax (787) 281-8310

*s/Sonia I. Torres-Pabón*
Sonia I. Torres- Pabón
USDC-PR No. 209310
storres@melendeztorreslaw.com

*s/Isabel C. Lecompte Shiba*
USDC-PR No. 230714
ilecompte@melendeztorreslaw.com

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this same date we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Sonia I. Torres-Pabón*
Sonia I. Torres Pabón
