

**Travis McGregor**
Senior Counsel
45  Broadway, 20th Floor
New York, NY 10006
OFFICE: 212.652.1087
Travis.McGregor@cetera.com

May 9, 2019

BROWN RUDNICK LLP
ATTN: Edward S. Weisfelner, Esq.
Seven Times Square
New York, NY 10036

    **Re:**     **URGENT MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO TO ENFORCE ORDER UNDER
BANKRUPTCY RULSE 1007(i) AND 2004 AUTHORIZING DISCOVERY AND
COMPELLING DISCLOUSRE OF LISTS OF SECURITY HOLDERS**

Dear Mr. Weisfelner:

    Cetera Investment Services, LLC (the "Firm") has completed a search pursuant to the

Order *Pursuant to Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery and Compelling*

*Disclosures of Lists of Security Holders* [ECF 6384] (the "First Order"), the *Order Pursuant to*

*Bankruptcy Rules 1007(i) and 2004 Authorizing Discovery and Compelling Disclosures of Lists*

*of Security Holders* [ECF 6493] (the "Second Order"), the Further Informative Order entered by

the Court [ECF 6540], and *Order Pursuant to Bankruptcy Rules 1007(i) and 2004 Authorizing*

*Discovery and Compelling Disclosures of Lists of Security Holders* [ECF 6853] (the "Third

Order") in response to Urgent Motion of the Financial Oversight and Management Board of

Puerto Rico for Entry of an Order Under the Bankruptcy *Rules 1007(i) and 2004 Authorizing*

*Discovery and Compelling Disclosures of Lists of Security Holders* [ECF 6143] (the Motion to

Compel"). The Firm's search did not uncover any transfers to persons who held at least

$2,500,000.00 in Challenged Bonds in the aggregate at any time during the Lookback period.

Exhibit 1

Should you have any questions, please contact me at (212) 652 – 1087. Thank you for your attention to this matter.

Respectfully,

Travis McGregor