**EXHIBIT C**

# United States Court of Appeals
## For the First Circuit

No. 18-1671

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

--------------------------------------------------------------------------------

AURELIUS INVESTMENT, LLC; AURELIUS OPPORTUNITIES FUND, LLC; LEX CLAIMS, LLC

Movants - Appellants

AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS

Creditor

v.

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

Debtors - Appellees

UNITED STATES; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES; OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; CYRUS CAPITAL PARTNERS, L.P.; TACONIC CAPITAL ADVISORS, L.P.; WHITEBOX ADVISORS LLC; SCOGGIN MANAGEMENT LP; TILDEN PARK CAPITAL

MANAGEMENT LP; ARISTEIA CAPITAL, LLC; CANYON CAPITAL ADVISORS, LLC; DECAGON HOLDINGS 1, LLC; DECAGON HOLDINGS 2, LLC; DECAGON HOLDINGS 3, LLC; DECAGON HOLDINGS 4, LLC; DECAGON HOLDINGS 5, LLC; DECAGON HOLDINGS 6, LLC; DECAGON HOLDINGS 7, LLC; DECAGON HOLDINGS 8, LLC; DECAGON HOLDINGS 9, LLC; DECAGON HOLDINGS 10, LLC; FIDEICOMISO PLAZA; JOSE F. RODRIGUEZ-PEREZ; CYRUS OPPORTUNITIES MASTER FUND II, LTD.; CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD.; CYRUS SPECIAL STRATEGIES MASTER FUND, L.P.; TACONIC MASTER FUND 1.5 LP; TACONIC OPPORTUNITY MASTER FUND LP; WHITEBOX ASYMMETRIC PARTNERS, L.P.; WHITEBOX INSTITUTIONAL PARTNERS, L.P.; WHITEBOX MULTI-STRATEGY PARTNERS, L.P.; WHITEBOX TERM CREDIT FUND I L.P.; SCOGGIN INTERNATIONAL FUND, LTD.; SCOGGIN WORLDWIDE FUND LTD.; TILDEN PARK INVESTMENT MASTER FUND LP; VARDE CREDIT PARTNERS MASTER, LP; VARDE INVESTMENT PARTNERS, LP; VARDE INVESTMENT PARTNERS OFFSHORE MASTER, LP; THE VARDE SKYWAY MASTER FUND, LP; PANDORA SELECT PARTNERS, L.P.; SB SPECIAL SITUATION MASTER FUND SPC; SEGREGATED PORTFOLIO D; CRS MASTER FUND, L.P.; CRESCENT 1, L.P.; CANERY SC MASTER FUND, L.P.; MERCED PARTNERS LIMITED PARTNERSHIP; MERCED PARTNERS IV, L.P.; MERCED PARTNERS V, L.P.; MERCED CAPITAL, L.P.; ARISTEIA HORIZONS, LP; GOLDEN TREE ASSET MANAGEMENT LP; OLD BELLOWS PARTNERS LLP; RIVER CANYON FUND MANAGEMENT, LLC

Creditors - Appellees

---

No. 18-1746

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

--------------------------------------------------------------------------------

ASSURED GUARANTY CORPORATION; ASSURED GUARANTY MUNICIPAL CORPORATION

Plaintiffs - Appellants

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO; UNITED STATES; ANDREW G. BIGGS; JOSE B. CARRION, III; CARLOS M. GARCIA; ARTHUR J. GONZALEZ; JOSE R. GONZALEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR.

Defendants - Appellees

_____

No. 18-1787

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

-----------------------------------------------------------------------------------

UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO (UTIER)

Plaintiff - Appellant

v.

PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD; JOSE B. CARRION, III; ANDREW G. BRIGGS; CARLOS M. GARCIA; ARTHUR J. GONZALEZ; JOSE R. GONZALEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR., JOHN DOES 1-7

Defendants - Appellees

UNITED STATES

Interested Party - Intervenor

---

Before

Torruella, Thompson, and Kayatta,
<u>Circuit Judges</u>.

---

**ORDER OF COURT**

Entered: May 6, 2019

In accordance with Federal Rule of Appellate Procedure 41(b), this Court ordered the withholding of its mandate in this case for a period of 90 days so as to allow the President and the Senate to appoint members of the Financial Oversight and Management Board for Puerto Rico in accordance with the Appointments Clause. <u>See</u> <u>Aurelius Inv., LLC</u> v. <u>Puerto Rico</u>, 915 F.3d 838, 863 (1st Cir. 2019). With that 90-day stay set to expire on May 16, 2019, the Board informs us that the President has announced his intent to nominate the current members to serve out their terms, but that the nominations have not yet gone to the Senate. <u>See</u> Presidential Announcement, April 29, 2019, https://www.whitehouse.gov/presidential-actions/president-donald-j-trump-announces-intent-nominate-appoint-personnel-key-administration-posts-24/. The Board has also filed, apparently with no sense of any urgency, a petition for certiorari.

The Board seeks a further stay of our mandate, this time under Federal Rule of Appellate Procedure 41(d)(1), which would stay the mandate indefinitely until the Supreme Court's final disposition of the case. That request is denied. Instead, the stay of our mandate is extended sixty (60) days, until July 15, 2019. Fed. R. App. P. 41(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Helgi C. Walker, Theodore B. Olson, Matthew D. McGill, Luis A. Oliver-Fraticelli, Katarina Stipec Rubio, Jeremy Max Christiansen, Lucas Townsend, Lochlan Francis Shelfer, Wandymar Burgos-Vargas, Hermann D. Bauer-Alvarez, Timothy W. Mungovan, Donald B. Verrilli Jr., Susana I. Penagaricano Brown, Carla Garcia-Benitez, Ubaldo M. Fernandez, Chantel L. Febus, Michael R. Hackett, Stephen L. Ratner, Margaret Antinori Dale, John E. Roberts, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Daniel Jose Perez-Refojos, Michael Luskin, Stephan E. Hornung, Chad Golder, Michael A. Firestein, Lary Alan Rappaport, Ginger D. Anders, William D. Dalsen, Jeffrey W. Levitan, Sarah G. Boyce, Rachel G. Miller Ziegler, Guy Brenner, Andres W. Lopez, Walter Dellinger, Peter M. Friedman, John J. Rapisardi, Suzzanne Uhland, William J. Sushon, Mariana E. Bauza Almonte, Mark R. Freeman, Michael Shih, Laura Myron, Jose Ramon Rivera-Morales, Lawrence S. Robbins, Richard A. Rosen, Mark Stancil, Donald Burke, Ariel N. Lavinbuk, Kyle J. Kimpler, Walter Rieman, Andrew N. Rosenberg, Karen R. Zeituni, Manuel A. Rodriguez-Banchs, Matthew S. Blumin, Antonio Juan Bennazar-Zequeira, Ian Heath Gershengorn, Richard B. Levin, Robert D. Gordon, Catherine Steege, Melissa M. Root, Diana M. Batlle-Barasorda, Juan J. Casillas-Ayala, Luc A. Despins, Alberto Juan Enrique Aneses-Negron, Georg Alexander Bongartz, Michael E. Comerford, Sylvia M. Arizmendi-Lopez de Victoria, Rafael Escalera-Rodriguez, Charles J. Cooper, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Susheel Kirpalani, David Michael Cooper, Gustavo Adolfo Pabon-Rico, Howard C. Nielson Jr., Haley N. Proctor, Michael W. Kirk, John Ohlendorf, Ralph C. Ferrara, Ann M. Ashton, Raul Castellanos-Malave, Joseph P. Davis III, Katiuska Bolanos-Lugo, Monsita Lecaroz-Arribas, Emil J. Rodriguez Escudero, Jorge Martinez-Luciano, Anibal Acevedo-Vila, Jose A. Hernandez-Mayoral, Hector J. Ferrer-Rios, Heriberto J. Burgos-Perez, Ricardo F. Casellas-Sanchez, Diana Perez-Seda, Rolando Emmanuelli-Jimenez, Yasmin Colon-Colon, Jessica Esther Mendez-Colberg, Lindsay C. Harrison, William K. Dreher