# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO *EX REL.* THE COMMONWEALTH OF PUERTO RICO | Case No. 17-BK-3283-LTS |
| THIS DOCUMENT RELATES TO: | |
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO *EX REL.* THE PUERTO RICO ELECTRIC POWER AUTHORITY | Case No. 17-BK-4780-LTS |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 9010-1(d)(3)(A), Neal S. Manne hereby withdraws his appearance as counsel for Vitol Inc. in the above-captioned cases. ECF 155. Vitol Inc. will continue to be represented in the above-captioned cases by McConnell Valdés LLC (ECF 151, Case No. 17-4780) and Skadden Arps Slate Meagher & Flom LLP (ECF 186 & ECF 187, Case No. 17-4780). There are no motions pending before the Court filed by or against Vitol Inc., and no trial or hearing date has been scheduled as to Vitol Inc.

5605728v1/013628

1

Respectfully Submitted,

In San Juan, Puerto Rico, this 13th day of May, 2019.

s/ Neal Manne
Neal S. Manne
Admitted PHV 8/8/2017
nmanne@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666

*Counsel for Vitol Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 13, 2019, I electronically filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the above-captioned case. I further certify that on May 13, 2019, I caused this document to be served by overnight delivery service on the following recipients:

>Office of the United States Trustee for Region 21
>Edificio Ochoa, 500 Tanca Street, Suite 301
>San Juan, Puerto Rico 00901-1922

>>s/ Neal Manne
>>Neal S. Manne
>>Admitted PHV 8/8/2017
>>nmanne@susmangodfrey.com