# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO *EX REL.* THE COMMONWEALTH OF PUERTO RICO | Case No. 17-BK-3283-LTS |
| THIS DOCUMENT RELATES TO: | |
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO *EX REL.* THE PUERTO RICO ELECTRIC POWER AUTHORITY | Case No. 17-BK-4780-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 9010-1(d)(3)(A), Michael C. Kelso hereby withdraws his appearance as counsel for Vitol Inc. in the above-captioned cases. ECF 158. Vitol Inc. will continue to be represented in the above-captioned cases by McConnell Valdés LLC (ECF 151, Case No. 17-4780) and Skadden Arps Slate Meagher & Flom LLP (ECF 186 & ECF 187, Case No. 17-4780). There are no motions pending before the Court filed by or against Vitol Inc., and no trial or hearing date has been scheduled as to Vitol Inc.

Respectfully Submitted,

In San Juan, Puerto Rico, this 13th day of May, 2019.

                                                          s/ Michael Kelso
                                                          Michael C. Kelso
                                                          Admitted PHV 8/8/2017
                                                          mkelso@susmangodfrey.com
                                                          SUSMAN GODFREY LLP
                                                          1000 Louisiana Street, Suite 5100
                                                          Houston, Texas 77002
                                                          Telephone: (713) 651-9366
                                                          Fax: (713) 654-6666

                                                          *Counsel for Vitol Inc.*

## CERTIFICATE OF SERVICE

      I certify that on May 13, 2019, I electronically filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the above-captioned case.  I further certify that on May 13, 2019, I caused this document to be served by overnight delivery service on the following recipients:

    Office of the United States Trustee for Region 21
    Edificio Ochoa, 500 Tanca Street, Suite 301
    San Juan, Puerto Rico  00901-1922

                                                s/ Michael C. Kelso
                                                Admitted PHV 8/8/2017
                                                mkelso@susmangodfrey.com