# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *ET AL*.<br><br>Debtors[1] | PROMESA<br>Title III<br><br><br><br>NO. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>Debtors | PROMESA<br>Title III<br><br><br><br>NO. 17 BK 3267-LTS<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Enrique G. Figueroa-Llinás do hereby certify that on May 13, 2019 I caused a true and correct copies of the *Notice of Appearance and Request for Service of Notices and Papers*, which

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747)

was filed on May 10, 2019 in Case No. 17 BK 3283-LTS, to be served by U.S. Mail (Exhibit A) and by electronic mail (Exhibit B).

On that same date, I also caused two courtesy copies of said document to be sent by FedEx overnight delivery to the Chambers of the Honorable Laura Taylor Swain at:

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

and

150 Carlos Chardon Street
Federal Building, Office 150
San Juan, PR 00918-1767

Copies of the document were also sent by U.S. Mail to the Office of the United States Trustee for the District of Puerto Rico.

In San Juan, Puerto Rico, this 13th day of May 2019.

| | |
|---|---|
| Jennifer L. Malin (*Pro Hac Vice*) | Enrique G. Figueroa-Llinás |
| Carrie V. Hardman (*Pro Hac Vice*) | USDC No. 201709 |
| **WINSTON & STRAWN LLP** | **BOBONIS, BOBNIS & RODRIGUEZ POVENTUD** |
| 200 Park Avenue | 129 de Diego Ave. |
| New York, NY 10166 | San Juan, Puerto Rico 00911-1927 |
| Tel: (212) 294-6700 | Tel: (787) 725-7941 |
| Fax: (212) 294-4700 | Fax: (787) 725-4245 |
| Email: jmalin@winston.com | Email: efl@bobonislaw.com |
| chardman@winston.com | |

2