UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

   Debtors.[1]
------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING JOINT STATUS REPORT CONCERNING
INFORMATION FILED UNDER SEAL IN CONNECTION WITH COMMITTEE'S MOTION
FOR ORDER TO PURSUE CERTAIN CAUSES OF ACTION ON BEHALF OF COMMONWEALTH

      The Court has received and reviewed the *Joint Status Report of Official Committee of Unsecured Creditors and Oversight Board's Special Claims Committee Concerning Information Filed Under Seal in Connection with Committee's Motion for Order to Pursue Certain Causes of Action on Behalf of Commonwealth and Granting Related Relief* (Docket Entry No. 6869 in Case No. 17-3283, the "Status Report") filed by the Official Committee of Unsecured Creditors and the Financial Oversight and Management Board for Puerto Rico's Special Claims Committee.

      At the April 24, 2019 omnibus hearing in the above-captioned Title III cases, the

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

Court ordered the Parties[2] to file the Status Report by May 8, 2019, and to file newly redacted versions of the Sealed Information by May 15, 2019, to reflect material that the Parties no longer believed required confidential treatment (the "April 24 Order"). (See Docket Entry No. 6538 at 154:16-155:22.) The Status Report asserts that the Sealed Information is confidential work product and that disclosure of the Sealed Information would be detrimental to the ability of the Parties to marshal assets for the benefit of the Commonwealth of Puerto Rico's stakeholders. The Status Report therefore requests that the Sealed Information remain sealed.

The Court hereby vacates the April 24 Order to the extent that it required the Parties to file newly redacted versions of the Sealed Information by May 15, 2019. The Parties are hereby directed to file a joint status report every six months, with the first such report due on December 1, 2019, stating whether and to what extent the Parties believe the Sealed Information should be maintained under seal pursuant to Section 107 of the Bankruptcy Code or other applicable laws and rules. The Sealed Information will remain under seal pending further order of the Court.

SO ORDERED.

Dated: May 13, 2019

  /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge

---

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Status Report.