# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>　　Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**TO THE HONORABLE COURT:**

　　**COME NOW** Branch Banking and Trust Company ("BB&T"), BB&T Securities, LLC ("BB&T Securities"), Regions Bank ("Regions") and The Huntington National Bank ("HNB"), parties-in-interest hereto, and hereby enter their respective appearances in the above-captioned Title III cases (the "Title III Case") through the law firm of Moore & Van Allen PLLC and undersigned counsel, Luis M. Lluberas, pursuant to Rule 83D(a) of the Local District Court Rules for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as made applicable to these proceedings by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, *et seq*., and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"). BB&T,

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (*i*) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (*ii*) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (*iii*) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (*iv*) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (*v*) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

BB&T Securities, HNB and Regions each request that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon counsel as follows:

> Luis M. Lluberas
> USDC No. 301703
> **MOORE & VAN ALLEN PLLC**
> 100 North Tryon Street, Suite 4700
> Charlotte, North Carolina 28211
> Tel: (704) 331-3548
> Fax: (704) 409-5675
> E-mail: luislluberas@mvalaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in PROMESA, the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of BB&T, BB&T Securities, HNB or Regions with respect to the above-captioned debtors and debtors in possession (the "Debtors") or any property or proceeds in which any Debtor may claim an interest. Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to trial by jury in any proceeding so triable in the Title III Case or any case, controversy, or proceeding related to the Trial III Case; and (2) to any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which BB&T, BB&T Securities, HNB or Regions (or any of their respective affiliates) is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies are expressly reserved.

[*Remainder of page intentionally left blank.*]

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case, and that a copy of the foregoing was sent by overnight mail to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

Dated: May 13, 2019

Respectfully submitted,

*/s/ Luis M. Lluberas*

Luis M. Lluberas
USDC No. 301703
**MOORE & VAN ALLEN PLLC**
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28211
Tel: (704) 331-3548
Fax: (704) 409-5675
E-mail: luislluberas@mvalaw.com

*Attorney for Branch Banking and Trust Company, BB&T Securities, LLC, Regions Bank and The Huntington National Bank*