**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------------- x

                                               :

In re:                                            :

                                                :

THE FINANCIAL OVERSIGHT AND        :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :    Title III

                                                :

          as representative of                  :    Case No. 17-BK-3283 (LTS)

                                                :

THE COMMONWEALTH OF PUERTO RICO, *et al.*,   :    (Jointly Administered)

                                                :

          Debtors.[1]                              :

-------------------------------------------------------------------------- x

**JOINDER OF GENESIS SECURITY IN URGENT MOTION OF OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR ORDER, UNDER BANKRUPTCY**
**CODE SECTIONS 105(a) AND 926(a) AND BANKRUPTCY RULE 9006,**
**ESTABLISHING (I) PROCEDURES WITH RESPECT TO DISCLOSURE OF**
**AVOIDANCE ACTIONS TO BE ASSERTED BY OVERSIGHT BOARD, AND (II)**
**EXPEDITED BRIEFING SCHEDULE FOR POTENTIAL REQUEST TO APPOINT**
**<u>TRUSTEE UNDER BANKRUPTCY CODE SECTION 926(a)</u>**

To the Honorable United States District Judge Laura Taylor Swain:

Genesis Security[2] hereby joins in the *Urgent Motion of Official Committee of Unsecured*

*Creditors for Order, Under Bankruptcy Code Sections 105(a) and 926(a) and Bankruptcy Rule*

*9006, Establishing (I) Procedures with Respect to Disclosure of Avoidance Actions to be*

*Asserted by Oversight Board, and (II) Expedited Briefing Schedule for Potential Request to*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

[2] Genesis Security is a member of the Committee (as defined below) and a creditor of the Commonwealth, HTA, and PREPA.

*Appoint Trustee Under Bankruptcy Code Section 926(a)* [Docket No. 5997] (the "Motion"), as of the date of filing of the Motion.

1.      On March 25, 2019 the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee") filed the Motion, in which it requested, among other things, entry of an order establishing procedures with regard to the disclosure of certain causes of action to be asserted by the Financial Oversight and Management Board for Puerto Rico, and establishing an expedited briefing schedule for the Committee to file a motion for appointment of a trustee to pursue debtor causes of action.

2.      Genesis Security hereby joins, as of the date of filing of the Motion, in the Committee's Motion for the reasons set forth in the Motion.

[*Remainder of page intentionally left blank.*]

Dated:  May 13, 2019                     */s/LUIS R. RAMOS-CARTAGENA*
San Juan, Puerto Rico                    USDC - PR 220310

                                         CASILLAS, SANTIAGO & TORRES LLC
                                         Luis R. Ramos-Cartagena, Esq.
                                         El Caribe Office Building
                                         53 Palmeras Street, Ste. 1601
                                         San Juan, Puerto Rico 00901-2419
                                         Telephone: (787) 523-3434
                                         lramos@cstlawpr.com


                                         *Counsel to Genesis Security*