United States District Court
for the District of Puerto Rico

In re:
The Financial Oversight and Management
Board for Puerto Rico
    as representative of
Commonwealth of Puerto Rico
    Debtors

Promesa Title III

No. 17 BK 3283-LTS

RECEIVED AND FILED - MAIL
USBC '19 MAY 10 AM 9:42

## Motion On request for hearing

The plaintiff appears in his own right as a poor person and requests

1- That in view of the recent resolution issued by this distinguished forum, we request that an order be granted in the merits of the proposals presented here with the purpose of arguing and to base our petition on this forum.

2- That the only thing that we are looking for is that we only get paid the two thousand dollars negotiated in this case, which were trated prior to the promise but extended to promise the payment for not paying it.

3- That our debt is of a payment of two thousand dollars and not billions as in the case of the bondholders, so that they can be released from short debts like the one in cars.

4- Therefore, we request that a hearing be granted in this case or, failing that, this court grant the remedy requested and the defendants be ordered to pay the two thousand dollars hereby compromised.

5- Se resolución that the supreme court of Puerto Rico I just issued against the defendants where I am allowed to litigate as an indigent because in that state the defendants have me by not paying the legal debt. See CC-2017-0732, op. 16 april 2019.

For all of which it is requested that a petition be known and the present petition be declared and that a hearing be held, as soon as the order is issued for the purpose of proceeding with the payment due to the plaintiff.

Gerew Santana Baez
50 ayr. S unit A-501 Edif 3-J Ind.
Lucheti, Bay. P.R. 00961