Eliezer Santana Báez
50 Carr. 5 unit A-501 Edif 3-J
Ind. Luchetti bay. P.R. 00901

SAN JUAN PR 009
09 MAY 2019 PM 1 L

SCREENED MAIL
USMS

RECEIVED & FILED
CLERK'S OFFICE
MAY 13 2019
US DISTRICT COURT
SAN JUAN, PR

0090131931

RECEIVED AND FILED - MAIL
USBC '19 MAY 10 AM 9:42

Tribunal Quiebras P.R.
Jose V. Toledo Federal Building & US Courthouse
300 Recinto Sur, suite 134
S.J. P.R. 00901