**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S APPEARANCE AT MAY 16, 2019 HEARING**

**PLEASE TAKE NOTICE** that Marcia Goldstein, Kelly DiBlasi, and Moshe Fink from the New York, New York office of Weil, Gotshal & Manges LLP will appear and present argument on behalf of National Public Finance Guarantee Corporation ("National") at the May 16, 2019 hearing in connection with the *Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order By and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Highways and Transportation Authority and Employees*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Retirement System of the Government of the Commonwealth of Puerto Rico* [Docket No. 6867 in Case No. 17-3283]. National's legal representatives will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 13 day of May, 2019.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| 208 Ponce de León Avenue, Suite 1600 | Marcia Goldstein (admitted *pro hac vice*) |
| San Juan, PR 00936 | Kelly DiBlasi (admitted *pro hac vice*) |
| Telephone: 787.756.9000 | Gabriel A. Morgan (admitted *pro hac vice*) |
| Facsimile: 787.756.9010 | Jonathan Polkes (admitted *pro hac vice*) |
| Email: epo@amgprlaw.com | Gregory Silbert (admitted *pro hac vice*) |
| loliver@amgprlaw.com | Jared R. Friedmann (admitted *pro hac vice*) |
| acasellas@amgprlaw.com | |
| larroyo@amgprlaw.com | 767 Fifth Avenue |
| | New York, New York 10153 |
| By: */s/ Eric Pérez-Ochoa* | Telephone: (212) 310-8000 |
| Eric Pérez-Ochoa | Facsimile: (212) 310-8007 |
| USDC-PR No. 206314 | Email: marcia.goldstein@weil.com |
| | kelly.diblasi@weil.com |
| | gabriel.morgan@weil.com |
| */s/ Luis Oliver-Fraticelli* | jonathan.polkes@weil.com |
| Luis Oliver-Fraticelli | gregory.silbert@weil.com |
| USDC-PR No. 209204 | jared.friedman@weil.com |
| | |
| */s/ Alexandra Casellas-Cabrera* | |
| Alexandra Casellas-Cabrera | |
| USDC-PR No. 301010 | |
| | |
| */s/ Lourdes Arroyo-Portela* | |
| Lourdes Arroyo Portela | |
| USDC-PR No. 226501 | |

2