IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) X | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) x | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

Marguerite M. Melvin, being duly sworn, deposes and says:

1.    I am employed by Jones Day, 250 Vesey Street, New York, New York 10281, I am over eighteen years of age, and am not a party to the above-captioned cases.

NAI-1507488200v1

2. On May 10, 2019, an employee of Jones Day caused a copy of the following to be served:

- *Urgent Joint Motion Regarding the Scheduling of Discovery and Briefing in Connection With the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico For Relief From the Automatic Stay* ("Urgent Scheduling Motion")

  [Case No. 17-03283, Docket No. 6904; and
   Case No. 17-03566, Docket No. 504]

via the Court's electronic case filing and noticing system, and by e-mail upon the parties listed on the service list attached hereto as Exhibit A.

3. On May 13, 2019, I caused the Urgent Scheduling Motion to be served via U.S. First Class Mail upon the parties listed on the service list, attached hereto as Exhibit B.

*/s/ Marguerite M. Melvin*
Marguerite M. Melvin

SWORN TO AND SUBSCRIBED before
me this 13th day of May, 2019

*/s/ Dolly Waters*
Dolly Waters, Notary Public

Notary Public, State of New York
No. 01WA487730
Qualified in Nassau County
Commission Expires Nov. 17, 2020

NAI-1507488200v1

**Exhibit A**

| | |
|---|---|
| aaa@mcvpr.com | avalencia@cnrd.com |
| aaneses@cstlawpr.com | avb@sbgblaw.com |
| abhishek.kalra@lehmanholdings.com | ayanez@willkie.com |
| abyowitz@kramerlevin.com | bankruptcynoticeschr@sec.gov |
| acasellas@amgprlaw.com | barrios.jl@outlook.com |
| acaton@kramerlevin.com | bbennett@jonesday.com |
| acevedovila1@gmail.com | bbobroff@proskauer.com |
| acordova@juris.inter.edu | Bbolin@wlrk.com |
| acouret@smclawpr.com | bchew@brownrudnick.com |
| adam.goldberg@lw.com | belkgrovas@gmail.com |
| adeliz@smclawpr.com | beth@hbsslaw.com |
| Adiaz@cnrd.com | bfriedman@stblaw.com |
| adtoro@pico-blanco.co | bgm.csp@bennazar.org |
| afernandez@delgadofernandez.com | bheifetz@jonesday.com |
| agestrella@estrellallc.com | bill.natbony@cwt.com |
| AGlenn@kasowitz.com | bkfilings@fortuno-law.com |
| agraitfe@agraitlawpr.com | bmd@bmdcounselors.com |
| howie@sagwlaw.net | boneill@kramerlevin.com |
| ajb@bennazar.org | bos-bankruptcy@hklaw.com |
| AKHerring@wlrk.com | Brian.klein@maslon.com |
| alavergne@lsplawpr.com | brian.pfeiffer@whitecase.com |
| alexandra.bigas@gmail.com | brian.resnick@davispolk.com |
| alexbongartz@paulhastings.com | BRosen@proskauer.com |
| alinares2020@yahoo.com | brosenblum@jonesday.com |
| allan.brilliant@dechert.com | bufetefrgonzalez@gmail.com |
| amiller@milbank.com | buzz.rochelle@romclaw.com |
| Ana.chilingarishvili@maslon.com | c-aquino@prepa.com |
| anabelle.centeno@pridco.pr.gov | cabruens@debevoise.com |
| andres@awllaw.com | cacevedo@riveratulla.com |
| andrewtenzer@paulhastings.com | calsina@prquiebra.com |
| angela.libby@davispolk.com | Carla.garcia@oneillborges.com |
| anthonybuscarino@paulhastings.com | carla.rodriguezbernier@yahoo.com |
| antoniofuentesgonzalez@yahoo.com | carlos.lugo@saldanalaw.com |
| anunez@smclawpr.com | carloscardonafe@hotmail.com |
| apavel@omm.com | carlosfernandez@cfnlaw.com |
| aperez@kpmg.com | carlosvergne@aol.com |
| apico@jgl.com | carmen.herrero@prepa.com |
| arizmendis@reichardescalera.com | casey.servais@cwt.com |
| arosenberg@paulweiss.com | castilloricardo977@gmail.com |
| Arthursail@stny.rr.com | cbg@bobonislaw.com |
| Arwolf@wlrk.com | ccuprill@cuprill.com |
| asantiago@amgprlaw.com | cdipompeo@jonesday.com |
| asociacióngerencialescfse@gmail.com | Cesar.a.lopez-morales@usdoj.gov |
| auetz@foley.com | cfebus@proskauer.com |

NAI- 1507488200v1 A-1

cgray@reedsmith.com
charliehernandezlaw@gmail.com
chris.maddux@butlersnow.com
Chris.Maddux@butlersnow.com
christopher.connolly@usdoj.gov
christopher.harris@lw.com
clarisasola@hotmail.com
Clark.whitmore@maslon.com
claudia.quinones@indianowilliams.com
Clearyd@gtlaw.com
cmechling@stroock.com
condecarmen@condelaw.com
corraldieg@gmail.com
craigmcc@me.com
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
cspringer@reedsmith.com
csteege@jenner.com
courtneyrcarroll@gierbolinicarroll.com
cvelaz@mpmlawpr.com
cwedoff@jenner.com
daniel.bustos@excelerateenergy.com
daniel.connolly@bracewell.com
Daniel.Egan@ropesgray.com
daniel.elkort@patternenergy.com
daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
darrengoldman@quinnemanuel.com
david.indiano@indianowilliams.com
david.lawton@bracewell.com
david.powlen@btlaw.com
davidcarrionb@aol.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dbussel@ktbslaw.com
dcantor@omm.com
ddunne@milbank.com
delapena.sylvia@gmail.com
dg@g-glawpr.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmolinalaw@gmail.com
dmonserrate@msglawpr.com
donald.bernstein@davispolk.com

Donna.Maldonado@popular.com
Douglas.Hallward-Driemeier@ropesgray.com
dperez@cabprlaw.com
dperez@omm.com
drodriguez.alb@gmail.com
drodriguez@alblegal.net
dschlecker@reedsmith.com
dvelawoffices@gmail.com
dvelawoffices@gmail.com
Eakleinhaus@wlrk.com
ealdarondo@alblegal.net
ealmeida@almeidadavila.com
ebarak@proskauer.com
edgardo_barreto@yahoo.com
eduardo@cobianroig.com
edward.linden@stblaw.com
efl@bobonislaw.com
elian.escalante@gmail.com
ellen.halstead@cwt.com
emaldonado@smclawpr.com
emckeen@omm.com
emil@mlrelaw.com
emontull@cstlawpr.com
emunozPSC@gmail.com
epo@amgprlaw.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
estudiolegalrivera2@gmail.com
etejeda@splawpr.com
etulla@riveratulla.com
eweisfelner@brownrudnick.com
eworenklein@debevoise.com
ezm@mcvpr.com
fdearmas@ciacpr.com
ferraric@ferrarilawpr.com
fgierbolini@msglawpr.com
figueroaymorgadelaw@yahoo.com
filippetti_r@hotmail.com
fingerk@gtlaw.com
fmontanezmiran@yahoo.com
fpabon@lvvlaw.com

francisco.delcastillo@bennazar.org
fserra@sampr.com
fsilva@claropr.com
FSosnick@Shearman.com
gabriel.morgan@weil.com
gacarlo@carlo-altierilaw.com
gaclegal@gmail.com
gar@crlawpr.com
gbrenner@proskauer.com
geisenberg@perkinscoie.com
gerardopavialaw@msn.com
ghorowitz@kramerlevin.com
gkurtz@whitecase.com
GLee@mofo.com
glenncarljameslawoffices@gmail.com
gls@lopezsolerlaw.com
gmainland@milbank.com
gonzalezbadillo@gmail.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gramlui@yahoo.com
gregory.silbert@weil.com
gspadoro@csglaw.com
gstewart@jonesday.com
gviviani@sanpir.com
handuze@microjuris.com
harlawpr@gmail.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
hector.saldana@saldanalaw.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
howard.hawkins@cwt.com
hreynolds@delvallegroup.net
Huttonj@gtlaw.com
hvaldes@v-olaw.com
hwalker@gibsondunn.com
iacosta@renocavanaugh.com
icabrera@riveratulla.com
icastro@alblegal.net
ifullana@gaflegal.com
ileanaortix@outlook.com
ioliver@ccsllp.com
irg@roldanlawpr.com
irm@roldanlawpr.com

ivandialo2001@yahoo.com
ivonnegm@prw.net
jaimeenriquecruzalvarez@gmail.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
jason.callen@butlersnow.com
Jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
Jay.goffman@skadden.com
goplerud@sagwlaw.net
jbolian@robbinsrussell.com
jbrugue@mbbclawyers.com
jcanfield@stroock.com
jcasillas@cstlawpr.com
jchristiansen@gibsondunn.com
jcunningham@whitecase.com
jdorsey@ycst.com
jdugan@willkie.com
Jean.lin@usdoj.gov
jeff.bjork@lw.com
jemudd@yahoo.com
jerichman@proskauer.com
jessica@bufete-emmanuelli.com
jesus.cuza@hklaw.com
jeva@valenzuelalaw.net
jf@cardonalaw.com
jfeldesman@FTLF.com
jfigueroa@arroyorioslaw.com
jgross@jonesday.com
jkapp@mwe.com
jkorn@willkie.com
JLawlor@wmd-law.com
jlcumbastorres@yahoo.com
JLevitan@proskauer.com
jlgere@gmail.com
jlopez@constructorasantiago.com
jminias@willkie.com
jmoralesb@microjuris.com
Jnieves@gonzalezmunozlaw.com
johnshaffer@quinnemanuel.com
jonathan.polkes@weil.com
jorge@mlrelaw.com
jorgequintanalajara@gmail.com

| | |
|---|---|
| jose.enrico.valenzuela1@gmail.com | larroyo@amgprlaw.com |
| jose.sosa@dlapiper.com | Laura.A.Hunt@usdoj.gov |
| jpatton@ycst.com | lawlugo1@gmail.com |
| JPeck@mofo.com | lawrence.bauer@nortonrosefulbright.com |
| JPGLaw@outlook.com | lawrog@gmail.com |
| jpsala_pr@yahoo.com | lcdo.carlos.e.riverajustiniano@gmail.com |
| Jramirez@amrclaw.com | lcumpiano@yahoo.com |
| jrapisardi@omm.com | ldelacruz@oeg.pr.gov |
| jreyes@sanpir.com | lemuel.law@gmail.com |
| jrivlin@afscme.org | leslieplaskon@paulhastings.com |
| jsalichs@splawpr.com | leticia.casalduc@indianowilliams.com |
| jsanabria@sbgblaw.com | Lft@tcmrslaw.com |
| jsanchez@lsplawpr.com | liza.burton@lw.com |
| jsanchez@scvrlaw.com | lmarini@mpmlawpr.com |
| jsantos@smclawpr.com | Lnegron@kpmg.com |
| jsoto@jbsblaw.com | loliver@amgprlaw.com |
| juan@jahrlaw.com | loomislegal@gmail.com |
| juan@riverafont.com | lpabonroca@microjuris.com |
| juans@prtc.net | lpettit@robbinsrussell.com |
| julian.fernandez@metropistas.com | lrappaport@proskauer.com |
| julio.pagan@g2la.com | lrobbins@robbinsrussell.com |
| jvankirk@tcmrslaw.com | ls.valle@condelaw.com |
| jvannah@santandersecurities.com | lshelfer@gibsondunn.com |
| jvv@wbmvlaw.com | lsizemore@reedsmith.com |
| jwc@jwcartagena.com | ltorres@cstlawpr.com |
| jweiss@ktbslaw.com | lucdespins@paulhastings.com |
| jzakia@whitecase.com | luis.vazquez@peerlessoil.com |
| katescherling@quinnemanuel.com | luisfredsalgado@hotmail.com |
| KBGoldberg@wlrk.com | malvarez@mpmlawpr.com |
| Kbolanos@cnrd.com | man@nblawpr.com |
| kcsuria@estrellallc.com | manuel@rodriguezbanchs.com |
| kdm@romclaw.com | marcia.goldstein@weil.com |
| Keith.Wofford@ropesgray.com | margaritalmercado@gmail.com |
| kelly.diblasi@weil.com | MARIAE.HERNANDEZ@prepa.com |
| Kelly.McDonald@Shearman.com | marianifrancolaw@gmail.com |
| Kellyrivero@hotmail.com | Marieli.Paradizo@ponce.pr.gov |
| kevin.collins@btlaw.com | marielopad@gmail.com |
| kgwynne@reedsmith.com | marivera@riveratulla.com |
| khansen@stroock.com | mark.ellenberg@cwt.com |
| kklee@ktbslaw.com | mark.gallagher@usdoj.gov |
| kperra@proskauer.com | mark.mcdermott@skadden.com |
| ksheehan@mwe.com | martin.sosland@butlersnow.com |
| kstipec@amgprlaw.com | martz@afscme.org |
| kurt.mayr@bracewell.com | matthewscheck@quinnemanuel.com |
| kzecca@robbinsrussell.com | maxtruj@gmail.com |
| l.ortizsegura@ploolaw.com | mbienenstock@proskauer.com |

mcaruso@csglaw.com
mcrm100@msn.com
mcto@debevoise.com
mevicens@yahoo.com
Mfb@tcmrslaw.com
mfeldman@willkie.com
mfirestein@proskauer.com
mfredericks@amerinatls.com
mfvelezquiebras@gmail.com
MHackett@proskauer.com
mhernandez@scvrlaw.com
michael.doluisio@dechert.com
michaelcomerford@paulhastings.com
michele.meises@whitecase.com
migade19@hotmail.com
miguelgierbolini@gierbolinicarroll.com
Mimi.M.Wong@irscounsel.treas.gov
mitch.carrington@butlersnow.com
mkelso@susmangodfrey.com
mlepelstat@csglaw.com
mmcgill@gibsondunn.com
mmercado@mercado-echegaray-law.com
mmier@cabprlaw.com
Mohammad.Yassin@aafaf.pr.gov
mpico@rexachpico.com
mpocha@omm.com
mrios@arroyorioslaw.com
mrm@rmlawpr.com
mroot@jenner.com
mseidel@willkie.com
msimonet@msglawpr.com
mstancil@robbinsrussell.com
mthibert-ind@mwe.com
mtrelles@pmalaw.com
mvazquez@lsplawpr.com
mvega@senado.pr.gov
mzerjal@proskauer.com
n.tactuk@ferrovial.com
NATHAN.BULL@CWT.COM
navarro@navarrolawpr.com
nbaker@stblaw.com
nhamerman@kramerlevin.com
nicholasbassett@paulhastings.com
nmanne@susmangodfrey.com
notificaciones@bufete-emmanuelli.com
nperez@tcmrslaw.com

nrickenbach@rickenbachpr.com
nrivera@oeg.pr.gov
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
orlando1701@gmail.com
ortizcolonricardo@gmail.com
Otero_and_assoc@hotmail.com
pabong@reichardescalera.com
pbentley@kramerlevin.com
pdechiara@cwsny.com
peajeinfo@dechert.com
pedronicot@gmail.com
penagaricanobrownusdc@gmail.com
peter.canzano@nortonrosefulbright.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
pjime@icepr.com
pjime@lawfirm-pr.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
prodriguez@prvlaw.com
prosol@utier.org
prwolverine@gmail.com
pshalhoub@willkie.com
puertoricoteam@primeclerk.com
pwm@wbmvlaw.com
QUIEBRAS@ELBUFETEDELPUEBLO.COM
quilichinipazc@microjuris.com
r.miranda@rmirandalex.net
ra@calopsc.com
rachel.albanese@dlapiper.com
rachel.goldman@bracewell.com
rafael.ortiz.mendoza@gmail.com
ramon.dapena@mbcdlaw.com
ramonvinas@vinasllc.com
rbonilla@bspr.com
rbrady@ycst.com
rburgos@adameslaw.com
rcamara@ferraiuoli.com
rcasellas@cabprlaw.com
rcastellanos@devconlaw.com

rco@crlawpr.com
remmanuelli@me.com
Rgf@mcvpr.com
Rgmason@wlrk.com
rgordon@jenner.com
rgv@g-glawpr.com
rhoncat@netscape.net
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rlevin@jenner.com
rlozada@msglawpr.com
rnies@csglaw.com
robert.berezin@weil.com
robert.schnell@faegrebd.com
robin.keller@hoganlovells.com
rolando@bufete-emmanuelli.com
romn1960@gmail.com
roppenheimer@omm.com
rortiz@rloclaw.onmicrosoft.com
rosasegui@yahoo.com
Roy.purcell@scotiabank.com
rprats@rpplaw.com
rrivera@jgl.com
rrodriguez@juris.inter.edu
rschell@msglawpr.com
rtorres@torresrodlaw.com
salalawyers@yahoo.com
sanchez.lebron501@gmail.com
santilawoffice@yahoo.com
Saultoledo22@yahoo.com
sawbacal@aol.com
sbest@brownrudnick.com
sbeville@brownrudnick.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
secbankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
serviceqa@primeclerk.com
smillman@stroock.com
squsba@stblaw.com
sramirez@sarlaw.com
sratner@proskauer.com
SSchmidt@kasowitz.com
ssooknanan@jonesday.com
stan.ladner@butlersnow.com
stansoffice@aol.com
steve@hbsslaw.com
storres@alblegal.net
stuart.steinberg@dechert.com
suarezcobo@gmail.com
suhland@omm.com
susheelkirpalani@quinnemanuel.com
swb@wbmvlaw.com
sweise@proskauer.com
thomas.curtin@cwt.com
Thomas.g.ward@usdoj.gov
thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV
tmayer@kramerlevin.com
tmundiya@willkie.com
tmungovan@proskauer.com
toby.gerber@nortonrosefulbright.com
toledo.bankruptcy@gmail.com
tolson@gibsondunn.com
tpaterson@afscme.org
tpennington@renocavanaugh.com
tuttieguerrero@yahoo.com
TWelch@kasowitz.com
ubaldo.fernandez@oneillborges.com
unionecfse@yahoo.com
USTP.Region21@usdoj.gov
vbantnerpeo@buchalter.com
vdorfman@jonesday.com
velez.hector@epa.gov
vero@ferraiuoli.pr
victor.quinones@mbcdlaw.com
victor@calderon-law.com
victorriverarios@rcrtrblaw.com
wardlow.w.benson@usdoj.gov
wburgos@justicia.pr.gov
wdalsen@proskauer.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wlugo@lugomender.com
wmq@wmarrerolaw.com
wsmith@mwe.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com

yasmin@bufete-emmanuelli.com
ygc@rclopr.com
ygc1@prtc.net
zacharyrussell@quinnemanuel.com
zdavila@almeidadavila.com

## Exhibit B

| | |
|---|---|
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC 20525 | Integrand Assurance Company<br>P.O. Box 70128<br>San Juan, PR 00907 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR 00681 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR 00981-0190 |
| Jaime Rodríguez Avilés<br>P.O. Box 347<br>Yauco, PR 00698 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Homeland Security (DHS)<br>Attn: Kirstjen M. Nielsen<br>245 Murray Lane., SW<br>Washington, DC 20528-0075 | Department of Housing and<br>   Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street, SW<br>Washington, DC 20410 |
| Department of Human and Health Services<br>Attn: Alex M. Azar II<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW<br>Washington, DC 20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of Veterans Affairs (VA)<br>Attn: Robert Wilkie<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| Economics and Statistics Administration<br>Attn: Karen Dunn Kelley<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | Federación de Maestros de Puerto Rico<br>209 Ave Munoz Rivera #1572<br>Ponce de Leon Ave.<br>San Juan, PR 00918 |
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica<br>Edif. Juan Ruiz Vélez, Oficina 404<br>Ave. Ponce de León 1110<br>Santurce, PR 00907 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR 00623 |

NAI-1507488200v1 B–1

| | |
|---|---|
| Kanoso Auto Sales Inc.<br>PO Box 1446<br>San German, PR 00683<br>Attn: Jose A. Crespo Gonzalez, President | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC 20554 |
| Metro Pavia Health System<br>Attn: Zarel J. Soto Acaba<br>P.O. Box 3180<br>Carolina, PR 00984 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR 00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 | Puerto Rico Electric Power Authority<br>Attn: Carlos M. Aquino-Ramos<br>Litigation Division<br>P.O. Box 363928<br>San Juan, PR 00936-3928 |
| Small Business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC 20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 |
| Shindler Anderson, Goplerud & Weese P.C.<br>Attn: Andrew Howie, Esq.<br>    J. Baron Goplerud, Esq.<br>5015 Grand Ridge Dr., Suite 100<br>West Des Moines, IA 50265 | U.S. Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC 20548 |
| U.S. Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | U.S. Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| U.S. Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | U.S. Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| U.S. Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | U.S. Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |

| | |
|---|---|
| U.S. Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave.<br>Washington, DC 20210 | Del Valle Group, S.P.<br>Attn: Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR 00951-2319 |
| Puerto Rico Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC 20001 |
| A&S Legal Studio, PSC<br>Attn: Legal Department<br>434 Avenida Hostos<br>San Juan, PR 00918 | Hon. Judith G. Dein<br>United States District Court, District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA 02210 |
| Ricardo Rosello Nevares<br>11 Avenida Juan Ponce de León<br>San Juan Antiguo, PR 009101 | Financial Oversight and Management Board<br>40 Washington Square South, Office 314A<br>New York, NY 10012<br>Attn: Prof. Arthur J. Gonzalez, Board Member |
| Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR 00979-5729 | Edgordo Seda Arroyo<br>35299-054, Federal Correctional Complex<br>UPS 2<br>P.O. Box 1034<br>Coleman, FL 33521-1034 |
| Puerto Rico Electric Power Authority<br>P.O. Box 364267<br>San Juan, PR 00936-4267<br>Attn: Office of the General Counsel | Rene Pinto-Lugo<br>PO Box 13531<br>San Juan, PR 00908 |
| Marylin Del Valle, General Manager<br>Reliable Equipment Corporation<br>P.O. Box 2316<br>Toa Baja, PR 00951-2316 | Rafael Ferreira Cintron<br>Counsel to BEC Co, Inc.<br>d/b/a Empacadora Hill Brothers<br>The Financial Attorneys<br>P.S.C. PMB 274<br>405 Esmeralda Avenue, Suite 2<br>Guaynabo, PR 00969 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR 00936-8344 | Office of the United States Trustee for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 |

| | |
|---|---|
| Pablo Del Valle Rivera<br>P.O. Box 2319<br>Toa Baja, PR 00951 | United States District Court<br>Southern District of New York<br>Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 |
| Puerto Rico Fiscal Agency and Financial Advisory Authority<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan, PR 00907 | Asociación de Empleados Gerenciales del Fondo del Seguro del Estado<br>PO Box 71325 Suite 84<br>San Juan, PR 00936 |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>Attn: Brant Kuehn | HALS, PSC<br>Attn: Yarymar González Carrasquillo<br>P.O. Box 365061<br>San Juan, PR 00936-5061 |
| Picó & Blanco, LLC<br>Attn: Ana M. del Toro Sabater, Esq<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan, PR 00907 | Unitec Engineering<br>Members of Creditor's Committee<br>Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra, PR 00739 |
| Autonomous Municipality of Ponce<br>P.O. Box 331709<br>Ponce, PR 00733-1709 | Sepulvado & Maldonado, PSC<br>Attn: José Javier Santos Mimoso, Elaine Maldonado Matias, Aníbal J. Núñez González, Aurivette Deliz Delgado, &<br>Albéniz Couret Fuentes<br>304 AVE PONCE DE LEON # 990<br>San Juan, PR 00918-2029 |
| Antonetti Montalvo & Ramirez Coll<br>Attn: Jose L. Ramirez-Coll<br>P.O. Box 13128<br>San Juan, PR 00908 | Winston & Strawn LLP<br>Attn: Jennifer L. Malin<br>Carrie V. Hardman<br>200 Park Avenue<br>New York, NY 10166 |
| Asociación de Profesoras y Profesores del Recinto Universitario de Mayagüez, Inc.<br>Apartado Postal 2227<br>Mayagüez, PR 00681 | Honorable Laura Taylor Swain<br>United States District Court<br>150 Carlos Chardón Street<br>Federal Building, Office 150<br>San Juan, PR 00918-1767 |

| | |
|---|---|
| Economics and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, D.C. 20230 | Edgordo Seda Arroyo<br>35299-054<br>Federal Correctional Complex<br>UPS 2 , P.O. Boc 1034<br>Coleman, FL 33521-1034 |
| Jaime Rodríguez Avilés<br>128 Apartament 201 Edificio Bernardo Torres<br>Sector La Trocha<br>Yauco, PR 00698 | Liberty Cablevision of Puerto Rico, LLC<br>Attn: Alexandra Verdiales<br>P.O. Box 192296<br>San Juan, PR 00919-2296 |