# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

I hereby certify that UBS Financial Services Inc.; UBS Securities LLC.; RBC Capital Markets, LLC; RBC Dominion Securities Inc.; and Barclays Capital Inc., in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Eighth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 4866 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled *Limited Objection Of Bank Defendants To Urgent Motion Of The Financial Oversight And Management Board Of Puerto Rico To Enforce Order Under Bankruptcy Rules 1007(I) And 2004 Authorizing Discovery And Compelling Disclosure Of Lists Of Security Holders* and the *Declaration Of Roberto C. Quiones-Rivera In Support Of Joint Limited Objection Of Bank Defendants To Urgent Motion Of The Financial Oversight And Management Board Of Puerto Rico To Enforce Order Under Bankruptcy Rules 1007(I) And 2004 Authorizing Discovery And Compelling Disclosure Of Lists Of Security Holders* filed on May 10, 2019, along with all of their respective exhibits (Dockets No. 6900 and 6901 of Case No. 17-03283 (LTS), respectively), **by electronic mail upon all the parties listed in the Master Service List on MAY 10, 2019, and by U.S. mail upon all the Standard Parties listed in the CMP Order, on MAY 13, 2019**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 13th day of May, 2019.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

> **MCCONNELL VALDÉS LLC**
> *Attorneys for UBS Financial Services Inc.; UBS Securities LLC.; RBC Capital Markets, LLC; RBC Dominion Securities Inc.; and Barclays Capital Inc.*
> 270 Muñoz Rivera Avenue, Suite 7
> Hato Rey, Puerto Rico  00918
> Telephone: 787-250-5619
> Facsimile:  787-759-9225
>
> By: *s/Nayuan Zouairabani*
> Nayuan Zouairabani, Esq
> Email: nzt@mcvpr.com