IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) SS.:
COUNTY OF NEW YORK )

    Marguerite M. Melvin, being duly sworn, deposes and says:

    1.    I am employed by Jones Day, 250 Vesey Street, New York, New York 10281, I am over eighteen years of age, and am not a party to the above-captioned cases.

NAI-1507498792v1

2.  On May 13, 2019, an employee of Jones Day caused a copy of the following to be served:

- *Joint Informative Motion Regarding Discovery Matters in Connection With the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico For Relief From the Automatic Stay* (the "Joint Informative Motion")

    [Case No. 17-03283, Docket No. 6950; and
     Case No. 17-03566, Docket No. 507]

via the Court's electronic case filing and noticing system, and by e-mail upon the parties listed on the service list attached hereto as Exhibit A.

3.  On May 14, 2019, an employee of Jones Day caused a copy of the Joint Informative Motion to be served, by e-mail, upon additional e-mail parties, whose e-mail addresses are also included in Exhibit A.

4.  On May 14, 2019, I caused the Joint Informative Motion to be served via U.S. First Class Mail upon the parties listed on the service list, attached hereto as Exhibit B.

/s/ Marguerite M. Melvin
Marguerite M. Melvin

SWORN TO AND SUBSCRIBED before
me this 14th day of May, 2019

/s/ Dolly Waters
Dolly Waters, Notary Public

Notary Public, State of New York
No. 01WA487730
Qualified in Nassau County
Commission Expires Nov. 17, 2020

NAI-1507498792v1

**Exhibit A**

aaa@mcvpr.com;
aaneses@cstlawpr.com;
AAneses@cstlawpr.com;
abhishek.kalra@lehmanholdings.com;
abyowitz@kramerlevin.com;
acasellas@amgprlaw.com;
acaton@kramerlevin.com;
acevedovila1@gmail.com;
acordova@juris.inter.edu;
acouret@smlawpr.com;
adam.goldberg@lw.com;
adeliz@smlawpr.com;
Adiaz@cnrd.com;
adtoro@pico-blanco.com;
afernandez@delgadofernandez.com;
agestrella@estrellallc.com;
AGlenn@kasowitz.com;
agraitfe@agraitlawpr.com;
ahowie@sagwlaw.net;
ajb@bennazar.org;
ajb@bennazar.org;
AKHerring@wlrk.com;
alavergne@lsplawpr.com;
alavergne@sanpir.com;
alexandra.bigas@gmail.com;
alexbongartz@paulhastings.com;
alinares2020@yahoo.com;
allan.brilliant@dechert.com;
amiller@milbank.com;
Ana.chilingarishvili@maslon.com;
anabelle.centeno@pridco.pr.gov;
andres@awllaw.com;
andrewtenzer@paulhastings.com;
angela.libby@davispolk.com;
anthonybuscarino@paulhastings.com;
antoniofuentesgonzalez@yahoo.com;
anunez@smlawpr.com;
apavel@omm.com;
aperez@kpmg.com;
apico@jgl.com;
arizmendis@reichardescalera.com;
arosenberg@paulweiss.com;
Arthursail@stny.rr.com;
Arwolf@wlrk.com;
asantiago@amgprlaw.com;
asociacióngerencialescfse@gmail.com;
auetz@foley.com;
avalencia@cnrd.com;
avb@sbgblaw.com;
ayanez@willkie.com;
bankruptcynoticeschr@sec.gov;
barrios.jl@outlook.com;
bbennett@jonesday.com;
bbobroff@proskauer.com;
bchew@brownrudnick.com;
belkgrovas@gmail.com;
beth@hbsslaw.com;
bfriedman@stblaw.com;
bgm.csp@bennazar.org;
bgm.csp@bennazar.org;
bguzina@sidley.com;
bheifetz@jonesday.com;
bill.natbony@cwt.com;
bkfilings@fortuno-law.com;
blair.warner@sidley.com;
bmd@bmdcounselors.com;
boneill@kramerlevin.com;
bos-bankruptcy@hklaw.com;
bpastuszenski@goodwinlaw.com;
Brian.klein@maslon.com;
brian.pfeiffer@whitecase.com;
brian.resnick@davispolk.com;
BRosen@proskauer.com;
brosenblum@jonesday.com;
bufetefrgonzalez@gmail.com;
buzz.rochelle@romclaw.com;
cabruens@debevoise.com;
calsina@prquiebra.com;
c-aquino@prepa.com;
Carla.garcia@oneillborges.com;
carla.rodriguezbernier@yahoo.com;
carlos.lugo@saldanalaw.com;
carloscardonafe@hotmail.com;
carlosfernandez@cfnlaw.com;
carlosvergne@aol.com;
carmen.herrero@prepa.com;
casey.servais@cwt.com;
castilloricardo977@gmail.com;

cbg@bobonislaw.com;
cbrown@goodwinlaw.com;
ccuprill@cuprill.com;
cdipompeo@jonesday.com;
Cesar.a.lopez-morales@usdoj.gov;
cfebus@proskauer.com;
cgray@reedsmith.com;
charliehernandezlaw@gmail.com;
chris.maddux@butlersnow.com;
christopher.connolly@usdoj.gov;
christopher.harris@lw.com;
clarisasola@hotmail.com;
Clark.whitmore@maslon.com;
claudia.quinones@indianowilliams.com;
Clearyd@gtlaw.com;
cmechling@stroock.com;
condecarmen@condelaw.com;
corraldieg@gmail.com;
courtneyrcarroll@gierbolinicarroll.com;
craigmcc@me.com;
crodriguez-vidal@gaclaw.com;
csloane@whitecase.com;
cspringer@reedsmith.com;
csteege@jenner.com;
cvelaz@mpmlawpr.com;
cwedoff@jenner.com;
daniel.bustos@excelerateenergy.com;
daniel.connolly@bracewell.com;
Daniel.Egan@ropesgray.com;
daniel.elkort@patternenergy.com;
daniel.lanigan@hoganlovells.com;
daniel.perez@oneillborges.com;
danielsalinas@quinnemanuel.com;
darrengoldman@quinnemanuel.com;
david.indiano@indianowilliams.com;
david.lawton@bracewell.com;
david.powlen@btlaw.com;
davidcarrionb@aol.com;
dbatlle@cstlawpr.com;
dblabey@kramerlevin.com;
dbuckley@kramerlevin.com;
dburke@robbinsrussell.com;
dbussel@ktbslaw.com;
dcantor@omm.com;
ddunne@milbank.com;
deindprcorresp@mad.uscourts.gov;

delapena.sylvia@gmail.com;
dg@g-glawpr.com;
diazsotolaw@gmail.com;
dkaron@karonllc.com;
dmolinalaw@gmail.com;
dmonserrate@msglawpr.com;
donald.bernstein@davispolk.com;
Donna.Maldonado@popular.com;
Douglas.Hallward-Driemeier@ropesgray.com;
dperez@cabprlaw.com;
dperez@omm.com;
drodriguez.alb@gmail.com;
drodriguez@alblegal.net;
dschlecker@reedsmith.com;
dvelawoffices@gmail.com;
Eakleinhaus@wlrk.com;
ealdarondo@alblegal.net;
ealmeida@almeidadavila.com;
ebarak@proskauer.com;
Edgardo_barreto@yahoo.com;
eduardo@cobianroig.com;
edward.linden@stblaw.com;
efl@bobonislaw.com;
elian.escalante@gmail.com;
ellen.halstead@cwt.com;
emaldonado@smlawpr.com;
emckeen@omm.com;
emil@mlrelaw.com;
emontull@cstlawpr.com;
emunozPSC@gmail.com;
epo@amgprlaw.com;
epo@amgprlaw.com;
erb@rodriguezbinetlaw.com;
eric.brunstad@dechert.com;
erickay@quinnemanuel.com;
ericwinston@quinnemanuel.com;
escalera@reichardescalera.com;
eschaffer@reedsmith.com;
estudiolegalrivera2@gmail.com;
etejeda@splawpr.com;
etulla@riveratulla.com;
eweisfelner@brownrudnick.com;
eworenklein@debevoise.com;
ezm@mcvpr.com;
fdearmas@ciacpr.com;
ferraric@ferrarilawpr.com;

fgierbolini@msglawpr.com;
figueroaymorgadelaw@yahoo.com;
filippetti_r@hotmail.com;
fingerk@gtlaw.com;
fmontanezmiran@yahoo.com;
fpabon@lvvlaw.com;
francisco.delcastillo@bennazar.org;
fserra@sampr.com;
fsilva@claropr.com;
FSosnick@Shearman.com;
gabriel.morgan@weil.com;
gacarlo@carlo-altierilaw.com;
gaclegal@gmail.com;
gar@crlawpr.com;
gbrenner@proskauer.com;
geisenberg@perkinscoie.com;
gerardopavialaw@msn.com;
ghorowitz@kramerlevin.com;
gkurtz@whitecase.com;
GLee@mofo.com;
glenncarljameslawoffices@gmail.com;
gls@lopezsolerlaw.com;
gmainland@milbank.com;
gonzalezbadillo@gmail.com;
goplerud@sagwlaw.com;
gorseck@robbinsrussell.com;
gpavia@pavialazaro.com;
gramlui@yahoo.com;
gregory.silbert@weil.com;
gspadoro@csglaw.com;
gstewart@jonesday.com;
gviviani@sanpir.com;
handuze@microjuris.com;
harlawpr@gmail.com;
harnaud@cwsny.com;
haynesn@gtlaw.com;
hburgos@cabprlaw.com;
hector.mayol@bennazar.org;
hector.saldana@saldanalaw.com;
hermann.bauer@oneillborges.com;
hernandezrodriguezlaw@gmail.com;
howard.hawkins@cwt.com;
howie@sagwlaw.com;
hreynolds@delvallegroup.net;
Huttonj@gtlaw.com;
hvaldes@v-olaw.com;

hwalker@gibsondunn.com;
iacosta@renocavanaugh.com;
icabrera@riveratulla.com;
icastro@alblegal.net;
ifullana@gaflegal.com;
ileanaortix@outlook.com;
ioliver@ccsllp.com;
irg@roldanlawpr.com;
irm@roldanlawpr.com;
ivandialo2001@yahoo.com;
ivonnegm@prw.net;
jaimeenriquecruzalvarez@gmail.com;
jalonzo@proskauer.com;
jamesbliss@paulhastings.com;
jamesworthington@paulhastings.com;
janebeckerwhitaker@gmail.com;
jarrastia@gjb-law.com;
jason.callen@butlersnow.com;
Jason.reed@maslon.com;
javier.a.vega@gmail.com;
javrua@gmail.com;
Jay.goffman@skadden.com;
jbgoplerud@sagwlaw.net;
jbolian@robbinsrussell.com;
jbrugue@mbbclawyers.com;
jcanfield@stroock.com;
jcasillas@cstlawpr.com;
jchristiansen@gibsondunn.com;
jcunningham@whitecase.com;
jdorsey@ycst.com;
jdugan@willkie.com;
Jean.lin@usdoj.gov;
jeff.bjork@lw.com;
jemudd@yahoo.com;
jerichman@proskauer.com;
jessica@bufete-emmanuelli.com;
jesus.cuza@hklaw.com;
jeva@valenzuelalaw.net;
jf@cardonalaw.com;
jfeldesman@FTLF.com;
jfigueroa@arroyorioslaw.com;
jgenovese@gjb-law.com;
jgross@jonesday.com;
jkapp@mwe.com;
jkorn@willkie.com;
JLawlor@wmd-law.com;

jlcumbastorres@yahoo.com;
JLevitan@proskauer.com;
jlgere@gmail.com;
jlopez@constructorasantiago.com;
jminias@willkie.com;
jmoralesb@microjuris.com;
Jnieves@gonzalezmunozlaw.com;
johnshaffer@quinnemanuel.com;
jonathan.polkes@weil.com;
jorge@mlrelaw.com;
jorgequintanalajara@gmail.com;
jose.enrico.valenzuela1@gmail.com;
jose.sosa@dlapiper.com;
jpatton@ycst.com;
JPeck@mofo.com;
JPGLaw@outlook.com;
JPGLaw@outlook.com;
jpsala_pr@yahoo.com;
Jramirez@amrclaw.com;
jrapisardi@omm.com;
jreyes@sanpir.com;
jrivlin@afscme.org;
jsalichs@splawpr.com;
jsanabria@sbgblaw.com;
jsanchez@lsplawpr.com;
jsanchez@sanpir.com;
jsanchez@scvrlaw.com;
jsantos@smlawpr.com;
jsoto@jbsblaw.com;
jsuarez@gjb-law.com;
juan@jahrlaw.com;
juan@riverafont.com;
juans@prtc.net;
julian.fernandez@metropistas.com;
julio.pagan@g2la.com;
jvankirk@tcmrslaw.com;
jvannah@santandersecurities.com;
jvilarino@vilarinolaw.com;
jvv@wbmvlaw.com;
jwc@jwcartagena.com;
jweiss@ktbslaw.com;
jzakia@whitecase.com;
katescherling@quinnemanuel.com;
Kbolanos@cnrd.com;
kcsuria@estrellallc.com;
kdm@romclaw.com;

Keith.Wofford@ropesgray.com;
kelly.diblasi@weil.com;
Kelly.McDonald@Shearman.com;
Kellyrivero@hotmail.com;
kevin.collins@btlaw.com;
kgwynne@reedsmith.com;
khansen@stroock.com;
kklee@ktbslaw.com;
kperra@proskauer.com;
ksheehan@mwe.com;
kstipec@amgprlaw.com;
kstipec@amgprlaw.com;
kurt.mayr@bracewell.com;
kzecca@robbinsrussell.com;
l.ortizsegura@ploolaw.com;
larroyo@amgprlaw.com;
Laura.A.Hunt@usdoj.gov;
lawlugo1@gmail.com;
lawrence.bauer@nortonrosefulbright.com;
lawrog@gmail.com;
lcdo.carlos.e.riverajustiniano@gmail.com;
lcumpiano@yahoo.com;
ldelacruz@oeg.pr.gov;
legal.fmpr@gmail.com;
lemuel.law@gmail.com;
leslieplaskon@paulhastings.com;
leticia.casalduc@indianowilliams.com;
Lft@tcmrslaw.com;
liza.burton@lw.com;
lmarini@mpmlawpr.com;
Lnegron@kpmg.com;
loliver@amgprlaw.com;
loomislegal@gmail.com;
lpabonroca@microjuris.com;
lpabonroca@microjuris.com;
lpettit@robbinsrussell.com;
lrappaport@proskauer.com;
LRappaport@proskauer.com;
lrobbins@robbinsrussell.com;
ls.valle@condelaw.com;
lshelfer@gibsondunn.com;
lsizemore@reedsmith.com;
ltorres@cstlawpr.com;
lucdespins@paulhastings.com;
luis.vazquez@peerlessoil.com;
luisfredsalgado@hotmail.com;

malvarez@mpmlawpr.com;
man@nblawpr.com;
manuel@rodriguezbanchs.com;
marcia.goldstein@weil.com;
margaritalmercado@gmail.com;
MARIAE.HERNANDEZ@prepa.com;
marianifrancolaw@gmail.com;
marielopad@gmail.com;
marivera@riveratulla.com;
mark.ellenberg@cwt.com;
mark.ellenberg@cwt.com;
mark.gallagher@usdoj.gov;
mark.mcdermott@skadden.com;
martin.sosland@butlersnow.com;
martz@afscme.org;
matthewscheck@quinnemanuel.com;
maxtruj@gmail.com;
mbienenstock@proskauer.com;
Mcantor4@mac.com;
mcaruso@csglaw.com;
mcrm100@msn.com;
mcto@debevoise.com;
mevicens@yahoo.com;
Mfb@tcmrslaw.com;
mfeldman@willkie.com;
mfirestein@proskauer.com;
mfredericks@amerinatls.com;
mfvelezquiebras@gmail.com;
mguitian@gjb-law.com;
MHackett@proskauer.com;
mhernandez@scvrlaw.com;
michael.doluisio@dechert.com;
michaelcomerford@paulhastings.com;
michele.meises@whitecase.com;
migade19@hotmail.com;
miguelgierbolini@gierbolinicarroll.com;
Mimi.M.Wong@irscounsel.treas.gov;
mitch.carrington@butlersnow.com;
mkelso@susmangodfrey.com;
mlepelstat@csglaw.com;
mmcgill@gibsondunn.com;
mmercado@mercado-echegaray-law.com;
mmier@cabprlaw.com;
Mohammad.Yassin@aafaf.pr.gov;
mpico@rexachpico.com;
mpocha@omm.com;
mrios@arroyorioslaw.com;
mrm@rmlawpr.com;
mroot@jenner.com;
mseidel@willkie.com;
msimonet@msglawpr.com;
mstancil@robbinsrussell.com;
mthibert-ind@mwe.com;
mtrelles@pmalaw.com;
mvazquez@lsplawpr.com;
mvega@senado.pr.gov;
mzerjal@proskauer.com;
n.tactuk@ferrovial.com;
NATHAN.BULL@CWT.com;
navarro@navarrolawpr.com;
nbaker@stblaw.com;
nhamerman@kramerlevin.com;
nicholasbassett@paulhastings.com;
nmanne@susmangodfrey.com;
notificaciones@bufete-emmanuelli.com;
nperez@tcmrslaw.com;
nrickenbach@rickenbachpr.com;
nrivera@oeg.pr.gov;
NYROBankruptcy@sec.gov;
nzt@mcvpr.com;
ofernandez@oflawoffice.com;
oramos@pmalaw.com;
orlando1701@gmail.com;
ortizcolonricardo@gmail.com;
Otero_and_assoc@hotmail.com;
pabong@reichardescalera.com;
pbentley@kramerlevin.com;
pdechiara@cwsny.com;
peajeinfo@dechert.com;
pedronicot@gmail.com;
penagaricanobrownusdc@gmail.com;
peter.canzano@nortonrosefulbright.com;
pevarfon@gmail.com;
pieter.vantol@hoganlovells.com;
pfriedman@omm.com;
pfriedman@omm.com;
pglassman@sycr.com;
pjime@icepr.com;
pjime@lawfirm-pr.com;
pola@frankpolajr.com;
ppossinger@proskauer.com;
prcr@mcvpr.com;

prodriguez@prvlaw.com;
prosol@utier.org;
prwolverine@gmail.com;
pshalhoub@willkie.com;
puertoricoteam@primeclerk.com;
pwm@wbmvlaw.com;
QUIEBRAS@ELBUFETEDELPUEBLO.com;
quilichinipazc@microjuris.com;
r.miranda@rmirandalex.net;
ra@calopsc.com;
rachel.albanese@dlapiper.com;
rachel.goldman@bracewell.com;
rachel.mauceri@morganlewis.com;
rafael.ortiz.mendoza@gmail.com;
ramon.dapena@mbcdlaw.com;
ramonvinas@vinasllc.com;
ramonvinas@vinasllc.com;
rbonilla@bspr.com;
rbrady@ycst.com;
rburgos@adameslaw.com;
rcamara@ferraiuoli.com;
rcasellas@cabprlaw.com;
rcastellanos@devconlaw.com;
rco@crlawpr.com;
rcq@mcvpr.com;
remmanuelli@me.com;
rfc@thefinancialattorneys.com;
rgf@mcvpr.com;
rgf@mcvpr.com;
Rgf@mcvpr.com;
Rgmason@wlrk.com;
rgordon@jenner.com;
rgv@g-glawpr.com;
rhoncat@netscape.net;
rich.katz@torquepointllc.com;
richard.chesley@dlapiper.com;
riverac@reichardescalera.com;
riveraroman@hotmail.com;
rlevin@jenner.com;
rnies@csglaw.com;
robert.berezin@weil.com;
robert.schnell@faegrebd.com;
robin.keller@hoganlovells.com;
rolando@bufete-emmanuelli.com;
romn1960@gmail.com;
roppenheimer@omm.com;

rortiz@rloclaw.onmicrosoft.com;
rosasegui@yahoo.com;
Roy.purcell@scotiabank.com;
rprats@rpplaw.com;
rrivera@jgl.com;
rrodriguez@juris.inter.edu;
rschell@msglawpr.com;
rtorres@torresrodlaw.com;
salalawyers@yahoo.com;
sanchez.lebron501@gmail.com;
santilawoffice@yahoo.com;
Saultoledo22@yahoo.com;
sawbacal@aol.com;
sbest@brownrudnick.com;
sbeville@brownrudnick.com;
scastillo@gaclaw.com;
schristianson@buchalter.com;
scolon@ferraiuoli.com;
scriado@calopsc.com;
secbankruptcy@sec.gov;
serrano.urdaz.law@hotmail.com;
serviceqa@primeclerk.com;
smillman@stroock.com;
squsba@stblaw.com;
sramirez@sarlaw.com;
sratner@proskauer.com;
SSchmidt@kasowitz.com;
ssooknanan@jonesday.com;
stan.ladner@butlersnow.com;
stansoffice@aol.com;
steve@hbsslaw.com;
storres@alblegal.net;
stuart.steinberg@dechert.com;
suarezcobo@gmail.com;
suhland@omm.com;
susheelkirpalani@quinnemanuel.com;
swb@wbmvlaw.com;
sweise@proskauer.com;
thomas.curtin@cwt.com;
Thomas.g.ward@usdoj.gov;
thomas.hommel@lehmanholdings.com;
Thomas.M.Rath@IRSCOUNSEL.TREAS.gov;
tmayer@kramerlevin.com;
tmundiya@willkie.com;
tmungovan@proskauer.com;
toby.gerber@nortonrosefulbright.com;

toledo.bankruptcy@gmail.com;
tolson@gibsondunn.com;
tpaterson@afscme.org;
tpennington@renocavanaugh.com;
tuttieguerrero@yahoo.com;
TWelch@kasowitz.com;
ubaldo.fernandez@oneillborges.com;
unionecfse@yahoo.com;
USTP.Region21@usdoj.gov;
vbantnerpeo@buchalter.com;
vdorfman@jonesday.com;
velez.hector@epa.gov;
vero@ferraiuoli.pr;
victor.quinones@mbcdlaw.com;
victor@calderon-law.com;
victorriverarios@rcrtrblaw.com;
wardlow.w.benson@usdoj.gov;
wburgos@justicia.pr.gov;
wdalsen@proskauer.com;
wilbert_lopez@yahoo.com;
wilbert_lopez@yahoo.com;
william.m.vidal@gmail.com;
wlugo@lugomender.com;
wmq@wmarrerolaw.com;
wsmith@mwe.com;
wssbankruptcy@gmail.com;
wssbankruptcy@gmail.com;
xavier.carol@abertis.com;
yasmin@bufete-emmanuelli.com;
ygc@rclopr.com;
ygc1@prtc.net;
zacharyrussell@quinnemanuel.com;
zdavila@almeidadavila.com;

**Exhibit B**

| | |
|---|---|
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC 20525 | Integrand Assurance Company<br>P.O. Box 70128<br>San Juan, PR 00907 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR 00681 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR 00981-0190 |
| Office of the United States Trustee<br>for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Defense (DOD)<br>Attn: Patrick M. Shanahan<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Homeland Security (DHS)<br>Attn: Kevin McAleenan<br>245 Murray Lane., SW<br>Washington, DC 20528-0075 | Department of Housing and<br> Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street, SW<br>Washington, DC 20410 |
| Department of Human and Health Services<br>Attn: Alex M. Azar II<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of the Interior (DOI)<br>Attn: David Bernhardt<br>1849 C St., NW<br>Washington, DC 20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of Veterans Affairs (VA)<br>Attn: Robert Wilkie<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| Sepulvado & Maldonado, PSC<br>Attn: José Javier Santos Mimoso,<br>Elaine Maldonado Matias,<br>Aníbal J. Núñez González,<br>Aurivette Deliz Delgado &<br>Albéniz Couret Fuente<br>304 Ave Ponce de Leon, # 990<br>San Juan, PR 00918-2029 | Jaime Rodríguez Avilés<br>128 Apartament<br>201 Edificio Bernardo Torres<br>Sector La Trocha<br>Yauco, PR 00698 |

| | |
|---|---|
| Kanoso Auto Sales Inc.<br>PO Box 1446<br>San German, PR 00683<br>Attn: Jose A. Crespo Gonzalez, President | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC 20554 |
| Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW<br>Washington, DC 20472 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR 00919-0095 |
| HALS, PSC<br>Attn: Yarymar González Carrasquillo<br>P.O. Box 365061<br>San Juan, PR 00936-5061 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR 00623 |
| Small Business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC 20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 |
| Federación de Maestros de Puerto Rico<br>209 Ave. Munoz Rivera, #1572<br>Ponce de Leon Avenue<br>San Juan, PR 00918 | US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC 20548 |
| U.S. Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez,<br>    U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | U.S. Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| U.S. Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | U.S. Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| U.S. Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | U.S. Department of Justice (DOJ)<br>Attn: William Barr<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| U.S. Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave.<br>Washington, DC 20210 | Del Valle Group, S.P.<br>Attn: Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR 00951-2319 |

| | |
|---|---|
| Metro Pavia Health System<br>Attn: Zarel J. Soto Abaca<br>P.O. Box 3180<br>Carolina, PR 00984 | Puerto Rico Electric Power Authority<br>Attn: Carlos M. Aquino-Ramos<br>Litigation Division<br>P.O. Box 363928<br>San Juan, PR 00936-3928 |
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC 20001 |
| Financial Oversight and Management Board<br>Attn: Prof. Arthur J. Gonzalez,<br>     Board Member<br>40 Washington Square South, Office 314A<br>New York, NY 10012 | A&S Legal Studio, PSC<br>Attn: Legal Department<br>434 Avenida Hostos<br>San Juan, PR 00918 |
| Hon. Judith G. Dein<br>United States District Court<br>District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA 02210 | Ricardo Rosello Nevares<br>Calle Fortaleza #63<br>Viejo San Juan, PR 00901 |
| Shindler Anderson & Goplerud, P.C.<br>Attn: Andrew Howie, Esq.<br>     J. Barton Goplerud, Esq.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265-5749 | Counsel to PFZ Properties, Inc.<br>Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR 00979-5729 |
| Edgardo Seda Arroyo 35299-054<br>USP Terre Haute<br>U.S. Penitentiary<br>P.O. Box 33<br>Terre Haute, IN 47808 | Reliable Equipment Corporation<br>Attn: Marylin Del Valle, General Manager<br>P.O. Box 2316<br>Toa Baja, PR 00951-2316 |
| Rene Pinto-Lugo<br>P.O. Box 13531<br>San Juan, PR 00908 | Junta de Sindicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica<br>P.O. Box 13978<br>San Juan, PR 00908-3978 |

| | |
|---|---|
| Rafael Ferreira Cintron<br>Counsel to BEC Co, Inc.<br>d/b/a Empacadora Hill Brothers<br>The Financial Attorneys<br>P.S.C. PMB 274<br>405 Esmeralda Avenue, Suite 2<br>Guaynabo, PR  00969 | Unión de Médicos de la Corporación<br>del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR  00936-8344 |
| Unitec Engineering<br>Members of Creditor's Committee<br>Attn:  Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra, PR  00739 | Pablo Del Valle Rivera<br>Counsel for Pablo Del Valle Rivera and<br>Maria A. Matinez, Tenants in Common<br>P.O. Box 2319<br>Toa Baja, PR  00951 |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn:  Brant Kuehn, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010 | Asociación de Empleados Gerenciales<br>del Fondo del Seguro del Estado<br>PO Box 71325, Suite 84<br>San Juan, PR  00936 |
| Antonetti Montalvo & Ramírez-Coll<br>Attn: Ana M. del Toro-Sabater, Esq.<br>1225 Avenida Ponce de León, Suite 1001<br>VIG Tower<br>San Juan, PR  00907 | Autonomous Municipality of Ponce<br>P.O. Box 331709<br>Ponce, PR  000733-1709 |
| Antonetti Montalvo & Ramirez Coll<br>Attn:  Jose L. Ramirez-Coll, Esq.<br>P.O. Box 13128<br>San Juan, PR  00908 | Winston & Strawn LLP<br>Attn:   Jennifer L. Malin, Esq.<br>          Carrie V. Hardman, Esq.<br>200 Park Avenue<br>New York, NY  10166 |
| Asociación de Profesoras y Profesores<br>del Recinto Universitario de Mayagüez, Inc.<br>Apartado Postal 2227<br>Mayagüez, PR  00681 | Economics and Statistics Administration<br>Attn:  Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC  20230 |
| Edgardo Seda Arroyo<br>35299-054<br>Federal Correctional Complex<br>UPS 2, P.O. Box 1034<br>Coleman, FL  33521-1034 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn:  Rafael M. Santiago-Rosa, Esq.<br>          Vanessa Medina-Romero, Esq.<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR  00968 |

| | |
|---|---|
| Edgardo Seda Arroyo 35299-054<br>FCI Fairton<br>Federal Correctional Institution<br>P.O. Box 420<br>Fairton, NJ 08320 | Liberty Cablevision of Puerto Rico, LLC<br>Attn: Alexandra Verdiales<br>P.O. Box 192296<br>San Juan, PR 00919-2296 |
| Puerto Rico Electric Power Authority<br>Attn: Office of the General Counsel<br>P.O. Box 364267<br>San Juan, PR 00936-4267 | |

NAI-1507498792v1      B–5