UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER SETTING BRIEFING DEADLINES IN CONNECTION WITH
URGENT MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY
MUNICIPAL CORP. TO COMPEL COMPLIANCE BY THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS WITH FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2019 AND TO AMEND THE EIGHTH AMENDED CASE MANAGEMENT PROCEDURES

The Court has received and reviewed the *Urgent Motion of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Compel Compliance by the Official Committee of Unsecured Creditors with Federal Rule of Bankruptcy Procedure 2019 and to Amend the Eighth Amended Case Management Procedures* (Docket Entry No. 6963 in Case No. 17-3283, the "Motion") filed by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Movants"). Movants' request that the Motion be heard in connection with the May 16, 2019, hearing is denied. Oppositions to the Motion must be filed by **May 24, 2019 at 4:00 p.m. (Atlantic Standard Time)**. Any reply papers must be filed by **May 31, 2019 at 4:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court invites oral argument in connection with the Motion at the Omnibus Hearing on June 12, 2019 at 9:30 a.m. (Atlantic Standard Time).

    SO ORDERED.

Dated: May 15, 2019

    /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    United States District Judge