UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al*.<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I served a true and exact copy of the document titled *Joinder of Goldman Sachs & Co. LLC and Goldman Sachs Bank USA to the Joint Limited Objection of Bank Defendants to Urgent Motion of the Financial Oversight and Management Board of Puerto Rico to Enforce Order Under Bankruptcy Rules 1007(I) and 2004 Authorizing Discovery and Compelling Disclosure of Lists of Security Holders* on:

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Office of the United States Trustee for Region 21 Edificio Ochoa, 500 Tanca Street, Suite 301 San Juan, PR 00901-1922.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

- All parties listed in the Master Service List as of May 6, 2019 for which an email has not been provided by U.S. mail. (Docket No. 6845).

- All parties listed in the Master Service List as of May 6, 2019 for which an email address was provided by email. (Docket No. 6845).

May 15, 2019                                                         Respectfully submitted,

                                      Brian E. Pastuszenski (*pro hac vice*)
                                      Charles A. Brown (*pro hac vice*)
                                      **GOODWIN PROCTER LLP**
                                      The New York Times Building
                                      620 Eighth Avenue
                                      New York, New York  10018
                                      Tel.:  212.813.8800
                                      Fax.:  212.355.3333
                                      E-mail:  bpastuszenski@goodwinlaw.com
                                                       cbrown@goodwinlaw.com

                                      */s/ Ramón E. Dapena*
                                      Ramón E. Dapena
                                      USDC PR No. 125005
                                      **MORELL, CARTAGENA & DAPENA LLC**
                                      PO Box 13399
                                      San Juan, PR 00908
                                      Tel.:  787.723.1233
                                      Fax.:  787.723.8763
                                      Email:  ramon.dapena@mbcdlaw.com

                                      *Co-Counsel to Goldman Sachs & Co. LLC and Goldman Sachs Bank USA*