# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
| as representative of | |
| | |
| THE COMMONWEALTH OF PUERTO RICO, | |
| *et al.* | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Citigroup Inc., Citigroup Global Markets Inc., and Citibank, N.A. under Fed. R. Bankr. P. 9010(b). I hereby request to be served with all motions, pleadings and documents filed in this case.

I HEREBY CERTIFY that I have electronically filed this notice with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record.

Dated: May 15, 2019

*/s/ Ramón E. Dapena*
Ramón E. Dapena
USDC PR No. 125005
Email: ramon.dapena@mbcdlaw.com

**MORELL, BAUZÁ,
CARTAGENA & DAPENA**
PO Box 13399
San Juan, PR 00908
Tel. 787-723-1233
Fax. 787-723-8763