```
Court Name: District Court
Division: 1
Receipt Number: PRX100063826
Cashier ID: arodrigu
Transaction Date: 05/15/2019
Payer Name: DAPEDA, RAMON E
------------------------------------
PRO HOC VICE
 For: DAPEDA, RAMON E
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: DAPEDA, RAMON E
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: MORELL CARTAGENA DAPENA
 Check/Money Order Num: 136396
 Amt Tendered: $600.00
------------------------------------
Total Due:       $600.00
Total Tendered: $600.00
Change Amt:       $0.00

17-3283(LTS) PRO HAC VICE OF
MARSHALL H. FISHMAN & MEGHAN K.
SPILLANE
THRU: DAPEDA, RAMON E.
```