UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

<u>ORDER REGARDING FILING PROCEDURES</u>

The Court has received and reviewed the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds* (Docket Entry No. 6857 in Case No. 17-3283, the "Motion"), as well as the accompanying Notice of Hearing (Docket Entry No. 6857-2 in Case No. 17-3283). The following language is included in the Notice of Hearing:

> **PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court . . . (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Eighth Amended Case Management Procedures (Docket No. 4866, Exhibit A).

The United States District Court for the District of Puerto Rico does not accept filings of any type via "CD-ROM." Parties in interest without CM/ECF credentials are instead directed to submit hard copies of filings via mail to the below address:

> Clerk's Office
> United States District Court
> Room 150 Federal Building
> San Juan, PR 00918-1767

Hard copies of filings may also be submitted in person at the below address:

> Clerk's Office
> United States District Court
> 150 Carlos Chardon Avenue
> Room 150
> San Juan, PR 00918

The Official Committee of Unsecured Creditors, the Financial Oversight and Management Board for Puerto Rico, and the Special Claims Committee are hereby directed to re-file the Notice of Hearing with compliant filing instructions for "all other parties in interest."

SO ORDERED.

Dated: May 16, 2019

                                                                                                    /s/ Laura Taylor Swain
                                                                                                     LAURA TAYLOR SWAIN
                                                                                                     United States District Judge