**EXHIBIT 1**

**Time Detail**

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 for contracted on a Monthly Retainer for Half-time Work (in Oct 22 days at 4 hours a day is 88 hours).**                                                                 $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly | Hours | Fees | Debtor on behalf service rendered | Service Loacation | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|
| October-18 | Title III | 10/1/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | $ 900.00 | Commonwealth | MD | Review of Study on Paycheck Plus--EITC evaluation. |
| October-18 | Title III | 10/1/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Review of Moody's Analytics on Puerto Rico |
| October-18 | Title III | 10/1/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Review of CME study on FEMA spend and local contracting. |
| October-18 | Title III | 10/2/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | $ 150.00 | Commonwealth | MD | Weekly advisor call with CEO. |
| October-18 | Title III | 10/3/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | $ 450.00 | Commonwealth | TX | Call with McKinsey to review questions about their model. |
| October-18 | Title III | 10/3/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | TX | Line -by-line audit o McKicnsey macro forecast and link to fiscal projections. |
| October-18 | Title III | 10/4/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Continue of audit of McKinsey model. |
| October-18 | Title III | 10/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Structural reform analysis with McKinsey on sizing and identifying reforms. |
| October-18 | Title III | 10/8/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Continued work with McKinsey on structural reform sizing. |
| October-18 | Title III | 10/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | $ 900.00 | Commonwealth | MD | Preliminary DSA with active financing of Capex |
| October-18 | Title III | 10/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | $ 150.00 | Commonwealth | MD | Weekly advisors call with CEO |
| October-18 | Title III | 10/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | $ 450.00 | Commonwealth | MD | Weeky call with McKinsey on implementation monitoring |
| October-18 | Title III | 10/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | TX | Review of McKinsey model and document for Board meetng |
| October-18 | Title III | 10/11/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | $ 900.00 | Commonwealth | TX | Continuation of work on model and document. |
| October-18 | Title III | 10/12/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Work for CEO on long-term outlook for social indicators in PR. |
| October-18 | Title III | 10/12/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | $ 450.00 | Commonwealth | MD | Executive Board call |
| October-18 | Title III | 10/13/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | MD | Review of IMF WEO on PR and World Bank study |
| October-18 | Title III | 10/14/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | MD | Deep review of draft fiscal plan |
| October-18 | Title III | 10/15/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Work on IMF model and differences with Board model. |
| October-18 | Title III | 10/16/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Work with McKinsey on finalizing the fiscal plan--scoring of reforms and final growth pojection. |
| October-18 | Title III | 10/17/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Review of FOMB documents posted and creditor documents on FOMB reorg |
| October-18 | Title III | 10/18/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Review of FOMB documents posted and creditor documents on FOMB reorg |
| October-18 | Title III | 10/19/2018 | Andrew Wolfe | Advisor to Board | $300 |  | $ - | Commonwealth |  |  |
| October-18 | Title III | 10/20/2018 | Andrew Wolfe | Advisor to Board | $300 |  | $ - | Commonwealth |  |  |
| October-18 | Title III | 10/22/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Discussion with Proskauer on new fiscal plan |
| October-18 | Title III | 10/22/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Last minute request to help McKinsey on Q and A for public Board meeting |
| October-18 | Title III | 10/23/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.50 | $ 750.00 | Commonwealth | MD | Listen in on Public Board meeting |
| October-18 | Title III | 10/24/2018 | Andrew Wolfe | Advisor to Board | $300 |  | $ - | Commonwealth |  |  |
| October-18 | Title III | 10/25/2018 | Andrew Wolfe | Advisor to Board | $300 |  | $ - | Commonwealth |  |  |
| October-18 | Title III | 10/26/2018 | Andrew Wolfe | Advisor to Board | $300 |  | $ - | Commonwealth |  |  |
| October-18 | Title III | 10/27/2018 | Andrew Wolfe | Advisor to Board | $300 |  | $ - | Commonwealth |  |  |
| October-18 | Title III | 10/28/2018 | Andrew Wolfe | Advisor to Board | $300 |  | $ - | Commonwealth |  |  |
| October-18 | Title III | 10/29/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Research on pension reform impact on macro and pensioners |
| October-18 | Title III | 10/29/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Work with McKinsey on alteration of model to use authorities' rollout rate of assistance |
| October-18 | Title III | 10/30/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Revised macro model with different rollout path |
| October-18 | Title III | 10/30/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Review of literature on pension reform. |
| October-18 | Title III | 10/31/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Pension research and model of impact |

| | | | |
|---|---|---|---|
| Total |  | 90.00 | $ 27,000.00 |
| Share of the work on Prepa |  | 0% | $0.00 |
| Share of the work on the Commonwealth |  | 100% | $25,000.00 |

**days in Puerto Rico**                                            0.00        $0.00

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 for contracted on a Monthly Retainer for Half-time Work (in Nov 20 days at 4 hours a day is 80 hours).**  $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly | Hours | Fees | Debtor on behalf service rendered | Service Loacation | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|
| November-18 | Title III | 11/1/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Work with McKinsery to finalize projections for Nov 2 Board meeting. |
| November-18 | Title III | 11/2/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | $ 450.00 | Commonwealth | MD | FOMB executive board call with advisors. |
| November-18 | Title III | 11/3/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/4/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | $ 150.00 | Commonwealth | MD | Weekly advisors call |
| November-18 | Title III | 11/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Discussion with economist Jose Auger at request of CEO Jaresko. |
| November-18 | Title III | 11/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | $ 900.00 | Commonwealth | MD | Work with McKinsey in design of best interest analysis. |
| November-18 | Title III | 11/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Continued work on modeling best interest case |
| November-18 | Title III | 11/7/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Research on socioeconomic impact of pension reform |
| November-18 | Title III | 11/8/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Research on socioeconomic impact of pension reform |
| November-18 | Title III | 11/9/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | $ 450.00 | Commonwealth | MD | Executive Board call |
| November-18 | Title III | 11/10/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/11/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/12/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/14/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | $ 150.00 | Commonwealth | MD | Call with CEO and advisors |
| November-18 | Title III | 11/14/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | MD | Review of 80-page user guide manuscript |
| November-18 | Title III | 11/15/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | TX | Call with McKinsey to discuss changes in user guide manuscript. |
| November-18 | Title III | 11/15/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | $ 450.00 | Commonwealth | MD | Call with CEO and McKinsey on weekly update. |
| November-18 | Title III | 11/17/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/18/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/19/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call with McKinsey on Best Interest |
| November-18 | Title III | 11/20/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Advisors call with CEO |
| November-18 | Title III | 11/21/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/22/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/23/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/24/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/25/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | $ 150.00 | Commonwealth | MD | Advisors call with CEO |
| November-18 | Title III | 11/26/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call with McKinsey and CEO on Best Interest |
| November-18 | Title III | 11/27/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Review and rebuttal preparation of Stiglitz critique for CEO. |
| November-18 | Title III | 11/28/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| November-18 | Title III | 11/29/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Meeting with Dev Tec on model questions from Creditors |
| November-18 | Title III | 11/29/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Data search and collection for real economy monitoring report as requested by CEO. |
| November-18 | Title III | 11/30/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Board weekly call. |
| November-18 | Title III | 11/30/2018 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | $ 2,400.00 | Commonwealth | MD | Continued work on data collection for building database for monitoring report. |

| | | | |
|---|---|---|---|
| Total | | 51.00 | $ 15,300.00 |
| Share of the work on Prepa | | 0% | $0.00 |
| Share of the work on the Commonwealth | | 100% | $25,000.00 |

**days in Puerto Rico**   0.00   $0.00

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 for contracted on a Monthly Retainer for Half-time Work (in Dec 20 days at 4 hours a day is 80 hours).** $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly | Hours | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|
| December-18 | Title III | 12/1/2018 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | $ 2,400.00 | Commonwealth | MD | Econometric work on the monitoring data for CEO. |
| December-18 | Title III | 12/2/2018 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | $ 2,400.00 | Commonwealth | MD | Drafting and submission of first monitoring report. |
| December-18 | Title III | 12/3/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | $ 150.00 | Commonwealth | MD | Call with CEO and advisors. |
| December-18 | Title III | 12/3/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Write up on status of debt restructuring for model projections/call with Citibank |
| December-18 | Title III | 12/3/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Discussion with Citi on debt analysis |
| December-18 | Title III | 12/4/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Additional monitoring data collection on AAFAF avccounts and FEMA spend |
| December-18 | Title III | 12/5/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | MD | Finalization of report 1 on monitoring. |
| December-18 | Title III | 12/6/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | $ 450.00 | Commonwealth | MD | Call with McKinsey on best interest analysis |
| December-18 | Title III | 12/7/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Work with Citibank on best interest |
| December-18 | Title III | 12/8/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | MD | Review of Citi's work on DSA. |
| December-18 | Title III | 12/8/2018 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | $ 150.00 | Commonwealth | MD | Call with CEO and advisors. |
| December-18 | Title III | 12/10/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Analysis of Caribbean Business article on median income for CEO |
| December-18 | Title III | 12/11/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Review of studies on Cobb-Douglass production functions without constant returns to scale. |
| December-18 | Title III | 12/12/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Incorporation of review into BIT modeling. |
| December-18 | Title III | 12/13/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Review of NAP and SNAP literature to review model impact on delay in implementation |
| December-18 | Title III | 12/14/2018 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Best interest modeling work on population scenarios. |
| December-18 | Title III | 12/15/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/16/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/17/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | TX | Continuation of best interest modeling work on population scenarios. |
| December-18 | Title III | 12/18/2018 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | $ 2,400.00 | Commonwealth | MD | Work with econometrician associates on CD modeling. |
| December-18 | Title III | 12/19/2018 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Scenario tests on best interest |
| December-18 | Title III | 12/19/2018 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | MD | provision of documentation for GO creditors on structural reforms |
| December-18 | Title III | 12/20/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/21/2018 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | $ 450.00 | Commonwealth | MD | Call with Executive Board and advisors. |
| December-18 | Title III | 12/22/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/23/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/24/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/25/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/26/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/27/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/28/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/29/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/30/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| December-18 | Title III | 12/31/2018 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |

| | | |
|---|---|---|
| Total | 84.00 | $ 25,200.00 |
| Share of the work on Prepa | 0% | $0.00 |
| Share of the work on the Commonwealth | 100% | $25,000.00 |
| | | |
| days in Puerto Rico | 0.00 | $0.00 |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**Fee of $25,000 contracted on a Monthly Retainer for Half-time Work (in Jan 22 days at 4 hours a day is 88 hours).**  $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly | Hours | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|
| January-19 | Title III | 1/1/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/2/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/3/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call with lawyers on Prepa motion. |
| January-19 | Title III | 1/4/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call with McKinsey to discuss upgrade issues for fiscal plan. |
| January-19 | Title III | 1/5/2019 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Work to review SNAP deficiency in fiscal plan. |
| January-19 | Title III | 1/6/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/7/2019 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Update data base for monthly report. |
| January-19 | Title III | 1/7/2019 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | $ 900.00 | Commonwealth | MD | Background research on Prepa declaration for lawyers |
| January-19 | Title III | 1/7/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call with lawyers on Prepa motion. |
| January-19 | Title III | 1/7/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call with lawyers on Cofina. |
| January-19 | Title III | 1/7/2019 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Background review on Cofina declaration of Prof. Alamada-Lopez |
| January-19 | Title III | 1/8/2019 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Final call with lawyers on Cofina declaration and initiation of analysis. |
| January-19 | Title III | 1/8/2019 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Work on Prepa declaration draft for Proskauer. |
| January-19 | Title III | 1/8/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call on Best Interest Test with McKinsey. |
| January-19 | Title III | 1/9/2019 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | $ 2,400.00 | Commonwealth | MD | Write up of declaration analysis of Alameda-Lozada for lawyers. |
| January-19 | Title III | 1/10/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call with McKinsey on analysis of Cofina Plan for lawyers. |
| January-19 | Title III | 1/11/2019 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Meeting at McKinsey on FP3.0 fiscal excel file and review of McKinsey document. |
| January-19 | Title III | 1/11/2019 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | BIT work on background research for McKinsey. |
| January-19 | Title III | 1/11/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Executive Board call. |
| January-19 | Title III | 1/12/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/13/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/14/2019 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | $ 2,400.00 | Commonwealth | MD | Preparation of BIT memo. |
| January-19 | Title III | 1/14/2019 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | $ 1,200.00 | Commonwealth | MD | Beginning work on intergrating BIT to fiscal plan analysis |
| January-19 | Title III | 1/14/2019 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | $ 150.00 | Commonwealth | MD | Call with CEO and Board advisors |
| January-19 | Title III | 1/15/2019 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | MD | Work on BIT modeling with outside econometric experts |
| January-19 | Title III | 1/16/2019 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | $ 1,800.00 | Commonwealth | MD | Work on BIT modeling |
| January-19 | Title III | 1/17/2019 | Andrew Wolfe | Advisor to Board | $300 | 7.00 | $ 2,100.00 | Commonwealth | MD | Work on BIT modeling |
| January-19 | Title III | 1/17/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call with McKinsey on preliminary BIT findings |
| January-19 | Title III | 1/18/2019 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | TX | Work on BIT modeling |
| January-19 | Title III | 1/18/2019 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | data gathering on economic developments |
| January-19 | Title III | 1/19/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/20/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/21/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/22/2019 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | $ 2,400.00 | Commonwealth | MD | Work on updating the economcs indicator database for the January report. |
| January-19 | Title III | 1/23/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Interview at the request of CEO with Mr. Fernando Lugo |
| January-19 | Title III | 1/23/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Discussion with McKinsey team on BIT. |
| January-19 | Title III | 1/24/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Analysis of PMI data and dcomparing to PRED in prep for Friday call with McKInsey |
| January-19 | Title III | 1/25/2019 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | $ 300.00 | Commonwealth | MD | Call with McKinsey on economic indicators |
| January-19 | Title III | 1/25/2019 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | $ 600.00 | Commonwealth | MD | Deep dive into revenue performance in FY19 follow up on McKInsey call. |
| January-19 | Title III | 1/26/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/27/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/28/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/29/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |
| January-19 | Title III | 1/30/2019 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | $ 150.00 | Commonwealth | MD | Call with McKinsey on BIT. |
| January-19 | Title III | 1/31/2019 | Andrew Wolfe | Advisor to Board | $300 | | $ - | Commonwealth | MD | |

| | | | | |
|---|---|---|---|---|
| Total | | | 91.00 | $ 27,300.00 |
| Share of the work on Prepa | | | 10% | $2,472.53 |
| Share of the work on the Commonwealth | | | 90% | $22,527.47 |