# **EXHIBIT 2**

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| September-18 | Title III | 10/17/2018 | Andrew Wolfe | Legal fees for filing | $ 135.00 | 1 | $135.00 | Legal filing fees for September work |
| TOTAL IN OCT | | | | | | | **$135.00** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| November-18 | Title III | 11/9/2018 | Andrew Wolfe | Legal fees for filing | $ 1,305.00 | 1 | $1,305.00 | Legal filing fees for October work |
| TOTAL IN NOV | | | | | | | **$1,305.00** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| December-18 | Title III | 12/17/2018 | Andrew Wolfe | Legal fees for filing | $ 1,620.00 | 1 | $1,620.00 | Legal filing fees for November work |

| TOTAL IN DEC | | | | | | | **$1,620.00** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| January-19 | Title III | 1/16/2019 | Andrew Wolfe | Legal fees for filing | $ 135.00 | 1 | $135.00 | Legal filing fees for December work |
| January-19 | Title III | 1/11/2019 | Andrew Wolfe | Taxi fare | $ 17.68 | 1 | $17.68 | Uber fare to McKinsey office from home. |
| January-19 | Title III | 1/11/2019 | Andrew Wolfe | Taxi fare | $ 23.17 | 1 | $23.17 | Uber fare from Mckinsey office to home. |

TOTAL IN JAN  **$175.85**