# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- x
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
            as representative of                                    :   Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :   (Jointly Administered)
                                                                    :
            Debtors.¹                                               :
------------------------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, Aurea E. García Ríos, hereby certify that I am of legal age, am not a party of the above-caption action, am employed by Casillas, Santiago & Torres, LLC, and that on May 13, 2019, I caused for the following documents to be served by sending a true and correct copy by e-mail on the parties listed on Exhibit A; on May 14, 2019 three courtesy copies couriered as listed on Exhibit C; and on May 14, 2019 by USPS First Class Mail on the parties listed on Exhibit B:

> *Joinder Of Genesis Security In Urgent Motion Of Official Committee Of Unsecured Creditors For Order, Under Bankruptcy Code Sections 105(a) and 926(a) and Bankruptcy Rule 9006, Establishing (I) Procedures With Respect To Disclosure Of Avoidance Actions To Be Asserted By Oversight Board, and (ii) Expedited Briefing Schedule For Potential Request To Appoint Trustee Under Bankruptcy Code Section 926(a)  [Docket No. 6934]*

Dated: May 16, 2019

*s/Aurea E. García Ríos*
Aurea E. García Ríos

---

[1]  The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

**EXHIBIT A**
Via E-mail

| DESCRIPTION | EMAIL |
| --- | --- |
| Co-Attorney for the Financial Oversight and Management Board as representative of the Debtors | rburgos@adameslaw.com |
| Counsel to National Public Finance Guarantee Corporation, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, and Voya Institutional Trust Company | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>asantiago@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216, Abengoa S.A. and Abengoa Puerto Rico, S.E. | kstipec@amgprlaw.com<br>pjime@icepr.com<br>pjime@lawfirm-pr.com |
| Aguirre Offshore Gasport, LLC | daniel.bustos@excelerateenergy.com |
| Counsel to Thomas Rivera - Schatz, in his official capacity and on behalf of the Senate of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081, Defendant in Adv Case 19-00014 | icastro@alblegal.net<br>storres@alblegal.net<br>ealdarondo@alblegal.net<br>drodriguez.alb@gmail.com<br>drodriguez@alblegal.net |
| Counsel to Salvador Rovira Rodriguez, Salvador Rovira Rodriguez Attorneys at Law and Puerto Rico Legal Advocates, PSC | alexandra.bigas@gmail.com |
| Counsel to Cooperativa De Ahorro Y Credito Zeno Gandia, Cooperativa De Ahorro Y Credito Abraham Rosa, Cooperativa De Ahorro Y Credito De Aguada, Cooperativa De Ahorro Y Credito Vega Alta, Cooperativa De Ahorro Y Credito El Valenciano, Fidecoop, Cooperativa De Ahorro Y Credito De Rincon, Cooperativa De Ahorro Y Credito De Lares Y Region Central, Fondo de Inversión y Desarrollo Cooperativo, Inc., and Cooperativa de Ahorro y Crédito Vega Alta | ealmeida@almeidadavila.com<br>zdavila@almeidadavila.com |
| Counsel to American Federation of State, County and Municipal Employees, Intervenor in Adversary Proceeding 17-00250 and Plaintiff in Adversary Proceeding 18-00134 | jrivlin@afscme.org<br>tpaterson@afscme.org<br>martz@afscme.org |
| Ameri National Community Services, LLC as servicer for the GDB Debt Recovery Authority | mfredericks@amerinatls.com<br>fdearmas@ciacpr.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | acordova@juris.inter.edu |
| Counsel to Marathon Asset Management, LP, Solus Alternative Asset Management LP, SOLA Ltd, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Arc American, Inc. | Jramirez@amrclaw.com<br>Kellyrivero@hotmail.com |
| Counsel to Antonio Fuentes González, María Y. Viguie Fernández and the conjugal partnership constituted by them | antoniofuentesgonzalez@yahoo.com |
| Counsel to Whitebox Asymmetric Partners, LP, et al., Co-Counsel to Whitebox Multi-Strategy Partners, L.P., Whitebox Asymmetric Partners, L.P.,<br>Whitebox Institutional Partners, L.P., and Pandora Select Partners, L.P. | mrios@arroyorioslaw.com<br>jfigueroa@arroyorioslaw.com |
| Interested Party | Arthursail@stny.rr.com |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | asociacióngerencialescfse@gmail.com |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Marieli.Paradizo@ponce.pr.gov |
| Autopistas de PR, LLC | xavier.carol@abertis.com |
| Autopistas de PR, LLC | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | julian.fernandez@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | julian.fernandez@metropistas.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | rbonilla@bspr.com |
| Counsel to Roche Diagnostics Corporation | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Counsel to Mitsubishi Motor Sales of Caribbean, Inc. | belkgrovas@gmail.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to the University of Puerto Rico and, in his official capacity, Dr. Darrel Hillman, Co-Counsel for Bank of America, N.A. | cbg@bobonislaw.com<br>efl@bobonislaw.com |
| Counsel to the QTCB Noteholder Group | kurt.mayr@bracewell.com<br>daniel.connolly@bracewell.com<br>david.lawton@bracewell.com<br>rachel.goldman@bracewell.com |
| Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | eweisfelner@brownrudnick.com |
| Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | sbest@brownrudnick.com<br>bchew@brownrudnick.com |
| Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | sbeville@brownrudnick.com |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| Counsel to Unión de Trabajadores de la Industria Eléctrica y Riego & Asociación de Profesoras & Profesores del Recinto Universitario de Mayagüez, Inc. and Hermandad de Empleados del Fondo del Seguro del Estado, Inc, et al. Plaintiff in Adversary Proceeding 18-00091 | jessica@bufete-emmanuelli.com |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego ("UTIER") | remmanuelli@me.com |
| Counsel to Hermandad de Empleados del Fondo del Seguro del Estado, Inc., known as Unión de Empleados de la Corporación del Fondo del Seguro del Estado, Asociación de Empleados Gerenciales del Fondo del Seguro del Estado Corp., and Unión de Médicos de la Corporación del Fondo del Seguro del Estado Corp. | rolando@bufete-emmanuelli.com<br>yasmin@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., and Prosol-Utier and Federación de Maestros de Puerto Rico | rolando@bufete-emmanuelli.com jessica@bufete-emmanuelli.com notificaciones@bufete-emmanuelli.com wilbert_lopez@yahoo.com |
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, HPM Foundation, Inc., Concilio De Salud Integral De Loiza, Inc., & Neomed Center, Inc., Attorneys for Migrant Health Center, Inc., Attorneys for Migrant Health Center, Inc., Attorneys for Salud Integral en la Montana | mcrm100@msn.com |
| Counsel to Financial Guaranty Insurance Company | chris.maddux@butlersnow.com mitch.carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | jason.callen@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | martin.sosland@butlersnow.com Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | stan.ladner@butlersnow.com |
| Counsel to Whitefish Energy Holdings, LLC | condecarmen@condelaw.com ls.valle@condelaw.com |
| Counsel to Pattern Santa Isabel LLC | daniel.elkort@patternenergy.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com NATHAN.BULL@CWT.COM bill.natbony@cwt.com |
| Counsel to Assured Guaranty Corp. | mark.ellenberg@cwt.com |
| Counsel to Defendants GDB Debt Recovery Authority and its Trustees Mathew Karp, Jorge L. Padilla, and David Pauker, in their official capacities | ioliver@ccsllp.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Adiaz@cnrd.com Kbolanos@cnrd.com avalencia@cnrd.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc.,  Ferrovial Agroman, SA & TEC General Contractors, Corp. (TEC) | jf@cardonalaw.com |
| Caribbean Hospital Corporation | delapena.sylvia@gmail.com |
| Counsel to Norma Bernier Casanova, Creditor | carla.rodriguezbernier@yahoo.com |
| Counsel to Cooperativa A/C Vegabajeña, Cooperativa A/C Roosevelt Roads, Quality Equipment, Inc., and Cooperativa A/C La Comerieña | quilichinipazc@microjuris.com |
| Counsel to Aida Rossy Clemente | calsina@prquiebra.com |
| Counsel to Puerto Rico Land Administration | carloscardonafe@hotmail.com |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | lcdo.carlos.e.riverajustiniano@gmail.com |
| Counsel to Autonomous Municipality of Ponce | carlosfernandez@cfnlaw.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | carlosfernandez@cfnlaw.com |
| Counsel to Cooperativa De Ahorro Y Crédito De Isabela | carlosvergne@aol.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br>mmier@cabprlaw.com |
| Counsel to the Official Committee of Unsecured Creditors, Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com<br>ltorres@cstlawpr.com<br>AAneses@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com |
| Counsel to Pedro L. Casasnovas Balado, Olga I. Trinidad Nieves, Raúl E. Casasnovas Balado, Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, & Asociación de Empleados del Estado Libre Asociade | ccuprill@cuprill.com |

5

| DESCRIPTION | EMAIL |
|---|---|
| Attorneys for Proposed Amicus Curiae the Autonomous Municipality of San Juan | charliehernandezlaw@gmail.com |
| Counsel to Arc American, Inc. | rnies@csglaw.com<br>gspadoro@csglaw.com<br>mlepelstat@csglaw.com<br>mcaruso@csglaw.com |
| Counsel to Integrand Assurance Company | eduardo@cobianroig.com |
| Intervenor in Adversary Proceeding 17-00250 | harnaud@cwsny.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | pdechiara@cwsny.com |
| Constructora Santiago II, Corp. | jlopez@constructorasantiago.com |
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | bmd@bmdcounselors.com |
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | bmd@bmdcounselors.com |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management, LP, OZ Management LP, OZ Management II, LP, and QTCB Noteholder Group | ra@calopsc.com<br>scriado@calopsc.com |
| Counsel to Metric Engineering, Inc. | rco@crlawpr.com<br>gar@crlawpr.com |
| Counsel to Metric Engineering, Inc. | rco@crlawpr.com<br>gar@crlawpr.com |
| Counsel to Roche Diagnostics Corporation | dmolinalaw@gmail.com |
| Counsel to PFZ Properties, Inc. | davidcarrionb@aol.com |
| Counsel to The PBA Sub-Group of the Commonwealth Bondholder Group | donald.bernstein@davispolk.com<br>brian.resnick@davispolk.com<br>angela.libby@davispolk.com |
| Counsel to Administración De Seguros De Salud De Puerto Rico | wssbankruptcy@gmail.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com |
| Counsel to Peaje Investments, LLC | allan.brilliant@dechert.com |
| Counsel to Peaje Investments, LLC | eric.brunstad@dechert.com |
| Counsel to Peaje Investments, LLC | stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com |
| Del Valle Group, SP | hreynolds@delvallegroup.net |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to ERS Bondholders Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree Opportunities Fund IX, L.P., and Mason Capital Master Fund LP | afernandez@delgadofernandez.com |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | wburgos@justicia.pr.gov |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority and the Puerto Rico Highways & Transportation Authority | rcastellanos@devconlaw.com |
| Counsel to Voz Activa, Inc. | diazsotolaw@gmail.com |
| Counsel to Luis R. Santini Gaudier | corraldieg@gmail.com |
| Counsel to the University of Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Treasury Department | jose.sosa@dlapiper.com |
| Counsel to The University of Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Treasury Department | richard.chesley@dlapiper.com rachel.albanese@dlapiper.com |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Donna.Maldonado@popular.com |
| Counsel to the University of Puerto Rico, Plaintiff in Adversary Proceeding 17-00217 | edgardo_barreto@yahoo.com |
| Counsel to Cooperativa De Ahorro y Crédito De Isabela | emunozPSC@gmail.com |
| Counsel to Bella International, LLC; Bella Retail Group, LLC, International Automotive Distributors Group, LLC; Bella Export Corporation, Jeronimo Esteve Abril and Carlos Lopez-Lay | elian.escalante@gmail.com |
| Federal Agency | mark.gallagher@usdoj.gov |
| Counsel to The Financial Oversight and Management Board for Puerto Rico and local counsel for Brown Rudnick LLP, the Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | agestrella@estrellallc.com kcsuria@estrellallc.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | robert.schnell@faegrebd.com<br>pjime@icepr.com |
| Federación de Maestros de Puerto Rico | legal.fmpr@gmail.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | jfeldesman@FTLF.com |
| Counsel to Bank of America Merrill Lynch | fmontanezmiran@yahoo.com |
| Counsel to Ambac Assurance Corporation | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |
| Counsel to Municipio de San Juan | ferraric@ferrarilawpr.com |
| Interested Party | n.tactuk@ferrovial.com |
| Counsel to Pan American Grain Co., Inc. | figueroaymorgadelaw@yahoo.com |
| Counsel to Whitefish Energy Holdings, LLC | auetz@foley.com |
| Counsel to Santander Asset Management, LLC | bkfilings@fortuno-law.com |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | bufetefrgonzalez@gmail.com |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>gaclegal@gmail.com |
| Counsel to the Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company, Preferred Health, Inc., and Agro Industrias del Este, Corp. | juans@prtc.net |
| Counsel to Finca Matilde Inc. | ifullana@gaflegal.com |
| Counsel to Puerto Rico Public Buildings Authority | wmq@wmarrerolaw.com |
| Counsels for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC | jgenovese@gjb-law.com<br>mguitian@gjb-law.com<br>jsuarez@gjb-law.com<br>jarrastia@gjb-law.com |
| Counsel to Migrant Health Center, Inc. | jlgere@gmail.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, Assured Guaranty Municipal Corp and Assured Guaranty Corp., Plaintiff in Adversary Case No. 18-00087 | tolson@gibsondunn.com<br>mmcgill@gibsondunn.com<br>hwalker@gibsondunn.com<br>lshelfer@gibsondunn.com<br>jchristiansen@gibsondunn.com |
| Representative of Plaintiff the Financial Oversight and Management Board for Puerto Rico (the "FOMB") | courtneyrcarroll@gierbolinicarroll.com<br>miguelgierbolini@gierbolinicarroll.com |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee and GMS Group, LLC and Mark Elliott | dg@g-glawpr.com<br>rgv@g-glawpr.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com |
| Counsel to Cooperativa de Ahorro y Crédito de Santa Isabel | marielopad@gmail.com |
| Counsel to Ms. Marcia Gil Caraballo | Jnieves@gonzalezmunozlaw.com |
| Co-Counsel to Goldman Sachs & Co. LLC | bpastuszenski@goodwinlaw.com<br>cbrown@goodwinlaw.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Clearyd@gtlaw.com<br>Huttonj@gtlaw.com<br>Haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com |
| Counsel to José Ramón Rivera Rivera, Ralphie Dominicci Rivera, Ángel R. Figueroa Jaramillo and Erasto Zayas López, Plaintiffs in Adversary Proceeding 18-00047; and Cooperativa De Ahorro Y Crédito Abraham Rosa, et al., Plaintiff in Adversary Proceeding 18-00028 and Co-counsel for Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía and Cooperativa de Ahorro y Crédito de Juana Díaz | gramlui@yahoo.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | beth@hbsslaw.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | steve@hbsslaw.com |
| Counsel to the Puerto Rico Energy Commission | ygc@rclopr.com<br>ygc1@prtc.net |
| Counsel to Cooperativa De Ahorro Y Credito Abraham Rosa, Plaintiff in Adversary Proceeding 18-00028 | handuze@microjuris.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Luis R. Santini-Gaudier, Plaintiff in Adversary Proceeding Case No. 18-00053, Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, and Cooperativa de Ahorro y Crédito de Juana Díaz | jmoralesb@microjuris.com<br>handuze@microjuris.com<br>corraldieg@gmail.com |
| Counsel to Data Access Communication Inc, Netwave Equipment Corp., and Nustream Communications Corp | QUIEBRAS@ELBUFETEDELPUEBLO.COM |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | hernandezrodriguezlaw@gmail.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | robin.keller@hoganlovells.com |
| Counsel to First Transit of Puerto Rico, Inc. | jesus.cuza@hklaw.com |
| Counsel to First Transit of Puerto Rico, Inc. | bos-bankruptcy@hklaw.com |
| Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | mvega@senado.pr.gov |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com |
| IRS Insolvency Section | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | janebeckerwhitaker@gmail.com |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | irg@roldanlawpr.com<br>irm@roldanlawpr.com |
| Counsel to the Norberto Tomassini et al., Ivan Ayala et al., Beltrán Cintrón Plaintiff Group, Cruz Santos Plaintiff Group, López Rosario Plaintiff Group, Pérez-Colón Plaintiff Group, Acevedo Camacho Plaintiff Group, Acevedo Arocho Plaintiff Group, Abraham-Díaz Plaintiff Group, Abraham Giménez Plaintiff Group and the Group of Creditors of the Consolidated CFI Judgment dated April 22, 2016 | ivonnegm@prw.net |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Lauren De Pablo by her, Rolando Martínez by him and as inheritor of Ondina Finale, Conjugal Partnership of Rolando Martínez and Lauren de Pablo, Deianeira Martínez De Pablo by her, Pedro Rolando Martínez Torres by him and as in heritor of Ondina Finale, and Olga Martínez Finale as inheritor of Ondina Finale | glenncarljameslawoffices@gmail.com |
| Counsel to Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC") | JPGLaw@outlook.com |
| Counsel to Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC") | JPGLaw@outlook.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | mroot@jenner.com csteege@jenner.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | rgordon@jenner.com rlevin@jenner.com cwedoff@jenner.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189, Autonomy Capital (Jersey) L.P. | rrivera@jgl.com apico@jgl.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | brosenblum@jonesday.com jgross@jonesday.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | bbennett@jonesday.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel for ERS Bondholders Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi- Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., Mason Capital Master Fund LP, and SV Credit, L.P. | ssooknanan@jonesday.com gstewart@jonesday.com bheifetz@jonesday.com vdorfman@jonesday.com cdipompeo@jonesday.com |
| Counsel to María Elena Alonso Fuentes and Laura E. Climent Garcia | tuttieguerrero@yahoo.com |
| Counsel to Nydia M. Morales | jpsala_pr@yahoo.com salalawyers@yahoo.com |
| Counsel to Del Valle Group, SP, Pablo Del Valle Rivera and María A. Martínez, Tenants in Common, and Fideicomiso Del Valle Martinez II | jorgequintanalajara@gmail.com |
| Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the American Federation of Teachers, AFL-CIO | barrios.jl@outlook.com |
| Counsel to WorldNet Telecommunications, Inc. | barrios.jl@outlook.com |
| Counsel to CD Builders, Inc. | jlcumbastorres@yahoo.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | jwc@jwcartagena.com |
| Counsel to the Municipality of Guayanilla | riveraroman@hotmail.com |
| Counsel to PV Properties, Inc., Windmar Renewable Energy, Inc. and Coto Laurel Solar Farm, Inc. | javrua@gmail.com |
| Counsel to Orlando Torres Berrios, Germán Torres Berrios, Viviana Ortiz Mercado, Juan Alberto Torres Berrios, Vilma Teresa Torres López, Ramón A. Bonilla Martínez, and Hermanos Torres Torres, Inc. | juan@jahrlaw.com |
| Counsel to Adrian Mercado Jimenez, Municipio de Guarbo | jsoto@jbsblaw.com |
| Counsel to Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | juan@riverafont.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | ileanaortix@outlook.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | dkaron@karonllc.com |

12

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P. | AGlenn@kasowitz.com<br>SSchmidt@kasowitz.com<br>TWelch@kasowitz.com |
| Counsel to Bettina Whyte, the COFINA Agent | kklee@ktbslaw.com<br>dbussel@ktbslaw.com<br>jweiss@ktbslaw.com |
| Top 20 Unsecured Creditor, COFINA | aperez@kpmg.com<br>Lnegron@kpmg.com |
| Counsel to Major COFINA Bondholders & Mutual Fund Group, Oppenheimer Funds, and Ad Hoc Group of PREPA Bondholders | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>boneill@kramerlevin.com |
| Counsel to Autonomy Capital (Jersey) LP | adam.goldberg@lw.com<br>liza.burton@lw.com<br>christopher.harris@lw.com |
| Counsel to Autonomy Capital (Jersey) LP | jeff.bjork@lw.com |
| Counsel to Instituto De Competitividad Y Sostenibilidad Economica De Puerto Rico (ICSE) | agraitfe@agraitlawpr |
| Counsel to M.L. & R.E. Law Firm, the Popular Democratic Party House of Representatives Delegation, and the plaintiffs-intervenors in Adversary Proceeding 18-00081 | acevedovila1@gmail.com |
| Counsel to Depository Trust Company | pola@frankpolajr.com |
| Counsel to the Government Development Bank for Puerto Rico | gls@lopezsolerlaw.com |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian,  the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227, and Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito Y Orocovis, Plaintiff in Adversary Proceedings 17-00292 and 17-00298 | jemudd@yahoo.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Del Valle Group, SP, Pablo Del Valle Rivera and María A. Martínez, Tenants in Common, and Fideicomiso Del Valle Martinez II | craigmcc@me.com |
| Counsel to M Solar Generating, LLC | fpabon@lvvlaw.com |
| Counsel to Centro de Periodismo Investigativo Inc., Plaintiff in Adversary Proceeding 17-00167 | rrodriguez@juris.inter.edu |
| Interested Party | suarezcobo@gmail.com |
| Counsel to Employees Retirement System, Plaintiff in Adversary Proceeding 17-00213 | dvelawoffices@gmail.com |
| Counsel to the Financial Oversight and Management Board in Adversary Proceeding 17-00213 and 18-00149 and A&S Legal Studio, PSC | dvelawoffices@gmail.com |
| Top 20 Unsecured Creidtor, COFINA | thomas.hommel@lehmanholdings.com abhishek.kalra@lehmanholdings.com |
| Counsel to Cooperativa de Ahorro y Crédito Jayucoop | lemuel.law@gmail.com |
| PBJL Energy Corporation, Plaintiff in Adversary Proceeding 18-00063 | ivandialo2001@yahoo.com |
| Counsel to Stericycle | alinares2020@yahoo.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, et al., Plaintiff in Adversary Proceedings 17-00219 and 17-00220 | alavergne@lsplawpr.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | jsanchez@lsplawpr.com alavergne@lsplawpr.com mvazquez@lsplawpr.com |
| Counsel to Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito de Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito del Valenciano, Cooperativa de Ahorro y Crédito de Juana Díaz, & Cooperativa de Crédito y Ahorros de Rincón | wlugo@lugomender.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | lawlugo1@gmail.com |
| Counsel to Cooperativa de Ahorro y Credito de Empleados Municipales de Guaynabo (a/k/a MUNICOOP) | luisfredsalgado@hotmail.com |
| Counsel to the plaintiffs-intervenors in Adversary Proceeding 18-00081 and 18-00090 | jorge@mlrelaw.com emil@mlrelaw.com |
| Counsel to the Members of Sucesión Pastor Mandry Nones, Sucesión Sastre Wirshing, Isla del Río, Inc. Finca Perseverancia, Inc., & Finca Matilde, Inc. | mevicens@yahoo.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Centro Del Sur Mall, LLC, 65 Infanteria Shopping Center, LLC and Bard Shannon Limited | mfvelezquiebras@gmail.com |
| Attorneys for Proposed Amicus Curiae the Autonomous Municipality of San Juan | marianifrancolaw@gmail.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | cvelaz@mpmlawpr.com<br>lmarini@mpmlawpr.com<br>malvarez@mpmlawpr.com |
| Counsel to US Bank National Association as Indenture Trustee | Clark.whitmore@maslon.com<br>Brian.klein@maslon.com<br>Jason.reed@maslon.com<br>Ana.chilingarishvili@maslon.com |
| Counsel to Interamericas Turnkey, Inc. and Interamerican Turnkey Development Co., Inc. | maxtruj@gmail.com |
| Limited Counsel for Cantor-Katz Collateral Monitor LLC | nzt@mcvpr.com |
| Limited Counsel for Cantor-Katz Collateral Monitor LLC | nzt@mcvpr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC, and AmeriNational Community Services, LLC | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC, and AmeriNational Community Services, LLC | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com |
| Counsel to Cesar Castillo, Inc. | harlawpr@gmail.com |
| Counsel to Goldman Sachs Asset Management, LP | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com |
| Counsel to Luis Modesto Rodríguez Rivera, Juan Alberto Santiago Meléndez, César Caminero Ramos, Rafael Bonilla Rivera, Julio Rancel López, & Emmanuel Rodríguez Collazo | serrano.urdaz.law@hotmail.com |
| Counsel to Ambac Assurance Corporation | ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com |

15

| DESCRIPTION | EMAIL |
|---|---|
| Unsecured Creditor | sanchez.lebron501@gmail.com |
| Counsel to Peaje Investments, LLC and Service Employees International Union and United Auto Workers International Union | dmonserrate@msglawpr.com<br>rlozada@msglawpr.com<br>fgierbolini@msglawpr.com<br>msimonet@msglawpr.com<br>rschell@msglawpr.com |
| Counsel to Goldman Sachs Asset Management, LP | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Counsel to Goldman Sachs Asset Management, LP | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Attorneys for Edward D. Jones & Corp. | rachel.mauceri@morganlewis.com |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | JPeck@mofo.com<br>GLee@mofo.com |
| Counsel to Universidad Interamericana, Inc. | jbrugue@mbbclawyers.com |
| Counsel to Bettina Whyte, the COFINA Agent | navarro@navarrolawpr.com |
| Counsel to Trinity Services I, LLC | man@nblawpr.com |
| Counsel to Puerto Rico Public Buildings Authority | lawrence.bauer@nortonrosefulbright.com |
| Counsel to Puerto Rico Public Buildings Authority | peter.canzano@nortonrosefulbright.com |
| Counsel to Puerto Rico Public Buildings Authority | toby.gerber@nortonrosefulbright.com |
| Counsel to Debtor and to the Oversight Board | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com |
| Counsel to the Office of Government Ethics of Puerto Rico | ldelacruz@oeg.pr.gov<br>nrivera@oeg.pr.gov |
| Counsel to AIG Insurance Company & P. R. Used Oil Collectors, Inc. | l.ortizsegura@ploolaw.com |
| Counsel to Antilles Power Depot, Inc. | lawrog@gmail.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | emckeen@omm.com<br>apavel@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | roppenheimer@omm.com |

16

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | mpocha@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | pfriedman@omm.com |
| Counsel to Liberty Cablevision of Puerto Rico, LLC | ofernandez@oflawoffice.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | orlando1701@gmail.com |
| Counsel to Universidad Central del Caribe, Inc. | gonzalezbadillo@gmail.com |
| Counsel to Ismael Rivera Grau, Lourdes Morales Reyes, La Sociedad Legal de Gananciales Compuesta Por Ambos, Maria Elena Garcia Caballero T/C/C Maria E. Garcia, Elena Garcia Caballero, Luls Enrique Pacheco Núñez T/C/C Luls Pacheco Núñez, Hector Cesario Santiago Rivera, Virginia Diaz Delagdo, Félix Omar Colón Bernard, José Vázquez Feliciano, Marta Vázquez Torres, Neftaly Méndez Vázquez, Joseph Negrón Vázquez, and the Succession of Armando Negrón Vázquez Comprised by his heirs, Raymond Armando Negrón López and Alondra Janisse Negrón Santana, Rey Reyes Reyes, Ruth Rosado Berrios by herself and respresentation of her Son Janzel Daniel Quintana Rosado, Jetstream Federal Credit Union, Carmen Lydia Ríos Arroyo, Pablo Juan Ríos Arroyo, Elena Marie Marrero Ríos By Herself and in representation of her sons, Deborah Marie Santana Marrero and Erick Joel Santana Marrero, Lorna Lee Marrero Ríos by herself and in representation of her daughter Dariana Liz Marrero Marrero and Elena Arroyo Vázquez | toledo.bankruptcy@gmail.com |
| Counsel to Samuel Rodriguez Claudio | Otero_and_assoc@hotmail.com |
| Counsel to the Official Committee of Unsecured Creditors | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |
| Counsel to the Official Committee of Unsecured Creditors | nicholasbassett@paulhastings.com |

| DESCRIPTION | EMAIL |
| --- | --- |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189; PBA Sub-Group of the Commonwealth Bondholder Group Plaintiff in Adversary Proceeding 18-00149 | arosenberg@paulweiss.com |
| Counsel to Super Asphalt Pavement Corporation | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com |
| Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | peajeinfo@dechert.com |
| Pedro A. Vargas-Fontánez, Interested Party | pevarfon@gmail.com |
| Counsel to Caribbean Hospital Corporation | pedronicot@gmail.com |
| Peerless Oil & Chemicals, Inc. | luis.vazquez@peerlessoil.com |
| Counsel to GMS Group, LLC | geisenberg@perkinscoie.com |
| Counsel to Backyard Bondholders | adtoro@pico-blanco.com |
| Counsel to Eduardo Bhatia Gautier | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com |
| Counsel to the Government Development Bank for Puerto Rico | oramos@pmalaw.com<br>mtrelles@pmalaw.com |
| Claims Agent | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | gbrenner@proskauer.com |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>JLevitan@proskauer.com<br>BRosen@proskauer.com |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | wdalsen@proskauer.com<br>MHackett@proskauer.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | sweise@proskauer.com<br>LRappaport@proskauer.com |
| Prosol-Utier | prosol@utier.org |
| Counsel to EcoEléctrica, L.P. | prodriguez@prvlaw.com |
| Counsel to Commonwealth of Puerto Rico in Adversary Proceeding 17-00292 | penagaricanobrownusdc@gmail.com |
| Counsel to Elí Díaz Atienza, Ralph A. Kreil, Christian Sobrino Vega, David K. Owens, Charles Bayles, Robert Pou, María Palou Abasolo, and José Ortiz, Defendants in Adversary Proceeding (18-00047) | c-aquino@prepa.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Mohammad.Yassin@aafaf.pr.gov |
| Puerto Rico Industrial Development Company | anabelle.centeno@pridco.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | fsilva@claropr.com |
| Counsel to the COFINA Senior Bondholders | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>darrengoldman@quinnemanuel.com |
| Counsel to the Lawful Constitutional Debt Coalition | susheelkirpalani@quinnemanuel.com<br>johnshaffer@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>erickay@quinnemanuel.com<br>darrengoldman@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com |
| Counsel for The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | rafael.ortiz.mendoza@gmail.com |
| Counsel to Silvia Consuelo Blasini Batista, Annette Mary Blasini Batista, Antonia Rita Blasini Batista and Silvia Batista Castresana | rtorres@torresrodlaw.com |
| Counsel to Carmen Rodriguez Colon | erb@rodriguezbinetlaw.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | cgray@reedsmith.com<br>dschlecker@reedsmith.com |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation | cspringer@reedsmith.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | kgwynne@reedsmith.com |
| Counsel to the COFINA Senior Bondholders and Counsel to the Lawful Constitutional Debt Coalition | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com |
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, HPM Foundation Inc., Concilio De Salud Integral De Loiza, Inc., & Neomed Center, Inc., Attorneys for Migrant Health Center, Inc., Attorneys for Salud Integral en la Montana | iacosta@renocavanaugh.com |
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, Concilio De Salud Integral De Loiza, Inc. & Neomed Center, Inc., Migrant Health Center, Inc., and Salud Integral en la Montana | tpennington@renocavanaugh.com |
| Counsel to Financial Guaranty Insurance Company | mpico@rexachpico.com |
| Rexach Hermanos, Inc. | prcr@mcvpr.com |
| Counsel for Carlos Ifarraguerri Gomez, MD and Helvia Cruz Ybarra | rhoncat@netscape.net |
| Counsel to Milagros Méndez Arvelo and Maritza Nieves Torres | filippetti_r@hotmail.com<br>castilloricardo977@gmail.com |
| Counsel to Management Consultants & Computer Services. Inc. | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com |
| Counsel to Lord Electric Company of Puerto Rico | nrickenbach@rickenbachpr.com |
| Counsel to South Parcel of Puerto Rico, SE and Caribbean Airport Facilities, Inc. | victorriverarios@rcrtrblaw.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, Each as Trustee for Various Bond Issues, Attorneys for U.S. Bank National Association, in its Capacity as Trustee | etulla@riveratulla.com<br>icabrera@riveratulla.com<br>marivera@riveratulla.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189; PBA Sub-Group of the Commonwealth Bondholder Group Plaintiff in Adversary Proceeding 18-00149 | lrobbins@robbinsrussell.com mstancil@robbinsrussell.com gorseck@robbinsrussell.com kzecca@robbinsrussell.com dburke@robbinsrussell.com lpettit@robbinsrussell.com jbolian@robbinsrussell.com |
| Counsel to Rene Pinto-Lugo, et al., Plaintiff in Adversary Proceeding 18-00041, and Manuel Natal-Albelo Plaintiff in Adversary Proceeding 19-00003 | romn1960@gmail.com |
| Interested Party | estudiolegalrivera2@gmail.com |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | buzz.rochelle@romclaw.com kdm@romclaw.com |
| Counsel to American Federation of State, County and Municipal Employees and Federación Central de Trabajadores, U.F.C.W., Local 481, Plaintiff in Adversary Proceeding 18-00134 | manuel@rodriguezbanchs.com rosasegui@yahoo.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | mrm@rmlawpr.com |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Douglas.Hallward-Driemeier@ropesgray.com |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Keith.Wofford@ropesgray.com Daniel.Egan@ropesgray.com |
| Counsel to Fideicomiso Hernandez Castrodad | r.miranda@rmirandalex.net |
| Counsel to Gila, LLC | rprats@rpplaw.com |
| Counsel to United Surety & Indemnity Company | carlos.lugo@saldanalaw.com hector.saldana@saldanalaw.com |
| Counsel to Western Surety Company and Continental Casualty Company, Plaintiffs in Adversary Case No. 18-00065 | jsanchez@scvrlaw.com mhernandez@scvrlaw.com |
| Counsel to Doral Financial Corporation | jsalichs@splawpr.com etejeda@splawpr.com |
| Counsel to Asociación de Jubilados de la Judicatura de Puerto Rico, Inc. | avb@sbgblaw.com avb@sbgblaw.com jsanabria@sbgblaw.com |
| Counsel for Filsinger Energy Partners, Inc., Attorneys for Edward D. Jones & Corp. | gviviani@sanpir.com jreyes@sanpir.com jsanchez@sanpir.com alavergne@sanpir.com |

| DESCRIPTION | EMAIL |
|---|---|
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | fserra@sampr.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | jvannah@santandersecurities.com |
| Counsel to Cooperativa de Ahorro Y Credito San Jose | santilawoffice@yahoo.com |
| Counsel to NeoMed Center, Inc. and Concilio de Salud Integral de Loiza, Inc. | sramirez@sarlaw.com |
| Scotiabank de Puerto Rico | Roy.purcell@scotiabank.com |
| Scotiabank De Puerto Rico | Rgf@mcvpr.com |
| Securities and Exchange Commission - Headquarters | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | bankruptcynoticeschr@sec.gov |
| Counsel to National Public Finance Guarantee Corporation | epo@amgprlaw.com |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | jsantos@smlawpr.com anunez@smlawpr.com emaldonado@smlawpr.com acouret@smlawpr.com adeliz@smlawpr.com |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. | lcumpiano@yahoo.com |
| Counsel to EcoEléctrica, L.P. | FSosnick@Shearman.com Kelly.McDonald@Shearman.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | jbgoplerud@sagwlaw.net ahowie@sagwlaw.net |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | goplerud@sagwlaw.com howie@sagwlaw.com |
| Attorneys for AES Puerto Rico, L.P. | bguzina@sidley.com blair.warner@sidley.com |
| Counsel to Sola Ltd, Solus Opportunities Fund 5 LP, and Ultra Master Ltd. | squsba@stblaw.com bfriedman@stblaw.com nbaker@stblaw.com edward.linden@stblaw.com |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | MARIAE.HERNANDEZ@prepa.com |
| The Board Of Trustees | carmen.herrero@prepa.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Vitol Inc. and Vitol S.A. | Jay.goffman@skadden.com<br>mark.mcdermott@skadden.com |
| HTA Creditor | stansoffice@aol.com |
| Counsel to Autonomous Municipality of Ponce | pglassman@sycr.com |
| Counsel to American Federation of State, County and Municipal Employees, Plaintiff in Adversary Proceedings 17-00242 & 17-00243, and Intervenor in Adversary Proceeding 17-00250 | cmechling@stroock.com<br>smillman@stroock.com |
| Counsel to the Ad Hoc Group of Noteholders of FGIC-Insured Notes and American Federation of Teachers, AFL-CIO | cmechling@stroock.com<br>smillman@stroock.com<br>khansen@stroock.com<br>jcanfield@stroock.com |
| Counsel to Vitol Inc. | nmanne@susmangodfrey.com<br>mkelso@susmangodfrey.com |
| Counsel to Tamrio, Inc. | jlopez@constructorasantiago.com |
| TEC General Contractors, Corp. | Saultoledo22@yahoo.com |
| Cantor-Katz Collateral Monitor LLC | Mcantor4@mac.com |
| Cantor-Katz Collateral Monitor LLC | rich.katz@torquepointllc.com |
| Counsel to BEC Co, Inc. d/b/a Empacadora Hill Brothers | rfc@thefinancialattorneys.com |
| Counsel to Puerto Rico Public Buildings Authority | julio.pagan@g2la.com |
| Counsel to Vitol S.A., Defendant in Adversary Proceeding 17-00221 | andres@awllaw.com |
| Counsel to Mutual Fund Group and Oppenheimer Funds, the Ad Hoc Group of PREPA Bondholders, and Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com |
| Counsel to the United States | Cesar.a.lopez-morales@usdoj.gov<br>Jean.lin@usdoj.gov<br>Laura.A.Hunt@usdoj.gov |
| Counsel to the United States | Thomas.g.ward@usdoj.gov |
| Unión de Empleados de la Corporación del Fondo del Seguro del Estado | unionecfse@yahoo.com |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | migade19@hotmail.com<br>jaimeenriquecruzalvarez@gmail.com |
| Counsel to the Government of the United States of America | christopher.connolly@usdoj.gov |
| Counsel to the Environmental Protection Agency | velez.hector@epa.gov |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to the Environmental Protection Agency | mark.gallagher@usdoj.gov |
| Magistrate Judge | deindprcorresp@mad.uscourts.gov |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | wardlow.w.benson@usdoj.gov |
| Office of the United States Trustee for the District of Puerto Rico | USTP.Region21@usdoj.gov |
| Counsel to Cooperativa de Seguros Múltiples de Puerto Rico | hvaldes@v-olaw.com |
| Counsel to creditors Carlos Pérez Molina, Ana Figueroa Colón and their Legal Partnership of Acquisitions | jeva@valenzuelalaw.net<br>jose.enrico.valenzuela1@gmail.com |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | vero@ferraiuoli.pr |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | victor@calderon-law.com |
| Counsels for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC | jvilarino@vilarinolaw.com |
| Counsel to Medical Card System, Inc., MCS Health Management Options, Inc., and MCS Advantage, Inc. | ramonvinas@vinasllc.com |
| Counsle to MCS Life Insurance Company | ramonvinas@vinasllc.com |
| Counsel to Scotiabank De Puerto Rico | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>AKHerring@wlrk.com |
| Counsel to National Public Finance Guarantee Corporation | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com |
| Counsel to Elias Sánchez-Sifonte, Attorneys for Defendants State Insurance Fund Corporation and Jesús M. Rodríguez Rosa. | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com |

| DESCRIPTION | EMAIL |
|---|---|
| Counsel to Doral Financial Corporation and UBS Family of Funds and the Puerto Rico Family of Funds, et al. | gkurtz@whitecase.com<br>jcunningham@whitecase.com<br>brian.pfeiffer@whitecase.com<br>michele.meises@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | jzakia@whitecase.com<br>csloane@whitecase.com |
| Counsel to Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., and and Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091 | wilbert_lopez@yahoo.com |
| Counsel to Softek, Inc. and Insight Management Group, Inc., | william.m.vidal@gmail.com |
| Interested Party | wssbankruptcy@gmail.com |
| Counsel to Bettina Whyte, the COFINA Agent | mfeldman@willkie.com<br>jminias@willkie.com<br>mseidel@willkie.com<br>jdugan@willkie.com<br>jkorn@willkie.com<br>tmundiya@willkie.com<br>pshalhoub@willkie.com<br>ayanez@willkie.com |
| Counsel to KDC Solar, LLC | JLawlor@wmd-law.com |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | jpatton@ycst.com<br>rbrady@ycst.com<br>jdorsey@ycst.com |

**EXHIBIT B**
Via USPS First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| AmeriCorps | Attn: Kim Mansaray | 1201 New York Ave., NW | | Washington | DC | 20525 |
| Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 |
| Antonetti Montalvo & Ramirez Coll | Attn: Jose L. Ramirez-Coll | P.O. Box 13128 | | San Juan | PR | 00908 |
| Asociación de Profesoras y Profesores del Recinto Universitario de Mayagüez, Inc. | | Apartado Postal 2227 | | Mayagüez | PR | 00681 |
| Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Department of Defense (DOD) | Attn: Patrick Shanahan | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| Department of Energy (DOE) | Attn: Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 |
| Department of Homeland Security (DHS) | Attn: Kirstjen M. Nielsen | 245 Murray Lane., SW | | Washington | DC | 20528-0075 |
| Department of Housing and Urban Development (HUD) | Attn: Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 |
| Department of Human and Health Services | Attn: Alex Azar | 200 Independence Ave, SW | | Washington | DC | 20201 |
| Department of the Interior (DOI) | Attn: David Bernhardt | 1849 C St., NW | | Washington | DC | 20240 |
| Department of Transportation (DOT) | Attn: Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 |
| Department of Veterans Affairs (VA) | Attn: Robert Wilkie | 810 Vermont Ave., NW | | Washington | DC | 20420 |
| Economic and Statistics Administrations | Attn: Brad Burke | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| Edgordo Seda Arroyo | | 35299-054, Federal Correctional Complex | UPS 2, P.O. Box 1034 | Coleman | FL | 33521-1034 |

1

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Federal Communications Commission (FCC) | Attn: Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 |
| Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton | 500 C St., SW | | Washington | DC | 20472 |
| Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 |
| Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR | 00979-5729 |
| Jaime Rodríguez Avilés | | 128 Apartament 201 Edificio Bernardo Torres | Sector La Trocha | Yauco | PR | 00698 |
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978 | | San Juan | PR | 00908-3978 |
| Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR | 00683 |
| Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | PO Box 192296 | | San Juan | PR | 00919-2296 |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | PO Box 190095 | | San Juan | PR | 00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |
| Metro Pavia Health System | Attn: Zarel J Soto Acaba | PO Box 3180 | | Carolina | PR | 00984 |
| Pablo Del Valle Rivera | | P.O. Box 2319 | | Toa Baja | PR | 00951-2319 |
| Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel | P.O. Box 364267 | | San Juan | PR | 00936-4267 |
| Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 |

2

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-------------|-----------|-----------|------|-------|-------------|
| Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation | P.O. Box 2316 | | Toa Baja | PR | 00951-2316 |
| Rene Pinto-Lugo | | PO Box 13531 | | San Juan | PR | 00908 |
| Ricardo Rosello Nevares | Through the Secretary of Justice | Calle Fortaleza #63 | | Viejo San Juan | PR | 00901 |
| Sistema de Retiro AEE | | PO Box 13978 | | San Juan | PR | 00908-3978 |
| Small Business Administration (SBA) | Attn: Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 |
| SREAEE | Sistema de Retiro AEE | PO Box 13978 | | San Juan | PR | 00908-3978 |
| The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 |
| The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | PO Box 70344, CMM33 | | San Juan | PR | 00936-8344 |
| Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| US Army Corps of Engineers | Attn: Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 |
| US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| US Department of Agriculture | Attn: Sonny Perdue | 1400 Independence Ave., SW | | Washington | DC | 20250 |
| US Department of Commerce | Attn: Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 |

3

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| US Department of Education (ED) | Attn: Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| US Department of Health and Services | Attn: Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 |
| US Department of Justice (DOJ) | Attn: William Barr | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| US Department of Labor (DOL) | Attn: Alexander R. Acosta | Office of the Solicitor, N-2700 | Frances Perkins Building, 200 Constitution Ave | Washington | DC | 20210 |
| Winston & Strawn LLP | Attn: Jennifer L. Malin, Carrie V. Hardman | 200 Park Avenue | | New York | NY | 10166 |

## EXHIBIT C
Via private courier service

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | 150 Carlos Chardón Street | Federal Building, Office 150 | San Juan | PR | 00918-1767 |
| Office of the U.S. Trustee for Region 21 | | | Edif. Ochoa | 500 Tanca St., Ste. 301 | San Juan | PR | 00901-1922 |