# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Set: 2:00 PM (AST)
Started: 2:08 PM (AST)
Ended: 3:23 PM (AST)

**MINUTES OF PROCEEDINGS BEFORE**            DATE: May 16, 2019
**U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**

COURTROOM DEPUTY: Carmen Tacoronte & Lisa Ng
COURT REPORTERS: Tom Murray

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| *as representative of* | |
| The Commonwealth of Puerto Rico, *et al*. Debtors | (Jointly Administrated) |

**Motion Hearing held.**

Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 6867].

- Parties heard.
- Motion granted. Order to be issued.

s/Carmen Tacoronte

Carmen Tacoronte
Courtroom Deputy Clerk