UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------- x
                                                              :
In re:                                                        :
                                                              :
THE FINANCIAL OVERSIGHT AND                                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                             :   Title III
                                                              :
         as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,                       :   (Jointly Administered)
                                                              :
         Debtors.¹                                            :
                                                              :
------------------------------------------------------------- x
```

## MOTION FOR SUBSTITUTION OF COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW,** the undersigned attorneys and respectfully request the Court grant the following requested substitution of local counsel:

1. On April 16, 2019 attorney Javier Vilariño filed a Notice of Appearance as counsel for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC ("Tradewinds") together with Genovese Joblove & Battista, P.A**.**. ("GJB") [Dkt. 6314]

2. Javier Vilariño is withdrawing as counsel for Tradewinds. Counsels José J. Sánchez Vélez and Reggie Díaz Hernández, and the law firm of Bermúdez Díaz & Sánchez LLP will substitute as local counsels for Tradewinds.

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Counsels José J. Sánchez Vélez and Reggie Díaz Hernández request that their contact name and address be added to the Master Address List to wit:

> José J. Sánchez Vélez, Esq.
> Reggie Diaz Hernandez, Esq.
> **Bermúdez Díaz & Sánchez LLP**
> Edificio Ochoa Suite 200
> 500 Calle de la Tanca
> San Juan, PR 00901
> Tel. 787-523-2670
> Fax. 787-523-2664
> E-mail: jsanchez@bdslawpr.com
> rdiaz@bdslawpr.com

**WHEREFORE**, it is respectfully requested from this Honorable Court to note and grant this substitution of counsel for Tradewinds and that any and all notifications in the captioned case be addressed to José J. Sánchez Vélez and Reggie Díaz Hernández, who will continue to serve as local counsels for Tradewinds hereafter.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 17th day of May 2019.

> **BERMUDEZ DIAZ & SANCHEZ LLP**
> Ochoa Building, Suite 200
> 500 De la Tanca Street
> San Juan, Puerto Rico 00901
> Tel. (787) 523-2670
> FAX. (787) 523-2664
>
> s/ JOSÉ J. SÁNCHEZ-VÉLEZ
> **JOSÉ J. SÁNCHEZ-VÉLEZ**
> USDC PR No. 214606
> E-mail: jsanchez@bdslawpr.com

2