# EXHIBIT J

## Guzman, Joseph

| | |
|---|---|
| **From:** | Stewart, Geoffrey S. <gstewart@JonesDay.com> |
| **Sent:** | Friday, May 10, 2019 1:35 PM |
| **To:** | Sushon, Bill; Margaret Dale; nicholasbassett@paulhastings.com; wdalsen@proskauer.com; LRaiford@jenner.com; Pocha, Madhu; csteege@jenner.com; Perez, Isel M.; Sooknanan, Sparkle L.; csloane@whitecase.com; jgreen@whitecase.com; jzakia@whitecase.com; Papez, Matthew E. |
| **Subject:** | RE: Proposed Schedule |

Yes.

Sent with BlackBerry Work (www.blackberry.com)

**From:** "Sushon, Bill" <wsushon@omm.com>
**Sent:** May 10, 2019 4:16 PM
**To:** "Stewart, Geoffrey S." <gstewart@JonesDay.com>; Margaret Dale <mdale@proskauer.com>; nicholasbassett@paulhastings.com; wdalsen@proskauer.com; LRaiford@jenner.com; mpocha@omm.com; csteege@jenner.com; "Perez, Isel M." <iperez@jonesday.com>; "Sooknanan, Sparkle L." <ssooknanan@jonesday.com>; csloane@whitecase.com; jgreen@whitecase.com; jzakia@whitecase.com; "Papez, Matthew E." <mpapez@jonesday.com>
**Subject:** RE: Proposed Schedule

Geoff, I understand that there are also document subpoenas. I assume that those will also be held in abeyance pending our motion's resolution.

Bill

## O'Melveny

**William J. Sushon**
wsushon@omm.com
O: +1-212-728-5693

O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Stewart, Geoffrey S. <gstewart@JonesDay.com>
**Sent:** Friday, May 10, 2019 4:07 PM
**To:** Sushon, Bill <wsushon@omm.com>; Margaret Dale <mdale@proskauer.com>; nicholasbassett@paulhastings.com; wdalsen@proskauer.com; LRaiford@jenner.com; Pocha, Madhu <mpocha@omm.com>; csteege@jenner.com; Perez, Isel M. <iperez@jonesday.com>; Sooknanan, Sparkle L. <ssooknanan@jonesday.com>; csloane@whitecase.com; jgreen@whitecase.com; jzakia@whitecase.com; Papez, Matthew E. <mpapez@jonesday.com>
**Subject:** RE: Proposed Schedule

1

We agree that the depositions of Abrams, Bennett, Cunningham, Millstein & Millstein & Co. should be continued until Judge Swain adjudicated Respondents motion in limine. This is on the understanding that you will be filing that motion within the week.

Sent with BlackBerry Work (www.blackberry.com)

**From:** "Sushon, Bill" <wsushon@omm.com>
**Sent:** May 10, 2019 2:48 PM
**To:** "Stewart, Geoffrey S." <gstewart@JonesDay.com>; Margaret Dale <mdale@proskauer.com>; nicholasbassett@paulhastings.com; wdalsen@proskauer.com; LRaiford@jenner.com; mpocha@omm.com; csteege@jenner.com; "Perez, Isel M." <iperez@jonesday.com>; "Sooknanan, Sparkle L." <ssooknanan@jonesday.com>; csloane@whitecase.com; jgreen@whitecase.com; jzakia@whitecase.com; "Papez, Matthew E." <mpapez@jonesday.com>
**Subject:** RE: Proposed Schedule

Thanks, Geoff. Please also let us know your position on discovery concerning the April 2016 meeting pending our motion in limine.

Bill

# O'Melveny

**William J. Sushon**
wsushon@omm.com
O: +1-212-728-5693

O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Stewart, Geoffrey S. <gstewart@JonesDay.com>
**Sent:** Friday, May 10, 2019 2:44 PM
**To:** Margaret Dale <mdale@proskauer.com>; nicholasbassett@paulhastings.com; Sushon, Bill <wsushon@omm.com>; wdalsen@proskauer.com; LRaiford@jenner.com; Pocha, Madhu <mpocha@omm.com>; csteege@jenner.com; Perez, Isel M. <iperez@jonesday.com>; Sooknanan, Sparkle L. <ssooknanan@jonesday.com>; csloane@whitecase.com; jgreen@whitecase.com; jzakia@whitecase.com; Papez, Matthew E. <mpapez@jonesday.com>
**Subject:** RE: Proposed Schedule

Thanks. We'll send it over presently.

Sent with BlackBerry Work (www.blackberry.com)

**From:** "Dale, Margaret A." <mdale@proskauer.com>
**Sent:** May 10, 2019 2:00 PM
**To:** "Stewart, Geoffrey S." <gstewart@JonesDay.com>; nicholasbassett@paulhastings.com; wsushon@omm.com; wdalsen@proskauer.com; LRaiford@jenner.com; mpocha@omm.com; csteege@jenner.com; "Perez, Isel M." <iperez@jonesday.com>; "Sooknanan, Sparkle L."

2

<ssooknanan@jonesday.com>; csloane@whitecase.com; "Green, Jesse" <jgreen@whitecase.com>; jzakia@whitecase.com; "Papez, Matthew E." <mpapez@jonesday.com>
**Subject:** RE: Proposed Schedule

Geoff,
Proskauer and OMM are signed off on the latest proposed schedule.
Pls send over the joint informative motion when it is ready.
Thanks.
Margaret

**Margaret A. Dale**
Partner and Vice Chair, Litigation Department

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3315
f 212.969.2900
mdale@proskauer.com

**Visit our Commercial Litigation blog:**
**www.mindingyourbusinesslitigation.com**

greenspaces
Please consider the environment before printing this email.

---

**From:** Stewart, Geoffrey S. <gstewart@JonesDay.com>
**Sent:** Friday, May 10, 2019 8:10 AM
**To:** Dale, Margaret A. <mdale@proskauer.com>; nicholasbassett@paulhastings.com; wsushon@omm.com; Dalsen, William D. <wdalsen@proskauer.com>; LRaiford@jenner.com; mpocha@omm.com; csteege@jenner.com; Perez, Isel M. <iperez@jonesday.com>; Sooknanan, Sparkle L. <ssooknanan@jonesday.com>; csloane@whitecase.com; Green, Jesse <jgreen@whitecase.com>; jzakia@whitecase.com; Papez, Matthew E. <mpapez@jonesday.com>
**Subject:** Proposed Schedule

I attach Movants' revised proposed schedule.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

****************************************************************************************
**************************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
****************************************************************************************
**************************************************************
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

3

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***