# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO AFCG INC. d/b/a ARROYO-FLORES CONSULTING GROUP, INC.

| Date | Payment Amount |
|---|---|
| 9/27/2013 | $92,410.98 |
| 9/27/2013 | $46,430.44 |
| 10/29/2013 | $59,801.81 |
| 10/29/2013 | $32,357.25 |
| 12/12/2013 | $24,378.75 |
| 12/18/2013 | $63,255.47 |
| 12/20/2013 | $14,775.00 |
| 1/17/2014 | $46,581.28 |
| 2/6/2014 | $40,372.69 |
| 2/6/2014 | $17,951.62 |
| 3/13/2014 | $50,031.84 |
| 3/13/2014 | $19,914.48 |
| 4/1/2014 | $16,898.91 |
| 4/30/2014 | $65,508.66 |
| 4/30/2014 | $17,397.56 |
| 5/2/2014 | $52,543.59 |
| 5/20/2014 | $15,569.16 |
| 6/3/2014 | $17,471.44 |
| 6/10/2014 | $17,619.19 |
| 6/12/2014 | $39,209.16 |
| 6/12/2014 | $6,648.75 |
| 6/25/2014 | $74,074.46 |
| 7/29/2014 | $25,911.66 |
| 8/14/2014 | $83,478.75 |
| 8/25/2014 | $37,269.94 |
| 8/25/2014 | $18,173.25 |
| 11/14/2014 | $1,791.47 |
| 11/14/2014 | $4,820.34 |
| 11/14/2014 | $16,806.56 |
| 11/17/2014 | $1,939.22 |
| 12/4/2014 | $41,314.59 |
| 12/4/2014 | $16,548.00 |
| 12/4/2014 | $16,326.37 |
| 12/5/2014 | $47,815.59 |
| 12/8/2014 | $43,844.81 |
| 12/17/2014 | $4,229.34 |
| 12/18/2014 | $34,573.50 |
| 12/18/2014 | $10,453.31 |
| 1/27/2015 | $4,210.87 |
| 1/30/2015 | $37,362.28 |
| 1/30/2015 | $15,144.37 |
| 2/17/2015 | $2,031.56 |
| 2/20/2015 | $14,553.37 |
| 2/23/2015 | $40,206.47 |
| 3/13/2015 | $1,459.03 |
| 3/25/2015 | $21,830.06 |

# EXHIBIT A

## TRANSFERS TO AFCG INC. d/b/a ARROYO-FLORES CONSULTING GROUP, INC.

| Date | Payment Amount |
|---|---|
| 3/31/2015 | $44,103.37 |
| 4/20/2015 | $1,846.87 |
| 4/30/2015 | $12,965.06 |
| 5/6/2015 | $52,949.91 |
| 5/21/2015 | $2,659.50 |
| 5/21/2015 | $33,151.41 |
| 5/27/2015 | $24,027.84 |
| 6/10/2015 | $3,970.78 |
| 6/12/2015 | $28,275.66 |
| 6/12/2015 | $20,463.37 |
| 7/17/2015 | $3,970.78 |
| 7/22/2015 | $43,013.72 |
| 8/3/2015 | $20,112.47 |
| 8/25/2015 | $15,107.44 |
| 8/25/2015 | $2,179.31 |
| 8/26/2015 | $46,836.75 |
| 9/21/2015 | $2,955.00 |
| 9/25/2015 | $10,453.31 |
| 10/22/2015 | $38,692.03 |
| 10/29/2015 | $1,588.31 |
| 10/30/2015 | $12,078.56 |
| 11/3/2015 | $48,905.25 |
| 11/23/2015 | $1,366.69 |
| 12/1/2015 | $45,987.19 |
| 12/1/2015 | $11,783.06 |
| 12/11/2015 | $2,955.00 |
| 12/15/2015 | $11,339.81 |
| 1/15/2016 | $38,507.62 |
| 1/28/2016 | $38,498.44 |
| 2/9/2016 | $11,173.50 |
| 2/9/2016 | $4,118.43 |
| 2/12/2016 | $13,214.82 |
| 2/17/2016 | $53,271.09 |
| 3/10/2016 | $74,131.87 |
| 3/10/2016 | $32,123.81 |
| 4/29/2016 | $48,687.09 |
| 4/29/2016 | $23,242.32 |
| 5/3/2016 | $48,687.09 |
| 5/3/2016 | $23,242.32 |
| 5/17/2016 | $25,212.00 |
| 5/31/2016 | $38,265.66 |
| 6/22/2016 | $15,811.22 |
| 6/22/2016 | $8,165.25 |
| 6/22/2016 | $3,115.69 |
| 6/23/2016 | $1,486.22 |
| 7/19/2016 | $27,092.16 |

## EXHIBIT A

### TRANSFERS TO AFCG INC. d/b/a ARROYO-FLORES CONSULTING GROUP, INC.

| Date | Payment Amount |
|---|---|
| 8/2/2016 | $36,421.31 |
| 8/17/2016 | $15,900.75 |
| 8/23/2016 | $26,895.19 |
| 8/31/2016 | $39,608.62 |
| 8/31/2016 | $11,388.37 |
| 10/4/2016 | $17,512.31 |
| 10/19/2016 | $52,948.78 |
| 10/19/2016 | $9,347.06 |
| 11/9/2016 | $43,386.85 |
| 11/29/2016 | $12,263.25 |
| 12/14/2016 | $33,287.72 |
| 12/29/2016 | $9,991.68 |
| 12/29/2016 | $3,724.50 |
| 1/3/2017 | $9,472.32 |
| 1/13/2017 | $11,111.07 |
| 2/1/2017 | $53,432.25 |
| 2/13/2017 | $29,992.97 |
| 2/24/2017 | $15,721.68 |
| 3/8/2017 | $31,085.25 |
| 3/9/2017 | $29,151.37 |
| 3/24/2017 | $17,619.75 |
| 3/30/2017 | $39,465.37 |
| 3/31/2017 | $38,767.03 |
| 4/19/2017 | $31,783.59 |
| 5/4/2017 | $36,797.34 |
| 5/4/2017 | $18,658.32 |
| 5/17/2017 | $26,716.12 |
| 5/18/2017 | $26,429.62 |
| 5/18/2017 | $22,884.19 |