# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO TRANSCORE ATLANTIC, INC.

| Date | Payment Amount |
|---|---|
| 7/8/2013 | $2,000,000.00 |
| 8/27/2013 | $11,903,481.43 |
| 8/29/2013 | $10,486,736.44 |
| 11/25/2013 | $3,562,134.34 |
| 12/27/2013 | $6,000,000.00 |
| 4/9/2014 | $806,450.00 |
| 4/9/2014 | $806,450.00 |
| 4/15/2014 | $494,875.00 |
| 4/24/2014 | $507,800.00 |
| 4/28/2014 | $619,681.00 |
| 5/8/2014 | $892,175.00 |
| 5/8/2014 | $892,175.00 |
| 5/15/2014 | $4,787,475.00 |
| 5/16/2014 | $1,035,192.00 |
| 5/22/2014 | $356,075.00 |
| 5/30/2014 | $462,400.00 |
| 6/9/2014 | $590,600.00 |
| 6/13/2014 | $660,650.00 |
| 6/20/2014 | $1,796,800.00 |
| 6/24/2014 | $547,536.00 |
| 6/27/2014 | $353,750.00 |
| 7/8/2014 | $557,125.00 |
| 7/14/2014 | $585,325.00 |
| 7/16/2014 | $543,044.00 |
| 7/22/2014 | $460,775.00 |
| 7/31/2014 | $731,825.00 |
| 8/5/2014 | $3,364,844.54 |
| 8/11/2014 | $1,888,499.00 |
| 8/14/2014 | $585,325.00 |
| 8/20/2014 | $314,330.00 |
| 9/1/2014 | $360,200.00 |
| 9/5/2014 | $241,021.47 |
| 9/8/2014 | $392,403.53 |
| 9/11/2014 | $612,525.00 |
| 9/22/2014 | $523,575.00 |
| 9/23/2014 | $454,334.00 |
| 9/30/2014 | $386,900.00 |
| 10/8/2014 | $605,175.00 |
| 10/14/2014 | $476,188.00 |
| 10/14/2014 | $553,525.00 |
| 10/29/2014 | $371,850.00 |
| 10/29/2014 | $452,750.00 |
| 11/4/2014 | $495,425.00 |

# EXHIBIT A

## TRANSFERS TO TRANSCORE ATLANTIC, INC.

| Date | Payment Amount |
|---|---|
| 11/12/2014 | $744,650.00 |
| 11/21/2014 | $430,200.00 |
| 11/21/2014 | $736,889.00 |
| 11/28/2014 | $371,850.00 |
| 12/1/2014 | $426,075.00 |
| 12/10/2014 | $589,475.00 |
| 12/11/2014 | $536,997.00 |
| 12/12/2014 | $684,650.00 |
| 12/22/2014 | $634,107.00 |
| 12/30/2014 | $440,500.00 |
| 1/13/2015 | $696,175.00 |
| 1/16/2015 | $375,525.00 |
| 1/27/2015 | $246,775.00 |
| 1/27/2015 | $516,350.00 |
| 1/30/2015 | $246,775.00 |
| 2/5/2015 | $8,000,000.00 |
| 3/1/2015 | $596,620.00 |
| 3/2/2015 | $113,475.00 |
| 3/2/2015 | $252,850.00 |
| 3/2/2015 | $406,650.00 |
| 3/6/2015 | $6,000,000.00 |
| 3/13/2015 | $1,672,971.00 |
| 3/30/2015 | $387,225.00 |
| 4/7/2015 | $119,175.00 |
| 4/7/2015 | $6,084,882.00 |
| 4/10/2015 | $564,811.00 |
| 4/17/2015 | $735,747.00 |
| 4/21/2015 | $916,390.00 |
| 5/6/2015 | $2,689,376.13 |
| 5/7/2015 | $422,225.00 |
| 5/12/2015 | $1,248,437.87 |
| 5/13/2015 | $447,325.00 |
| 5/14/2015 | $306,297.00 |
| 5/29/2015 | $523,260.00 |
| 6/3/2015 | $1,032,650.00 |
| 6/9/2015 | $1,170,040.00 |
| 6/11/2015 | $1,758,112.00 |
| 6/12/2015 | $241,888.00 |
| 6/18/2015 | $727,336.00 |
| 6/29/2015 | $404,875.00 |
| 6/30/2015 | $516,325.00 |
| 6/30/2015 | $1,944,127.00 |
| 7/10/2015 | $1,721,298.88 |

EXHIBIT A

TRANSFERS TO TRANSCORE ATLANTIC, INC.

| Date | Payment Amount |
|---|---|
| 7/13/2015 | $265,471.00 |
| 7/17/2015 | $1,836,854.05 |
| 7/24/2015 | $388,890.00 |
| 7/24/2015 | $3,051,352.03 |
| 7/31/2015 | $36,898.23 |
| 9/4/2015 | $148,000.00 |
| 10/29/2015 | $516,325.00 |