# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO ATKINS CARIBE, LLP

| Date | Payment Amount |
|---|---|
| 6/13/2013 | $289,014.00 |
| 7/19/2013 | $212,900.50 |
| 8/23/2013 | $170,128.13 |
| 9/3/2013 | $389,888.16 |
| 11/6/2013 | $12,135.20 |
| 12/11/2013 | $840,415.84 |
| 12/13/2013 | $51,759.32 |
| 1/8/2014 | $21,502.55 |
| 2/5/2014 | $19,175.85 |
| 3/4/2014 | $236,465.24 |
| 4/2/2014 | $127,471.78 |
| 8/20/2014 | $78,192.87 |
| 9/9/2014 | $47,850.55 |
| 10/9/2014 | $16,794.09 |
| 11/7/2014 | $260,248.31 |
| 12/2/2014 | $22,364.97 |
| 2/9/2015 | $22,364.97 |
| 6/12/2015 | $37,075.83 |
| 12/2/2015 | $37,587.11 |
| 12/23/2015 | $2,364.00 |
| 1/21/2016 | $35,176.31 |
| 2/23/2016 | $10,913.80 |
| 5/6/2016 | $24,477.25 |
| 6/20/2016 | $75,925.09 |
| 7/15/2016 | $19,796.53 |
| 7/28/2016 | $5,319.00 |
| 8/5/2016 | $2,482.20 |