# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO ALFA Y OMEGA

| Date | Payment Amount |
|---|---|
| 5/24/2013 | $56,802.95 |
| 5/24/2013 | $464,759.32 |
| 5/24/2013 | $262,208.03 |
| 5/24/2013 | $56,802.96 |
| 6/5/2013 | $56,802.95 |
| 6/5/2013 | $56,802.96 |
| 6/5/2013 | $262,208.03 |
| 6/5/2013 | $464,759.32 |
| 8/2/2013 | $21,390.00 |
| 8/2/2013 | $375,222.22 |
| 10/24/2013 | $443,988.72 |
| 3/24/2014 | $50,794.74 |
| 8/1/2014 | $169,661.85 |
| 9/16/2014 | $29,637.40 |
| 9/29/2014 | $82,928.77 |
| 7/8/2015 | $14,694.94 |
| 7/8/2015 | $85,676.90 |

63399861 v1