# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO SKANSKA USA BUILDING INC.

| Date | Payment Amount |
|---|---|
| 5/30/2013 | $105,071.12 |
| 6/4/2013 | $105,071.12 |
| 7/8/2013 | $105,071.12 |
| 8/27/2013 | $226,150.86 |
| 8/29/2013 | $6,950.24 |
| 8/29/2013 | $427,342.39 |
| 9/24/2013 | $74,675.85 |
| 10/30/2013 | $102,939.36 |
| 3/11/2014 | $209,313.35 |
| 3/27/2014 | $139,061.33 |
| 5/1/2014 | $493,788.91 |
| 8/27/2014 | $135,023.29 |
| 10/22/2014 | $271,742.55 |
| 1/30/2015 | $113,753.52 |
| 4/17/2015 | $203,534.66 |
| 5/13/2015 | $89,225.42 |
| 7/7/2015 | $29,403.88 |
| 8/4/2015 | $15,492.72 |