# EXHIBIT A

# EXHIBIT A

## TRANFERS TO ARIETA & SON ASSURANCE CORPORATION

| Date | Payment Amount |
|---|---|
| 8/30/2013 | $2,292.15 |
| 8/30/2013 | $3,417.84 |
| 8/30/2013 | $6,368.62 |
| 8/30/2013 | $54,885.66 |
| 12/17/2013 | $4,653.00 |
| 5/8/2014 | $4,190.52 |
| 12/3/2014 | $15,904.80 |
| 12/3/2014 | $325,945.00 |
| 1/9/2015 | $648,457.50 |
| 1/9/2015 | $1,000,000.00 |
| 1/13/2015 | $609,550.05 |
| 1/13/2015 | $940,000.00 |
| 1/30/2015 | $609,550.05 |
| 1/30/2015 | $940,000.00 |
| 3/6/2015 | $609,550.05 |
| 3/6/2015 | $1,260,364.22 |
| 3/19/2015 | $136,134.00 |
| 4/9/2015 | $168,866.77 |
| 4/15/2015 | $352,500.00 |
| 4/30/2015 | $352,500.00 |
| 6/1/2015 | $352,500.00 |
| 7/17/2015 | $609,550.05 |
| 11/23/2015 | $608,757.63 |
| 12/29/2015 | $15,904.80 |
| 12/29/2015 | $113,141.22 |
| 12/29/2015 | $325,945.00 |
| 12/29/2015 | $940,000.00 |
| 12/31/2015 | $608,757.63 |
| 1/22/2016 | $608,757.63 |
| 1/27/2016 | $940,000.00 |
| 2/8/2016 | $608,757.63 |
| 2/11/2016 | $938,120.94 |
| 5/6/2016 | $83,986.65 |
| 5/6/2016 | $493,500.00 |
| 6/1/2016 | $83,986.65 |
| 6/1/2016 | $493,500.00 |
| 9/29/2016 | $708.76 |
| 11/9/2016 | $15,040.00 |
| 11/9/2016 | $110,312.76 |
| 11/9/2016 | $1,169,088.34 |
| 12/16/2016 | $325,945.00 |
| 12/21/2016 | $1,212,797.87 |
| 2/10/2017 | $1,169,088.34 |

# EXHIBIT A

## TRANFERS TO ARIETA & SON ASSURANCE CORPORATION

| Date | Payment Amount |
|---|---|
| 2/17/2017 | $1,212,797.87 |
| 3/29/2017 | $1,105,623.30 |