# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO WEST CORPORATION

| Date | Payment Amount |
|---:|---:|
| 6/5/2013 | $18,829.57 |
| 6/11/2013 | $11,321.38 |
| 6/27/2013 | $189,156.50 |
| 7/19/2013 | $26,639.33 |
| 7/19/2013 | $36,765.00 |
| 9/11/2013 | $13,111.11 |
| 10/16/2013 | $234,080.00 |
| 11/6/2013 | $260,143.25 |
| 11/14/2013 | $111,720.23 |
| 11/20/2013 | $13,111.11 |
| 12/12/2013 | $334,963.96 |
| 12/18/2013 | $59,568.48 |
| 12/18/2013 | $164,866.19 |
| 1/16/2014 | $23,362.37 |
| 1/16/2014 | $84,003.46 |
| 1/16/2014 | $86,649.09 |
| 1/30/2014 | $19,647.11 |
| 1/30/2014 | $23,118.88 |
| 2/6/2014 | $29,637.00 |
| 3/4/2014 | $10,944.00 |
| 3/12/2014 | $23,655.56 |
| 3/17/2014 | $64.70 |
| 3/19/2014 | $174,624.25 |
| 3/27/2014 | $46,848.72 |
| 4/8/2014 | $75,658.82 |
| 4/11/2014 | $17,993.56 |
| 4/29/2014 | $16,702.98 |
| 4/29/2014 | $30,282.10 |
| 5/23/2014 | $42,351.55 |
| 6/3/2014 | $20,867.13 |
| 6/3/2014 | $80,675.38 |
| 6/11/2014 | $157,996.80 |
| 6/24/2014 | $95,599.23 |
| 6/24/2014 | $346,022.99 |
| 7/8/2014 | $47,349.50 |
| 7/17/2014 | $6,555.56 |
| 7/24/2014 | $59,757.28 |
| 8/11/2014 | $197,624.64 |
| 8/28/2014 | $6,555.56 |
| 8/28/2014 | $26,837.00 |
| 8/28/2014 | $60,086.04 |
| 9/11/2014 | $64,949.57 |
| 9/23/2014 | $8,297.86 |

# EXHIBIT A

## TRANSFERS TO WEST CORPORATION

| Date | Payment Amount |
|---|---|
| 10/7/2014 | $9,895.00 |
| 10/7/2014 | $50,396.60 |
| 10/21/2014 | $65.43 |
| 11/5/2014 | $6,555.56 |
| 11/5/2014 | $78,837.19 |
| 11/25/2014 | $222,625.19 |
| 1/12/2015 | $10,099.06 |
| 1/12/2015 | $12,930.06 |
| 1/12/2015 | $32,751.17 |
| 2/18/2015 | $6,622.06 |
| 2/18/2015 | $33,817.75 |
| 2/18/2015 | $73,948.17 |
| 2/18/2015 | $77,395.69 |
| 2/18/2015 | $125,703.57 |
| 3/11/2015 | $6,555.56 |
| 3/11/2015 | $44,360.68 |
| 3/11/2015 | $267,965.55 |
| 3/20/2015 | $6,555.56 |
| 4/29/2015 | $17,950.47 |
| 4/29/2015 | $25,297.91 |
| 6/3/2015 | $6,555.56 |
| 6/3/2015 | $23,365.53 |
| 7/2/2015 | $40,195.90 |
| 7/23/2015 | $6,555.56 |
| 7/23/2015 | $186,071.65 |
| 9/8/2015 | $11,380.32 |
| 9/8/2015 | $21,109.56 |
| 9/8/2015 | $49,686.05 |
| 9/15/2015 | $59,806.51 |
| 11/3/2015 | $12,307.51 |
| 11/3/2015 | $44,704.14 |
| 11/18/2015 | $3,325.00 |
| 12/17/2015 | $15,364.56 |
| 12/17/2015 | $58,780.30 |
| 12/17/2015 | $122,071.40 |
| 2/16/2016 | $34,722.50 |
| 3/9/2016 | $32,604.54 |
| 3/23/2016 | $9,598.27 |
| 4/28/2016 | $18,017.38 |
| 4/28/2016 | $28,683.01 |
| 6/2/2016 | $31,082.74 |
| 8/31/2016 | $208,661.27 |
| 9/7/2016 | $9,975.00 |

# EXHIBIT A

## TRANSFERS TO WEST CORPORATION

| Date | Payment Amount |
|---|---|
| 9/26/2016 | $2,092.50 |
| 9/30/2016 | $4,288.00 |
| 9/30/2016 | $19,861.73 |
| 9/30/2016 | $86,597.75 |
| 11/22/2016 | $4,900.00 |
| 11/22/2016 | $67,033.17 |
| 2/23/2017 | $18,455.50 |

63400175 v1