# EXHIBIT A

# EXHIBIT A

## TRANSFERS TO GILA LLC

| Date | Payment Amount |
|---|---|
| 9/16/2015 | $1,312,901.96 |
| 10/21/2015 | $1,224,998.96 |
| 10/29/2015 | $168,530.47 |
| 12/16/2015 | $1,482,766.66 |
| 1/26/2016 | $564,606.95 |
| 2/9/2016 | $1,017,517.43 |
| 2/12/2016 | $1,495,925.07 |
| 3/8/2016 | $1,537,439.53 |
| 5/2/2016 | $1,796,463.01 |
| 5/13/2016 | $2,879,368.20 |
| 7/21/2016 | $1,536,547.06 |
| 9/26/2016 | $1,720,308.36 |
| 10/28/2016 | $1,592,764.12 |
| 12/9/2016 | $3,281,518.66 |
| 12/29/2016 | $1,843,706.97 |
| 2/7/2017 | $1,856,131.00 |
| 2/24/2017 | $1,627,280.65 |
| 4/21/2017 | $3,354,906.13 |
| 5/12/2017 | $1,384,118.86 |