**APPENDIX I**

Jefferies LLC
c/o Andrew Southerling, Esq.
McGuireWoods
2001 K Street N.W.
Washington, D.C. 20006

Northern Trust Company/OCH Ziff Capital
Management
Attn:  Legal Dept.
50 South LaSalle Street
Chicago, IL  60603

63402822 v1