# APPENDIX I

American Enterprise Investment Services Inc.
Attn: Howard M. Klausmeier
1441 W. Long Lake Road, Ste. 250
Troy, Ml 48098

ANB Bank
c/o John F. Knoeckel, Registered Agent
3033 E. First Avenue, Suite 3000
Denver, CO 80206

Apex Clearing Corporation
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

Barclays Cap/Fixed
c/o Akin Gump Strauss Hauer & Feld LLP
Attn: Jessica A. Fitts, Esq.
One Bryant Park
New York, NY 10036-6745

Barclays Cap/London
c/o Akin Gump Strauss Hauer & Feld LLP
Attn: Jessica A. Fitts, Esq,
One Bryant Park
New York, NY 10036-6745

Barclays Capital Inc./LE
c/o Akin Gump Strauss Hauer & Feld LLP
Attn: Jessica A. Fitts, Esq.
One Bryant Park
New York, NY 10036-6745

BB&T Securities, LLC
c/o Moore & VanAllen
Attn: Luis M. Lluberas, Esq.
100 North Tryon Street
Suite 470
Charlotte, NC 28202

BNY Mellon/Pop Sec
c/o Reed Smith LLP
Attn: Eric A, Schaffer, Esq.
Attn: C, Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

BNY Mellon/Nomura Int'l PLC Repo
c/o Reed Smith LLP
Attn: Eric A, Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

BNYMellon/RE DBTC Americas/Deutsche BK
London Prime Seg 15/00
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

BNYMellon/RE Midcap SPDRS
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

BNYMellon/RE OZ Omnibus DTC Account
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

BNYMellon/RE The Prudential Investment
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

BNYMellon/Wealth Management
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C, Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Branch Banking and Trust Company
c/o Moore & VanAllen
Attn: Luis M. Lluberas, Esq.
100 North Tryon Street
Suite 470
Charlotte, NC 28202

Brown Brothers Harriman & Co.
Attn: Office of Gen. Counsel
140 Broadway
New York, NY 10005

C.L. King & Associates, Inc.
9 Elk Street
Albany, NY 12207-1002
Attn: Legal Dept.

Cantor Fitzgerald & Co./Cantor Clearing Services
499 Park Avenue
New York, NY 10022
Attn: Legal Dept.

Charles Schwab & Co., Inc.
c/o Joel Wertman, Esq.
Winget, Spadafora and Schwartzberg, LLP
1528 Walnut Street, Suite 1502
Philadelphia, PA 19102

Citibank, N.A.
Attn: Meghan K. Spillane, Esq.
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Citibank, N.A.- Dealer
Attn: Meghan K. Spillane, Esq.
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Citibank/The Citigroup Private Bank/Trust
Attn: Meghan K. Spillane, Esq.
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Citigroup Global Markets Inc.
c/o Meghan K. Spillane, Esq.
Goodwin Proctor
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Citigroup Global Markets Inc./Salomon Brothers
c/o Meghan K. Spillane, Esq.
Goodwin Proctor
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Citigroup Global Markets Inc./Correspondent Clearing
Attn: Meghan K. Spillane, Esq.
The New York Times Building
620 Eighth Avenue
New York, NY 10018

City National Bank
City National Plaza
555 South Flower Street
Los Angeles, CA 90071
Attn: Legal Dept.

Comerica Bank
c/o Corporate Creations Network Inc.
15 North Mill Street
Nyack, NY 10960

Commerce Bank
c/o Stephen C. Funk, Resident Agent
100 N. Main
El Dorado, KS 67042

Compass Bank/Trust Division
Attn: Michael J. Clemmer, Esq.
Daniel Building
15 South 20th Street, Suite 1802
Birmingham, AL 35233

COR Clearing LLC
c/o Axos Clearing LLC (fka COR Clearing LLC)
Attn: Ceci Menjivar, Associate Corporate Counsel
1200 Landmark Center, Suite 800
Omaha, NE 68102

Credit Suisse Securities (USA) LLC
Attn: David G. Januszewski, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Crews and Associates, Inc.
c/o CT Corporation System
100 Cummings Circle, Suite 427A
Beverly, MA 01915

Crowell Weedon & Co
c/o D.A. Davidson & Co., Successor-in-interest
Jackie Beauprez, Senior Vice President & General Counsel
1550 Market Street, Suite 300
Denver, CO 80202

2

D. Lerner Associates
c/o David Lerner Associates, Inc.
477 Jericho Turnpike
Syosset, NY 11791-9006
Attn: Legal Dept.

D. A. Davidson & Co.
Jackie Beauprez, Senior Vice President & General Counsel
1550 Market Street, Suite 300
Denver, CO 80202

Davenport & Company LLC
One James Center
901 East Cary Street, Suite 1100
Richmond, VA 23219
Attn: Legal Dept.

Deutsche Bank Securities Inc.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

E*Trade Securities LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

Edward D. Jones & Co.
c/o Rachel Jaffe Mauceri, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Federal Home Loan Mortgage Corporation
8200 Jones Branch Dr.
McLean, VA 22102
Attn: Legal Dept.

Fiduciary SSB
c/o State Street Bank & Trust Company
Attn: Legal Dept.
1 Lincoln Street, Fl 1
Boston, MA 02111

Fifth Third Bank
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

Timber Hill LLC
c/o IBGLLC
One Pickwick Plaza
Greenwich, CT 06830

UBS Financial Services Inc.
c/o WilmerHale
Attn: Ross E. Firsenbaum, Esq.
7 World Trade Center
250 Greenwich Street
New York, NY 10007

UBS Securities LLC
c/o WilmerHale
Attn: Ross E. Firsenbaum, Esq.
7 World Trade Center
250 Greenwich Street
New York, NY 10007

UMB Bank, National Association
Attn: Legal Dept.
1010 Grand Boulevard
Kansas City, MO 64106

Union Bank & Trust Company
Attn: Legal Dept.
60 Commerce Street
Montgomery, AL 36104

Union Bank, N.A.
Attn: Legal Dept.
400 California Street
San Francisco, CA 94104

Wedbush Securities Inc.
Attn: Sandra Monteagudo
1000 Wilshire Blvd.
Los Angeles, CA 90017

William Blair & Company, L.L.C.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

63401012 v1

3