**APPENDIX I**

First Southwest Company
c/o Hilltop Securities, Inc.
Attn: Kelly Bragg, Legal Assistant
1201 Elm Street, Suite 3500
Dallas, TX 75270

George K. Baum & Company
Eric J. Gervais, VP | General Counsel
4801 Main Street, Suite 500
Kansas City, MO 64112

Hilliard, Lyons LLC
500 West Jefferson Street, Suite 700
Louisville, KY 40202
Attn: Legal Dept.

Hilltop Securities Inc.
Attn: Kelly Bragg, Legal Assistant
1201 Elm Street, Suite 3500
Dallas, TX 75270

Interactive Brokers Retail Equity Clearing
c/o Interactive Brokers
One Pickwick Plaza
Greenwich, CT 06830
Attn: Legal Dept.

INTL FCStone Financial Inc.
c/o Corporate Creations Network Inc.
15 North Mill Street
Nyack, NY 10960

Janney Montgomery Scott LLC
c/o Andrew Southerling, Esq.
McGuireWoods
2001 K Street N.W.
Washington, D.C. 20006

Keybanc Cap Mkts Inc.
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

Keybank National Association
Attn: Legal Department
127 Public Square
Cleveland, OH 44114

Lazard Cap Mkts LLC
c/o Lazard
4 Embarcadero Center, 24th Floor
San Francisco, CA 94111
Attn: Legal Dept.

LPL Financial Corporation
c/o Stephanie L. Brown
155 Federal Street, 14th Floor
Boston, MA 02110

Manufacturers and Traders Trust Company
Attn: Legal Dept.
One M and T Plaza
Buffalo, NY 14203

Merrill Lynch Pierce Fenner & Smith/Fixed Income
c/o Winston & Strawn LLP
Attn: Jennifer L. Malin, Esq.
200 Park Avenue
New York, NY 10166

Merrill Lynch, Pierce Fenner & Smith Safekeeping
c/o Winston & Strawn LLP
Attn: Jennifer L. Malin, Esq.
200 Park Avenue
New York, NY 10166

Merrill Lynch, Pierce, Fenner & Smith Incorporated
c/o Winston & Strawn LLP
Attn: Jennifer L. Malin, Esq.
200 Park Avenue
New York, NY 10166

Mesirow Financial
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

Mesirow Financial
Attn: Jeffrey Levine
Senior Managing Director & General Counsel
353 N. Clark Street
Chicago, IL 60654

Mitsubishi UFJ Trust & Banking Corporation
New York Branch
420 Fifth Avenue, 6th Floor
New York, NY 10018
Attn: Legal Dept.

Morgan Keegan & Co
Morgan Keegan Tower
50 North Front Street
Memphis, TN 38103
Attn: Legal Dept.

National Financial Services LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

Northern Trust Company/Future Fund Accounts
Attn: Legal Dept.
50 South LaSalle Street
Chicago, IL 60603

Oppenheimer & Co. Inc.
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

OptionsXpress, Inc.
150 South Wacker, 12th Floor
Chicago, IL 60606
Attn: Legal Dept.

Pershing LLC
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Piper Jaffrey& Co
c/o Andrew Southerling, Esq.
McGuireWoods
2001 K Street N.W.
Washington, D.C. 20006

PNC Bank, National Association
Attn: Legal Dept.
222 Delaware Avenue
Wilmington, DE 19899

Raymond James & Associates, Inc.
McConnell Valdes LLC
Attn: Roberto Quiñones Rivera, Esq.
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918

Raymond James & Associates, Inc/FI
McConnell Valdes LLC
Attn: Roberto Quiñones Rivera, Esq.
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918

RBC Capital Markets, LLC
Attn: Robert M. Stern, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

RBC Dominion Securities Inc./CDS**
c/o CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

Regions Bank
c/o Moore & VanAllen
Attn: Luis M. Lluberas, Esq.
100 North Tryon Street
Suite 4700
Charlotte, NC 28202

Robert W. Baird & Co. Incorporated
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

Sanford C. Bernstein & Co., LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

Scottrade, Inc.
c/o Incorporating Services, LTD.
3500 South Dupont Highway
Dover, Delaware 19901

Southwest Securities, Inc.
c/o Hilltop Securities
Attn: Kelly Bragg, Legal Assistant
1201 Elm Street, Suite 3500
Dallas, TX 75270

SSB - Blackrock Institutional Trust
c/o State Street
Attn: Jodi D. Luster, Vice President and General Counsel
Legal Division
100 Summer Street, 7th Floor
Boston, MA 02111

SSB -Trust Custody
c/o State Street
Attn: Jodi D. Luster, Vice President and General Counsel
Legal Division
100 Summer Street, 7th Floor
Boston, MA 02111

SSB&T Co/Client Custody Services
c/o State Street
Attn: Jodi D. Luster, Vice President and General Counsel
Legal Division
100 Summer Street, 7th Floor
Boston, MA 02111

State Street Bank & Trust/State Street Total ETF
c/o State Street
Attn: Jodi D. Luster, Vice President and General Counsel
Legal Division
100 Summer Street, 7th Floor
Boston, MA 02111

State Street Bank and Trust Company
c/o State Street
Attn: Jodi D. Luster, Vice President and General Counsel
Legal Division
100 Summer Street, 7th Floor
Boston, MA 02111

Stephens Inc.
c/o CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

Sterne, Agee & Leach, Inc.
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

Stockcross Financial Services, Inc.
Attn: Legal Dept.
77 Summer Street
Boston, MA 02110

Stoever Glass & Co.
30 Wall Street
New York, NY 10005
Attn: Legal Dept.

Sweney Cartwright Co
17 South High Street, Suite 300
Columbus, OH 43215
Attn: Legal Dept.

TD Ameritrade Clearing, Inc.
c/o TD Ameritrade
200 South 108th Avenue
Omaha, NE 68154
Attn: Legal Dept.

TD Prime Services LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

The Bank Of New York Mellon
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

The Bank Of New York Mellon/FMS Bonds, Inc.
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

The Bank Of New York Mellon/Mellon Trust of New England, National Association
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

The Bank Of New York Mellon/Nomura Bank Int'l PLC
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

The Bank Of New York/Popular Securities, Inc.
c/o Reed Smith LLP
Attn: Eric A. Schaffer, Esq.
Attn: C. Neil Gray, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

The Bank Of Nova Scotia/Client A
Banque Scotia
40 King St. West
Scotia Plaza
Toronto, ON M5H1H1
Canada
Attn: Legal Dept.

The Huntington National Bank
c/o Moore & VanAllen
Attn: Luis M. Lluberas, Esq.
100 North Tryon Street
Suite 4700
Charlotte, NC 28202

The Northern Trust Company
Attn: Legal Dept.
50 South LaSalle Street
Chicago, IL 60603

USAA Investment Management Company
c/o Corporation Service Company
 d/b/a CSC - Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3136

Vanguard Marketing Corporation
Attn: Legal Dept.
100 Vanguard Boulevard
Malvern, PA 19355

Vision Financial Markets LLC
Attn: Legal Dept.
120 Long Ridge Road
3 North
Stamford, CT 06902

63401011 v1