# APPENDIX 1

Defendant 1F
Defendant 2F

63402827 v1