**APPENDIX I**

| | |
|---|---|
| Defendant 1H | Defendant 53H |
| Defendant 2H | Defendant 54H |
| Defendant 3H | Defendant 55H |
| Defendant 4H | Defendant 56H |
| Defendant 5H | Defendant 57H |
| Defendant 6H | Defendant 58H |
| Defendant 7H | Defendant 59H |
| Defendant 8H | Defendant 60H |
| Defendant 9H | Defendant 61H |
| Defendant 10H | Defendant 62H |
| Defendant 11H | Defendant 63H |
| Defendant 12H | Defendant 64H |
| Defendant 13H | Defendant 65H |
| Defendant 14H | Defendant 66H |
| Defendant 15H | Defendant 67H |
| Defendant 16H | Defendant 68H |
| Defendant 17H | Defendant 69H |
| Defendant 18H | Defendant 70H |
| Defendant 19H | Defendant 71H |
| Defendant 20H | Defendant 72H |
| Defendant 21H | Defendant 73H |
| Defendant 22H | Defendant 74H |
| Defendant 23H | Defendant 75H |
| Defendant 24H | Defendant 76H |
| Defendant 25H | Defendant 77H |
| Defendant 26H | Defendant 78H |
| Defendant 27H | |
| Defendant 28H | |
| Defendant 29H | |
| Defendant 30H | |
| Defendant 31H | |
| Defendant 32H | |
| Defendant 33H | |
| Defendant 34H | |
| Defendant 35H | |
| Defendant 36H | |
| Defendant 37H | |
| Defendant 38H | |
| Defendant 39H | |
| Defendant 40H | |
| Defendant 41H | |
| Defendant 42H | |
| Defendant 43H | |
| Defendant 44H | |
| Defendant 45H | |
| Defendant 46H | |
| Defendant 47H | |
| Defendant 48H | |
| Defendant 49H | |
| Defendant 50H | |
| Defendant 51H | |
| Defendant 52H | |