# APPENDIX I

Wells Fargo / Safekeep
c/o Katten Muchin Rosenman LLP
Attn: Brian J. Poronsky, Esq.
525 West Monroe Street
Chicago, IL  60661-3693

Wells Fargo Bank, N.A./Sig
c/o Katten Muchin Rosenman LLP
Attn: Brian J. Poronsky, Esq.
525 West Monroe Street
Chicago, IL  60661-3693

Wells Fargo Bank, National Association
c/o Katten Muchin Rosenman LLP
Attn: Brian J. Poronsky, Esq.
525 West Monroe Street
Chicago, IL  60661-3693

Wells Fargo Clearing Services LLC
AKA or FKA First Clearing LLC
c/o Drinker Biddle
Attn: Sandra Dawn Grannum, Esq.
1177 Avenue of the Americas, 41st Floor
New York, NY  10036-2714

Wells Fargo Securities, LLC
c/o Katten Muchin Rosenman LLP
Attn: Brian J. Poronsky, Esq.
525 West Monroe Street
Chicago, IL  60661-3693

63402822 v1