DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3566 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>as co-trustees of | Adv. Proc. No. _____ |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

| | |
|---|---|
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO / SAFEKEEP, WELLS FARGO BANK, N.A./SIG, WELLS FARGO BANK, NATIONAL ASSOCIATION, WELLS FARGO CLEARING SERVICES LLC AKA OR FKA FIRST CLEARING LLC and WELLS FARGO SECURITIES, LLC,<br><br>      Defendants. | |

## SUMMONS IN AN ADVERSARY PROCEEDING

To: WELLS FARGO BANK, N.A./SIG
   c/o Katten Muchin Rosenman LLP
   Attn: Brian J. Poronsky, Esq.
   525 West Monroe Street
   Chicago, IL  60661-3693

  YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

| | |
|---|---|
| **GENOVESE JOBLOVE & BATTISTA, P.A.**<br>John Arrastia, Esq. (Pro Hac Vice)<br>John H. Genovese, Esq. (Pro Hac Vice)<br>Jesus M. Suarez, Esq. (Pro Hac Vice)<br>Mariaelena Gayo-Guitian, Esq. (Pro Hac Vice)<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131<br>Tel: 305-349-2300<br>jarrastia@gjb-law.com<br>jgenovese@gjb-law.com<br>jsuarez@gjb-law.com<br>mguitian@gjb-law.com | **CASILLAS, SANTIAGO & TORRES LLC**<br>Juan J. Casillas Ayala, Esq. USDC – PR 218312<br>Alberto J. E. Añeses Negrón, Esq. USDC – PR 302710<br>Israel Fernández Rodríguez, Esq. USDC – PR 225004<br>Juan C. Nieves González, Esq. USDC – PR 231707<br>Cristina B. Fernández Niggemann, Esq. USDC – PR 306008<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075<br>Tel.: (787) 523-3434<br>jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com<br>ifernandez@cstlawpr.com<br>jnieves@cstlawpr.com<br>cfernandez@cstlawpr.com |

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

                                                                        FRANCES RIOS DE MORAN, ESQ.
                                                                        CLERK OF COURT

Date: _____                       _____
                                                           Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

63400819 v1