**APPENDIX I**

Defendant 1G
Defendant 2G
Defendant 3G
Defendant 4G
Defendant 5G
Defendant 6G
Defendant 7G
Defendant 8G
Defendant 9G
Defendant 10G
Defendant 11G
Defendant 12G
Defendant 13G
Defendant 14G
Defendant 15G
Defendant 16G
Defendant 17G
Defendant 18G
Defendant 19G
Defendant 20G
Defendant 21G
Defendant 22G
Defendant 23G
Defendant 24G
Defendant 25G
Defendant 26G
Defendant 27G
Defendant 28G
Defendant 29G
Defendant 30G
Defendant 31G
Defendant 32G
Defendant 33G
Defendant 34G
Defendant 35G
Defendant 36G
Defendant 37G
Defendant 38G
Defendant 39G
Defendant 40G
Defendant 41G
Defendant 42G
Defendant 43G
Defendant 44G
Defendant 45G
Defendant 46G
Defendant 47G
Defendant 48G
Defendant 49G
Defendant 50G

63402828 v1