5/1/2019

Case:17-03283-LTS Doc#:7020-1 Filed:05/20/19 Entered:05/20/19 10:49:21 Desc:
Exhibit Comptroler list of contracts Page 1 of 3

Oficina del Contralor de Puerto Rico | Consulta del Registro de Contratos

# Consulta del Registro de Contratos

## Criterios de Búsqueda

**Entidad Gubernamental:** Seleccionar una entidad

**Núm. de Contrato:**

**Contratista:** Alpha Guards Management Inc

**Categoría de Servicio:** Seleccionar una categoría de servicio

**Tipo de Servicio:** Seleccionar un tipo de servicio

**Cuantía:** $ — $

**Fecha de Otorgamiento:** 01/07/2013 - 01/05/2017

**Fecha de Vigencia:** Desde - Hasta

[Buscar] [Borrar]

## Búsquedas Frecuentes - Todas las Entidades

## Resultados

Mostrar 10 registros

| Núm. Contrato | Contratistas | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | |
|---|---|---|---|---|---|---|
| 2017-000017 | Alpha Guards Management Inc. | 01/jul./2016 | 01/jul./2016 | 24/sep./2016 | $84,100.50 | SERVICIOS DE VIGILANCIA |
| 2017-000011 | ALPHA GUARDS MANAGEMENT, INC. | 30/jun./2016 | 01/jul./2016 | 31/dic./2016 | $147,715.20 | SERVICIOS DE VIGILANCIA |
| 2017-000005 | ALPHA GUARDS MANAGEMENT, INC. | 01/jul./2016 | 01/jul./2016 | 30/jun./2017 | $83,851.54 | SERVICIOS DE VIGILANCIA |
| 2017-000005 | ALPHA GUARDS MANAGEMENT INC | 30/jun./2016 | 01/jul./2016 | 24/sep./2016 | $17,500.00 | SERVICIOS DE VIGILANCIA |
| 2016-000219 | Alpha Guards Management Inc. | 07/abr./2016 | 07/abr./2016 | 30/jun./2016 | $89,579.70 | SERVICIOS DE VIGILANCIA |
| 2016-000216 | ALPHA GUARDS MANAGEMENT, INC. | 28/jun./2016 | 28/jun./2016 | 27/jun./2019 | $0.00 | SERVICIOS DE VIGILANCIA |
| 2016-000162 | Alpha Guards Management, Inc. | 14/oct./2015 | 14/oct./2015 | 25/mar./2016 | $162,357.35 | SERVICIOS DE VIGILANCIA |
| 2016-000150 | ALPHA GUARDS MANAGEMENT, INC. | 08/abr./2016 | 08/abr./2016 | 07/abr./2017 | $0.00 | SERVICIOS DE VIGILANCIA |
| 2016-000100 | ALPHA GUARDS MANAGEMENT, INC. | 05/oct./2015 | 05/oct./2015 | 30/jun./2016 | $74,444.20 | SERVICIOS DE VIGILANCIA |
| 2016-000056 | ALPHA GUARDS MANAGEMENT, INC. | 01/jul./2015 | 01/jul./2015 | 30/jun./2016 | $132,462.00 | SERVICIOS DE VIGILANCIA |

Mostrando registros del 1 al 10 de un total de 26 registros

Anterior 1 2 3 Siguiente

392-5558

5/1/2019

Case:17-03283-LTS Doc#:7020-1 Filed:05/20/19 Entered:05/20/19 10:49:21 Desc:
Exhibit Comptroler list of contracts Page 2 of 3

Oficina del Contralor de Puerto Rico | Consulta del Registro de Contratos

# Consulta del Registro de Contratos

### Criterios de Búsqueda

**Entidad Gubernamental**
Seleccionar una entidad

**Núm. de Contrato**

**Contratista**
Alpha Guards Management Inc

**Categoría de Servicio**
Seleccionar una categoría de servicio

**Tipo de Servicio**
Seleccionar un tipo de servicio

**Cuantía**
$       $

**Fecha de Otorgamiento**
01/07/2013  -  01/05/2017

**Fecha de Vigencia**
Desde  -  Hasta

Q Buscar    Borrar

### Búsquedas Frecuentes - Todas las Entidades

### Resultados

Mostrar 10 ▼ registros

| Núm. Contrato | Contratistas | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | |
|---|---|---|---|---|---|---|
| 2016-000053 + | ALPHA GUARDS MANAGEMENT INC | 11/abr./2016 | 11/abr./2016 | 23/jun./2016 | $12,153.00 | SERVICIOS DE VIGILANCIA |
| 2016-000046 | ALPHA GUARDS MANAGEMENT INC | 06/oct./2015 | 06/oct./2015 | 24/mar./2016 | $34,526.80 | SERVICIOS DE VIGILANCIA |
| 2016-000040 | Alpha Guards Management, Inc. | 01/jul./2015 | 01/jul./2015 | 30/jun./2016 | $67,656.45 | SERVICIOS DE VIGILANCIA |
| 2016-000035 + | ALPHA GUARDS MANAGEMENT INC. | 01/oct./2015 | 01/oct./2015 | 30/sep./2016 | $19,792.50 | SERVICIOS DE VIGILANCIA |
| 2016-000013 + | ALPHA GUARDS MANAGEMENT, INC. | 01/jul./2015 | 01/jul./2015 | 30/jun./2016 | $200,000.00 | SERVICIOS DE VIGILANCIA |
| 2016-000005 | ALPHA GUARDS MANAGEMENT INC | 01/jul./2015 | 01/jul./2015 | 24/sep./2015 | $16,500.00 | SERVICIOS DE VIGILANCIA |
| 2015-000066 + | ALPHA GUARDS MANAGEMENT, INC. | 16/dic./2014 | 17/dic./2014 | 30/jun./2015 | $54,126.16 | SERVICIOS DE VIGILANCIA |
| 2015-000054 | ALPHA GUARDS MANAGEMENT INC | 15/dic./2014 | 15/dic./2014 | 30/jun./2015 | $55,000.00 | SERVICIOS DE VIGILANCIA |
| 2015-000048 + | ALPHA GUARDS MANAGEMENT INC. | 01/oct./2014 | 01/oct./2014 | 30/sep./2015 | $1,124,214.00 | SERVICIOS DE VIGILANCIA |
| 2015-000026 | ALPHA GUARDS MANAGEMENT, INC. | 05/sep./2014 | 05/sep./2014 | 30/jun./2015 | $2,535,308.10 | SERVICIOS DE VIGILANCIA |

Mostrando registros del 11 al 20 de un total de 26 registros

Anterior  1  2  3  Siguiente

5/1/2019

Case:17-03283-LTS Doc#:7020-1 Filed:05/20/19 Entered:05/20/19 10:49:21 Desc:
Exhibit Comptroler list of contracts Page 3 of 3

Oficina del Contralor de Puerto Rico | Consulta del Registro de Contratos

# Consulta del Registro de Contratos

## Criterios de Búsqueda

**Entidad Gubernamental**: Seleccionar una entidad

**Núm. de Contrato**: 

**Contratista**: Alpha Guards Management Inc

**Categoría de Servicio**: Seleccionar una categoría de servicio

**Tipo de Servicio**: Seleccionar un tipo de servicio

**Cuantía**: $ - $

**Fecha de Otorgamiento**: 01/07/2013 - 01/05/2017

**Fecha de Vigencia**: Desde - Hasta

[Buscar] [Borrar]

## Búsquedas Frecuentes - Todas las Entidades

## Resultados

Mostrar 10 registros

| Núm. Contrato | Contratistas | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo de |
|---|---|---|---|---|---|---|
| 2015-000008 | ALPHA GUARDS MANAGEMENT, INC. | 30/jun./2014 | 01/jul./2014 | 30/jun./2015 | $284,949.29 | SERVICIOS DE VIGILANCIA |
| 2014-000724 | ALPHA GUARDS MANAGEMENT, INC. | 04/feb./2014 | 04/feb./2014 | 04/feb./2017 | $47,500.00 | SERVICIOS DE VIGILANCIA |
| 2014-000161 | ALPHA GUARDS MANAGEMENT, INC. | 11/sep./2013 | 11/sep./2013 | 09/ago./2014 | $0.00 | SIN CUANTÍA |
| 2014-000036 | ALPHA GUARDS MANAGEMENT, INC. | 19/dic./2013 | 19/dic./2013 | 30/jun./2016 | $0.00 | SIN CUANTÍA |
| 2014-000064 | ALPHA GUARDS MANAGEMENT INC. | 31/oct./2013 | 01/nov./2013 | 30/sep./2014 | $1,267,450.80 | SERVICIOS DE VIGILANCIA |
| 2014-000019 | ALPHA GUARDS MANAGEMENT, INC. | 24/jul./2013 | 24/jul./2013 | 30/jun./2014 | $479,762.09 | SERVICIOS MISCELÁNEOS |

Mostrando registros del 21 al 26 de un total de 26 registros

Anterior 1 2 3 Siguiente