IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS |

**MOTION REQUESTING EXTENSION OF TIME TO PRESENT TRANSLATION OF DOCUMENT**

**TO THE HONORABLE COURT:**

COME NOW., Alpha Guards Management, Inc, defendant in Adversary Proceeding 19-0041, through its undersigned attorney and respectfully states as follows:

1. Movant filed an objection to the Board's request for extension of time to serve process and stay of proceedings. With the objection, movant filed a document partly in the Spanish language. Movant requests a thirty-day extension to file the translation. This extension will expire on June 19, 2019.

WHEREFORE: Cabrera and Ramos requests from the Honorable Court that a thirty-day extension to file the translation. This extension will expire on June 19, 2019.

Respectfully submitted on this 20th day of May, 2019.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com