ESTADO LIBRE ASOCIADO de PUERTO RICO
Oficina del Contralor
**Registro de Contratos**
Consulta

Entidades: Departamento de Educación de Puerto Rico (1201)
Tipos de Servicio: Todos
Estatus: Todos
Otorgados desde: 2010-Jan-01

30 contratos fueron encontrados según su criterio de búsqueda

| Contrato | Entidad | Contratista | Otorgado | Vigente Desde | Vigente Hasta | Fecha Radicación | Cuantía | Categoría de Servicio | Servicio | Estatus | ¿Es Exento? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (1201) 2019-RS1191 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2019-Apr-05 | 2019-Apr-05 | 2019-May-01 | $8,510.54 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2019-RS2232 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2019-Apr-05 | 2019-Apr-05 | 2019-Jun-05 | $30,453.96 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Reparo Final | No |
| (1201) 2019-RS1153 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2019-Jan-09 | 2019-Jan-09 | 2019-Apr-04 | 2019-May-13 | $63,783.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2019-RS1180 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2019-Jan-09 | 2019-Jan-09 | 2019-Apr-04 | 2019-Apr-11 | $21,000.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2019-RS1150 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2018-Oct-09 | 2018-Oct-09 | 2018-Dec-21 | 2019-Mar-28 | $16,450.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2019-RS1105 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2018-Aug-06 | 2018-Aug-06 | 2018-Dec-21 | 2019-Mar-15 | $88,233.15 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2019-RS1105-A | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2018-Aug-06 | 2018-Aug-13 | 2018-Dec-21 | 2019-Mar-18 | $88,233.15 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2018-RS1095 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2018-Feb-20 | 2018-Feb-20 | 2018-Jun-08 | 2019-Feb-21 | $79,728.75 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2018-RS1029 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2017-Jul-31 | 2017-Jul-31 | 2017-Dec-22 | 2018-May-30 | $77,701.45 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1504 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Dec-30 | 2016-Dec-30 | 2017-May-18 | 2017-Aug-28 | $13,626.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1505 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Dec-30 | 2016-Dec-30 | 2017-May-18 | 2017-Aug-28 | $9,000.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1506 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Dec-30 | 2016-Dec-30 | 2017-May-18 | 2017-Aug-28 | $8,910.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1507 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Dec-30 | 2016-Dec-30 | 2017-May-18 | 2017-Aug-28 | $10,710.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1508 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Dec-30 | 2016-Dec-30 | 2017-May-18 | 2017-Aug-28 | $8,910.00 | SERVICIOS MISCELÁNEOS NO PERSONALES | SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |

Impreso: 5/16/2019

| Contrato | Agencia | Contratista | Fecha Inicio | Fecha Fin | Monto | Servicio | Estado | Enmienda |
|---|---|---|---|---|---|---|---|---|
| (1201) 2017-RS1509 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Dec-30 | 2017-May-18 | $11,610.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1510 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Dec-30 | 2017-May-18 | $10,710.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1511 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Dec-30 | 2017-Aug-28 | $15,309.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1131 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Aug-03 | 2017-Feb-09 | $15,479.10 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1132 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Aug-03 | 2017-Feb-09 | $13,777.03 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1133 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Aug-03 | 2017-Feb-09 | $9,100.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1134 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Aug-03 | 2017-Feb-09 | $11,739.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1135 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Aug-03 | 2017-Feb-09 | $11,739.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1136 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Aug-03 | 2017-Feb-09 | $10,829.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1137 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Aug-03 | 2017-Feb-09 | $10,829.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2017-RS1138 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2016-Aug-03 | 2016-Dec-20 | $9,009.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2016-RS1140-B | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2015-Dec-18 | 2016-May-19 | $43,780.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2016-RS1140-A | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2015-Nov-02 | 2015-Dec-18 | ($10,120.00) | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2016-RS1140 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2015-Aug-07 | 2015-Nov-02 | $13,200.00 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2015-RS1028-A | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2014-Oct-17 | 2015-May-21 | $17,283.42 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |
| (1201) 2015-RS1028 | Departamento de Educación de Puerto Rico | CABRERA & RAMOS TRANSPORTE INC | 2014-Aug-10 | 2014-Aug-11 | $441,803.40 | SERVICIOS MISCELÁNEOS NO PERSONALES – SERVICIOS DE TRANSPORTACIÓN | Aceptado | No |