Caso Corte Federal No. 17BK3283-LTS

RECEIVED & FILED
2019 MAY 17 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**United States District Court**
**For the District of Puerto Rico**

In re:

The Financial Oversight and

Management Board for Puerto Rico.

   as representation of

The Commonwealth of Puerto Rico, etc.

Promesa

Title III

No. 17 BK 3283 -LTS

ASUNTO

OBJECIÓN A LA VIGÉSIMA OBJECIÓN COLECTIVA QUE PRETENDE QUE SE DESESTIMEN LAS RECLAMACIONES QUE FUERON REEMPLAZADAS POR EVIDENCIAS DE RECLAMACIONES PRESENTADAS POSTERIORMENTE. EN CONFORMIDAD CON LA REGLA 3007(d)(3) DEL PROCEDIMIENTO FEDERAL DE QUIEBRAS Y LOS PROCEDIMIENTOS A OBJECIONES COLECTIVAS.

DATOS PERSONALES DEL ACREEDOR

DECLARO: QUE SOY EL SEÑOR NÉSTOR A. RODRÍGUEZ MARTY, CON DOMICILIO EN EL 5347 AVE. ISLA VERDE, CONDOMINIO MARBELLA OESTE, APARTAMENTO 1214, CAROLINA, PR. 00979 - 5509. TELÉFONO 787 - 948 - 5459, Y CON LA SIGUIENTE DIRECCIÓN ELECTRÓNICA nesvid@gmail.com .

RAZONES PARA LA OBJECIÓN A LA DESESTIMACIÓN DE MIS RECLAMACIONES ENMENDADAS POTERIORMENTE

REFERENCIA ANEXO A: RECLAMACIONES ENMENDADAS
    A SER DESESTIMADAS POR LA JUNTA DE ADMINISTRACIÓN
    Y SUPERVISIÓN FINANCIERA PARA PUERTO RICO, EN REPRESENTACIÓN
    DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, (DEUDORES) Y
    OTROS.

En los encasillados # 30 y # 31 del referido anexo A, aparecen mis inversiones o bonos por las cantidades $50,000.00 y $55,000.00 respectivamente, las cuales fueron sometidas originalmente como un " Proof of claim " para la fecha del 08/30/2017 en contra del Commonwealth of Puerto Rico (Deudor), ambos casos fueron identificados bajo el mismo caso número 17-BK 03283 -LTS, cuyos números de reclamación son: # 157 y # 96 respectivamente.

Para la fecha 05/07/2018 ambas reclamaciones fueron enmendadas bajo un nuevo encasillado, que no existía en el formulario original, siendo la nueva descripción del encasillado "Retirement System of the Government of the Commonwealth of Puerto Rico".

Entendiendo que el nuevo encasillado describía con mayor precisión la inversión, realice el cambio de encasillado. Ambos bonos cayeron bajo un nuevo número de caso, el cual es 17 BK 03566 LTS y su deudor cambió de " Commonwealth of Puerto Rico " a " Employees Retirement System of the Government of the Commonwealth of Puerto Rico". A ambas reclamaciones le añadí una certificación del Banco Oriental como prueba de que soy poseedor de ambas inversiones (Bonos) presentados en el "Proof of claim".

Los números de reclamación nuevos de las inversiones (Bonos) son # 10829 y el #10867 respectivamente.

Como verán lo que se hizo fue con la intención de tener las cosas claras, el cambio del deudor se debió al cambio en el formulario que originalmente no incluía al " Retirement System of the Government of the Commonwealth of Puerto Rico ".  Aunque el deudor es el mismo, el Commonwealth of Puerto Rico, los Bonos cambian de GO a unos del Sistema de Retiro de los Empleados de Puerto Rico.

A pesar de que se nos dice que los tenedores de las Reclamaciones a Desestimar "no resultaran perjudicados" por la desestimación de sus Reclamaciones, porque cada uno conservará una Reclamación Enmendada Remanente contra el Estado Libre Asociado. Pero más abajo se nos hace la advertencia de que los deudores (ELA) se reservan el derecho de objetar dichas Reclamaciones Enmendadas Remanentes por cualquier otra causal.  Entiéndase que estaríamos a expensas de que el gobierno considere cualquier tecnicismo para objetar y desestimar en su totalidad nuestra Reclamaciones Enmendadas. Esto nos conllevaría gastos adicionales en servicios legales.

No entiendo la justificación de la Junta de Supervisión Fiscal de PR (Junta) para desestimar dichas reclamaciones si no hubo aumento en ninguna de ellas, ni cambios significativos que los lleve a pensar que podrían recibir una doble compensación perjudicando a otros. La Junta sabe que cuando uno hace una enmienda a una reclamación original automáticamente la enmienda original queda eliminada. Enmendar una Reclamación es válido y permisible por ley.

 Sin tener nada más que alegar al respecto le someto a la Jueza Laura Taylor Swain (United States Judge), dicha objeción por escrito y que ejerza su mejor juicio sobre la misma.

### SOLICITUD A LA NO COMPARECENCIA A SALA *

 Le solicitó de que me excuse de asistir a sala si así La Jueza lo determina. Padezco de hipertensión, fallo en la válvula Mistral, padezco de insuficiencia cardiaca, además tengo un pulmón con líquido lo cual me impide el caminar mucho, médicamente no estoy apto para someterme a momentos que puedan ser perjudiciales a mi salud.

10 de mayo de 2019
Carolina, Puerto Rico 00979


Respetuosamente sometido,

Néstor A. Rodríguez Marty
nesvid@gmail.com
Tel. 787 - 948 -5459