From: Néstor A. Rodriguez Marty
5347 Ave. Isla Verde
Marbella Oeste 1214
Carolina, P.R. 00979



Oficina del Secretario
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2019 MAY 17 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.