IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al, <br><br> Debtors. | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

## APPLICATION OF DAVID L. DUBROW FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE COURT:

COMES NOW David L. Dubrow, Esq. (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1. Applicant is an attorney with the law firm Arent Fox LLP, with offices at:

   | | |
   |---|---|
   | **Address** | 1301 Avenue of the Americas, 41st Floor, New York, NY 10019 |
   | **E-mail** | david.dubrow@arentfox.com |
   | **Phone** | (212) 484-3957 |
   | **Fax** | (212) 484-3990 |

2. Applicant will sign all pleadings with the name David L. Dubrow.

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained as counsel for creditor and interested party Ambac Assurance Corporation, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

5. Since 1987, Applicant has been and presently is a member in good standing of the bar of New York. Applicant's New York State bar license number is 2115806. Since 1987, Applicant has been and presently is a member in good standing of the bar of New York.

6. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| Court: | Admission Date: |
|---|---|
| State of New York | 1987 |
| Southern District of New York | 1987 |
| Eastern District of Michigan | 2013 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three (3) years, Applicant has filed for *pro hac vice* admission in the United States Bankruptcy Court for the District of Puerto Rico in the following matters:

| Date of Application: | Case Styled and Number: |
|---|---|
|  |  |
|  |  |
|  |  |

10. Local counsel of record associated with Applicant in this matter is:

    **Name** : Sonia E. Colón
    **USDC-PR** : 213809
    **E-mail** : scolon@ferraiuoli.com
    **Address** : PO Box 195168
                     San Juan, PR 00919-5168
    **Phone** : (787) 766-7000
    **Fax** : (787) 766-7001

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico[1] and agrees to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly,

---

[1] Latest version (with amendments through April 12, 2018) available at https://www.prd.uscourts.gov/sites/default/files/documents/ajax/Local_Rules_amended_as_of_Sept_2_2010_with_TOC%2015_0.pdf.

payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In New York, New York, this 20th day of May, 2019.

_David L. Dulrow_
Applicant

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to P.R. Local Rule 83A(f).

In San Juan, Puerto Rico, this 20th day of May, 2019.

*s/ Sonia E. Colon*
Sonia E. Colon
USDC-PR No. 213809

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF participants in this case.

In San Juan, Puerto Rico, this 20th day of May, 2019.

**Ferraiuoli** LLC
PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001

*s/ Sonia E. Colon*
Sonia E. Colon
USDC-PR No. 213809
Email: scolon@ferraiuoli.com