IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### APPLICATION OF RANDALL A. BRATER FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE COURT:

COMES NOW Randall A. Brater, Esq. (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by respectfully stating as follows:

1. Applicant is an attorney with the law firm Arent Fox LLP, with offices at:

    | | |
    |---|---|
    | **Address** | 1717 K Street NW<br>Washington, DC 20006-5344 |
    | **E-mail** | randall.brater@arentfox.com |
    | **Phone** | 202-715-8472 |
    | **Fax** | 202-857-6395 |

2. Applicant will sign all pleadings with the name Randall A. Brater.

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained as counsel for creditor and interested party Ambac Assurance Corporation, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

5. Since 2000, Applicant has been and presently is a member in good standing of the bar of California. Applicant's California bar license number is 211140. Since 2001, Applicant has been and presently is a member in good standing of the bar of District of Columbia. Applicant's District of Columbia bar license number is 475419.

6. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| Court: | Admission Date: |
|---|---|
| United States Supreme Court | March 7, 2005 |
| U.S. Court of Appeals for the Ninth Circuit | November 9, 2001 |
| U.S. Court of Appeals for the Fourth Circuit | August 27, 2004 |
| U.S. Court of Appeals for the Sixth Circuit | July 14, 2003 |
| U.S. Court of Appeals for the Tenth Circuit | April 4, 2007 |
| U.S. Court of Appeals for the D.C. Circuit | October 22, 2004 |
| United States District Court for the Central District of California | December 18, 2000 |
| United States District Court for the Northern District of California | November 16, 2001 |
| United States District Court for the District of Columbia | May 6, 2002 |
| United States District Court for the District of Maryland | May 20, 2002 |
| United States District Court for the Eastern District of California | December 12, 2013 |
| United States District Court for the Eastern District of Michigan | January 15, 2014 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three (3) years, Applicant has filed for *pro hac vice* admission in the United States Bankruptcy Court for the District of Puerto Rico in the following matters: None.

10. Local counsel of record associated with Applicant in this matter is:

| | | |
|---|---|---|
| **Name** | : | Sonia E. Colón |
| **USDC-PR** | : | 213809 |
| **E-mail** | : | scolon@ferraiuoli.com |
| **Address** | : | PO Box 195168<br>San Juan, PR 00919-5168 |

| | | |
|---|---|---|
| Phone | : | (787) 766-7000 |
| Fax | : | (787) 766-7001 |

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico[1] and agrees to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In Washington, D.C., this 20th day of May, 2019.

_____
Applicant

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to P.R. Local Rule 83A(f).

In San Juan, Puerto Rico, this 20th day of May, 2019.

s/ *Sonia E. Colon*
Sonia E. Colon
USDC-PR No. 213809

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF participants in this case.

In San Juan, Puerto Rico, this 20th day of May, 2019.

---

[1] Latest version (with amendments through April 12, 2018) available at https://www.prd.uscourts.gov/sites/default/files/documents/ajax/Local_Rules_amended_as_of_Sept_2_2010_with_TOC%2015_0.pdf.

**Ferraiuoli** LLC
PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001

*s/ Sonia E. Colon*
Sonia E. Colon
USDC-PR No. 213809
Email: scolon@ferraiuoli.com