IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO | |
| Debtor | |

**MOTION WITHDRAWING OBJECTION TO UCC MOTION**

**TO THE HONORABLE COURT:**

COME NOW Cabrera & Ramos Transporte, Inc., and Alpha Guards Management, Inc., through its undersigned attorney and respectfully states as follows:

1. Cabrera & Ramos Transporte, Inc., and Alpha Guards Management, Inc. filed objections (dockets 7022 and 7020 respectively) to the Unsecured Creditors Committee request for extension of time to serve process and for stay of proceedings (docket 6857). After the filing, the UCC contacted the undersingned and provide assurances that the aforesaid motion did not apply to Cabrera & Ramos Transporte, Inc., and Alpha Guards Management, Inc.. Upon these assurances by the UCC, Cabrera & Ramos Transporte, Inc., and Alpha Guards Management, Inc. have decided to withdraw the aforesaid objections, but reserve the right to raise them again should docket 6857 be used against them or a new motion applicable to them be filed.

WHEREFORE: Cabrera & Ramos Transporte, Inc., and Alpha Guards Management, Inc. request from the Honorable Court to withdraw motions at dockets 7020 and 7022.

Respectfully submitted on this 21[th] day of May, 2019.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com

2