```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF PUERTO RICO
```

| | | |
|---|---|---|
| IN RE: | * | PROMESA |
| | * | TITLE III |
| **THE FINANCIAL OVERSIGHT AND** | * | |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | * | No. 17 BK 3283-LTS |
| | * | |
| as representative of | * | (Jointly Administered) |
| | * | |
| **THE COMMONWEALTH OF PUERTO RICO,** | * | |
| et al., | * | |
| | * | |
| Debtors | * | |
| ********************************** | | |

## ANSWER TO THIRTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO SALES TAX FINANCING CORPORATION TO LATE-FILED AND DUPLICATE BOND CLAIMS

**TO THE HONORABLE COURT:**

COMES NOW, **COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS**, through the undersigned attorney and very respectfully states and prays as follows:

1. On April 26, 2019 the Financial Oversight and Management Board for Puerto Rico filed its thirty-fourth omnibus objection to several claims under the grounds of late-filed and duplicate bond claims.

2. The appearing party, COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS, claims 168130 and 168129 are included in the objection.

3. COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS objects the position of the Puerto Rico Sales Tax Financing Corporation (COFINA) under the following grounds:

   a. Both proof of claims in the amount of $360,000.00

are duplicated and are amendment to the original proof of claim filed by COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS. According to our records only one amended proof of claim was filed on January 29, 2019.

b. The amendments consist in a reduction of the amounts previously informed in the original proof of claim with the number 20525 (Prime Clerk System).

c. The situation is that COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS sold part of the bond that originally was in the amount of $2,735,000.00 and automatically its claim was modified and reduced.

d. COOPERATIVA DE AHORRO Y CREDITO DE BARRANQUITAS proof of claims 168130 and 168129 are duplicated and are not new claims filed outside of the bar date. Both are amendments to the original claim number 20525 (Prime Clerk System).

**WHEREFORE**, the appearing creditor respectfully request from this Honorable Court to denied Financial Oversight and Management Board for Puerto Rico objection for late-file of the claim and to considered amended proof of claim 168130 and 168129 as the same claim allowing one of them.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE:** I hereby certify that on this date copy of this Motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent

notification of such filing to debtor(s) attorney and US Trustee, and also certify that I have mailed by United State Postal Service copy of this Notice to the following non CM/ECF participant to debtor(s) at their address of record in this case.

    In Aibonito, Puerto Rico this May 21, 2019.

RESPECTFULLY SUBMITTED,

/s/JOSE ANGEL SANTINI BONILLA
**JOSE ANGEL SANTINI BONILLA**
ATTORNEY FOR CREDITOR
COOPERATIVA A/C DE BARRANQUITAS
PO Box 552
Aibonito, PR 00705
Tel.: 735-0063 * Fax: 735-2310
E-mail: santilawoffice@yahoo.com
USDC-PR: - 127204 -