**Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|

### MATTER 33260.0009 HTA - General

**201 -** Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants

| | Partner | Paul Possinger | 759 | 1.10 | $834.90 |
|---|---|---|---|---|---|
| | **Partner Total** | | | **1.10** | **$834.90** |

| **201 Total** | | | | **1.10** | **$834.90** |
|---|---|---|---|---|---|

**205 -** Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities

| | Partner | Paul Possinger | 759 | 0.50 | $379.50 |
|---|---|---|---|---|---|
| | | Timothy W. Mungovan | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.80** | **$616.20** |

| **205 Total** | | | | **0.80** | **$616.20** |
|---|---|---|---|---|---|

**210 -** Analysis and Strategy

| | Partner | Michael A. Firestein | 759 | 0.20 | $151.80 |
|---|---|---|---|---|---|
| | | Ralph C. Ferrara | 759 | 0.40 | $303.60 |
| | | | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.80** | **$613.20** |

| **210 Total** | | | | **0.80** | **$613.20** |
|---|---|---|---|---|---|

**214 -** Legal/ Regulatory Matters

| 214 | Partner | Ralph C. Ferrara | 759 | 0.30 | $227.70 |
|---|---|---|---|---|---|
| | **Partner Total** | | | **0.30** | **$227.70** |

| **214 Total** | | | | **0.30** | **$227.70** |
|---|---|---|---|---|---|

**218 -** Employment and Fee Applications

| 218 | Associate | Elliot Stevens | 759 | 7.50 | $5,692.50 |
|---|---|---|---|---|---|
| | | Mee R. Kim | 759 | 0.80 | $607.20 |
| | **Associate Total** | | | **8.30** | **$6,299.70** |
| | Legal Assistant | Christopher M. Tarrant | 260 | 3.70 | $962.00 |
| | | Natasha Petrov | 260 | 22.30 | $5,798.00 |

1

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | 270 | 4.60 | $1,242.00 |
| | **Legal Assistant Total** | | | **30.60** | **$8,002.00** |
| **218 Total** | | | | **38.90** | **$14,301.70** |
| **GRAND TOTAL** | | | | **41.90** | **$16,593.70** |

2

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0049 HTA - Ambac** | | | | | |
| 202 | Partner | Michael A. Firestein | 759 | 2.20 | $1,669.80 |
| | **Partner Total** | | | **2.20** | **$1,669.80** |
| **202 Total** | | | | **2.20** | **$1,669.80** |
| 204 | Partner | Michael A. Firestein | 759 | 0.20 | $151.80 |
| | | Stephen L. Ratner | 759 | 0.30 | $227.70 |
| | | Timothy W. Mungovan | 759 | 0.50 | $379.50 |
| | **Partner Total** | | | **1.00** | **$759.00** |
| **204 Total** | | | | **1.00** | **$759.00** |
| 207 | Partner | Timothy W. Mungovan | 759 | 0.10 | $75.90 |
| | **Partner Total** | | | **0.10** | **$75.90** |
| **207 Total** | | | | **0.10** | **$75.90** |
| 210 | Partner | Timothy W. Mungovan | 759 | 0.40 | $303.60 |
| | **Partner Total** | | | **0.40** | **$303.60** |
| **210 Total** | | | | **0.40** | **$303.60** |
| 211 | Partner | Martin J. Bienenstock | 789 | 1.50 | $1,183.50 |
| | | Timothy W. Mungovan | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| **211 Total** | | | | **1.70** | **$1,341.30** |
| 212 | Legal Assistant | Alexander J. Volpicello | 260 | 0.30 | $78.00 |
| | | Angelo Monforte | 260 | 0.70 | $182.00 |
| | | Eamon Wizner | 260 | 2.40 | $624.00 |
| | | | 270 | 0.40 | $108.00 |
| | | Elle M. Infante | 260 | 1.70 | $442.00 |
| | | Joseph P. Wolf | 260 | 2.50 | $650.00 |
| | | | 270 | 0.40 | $108.00 |
| | | Laura M. Geary | 260 | 0.40 | $104.00 |
| | | Lawrence T. Silvestro | 260 | 1.80 | $468.00 |
| | **Legal Assistant Total** | | | **10.60** | **$2,764.00** |

3

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Litigation Support** | Laurie A. Henderson | 260 | 0.60 | $156.00 |
| | **Litigation Support Total** | | | **0.60** | **$156.00** |
| **212 Total** | | | | **11.20** | **$2,920.00** |
| **219** | **Partner** | Jeffrey W. Levitan | 759 | 6.70 | $5,085.30 |
| | | Lary Alan Rappaport | 759 | 33.00 | $25,047.00 |
| | | | 789 | 0.70 | $552.30 |
| | | Mark Harris | 759 | 2.30 | $1,745.70 |
| | | Martin J. Bienenstock | 759 | 50.20 | $38,101.80 |
| | | | 789 | 45.20 | $35,662.80 |
| | | Michael A. Firestein | 759 | 38.70 | $29,373.30 |
| | | | 789 | 2.40 | $1,893.60 |
| | | Ralph C. Ferrara | 759 | 0.20 | $151.80 |
| | | | 789 | 0.60 | $473.40 |
| | | Stephen L. Ratner | 759 | 9.20 | $6,982.80 |
| | | Steven O. Weise | 759 | 41.00 | $31,119.00 |
| | | Timothy W. Mungovan | 759 | 7.80 | $5,920.20 |
| | | | 789 | 5.40 | $4,260.60 |
| | **Partner Total** | | | **243.40** | **$186,369.60** |
| | **Senior Counsel** | Jennifer L. Roche | 759 | 53.50 | $40,606.50 |
| | | John E. Roberts | 759 | 14.20 | $10,777.80 |
| | | | 789 | 7.30 | $5,759.70 |
| | **Senior Counsel Total** | | | **75.00** | **$57,144.00** |
| | **Associate** | Laura Stafford | 759 | 0.30 | $227.70 |
| | | | 789 | 0.40 | $315.60 |
| | | Lucy Wolf | 759 | 1.50 | $1,138.50 |
| | | Maja Zerjal | 789 | 0.40 | $315.60 |
| | | Zachary Chalett | 759 | 0.70 | $531.30 |
| | **Associate Total** | | | **3.30** | **$2,528.70** |
| | **Legal Assistant** | Angelo Monforte | 260 | 6.80 | $1,768.00 |
| | | Lawrence T. Silvestro | 260 | 0.20 | $52.00 |
| | **Legal Assistant Total** | | | **7.00** | **$1,820.00** |
| | **Litigation Support** | Laurie A. Henderson | 260 | 0.30 | $78.00 |
| | **Litigation Support Total** | | | **0.30** | **$78.00** |

4

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **219 Total** | | | | **329.00** | **$247,940.30** |
| **GRAND TOTAL** | | | | **345.60** | **$255,009.90** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0949 HTA – Ambac (Puerto Rico)** | | | | | |
| **219** | **Partner** | Martin J. Bienenstock | 759 | 8.40 | $6,375.60 |
| | **Partner Total** | | | **8.40** | **$6,375.60** |
| **219 Total** | | | | **8.40** | **$6,375.60** |
| **GRAND TOTAL** | | | | **8.40** | **$6,375.60** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0050 HTA – Assured** | | | | | |
| **212** | **Legal Assistant** | Angelo Monforte | 260 | 1.10 | $286.00 |
| | | Eamon Wizner | 260 | 6.30 | $1,638.00 |
| | | Joseph P. Wolf | 260 | 1.20 | $312.00 |
| | | Lawrence T. Silvestro | 260 | 1.10 | $286.00 |
| | **Legal Assistant Total** | | | **9.70** | **$2,522.00** |
| | **Litigation Support** | Kenneth Bigliani | 260 | 0.50 | $130.00 |
| | | Laurie A. Henderson | 260 | 0.80 | $208.00 |
| | **Litigation Support Total** | | | **1.30** | **$338.00** |
| **212 Total** | | | | **11.00** | **$2,860.00** |
| **219** | **Partner** | Jeffrey W. Levitan | 759 | 10.10 | $7,665.90 |
| | | Lary Alan Rappaport | 759 | 28.40 | $21,555.60 |
| | | Mark Harris | 759 | 56.30 | $42,731.70 |
| | | Martin J. Bienenstock | 759 | 4.30 | $3,263.70 |
| | | Michael A. Firestein | 759 | 37.80 | $28,690.20 |
| | | Paul Possinger | 759 | 2.00 | $1,518.00 |
| | | Ralph C. Ferrara | 759 | 0.30 | $227.70 |
| | | Stephen L. Ratner | 759 | 14.20 | $10,777.80 |
| | | Steven O. Weise | 759 | 45.60 | $34,610.40 |
| | | Timothy W. Mungovan | 759 | 27.10 | $20,568.90 |
| | **Partner Total** | | | **226.10** | **$171,609.90** |
| | **Senior Counsel** | Jennifer L. Roche | 759 | 5.30 | $4,022.70 |
| | | John E. Roberts | 759 | 1.00 | $759.00 |
| | **Senior Counsel Total** | | | **6.30** | **$4,781.70** |
| | **Associate** | Daniel Desatnik | 759 | 1.70 | $1,290.30 |
| | | Elliot Stevens | 759 | 8.30 | $6,299.70 |
| | | Lucy Wolf | 759 | 3.50 | $2,656.50 |
| | | Matthew J. Morris | 759 | 6.40 | $4,857.60 |
| | | Zachary Chalett | 759 | 15.70 | $11,916.30 |
| | **Associate Total** | | | **35.60** | **$27,020.40** |
| | **Legal Assistant** | Angelo Monforte | 260 | 0.40 | $104.00 |
| | | Magali Giddens | 260 | 0.40 | $104.00 |
| | **Legal Assistant Total** | | | **0.80** | **$208.00** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **219 Total** | | | | **268.80** | **$203,620.00** |
| **GRAND TOTAL** | | | | **279.80** | **$206,480.00** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0950 HTA – Assured (Puerto Rico)** | | | | | |
| **211** | **Partner** | Mark Harris | 759 | 4.20 | $3,187.80 |
| | | Timothy W. Mungovan | 759 | 2.00 | $1,518.00 |
| | **Partner Total** | | | **6.20** | **$4,705.80** |
| **211 Total** | | | | **6.20** | **$4,705.80** |
| **219** | **Partner** | Mark Harris | 759 | 15.20 | $11,536.80 |
| | | Martin J. Bienenstock | 759 | 1.80 | $1,366.20 |
| | | Timothy W. Mungovan | 759 | 8.70 | $6,603.30 |
| | **Partner Total** | | | **25.70** | **$19,506.30** |
| **219 Total** | | | | **25.70** | **$19,506.30** |
| **GRAND TOTAL** | | | | **31.90** | **$24,212.10** |

9

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0051 HTA – Peaje** | | | | | |
| **202** | **Partner** | Michael A. Firestein | 759 | 1.90 | $1,442.10 |
| | **Partner Total** | | | **1.90** | **$1,442.10** |
| **202 Total** | | | | **1.90** | **$1,442.10** |
| **204** | **Partner** | Lary Alan Rappaport | 759 | 0.30 | $227.70 |
| | | Michael A. Firestein | 759 | 0.50 | $379.50 |
| | **Partner Total** | | | **0.80** | **$607.20** |
| **204 Total** | | | | **0.80** | **$607.20** |
| **205** | **Partner** | Michael A. Firestein | 759 | 0.20 | $151.80 |
| | | Stephen L. Ratner | 759 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **0.60** | **$455.40** |
| **205 Total** | | | | **0.60** | **$455.40** |
| **206** | **Partner** | Lary Alan Rappaport | 759 | 1.00 | $759.00 |
| | | Michael A. Firestein | 759 | 2.30 | $1,745.70 |
| | | Stephen L. Ratner | 759 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759 | 1.80 | $1,366.20 |
| | **Partner Total** | | | **5.20** | **$3,946.80** |
| **206 Total** | | | | **5.20** | **$3,946.80** |
| **207** | **Partner** | Lary Alan Rappaport | 759 | 0.10 | $75.90 |
| | | Michael A. Firestein | 759 | 0.10 | $75.90 |
| | | Stephen L. Ratner | 759 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759 | 0.80 | $607.20 |
| | **Partner Total** | | | **1.10** | **$834.90** |
| **207 Total** | | | | **1.10** | **$834.90** |
| **210** | **Partner** | Lary Alan Rappaport | 759 | 1.90 | $1,442.10 |
| | | | 789 | 0.20 | $157.80 |
| | | Matthew Triggs | 759 | 2.90 | $2,201.10 |
| | | Michael A. Firestein | 759 | 2.60 | $1,973.40 |
| | | Stephen L. Ratner | 759 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759 | 0.50 | $379.50 |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Partner Total** | | | **8.20** | **$6,229.80** |
| **210 Total** | | | | **8.20** | **$6,229.80** |
| **212** | **Legal Assistant** | Angelo Monforte | 260 | 0.40 | $104.00 |
| | | Eamon Wizner | 260 | 0.30 | $78.00 |
| | | Joan K. Hoffman | 260 | 1.80 | $468.00 |
| | | Joseph P. Wolf | 260 | 4.50 | $1,170.00 |
| | | Magali Giddens | 260 | 2.10 | $546.00 |
| | | Tiffany Miller | 270 | 0.40 | $108.00 |
| | **Legal Assistant Total** | | | **9.50** | **$2,474.00** |
| | **Litigation Support** | Laurie A. Henderson | 260 | 0.70 | $182.00 |
| | **Litigation Support Total** | | | **0.70** | **$182.00** |
| **212 Total** | | | | **10.20** | **$2,656.00** |
| **219** | **Partner** | Jeffrey W. Levitan | 759 | 5.50 | $4,174.50 |
| | | | 789 | 0.80 | $631.20 |
| | | Lary Alan Rappaport | 759 | 24.00 | $18,216.00 |
| | | | 789 | 2.50 | $1,972.50 |
| | | Mark Harris | 759 | 4.10 | $3,111.90 |
| | | Martin J. Bienenstock | 759 | 16.90 | $12,827.10 |
| | | Matthew Triggs | 759 | 1.30 | $986.70 |
| | | Michael A. Firestein | 759 | 39.40 | $29,904.60 |
| | | | 789 | 4.10 | $3,234.90 |
| | | Ralph C. Ferrara | 789 | 0.30 | $236.70 |
| | | Stephen L. Ratner | 759 | 7.00 | $5,313.00 |
| | | Steven O. Weise | 759 | 16.80 | $12,751.20 |
| | | Timothy W. Mungovan | 759 | 12.00 | $9,108.00 |
| | | | 789 | 2.20 | $1,735.80 |
| | **Partner Total** | | | **136.90** | **$104,204.10** |
| | **Senior Counsel** | John E. Roberts | 759 | 81.00 | $61,479.00 |
| | | | 789 | 1.50 | $1,183.50 |
| | **Senior Counsel Total** | | | **82.50** | **$62,662.50** |
| | **Associate** | Alexandra K. Skellet | 759 | 0.40 | $303.60 |
| | | Chris Theodoridis | 759 | 3.80 | $2,884.20 |
| | | Daniel Desatnik | 759 | 1.00 | $759.00 |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Lucas Kowalczyk | 759 | 52.20 | $39,619.80 |
| | | Seth Fiur | 759 | 24.50 | $18,595.50 |
| | **Associate Total** | | | **81.90** | **$62,162.10** |
| | Legal Assistant | Lawrence T. Silvestro | 260 | 8.10 | $2,106.00 |
| | **Legal Assistant Total** | | | **8.10** | **$2,106.00** |
| | Litigation Support | Laurie A. Henderson | 260 | 0.20 | $52.00 |
| | **Litigation Support Total** | | | **0.20** | **$52.00** |
| **219 Total** | | | | **309.60** | **$231,186.70** |
| **GRAND TOTAL** | | | | **337.60** | **$247,358.90** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0951 HTA – Peaje (Puerto Rico)** | | | | | |
| **219** | **Partner** | Timothy W. Mungovan | 759 | 0.20 | $151.80 |
| | **Partner Total** | | | **0.20** | **$151.80** |
| **219 Total** | | | | **0.20** | **$151.80** |
| **GRAND TOTAL** | | | | **0.20** | **$151.80** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0053 HTA – Miscellaneous** | | | | | |
| **201** | **Partner** | Margaret A. Dale | 759 | 3.80 | $2,884.20 |
| | **Partner Total** | | | **3.80** | **$2,884.20** |
| | **Associate** | Alexandra K. Skellet | 759 | 3.80 | $2,884.20 |
| | **Associate Total** | | | **3.80** | **$2,884.20** |
| **201 Total** | | | | **7.60** | **$5,768.40** |
| **203** | **Partner** | Margaret A. Dale | 759 | 1.90 | $1,442.10 |
| | **Partner Total** | | | **1.90** | **$1,442.10** |
| | **Associate** | Alexandra K. Skellet | 759 | 3.30 | $2,504.70 |
| | **Associate Total** | | | **3.30** | **$2,504.70** |
| **203 Total** | | | | **5.20** | **$3,946.80** |
| **204** | **Partner** | Margaret A. Dale | 759 | 3.10 | $2,352.90 |
| | **Partner Total** | | | **3.10** | **$2,352.90** |
| | **Associate** | Alexandra K. Skellet | 759 | 0.90 | $683.10 |
| | | Chris Theodoridis | 759 | 0.40 | $303.60 |
| | **Associate Total** | | | **1.30** | **$986.70** |
| **204 Total** | | | | **4.40** | **$3,339.60** |
| **205** | **Partner** | Margaret A. Dale | 759 | 3.40 | $2,580.60 |
| | **Partner Total** | | | **3.40** | **$2,580.60** |
| **205 Total** | | | | **3.40** | **$2,580.60** |
| **206** | **Partner** | Brian S. Rosen | 759 | 1.10 | $834.90 |
| | | Margaret A. Dale | 759 | 0.40 | $303.60 |
| | | Michael A. Firestein | 759 | 0.60 | $455.40 |
| | | Paul Possinger | 759 | 0.90 | $683.10 |
| | | Timothy W. Mungovan | 759 | 0.20 | $151.80 |
| | **Partner Total** | | | **3.20** | **$2,428.80** |
| | **Senior Counsel** | Jennifer L. Roche | 759 | 19.20 | $14,572.80 |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Senior Counsel Total** | | | **19.20** | **$14,572.80** |
| | Associate | Maja Zerjal | 789 | 0.60 | $473.40 |
| | **Associate Total** | | | **0.60** | **$473.40** |
| | Legal Assistant | Lawrence T. Silvestro | 260 | 6.70 | $1,742.00 |
| | **Legal Assistant Total** | | | **6.70** | **$1,742.00** |
| **206 Total** | | | | **29.70** | **$19,217.00** |
| 207 | Partner | Margaret A. Dale | 759 | 4.90 | $3,719.10 |
| | | Michael A. Firestein | 759 | 1.80 | $1,366.20 |
| | | Stephen L. Ratner | 759 | 0.20 | $151.80 |
| | | Timothy W. Mungovan | 759 | 0.70 | $531.30 |
| | **Partner Total** | | | **7.60** | **$5,768.40** |
| | Senior Counsel | Jennifer L. Roche | 759 | 4.20 | $3,187.80 |
| | **Senior Counsel Total** | | | **4.20** | **$3,187.80** |
| | Associate | Alexandra K. Skellet | 759 | 4.10 | $3,111.90 |
| | **Associate Total** | | | **4.10** | **$3,111.90** |
| **207 Total** | | | | **15.90** | **$12,068.10** |
| 208 | Partner | Michael A. Firestein | 759 | 0.30 | $227.70 |
| | | Paul Possinger | 759 | 0.80 | $607.20 |
| | **Partner Total** | | | **1.10** | **$834.90** |
| | Associate | Maja Zerjal | 759 | 11.70 | $8,880.30 |
| | | Steve Ma | 759 | 0.30 | $227.70 |
| | **Associate Total** | | | **12.00** | **$9,108.00** |
| **208 Total** | | | | **13.10** | **$9,942.90** |
| 209 | Partner | Brian S. Rosen | 759 | 0.20 | $151.80 |
| | **Partner Total** | | | **0.20** | **$151.80** |
| **209 Total** | | | | **0.20** | **$151.80** |
| 210 | Partner | Carlos E. Martinez | 759 | 0.30 | $227.70 |
| | | Ehud Barak | 759 | 0.70 | $531.30 |
| | | Lary Alan Rappaport | 759 | 0.10 | $75.90 |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Margaret A. Dale | 759 | 13.80 | $10,474.20 |
| | | Michael A. Firestein | 759 | 2.30 | $1,745.70 |
| | | Stephen L. Ratner | 759 | 0.50 | $379.50 |
| | | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **18.00** | **$13,662.00** |
| | **Senior Counsel** | Jennifer L. Roche | 759 | 4.80 | $3,643.20 |
| | **Senior Counsel Total** | | | **4.80** | **$3,643.20** |
| | **Associate** | Alexandra K. Skellet | 759 | 41.90 | $31,802.10 |
| | | Brandon C. Clark | 759 | 0.20 | $151.80 |
| | **Associate Total** | | | **42.10** | **$31,953.90** |
| **210 Total** | | | | **64.90** | **$49,259.10** |
| 212 | Legal Assistant | Laura M. Geary | 260 | 0.90 | $234.00 |
| | | Lawrence T. Silvestro | 260 | 2.20 | $572.00 |
| | | Tiffany Miller | 260 | 0.20 | $52.00 |
| | **Legal Assistant Total** | | | **3.30** | **$858.00** |
| | **Practice Support** | Paul V. Giarrusso | 260 | 4.20 | $1,092.00 |
| | | Yvonne O. Ike | 260 | 9.30 | $2,418.00 |
| | **Practice Support Total** | | | **13.50** | **$3,510.00** |
| **212 Total** | | | | **16.80** | **$4,368.00** |
| **GRAND TOTAL** | | | | **161.20** | **$110,642.30** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0953 HTA – Miscellaneous (Puerto Rico)** | | | | | |
| **201** | **Partner** | Margaret A. Dale | 759 | 0.40 | $303.60 |
|  | **Partner Total** |  |  | **0.40** | **$303.60** |
| **201 Total** | | | | **0.40** | **$303.60** |
| **203** | **Partner** | Margaret A. Dale | 759 | 4.90 | $3,719.10 |
|  | **Partner Total** |  |  | **4.90** | **$3,719.10** |
| **203 Total** | | | | **4.90** | **$3,719.10** |
| **204** | **Partner** | Martin J. Bienenstock | 759 | 6.60 | $5,009.40 |
|  | **Partner Total** |  |  | **6.60** | **$5,009.40** |
| **204 Total** | | | | **6.60** | **$5,009.40** |
| **210** | **Partner** | Margaret A. Dale | 759 | 14.80 | $11,233.20 |
|  | **Partner Total** |  |  | **14.80** | **$11,233.20** |
| **210 Total** | | | | **14.80** | **$11,233.20** |
| **211** | **Partner** | Margaret A. Dale | 759 | 7.10 | $5,388.90 |
|  | **Partner Total** |  |  | **7.10** | **$5,388.90** |
| **211 Total** | | | | **7.10** | **$5,388.90** |
| **GRAND TOTAL** | | | | **33.80** | **$25,654.20** |