**Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|

### MATTER 33260.0007 ERS - General

**201 -** Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants

| | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Partner** | Martin J. Bienenstock | 789 | 1.20 | $946.80 |
| | | Paul Possinger | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **1.40** | **$1,104.60** |
| | **Associate** | Maja Zerjal | 789 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **201 Total** | | | | **2.10** | **$1,656.90** |

**202 -** Legal Research

| | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Partner** | Ehud Barak | 759 | 3.90 | $2,960.10 |
| | **Partner Total** | | | **3.90** | **$2,960.10** |
| | **Associate** | Elliot Stevens | 759 | 17.40 | $13,206.60 |
| | | | 789 | 0.20 | $157.80 |
| | | Joshua A. Esses | 759 | 4.50 | $3,415.50 |
| | **Associate Total** | | | **22.10** | **$16,779.90** |
| | **Law Clerk** | Sarah Hughes | 260 | 21.80 | $5,668.00 |
| | **Law Clerk Total** | | | **21.80** | **$5,668.00** |
| **202 Total** | | | | **47.80** | **$25,408.00** |

**204 -** Communications with Claimholders

| | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Partner** | Martin J. Bienenstock | 789 | 0.30 | $236.70 |
| | | Michael A. Firestein | 789 | 0.10 | $78.90 |
| | | Paul Possinger | 789 | 3.10 | $2,445.90 |
| | | Stephen L. Ratner | 789 | 0.20 | $157.80 |
| | | Steven O. Weise | 789 | 0.70 | $552.30 |
| | | Timothy W. Mungovan | 789 | 0.50 | $394.50 |
| | **Partner Total** | | | **4.90** | **$3,866.10** |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | Senior Counsel | Michael R. Hackett | 789 | 0.30 | $236.70 |
| | **Senior Counsel Total** | | | **0.30** | **$236.70** |
| | Associate | Elliot Stevens | 789 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **204 Total** | | | | **5.50** | **$4,339.50** |
| 205 - | **Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities** | | | | |
| | Partner | Jeffrey W. Levitan | 789 | 0.30 | $236.70 |
| | | Paul Possinger | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.50** | **$394.50** |
| | Associate | Maja Zerjal | 789 | 1.70 | $1,341.30 |
| | **Associate Total** | | | **1.70** | **$1,341.30** |
| **205 Total** | | | | **2.20** | **$1,735.80** |
| 210 - | **Analysis and Strategy** | | | | |
| | Partner | Brian S. Rosen | 789 | 0.30 | $236.70 |
| | | Jeffrey W. Levitan | 759 | 2.90 | $2,201.10 |
| | | | 789 | 12.30 | $9,704.70 |
| | | Martin J. Bienenstock | 789 | 0.60 | $473.40 |
| | | Michael A. Firestein | 789 | 0.20 | $157.80 |
| | | Paul Possinger | 759 | 4.10 | $3,111.90 |
| | | | 789 | 2.10 | $1,656.90 |
| | | Stephen L. Ratner | 789 | 0.10 | $78.90 |
| | | Steven O. Weise | 759 | 12.50 | $9,487.50 |
| | | Timothy W. Mungovan | 789 | 0.50 | $394.50 |
| | **Partner Total** | | | **35.60** | **$27,503.40** |
| | Senior Counsel | Michael R. Hackett | 789 | 0.50 | $394.50 |
| | **Senior Counsel Total** | | | **0.50** | **$394.50** |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | Associate | Daniel Desatnik | 759 | 0.90 | $683.10 |
| | | Elliot Stevens | 759 | 7.90 | $5,996.10 |
| | | | 789 | 11.00 | $8,679.00 |
| | | Maja Zerjal | 759 | 17.00 | $12,903.00 |
| | | | 789 | 2.70 | $2,130.30 |
| | | William D. Dalsen | 789 | 0.50 | $394.50 |
| | **Associate Total** | | | **40.00** | **$30,786.00** |
| **210 Total** | | | | **76.10** | **$58,683.90** |
| 212 - | **General Administration** | | | | |
| | **Law Clerk** | Philip Omorogbe | 270 | 3.20 | $864.00 |
| | **Law Clerk Total** | | | **3.20** | **$864.00** |
| | **Library** | Sherri Cupplo | 260 | 0.70 | $182.00 |
| | **Library Total** | | | **0.70** | **$182.00** |
| **212 Total** | | | | **3.90** | **$1,046.00** |
| 213- | **Labor, Pension Matters** | | | | |
| | **Associate** | Mee R. Kim | 789 | 2.20 | $1,735.80 |
| | **Associate Total** | | | **2.20** | **$1,735.80** |
| **213 Total** | | | | **2.20** | **$1,735.80** |
| 215 - | **Plan of Adjustment and Disclosure Statement** | | | | |
| | **Partner** | Brian S. Rosen | 759 | 1.50 | $1,138.50 |
| | | Jeffrey W. Levitan | 759 | 6.80 | $5,161.20 |
| | **Partner Total** | | | **8.30** | **$6,299.70** |
| **215 Total** | | | | **8.30** | **$6,299.70** |
| 218 - | **Employment and Fee Applications** | | | | |
| | **Associate** | Elliot Stevens | 759 | 4.30 | $3,263.70 |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Mee R. Kim | 759 | 0.60 | $455.40 |
| | **Associate Total** | | | **4.90** | **$3,719.10** |
| | Law Clerk | Philip Omorogbe | 260 | 0.50 | $130.00 |
| | **Law Clerk Total** | | | **0.50** | **$130.00** |
| | Legal Assistant | Natasha Petrov | 260 | 18.70 | $4,862.00 |
| | | | 270 | 4.80 | $1,296.00 |
| | **Legal Assistant Total** | | | **23.50** | **$6,158.00** |
| **218 Total** | | | | **28.90** | **$10,007.10** |
| **GRAND TOTAL** | | | | **177.00** | **$110,912.70** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0045 ERS – Altair** | | | | | |
| 202 | Associate | Elliot Stevens | 759 | 3.10 | $2,352.90 |
| | **Associate Total** | | | **3.10** | **$2,352.90** |
| **202 Total** | | | | **3.10** | **$2,352.90** |
| 210 | Partner | Steven O. Weise | 759 | 8.40 | $6,375.60 |
| | | | 789 | 15.20 | $11,992.80 |
| | **Partner Total** | | | **23.60** | **$18,368.40** |
| **210 Total** | | | | **23.60** | **$18,368.40** |
| 211 | Partner | Jeffrey W. Levitan | 789 | 2.60 | $2,051.40 |
| | **Partner Total** | | | **2.60** | **$2,051.40** |
| | Senior Counsel | Michael R. Hackett | 789 | 2.90 | $2,288.10 |
| | **Senior Counsel Total** | | | **2.90** | **$2,288.10** |
| | Associate | William D. Dalsen | 789 | 3.50 | $2,761.50 |
| | **Associate Total** | | | **3.50** | **$2,761.50** |
| **211 Total** | | | | **9.00** | **$7,101.00** |
| 212 | Legal Assistant | Angelo Monforte | 260 | 5.60 | $1,456.00 |
| | | Eamon Wizner | 260 | 14.20 | $3,692.00 |
| | | Gabriela A. Urias | 260 | 1.70 | $442.00 |
| | | Joseph P. Wolf | 260 | 8.40 | $2,184.00 |
| | | | 270 | 3.10 | $837.00 |
| | | Julia L. Sutherland | 260 | 2.00 | $520.00 |
| | | Laura M. Geary | 260 | 1.50 | $390.00 |
| | | Lawrence T. Silvestro | 260 | 17.10 | $4,446.00 |
| | | | 270 | 1.10 | $297.00 |
| | | Magali Giddens | 260 | 8.50 | $2,210.00 |
| | | Olga A. Golinder | 260 | 5.40 | $1,404.00 |
| | | Tiffany Miller | 260 | 3.90 | $1,014.00 |
| | **Legal Assistant Total** | | | **72.50** | **$18,892.00** |
| | Litigation Support | Laurie A. Henderson | 260 | 0.70 | $182.00 |
| | **Litigation Support Total** | | | **0.70** | **$182.00** |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | | | |
| **212 Total** | | | | **73.20** | **$19,074.00** |
| 218 | Legal Assistant | Natasha Petrov | 260 | 0.40 | $104.00 |
| | **Legal Assistant Total** | | | **0.40** | **$104.00** |
| | | | | | |
| **218 Total** | | | | **0.40** | **$104.00** |
| 219 | Partner | Brian S. Rosen | 759 | 0.30 | $227.70 |
| | | | 789 | 1.00 | $789.00 |
| | | Jeffrey W. Levitan | 759 | 83.20 | $63,148.80 |
| | | | 789 | 41.30 | $32,585.70 |
| | | Jonathan E. Richman | 789 | 0.60 | $473.40 |
| | | Kevin J. Perra | 759 | 30.20 | $22,921.80 |
| | | | 789 | 5.00 | $3,945.00 |
| | | Mark Harris | 759 | 0.60 | $455.40 |
| | | | 789 | 0.30 | $236.70 |
| | | Martin J. Bienenstock | 759 | 13.80 | $10,474.20 |
| | | | 789 | 8.90 | $7,022.10 |
| | | Michael A. Firestein | 759 | 3.50 | $2,656.50 |
| | | | 789 | 0.90 | $710.10 |
| | | Paul Possinger | 759 | 8.80 | $6,679.20 |
| | | | 789 | 2.30 | $1,814.70 |
| | | Ralph C. Ferrara | 789 | 1.20 | $946.80 |
| | | Stephen L. Ratner | 759 | 7.40 | $5,616.60 |
| | | | 789 | 7.20 | $5,680.80 |
| | | Steven O. Weise | 759 | 98.20 | $74,533.80 |
| | | | 789 | 55.00 | $43,395.00 |
| | | Timothy W. Mungovan | 759 | 20.90 | $15,863.10 |
| | | | 789 | 9.00 | $7,101.00 |
| | **Partner Total** | | | **399.60** | **$307,277.40** |
| | | | | | |
| | Senior Counsel | John E. Roberts | 759 | 106.90 | $81,137.10 |
| | | | 789 | 14.60 | $11,519.40 |
| | | Michael R. Hackett | 759 | 61.60 | $46,754.40 |
| | | | 789 | 32.10 | $25,326.90 |
| | **Senior Counsel Total** | | | **215.20** | **$164,737.80** |
| | | | | | |
| | Associate | Alexandra K. Skellet | 759 | 3.60 | $2,732.40 |
| | | Daniel Desatnik | 789 | 1.10 | $867.90 |

6

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Elliot Stevens | 789 | 0.40 | $315.60 |
| | | Maja Zerjal | 789 | 7.50 | $5,917.50 |
| | | Matthew J. Morris | 789 | 0.90 | $710.10 |
| | | William D. Dalsen | 759 | 40.00 | $30,360.00 |
| | | | 789 | 32.10 | $25,326.90 |
| | **Associate Total** | | | **85.60** | **$66,230.40** |
| | Law Clerk | Carl Mazurek | 260 | 7.50 | $1,950.00 |
| | **Law Clerk Total** | | | **7.50** | **$1,950.00** |
| | Legal Assistant | Angelo Monforte | 260 | 2.40 | $624.00 |
| | | Lawrence T. Silvestro | 260 | 3.40 | $884.00 |
| | **Legal Assistant Total** | | | **5.80** | **$1,508.00** |
| | | | 789 | 7.20 | $5,680.80 |
| **219 Total** | | | | **713.70** | **$541,703.60** |
| **GRAND TOTAL** | | | | **823.00** | **$588,703.90** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0046 ERS – Pension Challenge** | | | | | |
| **201** | **Partner** | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | 0.30 | $227.70 |
| **201 Total** | | | | 0.30 | $227.70 |
| | **204** | **Partner** | | | |
| | | Guy Brenner | 759 | 3.80 | $2,884.20 |
| | | Kevin J. Perra | 759 | 1.80 | $1,366.20 |
| | | Martin J. Bienenstock | 759 | 0.30 | $227.70 |
| | | Paul Possinger | 759 | 0.80 | $607.20 |
| | **Partner Total** | | | 6.70 | $5,085.30 |
| **204 Total** | | | | 6.70 | $5,085.30 |
| | **205** | **Partner** | | | |
| | | Guy Brenner | 759 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | 0.40 | $303.60 |
| **205 Total** | | | | 0.40 | $303.60 |
| | **206** | **Partner** | | | |
| | | Guy Brenner | 759 | 1.40 | $1,062.60 |
| | | Kevin J. Perra | 759 | 0.30 | $227.70 |
| | | Martin J. Bienenstock | 759 | 0.60 | $455.40 |
| | | Paul Possinger | 759 | 2.20 | $1,669.80 |
| | | Stephen L. Ratner | 759 | 0.30 | $227.70 |
| | | Timothy W. Mungovan | 759 | 1.30 | $986.70 |
| | **Partner Total** | | | 6.10 | $4,629.90 |
| **206 Total** | | | | 6.10 | $4,629.90 |
| | **210** | **Partner** | | | |
| | | Guy Brenner | 759 | 1.20 | $910.80 |
| | | Kevin J. Perra | 759 | 0.40 | $303.60 |
| | | Paul Possinger | 759 | 0.40 | $303.60 |
| | | Stephen L. Ratner | 759 | 0.30 | $227.70 |
| | | Timothy W. Mungovan | 759 | 0.90 | $683.10 |
| | **Partner Total** | | | 3.20 | $2,428.80 |
| **210 Total** | | | | 3.20 | $2,428.80 |
| | **212** | **Legal Assistant** | | | |
| | | Angelo Monforte | 260 | 0.40 | $104.00 |
| | | Lawrence T. Silvestro | 260 | 2.10 | $546.00 |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Magali Giddens | 260 | 0.30 | $78.00 |
| | **Legal Assistant Total** | | | **2.80** | **$728.00** |
| | **212 Total** | | | **2.80** | **$728.00** |
| | **GRAND TOTAL** | | | **19.50** | **$13,403.30** |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0048 ERS – Miscellaneous** | | | | | |
| 206 | Partner | Paul Possinger | 759 | 1.20 | $910.80 |
| | **Partner Total** | | | **1.20** | **$910.80** |
| **206 Total** | | | | **1.20** | **$910.80** |
| 208 | Partner | Paul Possinger | 759 | 1.40 | $1,062.60 |
| | **Partner Total** | | | **1.40** | **$1,062.60** |
| | Associate | Steve Ma | 759 | 11.80 | $8,956.20 |
| | **Associate Total** | | | **11.80** | **$8,956.20** |
| **208 Total** | | | | **13.20** | **$10,018.80** |
| **GRAND TOTAL** | | | | **14.40** | **$10,929.60** |