## **Exhibit C**

### **Task Code Time Breakdown**

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|

**MATTER 33260.0022 PREPA - General**

### 201 –   Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|------|--------|
| | Partner | Brian S. Rosen | 759 | 0.50 | $379.50 |
| | | Ehud Barak | 759 | 25.40 | $19,278.60 |
| | | | 789 | 21.70 | $17,121.30 |
| | | Jonathan E. Richman | 789 | 0.50 | $394.50 |
| | | Martin J. Bienenstock | 759 | 4.10 | $3,111.90 |
| | | | 789 | 0.80 | $631.20 |
| | | Paul Possinger | 759 | 24.30 | $18,443.70 |
| | | | 789 | 13.90 | $10,967.10 |
| | | Ralph C. Ferrara | 789 | 0.50 | $394.50 |
| | **Partner Total** | | | **91.70** | **$70,722.30** |
| | Associate | Daniel Desatnik | 759 | 10.50 | $7,969.50 |
| | | | 789 | 1.80 | $1,420.20 |
| | | Elliot Stevens | 759 | 3.10 | $2,352.90 |
| | | | 789 | 3.90 | $3,077.10 |
| | | Mee R. Kim | 759 | 0.70 | $531.30 |
| | **Associate Total** | | | **20.00** | **$15,351.00** |

**201 Total** · **111.70** · **$86,073.30**

### 202 –   Legal Research

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|------|--------|
| | Partner | Ehud Barak | 759 | 2.20 | $1,669.80 |
| | **Partner Total** | | | **2.20** | **$1,669.80** |
| | Associate | Elliot Stevens | 759 | 27.80 | $21,100.20 |
| | | | 789 | 0.30 | $236.70 |
| | | Joshua A. Esses | 759 | 4.60 | $3,491.40 |
| | **Associate Total** | | | **32.70** | **$24,828.30** |
| | Law Clerk | Philip Omorogbe | 260 | 17.60 | $4,576.00 |
| | | | 270 | 6.70 | $1,809.00 |
| | **Law Clerk Total** | | | **24.30** | **$6,385.00** |

**202 Total** · **59.20** · **$32,883.10**

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **204 -** | **Communications with Claimholders** | | | | |
| | **Partner** | Brian S. Rosen | 759 | 0.70 | $531.30 |
| | | Ehud Barak | 759 | 37.00 | $28,083.00 |
| | | | 789 | 0.60 | $473.40 |
| | | Martin J. Bienenstock | 759 | 4.40 | $3,339.60 |
| | | Paul Possinger | 759 | 22.30 | $16,925.70 |
| | | | 789 | 3.50 | $2,761.50 |
| | | Ralph C. Ferrara | 759 | 0.30 | $227.70 |
| | | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **69.10** | **$52,569.90** |
| | **Associate** | Daniel Desatnik | 759 | 3.00 | $2,277.00 |
| | | Elliot Stevens | 759 | 9.70 | $7,362.30 |
| | | Maja Zerjal | 759 | 2.70 | $2,049.30 |
| | **Associate Total** | | | **15.40** | **$11,688.60** |
| **204 Total** | | | | **84.50** | **$64,258.50** |
| **205 -** | **Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities** | | | | |
| | **Partner** | Ehud Barak | 759 | 46.80 | $35,521.20 |
| | | | 789 | 6.90 | $5,444.10 |
| | | Martin J. Bienenstock | 759 | 18.40 | $13,965.60 |
| | | | 789 | 2.00 | $1,578.00 |
| | | Paul Possinger | 759 | 20.40 | $15,483.60 |
| | | | 789 | 3.90 | $3,077.10 |
| | **Partner Total** | | | **98.40** | **$75,069.60** |
| | **Associate** | Daniel Desatnik | 759 | 21.80 | $16,546.20 |
| | | Elliot Stevens | 759 | 41.60 | $31,574.40 |
| | | | 789 | 1.70 | $1,341.30 |
| | | Steve Ma | 759 | 0.30 | $227.70 |
| | **Associate Total** | | | **65.40** | **$49,689.60** |
| | **Law Clerk** | Philip Omorogbe | 260 | 1.70 | $442.00 |
| | **Law Clerk Total** | | | **1.70** | **$442.00** |
| **205 Total** | | | | **165.50** | **$125,201.20** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **206 -** | **Documents Filed on Behalf of the Board** | | | | |
| | Partner | Ehud Barak | 759 | 0.80 | $607.20 |
| | | Paul Possinger | 759 | 2.30 | $1,745.70 |
| | | | 789 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **4.40** | **$3,378.60** |
| | **Associate** | Daniel Desatnik | 759 | 0.80 | $607.20 |
| | | | 789 | 6.00 | $4,734.00 |
| | | Elliot Stevens | 759 | 4.30 | $3,263.70 |
| | | Steve Ma | 759 | 1.90 | $1,442.10 |
| | **Associate Total** | | | **13.00** | **$10,047.00** |
| **206 Total** | | | | **17.40** | **$13,425.60** |
| **207 -** | **Non-Board Court Filings** | | | | |
| | Partner | Paul Possinger | 759 | 0.40 | $303.60 |
| | **Partner Total** | | | **0.40** | **$303.60** |
| **207 Total** | | | | **0.40** | **$303.60** |
| **210 -** | **Analysis and Strategy** | | | | |
| | Partner | Ehud Barak | 759 | 119.30 | $90,548.70 |
| | | | 789 | 29.90 | $23,591.10 |
| | | Gregg M. Mashberg | 759 | 0.50 | $379.50 |
| | | Jeffrey W. Levitan | 759 | 1.90 | $1,442.10 |
| | | Jonathan E. Richman | 789 | 0.20 | $157.80 |
| | | Kristen V. Campana | 759 | 4.40 | $3,339.60 |
| | | Martin J. Bienenstock | 759 | 4.80 | $3,643.20 |
| | | | 789 | 0.60 | $473.40 |
| | | Michael A. Firestein | 759 | 0.20 | $151.80 |
| | | Paul Possinger | 759 | 77.80 | $59,050.20 |
| | | | 789 | 31.10 | $24,537.90 |
| | | Ralph C. Ferrara | 759 | 10.10 | $7,665.90 |
| | | | 789 | 1.90 | $1,499.10 |
| | | Stephen L. Ratner | 759 | 0.30 | $227.70 |
| | | Steven O. Weise | 759 | 25.30 | $19,202.70 |
| | | | 789 | 4.40 | $3,471.60 |
| | **Partner Total** | | | **312.70** | **$239,382.30** |

3

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Associate** | Alexandra V. Bargoot | 759 | 2.60 | $1,973.40 |
| | | Daniel Desatnik | 759 | 39.90 | $30,284.10 |
| | | | 789 | 2.20 | $1,735.80 |
| | | Elliot Stevens | 759 | 10.10 | $7,665.90 |
| | | | 789 | 18.60 | $14,675.40 |
| | | Joshua A. Esses | 759 | 0.40 | $303.60 |
| | | Maja Zerjal | 759 | 0.70 | $531.30 |
| | | Mee R. Kim | 759 | 1.10 | $834.90 |
| | **Associate Total** | | | **75.60** | **$58,004.40** |
| | **Law Clerk** | Philip Omorogbe | 260 | 20.50 | $5,330.00 |
| | | | 270 | 0.50 | $135.00 |
| | **Law Clerk Total** | | | **21.00** | **$5,465.00** |
| **210 Total** | | | | **409.30** | **$302,851.70** |
| **211 -** | **Non-Working Travel Time** | | | | |
| | **Partner** | Paul Possinger | 759 | 12.60 | $9,563.40 |
| | **Partner Total** | | | **12.60** | **$9,563.40** |
| **211 Total** | | | | **12.60** | **$9,563.40** |
| **212 -** | **General Administration** | | | | |
| | **Legal Assistant** | Eamon Wizner | 260 | 1.10 | $286.00 |
| | | Laura M. Geary | 260 | 0.60 | $156.00 |
| | | Magali Giddens | 260 | 0.80 | $208.00 |
| | **Legal Assistant Total** | | | **2.50** | **$650.00** |
| **212 Total** | | | | **2.50** | **$650.00** |
| **214 -** | **Legal/Regulatory Matters** | | | | |
| | **Partner** | Brian S. Rosen | 759 | 3.10 | $2,352.90 |
| | | Ehud Barak | 759 | 8.00 | $6,072.00 |
| | **Partner Total** | | | **11.10** | **$8,424.90** |
| **214 Total** | | | | **11.10** | **$8,424.90** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **215 -** | **Plan of Adjustment and Disclosure Statement** | | | | |
| | **Partner** | Ehud Barak | 759 | 2.80 | $2,125.20 |
| | **Partner Total** | | | **2.80** | **$2,125.20** |
| **215 Total** | | | | **2.80** | **$2,125.20** |
| **217 -** | **Tax** | | | | |
| | **Partner** | Martin T. Hamilton | 759 | 0.50 | $379.50 |
| | | Paul Possinger | 759 | 1.70 | $1,290.30 |
| | | Richard M. Corn | 759 | 12.60 | $9,563.40 |
| | **Partner Total** | | | **14.80** | **$11,233.20** |
| **217 Total** | | | | **14.80** | **$11,233.20** |
| **218 -** | **Employment and Fee Applications** | | | | |
| | **Associate** | Elliot Stevens | 759 | 7.00 | $5,313.00 |
| | | Mee R. Kim | 759 | 1.60 | $1,214.40 |
| | **Associate Total** | | | **8.60** | **$6,527.40** |
| | **Law Clerk** | Philip Omorogbe | 260 | 0.70 | $182.00 |
| | **Law Clerk Total** | | | **0.70** | **$182.00** |
| | **Legal Assistant** | Christopher M. Tarrant | 260 | 9.00 | $2,340.00 |
| | | Natasha Petrov | 260 | 32.50 | $8,450.00 |
| | | | 270 | 10.20 | $2,754.00 |
| | **Legal Assistant Total** | | | **51.70** | **$13,544.00** |
| **218 Total** | | | | **61.00** | **$20,253.40** |
| **GRAND TOTAL** | | | | **952.80** | **$677,247.10** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0030 PREPA - General (Puerto Rico)** | | | | | |
| **201** | **Partner** | Martin J. Bienenstock | 759 | 3.00 | $2,277.00 |
| | **Partner Total** | | | **3.00** | **$2,277.00** |
| **201 Total** | | | | **3.00** | **$2,277.00** |
| **205** | **Partner** | Paul Possinger | 759 | 2.20 | $1,669.80 |
| | **Partner Total** | | | **2.20** | **$1,669.80** |
| **205 Total** | | | | **2.20** | **$1,669.80** |
| **210** | **Partner** | Paul Possinger | 759 | 2.60 | $1,973.40 |
| | **Partner Total** | | | **2.60** | **$1,973.40** |
| **210 Total** | | | | **2.60** | **$1,973.40** |
| **211** | **Partner** | Paul Possinger | 759 | 5.20 | $3,946.80 |
| | **Partner Total** | | | **5.20** | **$3,946.80** |
| **211 Total** | | | | **5.20** | **$3,946.80** |
| **214** | **Partner** | Paul Possinger | 759 | 4.00 | $3,036.00 |
| | **Partner Total** | | | **4.00** | **$3,036.00** |
| **214 Total** | | | | **4.00** | **$3,036.00** |
| **GRAND TOTAL** | | | | **17.00** | **$12,903.00** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0032 PREPA – Financing Motion** | | | | | |
| **202** | **Partner** | Michael A. Firestein | 759 | 0.20 | $151.80 |
| | **Partner Total** | | | **0.20** | **$151.80** |
| **202 Total** | | | | **0.20** | **$151.80** |
| **210** | **Partner** | Michael A. Firestein | 759 | 3.70 | $2,808.30 |
| | | Paul Possinger | 759 | 0.30 | $227.70 |
| | | Ralph C. Ferrara | 759 | 0.60 | $455.40 |
| | **Partner Total** | | | **4.60** | **$3,491.40** |
| **210 Total** | | | | **4.60** | **$3,491.40** |
| **GRAND TOTAL** | | | | **4.80** | **$3,643.20** |

7

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0054 PREPA – PREC** | | | | | |
| **201** | **Partner** | Gregg M. Mashberg | 759 | 1.60 | $1,214.40 |
| | | | 789 | 0.70 | $552.30 |
| | | Margaret A. Dale | 789 | 1.50 | $1,183.50 |
| | | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **4.10** | **$3,177.90** |
| | **Associate** | Laura Stafford | 759 | 1.50 | $1,138.50 |
| | | | 789 | 2.10 | $1,656.90 |
| | **Associate Total** | | | **3.60** | **$2,795.40** |
| **201 Total** | | | | **7.70** | **$5,973.30** |
| **204** | **Partner** | Gregg M. Mashberg | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **204 Total** | | | | **0.20** | **$157.80** |
| **205** | **Partner** | Gregg M. Mashberg | 759 | 0.80 | $607.20 |
| | | | 789 | 0.20 | $157.80 |
| | | Margaret A. Dale | 759 | 0.20 | $151.80 |
| | | | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **1.40** | **$1,074.60** |
| | **Associate** | Laura Stafford | 759 | 0.30 | $227.70 |
| | | | 789 | 0.80 | $631.20 |
| | **Associate Total** | | | **1.10** | **$858.90** |
| **205 Total** | | | | **2.50** | **$1,933.50** |
| **206** | **Partner** | Gregg M. Mashberg | 759 | 1.40 | $1,062.60 |
| | | Margaret A. Dale | 789 | 0.90 | $710.10 |
| | | Michael A. Firestein | 759 | 0.20 | $151.80 |
| | | Timothy W. Mungovan | 759 | 0.20 | $151.80 |
| | **Partner Total** | | | **2.70** | **$2,076.30** |
| | **Associate** | Hena Vora | 759 | 0.40 | $303.60 |
| | | Laura Stafford | 759 | 8.60 | $6,527.40 |
| | | | 789 | 0.40 | $315.60 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Associate Total** | | | **9.40** | **$7,146.60** |
| | Law Clerk | Hena Vora | 260 | 2.90 | $754.00 |
| | **Law Clerk Total** | | | **2.90** | **$754.00** |
| **206 Total** | | | | **15.00** | **$9,976.90** |
| **207** | Partner | Gregg M. Mashberg | 789 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | 759 | 0.20 | $151.80 |
| | | | 789 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.40** | **$309.60** |
| **207 Total** | | | | **0.40** | **$309.60** |
| **210** | Partner | Gregg M. Mashberg | 759 | 0.90 | $683.10 |
| | | | 789 | 0.40 | $315.60 |
| | **Partner Total** | | | **1.30** | **$998.70** |
| | Associate | Laura Stafford | 759 | 5.20 | $3,946.80 |
| | | | 789 | 0.40 | $315.60 |
| | **Associate Total** | | | **5.60** | **$4,262.40** |
| **210 Total** | | | | **6.90** | **$5,261.10** |
| **GRAND TOTAL** | | | | **32.70** | **$23,612.20** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0055 PREPA – Vitol** | | | | | |
| 201 | Partner | Jeffrey W. Levitan | 759 | 0.20 | $151.80 |
| | | Lary Alan Rappaport | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **0.50** | **$379.50** |
| | | | | | |
| | Associate | Elliot Stevens | 759 | 0.20 | $151.80 |
| | **Associate Total** | | | **0.20** | **$151.80** |
| **201 Total** | | | | **0.70** | **$531.30** |
| 202 | Partner | Jonathan E. Richman | 759 | 2.70 | $2,049.30 |
| | | Lary Alan Rappaport | 759 | 4.30 | $3,263.70 |
| | **Partner Total** | | | **7.00** | **$5,313.00** |
| | | | | | |
| | Associate | Chris Theodoridis | 759 | 4.20 | $3,187.80 |
| | | Elliot Stevens | 759 | 7.30 | $5,540.70 |
| | **Associate Total** | | | **11.50** | **$8,728.50** |
| **202 Total** | | | | **18.50** | **$14,041.50** |
| 204 | Partner | Lary Alan Rappaport | 759 | 1.00 | $759.00 |
| | **Partner Total** | | | **1.00** | **$759.00** |
| **204 Total** | | | | **1.00** | **$759.00** |
| 206 | Partner | Jeffrey W. Levitan | 759 | 12.20 | $9,259.80 |
| | | Jonathan E. Richman | 759 | 3.90 | $2,960.10 |
| | | Lary Alan Rappaport | 759 | 14.00 | $10,626.00 |
| | | Michael A. Firestein | 759 | 0.30 | $227.70 |
| | | Stephen L. Ratner | 759 | 0.20 | $151.80 |
| | | Timothy W. Mungovan | 759 | 0.20 | $151.80 |
| | **Partner Total** | | | **30.80** | **$23,377.20** |
| | | | | | |
| | Associate | Chris Theodoridis | 759 | 2.20 | $1,669.80 |
| | | Elliot Stevens | 759 | 24.80 | $18,823.20 |
| | **Associate Total** | | | **27.00** | **$20,493.00** |
| **206 Total** | | | | **57.80** | **$43,870.20** |
| 207 | Partner | Jeffrey W. Levitan | 759 | 1.10 | $834.90 |
| | | Lary Alan Rappaport | 759 | 0.70 | $531.30 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Michael A. Firestein | 759 | 0.70 | $531.30 |
| | | Timothy W. Mungovan | 759 | 0.60 | $455.40 |
| | **Partner Total** | | | **3.10** | **$2,352.90** |
| | **Associate** | Elliot Stevens | 759 | 0.30 | $227.70 |
| | **Associate Total** | | | **0.30** | **$227.70** |
| | | Timothy W. Mungovan | 759 | 0.60 | $455.40 |
| **207 Total** | | | | **3.40** | **$2,580.60** |
| **210** | **Partner** | Jeffrey W. Levitan | 759 | 6.20 | $4,705.80 |
| | | Jonathan E. Richman | 759 | 1.60 | $1,214.40 |
| | | Lary Alan Rappaport | 759 | 4.30 | $3,263.70 |
| | | Michael A. Firestein | 759 | 1.40 | $1,062.60 |
| | | Stephen L. Ratner | 759 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759 | 0.80 | $607.20 |
| | **Partner Total** | | | **14.40** | **$10,929.60** |
| | **Associate** | Elliot Stevens | 759 | 1.80 | $1,366.20 |
| | **Associate Total** | | | **1.80** | **$1,366.20** |
| **210 Total** | | | | **16.20** | **$12,295.80** |
| **212** | **Legal Assistant** | Olga A. Golinder | 260 | 0.80 | $208.00 |
| | **Legal Assistant Total** | | | **0.80** | **$208.00** |
| **212 Total** | | | | **0.80** | **$208.00** |
| **GRAND TOTAL** | | | | **98.40** | **$74,286.40** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0056 PREPA – UTIER CBA** | | | | | |
| **201** | **Partner** | Gregg M. Mashberg | 789 | 0.10 | $78.90 |
| | | Jonathan E. Richman | 759 | 1.10 | $834.90 |
| | | | 789 | 0.40 | $315.60 |
| | **Partner Total** | | | **1.60** | **$1,229.40** |
| **201 Total** | | | | **1.60** | **$1,229.40** |
| **202** | **Partner** | Michael A. Firestein | 759 | 0.20 | $151.80 |
| | **Partner Total** | | | **0.20** | **$151.80** |
| | **Law Clerk** | Elisa Carino | 260 | 5.40 | $1,404.00 |
| | **Law Clerk Total** | | | **5.40** | **$1,404.00** |
| **202 Total** | | | | **5.60** | **$1,555.80** |
| **204** | **Partner** | Gregg M. Mashberg | 759 | 2.00 | $1,518.00 |
| | | Guy Brenner | 759 | 0.40 | $303.60 |
| | | Jonathan E. Richman | 759 | 1.50 | $1,138.50 |
| | | | 789 | 0.40 | $315.60 |
| | **Partner Total** | | | **4.30** | **$3,275.70** |
| | **Associate** | Laura Stafford | 789 | 0.60 | $473.40 |
| | | Matthew J. Morris | 759 | 2.00 | $1,518.00 |
| | **Associate Total** | | | **2.60** | **$1,991.40** |
| **204 Total** | | | | **6.90** | **$5,267.10** |
| **205** | **Partner** | Gregg M. Mashberg | 789 | 1.40 | $1,104.60 |
| | | Guy Brenner | 759 | 0.20 | $151.80 |
| | | Jonathan E. Richman | 759 | 1.70 | $1,290.30 |
| | | | 789 | 2.00 | $1,578.00 |
| | | Stephen L. Ratner | 759 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **5.70** | **$4,428.30** |
| | **Associate** | Laura Stafford | 789 | 0.90 | $710.10 |
| | | Matthew J. Morris | 759 | 0.40 | $303.60 |
| | | | 789 | 1.60 | $1,262.40 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Associate Total** | | | **2.90** | **$2,276.10** |
| **205 Total** | | | | **8.60** | **$6,704.40** |
| 206 | **Partner** | Gregg M. Mashberg | 759 | 1.30 | $986.70 |
| | | | 789 | 0.20 | $157.80 |
| | | Guy Brenner | 759 | 1.80 | $1,366.20 |
| | | Jonathan E. Richman | 759 | 21.00 | $15,939.00 |
| | | | 789 | 0.40 | $315.60 |
| | | Martin J. Bienenstock | 759 | 6.60 | $5,009.40 |
| | | Michael A. Firestein | 759 | 0.30 | $227.70 |
| | | Stephen L. Ratner | 759 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759 | 1.70 | $1,290.30 |
| | **Partner Total** | | | **33.40** | **$25,368.60** |
| | **Associate** | Matthew J. Morris | 759 | 14.80 | $11,233.20 |
| | **Associate Total** | | | **14.80** | **$11,233.20** |
| | **Law Clerk** | Elisa Carino | 260 | 39.40 | $10,244.00 |
| | **Law Clerk Total** | | | **39.40** | **$10,244.00** |
| **206 Total** | | | | **87.60** | **$46,845.80** |
| 207 | **Partner** | Jonathan E. Richman | 789 | 1.20 | $946.80 |
| | | Scott A. Faust | 759 | 1.60 | $1,214.40 |
| | | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **3.10** | **$2,388.90** |
| **207 Total** | | | | **3.10** | **$2,388.90** |
| 210 | **Partner** | Gregg M. Mashberg | 759 | 0.80 | $607.20 |
| | | | 789 | 0.80 | $631.20 |
| | | Guy Brenner | 759 | 0.80 | $607.20 |
| | | Jonathan E. Richman | 759 | 7.20 | $5,464.80 |
| | | | 789 | 4.60 | $3,629.40 |
| | | Scott A. Faust | 759 | 0.80 | $607.20 |
| | | Stephen L. Ratner | 759 | 0.20 | $151.80 |
| | | | 789 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | 759 | 0.60 | $455.40 |
| | | | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **16.10** | **$12,390.90** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Associate** | Laura Stafford | 759 | 0.60 | $455.40 |
| | | | 789 | 1.40 | $1,104.60 |
| | | Matthew J. Morris | 759 | 1.30 | $986.70 |
| | | | 789 | 0.50 | $394.50 |
| | **Associate Total** | | | **3.80** | **$2,941.20** |
| **210 Total** | | | | **19.90** | **$15,332.10** |
| **212** | **Legal Assistant** | Angelo Monforte | 270 | 0.20 | $54.00 |
| | | Lawrence T. Silvestro | 270 | 1.20 | $324.00 |
| | **Legal Assistant Total** | | | **1.40** | **$378.00** |
| **212 Total** | | | | **1.40** | **$378.00** |
| **GRAND TOTAL** | | | | **134.70** | **$79,701.50** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0057 PREPA – Rule 2007** | | | | | |
| 201 | **Partner** | Margaret A. Dale | 759 | 0.30 | $227.70 |
| | | | 789 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.70** | **$543.30** |
| | **Associate** | Alexandra V. Bargoot | 759 | 0.60 | $455.40 |
| | | Laura Stafford | 759 | 3.90 | $2,960.10 |
| | | | 789 | 0.40 | $315.60 |
| | | Mee R. Kim | 759 | 0.30 | $227.70 |
| | **Associate Total** | | | **5.20** | **$3,958.80** |
| **201 Total** | | | | **5.90** | **$4,502.10** |
| 204 | **Partner** | Margaret A. Dale | 759 | 0.50 | $379.50 |
| | **Partner Total** | | | **0.50** | **$379.50** |
| | **Associate** | Laura Stafford | 759 | 1.20 | $910.80 |
| | | Mee R. Kim | 759 | 0.30 | $227.70 |
| | **Associate Total** | | | **1.50** | **$1,138.50** |
| **204 Total** | | | | **2.00** | **$1,518.00** |
| 205 | **Partner** | Gregg M. Mashberg | 759 | 0.10 | $75.90 |
| | | Margaret A. Dale | 759 | 1.80 | $1,366.20 |
| | **Partner Total** | | | **1.90** | **$1,442.10** |
| | **Associate** | Laura Stafford | 759 | 3.40 | $2,580.60 |
| | | Mee R. Kim | 759 | 0.80 | $607.20 |
| | **Associate Total** | | | **4.20** | **$3,187.80** |
| **205 Total** | | | | **6.10** | **$4,629.90** |
| 206 | **Associate** | Alexandra V. Bargoot | 759 | 0.70 | $531.30 |
| | **Associate Total** | | | **0.70** | **$531.30** |
| **206 Total** | | | | **0.70** | **$531.30** |
| 210 | **Partner** | Ehud Barak | 759 | 0.80 | $607.20 |
| | | Gregg M. Mashberg | 759 | 0.30 | $227.70 |
| | | | 789 | 0.30 | $236.70 |
| | | Margaret A. Dale | 759 | 1.80 | $1,366.20 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | | 789 | 1.10 | $867.90 |
| | | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **4.60** | **$3,533.40** |
| | **Associate** | Alexandra V. Bargoot | 759 | 0.90 | $683.10 |
| | | | 789 | 4.40 | $3,471.60 |
| | | Laura Stafford | 759 | 1.40 | $1,062.60 |
| | | | 789 | 0.70 | $552.30 |
| | | Mee R. Kim | 759 | 1.60 | $1,214.40 |
| | **Associate Total** | | | **9.00** | **$6,984.00** |
| **210 Total** | | | | **13.60** | **$10,517.40** |
| **212** | **Legal Assistant** | Magali Giddens | 260 | 0.40 | $104.00 |
| | | Tiffany Miller | 260 | 0.70 | $182.00 |
| | **Legal Assistant Total** | | | **1.10** | **$286.00** |
| **212 Total** | | | | **1.10** | **$286.00** |
| **GRAND TOTAL** | | | | **29.40** | **$21,984.70** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | | | | |
| **MATTER 33260.0058 PREPA – Receiver Motions** | | | | | |
| | | | | | |
| **201** | **Partner** | Ehud Barak | 789 | 2.70 | $2,130.30 |
| | | Gregg M. Mashberg | 759 | 0.80 | $607.20 |
| | | | 789 | 0.60 | $473.40 |
| | | Margaret A. Dale | 759 | 1.40 | $1,062.60 |
| | | | 789 | 8.30 | $6,548.70 |
| | | Martin J. Bienenstock | 759 | 11.00 | $8,349.00 |
| | | Paul Possinger | 759 | 3.10 | $2,352.90 |
| | | | 789 | 1.60 | $1,262.40 |
| | | Stephen L. Ratner | 759 | 0.50 | $379.50 |
| | | Timothy W. Mungovan | 759 | 0.90 | $683.10 |
| | **Partner Total** | | | **30.90** | **$23,849.10** |
| | | | | | |
| | **Associate** | Brandon C. Clark | 759 | 0.50 | $379.50 |
| | | Daniel Desatnik | 759 | 3.80 | $2,884.20 |
| | | | 789 | 1.40 | $1,104.60 |
| | | Elliot Stevens | 759 | 0.40 | $303.60 |
| | | Jennifer L. Jones | 789 | 7.20 | $5,680.80 |
| | | Laura Stafford | 759 | 0.60 | $455.40 |
| | **Associate Total** | | | **13.90** | **$10,808.10** |
| | | | | | |
| **201 Total** | | | | **44.80** | **$34,657.20** |
| **202** | **Partner** | Ehud Barak | 759 | 33.00 | $25,047.00 |
| | | | 789 | 8.80 | $6,943.20 |
| | | Gregg M. Mashberg | 759 | 1.60 | $1,214.40 |
| | | | 789 | 0.50 | $394.50 |
| | | Martin J. Bienenstock | 759 | 4.60 | $3,491.40 |
| | | Paul Possinger | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **48.80** | **$37,318.20** |
| | | | | | |
| | **Senior Counsel** | Jonathan Galler | 759 | 2.30 | $1,745.70 |
| | **Senior Counsel Total** | | | **2.30** | **$1,745.70** |
| | | | | | |
| | **Associate** | Brandon C. Clark | 759 | 2.80 | $2,125.20 |
| | | | 789 | 1.00 | $789.00 |
| | | Brooke H. Blackwell | 759 | 4.00 | $3,036.00 |
| | | | 789 | 3.10 | $2,445.90 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Daniel Desatnik | 759 | 21.30 | $16,166.70 |
| | | | 789 | 0.60 | $473.40 |
| | | Elliot Stevens | 759 | 9.20 | $6,982.80 |
| | | | 789 | 5.90 | $4,655.10 |
| | | Joshua A. Esses | 759 | 3.90 | $2,960.10 |
| | | | 789 | 0.40 | $315.60 |
| | **Associate Total** | | | **52.20** | **$39,949.80** |
| | | | | | |
| | **Law Clerk** | Elisa Carino | 270 | 5.00 | $1,350.00 |
| | | Philip Omorogbe | 260 | 87.70 | $22,802.00 |
| | **Law Clerk Total** | | | **92.70** | **$24,152.00** |
| | | | | | |
| | **Legal Assistant** | Christopher M. Tarrant | 260 | 11.70 | $3,042.00 |
| | **Legal Assistant Total** | | | **11.70** | **$3,042.00** |
| **202 Total** | | | | **207.70** | **$106,207.70** |
| **203** | **Partner** | Timothy W. Mungovan | 759 | 0.40 | $303.60 |
| | **Partner Total** | | | **0.40** | **$303.60** |
| **203 Total** | | | | **0.40** | **$303.60** |
| **204** | **Partner** | Ehud Barak | 759 | 0.40 | $303.60 |
| | | | 789 | 0.60 | $473.40 |
| | | Gregg M. Mashberg | 759 | 12.40 | $9,411.60 |
| | | | 789 | 3.50 | $2,761.50 |
| | | Margaret A. Dale | 759 | 11.40 | $8,652.60 |
| | | | 789 | 16.50 | $13,018.50 |
| | | Martin J. Bienenstock | 759 | 0.50 | $379.50 |
| | | Paul Possinger | 759 | 4.70 | $3,567.30 |
| | | | 789 | 1.90 | $1,499.10 |
| | | Stephen L. Ratner | 759 | 0.20 | $151.80 |
| | **Partner Total** | | | **52.10** | **$40,218.90** |
| | | | | | |
| | **Senior Counsel** | Jonathan Galler | 759 | 2.40 | $1,821.60 |
| | **Senior Counsel Total** | | | **2.40** | **$1,821.60** |
| | | | | | |
| | **Associate** | Brandon C. Clark | 759 | 22.90 | $17,381.10 |
| | | | 789 | 9.50 | $7,495.50 |
| | | Daniel Desatnik | 759 | 0.60 | $455.40 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | | 789 | 3.20 | $2,524.80 |
| | | Jennifer L. Jones | 789 | 13.50 | $10,651.50 |
| | | Laura Stafford | 759 | 0.60 | $455.40 |
| | | | 789 | 1.90 | $1,499.10 |
| | | Maja Zerjal | 759 | 0.30 | $227.70 |
| | **Associate Total** | | | **52.50** | **$40,690.50** |
| | | | | | |
| | **Law Clerk** | Elisa Carino | 260 | 2.70 | $702.00 |
| | | | 270 | 1.90 | $513.00 |
| | **Law Clerk Total** | | | **4.60** | **$1,215.00** |
| | | | | | |
| **204 Total** | | | | **111.60** | **$83,946.00** |
| 205 | **Partner** | Ehud Barak | 759 | 4.10 | $3,111.90 |
| | | | 789 | 1.90 | $1,499.10 |
| | | Gregg M. Mashberg | 759 | 16.30 | $12,371.70 |
| | | | 789 | 5.00 | $3,945.00 |
| | | Jeffrey W. Levitan | 759 | 2.40 | $1,821.60 |
| | | Margaret A. Dale | 759 | 11.80 | $8,956.20 |
| | | | 789 | 9.70 | $7,653.30 |
| | | Martin J. Bienenstock | 759 | 1.80 | $1,366.20 |
| | | Paul Possinger | 759 | 6.00 | $4,554.00 |
| | | | 789 | 2.70 | $2,130.30 |
| | | Stephen L. Ratner | 759 | 2.40 | $1,821.60 |
| | | Timothy W. Mungovan | 759 | 2.30 | $1,745.70 |
| | **Partner Total** | | | **66.40** | **$50,976.60** |
| | | | | | |
| | **Senior Counsel** | Jonathan Galler | 759 | 0.70 | $531.30 |
| | **Senior Counsel Total** | | | **0.70** | **$531.30** |
| | | | | | |
| | **Associate** | Brandon C. Clark | 759 | 5.30 | $4,022.70 |
| | | | 789 | 3.10 | $2,445.90 |
| | | Chris Theodoridis | 759 | 1.70 | $1,290.30 |
| | | Daniel Desatnik | 759 | 4.00 | $3,036.00 |
| | | | 789 | 1.40 | $1,104.60 |
| | | Elliot Stevens | 759 | 4.00 | $3,036.00 |
| | | | 789 | 3.10 | $2,445.90 |
| | | Jennifer L. Jones | 789 | 5.00 | $3,945.00 |
| | | Laura Stafford | 759 | 0.60 | $455.40 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | 789 | 1.60 | $1,262.40 |
| | **Associate Total** | | | **29.80** | **$23,044.20** |
| | **Law Clerk** | Elisa Carino | 260 | 1.50 | $390.00 |
| | | | 270 | 1.10 | $297.00 |
| | **Law Clerk Total** | | | **2.60** | **$687.00** |
| **205 Total** | | | | **99.50** | **$75,239.10** |
| 206 | **Partner** | Ehud Barak | 759 | 52.90 | $40,151.10 |
| | | | 789 | 82.70 | $65,250.30 |
| | | Gregg M. Mashberg | 759 | 14.80 | $11,233.20 |
| | | | 789 | 19.40 | $15,306.60 |
| | | Margaret A. Dale | 759 | 5.40 | $4,098.60 |
| | | | 789 | 10.50 | $8,284.50 |
| | | Michael A. Firestein | 759 | 0.40 | $303.60 |
| | | Paul Possinger | 759 | 6.20 | $4,705.80 |
| | | | 789 | 21.50 | $16,963.50 |
| | | Steven O. Weise | 759 | 9.60 | $7,286.40 |
| | | | 789 | 1.80 | $1,420.20 |
| | | Timothy W. Mungovan | 759 | 0.60 | $455.40 |
| | **Partner Total** | | | **225.80** | **$175,459.20** |
| | **Associate** | Brandon C. Clark | 759 | 8.80 | $6,679.20 |
| | | | 789 | 21.50 | $16,963.50 |
| | | Daniel Desatnik | 759 | 91.80 | $69,676.20 |
| | | | 789 | 98.80 | $77,953.20 |
| | | Elliot Stevens | 759 | 25.40 | $19,278.60 |
| | | | 789 | 71.20 | $56,176.80 |
| | | Jennifer L. Jones | 789 | 24.50 | $19,330.50 |
| | **Associate Total** | | | **342.00** | **$266,058.00** |
| | **Law Clerk** | Elisa Carino | 260 | 14.20 | $3,692.00 |
| | | | 270 | 17.80 | $4,806.00 |
| | | Philip Omorogbe | 260 | 39.50 | $10,270.00 |
| | **Law Clerk Total** | | | **71.50** | **$18,768.00** |
| **206 Total** | | | | **639.30** | **$460,285.20** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **207** | **Partner** | Gregg M. Mashberg | 759 | 1.90 | $1,442.10 |
| | | Margaret A. Dale | 759 | 0.90 | $683.10 |
| | | Michael A. Firestein | 759 | 1.00 | $759.00 |
| | | Paul Possinger | 759 | 3.90 | $2,960.10 |
| | | | 789 | 0.90 | $710.10 |
| | | Stephen L. Ratner | 759 | 1.60 | $1,214.40 |
| | | Timothy W. Mungovan | 759 | 1.50 | $1,138.50 |
| | | | 789 | 0.40 | $315.60 |
| | **Partner Total** | | | **12.10** | **$9,222.90** |
| | **Senior Counsel** | Jonathan Galler | 759 | 1.50 | $1,138.50 |
| | **Senior Counsel Total** | | | **1.50** | **$1,138.50** |
| | **Associate** | Brandon C. Clark | 759 | 1.30 | $986.70 |
| | | Chris Theodoridis | 759 | 1.80 | $1,366.20 |
| | | Daniel Desatnik | 759 | 3.80 | $2,884.20 |
| | | Elliot Stevens | 759 | 1.10 | $834.90 |
| | | | 789 | 0.10 | $78.90 |
| | | Laura Stafford | 759 | 2.10 | $1,593.90 |
| | **Associate Total** | | | **10.20** | **$7,744.80** |
| **207 Total** | | | | **23.80** | **$18,106.20** |
| **208** | **Partner** | Ehud Barak | 759 | 6.90 | $5,237.10 |
| | | | 789 | 0.70 | $552.30 |
| | | Gregg M. Mashberg | 759 | 7.80 | $5,920.20 |
| | | Lary Alan Rappaport | 759 | 0.30 | $227.70 |
| | | Margaret A. Dale | 759 | 10.80 | $8,197.20 |
| | | Martin J. Bienenstock | 759 | 19.00 | $14,421.00 |
| | | Michael A. Firestein | 759 | 0.40 | $303.60 |
| | | Paul Possinger | 759 | 15.40 | $11,688.60 |
| | | Timothy W. Mungovan | 759 | 1.90 | $1,442.10 |
| | | | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **63.50** | **$48,226.50** |
| | **Associate** | Brandon C. Clark | 759 | 7.50 | $5,692.50 |
| | | Elliot Stevens | 759 | 3.70 | $2,808.30 |
| | **Associate Total** | | | **11.20** | **$8,500.80** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Law Clerk** | Philip Omorogbe | 260 | 0.30 | $78.00 |
| | **Law Clerk Total** | | | **0.30** | **$78.00** |
| **208 Total** | | | | **75.00** | **$56,805.30** |
| **210** | **Partner** | Ehud Barak | 759 | 20.70 | $15,711.30 |
| | | | 789 | 1.10 | $867.90 |
| | | Gregg M. Mashberg | 759 | 62.80 | $47,665.20 |
| | | | 789 | 9.50 | $7,495.50 |
| | | Jeffrey W. Levitan | 759 | 2.80 | $2,125.20 |
| | | Kristen V. Campana | 759 | 0.20 | $151.80 |
| | | Lary Alan Rappaport | 759 | 1.00 | $759.00 |
| | | Margaret A. Dale | 759 | 102.60 | $77,873.40 |
| | | | 789 | 45.90 | $36,215.10 |
| | | Martin J. Bienenstock | 759 | 7.50 | $5,692.50 |
| | | Michael A. Firestein | 759 | 0.90 | $683.10 |
| | | | 789 | 0.90 | $710.10 |
| | | Paul Possinger | 759 | 33.50 | $25,426.50 |
| | | | 789 | 9.90 | $7,811.10 |
| | | Ralph C. Ferrara | 759 | 2.20 | $1,669.80 |
| | | Stephen L. Ratner | 759 | 6.90 | $5,237.10 |
| | | Steven O. Weise | 759 | 24.20 | $18,367.80 |
| | | Timothy W. Mungovan | 759 | 8.50 | $6,451.50 |
| | | | 789 | 1.00 | $789.00 |
| | **Partner Total** | | | **342.10** | **$261,702.90** |
| | **Senior Counsel** | Daniel L. Forman | 759 | 0.70 | $531.30 |
| | | | 789 | 5.70 | $4,497.30 |
| | | Jonathan Galler | 759 | 50.30 | $38,177.70 |
| | **Senior Counsel Total** | | | **56.70** | **$43,206.30** |
| | **Associate** | Alexandra V. Bargoot | 789 | 0.40 | $315.60 |
| | | Brandon C. Clark | 759 | 111.50 | $84,628.50 |
| | | | 789 | 44.00 | $34,716.00 |
| | | Chris Theodoridis | 759 | 10.50 | $7,969.50 |
| | | Daniel Desatnik | 759 | 105.60 | $80,150.40 |
| | | | 789 | 13.80 | $10,888.20 |
| | | Elliot Stevens | 759 | 27.30 | $20,720.70 |
| | | | 789 | 0.30 | $236.70 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Jennifer L. Jones | 789 | 89.30 | $70,457.70 |
| | | Joshua A. Esses | 759 | 0.20 | $151.80 |
| | | Laura Stafford | 759 | 2.60 | $1,973.40 |
| | | | 789 | 13.80 | $10,888.20 |
| | | Lucy Wolf | 789 | 6.10 | $4,812.90 |
| | | Maja Zerjal | 759 | 4.00 | $3,036.00 |
| | **Associate Total** | | | **429.40** | **$330,945.60** |
| | **Law Clerk** | Elisa Carino | 260 | 62.10 | $16,146.00 |
| | | | 270 | 39.30 | $10,611.00 |
| | | Philip Omorogbe | 260 | 7.90 | $2,054.00 |
| | **Law Clerk Total** | | | **109.30** | **$28,811.00** |
| | **Legal Assistant** | Christopher M. Tarrant | 260 | 0.30 | $78.00 |
| | | Tiffany Miller | 260 | 0.90 | $234.00 |
| | **Legal Assistant Total** | | | **1.20** | **$312.00** |
| **210 Total** | | | | **938.70** | **$664,977.80** |
| **211** | **Partner** | Paul Possinger | 759 | 1.50 | $1,138.50 |
| | **Partner Total** | | | **1.50** | **$1,138.50** |
| **211 Total** | | | | **1.50** | **$1,138.50** |
| **212** | **e-Discovery Attorney** | Yvonne O. Ike | 390 | 1.40 | $546.00 |
| | **e-Discovery Attorney Total** | | | **1.40** | **$546.00** |
| | **Law Clerk** | Elisa Carino | 260 | 8.30 | $2,158.00 |
| | | | 270 | 9.80 | $2,646.00 |
| | **Law Clerk Total** | | | **18.10** | **$4,804.00** |
| | **Legal Assistant** | Angelo Monforte | 260 | 7.30 | $1,898.00 |
| | | | 270 | 0.90 | $243.00 |
| | | Christopher M. Tarrant | 270 | 1.70 | $459.00 |
| | | Eamon Wizner | 270 | 2.40 | $648.00 |
| | | Elle M. Infante | 270 | 12.00 | $3,240.00 |
| | | Joseph P. Wolf | 260 | 4.00 | $1,040.00 |
| | | | 270 | 3.50 | $945.00 |
| | | Laura M. Geary | 260 | 19.90 | $5,174.00 |
| | | | 270 | 10.70 | $2,889.00 |
| | | Lawrence T. Silvestro | 260 | 4.90 | $1,274.00 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | | 270 | 3.90 | $1,053.00 |
| | | Magali Giddens | 260 | 5.90 | $1,534.00 |
| | | Tiffany Miller | 260 | 8.20 | $2,132.00 |
| | | | 270 | 3.50 | $945.00 |
| | **Legal Assistant Total** | | | **88.80** | **$23,474.00** |
| | | | | | |
| | **Practice Support** | Eric R. Chernus | 260 | 17.10 | $4,446.00 |
| | | | 270 | 9.60 | $2,592.00 |
| | | Yvonne O. Ike | 260 | 0.60 | $156.00 |
| | **Practice Support Total** | | | **27.30** | **$7,194.00** |
| **212 Total** | | | | **135.60** | **$36,018.00** |
| **GRAND TOTAL** | | | | **2,277.90** | **$1,537,684.60** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0958 PREPA – Receiver Motions (Puerto Rico)** | | | | | |
| 202 | **Partner** | Paul Possinger | 759 | 0.70 | $531.30 |
| | **Partner Total** | | | **0.70** | **$531.30** |
| **202 Total** | | | | **0.70** | **$531.30** |
| 204 | **Partner** | Paul Possinger | 759 | 0.80 | $607.20 |
| | **Partner Total** | | | **0.80** | **$607.20** |
| **204 Total** | | | | **0.80** | **$607.20** |
| 207 | **Partner** | Margaret A. Dale | 759 | 0.40 | $303.60 |
| | | Paul Possinger | 759 | 0.50 | $379.50 |
| | **Partner Total** | | | **0.90** | **$683.10** |
| **207 Total** | | | | **0.90** | **$683.10** |
| 210 | **Partner** | Margaret A. Dale | 759 | 1.90 | $1,442.10 |
| | | Paul Possinger | 759 | 3.50 | $2,656.50 |
| | **Partner Total** | | | **5.40** | **$4,098.60** |
| **210 Total** | | | | **5.40** | **$4,098.60** |
| **GRAND TOTAL** | | | | **7.80** | **$5,920.20** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0059 PREPA – Miscellaneous** | | | | | |
| 201 | Partner | Lary Alan Rappaport | 789 | 0.40 | $315.60 |
| | | Margaret A. Dale | 759 | 0.20 | $151.80 |
| | | | 789 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **1.10** | **$852.90** |
| | Associate | Laura Stafford | 759 | 0.20 | $151.80 |
| | **Associate Total** | | | **0.20** | **$151.80** |
| **201 Total** | | | | **1.30** | **$1,004.70** |
| 202 | Partner | Jeffrey W. Levitan | 759 | 0.50 | $379.50 |
| | **Partner Total** | | | **0.50** | **$379.50** |
| | Associate | Amelia Friedman | 759 | 10.90 | $8,273.10 |
| | | Elliot Stevens | 759 | 1.00 | $759.00 |
| | **Associate Total** | | | **11.90** | **$9,032.10** |
| | Law Clerk | Carl Mazurek | 260 | 10.10 | $2,626.00 |
| | | Elisa Carino | 260 | 13.90 | $3,614.00 |
| | **Law Clerk Total** | | | **24.00** | **$6,240.00** |
| **202 Total** | | | | **36.40** | **$15,651.60** |
| 204 | Partner | Lary Alan Rappaport | 789 | 0.10 | $78.90 |
| | | Paul Possinger | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | Associate | Laura Stafford | 759 | 0.60 | $455.40 |
| | **Associate Total** | | | **0.60** | **$455.40** |
| **204 Total** | | | | **1.00** | **$771.00** |
| 206 | Partner | Gregg M. Mashberg | 759 | 3.10 | $2,352.90 |
| | | Jeffrey W. Levitan | 759 | 3.40 | $2,580.60 |
| | | Margaret A. Dale | 759 | 0.70 | $531.30 |
| | | Martin J. Bienenstock | 759 | 6.50 | $4,933.50 |
| | | Michael A. Firestein | 759 | 0.30 | $227.70 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Paul Possinger | 759 | 7.80 | $5,920.20 |
| | | Stephen L. Ratner | 759 | 5.80 | $4,402.20 |
| | | Timothy W. Mungovan | 759 | 8.50 | $6,451.50 |
| | **Partner Total** | | | **36.10** | **$27,399.90** |
| | **Associate** | Laura Stafford | 759 | 5.30 | $4,022.70 |
| | | Matthew J. Morris | 759 | 29.10 | $22,086.90 |
| | **Associate Total** | | | **34.40** | **$26,109.60** |
| | **Law Clerk** | Carl Mazurek | 260 | 5.00 | $1,300.00 |
| | **Law Clerk Total** | | | **5.00** | **$1,300.00** |
| **206 Total** | | | | **75.50** | **$54,809.50** |
| 207 | **Partner** | Gregg M. Mashberg | 759 | 0.20 | $151.80 |
| | | Jeffrey W. Levitan | 759 | 0.50 | $379.50 |
| | | Lary Alan Rappaport | 759 | 0.70 | $531.30 |
| | | | 789 | 0.30 | $236.70 |
| | | Michael A. Firestein | 759 | 1.20 | $910.80 |
| | | | 789 | 0.10 | $78.90 |
| | | Paul Possinger | 759 | 0.60 | $455.40 |
| | | Stephen L. Ratner | 759 | 0.20 | $151.80 |
| | | Timothy W. Mungovan | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **4.10** | **$3,132.90** |
| | **Associate** | Courtney M. Bowman | 759 | 0.30 | $227.70 |
| | | Daniel Desatnik | 759 | 0.70 | $531.30 |
| | | Maja Zerjal | 759 | 0.80 | $607.20 |
| | **Associate Total** | | | **1.80** | **$1,366.20** |
| **207 Total** | | | | **5.90** | **$4,499.10** |
| 208 | **Partner** | Ehud Barak | 759 | 6.70 | $5,085.30 |
| | | Lary Alan Rappaport | 759 | 0.60 | $455.40 |
| | | Martin J. Bienenstock | 759 | 5.80 | $4,402.20 |
| | | Michael A. Firestein | 759 | 0.20 | $151.80 |
| | | Paul Possinger | 759 | 3.20 | $2,428.80 |
| | | Timothy W. Mungovan | 759 | 0.50 | $379.50 |
| | **Partner Total** | | | **17.00** | **$12,903.00** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | Associate | Joshua A. Esses | 759 | 21.20 | $16,090.80 |
| | | Maja Zerjal | 759 | 23.10 | $17,532.90 |
| | | | 789 | 0.70 | $552.30 |
| | | Steve Ma | 759 | 9.10 | $6,906.90 |
| | **Associate Total** | | | **54.10** | **$41,082.90** |
| | Legal Assistant | Christopher M. Tarrant | 260 | 1.90 | $494.00 |
| | **Legal Assistant Total** | | | **1.90** | **$494.00** |
| **208 Total** | | | | **73.00** | **$54,479.90** |
| 210 | Partner | Gregg M. Mashberg | 759 | 0.10 | $75.90 |
| | | Jeffrey W. Levitan | 759 | 0.30 | $227.70 |
| | | Lary Alan Rappaport | 759 | 1.20 | $910.80 |
| | | | 789 | 0.20 | $157.80 |
| | | Margaret A. Dale | 759 | 0.80 | $607.20 |
| | | Michael A. Firestein | 759 | 0.10 | $75.90 |
| | | Paul Possinger | 759 | 0.30 | $227.70 |
| | | Timothy W. Mungovan | 759 | 0.70 | $531.30 |
| | | | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **4.00** | **$3,051.00** |
| | Associate | Amelia Friedman | 759 | 1.60 | $1,214.40 |
| | | | 789 | 0.30 | $236.70 |
| | | Courtney M. Bowman | 759 | 0.60 | $455.40 |
| | | | 789 | 0.30 | $236.70 |
| | | Laura Stafford | 759 | 2.90 | $2,201.10 |
| | **Associate Total** | | | **5.70** | **$4,344.30** |
| | Law Clerk | Elisa Carino | 260 | 2.10 | $546.00 |
| | **Law Clerk Total** | | | **2.10** | **$546.00** |
| **210 Total** | | | | **11.80** | **$7,941.30** |
| 212 | Legal Assistant | Eamon Wizner | 260 | 6.80 | $1,768.00 |
| | | Joseph P. Wolf | 270 | 0.60 | $162.00 |
| | **Legal Assistant Total** | | | **7.40** | **$1,930.00** |
| **212 Total** | | | | **7.40** | **$1,930.00** |
| **GRAND TOTAL** | | | | **212.30** | **$141,087.10** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0959 PREPA – Miscellaneous (Puerto Rico)** | | | | | |
| **206** | Partner | Margaret A. Dale | 759 | 0.30 | $227.70 |
| | **Partner Total** | | | **0.30** | **$227.70** |
| **206 Total** | | | | **0.30** | **$227.70** |
| **GRAND TOTAL** | | | | **0.30** | **$227.70** |