**Exhibit C**

**Task Code Time Breakdown**

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|

### MATTER 33260.0010 COFINA - General

**201 -** Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants

| | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Partner** | Brian S. Rosen | 759 | 2.50 | $1,897.50 |
| | | Jeffrey W. Levitan | 759 | 0.90 | $683.10 |
| | | Jonathan E. Richman | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **3.70** | **$2,817.30** |
| | **Associate** | Chris Theodoridis | 789 | 0.30 | $236.70 |
| | | Jacquelyn N. Crawley | 789 | 0.20 | $157.80 |
| | | Laura Stafford | 759 | 0.50 | $379.50 |
| | | | 789 | 2.00 | $1,578.00 |
| | | Maja Zerjal | 759 | 0.30 | $227.70 |
| | | Steve Ma | 789 | 0.50 | $394.50 |
| | **Associate Total** | | | **3.80** | **$2,974.20** |
| **201 Total** | | | | **7.50** | **$5,791.50** |

**202 – Legal Research**

| | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Partner** | Michael A. Firestein | 759 | 1.10 | $834.90 |
| | | | 789 | 2.20 | $1,735.80 |
| | **Partner Total** | | | **2.30** | **$1,781.70** |
| | **Associate** | Blake Cushing | 789 | 0.90 | $710.10 |
| | | Carl Mazurek | 789 | 1.10 | $867.90 |
| | | Chris Theodoridis | 759 | 35.40 | $26,868.60 |
| | | | 789 | 2.60 | $2,051.40 |
| | | Daniel Desatnik | 759 | 0.20 | $151.80 |
| | | Elliot Stevens | 759 | 3.10 | $2,352.90 |
| | | | 789 | 0.30 | $236.70 |
| | | Jacquelyn N. Crawley | 789 | 1.70 | $1,341.30 |
| | | Lucy Wolf | 789 | 1.00 | $789.00 |
| | | Marc Palmer | 789 | 1.30 | $1,025.70 |
| | **Associate Total** | | | **46.40** | **$35,454.60** |
| | **Law Clerk** | Javier Sosa | 270 | 3.80 | $1,026.00 |
| | | Philip Omorogbe | 260 | 42.00 | $10,920.00 |
| | | | 270 | 26.50 | $7,155.00 |
| | **Law Clerk Total** | | | **72.30** | **$19,101.00** |

1

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Legal Assistant** | Christopher M. Tarrant | 260 | 1.60 | $416.00 |
| | **Legal Assistant Total** | | | **1.60** | **$416.00** |
| **202 Total** | | | | **122.60** | **$56,753.30** |
| **203 – Hearings** | | | | | |
| | **Partner** | Brian S. Rosen | 759 | 0.20 | $151.80 |
| | | James P. Gerkis | 759 | 2.00 | $1,518.00 |
| | | Jeffrey W. Levitan | 759 | 1.70 | $1,290.30 |
| | | Martin J. Bienenstock | 759 | 4.50 | $3,415.50 |
| | | Michael A. Firestein | 759 | 3.60 | $2,732.40 |
| | | Ralph C. Ferrara | 759 | 0.70 | $531.30 |
| | **Partner Total** | | | **12.70** | **$9,639.30** |
| | **Associate** | Chris Theodoridis | 759 | 25.70 | $19,506.30 |
| | | | 789 | 3.20 | $2,524.80 |
| | | Laura Stafford | 789 | 7.80 | $6,154.20 |
| | | Maja Zerjal | 759 | 0.20 | $151.80 |
| | | Steve Ma | 759 | 4.00 | $3,036.00 |
| | | | 789 | 0.20 | $157.80 |
| | **Associate Total** | | | **41.10** | **$31,530.90** |
| **203 Total** | | | | **53.80** | **$41,170.20** |
| **204 - Communications with Claimholders** | | | | | |
| | **Partner** | Brian S. Rosen | 759 | 18.60 | $14,117.40 |
| | | Chantel L. Febus | 759 | 0.90 | $683.10 |
| | | Jeffrey W. Levitan | 759 | 0.10 | $75.90 |
| | **Partner Total** | | | **19.60** | **$14,876.40** |
| | **Associate** | Amelia Friedman | 759 | 0.70 | $531.30 |
| | | Chris Theodoridis | 759 | 16.70 | $12,675.30 |
| | | | 789 | 3.40 | $2,682.60 |
| | | Elliot Stevens | 759 | 0.60 | $455.40 |
| | | Jacquelyn N. Crawley | 759 | 3.60 | $2,732.40 |
| | | | 789 | 6.70 | $5,286.30 |
| | | Joshua A. Esses | 789 | 0.10 | $78.90 |
| | | Laura Stafford | 789 | 5.50 | $4,339.50 |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Nicholas Pellegrino | 759 | 1.50 | $1,138.50 |
| | | Steve Ma | 759 | 4.80 | $3,643.20 |
| | | | 789 | 0.20 | $157.80 |
| | **Associate Total** | | | **43.80** | **$33,721.20** |
| **204 Total** | | | | **63.40** | **$48,597.60** |
| **205 -** | **Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities** | | | | |
| | **Partner** | Brian S. Rosen | 759 | 0.90 | $683.10 |
| | | Timothy W. Mungovan | 759 | 0.20 | $151.80 |
| | **Partner Total** | | | **1.10** | **$834.90** |
| | Associate | Chris Theodoridis | 759 | 1.30 | $986.70 |
| | | | 789 | 1.90 | $1,499.10 |
| | | Elliot Stevens | 759 | 1.60 | $1,214.40 |
| | | Maja Zerjal | 759 | 2.00 | $1,518.00 |
| | **Associate Total** | | | **6.80** | **$5,218.20** |
| **205 Total** | | | | **7.90** | **$6,053.10** |
| **206 -** | **Documents Filed on Behalf of the Board** | | | | |
| | **Partner** | Brian S. Rosen | 759 | 7.80 | $5,920.20 |
| | | James P. Gerkis | 759 | 1.60 | $1,214.40 |
| | | Jeffrey W. Levitan | 759 | 8.70 | $6,603.30 |
| | | Jonathan E. Richman | 759 | 5.70 | $4,326.30 |
| | | | 789 | 5.30 | $4,181.70 |
| | | Lary Alan Rappaport | 759 | 0.80 | $607.20 |
| | | | 789 | 0.20 | $157.80 |
| | | Michael A. Firestein | 759 | 2.20 | $1,669.80 |
| | | | 789 | 2.30 | $1,814.70 |
| | | Stephen L. Ratner | 759 | 0.40 | $303.60 |
| | | Timothy Q. Karcher | 759 | 0.90 | $683.10 |
| | | Timothy W. Mungovan | 759 | 1.30 | $986.70 |
| | **Partner Total** | | | **37.20** | **$28,468.80** |
| | Associate | Amelia Friedman | 759 | 3.70 | $2,808.30 |
| | | Brandon C. Clark | 759 | 6.40 | $4,857.60 |
| | | Chris Theodoridis | 759 | 96.30 | $73,091.70 |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | 789 | 4.30 | $3,392.70 |
| | | Daniel Desatnik | 759 | 0.40 | $303.60 |
| | | Elliot Stevens | 759 | 6.30 | $4,781.70 |
| | | | 789 | 10.60 | $8,363.40 |
| | | Jacquelyn N. Crawley | 789 | 0.90 | $710.10 |
| | | Joshua A. Esses | 759 | 32.10 | $24,363.90 |
| | | | 789 | 0.50 | $394.50 |
| | | Laura Stafford | 789 | 6.10 | $4,812.90 |
| | | Maja Zerjal | 759 | 0.30 | $227.70 |
| | | Matthew J. Morris | 789 | 5.90 | $4,655.10 |
| | | Steve Ma | 759 | 25.30 | $19,202.70 |
| | | | 789 | 1.90 | $1,499.10 |
| | **Associate Total** | | | **201.00** | **$153,465.00** |
| | **e-Discovery Attorney** | James Kay | 390 | 4.40 | $1,716.00 |
| | **e-Discovery Attorney Total** | | | **4.40** | **$1,716.00** |
| | **Law Clerk** | Philip Omorogbe | 260 | 9.60 | $2,496.00 |
| | **Law Clerk Total** | | | **9.60** | **$2,496.00** |
| | **Legal Assistant** | Angelo Monforte | 270 | 1.10 | $297.00 |
| | **Legal Assistant Total** | | | **1.10** | **$297.00** |
| **206 Total** | | | | **253.30** | **$186,442.80** |
| **207 -   Non-Board Court Filings** | | | | | |
| | **Associate** | Chris Theodoridis | 759 | 1.00 | $759.00 |
| | | Maja Zerjal | 759 | 0.50 | $379.50 |
| | | Steve Ma | 789 | 1.10 | $867.90 |
| | **Associate Total** | | | **2.60** | **2,006.40** |
| | **Partner** | Brian S. Rosen | 759 | 0.90 | $683.10 |
| | | Jeffrey W. Levitan | 759 | 0.80 | $607.20 |
| | | | 789 | 1.00 | $789.00 |
| | | Jonathan E. Richman | 759 | 0.30 | $227.70 |
| | | Kevin J. Perra | 759 | 0.50 | $394.50 |
| | | Lary Alan Rappaport | 759 | 0.40 | $303.60 |
| | | Michael A. Firestein | 759 | 2.40 | $1,821.60 |
| | | | 789 | 7.50 | $5,917.50 |
| | | Ralph C. Ferrara | 759 | 0.60 | $455.40 |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | 789 | 8.50 | $6,706.50 |
| | | Stephen L. Ratner | 759 | 0.50 | $379.50 |
| | | Steven O. Weise | 759 | 1.10 | $834.90 |
| | | Timothy W. Mungovan | 759 | 2.70 | $2,049.30 |
| | | | 789 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **28.60** | **$22,274.40** |
| **207 Total** | | | | **31.20** | **$24,280.80** |
| **210 - Analysis and Strategy** | | | | | |
| | **Partner** | Brian S. Rosen | 759 | 2.00 | $1,518.00 |
| | | Chantel L. Febus | 759 | 0.40 | $303.60 |
| | | James P. Gerkis | 759 | 29.20 | $22,162.80 |
| | | Jeffrey W. Levitan | 759 | 1.00 | $759.00 |
| | | Kevin J. Perra | 759 | 0.20 | $151.80 |
| | | Margaret A. Dale | 789 | 0.20 | $157.80 |
| | | Martin J. Bienenstock | 759 | 1.40 | $1,062.60 |
| | | Michael A. Firestein | 759 | 9.30 | $7,058.70 |
| | | | 789 | 0.50 | $394.50 |
| | | Ralph C. Ferrara | 759 | 2.80 | $2,125.20 |
| | | Steven O. Weise | 759 | 0.70 | $531.30 |
| | | Timothy W. Mungovan | 759 | 4.60 | $3,491.40 |
| | **Partner Total** | | | **52.30** | **$39,716.70** |
| | **Associate** | Amelia Friedman | 789 | 0.20 | $157.80 |
| | | Brandon C. Clark | 759 | 11.80 | $8,956.20 |
| | | Brooke H. Blackwell | 759 | 0.20 | $151.80 |
| | | Chris Theodoridis | 759 | 17.30 | $13,130.70 |
| | | | 789 | 23.90 | $18,857.10 |
| | | Elliot Stevens | 759 | 0.70 | $531.30 |
| | | Jacquelyn N. Crawley | 759 | 7.40 | $5,616.60 |
| | | | 789 | 0.60 | $473.40 |
| | | Joshua A. Esses | 759 | 0.10 | $75.90 |
| | | Laura Stafford | 759 | 0.70 | $531.30 |
| | | Maja Zerjal | 759 | 0.60 | $455.40 |
| | | Mee R. Kim | 759 | 0.10 | $75.90 |
| | | Steve Ma | 759 | 0.80 | $607.20 |
| | | | 789 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **66.20** | **$51,040.80** |

5

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | e-Discovery Attorney | James Kay | 390 | 1.30 | $507.00 |
| | **e-Discovery Attorney Total** | | | **1.30** | **$507.00** |
| | **Law Clerk** | Philip Omorogbe | 260 | 6.80 | $1,768.00 |
| | | | 270 | 0.80 | $216.00 |
| | **Law Clerk Total** | | | **7.60** | **$1,984.00** |
| **210 Total** | | | | **127.40** | **$93,248.50** |
| **211 -** | **Non-Working Travel** | | | | |
| | **Partner** | Brian S. Rosen | 789 | 0.90 | $710.10 |
| | | James P. Gerkis | 759 | 0.50 | $379.50 |
| | | Jeffrey W. Levitan | 789 | 5.90 | $4,655.10 |
| | | Lary Alan Rappaport | 789 | 10.30 | $8,126.70 |
| | | Martin J. Bienenstock | 789 | 4.00 | $3,156.00 |
| | | Michael A. Firestein | 789 | 10.50 | $8,284.50 |
| | **Partner Total** | | | **32.10** | **$25,311.90** |
| | **Associate** | Chris Theodoridis | 789 | 4.00 | $3,156.00 |
| | | Joshua A. Esses | 789 | 7.50 | $5,917.50 |
| | | Lucy Wolf | 789 | 7.00 | $5,523.00 |
| | | Steve Ma | 759 | 8.20 | $6,223.80 |
| | | | 789 | 11.70 | $9,231.30 |
| | | Zachary Chalett | 789 | 7.20 | $5,680.80 |
| | **Associate Total** | | | **45.60** | **$35,732.40** |
| | **Legal Assistant** | Eliot Johnson | 270 | 4.00 | $1,080.00 |
| | | Javier Santiago | 270 | 4.00 | $1,080.00 |
| | | Julia L. Sutherland | 270 | 13.00 | $3,510.00 |
| | | Laura M. Geary | 270 | 7.60 | $2,052.00 |
| | **Legal Assistant Total** | | | **28.60** | **$7,722.00** |
| **211 Total** | | | | **106.30** | **$68,766.30** |
| **212 -** | **General Administration** | | | | |
| | **Partner** | James P. Gerkis | 759 | 3.90 | $2,960.10 |
| | | Timothy W. Mungovan | 759 | 0.70 | $531.30 |
| | **Partner Total** | | | **4.60** | **$3,491.40** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Law Clerk** | Elisa Carino | 260 | 8.80 | $2,288.00 |
| | | Javier Sosa | 270 | 3.30 | $891.00 |
| | **Law Clerk Total** | | | **12.10** | **$3,179.00** |
| | **Legal Assistant** | Alexander J. Volpicello | 270 | 3.80 | $1,026.00 |
| | | America R. Garza | 270 | 3.50 | $945.00 |
| | | Angelo Monforte | 270 | 17.80 | $4,806.00 |
| | | Christopher M. Tarrant | 260 | 35.20 | $9,152.00 |
| | | | 270 | 79.80 | $21,546.00 |
| | | David C. Cooper | 270 | 7.20 | $1,944.00 |
| | | Eamon Wizner | 270 | 2.90 | $783.00 |
| | | Eliot Johnson | 270 | 18.00 | $4,860.00 |
| | | Elle M. Infante | 270 | 4.10 | $1,107.00 |
| | | Geovanni Cuevas | 270 | 6.00 | $1,620.00 |
| | | Javier Santiago | 270 | 14.00 | $3,780.00 |
| | | Joseph P. Wolf | 260 | 1.10 | $286.00 |
| | | | 270 | 24.50 | $6,615.00 |
| | | Julia L. Sutherland | 270 | 77.70 | $20,979.00 |
| | | Laura M. Geary | 260 | 1.70 | $442.00 |
| | | | 270 | 60.40 | $16,308.00 |
| | | Lawrence T. Silvestro | 260 | 1.60 | $416.00 |
| | | | 270 | 54.80 | $14,796.00 |
| | | Magali Giddens | 260 | 6.80 | $1,768.00 |
| | | | 270 | 8.30 | $2,241.00 |
| | | Margaret Lederer | 270 | 4.10 | $1,107.00 |
| | | Rebecca R. Elsner | 270 | 2.00 | $540.00 |
| | | Tiffany Miller | 260 | 6.80 | $1,836.00 |
| | | | 270 | 24.50 | $6,615.00 |
| | **Legal Assistant Total** | | | **442.10** | **$118,903.00** |
| **212 Total** | | | | **458.80** | **$125,573.40** |

**215 -  Plan of Adjustment and Disclosure Statement**

| | Partner | Brian S. Rosen | 759 | 408.70 | $310,203.30 |
|---|---|---|---|---|---|
| | | | 789 | 275.20 | $217,132.80 |
| | | Carlos E. Martinez | 789 | 0.30 | $236.70 |
| | | James P. Gerkis | 759 | 73.70 | $55,938.30 |
| | | | 789 | 42.00 | $33,138.00 |
| | | Jeffrey W. Levitan | 759 | 111.50 | $84,628.50 |
| | | | 789 | 109.30 | $86,237.70 |

7

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Jonathan E. Richman | 759 | 4.00 | $3,036.00 |
| | | | 789 | 49.20 | $38,818.80 |
| | | Kevin J. Perra | 789 | 14.30 | $11,282.70 |
| | | Lary Alan Rappaport | 759 | 7.90 | $5,996.10 |
| | | | 789 | 87.80 | $69,274.20 |
| | | Martin T. Hamilton | 759 | 6.20 | $4,705.80 |
| | | Matthew Triggs | 759 | 0.30 | $227.70 |
| | | Michael A. Firestein | 759 | 7.10 | $5,388.90 |
| | | | 789 | 95.10 | $75,033.90 |
| | | Paul Possinger | 789 | 0.30 | $236.70 |
| | | Ralph C. Ferrara | 759 | 6.10 | $4,629.90 |
| | | | 789 | 1.90 | $1,499.10 |
| | | Richard M. Corn | 759 | 0.40 | $303.60 |
| | | Stephen L. Ratner | 759 | 3.00 | $2,277.00 |
| | | | 789 | 5.70 | $4,497.30 |
| | | Steven O. Weise | 759 | 4.10 | $3,111.90 |
| | | Timothy Q. Karcher | 759 | 27.00 | $20,493.00 |
| | | Timothy W. Mungovan | 759 | 5.50 | $4,174.50 |
| | | | 789 | 5.40 | $4,260.60 |
| | **Partner Total** | | | **1,352.00** | **$1,046,763.00** |
| | **Senior Counsel** | Daniel L. Forman | 759 | 32.40 | $24,591.60 |
| | | | 789 | 12.30 | $9,704.70 |
| | **Senior Counsel Total** | | | **44.70** | **$34,296.30** |
| | **Associate** | Amelia Friedman | 759 | 263.30 | $199,844.70 |
| | | | 789 | 46.40 | $36,609.60 |
| | | Brooke L. Fischer | 759 | 27.30 | $20,720.70 |
| | | Chris Theodoridis | 759 | 440.30 | $334,187.70 |
| | | | 789 | 279.60 | $220,604.40 |
| | | Daniel Desatnik | 759 | 2.90 | $2,201.10 |
| | | | 789 | 0.40 | $315.60 |
| | | David Simon | 759 | 5.30 | $4,022.70 |
| | | Elliot Stevens | 759 | 34.70 | $26,337.30 |
| | | | 789 | 0.60 | $473.40 |
| | | Jacquelyn N. Crawley | 789 | 47.50 | $37,477.50 |
| | | Joshua A. Esses | 759 | 81.40 | $61,782.60 |
| | | | 789 | 126.20 | $99,571.80 |
| | | Laura Stafford | 759 | 50.80 | $38,557.20 |
| | | | 789 | 56.40 | $44,499.60 |
| | | Lucy Wolf | 789 | 74.90 | $59,096.10 |
| | | Maja Zerjal | 759 | 1.60 | $1,214.40 |

8

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | 789 | 0.60 | $473.40 |
| | | Matthew J. Morris | 789 | 23.70 | $18,699.30 |
| | | Mee R. Kim | 759 | 4.60 | $3,491.40 |
| | | Nicholas Pellegrino | 759 | 29.00 | $22,011.00 |
| | | Steve Ma | 759 | 248.40 | $188,535.60 |
| | | | 789 | 3.60 | $2,840.40 |
| | | Zachary Chalett | 759 | 2.60 | $1,973.40 |
| | | | 789 | 86.20 | $68,011.80 |
| | **Associate Total** | | | **1,938.30** | **$1,493,552.70** |
| | **Law Clerk** | Elisa Carino | 260 | 9.60 | $2,496.00 |
| | | Javier Sosa | 260 | 20.90 | $5,434.00 |
| | | | 270 | 1.90 | $513.00 |
| | | Philip Omorogbe | 260 | 27.40 | $7,124.00 |
| | | | 270 | 55.40 | $14,958.00 |
| | **Law Clerk Total** | | | **115.20** | **$30,525.00** |
| | **Legal Assistant** | Christopher M. Tarrant | 260 | 12.30 | $3,198.00 |
| | | Magali Giddens | 260 | 13.40 | $3,484.00 |
| | **Legal Assistant Total** | | | **25.70** | **$6,682.00** |
| | **Library** | Megan T. D'Errico | 260 | 0.50 | $130.00 |
| | **Library Total** | | | **0.50** | **$130.00** |
| **215 Total** | | | | **3,476.40** | **$2,611,949.00** |
| **216 -** | **Confirmation** | | | | |
| | **Partner** | Brian S. Rosen | 759 | 0.60 | $455.40 |
| | | | 789 | 29.00 | $22,881.00 |
| | | Jeffrey W. Levitan | 759 | 2.10 | $1,593.90 |
| | | | 789 | 32.60 | $25,721.40 |
| | | Jonathan E. Richman | 789 | 0.60 | $473.40 |
| | | Lary Alan Rappaport | 789 | 10.50 | $8,284.50 |
| | | Martin J. Bienenstock | 789 | 22.00 | $17,358.00 |
| | | Michael A. Firestein | 789 | 30.70 | $24,222.30 |
| | | Ralph C. Ferrara | 789 | 2.10 | $1,656.90 |
| | | Stephen L. Ratner | 759 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759 | 0.80 | $607.20 |
| | **Partner Total** | | | **131.10** | **$103,329.90** |
| | **Senior Counsel** | Daniel L. Forman | 789 | 9.20 | $7,258.80 |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Senior Counsel Total** | | | **9.20** | **$7,258.80** |
| | **Associate** | Chris Theodoridis | 759 | 4.40 | $3,339.60 |
| | | | 789 | 14.00 | $11,046.00 |
| | | Elliot Stevens | 789 | 0.10 | $78.90 |
| | | Joshua A. Esses | 789 | 47.00 | $37,083.00 |
| | | Laura Stafford | 789 | 2.90 | $2,288.10 |
| | | Lucy Wolf | 789 | 15.00 | $11,835.00 |
| | | Maja Zerjal | 789 | 0.80 | $631.20 |
| | | Steve Ma | 759 | 50.20 | $38,101.80 |
| | | | 789 | 207.50 | $163,717.50 |
| | | Zachary Chalett | 789 | 20.00 | $15,780.00 |
| | **Associate Total** | | | **361.90** | **$283,901.10** |
| | **Law Clerk** | Philip Omorogbe | 270 | 39.60 | $10,692.00 |
| | **Law Clerk Total** | | | **39.60** | **$10,692.00** |
| | **Legal Assistant** | Julia L. Sutherland | 270 | 7.00 | $1,890.00 |
| | **Legal Assistant Total** | | | **7.00** | **$1,890.00** |
| **216 Total** | | | | **548.80** | **$407,071.80** |
| **217 -** | **Tax** | | | | |
| | **Partner** | Annie Kim | 759 | 0.40 | $303.60 |
| | | Brian S. Rosen | 759 | 2.20 | $1,669.80 |
| | | James P. Gerkis | 759 | 2.20 | $1,669.80 |
| | | Jeffrey W. Levitan | 759 | 3.00 | $2,277.00 |
| | | Martin T. Hamilton | 759 | 118.00 | $89,562.00 |
| | | | 789 | 16.40 | $12,939.60 |
| | | Richard M. Corn | 759 | 81.60 | $61,934.40 |
| | | | 789 | 23.40 | $18,462.60 |
| | **Partner Total** | | | **247.20** | **$188,818.80** |
| | **Associate** | Chris Theodoridis | 759 | 3.90 | $2,960.10 |
| | | | 789 | 1.60 | $1,262.40 |
| | | Sejin Park | 759 | 96.50 | $73,243.50 |
| | | | 789 | 0.10 | $78.90 |
| | | Steve Ma | 759 | 0.50 | $379.50 |
| | | Yomarie Habenicht | 759 | 122.10 | $92,673.90 |
| | | | 789 | 33.70 | $26,589.30 |
| | **Associate Total** | | | **258.40** | **$197,187.60** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Law Clerk** | Christine Sherman | 260 | 38.70 | $10,062.00 |
| | | | 270 | 1.00 | $270.00 |
| | **Law Clerk Total** | | | **39.70** | **$10,332.00** |
| **217 Total** | | | | **545.30** | **$396,338.40** |
| **218 -** | **Employment and Fee Applications** | | | | |
| | **Associate** | Elliot Stevens | 759 | 4.10 | $3,111.90 |
| | | Mee R. Kim | 759 | 1.00 | $759.00 |
| | **Associate Total** | | | **5.10** | **$3,870.90** |
| | **Law Clerk** | Philip Omorogbe | 260 | 0.80 | $208.00 |
| | | | 270 | 11.70 | $3,159.00 |
| | **Law Clerk Total** | | | **12.50** | **$3,367.00** |
| | **Legal Assistant** | Christopher M. Tarrant | 260 | 10.00 | $2,600.00 |
| | | | 270 | 4.40 | $1,188.00 |
| | | Natasha Petrov | 260 | 18.60 | $4,836.00 |
| | | | 270 | 6.60 | $1,782.00 |
| | **Legal Assistant Total** | | | **39.60** | **$10,406.00** |
| **218 Total** | | | | **57.20** | **$17,643.90** |
| **GRAND TOTAL** | | | | **6,157.30** | **$4,320,606.30** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0027 COFINA – General (Puerto Rico)** | | | | | |
| **201** | **Partner** | Brian S. Rosen | 759 | 1.40 | $1,062.60 |
| | **Partner Total** | | | **1.40** | **$1,062.60** |
| **201 Total** | | | | **1.40** | **$1,062.60** |
| **215** | **Partner** | Brian S. Rosen | 759 | 4.00 | $3,036.00 |
| | **Partner Total** | | | **4.00** | **$3,036.00** |
| **215 Total** | | | | **4.00** | **$3,036.00** |
| **GRAND TOTAL** | | | | **5.40** | **$4,098.60** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0042 COFINA – BNYM** | | | | | |
| **206** | **Partner** | Brian S. Rosen | 759 | 5.80 | $4,402.20 |
| | | Kevin J. Perra | 759 | 10.50 | $7,969.50 |
| | **Partner Total** | | | **16.30** | **$12,371.70** |
| | Associate | Lucy Wolf | 759 | 2.30 | $1,745.70 |
| | **Associate Total** | | | **2.30** | **$1,745.70** |
| **206 Total** | | | | **18.60** | **$14,117.40** |
| **207** | **Partner** | Jonathan E. Richman | 759 | 1.20 | $910.80 |
| | | Kevin J. Perra | 759 | 1.90 | $1,442.10 |
| | | | 789 | 1.10 | $867.90 |
| | | Michael A. Firestein | 759 | 0.20 | $151.80 |
| | | Stephen L. Ratner | 759 | 0.30 | $227.70 |
| | | Timothy W. Mungovan | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **4.90** | **$3,758.10** |
| **207 Total** | | | | **4.90** | **$3,758.10** |
| **212** | **Legal Assistant** | Julia L. Sutherland | 270 | 0.80 | $216.00 |
| | | Tiffany Miller | 260 | 0.40 | $104.00 |
| | **Legal Assistant Total** | | | **1.20** | **$320.00** |
| **212 Total** | | | | **1.20** | **$320.00** |
| **GRAND TOTAL** | | | | **24.70** | **$18,195.50** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0942 COFINA – BNYM (Puerto Rico)** | | | | | |
| 206 | **Partner** | Brian S. Rosen | 759 | 0.70 | $531.30 |
| | **Partner Total** | | | **0.70** | **$531.30** |
| **206 Total** | | | | **0.70** | **$531.30** |
| 207 | **Partner** | Brian S. Rosen | 759 | 1.10 | $834.90 |
| | **Partner Total** | | | **1.10** | **$834.90** |
| **207 Total** | | | | **1.10** | **$834.90** |
| **GRAND TOTAL** | | | | **1.80** | **$1,366.20** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0044 COFINA – MISCELLANEOUS** | | | | | |
| **201** | **Partner** | Lary Alan Rappaport | 789 | 2.60 | $2,051.40 |
| | **Partner Total** | | | **2.60** | **$2,051.40** |
| **201 Total** | | | | **2.60** | **$2,051.40** |
| **202** | **Partner** | Jonathan E. Richman | 789 | 6.70 | $5,286.30 |
| | | Lary Alan Rappaport | 789 | 0.80 | $631.20 |
| | | Michael A. Firestein | 759 | 0.30 | $227.70 |
| | | | 789 | 1.00 | $789.00 |
| | **Partner Total** | | | **8.80** | **$6,934.20** |
| | **Associate** | Daniel Desatnik | 759 | 0.20 | $151.80 |
| | | Lucy Wolf | 789 | 1.00 | $789.00 |
| | | Marc Palmer | 789 | 16.50 | $13,018.50 |
| | **Associate Total** | | | **17.70** | **$13,959.30** |
| **202 Total** | | | | **26.50** | **$20,893.50** |
| **204** | **Partner** | Brian S. Rosen | 789 | 0.30 | $236.70 |
| | | Jeffrey W. Levitan | 789 | 1.30 | $1,025.70 |
| | | Jonathan E. Richman | 789 | 3.30 | $2,603.70 |
| | | Lary Alan Rappaport | 789 | 7.20 | $5,680.80 |
| | | Michael A. Firestein | 789 | 1.60 | $1,262.40 |
| | | Timothy W. Mungovan | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **13.90** | **$10,967.10** |
| | **Associate** | Laura Stafford | 789 | 5.00 | $3,945.00 |
| | **Associate Total** | | | **5.00** | **$3,945.00** |
| **204 Total** | | | | **18.90** | **$14,912.10** |
| **205** | **Partner** | Timothy W. Mungovan | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **205 Total** | | | | **0.30** | **$236.70** |
| **206** | **Partner** | Brian S. Rosen | 759 | 1.10 | $834.90 |
| | | Jonathan E. Richman | 759 | 1.20 | $910.80 |
| | | | 789 | 27.00 | $21,303.00 |
| | | Lary Alan Rappaport | 759 | 0.90 | $683.10 |
| | | | 789 | 23.80 | $18,778.20 |
| | | Michael A. Firestein | 759 | 0.40 | $303.60 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | 789 | 7.00 | $5,523.00 |
| | | Timothy W. Mungovan | 789 | 0.90 | $710.10 |
| | **Partner Total** | | | **62.30** | **$49,046.70** |
| | Associate | Chris Theodoridis | 789 | 2.50 | $1,972.50 |
| | | Joshua A. Esses | 759 | 7.00 | $5,313.00 |
| | | Laura Stafford | 789 | 29.90 | $23,591.10 |
| | | Lucy Wolf | 789 | 17.80 | $14,044.20 |
| | | Marc Palmer | 789 | 13.40 | $10,572.60 |
| | | Zachary Chalett | 789 | 37.20 | $29,350.80 |
| | **Associate Total** | | | **107.80** | **$84,844.20** |
| **206 Total** | | | | **170.10** | **$133,890.90** |
| 207 | Partner | Jeffrey W. Levitan | 759 | 0.50 | $379.50 |
| | | Lary Alan Rappaport | 789 | 0.20 | $157.80 |
| | | Michael A. Firestein | 759 | 0.80 | $607.20 |
| | | | 789 | 0.80 | $631.20 |
| | | Stephen L. Ratner | 759 | 0.70 | $531.30 |
| | | Timothy W. Mungovan | 759 | 0.40 | $303.60 |
| | | | 789 | 0.40 | $315.60 |
| | **Partner Total** | | | **3.80** | **$2,926.20** |
| | Associate | Matthew J. Morris | 789 | 0.60 | $473.40 |
| | **Associate Total** | | | **0.60** | **$473.40** |
| **207 Total** | | | | **4.40** | **$3,399.60** |
| 210 | Partner | Brian S. Rosen | 759 | 0.70 | $531.30 |
| | | | 789 | 0.10 | $78.90 |
| | | Jonathan E. Richman | 759 | 3.70 | $2,808.30 |
| | | Lary Alan Rappaport | 759 | 3.80 | $2,884.20 |
| | | | 789 | 7.20 | $5,680.80 |
| | | Michael A. Firestein | 759 | 5.00 | $3,795.00 |
| | | | 789 | 2.20 | $1,735.80 |
| | | Timothy W. Mungovan | 759 | 1.50 | $1,138.50 |
| | | | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **24.50** | **$18,889.50** |
| | Associate | Daniel Desatnik | 759 | 0.20 | $151.80 |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Joshua A. Esses | 759 | 0.60 | $455.40 |
| | | Laura Stafford | 789 | 0.90 | $710.10 |
| | | Lucy Wolf | 789 | 5.30 | $4,181.70 |
| | | Steve Ma | 789 | 0.10 | $78.90 |
| | **Associate Total** | | | **7.10** | **$5,577.90** |
| **210 Total** | | | | **31.60** | **$24,467.40** |
| 212 | **Law Clerk** | Elisa Carino | 260 | 0.70 | $182.00 |
| | **Law Clerk Total** | | | **0.70** | **$182.00** |
| | **Legal Assistant** | Angelo Monforte | 270 | 1.80 | $486.00 |
| | | Joseph P. Wolf | 270 | 0.40 | $108.00 |
| | **Legal Assistant Total** | | | **2.20** | **$594.00** |
| **212 Total** | | | | **2.90** | **$776.00** |
| 215 | **Partner** | Lary Alan Rappaport | 759 | 1.60 | $1,214.40 |
| | **Partner Total** | | | **1.60** | **$1,214.40** |
| **215 Total** | | | | **1.60** | **$1,214.40** |
| 217 | **Partner** | Martin T. Hamilton | 789 | 13.80 | $10,888.20 |
| | **Partner Total** | | | **13.80** | **$10,888.20** |
| **217 Total** | | | | **13.80** | **$10,888.20** |
| **GRAND TOTAL** | | | | **272.70** | **$212,730.20** |