# APPENDIX I

**Bondholders/Monoline Insurers That Have Filed Proofs of Claim That Include 2011 GO Bond Claims of $5 Million or More Against Commonwealth[1]**

| Name of Claimant | Claim Number | Date Filed |
|---|---|---|
| ASM BLMIS Claims LLC | 66945 | 6/27/18 |
| Assured Guaranty Municipal Corp. | 27427 | 5/25/18 |
| Aurelius Opportunities Fund, LLC | 66867 | 6/27/18 |
| Autonomy Master Fund Limited | 66993 | 6/27/18 |
| Brigade Capital Management, LP | 21179 | 5/25/18 |

---

[1] This chart identifies certain holders of 2011 GO Bond claims based on a summary review of proofs of claim filed against the Commonwealth categorized by Prime Clerk (the Debtors' claims agent) as "Bond" claims or "Insurers of Long Term Debt" claims. The Committee objects, at a minimum, to these claims. The 2011 GO Claim Objection will be served on the above entities at the service addresses provided on their respective proofs of claim, as well as on their counsel, if known.