UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
                                                                          :
In re:                                                                    :
                                                                          :
THE FINANCIAL OVERSIGHT AND                                               :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                         :  Title III
                                                                          :
    as representative of                                              :  Case No. 17-BK-3283 (LTS)
                                                                          :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,                                :  (Jointly Administered)
                                                                          :
    Debtors.[1]                                                        :
------------------------------------------------------------------------- x

**DECLARATION OF JAMES R. BLISS IN SUPPORT OF OMNIBUS OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS**

    I, JAMES R. BLISS, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am a Partner with the law firm Paul Hastings LLP, co-counsel to the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) in the Title III cases of the Commonwealth of Puerto Rico and its instrumentalities.

    2.    I submit this declaration in support of the *Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain 2011 Commonwealth General*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Obligation Bonds* (the "2011 GO Claim Objection"). Capitalized terms not defined herein shall have the meanings ascribed to them in the 2011 GO Claim Objection.

3. Attached to this declaration as Exhibit 1 is a true and correct copy of excerpts of the Official Statement, dated March 10, 2011, for the 2011 C GO Bonds.

4. Attached to this declaration as Exhibit 2 is a true and correct copy of excerpts of the Official Statement, dated June 29, 2011, for the 2011 Public Improvement GO Bonds, the 2011 D GO Bonds, and the 2011 E GO Bonds.

5. Attached to this declaration as Exhibit 3 is a true and correct copy of excerpts of the Official Statement, dated March 11, 2014, for the 2014 A GO Bonds.

6. Attached to this declaration as Exhibit 4 is a true and correct copy of excerpts of the Official Statement, dated October 3, 2007, for the 2007 A GO Bonds.

7. Attached to this declaration as Exhibit 5 is a true and correct copy of excerpts of the Official Statement, dated August 2, 2006, for the 2006 B GO Bonds.

8. Attached to this declaration as Exhibit 6 is a true and correct copy of excerpts of the Official Statement Supplement, dated May 7, 2008, for the 2008 B GO Bonds.

9. Attached to this declaration as Exhibit 7 is a true and correct copy of excerpts of the Official Statement, dated October 16, 2009, for the PBA Government Facilities Revenue Refunding Bonds, Series Q.

*[remainder of page intentionally left blank]*

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: May 21, 2019
      New York, New York

*/s/ James R. Bliss*

PAUL HASTINGS LLP
James R. Bliss, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
jamesbliss@paulhastings.com

3