# **Exhibit 6**

**Supplement, dated May 7, 2008, to Official Statement,
dated April 25, 2008, relating to:**

**$908,990,000
COMMONWEALTH OF PUERTO RICO
$735,015,000 Public Improvement Refunding Bonds, Series 2008 A
$173,975,000 Public Improvement Refunding Bonds, Series 2008 B
(General Obligation Bonds)**

**Base CUSIP 74514L**

Please note the following changes to the Official Statement, dated April 25, 2008, relating to the above bonds (all terms used below have the same meanings given to them in said Official Statement, dated April 25, 2008):

1.  The first sentence under the heading "*Plan of Financing* - Refunding Plan" is deleted and in its place the following sentence is added to read as follows:

> The Bonds, together with the Series 2008 C Bonds, are being issued for the purpose of refunding certain public improvement and public improvement refunding bonds of the Commonwealth (the "Refunded Bonds") and repaying a portion of a line of credit obtained from Government Development Bank in the amount of $87,697,139.43 (the "Line of Credit").

[Remainder of Page Intentionally Left Blank]

2. The table under the heading "*Plan of Financing* - Refunding Plan" is deleted and in its place the following table is added:

| Public Improvement Bonds[1] | Principal Amount to be Refunded | Interest Rate | Maturity Date July 1, | Redemption Date | Redemption Price (% of Par) | CUSIP Number |
|---|---|---|---|---|---|---|
| 1988A[2] | $ 10,740,000 | [3] | 2008 | At maturity | N/A | 7451435F0 |
| 1989A | 2,880,000 | [3] | 2008 | At maturity | N/A | 7451436N2 |
| 1989A | 7,000,000 | [3] | 2009 | At maturity | N/A | 7451436P7 |
| 1990 | 12,245,000 | [3] | 2008 | At maturity | N/A | 745144AT2 |
| 1993[2] | 21,380,000 | 9.000% | 2008 | At maturity | N/A | 745144LE3 |
| 1993[2] | 3,560,000 | 9.000 | 2009 | At maturity | N/A | 745144ME2 |
| 1993[2] | 40,680,000 | 9.000 | 2009 | At maturity | N/A | 745144MH6 |
| 1995 | 8,705,000 | 6.250 | 2009 | At maturity | N/A | 745144Z73 |
| 1996 | 9,400,000 | 6.000 | 2009 | At maturity | N/A | 7451444M4 |
| 1998B[2] | 10,000,000 | 5.750 | 2009 | At maturity | N/A | 745145FK3 |
| 1998[2] | 9,715,000 | [3] | 2008 | At maturity | N/A | 745145EC2 |
| 1999A | 9,260,000 | 5.250 | 2009 | At maturity | N/A | 745145HF2 |
| 2002, Series B | 6,080,000 | 5.400 | 2009 | At maturity | N/A | 745145ZU9 |
| Series 2003 | 5,105,000 | 3.500 | 2008 | At maturity | N/A | 7451457D8 |
| Series 2003 | 5,285,000 | 3.800 | 2009 | At maturity | N/A | 7451457E6 |
| Series 2003 B[2] | 360,000 | 3.000 | 2008 | At maturity | N/A | 745145Y22 |
| 2003, Series B | 730,000 | 3.500 | 2008 | At maturity | N/A | 7451455V0 |
| 2003, Series B | 760,000 | 3.800 | 2009 | At maturity | N/A | 7451455W8 |
| Series 2003 C[2] | 36,450,000 | 6.000 | 2013 | 07/01/2008 | 100% | 745145Y30 |
| Series 2003 C[2] | 5,585,000 | 3.500 | 2014 | 07/01/2008 | 100 | 745145Y48 |
| Series 2003 C[2] | 229,215,000 | 5.000 | 2018 | 07/01/2008 | 100 | 745145Y55 |
| 2004, Series B | 1,515,000 | 3.500 | 2008 | At maturity | N/A | 7451456M9 |
| 2004, Series B | 1,570,000 | 3.800 | 2009 | At maturity | N/A | 7451456N7 |
| Series 2004 B-5[2] | 50,000,000 | ARS | 2029 | 05/14/2008 | 100 | 7451458H8 |
| Series 2004 B-6[2] | 50,000,000 | ARS | 2029 | 05/16/2008 | 100 | 7451458J4 |
| Series 2004 B-7[2] | 61,975,000 | ARS | 2031 | 05/12/2008 | 100 | 7451458K1 |
| Series 2004 B-8[2] | 62,000,000 | ARS | 2032 | 06/02/2008 | 100 | 7451458L4 |
| 2005, Series B | 9,825,000 | 3.150 | 2008 | At maturity | N/A | 74514LCK1 |
| 2005, Series B | 10,130,000 | 3.500 | 2009 | At maturity | N/A | 74514LCL9 |
| Series 2006 A[2] | 2,515,000 | 5.000 | 2008 | At maturity | N/A | 74514LGT8 |
| 2006, Series C | 7,825,000 | 5.100 | 2008 | At maturity | N/A | 74514LKK2 |
| 2006, Series D | 12,500,000 | 5.150 | 2009 | At maturity | N/A | 74514LKL0 |
| Series 2006C[2] | 7,665,000 | 5.200 | 2009 | At maturity | N/A | 74514LKV8 |
| 2007, Series B | 7,750,000 | 5.150 | 2009 | At maturity | N/A | 74514LLK1 |
| Series 2007A-7[2] | 100,000,000 | ARS | 2032 | 05/27/2008 | 100 | 745145NN3 |
| Series 2007B[2] | 46,625,000 | 5.125 | 2009 | At maturity | N/A | 74514LMS3 |

(1) Represents the principal amount of the Refunded Bonds; Refunded Bonds for which only interest (in the amount of $252,206,644.29) was refunded are not listed.
(2) Public Improvement Refunding Bonds.
(3) Capital Appreciation Bond.

2

3. The table under the heading "*Plan of Financing* - Sources and Uses of Funds" is deleted and in its place the following table is added:

**Sources and Uses of Funds**

**Sources:**

| | |
|---|---|
| Principal amount of the Bonds | $ 908,990,000.00 |
| Original issue premium | 4,918,914.25 |
| Moneys from Redemption Fund | 157,443,501.94 |
| Total sources | $1,071,352,416.19 |

**Uses:**

| | |
|---|---|
| Deposit into the Escrow Fund for Refunded Bonds | $ 979,085,417.16 |
| Underwriting discount, bond insurance premium, legal, printing, and other financing expenses[1] | 21,668,802.57 |
| Repayment of Line of Credit | 70,598,196.46 |
| Total uses | $1,071,352,416.19 |

---

[1] Includes costs of issuance associated with the conversion of certain series of public improvement and public improvement refunding bonds included in the Commonwealth's plan of finance and the cost to the Commonwealth (approximately $9,536,750) of terminating certain interest rate swaps originally entered into in connection with the issuance of certain of the Refunded Bonds and certain other public improvement and public improvement refunding bonds being converted to other interest rate modes and remarketed.

4. The last sentence in the fourth paragraph under the heading "*The Bonds* - Debt Limitation" is deleted.

5. The first sentence under the heading "*Underwriting*" is deleted and in its place the following sentence is added to read as follows:

> The Underwriters have jointly and severally agreed, subject to certain conditions, to purchase the Series 2008 A Bonds from the Commonwealth at an aggregate discount of $3,843,636.56 from the initial offering prices of the Series 2008 A Bonds set forth or derived from information set forth on the inside cover page hereof.

This Supplement will be filed with each NRMSIR and with the MSRB.

COMMONWEALTH OF PUERTO RICO

By: /s/ José Guillermo Dávila<br>Secretary of the Treasury

Dated: May 7, 2008

**NEW ISSUE - BOOK-ENTRY ONLY**
See "Book-Entry Only System" under *The Bonds*

*In the opinion of Bond Counsel, under the provisions of the Acts of Congress now in force, (i) subject to continuing compliance with certain tax covenants, interest on the Bonds will not be includable in gross income for federal income tax purposes, and (ii) the Bonds and interest thereon will be exempt from state, Commonwealth and local income taxation under existing law. However, see "Tax Matters" for a description of alternative minimum tax consequences with respect to interest on the Bonds and other tax considerations.*

**$908,990,000**
**COMMONWEALTH OF PUERTO RICO**
**$735,015,000 Public Improvement Refunding Bonds, Series 2008 A**
**$173,975,000 Public Improvement Refunding Bonds, Series 2008 B**
**(General Obligation Bonds)**

**Dated: Date of Delivery**                                                                 **Due: July 1, as shown on the inside cover**

The Bonds are issuable as registered bonds without coupons and will be initially registered only in the name of Cede & Co., as nominee of The Depository Trust Company, New York, New York ("DTC"), which will act as securities depository for the Bonds. **Purchasers will not receive delivery of the Bonds. So long as any purchaser is the beneficial owner of a Bond, he must maintain an account with a broker or dealer who is, or acts through, a DTC Participant to receive payment of principal and interest on such Bond.** See "Book-Entry Only System" under *The Bonds*. The Commonwealth will issue a portion of the Bonds with interest rates that are fixed to maturity (the "Series 2008 A Bonds") and a portion of the Bonds with interest rates that will be periodically reset by a remarketing agent in accordance with the provisions of the Bond Resolution (the "Series 2008 B Bonds" and, together with the Series 2008 A Bonds, the "Bonds"). Series 2008 A Bonds offered hereby will be available to purchasers in denominations of $5,000 and whole multiples thereof only under the book-entry system maintained by DTC through brokers and dealers who are, or act through, DTC Participants. Series 2008 B Bonds (prior to the time any such Series 2008 B Bonds are converted as herein described to an interest rate that is fixed to maturity) will be available to purchasers in denominations of $100,000 and multiples of $5,000 in excess of that amount only under said DTC book-entry system. Interest on the Bonds will accrue from their date of issuance at the annual rates described on the inside front cover, and, with respect to the Series 2008 A Bonds, will be payable semi-annually on each January 1 and July 1, commencing on January 1, 2009, and, with respect to the Series 2008 B Bonds, will be payable initially monthly, as further described herein. The Bonds are subject to redemption prior to maturity as set forth herein.

**THE BONDS ARE GENERAL OBLIGATIONS OF THE COMMONWEALTH. THE GOOD FAITH, CREDIT AND TAXING POWER OF THE COMMONWEALTH ARE IRREVOCABLY PLEDGED FOR THE PROMPT PAYMENT OF THE PRINCIPAL OF AND INTEREST ON THE BONDS. THE CONSTITUTION OF PUERTO RICO PROVIDES THAT PUBLIC DEBT OF THE COMMONWEALTH, WHICH INCLUDES THE BONDS, CONSTITUTES A FIRST CLAIM ON AVAILABLE COMMONWEALTH RESOURCES.**

In connection with the Series 2008 B Bonds, the Commonwealth will obtain an irrevocable, transferable, direct-pay letter of credit (the "Letter of Credit") from Wachovia Bank, National Association, concurrently with the issuance of such Bonds. The scheduled payment of principal of and interest on the Series 2008 B Bonds will be payable from draws upon the Letter of Credit. In addition, the Tender Agent will be entitled to draw upon the Letter of Credit to pay the Tender Price of Series 2008 B Bonds that are tendered and not remarketed. The Letter of Credit may expire, subject to earlier termination under certain circumstances or extension, prior to the final maturity of the Series 2008 B Bonds. Wachovia Bank, National Association will also serve as Remarketing Agent for the Series 2008 B Bonds.

The scheduled payment of principal of and interest on a portion of the Series 2008 A Bonds when due will be guaranteed by a financial guaranty insurance policy to be issued concurrently with the delivery of such Series 2008 A Bonds by Assured Guaranty Corp.

The Series 2008 A Bonds are offered for delivery when, as and if issued and accepted by the Underwriters, subject to the approval of legality by Sidley Austin LLP, New York, New York, Bond Counsel, and certain other conditions. The Series 2008 B Bonds are offered for delivery when, as and if issued and accepted by Wachovia Capital Markets LLC, subject to the approval of legality by Sidley Austin LLP, New York, New York, Bond Counsel, and certain other conditions. Certain legal matters will be passed upon for the Underwriters by Squire, Sanders & Dempsey L.L.P., Miami, Florida. It is expected that the Bonds will be available for delivery through the facilities of DTC on or about May 7, 2008.

| | | |
|---|---|---|
| **UBS Investment Bank** | **Lehman Brothers** | **Wachovia Capital Markets LLC** |
| **Banc of America Securities LLC** | **BBVAPR MSD** | **Bear, Stearns & Co. Inc.** |
| **Citi** | **DEPFA First Albany Securities LLC** | **Eurobank MSD** |
| **Goldman, Sachs & Co.** | **JPMorgan** | **Loop Capital Markets** |
| **Merrill Lynch & Co.** | **Morgan Stanley** | **Oriental Financial Services** |
| **Popular Securities** | **RBC Capital Markets** | **Samuel A. Ramírez & Co.** |
| **Santander Securities** | **Scotia Capital** | **Oppenheimer & Co. Inc.** |

April 25, 2008

**COMMONWEALTH OF PUERTO RICO**

**$735,015,000 Public Improvement Refunding Bonds, Series 2008 A**
**(General Obligation Bonds)**

| Maturity July 1, | Amount | Interest Rate | Price or Yield | CUSIP |
|---|---|---|---|---|
| 2010 | $ 17,780,000 | 5.000% | 4.000% | 74514LSX6 |
| 2010 | 14,665,000 | 4.250 | 4.000 | 74514LTX5 |
| 2011 | 10,200,000 | 5.000 | 4.200 | 74514LSY4 |
| 2011 | 23,635,000 | 4.000 | 4.200 | 74514LSZ1 |
| 2012 | 14,375,000 | 5.000 | 4.350 | 74514LTA5 |
| 2012 | 20,785,000 | 4.125 | 4.350 | 74514LTB3 |
| 2013 | 29,770,000 | 5.000 | 4.450 | 74514LTC1 |
| 2013 | 6,840,000 | 4.250 | 4.450 | 74514LTD9 |
| 2014[1] | 36,110,000 | 5.000 | 3.760 | 74514LTE7 |
| 2014[1] | 27,360,000 | 4.000 | 3.760 | 74514LTF4 |
| 2015[1] | 50,220,000 | 5.000 | 3.910 | 74514LTG2 |
| 2015[1] | 15,995,000 | 4.000 | 3.910 | 74514LTH0 |
| 2016[1] | 53,955,000 | 5.000 | 4.050 | 74514LTJ6 |
| 2016 | 12,965,000 | 5.000 | 4.900 | 74514LTK3 |
| 2016[1] | 16,605,000 | 4.000 | 4.050 | 74514LTL1 |
| 2019 | 15,305,000 | 5.000 | 5.080 | 74514LTN7 |
| 2020 | 16,065,000 | 5.000 | 5.170 | 74514LTP2 |
| 2021 | 16,870,000 | 5.000 | 5.220 | 74514LTQ0 |
| 2022 | 17,715,000 | 5.000 | 5.270 | 74514LTR8 |
| 2023[2] | 18,600,000 | 5.500 | 5.260 | 74514LTS6 |
| 2024 | 19,625,000 | 5.125 | 5.350 | 74514LTT4 |
| 2025 | 20,630,000 | 5.250 | 5.400 | 74514LTU1 |
| 2026 | 21,715,000 | 5.250 | 5.450 | 74514LTV9 |

$28,555,000, 4.750% Term Bond Due July 1, 2018, Yield 5.000%, Initial CUSIP 74514LTM9
$208,675,000, 5.500% Term Bond Due July 1, 2032, Yield 5.630%, Initial CUSIP 74514LTW7

**$173,975,000 Public Improvement Refunding Bonds, Series 2008 B**
**(General Obligation Bonds)**

$173,975,000[3] Term Bond Due July 1, 2032, Price 100%, Initial CUSIP 74514LUA3

The interest rates on the Series 2008 B Bonds will be determined by the Remarketing Agent on May 6, 2008 and will be effective as of May 7, 2008. Such rate shall be the lowest rate that in the sole judgment of the Remarketing Agent would be necessary to market the Series 2008 B Bonds at par on May 7, 2008 for the period ending May 7, 2008. Thereafter, while bearing interest in a Daily Interest Rate Period, the Series 2008 B Bonds will bear interest at rates and in the manner described under "Description of the Series 2008 B Bonds" under *The Bonds*.

_____
[1] Insured by Assured Guaranty Corp.
[2] Priced to the first optional redemption date of July 1, 2018.
[3] Bears interest initially in a Daily Interest Rate Period; Wachovia Bank, National Association, Remarketing Agent and Provider.

# Commonwealth of Puerto Rico

## Governor

ANÍBAL ACEVEDO VILÁ

## Members of the Cabinet

JORGE P. SILVA-PURAS
*Chief of Staff*

| | | |
|---|---|---|
| FERNANDO J. BONILLA<br>*Secretary of State* | ROBERTO J. SÁNCHEZ RAMOS<br>*Secretary of Justice* | JOSÉ GUILLERMO DÁVILA<br>*Secretary of the Treasury* |
| RAFAEL ARAGUNDE TORRES<br>*Secretary of Education* | ROMÁN M. VELASCO GONZÁLEZ<br>*Secretary of Labor and Human Resources* | ROSA PÉREZ PERDOMO<br>*Secretary of Health* |
| GABRIEL FIGUEROA HERRERA<br>*Secretary of Agriculture* | CARLOS GONZÁLEZ MIRANDA<br>*Secretary of Transportation and Public Works* | BARTOLOMÉ GAMUNDI CESTERO<br>*Secretary of Economic Development and Commerce* |
| FÉLIX MATOS<br>*Secretary of Family Affairs* | JORGE RIVERA JIMÉNEZ<br>*Secretary of Housing* | JAVIER VÉLEZ AROCHO<br>*Secretary of Natural and Environmental Resources* |
| VÍCTOR A. SUÁREZ<br>*Secretary of Consumer Affairs* | DAVID E. BERNIER RIVERA<br>*Secretary of Sports and Recreation* | MIGUEL A. PEREIRA<br>*Secretary of Corrections and Rehabilitation* |

---

*Legislative Officers*

KENNETH D. MCCLINTOCK
President, Senate

JOSÉ F. APONTE
Speaker, House of Representatives

*Fiscal Officers*

ARMANDO A. VALDEZ
Director, Office of Management and Budget

JORGE IRIZARRY HERRÁNS
President, Government Development Bank for Puerto Rico