**Hearing Date**: June 12, 2019 at 9:30 a.m. (AST)
**Objection Deadline**: May 28, 2019 at 4:00 p.m. (AST)

---

```
------------------------------------------------------------------------ x
In re:                                               :
                                                     :
THE FINANCIAL OVERSIGHT AND                          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    :  Title III
                                                     :
       as representative of                          :  Case No. 17-BK-3283 (LTS)
                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,              :  (Jointly Administered)
                                                     :
       Debtors.¹                                     :
------------------------------------------------------------------------ x
In re:                                               :
                                                     :
THE FINANCIAL OVERSIGHT AND                          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                    :  Title III
                                                     :
       as representative of                          :  Case No. 17-BK-3567 (LTS)
                                                     :
THE PUERTO RICO HIGHWAYS AND                         :  (Jointly Administered)
TRANSPORTATION AUTHORITY,                            :
                                                     :
       Debtor.                                       :
------------------------------------------------------------------------ x
```

**NOTICE OF HEARING ON OMNIBUS MOTION BY
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AND ITS SPECIAL
CLAIMS COMMITTEE TO EXTEND TIME FOR SERVICE OF SUMMONSES
AND COMPLAINTS AND TO STAY CERTAIN ADVERSARY PROCEEDINGS
[ADV. NOS. 19-362, 19-363, 19-364, 19-365] RELATING TO CERTAIN HTA BONDS**

**PLEASE TAKE NOTICE** that a hearing on the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

*Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings [Adv. Nos. 19-362, 19-363, 19-364, 19-365] Relating to Certain HTA Bonds* (the "Motion") will be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **June 12, 2019, at 9:30 a.m. (AST)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, by submitting a hard copy via mail to the Clerk's Office, United States District Court, Room 150 Federal Building, San Juan, PR 00918-1767 or by hand delivery to the Clerk's Office, United States District Court, 150 Carlos Chardon Avenue, Room 150, San Juan, PR 00918, to the extent applicable, and shall be served in accordance with the Eighth Amended Case Management Procedures (Docket No. 4866, Exhibit A), so as to be so filed and received no later than **May 28, 2019 at 4:00 p.m. (AST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Eighth Amended Case Management Procedures.

*[Signature page to follow.]*

Dated: May 21, 2019	/s/ Luc A. Despins

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Alberto J. E. Añeses Negrón, Esq. (USDC - PR 302710)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*