UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>Jointly Administered |

## APPLICATION FOR ADMISSION *PRO HAC VICE* BY JAMES A. NEWTON

COMES NOW James A. Newton ("Applicant") respectfully stating and praying as follows:

1. Applicant is an attorney with the law firm of Morrison & Foerster LLP, with offices at:

   **Address:** 250 West 55th Street, New York, NY 10019
   **Email:** jnewton@mofo.com
   **Telephone:** 212-336-4116
   **Fax:** 212-468-7900

2. Applicant has been retained as counsel by Fir Tree Inc.

3. Applicant will sign all pleadings and papers with the name James A. Newton.

4. Since March 23, 2011, Applicant has been and presently is a member in good standing of the Bar of the highest court in the State of New York, where Applicant regularly practices law. Applicant's New York State bar license number is 4855359.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (9686).

ny-1646947

5. Applicant has been admitted to practice and is a member in good standing of the bar in the following courts:

| Court | Admission Date |
|---|---|
| United States District Court for the Southern District of New York | August 28, 2012 |
| United States District Court for the Eastern District of New York | August 28, 2012 |
| Florida | October 8, 2009 |

6. Applicant hereby attests that he is not suspended from practice nor has he been the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in any court or jurisdiction.

7. Applicant has filed for *pro hac vice* admission in the U.S. District Court for the District of Puerto Rico, and on November 4, 2018 was admitted in PROMESA Title VI Case No. 18-1561-LTS.

8. Local counsel of record associated with applicant in this matter are:

> Harold D. Vicente
> Vicente & Cuebas
> P.O. Box 11609
> San Juan, PR 00910-1609
> Telephone (787) 751-8000
> Facsimile (787) 756-5250
> hvicente@vclawpr.com

9. Applicant has read the Local Rules of this Court and will comply with them including the provision which requires the payment of an admission fee in the amount of $300.00 to the Clerk, U.S. District Court.

**WHEREFORE**, Applicant respectfully requests to be admitted *pro hac vice* in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 22, 2019.

2

ny-1646947

James A. Newton
Printed Name of Applicant

Signature of Applicant

3

ny-1646947

## CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE

We hereby certify pursuant to L.Cv.R. 83A(f) that we consent to the designation of local counsel of record for all purposes and that we caused to be delivered a copy of the foregoing to the Clerk of the Court with the admission fee or made payment electronically. We also certify that we filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties required to receive notice in the captioned proceeding. In San Juan, Puerto Rico, this 22nd day of May 2019.

**VICENTE & CUEBAS**
P.O. Box 11609
San Juan, PR 00910-1609
Telephone (787) 751-8000
Facsimile (787) 756-5250

*s/ Harold D. Vicente*
**HAROLD D. VICENTE**
USDC-PR 117711
E-Mail: hvicente@vclawpr.com

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, hereby orders that the application is granted.

The Clerk of Court shall deposit the admission fee into the account of Non-Appropriated Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of May, 2019.

Hon. Laura Taylor Swain<br>
U.S. District Court Judge