May 1, 2019



The Honorable Laura Taylor Swain, Judge
U.S. District Court
150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

Honorable Judge Taylor Swain:

On April 15, 2019, the Commonwealth of Puerto Rico set forth through the Financial Oversight and Management Board for Puerto Rico (Oversight Board) the 24th Omnibus Objection against a number of multiple proof of claims based in the rules of the Federal Rule Bankruptcy Procedure 3007(d)(1)-(7).

The purpose of the objection is to disallowed claims according to the federal procedure above because some information appears to be an exact duplication of another proof of claims under the Case Number (17BK 0283-LTS).

I rejected any kind of action from the Oversight Board and its counselors to disallowed the claim **4454** included in the Exhibit-A of this Omnibus Objection on my name against the Commonwealth of Puerto Rico, Department of Education for the following reasons:

> - First at all, the claim to be disallowed **4454** is not an exact duplicate of another claim because the basis of those claims are different by legal nature and part of the legal action **KPE 1980-1738 (805)**. The objected claim **4454** advocates for the rights of my son Raul Andres Feliciano-Llanos. The remaining claim **4910** was submitted electronically on behalf of my other son Fernando Enrique Feliciano-Llanos.
>
> - Second, the pending objection to disallowed the claim number **4454** is not a potential double recovery or detriment against the Commonwealth of Puerto Rico stakeholders according to the legal action **KPE 1980-1738 (805)** and by just verifying and evaluating carefully the information included in the Part-2, Answer 9- (**Basis of the Claims**) of the enclosed claims speaks for himself.
>
> - Third, the real holder of the claim number **4454** its my son and will be prejudiced from its rights by any kind of action or decision to participate in these legal cases with the disallowment of the submitted proof of claim.
>
> - Fourth, the support good faith oath of Mr. Jay Herriman as Managing Director of the Alvarez & Marsal North America, LLC and its counselors as the persons responsible of the reconciliation and reviewing process tasks of the presented objection to the claim **4454** was totally biased just by carefully reading and evaluating the Part-2, Answer 9- (**Basis of the Claims**) of the enclosed claims **4454** and **4910** included as evidence to reject this objection in the U.S. District Court.

RECEIVED & FILED
CLERK'S OFFICE
MAY 9 2019
US DISTRICT COURT
SAN JUAN PR

> ➢ Five, therefore and based in the information above and the enclosed evidence the set forth pending objection against the proof of claim **4454** should be legally stated as null and granted as a remaining claim in the Case Number (17BK 03283- LTS) by the U.S District Court of Puerto Rico.

The response of this objection is properly filed by certified mail to the District Clerk's Office, the Oversight Board and the Creditor's Committee to be held in the U.S District Court of Puerto Rico according to the rules and procedures of the Title III of the Puerto Rico Oversight, Management and Economic Stability Act for the 24th Omnibus Objection.

I requested to be notify by the court in the same way once upon their addressed a final decision on this matter. If more information or further assistance is needed, please dont hesitate to contact me at (787) 218-4373 or sending a message to the mailing address included in the proof of claims.

Cordially,

Fernando Feliciano-Aguiar

**CC:**
**District Clerk's Office**
**Oversight Board**
**Creditors Committee**

**Enclosed:**
**Proof of Claims 4454 and 4910**