IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Yehuda Goor, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Dechert LLP, with offices at:

| Address | 1095 Avenue of the Americas |
|---|---|
|  | New York, NY 10036 |
| Email | yehuda.goor@dechert.com |
| Telephone No. | +1 (212) 698-3582 |
| Fax No. | +1 (212) 698-3599 |

2. Applicant will sign all pleadings with the name Yehuda Goor.

3. Applicant has been retained personally or as a member of the above-named firm by Dechert LLP to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 2018, applicant has been and presently is a member in good standing of the bar sf the highest court of the State of New York, where applicant regularly practices law. Appliant's bar license number is 5489729.

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Southern District of New York | September 25, 2018 |
| Eastern District of New York | September 25, 2018 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

Date of Application:                                    Case Number and Style:

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Dora L. Monserrate-Peñagaricano |
| USDC-PR Bar No. | 212612 |
| Address | 101 San Patricio Ave., Miramar Plaza Suite 1120 |
| | Guaynabo, Puerto Rico 00968 |
| Email | dmonserrate@msglawpr.com |
| Telephone No. | (787) 620-5300 |
| Fax No. | (787) 620-5305 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 23, 2019

Yehuda Goor
Printed Name of Applicant

Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 23, 2019

Dora L. Monserrate-Peñagaricano
Printed Name of Local Counsel

*[signature]*
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

*[signature]*
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.