**Exhibit B**

| Privilege ID | Specific Privilege(s) Challenged | Other Privileges Asserted but not Challenged |
|---|---|---|
| 3 | Deliberative Process | Work Product |
| 4 | Deliberative Process | Work Product |
| 9 | Attorney-Client<br>Work Product | Deliberative Process |
| 11 | Deliberative Process<br>Work Product | Attorney-Client |
| 12 | Work Product | Attorney-Client<br>Deliberative Process |
| 13 | Attorney-Client | Deliberative Process |
| 14 | Attorney-Client | Deliberative Process |
| 16 | Attorney-Client | Deliberative Process |
| 21 | Attorney-Client | Deliberative Process |
| 43 | Work Product | Deliberative Process<br>Attorney-Client |
| 44 | Work Product | Deliberative Process<br>Attorney-Client |
| 53 | Work Product | Attorney-Client<br>Deliberative Process |
| 56 | Attorney-Client<br>Work Product | Deliberative Process |
| 62 | Attorney-Client | Work Product |
| 63 | Work Product | Attorney-Client |
| 84 | Deliberative Process | Attorney-Client |
| 94 | Attorney-Client<br>Work Product | Deliberative Process |
| 101 | Work Product | Attorney-Client<br>Deliberative Process |
| 112 | Attorney-Client<br>Work Product | Deliberative Process |
| 116 | Attorney-Client<br>Work Product | Deliberative Process |
| 118 | Attorney-Client<br>Work Product | Deliberative Process |
| 134 | Work Product | Attorney-Client |
| 138 | Work Product | Attorney-Client |
| 139 | Work Product | Attorney-Client |
| 144 | Work Product | Attorney-Client |
| 146 | Work Product | Attorney-Client |
| 172 | Work Product | Attorney-Client |
| 173 | Work Product | Attorney-Client |
| 174 | Work Product | Attorney-Client |
| 188 | Work Product | Attorney-Client |
| 192 | Work Product | Attorney-Client |
| 246 | Work Product | Attorney-Client |
| 258 | Work Product | Attorney-Client<br>Deliberative Process |
| 259 | Work Product | Attorney-Client<br>Deliberative Process |
| 261 | Work Product | Attorney-Client |
| 302 | Work Product | Attorney-Client |

| Privilege ID | Specific Privilege(s) Challenged | Other Privileges Asserted but not Challenged |
|---|---|---|
| | | Deliberative Process |
| | | Mediation |
| 303 | Work Product | Attorney-Client |
| | | Deliberative Process |
| | | Mediation |
| 311 | Work Product | Attorney-Client |
| 312 | Work Product | Attorney-Client |
| 313 | Work Product | Attorney-Client |
| 314 | Work Product | Attorney-Client |
| 315 | Work Product | Attorney-Client |