UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*, Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER GRANTING IN PART PUERTO RICO SALES TAX FINANCING CORPORATION'S THIRTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DUPLICATE BOND CLAIMS**

Upon the *Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims* ("Thirteenth Omnibus Objection")[2] filed by the Puerto Rico Sales Tax Financing Corporation ("COFINA"), dated December 5, 2018, for entry of an order disallowing in their entirety certain claims filed against COFINA, as more fully set forth in the Thirteenth Omnibus Objection, and the supporting exhibits thereto; and the Court having jurisdiction to consider the Thirteenth Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Thirteenth Omnibus Objection.

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Thirteenth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Thirteenth Omnibus Objection being duplicative of a Master Proof of Claim in whole or in part; and, upon the record of the hearing held on the Thirteenth Omnibus Objection as to Proof of Claim No. 10701 (the "Claim") on April 24, 2019, and the rulings made therein, the Court having determined the relief sought in the Thirteenth Omnibus Objection to the extent granted herein is in the best interest of COFINA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Thirteenth Omnibus Objection establish just cause for relief to the extent granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Thirteenth Omnibus Objection is GRANTED in part as set forth herein; and it is further

ORDERED that the Claim is hereby disallowed in part as to the portion of the Claim that is duplicative of a Master Proof of Claim; and it is further

ORDERED that the Thirteenth Omnibus Objection is overruled as to the remainder of the Claim; and it is further

ORDERED that, following the Court's overruling of the Thirteenth Omnibus Objection as to the remainder of the Claim, the parties have agreed to the following schedule for resolution of the Claim without the need to refile an objection thereto:

- On or before May 29, 2019, Mr. Hein shall file a supplement setting forth further factual and legal support for his remaining claim.

- On or before July 12, 2019, COFINA shall file a response to Mr. Hein's supplement.

- To the extent COFINA's response raises issues not raised in the Thirteenth Omnibus Objection, Mr. Hein may file a further supplement on or before August 8, 2019.

- To the extent Mr. Hein's August 8, 2019 supplement raises issues not raised in his May 29, 2019 supplement, COFINA may file a further response on or before September 3, 2019.

- The remainder of Mr. Hein's Claim will be heard at the September 11, 2019 omnibus hearing.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge