**Exhibit A**

```
 1  UNITED STATES DISTRICT COURT
    DISTRICT OF PUERTO RICO
 2  ------------------------------x

 3  IN RE: THE FINANCIAL OVERSIGHT    PROMESA
    & MANAGEMENT BOARD FOR PUERTO
 4  RICO,                             TITLE III

 5       as representative of
                                      17 BK 3283 (LTS)
 6  THE COMMONWEALTH OF
    PUERTO RICO, et al.               (Jointly Administered)
 7
                    Debtors.
 8
    ------------------------------x
 9                                         Motion Hearing
                                           May 16, 2019
10                                         2:00 p.m.

11  Before:

12            HON. LAURA TAYLOR SWAIN,

13                                         District Judge

14

15            APPEARANCES

16
    PROSKAUER ROSE LLP
17       Attorneys for Financial Oversight and Management Board
    BY:  BRIAN C. ROSEN
18
    PAUL HASTINGS LLP
19       Attorneys for Official Committee of Unsecured Creditors
         and its capacity as Commonwealth agent
20  BY:  LUC A. DESPINS
         G. ALEXANDER BONGARTZ
21
    O'MELVENY & MYERS LLP
22       Attorneys for AAFAF
    BY:  PETER FRIEDMAN
23
    BUTLER SNOW LLP
24       Attorneys for Financial Guaranty Insurance Company
    BY:  MARTIN A. SOSLAND
25
```

```
 1                    APPEARANCES

 2

     ORRICK HERRINGTON & SUTCLIFFE LLP
 3        Attorneys for Cantor-Katz Collateral Monitor LLC
     BY:  DOUGLAS MINTZ
 4
     MILBANK LLP
 5        Attorneys for Ambac Assurance Corp.
     BY:  ATARA MILLER
 6        ANNA DIMON

 7   CADWALADER, WICKERSHAM & TAFT LLP
          Attorneys for Assured Guaranty Corp. and Assured Municipal
 8        Corp.
     BY:  WILLIAM NATBONY
 9        THOMAS J. CURTIN

10   BROWN RUDNICK LLP
          Attorneys for Special Claims Committee
11   BY:  EDWARD WEISFELNER

12   WHITE & CASE
          Attorneys for the "Puerto Rico Funds"
13   BY:  JASON N. ZAKIA

14   WEIL, GOTSHAL & MANGES LLP
          Attorneys for National Public Finance Guarantee
15        Corporation
     BY:  MARCIA GOLDSTEIN
16        KELLY DIBLASI
          MOSHE FINK
17
     MCCONNELL VALDES LLC
18        Attorneys for AmeriNational Community Services, LLC as
          servicer for the GDB Debt Recovery Authority
19   BY:  NAYUAN ZOUAIRABANI

20   JENNER & BLOCK LLP
          Attorneys for Official Committee of Retired Employees of
21        the Commonwealth of Puerto Rico
     BY:  RICHARD LEVIN
22        CARL WEDOFF

23

24

25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

Case:17-03283-LTS Doc#:7094-1 Filed:05/24/19 Entered:05/24/19 12:50:57 Desc. Exhibit A  Page 4 of 4

34

1 conflict comes up.

2     THE COURT: I will ask this at the simplest, most
3 naive level. You are not proposing to challenge bonds of one
4 of these other creditors; you are challenging liens of HTA or
5 ERS in a complaint that concludes with "and if there is no
6 lien, therefore the money belongs to the Commonwealth"?

7     MR. DESPINS: Not in these complaints. It has been
8 our position on the clawback that if the Court rules or is
9 prepared to rule that they are secured in HTA, our position is
10 that at that point we are allowed to argue, because the secured
11 creditors of HTA would get nothing, that the Commonwealth
12 defeats their interest because they are not a secured creditor
13 of the Commonwealth. But not in these complaints. That's the
14 short answer.

15     THE COURT: Not in these complaints?

16     MR. DESPINS: Absolutely not.

17     The point on ERS, your Honor, is that the employees
18 that are subject to the collective bargaining agreement with
19 SEIU, these are current employees. That is very important.
20 The Retiree Committee represents retired employees. The
21 committee represents active employees with respect to their
22 retirement benefits.

23     There are tons of these people. These are janitors in
24 schools and all that are represented by SEIU that have put
25 millions of dollars of their own money pursuant to a law that