# EXHIBIT C

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| 1. | 2/5/17 - 10/1/17 | **Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)**<br><br>Alvarez Lopez, Marta; Barrios Buscaglia, Gabriela*; Camporreale Mundo, Alejandro; Capacete Cabassa, Adriana*; Fernandez Gonzalez, Blanca; Frederique Guzman, Coral; Garau Gonzalez, Ivan*; Hernandez Garcia, Nicole; Loran Butron, Gerardo; Mattei Perez, Jesus; Mendez Rosado, Andres; Portela Franco, Gerardo; Soto Velez, Pedro; Torres Rodriguez, Sebastián*; Yamin Rivera, Carlos*; Yassin Mahmud, Mohammad*<br><br>**Employees Retirement System (ERS)**<br><br>Collazo Rodriguez, Luis*; Izquierdo Henn, Ana; Medina Colon, Juan; Palmer, Natalia*; Rivera Santiago, Hiram; Rodriguez Vega, Anais; Romero | Confidential communications with in-house counsel and/or outside counsel providing, requesting, and/or discussing legal advice in connection with anticipated and ongoing litigation with ERS bondholders. | Attorney-Client Privilege; Attorney Work Product; Executive Privilege; Common Interest | 119 |

[1] This categorical log reflects the reasonable and good faith efforts of ERS, the Commonwealth, and AAFAF to categorize privileged documents withheld to date in response to the document requests served by Movants. ERS, the Commonwealth and AAFAF reserve the right to amend or supplement this log.
[2] Date ranges reflect the date of the earliest and latest document in each category.
[3] This list includes authors. Some listed individuals may have held roles in more than one Government agency or entity. We will be providing separately an index with the title or role for each person.
[4] ERS, the Commonwealth, and AAFAF will be providing separately affidavits in support of the deliberative process privilege where applicable.
* Denotes an attorney.

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief*
*from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | Lopez, Arturo; Sarriera Requena, Bibiana*;  Serrano Baez, Carlos J.; Tirado Soto, Cecile | | | |
| | | ***Puerto Rico Administration of Health Services*** | | | |
| | | Mojica Figueroa, Yesenia | | | |
| | | ***Office of the Governor (Fortaleza)*** | | | |
| | | Rosselló Nevares, Ricardo | | | |
| | | ***Governor's Representative to FOMB*** | | | |
| | | Sanchez Sifonte, Elias | | | |
| | | ***Government Development Bank*** | | | |
| | | Jose Santiago | | | |
| | | ***Dentons US LLP (Outside Legal Counsel to AAFAF)*** | | | |
| | | Alberts, Sam*; Barnowski, Dan*; Miller, Geoffrey*; Moderson, Martin*; Montgomery, Claude*; Richards, Robert*; Soule, Margo*; Zeefe, Malka* | | | |
| | | ***O'Melveny & Myers LLP (Outside Legal Counsel to AAFAF)*** | | | |
| | | Cantor, Daniel*; Friedman, Peter*; Innamorati, Daniel*; Oppenheimer, M. Randall*; McKeen, Elizabeth*; Navarro, Victor; Neve, Brett*; Ortega, Lorena*; | | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | Perez, Diana*; Pocha, Madhu*; Rapisardi, John*; Taylor, Jennifer*; Touzos, Stefanos*; Sushon, William*; Uhland, Suzzanne*; Vialet, Jose; Zujkowski, Joseph*<br><br>***DLA Piper LLP (Outside Legal Counsel to ERS)***<br><br>Chesley, Richard*; Sosa Llorens, Jose*<br><br>***Greenberg Traurig LLP (Outside Legal Counsel to AAFAF)***<br><br>Cleary, David*; Hutton, John*; Mitchell, Nancy*<br><br>***Bluhaus Capital, LLC (AAFAF Advisor)***<br><br>Eduardo Inclan; Toro, Alberto<br><br>***Bank of America Merrill Lynch (AAFAF Advisor)***<br><br>Gewehr, Bradley; Radley, Mathew; Rodriguez, Jorge<br><br>***Rothschild & Co. (AAFAF Advisor)***<br><br>D'Agata, Victor; Kang, John; Mondell, Dustin; Snyder, Todd; Sufian, Ethan<br><br>***IBM (AAFAF Advisor)*** | | | |

ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | Calvesbert, Edward **DLA Piper LLP (Outside Legal Counsel to ERS)** Chesley, Richard* **Proskauer Rose LLP (Outside Legal Counsel to FOMB)** Hamburger, Paul*; Indelicato, Vincent* **McKinsey & Company, Inc. (FOMB Advisor)** Klempner, Bryce; McGee, McKinsey; Tang, Amy; Wintner Todd | | | |
| 2. | 2/13/17 - 9/15/17 | **AAFAF** Alvarez Lopez, Marta; Barrios Buscaglia, Gabriela*; Camporreale Mundo, Alejandro; Capacete Cabassa, Adriana*; Cosme Nazario, Rosanna; Fernandez Gonzalez, Blanca; Garau Gonzalez, Ivan*; Gonzalez, Carlos; Gonzalez Garay, Loran Butron, Gerardo; Maria; Hernandez Garcia, Nicole; Mattei Perez, Jesus; Mendez Rosado, Andres; Portela Franco, Gerardo; Roa Martinez, Jose; Santiago, Maria; Soto, Pedro; Torres Rodriguez, Sebastián*; Yamin | Confidential communications with in-house counsel and/or outside counsel providing, requesting, and/or discussing legal advice in connection with pension reform proposals, including conversion to PayGo, the PayGo fee structure, legal theories regarding potential litigation, and treatment of benefits. | Attorney Client Privilege; Attorney Work Product; Common Interest | 156 |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief*
*from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | Rivera, Carlos*; Yassin Mahmud, Mohammad* <br><br> ***ERS*** <br><br> Collazo Rodriguez, Luis*; Sarriera Requena, Bibiana*;  Tirado Soto, Cecile <br><br> ***Department of Treasury (Hacienda)*** <br><br> Peña Montanez, Franciso; Rodriguez, Omar <br><br> ***Office of the Governor (Fortaleza)*** <br><br> Mesa Pabón, Philippe*; Saavedra Yadira, Perez* <br><br> ***Governor's Representative to FOMB*** <br><br> Sanchez Sifonte, Elias <br><br> ***Dentons US LLP (Outside Legal Counsel to AAFAF)*** <br><br> Alberts, Sam*; Barnowski, Dan*; Miller, Geoffrey; Montgomery, Claude*; Moderson, Martin*; Richards, Roberts*; Zeefe, Malka* <br><br> ***Greenberg Traurig LLP (Outside Legal Counsel to AAFAF)*** <br><br> Cleary, David*; Hutton, John*; Mitchell, Nancy* | | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | ***Ocasio Law Firm (Outside Legal Counsel to AAFAF)*** <br><br> Ocasio, Ferdinand* <br><br> ***O'Melveny & Myers LLP (Outside Legal Counsel to AAFAF)*** <br><br> Beiswenger, Jacob*; Friedman, Peter*; Parlen, Andrew*; Rapisardi, John*; Taylor, Jennifer*; Uhland, Suzanne* <br><br> ***Ankura Consulting Group, LLC (AAFAF Advisor)*** <br><br> San Miguel, Jorge <br><br> ***Bluhaus Capital, LLC (AAFAF Advisor)*** <br><br> Inclan, Eduardo; Toro, Alberto <br><br> ***Bank of America Merrill Lynch (Advisor to AAFAF)*** <br><br> Gewehr, Bradley; Radley, Matthew; Rodriguez, Jorge; Urban, Amanda <br><br> ***Conway MacKenzie, Inc. (AAFAF Advisor)*** <br><br> Garcia-Miro, Aurelio; Jones, Taylor <br><br> ***Rothschild & Co. (Advisor to AAFAF)*** | | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | D'Agata, Victor; Kang, John; Mondell, Dustin; Snyder, Todd; Sufian, Ethan; Von Bomhard, Sophie<br><br>***FOMB***<br><br>El Koury, Jamie*<br><br>***Proskauer Rose LLP (Outside Legal Counsel to FOMB)***<br><br>Bienenstock, Martin*; Hamburger, Paul*; Huffman, James*; Indelicato, Vincent*; Possinger, Paul*; Rutsky, Scott*<br><br>***Ernst & Young Puerto Rico LLC (FOMB Advisor)***<br><br>Chepenik, Adam; Malhotra, Gaurav; Porepa, Jodi; Santambrogio, Juan<br><br>***McKinsey & Company, Inc. (FOMB Advisor)***<br><br>Bielenberg, Aaron; Hernandez, Kari; Klempner, Bryce; McCall-Landry, Dylan; McGee, Laura; Shah, Ojas; Tang, Amy; Wintner, Todd<br><br>***Pension Trustee Advisors (FOMB Advisor)***<br><br>Fornia, William | | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief*
*from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| 3. | 2/2/17 - 9/30/17 | **AAFAF**<br><br>Alvarez Lopez, Marta; Camporreale Mundo, Alejandro; Capacete Cabassa, Adriana*; Cosme Nazario, Rosanna; Fernandez Gonzalez, Blanca; Garau Gonzalez, Ivan*; Gonzalez Garay, Maria; Hernandez Garcia, Nicole; Loran Butron, Gerardo; Mattei Perez, Jesus; McConnie, Carmen; Portela Franco, Gerardo; Soto Velez, Pedro; Torres Rodriguez, Sebastián*; Yamin Rivera, Carlos*; Yassin Mahmud, Mohammad*<br><br>**Department of Treasury**<br><br>Pena Montanez, Francisco; Rodriguez, Omar<br><br>**ERS**<br><br>Collazo Rodriguez, Luis*; Maldonado Robles, Felix; Rodriguez Vega, Anais*; Sarriera Requena, Bibiana*; Tirado Soto, Cecile<br><br>**Governor's Representative to FOMB**<br><br>Sanchez Sifonte, Elias<br><br>**Ankura Consulting Group, LLC (AAFAF Advisor)** | Confidential communications with in-house counsel and/or outside counsel providing, requesting, and/or discussing legal advice in connection with PayGo implementation, including treatment, calculation, invoicing, and collection of PayGo fees. | Attorney-Client Privilege; Attorney-Work Product; Common Interest | 69 |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief*
*from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | San Miguel, Jorge<br><br>***Bank of America Merrill Lynch (Advisor to AAFAF)***<br><br>Gewehr, Bradley; Radley, Matthew; Rein, Carol; Rodriguez, Jorge; Urban, Amanda<br><br>***Bluhaus Capital, LLC (AAFAF Advisor)***<br><br>Eduardo Inclan; Alberto Toro<br><br>***Dentons US LLP (Outside Legal Counsel to AAFAF)***<br><br>Alberts, Sam*; Ballan, Jonathan*; Krolikowski, Joe*; Moderson, Martin*; Montgomery, Claude*; Odum, Lori; Soule, Margo*; Zeefe, Malka;<br><br>***DLA Piper LLP (Outside Legal Counsel to ERS)***<br><br>Albanese, Rachel*; Cerezo, Francisco*; Chesley, Richard*; Sosa, Jose*<br><br>***Greenberg Traurig LLP (Outside Legal Counsel to AAFAF)***<br><br>Cleary, David*; Hutton, John*; Mitchell, Nancy* | | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | ***O'Melveny & Myers LLP (Outside Legal Counsel to AAFAF)*** <br><br> Beiswenger, Jacob*; Friedman, Peter*; Pocha, Madhu*; Neve, Brett*; Ortega, Lorena*; Parlen, Andrew*; Perez, Diana*; Rapisardi, John*; Touzos, Stefanos*; Uhland, Suzzanne* <br><br> ***Pietrantomi Mendez & Alvarez LLC (Outside Legal Counsel to AAFAF)*** <br><br> Arias, Eduardo*; del Valle, Manuel E.* <br><br> ***Rothschild & Co. (AAFAF Advisor)*** <br><br> D'Agata, Victor; Kang, John; Mondell, Dustin; Snyder, Todd; Sufian, Ethan; Von Bomhard, Sophie <br><br> ***FOMB*** <br><br> El Koury, Jaime* <br><br> ***McKinsey & Company, Inc. (FOMB Advisor)*** <br><br> Bielenberg, Aaron; Hernandez, Kari; Kerlin, Mike; Klempner, Bryce; McGee, Laura; Shah, Ojas; Tang, Amy; Wintner, Todd; Yang, Roland <br><br> ***Proskauer Rose LLP (Outside Legal Counsel to FOMB)*** | | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | Barak, Ehud*; Bienenstock, Martin*; Desatnik, Daniel*; Esses, Joshua*; Golub, Ira*; Hamburger, Paul*; Indelicato, Vincent*; Possinger, Paul*; Zerjal, Maja* | | | |
| 4. | 2/25/17 - 9/30/17 | ***AAFAF*** Alvarez Lopez, Marta; Capacete Cabassa, Adriana*; Fernandez Gonzalez, Blanca; Hernandez Garcia, Nicole; Mattei Perez, Jesus; Portela Franco, Gerardo; Soto Velez, Pedro; Torres Rodriguez, Sebastián*; Yamin Rivera, Carlos*; Yassin Mahmud, Mohammad* ***Office of the Governor (Fortaleza)*** Mesa Pabón, Philippe*; Saavedra Yadira, Perez* ***Bank of America Merrill Lynch (Advisor to AAFAF)*** Rodriguez, Jorge ***Dentons US LLP (Outside Legal Counsel to AAFAF)*** Alberts, Sam*; Moderson, Martin*; Montgomery, Claude*; Zeefe, Malka; | Confidential communications with in-house counsel and/or outside counsel providing, requesting, and/or discussing legal advice concerning draft pension reform legislation including circulating and commenting on interim drafts and analyses of Joint Resolution 188 and Act 106. | Attorney-Client Privilege; Common Interest | 95 |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | ***O'Melveny & Myers LLP (Outside Legal Counsel to AAFAF)*** Beiswenger, Jacob*; Friedman, Peter*; Rapisardi, John*; Taylor, Jennifer*; Uhland, Suzzane* ***Pietrantomi Mendez & Alvarez LLC (Outside Legal Counsel to AAFAF)*** del Valle, Manuel E.* ***Ocasio Law Firm (Outside Legal Counsel to AAFAF)*** Ocasio, Ferdinand* ***O'Neill & Borges LLC (Outside Legal Counsel to FOMB)*** Bauer, Hermann* ***McKinsey & Company, Inc. (FOMB Advisor)*** Wintner, Todd ***Proskauer Rose LLP (Outside Legal Counsel to FOMB)*** Hamburger, Paul*; Indelicato, Vincent* | | | |
| 5. | 2/23/17 - 8/12/17 | ***AAFAF*** Alvarez Lopez, Marta; Comporreale Mundo, Alejandro; Cosme Nazario, | Confidential, pre-decisional, deliberative communications regarding pension reform legislation, including | Deliberative Process Privilege; Common Interest | 28 |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | Rosanna; Fernandez Gonzalez, Blanca; Frederique Guzman, Coral; Gonzalez Garay, Maria; Hernandez Garcia, Nicole M.; Lopez Cano, Roberto; Loran Butron, Gerardo; Mattei Perez, Jesus; Mendez Rosado, Andres; Portela Franco, Gerardo; Roa Martinez, Jose R.; Soto Velez, Pedro; Torres Rodriguez, Sebastian; Yamin Rivera, Carlos*; Yassin Mahmud, Mohammad* <br><br> ***Department of Treasury (Hacienda)*** <br><br> Cruz-Rivera, Roxana; Maldonado, Raul; Pellot Rodriguez, William;  Peña Montanez, Franciso; Vazquez Rodriguez, Brenda <br><br> ***Director of Advisors to the Speaker of the House*** <br><br> Rivera Justiniano, Carlos E.* <br><br> ***ERS*** <br><br> Izquierdo Henn, Ana; Palmer, Natalia*; Serrano Baez, Carlos <br><br> ***Government Development Bank (GDB)*** <br><br> Fornaris Alfaro, Belen*; Hernandez Munoz, Maria I.; Santiago Maldonado, Mirabel; Nazario Briceno, Betsy | circulating and commenting on interim drafts, analyses of, and presentations on conversion to PayGo, PayGo fee structure, and treatment of benefits in connection with Joint Resolution 188 (enacted June 25, 2017) and Act 106 (enacted August 23, 2017). | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief*
*from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | *Office of Management and Budget* | | | |
| | | Aponte Hernandez, Jorge; Guzman Lopez, Osvaldo; Maldonado Morales, Rebecca; Marrero Rosado, Jose I.* | | | |
| | | *Office of the Governor (Fortaleza)* | | | |
| | | Mesa Pabón, Philippe*; Saavedra Yadira, Perez* | | | |
| | | *Puerto Rico Administration of Health Services* | | | |
| | | Mojica Figueroa, Yesenia | | | |
| | | *Governor's Representative to FOMB* | | | |
| | | Sanchez Sifonte, Elias | | | |
| | | *Ankura Consulting Group, LLC (AAFAF Advisor)* | | | |
| | | Batlle, Juan Carlos; San Miguel, Jorge | | | |
| | | *Bank of America Merrill Lynch (AAFAF Advisor)* | | | |
| | | Rodriguez, Jorge | | | |
| | | *BDO Puerto Rico (AAFAF Advisor)* | | | |
| | | Scherrer, Fernando; Sullivan, Marcus | | | |
| | | *Conway MacKenzie, Inc. (AAFAF Advisor)* | | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief*
*from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | Biggio, Brian; Dillon, Andy; Di Napoli, Raphael; Garcia-Miro, Aurelio; Johnston, Wade P.; Jones, Taylor; McGehee, Cullen; Sanchez, Mauricio *Rothschild Global Advisory (AAFAF Advisor)* D'Agata, Victor; Mondell, Dustin; Kang, John *Deloitte LLP (AAFAF Advisor)* Doyle, John; Gabb, James; Vazquez-Rivera, Jose *Bluhaus Capital, LLC (AAFAF Advisor)* Toro, Alberto *DevTech Systems, Inc. (AAFAF Advisor)* Pineda, Jose; Romeu, Rafael; *Millstein & Co. (ERS Advisor)* Abrams, Elizabeth *O'Melveny & Myers LLP (Outside Legal Counsel to AAFAF)* | | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief*
*from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | Friedman, Peter*;  Neve, Brett*; Perez, Diana*; Taylor, Jennifer*; Uhland, Suzzanne*; Parlen, Andrew* | | | |
| | | ***Pietrantomi Mendez & Alvarez LLC (Outside Legal Counsel to AAFAF)*** | | | |
| | | Arias, Eduardo*; Billoch-Vázquez, Amanda*; del Valle,  Manuel E.* | | | |
| | | ***Ocasio Law Firm (Outside Legal Counsel to AAFAF)*** | | | |
| | | Ocasio, Ferdinand* | | | |
| | | ***O'Neill & Borges LLC (Outside Legal Counsel to FOMB)*** | | | |
| | | Bauer, Hermann*; Lazaro, Rosa; Trigo Fritz, Emiliano* | | | |
| | | ***Ernst & Young Puerto Rico LLC (FOMB Advisor)*** | | | |
| | | Chepenik, Adam; Malhotra, Gaurav; Panagiotakis, Sofia; Porepa, Jodi; Santambrogio, Juan | | | |
| | | ***McKinsey & Company, Inc. (FOMB Advisor)*** | | | |
| | | Ahuja, Aman; Blumenfeld, Moriya; McCall-Landry, Dylan; Wintner, Todd | | | |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to** *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| | | *Pension Trustee Advisors (FOMB Advisor)* <br><br> Fornia, William | | | |
| 6. | 2/18/17 - 8/17/17 | *AAFAF* <br><br> Hernandez Garcia, Nicole; Garau Gonzalez, Ivan*; Gonzalez Garay, Maria; Portela Franco, Gerardo; Loran Butron, Gerardo; Fernandez Gonzalez, Blanca; Frederique Guzman, Coral; Soto Velez, Pedro; Yassin Mahmud, Mohammad* <br><br> *Employees Retirement System (ERS)* <br><br> Collazo Rodriguez, Luis*; Rodriguez Vega, Anais*; Sarriera Requena, Bibiana*; Soto, Cecile Tirado; Segarra Hernández, Roberto <br><br> *Milliman, Inc. (AAFAF and ERS Advisor)* <br><br> Warren, Katherine; McKinney, Michele. <br><br> *Department of Treasury (Hacienda)* <br><br> Peña Montanez, Francisco | Confidential, pre-decisional, deliberative communications and/or documents regarding the drafting of fiscal plans and budgetary reporting documents concerning the effect of PayGo on Commonwealth budget and collection of PayGo fees, including communications circulating and commenting on interim drafts and analyses. | Deliberative Process Privilege; Common Interest | 71 |

**ERS, the Commonwealth, and AAFAF's Categorical Privilege Log of Materials Withheld in Response to Document Requests Related to**
*Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*

April 10, 2019

| No.[1] | Date Range[2] | Aggregate Sender / Recipient List[3] | Description | Privilege Basis[4] | No. of Docs Withheld (Total Unique Docs: 509)[5] |
|---|---|---|---|---|---|
| 7. | 2/25/17 - 8/3/2017 | ***AAFAF*** <br><br> Yassin Mahmud, Mohammad*; Alvarez Lopez, Marta; Fernandez Gonzalez, Blanca; Mendez Rosado, Andres <br><br> ***Department of Treasury (Hacienda)*** <br><br> Peña Montanez, Francisco; Rodriguez, Omar | Confidential, pre-decisional, deliberative AAFAF communications with Hacienda concerning PayGo implementation, including treatment, calculation, invoicing, and collection of PayGo fees. | Deliberative Process Privilege; Common Interest | 22 |