# **Exhibit A**

## **May 2, 2019 Email Correspondence**

**From:** Despins, Luc A.
**Sent:** Thursday, May 02, 2019 3:22 PM
**To:** Curtin, Thomas
**Cc:** Ellenberg, Mark; Natbony, Bill; Servais, Casey; Bongartz, Alex
**Subject:** Re: Committee Rule 2019 Statements

And there is no way that we will be dealing with this by Monday.

Luc A. Despins
Partner, Corporate Department
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
212.318.6001 (O)
917.699.7310 (C)


On May 2, 2019, at 5:36 PM, Despins, Luc A. <lucdespins@paulhastings.com> wrote:

We have been fairly busy since the hearing. We will turn to the issue you are raising after all the complaints have been filed.


_____

**Luc Despins | Partner, Corporate Department**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6001 | Main: +1.212.318.6000 | Fax: +1.212.230.7771 | lucdespins@paulhastings.com | www.paulhastings.com



**From:** Curtin, Thomas <Thomas.Curtin@cwt.com>
**Sent:** Thursday, May 2, 2019 5:32 PM
**To:** Despins, Luc A. <lucdespins@paulhastings.com>
**Cc:** Ellenberg, Mark <Mark.Ellenberg@cwt.com>; Natbony, Bill <Bill.Natbony@cwt.com>; Servais, Casey <Casey.Servais@cwt.com>
**Subject:** [EXT] Committee Rule 2019 Statements

Luc,

As you know, at the last omnibus hearing, we reiterated our request for the official committee of unsecured creditors to update its verified statements pursuant to Bankruptcy Rule 2019.   The committee's 2019 statements have not been updated since October 2018, and its prior statements are defective under Rule 2019, because, among other things, the statements fail to disclose the nature and amount of the members' claims—especially those purportedly held by the unions.  We believe that the committee must file updated and compliant Rule 2019 statements to ensure that all parties in these Title III cases have insight into whether the members of the committee are indeed creditors (as defined in

section 101(10) of the Bankruptcy Code), and whether any of those constituents have had their claims paid down by the Title III debtors.  As required under Rule 2019, these updated statements must disclose the nature and amount of each claim that each of the committee members holds against each the Title III debtors (this would include unions).

At the last omnibus hearing, you assured the Court that you would file updated Rule 2019 statements.   A week has now passed since that hearing.  We request that the committee, along with other individual members of your committee who purport to represent other creditors (*i.e.*, SEIU and AFT),  each file updated and compliant Rule 2019 statements by no later than Monday, May 6, 2019.  Assured reserves the right to file a motion to compel the committee's and certain of its members' compliance with Rule 2019 in the absence of needed compliance with this request.

Thomas J. Curtin
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: +1 (212) 504-6063 | Fax: +1 (212) 504-6666
Thomas.Curtin@cwt.com | www.cadwalader.com

NOTE: The information in this email is confidential and may be legally privileged.  If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy.  Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.