IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. [1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 24, 2019, on behalf of the Ad Hoc Group of General Obligation Bondholders, I served copies of the: *Response of the Ad Hoc Group of General Obligation Bondholders to Order to Show Cause* (Docket Number **7092**), on the following parties:

---

[1] The Debtors in the underlying Title III Case, along with each Debtor's respective Title III case number listed as bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS). (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

CIVIL NO. 17-3283 (LTS) Page -2-
==============================================================

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the *Eighth Amended Notice Case Management and Administrative Procedures* (Docket Number 4866-1), for whom service is allowed in this manner.

- All parties listed in the *Master Service List as of May 20, 2019,* (Docket Number 7024), for which an e-mail address has not been provided, by U.S. mail. All other parties in the *Master Service List as of May 20, 2019,* (Docket Number 7024), for which an e-mail address was provided, by e-mail.

**RESPECTFULLY SUBMITTED.**

Dated: San Juan, Puerto Rico
May 24, 2019

*/s/ J. Ramón Rivera Morales*
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
JIMÉNEZ, GRAFFAM & LAUSELL
PO Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
rrivera@jgl.com