IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor[1] | CIVIL NO.: 17-BK-03283 (LTS)<br><br>PROMESA<br><br>TITLE III |

**RESPONSE AND RESERVATION OF RIGHTS IN OPPOSITION TO THE TWENTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO EXACT DUPLICATE CLAIMS**
**[ECF NO. 6273]**

**TO THE HONORABLE COURT:**

**COMES NOW** creditor **Juan Gonzalez**, through the undersigned counsel, and respectfully responds in opposition to the Twenty Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6273] "the Objection"), and states and prays as follows:

1. The Commonwealth of Puerto Rico ("Debtor") has objected to some of creditor Juan Gonzalez's timely filed proofs of claim as duplicative.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

2. Juan Gonzalez has filed three proofs of claim pertaining to damages claimed on behalf of his three grandchildren in the pending State Court case *Rosa Lydia Vélez vs ELA*, KPE 1980-1738: Claim No. 55025 on behalf of grandson Edgard Jesus Rivera Gonzalez, Claim No. 48658 on behalf of grandson Cristal Marie Roman Gonzalez and Claim No. 57974 on behalf of grandson Roberto Junior Roman Gonzalez.

3. In Debtor's Objection No. 253 and 254, Prime Clerk Claim No. 55025 and 48658 for $150,000.00 each are not duplicative. These two claims are different and distinct from Claim No. 57974 as it pertains to three different grandchildren of Juan Gonzalez.

4. In Debtor's Objection No. 253 and 254, Prime Clerk Claim No. 55025 and 48658, Juan Gonzalez moves the Court to deny Debtor's objection.

5. Juan Gonzalez expressly reserves any rights in connection therewith and requests that, the non-substantive disallowance requested by Debtor should not prejudice Juan Gonzalez's rights and claims, which were and are expressly reserved.

RESPECTFULLY SUBMITTED.

In Hormigueros, Puerto Rico, on this 27th day of May 2019.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record, and served a copy of the same via e-mail to Counsel for the Oversight Board and to the Creditors' Committee.

> **s/ María Herminia Cotto-Nieves**
> MARIA HERMINIA COTTO-NIEVES
> USDC-PR No. 304912
> 155 Enrique Vazquez Baez
> Mayaguez PR 00680
> maria.cotto@gmail.com / 787-519-3895
>
> *Counsel for Creditor*
> *Juan Gonzalez*