# **EXHIBIT A**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------ x
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
        as representative of                   :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                               :
        Debtors.¹                              :
------------------------------------------------------------------ x
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
        as representative of                   :   Case No. 17-BK-3567 (LTS)
                                               :
THE PUERTO RICO HIGHWAYS AND                   :   (Jointly Administered)
TRANSPORTATION AUTHORITY,                      :
                                               :
        Debtor.                                :
------------------------------------------------------------------ x
```

**ORDER GRANTING OMNIBUS MOTION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AND ITS SPECIAL CLAIMS COMMITTEE TO EXTEND TIME FOR SERVICE OF SUMMONSES AND COMPLAINTS AND TO STAY CERTAIN ADVERSARY PROCEEDINGS [ADV. NOS. 19-362, 19-363, 19-364, 19-365] RELATING TO CERTAIN HTA BONDS**

Upon consideration of the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

*Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain HTA Bonds* (the "Motion"),[2] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) due and proper notice of the Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Motion, the relief requested in the Motion is in the best interest of HTA and its creditors; (v) any objections to the relief requested in the Motion having been withdrawn or overruled; and (vi) the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

Accordingly, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The time for Movants to complete service of the summons and complaint in the Adversary Proceedings is extended to November 18, 2019 as to all defendants, without prejudice to Movants' rights to seek further extensions.

3. The Adversary Proceedings [Adv. Nos. 19-362, 19-363, 19-364, 19-365] are stayed pending ~~either (i) a joint request by all plaintiffs in an Adversary Proceeding to resume the Adversary Proceeding, or (ii)~~ further order of this Court.

4. Any defendant or ~~less than all plaintiffs~~ plaintiff in an Adversary Proceeding may at any time file a motion (a "Motion to Resume") asking the Court to lift the stay applicable to such Adversary Proceeding for good cause shown.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

5.	In the event of a Motion to Resume filed by the Committee, the Committee may, in accordance with paragraph 11 of the *Stipulation and Agreed Order By and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action* [Case No. 17-3283, Docket No. 6524], seek to be appointed as sole plaintiff in the applicable Adversary Proceeding, and, upon a finding of good cause by the Court, the Committee shall be so appointed, which finding shall include a finding that section 926 of the Bankruptcy Code and/or any derivative standing requirements have been satisfied.

6.	This order shall be entered simultaneously in each of the following Adversary Proceedings: Adv. Proc. Nos. 19-362, 19-363, 19-364, 19-365.

7.	The Court shall retain exclusive jurisdiction over all matters pertaining to the implementation, interpretation, and enforcement of this Order.

Dated: May____, 2019

>	HONORABLE LAURA TAYLOR SWAIN
>	UNITED STATES DISTRICT JUDGE