# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al. <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

**JOINDER OF AMBAC ASSURANCE CORPORATION TO THE OBJECTION OF FINANCIAL GUARANTY INSURANCE COMPANY TO OMNIBUS MOTION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AND ITS SPECIAL CLAIMS COMMITTEE TO EXTEND TIME FOR SERVICE OF SUMMONSES AND COMPLAINTS AND TO STAY CERTAIN ADVERSARY PROCEEDINGS RELATING TO CERTAIN CHALLENGED GO BONDS**

Ambac Assurance Corporation ("Ambac") hereby joins in Financial Guaranty Insurance Company's limited objection (the "Objection") to the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds* (Dkt. 6857) (the "Motion").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

WHEREFORE, for the reasons explained in the Motion, Ambac respectfully requests that the Court grant the Motion.

| | |
|---|---|
| Dated: May 28, 2019<br>San Juan, Puerto Rico | **FERRAIUOLI LLC**<br><br>By: /s/ *Roberto Cámara-Fuertes*<br>　　Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>　　Sonia Colón (USDC-PR No. 213809)<br>　　221 Ponce de León Avenue, 5th Floor<br>　　San Juan, PR 00917<br>　　Telephone: (787) 766-7000<br>　　Facsimile: (787) 766-7001<br>　　Email: rcamara@ferraiuoli.com<br>　　　　　scolon@ferraiuoli.com<br><br>**MILBANK LLP**<br><br>By: /s/ *Atara Miller*<br>　　Dennis F. Dunne<br>　　Andrew M. Leblanc<br>　　Atara Miller<br>　　Grant R. Mainland<br>　　(admitted *pro hac vice*)<br>　　28 Liberty Street<br>　　New York, NY 10005<br>　　Telephone: (212) 530-5770<br>　　Facsimile: (212) 822-5770<br>　　Email: ddunne@milbank.com<br>　　　　　aleblanc@milbank.com<br>　　　　　amiller@milbank.com<br>　　　　　gmainland@milbank.com<br><br>　　*Attorneys for Ambac Assurance Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com