## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | **PROMESA** |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | **Title III** |
| **As representative of** | **Case No. 17-03283** |
| **THE COMMONWEALTH OF PUERTO RICO,** *et al*. | **Hon. Laura Taylor Swain** |
| **Debtors**[1]. | **(Jointly Administered)** |

## UNITED STATES TRUSTEE'S NOTICE
## OF SUBSTITUTION OF PUBLIC OFFICIAL

Nancy J. Gargula, United States Trustee for Region 21, through undersigned counsel, hereby states and prays as follows:

1.      On April 29, 2019, Daniel M. McDermott ceased his duties as the United States Trustee for Region 21.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS are jointly administered by order of the court.

2.      On April 30, 2019, Nancy J. Gargula became the United States Trustee for Region

21.

3.      Federal Rule of Civil Procedure 25 provides in pertinent part as follows:

(d) Public Officers; Death or Separation from Office.
        (1)  An action does not abate when a public officer who is a party in an
official capacity dies, resigns, or otherwise ceases to hold office while the action is
pending.   The officer's successor is automatically substituted as party. Later
proceedings should be in the substituted party's name, but any misnomer not
affecting the parties' substantial rights must be disregarded.  The court may order
substitution at any time, but the absence of such an order does not affect the
substitution.

FED. R. CIV. P. 25.  *See also* FED. R. BANKR. P. 7025; FED. R. APP. P. 43(C)(2).

4.      Accordingly, the United States Trustee gives notice that the new United States

Trustee for Region 21 appointed to exercise the rights and powers of the United States Trustee in

the Title III proceedings of the Commonwealth of Puerto Rico and its territorial instrumentalities

pursuant to the Puerto Rico Oversight, Management and Economic Stability Act or PROMESA,

48 U.S.C. § 2161, is Nancy J. Gargula.

WHEREFORE, the United States Trustee respectfully requests that the Court take note of

the above, and provide for such other and further relief as the Court deems just and proper.

SPACE INTENTIONALLY LEFT BLANK

DATED:  May 28, 2019

NANCY J. GARGULA
United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By:   s/ Monsita Lecaroz-Arribas
Monsita Lecaroz-Arribas
Assistant U.S. Trustee
USDC-PR No. 207707
