UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :  Title III
                                                          :
         as representative of                             :  Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,                   :  (Jointly Administered)
                                                          :
         Debtors.¹                                        :
------------------------------------------------------------------------ x
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :  Title III
                                                          :
         as representative of                             :  Case No. 17-BK-3567 (LTS)
                                                          :
THE PUERTO RICO HIGHWAYS AND                              :  (Jointly Administered)
TRANSPORTATION AUTHORITY,                                 :
                                                          :
         Debtor.                                          :
------------------------------------------------------------------------ x
```

**NOTICE OF FILING OF REVISED ORDER GRANTING OMNIBUS
MOTION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AND ITS SPECIAL
CLAIMS COMMITTEE TO EXTEND TIME FOR SERVICE OF SUMMONSES
AND COMPLAINTS AND TO STAY CERTAIN ADVERSARY PROCEEDINGS
[ADV. NOS. 19-362, 19-363, 19-364, 19-365] RELATING TO CERTAIN HTA BONDS**

**PLEASE TAKE NOTICE** that on May 21, 2019, the Movants filed the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend Time for Service of Summonses and*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

*Complaints and to Stay Certain Adversary Proceedings [Adv. Nos. 19-362, 19-363, 19-364, 19-365] Relating to Certain HTA Bonds* (the "Motion") [Case No. 17-3283, Docket No. 7060; Case No. 17-3567, Docket No. 567].[2] Attached as Exhibit A to the Motion is the initial proposed order in connection therewith (the "Initial Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby files a revised proposed order in the form attached hereto as Exhibit A (the "Revised Proposed Order") in an effort to resolve certain potential objections to the Motion. A redline of the Revised Proposed Order marked to show changes against the Initial Proposed Order is attached hereto as Exhibit B. The Motion is currently scheduled to be heard on June 12, 2019 at 9:30 a.m. (prevailing Atlantic time) before the Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767.

*[Signature page to follow]*

---

[2] Capitalized terms not defined herein have the meanings ascribed thereto in the Motion.

2

Dated: May 28, 2019  /s/ Luc A. Despins

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*