Hasler
05/24/2019
US POSTAGE $08.05
ZIP 00978
011D11643229

CERTIFIED MAIL
7015 0640 0008 0405 9986

RECEIVED & FILED
2019 MAY 28 PM 5: 34
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

Maribel Gonzalez Fontaner
Jardines de Carolina
K-44 Calle K
Carolina P.R. 00987-7139

Oficina del Secretario
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767