United States District Court
for the District of Puerto Rico

| | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico —Debtors— | Promesa Title III<br><br>No. 17 BK 3283 |

**Motion In request that Paralyzation be lifted in the case DDP2014-0673 and others**

The plaintiff appears in his own right and requests:

1- The present case DDP2014-0673 was presented before the court of Bayamón in Puerto Rico. In it, a resolution was issued recognizing certain selective persecution of the appellant by the criminal authorities. These have appealed and they have not been given the reason, the very division of resources has given me the reason for the continuous violations of my civil rights.

2- The case presents the particularity of violating the same right to a citizen confined more than six times.

3- The present case is paralyzed by order of the state court of Bayamón, which had been ventilating for years before that forum and we were already in the final stage.

4- Last January 23, 2019 in the case of promise an eighth amended notice, case management and administrative procedures was issued through which, among other matters, section 3 of the procedures for the handling of the current case is amended to incorporate a revised protocol for the requests of lifting of automatic stay relief.

5- Said protocol establishes that all the parties that intented to submit a motion for the relief of the paralysis of the title 3 must comply with paragraph 3Q and give notice of said solution to the board and the advisory authority financial and fiscal agency withing a term of 15 working days prior to its presentation and to meet and confer with the representatives of the state before submitting a request for relief from suspension. Nothing in this subsections affects the right of a party to request the consideration of an

aceleration halt.

6- However, after 23 January 2019, the boston circuit declared the board of Fiscal control unconstitutional, to which I am subject under article 3-Q, to give notice of my interez in which the paralysis is lifted in a term of 15 days and to meet and confer with the state representatives before submitting the request to relieve the paralysis.

7- However, I did it a long time ago and the board received it and they have never responded. Nor in my state of confinement can I meet and less to confer with any representative of the state in any of my cases, because I am a prisoner unless the intervention of this honorable court, anyway, is a futile and ultra vires exercise to do so because in the end I am forced to exhaust a remedy before an entity that is unconstitutional and therefore illegal.

8- For all of which I ask that in all cases: DDP2013-0166; DDP2014-0673; DDP2014-0664; DDP2016-0758; DDP2014-0332; DDP2016-0652; KLAN2017-0834; DDP2015-0218; KLAN2017-0777; DDP2014-0249; DPP2017-0772; DDP2016-0480; DDP2016-0591; be ordered to lift the paralysis every time the legal rights & rights constitutional and statutory of this citizen are being violated without any type of cessation or control by the legal power. In Addition, the lifting paralysis in these cases does not affect in any way the duty of the state to remedy it's debt with the bondholders since these cases of preheating, are only thousands of dollars in low amounts in proportion to the external debt of these.

9- By all of which is requested to be declared in place with this petition and ordered to lift the paralysis in all cases.

Eliezer Santana Baez
50 Carr. 5 unit A-501 Edif 3-J
Ind. Luchetti, Bay. P.R. 00961-7403

-2-

Eliezer Santana
Can 5 unit A. Soledad 3-J
Tel Juchatti Bay P. R 00901-7403

Báez

RECEIVED & FILED
2019 MAY 29 AM 8:54
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

SCREENED MAIL
USMS

Tribunal Quiebras en P.R.
Jose V. Toledo Federal BLDG. & and United
States courthouse
300 Calle del recinto sur
S.J. P.R. 00901-0901