United States District Court
for the District of Puerto Rico

In Re:
The Financial Oversight and Management
Board for Puerto Rico
   as representative of
The Commonwealth of Puerto Rico
        Debtors

Promesa
Title III

No. 17 BK 3283-LTS

RECEIVED & FILED
2019 MAY 29 AM 8:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The plaintiff appears in his own right in the form of a poor person and requests:

### Motion In request for lifting of demand paralysis

1- In this case the plaintiff who is an inmate under the custody of the associated free state of Puerto Rico, has this claim for the violations of their civil rights perpetrated by correctional officers in total detriment to their fundamental rights as provided by the constitution of Puerto Rico and the United States, in the case DDP2015-0215 in the court of Bayamón.

2- It is not normal that the same prisoner whiting the penal system of this country will be violated so much by the rights of the same personnel that custody it. In spite of having resolutions from various forums such as the appellate and the instance with respective resolutions condemning the procedure of the criminal authorities and their personnel.

3- This case began long before the bankruptcy by the Puerto Rico, these astutely postponed the proceedings in order to avoid the trial and its possible court transactions and thus avoid continuing to be audited for their apathetic proceeding against the plaintiff.

4- So things, in this case we were paralyzed by the bankruptcy petition filed by these and the same continued for years and became paralyzed.

5- However, we request that the suspension be lifted in this case, since the purpose of the promise is for the debtor to reach agreements with the creditors and also to reach a consensus among all the parties.

6- In this case, the claimant requests compensation, but the final claim will be the compensation is not an amount that erodes the economic prerogatives of the local government in proportion to their unnecessary expenses, that they find entirely justified while on the other hand the government can not supply services due to lack of funds, in turn their officials in the branches of government are well served by benefits that contribute nothing to promote that reduction of expenses in function to promise

7- Therefore, the continuation of this claim by venturing in the local court is not going to be a negative factor to the public treasury since it is about the reinvindication of constitutional rights of the same citizen aggrieved by the oppressive power of the state that has been injured in more of a quarantine of times and in almost all with adverse resolutions against the local state and still continue with the same violations of systematic rights.

8- Also, this demand to prevail the plaintiff is not a negative determinant factor to the state every time the bankruptcy of the state is for the debt billionaire with the bondholders, here is a mere action whose value is a few thousand dollars no more. In addition to that, you can continue to see the case that is in a final stage and to be negative the results that paralyzes the payment until the matter is resolved before this forum, that would be otherwise. Order the lifting of the stay in this case since the debt affecting the government is pending with the bondholders and not with this citizen for their particular rights in which case the process should be continued and that if the decision is adverse it is not an amount that means any erosion to the state budget because it is thousands of dollars merely, because it was also in advanced stages for the vindication of fundamental rights.

For all of which it is requested that this petition be declared and, if necessary, a hearing be ordered or the lifting of the paralysis be ordered in this case with any other process that may be legally required.

Eliezer Santana Baez
50 Carr. 5 unit A-501 Edif-3-J
Ind- luchetti, Bay·P.R. 00961

-2-