Eliezer Santana
50 Corr. 5 Unit A. Sol Edif 3-J
Ind. Iuchetti, Bay P.R 00961-7403

RECEIVED & FILED
2019 MAY 29 AM 8:54
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

SCREENED MAIL
USMS

Tribunal Quiebras en P.R.
Jose V. Toledo Federal BLDG. & and United
States courthouse
300 Calle del recinto sur
S.J. P.R. 00901-0901