I. Información de Contacto

Maritza Barris Rosario
Urb. Diplo
Calle 3 U-5
Naguabo, PR 00718
Tel. (787) 914-2502
mbr4406@gmail.com

RECEIVED & FILED
2019 MAY 28 PM 6: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IV. Título

United States District Court for the District of Puerto Rico.

The Financial Oversight and Management Board for Puerto Rico

The Commonwelth of Puerto Rico

Case: 17-03283-LTS

Title: Promesa
        Título III

Números de reclamaciones
- 135772
- 152207
- 142537
- 75300

### III. Razones para no aceptar oferta colectiva.

Fui maestra por 31 ½ de mi vida en donde tuve que utilizar dinero mío para arreglar y ambientar el salón para los niños di el todo por los niños.

Ese dinero que ustedes quieren quitarme no fue un regalo del gobierno ese dinero es mío, me lo gané con muchos esfuerzos y no es justo que cuando mas necesito me lo quieren quitar vivo de la pensión no seguro social pues los maestros no pagaban seguro social

actualmente tengo una condición de salud fibrilación auricular cuyo medicamento me cuesta $200.00 el deducible mensual por ese solo medicamento.

Señores yo, necesito ¡calidad de vida!

Agradeceré su colaboración para conmigo ¡Dios los bendiga!