Maritza Barris
Urb Diplo
U-5 calle 3
Naguabo, PR 00718

Oficina del Secretario
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

150 Ave Chardón