IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**JOINDER OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. WITH RESPECT TO OMNIBUS MOTION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AND ITS SPECIAL CLAIMS COMMITTEE TO EXTEND TIME FOR SERVICE OF SUMMONSES AND COMPLAINTS AND TO STAY CERTAIN ADVERSARY PROCEEDINGS RELATING TO CERTAIN CHALLENGED GO BONDS**

National Public Finance Guarantee Corporation ("**National**") hereby submits this joinder (the "**Joinder**") to the *Limited Objection and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Adversary Proceedings Relating to Certain Challenged GO Bonds* (ECF No. 7119) (the "**Limited Objection**").[2]

National reserves all rights with respect to the issues raised in the Commonwealth Stay Motion (ECF. No. 6857), including the right to be heard at any hearing on the motion.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Limited Objection.

Dated: May 29, 2019
San Juan, Puerto Rico

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| /s/ *Eric Pérez-Ochoa*<br>ERIC PÉREZ-OCHOA<br>USDC-PR No. 206,314<br>E-mail: epo@amgprlaw.com | /s/ *Marcia Goldstein*<br>MARCIA GOLDSTEIN\*<br>KELLY DIBLASI\*<br>GREGORY SILBERT\*<br>ROBERT BEREZIN\* |
| /s/ *Luis A. Oliver-Fraticelli*<br>LUIS A. OLIVER-FRATICELLI<br>USDC-PR NO. 209,204<br>E-mail: loliver@amgprlaw.com | 767 Fifth Avenue<br>New York, New York 10153<br>Tel.: (212) 310-8000<br>Fax: (212) 310-8007<br>Email: marcia.goldstein@weil.com<br>        kelly.diblasi@weil.com<br>        gregory.silbert@weil.com<br>        robert.berezin@weil.com |
| 208 Ponce de Leon Ave., Suite 1600<br>San Juan, PR 00936<br>Tel.: (787) 756-9000<br>Fax: (787) 756-9010 | \*admitted *pro hac vice* |
| *Counsel for National Public Finance Guarantee Corp.* | *Counsel for National Public Finance Guarantee Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa