# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>　　as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>　　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 0005-4(c)(5), Howard C. Nielson, Jr., hereby withdraws his appearance as counsel for Aristeia Capital, LLC, Decagon Holdings 1, LLC, Decagon Holdings 2, LLC, Decagon Holdings 3, LLC, Decagon Holdings 4, LLC, Decagon Holdings 5, LLC, Decagon Holdings 6, LLC, Decagon Holdings 7, LLC, Decagon Holdings 8, LLC, Decagon Holdings 9, LLC, Decagon Holdings 10, LLC, GoldenTree Asset Management LP, Scoggin Management LP, Taconic Capital Advisors LP, Cyrus Capital Partners, LP, Fideicomiso Plaza, Canyon Capital Advisors LLC, Whitebox Advisors LLC, Jose F. Rodriguez-Perello in the above captioned matter, and in support of this notice certifies as follows:

　　1.　　The above-named parties have, at various points in the litigation, been members of the COFINA Senior Bondholders' Coalition.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

2. On November 7, 2017, the Court allowed Mr. Nielson to appear pro hac vice in the above-captioned actions.

3. On January 30, 2019, the Court entered an order approving a stipulation withdrawing all proofs of claim filed by the members of the COFINA Senior Bondholders' Coalition in respect of their COFINA bonds.

4. As of March 20, 2019, Mr. Nielson ceased his legal representation of the COFINA Senior Bondholders' Coalition.

5. On May 22, 2019, the United States Senate confirmed Mr. Nielson's nomination as a United States District Judge for the District of Utah.

6. The COFINA Senior Bondholders' Coalition will continue to be represented by Quinn Emanuel Urquhart & Sullivan, LLP, and Reichard & Escalera.

7. There are not motions pending before the Court filed by or against the COFINA Senior Bondholders' Coalition, and no trial or hearing date has been scheduled as to the COFINA Senior Bondholders' Coalition.

| | |
|---|---|
| Dated: May 29, 2019 | Respectfully submitted, |
| REICHARD & ESCALERA LLC | COOPER & KIRK, PLLC |
| By : _____ | */s/ Howard C. Nielson, Jr.*_____ |
| **Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com | **Howard C. Nielson, Jr.** (*pro hac vice*)<br>hnielson@cooperkirk.com |
| **Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com | 1523 New Hampshire Ave., NW<br>Washington, DC 20036 |
| **Fernando Van Derdys**<br>USDC-PR 201913<br>fvander@reichardescalera.com | |
| **Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com | |
| **Gustavo A. Pabón-Rico**<br>USDC-PR 231207<br>pabong@reichardescalera.com | |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2019, I caused this request to be filed through the Clerk of the Court using the CM/ECF system, thereby effecting service on all parties registered to receive CM/ECF notifications in this matter, and that I have further caused this Motion to be served via U.S. Mail on the United States Trustee.

Dated: May 29, 2019                                              Respectfully submitted,

_____                            */s/ Carlos R. Rivera-Ortiz* \_\_\_\_