IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

## ORDER SETTING BRIEFING SCHEDULE AND EXTENDING DEADLINES

This matter is before the Court on the *Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, To (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014, and For Related Relief* (Dkt. No. 7137) ("Motion to Revise Procedures"). Therein, the Financial Oversight and Management Board for the Commonwealth of Puerto Rico, acting through its Special Claims Committee ("Oversight Board"), and the Official Committee of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Unsecured Creditors of all Title III Debtors (other than COFINA) ("Committee") requests the approval of procedures related to certain claim objections as well as an extension of current deadlines related to the *Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds* (Dkt. No. 4784). As set forth below, the Court hereby allows the requested extension and sets a briefing schedule for the Motion to Revise Procedures.

1. Any response shall be filed on or before **June 17, 2019 at 12:00 p.m. Atlantic Standard Time**.

2. Any reply shall be filed on or before **June 21, 2019 at 12:00 p.m. Atlantic Standard Time**.

3. The Court will hold a hearing in Boston, Massachusetts with video-conference connection to San Juan, Puerto Rico on **June 26, 2019 at 1:30 p.m. Atlantic Standard Time**. A more detailed procedures order will follow.

4. Subject to further revision in connection with the June 26 hearing, the Initial Proposal Exchange Deadline and the deadline to file a Recommendation, as both are defined in Exhibit 2 to the Court's order at Docket No. 5143, are hereby extended. The Initial Proposal Exchange Deadline is extended from May 28, 2019 to five business days from the entry of an order on the Motion to Revise Procedures. The deadline to file a Recommendation shall be twenty-one days after the Initial Proposal Exchange Deadline.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: May 29, 2019