23 de mayo de 2019.

Oficina del Secretario
Amarilys Flores Flores

Asunto: Respuesta a la Objeción Colectiva

Información de Contacto:
Amarilys Flores Flores
P.O. Box 177
Comerio, Puerto Rico, 00782
787-359-0586
correo electrónico: am.flores71@yahoo.com

Título:
Tribunal De Distrito de los Estados Unidos
para el Distrito de Puerto Rico
Deudores: Sistema de Retiro de los Empleados
del Gobierno del Estado Libre
Asociado de Puerto Rico
Caso número: 17-03283-LTS
Título de la Objeción: Trigésima primera
Objeción Colectiva
Reclamaciones:
104728 y 129935

Razones de la Oposición a la Objeción Colectiva
El pasado Junio 29 de 2018 hice entrega del Formulario Oficial 410 Modificado en el Edificio Oceania ubicado en Villa Blanca, Caguas Puerto Rico y se procedió a entregar original y copia. Dicha copia fue entregada para que me fuera devuelt...

ponchada al sobrenadante, por lo que entiendo que la copia fue procesada como otra reclamación (ver Anexo A: Reclamaciones Duplicadas Exactas #322). Por lo que objeto que la duplicidad de la reclamación no fue con intención de fraude sino error de la agencia que la recogió adjudicando número de reclamación a la copia. Solicito que se desestime la reclamación #129935 y que solamente prevalesca la reclamación #104728.

cc. Abogado del Comite de Supervisión
cc. Abogado del Comite de Acreedores