Amarilys Flores Flores
P.O. Box 177
Comerio, P.R. 00782

CERTIFIED MAIL

7017 2620 0000 1344 1334

U.S. POSTAGE
FCM LETTER
COMERIO,
00782
MAY 25, 19
AMOUNT
$6.8
R2305H1280

Oficina del Secretario
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

