# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## AMENDED APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

    **NOW APPEAR** certain funds managed by Invesco Advisers, Inc., that are successors in interest to funds managed by OppenheimerFunds, Inc. (the "**Invesco/Oppenheimer Funds**") as part of Invesco Ltd.'s (an affiliate of Invesco Advisers, Inc.) acquisition of OppenheimerFunds, Inc.,[2] creditors and parties in interest hereto, and hereby enter their appearance through the undersigned counsel pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("**PROMESA**"), 48 U.S.C. § 2170, and very respectfully request that all motions, pleadings, papers and orders be served upon them through the undersigned counsel, and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Just like the OppenheimerFunds that they succeeded, the Invesco/Oppenheimer Funds are a member of the Ad Hoc Group of PREPA Bondholders.

that they be included in the master list, or any other similar notice list applicable to this proceeding.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, May 30, 2019.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Manuel Fernández-Bared*_____ | 1177 Avenue of the Americas |
| MANUEL FERNÁNDEZ-BARED | New York, New York 10036 |
| USDC-PR No. 204,204 | Tel.: (212) 715-9100 |
| Email: mfb@tcm.law | Fax: (212) 715-8000 |
| | |
| */s/ Linette Figueroa-Torres*_____ | */s/ David E. Blabey Jr.* _____ |
| LINETTE FIGUEROA-TORRES | AMY CATON* |
| USDC-PR No. 227,104 | THOMAS MOERS MAYER* |
| Email: lft@tcm.law | P. BRADLEY O'NEILL* |
| | DAVID E. BLABEY JR.* |
| */s/ Jane Patricia Van Kirk*_____ | DOUGLAS BUCKLEY* |
| JANE PATRICIA VAN KIRK | Email: acaton@kramerlevin.com |
| USDC–PR No. 220,510 | tmayer@kramerlevin.com |
| Email: jvankirk@tcm.law | boneill@kramerlevin.com |
| P.O. Box 195383 | dblabey@kramerlevin.com |
| San Juan, PR 00919-5383 | dbuckley@kramerlevin.com |
| Tel.: (787) 751-8999 | |
| Fax: (787) 763-7760 | *    (admitted *pro hac vice*) |

*Counsel for the Invesco/Oppenheimer Funds*