UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING TRANSLATION OF CERTAIN
RESPONSES TO THE DEBTORS' OMNIBUS OBJECTIONS TO CLAIMS

        Certain claimants in the above-captioned Title III cases have filed pleadings containing Spanish-language material in response to certain omnibus objections to claims (collectively, the "Claim Objections") filed by the Debtors in these Title III Cases.  (See Docket Entry Nos. 7029, 7138, 7144, and 7155) (collectively, the "Claim Objection Responses").  To the extent that the Debtors intend to continue to prosecute their Claim Objections with respect to the claims that are the subject of the Claim Objection Responses, counsel to the Oversight Board are directed to file certified translations of the Claim Objection Responses contemporaneously with the Debtors' replies in support of the Claim Objections.

    Dated: May 30, 2019

                                                /s/ Laura Taylor Swain
                                                HONORABLE LAURA TAYLOR SWAIN
                                                UNITED STATES DISTRICT JUDGE

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).