**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>As representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>         Debtors[1] | PROMESA<br>Title III<br><br>**No. 17 BK 3283-LTS**<br><br>(Joint Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

**TO THE HONORABLE COURT**:

Please take notice, that **Roberto Lefranc Morales**, **Francisco J. Ramos Martínez** of Martínez-Alvarez, Menéndez Cortada & Lefranc Romero, PSC, and, **Douglas R. Gooding** and **Saige Jutras Oftedal** of Choate, Hall & Stewart, LLP, hereby enter their appearances in the cases jointly administered under No. 17BK3283-LTS (the "Title III Cases") on behalf of **John Hancock Investments**, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Tile III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID; 3481); and (ii) Puerto Rico Sales Tax Financing Corporation (COFINA)(Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID; 8474).

(the "Bankruptcy Code"), made applicable to these proceedings by section 301 of PROMESA, 48 U.S.C. § 2161.

Counsels for John Hancock Investments hereby requests that the name of the undersigned be added to the mailing list maintained by the Clerk of the Court in the Title III Cases and that the Clerk and all parties-in-interest in the Title III Cases provide all notices and all papers given or required to be given and all notices and all papers served on any party, filed with the Court in the Title III Cases or in any case consolidated or administered herewith, or delivered to the Office of the United States Trustee in the Title III Cases, be delivered to and served upon:

**ROBERTO LEFRANC MORALES**
MARTÍNEZ-ÁLVAREZ, MENÉNDEZ CORTADA
& LEFRANC ROMERO, PSC
Edif. Centro de Seguros, Ofic. 407
Ave. Ponce de León 701,
San Juan, PR 00907-3248
rlm@martilaw.com
jnazario@martilaw.com

**SAIGE JUTRAS OFTEDAL**[*]
CHOATE, HALL & STEWART, LLP
Two International Place
Boston, MA 02110
softedal@choate.com
mbarulli@choate.com

**FRANCISCO J. RAMOS MARTÍNEZ**
MARTÍNEZ-ÁLVAREZ, MENÉNDEZ CORTADA
& LEFRANC ROMERO, PSC
Edif. Centro de Seguros, Ofic. 407
Ave. Ponce de León 701,
San Juan, PR 00907-3248
fjramos@martilaw.com
jnazario@martilaw.com

**DOUGLAS R. GOODING**[*]
CHOATE, HALL & STEWART, LLP
Two International Place
Boston, MA 02110
dgooding@choate.com
jsantiago@choate.com

[*] Applications for admission *pro hac vice* will be filed under a separate cover.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforementioned, and authorize The Law Firm of Martínez-Alvarez, Menéndez

2

Cortada & Lefranc Romero, PSC, as well as The Law Firm of Choate, Hall & Stewart, LLP as counsels for John Hancock Investments.

**RESPECTFULLY SUBMITTED.**

Dated: May 29, 2019

    **/s/ ROBERTO LEFRANC MORALES**
    **USDC-PR #210802**
    MARTÍNEZ-ÁLVAREZ, MENÉNDEZ CORTADA
    & LEFRANC ROMERO, PSC
    Edif. Centro de Seguros, Ofic. 407
    Ave. Ponce de León 701,
    San Juan, PR 00907-3248
    Tel. (787) 721-1140 x-211
    Fax (787) 721-7866
    rlm@martilaw.com
    jnazario@martilaw.com

    **/s/ FRANCISCO J. RAMOS MARTÍNEZ**
    **USDC-PR #224711**
    MARTÍNEZ-ÁLVAREZ, MENÉNDEZ CORTADA
    & LEFRANC ROMERO, PSC
    Edif. Centro de Seguros, Ofic. 407
    Ave. Ponce de León 701,
    San Juan, PR 00907-3248
    Tel. (787) 721-1140 x-211
    Fax (787) 721-7866
    fjramos@martilaw.com
    jnazario@martilaw.com

    **/s/ SAIGE JUTRAS OFTEDAL**
    (*pro hac vice* motion pending)
    **Bar licence number: 698451**
    CHOATE, HALL & STEWART, LLP
    Two International Place
    Boston, MA 02110
    Tel. (617) 248-4714
    Fax: (617) 502-4714
    softedal@choate.com
    mbarulli@choate.com

        **/s/ DOUGLAS R. GOODING**
(*pro hac vice* motion pending)
**Bar licence number: 558976**
CHOATE, HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Tel. (617) 248-5277
Fax: (617) 502-5277
dgooding@choate.com
jsantiago@choate.com

I HEREBY CERTIFY that on this same day I electronically filed the foregoing with the clerk of the Court using CM/ECF systems that will send notification of such filing automatically to all counsel of record.

Dated: May 29, 2019          **/s/ ROBERTO LEFRANC MORALES**
                                               **USDC-PR #210802**