IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

Case No.   17-BK-3283 (LTS)

as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,
    Debtors.

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Saige Jutras Oftedal, applicant herein and respectfully states: 1.  Applicant is an

attorney and a member of the law firm of (or practices under the name of

Choate, Hall & Stewart, LLP, with offices at:

| Address | Two International Place |
|---|---|
| | Boston, MA 02110 |
| Email | softedal@choate.com |
| Telephone No. | 617-248-4714 |
| Fax No. | 617-502-4714 |

2.  Applicant will sign all pleadings with the name Saige Jutras Oftedal.

3.  Applicant has been retained personally or as a member of the above-named firm by

John Hancock Investments to provide legal representation in connection with the above-styled matter

now pending before the United States District Court for the District of Puerto Rico.

4.  Since 2017, applicant has been and presently is a member in good standing of the bar of

the highest court of the State of Massachusetts, where applicant regularly practices law.  Applicant's

bar license number is 698451.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| All State Courts of Massachusetts | 2017 |
| U.S. District Court, Massachusetts | 2017 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| N/A | |

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | ROBERTO LEFRANC MORALES |
| USDC-PR Bar No. | 210802 |
| Address | EDIF. ENTRO DE SEGUROS - SUITE 407 |
| | 701 AVE. PONCE DE LEON, SAN JUAN, PR 00907 |
| Email | rlm@martilaw.com |
| Telephone No. | (787) 721-1140 |
| Fax No. | (787) 721-7866 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court.  Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to:  "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: _____5/13/19_____

Saige Jutras Oftedal
Printed Name of Applicant

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the

designation of local counsel of record for all purposes.

Date: _____ 5/29/19 _____.

ROBERTO LEFRANC MORALES
Printed Name of Local Counsel

Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon

each attorney of record and the original upon the Clerk of Court accompanied by a

$300.00 pro hac vice admission fee.

Signature of Applicant

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐        the application be granted.  The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐        the application be denied.  The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
**U.S. DISTRICT JUDGE**

```
Court Name: District Court
Division: I
Receipt Number: SRX100014025
Cashier ID: smdilla
Transaction Date: 05/29/2019
Payer Name: LEFRANC-MORALES, ROBERTO

PRO HAC VICE
  For: LEFRANC-MORALES, ROBERTO
  Case/Party: D-PRX-1-17-AA-023028-005
  Amount:        $305.00
PRO HAC VICE
  For: LEFRANC-MORALES, ROBERTO
  Case/Party: D-PRX-1-17-AA-050903-002
  Amount:        $305.20

PAPER CHECK CONVERSION
  Remitter: BANCO POPULAR
  Check/Money Order Num: 102402021478
  Amt Tendered: $600.00

Total Due:       $600.00
Total Tendered:  $600.00
Change Amt:        $0.00

17-03283-LTS; BAIDE JITRAS-OFFICA_ &
DOUGLAS R. COLLINS

THRU: LEFRANC-MORALES, ROBERTO
```