**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>                         as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF FILING OF MOTION OF AMBAC ASSURANCE CORPORATION CONCERNING APPLICATION OF THE AUTOMATIC STAY TO THE REVENUES SECURING PRIFA RUM TAX BONDS**

      **PLEASE TAKE NOTICE** that on May 30, 2019, Ambac Assurance Corporation filed its *Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (the "Motion").

      **PLEASE TAKE FURTHER NOTICE** that any response or objections to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Ninth Amended Case Management Procedures (Case No. 3:17-bk-03283, ECF No. 7115-1) (the "Case

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Management Procedures"), and must be filed electronically with the Court by registered users of the Court's case filing system, in searchable portable document format. By means of a separate *Urgent Motion to Set Briefing Schedule with Respect to Motion of Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds*, Ambac has requested that the Court require that any response or objections to the Motion be served on the Standard Parties, as defined in Section II.A. of the Case Management Procedures, so as to be received no later than **July 3, 2019**.

**PLEASE TAKE NOTICE** that the date of the hearing at which the Motion shall be considered by the Court is **July 24, 2019, at 9:30 a.m. (Atlantic Standard Time)** at the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardon Avenue, San Juan, Puerto Rico.

**PLEASE TAKE NOTICE** that the relief requested in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the Court's Case Management Procedures.

[*Signature page to follow*]

|  |  |
|---|---|
| Dated: May 30, 2019<br>San Juan, Puerto Rico | **FERRAIUOLI LLC**<br><br>By: /s/ Roberto Cámara-Fuertes<br>    Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>    Sonia Colón (USDC-PR No. 213809)<br>    221 Ponce de León Avenue, 5th Floor<br>    San Juan, PR 00917<br>    Telephone: (787) 766-7000<br>    Facsimile: (787) 766-7001<br>    Email: rcamara@ferraiuoli.com<br>          scolon@ferraiuoli.com<br><br>**MILBANK LLP**<br><br>By: /s/ Andrew M. Leblanc<br>    Dennis F. Dunne<br>    Andrew M. Leblanc<br>    Atara Miller<br>    Grant R. Mainland<br>    (admitted *pro hac vice*)<br>    55 Hudson Yards<br>    New York, NY 10001<br>    Telephone: (212) 530-5000<br>    Facsimile: (212) 530-5219<br>    Email: ddunne@milbank.com<br>          aleblanc@milbank.com<br>          amiller@milbank.com<br>          gmainland@milbank.com<br><br>**ARENT FOX LLP**<br><br>By: /s/ David L. Dubrow<br>    David L. Dubrow<br>    Mark A. Angelov<br>    (admitted *pro hac vice*)<br>    1301 Avenue of the Americas<br>    New York, NY 10019<br>    Telephone: (212) 484-3900<br>    Facsimile: (212) 484-3990<br>    Email: david.dubrow@arentfox.com<br>          mark.angelov@arentfox.com |

- 4 -

        Randall A. Brater (admitted *pro hac vice*)
        1717 K Street, NW
        Washington, DC 20006
        Telephone: (202) 857-6000
        Facsimile: (202) 857-6395
        Email: randall.brater@arentfox.com

        ***Attorneys for Ambac Assurance Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com