## **Exhibit A**

Proposed Order

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING MOTION OF AMBAC
ASSURANCE CORPORATION CONCERNING APPLICATION
OF THE AUTOMATIC STAY TO THE REVENUES SECURING
PRIFA RUM TAX BONDS**

Upon consideration of the *Motion of Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (the "Motion")[2], filed by Ambac Assurance Corporation ("Ambac") on May 30, 2019, seeking a declaration that the automatic stay does not apply to Ambac's efforts to pursue the U.S. Treasury Action and the PRIFA Clawback Action, as defined in the Motion, against the Puerto Rico Infrastructure Financing Authority ("PRIFA"); the Court having reviewed the Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion in this

District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being

adequate and proper under the circumstances; upon the record of the hearing on the Motion; and

after due deliberation and sufficient cause appearing; therefore, it is hereby ORDERED that:

1.      The Motion is GRANTED as set forth herein;

2.      The Court finds that Ambac's pursuit of the U.S. Treasury Action and the PRIFA Clawback Action does not violate the automatic stay under 11 U.S.C. § 362 or any order of this Court; and

3.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.


Dated: _____


_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2