## Exhibit A

Proposed Order

- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING URGENT MOTION TO SET BRIEFING SCHEDULE WITH RESPECT TO MOTION OF AMBAC ASSURANCE CORPORATION CONCERNING APPLICATION OF THE AUTOMATIC STAY TO THE REVENUES SECURING PRIFA RUM TAX BONDS**

Upon consideration of the *Urgent Motion to Set Briefing Schedule With Respect to Motion of Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Funds Securing PRIFA Rum Tax Bonds* (the "Urgent Motion") filed by Ambac Assurance Corporation ("Ambac") on May 30, 2019, seeking a briefing schedule for the *Motion of Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (the "Motion") and after due deliberation and sufficient cause appearing; therefore, it is hereby ORDERED that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1. The Urgent Motion is GRANTED as set forth herein;

2. The deadline for objections and responses to the Motion is **July 3, 2019** ;

3. The deadline for Ambac to reply to any objections or responses is **July 16, 2019 at 4:00 p.m. (Atlantic Standard Time)**; and

4. The Court shall hold a hearing on the Motion at the July Omnibus Hearing on **July 24, 2019 at 9:30 a.m. (Atlantic Standard Time)** at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

Dated: _____

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE