UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re: 

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

               Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF URGENT MOTION TO SET BRIEFING SCHEDULE
WITH RESPECT TO MOTION OF AMBAC ASSURANCE CORPORATION CONCERNING
APPLICATION OF THE AUTOMATIC STAY TO THE FUNDS SECURING PRIFA RUM TAX BONDS

       The Court has received and reviewed the *Urgent Motion to Set Briefing Schedule With Respect to Motion of Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Funds Securing PRIFA Rum Tax Bonds* (the "Urgent Motion") filed by Ambac Assurance Corporation (the "Movant"). (Docket Entry No. 7177.) Opposition papers to the Urgent Motion must be filed by **June 3, 2019 at 10:00 a.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **June 4, 2019 at 10:00 a.m. (Atlantic Standard Time)**.

       SO ORDERED.

Dated: May 31, 2019

                              /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).