28/may/2019

TO: Oficina del Secretario
Tribunal Distrito de los Estados Unidos

RECEIVED & FILED
2019 MAY 31 PM 2: 51
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Saludos;

Soy Delfina Monserrate y estoy enviando respuesta sobre reclamo no. 17 BK 3283-LTS del Titulo III Promesa; Aparezco en la lista de reclamantes que lleno la información errónea. Puse la cantidad de la reclamación incorrecta y por tanto no puedo presentar una evidencia de reclamación. La cantidad correcta debe ser $15,000.00 aproximadamente, por el tiempo del aumento no dado y cuando me retiré. Cualquier duda se puede comunicar con migo y enviarme algún documento de corrección. Gracias por su ayuda al respecto.

alt,
Delfina Monserrate Díaz
REDACTED 2684