Delfina Monserate Diaz
506 Brown Ct
Fruitland Park, Fl. 34731

Oficina del Secretario
Tribunal de Distrito de los E.E.U.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767