UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING TRANSLATION OF DELFINA MONSERRATE DÍAZ'S RESPONSE TO
THE TWENTY-FIRST OMNIBUS OBJECTION OF THE COMMONWEALTH TO DEFICIENT CLAIMS

The Court has received the response of Ms. Delfina Monserrate Díaz (Docket Entry No. 7192 in Case No. 17-3283, the "Response") to the *Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims* (Docket Entry No. 6270 in Case No. 17-3283, the "Objection"). To the extent that the Commonwealth intends to continue to prosecute its Objection with respect to the claim that is the subject of the Response, counsel to the Oversight Board are directed to file a certified translation of the Response contemporaneously with the Commonwealth's reply in support of the Objection.

SO ORDERED.

Dated: June 3, 2019

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).