# EXHIBIT A

*Proposed Order*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>X | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>x | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS) |

**ORDER GRANTING THE URGENT JOINT MOTION REGARDING THE SCHEDULING OF BRIEFING IN CONNECTION WITH THE OBJECTION OF CERTAIN ERS BONDHOLDERS TO THE MAGISTRATE JUDGE'S MAY 6 AND MAY 15, 2019 ORDERS ON MOTIONS TO COMPEL**

Upon consideration of the *Urgent Joint Motion Regarding the Scheduling of Briefing in Connection with the Objection of Certain ERS Bondholders to the Magistrate Judge's May 6 and May 15, 2019 Orders on Motions to Compel* (the "Urgent Motion") seeking entry of an order modifying the briefing schedule concerning the *Objection of Certain ERS Bondholders to the Magistrate Judge's May 6 and May 15, 2019 Orders on Motions to Compel* [Docket No. 7035 in

Case No. 17-bk-03283 and Docket No. 518 in Case No. 17-bk-03566] (the "Objection"); and the Court having found that it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of the title III debtors, their creditors, and other parties in interest; and due and proper notice of the Urgent Motion has been provided under the particular circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED. Accordingly, the Court sets the following revised schedule for briefing on the Objection

    a. Response papers to the Objection must be filed within seven days of the issuance of Judge Dein's ruling on the Motion to Compel, that is, by 11:59 PM Atlantic Standard Time on Thursday, June 6, 2019.

    b. Any reply papers in support of the Objection must be filed within seven days of the filing of response papers to the Objection, that is, by 11:59 PM Atlantic Standard Time on Thursday, June 13, 2019.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date: June __, 2019

                                        THE HONORABLE LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE