UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3566-LTS |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

------------------------------------------------------------x

ORDER GRANTING URGENT JOINT MOTION REGARDING THE SCHEDULING OF BRIEFING
IN CONNECTION WITH THE OBJECTION OF CERTAIN ERS BONDHOLDERS
TO THE MAGISTRATE JUDGE'S MAY 6 AND MAY 15, 2019 ORDERS ON MOTIONS TO COMPEL

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Urgent Joint Motion Regarding the Scheduling of Briefing in Connection with the Objection of Certain ERS Bondholders to the Magistrate Judge's May 6 and May 15, 2019 Orders on Motions to Compel* (Docket Entry No. 7198 in Case No. 17-3283 and Docket Entry No. 540 in Case No. 17-3566, the "Urgent Motion") seeking entry of an order modifying the briefing schedule concerning the *Objection of Certain ERS Bondholders to the Magistrate Judge's May 6 and May 15, 2019 Orders on Motions to Compel* (Docket No. 7035 in Case No. 17-3283 and Docket No. 518 in Case No. 17-3566, the "Objection"); and the Court having found that it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of the title III debtors, their creditors, and other parties in interest; and due and proper notice of the Urgent Motion has been provided under the particular circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED. Accordingly, the Court sets the following revised schedule for briefing on the Objection:

    a. Response papers to the Objection must be filed within seven days of the issuance of Judge Dein's ruling on the Motion to Compel, that is, by **11:59 p.m. (Atlantic Standard Time) on Thursday, June 6, 2019**.

    b. Any reply papers in support of the Objection must be filed within seven days of the filing of response papers to the Objection, that is, by **11:59 p.m. (Atlantic Standard Time) on Thursday, June 13, 2019**.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

3. This Order resolves Docket Entry No. 7198 in Case No. 17-3283 and Docket Entry No. 540 in Case No. 17-3566.

Dated: June 3, 2019

        /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge