**EXHIBIT 10**

# Johnson, Jordan B.

| | |
|---|---|
| **From:** | Natbony, Bill <Bill.Natbony@cwt.com> |
| **Sent:** | Monday, June 3, 2019 4:51 PM |
| **To:** | Worthington, James B.; Bassett, Nicholas |
| **Cc:** | PR.Assured@cwt.com; Zwillinger, Zachary S. |
| **Subject:** | [EXT] RE: Meet and Confer Follow Up — 9019 Discovery |

James:

In response to the below questions, please find the following responses on behalf of Assured:

- What occurred on March 26, 2019 that Assured asserts gave rise to a common interest privilege with the government parties?

    By March 26, 2019 at the latest, Assured had reached agreement with the Government Parties on the material economic and legal implementation terms of the RSA. Assured continues to reserve its rights with respect to modifying that date further as it reviews relevant e-mails.

- What occurred on October 16, 2018 that Assured asserts gave rise to a common interest privilege with the ad hoc group and other monolines?

    1

    By October 16, 2018 at the latest, Assured was involved in negotiations concerning the RSA and the Ad Hocs and were aware and had signed off on certain treatment and provisions relating to Assured. Assured continues to reserve its rights with respect to modifying that date further as it reviews relevant e-mails.

- With respect to Assured's loss reserve information, has any such information been provided to New York regulators, or to any regulators other than the Maryland Insurance Administration?

    As previously indicated, based on our review of your Document Requests, the loss reserve information previously at issue and Judge Dein's prior ruling, Assured re-asserts that the loss reserve information is privileged and, in any event, not responsive. We also refer you to the prior motion papers concerning Assured's loss reserves. As to your question about New York or other regulators (other than Maryland), Assured has provided, at its New York regulator's request, and on a confidential basis, updated overall PR credit loss reserves, which include a loss reserve for PREPA.

William J. Natbony
Counsel
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, New York 10281
Tel: +1 (212) 504-6351| Fax: +1 (212) 504-6666
Cell: +1 (914) 523-0086

www.cadwalader.com

---

**From:** Worthington, James B. <jamesworthington@paulhastings.com>
**Sent:** Monday, June 3, 2019 12:13 PM
**To:** Natbony, Bill <Bill.Natbony@cwt.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>
**Cc:** PR.Assured@cwt.com; Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>
**Subject:** RE: Meet and Confer Follow Uo — 9019 Discovery

Bill – Thank you for the email below and over the weekend.  We have a couple of quick follow-up questions.  Given the timing, we would be grateful for your earliest possible response:

- What occurred on March 26, 2019 that Assured asserts gave rise to a common interest privilege with the government parties?

- What occurred on October 16, 2018 that Assured asserts gave rise to a common interest privilege with the ad hoc group and other monolines?

- With respect to Assured's loss reserve information, has any such information been provided to New York regulators, or to any regulators other than the Maryland Insurance Administration?

3

Best regards,
Jay

---

**From:** Natbony, Bill <Bill.Natbony@cwt.com>
**Sent:** Monday, June 3, 2019 10:13 AM
**To:** Bassett, Nicholas <nicholasbassett@paulhastings.com>; Worthington, James B. <jamesworthington@paulhastings.com>
**Cc:** PR.Assured@cwt.com
**Subject:** [EXT] Meet and Confer Follow Uo — 9019 Discovery

> As a further follow-up to our May 31st meet and confer, please take note of the following in response to your questions:
>
> 1:  Assured is asserting the common interest privilege with the GPs as to the RSA and related approval proceedings such as the 9019 Motion and Motion to Dismiss beginning March 26, 2019 and continuing through the present.
>
> 2:  Assured is asserting the common interest privilege with the Ad Hocs as to the RSA and related approval proceedings such as the 9019 Motion and Motion to Dismiss beginning at minimum October 16, 2018 and continuing through the present.

4

3:  Assured is asserting the common interest privilege as to the RSA with other monolines such as National and Syncora as to the RSA beginning at minimum October 16, 2018 and through the signing of the RSA.

4:  Assured is asserting the common interest privilege with Syncora and National concerning the Receiver Motion, except to the extent there were communications regarding adjourning the Receiver Motion due to RSA discussions or seeking dismissal of the Receiver Motion based upon the negotiation or execution of the RSA.

5:  As we previously indicated, to some degree these dates are dependent upon our review of emails which is ongoing. Assured reserves the right to expand or alter the date range or to assert the common interest privilege with respect to specific documents or issues outside the specified ranges and scope as its review continues.

William J. Natbony
Counsel
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, New York  10281

5

Tel: +1 (212) 504-6351| Fax: +1 (212) 504-6666
Cell: +1 (914) 523-0086
www.cadwalader.com

Sent from my iPhone

---

NOTE: The information in this email is confidential and may be legally privileged.  If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy.  Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

---

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received

this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

7