UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT

The attached additional pro se Notices of Participation have been received by the Court for filing in the above-captioned cases pursuant to the *Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures with Respect to Omnibus Objection of (i) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, to Claims Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court
June 3, 2019

*or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* (Docket Entry No. 5143 in Case No. 17-3283).

1. Fideicomiso LALMFC (Migdalia Fuentes Caban and Lutgardo Acevedo Lopez)
2. Fideicomiso LALMFC (Migdalia Fuentes Caban and Lutgardo Acevedo Lopez)
3. Fideicomiso LALMFC (Migdalia Fuentes Caban and Lutgardo Acevedo Lopez)
4. Fideicomiso LALMFC (Migdalia Fuentes Caban and Lutgardo Acevedo Lopez)
5. Fideicomiso LALMFC (Migdalia Fuentes Caban and Lutgardo Acevedo Lopez)
6. Fideicomiso LALMFC (Migdalia Fuentes Caban and Lutgardo Acevedo Lopez)
7. Matthew C. Bakale Jr. Trust
8. Steven M. Cohen
9. Charles Casquarelli

Dated: June 3, 2019