## CERTIFICATE OF SERVICE

I have caused to be mailed a copy of (1) "[Further Response to Docket 4417] Response to Request by FOMB for Additional Information Concerning Nature of Constitutional and Other Claims Asserted in Claim No. 10701," and (2) the accompanying Appendix, by email or (when no email was available for at least one attorney at the law firm) by first class mail to (i) attorneys at the law firms specified to receive notice on the Thirteenth Omnibus Objection (Docket #4417-4-page-6-of-14), and (ii) to each of the other parties or their attorneys on the attached service list pages.

Dated: May 29, 2019

_____
Peter C. Hein

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq. (brosen@proskauer.com)
Paul V. Possinger, Esq. (ppossinger@proskauer.com)
Ehud Barak, Esq. (ebarak@proskauer.com)
Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com)
James Bliss, Esq. (jamesbliss@paulhastings.com)
Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
James Worthington, Esq. (jamesworthington@paulhastings.com)
G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Wednesday, April 10, 2019 5:02 PM
**To:** mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com
**Cc:** petercheinsr@gmail.com

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Wednesday, April 10, 2019 5:05 PM
**To:** 'Goldstein, Irena'; 'Bassett, Nicholas A. (Paul Hastings LLP)'; 'Burke, Donald'; 'Stancil, Mark T. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP)'; 'Bernstein, Donald S. (Davis Polk & Wardwell LLP)'; 'Resnick, Brian M. (Davis Polk & Wardwell LLP)'; 'Libby, Angela (Davis Polk & Wardwell LLP)'; 'Peck, James M. (Morrison & Foerster, LLP)'; 'Lee, Gary S. (Morrison & Foerster, LLP)'; 'Fioccola, David J. (Morrison & Foerster, LLP)'; 'Esposito, Grant J. (Morrison & Foerster, LLP)'; 'Ellenberg, Mark C. (Cadwalader, Wickersham & Taft LLP)'; 'Caton, Amy (Kramer Levin Naftalis & Frankel LLP)'; 'Mayer, Thomas Moers (Kramer Levin Naftalis & Frankel LLP)'; 'Bello, Nancy M. (Kramer Levin Naftalis & Frankel LLP)'; 'O'Neill, P. Bradley (Kramer Levin Naftalis & Frankel LLP)'; 'Zeituni, Karen (Paul, Weiss, Rifkind, Wharton & Garrison LLP)'; 'Rosenberg, Andrew N. (Paul, Weiss, Rifkind, Wharton & Garrison LLP)'; 'Buckley, Douglas (Kramer Levin Naftalis & Frankel LLP)'; 'Bjork, Jeffrey E. (Latham & Watkins LLP)'; 'Harris, Christopher (Latham & Watkins LLP)'; 'Goldberg, Adam J. (Latham & Watkins LLP)'; 'Burton, Liza L. (Latham & Watkins LLP)'; 'Servais, Casey'; 'Esposito, Grant J. (Morrison & Foerster, LLP)'; 'Fioccola, David J. (Morrison & Foerster, LLP)'; 'Massman, Stephanie'; 'Despins, Luc A. (Paul Hastings LLP)'; 'Bliss, James R. (Paul Hastings LLP)'; 'Weisfelner, Edward S. (Brown Rudnick Berlack Israels LLP)'; 'Papalaskaris, Angela (Brown Rudnick Berlack Israels LLP)'; 'Beville, Sunni P. (Brown Rudnick Berlack Israels LLP)'
**Cc:** petercheinsr@gmail.com

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Wednesday, April 10, 2019 5:07 PM
**To:** Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; mitchelln@omm.com; mdiconza@omm.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; mbienenstock@proskauer.com; ppossinger@proskauer.com; herman.bauer@oneillborges.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov
**Cc:** petercheinsr@gmail.com