UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY AND
SETTING BRIEFING DEADLINES IN CONNECTION WITH
MOTION OF AMBAC ASSURANCE CORPORATION CONCERNING
APPLICATION OF THE AUTOMATIC STAY TO THE REVENUES SECURING PRIFA RUM TAX BONDS

The Court has received and reviewed the *Urgent Motion to Set Briefing Schedule with Respect to Motion of Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Docket Entry No. 7177 in Case No. 17-3283, the "Motion"), filed by Ambac Assurance Corporation ("Movant"), and the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Leave to File Sur-Reply in Response to Urgent Motion to Set Briefing Schedule with Respect to Motion of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Docket Entry No. 7212 in Case No. 17-3283, the "Sur-Reply Motion") filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). The Oversight Board's Sur-Reply Motion is granted, and Movant's Motion is granted to the extent provided herein. Oppositions to the Motion must be filed by **July 3, 2019 at 4:00 p.m. (Atlantic Standard Time)**. Movant's reply must be filed by **July 16, 2019 at 4:00 p.m. (Atlantic Standard Time)**. The Court will hear oral argument on the Motion as part of the July Omnibus Hearing in San Juan on **July 24, 2019 at 9:30 a.m. (Atlantic Standard Time)**.

The parties must promptly meet and confer and submit to the Court by **June 10, 2019 at 4:00 p.m. (Atlantic Standard Time)** a joint status report (i) identifying any issues of fact that may require discovery, (ii) proposing a schedule for any necessary discovery, and (iii) proposing a schedule for the submission of any supplemental declarations and a hearing date for any live testimony, if necessary.

Movant's request for a hearing date more than thirty days after the filing of the Motion is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Motion.

SO ORDERED.

Dated: June 4, 2019

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge