**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

**REPLY OF THE COMMONWEALTH OF
PUERTO RICO TO RESPONSE FILED BY CLAIMANT
AMARILYS FLORES FLORES [ECF NO. 7155] TO THIRTY-FIRST
OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO EXACT DUPLICATE CLAIMS**

**To the Honorable United States District Judge Laura Taylor Swain:**

The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this reply (the "Reply") to the *Response to Collective Objection* (the "Response") filed by claimant Amarilys Flores Flores (the "Claimant") to the *Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

*Exact Duplicate Claims* [ECF No. 6280] (the "Thirty-First Omnibus Objection"). In support of this Reply, the Commonwealth respectfully represents as follows:

1. On April 15, 2019, the Commonwealth filed the Thirty-First Omnibus Objection seeking to disallow in their entirety certain exact duplicate proofs of claim (collectively, the "Duplicate Claims"), as listed on Exhibit A thereto. As set forth in the Thirty-First Omnibus Objection and supporting exhibits, each of the Duplicate Claims assert the exact same liability, against the exact same Title III debtor, as another claim filed in the Title III proceeding. Any party who disputed the Thirty-First Omnibus Objection was required to file a response by 4:00 p.m. (Atlantic Standard Time) on May 28, 2019, in accordance with the Court-approved notices attached to the Thirty-First Omnibus Objection as Exhibits C, which were served in English and Spanish on the individual creditors subject to the Thirty-First Omnibus Objection, the U.S. Trustee, and the Master Service List (as defined in the *Order Further Amending Case Management Procedures* [ECF No. 3804]). *See Certificate of Service* [ECF No. 6416].

2. On or about May 23, 2019, Claimant filed the Response. Therein, Claimant does not dispute Claimant's proof of claim filed against the Commonwealth on June 29, 2018 and logged by Prime Clerk as Proof of Claim No. 104728 is an exact duplicate of another proof of claim filed by Claimant against the Commonwealth on June 29, 2018 and logged by Prime Clerk as Proof of Claim No. 129935. Claimant asserts that she submitted an original and a copy of a completed proof of claim form, but "the copy was processed as another claim." Response at 2. Claimant further "request[ed] that the claim # 129935 be dismissed and that only the claim #104728 prevail."

3. The Commonwealth will submit an amended schedule identifying Proof of Claim No. 129935 as the claim to be disallowed (the "Claim"), and identifying Proof of Claim No. 104728 as a remaining claim (the "Remaining Claim").

4. Because Claimant admits that the Claim is an exact duplicate of the Remaining Claim, and the parties do not dispute the relief sought in the Thirty-First Omnibus Objection, the Commonwealth respectfully requests that the Court grant the Thirty-First Omnibus Objection and disallow the Claim in its entirety. As set forth in the Thirty-First Omnibus Objection, the Commonwealth reserves its rights to object to the Remaining Claim on any other bases whatsoever.

Dated: June 5, 2019
San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
20 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Commonwealth*

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>Deudores.¹ | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación se refiere al Estado Librea Asociado.** |

**RESPUESTA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A LA RESPUESTA PRESENTADA POR RECLAMANTE AMARILYS FLORES FLORES [ECF N° 7155] A LA TRIGÉSIMA PRIMERA OBJECIÓN COLECTIVA (NO SUSTANTIVA) A RECLAMACIONES EXACTAMENTE DUPLICADAS**

**A la Honorable Jueza de Distrito de los Estados Unidos Laura Taylor-Swain:**

El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por conducto de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado conforme a la sección 315(b) de la

---

¹ Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

*Ley de Administración, Supervisión y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] presenta esta respuesta (la "Respuesta") a *Razones por No Hacer una Objeción Colectiva* [ECF N° 7144] (la "Respuesta"), presentada por la reclamante Amarilys Flores Flores (la "Reclamante") a la *Trigésimo Primera Objeción Colectiva (No Sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones Exactamente Duplicadas* [ECF N° 6280] (la "Trigésimo Primera Objeción Colectiva"). Para fundamentar esta Respuesta, el Estado Libre Asociado con respeto manifiesta lo siguiente:

1. El 15 de abril de 2019, el Estado Libre Asociado presentó la Trigésimo Primera Objeción Colectiva solicitando que se desestimen en su totalidad ciertas comprobantes de reclamaciones exactamente duplicadas (colectivamente, las "Reclamaciones Duplicadas"), que figuran en el Anexo A. Como se establece en la Trigésimo Primera Objeción Colectiva y sus anexos, cada Reclamación Duplicada afirma la misma demanda, contra el mismo deudor del Título III, como una otra reclamación presentada en el procedimiento del Título III. Cualquier parte que disputó disputara la Trigésimo Primera Objeción Colectiva debía presentar una respuesta antes de la las 4:00 p.m. (Hora estándar del Atlántico) el 28 de mayo de 2019, de acuerdo con la notificación aprobada por el Tribunal adjunta a la Trigésimo Primera Objeción Colectiva como Anexo C, que se presentó en inglés y español a los acreedores individuales sujetos a la Trigésimo Primera Objeción Colectiva, el Fideicomisario de los EE. UU. y el Master Service List (defindo por *Resolución de Enmienda Adicional de los Procedimientos de Tramitación de Casos* [Caso N° 17-3283, ECF N° 3804]). *Ver Certificado de Notificación* [ECF N° 6416].

---

[2] La ley PROMESA está codificada en el título 48 del Código de los Estados Unidos (United States' Code, U.S.C.) §§ 2101-2241.

2

2. En ó cerca de 23 de mayo de 2019, la Reclamante presentó la Respuesta. En la Respuesta, la Reclamante no niega que comprobante de reclamaciones presentadas contra el Estado Libre Asociado el 29 de junio de 2018 y registrada por Prime Clerk como Comprobante de Reclamación No. 104728 sea un duplicado exacto de una otra comprobante de reclamación presentada por la Reclamante contra el Estado Libre Asociado el 29 de junio de 2018 y registrada por Prime Clerk como Comprobante de Reclamación No. 129935. La Reclamante afirma que presentó un original y una copia de su formulario de una comprobante de reclamación, pero "la copia fue procesada como un otro formulario." Respuesta a las 2. La Reclamante "solicitó que se desestimara reclamación # 129935 y que solo prevaleciera reclamación #104728."

3. El Estado Libre Asociado presentará una presentación enmendada identificando Comprobante de Reclamación No. 129935 como la reclamación que se desestime (la "<u>Reclamación</u>") e identificando Comprobante de Reclamación No. 104728 como una reclamación restante (la "<u>Reclamación Restante</u>").

4. Debido a que la Reclamante admite que la Reclamación es una duplicación exacta de la Reclamación Restante, y las partes no discuten las solicitudes en la Trigésimo Primera Objeción Colectiva, el Estado Libre Asociado solicita respetuosamente que el Tribunal otorgue la Trigésimo Primera Objeción Colectiva y rechace la Reclamación en su totalidad. Como se establece en la Trigésimo Primera Objeción Colectiva, el Estado Libre Asociado se reserva el derecho de objetar la Reclamación Restante por cualquier otro motivo.

3

| | |
|---|---|
| Fecha: 5 de junio de 2019<br>San Juan, Puerto Rico | Respetuosamente sometido,<br><br>/s/ *Hermann D. Bauer*<br>Herman D. Bauer<br>USDC N° 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Abogados adjuntos de la Junta de Supervisión y Administración Financiera en carácter de representantes del Estado Libre Asociado de Puerto Rico* |

4