# EXHIBIT 1

CERTIFIED TRANSLATION

[Already in English]:

Case: 17-03283-LTS   Doc#:7029   Filed:05/17/19   Entered:05/20/19 17:07:28   Desc: Main Document Page 1 of 2

[Ink stamp already in English]: RECEIVED & FILED

2019 MAY 17 PM 5:34

CLERK'S OFFICE

U.S. DISTRICT COURT

SAN JUAN, [PR]

Federal Court Case No. 17BK3283-LTS

[Header already in English]:

United States District Court

For the District of Puerto Rico

In re:

| | |
|---|---|
| The Financial Oversight and | Promesa |
| Management Board for Puerto Rico | Title III |
| As representation of | No. 17 BK 3283-LTS |
| The Commonwealth of Puerto Rico | |

SUBJECT

OBJECTION TO THE TWENTIETH OMNIBUS OBJECTION THAT SEEKS TO DISALLOW THE CLAIMS THAT WERE REPLACED BY EVIDENCES OF SUBSEQUENTLY FILED CLAIMS. IN ACCORDANCE WITH RULE 3007(d) (3) OF FEDERAL BANKRUPTCY PROCEDURE AND THE OMNIBUS OBJECTION PROCEDURES.

CREDITOR'S PERSONAL INFORMATION

I HEREBY TESTIFY: THAT I AM MR. NÉSTOR A. RODRÍGUEZ MARTY, DOMICILED AT 5347 ISLA VERDEAVE., MARBELLA OESTE BLDG., APARTMENT 1214, CAROLINA, PR 00979-5509. PHONE NUMBER 787-948-5459, AND WITH THE FOLLOWING EMAIL ADDRESS: NESVID@GMAIL.COM

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

REASONS TO OBJECT TO THE DISALLOWANCE OF MY SUBSEQUENTLY AMENDED CLAIMS

REFEREENCE TO EXHIBIT A: AMENDED CLAIMS

TO BE DISALLOWED BY THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, IN REPRESENTATION OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, (DEBTORS) AND OTHERS.

My investments or bonds in the amounts of $50,000.00 and $55,000.00, respectively, can be found in spaces #30 and #31 of the referenced Exhibit A, which investments or bonds were originally filed as a "proof of claim" on 08/30/2017 against the Commonwealth of Puerto Rico (Debtor); both cases were filed under the same case number, 17-BK-03283-LTS, the claim numbers of which are #157 and #96, respectively.

On 05/07/2018, both claims were amended under a new space that did not exist in the original form. The new description of this space was "Retirement System of the Government of the Commonwealth of Puerto Rico."

I understand that the new space described the investment more precisely, so I made the change to this space. Both bonds fell under a new case number, which is 17 BK 03566 LTS and its debtor changed from the "Government of Puerto Rico" to the "Employees Retirement System of the Government of the Commonwealth of Puerto Rico." I added a certification to both claims from Oriental Bank as proof that I am the holder of both investments (bonds) filed as proof of claim.

The new claim numbers of these investments (Bonds) are #10829 and #10867, respectively.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Already in English]:

Case: 17-03283-LTS   Doc#:7029   Filed:05/17/19   Entered:05/20/19 17:07:28   Desc: Main Document Page 2 of 2

As you can see, what was done had the intent of keeping things clear; the change of debtor was due to the change in the form that originally did not include the "Retirement System of the Government of the Commonwealth of Puerto Rico." Even though the debtor is the same, the Commonwealth of Puerto Rico, the bonds change from GOs to those of the Puerto Rico Employee Retirement System.

Despite being told that the holders of Claims to be Disallowed "will not be prejudiced" by the disallowance of their claims because they will each retain a Remaining Amended Claim against the Commonwealth of Puerto Rico, further down we are warned that the debtors (the Commonwealth) reserve their right to object to the Remaining Amended Claims on any other grounds whatsoever. That is, we would run the risk of having the government consider any other technicality to object and disallow our Amended Claims in full. This would entail additional legal service expenses for us.

I do not understand the justification of the Financial Oversight Board of PR (the Board) to disallow said claims if there was no increase in any of them, or significant changes that lead them to think of double recovery to the prejudice of others. The Board knows that once a person makes an amendment to an original claim, the original claim is automatically eliminated. Amending a Claim is valid and permissible under the law.

Having nothing more to allege in this matter, I hereby submit to Judge Laura Taylor Swain (United States Judge), said objection in writing, so that she may exercise her best judgment regarding the same.

REQUEST NOT TO APPEAR IN COURT*

I hereby request to be excused from appearing in court should the Judge so determine. I have hypertension, mitral valve regurgitation, heart failure, and liquid in one of my lungs, which


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

prevent me from doing much walking. I am not medically apt to experience situations that may be detrimental to my health.

May 10, 2019

Carolina, Puerto Rico 00979

    Respectfully submitted,

    [Signature]

    Néstor A. Rodríguez Marty

    nesvid@gmail.com

    Tel. 787-948-5459

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Already in English]:

Case: 17-03283-LTS   Doc#:7029-1   Filed:05/17/19   Entered:05/20/19 17:07:28   Desc: Main Envelope Page 1 of 1

[Barcode sticker]

| | |
|---|---|
| [HW]: Néstor A. Rodríguez Marty | [2 USA stamps] |
| 5347 Ave. Isla Verde | [Superimposed cancellation stamp]: |
| Marbella Oeste 1214 | SAN JUAN P[RDC] 009 |
| Carolina, P.R. 00979 | THU 1[6] MAY 2019 PM |

[Ink stamp already in English]: RECEIVED & FILED

2019 MAY 17 PM 5:34

CLERK'S OFFICE

U.S. DISTRICT COURT

SAN JUAN, [PR]

[HW]: Clerks' Office

United States District Court

#150 Chardon Avenue

Federal Building

San Juan, Puerto Rico 00918

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.