# EXHIBIT 2

CERTIFIED TRANSLATION

[Already in English]:

Case: 17-03283-LTS   Doc#:7144   Filed:05/28/19   Entered:05/29/19 14:00:10   Desc: Main Document Page 1 of 2

[Ink stamp already in English]: RECEIVED & FILED

2019 MAY 28 PM 6:19

CLERK'S OFFICE

U.S. DISTRICT COURT

SAN JUAN, [PR]

[T.N.: This document is handwritten]

I. Contact Information

Maritza Barris Rosario

Urb. Diplo

#U-5 3rd St.

Naguabo, PR 00718

Tel. (787) 914-2502

mbr4406@gmail.com

II. Title

United States District Court
for the District of Puerto Rico
The Financial Oversight and
Management Board for Puerto Rico
The Commonwealth of Puerto Rico
Case No. 17-03283-LTS
Title:   Promesa
            Title III

Claim Numbers:
- 135772
- 152207
- 142537
- 75300

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Already in English]:

Case: 17-03283-LTS   Doc#:7144   Filed:05/28/19   Entered:05/29/19 14:00:10   Desc: Main Document Page 2 of 2

III. Reasons for not making omnibus objection

I was a teacher for 31 ½ [years] of my life, during which I had to use my own money to fix and decorate the room for the kids. I gave it all for [these] kids.

That money which you want to take away from me was not a gift from the government. That money is mine; I earned it with a lot of effort. And it is not fair that when I am most in need, you want to take it away from me. I live off my pension, not from Social Security, since teachers did not pay for Social Security.

I presently have a health condition, <u>atrial fibrillation</u>, the medication for which costs me $200.00 in monthly copay just for that medication.

Gentlemen, I need quality of life!

I will appreciate your collaboration with me.
God bless you!

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Already in English]:

Case: 17-03283-LTS   Doc#:7144-1   Filed:05/28/19   Entered:05/29/19 14:00:10   Desc: Main Envelope Page 1 of 1

[Ink stamp already in English]: RECEIVED & FILED

2019 MAY 28 PM 6:19

CLERK'S OFFICE

U.S. DISTRICT COURT

SAN JUAN, [PR]

[HW]: Maritza Barris

Urb. Diplo

#U-5 3rd St.

Naguabo, PR 00718

[1 USA stamp]

[Superimposed cancellation stamp]:

SAN JUAN PR 009

24 MAY 2019 PM 1 T

[HW]: 150 AVE Chardón

[HW]: Clerks' Office

U.S. District Court

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

00918$9999   [Barcode]

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.