# EXHIBIT 3

CERTIFIED TRANSLATION

[Already in English]:
Case: 17-03283-LTS   Doc#:7155   Filed:05/29/19   Entered:05/30/19 10:31:52   Desc: Main Document Page 1 of 2

[Ink stamp already in English]: RECEIVED & FILED
2019 MAY 29 PM 3:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, [PR]

[T.N.: This document is handwritten]
May 23, 2019

Clerk's Office
[Signature?]
Amarilys Flores Flores

Subject: Response to Omnibus Objection

Contact Information:
Amarilys Flores Flores
P.O. Box 177
Comerío, PR 00782
787-359-0586
Email: am.flores71@yahoo.com

Title:
United States District Court
for the District of Puerto Rico
Debtors: Retirement System of the Employees
of the Government of the Commonwealth
of Puerto Rico
Case No. 17-03283-LTS
Title of the Objection: Thirty-Third Omnibus Objection
Claims:
104728 and 129935

Reasons for Opposing the Omnibus Objection
    On June 29, 2018, I filed the Modified Official Form 410 in the Oceania Building located in Villa Blanca, Caguas, Puerto Rico, and I proceeded to file an original and a copy. Said copy was filed so that it would be returned to me

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Already in English]:

Case: 17-03283-LTS   Doc#:7155   Filed:05/29/19   Entered:05/30/19 10:31:52   Desc: Main Document Page 2 of 2

stamped to the [unintelligible]. I believe that the copy was processed as another claim (see Exhibit A: Exact Duplicate Claims #322). Thus I object, that the duplicity of the claim had no intent of fraud, but was an error of the agency that received it and adjudicated a claim number to the copy. I hereby request that claim #129935 be disallowed and that only claim #104728 prevail.

cc. Counsel for the Oversight Board
cc. Counsel for the Creditors' Committee

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Already in English]:

Case: 17-03283-LTS   Doc#:7155   Filed:05/29/19   Entered:05/30/19 10:31:52   Desc: Main Envelope Page 1 of 2

[Ink stamp already in English]: RECEIVED & FILED

2019 MAY 29 PM 3:36

CLERK'S OFFICE

U.S. DISTRICT COURT

SAN JUAN, [PR]

[HW]: Amarilys Flores Flores

P.O. Box 177

Comerío, PR 00782

[Certified Mail Stamp]

[Barcode]

7017 2620 0000 1344 1334

United States Postal Service

1000

[Barcode] 00918

U.S. POST[AGE PAID]

FCM LETT[ER]

COMERIO,

00782

MAY 25, 19[…]

AMOUNT

$6.[85]

R2305H128[…]

[HW]: Clerks' Office

U.S. District Court

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

LTS  Doc#:7155  Filed:05/29/19  Entered:05/30/19

Envelope Page 2 of 2

[…]PAID

[…]5

[…]05

SAN JUAN PR 009 [sic]

[Cancellation marks]

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.