**Exhibit D**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
:
*In re* :
: PROMESA
THE FINANCIAL OVERSIGHT AND : Title III
MANAGEMENT BOARD FOR PUERTO RICO, :
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, : (Jointly Administered)
*et al.*,[1] :
:
    Debtors. :
:
---------------------------------------------------------------x
:
*In re* :
:
: PROMESA
THE FINANCIAL OVERSIGHT AND : Title III
MANAGEMENT BOARD FOR PUERTO RICO, :
:
    as representative of : Case No. 17-BK-04780 (LTS)
:
PUERTO RICO ELECTRIC POWER : **Relates Only to PREPA**
AUTHORITY (PREPA), :
:
    Debtor. :
---------------------------------------------------------------x

## NOTICE OF DEPOSITION OF NELSON MORALES

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**TO:** Mr. Nelson Morales, c/o O'Melveny & Myers, LLP, Attention Nancy Mitchell, 7 Times Square, New York, NY 10036; and Proskauer Rose LLP, Attention Ehud Barak, 11 Times Square, New York, NY 10036.

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable by Rule 9014 of the Federal Rules of Bankruptcy Procedure and section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), counsel for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively "Solus"), as lenders to PREPA under a certain Trade Finance Facility Agreement, dated as of July 20, 2012, among PREPA and Citibank, N.A., will take the deposition upon oral examination of Nelson Morales in connection with the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922 and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Dkt. No. 1235] (the "9019 Motion").

The deposition will take place on June 18, 2019, at 10:00 a.m., at the offices of Antonetti, Montalvo & Ramirez-Coll, 1225 Ponce de Leon Avenue, Suite # 1001, San Juan, Puerto Rico, 00907, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: June 3, 2019

| | |
|---|---|
| /s/ *Jose L. Ramirez-Coll* | /s/ *Bryce L. Friedman* |
| Jose L. Ramirez-Coll | Bryce L. Friedman (admitted *pro hac vice*) |
| USDC-PR No. 221702 | Nicholas Baker (admitted *pro hac vice*) |
| ANTONETTI, MONTALVO | SIMPSON THACHER & BARTLETT LLP |
| & RAMIREZ-COLL | 425 Lexington Avenue |
| 1225 Ponce de Leon Ave. | New York, New York 10017 |
| Suite 1001 | Telephone: (212) 455-2000 |
| San Juan, Puerto Rico 00907 | Facsimile: (212) 455-2502 |
| Telephone: (787) 977-0312 | Email: bfriedman@stblaw.com |
| Facsimile: (787) 977-0323 | nbaker@stblaw.com |
| Email: jramirez@amrclaw.com | |

*Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2019, a true and correct copy of the *Notice of Deposition of Nelson Morales* was served on the following: abyowitz@kramerlevin.com; acaton@kramerlevin.com; akherring@wlrk.com; alexbongartz@paulhastings.com; Andrew.boccio@stblaw.com; andrewtenzer@paulhastings.com; apavel@omm.com; arwolf@wlrk.com; bclark@proskauer.com; Bill.Natbony@cwt.com; Brian.Liegel@weil.com; cabruens@debevoise.com; devlawoffices@gmail.com; dperez@cabprlaw.com; eakleinhaus@wlrk.com; ebarak@proskauer.com; ellen.halstead@cwt.com; emckeen@omm.com; eworenklein@debevoise.com; gmashberg@proskauer.com; gregory.silbert@weil.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; jamie.fell@stblaw.com; jarrastia@gjb-law.com; jccelentino@wlrk.com; jeremy.auster@weil.com; Jeremy.Cain@weil.com; jessica@bufete-emmanuelli.com; jljones@proskauer.com; jonathan.polkes@weil.com; jrapisardi@omm.com; jsuarez@gjb-law.com; jvankirk@tcmrslaw.com; Lara.Ting@weil.com; lauren.haiken@weil.com; lbarefoot@cgsh.com; lcda.wentorres@gmail.com; lft@tcmrslaw.com; lstafford@proskauer.com; lucdespins@paulhastings.com; marcia.goldstein@weil.com; mbienenstock@proskauer.com; mcto@debevoise.com; mdale@proskauer.com; mfb@tcmrslaw.com; michaelcomerford@paulhastings.com; mschierberl@cgsh.com; nbaker@stblaw.com; nhamerman@kramerlevin.com; nicholasbassett@paulhastings.com; nperez@tcmrslaw.com; pfriedman@omm.com; ppossinger@proskauer.com; Reed.Collins@weil.com; remmanuelli@me.com; rgmason@wlrk.com; robert.berezin@weil.com; tmayer@kramerlevin.com.

Dated: June 3, 2019

                                                      /s/ *Bryce L. Friedman*
                                        Bryce L. Friedman (admitted *pro hac vice*)
                                        Nicholas Baker (admitted *pro hac vice*)
                                        SIMPSON THACHER & BARTLETT LLP
                                        425 Lexington Avenue
                                        New York, New York 10017
                                        Telephone: (212) 455-2000
                                        Facsimile: (212) 455-2502
                                        Email: bfriedman@stblaw.com
                                                  nbaker@stblaw.com

                                        *Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*