**Exhibit E**

Case:17-03283-LTS Doc#:7242-5 Filed:06/05/19 Entered:06/05/19 22:35:05 Desc:
Exhibit E Page 1 of 5

**Exhibit E**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | | |
|---|---|---|
| *In re* | : | |
| | : | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | : | (Jointly Administered) |
| Debtors. | : | |

---

| | | |
|---|---|---|
| *In re* | : | |
| | : | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-04780 (LTS) |
| | : | |
| PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA), | : | **Relates Only to PREPA** |
| Debtor. | : | |

---

**NOTICE OF DEPOSITION OF KEVIN LAVIN BY CORTLAND CAPITAL MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT, AND SOLUS**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**TO:** Kevin Lavin, c/o O'Melveny & Myers LLP, Attention Nancy A. Mitchell, 7 Times Square, New York, NY 10036.

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rule 9014 of the Federal Rules of Bankruptcy Procedure and section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act, Cortland Capital Market Services LLC, as administrative Agent for lenders under that certain Credit Agreement, dated as of May 4, 2012 among PREPA, Scotiabank de Puerto Rico, and the lenders party thereto, and SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra BN LLC, as lenders to PREPA under a certain Trade Finance Facility Agreement, dated as of July 20, 2012, among PREPA and Citibank, N.A., will take the deposition upon oral examination of Kevin Lavin in connection with the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922 and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Dkt. No. 1235].

The deposition will take place on June 14, 2019, at 10:00 A.M., at the offices of Wachtell, Lipton, Rosen & Katz, 51 W. 52nd Street, New York, NY 10019, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: June 3, 2019

| | |
|---|---|
| /s/ Nayuan Zouairabani | /s/ Emil A. Kleinhaus |
| Nayuan Zouairabani | Richard G. Mason (admitted *pro hac vice*) |
| USDC-PR No. 226411 | Amy R. Wolf (admitted *pro hac vice*) |
| MCCONNELL VALDÉS LLC | Emil A. Kleinhaus (admitted *pro hac vice*) |
| 270 Muñoz Rivera Avenue, Suite 7 | Angela K. Herring (admitted *pro hac vice*) |
| Hato Rey, Puerto Rico  00918 | Joseph C. Celentino (admitted *pro hac vice*) |
| P.O. Box 364225 | WACHTELL, LIPTON, ROSEN & KATZ |
| San Juan, Puerto Rico  00936-4225 | 51 West 52nd Street |
| Telephone: (787) 250-5604 | New York, New York  10019 |
| Facsimile: (787) 759-9225 | Telephone: (212) 403-1000 |
| Email: nzt@mcvpr.com | Facsimile: (212) 403-2000 |
| | Email: rgmason@wlrk.com |
| | arwolf@wlrk.com |
| | eakleinhaus@wlrk.com |
| | akherring@wlrk.com |
| | jccelentino@wlrk.com |

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

| | |
|---|---|
| /s/ Jose Ramirez-Coll | /s/ Nicholas Baker |
| Jose L. Ramirez-Coll | Sandy Qusba (admitted *pro hac vice*) |
| USDC-PR No. 221702 | Bryce L. Friedman (admitted *pro hac vice*) |
| jramirez@amrclaw.com | Nicholas Baker (admitted *pro hac vice*) |
| ANTONETTI, MONTALVO | SIMPSON THACHER & BARTLETT LLP |
| & RAMIREZ-COLL | 425 Lexington Avenue |
| P.O. Box 13128 | New York, New York  10017 |
| San Juan, Puerto Rico  00907 | Telephone: (212) 455-2000 |
| Telephone: (787) 977-0312 | Facsimile: (212) 455-2502 |
| Facsimile: (787) 977-0323 | Email: squsba@stblaw.com |
| Email: jramirez@amrclaw.com | bfriedman@stblaw.com |
| | nbaker@stblaw.com |

*Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra BN LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, a true and correct copy of the *Notice of Deposition of Kevin Lavin by Cortland Capital Market Services LLC, as Administrative Agent, and Solus* was served on the following: abyowitz@kramerlevin.com; acaton@kramerlevin.com; akherring@wlrk.com; alexbongartz@paulhastings.com; Andrew.boccio@stblaw.com; andrewtenzer@paulhastings.com; apavel@omm.com; arwolf@wlrk.com; bclark@proskauer.com; bfriedman@stblaw.com; Bill.Natbony@cwt.com; Brian.Liegel@weil.com; cabruens@debevoise.com; devlawoffices@gmail.com; dperez@cabprlaw.com; eakleinhaus@wlrk.com; ebarak@proskauer.com; edward.linden@stblaw.com; ellen.halstead@cwt.com; emckeen@omm.com; eworenklein@debevoise.com; gmashberg@proskauer.com; gregory.silbert@weil.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; Jamie.fell@stblaw.com; jarrastia@gjb-law.com; jccelentino@wlrk.com; jeremy.auster@weil.com; Jeremy.Cain@weil.com; jessica@bufete-emmanuelli.com; jljones@proskauer.com; jonathan.polkes@weil.com; jrapisardi@omm.com; jsuarez@gjb-law.com; jvankirk@tcmrslaw.com; Lara.Ting@weil.com; lauren.haiken@weil.com; lbarefoot@cgsh.com; lcda.wentorres@gmail.com; lft@tcmrslaw.com; lstafford@proskauer.com; lucdespins@paulhastings.com; marcia.goldstein@weil.com; mbienenstock@proskauer.com; mcto@debevoise.com; mdale@proskauer.com; mfb@tcmrslaw.com; michaelcomerford@paulhastings.com; mschierberl@cgsh.com; nbaker@stblaw.com; nhamerman@kramerlevin.com; nicholasbassett@paulhastings.com; nperez@tcmrslaw.com; pfriedman@omm.com; ppossinger@proskauer.com; Reed.Collins@weil.com; remmanuelli@me.com; rgmason@wlrk.com; robert.berezin@weil.com; squsba@stblaw.com; tmayer@kramerlevin.com.

Dated:  June 3, 2019

 */s/ Joseph C. Celentino*
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
Joseph C. Celentino (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  rgmason@wlrk.com
              arwolf@wlrk.com
              eakleinhaus@wlrk.com
              akherring@wlrk.com
              jccelentino@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*