**<u>EXHIBIT B</u>**

**Declaration of Jay Herriman**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA.** |

---

## DECLARATION OF JAY HERRIMAN IN SUPPORT OF
## THE THIRTY-FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)
## OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
## TO DUPLICATE BOND CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.     I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to *the Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2.      In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for HTA.

3.      I submit this declaration in support of the *Thirty-Fifth Omnibus (Non-Substantive) Objection of Puerto Rico Highways and Transportation Authority to Duplicate Bond Claims* (the "Thirty-Fifth Omnibus Objection").[3]   I have personally reviewed the Thirty-Fifth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4.      In preparation for filing the Thirty-Fifth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Thirty-Fifth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Thirty-Fifth Omnibus Objection.

5.      To the best of my knowledge, information, and belief, the claims listed on **Exhibit A** to the Thirty-Fifth Omnibus Objection (the "Duplicate Bond Claims") assert liabilities associated with one or more bonds issued by HTA that are duplicative of one or more of the Master Proofs of Claim filed in the HTA Title III Case by the fiscal agent or trustee for such bonds pursuant to the Bar Date Orders.  Accordingly, to prevent multiple recoveries by the claimants, HTA requests that these Duplicate Bond Claims be disallowed in their entirety.

---

[3]   Capitalized terms used but not defined herein shall have the meanings set forth in the Thirty-Fifth Omnibus Objection.

6.      Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Thirty-Fifth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of HTA and its creditors.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 6, 2019

By:      /s/ Jay Herriman
         Jay Herriman

## <u>ANEXO B</u>

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

      como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,

                Deudores.[1]

PROMESA
Título III

N° 17 BK 3283-LTS

(Administrados en forma conjunta)

**Esta presentación corresponde a la HTA.**

---

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA TRIGÉSIMA QUINTA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO CONTRA RECLAMACIONES DE BONOS DUPLICADAS**

---

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States Code, U.S.C.) § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es verdadero y cierto según mi mejor conocimiento:

1.    Soy Director General de Alvarez & Marsal North America, LLC ("A&M").  La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los Deudores iniciados de conformidad con *la Ley de Supervisión, Administración y Estabilidad*

---

[1]  Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

*Económica de Puerto Rico* ("PROMESA").[2]  A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2.        En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso de objeciones y conciliación de reclamaciones en los casos de los Deudores al amparo de la ley PROMESA.  El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal de HTA.

3.        Presento esta Declaración en respaldo de la *Trigésima Quinta Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico contra Reclamaciones de Bonos Duplicadas* (la "Trigésima Quinta Objeción Colectiva").[3]  También he revisado personalmente la Trigésima Quinta Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4.        Como preparación para la presentación de la Trigésima Quinta Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Trigésima Quinta Objeción Colectiva fue revisada y analizada detenidamente de buena fe por el personal adecuado mediante los procedimientos de diligencia debida.  Producto de estos esfuerzos, se han identificado las reclamaciones a ser desestimadas, que se identifican en la columna "Reclamaciones a ser Desestimadas" del Anexo A a la Trigésima Quinta Objeción Colectiva.

---

[2]  La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States' Code, U.S.C.) §§ 2101-2241.

[3]  Los términos en mayúscula utilizados pero no definidos en el presente tendrán los significados que se les atribuye en la Trigésima Quinta Objeción Colectiva.

5.      A mi leal saber y entender, las reclamaciones detalladas en el **Anexo A** a la Trigésima Quinta Objeción Colectiva (las "Reclamaciones de Bonos Duplicadas") invocan obligaciones relacionadas con uno o varios bonos emitidos por la HTA que son duplicaciones de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA iniciado al amparo del Título III por el agente fiscal o el fiduciario de esos bonos, conforme a las Resoluciones que Fijan Fecha Límite para la Presentación de Evidencias de Reclamaciones.  En consecuencia, para evitar múltiples indemnizaciones de parte de los demandantes, HTA solicita que estas Reclamaciones de Bonos Duplicadas sean desestimadas por completo.

6.      En función de lo antedicho, y según mi mejor conocimiento, la información incluida en la Trigésima Quinta Objeción Colectiva y los anexos a la misma es verdadera y correcta, y el remedio allí solicitado es beneficioso para la HTA y sus acreedores.

7.      Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo expresado anteriormente es cierto y correcto según mi mejor conocimiento.

Fecha:  6 de junio de 2019

Por:     *Firma en la versión en inglés*
Jay Herriman