# **EXHIBIT A**

**Schedule of Claims Subject to the Thirty-Seventh Omnibus Objection**

## Thirty-Seventh Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | SANCHEZ BETANCES, LUIS<br>PO BOX 195055<br>SAN JUAN, PR 00919-5051 | 5/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23399 | $ 1,226,144.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | SANCHEZ MIRANDA, ISMAEL<br>PO BOX 366875<br>SAN JUAN, PR 00936-6875 | 4/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9804 | $ 20,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | SANTANA, JOSEFINA<br>P.O. BOX 8947<br>CAROLINA, PR 00988 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13450 | $ 30,135.30 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | SANTANA, JOSEFINA<br>P.O. BOX 8947<br>CAROLINA, PR 00988 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14575 | $ 25,260.15 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | SANTANA, JOSEFINA<br>PO BOX 8947<br>CAROLINA, PR 00988 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14577 | $ 35,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | SANTIAGO GARCIA, PRESBY<br>PO BOX 667<br>SABANA GRANDE, PR 00637-667 | 5/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13101 | $ 45,692.75 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | SANTIAGO MARTINEZ, SONIA L.<br>URB BORINQUEN<br>J1-A CALLE FRANCISCO OLLER<br>CABO ROJO, PR 00623 | 5/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 35746 | $ 5,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | SANTIAGO PACHECO, ALBERTO<br>URB. EL MADRIGAL MARGINAL NUATE I-28<br>PONCE, PR 00731 | 5/17/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26410 | $ 50,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | SANTIAGO SEMIDEY, JAIME<br>PO BOX 190821<br>SAN JUAN, PR 00919 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 15500 | $ 455,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | SANTIAGO TORRES, HIRAN<br>PO BOX 270168<br>SAN JUAN, PR 00928-2968 | 3/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5002 | $ 20,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | SANTIAGO, RAFAEL O<br>SUITE 181 PO BOX 70250<br>SAN JUAN, PR 00936-8250 | 5/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12815 | $ 200,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | SANTONI ACEVEDO, WALTER<br>HC-08 BOX 44743<br>AGUADILLA, PR 00603-9761 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93617 | $ 51,216.79 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | SANTONI-GARCIA, JUAN<br>450 AVE DE LA CONSTITUCION<br>APT. 11<br>SAN JUAN, PR 00901 | 4/12/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7183 | $ 45,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | SCALA CONSORTIUM CORP<br>252 PONCE DE LEON<br>SUITE 1200<br>SAN JUAN, PR 00918 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 150397 | $ 100,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | SECOLA, ANTONIO<br>CHURCH HILL J-4<br>TORRIMAR<br>GUAYNABO, PR 00966 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21506 | $ 200,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | SERRA SEMIDEI, ALBERTO H.<br>CALLE COSTA RICA #121 APT. 1003<br>SAN JUAN, PR 00917-2550 | 5/9/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12970 | $ 70,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 17 | SERRA SEMIDEI, ALBERTO H.<br>CALLE COSTA RICA #121 APT. 1003<br>SAN JUAN, PR 00917-2550 | 5/9/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12685 | $ 60,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 18 | SERRALLES, MICHAEL J.<br>PO BOX 360<br>MEREDITA, PR 00715-0360 | 5/16/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 24673 | $ 415,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 19 | SERRANO GONZALEZ, DANIEL<br>#42 CALLE BALBOA, FACTOR 1<br>ARECIBO, PR 00612 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21217 | $ 39,525.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 20 | SERRANO OLMO, JUAN<br>PO BOX 1876<br>BAYAMON, PR 00960 | 6/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 39369 | $ 100,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 21 | SHERMAN MOLINA, ROGER A<br>PO BOX 270359<br>SAN JUAN, PR 00928-3359 | 5/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17416 | $ 50,742.85 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 22 | SHUB, ALEXANDER AND LISA<br>PARQUE DE SANTA MARIA K2 CALLE PETUNIA<br>SAN JUAN, PR 00927-6734 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30074 | $ 51,630.56 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 23 | SHUB, MAURICIO<br>PARQUE DE CALDAS 1977-D FIDALGO DIAZ ST<br>SAN JUAN, PR 00926 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26839 | $ 39,182.80 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | SIFONTES, TOMÁS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4139 | $ 131,640.23 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | SIGNET INVESTMENT CORP.<br>BOX 181<br>BAYAMON, PR00960-0181 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13403 | $ 30,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | SILVIO CASTELLANOS GARCIA AND ILIANA PAZ CASTELLANOS - TRUSTEES - CASTELLANOS FAMILY TRUST<br>12048 CARLISLE AVE<br>CHINO, CA 91710 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21345 | $ 200,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | SIMON BARRIERA & DORIS PEREZ<br>#3035- CALLE SOLLER CONSTANCIA<br>PONCE, PR 00717-2216 | 4/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8960 | $ 125,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | SMITH, NYLSA M.<br>BOX 50<br>MAYAGUEZ, PR00681 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21909 | $ 115,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | SNYDER DE LA VEGA, MARGARET<br>3103 AVE. ISLA VERDE<br>CAROLINA, PR 00979 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31443 | $ 25,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | SNYDER DE LA VEGA, VIVIEN<br>2206 GEN. PATTON ST.<br>SAN JUAN, PR 00913 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42174 | $ 25,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | SNYDER ZALDUONDO, MARIA C<br>#2 SAN MIGUEL<br>SAN JUAN, PR 00911 | 5/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16947 | $ 60,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 32 | SOCORRO RIVAS AND LUIS A REYES RAMIS COMM PROP<br>6 EAGLE ST<br>PALMAS PLANTATION<br>HUMACAO, PR 00791-6006 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14775 | $ 291,508.81 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 33 | SOSA PENA, DIANA<br>M TRAVIESO 1555<br>705 COND PARK PALACE<br>SAN JUAN, PR 00911 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11655 | $ 210,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 34 | SRA. OLGA ATIENZA NICOLAU<br>#1814 CALLE COVADONGA<br>URB. LA RAMBLA<br>PONCE, PR 00730 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 15788 | $ 50,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 35 | SUAREZ ABRAHAM, ARTURO<br>PO BOX 364766<br>SAN JUAN, PR 00936 | 5/16/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16472 | $ 60,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 36 | SUAREZ DOMINGUEZ, GLADYS B<br>139 CARR 177 APT 1204<br>SAN JUAN, PR 00926-5355 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 15185 | $ 150,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 37 | SUAREZ IZQUIERDO, DARIO<br>PMB 542, 1353 RD. 19<br>GUAYNABO, PR 00966 | 5/9/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13213 | $ 30,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | SUAREZ PEREZ-GUERRA, JORGE R.<br>COSTA DEL SOL19106<br>CAROLINA, PR 00979 | 5/17/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29091 | $ 85,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | SUAREZ PEREZ-GUERRA, MARIA INES<br>18 CALLE GAUDI<br>PONCE, PR 00730-1747 | 5/17/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 22770 | $ 75,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | SUAREZ RAMIREZ, DARIO<br>35015 CALLE EMAJAGUN<br>URB JACARANDA<br>PONCE, PR 00730 | 4/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11594 | $ 140,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | SUAREZ RAMIREZ, MARGARITA<br>8031 CALLE SULTANA<br>PONCE, PR 00717-1120 | 4/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12352 | $ 75,000.00* |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | SUAREZ, CARLOS J.<br>P.O. BOX 10420<br>PONCE, PR 00732 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 22607 | $ 25,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | SUC. DE HECTOR LOPEZ LOPEZ<br>C/O CONCHITA ORSINI<br>PO BOX 192469<br>SAN JUAN, PR 00919-6000 | 5/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23582 | $ 35,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | SUCESION FRANCISCO XAVIER GONZALEZ GOENAGA<br>ATTN: FRANCISCO XAVIER GONZALEZ<br>ALBACEA<br>PO BOX 364643<br>SAN JUAN, PR 00936-4643 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 74476 | $ 325,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | SUCESORES CARVAJAL P.R. INVESTMENT, LLC<br>PAEO MAYON5ST A11<br>LAS PASEOS<br>SAN JUAN, PR 00926 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 39173 | $ 25,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | SUPER PLASTICO, INC.<br>CALLE COMERIO 206<br>BAYAMON, PR00959-5358 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 24808 | $ 285,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | SVEN COMAS DEL TORO & LUZ M. DIAZ<br>URBANIZACION HOSTOS<br>6 CALLE LUIS DE CELIS<br>MAYAGUEZ, PR00682-5947 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 20943 | $ 50,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | TERC SOTO, GREGORIO E<br>PO BOX 10670<br>PONCE, PR 00732-0670 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28031 | $ 105,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | TERESA MELENDEZ, DRA MARIA<br>URB SAN FRANCISCO<br>GERANIO 104 ST<br>SAN JUAN, PR 00927 | 5/20/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16766 | $ 75,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | THE ESTATE OF ISABEL PETROVICH<br>LOURDES PAONESSA<br>PO BOX 79384<br>CAROLINA, PR 00984-9384 | 7/5/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 155597 | $ 50,473.04 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | THE ESTATE OF REINALDO RODRIGUEZ PAGAN (DECESED) AND HIS WIDOW<br>REINA COLON RODRIGUEZ<br>REINA COLON RODRIGUEZ<br>PO BOX 47<br>TRUJILLO ALTO, PR00977 | 5/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29286 | $ 765,000.00* |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | TORRES ORTIZ, RENE<br>QUINTAS DE MONSERRATE F-6, CALLE GAUDI<br>PONCE, PR 00730 | 5/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 20524 | $ 350,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | TORRES TORRES, WILLAM<br>PO BOX 4846<br>CAROLINA, PR 00984-4846 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31363 | $ 359,890.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | TORRES ZAYAS, LUIS A<br>PO BOX 6441<br>MAYAGUEZ, PR00681-6441 | 3/19/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4726 | $ 25,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | TORRES, LYZETTE P.<br>URB. COCO BEACH, 334 CALLE CORAL<br>RIO GRANDE, PR 00745-4621 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29130 | $ 20,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | TORRES-RIVERA, CARMEN E<br>COND ALTOMONTE<br>100 CARR 842<br>APT 59<br>SAN JUAN, PR 00926-9625 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 24222 | $ 155,672.55 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | TORRUELLA, LUIS J.<br>32 CALLE FRANCISCO OLLER<br>PONCE, PR 00730-1603 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40113 | $ 300,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | UNION DE CARPINTEROS DE PUERTO RICO<br>MARIA I BAEZ MOJICA<br>PO BOX 364506<br>SAN JUAN, PR 00936-4506 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 96145 | $ 200,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | UNIVERSIDAD CARLOS ALBIZU, INC.<br>PO BOX 9023711<br>SAN JUAN, PR 00902-3711 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28623 | $ 155,691.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | URBANSKI, KATHLEEN V<br>39 WOOD SHIRE DRIVE<br>ERIAL, NJ 08081 | 3/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5326 | $ 14,498.44 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | VALDES LLAUGER, CARLOS<br>CONDOMINIO KINGS COURT PLAYA<br>APT. 304<br>KINGS COURT 59<br>SAN JUAN, PR 00911-1160 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 80053 | $ 395,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | VALDES LLAUGER, EDWARD<br>1360 CALLE LUCHETTI<br>APT. NO.5<br>SAN JUAN, PR 00907 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 79023 | $ 400,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | VALDIVIESO, ADA R<br>P.O. BOX 1144<br>PENUELAS, PR 00624 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21079 | $ 50,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | VALIENTE, GRETCHEN<br>2606 LINDA RAJA- LA ALHAMBRA<br>PONCE, PR 00716-3856 | 4/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11540 | $ 155,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | VALLDEJULY, FRANCES BRAGAN<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16672 | $ 75,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 66 | VALMU TRUST<br>PO BOX 20868<br>SAN JUAN, PR 00928 | 5/9/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10807 | $ 211,981.07 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 67 | VASQUEZ ROSADO, SALVADOR<br>URB. SURENA<br>1 VIA DE LA ERMITA<br>CAGUAS, PR 00727-3100 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38615 | $ 170,737.05 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | VAZQUEZ DE OLIVER, EDNA<br>COND. MARYMAR<br>1754 AVE. MCLEARY APT 602<br>SAN JUAN, PR 00911 | 6/4/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46097 | $ 30,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | VAZQUEZ MARTINEZ, MARIA DE L.<br>1309 C/ STGO GUERRA<br>VILLAS DE RIO LONAS<br>PONCE, PR 00728 | 5/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13315 | $ 30,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 70 | VAZQUEZ OLIVENCIA, WILFREDO<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 19738 | $ 100,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | VAZQUEZ OLIVENCIA, WILFREDO<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 19749 | $ 125,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 72 | VAZQUEZ ROSARIO, VICENTE<br>URB. VISTA ALEGRE #1637<br>PONCE, PR 00717 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 43626 | $ 45,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 73 | VAZQUEZ, RITA<br>CALLE 9 C14<br>PARQUE DE TORRIMAR<br>BAYAMON, PR00959 | 4/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5751 | $ 60,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | VECCHINI LUGO, JEANNETTE<br>1224 DON QUIJOTE<br>PONCE, PR 00716 | 5/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13040 | $ 40,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | VEGA CASTILLO, KENNEDY<br>PO BOX 6257<br>MAYAGUEZ, PR00681-6257 | 3/19/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3986 | $ 100,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 76 | VELAZQUEZ CAPO, WILFREDO<br>#11 CALLE 2 PASEO ALTO<br>SAN JUAN, PR 00926 | 6/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 88001 | $ 30,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | VELEZ RAMIREZ, JOSE A<br>VILLA FONTANA ML16 VIA 22<br>CAROLINA, PR 00983-3937 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31940 | $ 42,492.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 78 | VELEZ, EILEEN I.<br>753 CALLE RIACHUELO<br>PONCE, PR 00716 | 4/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11581 | $ 250,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | VERA CUESTA, ROBERTO<br>PO BOX 28<br>TOA ALTA, PR00954 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 143787 | $ 13,601.79 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 80 | VERAY, GLADYS M<br>G-4 PASEO CUNDEANOR JDNES DE PONCE<br>PONCE, PR 00730 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38053 | $ 20,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 81 | VICENS RIVERA, MARIA E.<br>9140 CALLE MARINA<br>SUITE 801<br>PONCE, PR 00717 | 5/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8833 | $ 20,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 82 | VICENTY LUYANDO, MARIA E.<br>URB CONTRY CLUB 919 CALL ISAURA ARNAU<br>SAN JUAN, PR 00924 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37502 | $ 9,566.94 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 83 | VICTOR ORTIZ-MEDINA / IVELISSE BERNAL-FONT<br>PO BOX 115<br>MAYNABO, PR 00707-0115 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 15597 | $ 20,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 84 | VIDAL, THELMA<br>1901 24TH STREET CIRCLE W<br>PALMETTO, FL 34221 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14743 | $ 75,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 85 | VIERA, EVA JUDITH<br>H. CONTANCIA ESTANCIA711<br>HORMIQUEROS, PR 00660 | 3/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4782 | $ 68,207.71 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 86 | VILLAR, DAVID E.<br>HC 01 BOX 6001<br>LAS PIEDRAS, PR 00771 | 6/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 67005 | $ 15,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 87 | VINCENTY GUZMAN, CLAUDIA<br>CALLE 7C10 MANSIONES GARDEN HILLS<br>GUAYNABO, PR 00966 | 5/9/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14647 | $ 90,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 88 | VINCENTY GUZMAN, PEDRO MANUEL<br>19 E 95 ST. APT.2R<br>NEW YORK, NY 10128 | 5/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23720 | $ 45,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 89 | VINCENTY LUYANDO, MARISOL<br>#915 ISAURA ARNAU COUNTRY CLUB<br>SAN JUAN, PR 00924 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25429 | $ 109,485.65 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 90 | VINCENTY, MARGARITA M.<br>CALLE SALUD 1367<br>PONCE, PR 00717 | 5/9/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13477 | $ 45,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 91 | VINCENTY, VIRGINIA<br>1736 STA. BRIGIDA SARADO CORAZIN<br>SAN JUAN, PR 00926 | 5/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14305 | $ 35,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 92 | VINCENTY-LUYANDO, MARIBEL<br>913 CALLE ISAURA ARNAU<br>SAN JUAN, PR 00924 | 6/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 35270 | $ 204,701.38 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 93 | VIVAS GONZALEZ, JULIA M<br>15 CHALETS DEL BOULEVARD<br>PONCE, PR 00716 | 6/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 79510 | $ 100,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 94 | WALKER, BETTY S<br>PO BOX 624<br>APALACHICOLA, FL 32329-0624 | 5/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11706 | $ 49,269.55 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 95 | WANGEN, PATRICIA A<br>PARQUE FORESTAL<br>1 POPPY ST B37<br>SAN JUAN, PR 00926-6342 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 18892 | $ 245,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

## Thirty-Seventh Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 96 | WINER, LEON<br>REGENCY PARK SUITE 1902<br>155 CURAZO ST<br>GUAYNABO, PR 00971-7801 | 5/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16548 | $ 100,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 97 | WOL INVESTMENT CORPORATION<br>WINSTON OJEDA LARRACUENTE<br>1050 AVE LOS CORAZONES<br>SUITE 102<br>MAYAGUEZ, PR 00680-7042 | 3/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4407 | Undetermined* |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98 | WONG, ROBERT<br>PO BOX 1276<br>ROCKVILLE, MD 20849-1276 | 5/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10789 | $ 5,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 99 | YOKE MENG, LOY<br>BLK 855 YISHUN RING ROAD #03-3557<br>, 760855<br>SINGAPORE | 4/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4487 | $ 60,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 100 | ZAMORA CEIDE, TERESA<br>3380 DONA JUANA ST / VISTAPOINT<br>PONCE, PR 00716-4826 | 3/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4605 | $ 45,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | | | | | | |
|---|---|---|---|---|---|---|
| 101 | ZOILA ARZOLA, CARMEN<br>1724 SIERVAS MARIA<br>LA RAMBLA<br>PONCE, PR 00730/4066 | 5/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21035 | $ 200,000.00 |

Reason: Claimant asserts liabilities associated with bond(s) issued by ERS, which are duplicative of one or more master proofs of claim filed by the trustee of these bond(s).

| | | | | | TOTAL | $ 12,418,947.41* |

\* Indicates claim contains unliquidated and/or undetermined amounts