# **ANEXO A**

**Lista de Reclamaciones objeto de la Trigésima Séptima Objeción Colectiva**

Trigésima Séptima Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | SANCHEZ BETANCES, LUIS<br>PO BOX 195055<br>SAN JUAN, PR 00919-5051 | 5/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 23399 | $ 1,226,144.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 2 | SANCHEZ MIRANDA, ISMAEL<br>PO BOX 366875<br>SAN JUAN, PR 00936-6875 | 4/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9804 | $ 20,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 3 | SANTANA, JOSEFINA<br>P.O. BOX 8947<br>CAROLINA, PR 00988 | 5/15/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13450 | $ 30,135.30 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 4 | SANTANA, JOSEFINA<br>P.O. BOX 8947<br>CAROLINA, PR 00988 | 5/15/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14575 | $ 25,260.15 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 5 | SANTANA, JOSEFINA<br>PO BOX 8947<br>CAROLINA, PR 00988 | 5/15/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14577 | $ 35,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 6 | SANTIAGO GARCIA, PRESBY<br>PO BOX 667<br>SABANA GRANDE, PR 00637-667 | 5/8/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13101 | $ 45,692.75 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 7 | SANTIAGO MARTINEZ, SONIA L.<br>URB BORINQUEN<br>J1-A CALLE FRANCISCO OLLER<br>CABO ROJO, PR 00623 | 5/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 35746 | $ 5,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

## Trigésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | SANTIAGO PACHECO, ALBERTO<br>URB. EL MADRIGAL MARGINAL NUATE I-28<br>PONCE, PR 00731 | 5/17/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26410 | $ 50,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 9 | SANTIAGO SEMIDEY, JAIME<br>PO BOX 190821<br>SAN JUAN, PR 00919 | 5/15/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 15500 | $ 455,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 10 | SANTIAGO TORRES, HIRAN<br>PO BOX 270168<br>SAN JUAN, PR 00928-2968 | 3/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5002 | $ 20,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 11 | SANTIAGO, RAFAEL O<br>SUITE 181 PO BOX 70250<br>SAN JUAN, PR 00936-8250 | 5/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12815 | $ 200,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 12 | SANTONI ACEVEDO, WALTER<br>HC-08 BOX 44743<br>AGUADILLA, PR 00603-9761 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93617 | $ 51,216.79 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 13 | SANTONI-GARCIA, JUAN<br>450 AVE DE LA CONSTITUCION<br>APT. 11<br>SAN JUAN, PR 00901 | 4/12/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 7183 | $ 45,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 14 | SCALA CONSORTIUM CORP<br>252 PONCE DE LEON<br>SUITE 1200<br>SAN JUAN, PR 00918 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 150397 | $ 100,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

## Trigésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | SECOLA, ANTONIO<br>CHURCH HILL J-4<br>TORRIMAR<br>GUAYNABO, PR 00966 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21506 | $ 200,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 16 | SERRA SEMIDEI, ALBERTO H.<br>CALLE COSTA RICA #121 APT. 1003<br>SAN JUAN, PR 00917-2550 | 5/9/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12970 | $ 70,000.00* |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 17 | SERRA SEMIDEI, ALBERTO H.<br>CALLE COSTA RICA #121 APT. 1003<br>SAN JUAN, PR 00917-2550 | 5/9/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12685 | $ 60,000.00* |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 18 | SERRALLES, MICHAEL J.<br>PO BOX 360<br>MEREDITA, PR 00715-0360 | 5/16/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 24673 | $ 415,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 19 | SERRANO GONZALEZ, DANIEL<br>#42 CALLE BALBOA, FACTOR 1<br>ARECIBO, PR 00612 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21217 | $ 39,525.00* |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 20 | SERRANO OLMO, JUAN<br>PO BOX 1876<br>BAYAMON, PR 00960 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 39369 | $ 100,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 21 | SHERMAN MOLINA, ROGER A<br>PO BOX 270359<br>SAN JUAN, PR 00928-3359 | 5/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17416 | $ 50,742.85 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

## Trigésima Séptima Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | SHUB, ALEXANDER AND LISA<br>PARQUE DE SANTA MARIA K2 CALLE PETUNIA<br>SAN JUAN, PR 00927-6734 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 30074 | $ 51,630.56 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 23 | SHUB, MAURICIO<br>PARQUE DE CALDAS 1977-D FIDALGO DIAZ ST<br>SAN JUAN, PR 00926 | 5/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26839 | $ 39,182.80 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 24 | SIFONTES, TOMÁS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4139 | $ 131,640.23 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 25 | SIGNET INVESTMENT CORP.<br>BOX 181<br>BAYAMON, PR00960-0181 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13403 | $ 30,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 26 | SILVIO CASTELLANOS GARCIA AND ILIANA PAZ CASTELLANOS - TRUSTEES - CASTELLANOS FAMILY TRUST<br>12048 CARLISLE AVE<br>CHINO, CA 91710 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21345 | $ 200,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 27 | SIMON BARRIERA & DORIS PEREZ<br>#3035- CALLE SOLLER CONSTANCIA<br>PONCE, PR 00717-2216 | 4/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 8960 | $ 125,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 28 | SMITH, NYLSA M.<br>BOX 50<br>MAYAGUEZ, PR00681 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21909 | $ 115,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

## Trigésima Séptima Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | SNYDER DE LA VEGA, MARGARET<br>3103 AVE. ISLA VERDE<br>CAROLINA, PR 00979 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31443 | $ 25,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | SNYDER DE LA VEGA, VIVIEN<br>2206 GEN. PATTON ST.<br>SAN JUAN, PR 00913 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 42174 | $ 25,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | SNYDER ZALDUONDO, MARIA C<br>#2 SAN MIGUEL<br>SAN JUAN, PR 00911 | 5/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 16947 | $ 60,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | SOCORRO RIVAS AND LUIS A REYES RAMIS COMM PROP<br>6 EAGLE ST<br>PALMAS PLANTATION<br>HUMACAO, PR 00791-6006 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14775 | $ 291,508.81 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | SOSA PENA, DIANA<br>M TRAVIESO 1555<br>705 COND PARK PALACE<br>SAN JUAN, PR 00911 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11655 | $ 210,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | SRA. OLGA ATIENZA NICOLAU<br>#1814 CALLE COVADONGA<br>URB. LA RAMBLA<br>PONCE, PR 00730 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 15788 | $ 50,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

## Trigésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 35 | SUAREZ ABRAHAM, ARTURO<br>PO BOX 364766<br>SAN JUAN, PR 00936 | 5/16/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 16472 | $ 60,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 36 | SUAREZ DOMINGUEZ, GLADYS B<br>139 CARR 177 APT 1204<br>SAN JUAN, PR 00926-5355 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 15185 | $ 150,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 37 | SUAREZ IZQUIERDO, DARIO<br>PMB 542, 1353 RD. 19<br>GUAYNABO, PR 00966 | 5/9/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13213 | $ 30,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 38 | SUAREZ PEREZ-GUERRA, JORGE R.<br>COSTA DEL SOL19106<br>CAROLINA, PR 00979 | 5/17/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29091 | $ 85,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 39 | SUAREZ PEREZ-GUERRA, MARIA INES<br>18 CALLE GAUDI<br>PONCE, PR 00730-1747 | 5/17/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 22770 | $ 75,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 40 | SUAREZ RAMIREZ, DARIO<br>35015 CALLE EMAJAGUN<br>URB JACARANDA<br>PONCE, PR 00730 | 4/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11594 | $ 140,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 41 | SUAREZ RAMIREZ, MARGARITA<br>8031 CALLE SULTANA<br>PONCE, PR 00717-1120 | 4/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12352 | $ 75,000.00* |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Trigésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 42 | SUAREZ, CARLOS J.<br>P.O. BOX 10420<br>PONCE, PR 00732 | 5/15/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 22607 | $ 25,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | SUC. DE HECTOR LOPEZ LOPEZ<br>C/O CONCHITA ORSINI<br>PO BOX 192469<br>SAN JUAN, PR 00919-6000 | 5/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 23582 | $ 35,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | SUCESION FRANCISCO XAVIER GONZALEZ GOENAGA<br>ATTN: FRANCISCO XAVIER GONZALEZ<br>ALBACEA<br>PO BOX 364643<br>SAN JUAN, PR 00936-4643 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 74476 | $ 325,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | SUCESORES CARVAJAL P.R. INVESTMENT, LLC<br>PAEO MAYON5ST A11<br>LAS PASEOS<br>SAN JUAN, PR 00926 | 5/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 39173 | $ 25,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | SUPER PLASTICO, INC.<br>CALLE COMERIO 206<br>BAYAMON, PR00959-5358 | 5/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 24808 | $ 285,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | SVEN COMAS DEL TORO & LUZ M. DIAZ<br>URBANIZACION HOSTOS<br>6 CALLE LUIS DE CELIS<br>MAYAGUEZ, PR00682-5947 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 20943 | $ 50,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

## Trigésima Séptima Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 48 | TERC SOTO, GREGORIO E<br>PO BOX 10670<br>PONCE, PR 00732-0670 | 5/15/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28031 | $ 105,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 49 | TERESA MELENDEZ, DRA MARIA<br>URB SAN FRANCISCO<br>GERANIO 104 ST<br>SAN JUAN, PR 00927 | 5/20/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 16766 | $ 75,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 50 | THE ESTATE OF ISABEL PETROVICH<br>LOURDES PAONESSA<br>PO BOX 79384<br>CAROLINA, PR 00984-9384 | 7/5/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 155597 | $ 50,473.04 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 51 | THE ESTATE OF REINALDO RODRIGUEZ PAGAN (DECESED) AND HIS WIDOW REINA COLON RODRIGUEZ<br>REINA COLON RODRIGUEZ<br>PO BOX 47<br>TRUJILLO ALTO, PR 00977 | 5/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29286 | $ 765,000.00* |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 52 | TORRES ORTIZ, RENE<br>QUINTAS DE MONSERRATE F-6, CALLE GAUDI<br>PONCE, PR 00730 | 5/11/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 20524 | $ 350,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 53 | TORRES TORRES, WILLAM<br>PO BOX 4846<br>CAROLINA, PR 00984-4846 | 5/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31363 | $ 359,890.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Trigésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 54 | TORRES ZAYAS, LUIS A<br>PO BOX 6441<br>MAYAGUEZ, PR00681-6441 | 3/19/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4726 | $ 25,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 55 | TORRES, LYZETTE P.<br>URB. COCO BEACH, 334 CALLE CORAL<br>RIO GRANDE, PR 00745-4621 | 5/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29130 | $ 20,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 56 | TORRES-RIVERA, CARMEN E<br>COND ALTOMONTE<br>100 CARR 842<br>APT 59<br>SAN JUAN, PR 00926-9625 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 24222 | $ 155,672.55 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 57 | TORRUELLA, LUIS J.<br>32 CALLE FRANCISCO OLLER<br>PONCE, PR 00730-1603 | 5/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 40113 | $ 300,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 58 | UNION DE CARPINTEROS DE PUERTO RICO<br>MARIA I BAEZ MOJICA<br>PO BOX 364506<br>SAN JUAN, PR 00936-4506 | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 96145 | $ 200,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 59 | UNIVERSIDAD CARLOS ALBIZU, INC.<br>PO BOX 9023711<br>SAN JUAN, PR 00902-3711 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28623 | $ 155,691.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

## Trigésima Séptima Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 60 | URBANSKI, KATHLEEN V<br>39 WOOD SHIRE DRIVE<br>ERIAL, NJ 08081 | 3/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5326 | $ 14,498.44 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 61 | VALDES LLAUGER, CARLOS<br>CONDOMINIO KINGS COURT PLAYA<br>APT. 304<br>KINGS COURT 59<br>SAN JUAN, PR 00911-1160 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 80053 | $ 395,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 62 | VALDES LLAUGER, EDWARD<br>1360 CALLE LUCHETTI<br>APT. NO.5<br>SAN JUAN, PR 00907 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 79023 | $ 400,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 63 | VALDIVIESO, ADA R<br>P.O. BOX 1144<br>PENUELAS, PR 00624 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21079 | $ 50,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 64 | VALIENTE, GRETCHEN<br>2606 LINDA RAJA- LA ALHAMBRA<br>PONCE, PR 00716-3856 | 4/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11540 | $ 155,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 65 | VALLDEJULY, FRANCES BRAGAN<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 16672 | $ 75,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

## Trigésima Séptima Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 66 | VALMU TRUST<br>PO BOX 20868<br>SAN JUAN, PR 00928 | 5/9/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 10807 | $ 211,981.07 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 67 | VASQUEZ ROSADO, SALVADOR<br>URB. SURENA<br>1 VIA DE LA ERMITA<br>CAGUAS, PR 00727-3100 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 38615 | $ 170,737.05 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 68 | VAZQUEZ DE OLIVER, EDNA<br>COND. MARYMAR<br>1754 AVE. MCLEARY APT.602<br>SAN JUAN, PR 00911 | 6/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 46097 | $ 30,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 69 | VAZQUEZ MARTINEZ, MARIA DE L.<br>1309 C/ STGO GUERRA<br>VILLAS DE RIO LONAS<br>PONCE, PR 00728 | 5/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13315 | $ 30,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 70 | VAZQUEZ OLIVENCIA, WILFREDO<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 19738 | $ 100,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 71 | VAZQUEZ OLIVENCIA, WILFREDO<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 19749 | $ 125,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

## Trigésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 72 | VAZQUEZ ROSARIO, VICENTE<br>URB. VISTA ALEGRE#1637<br>PONCE, PR 00717 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 43626 | $ 45,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 73 | VAZQUEZ, RITA<br>CALLE 9 C14<br>PARQUE DE TORRIMAR<br>BAYAMON, PR00959 | 4/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5751 | $ 60,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 74 | VECCHINI LUGO, JEANNETTE<br>1224 DON QUIJOTE<br>PONCE, PR 00716 | 5/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13040 | $ 40,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 75 | VEGA CASTILLO, KENNEDY<br>PO BOX 6257<br>MAYAGUEZ, PR00681-6257 | 3/19/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 3986 | $ 100,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 76 | VELAZQUEZ CAPO, WILFREDO<br>#11 CALLE 2 PASEO ALTO<br>SAN JUAN, PR 00926 | 6/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 88001 | $ 30,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 77 | VELEZ RAMIREZ, JOSE A<br>VILLA FONTANA ML16 VIA 22<br>CAROLINA, PR 00983-3937 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31940 | $ 42,492.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 78 | VELEZ, EILEEN I.<br>753 CALLE RIACHUELO<br>PONCE, PR 00716 | 4/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11581 | $ 250,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

## Trigésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 79 | VERA CUESTA, ROBERTO<br>PO BOX 28<br>TOA ALTA, PR 00954 | 7/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 143787 | $ 13,601.79 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 80 | VERAY, GLADYS M<br>G-4 PASEO CUNDEANOR JDNES DE PONCE<br>PONCE, PR 00730 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 38053 | $ 20,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 81 | VICENS RIVERA, MARIA E.<br>9140 CALLE MARINA<br>SUITE 801<br>PONCE, PR 00717 | 5/3/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 8833 | $ 20,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 82 | VICENTY LUYANDO, MARIA E.<br>URB CONTRY CLUB 919 CALL ISAURA ARNAU<br>SAN JUAN, PR 00924 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37502 | $ 9,566.94 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 83 | VICTOR ORTIZ-MEDINA / IVELISSE BERNAL-FONT<br>PO BOX 115<br>MAYNABO, PR 00707-0115 | 5/15/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 15597 | $ 20,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 84 | VIDAL, THELMA<br>1901 24TH STREET CIRCLE W<br>PALMETTO, FL 34221 | 5/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14743 | $ 75,000.00 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 85 | VIERA, EVA JUDITH<br>H. CONTANCIA ESTANCIA 711<br>HORMIQUEROS, PR 00660 | 3/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4782 | $ 68,207.71 |

Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III.

## Trigésima Séptima Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 86 | VILLAR, DAVID E. HC 01 BOX 6001 LAS PIEDRAS, PR 00771 | 6/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 67005 | $ 15,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 87 | VINCENTY GUZMAN, CLAUDIA CALLE 7C10 MANSIONES GARDEN HILLS GUAYNABO, PR 00966 | 5/9/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14647 | $ 90,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 88 | VINCENTY GUZMAN, PEDRO MANUEL 19 E 95 ST. APT.2R NEW YORK, NY 10128 | 5/11/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 23720 | $ 45,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 89 | VINCENTY LUYANDO, MARISOL #915 ISAURA ARNAU COUNTRY CLUB SAN JUAN, PR 00924 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25429 | $ 109,485.65 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 90 | VINCENTY, MARGARITA M. CALLE SALUD 1367 PONCE, PR 00717 | 5/9/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13477 | $ 45,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 91 | VINCENTY, VIRGINIA 1736 STA. BRIGIDA SARADO CORAZIN SAN JUAN, PR 00926 | 5/10/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14305 | $ 35,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 92 | VINCENTY-LUYANDO, MARIBEL 913 CALLE ISAURA ARNAU SAN JUAN, PR 00924 | 6/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 35270 | $ 204,701.38 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Trigésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 93 | VIVAS GONZALEZ, JULIA M<br>15 CHALETS DEL BOULEVARD<br>PONCE, PR 00716 | 6/8/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 79510 | $ 100,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 94 | WALKER, BETTY S<br>PO BOX 624<br>APALACHICOLA, FL 32329-0624 | 5/10/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11706 | $ 49,269.55 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 95 | WANGEN, PATRICIA A<br>PARQUE FORESTAL<br>1 POPPY ST B37<br>SAN JUAN, PR 00926-6342 | 5/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 18892 | $ 245,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 96 | WINER, LEON<br>REGENCY PARK SUITE 1902<br>155 CURAZO ST<br>GUAYNABO, PR 00971-7801 | 5/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 16548 | $ 100,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 97 | WOL INVESTMENT CORPORATION<br>WINSTON OJEDA LARRACUENTE<br>1050 AVE LOS CORAZONES<br>SUITE 102<br>MAYAGUEZ, PR 00680-7042 | 3/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4407 | Indeterminado* |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 98 | WONG, ROBERT<br>PO BOX 1276<br>ROCKVILLE, MD 20849-1276 | 5/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 10789 | $ 5,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Trigésima Séptima Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 99 | YOKE MENG, LOY<br>BLK 855 YISHUN RING ROAD #03-3557<br>, 760855<br>SINGAPORE | 4/8/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4487 | $ 60,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 100 | ZAMORA CEIDE, TERESA<br>3380 DONA JUANA ST / VISTAPOINT<br>PONCE, PR 00716-4826 | 3/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4605 | $ 45,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| 101 | ZOILA ARZOLA, CARMEN<br>1724 SIERVAS MARIA<br>LA RAMBLA<br>PONCE, PR 00730/4066 | 5/11/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21035 | $ 200,000.00 |
| | Base para: El demandante reclama obligaciones asociadas a bonos emitidos por el ERS, que son duplicados de la Evidencia de Reclamación Maestra presentada por el agente fiscal en el Caso del ERS al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 12,418,947.41* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados