# **EXHIBIT A**

**Schedule of Claims Subject to the Thirty-Eighth Omnibus Objection**

## Thirty-Eighth Omnibus Objection
### Exhibit A - Duplicate and Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | APONTE, RAFAEL<br>COND CARIBE APT 2-C<br>20 WASHINGTON ST<br>SAN JUAN, PR 00907 | 6/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 49916 | $ 1,600,000.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | COLON RODRIGUEZ, ELFREN<br>LA CUMBRE GDNS<br>200 CALLE SANTA ROSA APT103<br>SAN JUAN, PR 00926-5634 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29628 | $ 29,296.28 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CRUZ YBANA, HELVIA<br>182 CAMINO DEL MONTE<br>URB. SABANERA<br>CIDRA, PR 00739 | 6/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 49261 | $ 96,478.00* |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CRUZ YBARRA, HELVIA<br>182 CAMINO DEL MONTE<br>URB SABANERA<br>CIDRA, PR 00739 | 6/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 49526 | $ 96,478.00* |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | ECHEANDIA CORDOVA, AMPARO<br>1625 CALLE CAROLINA<br>SAN JUAN, PR 00912-3840 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38788 | $ 19,816.93 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

## Thirty-Eighth Omnibus Objection
### Exhibit A - Duplicate and Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | ECHEANDIA CORDOVA, AMPARO<br>1625 CALLE CAROLINA<br>SAN JUAN, PR 00912-3840 | 5/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 48845 | $ 19,816.93 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | FERNANDEZ, MANUEL MENDEZ<br>P.O. BOX 367<br>HUMACAO, PR 00792 | 3/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4347 | $ 37,603.67 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | FORSYTHE ISALES, PHOEBE<br>1724 CALLE LILAS URB SAN FRANCISCO<br>RIO PIEDRAS, PR 00927-6352 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 15492 | Undetermined* |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | HERNANDEZ GASTON, ELIU<br>204-16 515 ST. VILLA CAROLINA<br>CAROLINA, PR 00985 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38161 | $ 71,392.65 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | HERNANDEZ GASTON, ELIU<br>204-16 515 ST. VILLA CAROLINA<br>CAROLINA, PR 00985 | 5/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 37459 | $ 71,392.65 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | HERNANDEZ LOPEZ, SIXTO<br>ESMERALDA 19 URB. BUCARE<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32902 | $ 167,184.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Thirty-Eighth Omnibus Objection
### Exhibit A - Duplicate and Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim. | | | | | |
| 12 | IFARRAGUERRI GOMEZ, CARLOS<br>URB SABANERA 182 CAMINO DEL MONTE<br>CIBA, PR 00739-9475 | 6/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 129105 | $ 96,478.00 |
| | Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim. | | | | | |
| 13 | IFARRAGUERRI GOMEZ, M.D., CARLOS<br>URB. SABENERA<br>182 CAMINO DEL MONTE<br>CIDRA, PR 00739-9475 | 6/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 167537 | $ 96,478.00 |
| | Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim. | | | | | |
| 14 | JMMB CORPORATION<br>P.O. BOX 367<br>HUMACAO, PR 00792 | 3/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 2273 | $ 75,203.01 |
| | Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim. | | | | | |
| 15 | LAWS, JOSEPH C<br>PO BOX 10143<br>SAN JUAN, PR 00908 | 5/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 24063 | Undetermined* |
| | Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim. | | | | | |

## Thirty-Eighth Omnibus Objection
### Exhibit A - Duplicate and Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | LEBRON ROSARIO, AMARILYS<br>URB OASIS GARDENS<br>D-5 CALLE ESPANA<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26866 | $ 54,253.39 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | MORALES GALARZA, JAVIER R<br>PO BOX 193867<br>SAN JUAN, PR 00949 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26853 | $ 105,573.34 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | PEREZ PEREZ, LOMBARDO<br>URB ALHAMBRA<br>2009 CALLE SEVILLA<br>PONCE, PR 00716-3827 | 4/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8002 | $ 9,155.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | PEREZ RIVERA, ALICIA<br>RR* 1471<br>BAYAMON, PR00956 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 60586 | $ 376,553.24 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | PEREZ RIVERA, ALICIA<br>RR* 1471<br>BAYAMON, PR00956 | 6/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 57359 | $ 188,276.62 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

## Thirty-Eighth Omnibus Objection
### Exhibit A - Duplicate and Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | RIVERA HERNANDEZ, IRIS<br>BOX 236<br>LAS MARIAS, PR 00670 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29290 | Undetermined* |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ COLON, NAIDA I<br>LA CUMBRE GARDEN APT 103<br>SAN JUAN, PR 00926-5437 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25587 | $ 29,296.28 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | RODRIGUEZ RIVERA, CARLOS R.<br>L-9 8 CUPEY GARDENS<br>SAN JUAN, PR 00926-7323 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42771 | $ 33,798.98 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | ROJAS VEGA, OSUALDO R.<br>URB LEVITTOWH LAKES<br>CALLE LUIS HORRENS TORRES FT-4<br>TOA BAJA, PR 00944 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 34209 | $ 300.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | ROJAS VEGA, OSVALDO M.<br>FT-4 SEXTA SECCION URB LEATH<br>C/ LUIS LLORRENS TORRES<br>TOA BAJA, PR 00949 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 41505 | $ 5,000.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

## Thirty-Eighth Omnibus Objection
### Exhibit A - Duplicate and Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | ROSARIO-FLORES, MARIA S.<br>URB. OASIS GARDENS D5 CALLE ESPANA<br>GUAYNABO, PR 00969-3427 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 47161 | $ 26,836.52 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | SANFIORENZO CACHO PR INVESMENTS LLC<br>FRANCISCO SANFIORENZO SEPULVEDA<br>5 CARR. 833 PLAZA DEL PRADO APT.1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 43984 | $ 534.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | SANFIORENZO CACHO PR INVESTMENTS LLC<br>5 CARR. 833 PLAZA DEL PRADO APT.1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 43894 | $ 6,350.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | SANFIORENZO CACHO PR INVESTMENTS LLC<br>FRANCISCO SANFIORENZO SEPULVEDA<br>PRESIDENT<br>5 CARR. 833 PLAZA DEL PRADO<br>APT. 1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 43907 | $ 13,360.00* |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | SANFIORENZO CACHO PR INVESTMENTS LLC<br>FRANCISCO SANFIORENZO SEPULVEDA<br>5 CARR. 833<br>PLAZA DEL PRADO APT.1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 43979 | $ 30,600.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

## Thirty-Eighth Omnibus Objection
### Exhibit A - Duplicate and Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | VICENTE BENITEZ, AVELINO<br>URB ALTAMIRA<br>581 CALLE CENTAURO<br>SAN JUAN, PR 00920 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30546 | $ 169,000.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | VICENTE BENITEZ, RAMON M<br>PO BOX 29670<br>SAN JUAN, PR 00929 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42155 | $ 98,000.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | VICENTE BENITEZ, VICTOR<br>PO BOX 29006<br>SAN JUAN, PR 00929-0006 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32275 | $ 56,000.00 |

Reason: Claimant purports to hold an ownership interest in one or more mutual funds, which, in turn, may have invested in bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) issued by ERS, such portion of the claim is duplicative of the Master Proof of Claim filed in the Title III Cases by the fiscal agent of the bond(s) issued by ERS. To the extent the claim purports to assert a claim against ERS based on investment(s) by one or more mutual funds in bond(s) not issued by ERS, the claimant failed to provide a basis for purporting to assert a claim against ERS for such portion of the claim.

| | | TOTAL | $ 3,680,505.49* |
|---|---|---|---|