# ANEXO A

**Lista de Reclamaciones objeto de la Trigésima Octava Objeción Colectiva**

Trigésima Octava Objeción Colectiva
Anexo A – Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | APONTE, RAFAEL<br>COND CARIBE APT 2-C<br>20 WASHINGTON ST<br>SAN JUAN, PR 00907 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 49916 | $ 1,600,000.00 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS.  En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 2 | COLON RODRIGUEZ, ELFREN<br>LA CUMBRE GDNS<br>200 CALLE SANTA ROSA APT103<br>SAN JUAN, PR 00926-5634 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29628 | $ 29,296.28 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS.  En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 3 | CRUZ YBANA, HELVIA<br>182 CAMINO DEL MONTE<br>URB. SABANERA<br>CIDRA, PR 00739 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 49261 | $ 96,478.00* |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS.  En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 4 | CRUZ YBARRA, HELVIA<br>182 CAMINO DEL MONTE<br>URB SABANERA<br>CIDRA, PR 00739 | 6/7/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 49526 | $ 96,478.00* |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS.  En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 5 | ECHEANDIA CORDOVA, AMPARO<br>1625 CALLE CAROLINA<br>SAN JUAN, PR 00912-3840 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 38788 | $ 19,816.93 |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Trigésima Octava Objeción Colectiva
### Anexo A – Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 6 | ECHEANDIA CORDOVA, AMPARO<br>1625 CALLE CAROLINA<br>SAN JUAN, PR 00912-3840 | 5/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 48845 | $ 19,816.93 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 7 | FERNANDEZ, MANUEL MENDEZ<br>P.O. BOX 367<br>HUMACAO, PR 00792 | 3/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4347 | $ 37,603.67 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 8 | FORSYTHE ISALES, PHOEBE<br>1724 CALLE LILAS URB SAN FRANCISCO<br>RIO PIEDRAS, PR 00927-6352 | 5/15/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 15492 | Indeterminado* |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 9 | HERNANDEZ GASTON, ELIU<br>204-16 515 ST. VILLA CAROLINA<br>CAROLINA, PR 00985 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 38161 | $ 71,392.65 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |

## Trigésima Octava Objeción Colectiva
### Anexo A – Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | HERNANDEZ GASTON, ELIU<br>204-16 515 ST. VILLA CAROLINA<br>CAROLINA, PR 00985 | 5/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 37459 | $ 71,392.65 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | HERNANDEZ LOPEZ, SIXTO<br>ESMERALDA 19 URB. BUCARE<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32902 | $ 167,184.00 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | IFARRAGUERRI GOMEZ , CARLOS<br>URB SABANERA 182 CAMINO DEL MONTE<br>CIBA, PR 00739-9475 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 129105 | $ 96,478.00 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | IFARRAGUERRI GOMEZ, M.D., CARLOS<br>URB. SABENERA<br>182 CAMINO DEL MONTE<br>CIDRA, PR 00739-9475 | 6/7/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 167537 | $ 96,478.00 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

## Trigésima Octava Objeción Colectiva
### Anexo A – Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | JMMB CORPORATION<br>P.O. BOX 367<br>HUMACAO, PR 00792 | 3/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 2273 | $ 75,203.01 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 15 | LAWS, JOSEPH C<br>PO BOX 10143<br>SAN JUAN, PR 00908 | 5/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 24063 | Indeterminado* |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 16 | LEBRON ROSARIO, AMARILYS<br>URB OASIS GARDENS<br>D-5 CALLE ESPANA<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26866 | $ 54,253.39 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 17 | MORALES GALARZA, JAVIER R<br>PO BOX 193867<br>SAN JUAN, PR 00949 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26853 | $ 105,573.34 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |

Trigésima Octava Objeción Colectiva
Anexo A – Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | PEREZ PEREZ, LOMBARDO<br>URB ALHAMBRA<br>2009 CALLE SEVILLA<br>PONCE, PR 00716-3827 | 4/19/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8002 | $ 9,155.00 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | PEREZ RIVERA, ALICIA<br>RR* 1471<br>BAYAMON, PR00956 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 60586 | $ 376,553.24 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | PEREZ RIVERA, ALICIA<br>RR* 1471<br>BAYAMON, PR00956 | 6/28/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 57359 | $ 188,276.62 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | RIVERA HERNANDEZ, IRIS<br>BOX 236<br>LAS MARIAS, PR 00670 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29290 | Indeterminado* |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

## Trigésima Octava Objeción Colectiva
## Anexo A – Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ COLON, NAIDA I<br>LA CUMBRE GARDEN APT 103<br>SAN JUAN, PR 00926-5437 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25587 | $ 29,296.28 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | RODRIGUEZ RIVERA, CARLOS R.<br>L-9 8 CUPEY GARDENS<br>SAN JUAN, PR 00926-7323 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 42771 | $ 33,798.98 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | ROJAS VEGA, OSUALDO R.<br>URB LEVITTOWH LAKES<br>CALLE LUIS HORRENS TORRES FT-4<br>TOA BAJA, PR 00944 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 34209 | $ 300.00 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | ROJAS VEGA, OSVALDO M.<br>FT-4 SEXTA SECCION URB LEATH<br>C/ LUIS LLORRENS TORRES<br>TOA BAJA, PR 00949 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 41505 | $ 5,000.00 |

Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación.

## Trigésima Octava Objeción Colectiva
## Anexo A – Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | ROSARIO-FLORES, MARIA S.<br>URB. OASIS GARDENS D5 CALLE ESPANA<br>GUAYNABO, PR 00969-3427 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 47161 | $ 26,836.52 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 27 | SANFIORENZO CACHO PR INVESMENTS LLC<br>FRANCISCO SANFIORENZO SEPULVEDA<br>5 CARR. 833 PLAZA DEL PRADO APT.1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 43984 | $ 534.00 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 28 | SANFIORENZO CACHO PR INVESTMENTS LLC<br>5 CARR. 833 PLAZA DEL PRADO APT.1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 43894 | $ 6,350.00 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 29 | SANFIORENZO CACHO PR INVESTMENTS LLC<br>FRANCISCO SANFIORENZO SEPULVEDA<br>PRESIDENT<br>5 CARR. 833 PLAZA DEL PRADO<br>APT. 1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 43907 | $ 13,360.00* |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Trigésima Octava Objeción Colectiva
Anexo A – Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | SANFIORENZO CACHO PR INVESTMENTS LLC<br>FRANCISCO SANFIORENZO SEPULVEDA<br>5 CARR. 833<br>PLAZA DEL PRADO APT.1002B<br>GUAYNABO, PR 00969-3014 | 5/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 43979 | $ 30,600.00 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 31 | VICENTE BENITEZ, AVELINO<br>URB ALTAMIRA<br>581 CALLE CENTAURO<br>SAN JUAN, PR 00920 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 30546 | $ 169,000.00 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 32 | VICENTE BENITEZ, RAMON M<br>PO BOX 29670<br>SAN JUAN, PR 00929 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 42155 | $ 98,000.00 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| 33 | VICENTE BENITEZ, VICTOR<br>PO BOX 29006<br>SAN JUAN, PR 00929-0006 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32275 | $ 56,000.00 |
| | Base para: El demandante alega poseer una o más cuotas partes en uno o varios fondos mutuos los que, a su vez, pueden haber invertido en uno o varios bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos emitidos por el ERS, esa parte de la reclamación constituye un duplicado de la Evidencia de Reclamación Maestra presentada en los Casos al amparo del Título III por el agente fiscal de los bonos emitidos por el ERS. En tanto la reclamación pretende formular una reclamación contra el ERS fundada en la inversión efectuada por uno o varios fondos mutuos en uno o más bonos no emitidos por el ERS, el demandante omitió proporcionar el fundamento por el cual pretende invocar una reclamación contra el ERS por esa parte de la reclamación. | | | | | |
| | | | | | TOTAL | $ 3,680,505.49* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados