# <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Thirty-Ninth Omnibus Objection**

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO LOPEZ, LUTGARDO<br>CALLE PALOMA 5<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14707 | $ 30,454.50 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 2 | ALDAR ONDO, TOMAS HERNANDEZ<br>URB. APOLO<br>C/ MINERVA #71<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of Puerto Rico | 34563 | $ 25,000.00 |
| | Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 3 | ANN A OBERLING AS TRUSTEE OF THE ANN A OBERLING REVOCABLE TRUST<br>2841 WILLOW WAY<br>PORTSMOUTH, OH 45662 | 3/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1951 | $ 9,148.64 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 4 | APONTE RIOS, NYLDA M<br>COND VEREDAS DEL PARQUE<br>408 BLVD MEDIA LUNA APTO 4803<br>CAROLINA, PR 00987-4972 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14887 | Undetermined* |
| | Reason: Claimant asserted he/she has no claim against the Debtors. | | | | | |
| 5 | ASOCIACION DE HOMBUER CATOLICOS DE PONCE, INC.<br>PO BOX 7921<br>PONCE, PR 00732 | 4/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9304 | $ 110,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 6 | AXELROD, SANDRA<br>1203 RIVER ROAD, APT. 8E<br>EDGEWATER, NJ 07020 | 5/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11096 | $ 10,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 7 | BNY-AMERICAN GENTERLA LIFE INS CO.<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 74589 | $ 500,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Thirty-Ninth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | BROWN, NADINE R. 20554 N 101TH AVE APT1009 PEORIA, AZ 85382 | 3/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3210 | $ 5,000.00 |
| | Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 9 | BROWN, STEVEN D 23855 BUTTEVILLE RD AURORA, OR 97002 | 3/8/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 897 | $ 25,000.00 |
| | Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 10 | BURGOS DEL TORO, BENJAMIN CALLE ZARAGOZA L-11 VILLA ESPAÑA BAYAMON, PR00961 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28629 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 11 | BUSQUETS LLORENS, SALVADOR ATOCHE 106 APT 3 PONCE, PR 00730-3704 | 5/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27422 | $ 25,000.00 |
| | Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. | | | | | |
| 12 | CABANILLAS DE PAVIA, CARMEN M. PO BOX 9746 SAN JUAN, PR 00908 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 90931 | $ 50,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 13 | CABANILLAS DE PAVIA, CARMEN M. GERARDO PAVIA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106392 | $ 300,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 14 | CANALES LOPEZ, FREDDIE PO BOX 362726 SAN JUAN, PR 00936-2726 | 5/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14122 | $ 350,000.00 |
| | Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. | | | | | |

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | CASTRO-LANG, RAFAEL F<br>P.O.BOX 9023222<br>SAN JUAN, PR 00902-3222 | 5/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23624 | $ 40,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 16 | CECILIO DIAZ SOLA/ELAINE TORRES FERRER<br>SABANERA DEL RIO<br>#381 CAMINO DE LOS SAUCES<br>GURABO, PR 00778-5254 | 5/17/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16391 | $ 75,000.00* |
| | Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. | | | | | |
| 17 | CERRA, DOLORES F.<br>7106 CALLEDIVINA PROVIDENCIA<br>URB SANTA MARIA<br>PONCE, PR 00717-1016 | 5/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12375 | $ 60,000.00 |
| | Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 18 | CINTRON OTERO, BLANCA I<br>PALACIOS DEL RIO I<br>488 CALLE TANAMA<br>TOA ALTA, PR00953 | 5/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14929 | $ 200,000.00 |
| | Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 19 | COCA HERNANDEZ, JOSE D<br>BOX 801087<br>COTO LAUREL, PR 00780-1087 | 5/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 18504 | $ 110,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 20 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR00737-0596 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16457 | $ 225,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | CORDERO ROMAN, LUIS A.<br>BARRIO CARIZALES<br>BUZON 625<br>AGUADA, PR 00602 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13027 | $ 100,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | COTTO, AIDA L.<br>367 CALLE PALMERAS<br>ESTANCIO DEL BOSQUE<br>CIDRA, PR 00739 | 4/12/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7257 | $ 20,000.00 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | EDWIN B. EMORY JR. TRUSTEE OF THE BONNIE L. BANKERT REVOCABLE TRUST<br>EDWIN B. EMORY JR.<br>7605 PALISADE WAY<br>FAIR OAKS, CA 95628 | 4/16/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7374 | $ 50,522.39 |

Reason: Claimant purports to assert liability associated with bonds issued by HTA and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | FIGUEROA FIGUEROA, MILAGROS<br>CALLE 19<br>#07 EL CORTIJO<br>BAYAMON, PR 00956 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 64341 | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | FLORES VIRELLA, SILVIA<br>2324 CALLE EUREKA - URB. CONSTANCIA<br>PONCE, PR 00717-2330 | 4/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7696 | $ 55,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | FLORES VIRELLA, SYLVIA<br>2324 CALLE EUREKA URB. CONSTANCIA<br>PONCE, PR 00717-2330 | 4/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7714 | $ 55,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

* Indicates claim contains unliquidated and/or undetermined amounts

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | FOJO, JOSE A. & BLANCA<br>PMB 356<br>1353 CARR. 19<br>GUAYNABO, PR 00966 | 4/12/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6111 | $ 981,344.71 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | FOX, STEVEN H.<br>9915 CONNECTICUT AVENUE<br>KENSINGTON, MD 20895 | 7/5/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 157474 | $ 49,500.00* |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | FRONTERA, ROBERTO<br>PO BOX 970<br>MAYAGUEZ, PR00681 | 4/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10584 | $ 75,000.00 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | GARLAND SOLA, MILTON<br>CALLE BILBAO J- 18<br>VILLA CLEMENTINA<br>GUAYNABO, PR 00969 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31738 | $ 11,780.53 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | GEORGINA PAREDES AS TRUSTEE FOR ALFRED RAMIREZ DE ARELLANO<br>JOSE E. ROSARIO<br>PO BOX 191089<br>SAN JUAN, PR 00919-1089 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 112311 | $ 40,001.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | GOLDMAN SACHS DYNAMIC MUNICIPAL INCOME FUND<br>ROB ADLER<br>200 RIVER'S EDGE DRIVE, SUITE 300<br>MEDFORD, PR 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 82813 | $ 5,515,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

## Thirty-Ninth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | GOLDMAN SACHS HIGH YIELD MUNICIPAL FUND<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 67080 | $ 34,595,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | GONZALEZ MONCLOVA, EVA<br>COND VILLAS DEL MAR WEST<br>4735 AVE ISLA VERDE<br>APT 3G<br>CAROLINA, PR 00979-5414 | 5/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12857 | $ 415,000.00 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | GOODMAN, JANE<br>29 WOODS LANE<br>ROSLYN, NY 11576 | 6/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 66095 | $ 35,000.00 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | GOODMAN, JANE<br>29 WOODS LANE<br>ROSLYN, NY 11576 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 81790 | $ 9,148.50 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | GRAHAM, DIANA E. AND JOHNSON<br>176 EVERGREEN DRIVE<br>WESTBURY, NY 11590 | 5/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10800 | $ 17,192.49 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | GREINER, GLENN J.<br>22 HOGAN WAY<br>MOORESTOWN, NJ 08057 | 5/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 16235 | $ 22,806.21 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | GUOLIN DENG & XINWEI CUI DENG<br>9343 MERIDIAN DRIVE EAST<br>PARKLAND, FL 33076 | 5/23/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 19620 | $ 25,000.00 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

* Indicates claim contains unliquidated and/or undetermined amounts

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | GUZMAN WEBB, DIANA<br>31 LAMBOURNE RD<br>TOWSAN, MD 21204 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 22242 | $ 196,135.94 |
| | Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 41 | HBT TTEE LIGHTHOUSE VI 3 CTF<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 78214 | $ 275,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 42 | HEREDIA, NESTOR<br>PO BOX 141840<br>ARECIBO, PR 00614-1840 | 3/1/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 538 | $ 500,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 43 | HERRERA, JENEANE M<br>2019 GALISTEO ST STE G5<br>SANTA FE, NM 57805 | 3/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3638 | $ 10,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 44 | HESSE, JEFFREY<br>4512 WEST MEMPHIS ST.<br>BROKEN ARROW, OK 74012 | 4/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 7056 | $ 10,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 45 | HOSPICIO LA PROVIDENCIA<br>SRTA. EYLEEN RODRIGUEZ<br>PO BOX 10447<br>PONCE, PR 00732 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 50523 | $ 55,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 46 | INSTITUTO VASCULAR DEL SUR, CSP<br>909 AVE TITO CASTRO SUITE822<br>PONCE, PR 00716-4725 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31249 | $ 50,000.00 |
| | Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |

## Thirty-Ninth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | IVAEM COLLAGE INC/ INST VOC AUREA MENDEZ<br>14 INTENDENTE RAMIREZ<br>CAGUAS, PR 00725 | 4/4/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6526 | $ 18,500.00* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | KENNETH, BRODY  J<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 83379 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | LEIST, RICHARD<br>530 WESTGATE DRIVE<br>EDISON, NJ 08820 | 3/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1792 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | LIBRADA SANZ, JESUS<br>ALT VILLA DEL REY<br>G5 CALLE DAMASCO<br>CAGUAS, PR 00727-6745 | 6/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 60916 | $ 60,000.00 |

Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | LOPEZ ADAMES, MARIE E<br>P.O. BOX 192452<br>SAN JUAN, PR 00919-2452 | 4/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8568 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | LOPEZ NEGRON, LUIS<br>URB BELISSA<br>1527 CALLE CAVALIER<br>SAN JUAN, PR 00927 | 4/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 7444 | $ 34,916.87 |

Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors.

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | MALDONADO MATOS, SYLVIA<br>URB. STA. TERESITA<br>2208 CALLE MCLEARY<br>SAN JUAN, PR 00913 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 29030 | $ 55,033.65 |

Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | MARIE V. KROKAR TRUST<br>JOHN C. LISICICH - TRUSTEE<br>7296 WEST 174TH STREET<br>TINLEY PARK, IL 60477 | 3/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2982 | $ 60,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | MARROIG, JUAN<br>URB. MANSION REAL BOX 404<br>COTO LAUREL, PR 00780-2632 | 9/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167579 | $ 20,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | MARROIG, JUAN<br>URB. MANSION REAL BOX 404<br>COTO LAUREL, PR 00780 | 9/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167582 | $ 815,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | MATOS ROSA, MARITZA<br>HC 01 BOX 9209<br>PENUELAS, PR 00624 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113354 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | MATTEI LOUIS MD, JORGE<br>EIDIFICIO CHINEA<br>655 CALLE EUROPA STE 202<br>SAN JUAN, PR 00909 | 4/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6800 | $ 100,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | MAXWELL, JOHN J<br>358 W COLOGNE PORT REPUBLIC RD.<br>EGG HARBOR CITY, NJ 08215 | 3/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5245 | $ 5,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | MIRANDA RODRIGUEZ, CESAR R<br>161 CAMINO LOS JACINTOS SABANERA<br>DORADO, PR 00646 | 5/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16571 | $ 39,548.50 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | MOLINA, MARGARITA ROSARIO<br>PO BOX 372<br>SAN GERMAN, PR 00683-0372 | 5/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14529 | $ 25,000.00 |

Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | MORO ROMERO, JULIO<br>PO BOX 1520<br>MOCA, PR 00676 | 5/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16718 | $ 1,000,000.00* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.<br>C/O OAKTREE CAPITAL MANAGEMENT, L.P.<br>ATTN: EMILY STEPHENS<br>333 SOUTH GRAND AVE.,28TH FLOOR<br>LOS ANGELES, CA 90071 | 5/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 49689 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | OTERO SAN MIGUEL, ALBERTO<br>PO BOX 388<br>CIALES, PR 00638 | 4/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7716 | $ 0.00 |

Reason: Claimant asserted he/she has no claim against the Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | PACE, JOE M<br>8316 SNUG HILL LANE<br>POTOMAC, MD 20854 | 4/16/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5427 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | PEDIGO, NORMA<br>2645 E SOUTHERN AVE APT. A357<br>TEMPE, AZ 85282 | 3/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 4676 | $ 50,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 67 | PEDRO LUIS CASASNOVAS & OLGA I. TRINIDAD NIEVES<br>CHARLES A. CUPRILL, ESQ<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR 00901 | 8/7/2017 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 185 | $ 235,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 68 | QUABRADA BONITA CRL<br>EDGARDO MUNOZ<br>364 LAFAYETTE<br>SAN JUAN, PR 00917-3113 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 55278 | $ 65,000.00 |
| | Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 69 | QUINTO, MARIANNE<br>929 WHITE PLAINS RD #362<br>TRUMBULL, CT 06611 | 4/10/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6351 | $ 100,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 70 | RAMOS, MANUEL ANTONIO<br>T-6 CALLE LAUREL<br>CAROLINA, PR 00983 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 41785 | $ 20,680.50 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 71 | ROBERT B. FARBER (YOU MAY KNOW CLAIM BY MUNICIPAL BOND TRUSTEE)<br>19 ROBIN CIRCLE<br>STOUGHTON, MA 02072 | 5/23/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 19259 | $ 231,305.25 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 72 | RODRIGUEZ ENCARNACION, MANUEL<br>URB MONTEMAR<br>B9 CALLE B<br>FAJARDO, PR 00738-4323 | 3/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 730 | $ 0.00 |
| | Reason: Claimant asserted he/she has no claim against the Debtors. | | | | | |

## Thirty-Ninth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 73 | RODRIGUEZ GONZALEZ, REINALDO<br>A43<br>REPARTO KENNEDY<br>PENUELAS, PR 00624 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 58530 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | RUGG ROZANY, LINDA<br>42 WAGON WHEEL RD.<br>REDDING, CT 06896 | 5/15/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 13753 | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 75 | SÁEZ ZAYAS, VÍCTOR<br>PO BOX 1039<br>COAMO, PR 00769 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51269 | $ 4,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 76 | SANTIAGO GOMEZ, CRISTINA<br>VILLAS DEL MAR OESTE APTO 4K<br>4735 AVE ISLA VERDE<br>CAROLINA, PR 00979-1734 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 33146 | $ 19,650.79 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 77 | SBLI USA SPECIAL DEPOSITS MUTUAL<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 87706 | $ 205,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | SIFONTES, TOMAS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4/6/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3903 | $ 300,000.00 |

Reason: Claimant purports to assert liability associated with bonds issued by ERS and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors. Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 79 | SIMON BARRIERA/ DORIS PEREZ SIMON BARRIERA #3035- CALLE SOLLER. CONSTANCIA PONCE, PR 00717-2216 | 4/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8937 | $ 100,000.00* |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 80 | SMITH MURTIS AGN 200 RIVER'S EDGE DRIVE SUITE 300 MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 48848 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 81 | SOLER RODRIGUEZ, DIANNA COND PARQUE LOYOLA S 500 AVE JESUS T PINEIRO 1403 SAN JUAN, PR 00918 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28192 | $ 60,000.00* |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 82 | SOLER RODRIGUEZ, DIANNA COND PARQUE LOYOLA S 500 AVE JESUS T PINEIRO 1403 SAN JUAN, PR 00918 | 5/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 84464 | Undetermined* |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 83 | STRATEGIC INCOME FUND - MMHF NICOLE RANZINGER ONE FINANCIAL CENTER BOSTON, MA 02111 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 134121 | $ 1,135,000.00* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 84 | STRATEGIC INCOME FUND MMHF NICOLE RANZINGER ONE FINANCIAL CENTER BOSTON, MA 02111 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 130132 | $ 1,135,000.00* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

## Thirty-Ninth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 85 | STRICKLAND, DAVID<br>2 CALLAHAN PLACE<br>HINGHAM, MA 02043 | 3/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2165 | $ 105,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 86 | STUART, POUWELINA<br>65 WHITE OAK DRIVE<br>SOUTH ORANGE, NJ 07079 | 5/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 13479 | $ 54,704.99 |

Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 87 | THE DEVELOPERS GROUP INC TARGET BENEFIT PLAN<br>PMB 356<br>1353 CARR. 19<br>GUAYNABO, PR 00966 | 4/12/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6114 | $ 988,344.71 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 88 | THE DEVELOPERS GROUP INC.<br>PMB 356<br>1353 CARR. 19<br>GUAYNABO, PR 00966 | 4/12/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5531 | $ 981,344.71 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 89 | THE MCKENZIE FAMILY TRUST<br>4550 E WILD COYOTE TRL.<br>TUCSON, AZ 85739 | 4/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6330 | $ 5,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 90 | THE MJ HOLMSTEDT FAMILY TRUST MARK HOLMSTEDT<br>1777 BOTELHO DRIVE, SUITE 345<br>WALNUT CREEK, CA 94596 | 3/2/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 704 | $ 40,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 91 | TIMOTHY TRAVIS<br>7242 E CORTEZ RD<br>SCOTTSDALE, AZ 85260 | 3/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1253 | $ 15,000.00 |

Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors.

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 92 | TORRES MORALES, GONZALO<br>PO BOX 567<br>PENUELAS, PR 00624 | 3/13/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 2232 | $ 0.00 |

Reason: Claimant asserted he/she has no claim against the Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 93 | TORRES, LYZETTE P.<br>URB. COCO BEACH<br>334 CALLE CORAL<br>RIO GRANDE, PR 00745-4621 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21141 | $ 50,000.00 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 94 | TURNER-GWK, IMA BARBARA S.<br>C/O FINANCIAL RECOVERY TECHNOLOGIES<br>ATTN: ROB ADLER, PRESIDENT<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 107920 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 95 | VICENTE BENITEZ, MERCEDES<br>1753 HORAS ST, VENUS GARDENS<br>SAN JUAN, PR 00926 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32345 | $ 116,000.00 |

Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 96 | VICENTE BENITEZ, MILAGROS<br>60 CALLE GERTRUDIS<br>OCEAN PARK<br>SAN JUAN, PR 00911 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30551 | $ 65,000.00 |

Reason: Claimant purports to assert liabilities associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 97 | WESTERMAN, JOSEPH R.<br>PO BOX 281<br>IDAHO SPRINGS, CO 80452 | 5/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 10258 | $ 10,000.00 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 98 | YBANEZ MENENDEZ, NOEL K22 HIGUENILLO ST. CAGUAS, PR 00727 | 5/4/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10704 | $ 48,442.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 99 | ZEMBRZYCKI, CASIMIR AND CAMILLE 15 DUCK LANE WEST ISILIP, NY 11795 | 5/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 16856 | $ 60,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| | | | | | TOTAL | $ 53,860,506.88* |

* Indicates claim contains unliquidated and/or undetermined amounts