# **EXHIBIT B**

**Declaration of Jay Herriman**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA and ERS.** |

### DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE THIRTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.    I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for HTA and ERS.

3. I submit this declaration in support of the *Thirty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims* (the "Thirty-Ninth Omnibus Objection").[3] I have personally reviewed the Thirty-Ninth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Thirty-Ninth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Thirty-Ninth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Thirty-Ninth Omnibus Objection.

5. To the best of my knowledge, information, and belief, each of the claims listed on Exhibit A to the Thirty-Ninth Omnibus Objection (collectively, the "Deficient Claims") failed to provide a basis for asserting the claim against HTA or ERS. Some of the Deficient Claims failed

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Thirty-Ninth Omnibus Objection.

to provide sufficient information for the Debtors to determine the bond issuer(s) or amount of the bond(s) allegedly at issued, while other Deficient Claims purport to assert liabilities associated with bond(s) not issued by one of the Debtors and/or mutual funds, and failed to provide a basis for purporting to assert a claim against HTA or ERS due to either bonds not issued by HTA or ERS, or another of the Debtors, and/or mutual funds. Other of the Deficient Claims purport to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA"), a claim against ERS based on bonds issued by HTA, and/or a claim against HTA based on bonds issued by ERS, and failed to provide a basis for asserting a claim against ERS or HTA based on bonds issued by another of the Debtors. Additionally, other of the Deficient Claims state in the proof of claim or supporting documentation that the claimant does not have a claim against HTA or ERS. Because of one or more of these failures, HTA and ERS are unable to determine the validity of the Deficient Claims, and request that these claims be disallowed in their entirety.

6. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Thirty-Ninth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of HTA, ERS, and their creditors.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 6, 2019

By: /s/ Jay Herriman
     Jay Herriman

# **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                        Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde a la HTA y el ERS** |

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA TRIGÉSIMA NOVENA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DEFICIENTES**.

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States' Code, U.S.C.) § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es verdadero y exacto según mi leal saber y entender:

1.    Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

Deudores iniciados de conformidad con *la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2. En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso conciliación de reclamaciones y de objeciones en los casos de los Deudores presentados al amparo de la ley PROMESA. El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal de la HTA y del ERS.

3. Presento esta declaración en respaldo de la *Trigésima Novena Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra Reclamaciones Deficientes* (la "Trigésima Novena Objeción Colectiva").[3] También he revisado personalmente la Trigésima Novena Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4. Como preparación para la presentación de la Trigésima Novena Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Trigésima Novena Objeción Colectiva fue revisada y analizada detenidamente de buena fe por el personal adecuado mediante los procedimientos de diligencia debida. Producto de estos esfuerzos,

---

[2] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

[3] Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Trigésima Novena Objeción Colectiva.

2

se han identificado las reclamaciones a ser desestimadas, que se identifican en el Anexo A a la Trigésima Novena Objeción Colectiva.

5. A mi leal saber y entender, las reclamaciones enumeradas en el Anexo A a la Trigésima Novena Objeción Colectiva (en conjunto, las "Reclamaciones Deficientes") no presentan los fundamentos para invocar la reclamación contra la HTA o el ERS. Algunas de las Reclamaciones Deficientes no proporcionan información suficiente para que los Deudores determinen al/a los emisores de los bonos o el monto del/de los bonos alegados en este caso, en tanto que otras Reclamaciones Deficientes pretenden invocar obligaciones asociadas a uno o más bonos no emitidos por uno de los Deudores y/o fondos mutuos, y no cumplen con las reglas aplicables al no presentar los fundamentos para pretender invocar una reclamación contra la HTA o el ERS debido a que ninguno de los bonos fue emitido por la HTA o el ERS, ni por ninguno de los Deudores, y/o los fondos mutuos. Otra de las Reclamaciones Deficientes pretende invocar una obligación asociada a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), una reclamación contra el ERS fundada en bonos emitidos por la HTA, y/o una reclamación contra la HTA fundada en bonos emitidos por el ERS, y omite proporcionar fundamentos de la reclamación formulada contra el ERS o la HTA fundada en bonos emitidos por otro de los Deudores. Adicionalmente, otra de las Reclamaciones Deficientes indica en las evidencias de reclamaciones o en la respectiva documentación de respaldo que el reclamante no tiene un derecho de reclamación contra la HTA y el ERS. A causa de una o más de estas fallas, la HTA y el ERS no están en condiciones de determinar la validez de las Reclamaciones Deficientes y solicitan que se declare la total inadmisibilidad de ellas.

6. En función de lo antedicho, y a mi leal saber y entender, la información incluida en la Trigésima Novena Objeción Colectiva y sus anexos es verdadera y correcta, y el remedio allí solicitado es beneficioso para la HTA, el ERS y sus acreedores.

7. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo expresado precedentemente es verdadero y correcto según mi leal saber y entender.

Fecha: 6 de junio de 2019

Por: *Firma en la versión en inglés*
Jay Herriman

4