## **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                             Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA and ERS.** |

### ORDER GRANTING THIRTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS

Upon the *Thirty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims* ("Thirty-Ninth Omnibus Objection")[2] of the Puerto Rico Highways and Transportation Authority ("HTA") and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated June 6, 2019, for entry of an order disallowing in their entirety certain claims filed against HTA or ERS, as more fully set forth in the Thirty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Thirty-Ninth Omnibus Objection.

jurisdiction to consider the Thirty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Thirty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in <u>Exhibit A</u> to the Thirty-Ninth Omnibus Objection (collectively, the "<u>Deficient Claims</u>") having failed comply with the applicable rules and the Bar Date Orders by not providing a basis for the claim, such that HTA and ERS cannot determine the validity of the claim; and the Court having determined that the relief sought in the Thirty-Ninth Omnibus Objection is in the best interest of HTA, ERS, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Thirty-Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Thirty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Deficient Claims from the official claims register in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                        Honorable Judge Laura Taylor Swain
                                        United States District Judge

# **ANEXO D**

**Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                                  Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde a la HTA y el ERS** |

**UNA RESOLUCIÓN QUE HACE LUGAR A LA TRIGÉSIMA NOVENA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DEFICIENTES**

En virtud de la *Trigésima Novena Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra Reclamaciones Deficientes* (la "Trigésima Novena Objeción Colectiva"),[2] presentada por la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

[2] Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Trigésima Novena Objeción Colectiva.

Asociado de Puerto Rico ("ERS), con fecha 6 de junio de 2019, en la que solicitan que se dicte una resolución que desestime por completo determinadas reclamaciones presentadas contra la HTA o el ERS, lo que se explica de manera más completa en la Trigésima Novena Objeción Colectiva y los anexos que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Trigésima Novena Objeción Colectiva y conceder el remedio allí solicitado de conformidad con la sección 306(a) de la ley PROMESA; y la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Trigésima Novena Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones identificadas en el Anexo A a la Trigésima Novena Objeción Colectiva (en conjunto, las "Reclamaciones Deficientes") no cumple con las reglas aplicables y las Resoluciones que Fijan Fechas Límite, y no aporta los fundamentos para la reclamación, de modo tal que ni la HTA ni el ERS están en condiciones de determinar la validez de la reclamación; y que el Tribunal ha considerado que el remedio pretendido en la Trigésima Novena Objeción Colectiva es beneficioso para la HTA, el ERS, sus acreedores y todas las partes interesadas; y habiendo el Tribunal determinado que los fundamentos jurídicos y fácticos expuestos en la Trigésima Novena Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

      RESUELVE HACER LUGAR a la Trigésima Novena Objeción Colectiva tal como aquí se expone; además, se

      DISPONE que las Reclamaciones Deficientes quedan por este medio desestimadas por completo; y se

DISPONE que Prime Clerk LLC queda autorizada y se le ordena que elimine las Reclamaciones Deficientes del registro oficial de reclamaciones en los Casos iniciados al amparo del Título III; y asimismo, se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

                                        Honorable Jueza Laura Taylor Swain
                                        Jueza de Distrito de los Estados Unidos

3