## EXHIBIT A

**Schedule of Claims Subject to the Fortieth Omnibus Objection**

Case:17-03283-LTS   Doc#:7249-1   Filed:06/06/19   Entered:06/06/19 09:56:38   Desc:
Exhibit A   Page 1 of 4

Fortieth Omnibus Objection
Exhibit A - Incorrect Debtor

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 1 | CORTES BATOLOMEI, BIANCA URB. MANSION REAL 521 CASTILLA COTO LAUREL PONCE, PR 00780-2635 | 13854 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 5,000.00 | Commonwealth of Puerto Rico | $5,000.00 |

Reason: Claimant identifies as obligor Employees Retirement System of the Government of the Commonwealth of Puerto Rico, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | EHRKE, HELEN 178 ELMTOWNE BLVD ELM, NJ 08037 | 5760 | Puerto Rico Highways and Transportation Authority | $ 15,091.05 | Commonwealth of Puerto Rico | $15,091.05 |

Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | KOZAKOFF, DIMITRI 2915 TARTAN ROAD BILLINGS, MT 59101 | 21030 | Puerto Rico Highways and Transportation Authority | $ 20,000.00 | Commonwealth of Puerto Rico | $20,000.00 |

Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | LS BOND FUND NICOLE RANZINGER ONE FINANCIAL CENTER BOSTON, MA 02111 | 123026 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 85,210,000.00* | Commonwealth of Puerto Rico | $85,210,000.00* |

Reason: Claimant identifies as obligor Employees Retirement System of the Government of the Commonwealth of Puerto Rico, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | LS INSTITUTIONAL HIGH INCOME FUND NICOLE RANZINGER; FRANCISCO TOLENTINO ONE FINANCIAL CENTER BOSTON, MA 02111 | 129782 | Puerto Rico Highways and Transportation Authority | $ 4,260,000.00* | Commonwealth of Puerto Rico | $4,260,000.00* |

Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | LS STRATEGIC INCOME FUND ATTN: NICOLE RANZINGER ONE FINANCIAL CENTER BOSTON, MA 02111 | 142749 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 63,900,000.00 | Commonwealth of Puerto Rico | $63,900,000.00 |

Reason: Claimant identifies as obligor Employees Retirement System of the Government of the Commonwealth of Puerto Rico, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

Fortieth Omnibus Objection
Exhibit A - Incorrect Debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | MACHADO TOREES I MILDRED MACHADO TRUSTEE PO BOX 017 HORMIGUEROS, PR 00660-147 | 28480 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 100,000.00 | Commonwealth of Puerto Rico | $100,000.00 |
| | Reason: Claimant identifies as obligor Employees Retirement System of the Government of the Commonwealth of Puerto Rico, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 8 | NATIXIS INVESTMENT FUNDS UK 1CVC- LS STRATEGIC INCOME FUND NICOLE RANZINGER ONE FINANCIAL CENTER BOSTON, MA 02111 | 73417 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 110,000.00* | Commonwealth of Puerto Rico | $110,000.00* |
| | Reason: Claimant identifies as obligor Employees Retirement System of the Government of the Commonwealth of Puerto Rico, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 9 | PAPANDREA, RAYMOND 79 YOUNG RD ORWELL, VT 05760 | 8126 | Puerto Rico Highways and Transportation Authority | $ 115,000.00 | Commonwealth of Puerto Rico | $115,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 10 | PROGRESO CASH & CARRY, INC. CALLE VILLA #366 PONCE, PR 00780 | 167572 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 500,000.00* | Commonwealth of Puerto Rico | $500,000.00* |
| | Reason: Claimant identifies as obligor Employees Retirement System of the Government of the Commonwealth of Puerto Rico, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 11 | RITA MESSINGER REVOCABLE TRUST LEONARD MESSINGER 64 MOUNTAINVIEW TERRACE HILLSDALE, NJ 07642 | 2209 | Puerto Rico Highways and Transportation Authority | $ 20,000.00 | Commonwealth of Puerto Rico | $20,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |
| 12 | STUBBLEFIELD, FRANK W. 16 LIVINGSTON ROAD BELLPORT, NY 11713-2712 | 90032 | Puerto Rico Highways and Transportation Authority | $ 10,000.00 | Commonwealth of Puerto Rico | $10,000.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Fortieth Omnibus Objection
Exhibit A - Incorrect Debtor

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 13 | WEISBERG, MICHAEL<br>1521 9TH STREET<br>MANHATTAN BEACH, CA90266 | 734 | Puerto Rico Highways and Transportation Authority | $ 20,000.00 | Commonwealth of Puerto Rico | $20,000.00 |

Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.