# **ANEXO A**

**Lista de Reclamaciones contra las que se presenta la Cuadragésima Objeción Colectiva**

Cuadragésima Objeción Colectiva
Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | CORTES BATOLOMEI, BIANCA<br>URB. MANSION REAL<br>521 CASTILLA COTO LAUREL<br>PONCE, PR 00780-2635 | 13854 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | $ 5,000.00 | El Estado Libre Asociado de Puerto Rico | $5,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | |
| 2 | EHRKE, HELEN<br>178 ELMTOWNE BLVD<br>ELM, NJ 08037 | 5760 | Autoridad de Carreteras y Transportación de Puerto Rico | $ 15,091.05 | El Estado Libre Asociado de Puerto Rico | $15,091.05 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | |
| 3 | KOZAKOFF, DIMITRI<br>2915 TARTAN ROAD<br>BILLINGS, MT 59101 | 21030 | Autoridad de Carreteras y Transportación de Puerto Rico | $ 20,000.00 | El Estado Libre Asociado de Puerto Rico | $20,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | |
| 4 | LS BOND FUND<br>NICOLE RANZINGER<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | 123026 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | $ 85,210,000.00* | El Estado Libre Asociado de Puerto Rico | $85,210,000.00* |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | |
| 5 | LS INSTITUTIONAL HIGH INCOME FUND<br>NICOLE RANZINGER; FRANCISCO TOLENTINO<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | 129782 | Autoridad de Carreteras y Transportación de Puerto Rico | $ 4,260,000.00* | El Estado Libre Asociado de Puerto Rico | $4,260,000.00* |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | |
| 6 | LS STRATEGIC INCOME FUND<br>ATTN: NICOLE RANZINGER<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | 142749 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | $ 63,900,000.00 | El Estado Libre Asociado de Puerto Rico | $63,900,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | |

Cuadragésima Objeción Colectiva
Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 7 | MACHADO TOREES I<br>MILDRED MACHADO TRUSTEE<br>PO BOX 017<br>HORMIGUEROS, PR 00660-147 | 28480 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | $ 100,000.00 | El Estado Libre Asociado de Puerto Rico | $100,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | |
| 8 | NATIXIS INVESTMENT FUNDS UK 1CVC- LS STRATEGIC INCOME FUND<br>NICOLE RANZINGER<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | 73417 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | $ 110,000.00* | El Estado Libre Asociado de Puerto Rico | $110,000.00* |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | |
| 9 | PAPANDREA, RAYMOND<br>79 YOUNG RD<br>ORWELL, VT 05760 | 8126 | Autoridad de Carreteras y Transportación de Puerto Rico | $ 115,000.00 | El Estado Libre Asociado de Puerto Rico | $115,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | |
| 10 | PROGRESO CASH & CARRY, INC.<br>CALLE VILLA #366<br>PONCE, PR 00780 | 167572 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | $ 500,000.00* | El Estado Libre Asociado de Puerto Rico | $500,000.00* |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | |
| 11 | RITA MESSINGER REVOCABLE TRUST<br>LEONARD MESSINGER<br>64 MOUNTAINVIEW TERRACE<br>HILLSDALE, NJ 07642 | 2209 | Autoridad de Carreteras y Transportación de Puerto Rico | $ 20,000.00 | El Estado Libre Asociado de Puerto Rico | $20,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | |
| 12 | STUBBLEFIELD, FRANK W.<br>16 LIVINGSTON ROAD<br>BELLPORT, NY 11713-2712 | 90032 | Autoridad de Carreteras y Transportación de Puerto Rico | $ 10,000.00 | El Estado Libre Asociado de Puerto Rico | $10,000.00 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 13 | WEISBERG, MICHAEL<br>1521 9TH STREET<br>MANHATTAN BEACH, CA90266 | 734 | Autoridad de Carreteras y Transportación de Puerto Rico | $ 20,000.00 | El Estado Libre Asociado de Puerto Rico | $20,000.00 |

Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico.