## **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA and ERS.** |

### ORDER GRANTING FORTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWELATH OF PUERTO RICO TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Fortieth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* ("Fortieth Omnibus Objection")[2] filed by the Puerto Rico Highways and Transportation Authority ("HTA") and Employees Retirement System of the Government of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), dated June 6, 2019, for entry of an order reclassifying certain claims filed against HTA or ERS, as more

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fortieth Omnibus Objection.

fully set forth in the Fortieth Omnibus Objection and the supporting exhibits thereto; and the Court having jurisdiction to consider the Fortieth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Fortieth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Fortieth Omnibus Objection having improperly identified HTA or ERS as obligor, when such claims are properly asserted, if at all, against the Commonwealth of Puerto Rico (the "Commonwealth"); and the Court having determined that the relief sought in the Fortieth Omnibus Objection is in the best interest of the Debtors, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Fortieth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Fortieth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Fortieth Omnibus Objection are hereby reclassified to be claims asserted against the Commonwealth, as indicated in the column titled "Corrected" in Exhibit A to the Fortieth Omnibus Objection; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed, in the official claims register in the Title III Cases, to move the claims identified in the column titled "Asserted" in Exhibit A to Fortieth Omnibus Objection, from the HTA Title III Case or ERS Title III Case, as applicable, to

2

be asserted in the Commonwealth Title III Case, as indicated in the column titled "Corrected" in Exhibit A to the Fortieth Omnibus Objection; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **ANEXO D**

**Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                                   Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde a la HTA y el ERS** |

**UNA RESOLUCIÓN QUE HACE LUGAR A LA CUADRAGÉSIMA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA LAS RECLAMACIONES PRESENTADAS CONTRA EL DEUDOR INCORRECTO**

En virtud de la *Cuadragésima Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra las Reclamaciones contra el Deudor Incorrecto* ("Cuadragésima Objeción Colectiva")[2] presentadas por la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") y el Sistema de Retiro de los Empleados del Gobierno del

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el " Estado Libre Asociado ")(Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números el Caso de Quiebra debido a limitaciones del software).

[2] Los términos en mayúscula que no se definen en el presente tendrán los significados que se les atribuye en la Cuadragésima Objeción Colectiva.

Estado Libre Asociado de Puerto Rico ("ERS"), por intermedio de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), con fecha 6 de junio de 2019, en la que solicitan que se reclasifiquen algunas reclamaciones presentadas contra la HTA o el ERS, como se explica en mayor detalle en la Cuadragésima Objeción Colectiva y los anexos que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Cuadragésima Objeción Colectiva y conceder el remedio allí solicitado de conformidad con la sección 306(a) de la ley PROMESA; y la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Cuadragésima Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones de la columna "Presentadas" en el Anexo A a la Cuadragésima Objeción Colectiva identifica incorrectamente a la HTA o al ERS como deudores, cuando dichas reclamaciones debieren, en todo caso, presentarse en contra del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"); y habiendo el Tribunal determinado que el remedio solicitado en la Cuadragésima Objeción Colectiva favorece a los Deudores, sus acreedores y a todas las partes interesadas; y habiendo determinado el Tribunal que los fundamentos jurídicos y fácticos expuestos en la Cuadragésima Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE HACER LUGAR a la Cuadragésima Objeción Colectiva tal como aquí se expone; además, se

DISPONE que las reclamaciones identificadas en la columna "Formuladas" en el Anexo A a la Cuadragésima Objeción Colectiva quedan por este medio reclasificadas como

2

reclamaciones presentadas contra el Estado Libre Asociado, como se indica en la columna "Corregido" del Anexo A a la Cuadragésima Objeción Colectiva; y además, se

DISPONE hacer reserva del derecho de los Deudores a objetar las Reclamaciones Reclasificadas; y asimismo se

DISPONE que Prime Clerk, LLC, queda autorizada y se le pide que transfiera del registro oficial de reclamaciones en los Casos al amparo del Título III, las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Cuadragésima Objeción Colectiva, del Caso de la HTA al amparo del Título III o el Caso del ERS al amparo del Título III, como se indica en la columna "Corregido" del Anexo A a la Cuadragésima Objeción Colectiva; y asimismo, se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

                                                Honorable Jueza Laura Taylor Swain
                                                Jueza de Distrito de los Estados Unidos