# **EXHIBIT A**

**Schedule of Claims Subject to the Forty-First Omnibus Objection**

# Forty-First Omnibus Objection
## Exhibit A - Duplicate + Incorrect Debtor

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CORTES BATOLOMEI, BIANCA<br>URB MANSION REAL COTO LAUREL<br>521 CASTILLA<br>PONCE, PR 00780-2635 | 13301 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $110,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: Claimant asserts liabilities of $105,000.00 associated with bond(s) issued by ERS, which are duplicative in part of one or more master proofs of claim filed by the trustee of these bond(s). In addition, proof of claim purports to assert in part liabilities of $5,000 against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | GRANT, ROBERT E<br>1606 SPARKLING WAY<br>SAN JOSE, CA 95125 | 796 | Puerto Rico Highways and Transportation Authority | Unsecured | $325,000.00 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |

Reason: Claimant asserts liabilities of $275,000.00 associated with bond(s) issued by HTA, which are duplicative in part of one or more master proofs of claim filed by the trustee of these bond(s). In addition, proof of claim purports to assert in part liabilities of $50,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ROLLIN, STEVEN L.<br>3716 COVERT RD<br>WATERFORD, MI 48328 | 1685 | Puerto Rico Highways and Transportation Authority | Unsecured | $45,000.00 | Puerto Rico Electric Power Authority | Unsecured | $40,000.00 |

Reason: Claimant asserts liabilities of $5,000.00 associated with bond(s) issued by HTA, which are duplicative in part of one or more master proofs of claim filed by the trustee of these bond(s). In addition, proof of claim purports to assert in part liabilities of $40,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | STEVEN MARIO VOLPE/JANE MARIE VOLPE JOINT BROKERAGE ACCOUNT<br>1309 WEST RIDGE DR.<br>FOSTORIA, OH 44830 | 1934 | Puerto Rico Highways and Transportation Authority | Unsecured | $20,000.00 | Puerto Rico Electric Power Authority | Unsecured | $10,000.00 |

Reason: Claimant asserts liabilities of $10,000.00 associated with bond(s) issued by HTA, which are duplicative in part of one or more master proofs of claim filed by the trustee of these bond(s). In addition, proof of claim purports to assert in part liabilities of $10,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | THOMAS KINTZ OR MARGARITA KINTZ AS TTEE OF THE KINTZ REV TR<br>THOMAS KINTZ OR MARGARITA KINTZ<br>9 LODGE CIRCLE<br>SANTA FE, NM 87506 | 5702 | Puerto Rico Highways and Transportation Authority | Unsecured | $275,000.00 | Puerto Rico Electric Power Authority | Unsecured | $65,000.00 |

Reason: Claimant asserts liabilities of $210,000.00 associated with bond(s) issued by HTA, which are duplicative in part of one or more master proofs of claim filed by the trustee of these bond(s). In addition, proof of claim purports to assert in part liabilities of $65,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority.