## ANEXO A

**Lista de Reclamaciones sujetas a la Cuadragésima Primera Objeción Colectiva**

**Cuadragésima Primera Objeción Colectiva**
**Anexo A – Reclamaciones Duplicadas y contra el Deudor Incorrecto**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | | CORREGIDO | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CORTES BATOLOMEI, BIANCA URB MANSION REAL COTO LAUREL 521 CASTILLA PONCE, PR 00780-2635 | 13301 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $110,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |
| | Base para: El demandante reclama obligaciones por la suma de $105,000.00 asociadas a uno o más bonos emitidos por el ERS, que son duplicados de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos. Además, la evidencia de reclamación pretende plantear, en parte, una obligación de $5,000 contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| 2 | GRANT, ROBERT E 1606 SPARKLING WAY SAN JOSE, CA 95125 | 796 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $325,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |
| | Base para: El demandante reclama obligaciones por la suma de $275,000.00 asociadas a uno o más bonos emitidos por la HTA, que son duplicados de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos. Además, la evidencia de reclamación pretende plantear, en parte, una obligación de $50,000 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| 3 | ROLLIN, STEVEN L. 3716 COVERT RD WATERFORD, MI48328 | 1685 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $45,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $40,000.00 |
| | Base para: El demandante reclama obligaciones por la suma de $5,000.00 asociadas a uno o más bonos emitidos por la HTA, que son duplicados de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos. Además, la evidencia de reclamación pretende plantear, en parte, una obligación de $40,000 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 4 | STEVEN MARIO VOLPE/JANE MARIE VOLPE JOINT BROKERAGE ACCOUNT 1309 WEST RIDGE DR. FOSTORIA, OH 44830 | 1934 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $20,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $10,000.00 |
| | Base para: El demandante reclama obligaciones por la suma de $10,000.00 asociadas a uno o más bonos emitidos por la HTA, que son duplicados de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos. Además, la evidencia de reclamación pretende plantear, en parte, una obligación de $10,000 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

## Cuadragésima Primera Objeción Colectiva
## Anexo A – Reclamaciones Duplicadas y contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | | CORREGIDO | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | THOMAS KINTZ OR MARGARITA KINTZ AS TTEE OF THE KINTZ REV TR THOMAS KINTZ OR MARGARITA KINTZ 9 LODGE CIRCLE SANTA FE, NM 87506 | 5702 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $275,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $65,000.00 |

Base para: El demandante reclama obligaciones por la suma de $210,000.00 asociadas a uno o más bonos emitidos por la HTA, que son duplicados de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos. Además, la evidencia de reclamación pretende plantear, en parte, una obligación de $65,000 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.