**EXHIBIT B**

**Declaration of Jay Herriman**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA and ERS.** |

### DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE FORTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE AND INCORRECT DEBTOR CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for HTA and ERS.

3. I submit this declaration in support of the *Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate and Incorrect Debtor Claims* (the "Forty-First Omnibus Objection").[3] I have personally reviewed the Forty-First Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Forty-First Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Forty-First Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be partially reclassified and partially disallowed, as identified in Exhibit A to the Forty-First Omnibus Objection.

5. To the best of my knowledge, information, and belief, a portion of each of the claims identified in the column titled "Asserted" in Exhibit A to the Forty-First Omnibus Objection (collectively, the "Duplicate and Incorrect Debtor Claims") identifies as obligor HTA or ERS when the claim is properly asserted, if at all, against the Commonwealth and/or PREPA. Some of the Duplicate and Incorrect Debtor Claims state in the proof of claim or supporting documentation

---

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Forty-First Omnibus Objection.

2

that the asserted liability appropriately lies, if at all, with the Commonwealth and/or PREPA, while other Duplicate and Incorrect Debtor Claims should be asserted against another of the Debtors, if at all, based upon the Debtors' review of the names and CUSIP information provided for the bonds at issue. Accordingly, for one or more of these reasons, the Duplicate and Incorrect Debtor Claims should be partially reclassified to be asserted against the Commonwealth and/or PREPA, as identified in the column titled "Corrected," in **Exhibit A** to the Forty-First Omnibus Objection.

6. Additionally, to the best of my knowledge, information, and belief, another portion of each of the Duplicate and Incorrect Debtor Claims asserts liabilities associated with one or more bonds issued by HTA or ERS that are duplicative of one or more of the Master Proofs of Claim filed in the Title III Cases by the fiscal agent or trustee for such bonds pursuant to the Bar Date Orders. Accordingly, to prevent multiple recoveries by the claimants, HTA and ERS request that these portions of the Duplicate and Incorrect Debtor Claims be disallowed.

7. Based on the foregoing, and to the best of my knowledge, information, and belief, the information contained in the Forty-First Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of HTA, ERS, and their creditors.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 6, 2019

By: /s/ Jay Herriman
Jay Herriman

# **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                                      Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde a la HTA y el ERS** |

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA CUADRAGÉSIMA PRIMERA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DUPLICADAS Y CONTRA EL DEUDOR INCORRECTO.**

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States' Code, U.S.C.) § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es verdadero y exacto según mi leal saber y entender:

1.    Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el " Estado Libre Asociado ")(Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números el Caso de Quiebra debido a limitaciones del software).

Deudores iniciados de conformidad con *la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2. En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso conciliación de reclamaciones y de objeciones en los casos de los Deudores presentados al amparo de la ley PROMESA. El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal de la HTA y del ERS.

3. Presento esta declaración en respaldo de la *Cuadragésima Primera Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra Reclamaciones Duplicadas y contra el Deudor Incorrecto* (la "Cuadragésima Primera Objeción Colectiva").[3] También he revisado personalmente la Cuadragésima Primera Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4. Como preparación para la presentación de la Cuadragésima Primera Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Cuadragésima Primera Objeción Colectiva fue revisada y analizada detenidamente de buena fe por el personal adecuado mediante los procedimientos de diligencia debida. Producto de estos

---

[2] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

[3] Los términos en mayúscula que no se definen en el presente tendrán el significado que se les atribuye en la Cuadragésima Primera Objeción Colectiva.

esfuerzos, se han identificado las reclamaciones a ser parcialmente reclasificadas y parcialmente desestimadas, que se enumeran en el Anexo A a la Cuadragésima Primera Objeción Colectiva.

5. A mi leal saber y entender, una parte de cada una de las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Cuadragésima Primera Objeción Colectiva (en conjunto, las "Reclamaciones Duplicadas y contra el Deudor Incorrecto") identifica a la HTA o el ERS como deudores, cuando la reclamación está correctamente presentada, en todo caso, contra el Estado Libre Asociado y/o PREPA. En la evidencia de reclamación o la documentación de respaldo, algunas de las Reclamaciones Duplicadas y contra el Deudor Incorrecto indican que la obligación invocada recae apropiadamente, en todo caso, en el Estado Libre Asociado y/o PREPA, mientras que otras Reclamaciones Duplicadas y contra el Deudor Incorrecto deben presentarse contra otro de los Deudores, en todo caso, en función del examen efectuado por los Deudores de los nombres y la información CUSIP aportada para los bonos en cuestión. En consecuencia, debido a una o más de las razones citadas, las Reclamaciones Duplicadas y contra el Deudor Incorrecto deben reclasificarse parcialmente para presentarse contra el Estado Libre Asociado y/o PREPA, como se identifica en la columna "Corregido" del **Anexo A** a la Cuadragésima Primera Objeción Colectiva.

6. Asimismo, a mi leal saber y entender, otra parte de cada una de las Reclamaciones Duplicadas y contra del Deudor Incorrecto invoca obligaciones asociadas a uno o más bonos emitidos por la HTA o el ERS que es un duplicado de una o más de las evidencias de reclamaciones maestras presentadas en los Casos iniciados al amparo del Título III por parte del agente fiscal o el fiduciario de tales bonos, de conformidad con las Resoluciones que Fijan Fechas Límite. En consecuencia, para evitar múltiples indemnizaciones de parte de los demandantes, la HTA y el

3

ERS solicitan que esta porción de las Reclamaciones Duplicadas y contra del Deudor Incorrecto sea desestimada.

7. En función de lo antedicho, y a mi leal saber y entender, la información incluida en la Cuadragésima Primera Objeción Colectiva y los anexos a la misma es verdadera y correcta, y el remedio allí solicitado es beneficioso para la HTA, el ERS y sus acreedores.

8. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo expresado precedentemente es verdadero y correcto según mi leal saber y entender.

Fecha: 6 de junio de 2019

                                                              Por: *Firma en la versión en inglés*
                                                                             Jay Herriman