# **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                          Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to HTA and ERS.**

</td>
</tr>
</table>

## ORDER GRANTING FORTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO TO DUPLICATE AND INCORRECT DEBTOR CLAIMS

Upon the *Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of Puerto Rico to Duplicate and Incorrect Debtor Claims* ("Forty-First Omnibus Objection")[2] filed by the Puerto Rico Highways and Transportation Authority ("HTA") and Employees Retirement System of the Government of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), dated June 6, 2019, for entry of an order partially reclassifying and partially disallowing certain claims filed against HTA or ERS, as more fully set

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Forty-First Omnibus Objection.

forth in the Forty-First Omnibus Objection and the supporting exhibits thereto; and the Court

having jurisdiction to consider the Forty-First Omnibus Objection and to grant the relief requested

therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA

section 307(a); and due and proper notice of the Forty-First Omnibus Objection having been

provided to those parties identified therein, and no other or further notice being required; and each

of the claims identified in the column titled "Asserted" in Exhibit A to the Forty-First Omnibus

Objection (collectively, the "Duplicate and Incorrect Debtor Claims") being partially duplicative

and partially filed in the wrong case; and the Court having determined that the relief sought in the

Forty-First Omnibus Objection is in the best interest of the Debtors, their creditors, and all the

parties in interest; and the Court having determined that the legal and factual bases set forth in the

Forty-First Omnibus Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Forty-First Omnibus Objection is GRANTED as set forth herein; and

it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the

Forty-First Omnibus Objection are hereby reclassified in part to be claims asserted against another

of the Debtors, as set forth in the column titled "Corrected" in Exhibit A to the Forty-First Omnibus

Objection; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it

is further

ORDERED that Prime Clerk, LLC, is authorized and directed, in the official claims register

in the Title III cases, to move the portions of each of the Duplicate and Incorrect Debtor Claims

from the HTA Title III Case or ERS Title III Case, to the Title III case(s) for another of the Debtors,

2

as identified in the column titled "Corrected" in <u>Exhibit A</u> to the Forty-First Omnibus Objection;
and it is further

ORDERED that, to the extent the Duplicate and Incorrect Debtor Claims assert liability
associated with bond(s) issued by HTA or ERS that are duplicative of one or more master proofs
of claim filed in the Title III Cases, the claims are hereby disallowed; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the disallowed
portion of the Duplicate and Incorrect Debtor Claims from the official claims register in the HTA
Title III Case or ERS III Case, as applicable; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising
from or related to the implementation, interpretation, or enforcement of this Order.

Dated:  _____

_____

Honorable Judge Laura Taylor Swain
United States District Judge

3

# ANEXO D

## Propuesta de Resolución

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde a la HTA y el ERS** |

**UNA ORDEN QUE HACE LUGAR A LA CUADRAGÉSIMA PRIMERA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMAIONES DUPLICADAS Y CONTRA EL DEUDOR INCORRECTO**

En virtud de la *Cuadragésima Primera Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra  Reclamaciones Duplicadas y contra el Deudor Incorrecto* ("Cuadragésima Primera Objeción Colectiva") [2] presentada por la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") y el Sistema de Retiro de los Empleados

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el " Estado Libre Asociado ")(Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números el Caso de Quiebra debido a limitaciones del software).

[2]   Los términos en mayúscula que no se definen en el presente tendrán el significado que se les atribuye en la Cuadragésima Primera Objeción Colectiva.

del Gobierno del Estado Libre Asociado de Puerto Rico (" ERS), por intermedio de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), con fecha 6 de junio de 2019, solicitan que se dicte una orden que reclasifique parcialmente y desestime parcialmente algunas reclamaciones presentadas contra la HTA o el ERS, como se explica con mayor detalle en la Cuadragésima Primera Objeción Colectiva y los anexos que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Cuadragésima Primera Objeción Colectiva y conceder el remedio allí solicitado de conformidad con la sección 306(a) de la ley PROMESA; y la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Cuadragésima Primera Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Cuadragésima Primera Objeción Colectiva (en conjunto, las "Reclamaciones Duplicadas y contra el Deudor Incorrecto") es en parte un duplicado y está parcialmente presentada en el caso equivocado; y habiendo el Tribunal determinado que el remedio solicitado en la Cuadragésima Primera Objeción Colectiva favorece a los Deudores, sus acreedores y a todas las partes interesadas; y habiendo determinado el Tribunal que los fundamentos jurídicos y fácticos expuestos en la Cuadragésima Primera Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE HACER LUGAR a la Cuadragésima Primera Objeción Colectiva tal como aquí se expone; además, se

DISPONE que las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Cuadragésima Primera Objeción Colectiva quedan por este medio reclasificadas en parte como

2

reclamaciones presentadas contra otro de los Deudores, tal como se indica en la columna "Corregido" del Anexo A a la Cuadragésima Primera Objeción Colectiva; además se

DISPONE hacer reserva del derecho de los Deudores a objetar las Reclamaciones Reclasificadas; y asimismo se

DISPONE que Prime Clerk, LLC, queda autorizada y se le ordena que transfiera del registro oficial de reclamaciones de los casos iniciados al amparo del Título III, las partes de cada una de las Reclamaciones Duplicadas y contra el Deudor Incorrecto desde el Caso de la HTA iniciado al amparo del Título III o el Caso del ERS iniciado al amparo del Título III, a el/los casos iniciados al amparo del Título III para otro de los Deudores, como se identifica en la columna "Corregido" del Anexo A a la Cuadragésima Primera Objeción Colectiva; y además se

DISPONE que, en la medida que las Reclamaciones Duplicadas y contra el Deudor Incorrecto invoquen una obligación vinculada a el/los bonos emitidos por la HTA o el ERS que son duplicadas de una o más evidencias de reclamaciones maestras presentadas en los Casos iniciados al amparo del Título II, sean por este medio desestimadas; y además se

DISPONE que Prime Clerk queda autorizada y se le ordena que elimine las Reclamaciones Duplicadas y contra el Deudor Incorrecto del registro oficial de reclamaciones en los casos de la HTA y del ERS iniciados al amparo del Título III, según corresponda; además, se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

_____
Honorable Jueza Laura Taylor Swain
Jueza de Distrito de los Estados Unidos

3