# **EXHIBIT A**

**Schedule of Claims Subject to the Forty-Second Omnibus Objection**

## Forty-Second Omnibus Objection
### Exhibit A - Duplicate + Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ADOLFO TRAPOTE-CARLON AND MARIA DE LA PAZ CENDAN<br>BARRIO LOS FRAILES<br>HILLS VIEW PLAZA<br>PH 116<br>GUAYNABO, PR 00969 | 4/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8898 | $ 475,000.00 |
| | Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. | | | | | |
| 2 | APOLINARIO, PAULO<br>536 RAYMOND AVE<br>SAN JOSE, CA 95128 | 4/19/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5748 | $ 30,000.00 |
| | Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 3 | BASSINDER, DAVID C.<br>PO BOX 1171<br>805 LONG POINT LANE<br>PT. PLEASANT BEACH, NJ 08742 | 6/4/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 46034 | Undetermined* |
| | Reason: Claimant asserts liability, in part, associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 4 | BERGMAN, PETER<br>24 BEACON LN<br>ABERDEEN, NJ 07747 | 3/5/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 814 | $ 105,000.00 |
| | Reason: Claimant asserts liability, in part, associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 5 | CARDONA GREAVES, RICHARD D<br>URB. VALLE REAL<br>2017 CALLE DUQUESA<br>PONCE, PR 00716 | 3/12/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 2530 | $ 164,183.00 |
| | Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 6 | ESTATE OF ERASMO TANON<br>IRIS CORREA GRAU<br>1485 ASHFORD AVE; ST MARY'S PLAZA704-2<br>SAN JUAN, PR 00907 | 10/9/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167711 | $ 340,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

Forty-Second Omnibus Objection
Exhibit A - Duplicate + Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. | | | | | |
| 7 | GONZALEZ QUINTANA, HECTOR LUIS<br>HC-2<br>BOX 25884<br>SAN SEBASTIAN, PR 00685 | 5/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14297 | $ 652,000.00 |
| | Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | |
| 8 | JOSEPH AND ANN DELIA JTWROS<br>1614 STEWART LANE<br>LAUREL HOLLOW, NY 11791 | 3/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3045 | $ 105,000.00 |
| | Reason: Claimant asserts liability, in part, associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 9 | LAWRENCE, JOSEPH CURTIS<br>PO BOX 2001<br>NEW SMYRNA BEACH, FL 32170 | 4/5/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3855 | $ 55,000.00 |
| | Reason: Claimant asserts liability, in part, associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 10 | LOUIS GILLOW CUST. FOR LORRI GILLOW UNJUTMA<br>1409 JOHNSON AVENUE<br>POINT PLEASANT, NJ 08742 | 5/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 28946 | $ 12,000.00 |
| | Reason: Claimant asserts liability, in part, associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |

## Forty-Second Omnibus Objection
### Exhibit A - Duplicate + Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | MARTINEZ GIRAUD, MANUEL B<br>PO BOX 183<br>ARECIBO, PR 00613 | 3/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5567 | $ 135,000.00 |

Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | MOLINA CAINS, SERGIO<br>RES CUEVILLAS EDIF 559<br>APT 2 A<br>SAN JUAN, PR 00907 | 4/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7066 | Undetermined* |

Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, in part, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | RAMOS CASIANO, FLORENCE<br>PO BOX 769<br>ENSENADA, PR 00647 | 3/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4622 | $ 195,000.00 |

Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, in part, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | ROBERTO RAFAEL FUERTES AND ESTHER MUDAFORT<br>URB. PUERTO NUEVO<br>265 DE DIEGO AVE.<br>SAN JUAN, PR 00920 | 5/16/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11715 | $ 440,000.00 |

Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, in part, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | SEDA FERRER, MARIANO<br>PO BOX 193582<br>SAN JUAN, PR 00919-3582 | 4/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9350 | $ 370,000.00* |

Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. In addition, proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, in part, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

## Forty-Second Omnibus Objection
### Exhibit A - Duplicate + Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | SIFONTES, TOMAS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4223 | $ 300,000.00 |

Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | TARR, HOWARD<br>33 WINDING ROAD<br>ROCKVILLE CENTER, NY 11570 | 3/6/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 605 | $ 31,276.00 |

Reason: Claimant asserts liability, in part, associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | WALDER, KARL<br>PO BOX 16783<br>SAN JUAN, PR 00908-6783 | 4/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6920 | $ 1,335,000.00 |

Reason: Claimant asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | WOODS, DONALD W. & DAWN M.<br>629 TREEMONT COURT<br>CHESAPEAKE, VA 23323 | 3/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 890 | $ 1,005,000.00 |

Reason: Claimant asserts liability, in part, associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | | | | | TOTAL | $ 5,749,459.00* |
|---|---|---|---|---|---|---|