# ANEXO A

**Lista de reclamaciones sujetas a la Cuadragésima Segunda Objeción Colectiva**

## Cuadragésima Segunda Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ADOLFO TRAPOTE-CARLON AND MARIA DE LA PAZ CENDAN<br>BARRIO LOS FRAILES<br>HILLS VIEW PLAZA<br>PH 116<br>GUAYNABO, PR 00969 | 4/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 8898 | $ 475,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores. | | | | | |
| 2 | APOLINARIO, PAULO<br>536 RAYMOND AVE<br>SAN JOSE, CA 95128 | 4/19/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5748 | $ 30,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 3 | BASSINDER, DAVID C.<br>PO BOX 1171<br>805 LONG POINT LANE<br>PT. PLEASANT BEACH, NJ 08742 | 6/4/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 46034 | Indeterminado* |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fiduciario de esos bonos. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 4 | BERGMAN, PETER<br>24 BEACON LN<br>ABERDEEN, NJ 07747 | 3/5/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 814 | $ 105,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fiduciario de esos bonos. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 5 | CARDONA GREAVES, RICHARD D<br>URB. VALLE REAL<br>2017 CALLE DUQUESA<br>PONCE, PR 00716 | 3/12/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 2530 | $ 164,183.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Segunda Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | ESTATE OF ERASMO TANON<br>IRIS CORREA GRAU<br>1485 ASHFORD AVE; ST MARY'S PLAZA704-2<br>SAN JUAN, PR 00907 | 10/9/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 167711 | $ 340,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores. | | | | | |
| 7 | GONZALEZ QUINTANA, HECTOR LUIS<br>HC-2<br>BOX 25884<br>SAN SEBASTIAN, PR 00685 | 5/10/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14297 | $ 652,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 8 | JOSEPH AND ANN DELIA JTWROS<br>1614 STEWART LANE<br>LAUREL HOLLOW, NY 11791 | 3/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3045 | $ 105,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fiduciario de esos bonos. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 9 | LAWRENCE, JOSEPH CURTIS<br>PO BOX 2001<br>NEW SMYRNA BEACH, FL 32170 | 4/5/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3855 | $ 55,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fiduciario de esos bonos. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 10 | LOUIS GILLOW CUST. FOR LORRI GILLOW UNJUTMA<br>1409 JOHNSON AVENUE<br>POINT PLEASANT, NJ 08742 | 5/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 28946 | $ 12,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fiduciario de esos bonos. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Segunda Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | MARTINEZ GIRAUD, MANUEL B<br>PO BOX 183<br>ARECIBO, PR 00613 | 3/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5567 | $ 135,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | MOLINA CAINS, SERGIO<br>RES CUEVILLAS EDIF 559<br>APT 2 A<br>SAN JUAN, PR 00907 | 4/10/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 7066 | Indeterminado* |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, obligaciones vinculadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | RAMOS CASIANO, FLORENCE<br>PO BOX 769<br>ENSENADA, PR 00647 | 3/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4622 | $ 195,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, obligaciones vinculadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | ROBERTO RAFAEL FUERTES AND ESTHER MUDAFORT<br>URB. PUERTO NUEVO<br>265 DE DIEGO AVE.<br>SAN JUAN, PR 00920 | 5/16/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11715 | $ 440,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, obligaciones vinculadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

## Cuadragésima Segunda Objeción Colectiva
## Anexo A - Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | SEDA FERRER, MARIANO<br>PO BOX 193582<br>SAN JUAN, PR 00919-3582 | 4/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9350 | $ 370,000.00* |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, obligaciones vinculadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | SIFONTES, TOMAS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 4223 | $ 300,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | TARR, HOWARD<br>33 WINDING ROAD<br>ROCKVILLE CENTER, NY 11570 | 3/6/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 605 | $ 31,276.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fiduciario de esos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra la HTA, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | WALDER, KARL<br>PO BOX 16783<br>SAN JUAN, PR 00908-6783 | 4/11/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6920 | $ 1,335,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Segunda Objeción Colectiva
## Anexo A - Reclamaciones Duplicadas y Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | WOODS, DONALD W. & DAWN M.<br>629 TREEMONT COURT<br>CHESAPEAKE, VA23323 | 3/7/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 890 | $ 1,005,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fiduciario de esos bonos. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III.

| | | | | | TOTAL | $ 5,749,459.00* |