**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 JUN -5 PM 5: 17

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------ X
:
In re: :
:
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors.[1] :
------------------------------------------------------------ X

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS**

This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

EDMLS @ COMCAST. NET           EDWARD SHELTON
                               866 HERITAGE HILLS SOMERS NY 10589

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**

EDWARD SHELTON
Participant Name

_____
Contact Person (if Participant is not an individual)

EDMLS @ COMCAST.NET
Email Address

86C HERITAGE HILLS
Address line 1

UNIT C
Address line 2

SOMERS NY 10587
City, State Zip Code

USA
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _[signature]_
Signature

EDWARD SHELTON
Print Name

_____
Title (if Participant is not an Individual)

5/31/19
Date

2

SHELTON
866 HERITAGE HILL
SOMERS NY 10589

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767

RECEIVED
2019 JUN -5 PM 5:17
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

00918241 C016

**Participant Name and Contact Information**

JUDY G. SILBER
Participant Name

———
Contact Person (if Participant is not an individual)

FLOYDTANZER@GMAIL.COM
Email Address

47 OLD CHIMNEY ROAD
Address line 1

———
Address line 2

UPPER SADDLE RIVER, N.J., 07458
City, State Zip Code

U.S.A.
Country

**Counsel Contact Information (if any)**

———
Firm Name (if applicable)

———
Contact Person

———
Email Address

———
Address line 1

———
Address line 2

———
City, State Zip Code

———
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: 74514LXG7

(b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: /s/ Judy G. Silber
Signature

JUDY G. SILBER
Print Name

———
Title (if Participant is not an Individual)

06-03-2019
Date

2

Judy G. Sliber,
47 Old Chimney Road.
Upper Saddle River, NJ 07458

THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF P.R.
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

Case:17-03283-LTS Doc#:7255-1 Filed:06/05/19 Entered:06/06/19 11:49:02 Desc:
Proposed Order Page 28 of 29

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Pro Se Notices of Participation Page 6 of 16

**Participant Name and Contact Information**

FLoyd R. TANZER
Participant Name

———
Contact Person (if Participant is not an individual)

FLoydTanzer @ gmail.com
Email Address

47 Old Chimney Road
Address line 1

———
Address line 2

Upper Saddle River, N.J., 07458
City, State Zip Code

U.S.A.
Country

**Counsel Contact Information (if any)**

———
Firm Name (if applicable)

———
Contact Person

———
Email Address

———
Address line 1

———
Address line 2

———
City, State Zip Code

———
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: 74514LXG7
   74514LXC6

   (b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _[signature]_
Signature

Floyd R. Tanzer
Print Name

———
Title (if Participant is not an Individual)

06-03-2019
Date

2



Floyd R. Tanzer
47 Old Chimney Rd.
Upper Saddle River, NJ 07458



RECEIVED & FILED
2019 JUN -3 PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF P.R.
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

**Participant Name and Contact Information**

AVIEL Y. TANZER
Participant Name

___
Contact Person (if Participant is not an individual)

FloydTanzer@gmail.com
Email Address

47 Old Chimney Road
Address line 1

___
Address line 2

Upper Saddle River, N.J., 07458
City, State Zip Code

U.S.A.
Country

**Counsel Contact Information (if any)**

___
Firm Name (if applicable)

___
Contact Person

___
Email Address

___
Address line 1

___
Address line 2

___
City, State Zip Code

___
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: 74514LXG7

  (b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: /s/ Aviel Tanzer
Signature

AVIEL Y. TANZER
Print Name

___
Title (if Participant is not an Individual)

06-03-2019
Date

2

Aviel Y. Tanzer
47 Old Chimney Road
Upper Saddle River, NJ 07458



RECEIVED
2019 JUN -5
CLERK
U.S. D...

THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF P.R.
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| LEORA T. TANZER  <br>Participant Name | ———  <br>Firm Name (if applicable) |
| ———  <br>Contact Person (if Participant is not an individual) | Contact Person |
| FLoydTanzer@gmail.com  <br>Email Address | Email Address |
| 47 OLD CHIMNEY ROAD  <br>Address line 1 | Address line 1 |
| ———  <br>Address line 2 | Address line 2 |
| UPPER SADDLE RIVER, N.J., 07458  <br>City, State Zip Code | City, State Zip Code |
| U.S.A.  <br>Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

   **X** intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: 74514LXG7

   (b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: *[signature]*  
Signature

LEORA T. TANZER  
Print Name

———  
Title (if Participant is not an Individual)

06-03-2019  
Date

2

Leora T. Tanzer
47 Old Chimney Road
Upper Saddle River, NJ 07458



THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF P.R.
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

**Participant Name and Contact Information**

ARIELLA D. TANZER
Participant Name

———
Contact Person (if Participant is not an individual)

FLoydTanzer@gmail.com
Email Address

47 OLD CHIMNEY ROAD
Address line 1

———
Address line 2

UPPER SADDLE RIVER, N.J., 07458
City, State Zip Code

U.S.A.
Country

**Counsel Contact Information (if any)**

———
Firm Name (if applicable)

———
Contact Person

———
Email Address

———
Address line 1

———
Address line 2

———
City, State Zip Code

———
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: 74514LXG7

(b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: /s/ Ariella Tanzer
Signature

ARIELLA D. TANZER
Print Name

———
Title (if Participant is not an Individual)

06-03-2019
Date

RECEIVED 2019 JUN -5 PM 3:36

Ariella D. Tanzer
47 Old Chimney Road
Upper Saddle River, NJ 07458



THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF P.R.
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

**Participant Name and Contact Information**

SHOSHANAH D. TAWZEN
Participant Name

———
Contact Person (if Participant is not an individual)

FLoydTawzer@gmail.com
Email Address

47 Old Chimney Road
Address line 1

———
Address line 2

Upper Saddle River, N.J., 07458
City, State Zip Code

U.S.A.
Country

**Counsel Contact Information (if any)**

———
Firm Name (if applicable)

Contact Person

Email Address

Address line 1

Address line 2

City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

　　　__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　(a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: 74514LXG7

　　(b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _[signature]_
Signature

SHOSHANAH D. TAWZEN
Print Name

———
Title (if Participant is not an Individual)

06-03-2019
Date

2

Shoshanah D. Tanzer
47 Old Chimney Road
Upper Saddle River, NJ 07458

RECEIVED & FILED

2019 JUN -5 PM 3: ??

CLERK

THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF P.R.
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

Align top of FedEx Express® shipping label here.

RECEIVED & FILED

2019 JUN -5 PM 3: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ORIGIN ID:GMVA (551) 427-1062
FLOYD R TANZER
47 OLD CHIMNEY RD
UPPER SADDLE RIVER, NJ 07458 US
SIGN: FLOYD R TANZER

SHIP DATE: 03JUN19
ACTWGT: 1.00 LB
CAD: 006998593/SSFE2002

BILL CREDIT CARD
NO EEI 30.37(a)

TO CLERK
US DISTRICT COURT
150 CARLOS CHARDON AVE
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918                      (US)
(111) 111-1111         REF:
INV:
PO:                    DEPT:



FedEx Express

E

TRK# 7876 3513 5179
0430

WED - 05 JUN A5
INTL ** 2DAY **

SH SIGA

00918
PR-US  SJU



RT 713   1700   B
               5179
FZ       00   05Jun