# **EXHIBIT A**

**Schedule of Claims Subject to the Forty-Third Omnibus Objection**

## Forty-Third Omnibus Objection
### Exhibit A - Duplicate + Deficient + Incorrect Debtor

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | HANLEY, KATHLEEN<br>267 C. SIERRA MORENA S-127<br>SAN JUAN, PR 00926 | 5756 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $350,000.00 | Commonwealth of Puerto Rico | Secured | $155,000.00 |

Reason: Proof of claim purports to asserts liabilities of $155,000 against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico. Claimant also asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | HELD, GILBERT<br>4736 OXFORD ROAD<br>MACON, GA 31210 | 3223 | Puerto Rico Highways and Transportation Authority | Unsecured | $110,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $55,000.00 |
| | | | | | | Subtotal | | $80,000.00 |

Reason: Proof of claim purports to asserts liabilities of $80,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico for $25,000 and Puerto Rico Electric Power Authority for $55,000. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | JOSE O TORRES FRANCESCHINI, VIXMA I RODRIGUEZ MATINEZ<br>PO BOX 1305<br>YAUCO, PR 00698 | 19533 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Puerto Rico Electric Power Authority | 503(b)(9) | Undetermined* |

Reason: Proof of claim purports to asserts liabilities of an undetermined amount against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority. Claimant also asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ROBERT F AND LOUISE TRACEY JTWROS<br>35 STONEHEDGE ROAD<br>MILLINGTON, NJ 07946 | 3081 | Puerto Rico Highways and Transportation Authority | Unsecured | $140,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $45,000.00 |
| | | | | | | Subtotal | | $55,000.00 |

Reason: Proof of claim purports to asserts liabilities of $55,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico for $10,000 and Puerto Rico Electric Power Authority for $45,000. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | SCHMIDT RODRIGUEZ, AILEEN<br>S7-10 CALLE 6<br>VILLAS DE PARANA<br>SAN JUAN, PR 00926 | 17474 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $884,000.00 | Commonwealth of Puerto Rico | Secured | $55,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Forty-Third Omnibus Objection
### Exhibit A - Duplicate + Deficient + Incorrect Debtor

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | Reason: Proof of claim purports to asserts liabilities of $55,000 against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico. Claimant also asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | | | |
| 6 | STIER, AARON<br>1131 HARDING RD<br>ELIZABETH, NJ 07208 | 5530 | Puerto Rico Highways and Transportation Authority | Unsecured | $50,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |
| | Reason: Proof of claim purports to asserts liabilities of $10,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | | | |
| 7 | TICKER, PHYLLIS AND LARRY<br>58 ROMA ORCHARD ROAD<br>PEEKSKILL, NY 10566-4870 | 2015 | Puerto Rico Highways and Transportation Authority | Unsecured | $60,078.44 | Commonwealth of Puerto Rico | Unsecured | $41,357.33 |
| | Reason: Proof of claim purports to asserts liabilities of $41,357.33 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors. | | | | | | | |
| 8 | TORRES MOYA MD, ANGEL<br>URB MILLAVILLE<br>24 CALLE ACEROLA<br>SAN JUAN, PR 00926 | 27898 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $135,000.00 | Puerto Rico Electric Power Authority | Unsecured | $55,000.00 |
| | Reason: Proof of claim purports to asserts liabilities of $50,000 against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority. Claimant also asserts, in part, liabilities associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. | | | | | | | |