# ANEXO A

**Lista de reclamaciones sujetas a la Cuadragésima Tercera Objeción Colectiva**

## Cuadragésima Tercera Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | HANLEY, KATHLEEN<br>267 C. SIERRA MORENA S-127<br>SAN JUAN, PR 00926 | 5756 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $350,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $155,000.00 |
| | Base para: La evidencia de reclamación pretende plantear una obligación de $155,000 contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III. ||||||||
| 2 | HELD, GILBERT<br>4736 OXFORD ROAD<br>MACON, GA 31210 | 3223 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $110,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $55,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |
| | | | | | | | Subtotal | $80,000.00 |
| | Base para: La evidencia de reclamación pretende plantear una obligación de $80,000 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico y sobre la Autoridad de Energía Eléctrica de Puerto Rico por las sumas de $25,000 y $55,000, respectivamente. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra la HTA, fundada en bonos emitidos por otro de los Deudores. ||||||||
| 3 | JOSE O TORRES FRANCESCHINI, VIXMA I RODRIGUEZ MATINEZ<br>PO BOX 1305<br>YAUCO, PR 00698 | 19533 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | Indeterminado* |
| | Base para: La evidencia de reclamación pretende reclamar obligaciones por un monto indeterminado contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III. ||||||||

**Cuadragésima Tercera Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | ROBERT F AND LOUISE TRACEY JTWROS<br>35 STONEHEDGE ROAD<br>MILLINGTON, NJ 07946 | 3081 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $140,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $45,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |
| | | | | | | | Subtotal | $55,000.00 |

Base para: La evidencia de reclamación pretende plantear una obligación de $55,000 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico y sobre la Autoridad de Energía Eléctrica de Puerto Rico por las sumas de $10,000 y $45,000, respectivamente. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | SCHMIDT RODRIGUEZ, AILEEN<br>S7-10 CALLE 6<br>VILLAS DE PARANA<br>SAN JUAN, PR 00926 | 17474 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $884,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $55,000.00 |

Base para: La evidencia de reclamación pretende plantear una obligación de $55,000 contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | STIER, AARON<br>1131 HARDING RD<br>ELIZABETH, NJ 07208 | 5530 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $50,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |

Base para: La evidencia de reclamación pretende plantear una obligación de $10,000 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | TICKER, PHYLLIS AND LARRY<br>58 ROMA ORCHARD ROAD<br>PEEKSKILL, NY 10566-4870 | 2015 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $60,078.44 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $41,357.33 |

Base para: La evidencia de reclamación pretende plantear una obligación de $41,357.33 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra la HTA, fundada en bonos emitidos por otro de los Deudores.

**Cuadragésima Tercera Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | TORRES MOYA MD, ANGEL URB MILLAVILLE 24 CALLE ACEROLA SAN JUAN, PR 00926 | 27898 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $135,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $55,000.00 |

Base para: La evidencia de reclamación pretende plantear una obligación de $50,000 contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de Reclamación Maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores.