# **EXHIBIT B**

**Declaration of Jay Herriman**

<table>
<tr><td>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

</td></tr>
</table>

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA and ERS.** |

**DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE FORTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE, DEFICIENT, AND INCORRECT DEBTOR CLAIMS**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for HTA and ERS.

3. I submit this declaration in support of the *Forty-Third Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate, Deficient, and Incorrect Debtor Claims* (the "Forty-Third Omnibus Objection").[3] I have personally reviewed the Forty-Third Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Forty-Third Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Forty-Third Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be partially disallowed and partially reclassified, as identified in Exhibit A to the Forty-Third Omnibus Objection.

5. First, to the best of my knowledge, information, and belief, a portion of each of the claims identified in the column titled "Asserted" in Exhibit A to the Forty-Third Omnibus Objection (collectively, the "Duplicate, Deficient, and Incorrect Debtor Claims") identifies as

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Forty-Third Omnibus Objection.

obligor HTA or ERS when the claim is properly asserted, if at all, against the Commonwealth and/or PREPA. Some of the Duplicate, Deficient, and Incorrect Debtor Claims state in the proof of claim or supporting documentation that the asserted liability appropriately lies, if at all, with the Commonwealth and/or PREPA, while other Duplicate, Deficient, and Incorrect Debtor Claims should be asserted against the Commonwealth and/or PREPA, if at all, based upon the Debtors' review of the names and CUSIP information provided for the bonds at issue. Accordingly, for one or more of these reasons, the Duplicate, Deficient, and Incorrect Debtor Claims should be partially reclassified to be asserted against the Commonwealth and/or PREPA, as identified in the column titled "Corrected," in **Exhibit A** to the Forty-Third Omnibus Objection.

6. Additionally, to the best of my knowledge, information, and belief, another portion of each of the Duplicate, Deficient, and Incorrect Debtor Claims asserts liabilities associated with one or more bonds issued by HTA or ERS that is duplicative of one or more of the Master Proofs of Claim filed in the Title III Cases by the fiscal agent or trustee for such bonds pursuant to the Bar Date Orders. Accordingly, to prevent multiple recoveries by the claimants, HTA and ERS request that this portion of the Duplicate, Deficient, and Incorrect Debtor Claims be disallowed.

7. Further, to the best of my knowledge, information, and belief, yet another portion of each of Duplicate, Deficient, and Incorrect Debtor Claims failed to provide a basis for purporting to assert a claim against HTA or ERS. Some of the Duplicate, Deficient, and Incorrect Debtor Claims purport to assert liabilities associated with mutual funds, bonds issued by COFINA, and/or bonds issued by another entity that is not one of the Debtors, and failed to explain how or why these bonds that were not issued by HTA or ERS provided a basis for asserting a claim against HTA or ERS. Other Duplicate, Deficient, and Incorrect Debtor Claims failed to provide sufficient information for the Debtors to determine the bond issuer(s) or amount of the bond(s) at issue.

3

Because of one or more of these failures, the Debtors are unable to determine the validity of this portion of each of the Duplicate, Deficient, and Incorrect Debtor Claims.

8. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Forty-Third Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of HTA, ERS, and their creditors.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 6, 2019

By: */s/* Jay Herriman
Jay Herriman

4

# **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                        Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde a la HTA y el ERS** |

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA CUADRAGÉSIMA TERCERA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DUPLICADAS, DEFICIENTES Y CONTRA EL DEUDOR INCORRECTO**

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States' Code, U.S.C.) § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es verdadero y exacto según mi leal saber y entender:

1.        Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los Deudores iniciados de conformidad con *la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2. En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso conciliación de reclamaciones y de objeciones en los casos de los Deudores presentados al amparo de la ley PROMESA. El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal de la HTA y del ERS.

3. Presento esta declaración en respaldo de la *Cuadragésima Tercera Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto* (la "Cuadragésima Tercera Objeción Colectiva").[3] También he revisado personalmente la Cuadragésima Tercera Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4. Como preparación para la presentación de la Cuadragésima Tercera Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Cuadragésima Tercera Objeción Colectiva fue revisada y analizada detenidamente de buena fe por

---

[2] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

[3] Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Cuadragésima Tercera Objeción Colectiva.

2

el personal adecuado mediante los procedimientos de diligencia debida. Producto de estos esfuerzos, se han identificado las reclamaciones a ser parcialmente desestimadas y parcialmente reclasificadas, que se enumeran en el Anexo A a la Cuadragésima Tercera Objeción Colectiva.

5. En primer lugar, a mi leal saber y entender, una parte de cada una de las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Cuadragésima Tercera Objeción Colectiva (en conjunto, las "Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto") identifica a la HTA o el ERS como deudores, cuando la reclamación está correctamente presentada, en todo caso, contra el Estado Libre Asociado y/o PREPA. En la evidencia de reclamación o la documentación de respaldo, algunas de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto indican que la obligación invocada recae apropiadamente, en todo caso, en el Estado Libre Asociado y/o PREPA, mientras que otras Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto deben presentarse contra el Estado Libre Asociado y/o PREPA, en todo caso, en función del examen efectuado por los Deudores de los nombres y la información CUSIP aportada para los bonos en cuestión. En consecuencia, debido a una o más de las razones citadas, las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto deben reclasificarse parcialmente para presentarse contra el Estado Libre Asociado y/o PREPA, como se identifica en la columna "Corregido" del **Anexo A** a la Cuadragésima Tercera Objeción Colectiva.

6. Asimismo, a mi leal saber y entender, otra parte de cada una de las Reclamaciones Duplicadas, Deficientes y contra del Deudor Incorrecto invoca obligaciones asociadas a uno o más bonos emitidos por la HTA o el ERS que es un duplicado de una o más de las evidencias de reclamaciones maestras presentadas en los Casos iniciados al amparo del Título III por parte del agente fiscal o el fiduciario de tales bonos, de conformidad con las Resoluciones que Fijan Fechas

Límite. En consecuencia, para evitar múltiples indemnizaciones de parte de los demandantes, la HTA y el ERS solicitan que esta porción de las Reclamaciones Duplicadas, Deficientes y contra del Deudor Incorrecto sea desestimada.

7. Además, a mi leal saber y entender, existe otra parte de cada una de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto que no aporta los fundamentos para pretender presentar una reclamación contra la HTA o el ERS. Algunas de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto pretenden invocar obligaciones asociadas a fondos mutuos, bonos emitidos por COFINA y/o bonos emitidos por otra entidad que no es ninguno de los Deudores, y no explica cómo o por qué estos bonos que no fueron emitidos por la HTA o el ERS aportan fundamentos para presentar una reclamación contra la HTA o el ERS. Otras Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto omiten presentar información suficiente para que los Deudores determinen quién es el o los emisores de los bonos o el monto del/de los bonos en cuestión. Debido a una o más de estas fallas, los Deudores no están en condiciones de determinar la validez de esta parte de cada una de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto.

8. En función de lo antedicho, y a mi leal saber y entender, la información incluida en la Cuadragésima Tercera Objeción Colectiva y los anexos a la misma es verdadera y correcta, y el remedio allí solicitado es beneficioso para la HTA, el ERS y sus acreedores.

9. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo expresado precedentemente es verdadero y correcto según mi leal saber y entender.

Fecha: 6 de junio de 2019

                                                      Por: *Firma en la versión en inglés*
                                                                Jay Herriman

4