# **EXHIBIT D**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA and ERS.** |

**ORDER GRANTING FORTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE, DEFICIENT, AND INCORRECT DEBTOR CLAIMS**

Upon the *Forty-Third Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate, Deficient, and Incorrect Debtor Claims* ("Forty-Third Omnibus Objection")[2] of the Puerto Rico Highways and Transportation Authority ("HTA") and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated June 6, 2019, for entry of an order disallowing in their entirety certain claims filed against

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Forty-Third Omnibus Objection.

HTA or ERS, as more fully set forth in the Forty-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Forty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Forty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Forty-Third Omnibus Objection (collectively, the "Duplicate, Deficient, and Incorrect Debtor Claims") being partially duplicative, partially deficient, and partially filed in the wrong case; and the Court having determined that the relief sought in the Forty-Third Omnibus Objection is in the best interest of HTA and ERS, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Forty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Forty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Forty-Third Omnibus Objection are hereby reclassified in part to be claims asserted against another of the Debtors, as set forth in the column titled "Corrected" in Exhibit A to the Forty-Third Omnibus Objection; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed, in the official claims register in the Title III cases, to move the portions of each of the Duplicate, Deficient, and Incorrect Debtor

2

Claims from the HTA Title III Case or ERS Title III Case, to the Title III case(s) for the Commonwealth and/or PREPA, as identified in the column titled "Corrected" in <u>Exhibit A</u> to the Forty-Third Omnibus Objection; and it is further

ORDERED that, to the extent that the Duplicate, Deficient, and Incorrect Debtor Claims, are deficient or duplicative, such portions of the claims are hereby disallowed; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the disallowed portions of the Duplicate, Deficient, and Incorrect Debtor Claims from the official claims register in the HTA Title III Case and ERS Title III Case, as applicable; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                        Honorable Judge Laura Taylor Swain
                                        United States District Judge

# **ANEXO D**

**Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>       como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                             Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde a la HTA y el ERS** |

**UNA ORDEN QUE HACE LUGAR A LA CUADRAGÉSIMA TERCERA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMAIONES DUPLICADAS, DEFICIENTES Y CONTRA EL DEUDOR INCORRECTO**

En virtud de la *Cuadragésima Tercera Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto* ("Cuadragésima Tercera Objeción Colectiva") [2] presentadas por la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") y el Sistema

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

[2] Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Cuadragésima Tercera Objeción Colectiva.

de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS), con fecha 6 de junio de 2019, para que se dicte una orden que desestime por completo algunas reclamaciones presentadas contra la HTA o el ERS, como se explica con mayor detalle en la Cuadragésima Tercera Objeción Colectiva y los anexos que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Cuadragésima Tercera Objeción Colectiva y conceder el remedio allí solicitado de conformidad con la sección 306(a) de la ley PROMESA; y la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Cuadragésima Tercera Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones identificadas en el Anexo A a la Cuadragésima Tercera Objeción Colectiva (en conjunto, las "Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto") son en parte un duplicado, parcialmente deficiente, y parcialmente presentado en el caso equivocado; y habiendo el Tribunal determinado que el remedio solicitado en la Cuadragésima Tercera Objeción Colectiva favorece a la HTA y al ERS, sus acreedores y a todas las partes interesadas; y habiendo determinado el Tribunal que los fundamentos jurídicos y fácticos expuestos en la Cuadragésima Tercera Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE HACER LUGAR a la Cuadragésima Tercera Objeción Colectiva tal como aquí se expone; además, se

DISPONE que las reclamaciones identificadas como "Formuladas" en el Anexo A a la Cuadragésima Tercera Objeción Colectiva quedan por este medio reclasificadas en parte como reclamaciones presentadas contra otro de los Deudores, como se indica en la columna "Corregido" del Anexo A a la Cuadragésima Tercera Objeción Colectiva; y además se

2

DISPONE hacer reserva del derecho de los Deudores a objetar las Reclamaciones Reclasificadas; y asimismo se

DISPONE que Prime Clerk, LLC, queda autorizada y se le pide que transfiera del registro oficial de reclamaciones de los Casos iniciados al amparo del Título III, las partes de cada una de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto de los Casos de la HTA y del ERS iniciados al amparo del Título III, respectivamente, a el/los casos del Estado Libre Asociado y/o PREPA iniciados al amparo del Título III, tal como se indica en la columna "Corregido" del Anexo A a la Cuadragésima Tercera Objeción Colectiva; y asimismo, se

DISPONE que, en la medida en que las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto sean deficientes o duplicados, dichas partes de las reclamaciones queden por este medio desestimadas; y asimismo se

DISPONE que Prime Clerk LLC, queda autorizada y se le ordena que elimine las partes desestimadas de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto del registro oficial de reclamaciones del Caso de la HTA iniciado al amparo del Título III y del Caso del ERS iniciado al amparo del Título III, según corresponda; además se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

　　　　　　　　　　　　　　　　　　　　Honorable Jueza Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　Jueza de Distrito de los Estados Unidos

3