UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
                                                                            :

In re:                                                                 :

THE FINANCIAL OVERSIGHT AND            :     PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :     Title III
                                                                :
         as representative of                        :     Case No. 17-BK-3283 (LTS)
                                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.,*     :     (Jointly Administered)
                                                                   :
         Debtors.[1]                                       :
---------------------------------------------------------------------- X

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH
ITS SPECIAL CLAIMS COMMITTEE, REGARDING ORDER ON
PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION
OF THE JUNE 12-13, 2019 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain and the Honorable Judith G. Dein, United States Magistrate Judge:

       1.       The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Commonwealth"), acting through its Special Claims Committee (the "Special Claims Committee"), hereby submits this informative motion in response to the *Court's Order Regarding Procedures for Attendance, Participation and Observation of June 12-13, 2019 Hearing* [ECF No. 7196] (the "Order").

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Edward S. Weisfelner, Esq. and/or Sunni P. Beville, Esq. of Brown Rudnick LLP will appear on behalf of the Special Claims Committee by videoconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY to address, as necessary, the following matters:

a) *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds* [Docket No. 6857] (the "Motion to Extend Service and Stay – GO Bonds");

b) *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings [Adv. Nos. 19-362, 19-363, 19-364, 19-365] Relating to Certain HTA Bonds* [Docket No. 7060] (the "Motion to Extend Service and Stay – HTA Bonds");

c) *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, Acting through its Special Claims Committee, to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain ERS Bonds* [Docket No. 7061] (the "Motion to Extend Service and Stay – ERS Bonds";

d) *First Interim Application of Brown Rudnick LLP, Claims Counsel to the Financial Oversight and management Board, Acting through its Special Claims Committee, for Professional Compensation and Reimbursement of Expenses for the Fifth*

*Interim Fee Period from November 28, 2019 through January 31, 2019* [Docket No. 5705] ("Brown Rudnick's First Interim Fee Application");

e) Any objections, responses, statements, joinders, or replies to the (i) Motion to Extend Service and Stay – GO Bonds, (ii) Motion to Extend Service and Stay – HTA Bonds, (iii) Motion to Extend Service and Stay – ERS Bonds, and (iv) Brown Rudnick's First Interim Fee Application (collectively, the "Motions"), including, but not limited to, the Motions, and any other related motions or responsive pleadings filed in connection with those matters; and

f) Any other matters scheduled for the Hearing or statements made by any party in connection with the Title III cases, objections or any adversary proceeding pending therein.

3. Alberto G. Estrella, Esq. and Kenneth C. Suria, Esq. of Estrella LLC may also be attending the Hearing on behalf of the Special Claims Committee by telephone or in person in Courtroom 3 at the United States District Court for the District of Puerto Rico, Clemente Nazario Courthouse, 150 Carlos Chardón Street, San Juan, PR 00918-1767.

4. In addition, Tristan G. Axelrod, Esq. of Brown Rudnick LLP may also be attending the Hearing, on behalf of the Special Claims Committee, by telephone via Court Solutions.

[*The balance of this page is intentionally blank*]

WHEREFORE, the Oversight Board respectfully requests that the Court take notice of the foregoing.

Dated: June 6, 2019 /s/ Edward S. Weisfelner

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

/s/ Alberto Estrella

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*