# **EXHIBIT A**

**Schedule of Claims Subject to the Forty-Fourth Omnibus Objection**

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALEMAN, MANUEL RIOS<br>VILLAS SAN AGUSTIN<br>H-2, # 6 ST.<br>BAYAMON, PR 00959-2047 | 77 | Commonwealth of Puerto Rico | $ 20,000.00 | Puerto Rico Electric Power Authority | $20,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 2 | ALVAREZ PADIN, LUIS N.<br>PO BOX 30121<br>SAN JUAN, PA 00929 | 4635 | Commonwealth of Puerto Rico | $ 150,000.00 | Puerto Rico Electric Power Authority | $150,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 3 | ATRA ROMERO, TEOFILO<br>PO. BOX 845<br>QUEBRADILLAS, PR 00678 | 2409 | Commonwealth of Puerto Rico | $ 9,063.40 | Puerto Rico Electric Power Authority | $9,063.40 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 4 | BAHNIK, ROGER L<br>50 COVE RD<br>OYSTER BAY, NY 11771 | 8883 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 5 | BEVAN, J THOMAS<br>526 19TH STREET<br>SANTA MONICA, CA 90402 | 1594 | Commonwealth of Puerto Rico | $ 60,000.00 | Puerto Rico Electric Power Authority | $60,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 6 | BHATIA, ANDRES W.<br>4313 SW 102ND TERRACE<br>GAINESVILLE, FL 32608-7131 | 12871 | Commonwealth of Puerto Rico | $ 50,000.00* | Puerto Rico Electric Power Authority | $50,000.00* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 7 | COLON CHEVERE, DIEGO<br>HATO VIEJO CUMBRE BOX 4109<br>CIALES, PR 00638-2703 | 155846 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 4,943.55 | Puerto Rico Electric Power Authority | $4,943.55 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | COLON LOPEZ, CRISTOBAL<br>PO BOX 8047<br>PONCE, PR 00732 | 54965 | Commonwealth of Puerto Rico | $ 669.00 | Puerto Rico Electric Power Authority | $669.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 9 | COLON TORRES, ENID<br>URB. VILLA JAUCA A13<br>SANTA ISABEL, PR 00757 | 138169 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 10 | COLON TORRES, MANUEL<br>URB. VILLA JAUCA A13<br>SANTA ISABEL, PR 00757 | 133030 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 11 | COLORADO VEGA, SANDRA M.<br>LUIS VIGOREAUX 1019<br>DORAL PLAZA 9H<br>GUAYNABO, PR 00966 | 2435 | Commonwealth of Puerto Rico | $ 3,854.16 | Puerto Rico Electric Power Authority | $3,854.16 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 12 | CONNER, JOHN H.<br>1825 LAKE SHORE DRIVE<br>COLUMBUS, OH 43204 | 3983 | Commonwealth of Puerto Rico | $ 25,000.00 | Puerto Rico Electric Power Authority | $25,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 13 | COOPERATIVA DE A/C AIBONITENA<br>100 CALLE JOSE C VAZQUEZ<br>AIBONITO, PR 00705 | 29669 | Commonwealth of Puerto Rico | $ 1,599,276.05 | Puerto Rico Electric Power Authority | $1,599,276.05 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 14 | COOPERATIVA DE A/C CAMUY<br>300 BALTAZAR JIMENEZ MENDEZ<br>CAMUY, PR 00627 | 25577 | Commonwealth of Puerto Rico | $ 1,019,833.32 | Puerto Rico Electric Power Authority | $1,019,833.32 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>CORAZAL, PR 00783-0102 | 26079 | Commonwealth of Puerto Rico | $1,029,166.69 | Puerto Rico Electric Power Authority | $1,029,166.69 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 16 | COOPERATIVA DE A/C SAULO D RODRIGUEZ<br>GURA-COOP<br>PO BOX 678<br>GURABO, PR 00778 | 25317 | Commonwealth of Puerto Rico | $509,000.00 | Puerto Rico Electric Power Authority | $509,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 17 | CRESCIONI ALERS, NANCY<br>268 CALLE DE LA LUNA<br>SAN JUAN, PR 00901-1418 | 20595 | Commonwealth of Puerto Rico | $153,750.00 | Puerto Rico Electric Power Authority | $153,750.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 18 | CRUZ LEBRON, JESUS J.<br>URB. JARDINES DE GUNMAM CALLE 3 D-13<br>GUAYAMA, PR00784 | 52895 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 19 | DE CAMARA, DONALD<br>1241 CARLSBAD VILLAGE DR., STE. E<br>CARLSBAD, CA 92008 | 544 | Commonwealth of Puerto Rico | $32,639.00 | Puerto Rico Electric Power Authority | $32,639.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 20 | DONATO CARRASQUILLO, EDILBERTO<br>HC 04 BOX 7250<br>YABUCOA, PR 00767 | 4614 | Commonwealth of Puerto Rico | $100,000.00 | Puerto Rico Electric Power Authority | $100,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 21 | FRANCO, MARISOL<br>URB. SUCHVILLE, CALLE PRINCIPAL #9<br>GUAYNABO, PR 00966 | 12879 | Commonwealth of Puerto Rico | $35,000.00 | Puerto Rico Electric Power Authority | $35,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | GARY R ANDERSON TRUST U/A10/25/10<br>GARY R ANDERSON, TRUSTEE<br>PO BOX 444<br>NEW LONDON, NH 03257 | 5593 | Commonwealth of Puerto Rico | $ 160,000.00 | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | $55,000.00<br>$105,000.00<br>$160,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |
| 23 | GILMARTIN, CAROL<br>2 HURON ST. 1ST FL<br>GLEN HEAD, NY 11545 | 14721 | Commonwealth of Puerto Rico | $ 45,000.00 | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | $20,000.00<br>$25,000.00<br>$45,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |
| 24 | GOODMAN, CAROLIINE<br>175 VIERA DRIVE<br>PALM BEACH GARDENS, FL 33418 | 1046 | Commonwealth of Puerto Rico | $ 5,000.00 | Puerto Rico Electric Power Authority | $5,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 25 | GREENBERG, PHILLIP H<br>1408 VAZAR PLACE<br>FLORENCE, SC 29501 | 10483 | Commonwealth of Puerto Rico | $ 50,199.50 | Puerto Rico Electric Power Authority | $50,199.50 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 26 | GREGORY B MURRAY ANNETTE M MURRAY JT<br>TEN<br>623 LINCOLN DRIVE<br>DUBOIS, PA 15801 | 12569 | Commonwealth of Puerto Rico | $ 49,851.25 | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | $39,851.25<br>$10,000.00<br>$49,851.25 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |
| 27 | HOPES, JAMES J<br>1841 JESSICA COURT<br>WINTER PARK, FL 23789 | 1108 | Commonwealth of Puerto Rico | $ 25,000.00 | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | $5,000.00<br>$20,000.00<br>$25,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | HOPES, JAMES J<br>1841 JESSICA COURT<br>WINTER PARK, FL 32789 | 1010 | Commonwealth of Puerto Rico | $ 20,000.00* | Puerto Rico Electric Power Authority | $20,000.00* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 29 | INCOPERO, VINCENT J.<br>PO BOX 146<br>ELMHURST, IL 60126 | 3110 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 30 | IRIZARRY COLLAZO, ELVIN JOSUE<br>ESTANCIAS DEL BOSQUE APT 142<br>TRUJILLO ALTO, PR 00976 | 11691 | Commonwealth of Puerto Rico | $ 19,837.39 | Puerto Rico Electric Power Authority | $19,837.39 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 31 | IRVIN F CHRISTENSEN AND KIM CHRISTENSEN JTWROS<br>670 E PIONEER<br>SODA SPRINGS, ID 82276-1347 | 2976 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 32 | JAL OUTLET, INC.<br>JOSE LUGO LUGO- FIDEICOMISO LUGO RIVERA<br>PO BOX 9<br>HORMIGUEROS, PR 00660 | 36205 | Commonwealth of Puerto Rico | $ 165,000.00 | Puerto Rico Electric Power Authority | $165,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 33 | JOEL R KORNSPAN & HANA KORNSPAN JTWROS<br>29 EASTON CT.<br>LAWRENCEVILLE, NJ 08648-1475 | 2887 | Commonwealth of Puerto Rico | Undetermined* | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | Undetermined*<br>Undetermined*<br>Undetermined * |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | JOHNSON, WARD<br>9091 N. FIELDING RD<br>BAYSIDE, WI 53217 | 7266 | Commonwealth of Puerto Rico | $ 50,000.00* | Puerto Rico Electric Power Authority | $50,000.00* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 35 | JOHNSON, WARD<br>9091 N FIELDING RD<br>BAYSIDE, WI 53217 | 7990 | Commonwealth of Puerto Rico | $ 100,000.00 | Puerto Rico Electric Power Authority | $100,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 36 | JONATHAN D. RUBIN TTEE<br>371 MAPLEWOOD AVENUE<br>MERION STATION, PA 19066-1011 | 19793 | Commonwealth of Puerto Rico | $ 50,000.00 | Puerto Rico Electric Power Authority | $50,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 37 | KEMP, STEWART W.<br>81 LOTHROP STREET<br>BEVERLY, MA 01915 | 84664 | Commonwealth of Puerto Rico | $ 285,000.00* | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | $235,000.00*<br>$50,000.00*<br>$285,000.00* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |
| 38 | KORNSPAN, HANA<br>29 EASTON CT<br>LAWRENCEVILLE, NJ 08648-1475 | 2888 | Commonwealth of Puerto Rico | Undetermined* | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | Undetermined*<br>Undetermined*<br>Undetermined * |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |
| 39 | LAGATTUTA, DANIEL<br>78 BROOKS ROAD<br>NEW CANAAN, CT 06840 | 48382 | Commonwealth of Puerto Rico | $ 32,897.00 | Puerto Rico Electric Power Authority | $32,897.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | LCDO JOZE FRANCIS SANTOS<br>P.O BOX 29565<br>SAN JUAN, PR 00929 | 27767 | Commonwealth of Puerto Rico | $300,000.00* | Puerto Rico Electric Power Authority | $300,000.00* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 41 | LEAH WORTHAM & ERIC HIRSCHHORN<br>3204 FARMINGTON DRIVE<br>CHEVY CHASE, MD 20815-4827 | 924 | Commonwealth of Puerto Rico | $12,925.00* | Puerto Rico Electric Power Authority | $12,925.00* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 42 | LEE MOUNTCASTLE AND INGEBORG MOUNTCASTLE JT TEN<br>P O BOX 90327<br>NASHVILLE, TN 37209-0327 | 8698 | Commonwealth of Puerto Rico | Undetermined* | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | Undetermined*<br>Undetermined*<br>Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |
| 43 | LEEDS, WINIFRED<br>220 S.18TH ST.<br>SAN JOSE, CA 95116 | 10815 | Commonwealth of Puerto Rico | $25,000.00 | Puerto Rico Electric Power Authority | $25,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 44 | MALCHESKY, VICTOR<br>27321 N. 91ST DR.<br>PEORIA, AZ 85383 | 859 | Commonwealth of Puerto Rico | $15,000.00 | Puerto Rico Electric Power Authority | $15,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 45 | MALIN, DOUGLAS H.<br>15622 SPRING MEADOW LANE<br>GRANGER, IN 46530 | 10818 | Commonwealth of Puerto Rico | $462.50 | Puerto Rico Electric Power Authority | $462.50 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 46 | MARILYN GOLDSTEIN TTE<br>371 LONESOME TRAIL<br>WATERBURY, VT 05676 | 2224 | Commonwealth of Puerto Rico | $10,000.00 | Puerto Rico Electric Power Authority | $10,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | MERCADO PACHECO, HECTOR L<br>URB STARLIGHT<br>3323 CALLE GALAXIA<br>PONCE, PR 00717 | 6561 | Commonwealth of Puerto Rico | $ 86,176.45 | Puerto Rico Electric Power Authority | $172,352.90 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 48 | MINICHINO JTWROS, CARMINE V AND REGINA<br>31 FRANK CT<br>BROOKLYN, NY 11229-6408 | 12024 | Commonwealth of Puerto Rico | $ 1,545,768.07* | Puerto Rico Electric Power Authority | $1,545,768.07* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 49 | MONY LIFE INSURANCE COMPANY OF AMERICA<br>LAURA WHITNEY, CIRCULATION OF RISK<br>525 WASHINGTON BLVD<br>35TH FLOOR<br>JERSEY CITY, NJ 07310 | 36132 | Commonwealth of Puerto Rico | $ 790,000.00 | Puerto Rico Electric Power Authority | $790,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 50 | OLIAN, MARSHA<br>4892 DENARO DRIVE<br>LAS VEGAS, NV 89135 | 3830 | Commonwealth of Puerto Rico | Undetermined* | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | Undetermined*<br>Undetermined*<br>Undetermined * |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |
| 51 | PATOUNAS, ANN<br>14051 HERMOSILLO WAY<br>POWAY, CA 92064 | 2972 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 52 | PAUTA, CORINA<br>240 LOCUST AVE<br>LOCUST, NJ 07760 | 1436 | Commonwealth of Puerto Rico | $ 20,000.00 | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | $10,000.00<br>$10,000.00<br>$20,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | PILCHER, MARK L. AND LESLIE MANNON<br>4195 FALLSBRAE ROAD<br>FALLBROOK, CA 92028 | 4484 | Commonwealth of Puerto Rico | $ 50,000.00 | Puerto Rico Electric Power Authority | $50,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 54 | PLAYA INDIA SE<br>2019 ALBIZU CAMPOS<br>AGUADILLA, PR 00603 | 41258 | Commonwealth of Puerto Rico | $ 100,000.00 | Puerto Rico Electric Power Authority | $100,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 55 | PUJALS RODRIGUEZ, MARTA N.<br>ESTANCIAS DEL GOLF CLUB #534<br>CALLE WITO MORALES<br>PONCE, PR 00731 | 3112 | Commonwealth of Puerto Rico | $ 6,026.43 | Puerto Rico Electric Power Authority | $6,026.43 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 56 | QUALITY FOR BUSINESS SUCC<br>ROYAL BANK CENTER SUITE 1210<br>255 AVE PONCE DE LEON<br>HATO REY, PR 00917 | 2828 | Commonwealth of Puerto Rico | $ 28,700.00 | Puerto Rico Electric Power Authority | $28,700.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 57 | RAND, MARY ANN<br>4817 GLEN VALLEY DRIVE<br>LITTLE ROCK, AR 72223 | 1283 | Commonwealth of Puerto Rico | $ 30,000.00 | Puerto Rico Electric Power Authority | $30,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 58 | RAYMOND SCULLY TRUST UAD 11/16/94<br>BRIAN SCULLY AND MONA SCULLY-SMITH<br>TTEES AMD 08/29/08<br>135 NORTH STREET<br>MIDDLEBURY, CT 06762 | 9135 | Commonwealth of Puerto Rico | Undetermined* | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br>Total: | Undetermined*<br>Undetermined*<br>Undetermined * |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | RICHTER, SUSAN L<br>505 EAST 79TH ST - 19E<br>NEW YORK, NY 10075 | 5043 | Commonwealth of Puerto Rico | Undetermined* | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br><br>Total: | Undetermined*<br>Undetermined*<br><br>Undetermined * |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | RIESTRA FERNANDEZ, MIGUEL<br>675 CALLE SERGIO CUEVAS BUSTAMANTE<br>APT 2001 TORRE DEL CARDENAL<br>SAN JUAN, PR 00918 | 46196 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | RIESTRA FERNANDEZ, MIGUEL A.<br>COND TORRE DEL CARDENAL<br>675 CALLE BUSTAMANTE, APT. PH17<br>SAN JUAN, PR 00918-4090 | 10490 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | RILEY, SARAH E.<br>143 WHIPOORWILL DRIVE<br>RUSSELLVILLE, KY 42276 | 3061 | Commonwealth of Puerto Rico | $ 30,000.00 | Puerto Rico Electric Power Authority | $30,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 63 | RODRIGUEZ IRIZARRV, LUIS D.<br>URB. MONTE ELENA CALLE DALIA 308<br>DORADO, PR 00646 | 2369 | Commonwealth of Puerto Rico | $ 5,445.07 | Puerto Rico Electric Power Authority | $5,445.07 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 64 | ROMERO MENDEZ, MARANGELI<br>203 CALLE WESER<br>URB. BRISAS DEL PRADO<br>JUNCOS, PR 00777 | 75971 | Commonwealth of Puerto Rico | $ 124.38 | Puerto Rico Electric Power Authority | $248.76 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 65 | ROSA MARTINEZ, AGAPITO<br>URB. GRAN VISTA 2<br>9 PLAZA 1<br>GURABO, PR 00778-5053 | 34182 | Commonwealth of Puerto Rico | $540.39 | Puerto Rico Electric Power Authority | $1,080.78 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 66 | ROSARIO DIAZ, ANA M.<br>HC-1 BOX 4569<br>NAGUABO, PR 00718 | 103545 | Commonwealth of Puerto Rico | $5,000.00 | Puerto Rico Electric Power Authority | $5,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 67 | RUSSELL, WILLIAM J.<br>1443 CREEKSIDE CT<br>VIENNA, VA 22182 | 6116 | Commonwealth of Puerto Rico | $10,000.00 | Puerto Rico Electric Power Authority | $10,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 68 | RYBAK, VIOLET<br>51 MARRION ST<br>CLIFTON, NJ 07013 | 1279 | Puerto Rico Highways and Transportation Authority | $20,320.00 | Puerto Rico Electric Power Authority | $20,320.00 |
| | Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 69 | SANTIAGO MORALES, LOURDES<br>BO. SUSUA<br>CALLE ALGARROBO #28 A<br>SABANA GRANDE, PR 00637 | 34369 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 70 | SANTIAGO SANCHEZ, NORBERTO<br>RR 2 BOX 3830<br>ANASCO, PR 00610 | 39218 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 71 | SCHLOSSER, MARTIN<br>BRESLAUERSTRASSE 48<br>ROSBACH 61191<br>GERMANY | 13474 | Commonwealth of Puerto Rico | $73,500.00 | Puerto Rico Electric Power Authority | $73,500.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 72 | STEWART TITLE GUARANTY CO MASTER<br>C/O FINANCIAL RECOVERY TECHNOLOGIES<br>ATTN: ROB ADLER, PRESIDENT<br>200 RIVERS EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 91653 | Commonwealth of Puerto Rico | $ 600,000.00 | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br><br>Total: | $475,000.00<br>$125,000.00<br><br>$600,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |
| 73 | STRUTYNSKI, STEPHEN J.<br>1129 SCHOOLHOUSE ROAD<br>POTTSTOWN, PA 19465 | 15363 | Commonwealth of Puerto Rico | $ 10,000.00 | Puerto Rico Electric Power Authority | $10,000.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 74 | SUCESION JUAN LLOMPART<br>EXT VILLA CAPARRA<br>D22 CALLE ROMA<br>GUAYNABO, PR 00966 | 22320 | Commonwealth of Puerto Rico | $ 149,656.85* | Commonwealth of Puerto Rico<br>Puerto Rico Electric Power Authority<br><br>Total: | $111,031.85*<br>$38,625.00*<br><br>$149,656.85* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | |
| 75 | TORRES CINTRON, LUIS A.<br>HC 01 BOX 5349<br>VILLALBA, PR 00766-9863 | 150057 | Commonwealth of Puerto Rico | Undetermined* | Puerto Rico Electric Power Authority | Undetermined* |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 76 | VIDAL PAGÁN, PEDRO E<br>CERRO REAL M-5<br>GUAYNABO, PR 00969 | 19189 | Commonwealth of Puerto Rico | $ 82,800.00 | Puerto Rico Electric Power Authority | $82,800.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 77 | WANDA WIIG Y ALBERTO COLON<br>141 BENTON RD<br>MORRIS, CT 06763 | 11609 | Commonwealth of Puerto Rico | $ 108.00 | Puerto Rico Electric Power Authority | $216.00 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Forty-Fourth Omnibus Objection
### Exhibit A - Incorrect debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | WOO, JAMES T & GRACE Y<br>PO BOX 379<br>NEW VERNON, NJ 07976 | 5186 | Puerto Rico Highways and Transportation Authority | $ 15,002.50 | Puerto Rico Electric Power Authority | $15,002.50 |
| | Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 79 | YAMIN LOPEZ, RENE<br>PARKVILLE COURT APT22<br>GUAYNABO, PR 00969 | 4491 | Commonwealth of Puerto Rico | $ 15,228.72 | Puerto Rico Electric Power Authority | $15,228.72 |
| | Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |