# ANEXO A

**Lista de reclamaciones sujetas a la Cuadragésima Cuarta Objeción Colectiva**

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | CORREGIDO MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | ALEMAN, MANUEL RIOS<br>VILLAS SAN AGUSTIN<br>H-2, # 6 ST.<br>BAYAMON, PR 00959-2047 | 77 | El Estado Libre Asociado de Puerto Rico | $ 20,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $20,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 2 | ALVAREZ PADIN, LUIS N.<br>PO BOX 30121<br>SAN JUAN, PA 00929 | 4635 | El Estado Libre Asociado de Puerto Rico | $ 150,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $150,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 3 | ATRA ROMERO, TEOFILO<br>PO. BOX 845<br>QUEBRADILLAS, PR 00678 | 2409 | El Estado Libre Asociado de Puerto Rico | $ 9,063.40 | Autoridad de Energía Eléctrica de Puerto Rico | $9,063.40 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 4 | BAHNIK, ROGER L<br>50 COVE RD<br>OYSTER BAY, NY 11771 | 8883 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 5 | BEVAN, J THOMAS<br>526 19TH STREET<br>SANTA MONICA, CA 90402 | 1594 | El Estado Libre Asociado de Puerto Rico | $ 60,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $60,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 6 | BHATIA, ANDRES W.<br>4313 SW 102ND TERRACE<br>GAINESVILLE, FL 32608-7131 | 12871 | El Estado Libre Asociado de Puerto Rico | $ 50,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | $50,000.00* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |

Cuadragésima Cuarta Objeción Colectiva
Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 7 | COLON CHEVERE, DIEGO<br>HATO VIEJO CUMBRE BOX 4109<br>CIALES, PR 00638-2703 | 155846 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | $ 4,943.55 | Autoridad de Energía Eléctrica de Puerto Rico | $4,943.55 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 8 | COLON LOPEZ, CRISTOBAL<br>PO BOX 8047<br>PONCE, PR 00732 | 54965 | El Estado Libre Asociado de Puerto Rico | $ 669.00 | Autoridad de Energía Eléctrica de Puerto Rico | $669.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 9 | COLON TORRES, ENID<br>URB. VILLA JAUCA A13<br>SANTA ISABEL, PR 00757 | 138169 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 10 | COLON TORRES, MANUEL<br>URB. VILLA JAUCA A13<br>SANTA ISABEL, PR 00757 | 133030 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 11 | COLORADO VEGA, SANDRA M.<br>LUIS VIGOREAUX 1019<br>DORAL PLAZA 9H<br>GUAYNABO, PR 00966 | 2435 | El Estado Libre Asociado de Puerto Rico | $ 3,854.16 | Autoridad de Energía Eléctrica de Puerto Rico | $3,854.16 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 12 | CONNER, JOHN H.<br>1825 LAKE SHORE DRIVE<br>COLUMBUS, OH 43204 | 3983 | El Estado Libre Asociado de Puerto Rico | $ 25,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $25,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 13 | COOPERATIVA DE A/C AIBONITENA<br>100 CALLE JOSE C VAZQUEZ<br>AIBONITO, PR 00705 | 29669 | El Estado Libre Asociado de Puerto Rico | $1,599,276.05 | Autoridad de Energía Eléctrica de Puerto Rico | $1,599,276.05 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 14 | COOPERATIVA DE A/C CAMUY<br>300 BALTAZAR JIMENEZ MENDEZ<br>CAMUY, PR 00627 | 25577 | El Estado Libre Asociado de Puerto Rico | $1,019,833.32 | Autoridad de Energía Eléctrica de Puerto Rico | $1,019,833.32 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 15 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>CORAZAL, PR 00783-0102 | 26079 | El Estado Libre Asociado de Puerto Rico | $1,029,166.69 | Autoridad de Energía Eléctrica de Puerto Rico | $1,029,166.69 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 16 | COOPERATIVA DE A/C SAULO D RODRIGUEZ GURA-COOP<br>PO BOX 678<br>GURABO, PR 00778 | 25317 | El Estado Libre Asociado de Puerto Rico | $509,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $509,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 17 | CRESCIONI ALERS, NANCY<br>268 CALLE DE LA LUNA<br>SAN JUAN, PR 00901-1418 | 20595 | El Estado Libre Asociado de Puerto Rico | $153,750.00 | Autoridad de Energía Eléctrica de Puerto Rico | $153,750.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 18 | CRUZ LEBRON, JESUS J.<br>URB. JARDINES DE GUNMAM CALLE 3 D-13<br>GUAYAMA, PR00784 | 52895 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | | | FORMULADAS | | CORREGIDO | |
|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN |
| 19 | DE CAMARA, DONALD<br>1241 CARLSBAD VILLAGE DR., STE. E<br>CARLSBAD, CA 92008 | 544 | El Estado Libre Asociado de Puerto Rico | $ 32,639.00 | Autoridad de Energía Eléctrica de Puerto Rico | $32,639.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | DONATO CARRASQUILLO, EDILBERTO<br>HC 04 BOX 7250<br>YABUCOA, PR 00767 | 4614 | El Estado Libre Asociado de Puerto Rico | $ 100,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $100,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | FRANCO, MARISOL<br>URB. SUCHVILLE, CALLE PRINCIPAL #9<br>GUAYNABO, PR 00966 | 12879 | El Estado Libre Asociado de Puerto Rico | $ 35,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $35,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | GARY R ANDERSON TRUST U/A 10/25/10<br>GARY R ANDERSON, TRUSTEE<br>PO BOX 444<br>NEW LONDON, NH 03257 | 5593 | El Estado Libre Asociado de Puerto Rico | $ 160,000.00 | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br>Total: | $105,000.00<br>$55,000.00<br>$160,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | GILMARTIN, CAROL<br>2 HURON ST. 1ST FL<br>GLEN HEAD, NY 11545 | 14721 | El Estado Libre Asociado de Puerto Rico | $ 45,000.00 | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br>Total: | $25,000.00<br>$20,000.00<br>$45,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

Cuadragésima Cuarta Objeción Colectiva
Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 24 | GOODMAN, CAROLIINE<br>175 VIERA DRIVE<br>PALM BEACH GARDENS, FL 33418 | 1046 | El Estado Libre Asociado de Puerto Rico | $ 5,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $5,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 25 | GREENBERG, PHILLIP H<br>1408 VAZAR PLACE<br>FLORENCE, SC 29501 | 10483 | El Estado Libre Asociado de Puerto Rico | $ 50,199.50 | Autoridad de Energía Eléctrica de Puerto Rico | $50,199.50 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 26 | GREGORY B MURRAY ANNETTE M MURRAY JT TEN<br>623 LINCOLN DRIVE<br>DUBOIS, PA 15801 | 12569 | El Estado Libre Asociado de Puerto Rico | $ 49,851.25 | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br>Total: | $10,000.00<br>$39,851.25<br>$49,851.25 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | |
| 27 | HOPES, JAMES J<br>1841 JESSICA COURT<br>WINTER PARK, FL 23789 | 1108 | El Estado Libre Asociado de Puerto Rico | $ 25,000.00 | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br>Total: | $20,000.00<br>$5,000.00<br>$25,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | |
| 28 | HOPES, JAMES J<br>1841 JESSICA COURT<br>WINTER PARK, FL 32789 | 1010 | El Estado Libre Asociado de Puerto Rico | $ 20,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | $20,000.00* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | CORREGIDO MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 29 | INCOPERO, VINCENT J.<br>PO BOX 146<br>ELMHURST, IL 60126 | 3110 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 30 | IRIZARRY COLLAZO, ELVIN JOSUE<br>ESTANCIAS DEL BOSQUE APT142<br>TRUJILLO ALTO, PR 00976 | 11691 | El Estado Libre Asociado de Puerto Rico | $ 19,837.39 | Autoridad de Energía Eléctrica de Puerto Rico | $19,837.39 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 31 | IRVIN F CHRISTENSEN AND KIM CHRISTENSEN JTWROS<br>670 E PIONEER<br>SODA SPRINGS, ID 82276-1347 | 2976 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 32 | JAL OUTLET, INC.<br>JOSE LUGO LUGO- FIDEICOMISO LUGO RIVERA<br>PO BOX 9<br>HORMIGUEROS, PR 00660 | 36205 | El Estado Libre Asociado de Puerto Rico | $ 165,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $165,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 33 | JOEL R KORNSPAN & HANA KORNSPAN JTWROS<br>29 EASTON CT.<br>LAWRENCEVILLE, NJ 08648-1475 | 2887 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Total: | Indeterminado*<br>Indeterminado*<br><br>Undetermined * |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | |

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 34 | JOHNSON, WARD<br>9091 N. FIELDING RD<br>BAYSIDE, WI 53217 | 7266 | El Estado Libre Asociado de Puerto Rico | $ 50,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | $50,000.00* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 35 | JOHNSON, WARD<br>9091 N FIELDING RD<br>BAYSIDE, WI 53217 | 7990 | El Estado Libre Asociado de Puerto Rico | $ 100,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $100,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 36 | JONATHAN D. RUBIN TTEE<br>371 MAPLEWOOD AVENUE<br>MERION STATION, PA 19066-1011 | 19793 | El Estado Libre Asociado de Puerto Rico | $ 50,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $50,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 37 | KEMP, STEWART W.<br>81 LOTHROP STREET<br>BEVERLY, MA 01915 | 84664 | El Estado Libre Asociado de Puerto Rico | $ 285,000.00* | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br>Total: | $50,000.00*<br>$235,000.00*<br>$285,000.00* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | |
| 38 | KORNSPAN, HANA<br>29 EASTON CT<br>LAWRENCEVILLE, NJ 08648-1475 | 2888 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br>Total: | Indeterminado*<br>Indeterminado*<br>Undetermined * |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | CORREGIDO MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 39 | LAGATTUTA, DANIEL<br>78 BROOKS ROAD<br>NEW CANAAN, CT 06840 | 48382 | El Estado Libre Asociado de Puerto Rico | $ 32,897.00 | Autoridad de Energía Eléctrica de Puerto Rico | $32,897.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 40 | LCDO JOZE FRANCIS SANTOS<br>P.O BOX 29565<br>SAN JUAN, PR 00929 | 27767 | El Estado Libre Asociado de Puerto Rico | $ 300,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | $300,000.00* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 41 | LEAH WORTHAM & ERIC HIRSCHHORN<br>3204 FARMINGTON DRIVE<br>CHEVY CHASE, MD 20815-4827 | 924 | El Estado Libre Asociado de Puerto Rico | $ 12,925.00* | Autoridad de Energía Eléctrica de Puerto Rico | $12,925.00* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 42 | LEE MOUNTCASTLE AND INGEBORG MOUNTCASTLE JT TEN<br>P O BOX 90327<br>NASHVILLE, TN 37209-0327 | 8698 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br>Total: | Indeterminado*<br>Indeterminado*<br>Undetermined * |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | |
| 43 | LEEDS, WINIFRED<br>220 S.18TH ST.<br>SAN JOSE, CA 95116 | 10815 | El Estado Libre Asociado de Puerto Rico | $ 25,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $25,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 44 | MALCHESKY, VICTOR<br>27321 N. 91ST DR.<br>PEORIA, AZ 85383 | 859 | El Estado Libre Asociado de Puerto Rico | $ 15,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $15,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 45 | MALIN, DOUGLAS H.<br>15622 SPRING MEADOW LANE<br>GRANGER, IN 46530 | 10818 | El Estado Libre Asociado de Puerto Rico | $ 462.50 | Autoridad de Energía Eléctrica de Puerto Rico | $462.50 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 46 | MARILYN GOLDSTEIN TTE<br>371 LONESOME TRAIL<br>WATERBURY, VT 05676 | 2224 | El Estado Libre Asociado de Puerto Rico | $ 10,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $10,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 47 | MERCADO PACHECO, HECTOR L<br>URB STARLIGHT<br>3323 CALLE GALAXIA<br>PONCE, PR 00717 | 6561 | El Estado Libre Asociado de Puerto Rico | $ 86,176.45 | Autoridad de Energía Eléctrica de Puerto Rico | $172,352.90 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 48 | MINICHINO JTWROS, CARMINE V AND REGINA<br>31 FRANK CT<br>BROOKLYN, NY 11229-6408 | 12024 | El Estado Libre Asociado de Puerto Rico | $ 1,545,768.07* | Autoridad de Energía Eléctrica de Puerto Rico | $1,545,768.07* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |

## Cuadragésima Cuarta Objeción Colectiva
## Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | CORREGIDO MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 49 | MONY LIFE INSURANCE COMPANY OF AMERICA<br>LAURA WHITNEY, CIRCULATION OF RISK<br>525 WASHINGTON BLVD<br>35TH FLOOR<br>JERSEY CITY, NJ 07310 | 36132 | El Estado Libre Asociado de Puerto Rico | $ 790,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $790,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 50 | OLIAN, MARSHA<br>4892 DENARO DRIVE<br>LAS VEGAS, NV 89135 | 3830 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Total: | Indeterminado*<br>Indeterminado*<br>Undetermined * |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | |
| 51 | PATOUNAS, ANN<br>14051 HERMOSILLO WAY<br>POWAY, CA 92064 | 2972 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 52 | PAUTA, CORINA<br>240 LOCUST AVE<br>LOCUST, NJ 07760 | 1436 | El Estado Libre Asociado de Puerto Rico | $ 20,000.00 | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Total: | $10,000.00<br>$10,000.00<br>$20,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | |

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 53 | PILCHER, MARK L. AND LESLIE MANNON<br>4195 FALLSBRAE ROAD<br>FALLBROOK, CA 92028 | 4484 | El Estado Libre Asociado de Puerto Rico | $ 50,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $50,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 54 | PLAYA INDIA SE<br>2019 ALBIZU CAMPOS<br>AGUADILLA, PR 00603 | 41258 | El Estado Libre Asociado de Puerto Rico | $ 100,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $100,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 55 | PUJALS RODRIGUEZ, MARTA N.<br>ESTANCIAS DEL GOLF CLUB #534<br>CALLE WITO MORALES<br>PONCE, PR 00731 | 3112 | El Estado Libre Asociado de Puerto Rico | $ 6,026.43 | Autoridad de Energía Eléctrica de Puerto Rico | $6,026.43 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 56 | QUALITY FOR BUSINESS SUCC<br>ROYAL BANK CENTER SUITE 1210<br>255 AVE PONCE DE LEON<br>HATO REY, PR 00917 | 2828 | El Estado Libre Asociado de Puerto Rico | $ 28,700.00 | Autoridad de Energía Eléctrica de Puerto Rico | $28,700.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 57 | RAND, MARY ANN<br>4817 GLEN VALLEY DRIVE<br>LITTLE ROCK, AR 72223 | 1283 | El Estado Libre Asociado de Puerto Rico | $ 30,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $30,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 58 | RAYMOND SCULLY TRUST UAD11/16/94 BRIAN SCULLY AND MONA SCULLY-SMITH TTEES AMD 08/29/08<br>135 NORTH STREET<br>MIDDLEBURY, CT06762 | 9135 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Total: | Indeterminado*<br>Indeterminado*<br>Undetermined * |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | MONTO | DEUDOR | MONTO |
|---|---|---|---|---|---|---|
| 59 | RICHTER, SUSAN L<br>505 EAST 79TH ST - 19E<br>NEW YORK, NY 10075 | 5043 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Total: | Indeterminado*<br>Indeterminado*<br>Undetermined * |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | MONTO | DEUDOR | MONTO |
|---|---|---|---|---|---|---|
| 60 | RIESTRA FERNANDEZ, MIGUEL<br>675 CALLE SERGIO CUEVAS BUSTAMANTE<br>APT 2001 TORRE DEL CARDENAL<br>SAN JUAN, PR 00918 | 46196 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | MONTO | DEUDOR | MONTO |
|---|---|---|---|---|---|---|
| 61 | RIESTRA FERNANDEZ, MIGUEL A.<br>COND TORRE DEL CARDENAL<br>675 CALLE BUSTAMANTE, APT. PH17<br>SAN JUAN, PR 00918-4090 | 10490 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico.

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 62 | RILEY, SARAH E.<br>143 WHIPOORWILL DRIVE<br>RUSSELLVILLE, KY 42276 | 3061 | El Estado Libre Asociado de Puerto Rico | $ 30,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $30,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 63 | RODRIGUEZ IRIZARRV, LUIS D.<br>URB. MONTE ELENA CALLE DALIA 308<br>DORADO, PR 00646 | 2369 | El Estado Libre Asociado de Puerto Rico | $ 5,445.07 | Autoridad de Energía Eléctrica de Puerto Rico | $5,445.07 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 64 | ROMERO MENDEZ, MARANGELI<br>203 CALLE WESER<br>URB. BRISAS DEL PRADO<br>JUNCOS, PR 00777 | 75971 | El Estado Libre Asociado de Puerto Rico | $ 124.38 | Autoridad de Energía Eléctrica de Puerto Rico | $248.76 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 65 | ROSA MARTINEZ, AGAPITO<br>URB. GRAN VISTA 2<br>9 PLAZA 1<br>GURABO, PR 00778-5053 | 34182 | El Estado Libre Asociado de Puerto Rico | $ 540.39 | Autoridad de Energía Eléctrica de Puerto Rico | $1,080.78 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 66 | ROSARIO DIAZ, ANA M.<br>HC-1 BOX 4569<br>NAGUABO, PR 00718 | 103545 | El Estado Libre Asociado de Puerto Rico | $ 5,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $5,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 67 | RUSSELL, WILLIAM J.<br>1443 CREEKSIDE CT<br>VIENNA, VA 22182 | 6116 | El Estado Libre Asociado de Puerto Rico | $ 10,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $10,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | CORREGIDO MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 68 | RYBAK, VIOLET<br>51 MARRION ST<br>CLIFTON, NJ 07013 | 1279 | Autoridad de Carreteras y Transportación de Puerto Rico | $ 20,320.00 | Autoridad de Energía Eléctrica de Puerto Rico | $20,320.00 |

Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS MONTO | CORREGIDO DEUDOR | CORREGIDO MONTO |
|---|---|---|---|---|---|---|
| 69 | SANTIAGO MORALES, LOURDES<br>BO. SUSUA<br>CALLE ALGARROBO #28 A<br>SABANA GRANDE, PR 00637 | 34369 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º | DEUDOR | MONTO | DEUDOR | MONTO |
|---|---|---|---|---|---|---|
| 70 | SANTIAGO SANCHEZ, NORBERTO<br>RR 2 BOX 3830<br>ANASCO, PR 00610 | 39218 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º | DEUDOR | MONTO | DEUDOR | MONTO |
|---|---|---|---|---|---|---|
| 71 | SCHLOSSER, MARTIN<br>BRESLAUERSTRASSE 48<br>ROSBACH 61191<br>GERMANY | 13474 | El Estado Libre Asociado de Puerto Rico | $ 73,500.00 | Autoridad de Energía Eléctrica de Puerto Rico | $73,500.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º | DEUDOR | MONTO | DEUDOR | MONTO |
|---|---|---|---|---|---|---|
| 72 | STEWART TITLE GUARANTY CO MASTER<br>C/O FINANCIAL RECOVERY TECHNOLOGIES<br>ATTN: ROB ADLER, PRESIDENT<br>200 RIVERS EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 91653 | El Estado Libre Asociado de Puerto Rico | $ 600,000.00 | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br>Total: | $125,000.00<br>$475,000.00<br>$600,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 73 | STRUTYNSKI, STEPHEN J.<br>1129 SCHOOLHOUSE ROAD<br>POTTSTOWN, PA 19465 | 15363 | El Estado Libre Asociado de Puerto Rico | $ 10,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | $10,000.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 74 | SUCESION JUAN LLOMPART<br>EXT VILLA CAPARRA<br>D22 CALLE ROMA<br>GUAYNABO, PR 00966 | 22320 | El Estado Libre Asociado de Puerto Rico | $ 149,656.85* | Autoridad de Energía Eléctrica de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Total: | $38,625.00*<br>$111,031.85*<br><br>$149,656.85* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación por una parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | |
| 75 | TORRES CINTRON, LUIS A.<br>HC 01 BOX 5349<br>VILLALBA, PR 00766-9863 | 150057 | El Estado Libre Asociado de Puerto Rico | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Indeterminado* |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 76 | VIDAL PAGÁN, PEDRO E<br>CERRO REAL M-5<br>GUAYNABO, PR 00969 | 19189 | El Estado Libre Asociado de Puerto Rico | $ 82,800.00 | Autoridad de Energía Eléctrica de Puerto Rico | $82,800.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |
| 77 | WANDA WIIG Y ALBERTO COLON<br>141 BENTON RD<br>MORRIS, CT 06763 | 11609 | El Estado Libre Asociado de Puerto Rico | $ 108.00 | Autoridad de Energía Eléctrica de Puerto Rico | $216.00 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Cuarta Objeción Colectiva
### Anexo A – Reclamaciones contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 78 | WOO, JAMES T & GRACE Y<br>PO BOX 379<br>NEW VERNON, NJ 07976 | 5186 | Autoridad de Carreteras y Transportación de Puerto Rico | $ 15,002.50 | Autoridad de Energía Eléctrica de Puerto Rico | $15,002.50 |
| | Base para: Cuando la evidencia de reclamación, la documentación de respaldo, el o los nombres del bono en disputa, y/o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | |
| 79 | YAMIN LOPEZ, RENE<br>PARKVILLE COURT APT22<br>GUAYNABO, PR 00969 | 4491 | El Estado Libre Asociado de Puerto Rico | $ 15,228.72 | Autoridad de Energía Eléctrica de Puerto Rico | $15,228.72 |
| | Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación (incluidas facturas de clientes y/o documentación de presuntos servicios brindados o constancias de relación laboral) indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | |