# **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**ORDER GRANTING FORTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR**

Upon the *Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of Puerto Rico to Claims Asserted Against the Incorrect Debtor* ("Forty-Fourth Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), dated June 6, 2019, for entry of an

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Forty-Fourth Omnibus Objection.

order reclassifying in full or in part certain claims filed against the Commonwealth, HTA, or ERS, as more fully set forth in the Forty-Fourth Omnibus Objection and the supporting exhibits thereto; and the Court having jurisdiction to consider the Forty-Fourth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Forty-Fourth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in <u>Exhibit A</u> to the Forty-Fourth Omnibus Objection having improperly identified the Commonwealth, HTA, or ERS as obligor, when a portion of or the entire claims are properly asserted, if at all, either in full or in part against the Puerto Rico Electric Power Authority ("<u>PREPA</u>"); and the Court having determined that the relief sought in the Forty-Fourth Omnibus Objection is in the best interest of the Debtors, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Forty-Fourth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Forty-Fourth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in <u>Exhibit A</u> to the Forty-Fourth Omnibus Objection are hereby reclassified to be claims asserted against PREPA, as indicated in the column titled "Corrected" in <u>Exhibit A</u> to the Forty-Fourth Omnibus Objection; and it is further

ORDERED that the Debtors' rights to object to the Reclassified Claims and the Remaining Claims are reserved; and it is further

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move claims, or the portion of the claims, as set forth in the column titled "Asserted" in Exhibit A to Forty-Fourth Omnibus Objection, from the Commonwealth Title III Case, HTA Title III Case, or ERS Title III Case, to be asserted against PREPA in Bankruptcy Case No. 17 BK 4780-LTS (Last Four Digits of Federal Tax ID: 3747); and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                                        Honorable Judge Laura Taylor Swain
                                                        United States District Judge

# **ANEXO D**

**Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                    Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación se relaciona con el Estado Libre Asociado, la HTA y el ERS.** |

**UNA RESOLUCIÓN QUE HACE LUGAR A LA CUADRAGÉSIMA CUARTA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES FORMULADAS EN CONTRA DEL DEUDOR INCORRECTO**

En virtud de la *Cuadragésima Cuarta Objeción Colectiva (no sustantiva) del Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra Reclamaciones formuladas en contra del Deudor Incorrecto* ("Cuadragésima Cuarta Objeción Colectiva")[2] presentadas por el Estado Libre Asociado de Puerto Rico ("Estado Libre Asociado"),

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

[2] Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Cuadragésima Cuarta Objeción Colectiva.

la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS"), por intermedio de la Junta de Supervisión y Administración Financiera para Puerto Rico ("la Junta de Supervisión") con fecha 6 de junio de 2019, para que se dicte una orden que reclasifique, total o parcialmente, algunas reclamaciones presentadas en contra del Estado Libre Asociado, la HTA o el ERS, como se explica con mayor detalle en la Cuadragésima Cuarta Objeción Colectiva y los anexos que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Cuadragésima Cuarta Objeción Colectiva y conceder el remedio allí solicitado de conformidad con la sección 306(a) de la ley PROMESA; y que la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Cuadragésima Cuarta Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Cuadragésima Cuarta Objeción Colectiva identifican incorrectamente como deudores al Estado Libre Asociado, a la HTA o al ERS, cuando una parte o la totalidad de las reclamaciones están correctamente formuladas, en todo caso, total o parcialmente, en contra de la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA"); y habiendo el Tribunal determinado que el remedio solicitado en la Cuadragésima Cuarta Objeción Colectiva favorece a los Deudores, sus acreedores y a todas las partes interesadas; y habiendo determinado el Tribunal que los fundamentos jurídicos y fácticos expuestos en la Cuadragésima Cuarta Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE HACER LUGAR a la Cuadragésima Cuarta Objeción Colectiva tal como aquí se expone; además, se

2

DISPONE que las reclamaciones identificadas en la columna "Formuladas" en el <u>Anexo A</u> a la Cuadragésima Cuarta Objeción Colectiva son por el presente reclasificadas como reclamaciones presentadas contra PREPA, como se indica en la columna "Corregido" del <u>Anexo A</u> a la Cuadragésima Cuarta Objeción Colectiva; además, se

DISPONE hacer reserva del derecho de los Deudores a objetar las Reclamaciones Reclasificadas y las Reclamaciones Remanentes; y asimismo se

DISPONE que Prime Clerk queda autorizada y se la instruye para que mueva del registro oficial de reclamaciones de los casos de la ley PROMESA, las reclamaciones, o la parte de las reclamaciones, como se indica en la columna "Formuladas" del <u>Anexo A</u> a la Cuadragésima Cuarta Objeción Colectiva, del Caso del Estado Libre Asociado iniciado al amparo del Título III, el caso de la HTA iniciado al amparo del Título III o el caso del ERS iniciado al amparo del Título III, a fin de que sean formuladas contra PREPA en el Caso de Quiebra N° 17 BK 4780-LTS (últimos cuatro (4) dígitos del número de identificación tributaria federal: 3747); y asimismo se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

                                            _____
                                            Honorable Jueza Laura Taylor Swain
                                            Jueza de Distrito de los Estados Unidos