# **EXHIBIT A**

**Schedule of Claims Subject to the Forty-Fifth Omnibus Objection**

# Forty-Fifth Omnibus Objection
## Exhibit A - Incorrect Debtor + Deficient

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FRANCISCO TORO DE OSUNA<br>VIVIANA VELEZ PEREZ COMM PROP<br>28 URB EXT. QUINTAS SANTA MARIA<br>MAYAGUEZ, PR 00682 | 2426 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $50,000.00* | Puerto Rico Electric Power Authority | Secured | $10,000.00* |
| | Reason: Proof of claim purports to asserts liabilities of $10,000 against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | | | |
| 2 | FUTURE HABITAT INC<br>P.O BOX 1447<br>SABANA HOYOI, PR 00688 | 48810 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | Reason: Proof of claim purports to asserts liabilities of an undetermined amount against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | | | |
| 3 | FUTURE HABITAT, INC<br>PO BOX 1447<br>SABANA HOYOS, PR 00688 | 33889 | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | Reason: Proof of claim purports to asserts liabilities of an undetermined amount against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | | | |
| 4 | GUJAVARTY, KRISHNA<br>49 DOLPHIN LANE EAST<br>COPIAGUE, NY 11726 | 4501 | Puerto Rico Highways and Transportation Authority | Unsecured | $40,328.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |
| | Reason: Proof of claim purports to asserts liabilities of $25,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

**Forty-Fifth Omnibus Objection**
**Exhibit A - Incorrect Debtor + Deficient**

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | ORTIZ RAMIREZ DE ARELLANO, CECILE<br>WASHINGTON 65<br>CONDADO<br>SAN JUAN, PR 00907-2106 | 6039 | Puerto Rico Highways and Transportation Authority | Unsecured | $4,033,100.00* | Commonwealth of Puerto Rico | Unsecured | $190,000.00* |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $210,000.00* |
| | | | | | | Subtotal | | $400,000.00* |

Reason: Proof of claim purports to asserts liabilities of $400,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for $210,000 and Puerto Rico Electric Power Authority for $190,000. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | ORTIZ RAMIREZ DE ARELLANO, CECILE<br>WASHINGTON 65<br>CONDADO<br>SAN JUAN, PR 00907-2106 | 6142 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $4,033,100.00* | Commonwealth of Puerto Rico | Unsecured | $190,000.00* |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $210,000.00* |
| | | | | | | Subtotal | | $400,000.00* |

Reason: Proof of claim purports to asserts liabilities of $400,000 against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for $210,000 and Commonwealth of Puerto Rico for $190,000. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | ROLLIN, STEVEN L<br>3716 COVERT RD<br>WATERFORD, MI 48328 | 2602 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $45,000.00 | Puerto Rico Electric Power Authority | Unsecured | $40,000.00 |

Reason: Proof of claim purports to asserts liabilities of $40,000 against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority. In addition, claimant purports to assert, in part, liability associated with bonds issued by HTA and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors.