## **ANEXO A**

**Lista de Reclamaciones sujetas a la Cuadragésima Quinta Objeción Colectiva**

**Cuadragésima Quinta Objeción Colectiva**
**Anexo A - Reclamaciones contra el Deudor Incorrecto y Deficientes**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | FRANCISCO TORO DE OSUNA VIVIANA VELEZ PEREZ COMM PROP 28 URB EXT. QUINTAS SANTA MARIA MAYAGUEZ, PR00682 | 2426 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $50,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $10,000.00* |
| | Base para: La evidencia de reclamación pretende plantear una obligación por $10,000 contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III. Además, la evidencia de reclamación pretende invocar, en parte, obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra el ERS o contra cualquier otro de los deudores al amparo del Título III. | | | | | | | |
| 2 | FUTURE HABITAT INC P.O BOX 1447 SABANA HOYOI, PR 00688 | 48810 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: La evidencia de reclamación pretende reclamar obligaciones por un monto indeterminado contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III. | | | | | | | |
| 3 | FUTURE HABITAT, INC PO BOX 1447 SABANA HOYOS, PR 00688 | 33889 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: La evidencia de reclamación pretende reclamar obligaciones por un monto indeterminado contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra la HTA, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III. | | | | | | | |
| 4 | GUJAVARTY, KRISHNA 49 DOLPHIN LANE EAST COPIAGUE, NY 11726 | 4501 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $40,328.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |
| | Base para: La evidencia de reclamación pretende plantear una obligación de $25,000.00 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra la HTA, fundada en bonos emitidos por otro de los Deudores. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Quinta Objeción Colectiva
## Anexo A - Reclamaciones contra el Deudor Incorrecto y Deficientes

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 6039 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $4,033,100.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $210,000.00* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $190,000.00* |
| | | | | | | | Subtotal | $400,000.00* |

Base para: La evidencia de reclamación pretende plantear una obligación de $400,000 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico y sobre la Autoridad de Energía Eléctrica de Puerto Rico por las sumas de $210,000 y $190,000, respectivamente. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra la HTA, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III. Asimismo, la evidencia de reclamación pretende invocar, en parte, una obligación vinculada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 6142 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $4,033,100.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $210,000.00* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $190,000.00* |
| | | | | | | | Subtotal | $400,000.00* |

Base para: La evidencia de reclamación pretende plantear una obligación de $400,000 contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico y sobre el Estado Libre Asociado de Puerto Rico por las sumas de $210,000 y $190,000, respectivamente. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III. Además, la evidencia de reclamación pretende invocar, en parte, obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | ROLLIN, STEVEN L 3716 COVERT RD WATERFORD, MI 48328 | 2602 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $45,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $40,000.00 |

Base para: La evidencia de reclamación pretende plantear una obligación de $40,000 contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Asimismo, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la HTA, pero omite proporcionar un fundamento para formular una reclamación contra el ERS fundada en los bonos emitidos por otro de los Deudores.