# **EXHIBIT B**

**Declaration of Jay Herriman**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA and ERS.** |

### DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE FORTY-FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT AND INCORRECT DEBTOR CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for HTA and ERS.

3. I submit this declaration in support of the *Forty-Fifth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient and Incorrect Debtor Claims* (the "Forty-Fifth Omnibus Objection").[3] I have personally reviewed the Forty-Fifth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Forty-Fifth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Forty-Fifth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be partially disallowed and partially reclassified, as identified in Exhibit A to the Forty-Fifth Omnibus Objection.

5. First, to the best of my knowledge, information, and belief, a portion of each of the claims identified in the column titled "Asserted" in Exhibit A to the Forty-Fifth Omnibus Objection (collectively, the "Deficient and Incorrect Debtor Claims") identifies as obligor HTA or

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Forty-Fifth Omnibus Objection.

2

ERS when the claim is properly asserted, if at all, against the Commonwealth and/or PREPA. Some of the Deficient and Incorrect Debtor Claims state in the proof of claim or supporting documentation that the asserted liability appropriately lies, if at all, with another of the Debtors, while other Deficient and Incorrect Debtor Claims should be asserted against another of the Debtors, if at all, based upon the Debtors' review of the names and CUSIP information provided for the bonds at issue. Accordingly, for one or more of these reasons, the Deficient and Incorrect Debtor Claims should be partially reclassified to be asserted against another of the Debtors, as identified in the column titled "Corrected," in **Exhibit A** to the Forty-Fifth Omnibus Objection.

6. Additionally, to the best of my knowledge, information, and belief, each of the Deficient and Incorrect Debtor Claims failed to provide a basis for purporting to assert part of the claim against HTA or ERS. Some of the Deficient and Incorrect Debtor Claims purport to assert liabilities associated with mutual funds and/or bonds issued by another entity that is not one of the Debtors, and failed to explain how or why these funds or bonds that were not issued by HTA or ERS provided a basis for asserting a claim against HTA or ERS, while other Deficient and Incorrect Debtor Clams failed to provide sufficient information for the Debtors to determine the bond issuer and/or amount of the bond(s) allegedly at issue. Other of the Deficient Claims purport to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA"), and/or purport to assert a claim against ERS based on bonds issued by HTA, or a claim against HTA based on bonds issued by ERS, and failed to provide a basis for asserting a claim against ERS or HTA based on bonds issued by another of the Debtors. Because of one or more of these failures, the Debtors are unable to determine the validity of this portion of each of the Deficient and Incorrect Debtor Claims.

7. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Forty-Fifth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of HTA, ERS and their creditors.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 6, 2019

By:    */s/* Jay Herriman
        Jay Herriman

## **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>  como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                      Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación está relacionada con la HTA y el ERS.** |

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA CUADRAGÉSIMA QUINTA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DEFICIENTES Y CONTRA EL DEUDOR INCORRECTO**

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States' Code, U.S.C.) § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es verdadero y exacto según mi leal saber y entender:

*1.*     Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación para Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los Deudores iniciados de conformidad con *la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2. En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso de objeciones y conciliación de reclamaciones en los casos de los Deudores al amparo de la ley PROMESA. El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal de la HTA y el ERS.

3. Presento esta declaración en respaldo de la *Cuadragésima Quinta Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico contra Reclamaciones Deficientes y contra el Deudor Incorrecto* (la "Cuadragésima Quinta Objeción Colectiva").[3] También he revisado personalmente la Cuadragésima Quinta Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4. Como preparación para la presentación de la Cuadragésima Quinta Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Cuadragésima Quinta Objeción Colectiva fue revisada y analizada detenidamente de buena fe por

---

[2] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

[3] Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Cuadragésima Quinta Objeción Colectiva.

2

el personal adecuado mediante los procedimientos de diligencia debida. Producto de estos esfuerzos, se han identificado las reclamaciones a ser parcialmente desestimadas y parcialmente reclasificadas, como se indica en el Anexo A a la Cuadragésima Quinta Objeción Colectiva.

5. En primer lugar, a mi leal saber y entender, una parte de cada una de las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Cuadragésima Quinta Objeción Colectiva (en conjunto, las "Reclamaciones Deficientes y contra el Deudor Incorrecto") identifica a la HTA o al ERS como deudor, cuando la reclamación está correctamente formulada, en todo caso, contra el Estado Libre Asociado y/o PREPA. Algunas de las Reclamaciones Deficientes y contra el Deudor Incorrecto indican, en la evidencia de reclamaciones o la documentación de respaldo, que la obligación invocada recae apropiadamente, en todo caso, en otro de los Deudores, mientras que otras Reclamaciones Deficientes y contra el Deudor Incorrecto deberían formularse contra otro de los Deudores, en todo caso, según surge del examen efectuado por los Deudores de los nombres y la información CUSIP proporcionada para los bonos en cuestión. En consecuencia, debido a una o más de las razones citadas, las Reclamaciones Deficientes y contra el Deudor Incorrecto deberían reclasificarse parcialmente para formularse contra otro de los Deudores, como se indica en la columna "Corregido" del **Anexo A** a la Cuadragésima Quinta Objeción Colectiva.

6. Asimismo, a mi leal saber y entender, cada una de las Reclamaciones Deficientes y contra el Deudor Incorrecto no aporta fundamentos para pretender formular una parte de la reclamación contra la HTA o el ERS. Algunas de las Reclamaciones Deficientes y contra el Deudor Incorrecto pretenden invocar obligaciones asociadas a fondos mutuos y/o bonos emitidos por otra entidad que no es ninguno de los Deudores, y omiten explicar cómo y por qué estos fondos o bonos no emitidos por la HTA o el ERS constituyen un fundamento para formular una

3

reclamación contra la HTA o el ERS, mientras que otras Reclamaciones Deficientes y contra el Deudor Incorrecto omiten proporcionar información suficiente para que los Deudores determinen al emisor de los bonos y/o el monto del o de los bonos alegados en cuestión. Otra de las Reclamaciones Deficientes pretende invocar una obligación asociada a bonos emitidos por la Corporación para el Fondo de Interés Apremiante de Puerto Rico ("COFINA"), y/o pretenden formular una reclamación contra el ERS fundada en bonos emitidos por la HTA, o una reclamación contra la HTA fundada en bonos emitidos por el ERS, y omiten aportar fundamentos para formular la reclamación contra el ERS o la HTA basándose en bonos emitidos por otro de los Deudores. Debido a una o más de estas fallas, los Deudores no están en condiciones de determinar la validez de esta parte de cada una de las Reclamaciones Deficientes y contra el Deudor Incorrecto.

7. En función de lo antedicho, y a mi leal saber y entender, la información incluida en la Cuadragésima Quinta Objeción Colectiva y sus anexos es verdadera y correcta, y el remedio allí solicitado es beneficioso para la HTA, el ERS y sus acreedores.

8. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo expresado precedentemente es verdadero y correcto según mi leal saber y entender.

Fecha: 6 de junio de 2019

Por: *Firma en la versión en inglés*
Jay Herriman

4