# EXHIBIT D

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                  Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to HTA and ERS.**

---

**ORDER GRANTING FORTY-FIFTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY AND EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
TO DEFICIENT AND INCORRECT DEBTOR CLAIMS**

Upon the *Forty-Fifth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient and Incorrect Debtor Claims* ("Forty-Fifth Omnibus Objection")[2] of the Puerto Rico Highways and Transportation Authority ("HTA") and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated June 6, 2019, for entry of an order partially disallowing and partially reclassifying certain claims filed

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Forty-Fifth Omnibus Objection.

against HTA or ERS, as more fully set forth in the Forty-Fifth Omnibus Objection and supporting

exhibits thereto; and the Court having jurisdiction to consider the Forty-Fifth Omnibus Objection

and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being

proper pursuant to PROMESA section 307(a); and due and proper notice of the Forty-Fifth

Omnibus Objection having been provided to those parties identified therein, and no other or further

notice being required; and each of the claims identified in Exhibit A to the Forty-Fifth Omnibus

Objection (collectively, the "Deficient and Incorrect Debtor Claims") being partially deficient and

partially filed in the wrong case; and the Court having determined that the relief sought in the

Forty-Fifth Omnibus Objection is in the best interest of HTA, ERS, and their creditors, and all the

parties in interest; and the Court having determined that the legal and factual bases set forth in the

Forty-Fifth Omnibus Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Forty-Fifth Omnibus Objection is GRANTED as set forth herein; and

it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the

Forty-Fifth Omnibus Objection are hereby reclassified in part to be claims asserted against another

of the Debtors, as set forth in the column titled "Corrected" in Exhibit A to the Forty-Fifth Omnibus

Objection; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it

is further

ORDERED that Prime Clerk, LLC, is authorized and directed, in the official claims register

in the Title III Cases, to move the portions of each of the Deficient and Incorrect Debtor Claims

from the HTA Title III Case or ERS Title III Case, as applicable, to the Title III case(s) for another

of the Debtors, as identified in the column titled "Corrected" in <u>Exhibit A</u> to the Forty-Fifth

Omnibus Objection; and it is further

ORDERED that, to the extent the Deficient and Incorrect Debtor Claims failed to provide

a basis for asserting a claim against HTA or ERS, and thus are deficient, the claims are hereby

disallowed; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the deficient portion

of each of the Deficient and Incorrect Debtor Claims from the official claims register in the HTA

Title III Case or ERS Title III Case, as applicable; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

## ANEXO D

**Propuesta de Resolución**

## TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA
PUERTO RICO,

    como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y
otros*,

               Deudores.[1]

PROMESA
Título III

N° 17 BK 3283-LTS

(Administrados en forma conjunta)

**Esta presentación está
relacionada con la HTA y el
ERS.**

---

### UNA RESOLUCIÓN QUE HACE LUGAR A LA CUADRAGÉSIMA QUINTA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DEFICIENTES Y CONTRA EL DEUDOR INCORRECTO

En virtud de la *Cuadragésima Quinta Objeción Colectiva (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico  contra Reclamaciones Deficientes y contra el Deudor Incorrecto* ("Cuadragésima Quinta Objeción Colectiva")[2] presentada por la Autoridad

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación para Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

[2] Los términos en mayúscula que no se definen en el presente tendrán los significados que se les atribuye en la Cuadragésima Quinta Objeción Colectiva.

de Carreteras y Transportación de Puerto Rico ("HTA") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS"), con fecha 6 de junio de 2019, para que se dicte una orden que desestime parcialmente y reclasifique parcialmente determinadas reclamaciones formuladas contra la HTA o el ERS, como se explica con mayor detalle en la Cuadragésima Quinta Objeción Colectiva y los anexos que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Cuadragésima Quinta Objeción Colectiva y conceder el remedio allí solicitado de conformidad con la sección 306(a) de la ley PROMESA; y que la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Cuadragésima Quinta Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones identificadas en el Anexo A a la Cuadragésima Quinta Objeción Colectiva (en conjunto, las "Reclamaciones Deficientes y contra el Deudor Incorrecto") es parcialmente deficiente y se presentó parcialmente en el caso equivocado; y habiendo el Tribunal determinado que el remedio solicitado en la Cuadragésima Quinta Objeción Colectiva favorece a la HTA, el ERS, y sus acreedores, y a todas las partes interesadas; y habiendo determinado el Tribunal que los fundamentos jurídicos y fácticos expuestos en la Cuadragésima Quinta Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE HACER LUGAR a la Cuadragésima Quinta Objeción Colectiva tal como aquí se expone; además, se

DISPONE que las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Cuadragésima Quinta Objeción Colectiva quedan por este medio reclasificadas en parte como

reclamaciones formuladas contra otro de los Deudores, como se indica en la columna "Corregido" del Anexo A a la Cuadragésima Quinta Objeción Colectiva; además se

DISPONE hacer reserva del derecho de los Deudores a objetar las Reclamaciones Reclasificadas, y asimismo se

DISPONE que Prime Clerk, LLC, queda autorizada y se la instruye para que mueva, en el registro de reclamaciones oficiales de los Casos iniciados al amparo del Título III, las partes de cada una de las Reclamaciones Deficientes y contra el Deudor Incorrecto del Caso de la HTA iniciado al amparo del Título III o el Caso del ERS iniciado al amparo del Título III, según corresponda, al/los casos iniciados al amparo del Título III para otro de los Deudores, como se indica en la columna "Corregido" del Anexo A a la Cuadragésima Quinta Objeción Colectiva; y asimismo se

DISPONE que, en la medida en que las Reclamaciones Deficientes y contra el Deudor Incorrecto no hayan aportado fundamentos para formular una reclamación contra la HTA o el ERS, y sean por tal motivo deficientes, quedan por este medio desestimadas; y asimismo se

DISPONE que Prime Clerk LLC queda autorizada y se le ordena que elimine la parte deficiente de cada Reclamación Deficiente y contra el Deudor Incorrecto del registro oficial de reclamaciones en el Caso de la HTA iniciado al amparo del Título III o del Caso del ERS iniciado al amparo del Título III, según corresponda; y asimismo, se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

_____
Honorable Jueza Laura Taylor Swain
Jueza de Distrito de los Estados Unidos