# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,[1]

    Debtors.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA)

    Debtor.

PROMESA
Title III

Case No. 17-BK-04780 (LTS)

**Court Filing Relates Only to PREPA**

---

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    I hereby certify that Scotiabank de Puerto Rico, as administrative agent for certain lenders (hereafter "Scotiabank"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

7004(b), and the Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7115 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled *Omnibus Motion Of Cortland Capital Market Services LLC, As Administrative Agent, And Solus To Compel Discovery Responses In Connection With PREPA RSA Settlement Motion* (Docket No. 1267 of Case No. 17-04780 (LTS) and Docket No. 7205 of Case No. 17-03283 (LTS)), and *Notice of Hearing on Omnibus Motion Of Cortland Capital Market Services LLC, As Administrative Agent, And Solus To Compel Discovery Responses In Connection With PREPA RSA Settlement Motion* (Docket No. 1268 of Case No. 17-04780 (LTS) and Docket No. 7206 of Case No. 17-03283 (LTS)), filed on June 4, 2019, along with all of their respective exhibits, **by electronic mail upon all the parties listed in the Master Service List on JUNE 4, 2019, and by U.S. mail upon all the Standard Parties listed in the CMP Order, on JUNE 5, 2019**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 6th day of June, 2019.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5604
Facsimile:  787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
nzt@mcvpr.com