## <u>EXHIBIT B</u>

**Declaration of Jay Herriman**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

---

### DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE FIFTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, THE COMMONWEALTH, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2.     In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA.  The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth.

3.     I submit this declaration in support of the *Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims* (the "Fiftieth Omnibus Objection").[3]  I have personally reviewed the Fiftieth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4.     In preparation for filing the Fiftieth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Fiftieth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel.  These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Fiftieth Omnibus Objection.

5.     To the best of my knowledge, information, and belief, each of the claims listed on Exhibit A to the Fiftieth Omnibus Objection (collectively, the "Deficient Claims") failed to provide a basis for asserting the claim against the Commonwealth.  Some of the Deficient Claims state in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, while other of the Deficient Claims purport to be based on one or more bonds, but failed to identify (or provide information that would allow the Debtors to identify) the bond issuer(s) and/or amount(s) allegedly at issue.  Other of the Deficient Claims purport

---

[3]  Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fiftieth Omnibus Objection.

generally to be based on bonds issued by the Commonwealth, but failed to provide CUSIP numbers or other information identifying the bond(s) allegedly at issue.  Accordingly, for one or more of these reasons, the Debtors are unable to determine the validity of the Deficient Claims and request that these claims be disallowed in their entirety.

6.      Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Fiftieth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of the Commonwealth and its creditors.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 6, 2019

By:     /s/ Jay Herriman
        Jay Herriman

## <u>ANEXO B</u>

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

    como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y
otros*,

                     Deudores.[1]

PROMESA
Título III

N° 17 BK 3283-LTS

(Administrados en forma conjunta)

**Esta presentación corresponde al
Estado Libre Asociado.**

---

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA QUINCUAGÉSIMA
OBJECIÓN COLECTIVA (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO CONTRA RECLAMACIONES DEFICIENTES.**

---

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United
States' Code, U.S.C.) § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a
continuación es cierto y correcto según mi mejor conocimiento:

1.      Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La
Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para
asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los
Deudores iniciados de conformidad con *la Ley de Supervisión, Administración y Estabilidad*

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada
Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según
corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No.
17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la
Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-
LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras
y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del
número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del
Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos
del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico
("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No.
17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al
amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

*Económica de Puerto Rico* ("PROMESA").[2]  A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2.      En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso de objeciones y conciliación de reclamaciones en los casos de los Deudores al amparo de la ley PROMESA.  El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado.

3.      Presento esta Declaración en respaldo de la *Quincuagésima Objeción Colectiva (no sustantiva) del Estado Libre Asociado de Puerto Rico contra las Reclamaciones Deficientes* ((la "Quincuagésima Objeción Colectiva").[3]     También he revisado personalmente la Quincuagésima Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4.      Como preparación para la presentación de la Quincuagésima Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Quincuagésima Objeción Colectiva fue revisada y analizada detenidamente de buena fe por el personal adecuado mediante los procedimientos de diligencia debida.  Producto de estos esfuerzos, se han identificado las reclamaciones a ser desestimadas, que se identifican en el Anexo A a la Quincuagésima Objeción Colectiva.

5.      Conforme a mi mejor conocimiento, las reclamaciones enumeradas en el Anexo A a la Quincuagésima Objeción Colectiva (en conjunto, las "Reclamaciones Deficientes") no

---

[2]  La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States' Code, U.S.C.) §§ 2101-2241.

[3]  Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Quincuagésima Objeción Colectiva.

exponen los fundamentos de las reclamaciones invocadas contra el Estado Libre Asociado.  En las evidencias de reclamaciones o en la respectiva documentación de respaldo de ciertas Reclamaciones Deficientes se alega que el reclamante no tiene un derecho de reclamación contra el Estado Libre Asociado, mientras que otras Reclamaciones Deficientes estarían supuestamente basadas en uno o más bonos, pero omiten identificar (o presentar información que permita a los Deudores identificar) a la emisora o las emisoras de esos bonos y/o la suma o las sumas supuestamente en cuestión.  Otras Reclamaciones Deficientes aducen, en términos generales, estar basadas en bonos emitidos por el Estado Libre Asociado, pero omiten proporcionar los números CUSIP u otra información que permita identificar al bono o a los bonos supuestamente en cuestión  En consecuencia, por una o más de estas razones los Deudores se ven impedidos de determinar la validez de las Reclamaciones Deficientes y solicitan que esas sean declaradas eliminadas por completo.

6.      En función de lo antedicho, y según mi mejor conocimiento, la información incluida en la Quincuagésima Objeción Colectiva y los anexos a la misma es cierta y correcta, y el remedio allí solicitado es beneficioso para el Estado Libre Asociado y sus acreedores.

7.      Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo expresado anteriormente es cierto y correcto según mi mejor conocimiento.

Fecha: 6 de junio de 2019

Por:    *Firma en la versión en inglés*
        Jay Herriman