# **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-First Omnibus Objection**

## Fifty-First Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BUSO TORRES, JOSE J.<br>PO BOX 492<br>HUMACAO, PR 00792 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35364 | $ 73,502.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CASTELLAR, ISABEL M.<br>URB. VALLE REAL<br>2017-CALLE DUQUESA ST.<br>PONCE, PR 00716 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9724 | $ 100,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29434 | $ 250,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O. BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25603 | $ 900,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25608 | $ 995,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33712 | $ 500,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129960 | $ 1,054,700.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-First Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147073 | $ 330,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 9 | ELFA GARCIA & JOSE F. LLUCH-GARCIA<br>#26, CALLE PRINCIPAL URB. EL RETIRO<br>SAN GERMAN, PR 00683 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5568 | $ 160,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 10 | GOMEZ, CRISTINA SANTIAGO<br>VILLAS DEL MAR OESTE APTO 4K<br>4735 AVE ISLA VERDE<br>CAROLINA, PR 00979-5410 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43510 | $ 5,087.46 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 11 | JORGE P SALA COLON<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51638 | $ 61,250.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 12 | JOSE M SALA COLON<br>LA VILLA DE TORRIMAR<br>10 CALLE REINA ISABEL<br>GUAYNABO, PR 00969 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21014 | $ 1,250.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 13 | LUGO PAGAN, PABLO<br>PO BOX 771<br>HORMIQUEROS, PR 00660 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121083 | $ 71,298.75 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 14 | MANGUAL DIAZ, CARLOS J<br>PO BOX 301<br>CAGUAS, PR 00726-0301 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14359 | $ 30,000.00* |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

## Fifty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | MCS ADVANTAGE, INC.<br>PO BOX 193310<br>SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58760 | $ 300,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | MILLER , FRANK A.<br>25-40 SHORE BLVD PH19T<br>ASTORIA, NY 11102 | 4/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9149 | $ 25,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | MUDAFORT FARAH, SAID<br>36 CALLE NEVAREZ- COND.<br>LOS OLMOS APTO. 11-H<br>SAN JUAN, PR 00927-4532 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53553 | $ 17,854.38 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | POMALES CASTRO, MIGUEL<br>PO BOX 7132J PMB 92<br>SAN JUAN, PR 00936 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19343 | $ 100,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | ROBERTO SABATER RUIZ & DONNA M. WELLS DE SABATER<br>1724 SAN EDMONDO<br>SAN JUAN, PR 00927 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10290 | $ 50,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE. COND BAHIA PLAZA701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32863 | $ 110,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | SALA COLON, JORGE P.<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17665 | $ 61,250.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | SANTOS, JOHN<br>PO BOX 193521<br>SAN JUAN, PR 00919 | 4/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8902 | $ 100,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 23 | URBANSKI, KATHLEEN V<br>39 WOODSHIRE DRIVE<br>ERIAL, NJ 08081 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5353 | $ 10,249.69 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 24 | VILNA GAZTAMBIDE (SURVIVING SPOUSE)/ESTATE OF MIGUEL ECHENIQUE IPARRAGUIRRE<br>MIGUEL ECHENIQUE<br>147 COLA DE PESCAO STREET. URB. PALMA REAL<br>GUAYNABO, PR 00969 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34468 | $ 135,150.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| | | | | | TOTAL | $ 5,441,592.28* |