**ANEXO A**

**Lista de Reclamaciones objeto de la Quincuagésima Primera Objeción Colectiva**

## Quincuagésima Primera Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BUSO TORRES, JOSE J.<br>PO BOX 492<br>HUMACAO, PR 00792 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35364 | $ 73,502.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CASTELLAR, ISABEL M.<br>URB. VALLE REAL<br>2017-CALLE DUQUESA ST.<br>PONCE, PR 00716 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9724 | $ 100,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29434 | $ 250,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O. BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25603 | $ 900,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25608 | $ 995,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33712 | $ 500,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 129960 | $ 1,054,700.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

## Quincuagésima Primera Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 147073 | $ 330,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 9 | ELFA GARCIA & JOSE F. LLUCH-GARCIA<br>#26, CALLE PRINCIPAL URB. EL RETIRO<br>SAN GERMAN, PR 00683 | 3/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5568 | $ 160,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 10 | GOMEZ, CRISTINA SANTIAGO<br>VILLAS DEL MAR OESTE APTO 4K<br>4735 AVE ISLA VERDE<br>CAROLINA, PR 00979-5410 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43510 | $ 5,087.46 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 11 | JORGE P SALA COLON<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51638 | $ 61,250.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 12 | JOSE M SALA COLON<br>LA VILLA DE TORRIMAR<br>10 CALLE REINA ISABEL<br>GUAYNABO, PR 00969 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21014 | $ 1,250.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 13 | LUGO PAGAN, PABLO<br>PO BOX 771<br>HORMIQUEROS, PR 00660 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121083 | $ 71,298.75 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

## Quincuagésima Primera Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | MANGUAL DIAZ, CARLOS J<br>PO BOX 301<br>CAGUAS, PR 00726-0301 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14359 | $ 30,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 15 | MCS ADVANTAGE, INC.<br>PO BOX 193310<br>SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58760 | $ 300,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 16 | MILLER, FRANK A.<br>25-40 SHORE BLVD PH19T<br>ASTORIA, NY 11102 | 4/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9149 | $ 25,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 17 | MUDAFORT FARAH, SAID<br>36 CALLE NEVAREZ- COND.<br>LOS OLMOS APTO. 11-H<br>SAN JUAN, PR 00927-4532 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53553 | $ 17,854.38 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 18 | POMALES CASTRO, MIGUEL<br>PO BOX 7132J PMB 92<br>SAN JUAN, PR 00936 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19343 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 19 | ROBERTO SABATER RUIZ & DONNA M. WELLS DE SABATER<br>1724 SAN EDMONDO<br>SAN JUAN, PR 00927 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10290 | $ 50,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 20 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE. COND BAHIA PLAZA701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32863 | $ 110,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quincuagésima Primera Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | SALA COLON, JORGE P.<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17665 | $ 61,250.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 22 | SANTOS, JOHN<br>PO BOX 193521<br>SAN JUAN, PR 00919 | 4/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8902 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 23 | URBANSKI, KATHLEEN V<br>39 WOODSHIRE DRIVE<br>ERIAL, NJ 08081 | 3/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5353 | $ 10,249.69 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 24 | VILNA GAZTAMBIDE (SURVIVING SPOUSE)/ESTATE OF MIGUEL ECHENIQUE IPARRAGUIRRE<br>MIGUEL ECHENIQUE<br>147 COLA DE PESCAO STREET. URB. PALMA REAL<br>GUAYNABO, PR 00969 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34468 | $ 135,150.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 5,441,592.28* |