# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- x
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   : Title III
                                                                    :
      as representative of                                          : Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             : (Jointly Administered)
                                                                    :
Debtors.1                                                           :
------------------------------------------------------------------- x
```

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Winnie Wu, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP and that on June 5, 2019, I caused to be served the following document by sending a true and correct copy by first class mail on the parties listed on Exhibit A.

- Amended Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014, and for Related Relief **[Docket No. 7154]**

Dated: June 6, 2019

                                            */s/ Winnie Wu*
                                            Winnie Wu

---

1 The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

**EXHIBIT A**
Via First Class Mail

Bracken, Sharon
2300 Buckingham Ave.
Richmond, VA 23228

Diane Bobby, Dierdre
10829 Currier Ct.
Brighton, MI 48114

Sayburn, Betty
21293 16th Avenue
Bayside, NY 11360

Izzo, Dr. Joseph
208 R. La Reine Avenue
Bradley Beach, NJ 07720-1335

Raab, Henry E.
200 Compromise Road
Salem, NY 08079-4015

Toke, Frederick
1007 Maple Avenue
Piscataway, NJ 08854

Madeline Downs
222 Regency Drive
Fishkill, NY 12524