# EXHIBIT A

**Schedule of Claims Subject to the Fifty-Second Omnibus Objection**

## Fifty-Second Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BANCHS PIERETTI, JAIME<br>URB JACARANDA<br>35129 ARAGUANEY ST.<br>PONCE, PR 00730 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9307 | $ 115,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DAVID RODRIGUEZ, LUIS<br>URB. RIBERAS DEL RÍO<br>D13 CALLE 7<br>BAYAMÓN, PR 00959 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23064 | $ 121,550.86 |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | DAY, JOHN P.<br>PO BOX 803<br>SHERIDAN, WY 82801 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2890 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | HERNANDEZ MENDEZ, DRA BELEN<br>PO BOX 7103<br>PONCE, PR 00732 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15909 | $ 300,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | JESUS HERNANDEZ GONZALEZ Y SONIA ANGUEIRO MALDONADO<br>JESUS HERNANDEZ GONZALEZ<br>HC-05 BOX 10496<br>MOCA, PR 00676 | 4/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6566 | $ 45,180.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | LOPEZ, HIRAM MARTINEZ<br>URB FAIR VIEW<br>676 CALLE PLATERO<br>SAN JUAN, PR 00926 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20336 | $ 43,485.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | MACHADO TORRES, YOLANDA<br>9 PALACIOS DE ESCORIAL<br>APARTAMENTO951<br>CAROLINA, PR 00987 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11238 | $ 47,600.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-Second Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | MARTINEZ, MARIA DE L. VAZQUEZ<br>1309 STGO GUERRA, VILLAS DE RIO CANAS<br>PONCE, PR 00728 | 5/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20807 | $ 30,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MARTIR SOTO, ISAIAS F<br>PARQUE SAN JOSE 5668<br>VILLA FONTANA PR<br>CAROLINA, PR 00983 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26063 | $ 100,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MORALES AVILES, BLANCA I.<br>PO BOX 2345<br>BAYAMON, PR00936-2345 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38066 | $ 73,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | NAZARIO, MARIA A<br>P.O. BOX 2460<br>SAN GERMAN, PR 00683 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5299 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | OFICINA DENTAL DR. DAVID J. BUSQUETS<br>SUITE 810, LA TORRE DE PLAZA LAS AMERICAS<br>525 F.D. ROOSEVELT<br>SAN JUAN, PR 00918 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12869 | $ 125,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | OFICINA DENTAL DR. DAVID J. BUSQUETS<br>SUITE 810, LA TORRE DE PLAZA LAS AMERICAS<br>525 F.D. ROOSEVELT<br>SAN JUAN, PR 00918 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14274 | $ 25,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | PADUA FLORES, SAMUEL<br>URB SANTA ROSA<br>20 25 CARR 174<br>BAYAMON, PR00959-6617 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1552 | $ 53,728.63 |

Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-Second Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | PICO, JR., LCDO ALBERTO<br>#59 KINGS COURT, APT.804<br>SAN JUAN, PR 00911 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15580 | $ 55,000.00* |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 16 | PICO-GONZALEZ, ALBERTO J.<br>#59 KINGS COURT, APT.804<br>SAN JUAN, PR 00911 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15571 | $ 10,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 17 | PROGRESO CASH & CARRY, INC.<br>VILLA #366<br>PONCE, PR 00780-2632 | 9/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167595 | $ 215,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 18 | RENE QUINONES / EILLEN COLON<br>11738 BARLETTA DR<br>ORLANDO, FL 32827 | 3/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1501 | $ 45,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 19 | RODRIGUEZ DIAZ, ADELINDA<br>PASEO DEL REY<br>APT 2101<br>PONCE, PR 00731 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33562 | $ 15,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 20 | RODRIGUEZ GONZALEZ, ANGEL A<br>300 BLVD DE LA MONTANA BOX646<br>SAN JUAN, PR 00926-7029 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17905 | $ 336,657.92 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 21 | TORRES HUGO, ROBERTO<br>826 VEREDA ST.<br>PONCE, PR 00716 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9623 | $ 170,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| | | | | | TOTAL | $ 1,926,202.41* |