# ANEXO A

**Lista de Reclamaciones objeto de la Quincuagésima Segunda Objeción Colectiva**

## Quincuagésima Segunda Objeción Colectiva
## Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BANCHS PIERETTI, JAIME<br>URB JACARANDA<br>35129 ARAGUANEY ST.<br>PONCE, PR 00730 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9307 | $ 115,000.00* |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | DAVID RODRIGUEZ, LUIS<br>URB. RIBERAS DEL RÍO<br>D13 CALLE 7<br>BAYAMÓN, PR 00959 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23064 | $ 121,550.86 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 3 | DAY, JOHN P.<br>PO BOX 803<br>SHERIDAN, WY 82801 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2890 | Indeterminado* |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | HERNANDEZ MENDEZ, DRA BELEN<br>PO BOX 7103<br>PONCE, PR 00732 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15909 | $ 300,000.00* |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 5 | JESUS HERNANDEZ GONZALEZ Y SONIA ANGUEIRO MALDONADO<br>JESUS HERNANDEZ GONZALEZ<br>HC-05 BOX 10496<br>MOCA, PR 00676 | 4/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6566 | $ 45,180.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 6 | LOPEZ, HIRAM MARTINEZ<br>URB FAIR VIEW<br>676 CALLE PLATERO<br>SAN JUAN, PR 00926 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20336 | $ 43,485.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quincuagésima Segunda Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MACHADO TORRES, YOLANDA<br>9 PALACIOS DE ESCORIAL APARTAMENTO 951<br>CAROLINA, PR 00987 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11238 | $ 47,600.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 8 | MARTINEZ, MARIA DE L. VAZQUEZ<br>1309 STGO GUERRA, VILLAS DE RIO CANAS<br>PONCE, PR 00728 | 5/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20807 | $ 30,000.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 9 | MARTIR SOTO, ISAIAS F<br>PARQUE SAN JOSE 5668<br>VILLA FONTANA PR<br>CAROLINA, PR 00983 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26063 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 10 | MORALES AVILES, BLANCA I.<br>PO BOX 2345<br>BAYAMON, PR 00936-2345 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38066 | $ 73,000.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 11 | NAZARIO, MARIA A<br>P.O. BOX 2460<br>SAN GERMAN, PR 00683 | 3/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5299 | Indeterminado* |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 12 | OFICINA DENTAL DR. DAVID J. BUSQUETS<br>SUITE 810, LA TORRE DE PLAZA LAS AMERICAS<br>525 F.D. ROOSEVELT<br>SAN JUAN, PR 00918 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12869 | $ 125,000.00* |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |

## Quincuagésima Segunda Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | OFICINA DENTAL DR. DAVID J. BUSQUETS<br>SUITE 810, LA TORRE DE PLAZA LAS AMERICAS<br>525 F.D. ROOSEVELT<br>SAN JUAN, PR 00918 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14274 | $ 25,000.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 14 | PADUA FLORES, SAMUEL<br>URB SANTA ROSA<br>20 25 CARR 174<br>BAYAMON, PR00959-6617 | 3/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1552 | $ 53,728.63 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 15 | PICO, JR., LCDO ALBERTO<br>#59 KINGS COURT, APT.804<br>SAN JUAN, PR 00911 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15580 | $ 55,000.00* |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 16 | PICO-GONZALEZ, ALBERTO J.<br>#59 KINGS COURT, APT.804<br>SAN JUAN, PR 00911 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15571 | $ 10,000.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 17 | PROGRESO CASH & CARRY, INC.<br>VILLA #366<br>PONCE, PR 00780-2632 | 9/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 167595 | $ 215,000.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 18 | RENE QUINONES / EILLEN COLON<br>11738 BARLETTA DR<br>ORLANDO, FL 32827 | 3/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1501 | $ 45,000.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |

## Quincuagésima Segunda Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | RODRIGUEZ DIAZ, ADELINDA<br>PASEO DEL REY<br>APT 2101<br>PONCE, PR 00731 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33562 | $ 15,000.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 20 | RODRIGUEZ GONZALEZ, ANGEL A<br>300 BLVD DE LA MONTANA BOX646<br>SAN JUAN, PR 00926-7029 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17905 | $ 336,657.92 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 21 | TORRES HUGO, ROBERTO<br>826 VEREDA ST.<br>PONCE, PR 00716 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9623 | $ 170,000.00 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fiduciario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 1,926,202.41* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados