# **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-Third Omnibus Objection**

**Fifty-Third Omnibus Objection**
**Exhibit A - Duplicate + Deficient + Incorrect Debtor**

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ESTATE OF ALAN HAMERMAN LIZA CASTLES, EXECUTOR/TRUSTEE 3026 QUEENSBERRY DR HUNTINGTOWN, MD 20639 | 109803 | Commonwealth of Puerto Rico | Unsecured | $90,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $50,000.00 |
| | | | | | | Subtotal | | $60,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | EWELL, RONALD E T&T CAPITAL MANAGEMENT 7242 E CORTEZ RD SCOTTSDALE, AZ 85260 | 1370 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 | Commonwealth of Puerto Rico | Unsecured | $15,500.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $7,475.00 |
| | | | | | | Subtotal | | $22,975.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | SILVER, MICHAEL 2 WESTVIEW CIRCLE SLEEPY HOLLOW, NY 10591 | 1859 | Commonwealth of Puerto Rico | Unsecured | $200,000.00 | Commonwealth of Puerto Rico | Unsecured | $85,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $80,000.00 |
| | | | | | | Subtotal | | $165,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts in part, liabilities associated with bond(s) issued by HTA, the Puerto Rico Aqueduct and Sewer Authority and the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.