# **ANEXO A**

**Lista de Reclamaciones objeto de la Quincuagésima Tercera Objeción Colectiva**

**Quincuagésima Tercera Objeción Colectiva**
**Anexo A – Reclamaciones de Bonos Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | | CORREGIDO | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ESTATE OF ALAN HAMERMAN LIZA CASTLES, EXECUTOR/TRUSTEE 3026 QUEENSBERRY DR HUNTINGTOWN, MD 20639 | 109803 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $90,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $50,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |
| | | | | | | Subtotal | | $60,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| 2 | EWELL, RONALD E T&T CAPITAL MANAGEMENT 7242 E CORTEZ RD SCOTTSDALE, AZ 85260 | 1370 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $7,475.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,500.00 |
| | | | | | | Subtotal | | $22,975.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| 3 | SILVER, MICHAEL 2 WESTVIEW CIRCLE SLEEPY HOLLOW, NY 10591 | 1859 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $80,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,000.00 |
| | | | | | | Subtotal | | $165,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, la Autoridad de Acueductos y Alcantarillados de Puerto Rico y la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.