# **EXHIBIT B**

**Declaration of Jay Herriman**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE FIFTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE, DEFICIENT, AND INCORRECT DEBTOR CLAIMS**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, THE COMMONWEALTH, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth.

3. I submit this declaration in support of the *Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate, Deficient, and Incorrect Debtor Claims* (the "Fifty-Third Omnibus Objection").[3] I have personally reviewed the Fifty-Third Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Fifty-Third Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Fifty-Third Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be partially reclassified and partially disallowed, as identified in Exhibit A to the Fifty-Third Omnibus Objection.

5. First, to the best of my knowledge, information, and belief, a portion of each of the claims identified in the column titled "Asserted" in Exhibit A to the Fifty-Third Omnibus Objection (collectively, the "Duplicate, Deficient, and Incorrect Debtor Claims") identifies as obligor the Commonwealth, when the claim is properly asserted, if at all, against PREPA. Some of the Duplicate, Deficient, and Incorrect Debtor Claims state in the proof of claim or supporting documentation that the asserted liability appropriately lies, if at all, with PREPA, not the

---

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-Third Omnibus Objection.

2

Commonwealth, while other Duplicate, Deficient, and Incorrect Debtor Claims should be asserted against PREPA, if at all, based upon the Debtors' review of the names and CUSIP information provided for the bonds at issue. Accordingly, for one or more of these reasons, the Duplicate, Deficient, and Incorrect Debtor Claims should be partially reclassified to be asserted against PREPA, as identified in the column titled "Corrected," in **Exhibit A** to the Fifty-Third Omnibus Objection.

6. Second, to the best of my knowledge, information, and belief, each of the Duplicate, Deficient, and Incorrect Debtor Claims partially purport to assert liability against the Commonwealth associated with one or more bonds issued by one or more of the following entities: AFICA, the Children's Trust, ERS, HFA, HTA, PRASA, PBA, PRCCDA, PRIDCO, PRIFA, PRPFCCA, PRMFA, and UPR. Such portions of the Duplicate, Deficient, and Incorrect Debtor Claims are duplicative of one or more Master Claims filed in the Commonwealth Title III Case by the fiscal agent or trustee for such bonds pursuant to the Bar Date Orders. Accordingly, to prevent multiple recoveries by the claimants, the Commonwealth requests that the duplicate portions of the Duplicate, Deficient, and Incorrect Debtor Claims be disallowed.

7. Third, to the best of my knowledge, information, and belief, each of the Duplicate, Deficient, and Incorrect Debtor Claims failed to provide sufficient information for the Debtors to determine, for a portion of the claim, the bond issuer and/or amount of the bonds at issue. Accordingly, the Debtors seek to disallow these portions of the Duplicate, Deficient, and Incorrect Debtor Claims because they are unable to determine their validity.

8. To the extent the Duplicate, Deficient, and Incorrect Debtor Claims purport to assert liability associated with one or more bonds issued by the Commonwealth, the claimant will

retain a remaining claim in the Commonwealth Title III Case, as identified in the column titled "Remaining Claims" in Exhibit A to the Fifty-Third Omnibus Objection.

9. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Fifty-Third Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of the Commonwealth and its creditors.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 6, 2019

By: /s/ Jay Herriman
Jay Herriman

# **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                              Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde al Estado Libre Asociado.** |

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA QUINCUAGÉSIMA TERCERA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA LAS RECLAMACIONES DUPLICADAS, DEFICIENTES Y CONTRA EL DEUDOR INCORRECTO**

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States' Code, U.S.C.) § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es verdadero y exacto según mi leal saber y entender:

1.  Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

Deudores iniciados de conformidad con *la Ley de Supervisión, Administración y Estabilidad de Puerto Rico* ("PROMESA").[2] A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2. En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso de objeciones y conciliación de reclamaciones en los casos de los Deudores al amparo de la ley PROMESA. El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado.

3. Presento esta declaración en respaldo de la *Quincuagésima Tercera Objeción Colectiva (no sustantiva) del Estado Libre Asociado de Puerto Rico contra Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto* (la "Quincuagésima Tercera Objeción Colectiva").[3] También he revisado personalmente la Quincuagésima Tercera Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4. Como preparación para la presentación de la Quincuagésima Tercera Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Quincuagésima Tercera Objeción Colectiva fue revisada y analizada detenidamente de buena fe por el personal adecuado mediante los procedimientos de diligencia debida. Producto de estos

---

[2] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States' Code, U.S.C.) §§ 2101-2241.

[3] Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Quincuagésima Tercera Objeción Colectiva.

2

esfuerzos, se han identificado las reclamaciones a ser parcialmente reclasificadas y parcialmente desestimadas, que se enumeran en el Anexo A a la Quincuagésima Tercera Objeción Colectiva.

5. En primer lugar, a mi leal saber y entender, una parte de cada reclamación identificada en la columna "Formuladas" del Anexo A a la Quincuagésima Tercera Objeción Colectiva (en conjunto, las "Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto") identifica como deudor al Estado Libre Asociado, cuando la reclamación está correctamente formulada, en todo caso, en contra de PREPA. En la evidencia de reclamaciones o la documentación de respaldo, algunas de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto señalan que la obligación invocada recae apropiadamente, en todo caso, en PREPA y no en el Estado Libre Asociado, en tanto que otras Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto deberían formularse contra PREPA, en todo caso, según surge del examen efectuado por los Deudores de los nombres y la información CUSIP proporcionada para los bonos en cuestión. En consecuencia, debido a una o más de las razones citadas, las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto deben reclasificarse parcialmente para formularse contra PREPA, como se indica en la columna "Corregido" del **Anexo A** a la Quincuagésima Tercera Objeción Colectiva.

6. En segundo lugar, a mi leal saber y entender, cada Reclamación Duplicada, Deficiente y contra el Deudor Incorrecto pretende parcialmente invocar una obligación contra el Estado Libre Asociado vinculada a uno o más bonos emitidos por una o más de las siguientes entidades: AFICA, el Fideicomiso de los Niños, ERS, HFA, HTA, ASA, PBA, PRCCDA, PRIDCO, PRIFA, PRPFCCA, PRMFA y la UPR. Esas partes de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto son duplicados de una o más Reclamaciones Maestras presentadas en el Caso del Estado Libre Asociado al amparo del Título III por el agente fiscal o el

3

fiduciario de dichos bonos, conforme a las Resoluciones que fijan Fechas Límites. En consecuencia, para evitar múltiples indemnizaciones de parte de los demandantes, el Estado Libre Asociado solicita que las partes duplicadas de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto sean desestimadas.

7. En tercer lugar, a mi leal saber y entender, cada Reclamación Duplicada, Deficiente y contra el Deudor Incorrecto omite proporcionar información suficiente para que los Deudores determinen, para una parte de la reclamación, el emisor de los bonos y/o el monto de los bonos en cuestión. Así pues, los Deudores pretenden desestimar estas partes de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto puesto que se ven impedidos de determinar su validez.

8. En la medida en que las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto pretenden invocar una obligación asociada a uno o más bonos emitidos por el Estado Libre Asociado, el demandante conservará una reclamación remanente en el Caso del Estado Libre Asociado al amparo del Título III, como se identifica en la columna "Reclamaciones Remanentes" del <u>Anexo A</u> a la Quincuagésima Tercera Objeción Colectiva.

9. En función de lo antedicho, y a mi leal saber y entender, la información incluida en la Quincuagésima Tercera Objeción Colectiva y los anexos a la misma es verdadera y correcta, y el remedio allí solicitado es beneficioso para el Estado Libre Asociado y sus acreedores.

10. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo expresado precedentemente es verdadero y correcto según mi leal saber y entender.

Fecha: 6 de junio de 2019

                 Por: *Firma en la versión en inglés*
                      Jay Herriman