# EXHIBIT C

**Notice**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### NOTICE OF THE FIFTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE, DEFICIENT, AND INCORRECT DEBTOR CLAIMS

**IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, IT IS LISTED BECAUSE:**

1. **THE DEBTORS BELIEVE THAT A PORTION OF YOUR CLAIM SHOULD HAVE BEEN ASSERTED AGAINST PREPA, NOT THE COMMONWEALTH. YOU DO NOT HAVE TO FILE A RESPONSE TO THE OMNIBUS OBJECTION IN ORDER TO PROTECT THE PORTION OF YOUR CLAIM ASSERTED AGAINST PREPA. THE OMNIBUS OBJECTION WILL PRESERVE YOUR CLAIM, AS ONE ASSERTED AGAINST PREPA, AS IDENTIFED IN THE COLUMN TITLED "CORRECTED" IN <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, FOR DETERMINATION AT A LATER DATE AND YOU WILL RECEIVE NOTICE OF FURTHER PROCEEDINGS.**

2. **THE TRUSTEE(S) FOR THE SERIES OF BONDS AT ISSUE HAS FILED A MASTER PROOF OF CLAIM ON BEHALF OF ALL HOLDERS OF SUCH BONDS, INCLUDING YOU, AGAINST THE COMMONWEALTH. YOU DO NOT HAVE TO FILE A RESPONSE TO THE OMNIBUS OBJECTION IN ORDER TO PROTECT YOUR RIGHTS ON ACCOUNT OF THE CLAIM(S) ASSERTED BY THE TRUSTEE ON BEHALF OF YOU. THE OMNIBUS OBJECTION WILL PRESERVE YOUR CLAIM, AS ASSERTED BY THE TRUSTEE ON BEHALF OF YOU.**

3. **YOU HAVE FILED A PROOF OF CLAIM THAT FAILED IN PART TO COMPLY WITH THE APPLICABLE RULES FOR FILING A PROOF OF CLAIM AND/OR YOU PROVIDED NO BASIS TO SUPPORT A PORTION OF YOUR CLAIM**.

**PLEASE TAKE NOTICE THAT**, on June 6, 2019, the Commonwealth of Puerto Rico, (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),

[1] filed the *Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate, Deficient, and Incorrect Debtor Claims* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

<div style="border:1px solid black; padding:10px;">

**OVERVIEW**

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION.**

- **If your claim(s) is/are <u>NOT</u> listed on Exhibit A, your claim will not be affected by the Omnibus Objection, and you <u>DO NOT</u> have to do anything.**

- If your claim(s) is/are listed on **Exhibit A** to the Omnibus Objection, the Commonwealth has identified a number of issues with your claim.

- <u>**First,**</u> if your claim(s) is/are listed in the column titled "Asserted" in <u>Exhibit A</u> to the Omnibus Objection, you have filed your claim(s) against the wrong debtor. The Commonwealth is seeking to partially reclassify your claim(s) so that it is asserted against PREPA, as set forth under the column titled "Corrected" in <u>Exhibit A</u> to the Omnibus Objection.

- **The Omnibus Objection will preserve this portion of your claim as asserted against another of the Debtors, for determination at a later date and you will receive notice of further proceedings.**

- <u>**Second,**</u> If your claim(s) is/are listed on **Exhibit A** to the Omnibus Objection, to the extent your claim(s) are associated with bonds issued by AFICA, the Children's Trust, ERS, HFA, HTA, PRASA, PBA, PRCCDA, PRIDCO, PRIFA, PRPFCCA, PRMFA, and/or UPR, the trustees or fiscal agents (each a "Trustee") for the series of bonds related to your claim(s) have filed a claim on behalf of all holders of such bonds, including you (each a "Master Claim"), in the Commonwealth Title III Case. The Commonwealth is seeking to disallow this portion of your claims(s) because: (1) the Trustee has already asserted claim(s) on your behalf through the Master Claim; and (2) your claim was not timely filed.

- **Because your claim has been asserted through the Master Claim, you will still have a claim against Commonwealth as asserted by the Trustee on behalf of you.**

</div>

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

- **Third**, HTA and ERS are seeking to disallow a portion of your claim(s) listed on <u>Exhibit A</u> to the Omnibus Objection because, as explained in the accompanying Omnibus Objection, you failed to comply with the applicable rules for filing a proof of claim with respect to this portion of your claim(s) and/or you provided no basis to support this portion of your claim(s).

- **The Omnibus Objection seeks to alter your rights.  Any portion of the claim that is disallowed will be treated as though it were never filed.**

- YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

### IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1

Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a response to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 p.m. (Atlantic Standard Time)** on **July 9, 2019**, unless otherwise extended, in writing, by the Commonwealth.  If no response is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.  If you file a timely response, the Court may schedule a hearing.

## Critical Information for Claimants Choosing to File a Response

**Who is Required to File a Response**.  Any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein.  If a party whose claim is subject to the Omnibus Objection does not file and serve a response in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant.

**Who is NOT Required to File a Response.**  If you do not oppose the relief sought in the Omnibus Objection, then you do not need to file a written response to the Omnibus Objection and you do not need to appear at the hearing on the Omnibus Objection (described below).

Additionally, the Omnibus Objection only applies to the claims listed on <u>Exhibit A</u> to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico.  No response is required if your claim is <u>not</u> listed on <u>Exhibit A</u> to the Omnibus Objection.

       **<u>Deadline for Filing a Response</u>**.  Your response will be deemed timely **only if** it is filed with the Court **and** served by **4:00 p.m. (Atlantic Standard Time)** on **July 9, 2019**, unless otherwise extended, in writing, by the Commonwealth, or upon written request to the Court and order of the Court extending the deadline.

<div style="border:1px solid black; text-align:center;">

**The deadline for filing and serving a response is**
**<u>4:00 p.m. (Atlantic Standard Time) on July 9, 2019</u>.**

</div>

       **<u>Hearing on the Omnibus Objection</u>**.  If a response is properly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the response will be held at **9:30 a.m. (Atlantic Standard Time) on July 24, 2019**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  If you file a response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection.  The Commonwealth, however, reserves the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the response.

       The Debtors may file a reply to your response or reply in oral argument at the hearing.  The Debtors are permitted to file their reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the response.

<div style="border:1px solid black;">

**THE COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED <u>AND</u> SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.**

</div>

       **<u>What to File with a Response</u>**.  Your response to the Omnibus Objection <u>must</u> contain the following information.

(i)      **<u>Contact Information</u>**.  The response must include a **name**, **address**, **telephone number**, and **email address** of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Commonwealth should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii)     **<u>Caption</u>**.  The response must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on <u>Exhibit A</u> to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

(iii)    **<u>Reason(s) for Opposing the Omnibus Objection</u>**.  The response must contain a concise statement setting forth the reasons why the Court should not grant the

<div style="text-align:center;">4</div>

Omnibus Objection with respect to your Claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv)   **<u>Supporting Documentation</u>**.  To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; <u>provided</u>, <u>however</u>, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and <u>provided</u>, <u>further</u>, that the claimant shall disclose to the Commonwealth all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

**<u>Where and How to File and Serve a Response</u>**.  Every response should be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your response:

1. **Online**.  Registered users of the Court's case filing system must file their response electronically in searchable portable document format.

2. **By Mail**.  If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a response by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

> Clerk's Office
> United States District Court
> Room 150 Federal Building
> San Juan, Puerto Rico 00918-1767
>
> Counsel for the Oversight Board
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn: Martin J. Bienenstock
> Brian S. Rosen
>
> Counsel for the Creditors' Committee
> Paul Hastings LLP
> 200 Park Avenue
> New York, New York 10166
> Attn: Luc A. Despins
> James Bliss
> James Worthington
> G. Alexander Bongartz

YOUR RESPONSE must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 p.m. (Atlantic Standard Time)** on **July 9, 2019**, unless otherwise extended by the Commonwealth, in writing, or upon a written request to the Court and order of the Court extending the

deadline.

In the event that you are unable to file and serve a response online or by mail as specified above, you may file a response in person at the following address by no later than **4:00 p.m. (Atlantic Standard Time)** on **July 9, 2019**, unless otherwise extended by the Commonwealth, in writing, or upon a written request to the Court and order of the Court extending the deadline:

> Clerk's Office
> United States District Court
> #150 Chardon Avenue
> Federal Building
> San Juan, Puerto Rico 00918

A certificate of service should be included with your response explaining how service was accomplished.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

**Reservation of Rights**. NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF THE COMMONWEALTH OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

---

### Additional Resources and Who to Contact with Questions

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

## **ANEXO C**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>Deudores. | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde al Estado Libre Asociado.** |

**NOTIFICACIÓN DE LA QUINCUAGÉSIMA TERCERA OBJECIÓN COLECTIVA (NO SUSTANTIVA)
DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO CONTRA RECLAMACIONES DUPLICADAS, DEFICIENTES Y
CONTRA EL DEUDOR INCORRECTO**

**SI SU RECLAMACIÓN SE INCLUYE EN UNA LISTA DEL <u>ANEXO A</u> A LA OBJECIÓN COLECTIVA, ELLO SE DEBE A QUE:**

1. **LOS DEUDORES CONSIDERAN QUE UNA PARTE DE SU RECLAMACIÓN DEBERÍA HABERSE FORMULADO CONTRA PREPA Y NO CONTRA EL ESTADO LIBRE ASOCIADO. USTED NO TIENE QUE PRESENTAR UNA RESPUESTA A LA OBJECIÓN COLECTIVA A FIN DE PROTEGER LA PARTE DE SU RECLAMACIÓN FORMULADA EN CONTRA DE PREPA. LA OBJECIÓN COLECTIVA PRESERVARÁ SU RECLAMACIÓN COMO FORMULADA CONTRA PREPA, COMO SE INDICA EN LA COLUMNA "CORREGIDO" DEL <u>ANEXO A</u> A LA OBJECIÓN COLECTIVA, PARA SU DETERMINACIÓN EN UNA FECHA POTERIOR, Y USTED SERÁ NOTIFICADO DE OTROS PROCEDIMIENTOS.**

2. **EL O LOS FIDUCIARIOS DE LA SERIE DE BONOS EN CUESTIÓN HAN PRESENTADO UNA EVIDENCIA DE RECLAMACIÓN MAESTRA EN REPRESENTACIÓN DE LA TOTALIDAD DE LOS TENEDORES DE DICHOS BONOS, INCLUIDO USTED, EN CONTRA DEL ESTADO LIBRE ASOCIADO. NO ES NECESARIO QUE PRESENTE UNA RESPUESTA A LA OBJECIÓN COLECTIVA PARA PROTEGER SUS DERECHOS EN RELACIÓN CON LA(S) RECLAMACION(ES) FORMULADAS POR EL FIDUCIARIO EN NOMBRE DE USTED. LA OBJECIÓN COLECTIVA PRESERVARÁ SU RECLAMACIÓN,**

> **TAL COMO FUE FORMULADA POR EL FIDUCIARIO EN NOMBRE DE USTED.**
>
> **3. USTED HA PRESENTADO UNA EVIDENCIA DE RECLAMACIÓN QUE NO CUMPLE, EN PARTE, CON LAS NORMAS APLICABLES PARA LA PRESENTACIÓN DE UNA EVIDENCIA DE RECLAMACIÓN Y/U OMITIÓ PRESENTAR FUNDAMENTOS EN RESPALDO DE UNA PARTE DE SU RECLAMACIÓN**.

**SE NOTIFICA QUE**, con fecha 6 de junio de 2019, el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por intermedio de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado conforme a la sección 315(b) de la *Ley de Administración, Supervisión y Estabilidad de Puerto Rico* ("PROMESA"),

[1] presentó la *Quincuagésima Tercera Objeción Colectiva (no sustantiva) del Estado Libre Asociado de Puerto Rico contra Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto* (la "Objeción Colectiva") ante el Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

> ### RESUMEN
>
> - **VERIFIQUE SI SUS RECLAMACIONES FIGURAN EN LA LISTA DEL ANEXO A A LA OBJECIÓN COLECTIVA.**
>
> - **Si sus reclamaciones NO figuran en la lista del Anexo A, su reclamación no se verá afectada por la Objeción Colectiva, y NO tiene obligación de hacer nada.**
>
> - Si su o sus reclamaciones figuran en el **Anexo A** a la Objeción Colectiva, se le notifica que el Estado Libre Asociado ha identificado una serie de falencias en su reclamación.
>
> - **En primer lugar,** si su o sus reclamaciones aparecen en la columna "Formuladas" del Anexo A a la Objeción Colectiva, ello significa que usted ha presentado su o sus reclamaciones contra el deudor incorrecto. El Estado Libre Asociado pretende reclasificar parcialmente su o sus reclamaciones para que sean formuladas en contra de PREPA, como se indica en la columna "Corregido" del Anexo A a la Objeción Colectiva.

---

[1] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States' Code, U.S.C.) §§ 2101-2241.

[2] Los términos en mayúscula no definidos en el presente tendrán los significados que se les atribuye en la Objeción Colectiva.

- **La Objeción Colectiva preservará esta parte de su reclamación como formulada contra otro de los Deudores, para su determinación en una fecha posterior, y usted será notificado de otros procedimientos.**

- **En segundo lugar,** si su o sus reclamaciones aparecen en la lista del **Anexo A** a la Objeción Colectiva, en la medida en que su o sus reclamaciones se vinculen con bonos emitidos por AFICA, el Fideicomiso de los Niños, ERS, HFA, HTA, PRASA, PBA, PRCCDA, PRIDCO, PRIFA, PRPFCCA, PRMFA y/o la UPR, los fiduciarios o agentes fiscales (individualmente, "<u>Fiduciario</u>") de la serie de bonos relacionados con su o sus reclamaciones han presentado una reclamación en representación de la totalidad de los tenedores de dichos bonos, incluido usted (individualmente "<u>Reclamación Maestra</u>"), en el Caso del Estado Libre Asociado al amparo del Título III.  El Estado Libre Asociado pretende desestimar esta parte de su o sus reclamaciones porque: (1) el Fiduciario ya ha formulado su(s) reclamación(es) en nombre de usted a través de la Reclamación Maestra; y (2) su reclamación no fue presentada en tiempo y forma.

- **Dado que su reclamación fue formulada a través de la Reclamación Maestra, usted todavía posee una reclamación contra el Estado Libre Asociado tal como fue formulada por el Fiduciario en nombre de usted.**

- **En tercer lugar**, la HTA y el ERS pretenden que se desestime una parte de su o sus reclamaciones que figuran en la lista del <u>Anexo A</u> a la Objeción Colectiva, pues, como se explicó en la Objeción Colectiva adjunta, usted no cumplió con las reglas aplicables para la presentación de una evidencia de reclamaciones con respecto a esta parte de su o sus reclamaciones, y/o no aportó elementos para fundamentar esta parte de su o sus reclamaciones.

- **La Objeción Colectiva pretende modificar sus derechos.  Toda parte de la reclamación que sea desestimada se tratará como si nunca se hubiere presentado.**

- DEBE LEER ESTA NOTIFICACIÓN Y LA OBJECIÓN COLECTIVA DETENIDAMENTE Y ANALIZARLAS CON SU ABOGADO.  SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

- Las copias de la Objeción Colectiva y de las demás presentaciones en los Casos al amparo del Título III pueden consultarse gratis en línea en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, póngase en contacto con Prime Clerk LLC al (844) 822-9231 (llamada gratuita para EE.UU. y Puerto Rico), o al (646) 486-7944 (para llamadas internacionales), disponible desde las 10:00 a.m. hasta las 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español).**

**SI USTED NO RESPONDE DE CONFORMIDAD CON ESTA NOTIFICACIÓN, EL TRIBUNAL PODRÍA OTORGAR EL REMEDIO SOLICITADO POR LA**

**OBJECIÓN COLECTIVA SIN MEDIAR NOTIFICACIÓN O AUDIENCIA
POSTERIOR.**

---

### AVISO IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquier parte que hubiere sido notificada de esta Objeción Colectiva, o cualquier otra parte
interviniente en la acción que se oponga al remedio allí pretendido deberá notificar y presentar una
respuesta a la Objeción Colectiva en la oficina del secretario del Tribunal de Distrito de Estados
Unidos para el Distrito de Puerto Rico, antes de las **4:00 p.m. (Hora Estándar del Atlántico)** del
**9 de julio de 2019**, a menos que el Estado Libre Asociado lo prorrogare por escrito.  Si no se
presenta la respuesta dentro del plazo aquí establecido, se considerará que no ha habido oposición
a la Objeción Colectiva y podrá hacerse lugar a la misma menos que: (1) la reparación solicitada
estuviere prohibida por ley; (2) la reparación solicitada fuere contraria a la política pública, o (3)
a juicio del Tribunal, se debiere actuar de otra forma en aras de la justicia.  Si presenta una respuesta
en tiempo y forma, el Tribunal podrá programar una audiencia.

---

## Información fundamental para los Demandantes que opten por presentar una Respuesta

**Quiénes están obligados a presentar una Respuesta**.  Cualquier parte que se oponga a
la Objeción Colectiva deberá presentar una respuesta de conformidad con los procedimientos aquí
establecidos.  Si una parte cuya reclamación estuviere sujeta a la Objeción Colectiva no presenta
ni notifica una respuesta en cumplimiento de los procedimientos descritos en el presente, el
Tribunal podrá hacer lugar a la Objeción Colectiva con respecto a dicha reclamación, sin necesidad
de cursar una notificación ulterior al demandante.

**Quiénes NO están obligados a presentar una respuesta.**  Si usted no se opone al remedio
pretendido en la Objeción Ómnibus, no está obligado a presentar una respuesta escrita a la
Objeción Colectiva, ni tampoco debe comparecer a la audiencia que trata la Objeción Colectiva
(descrita más abajo).  Además, la Objeción Colectiva solo se aplica a las reclamaciones que figuran
en el Anexo A a la Objeción Colectiva, cuya copia puede consultarse de manera gratuita en línea,
en https://cases.primeclerk.com/puertorico.  No se requiere ninguna respuesta si su reclamación
no aparece en la lista del Anexo A a la Objeción Colectiva.

**Fecha límite para presentar una Respuesta**.  Su respuesta se considerará cursada en
tiempo y forma **únicamente** cuando sea presentada ante el Tribunal **y** notificada antes de las **4:00
p.m. (Hora Estándar del Atlántico)** del **9 de julio de 2019**, a menos que el Estado Libre Asociado
extendiere la fecha por escrito o ante la solicitud escrita dirigida al Tribunal y la resolución de este
que pospone la fecha límite.

---

### La fecha límite para presentar y notificar una Respuesta es las 4:00 pm (Hora Estándar del Atlántico) del 9 de julio de 2019.

---

**Audiencia sobre la Objeción Colectiva**.  La respuesta correctamente presentada y
notificada de acuerdo con este aviso dará lugar a la realización de una audiencia sobre la Objeción

Colectiva y la respuesta a las **9.30 a.m. (Hora Estándar del Atlántico) del 24 de julio de 2019**, ante la Honorable Jueza Laura Taylor Swain en el Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico, ubicado en 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si usted presenta una respuesta a la Objeción Colectiva, deberá entonces prepararse para comparecer en la audiencia sobre la Objeción Colectiva. No obstante, el Estado Libre Asociado se reserva el derecho de levantar la audiencia sobre la Objeción Colectiva y la respuesta, con tres (3) días hábiles de antelación.

Los Deudores podrán presentar una contestación a su respuesta o responder mediante un alegato oral en la audiencia. Los Deudores podrán presentar su respuesta a más tardar siete (7) días calendario antes de la audiencia sobre la Objeción Colectiva y la respuesta.

> **EL TRIBUNAL SOLO TOMARÁ EN CONSIDERACIÓN SU RESPUESTA SI ESTA SE PRESENTA Y NOTIFICA ANTES O EN LA FECHA LÍMITE PARA PRESENTAR RESPUESTAS, DE CONFORMIDAD CON LAS INSTRUCCIONES INDICADAS EN ESTE AVISO.**

**Qué debe presentarse junto con una Respuesta**. La respuesta a la Objeción Colectiva debe contener la siguiente información.

(i) **Información de Contacto**. La respuesta debe incluir un **nombre**, **domicilio**, **número telefónico** y **dirección de correo electrónico** ya sea (1) del demandante que responde; (2) del abogado o el representante designado del demandante a los cuales los abogados del Estado Libre Asociado deben cursar una contestación a la respuesta, en su caso; o (3) la parte facultada para conciliar, transigir o de cualquier otro modo resolver la Objeción Colectiva en representación del demandante.

(ii) **Título**. La respuesta debe contener un título que indique el nombre del Tribunal, los nombres de los Deudores, el número de caso, el título de la Objeción Colectiva a la cual está dirigida la respuesta y el o los números de evidencias de reclamaciones relacionadas otorgados por Prime Clerk (que aparecen en una lista del Anexo A a la Objeción Colectiva y que están disponibles de forma gratuita en línea, en https://cases.primeclerk.com/puertorico).

(iii) **La o las razones de la oposición a la Objeción Colectiva**. La respuesta ha de contener una declaración concisa que indique las razones por las cuales el Tribunal no debería hacer lugar a la Objeción Colectiva con respecto a su Reclamación, incluidos los fundamentos fácticos y jurídicos que esgrimirá el demandante para oponerse a la Objeción Colectiva.

(iv) **Documentación de Respaldo**. De no estar ya incluida en la evidencia de reclamación, la respuesta ha de contener una copia de cualquier otra documentación o evidencia de reclamación en la que vaya a basarse el demandante para oponerse a la Objeción Colectiva; con la salvedad, no obstante, de que el demandante no estará obligado a revelar información confidencial, propia o protegida por cualquier otro medio, en la respuesta; y además, con la salvedad de que el demandante deberá revelar al Estado Libre Asociado toda la información y proporcionar copias de todos los documentos que considere confidenciales, propios o protegidos por cualquier otro medio y que tenga intención de utilizarlos para apoyar su reclamación, con arreglo a

5

las limitaciones apropiadas en materia de confidencialidad.

**Dónde y cómo presentar y notificar una Respuesta**.  Todas las respuestas deben presentarse de manera electrónica al Tribunal en el expediente *en el cual figure: Estado Libre Asociado de Puerto Rico*, No. de Caso 17 BK 3283-LTS.  Existen dos métodos que usted puede emplear para presentar su respuesta:

1.  **En línea**.  Los usuarios registrados del sistema de archivo de casos del Tribunal deben presentar su respuesta de forma electrónica en formato PDF con opción de búsqueda.

2.  **Por correo postal**.  Si usted no es un abogado que sea usuario registrado del sistema de archivo de casos del Tribunal, puede presentar y notificar una respuesta mediante correo postal a la oficina del Secretario del Tribunal, el Comité de Supervisión y el Comité de Acreedores, a los siguientes domicilios:

>        Oficina del Secretario
>        Tribunal de Distrito de los Estados Unidos
>        Room 150 Federal Building
>        San Juan, Puerto Rico 00918-1767
>
>        Abogado del Comité de Supervisión
>        Proskauer Rose LLP
>        Eleven Times Square
>        New York, New York 10036-8299
>        Atención: Martin J. Bienenstock
>        Brian S. Rosen
>
>        Abogado del Comité de Acreedores
>        Paul Hastings LLP
>        200 Park Avenue
>        New York, New York 10166
>        Atención: Luc A. Despins
>        James Bliss
>        James Worthington
>        G. Alexander Bongartz

SU RESPUESTA debe ser enviada por correo de modo tal que la misma sea recibida por la Oficina del Secretario, la Junta de Supervisión y el Comité de Acreedores, a más tardar, a las **4:00 p.m. (Hora Estándar del Atlántico)** del **9 de julio de 2019**, a menos que el Estado Libre Asociado extendiere la fecha por escrito o ante la solicitud escrita dirigida al Tribunal y la resolución de este que pospone la fecha límite.

Si usted no pudiera presentar y cursar notificación de su respuesta por Internet o por correo del modo indicado más arriba, podrá hacerlo en persona, en la siguiente dirección, a más tardar a las **4:00 p.m. (Hora Estándar del Atlántico)** del **9 de julio de 2019**, a menos que el Estado Libre Asociado extendiere la fecha por escrito o ante la solicitud escrita dirigida al Tribunal y la resolución de este que pospone la fecha límite:

>        Oficina del Secretario

Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

Su respuesta debe incluir un certificado de entrega que explique cómo se efectuó la notificación.

Si tiene cualquier pregunta sobre cómo presentar y notificar una respuesta, incluso preguntas sobre el sistema de archivo de casos del Tribunal, póngase en contacto con **la línea de ayuda de Prime Clerk** al **(844) 822-9231**.

**Reserva de Derechos**.  NINGUNA PARTE DE LA OBJECIÓN COLECTIVA O DE ESTE AVISO SE CONSIDERA, NI SE CONSIDERARÁ, EN EL SENTIDO DE QUE CONSTITUYE UNA RENUNCIA A CUALQUIERA DE LOS DERECHOS DEL ESTADO LIBRE ASOCIADO O DE CUALQUIER OTRA PARTE INTERESADA EN LOS CASOS INICIADOS AL AMPARO DEL TÍTULO III, RESPECTO DE DISPUTAR CUALQUIER RECLAMACIÓN, AFIRMAR RECONVENCIONES, ESGRIMIR DERECHOS DE COMPENSACIÓN O DEDUCCIONES, U OPONER DEFENSAS, OBJETAR RECLAMACIONES (U OTRAS RECLAMACIONES O HECHOS QUE JUSTIFIQUEN UNA ACCIÓN JUDICIAL DE PARTE DE UN DEMANDANTE) FUNDÁNDOSE EN CUALESQUIER CAUSALES QUE NO SE HUBIEREN INVOCADO PREVIAMENTE EN UNA OBJECIÓN, A MENOS QUE EL TRIBUNAL HAYA PERMITIDO UNA RECLAMACIÓN O DICTADO CUALQUIER OTRA ORDEN, O PRETENDA ESTIMAR CUALQUIER RECLAMACIÓN EN UNA FECHA ULTERIOR.  LAS PARTES AFECTADAS SERÁN DEBIDAMENTE NOTIFICADAS DE ELLO EN ESE MOMENTO.

---

**Recursos Adicionales y a Quién Contactar para formular Preguntas**

Todos los documentos presentados en los Casos iniciados al amparo del Título III, incluidas copias de las reclamaciones presentadas utilizando CM/ECF, se encuentran disponibles de forma gratuita en línea, en https://cases.primeclerk.com/puertorico.  Este sitio web es mantenido por Prime Clerk y contiene una base de datos apta para búsquedas para ayudar a localizar documentos.

Si necesita obtener información adicional sobre la Objeción Colectiva, el estado de su respuesta, su reclamación o este aviso, póngase en contacto con la línea de ayuda de Prime Clerk llamando al **(844) 822-9231** (sin cargo para EE.UU. y Puerto Rico), o al **(646) 486-7944** (para llamadas internacionales), disponible desde las 10:00 a.m. hasta las 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español).  Las consultas también pueden enviarse por correo electrónico a puertoricoinfo@primeclerk.com.

---