# **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>                                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth** |

## ORDER GRANTING FIFTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE, DEFICIENT, AND INCORRECT DEBTOR CLAIMS

Upon the *Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate, Deficient, and Incorrect Debtor Claims* ("Fifty-Third Omnibus Objection"),[2] dated June 6, 2019, of the Commonwealth of Puerto Rico ("Commonwealth"), for entry of an order disallowing either in part or in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Fifty-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Fifty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-Third Omnibus Objection.

proper pursuant to PROMESA section 307(a); and due and proper notice of the Fifty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Fifty-Third Omnibus Objection (collectively, the "Duplicate and Incorrect Debtor Claims") being partially duplicative, partially deficient, and partially filed in the wrong case; and the Court having determined that the relief sought in the Fifty-Third Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Fifty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Fifty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Fifty-Third Omnibus Objection are hereby reclassified in part to be claims asserted against PREPA, as set forth in the column titled "Corrected" in Exhibit A to the Fifty-Third Omnibus Objection; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed, in the official claims register in the Title III cases, to move the portions of each of the Duplicate and Incorrect Debtor Claims from the Commonwealth Title III Case, to the Title III case(s) for PREPA (Bankruptcy Case No. 17 BK 4780-LTS), in accordance with the column titled "Corrected" in Exhibit A to the Fifty-Third Omnibus Objection; and it is further

ORDERED that, to the extent the Duplicate, Deficient, and Incorrect Debtor Claims are duplicative and/or deficient, such portions of the Duplicate, Deficient, and Incorrect Debtor Claims are hereby disallowed; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the duplicative and deficient portions of the Duplicate, Deficient, and Incorrect Debtor Claims from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that the claimants will each retain a remaining claim in the Commonwealth Title III Case, as identified in the column titled "Corrected" in <u>Exhibit A</u> to the Sixty-First Omnibus Objection (collectively, the "<u>Remaining Claims</u>"); and it is further

ORDERED that the Debtors' right to object to the Remaining Claims in the Commonwealth Title III Case is reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

        Honorable Judge Laura Taylor Swain
        United States District Judge

# **ANEXO D**

**Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>  como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                    Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde al Estado Libre Asociado** |

**UNA RESOLUCIÓN QUE HACE LUGAR a la QUINCUAGÉSIMA TERCERA OBJECIÓN
COLECTIVA (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DUPLICADAS, DEFICIENTES Y CONTRA EL DEUDOR INCORRECTO**

En virtud de la *Quincuagésima Tercera Objeción Colectiva (no sustantiva) del Estado Libre Asociado de Puerto Rico contra las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto* ("Quincuagésima Tercera Objeción Colectiva")[2] de fecha 6 de junio de 2019, del Estado Libre Asociado de Puerto Rico ("Estado Libre Asociado"), para que se dicte una resolución que desestime, parcial o totalmente, algunas reclamaciones presentadas en contra del

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

[2] Los términos en mayúscula que no se definen en el presente tendrán los significados que se les atribuye en la Quincuagésima Tercera Objeción Colectiva.

Estado Libre Asociado, como se explica con mayor detalle en la Quincuagésima Tercera Objeción Colectiva y los anexos que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Quincuagésima Tercera Objeción Colectiva y otorgar el remedio allí solicitado de conformidad con la sección 306(a) de la ley PROMESA; y que la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Quincuagésima Tercera Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Quincuagésima Tercera Objeción Colectiva (en conjunto, las "Reclamaciones Duplicadas y contra el Deudor Incorrecto") es parcialmente un duplicado, parcialmente deficiente y parcialmente presentada en el caso equivocado; y habiendo el Tribunal determinado que el remedio pretendido en la Quincuagésima Tercera Objeción Colectiva es beneficioso para el Estado Libre Asociado, sus acreedores y todas las partes interesadas; y habiendo el Tribunal determinado que los fundamentos jurídicos y fácticos expuestos en la Quincuagésima Tercera Objeción Colectiva constituyen una justa causa para la reparación que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE HACER LUGAR a la Quincuagésima Tercera Objeción Colectiva tal como aquí se expone; además, se

DISPONE que las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Quincuagésima Tercera Objeción Colectiva quedan por este medio reclasificadas en parte para ser reclamaciones formuladas contra PREPA, tal como se indica en la columna "Corregido" del Anexo A a la Quincuagésima Tercera Objeción Colectiva; además, se

2

DISPONE hacer reserva del derecho de los Deudores a objetar las Reclamaciones Reclasificadas, y asimismo se

DISPONE que Prime Clerk, LLC, queda autorizada y se la instruye para que mueva del registro oficial de reclamaciones de Casos al amparo del Título III, las partes de cada una de las Reclamaciones Duplicadas y contra el Deudor Incorrecto del Caso del Estado Libre Asociado al amparo del Título III, para PREPA (Caso de Quiebra N° 17 BK 4780-LTS), según figura en la columna "Corregido" del Anexo A a la Quincuagésima Tercera Objeción Colectiva; asimismo, se

DISPONE que, en la medida en que las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto sean duplicados y/o deficientes, las partes en cuestión de tales reclamaciones quedan por este medio desestimadas; además, se

DISPONE que Prime Clerk LLC queda autorizada y se le ordena que elimine las partes duplicadas y deficientes de las Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto del registro oficial de reclamaciones en el Caso del Estado Libre Asociado al amparo del Título III; y asimismo, se

DISPONE que los demandantes conservarán cada uno una reclamación remanente en el Caso del Estado Libre Asociado al amparo del Título III, como se indica en la columna "Corregido" del Anexo A a la Quincuagésima Tercera Objeción Colectiva (en conjunto, las "Reclamaciones Remanentes"); y asimismo, se

DISPONE la preservación del derecho de los Deudores a objetar las Reclamaciones Remanentes en el Caso del Estado Libre Asociado iniciado al amparo del Título III; además se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

                                                               Honorable Jueza Laura Taylor Swain
                                                               Jueza de Distrito de los Estados Unidos

4