# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 7196** |

## INFORMATIVE MOTION OF THE AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JUNE 12-13, 2019, OMNIBUS HEARING

The Ad Hoc Group of Constitutional Debtholders (the "Ad Hoc Group")[1] hereby files this Informative Motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of the June 12-13, 2019, Omnibus Hearing* [Dkt. No. 7196].

Andrew Kissner of Morrison & Foerster LLP ("Morrison & Foerster") intends to appear and, to the extent necessary, present argument at the June 12-13, 2019 omnibus hearing on behalf of the Ad Hoc Group in connection with any matters relating to the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds* [Dkt. No. 6857] filed by the Official Committee of Unsecured Creditors and Financial Oversight and Management Board, and Its Special Claims Committee, in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

---

[1] *See Third Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Dkt. No. 6067].

ny-1662837

An attorney from G. Carlo-Altieri Law Offices, LLC also intends to attend the omnibus hearing on behalf of the Ad Hoc Group.

Counsel will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Date: June 6, 2019

By: */s/ Gerardo A. Carlo*
Gerardo A. Carlo
USDC PR No. 112009
gacarlo@carlo-altierilaw.com

By: */s/ Kendra Loomis*
Kendra Loomis
USDC PR No. 227408
loomislegal@gmail.com

**G. CARLO-ALTIERI LAW OFFICES, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Fax: (787) 919-0527

-and-

By: */s/ James M. Peck*
James M. Peck (admitted *pro hac vice*)
Gary S. Lee (admitted *pro hac vice*)

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JPeck@mofo.com
GLee@mofo.com

*Counsel for the Ad Hoc Group of Constitutional Debtholders*