# **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-Fifth Omnibus Objection**

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AKABAS, SHEILA H.<br>310 W. 86TH STREET, 3A<br>NEW YORK, NY 10024-3142 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52121 | $ 49,998.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ANSPACH, DAVID H.<br>12322 OAK PLAZA<br>CYPRESS, TX 77429 | 4/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6113 | $ 1,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BERRONG, DAVID<br>208 MICHAEL DR.<br>OVIEDO, FL 32765 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4244 | $ 5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BOYCE, ANNA<br>16032 RIVERPOINTE DRIVE<br>CHARLOTTE, NC 28278 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10271 | $ 50,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | BRENNAN, WILLIAM H & BEVERLY A<br>386 CALLAWAY CT<br>LINFIELD, PA 19468 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4643 | $ 35,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | BRENNER, LESLIE H<br>55 OAK AVE<br>HUNTINGTON STATION, NY 11746 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31377 | $ 10,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | BRINN, LOUIS & ROSALIE<br>3 IRENE LANE SOUTH<br>PLAINVIEW, NY 11803-1915 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6731 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | BROOKS, DAVID<br>21404 SHANNONDELL DRIVE<br>AUDUBON, PA 19403 | 4/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4446 | $ 7,500.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 9 | COLLINS, NGOCANH<br>2705 COREY ROAD<br>MALABAR, FL 32950 | 5/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9043 | $ 36,850.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 10 | COOPERATIVA DE A/C CAMUY<br>300 AVE BALTAZAR JIMENEZ MENDEZ<br>CAMUY, PR 00627 | 5/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24517 | $ 153,312.50 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 11 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26089 | $ 185,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 12 | DANIEL AND BARBARA HEALY TRUST<br>2317 SEAFORD DR<br>WELLINGTON, FL 33414 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1617 | $ 5,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 13 | ETHEREDGE, KRISTA D<br>180 WALTER SAMS RD<br>WINTERVILLE, GA 30683 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7109 | $ 27,127.79* |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 14 | FARRON, LORRAINE<br>1692 LYNN CT<br>MERRICK, NY 11566 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 669 | $ 20,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | GELFON, ANN<br>2008 79TH ST. NW<br>BRADENTON, FL 34209 | 4/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3745 | $ 20,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | GEORGE R WARREN REVOCABLE TRUST GEORGE WARREN, TTEE<br>PO BOX 27<br>PERRY, OK 73077 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4846 | $ 20,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | HAZEL M HOFFMAN FAMILY TRUST DTD1-15-01<br>HAZEL HOFFMAN<br>N95W31825 COUNTY LINE RD<br>HARTLAND, WI 53029 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46200 | $ 15,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | HOROWITZ, GERALD<br>7 MAIDEN STONE LANE<br>MONROE TOWNSHIP, NJ 08831-7781 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9935 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | JOHN HENRY MULLIN, JR. TRUSTEE OF THE JOHN H. MULLIN SR. TESTAMENTARY TRUST<br>1002 GOODWIN LANE<br>WEST CHESTER, PA 19382 | 3/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3002 | $ 10,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | KILTENIS, MARIA<br>PO BOX 51203<br>ATHENS, 14510<br>GREECE | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41411 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | LE, HUNG B<br>1129 NICKERSON LANE<br>PLANO, TX 75094-4547 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3106 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | LINDA EVANSWOOD REVOCABLE TRUST<br>44 IRON MILL GARTH<br>HUNT VALLEY, MD 21030 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10906 | $ 60,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | MARCZYNSKI, CHRISTINE J<br>3258 LADD CT<br>THE VILLAGES, FL 32163 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11204 | $ 5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | MARIE MILANO, DEBORAH<br>299 CONNIE WRIGHT ROAD<br>IRMO, SC 29063 | 3/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3746 | $ 14,887.50 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | MICHAEL LUCAS & HELENE KRUPA<br>240 PINECREST DRIVE<br>ATHENS, GA 30605 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8137 | $ 10,500.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | PAUL & NANCY SCHERRER LIV TRUST VA 7/28/2014<br>1011 NOTTINGHAM PLACE<br>JOHNSON CITY, TN 37604 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5829 | $ 10,270.27 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | RAMOS LUCIANO, MARITZA<br>CALLE ANGEZ 4018 PANDO 000<br>PONCE, PR 00728 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101593 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | RENFROW, MICHAEL D<br>588 SPRINGLAKE DR.<br>PEARL, MS 39208 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1212 | $ 65,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | RITA MESSINGER REVOCABLE TRUST<br>LEONARD MESSINGER<br>64 MOUNTAINVIEW TERRACE<br>HILLSDALE, NJ 07642 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4213 | $ 5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | ROBINSON, ERIC P.<br>225 DEERWOOD ST. 5G<br>COLUMBIA, SC 29205 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18868 | $ 18,529.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | SARETZKY, GARY D & KATHLINA<br>700 TRUMBULL AVE<br>LAWRENCEVILLE, NJ 08648 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6576 | $ 8,018.50 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | SHEN T & TAMMY T LIU FAMILY TRUST U/A 07-21-2014<br>8318 SADDLEBACK LEDGE AVE<br>LAS VEGAS, NV 89147 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5054 | $ 25,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | SMITH, GLADYS<br>801 VANOSDALE #102<br>KNOXVILLE, TN 37909 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2324 | $ 10,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | STERLING, LOUIS<br>59 BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1001 | $ 100,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | VAN WICKLIN, JR, WARREN A<br>8017 NW 27 BLVD<br>GAINESVILLE, FL 32606 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 845 | $ 15,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | WALKER, BETTY S<br>PO BOX 624<br>APALACHICOLA, FL 32329-0624 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10274 | $ 110,952.75 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | WHITE, JIMMY D<br>120 SOUTH POINTE DR. STE C<br>BYRAM, MS 39272 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1360 | $ 60,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | WHITE, KEVIN M<br>24 VINEYARD LANE<br>WESTPORT, CT 06880-2255 | 5/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15973 | $ 9,847.50 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

|   |   |
|---|---|
| TOTAL | $ 1,178,793.81* |

\* Indicates claim contains unliquidated and/or undetermined amounts