# **ANEXO A**

**Lista de Reclamaciones objeto de la Quincuagésima Quinta Objeción Colectiva**

Quincuagésima Quinta Objeción Colectiva
Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AKABAS, SHEILA H.<br>310 W. 86TH STREET, 3A<br>NEW YORK, NY 10024-3142 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 52121 | $ 49,998.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | ANSPACH, DAVID H.<br>12322 OAK PLAZA<br>CYPRESS, TX 77429 | 4/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6113 | $ 1,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 3 | BERRONG, DAVID<br>208 MICHAEL DR.<br>OVIEDO, FL 32765 | 4/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4244 | $ 5,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | BOYCE, ANNA<br>16032 RIVERPOINTE DRIVE<br>CHARLOTTE, NC 28278 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10271 | $ 50,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 5 | BRENNAN, WILLIAM H & BEVERLY A<br>386 CALLAWAY CT<br>LINFIELD, PA 19468 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4643 | $ 35,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 6 | BRENNER, LESLIE H<br>55 OAK AVE<br>HUNTINGTON STATION, NY 11746 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31377 | $ 10,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 7 | BRINN, LOUIS & ROSALIE<br>3 IRENE LANE SOUTH<br>PLAINVIEW, NY 11803-1915 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6731 | Indeterminado* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quincuagésima Quinta Objeción Colectiva
Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | BROOKS, DAVID<br>21404 SHANNONDELL DRIVE<br>AUDUBON, PA 19403 | 4/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4446 | $ 7,500.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 9 | COLLINS, NGOCANH<br>2705 COREY ROAD<br>MALABAR, FL 32950 | 5/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9043 | $ 36,850.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 10 | COOPERATIVA DE A/C CAMUY<br>300 AVE BALTAZAR JIMENEZ MENDEZ<br>CAMUY, PR 00627 | 5/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24517 | $ 153,312.50 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 11 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26089 | $ 185,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 12 | DANIEL AND BARBARA HEALY TRUST<br>2317 SEAFORD DR<br>WELLINGTON, FL 33414 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1617 | $ 5,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 13 | ETHEREDGE, KRISTA D<br>180 WALTER SAMS RD<br>WINTERVILLE, GA 30683 | 4/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7109 | $ 27,127.79* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 14 | FARRON, LORRAINE<br>1692 LYNN CT<br>MERRICK, NY 11566 | 3/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 669 | $ 20,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

## Quincuagésima Quinta Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | GELFON, ANN<br>2008 79TH ST. NW<br>BRADENTON, FL 34209 | 4/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3745 | $ 20,000.00* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | GEORGE R WARREN REVOCABLE TRUST GEORGE WARREN, TTEE<br>PO BOX 27<br>PERRY, OK 73077 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4846 | $ 20,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | HAZEL M HOFFMAN FAMILY TRUST DTD1-15-01<br>HAZEL HOFFMAN<br>N95W31825 COUNTY LINE RD<br>HARTLAND, WI 53029 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46200 | $ 15,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | HOROWITZ, GERALD<br>7 MAIDEN STONE LANE<br>MONROE TOWNSHIP, NJ 08831-7781 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9935 | Indeterminado* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | JOHN HENRY MULLIN, JR. TRUSTEE OF THE JOHN H. MULLIN SR. TESTAMENTARY TRUST<br>1002 GOODWIN LANE<br>WEST CHESTER, PA 19382 | 3/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3002 | $ 10,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | KILTENIS, MARIA<br>PO BOX 51203<br>ATHENS, 14510<br>GREECE | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41411 | Indeterminado* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

## Quincuagésima Quinta Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | LE, HUNG B<br>1129 NICKERSON LANE<br>PLANO, TX 75094-4547 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3106 | Indeterminado* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | LINDA EVANSWOOD REVOCABLE TRUST<br>44 IRON MILL GARTH<br>HUNT VALLEY, MD 21030 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10906 | $ 60,000.00* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | MARCZYNSKI, CHRISTINE J<br>3258 LADD CT<br>THE VILLAGES, FL 32163 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11204 | $ 5,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | MARIE MILANO, DEBORAH<br>299 CONNIE WRIGHT ROAD<br>IRMO, SC 29063 | 3/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3746 | $ 14,887.50 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | MICHAEL LUCAS & HELENE KRUPA<br>240 PINECREST DRIVE<br>ATHENS, GA 30605 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8137 | $ 10,500.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | PAUL & NANCY SCHERRER LIV TRUST VA 7/28/2014<br>1011 NOTTINGHAM PLACE<br>JOHNSON CITY, TN 37604 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5829 | $ 10,270.27 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | RAMOS LUCIANO, MARITZA<br>CALLE ANGEZ 4018 PANDO 000<br>PONCE, PR 00728 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101593 | Indeterminado* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

## Quincuagésima Quinta Objeción Colectiva
## Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | RENFROW, MICHAEL D<br>588 SPRINGLAKE DR.<br>PEARL, MS 39208 | 3/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1212 | $ 65,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | RITA MESSINGER REVOCABLE TRUST<br>LEONARD MESSINGER<br>64 MOUNTAINVIEW TERRACE<br>HILLSDALE, NJ 07642 | 3/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4213 | $ 5,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | ROBINSON, ERIC P.<br>225 DEERWOOD ST. 5G<br>COLUMBIA, SC 29205 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18868 | $ 18,529.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | SARETZKY, GARY D & KATHLINA<br>700 TRUMBULL AVE<br>LAWRENCEVILLE, NJ 08648 | 4/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6576 | $ 8,018.50 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | SHEN T & TAMMY T LIU FAMILY TRUST U/A 07-21-2014<br>8318 SADDLEBACK LEDGE AVE<br>LAS VEGAS, NV 89147 | 3/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5054 | $ 25,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | SMITH, GLADYS<br>801 VANOSDALE #102<br>KNOXVILLE, TN 37909 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2324 | $ 10,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | STERLING, LOUIS<br>59 BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | 3/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1001 | $ 100,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

## Quincuagésima Quinta Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 35 | VAN WICKLIN, JR, WARREN A<br>8017 NW 27 BLVD<br>GAINESVILLE, FL 32606 | 3/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 845 | $ 15,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 36 | WALKER, BETTY S<br>PO BOX 624<br>APALACHICOLA, FL 32329-0624 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10274 | $ 110,952.75 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 37 | WHITE, JIMMY D<br>120 SOUTH POINTE DR. STE C<br>BYRAM, MS 39272 | 3/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1360 | $ 60,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 38 | WHITE, KEVIN M<br>24 VINEYARD LANE<br>WESTPORT, CT 06880-2255 | 5/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15973 | $ 9,847.50 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 1,178,793.81* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados