# **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-Eighth Omnibus Objection**

**Fifty-Eighth Omnibus Objection**
**Exhibit A - Duplicate + Deficient**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | AALAEI, BENJAMIN<br>3741 45TH STREET<br>HIGHLAND, IN 46322 | 3655 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | AALAEI, SAHRA<br>3741 45TH STREET<br>HIGHLAND, IN 46322 | 1926 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 | Commonwealth of Puerto Rico | Unsecured | $70,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA and the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | CARUSO, CONSTANCE S. AND DENNIS M.<br>6106 TENNYSON DRIVE<br>WEST CHESTER, OH 45069 | 6959 | Commonwealth of Puerto Rico | Unsecured | $110,000.00 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4 | COOPERATIVA DE AHORRO Y CREDITO DE LA INDUSTRIA BIOFARMACEUTICA<br>VILLA CAROLINA C-9<br>AVE. ROBERTO CLEMENTE<br>CAROLINA, PR 00985 | 11466 | Commonwealth of Puerto Rico | Unsecured | $5,199,554.19 | Commonwealth of Puerto Rico | Unsecured | $4,674,394.19 |

Reason: Proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5 | GONZALEZ PASSALACQUA, JOSE RAMON<br>201 CALLE DUKE TH2<br>VILLAS DE PALMA REAL<br>SAN JUAN, PR 00927 | 57097 | Commonwealth of Puerto Rico | Secured | $485,000.00 | Commonwealth of Puerto Rico | Secured | $100,000.00 |

Reason: Proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

**Fifty-Eighth Omnibus Objection**
**Exhibit A - Duplicate + Deficient**

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | HOVER, JOHN<br>3203 GRAND CANYON ST.<br>FORT COLLINS, CO 80525 | 5875 | Commonwealth of Puerto Rico | Unsecured | $74,869.00 | Commonwealth of Puerto Rico | Unsecured | $49,732.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | LOTT, MARY NELL<br>2016 NOLLEY ROAD<br>NATCHITOCHES, LA 71457 | 1854 | Commonwealth of Puerto Rico | Unsecured | $70,287.34 | Commonwealth of Puerto Rico | Unsecured | $37,217.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA and the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | MORALES, RAFAEL<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 3748 | Commonwealth of Puerto Rico | Unsecured | $550,000.00 | Commonwealth of Puerto Rico | Unsecured | $150,000.00 |

Reason: Proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | SNYDER, IRVIN J<br>205 SOCIETY HILL<br>CHERRY HILL, NJ 08003-2404 | 11658 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.