**ANEXO A**

**Lista de Reclamaciones objeto de la Quincuagésima Octava Objeción Colectiva**

**Quincuagésima Octava Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas y Deficientes**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | AALAEI, BENJAMIN<br>3741 45TH STREET<br>HIGHLAND, IN 46322 | 3655 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | AALAEI, SAHRA<br>3741 45TH STREET<br>HIGHLAND, IN 46322 | 1926 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $70,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA y la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | CARUSO, CONSTANCE S. AND DENNIS M.<br>6106 TENNYSON DRIVE<br>WEST CHESTER, OH 45069 | 6959 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $110,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico y la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE AHORRO Y CREDITO DE LA INDUSTRIA BIOFARMACEUTICA<br>VILLA CAROLINA C-9<br>AVE. ROBERTO CLEMENTE<br>CAROLINA, PR 00985 | 11466 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,199,554.19 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,674,394.19 |

Base para: La evidencia de reclamación pretende invocar, en parte, obligaciones asociadas a bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo tal que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o cualquiera de los otros deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

**Quincuagésima Octava Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas y Deficientes**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | GONZALEZ PASSALACQUA, JOSE RAMON<br>201 CALLE DUKE TH2<br>VILLAS DE PALMA REAL<br>SAN JUAN, PR 00927 | 57097 | El Estado Libre Asociado de Puerto Rico | Garantizada | $485,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $100,000.00 |

Base para: La evidencia de reclamación pretende invocar, en parte, obligaciones asociadas a bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo tal que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o cualquiera de los otros deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | HOVER, JOHN<br>3203 GRAND CANYON ST.<br>FORT COLLINS, CO 80525 | 5875 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $74,869.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $49,732.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | LOTT, MARY NELL<br>2016 NOLLEY ROAD<br>NATCHITOCHES, LA 71457 | 1854 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $70,287.34 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,217.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA y la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | MORALES, RAFAEL<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 3748 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $550,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $150,000.00 |

Base para: La evidencia de reclamación pretende invocar, en parte, obligaciones asociadas a bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo tal que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o cualquiera de los otros deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | SNYDER, IRVIN J<br>205 SOCIETY HILL<br>CHERRY HILL, NJ 08003-2404 | 11658 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.