**EXHIBIT B**

**Declaration of Jay Herriman**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

## DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE FIFTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE BOND CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.    I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth.

3. I submit this declaration in support of the *Fifty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims* (the "Fifty-Ninth Omnibus Objection").[3] I have personally reviewed the Fifty-Ninth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Fifty-Ninth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Fifty-Ninth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed in part, as identified in Exhibit A to the Fifty-Ninth Omnibus Objection.

5. To the best of my knowledge, information, and belief, each of the claims identified in the column titled "Asserted" in Exhibit A to the Fifty-Ninth Omnibus Objection (the "Duplicate Bond Claims") purports, in part, to assert liability against the Commonwealth associated with one or more bonds issued by one or more of the following entities: AFICA, the Children's Trust, ERS, HFA, HTA, PRASA, PBA, PRCCDA, PRIDCO, PRIFA, PRPFCCA, PRMFA, and UPR. Additionally, to the best of my knowledge, information, and belief, such portions of the Duplicate Bond Claims are duplicative of one or more Master Claims filed in the Commonwealth Title III

---

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-Ninth Omnibus Objection.

2

Case by the fiscal agent or trustee for such bonds pursuant to the Bar Date Orders. Accordingly, to prevent multiple recoveries by the claimants, the Commonwealth requests that the duplicate portions of these Duplicate Bond Claims be disallowed. To the extent the Duplicate Bond Claims purport to assert liability associated with one or more bonds issued by the Commonwealth, the claimant will retain a remaining claim in the Commonwealth Title III Case, as identified in the column titled "Corrected" in <u>Exhibit A</u> to the Fifty-Ninth Omnibus Objection.

6. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Fifty-Ninth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of the Commonwealth and its creditors.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 6, 2019

By: <u>/s/ Jay Herriman</u>
     Jay Herriman

# **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                          Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde al Estado Libre Asociado.** |

**DECLARACIÓN DE JAY HERRIMAN EN RESPALDO DE LA QUINCUAGÉSIMA NOVENA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DE BONOS DUPLICADAS**

Yo, Jay Herriman, conforme al título 28 del Código de los Estados Unidos (United States' Code, U.S.C.) § 1746, por la presente declaro bajo pena de perjurio que lo que sigue a continuación es verdadero y exacto según mi leal saber y entender:

1. Soy Director General de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera ("Junta de Supervisión") contrató a A&M para asistirlos, *entre otras cosas*, con el proceso de conciliación de reclamaciones en los casos de los

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

Deudores iniciados de conformidad con *la Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]  A menos que se indique lo contrario en la presente Declaración, tengo conocimiento personal de los hechos que aquí se consignan.

2.  En mi carácter de Director General de A&M, soy una de las personas responsables de supervisar el proceso de objeciones y conciliación de reclamaciones en los casos de los Deudores al amparo de la ley PROMESA.  El proceso en curso de conciliación de reclamaciones de los Deudores involucra el esfuerzo colectivo de un equipo de empleados de A&M, así como a Proskauer Rose LLP y O'Neill & Borges LLC, los abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado.

3.  Presento esta Declaración en respaldo de la *Quincuagésima Novena Objeción Colectiva (no sustantiva) del Estado Libre Asociado de Puerto Rico contra Reclamaciones de Bonos Duplicadas* (la "Quincuagésima Novena Objeción Colectiva").[3]  También he revisado personalmente la Quincuagésima Novena Objeción Colectiva y los anexos a la misma y, en consecuencia, tengo conocimiento de la información que allí se incluye.

4.  Como preparación para la presentación de la Quincuagésima Novena Objeción Colectiva, y bajo mi dirección y/o supervisión, cada una de las reclamaciones en cuestión en la Quincuagésima Novena Objeción Colectiva fue revisada y analizada detenidamente de buena fe por el personal adecuado mediante los procedimientos de diligencia debida.  Producto de estos esfuerzos, se han identificado las reclamaciones a ser desestimadas en parte, que se identifican en el Anexo A a la Quincuagésima Novena Objeción Colectiva.

---

[2] La ley PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

[3] Los términos con mayúscula que no se definen de otro modo en la presente tendrán los significados que se les atribuye en la Quincuagésima Novena Objeción Colectiva.

5. A mi leal saber y entender, cada una de las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Quincuagésima Novena Objeción Colectiva (las "Reclamaciones de Bonos Duplicadas") pretende, en parte, invocar una obligación contra el Estado Libre Asociado vinculada a uno o más bonos emitidos por una o más de las siguientes entidades: AFICA, el Fideicomiso de los Niños, ERS, HFA, HTA, AAA, PBA, PRCCDA, PRIDCO, PRIFA, PRPFCCA, PRMFA y la UPR. Asimismo, a mi leal saber y entender, dichas partes de las Reclamaciones de Bonos Duplicadas constituyen duplicados de una o más Reclamaciones Maestras presentadas en el Caso del Estado Libre Asociado iniciado al amparo del Título III por el agente fiscal o el fiduciario de tales bonos, de conformidad con las Resoluciones que Fijan Fecha Límite para la Presentación de Evidencias de Reclamaciones. En consecuencia, para evitar múltiples indemnizaciones de parte de los demandantes, el Estado Libre Asociado solicita que estas Reclamaciones de Bonos Duplicadas sean desestimadas por completo. En la medida en que las Reclamaciones de Bonos Duplicadas pretenden invocar una obligación asociada a uno o más bonos emitidos por el Estado Libre Asociado, el demandante conservará una reclamación remanente el Caso del Estado Libre Asociado iniciado al amparo del Título III como se identifica en la columna "Corregido" del Anexo A a la Quincuagésima Novena Objeción Colectiva.

6. En función de lo antedicho, y a mi leal saber y entender, la información incluida en la Quincuagésima Novena Objeción Colectiva y los anexos a la misma es verdadera y correcta, y el remedio allí solicitado es beneficioso para el Estado Libre Asociado y sus acreedores.

7. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo expresado precedentemente es verdadero y correcto según mi leal saber y entender.

3

Fecha: 6 de junio de 2019

                                        Por: *<u>Firma en la versión en inglés</u>*
                                                     Jay Herriman