# **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-Seventh Omnibus Objection**

2

# Fifty-Seventh Omnibus Objection
## Exhibit A - Duplicate + Incorrect Debtor

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | BASORE NONEXEMPT TRUST 311 TOWN CENTER BELLA VISTA, AR72714 | 3108 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | | | | | | | Subtotal | Undetermined* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA and the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | CASTLES, LIZA 3026 QUEENBERRY DR HUNTINGTOWN, MD 20639 | 62443 | Commonwealth of Puerto Rico | Unsecured | $20,140.00 | Puerto Rico Electric Power Authority | Unsecured | $10,007.50 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | HEMMERLY, PHYLLIS A. 971 OVERBROOK SERVICE DRIVE COLUMBUS, OH 43224 | 4361 | Commonwealth of Puerto Rico | Secured | $30,000.00 | Puerto Rico Electric Power Authority | Secured | $30,000.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $105,000.00 | Commonwealth of Puerto Rico | Unsecured | $65,000.00 |
| | | | | Subtotal | $135,000.00 | | Subtotal | $95,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | HIGGINBOTHAM, ALAN D 121 MEADOW RIDGE WAY CLUTE, TX 77531 | 5633 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 | Puerto Rico Electric Power Authority | Unsecured | $15,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | J. NEFF BASORE REV TRUST 10 NOTTINGHAM CIRCLE BELLA VISTA, AR72715 | 6446 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | | | | | | | Subtotal | Undetermined* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA and the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

\* Indicates claim contains unliquidated and/or undetermined amounts

# Fifty-Seventh Omnibus Objection
## Exhibit A - Duplicate + Incorrect Debtor

|   | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|------|--------|----------|---|---|-----------|---|---|
|   |      |        | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 6 | JAMES M HIGGINBOTHAM FAMILY TRUST<br>121 MEADOW RIDGE WAY<br>CLUTE, TX 77531 | 5842 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 | Puerto Rico Electric Power Authority | Unsecured | $15,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

|   | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|--------|--------|-----------------|--------|--------|-----------------|--------|
| 7 | JOANNCO LLLP<br>311 TOWN CENTER<br>BELLA VISTA, AR 72714 | 6445 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
|   |      |        |        |                 |        | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
|   |      |        |        |                 |        | Subtotal |  | Undetermined* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA and the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

|   | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|--------|--------|-----------------|--------|--------|-----------------|--------|
| 8 | KOREY, WILLIAM AND DOROTHY A.<br>147 PARKEDGE RD.<br>PITTSBURGH, PA 15220 | 159003 | Commonwealth of Puerto Rico | Unsecured | $125,000.00* | Puerto Rico Electric Power Authority | Unsecured | $100,000.00* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

|   | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|--------|--------|-----------------|--------|--------|-----------------|--------|
| 9 | KOREY, WM. J.<br>409 LAKEVIEW DR.<br>OLDSMAR, FL 34677 | 4286 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

|   | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|--------|--------|-----------------|--------|--------|-----------------|--------|
| 10 | LANG, JEFFREY D<br>6 ATHENA CT<br>DIX HILLS, NY 11746 | 14717 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |
|    |      |        |        |                 |        | Puerto Rico Electric Power Authority | Unsecured | $10,000.00 |
|    |      |        |        |                 |        | Subtotal |  | $15,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

**Fifty-Seventh Omnibus Objection**
**Exhibit A - Duplicate + Incorrect Debtor**

|    | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|----|------|--------|----------|--|--|-----------|--|--|
|    |      |        | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 11 | MEYERS, ALVIN D.<br>2164 BROWN ST.<br>BROOKLYN, NY 11229 | 2340 | Commonwealth of Puerto Rico | Unsecured | $406,449.34 | Commonwealth of Puerto Rico | Unsecured | $95,000.00 |
|    |      |        |          |          |          | Puerto Rico Electric Power Authority | Unsecured | $120,000.00 |
|    |      |        |          |          |          |          | Subtotal | $215,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA and the University of Puerto Rico which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

|    | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|----|------|--------|--------|-----------------|--------|--------|-----------------|--------|
| 12 | NOBLE, NANCY<br>11095 GRAVOIS RD #303<br>ST. LOUIS, MO 63126 | 36678 | Commonwealth of Puerto Rico | Unsecured | $40,000.00* | Puerto Rico Electric Power Authority | Unsecured | $20,000.00* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

|    | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|----|------|--------|--------|-----------------|--------|--------|-----------------|--------|
| 13 | ROLLIN, STEVEN L<br>3716 COVERT RD<br>WATERFORD, MI 48328 | 2697 | Commonwealth of Puerto Rico | Unsecured | $45,000.00 | Puerto Rico Electric Power Authority | Unsecured | $40,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

|    | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|----|------|--------|--------|-----------------|--------|--------|-----------------|--------|
| 14 | SHAKIN, JEFFREY L<br>9 TATEM WAY<br>OLD WESTBURY, NY 11568 | 8473 | Commonwealth of Puerto Rico | Unsecured | $1,752,773.00 | Commonwealth of Puerto Rico | Unsecured | $420,414.00 |
|    |      |        |        |                 |        | Puerto Rico Electric Power Authority | Unsecured | $76,272.00 |
|    |      |        |        |                 |        |        | Subtotal | $496,686.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA, the Puerto Rico Public Buildings Authority, and the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

|    | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|----|------|--------|--------|-----------------|--------|--------|-----------------|--------|
| 15 | TORRES CARTAGENA, HECTOR MANUEL<br>CALLE 3 G3<br>URB LOMAS VERDES<br>BAYAMON, PR 00956-3307 | 7519 | Commonwealth of Puerto Rico | 503(b)(9) | $170,000.00* | Puerto Rico Electric Power Authority | 503(b)(9) | $120,000.00* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by the Puerto Rico Industrial Development Company which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

**Fifty-Seventh Omnibus Objection**
**Exhibit A - Duplicate + Incorrect Debtor**

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | ZUCKER, MORGAN MARJORIE A RODRIGUEZ 140 BRENTLEY LN. ORANGE PARK, FL 32065-5614 | 7220 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts, in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.