## **ANEXO A**

**Lista de Reclamaciones objeto de la Quincuagésima Séptima Objeción Colectiva**

**Quincuagésima Séptima Objeción Colectiva**
**Anexo A – Reclamaciones Duplicadas y contra el Deudor Incorrecto**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | BASORE NONEXEMPT TRUST 311 TOWN CENTER BELLA VISTA, AR 72714 | 3108 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | | | | | | | Subtotal | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA y la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | CASTLES, LIZA 3026 QUEENBERRY DR HUNTINGTOWN, MD 20639 | 62443 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,140.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $10,007.50 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | HEMMERLY, PHYLLIS A. 971 OVERBROOK SERVICE DRIVE COLUMBUS, OH 43224 | 4361 | El Estado Libre Asociado de Puerto Rico | Garantizada | $30,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $30,000.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $105,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $65,000.00 |
| | | | | Subtotal | $135,000.00 | | Subtotal | $95,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | HIGGINBOTHAM, ALAN D 121 MEADOW RIDGE WAY CLUTE, TX 77531 | 5633 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $15,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

## Quincuagésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones Duplicadas y contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | | CORREGIDO | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | J. NEFF BASORE REV TRUST 10 NOTTINGHAM CIRCLE BELLA VISTA, AR 72715 | 6446 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | | | | | | | Subtotal | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA y la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | JAMES M HIGGINBOTHAM FAMILY TRUST 121 MEADOW RIDGE WAY CLUTE, TX 77531 | 5842 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $15,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | JOANNCO LLLP 311 TOWN CENTER BELLA VISTA, AR 72714 | 6445 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | | | | | | | Subtotal | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA y la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | KOREY, WILLIAM AND DOROTHY A. 147 PARKEDGE RD. PITTSBURGH, PA 15220 | 159003 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $125,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $100,000.00* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

## Quincuagésima Séptima Objeción Colectiva
### Anexo A – Reclamaciones Duplicadas y contra el Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | | CORREGIDO | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 9 | KOREY, WM. J. 409 LAKEVIEW DR. OLDSMAR, FL 34677 | 4286 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10 | LANG, JEFFREY D 6 ATHENA CT DIX HILLS, NY 11746 | 14717 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $10,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |
| | | | | | | | Subtotal | $15,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico y la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11 | MEYERS, ALVIN D. 2164 BROWN ST. BROOKLYN, NY 11229 | 2340 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $406,449.34 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $120,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,000.00 |
| | | | | | | | Subtotal | $215,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA y la Universidad de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | NOBLE, NANCY 11095 GRAVOIS RD#303 ST. LOUIS, MO 63126 | 36678 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $40,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $20,000.00* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

**Quincuagésima Séptima Objeción Colectiva**
**Anexo A – Reclamaciones Duplicadas y contra el Deudor Incorrecto**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 13 | ROLLIN, STEVEN L<br>3716 COVERT RD<br>WATERFORD, MI 48328 | 2697 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $40,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | SHAKIN, JEFFREY L<br>9 TATEM WAY<br>OLD WESTBURY, NY 11568 | 8473 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,752,773.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $76,272.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $420,414.00 |
| | | | | | | | Subtotal | $496,686.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, la Autoridad de Edificios Públicos de Puerto Rico y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 15 | TORRES CARTAGENA, HECTOR MANUEL<br>CALLE 3 G3<br>URB LOMAS VERDES<br>BAYAMON, PR 00956-3307 | 7519 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $170,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $120,000.00* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 16 | ZUCKER, MORGAN<br>MARJORIE A RODRIGUEZ<br>140 BRENTLEY LN.<br>ORANGE PARK, FL 32065-5614 | 7220 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.