# **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth** |

### ORDER GRANTING FIFTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE AND INCORRECT DEBTOR CLAIMS

Upon the *Fifty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate and Incorrect Debtor Claims* ("Fifty-Seventh Omnibus Objection"),[2] dated June 6, 2019, of the Commonwealth of Puerto Rico ("Commonwealth"), for entry of an order disallowing either in part or in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Fifty-Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Fifty-Seventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-Seventh Omnibus Objection.

to PROMESA section 307(a); and due and proper notice of the Fifty-Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Fifty-Seventh Omnibus Objection (collectively, the "Duplicate and Incorrect Debtor Claims") being partially duplicative and partially filed in the wrong case; and the Court having determined that the relief sought in the Fifty-Seventh Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Fifty-Seventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Fifty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Fifty-Seventh Omnibus Objection are hereby reclassified in part to be claims asserted against PREPA, as set forth in the column titled "Corrected" in Exhibit A to the Fifty-Seventh Omnibus Objection; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed, in the official claims register in the Title III cases, to move the portions of each of the Duplicate and Incorrect Debtor Claims from the Commonwealth Title III Case, to the Title III case(s) for PREPA (Bankruptcy Case No. 17 BK 4780-LTS), in accordance with the column titled "Corrected" in Exhibit A to the Fifty-Seventh Omnibus Objection; and it is further

ORDERED that the Duplicate and Incorrect Debtor Claims are hereby disallowed to the extent such claims are duplicative of one or more Master Claims; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the duplicative portions of the Duplicate and Incorrect Debtor Claims from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that, to the extent any portion of the Duplicate and Incorrect Debtor Claims remain in the Commonwealth Title III Case, as identified in the column titled "Corrected" in Exhibit A to the Fifty-Seventh Omnibus Objection, the Debtors' right to object to the Remaining Claims in the Commonwealth Title III Case is reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                        Honorable Judge Laura Taylor Swain
                                        United States District Judge

# **ANEXO D**

**Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

    como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,

                              Deudores.[1]

PROMESA
Título III

N° 17 BK 3283-LTS

(Administrados en forma conjunta)

**Esta presentación corresponde al Estado Libre Asociado**

**UNA RESOLUCIÓN QUE HACE LUGAR A LA QUINCUAGÉSIMA SÉPTIMA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DUPLICADAS Y CONTRA EL DEUDOR INCORRECTO**

En virtud de la *Quincuagésima Séptima Objeción Colectiva (no sustantiva) del Estado Libre Asociado de Puerto Rico contra Reclamaciones Duplicadas y contra el Deudor Incorrecto* ("Quincuagésima Séptima Objeción Colectiva")[2] de fecha 6 de junio de 2019, del Estado Libre Asociado de Puerto Rico ("Estado Libre Asociado"), para que se dicte una resolución que desestime, ya sea en parte o por completo, algunas reclamaciones presentadas en contra del Estado Libre Asociado, como se explica con mayor detalle en la Quincuagésima Séptima Objeción

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

[2] Los términos en mayúscula que no se definen en la presente tendrán los significados que se les atribuye en la Quincuagésima Séptima Objeción Colectiva.

Colectiva y los anexos que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Quincuagésima Séptima Objeción Colectiva y otorgar el remedio allí solicitado de conformidad con la sección 306(a) de la ley PROMESA; y que la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Quincuagésima Séptima Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones enumeradas en el <u>Anexo A</u> a la Quincuagésima Séptima Objeción Colectiva ("<u>Reclamaciones Duplicadas y contra el Deudor Incorrecto</u>") es parcialmente un duplicado y está parcialmente presentada en el caso equivocado; y habiendo el Tribunal determinado que el remedio pretendido en la Quincuagésima Séptima Objeción Colectiva es beneficioso para el Estado Libre Asociado, sus acreedores y todas las partes interesadas; y habiendo el Tribunal determinado que los fundamentos jurídicos y fácticos expuestos en la Quincuagésima Séptima Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE HACER LUGAR a la Quincuagésima Séptima Objeción Colectiva tal como aquí se expone; además, se

DISPONE que las reclamaciones identificadas en la columna "Formuladas" del <u>Anexo A</u> a la Quincuagésima Séptima Objeción Colectiva son por el presente reclasificadas en parte como reclamaciones presentadas contra PREPA, tal como figura en la columna "Corregido" del <u>Anexo A</u>; además, se

DISPONE hacer reserva del derecho de los Deudores a objetar las Reclamaciones Reclasificadas, y asimismo se

DISPONE que Prime Clerk, LLC, queda autorizada y se la instruye para mover del registro de reclamaciones oficiales de casos iniciados al amparo del Título III las partes de cada una de las Reclamaciones Duplicadas y contra el Deudor Incorrecto del Caso del Estado Libre Asociado iniciado al amparo del Título III, a el o los casos iniciado al amparo del Título III para PREPA (Caso de Quiebra N° 17 BK 4780-LTS), de acuerdo con la columna "Corregidas" del Anexo A a la Quincuagésima Séptima Objeción Colectiva; y asimismo se

DISPONE que las Reclamaciones Duplicadas y contra el Deudor Incorrecto quedan por este medio desestimadas en la medida en que sean duplicadas de una o más Reclamaciones Maestras; y asimismo se

DISPONE que Prime Clerk LLC queda autorizada y se le ordena que elimine las partes duplicadas de las Reclamaciones Duplicadas y contra el Deudor Incorrecto del registro oficial de reclamaciones en el Caso del Estado Libre Asociado iniciado al amparo del Título III; y, asimismo, se

DISPONE que, si cualquier parte de las Reclamaciones Duplicadas y contra el Deudor Incorrecto permanece en el Caso del Estado Libre Asociado iniciado al amparo del Título III, como se identifica en la columna "Corregido" del Anexo A a la Quincuagésima Séptima Objeción Colectiva, el derecho de los Deudores a objetar las Reclamaciones Remanentes en el Caso del Estado Libre Asociado iniciado al amparo del Título III queda reservado; y, asimismo, se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

                                          Honorable Jueza Laura Taylor Swain
                                          Jueza de Distrito de los Estados Unidos