# **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-Ninth Omnibus Objection**

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AESALON PARTNERS LP<br>111 WEST ILLINOIS STREET<br>CHICAGO, IL 60654 | 16238 | Commonwealth of Puerto Rico | Unsecured | $61,550.00 | Commonwealth of Puerto Rico | Unsecured | $10,237.50 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | AGOSTO ALICEA, JUAN<br>4531 ISLA VERDE AVENUE<br>CAROLINA, PR 00979 | 17325 | Commonwealth of Puerto Rico | Unsecured | $71,900.12 | Commonwealth of Puerto Rico | Unsecured | $20,006.31 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA and the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ALEJANDRO DIAZ, WILBERTO<br>URB LEVITTOWN<br>1431 PASEO DE DELFIN<br>TOA BAJA, PR 00949 | 15188 | Commonwealth of Puerto Rico | Secured | $200,000.00 | Commonwealth of Puerto Rico | Secured | $100,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by ERS which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ANGEL L. SAEZ LOPEZ AND JANET MALDONADO REVERON<br>PASEO SAN JUAN<br>H1 CALLE SANTA CATALINA<br>SAN JUAN, PR 00926 | 13856 | Commonwealth of Puerto Rico | Unsecured | $1,452,547.00* | Commonwealth of Puerto Rico | Unsecured | $337,667.00* |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority and the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | ANN MARIE LUCIDO REVOCABLE LIVING TRUST U.A.D. 7-31-93<br>PETER J. LUCIDO<br>14601 BREZA<br>SHELBY TWP, MI 48315 | 10513 | Commonwealth of Puerto Rico | Unsecured | $220,000.00 | Commonwealth of Puerto Rico | Unsecured | $195,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | ANTONIO GNOCCHI FRANCO LAW OFFICE PENSION PLAN<br>PO BOX 193408<br>SAN JUAN, PR 00919-3408 | 10444 | Commonwealth of Puerto Rico | Unsecured | $70,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | ASHBROOK, LINDA M.<br>4206 KIRKLAND VILLAGE CIRCLE<br>BETHLEHEM, PA 18017-4764 | 3148 | Commonwealth of Puerto Rico | Unsecured | $276,187.16 | Commonwealth of Puerto Rico | Unsecured | $248,062.52 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR<br>CHARLES A. CUPRILL, ESQ.<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR 00901 | 21733 | Commonwealth of Puerto Rico | Unsecured | $53,766,892.62 | Commonwealth of Puerto Rico | Unsecured | $3,100,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority, the Puerto Rico Public Finance Corporation and the the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | BACHSTETTER JT TEN, STEPHEN L. AND SUSAN L.<br>139 CAMPBELL CT.<br>SHREWSBURY, NJ 07702 | 2584 | Commonwealth of Puerto Rico | Unsecured | $30,284.98 | Commonwealth of Puerto Rico | Unsecured | $14,704.99 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | BARATTA, CAROL<br>775 PEACHTREE LANE<br>FRANKLIN LAKES, NJ 07417 | 1285 | Commonwealth of Puerto Rico | Unsecured | $90,000.00 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | BARBARA K SEGAL & RAPHAEL REISS<br>86-35 MARENGO STREET<br>HOLLIS, NY 11423 | 17679 | Commonwealth of Puerto Rico | Unsecured | $83,349.60 | Commonwealth of Puerto Rico | Unsecured | $51,756.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | BERKOWITZ, PETER<br>711 CALLE LOS NARANJOS<br>SAN JUAN, PR 00907 | 7663 | Commonwealth of Puerto Rico | Unsecured | $184,499.96 | Commonwealth of Puerto Rico | Unsecured | $173,999.96 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | BIAGIONI, ADOLFO<br>10 CLANCY DRIVE<br>NORTHPORT, NY 11768 | 1406 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | BISTANI RODRIGUEZ, MARIEM<br>PMB 252 BOX 6400<br>CAYEY, PR 00737-6400 | 14030 | Commonwealth of Puerto Rico | Unsecured | $550,000.00 | Commonwealth of Puerto Rico | Unsecured | $500,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | BUONO ALCARAZ, JUAN<br>2367 AVE. LAS AMERICAS<br>PONCE, PR 00717 | 18520 | Commonwealth of Puerto Rico | Secured | $105,000.00 | Commonwealth of Puerto Rico | Secured | $50,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | CARMEN W NIGAGLIONI AND HENRY H REXACH<br>PO BOX 366280<br>SAN JUAN, PR 00936-6280 | 9868 | Commonwealth of Puerto Rico | Secured | $864,000.00 | Commonwealth of Puerto Rico | Secured | $754,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | CASTRO MARRERO, ALIDA<br>C/2 14 PASEO ALTO<br>SAN JUAN, PR 00926-5917 | 38796 | Commonwealth of Puerto Rico | Unsecured | $635,000.00 | Commonwealth of Puerto Rico | Unsecured | $125,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Convention Center District Authority, the Puerto Rico Industrial Development Company, the Puerto Rico Infrastructure Financing Authority, the Puerto Rico Public Buildings Authority, and the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | CHARLES H. JACKSON SR. AND MILDRED L. JACKSON<br>19481 MARK TWAIN ST<br>DETROIT, MI 48235 | 2920 | Commonwealth of Puerto Rico | Unsecured | $31,950.00 | Commonwealth of Puerto Rico | Unsecured | $4,725.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | CHRISTENSEN, DAVID M<br>18375 SE FEDERAL HWY<br>JUPITER, FL 33469 | 1462 | Commonwealth of Puerto Rico | Unsecured | $28,425.00 | Commonwealth of Puerto Rico | Unsecured | $11,712.50 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | CLAY III, ALBERT W<br>5599 SAN FELIPE SUITE 1440<br>HOUSTON, TX 77056 | 1539 | Commonwealth of Puerto Rico | Unsecured | $105,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | COOPERATIVA DE AHORRO Y CREDITO CANDELCOOP<br>ATTN: ELMY RODRIGUEZ<br>PO BOX 3249<br>MANATI, PR 00674 | 57875 | Commonwealth of Puerto Rico | Secured | $746,690.00 | Commonwealth of Puerto Rico | Secured | $396,690.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | COOPERATIVA DE AHORRO Y CREDITO LOMAS VERDES<br>ATTN: VICTOR RODRIGUEZ<br>PO BOX 1142<br>BAYAMON, PR 00960 | 36348 | Commonwealth of Puerto Rico | Secured | $3,309,065.12* | Commonwealth of Puerto Rico | Secured | $1,791,000.00* |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | DELIA, JOSEPH<br>1614 STEWART LANE<br>LAUREL HOLLOW, NY 11791 | 2050 | Commonwealth of Puerto Rico | Unsecured | $290,000.00 | Commonwealth of Puerto Rico | Unsecured | $165,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | D'ELIA JTWROS, JOSEPH AND ANN<br>1614 STEWART LANE<br>LAURAL HOLLOW, NY 11791 | 3511 | Commonwealth of Puerto Rico | Unsecured | $1,320,000.00 | Commonwealth of Puerto Rico | Unsecured | $1,065,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | DIANE T. SIPICS REVOCABLE TRUST<br>302 N 36 CT<br>ALLENTOWN, PA 18104 | 35257 | Commonwealth of Puerto Rico | 503(b)(9) | $70,000.00 | Commonwealth of Puerto Rico | 503(b)(9) | $10,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the HTA and Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

\* Indicates claim contains unliquidated and/or undetermined amounts

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | DOROTHY SHAKIN REVOCABLE TRUST<br>JEFFREY L. SHAKIN<br>9 TATEM WAY<br>OLD WESTBURY, NY 11568 | 8087 | Commonwealth of Puerto Rico | Unsecured | $41,865.48 | Commonwealth of Puerto Rico | Unsecured | $24,683.88 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | ELIZABETH L. ANDERSON (REVOCABLE TRUST 10/22/2012)<br>3755 MARGITS LANE<br>TRAPPE, MD 21673 | 15322 | Commonwealth of Puerto Rico | Secured | $263,343.00 | Commonwealth of Puerto Rico | Secured | $237,030.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | EUSEBIO IGLESIAS IZQUIERDO & NAYDA L. IGLESIAS SAUSTACHE<br>JA-4, PASEO DEL PARQUE<br>GARDEN HILLS<br>GUAYNABO, PR 00966 | 9839 | Commonwealth of Puerto Rico | Unsecured | $219,866.70 | Commonwealth of Puerto Rico | Unsecured | $164,866.70 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | FENNELL, ROBERT LEE AND JACQUELINE SUE<br>1091 MISSION RIDGE DR<br>MANTECA, CA 95337 | 10549 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | FIGUEROA PADILLA, JANNETTE<br>PO BOX 195435<br>SAN JUAN, PR 00919-5435 | 16723 | Commonwealth of Puerto Rico | Unsecured | $205,000.00 | Commonwealth of Puerto Rico | Unsecured | $105,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | FOSTER, JAMES B<br>4742 LILYDALE DR<br>HAMBURG, NY 14075 | 5758 | Commonwealth of Puerto Rico | Unsecured | $5,493.63 | Commonwealth of Puerto Rico | Unsecured | $357.01 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Municipal Finance Agency which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

|    | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|----|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 32 | FOX, STEVEN H<br>9915 CONNECTICUT AVENUE<br>KENSINGTON, MD 20895 | 128689 | Commonwealth of Puerto Rico | Unsecured | $109,900.00* | Commonwealth of Puerto Rico | Unsecured | $32,900.00* |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority and the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|    | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|----|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 33 | GALANTE, ANTHONY<br>7337 WILD OAK LN<br>LAND O LAKES, FL 34637 | 12416 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|    | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|----|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 34 | GOHARKHAY, NIMA<br>1816 AUSTIN CREEK<br>FRIENDSWOOD, TX 77546 | 4899 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority and the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|    | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|----|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 35 | GRANT, ROBERT E<br>1606 SPARKLING WAY<br>SAN JOSE, CA 95125 | 1246 | Commonwealth of Puerto Rico | Unsecured | $435,000.00 | Commonwealth of Puerto Rico | Unsecured | $385,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|    | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|----|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 36 | GREEN, ELLIE<br>517 DELFT WAY<br>KNOXVILLE, TN 37923 | 1433 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|    | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|----|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 37 | GROSS, ANITA<br>30 WINFIELD WAY<br>SPRINGFIELD, NJ 07081 | 3902 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|    | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|----|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 38 | GROSS, PHILIP D<br>30 WINFIELD WAY<br>SPRINGFIELD, NJ 07081 | 4164 | Commonwealth of Puerto Rico | Unsecured | $45,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

* Indicates claim contains unliquidated and/or undetermined amounts

## Fifty-Ninth Omnibus Objection
### Exhibit A - Duplicate

|  | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 39 | HANLEY, KATHLEEN<br>267 C. SIERRA MORENA S-127<br>SAN JUAN, PR 00926 | 5755 | Commonwealth of Puerto Rico | Unsecured | $205,000.00 | Commonwealth of Puerto Rico | Unsecured | $155,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|  | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | HECTOR L RIVERA ROSARIO AND ENELIA RUSSE<br>HC 02 BOX 6617<br>MOROVIS, PR 00687 | 37783 | Commonwealth of Puerto Rico | Secured | $324,299.76 | Commonwealth of Puerto Rico | Secured | $260,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|  | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | HOME MEDICAL EQUIPMENT INC<br>PO BOX 7453<br>PONCE, PR 00732 | 24539 | Commonwealth of Puerto Rico | Secured | $100,000.00 | Commonwealth of Puerto Rico | Secured | $55,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Industrial Development Company which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|  | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | HUMBERTO VIDAL, INC<br>P.O. BOX 21480<br>SAN JUAN, PR 00928-1480 | 28566 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|  | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 43 | IDSC LLC DBA INFRASTRUCTURE OPPORTUNITY FUND<br>CAPITAL SECURITY ADVISORS LLC<br>98 N. WASHINGTON STREET, SUITE 502<br>BOSTON, MA 02114 | 7227 | Commonwealth of Puerto Rico | Secured | $395,000.00 | Commonwealth of Puerto Rico | Secured | $125,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

|  | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | IRENE J. EELKEM, AS TRUSTEE OF THE IRENE J. EELKEMA REVOCABLE TRUST<br>MICHAEL F. DOTY<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS, MN 55402-3901 | 30695 | Commonwealth of Puerto Rico | Unsecured | $430,000.00* | Commonwealth of Puerto Rico | Unsecured | $415,000.00* |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Municipal Finance Agency which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 45 | ISABEL SUAREZ, MARIA<br>32 CALLE FRANCISCO OLLER<br>PONCE, PR 00730-1603 | 46113 | Commonwealth of Puerto Rico | Secured | $100,000.00 | Commonwealth of Puerto Rico | Secured | $50,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 46 | JAMES R. EELKEMA, TRUSTEE OF JAMES R. EELKEMA TRUST<br>109 GENEVA BLVD<br>BURNSVILLE, MN 55306 | 21070 | Commonwealth of Puerto Rico | Unsecured | $9,510.75 | Commonwealth of Puerto Rico | Unsecured | $7,360.75 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 47 | JEAN SPENCER TRUST<br>JEAN SPENCER<br>12990 KIRKENDALL RD<br>BURLINGTON, IA 52601 | 7480 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Housing Finance Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 48 | KALLAN, EVAN<br>19 CLUB POINTE DR<br>WHITE PLAINS, NY 10605 | 16615 | Commonwealth of Puerto Rico | Unsecured | $22,600.69 | Commonwealth of Puerto Rico | Unsecured | $12,600.29 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 49 | KAZMIERSKI, ROBERT<br>321 N. PERRY ST<br>JOHNSTOWN, NY 12095 | 16836 | Commonwealth of Puerto Rico | Secured | $145,000.00 | Commonwealth of Puerto Rico | Secured | $100,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 50 | KENNTH HALBERT + ELLEN CLARE HALBERT TEN/BY/ENTY<br>9179 BAY POINT DRIVE<br>ORLANDO, FL 32819 | 3796 | Commonwealth of Puerto Rico | Unsecured | $147,439.94 | Commonwealth of Puerto Rico | Unsecured | $134,004.14 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 51 | KIRSCHENBAUM, KEN<br>KIRSCHENBAUM &<br>KIRSCHENBAUM, P.C.<br>200 GARDEN CITY PLAZA, SUITE 315<br>GARDEN CITY, NY 11530 | 10949 | Commonwealth of Puerto Rico | Unsecured | $1,264,849.86 | Commonwealth of Puerto Rico | Unsecured | $1,066,492.73 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 52 | KOCH, ANGEL A.<br>CALLE 26 COLORADO ST<br>GUAYNABO, PR 00969 | 30239 | Commonwealth of Puerto Rico | Unsecured | $90,000.00 | Commonwealth of Puerto Rico | Unsecured | $65,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 53 | LAS AMERICAS INVESTMENT GROUP<br>P.O. BOX 192837<br>SAN JUAN, PR 00919-2837 | 29323 | Commonwealth of Puerto Rico | Secured | $98,400.00 | Commonwealth of Puerto Rico | Secured | $60,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 54 | LAURENCE C GREENE AND TERESA T. GREENE JTTEN<br>310 LOGAN CIRCLE<br>ELLIJAY, GA 30540 | 2928 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | LOPEZ-MOLINA, MYRTA<br>W3-66 - B. GRACION ST<br>SAN JUAN, PR 00926 | 16649 | Commonwealth of Puerto Rico | Secured | $203,229.00 | Commonwealth of Puerto Rico | Secured | $165,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | LORING, SUSAN<br>445 MAHNKEN DRIVE<br>BRIDGEWATER, NJ 08807 | 1653 | Commonwealth of Puerto Rico | Unsecured | $37,561.46 | Commonwealth of Puerto Rico | Unsecured | $17,061.46 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 57 | MARQUEZ, ALEXANDRA<br>1 AVE. PALMA REAL<br>MURANO #611<br>GUAYNABO, PR 00969 | 15039 | Commonwealth of Puerto Rico | Unsecured | $20,926.08 | Commonwealth of Puerto Rico | Unsecured | $5,238.33 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Industrial Development Company which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 58 | MEISTER, MYRON<br>35 SEABROOK LANDING DR<br>HILTON HEAD, SC 29926 | 10286 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 59 | MICHAEL S. BRUSCA, ROBERT T. BRUSCA, KERRY L. BRUSCA (JOINT TENANTS IN COMMON)<br>MICHAEL S. BRUSCA<br>1201 GREEN WAY<br>WOODBURY, NY 11797 | 10745 | Commonwealth of Puerto Rico | Unsecured | $145,000.00 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 60 | MICHAEL S. BRUSCA, ROBERT T. BRUSCA, KERRY L. HUTCHINSON (JOINT TENANTS IN COMMON)<br>MICHAEL S. BRUSCA<br>1201 GREEN WAY<br>WOODBURY, NY 11797 | 10742 | Commonwealth of Puerto Rico | Unsecured | $145,000.00 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 61 | MOLINA, JOSE A.<br>BF 69<br>SAN JUAN, PR 00926 | 29689 | Commonwealth of Puerto Rico | Unsecured | $150,000.00 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 62 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 18359 | Commonwealth of Puerto Rico | Unsecured | $60,468.41 | Commonwealth of Puerto Rico | Unsecured | $50,615.01 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

## Fifty-Ninth Omnibus Objection
### Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 63 | MONTALVO, DR. IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 28584 | Commonwealth of Puerto Rico | Unsecured | $60,468.41 | Commonwealth of Puerto Rico | Unsecured | $50,615.01 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 64 | NAYDA SAUSTACHE IGLESIAS & IVAN A. IGLESIAS SAUSTACHE<br>JA-4 PASEO DEL PARQUE, GARDEN HILLS<br>GUAYNABO, PR 00966 | 9827 | Commonwealth of Puerto Rico | Unsecured | $225,018.80 | Commonwealth of Puerto Rico | Unsecured | $170,018.80 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 65 | NOWIE, ROBERT S<br>73461 HAYSTACK ROAD<br>PALM DESERT, CA 92260 | 5225 | Commonwealth of Puerto Rico | Unsecured | $3,018.95 | Commonwealth of Puerto Rico | Unsecured | $1,550.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 66 | PAPANDREA, BARBARA<br>182 FISHER ROAD<br>ORWELL, VT 05760-9766 | 8327 | Commonwealth of Puerto Rico | Unsecured | $325,000.00 | Commonwealth of Puerto Rico | Unsecured | $200,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 67 | PAWLOW, JEANETTE<br>4200 EAST TREMONT AVE<br>BRONX, NY 10465 | 15033 | Commonwealth of Puerto Rico | Unsecured | $85,000.00 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Housing Finance Authority and the University of Puerto Rico which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 68 | PAWLOW, JEANETTE<br>4200 EAST TREMONT AVE<br>BRONX, NY 10465 | 27374 | Commonwealth of Puerto Rico | Unsecured | $85,000.00 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Housing Finance Authority and the University of Puerto Rico which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 69 | PAWLOW, JEANETTE ELLEN<br>4200 EAST TREMONT AVE<br>BRONX, NY 10465 | 16873 | Commonwealth of Puerto Rico | Unsecured | $85,000.00 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Housing Finance Authority and the University of Puerto Rico which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 70 | POLINSKY, MARION<br>19658 WATERS BAY CT UNIT1205<br>BOCA RATON, FL 33434-5705 | 35099 | Commonwealth of Puerto Rico | Unsecured | $44,714.50 | Commonwealth of Puerto Rico | Unsecured | $6,900.28 |
|   | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 71 | RAUL JAIME VILA SELLES AND EVELYN RAMIREZ GARRATON<br>#136 CALLE MIMOSA<br>SAN JUAN, PR 00927 | 84937 | Commonwealth of Puerto Rico | Secured | $205,000.00* | Commonwealth of Puerto Rico | Secured | $95,000.00* |
|   | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 72 | RIVERA GONZALEZ, EVELYN<br>105 QUENEPA MILAVILLE<br>SAN JUAN, PR 00926 | 16190 | Commonwealth of Puerto Rico | Unsecured | $300,000.00 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 |
|   | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 73 | ROBERTS, JAMES F AND JOANN<br>JAMES F. ROBERTS<br>1910 CHICAGO RD<br>JEFFERSON CITY, MO 65109 | 7667 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |
|   | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 74 | SABIN, JONATHAN<br>MARC PANE, ATTORNEY<br>300 PANTIGO PLACE<br>STE 102<br>EAST HAMPTON, NY 11937 | 21349 | Commonwealth of Puerto Rico | Unsecured | $61,887.00 | Commonwealth of Puerto Rico | Unsecured | $50,507.00 |
|   | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 75 | SALIM M. MERHEM BISTANI TRUST<br>PMB 252 BOX 6400<br>CAYEY, PR 00737-6400 | 14112 | Commonwealth of Puerto Rico | Unsecured | $550,000.00 | Commonwealth of Puerto Rico | Unsecured | $500,000.00 |
|   | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 76 | SANDRA K CHANG, TRUSTEE<br>SANDRA K CHANG 2009 TRUST UA 01-22-2009<br>2500 KALA KAUA AVE<br>STE 2105<br>HONOLULU, HI 96815 | 50239 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 77 | SAPERSTON ASSET MANAGEMENT INC.<br>172 LAKE STREET<br>HAMBURG, NY 14075 | 59564 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 78 | SENTER, MARILYN MARKS<br>7508 180TH ST<br>FLUSHING, NY 11366 | 8928 | Commonwealth of Puerto Rico | Unsecured | $140,000.00 | Commonwealth of Puerto Rico | Unsecured | $110,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 79 | SERALLES, MICHAEL J.<br>P.O. BOX 360<br>MERCEDITA, PR 00715 | 29128 | Commonwealth of Puerto Rico | Secured | $970,000.00 | Commonwealth of Puerto Rico | Secured | $690,000.00 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 80 | SHAKIN, M.D., JEFFREY L<br>9 TATEM WAY<br>OLD WESTBURY, NY11568 | 8402 | Commonwealth of Puerto Rico | Unsecured | $1,599,596.74 | Commonwealth of Puerto Rico | Unsecured | $755,277.87 |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority and the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 81 | SNIDER, WILMA K<br>893 FOREST GLEN DR.<br>MOOREFIELD, WV 26836 | 10143 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

|    | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|----|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 82 | TANZEN, FLOYD<br>47 OLD CHIMNEY ROAD<br>UPPER SADDLE RIVER, NJ 07458 | 23789 | Commonwealth of Puerto Rico | Unsecured | $435,000.00* | Commonwealth of Puerto Rico | Unsecured | $360,000.00* |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by HTA which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 83 | TAO, RONGJIA<br>21 W HIGH RIDGE ROAD<br>CHERRY HILL, NJ 08003 | 23027 | Commonwealth of Puerto Rico | Unsecured | $34,375.00 | Commonwealth of Puerto Rico | Unsecured | $22,875.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 84 | TSON-KUANG WU & MU-NIAU WU TR, WU TRUST UA 04-27-1999<br>36 MULBERRY DRIVE<br>OBERLIN, OH 44074-1432 | 3248 | Commonwealth of Puerto Rico | Secured | $142,887.50 | Commonwealth of Puerto Rico | Secured | $45,125.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 85 | VALLEJO, RAFAEL J AND DORIS E CHINEA<br>184 PAJUIL MILAVILLE<br>SAN JUAN, PR 00926 | 24076 | Commonwealth of Puerto Rico | Unsecured | $55,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority and the Puerto Rico Industrial Development Company which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 86 | VASSEY, BRADFORD CLARKE<br>665 SOUTH GOULDSBORO RD<br>GOULSBORO, ME 04607-4107 | 17705 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 87 | VEIGA, JOHAN<br>PMB 323, 405 AVE ESMERALDA STE2<br>GUAYNABO, PR 00969 | 12523 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 88 | WILLIAMS, ROY B.<br>3211 EMERALD PLACE<br>WILMINGTON, DE 19810 | 1684 | Commonwealth of Puerto Rico | Unsecured | $40,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |

# Fifty-Ninth Omnibus Objection
## Exhibit A - Duplicate

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 89 | WINDERWEEDLE, WILLIAM H<br>2512 WINGED DOVE DR<br>LEAGUE CITY, TX 77573 | 6694 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority and the Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority (AFICA) which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 90 | WOLFE, PAMELA<br>240 E 30TH ST<br>APT 1A<br>NEW YORK, NY 10016-1545 | 33488 | Commonwealth of Puerto Rico | Unsecured | $45,000.00 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 91 | YORK, ROBERT A<br>170 BLAIR MOUNTAIN RD<br>DILLSBURG, PA 17019 | 29453 | Commonwealth of Puerto Rico | Unsecured | $80,000.00 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |
| | Reason: Claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |